# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 17454, 17481, 17482, 17529, 17541 and 17616 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK  )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2016, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. On December 21, 2016, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as <u>Exhibit C</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit D</u>.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       */s/ Tim Conklin*
                                       Tim Conklin

Sworn to before me this
29th day of December, 2016
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000022408

To:      BAR(23) MAILID *** 000113377526 ***

ADIRONDACK WIRE AND CABLE
PO BOX 579
BELLOWS FALLS, VT 05101

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000113377526 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000022408



ADIRONDACK WIRE AND CABLE
PO BOX 579
BELLOWS FALLS, VT 05101

Please note that your schedule in the above referenced case and in the amount of
$870.00 has been transferred (unless previously expunged by court order)

DACA VI, LLC
TRANSFEROR: ADIRONDACK WIRE AND CABLE
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17481                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116042

To:     BAR(23) MAILID *** 000113377533 ***



ARGO PARTNERS
TRANSFEROR: RUSSELL R LIEBOLD JR
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

RUSSELL R LIEBOLD JR
PO BOX 305
LAKEHILLS, TX 78063-0305

Please note that your schedule in the above referenced case and in the amount of
$1,797.29 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000113377533 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116042



ARGO PARTNERS
TRANSFEROR: RUSSELL R LIEBOLD JR
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     17541     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000116041

To:    BAR(23) MAILID *** 000113377532 ***

BARTON, WILLIAM C.
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
2135 N. FRONTIER LN.
FRANKTOWN, CO 80116

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: BARTON, WILLIAM C.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 944 in the above referenced case and in the amount of
$238,669.00 allowed at $208,207.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000113377532 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116041



BARTON, WILLIAM C.
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
2135 N. FRONTIER LN.
FRANKTOWN, CO 80116

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17529                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                              David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113901

To:     BAR(23) MAILID *** 000113377529 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: BARTON, WILLIAM C.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000113377529 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000113901



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: BARTON, WILLIAM C.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 944 in the above referenced case and in the amount of
$238,669.00 allowed at $208,207.00 has been transferred (unless previously expunged by court order)

BARTON, WILLIAM C.
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
2135 N. FRONTIER LN.
FRANKTOWN, CO 80116

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17529        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                          David D. Bird, Clerk of Co


                                          /s/ Tim Conklin
                                          _____

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116040

To:     BAR(23) MAILID *** 000113377531 ***



DACA VI, LLC
TRANSFEROR: ADIRONDACK WIRE AND CABLE
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:


ADIRONDACK WIRE AND CABLE
PO BOX 579
BELLOWS FALLS, VT 05101


Please note that your schedule in the above referenced case and in the amount of

$870.00 has been transferred (unless previously expunged by court order)


BAR(23) MAILID *** 000113377531 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116040



DACA VI, LLC
TRANSFEROR: ADIRONDACK WIRE AND CABLE
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801


Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17481                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  12/21/2016                      David D. Bird, Clerk of Co

                              /s/ Tim Conklin
                              _____

                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116043

To:     BAR(23) MAILID *** 000113377534 ***

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:


QUEENS BALLPARK COMPANY, L.L.C.
ATTN: GENERAL COUNSEL
CITI FIELD
FLUSHING, NY 11368

QUEENS BALLPARK COMPANY, L.L.C.
QUEENS BALLPARK COMPANY, L.L.C.
ATTN: SENIOR VICE PRESIDENT OF CORPORATE
SALES & SERVICES
123-01 ROOSEVELTS AVE.
FLUSHING, NY 11368


Please note that your claim # 6709 in the above referenced case and in the amount of
$6,898,294.20 allowed at $4,700,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000113377534 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116043



JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17616        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                    David D. Bird, Clerk of Co


/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000000555

To:     BAR(23) MAILID *** 000113377525 ***

MILLER, KYLE
4339 ROSEMEADE PARKWAY
APT 418
DALLAS, TX 75287

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000113377525 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000000555



MILLER, KYLE
4339 ROSEMEADE PARKWAY
APT 418
DALLAS, TX 75287

Please note that your claim # 556 in the above referenced case and in the amount of
$7,360.00 allowed at $8,973.28 has been transferred (unless previously expunged by court order)

VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: MILLER, KYLE
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17454          in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  12/21/2016                          David D. Bird, Clerk of Co

                                         /s/ Tim Conklin
                                         _____

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000110552

To:     BAR(23) MAILID *** 000113377528 ***



QUEENS BALLPARK COMPANY, L.L.C.
ATTN: GENERAL COUNSEL
CITI FIELD
FLUSHING, NY 11368

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000113377528 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000110552



QUEENS BALLPARK COMPANY, L.L.C.
ATTN: GENERAL COUNSEL
CITI FIELD
FLUSHING, NY 11368

QUEENS BALLPARK COMPANY, L.L.C.
QUEENS BALLPARK COMPANY, L.L.C.
ATTN: SENIOR VICE PRESIDENT OF CORPORATE
SALES & SERVICES
123-01 ROOSEVELTS AVE.
FLUSHING, NY 11368

Please note that your claim # 6709 in the above referenced case and in the amount of
$6,898,294.20 allowed at $4,700,000.00 has been transferred (unless previously expunged by court order)

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17616        in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                    David D. Bird, Clerk of Co

                                     /s/ Tim Conklin
_____
                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 12792

To:     BAR(23) MAILID *** 000113377535 ***



QUEENS BALLPARK COMPANY, L.L.C.
QUEENS BALLPARK COMPANY, L.L.C.
ATTN: SENIOR VICE PRESIDENT OF CORPORATE
SALES & SERVICES
123-01 ROOSEVELTS AVE.
FLUSHING, NY 11368

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.   While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000113377535 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 12792



QUEENS BALLPARK COMPANY, L.L.C.
QUEENS BALLPARK COMPANY, L.L.C.
ATTN: SENIOR VICE PRESIDENT OF CORPORATE
SALES & SERVICES
123-01 ROOSEVELTS AVE.
FLUSHING, NY 11368

QUEENS BALLPARK COMPANY, L.L.C.
ATTN: GENERAL COUNSEL
CITI FIELD
FLUSHING, NY 11368

Please note that your claim # 6709 in the above referenced case and in the amount of
$6,898,294.20 allowed at $4,700,000.00 has been transferred (unless previously expunged by court order)

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

No action is required if you do not object to the transfer of your claim.   However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17616                in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  12/21/2016                    David D. Bird, Clerk of Co

                                    /s/ Tim Conklin
                                    _____

                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000023156

To:     BAR(23) MAILID *** 000113377527 ***



RUSSELL R LIEBOLD JR
PO BOX 305
LAKEHILLS, TX 78063-0305

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000113377527 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000023156



RUSSELL R LIEBOLD JR
PO BOX 305
LAKEHILLS, TX 78063-0305

Please note that your schedule in the above referenced case and in the amount of
$1,797.29 has been transferred (unless previously expunged by court order)

ARGO PARTNERS
TRANSFEROR: RUSSELL R LIEBOLD JR
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17541          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                          David D. Bird, Clerk of Co

                          /s/ Tim Conklin
                          _____

                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116039

To:    BAR(23) MAILID *** 000113377530 ***



VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: MILLER, KYLE
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

MILLER, KYLE
4339 ROSEMEADE PARKWAY
APT 418
DALLAS, TX 75287

Please note that your claim # 556 in the above referenced case and in the amount of
$7,360.00 allowed at $8,973.28 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000113377530 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116039



VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: MILLER, KYLE
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17454                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/21/2016                    David D. Bird, Clerk of Co

                                        /s/ Tim Conklin
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ADIRONDACK WIRE AND CABLE | PO BOX 579, BELLOWS FALLS, VT 05101 |
| ARGO PARTNERS | TRANSFEROR: RUSSELL R LIEBOLD JR, 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY 10018 |
| BARTON, WILLIAM C. | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, 2135 N. FRONTIER LN., FRANKTOWN, CO 80116 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: BARTON, WILLIAM C., JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| DACA VI, LLC | TRANSFEROR: ADIRONDACK WIRE AND CABLE, 1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA 92108 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: QUEENS BALLPARK COMPANY, L.L, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| MILLER, KYLE | 4339 ROSEMEADE PARKWAY, APT 418, DALLAS, TX 75287 |
| QUEENS BALLPARK COMPANY, L.L.C. | ATTN: GENERAL COUNSEL, CITI FIELD, FLUSHING, NY 11368 |
| QUEENS BALLPARK COMPANY, L.L.C. | QUEENS BALLPARK COMPANY, L.L.C., ATTN: SENIOR VICE PRESIDENT OF CORPORATE, SALES & SERVICES, 123-01 ROOSEVELTS AVE., FLUSHING, NY 11368 |
| RUSSELL R LIEBOLD JR | PO BOX 305, LAKEHILLS, TX 78063-0305 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: MILLER, KYLE, ROGER VON SPIEGEL, MANAGING DIRECTOR, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

> **Total Creditor Count 11**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**EXHIBIT C**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Address Service Requested
Legal Department or President



NNI DEFTRFNTC (MERGE2, TXNUM2) 4000103831

To:    BAR(23) MAILID *** 000113377536 ***

CATER TIME VENDING & DISTRIBUTING, INC.
430 E US HWY 69
CLAYCOMO, MO 64119

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                          Chapter 11

NORTEL NETWORKS INC., et al.,                   Case No. 09-10138 (KG)

          Debtors.                              Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 0001133775536 ***           NNI DEFTRFNTC (MERGE2, TXNUM2) 4000103831

CATER TIME VENDING & DISTRIBUTING, INC.
430 E US HWY 69
CLAYCOMO, MO 64119

DACA VI, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

**Your transfer of claim # 1952 is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number   17482              Date:  11/30/2016

/s/ Tim Conklin

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 108

To:    BAR(23) MAILID *** 000113377537 ***

DACA VI, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

CATER TIME VENDING & DISTRIBUTING, INC.
430 E US HWY 69
CLAYCOMO, MO 64119

BAR(23) MAILID *** 000113377537 ***          NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 108

DACA VI, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

**Your transfer of claim # 1952 is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number    17482          Date:   11/30/2016

/s/ Tim Conklin

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT D**

NORTEL
**SERVICE LIST**

| **Claim Name** | **Address Information** |
|---|---|
| CATER TIME VENDING & DISTRIBUTING, INC. | 430 E US HWY 69, CLAYCOMO, MO 64119 |
| DACA VI, LLC | 1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA 92108 |

**Total Creditor Count 2**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006