## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :        Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :        Case No. 09-10138 (KG)
:
             Debtors.   :        Jointly Administered
:
:        **RE: D.I. 17501**
:
-----------------------------------------------------------X

## NOTICE OF FILING OF PLAN SUPPLEMENT
## FOR THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NORTEL
## NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") hereby file this plan supplement (the "Plan Supplement") in support of the *Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17501] (as amended or modified from time to time, the "Plan")[2], filed in these chapter 11 cases on December 1, 2016.

**PLEASE TAKE FURTHER NOTICE THAT** this Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time:

- Exhibit A — Settlement and Plans Support Agreement
- **Exhibit B — Plan Administration Agreement[3]**

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the U.S. Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

[3]     **Exhibits that were not previously attached to the Plan appear in bold text.**

- **Exhibit C — Executory Contracts and Unexpired Leases Assumed by the Debtors**
- Exhibit D — Debtor Administrative Expense Claims Resolved by the Plan
- Exhibit E — Quarterly Administrative Wind-Down Reimbursement Payments
- **Exhibit F — List of Directors and Officers of the Debtors**
- **Exhibit G — Amended By-Laws of the Wind Down Debtors**
- **Exhibit H --- Wind Down Debtors to be Dissolved Following Final Distribution Date**

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to and part of the Plan and, if the Plan is confirmed, the documents in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right, subject to the terms and conditions set forth in the Plan and the Restructuring Support Agreement, to add additional documents to the Plan Supplement or to alter, amend, modify, or supplement any document in the Plan Supplement; *provided* that if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the hearing to consider confirmation of the Plan, the Debtors will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing currently is scheduled for **January 24, 2017, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Judge Kevin Gross in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Disclosure Statement and the Plan Supplement, as well as further information regarding these chapter 11 cases are available for inspection on the Bankruptcy Court's website at www.deb.uscourts.gov, or free of charge on the Debtors' restructuring website at http://dm.epiq11.com/nortel.    A copy of the Plan

Supplement may also be requested, at no charge, from the Debtors' Voting Agent, Epiq Bankruptcy Solutions.  Requests should be sent to Epiq Bankruptcy Solutions, Attn: Nortel Networks Inc. Requests, P.O. Box 4422, Beaverton, OR 97076-4422 or via email to tabulation@epiqsystems.com with a reference to "Nortel" in the subject line, or by telephone 1-844-319-7735 (Toll Free) or 1-503-520-4494 (International).  Copies are also available for review at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. ANY QUESTIONS REGARDING THESE MATERIALS OR THE VOTING PROCESS MAY BE DIRECTED TO THE VOTING AGENT AT 1-844-319-7735 (TOLL FREE) OR 1-503-520-4494 (INTERNATIONAL).

Dated:  December 30, 2016
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


_____*/s/ Tamara K. Minott*_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

## **EXHIBIT A**

Settlement and Plans Support Agreement

[Refer to Ex. A to the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17501) which is available for viewing at http://dm.epiq11.com/nortel]

# **EXHIBIT B**

Plan Administration Agreement

**<u>EXHIBIT C</u>**

Executory Contracts and Unexpired Leases Assumed by the Debtors

## **EXHIBIT D**

Debtor Administrative Expense Claims Resolved by the Plan

[Refer to Exhibit D to the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17501) which is available for viewing at http://dm.epiq11.com/nortel]

**<u>EXHIBIT E</u>**

Quarterly Administrative Wind-Down Reimbursement Payments

[Refer to Exhibit E to the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17501) which is available for viewing at http://dm.epiq11.com/nortel]

**<u>EXHIBIT F</u>**

List of Directors and Officers of the Debtors

**<u>EXHIBIT G</u>**

Amended By-Laws of the Wind Down Debtors