## **EXHIBIT C**

Executory Contracts and Unexpired Leases Assumed by the Wind Down Debtors

**Executory Contracts and Unexpired Leases Assumed by the Wind Down Debtors**

| Debtors | Counterparties | Description | Cure amount |
|---|---|---|---|
| NNCALA | Archive America | Contract for Records Management Storage, Retrieval & Delivery Services | $0 |
| NNI on behalf of itself, NNL and their respective subsidiaries | Ricoh Company Ltd. | License and Development Agreement | $0 |