## **Exhibit F**

List of Directors and Officers of the Wind Down Debtors

## List of Directors and Officers of the Wind Down Debtors

| Director and Officer | Position | Experience |
|---|---|---|
| John J. Ray, III | Director; President | Mr. John J. Ray, III has served as the Nortel Debtors' Principal Officer since December 2009. In this capacity, Mr. Ray has overseen the restructuring and wind down of the Debtors' domestic and international businesses during the pendency of the Debtors' bankruptcy proceedings. Mr. Ray has previously served as Interim Chief Executive Officer, Chief Reorganization Officer and in similar roles for various public and private companies, including Overseas Shipholding Group, Inc., Enron Corp. and Fruit of the Loom. Mr. Ray is also Senior Managing Director of Greylock Partners, LLC, a provider of restructuring and interim management services.  He received a B.A. from the University of Massachusetts and a J.D. from Drake University Law School. |
| Mary Cilia | Treasurer | Ms. Mary Cilia has served the Nortel Debtors since January 2012, primarily in the claims administration and management role.  Ms. Cilia has over 23 years of experience providing expertise in mergers, acquisitions and divestitures and bankruptcies with focus in the areas of claims management and resolution, avoidance actions, creditor distributions, asset recoveries and financial reporting.  Ms. Cilia served in similar roles for public and private companies, including Overseas Shipholding Group, Inc. and AbitibiBowater.   Previously, Ms. Cilia was responsible for claims and wind down activities at Enron Creditors Recovery Corp. and served as a senior manager at Arthur Andersen LLP with extensive experience in conducting audits, initial and secondary public offerings, acquisitions and divestitures and related due diligence. Ms. Cilia earned her bachelor of business administration degree in accounting from the University of Houston and is a certified public accountant in the State of Texas. |
| Kathryn Schultea | Vice President & Secretary | Ms. Kathryn Schultea has supported the Nortel Debtors since July 2010, focusing on operations, human resources, facility wind down, document and data retention, and claims management.  Ms. Schultea has over 18 years of experience providing leadership and expertise in bankruptcies, restructuring, divestitures, office closings, outsourcing efforts and downsizing initiatives.  Reporting directly to the Board of Directors, Ms. Schultea was chief administrative officer, assistant secretary and assistant treasurer of Enron Creditors Recovery Corp., assisting with the reorganization of Enron. Ms. Schultea served in similar roles for Overseas Shipholding Group, Inc.  Ms. Schultea earned her bachelor of science in business administration from University of Phoenix. |

**The Debtors include the following Wind-Down Debtor Entities:** Nortel Networks Inc. (NNI); Nortel Networks Capital Corporation (NNCC); Nortel Altsystems Inc.; Nortel Altsystems International Inc.; Xros, Inc.; Sonoma Systems; Qtera Corporation; CoreTek, Inc.; Nortel  Networks Applications Management Solutions Inc.; Nortel Networks Optical Components Inc.; Nortel Networks HPOCS Inc.; Architel Systems (U.S.) Corporation; Nortel Networks International Inc. (NNII); Northern Telecom International Inc.; Nortel Networks Cable Solutions Inc.; and Nortel Networks (CALA) Inc.