**EXHIBIT H**

Wind Down Debtors to be Dissolved Following Final Distribution Date

## **Wind Down Debtors to be Dissolved Following Final Distribution Date**

Nortel Networks Inc. (NNI)

Nortel Networks Capital Corporation (NNCC)

Nortel Altsystems Inc.

Nortel Altsystems International Inc.

Xros, Inc.

Sonoma Systems

Qtera Corporation

CoreTek, Inc.

Nortel Networks Applications Management Solutions Inc.

Nortel Networks Optical Components Inc.

Nortel Networks HPOCS Inc.

Architel Systems (U.S.) Corporation

Nortel Networks International Inc. (NNII)

Northern Telecom International Inc.

Nortel Networks Cable Solutions Inc.

Nortel Networks (CALA) Inc.