# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2016 through November 30, 2016

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Court Costs | | $25.00 |
| Transcripts | | 411.40 |
| Witness Fees | | 148.00 |
| Photos/Art/Spec Duplicating | Out of Office | 4,047.15 |
| Messenger Services | | 225.00 |
| Courier/Delivery Service | | 396.49 |
| Computer Research | Westlaw | 131.67 |
| In House Duplicating | | 783.65 |
| Postage | | 98.31 |
| Pacer | | 113.10 |
| Conference Calls | | 56.01 |
| **Total Expenses** | | **$6,435.78** |

Nortel Networks, Inc.  PRO FORMA  412788  AS OF 11/30/16  INVOICE# ******
63989-DIP
DATE: 12/21/16 11:10:19

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1453902 | 11/07/16 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H VICE FEE - E. PASCALE BIBI - 11/7/16 | 503 | 000 | 222091 |
| 1446317 | 11/28/16 | B | 411.40 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPT - CASE 09-10138 - 11/28/16 | 506 | 684 | 221757 |
| 1445383 | 11/23/16 | B | 148.00 | Witness Fees - JOHN SOUTHWOOD - WITNESS/MILEA FEES - 11/23/16 | 507 | 971 | 221725 |
| 1451964 | 11/28/16 | B | 53.15 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 11/28/16 | 510 | 684 | 222016 |
| 1454890 | 11/30/16 | B | 3,994.00 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY PRINT B/W, COPY COLOR - 11/30/16 | 510 | 961 | 222140 |
| 1442538 | 11/03/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1442545 | 11/04/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1442558 | 11/04/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1442562 | 11/07/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1442574 | 11/07/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1442571 | 11/07/16 | B | 5.00 | Messenger Service - to USBC | 513S | 322 | |
| 1442591 | 11/08/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1442595 | 11/08/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1442599 | 11/08/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1442614 | 11/09/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1442615 | 11/10/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1442630 | 11/14/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1446157 | 11/15/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1446162 | 11/15/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1446163 | 11/15/16 | B | 5.00 | Messenger Service - to USBC | 513S | 546 | |
| 1446173 | 11/15/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 546 | |
| 1446174 | 11/15/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1446180 | 11/16/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1446192 | 11/16/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1446195 | 11/16/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |

Nortel Networks, Inc.  PRO FORMA  412788     AS OF 11/30/16                 INVOICE# ******
63989-DIP
DATE: 12/21/16 11:10:19

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1446196 | 11/17/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1446212 | 11/18/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1446216 | 11/18/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1446219 | 11/18/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1446237 | 11/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1446243 | 11/21/16 | B | 5.00 | Messenger Service - to Pachulski | 513S | 684 | |
| 1446244 | 11/21/16 | B | 5.00 | Messenger Service - to Fox Rothschild | 513S | 684 | |
| 1446245 | 11/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1446246 | 11/21/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1446253 | 11/21/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1446274 | 11/23/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1446275 | 11/23/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1446296 | 11/23/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 546 | |
| 1446280 | 11/23/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1446305 | 11/28/16 | B | 5.00 | Messenger Service - to Cole Schotz | 513S | 684 | |
| 1450678 | 11/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1450679 | 11/29/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450686 | 11/29/16 | B | 5.00 | Messenger Service - to USBC | 513S | 594 | |
| 1450695 | 11/30/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450696 | 11/30/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450704 | 11/30/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450708 | 11/30/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1450711 | 11/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1450709 | 11/30/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1450710 | 11/30/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1439256 | 11/03/16 | B | 16.61 | Courier/Delivery Service | 514 | 322 | 221271 |
| 1443584 | 11/04/16 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 221584 |
| 1441314 | 11/08/16 | B | 22.84 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221427 |
| 1441315 | 11/08/16 | B | 19.34 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221427 |
| 1443033 | 11/11/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221514 |
| 1443034 | 11/11/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221514 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/21/16 11:10:19  

PRO FORMA 412788        AS OF 11/30/16        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1445709 | 11/11/16 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 221750 |
| 1443560 | 11/15/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221567 |
| 1443561 | 11/15/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221567 |
| 1443562 | 11/15/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221567 |
| 1448785 | 11/16/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 221913 |
| 1445627 | 11/21/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 221735 |
| 1445628 | 11/21/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 221735 |
| 1445625 | 11/21/16 | B | 15.39 | Courier/Delivery Service | 514 | 322 | 221735 |
| 1445626 | 11/21/16 | B | 12.91 | Courier/Delivery Service | 514 | 322 | 221735 |
| 1448771 | 11/23/16 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 221912 |
| 1447154 | 11/28/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221795 |
| 1447155 | 11/28/16 | B | 20.25 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221795 |
| 1447156 | 11/28/16 | B | 19.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221795 |
| 1447232 | 11/29/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221816 |
| 1447233 | 11/29/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221816 |
| 1447234 | 11/29/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221816 |
| 1447558 | 11/30/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221840 |
| 1447559 | 11/30/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221840 |
| 1455437 | 11/30/16 | B | 41.11 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 222172 |
| 1447560 | 11/30/16 | B | 12.91 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 221840 |
| 1440432 | 11/01/16 | B | 131.67 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1442450 | 11/02/16 | B | 4.71 | Postage | 520 | 684 | |
| 1442461 | 11/04/16 | B | 6.60 | Postage | 520 | 684 | |
| 1442464 | 11/04/16 | B | 4.71 | Postage | 520 | 684 | |
| 1442465 | 11/07/16 | B | 2.51 | Postage | 520 | 684 | |
| 1442468 | 11/08/16 | B | 7.12 | Postage | 520 | 684 | |
| 1442472 | 11/08/16 | B | 3.45 | Postage | 520 | 684 | |
| 1442477 | 11/10/16 | B | 3.45 | Postage | 520 | 684 | |
| 1442482 | 11/11/16 | B | 3.45 | Postage - 3 large envelopes | 520 | 684 | |
| 1446110 | 11/15/16 | B | 5.34 | Postage | 520 | 684 | |
| 1446113 | 11/15/16 | B | 5.97 | Postage | 520 | 546 | |
| 1446115 | 11/15/16 | B | 1.36 | Postage | 520 | 546 | |
| 1446119 | 11/16/16 | B | 5.34 | Postage | 520 | 684 | |
| 1446123 | 11/17/16 | B | 4.71 | Postage | 520 | 684 | |

Nortel Networks, Inc.                                   PRO FORMA   412788         AS OF 11/30/16                    INVOICE# ******
63989-DIP
DATE: 12/21/16 11:10:19

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1446125 | 11/17/16 | B | 4.71 | Postage | 520 | 684 | |
| 1446142 | 11/22/16 | B | 20.75 | Postage | 520 | 684 | |
| 1446145 | 11/23/16 | B | 4.71 | Postage | 520 | 546 | |
| 1450620 | 11/29/16 | B | 4.71 | Postage | 520 | 684 | |
| 1450625 | 11/30/16 | B | 4.71 | Postage | 520 | 684 | |
| 1450575 | 11/30/16 | B | 113.10 | Pacer charges for the month of November | 529 | 000 | |
| 1438029 | 11/02/16 | B | 6.50 | In-House Printing - black & white Call time: 14:02; to | 541 | 684 | |
| 1438030 | 11/02/16 | B | 0.80 | In-House Printing - black & white Call time: 14:02; to | 541 | 684 | |
| 1438031 | 11/02/16 | B | 5.05 | In-House Printing - black & white Call time: 13:08; to | 541 | 684 | |
| 1438032 | 11/02/16 | B | 1.50 | In-House Printing - black & white Call time: 13:09; to | 541 | 684 | |
| 1438033 | 11/02/16 | B | 1.05 | In-House Printing - black & white Call time: 13:11; to | 541 | 684 | |
| 1438034 | 11/02/16 | B | 1.05 | In-House Printing - black & white Call time: 13:12; to | 541 | 684 | |
| 1438035 | 11/02/16 | B | 2.70 | In-House Printing - black & white Call time: 13:05; to | 541 | 684 | |
| 1438036 | 11/02/16 | B | 9.90 | In-House Printing - black & white Call time: 15:28; to | 541 | 684 | |
| 1438037 | 11/02/16 | B | 1.20 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1438038 | 11/02/16 | B | 3.00 | In-House Printing - black & white Call time: 16:48; to | 541 | 961 | |
| 1438318 | 11/03/16 | B | 11.55 | In-House Printing - black & white Call time: 15:50; to | 541 | 684 | |
| 1438319 | 11/03/16 | B | 3.50 | In-House Printing - black & white Call time: 15:31; to | 541 | 684 | |
| 1438320 | 11/03/16 | B | 9.60 | In-House Printing - black & white Call time: 16:07; to | 541 | 684 | |
| 1438321 | 11/03/16 | B | 6.60 | In-House Printing - black & white Call time: 16:26; to | 541 | 684 | |
| 1438322 | 11/03/16 | B | 0.30 | In-House Printing - black & white Call time: 16:26; to | 541 | 684 | |
| 1438323 | 11/03/16 | B | 1.25 | In-House Printing - black & white Call time: 09:33; to | 541 | 684 | |
| 1438324 | 11/03/16 | B | 1.25 | In-House Printing - black & white Call time: 09:34; to | 541 | 684 | |
| 1438325 | 11/03/16 | B | 6.90 | In-House Printing - black & white Call time: 09:35; to | 541 | 684 | |
| 1438855 | 11/03/16 | B | 0.45 | In-House Printing - black & white Call time: 19:16; to | 541 | 605 | |
| 1438856 | 11/03/16 | B | 0.45 | In-House Printing - black & white Call time: 19:13; to | 541 | 605 | |
| 1438857 | 11/03/16 | B | 0.95 | In-House Printing - black & white Call time: 19:13; to | 541 | 605 | |
| 1438317 | 11/03/16 | B | 1.10 | In-House Printing - black & white Call time: 14:05; to | 541 | 322 | |
| 1438849 | 11/03/16 | B | 0.55 | In-House Printing - black & white Call time: 19:15; to | 541 | 605 | |
| 1438850 | 11/03/16 | B | 0.50 | In-House Printing - black & white Call time: 19:15; to | 541 | 605 | |

Nortel Networks, Inc.
63989-DIP
DATE: 12/21/16 11:10:19

PRO FORMA 412788                AS OF 11/30/16                INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|-------|------|------|--------|-------------|------|-------|---------|
| 1438851 | 11/03/16 | B | 0.90 | In-House Printing - black & white Call time: 19:15; to | 541 | 605 | |
| 1438852 | 11/03/16 | B | 0.55 | In-House Printing - black & white Call time: 19:15; to | 541 | 605 | |
| 1438853 | 11/03/16 | B | 0.95 | In-House Printing - black & white Call time: 19:16; to | 541 | 605 | |
| 1438854 | 11/03/16 | B | 1.00 | In-House Printing - black & white Call time: 19:16; to | 541 | 605 | |
| 1438865 | 11/04/16 | B | 2.55 | In-House Printing - black & white Call time: 09:35; to | 541 | 322 | |
| 1438866 | 11/04/16 | B | 1.15 | In-House Printing - black & white Call time: 09:35; to | 541 | 322 | |
| 1438870 | 11/04/16 | B | 1.50 | In-House Printing - black & white Call time: 13:52; to | 541 | 322 | |
| 1438868 | 11/04/16 | B | 3.00 | In-House Printing - black & white Call time: 14:31; to | 541 | 221 | |
| 1438869 | 11/04/16 | B | 0.05 | In-House Printing - black & white Call time: 14:31; to | 541 | 221 | |
| 1438871 | 11/04/16 | B | 16.75 | In-House Printing - black & white Call time: 16:44; to | 541 | 684 | |
| 1438872 | 11/04/16 | B | 14.40 | In-House Printing - black & white Call time: 16:37; to | 541 | 684 | |
| 1438873 | 11/04/16 | B | 4.40 | In-House Printing - black & white Call time: 18:19; to | 541 | 684 | |
| 1438874 | 11/04/16 | B | 0.10 | In-House Printing - black & white Call time: 18:19; to | 541 | 684 | |
| 1438875 | 11/04/16 | B | 11.25 | In-House Printing - black & white Call time: 18:36; to | 541 | 684 | |
| 1438858 | 11/04/16 | B | 0.90 | In-House Printing - black & white Call time: 18:36; to | 541 | 684 | |
| 1438859 | 11/04/16 | B | 8.25 | In-House Printing - black & white Call time: 18:32; to | 541 | 684 | |
| 1438860 | 11/04/16 | B | 1.25 | In-House Printing - black & white Call time: 18:38; to | 541 | 684 | |
| 1438861 | 11/04/16 | B | 6.70 | In-House Printing - black & white Call time: 19:16; to | 541 | 684 | |
| 1438864 | 11/04/16 | B | 6.60 | In-House Printing - black & white Call time: 15:41; to | 541 | 684 | |
| 1438867 | 11/04/16 | B | 1.20 | In-House Printing - black & white Call time: 14:42; to | 541 | 684 | |
| 1438862 | 11/04/16 | B | 12.10 | In-House Printing - black & white Call time: 19:19; to | 541 | 010 | |
| 1438863 | 11/04/16 | B | 22.85 | In-House Printing - black & white Call time: 19:21; to | 541 | 010 | |
| 1440128 | 11/07/16 | B | 3.00 | In-House Printing - black & white Call time: 19:47; to | 541 | 961 | |
| 1440129 | 11/07/16 | B | 0.05 | In-House Printing - black & white Call time: 19:47; to | 541 | 961 | |
| 1439621 | 11/07/16 | B | 3.60 | In-House Printing - black & white Call time: 11:49; to | 541 | 684 | |
| 1439634 | 11/07/16 | B | 0.25 | In-House Printing - black & white Call time: 16:31; to | 541 | 684 | |
| 1439635 | 11/07/16 | B | 1.25 | In-House Printing - black & white Call time: 16:37; to | 541 | 684 | |
| 1439628 | 11/07/16 | B | 1.00 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1439629 | 11/07/16 | B | 3.05 | In-House Printing - black & white Call time: 16:00; to | 541 | 684 | |
| 1439630 | 11/07/16 | B | 0.05 | In-House Printing - black & white Call time: 16:00; to | 541 | 684 | |

```
Nortel Networks, Inc.                              PRO FORMA  412788        AS OF 11/30/16              INVOICE# ******
63989-DIP
DATE: 12/21/16 11:10:19
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1439631 | 11/07/16 | B | 3.30 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1439632 | 11/07/16 | B | 0.25 | In-House Printing - black & white Call time: 16:01; to | 541 | 684 | |
| 1439633 | 11/07/16 | B | 3.30 | In-House Printing - black & white Call time: 16:31; to | 541 | 684 | |
| 1439622 | 11/07/16 | B | 0.40 | In-House Printing - black & white Call time: 11:49; to | 541 | 684 | |
| 1439623 | 11/07/16 | B | 3.05 | In-House Printing - black & white Call time: 16:27; to | 541 | 684 | |
| 1439624 | 11/07/16 | B | 0.05 | In-House Printing - black & white Call time: 16:27; to | 541 | 684 | |
| 1439625 | 11/07/16 | B | 11.20 | In-House Printing - black & white Call time: 15:58; to | 541 | 684 | |
| 1439626 | 11/07/16 | B | 0.90 | In-House Printing - black & white Call time: 15:58; to | 541 | 684 | |
| 1439627 | 11/07/16 | B | 21.80 | In-House Printing - black & white Call time: 15:59; to | 541 | 684 | |
| 1440132 | 11/08/16 | B | 5.50 | In-House Printing - black & white Call time: 08:26; to | 541 | 684 | |
| 1440133 | 11/08/16 | B | 1.00 | In-House Printing - black & white Call time: 08:26; to | 541 | 684 | |
| 1440134 | 11/08/16 | B | 1.20 | In-House Printing - black & white Call time: 10:45; to | 541 | 684 | |
| 1440135 | 11/08/16 | B | 1.00 | In-House Printing - black & white Call time: 13:06; to | 541 | 684 | |
| 1440136 | 11/08/16 | B | 0.20 | In-House Printing - black & white Call time: 13:06; to | 541 | 684 | |
| 1440137 | 11/08/16 | B | 6.90 | In-House Printing - black & white Call time: 13:12; to | 541 | 684 | |
| 1440130 | 11/08/16 | B | 0.05 | In-House Printing - black & white Call time: 09:22; to | 541 | 961 | |
| 1440131 | 11/08/16 | B | 0.10 | In-House Printing - black & white Call time: 09:22; to | 541 | 961 | |
| 1440138 | 11/08/16 | B | 1.20 | In-House Printing - black & white Call time: 13:12; to | 541 | 684 | |
| 1440730 | 11/09/16 | B | 2.40 | In-House Printing - black & white Call time: 15:24; to | 541 | 684 | |
| 1440731 | 11/09/16 | B | 0.30 | In-House Printing - black & white Call time: 15:24; to | 541 | 684 | |
| 1440732 | 11/09/16 | B | 1.80 | In-House Printing - black & white Call time: 16:37; to | 541 | 684 | |
| 1440734 | 11/09/16 | B | 1.25 | In-House Printing - black & white Call time: 11:06; to | 541 | 322 | |
| 1440733 | 11/09/16 | B | 1.70 | In-House Printing - black & white Call time: 10:15; to | 541 | 322 | |
| 1441100 | 11/10/16 | B | 2.25 | In-House Printing - black & white Call time: 17:59; to | 541 | 605 | |
| 1441101 | 11/10/16 | B | 1.20 | In-House Printing - black & white Call time: 16:16; to | 541 | 684 | |
| 1441412 | 11/11/16 | B | 1.15 | In-House Printing - black & white Call time: 13:24; to | 541 | 684 | |
| 1441413 | 11/11/16 | B | 0.90 | In-House Printing - black & white Call time: 13:24; to | 541 | 684 | |
| 1441414 | 11/11/16 | B | 2.50 | In-House Printing - black & white Call time: 14:00; to | 541 | 684 | |
| 1441415 | 11/11/16 | B | 2.40 | In-House Printing - black & white Call time: 17:09; to | 541 | 684 | |
| 1441416 | 11/11/16 | B | 2.25 | In-House Printing - black & white Call time: 17:09; to | 541 | 684 | |

```
Nortel Networks, Inc.                         PRO FORMA   412788         AS OF 11/30/16                INVOICE# ******
63989-DIP
DATE: 12/21/16 11:10:19

INDEX      DATE      STAT      AMOUNT    DESCRIPTION                                              CODE    TKPER    VOUCHER
1441417    11/13/16   B          2.70    In-House Printing - black & white Call time: 15:56; to    541    221
1442042    11/14/16   B          2.40    In-House Printing - black & white Call time: 18:12; to    541    605
1442043    11/14/16   B          0.10    In-House Printing - black & white Call time: 18:15; to    541    605
1442044    11/14/16   B          0.05    In-House Printing - black & white Call time: 18:16; to    541    605
1442695    11/15/16   B          1.60    In-House Printing - black & white Call time: 12:25; to    541    546
1442696    11/15/16   B          6.40    In-House Printing - black & white Call time: 12:25; to    541    546
1443407    11/16/16   B          1.05    In-House Printing - black & white Call time: 19:18; to    541    605
1443408    11/16/16   B          4.20    In-House Printing - black & white Call time: 19:42; to    541    605
1443409    11/16/16   B          0.60    In-House Printing - black & white Call time: 19:42; to    541    605
1443086    11/16/16   B         29.70    In-House Printing - black & white Call time: 11:21; to    541    684
1443087    11/16/16   B          1.95    In-House Printing - black & white Call time: 12:23; to    541    684
1443088    11/16/16   B         16.80    In-House Printing - black & white Call time: 12:29; to    541    684
1443089    11/16/16   B         14.85    In-House Printing - black & white Call time: 11:40; to    541    684
1443085    11/16/16   B          6.10    In-House Printing - black & white Call time: 11:20; to    541    684
1443410    11/17/16   B          2.70    In-House Printing - black & white Call time: 15:13; to    541    684
1443411    11/17/16   B          3.30    In-House Printing - black & white Call time: 16:03; to    541    684
1443666    11/18/16   B          1.15    In-House Printing - black & white Call time: 16:24; to    541    684
1443663    11/18/16   B          1.15    In-House Printing - black & white Call time: 20:27; to    541    961
1443664    11/18/16   B          1.90    In-House Printing - black & white Call time: 21:36; to    541    961
1443665    11/18/16   B          1.90    In-House Printing - black & white Call time: 15:37; to    541    322
1444585    11/21/16   B          1.15    In-House Printing - black & white Call time: 12:16; to    541    322
1444580    11/21/16   B          1.40    In-House Printing - black & white Call time: 11:13; to    541    034
1444581    11/21/16   B          1.30    In-House Printing - black & white Call time: 11:14; to    541    034
1444582    11/21/16   B          0.05    In-House Printing - black & white Call time: 11:14; to    541    034
1444586    11/21/16   B          2.65    In-House Printing - black & white Call time: 12:55; to    541    034
1444587    11/21/16   B          0.05    In-House Printing - black & white Call time: 12:55; to    541    034
1444572    11/21/16   B         11.20    In-House Printing - black & white Call time: 09:57; to    541    684
1444573    11/21/16   B          0.90    In-House Printing - black & white Call time: 09:57; to    541    684
1444574    11/21/16   B         21.80    In-House Printing - black & white Call time: 09:58; to    541    684
1444584    11/21/16   B         10.10    In-House Printing - black & white Call time: 11:55; to    541    684
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/21/16 11:10:19

PRO FORMA 412788 AS OF 11/30/16 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1444575 | 11/21/16 | B | 1.00 | In-House Printing - black & white Call time: 09:58; to | 541 | 684 | |
| 1444576 | 11/21/16 | B | 5.90 | In-House Printing - black & white Call time: 09:58; to | 541 | 684 | |
| 1444577 | 11/21/16 | B | 0.90 | In-House Printing - black & white Call time: 09:58; to | 541 | 684 | |
| 1444578 | 11/21/16 | B | 0.50 | In-House Printing - black & white Call time: 11:02; to | 541 | 684 | |
| 1444579 | 11/21/16 | B | 5.05 | In-House Printing - black & white Call time: 11:02; to | 541 | 684 | |
| 1444583 | 11/21/16 | B | 3.00 | In-House Printing - black & white Call time: 11:55; to | 541 | 684 | |
| 1444971 | 11/22/16 | B | 10.20 | In-House Printing - black & white Call time: 15:48; to | 541 | 684 | |
| 1444970 | 11/22/16 | B | 47.35 | In-House Printing - black & white Call time: 16:49; to | 541 | 670 | |
| 1445397 | 11/23/16 | B | 1.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 546 | |
| 1445398 | 11/23/16 | B | 0.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 546 | |
| 1445399 | 11/23/16 | B | 1.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 546 | |
| 1445400 | 11/23/16 | B | 0.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 546 | |
| 1445401 | 11/23/16 | B | 1.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 546 | |
| 1445402 | 11/23/16 | B | 0.05 | In-House Printing - black & white Call time: 12:39; to | 541 | 546 | |
| 1445403 | 11/23/16 | B | 1.05 | In-House Printing - black & white Call time: 12:40; to | 541 | 546 | |
| 1445404 | 11/23/16 | B | 0.05 | In-House Printing - black & white Call time: 12:40; to | 541 | 546 | |
| 1445405 | 11/23/16 | B | 1.05 | In-House Printing - black & white Call time: 12:40; to | 541 | 546 | |
| 1445406 | 11/23/16 | B | 0.05 | In-House Printing - black & white Call time: 12:40; to | 541 | 546 | |
| 1445746 | 11/28/16 | B | 0.20 | In-House Printing - black & white Call time: 12:06; to | 541 | 221 | |
| 1445747 | 11/28/16 | B | 0.05 | In-House Printing - black & white Call time: 12:06; to | 541 | 221 | |
| 1445748 | 11/28/16 | B | 0.10 | In-House Printing - black & white Call time: 12:07; to | 541 | 221 | |
| 1446339 | 11/28/16 | B | 3.35 | In-House Printing - black & white Call time: 19:40; to | 541 | 961 | |
| 1446340 | 11/28/16 | B | 0.05 | In-House Printing - black & white Call time: 19:40; to | 541 | 961 | |
| 1446341 | 11/28/16 | B | 2.35 | In-House Printing - black & white Call time: 20:39; to | 541 | 961 | |
| 1445750 | 11/28/16 | B | 1.75 | In-House Printing - black & white Call time: 09:52; to | 541 | 961 | |
| 1445741 | 11/28/16 | B | 1.05 | In-House Printing - black & white Call time: 14:13; to | 541 | 684 | |
| 1445742 | 11/28/16 | B | 0.05 | In-House Printing - black & white Call time: 14:13; to | 541 | 684 | |
| 1445743 | 11/28/16 | B | 2.45 | In-House Printing - black & white Call time: 14:24; to | 541 | 684 | |
| 1445744 | 11/28/16 | B | 0.10 | In-House Printing - black & white Call time: 14:24; to | 541 | 684 | |
| 1445745 | 11/28/16 | B | 1.70 | In-House Printing - black & white Call time: 15:42; to | 541 | 684 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1445749 | 11/28/16 | B | 1.05 | In-House Printing - black & white Call time: 11:07; to | 541 | 684 | |
| 1445751 | 11/28/16 | B | 3.60 | In-House Printing - black & white Call time: 15:47; to | 541 | 684 | |
| 1445752 | 11/28/16 | B | 1.00 | In-House Printing - black & white Call time: 15:47; to | 541 | 684 | |
| 1445753 | 11/28/16 | B | 2.45 | In-House Printing - black & white Call time: 16:39; to | 541 | 684 | |
| 1445754 | 11/28/16 | B | 0.10 | In-House Printing - black & white Call time: 16:39; to | 541 | 684 | |
| 1445755 | 11/28/16 | B | 2.60 | In-House Printing - black & white Call time: 16:52; to | 541 | 684 | |
| 1445756 | 11/28/16 | B | 0.10 | In-House Printing - black & white Call time: 16:52; to | 541 | 684 | |
| 1446345 | 11/29/16 | B | 2.25 | In-House Printing - black & white Call time: 17:34; to | 541 | 605 | |
| 1446367 | 11/29/16 | B | 1.05 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1446361 | 11/29/16 | B | 4.90 | In-House Printing - black & white Call time: 12:02; to | 541 | 684 | |
| 1446362 | 11/29/16 | B | 4.20 | In-House Printing - black & white Call time: 12:20; to | 541 | 684 | |
| 1446363 | 11/29/16 | B | 0.85 | In-House Printing - black & white Call time: 12:20; to | 541 | 684 | |
| 1446364 | 11/29/16 | B | 6.80 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1446365 | 11/29/16 | B | 0.80 | In-House Printing - black & white Call time: 11:24; to | 541 | 684 | |
| 1446366 | 11/29/16 | B | 13.60 | In-House Printing - black & white Call time: 11:25; to | 541 | 684 | |
| 1446355 | 11/29/16 | B | 22.10 | In-House Printing - black & white Call time: 12:31; to | 541 | 684 | |
| 1446356 | 11/29/16 | B | 1.10 | In-House Printing - black & white Call time: 12:31; to | 541 | 684 | |
| 1446357 | 11/29/16 | B | 6.15 | In-House Printing - black & white Call time: 12:41; to | 541 | 684 | |
| 1446358 | 11/29/16 | B | 2.90 | In-House Printing - black & white Call time: 12:41; to | 541 | 684 | |
| 1446359 | 11/29/16 | B | 2.30 | In-House Printing - black & white Call time: 11:59; to | 541 | 684 | |
| 1446360 | 11/29/16 | B | 0.15 | In-House Printing - black & white Call time: 11:59; to | 541 | 684 | |
| 1446349 | 11/29/16 | B | 8.10 | In-House Printing - black & white Call time: 12:57; to | 541 | 684 | |
| 1446350 | 11/29/16 | B | 2.40 | In-House Printing - black & white Call time: 13:16; to | 541 | 684 | |
| 1446351 | 11/29/16 | B | 4.50 | In-House Printing - black & white Call time: 13:20; to | 541 | 684 | |
| 1446352 | 11/29/16 | B | 0.90 | In-House Printing - black & white Call time: 13:20; to | 541 | 684 | |
| 1446353 | 11/29/16 | B | 2.50 | In-House Printing - black & white Call time: 13:21; to | 541 | 684 | |
| 1446354 | 11/29/16 | B | 3.00 | In-House Printing - black & white Call time: 13:21; to | 541 | 684 | |
| 1446342 | 11/29/16 | B | 8.10 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1446343 | 11/29/16 | B | 0.20 | In-House Printing - black & white Call time: 13:31; to | 541 | 684 | |
| 1446344 | 11/29/16 | B | 3.90 | In-House Printing - black & white Call time: 13:45; to | 541 | 684 | |

```
Nortel Networks, Inc.                         PRO FORMA  412788           AS OF 11/30/16            INVOICE# ******
63989-DIP
DATE: 12/21/16 11:10:19
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1446346 | 11/29/16 | B | 0.40 | In-House Printing - black & white Call time: 12:44; to | 541 | 684 | |
| 1446347 | 11/29/16 | B | 1.15 | In-House Printing - black & white Call time: 12:44; to | 541 | 684 | |
| 1446348 | 11/29/16 | B | 13.10 | In-House Printing - black & white Call time: 12:57; to | 541 | 684 | |
| 1446815 | 11/30/16 | B | 39.00 | In-House Printing - black & white Call time: 11:52; to | 541 | 684 | |
| 1446816 | 11/30/16 | B | 4.80 | In-House Printing - black & white Call time: 11:52; to | 541 | 684 | |
| 1446818 | 11/30/16 | B | 0.30 | In-House Printing - black & white Call time: 12:48; to | 541 | 684 | |
| 1446819 | 11/30/16 | B | 1.50 | In-House Printing - black & white Call time: 12:48; to | 541 | 684 | |
| 1446820 | 11/30/16 | B | 3.40 | In-House Printing - black & white Call time: 12:48; to | 541 | 684 | |
| 1446827 | 11/30/16 | B | 0.90 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1446832 | 11/30/16 | B | 1.50 | In-House Printing - black & white Call time: 14:42; to | 541 | 684 | |
| 1446833 | 11/30/16 | B | 0.15 | In-House Printing - black & white Call time: 14:42; to | 541 | 684 | |
| 1446834 | 11/30/16 | B | 9.00 | In-House Printing - black & white Call time: 15:10; to | 541 | 684 | |
| 1446821 | 11/30/16 | B | 3.40 | In-House Printing - black & white Call time: 12:48; to | 541 | 684 | |
| 1446824 | 11/30/16 | B | 5.10 | In-House Printing - black & white Call time: 13:55; to | 541 | 684 | |
| 1446825 | 11/30/16 | B | 0.30 | In-House Printing - black & white Call time: 13:55; to | 541 | 684 | |
| 1446826 | 11/30/16 | B | 4.45 | In-House Printing - black & white Call time: 14:09; to | 541 | 684 | |
| 1446830 | 11/30/16 | B | 0.20 | In-House Printing - black & white Call time: 18:33; to | 541 | 605 | |
| 1446817 | 11/30/16 | B | 1.70 | In-House Printing - black & white Call time: 12:48; to | 541 | 971 | |
| 1446835 | 11/30/16 | B | 1.80 | In-House Printing - black & white Call time: 15:10; to | 541 | 684 | |
| 1446836 | 11/30/16 | B | 2.40 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1446840 | 11/30/16 | B | 5.75 | In-House Printing - black & white Call time: 16:44; to | 541 | 684 | |
| 1447190 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 23:32; to | 541 | 605 | |
| 1447191 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 23:34; to | 541 | 605 | |
| 1447192 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 23:35; to | 541 | 605 | |
| 1447193 | 11/30/16 | B | 0.15 | In-House Printing - black & white Call time: 23:42; to | 541 | 605 | |
| 1447184 | 11/30/16 | B | 6.00 | In-House Printing - black & white Call time: 23:12; to | 541 | 605 | |
| 1447185 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 23:14; to | 541 | 605 | |
| 1447186 | 11/30/16 | B | 0.25 | In-House Printing - black & white Call time: 23:15; to | 541 | 605 | |
| 1447187 | 11/30/16 | B | 0.25 | In-House Printing - black & white Call time: 23:15; to | 541 | 605 | |
| 1447188 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 23:24; to | 541 | 605 | |

```
Nortel Networks, Inc.                     PRO FORMA   412788              AS OF 11/30/16                      INVOICE#  ******
63989-DIP
DATE: 12/21/16 11:10:19
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1447189 | 11/30/16 | B | 2.25 | In-House Printing - black & white Call time: 23:26; to | 541 | 605 | |
| 1447178 | 11/30/16 | B | 0.20 | In-House Printing - black & white Call time: 19:00; to | 541 | 605 | |
| 1447179 | 11/30/16 | B | 0.80 | In-House Printing - black & white Call time: 19:00; to | 541 | 605 | |
| 1447180 | 11/30/16 | B | 1.05 | In-House Printing - black & white Call time: 22:43; to | 541 | 605 | |
| 1447181 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 22:44; to | 541 | 605 | |
| 1447182 | 11/30/16 | B | 0.10 | In-House Printing - black & white Call time: 22:52; to | 541 | 605 | |
| 1447183 | 11/30/16 | B | 0.05 | In-House Printing - black & white Call time: 22:56; to | 541 | 605 | |
| 1446831 | 11/30/16 | B | 0.80 | In-House Printing - black & white Call time: 18:33; to | 541 | 605 | |
| 1446837 | 11/30/16 | B | 2.40 | In-House Printing - black & white Call time: 17:50; to | 541 | 605 | |
| 1446838 | 11/30/16 | B | 2.20 | In-House Printing - black & white Call time: 17:49; to | 541 | 605 | |
| 1446839 | 11/30/16 | B | 2.40 | In-House Printing - black & white Call time: 17:49; to | 541 | 605 | |
| 1447176 | 11/30/16 | B | 0.60 | In-House Printing - black & white Call time: 19:00; to | 541 | 605 | |
| 1447177 | 11/30/16 | B | 0.60 | In-House Printing - black & white Call time: 19:00; to | 541 | 605 | |
| 1446828 | 11/30/16 | B | 6.55 | In-House Printing - black & white Call time: 14:10; to | 541 | 961 | |
| 1446829 | 11/30/16 | B | 4.05 | In-House Printing - black & white Call time: 14:10; to | 541 | 961 | |
| 1446822 | 11/30/16 | B | 4.20 | In-House Printing - black & white Call time: 13:34; to | 541 | 961 | |
| 1446823 | 11/30/16 | B | 0.85 | In-House Printing - black & white Call time: 13:34; to | 541 | 961 | |
| 1453885 | 10/21/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #7911016 - P. CANTWEL - 10/21/16 | 552H L | 000 | 222091 |
| 1447710 | 11/07/16 | B | 3.82 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 221862 |
| 1447711 | 11/09/16 | B | 2.43 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 221862 |
| 1448801 | 11/14/16 | B | 8.20 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 221914 |
| 1448836 | 11/23/16 | B | 11.56 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 221915 |
| | | | 6,435.78 | | | | |