# EXHIBIT A

Nortel Networks, Inc, et al.
(Case No. 09-10138 (KG))

CHILMARK PARTNERS, LLC
November 1, 2016 - November 30, 2016

### Summary of Services Rendered by Project

| Project Code | Nature of Services | Nov 2016 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 62.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 40.0 |
| 15 | Travel | 4.0 |
| 16 | Plan of Reorganization / Disclosure Statement | 91.0 |
| **TOTAL** | | **202.0** |

### Summary of Services Rendered by Professional

| Name | Nov 2016 Hours |
|---|---|
| Michael Kennedy, Member | 196.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 6.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | **202.0** |

Nortel Networks, Inc
November 1, 2016 - November 30, 2016 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Nov 2016 Hours | Code |
|---|---|---|---|
| 11/1/2016 | Review draft material, calls & communications re: claims matters | 6.0 | 7 |
| 11/2/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 11/2/2016 | Calls, communications, prepare material re: DS matters & POR matters | 3.0 | 16 |
| 11/2/2016 | Review and discuss claims objections filings | 2.0 | 16 |
| 11/2/2016 | Calls, communications, prepare material re: allocation & litigation matters | 2.0 | 14 |
| 11/3/2016 | Review RM Report | 2.0 | 1 |
| 11/3/2016 | Review draft material, calls & communications re: claims matters | 1.0 | 7 |
| 11/3/2016 | Calls, communications, prepare material re: allocation & litigation matters | 6.0 | 14 |
| 11/4/2016 | Review Monitor cash flash | 1.0 | 1 |
| 11/4/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 11/4/2016 | Review Canadian filings | 5.0 | 16 |
| 11/5/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 11/6/2016 | Review Canadian filings | 5.0 | 16 |
| 11/6/2016 | Review and communications with other professionals re: taxes | 2.0 | 14 |
| 11/7/2016 | Calls and communications with creditor representatives | 2.0 | 7 |
| 11/7/2016 | Follow-up with US counsel, other professionals & review of material / analysis | 6.0 | 14 |
| 11/7/2016 | Calls, communications, prepare material re: DS matters & POR matters | 3.0 | 16 |
| 11/8/2016 | Review and communications with other professionals re: taxes | 1.0 | 14 |
| 11/8/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 11/8/2016 | Calls, communications, prepare material re: DS matters & POR matters | 5.0 | 16 |
| 11/9/2016 | Calls and communications with creditor representatives | 3.0 | 7 |
| 11/9/2016 | Calls, communications, prepare material re: DS matters & POR matters | 5.0 | 16 |
| 11/9/2016 | Call with other professionals re: claims litigation matters | 3.0 | 7 |
| 11/9/2016 | Calls, communications, prepare material re: DS matters & POR matters | 4.0 | 16 |
| 11/10/2016 | Call with other professionals re: claims litigation matters | 2.0 | 7 |
| 11/10/2016 | Calls, communications, prepare material re: allocation litigation matters | 7.0 | 14 |
| 11/11/2016 | Call with other professionals re: claims litigation matters | 4.0 | 7 |
| 11/11/2016 | Calls, communications, prepare material re: litigation matters | 3.0 | 14 |
| 11/11/2016 | Calls, communications, prepare material re: DS matters & POR matters | 2.0 | 16 |
| 11/14/2016 | Calls and communications with creditor representatives | 3.0 | 7 |
| 11/14/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 11/14/2016 | Calls, communications, prepare material re: DS matters & POR matters | 3.0 | 16 |
| 11/15/2016 | Call with other professionals re: claims litigation matters | 4.0 | 7 |
| 11/15/2016 | Calls, communications, prepare material re: DS matters & POR matters | 5.0 | 16 |
| 11/16/2016 | Review EMEA filings | 2.0 | 16 |
| 11/16/2016 | Calls, communications, prepare material re: DS matters & POR matters | 6.0 | 16 |
| 11/17/2016 | Review Monitor cash flash | 1.0 | 1 |
| 11/17/2016 | Calls, communications, prepare material re: litigation matters | 2.0 | 14 |
| 11/18/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 11/21/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 11/22/2016 | Calls, communications, prepare material re: DS matters & POR matters | 7.0 | 16 |
| 11/23/2016 | Calls, communications, prepare material re: DS matters & POR matters | 6.0 | 16 |
| 11/23/2016 | Calls, communications, prepare material re: litigation matters | 2.0 | 14 |
| 11/23/2016 | Call with other professionals re: claims litigation matters | 3.0 | 7 |
| 11/25/2016 | Calls, communications, prepare material re: DS matters & POR matters | 3.0 | 16 |
| 11/26/2016 | Calls, communications, prepare material re: DS matters & POR matters | 4.0 | 16 |
| 11/27/2016 | Calls, communications, review material re: DS matters & POR matters | 6.0 | 16 |
| 11/28/2016 | Call with other professionals re: claims litigation matters | 4.0 | 7 |
| 11/28/2016 | Calls, communications, review material re: DS matters & POR matters | 6.0 | 16 |
| 11/29/2016 | Travel to DE | 4.0 | 15 |
| 11/29/2016 | Calls, communications, prepare material re: litigation matters | 3.0 | 14 |
| 11/29/2016 | Review EMEA filings | 1.0 | 16 |
| 11/29/2016 | Calls, communications, review material re: DS matters & POR matters | 3.0 | 16 |
| 11/30/2016 | Calls, communications, review material re: DS matters & POR matters | 2.0 | 16 |
| 11/30/2016 | Call with other professionals re: claims litigation matters | 4.0 | 7 |
| 11/30/2016 | Meeting with Cleary & other estate professionals | 3.0 | 16 |
| 11/30/2016 | Review Monitor cash flash | 1.0 | 1 |

Nov 2016 Total  196.0

Nortel Networks, Inc
November 1, 2016 - November 30, 2016 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Nov 2016 Hours | Code |
|---|---|---|---|
| 11/3/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/9/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/14/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/22/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/28/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 11/29/2016 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |

Nov 2016 Total  6.0