# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2016 Through November 30, 2016

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 11/29/16-12/1/16 | Flight to Philadelphia, PA | $ 981.28 |
| Mike Kennedy | 11/29/16-12/1/16 | Hotel (two nights) | $ 700.00 |
| Mike Kennedy | 11/29/16-12/1/16 | Ground Transportation | $ 255.64 |
| Mike Kennedy | 11/29/16-12/1/16 | Breakfast (three people) | $ 45.00 |
| Chilmark | 11/30/2016 | Conference Calls | $ 44.23 |
| **Total Expenses** | | | **$ 2,026.15** |

Note: All airfare is being charged at a coach class rate.