# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Ref. Docket No. 17590** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2016, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 20, 2016 at 9:00 A.M. (Eastern Time)," dated December 16, 2016 [Docket No. 17590],

   by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

T:\Clients\NORTEL\Affidavits\Agenda for 12-20-16 Hrg _DI 17590_AFF_12-16-16_FK_CH.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Forrest Kuffer

Sworn to before me this
22nd day of December, 2016

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 1007 N ORANGE ST FL 4 WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 346 BLACKPEPPER LOOP LITTLE RIVER SC 29566-8535 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 4834 CRESTMORE RD RALEIGH NC 27612-3800 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. PO BOX 31800 RICHMOND VA 23294-1800 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEMEL, ERNEST | 530 W. 55TH STREET, APT. 13K NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 227 MARIE ST JACKSONVILLE NC 28546-5142 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. ATTN: DEVON J. EGGERT, ESQ. 311 SOUTH WACKER DR, STE 3000 COUNSEL TO MERCER (US) INC. CHICAGO IL 60606 |
| FRIEDLANDER & GORRIS, P.A. | 1201 N. MARKET STREET SUITE 2200 WILMINGTON DE 19801 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS 2160 N CENTRAL RD STE 201 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |

| Claim Name | Address Information |
|---|---|
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD LUMBERTON MS 39455 |
| HEINBAUGH, ALLAN | 165 BLOSSOM HILL ROAD SPC 14 SAN JOSE CA 95123-5902 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HODGES, RICHARD | 12804 PAMPLONA DR WAKE FOREST NC 27587 |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 2123 - 14 STREET MOLINE IL 61265 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD. 400 CAPITOL MALL STE 1500 SACRAMENTO CA 95814-4406 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MADDRY, SHIRLEY | 1607 SUMMIT DRIVE ROCKINGHAM NC 28379-3960 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 266 CAMDEN TRL DALLAS GA 30157-8716 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NORTEL NETWORKS, INC., | 8601 SIX FORKS ROAD SUITE 400 RALEIGH NC 27615 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |

| Claim Name | Address Information |
|---|---|
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 28203-4886 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 3711 KENNETT PIKE, SUITE 210 GREENVILLE DE 19807 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN ANDREW CALAMARI BROOKFIELD PLACE STE 400 200 VESEY STREET NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 201 S. ROGERS LANE, STE. 100 RALEIGH NC 26710 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 801 SKOKIE BLVD STE 100 NORTHBROOK IL 60062 |
| TOTMAN, CARMEL TURLINGTON | 1821 DORA AVE APT 228 TAVARES FL 32778-5770 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 722 STRATFORD OK 74872 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  126**

**NNI 12/20 HEARING AGENDA 12-16-2016**

ANDREWS KURTH KENYON LLP
(COUNSEL TO LIQUIDITY SOLUTIONS, INC.)
ATTN: PAUL N. SILVERSTEIN, JEREMY B. RECKMEYER
450 LEXINGTON AVENUE
NEW YORK, NY 10017

**NNI 12/20 HEARING AGENDA 12-16-2016**

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO ERNST & YOUNG INC AS MONITOR OF THE CANADIAN DEBTORS)
ATTN: MARY F. CALOWAY, KATHLEEN A. MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

**NNI 12/20 HEARING AGENDA 12-16-2016**

ALLEN & OVERY LLP
(COUNSEL TO ERNST & YOUNG INC AS MONITOR OF THE CANADIAN DEBTORS)
ATTN: KEN COLEMAN, JACOB S. PULTMAN, LAURA R. HALL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**NNI 12/20 HEARING AGENDA 12-16-2016**

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO THE AD HOC GROUP OF BONDHOLDERS)
ATTN: PETER KEANE, LAURA DAVIS JONES
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899-8705

**NNI 12/20 HEARING AGENDA 12-16-2016**

MILBANK, TWEED, HADLEY, & McCLOY LLP
(COUNSEL TO THE AD HOC GROUP OF BONDHOLDERS)
ATTN: DENNIS F. DUNNE, ANDREW M. LEBLANC
28 LIBERTY STREET
NEW YORK, NY 10005-1413

**NNI 12/20 HEARING AGENDA 12-16-2016**

MILBANK, TWEED, HADLEY, & McCLOY LLP
(COUNSEL TO THE AD HOC GROUP OF BONDHOLDERS)
ATTN: THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES, CA 90067

**NNI 12/20 HEARING AGENDA 12-16-2016**

DUANE MORRIS LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE)
ATTN: MICHAEL R. LASTOWSKI, CHRISTOPHER M. WINTER
222 DELAWARE AVENUE, SUITE 1600
WILMINGTON, DE 19801-1659

**NNI 12/20 HEARING AGENDA 12-16-2016**

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE)
ATTN: MICHAEL J. RIELA
900 THIRD AVENUE
NEW YORK, NY 10022

**EXHIBIT B**

Fax List

| Name | fax |
| --- | --- |
| ACUSHNET COMPANY | 508-979-3913 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 212-872-1002 |
| ALLEN & OVERY LLP | 212-610-6399 |
| APC WORKFORCE SOLUTIONS LLC | 407-770-6162 |
| ARDENT LAW GROUP, P.C. | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | 404-873-8121 |
| ASHBY & GEDDES P.A. | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | 615-741-3334 |
| BAKER BOTTS L.L.P. | 214-661-4605 |
| BALLARD SPAHR | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | 215-864-9473 |
| BALLARD SPAHR LLP | 215-864-8999 |
| BALLARD SPAHR, LLP | 302-252-4466 |
| BARTLETT HACKETT FEINBERG P.C. | 617-422-0383 |
| BAYARD, P.A. | 302-658-6395 |
| BERNSTEIN, SHUR, SAWYER & NELSON | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | 650-494-2738 |
| BLANK ROME LLP | 302-425-6464 |
| BOYLAN BROWN | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | 212-938-3837 |
| BROWN & CONNERY LLP | 856-853-9933 |
| BROWN RUDNICK LLP | 617-856-8201 |
| BROWN RUDNICK LLP | 212-209-4801 |
| BRYAN CAVE LLP | 212-541-4630 |
| BRYAN CAVE LLP | 312-602-5050 |
| BRYAN CAVE LLP | 314-552-8869 |
| BUCHALTER NEMER | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | 302-552-4295 |
| CASSELS BROCK & BLACKWELL LLP | 416-640-3206 |
| CASSELS BROCK & BLACKWELL LLP | 416-640-3189 |
| CASSELS BROCK & BLACKWELL LLP | 416-640-3176 |
| CHADBOURNE & PARKE LLP | 212-541-5369 |
| CHIPMAN BROWN CICERO & COLE, LLP | 302-295-0199 |
| COLE SCHOTZ P.C. | 302-574-2106 |
| COMMONWEALTH OF PENNSLYVANIA | 215-560-2202 |
| CONNOLLY BOVE | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | 631-367-1173 |
| COWLES & THOMPSON, PC | 214-462-6401 |
| CROSS & SIMON, LLC | 302-777-4224 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | 212-697-1559 |
| DENTONS CANADA LLP | 416-979-1234 |
| DLA PIPER LLP (US) | 410-580-3001 |
| DLA PIPER LLP (US) | 302-394-2341 |

Fax List

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| DRINKER BIDDLE & REATH LLP | 973-360-9831 |
| DUANE MORRIS LLP | 302-657-4901 |
| ELLIOTT GREENLEAF | 302-384-9399 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| FPL LAW DEPARTMENT | 561-691-7103 |
| FULBRIGHT & JAWORSKI LLP | 212-318-3400 |
| GIBBONS P.C. | 973-639-6244 |
| GIBSON DUNN | 212-351-4035 |
| GOODMANS LLP | 416-979-1234 |
| GOWLING LAFLEUR HENDERSON | 416-862-7661 |
| HAHN LOESER & PARKS LLP | 216-241-2824 |
| HERBERT SMITH | 44-0-20-7098-4878 |
| HINCKLEY ALLEN & SNYDER LLP | 617-345-9020 |
| HP COMPANY | 208-396-3958 |
| HUGHES HUBBARD & REED LLP | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | 212-299-6045 |
| HUNTON & WILLIAMS | 214-740-7181 |
| IBM CORPORATION/IBM CREDIT LLC | 845-491-5032 |
| J. SCOTT DOUGLASS ESQ. | 713-227-7497 |
| JONES DAY | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | 212-940-8776 |
| KATTEN MUCHIN ROSENMAN LLP | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | 310-407-9090 |
| KLEHR HARRISON | 302-426-9193 |
| LATHROP & GAGE LLP | 720-931-3201 |
| LEWIS AND ROCA LLP | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 210-226-4308 |
| LOWENSTEIN SANDLER PC | 973-597-2400 |
| LOWENSTEIN SANDLER PC | 973-597-2400 |
| MAGNOZZI & KYE, LLP | 631-923-2860 |
| MAYER BROWN LLP | 212-262-1910 |
| MCGUIREWOODS LLP | 703-712-5050 |
| MEYERS LAW GROUP P.C. | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | 212-530-5219 |
| MISSOURI DEPT OF REVENUE | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | 302-656-2769 |

Fax List

| | |
|---|---|
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS JAMES LLP | 302-571-1750 |
| MUNICIPAL OPERATIONS | 720-913-3180 |
| NETWORK ENGINEERING INC. | 405-840-5183 |
| NIXON PEABODY LLP | 415-984-8300 |
| NORTON ROSE | 416-216-3930 |
| OFFICE OF THE U.S. TRUSTEE | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | 215-560-2202 |
| PACHULSKI STANG | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | 202-326-4112 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 817-860-6509 |
| POLSINELLI PC | 302-252-0921 |
| POST & SCHELL P.C. | 717-731-1985 |
| POYNER SPRUILL LLP | 704-342-5264 |
| PRYOR CASHMAN LLP. | 212-515-6959 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 212-849-7100 |
| RAY QUINNEY & NEBEKER P.C. | 801-532-7543 |
| RIDDELL WILLIAMS P.S. | 206-389-1708 |
| ROPES & GRAY LLP | 212-596-9090 |
| ROPES & GRAY LLP | 617-951-7050 |
| SEC NY REGIONAL OFFICE | 212-336-1348 |
| SECRETARY OF TREASURY | 302-739-5635 |
| SIRLIN GALLOGLY & LESSER, P.C. | 215-864-9669 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 302-651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 212-735-2000 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | 919-821-6800 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | 212-681-4041 |
| STEVEN S. HONIGMAN | 917-591-7364 |
| SULLIVAN HAZELTINE ALLINSON LLC | 302-428-8195 |
| SWARTZ CAMPBELL LLC | 302-656-1434 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | 646-390-7034 |
| TW TELECOM INC. | 303-566-1010 |
| U.S. DEPT OF JUSTICE CIVIL DIV | 202-307-0494 |
| UNISYS CORPORATION | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | 202-776-0080 |
| US ATTORNEY'S OFFICE | 302-573-6431 |
| VEDDER PRICE P.C. | 212-407-7799 |
| VEDDER PRICE P.C. | 312-609-5005 |

Fax List

| | |
|---|---|
| VONBRIESEN & ROPER S.C. | 414-238-6532 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | 614-719-4663 |
| WERB & SULLIVAN | 302-652-1111 |
| WHITEFORD TAYLOR & PRESTON LLC | 302-661-7950 |
| WICK PHILLIPS GOULD & MARTIN, LLP | 214-692-6255 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-8111 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9251 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9587 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9170 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | 914-323-7001 |
| WOLFF & SAMSON PC | 973-530-2212 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | 302-252-4330 |
| YOUNG CONAWAY | 302-571-1253 |
| ANDREWS KURTH KENYON LLP | 212-850-2929 |
| BUCHANAN INGERSOLL & ROONEY PC | 302-552-4295 |
| ALLEN & OVERY LLP | 212-610-6399 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| MILBANK, TWEED, HADLEY, & McCLOY LLP | 212-530-5219 |
| MILBANK, TWEED, HADLEY, & McCLOY LLP | 213-629-5063 |