**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 17623** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2016, I caused to be served the "Order Scheduling Settlement Hearing and Staying Discovery," dated December 21, 2016 [Docket No. 17623], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
29th day of December, 2016

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

NNI DE17585 12-15-16

KELLEY DRYE & WARREN LLP
SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER
COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION
101 PARK AVENUE
NEW YORK NY 10178

NNI DE17585 12-15-16

FRED S. HODARA
DAVID H. BOTTER
ABID QURESHI
BRAD M. KAHN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

NNI DE17585 12-15-16

CHRISTOPHER M. SAMIS
WHITEFORD, TAYLOR & PRESTON LLC
THE RENAISSANCE CENTRE
405 NORTH KING STREET, SUITE 500
WILMINGTON, DE 19801

NNI DE17585 12-15-16

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS F. DUNNE
ANDREW M. LEBLANC
ATARA MILLER
28 LIBERTY STREET
NEW YORK, NEW YORK 10005-1413

NNI DE17585 12-15-16

MILBANK, TWEED, HADLEY & MCCLOY LLP
THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES, CALIFORNIA 90067

NNI DE17585 12-15-16

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
PETER J. KEANE
919 N. MARKET STREET, 17TH FLOOR
PO BOX 8705
WILMINGTON, DELAWARE 19899-8705

NNI DE17585 12-15-16

BROWN RUDNICK LLP
STEVEN D. POHL, ESQ.
CHRISTOPHER M. FLOYD, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

NNI DE17585 12-15-16

FOX ROTHSCHILD LLPJEFFREY M. SCHLERF
L. JOHN BIRD
COURTNEY A. EMERSON
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

NNI DE17585 12-15-16

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL ESQ.,
STEPHEN D. SCHREIBER ESQ., PAULA J. CONNELLY &
GARTH D. WILSON, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW
WASHINGTON, DC 20005-4026