## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 17618** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 21, 2016, I caused to be served the "Order Appointing Mediator," dated December 21, 2016 [Docket No. 17618], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
28th day of December, 2016

_____
Notary Public

Konstantina Haidopoulos

REGINA AMPC····
Notary Public, State of New for
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20·17

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

T:\Clients\NORTEL\Affidavits\Order Appointing Mediator_DI 17618_AFF_12-21-16.doc

**EXHIBIT A**

**NNI ORDER 12-21-16**

**COLE SCHOTZ P.C.**
**NORMAN L. PERNICK**
**NICHOLAS J. BRANNICK**
**500 DELAWARE AVENUE, SUITE 1410**
**WILMINGTON, DE 19801**

**NNI ORDER 12-21-16**

**JOHN L. WOOD, ESQ.**
**EGERTON, MCAFEE, ARMISTEAD &**
**DAVIS, P.C.**
**900 S. GAY STREET**
**KNOXVILLE, TN 37902**

**NNI ORDER 12-21-16**

**COLE SCHOTZ P.C.**
**G. DAVID DEAN**
**300 E. LOMBARD STREET, SUITE 1450**
**BALTIMORE, MD 21202**

**NNI ORDER 12-21-16**

**RICHARD S. BUSCH, ESQ.**
**KING & BALLOW LAW OFFICES**
**315 UNION STREET, SUITE 1100**
**NASHVILLE, TN 37201**