## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Ref. Docket No. 17597 & 17598** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2016, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for Telephonic Hearing on December 22, 2016 at 2:30 P.M. (Eastern Time)," dated December 20, 2016 [Docket No. 17597], (the "Agenda Hearing"), and

   b. "Stipulated Protective Order Governing the use and Disclosure of Confidential Information Containing Clawback Provisions," dated December 20, 2016 [Docket No. 17598], (the "Stipulation')

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

by causing true and correct copies of the:

    a.  Stipulation, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b.  Agenda Hearing, to be enclosed securely in separate pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    c.  Agenda Hearing, to be delivered via facsimile to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
___ day of December, 2016

_____
Notary Public

KEGINV AMPORFRO
Notary Public, State of New for
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

**EXHIBIT A**

NNI DE17598 12-20-16

NNI DE17598 12-20-16

**PENSION BENEFIT GUARANTY CORP**
**ATTN: VICENTE MATIAS MURRELL ESQ.,**
**STEPHEN D. SCHREIBER ESQ., PAULA J.**
**CONNELLY &**
**GARTH D. WILSON, ESQ.**
**OFFICE OF THE CHIEF COUNSEL**
**1200 K STREET NW**
**WASHINGTON, DC 20005-4026**

**KELLEY DRYE & WARREN LLP**
**SARAH L. REID, ERIC R. WILSON & BENJAMIN**
**D. FEDER**
**COUNSEL TO PENSION BENEFIT GUARANTY**
**CORPORATION**
**101 PARK AVENUE**
**NEW YORK NY 10178**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 1007 N ORANGE ST FL 4 WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 346 BLACKPEPPER LOOP LITTLE RIVER SC 29566-8535 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 4834 CRESTMORE RD RALEIGH NC 27612-3800 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. PO BOX 31800 RICHMOND VA 23294-1800 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEMEL, ERNEST | 530 W. 55TH STREET, APT. 13K NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 227 MARIE ST JACKSONVILLE NC 28546-5142 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. ATTN: DEVON J. EGGERT, ESQ. 311 SOUTH WACKER DR, STE 3000 COUNSEL TO MERCER (US) INC. CHICAGO IL 60606 |
| FRIEDLANDER & GORRIS, P.A. | 1201 N. MARKET STREET SUITE 2200 WILMINGTON DE 19801 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS 2160 N CENTRAL RD STE 201 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |

| Claim Name | Address Information |
|---|---|
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD LUMBERTON MS 39455 |
| HEINBAUGH, ALLAN | 165 BLOSSOM HILL ROAD SPC 14 SAN JOSE CA 95123-5902 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HODGES, RICHARD | 12804 PAMPLONA DR WAKE FOREST NC 27587 |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 2123 - 14 STREET MOLINE IL 61265 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD. 400 CAPITOL MALL STE 1500 SACRAMENTO CA 95814-4406 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MADDRY, SHIRLEY | 1607 SUMMIT DRIVE ROCKINGHAM NC 28379-3960 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 266 CAMDEN TRL DALLAS GA 30157-8716 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NORTEL NETWORKS, INC., | 8601 SIX FORKS ROAD SUITE 400 RALEIGH NC 27615 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |

| Claim Name | Address Information |
|---|---|
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 28203-4886 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 3711 KENNETT PIKE, SUITE 210 GREENVILLE DE 19807 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN ANDREW CALAMARI BROOKFIELD PLACE STE 400 200 VESEY STREET NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 201 S. ROGERS LANE, STE. 100 RALEIGH NC 26710 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 801 SKOKIE BLVD STE 100 NORTHBROOK IL 60062 |
| TOTMAN, CARMEL TURLINGTON | 1821 DORA AVE APT 228 TAVARES FL 32778-5770 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US DEPARTMENT OF LABOR | FRANCES PERKINS BUILDING 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 722 STRATFORD OK 74872 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  127**

**EXHIBIT C**

Fax List

| Name | Fax |
|---|---|
| ACUSHNET COMPANY | 508-979-3913 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 212-872-1002 |
| ALLEN & OVERY LLP | 212-610-6399 |
| APC WORKFORCE SOLUTIONS LLC | 407-770-6162 |
| ARDENT LAW GROUP, P.C. | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | 404-873-8121 |
| ASHBY & GEDDES P.A. | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | 615-741-3334 |
| BAKER BOTTS L.L.P. | 214-661-4605 |
| BALLARD SPAHR | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | 215-864-9473 |
| BALLARD SPAHR LLP | 215-864-8999 |
| BALLARD SPAHR, LLP | 302-252-4466 |
| BARTLETT HACKETT FEINBERG P.C. | 617-422-0383 |
| BAYARD, P.A. | 302-658-6395 |
| BERNSTEIN, SHUR, SAWYER & NELSON | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | 650-494-2738 |
| BLANK ROME LLP | 302-425-6464 |
| BOYLAN BROWN | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | 212-938-3837 |
| BROWN & CONNERY LLP | 856-853-9933 |
| BROWN RUDNICK LLP | 617-856-8201 |
| BROWN RUDNICK LLP | 212-209-4801 |
| BRYAN CAVE LLP | 212-541-4630 |
| BRYAN CAVE LLP | 312-602-5050 |
| BRYAN CAVE LLP | 314-552-8869 |
| BUCHALTER NEMER | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | 302-552-4295 |
| CASSELS BROCK & BLACKWELL LLP | 416-640-3206 |
| CASSELS BROCK & BLACKWELL LLP | 416-640-3189 |
| CASSELS BROCK & BLACKWELL LLP | 416-640-3176 |
| CHIPMAN BROWN CICERO & COLE, LLP | 302-295-0199 |
| COLE SCHOTZ P.C. | 302-574-2106 |
| COMMONWEALTH OF PENNSLYVANIA | 215-560-2202 |
| CONNOLLY BOVE | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | 631-367-1173 |
| COWLES & THOMPSON, PC | 214-462-6401 |
| CROSS & SIMON, LLC | 302-777-4224 |

1

Fax List

| | |
|---|---|
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | 212-697-1559 |
| DENTONS CANADA LLP | 416-979-1234 |
| DLA PIPER LLP (US) | 410-580-3001 |
| DLA PIPER LLP (US) | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| DRINKER BIDDLE & REATH LLP | 973-360-9831 |
| DUANE MORRIS LLP | 302-657-4901 |
| ELLIOTT GREENLEAF | 302-384-9399 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| FPL LAW DEPARTMENT | 561-691-7103 |
| FULBRIGHT & JAWORSKI LLP | 212-318-3400 |
| GIBBONS P.C. | 973-639-6244 |
| GIBSON DUNN | 212-351-4035 |
| GOODMANS LLP | 416-979-1234 |
| GOWLING LAFLEUR HENDERSON | 416-862-7661 |
| HAHN LOESER & PARKS LLP | 216-241-2824 |
| HERBERT SMITH | 44-0-20-7098-4878 |
| HINCKLEY ALLEN & SNYDER LLP | 617-345-9020 |
| HUGHES HUBBARD & REED LLP | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | 212-299-6045 |
| HUNTON & WILLIAMS | 214-740-7181 |
| IBM CORPORATION/IBM CREDIT LLC | 845-491-5032 |
| J. SCOTT DOUGLASS ESQ. | 713-227-7497 |
| JONES DAY | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | 212-940-8776 |
| KATTEN MUCHIN ROSENMAN LLP | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | 310-407-9090 |
| KLEHR HARRISON | 302-426-9193 |
| LATHROP & GAGE LLP | 720-931-3201 |
| LEWIS AND ROCA LLP | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 713-844-3503 |

Fax List

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 210-226-4308 |
| LOWENSTEIN SANDLER PC | 973-597-2400 |
| LOWENSTEIN SANDLER PC | 973-597-2400 |
| MAGNOZZI & KYE, LLP | 631-923-2860 |
| MAYER BROWN LLP | 212-262-1910 |
| MCGUIREWOODS LLP | 703-712-5050 |
| MEYERS LAW GROUP P.C. | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | 212-530-5219 |
| MISSOURI DEPT OF REVENUE | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | 302-656-2769 |
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS JAMES LLP | 302-571-1750 |
| MUNICIPAL OPERATIONS | 720-913-3180 |
| NETWORK ENGINEERING INC. | 405-840-5183 |
| NIXON PEABODY LLP | 415-984-8300 |
| NORTON ROSE | 416-216-3930 |
| OFFICE OF THE U.S. TRUSTEE | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | 215-560-2202 |
| PACHULSKI STANG | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | 202-326-4112 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 817-860-6509 |
| POLSINELLI PC | 302-252-0921 |
| POST & SCHELL P.C. | 717-731-1985 |
| POYNER SPRUILL LLP | 704-342-5264 |
| PRYOR CASHMAN LLP. | 212-515-6959 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 212-849-7100 |
| RAY QUINNEY & NEBEKER P.C. | 801-532-7543 |
| RIDDELL WILLIAMS P.S. | 206-389-1708 |
| ROPES & GRAY LLP | 212-596-9090 |
| ROPES & GRAY LLP | 617-951-7050 |
| SEC NY REGIONAL OFFICE | 212-336-1348 |

Fax List

| | |
|---|---|
| SECRETARY OF TREASURY | 302-739-5635 |
| SIRLIN GALLOGLY & LESSER, P.C. | 215-864-9669 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 302-651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 212-735-2000 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | 919-821-6800 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | 212-681-4041 |
| STEVEN S. HONIGMAN | 917-591-7364 |
| SULLIVAN HAZELTINE ALLINSON LLC | 302-428-8195 |
| SWARTZ CAMPBELL LLC | 302-656-1434 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | 646-390-7034 |
| TW TELECOM INC. | 303-566-1010 |
| U.S. DEPT OF JUSTICE CIVIL DIV | 202-307-0494 |
| UNISYS CORPORATION | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | 202-776-0080 |
| US ATTORNEY'S OFFICE | 302-573-6431 |
| VEDDER PRICE P.C. | 212-407-7799 |
| VEDDER PRICE P.C. | 312-609-5005 |
| VONBRIESEN & ROPER S.C. | 414-238-6532 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | 614-719-4663 |
| WERB & SULLIVAN | 302-652-1111 |
| WHITEFORD TAYLOR & PRESTON LLC | 302-661-7950 |
| WICK PHILLIPS GOULD & MARTIN, LLP | 214-692-6255 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-8111 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9251 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9587 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9170 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | 914-323-7001 |
| WOLFF & SAMSON PC | 973-530-2212 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | 302-252-4330 |
| YOUNG CONAWAY | 302-571-1253 |