B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of <u>Delaware</u>

In re <u>Nortel Networks Inc.,</u>___ Debtors.                           Case No. __09-10138__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Cedar Glade, LP</u>_____      <u>Computer Sciences Corporation</u>_____
          Name of Transferee                                             Name of Transferor

Name and Address where notices to transferee should be sent:

767 Fifth Ave, 19th Floor
New York, NY
10153

Court Claim # (if known): _____
Amount of Claim Transferred: $1,568,658.99
Date Claim Filed: _____
Debtor: _____

Phone:_____   Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: Dec 27, 2016
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

878377v.1 2653/00013

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Computer Sciences Corporation ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to Cedar Glade, LP ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the scheduled amount of $1,568,658.99 against Nortel Networks Inc. (the "Debtor"), Case No. 09-10138 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29th DAY OF DECEMBER 2016.

BY:

_____
Name: Nishant Shanbhag
Title: Director Finance

BY: CEDAR GLADE, LP

_____
Name: Robert Minkoff
Title: President