**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                                  :

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 17605** |

-------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION REGARDING REPORT BY THE
MERGIS GROUP OF STAFFING AND COMPENSATION EARNED
AND EXPENSES INCURRED FOR THE PERIOD OF
NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of November 1, 2016 Through November 30, 2016** (the "Report") (Docket No. 17605), filed on December 20, 2016.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Report appears thereon. Pursuant to the Notice of Report, objections to the Report were to be filed and served no later than December 30, 2016 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International In. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: January 3, 2017   CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE      James L. Bromley (admitted *pro hac vice*)
           Lisa M. Schweitzer (admitted *pro hac vice*)
           One Liberty Plaza
           New York, New York 10006
           Telephone:  (212) 225-2000
           Facsimile:  (212) 225-3999

           and

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Andrew R. Remming*
           Eric D. Schwartz (No. 3134)
           Derek C. Abbott (No. 3376)
           Andrew R. Remming (No. 5120)
           Tamara K. Minott (No. 5643)
           1201 North Market Street, 16th Floor
           Wilmington, DE  19899-1347
           Telephone:  (302) 658-9200
           Facsimile:  (302) 658-3989

           *Counsel for the Debtors and Debtors in Possession*

9962524