# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                   :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]        :
:   Jointly Administered
:
           Debtors.                       :
------------------------------------------------------------X

## NOTICE OF CANCELLED OMNIBUS HEARING

PLEASE TAKE NOTICE THAT the omnibus hearing previously scheduled in the above captioned matter to be held on **January 10, 2017 at 10:00 a.m. (Eastern Time)** has been cancelled by the Court.

Dated: January 4, 2017
Wilmington, Delaware

                                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                      James L. Bromley (admitted pro hac vice)
                                                      Lisa M. Schweitzer (admitted pro hac vice)
                                                      One Liberty Plaza
                                                      New York, New York 10006
                                                      Telephone:  (212) 225-2000
                                                      Facsimile:  (212) 225-3999

                                                                - and -

                                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                      */s/ Andrew R. Remming*
                                                      Derek C. Abbott (No. 3376)
                                                      Eric D. Schwartz (No. 3134)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 2 -

Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors In Possession*

10679569.1