# **EXHIBIT A**

Tax

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| Cardarelli | Corrado | 02/11/2016 | participate in numerous internal calls and meetings and calls with Cleary Lawyers re tax and claim issues under the plan (1); participated in late evening call with Cassells Brock, counsel to the "UCC" committee re tax and claim issues (1) | 2.0 | 1,690.00 | 13997999 |
| Cardarelli | Corrado | 02/11/2016 | reviewed possible heads of tax and claim issues and treaty provisions (1.1); reviewed draft creditor disclosure language re tax and claim issues drafted by Cleary (1.1); | 2.2 | 1,859.00 | 13998005 |
| Cardarelli | Corrado | 01/11/2016 | reviewed litigation document plan from Scott re tax and claim issues (1.0) and considered tax and claim issues and strategies for dealing with tax and claim issues;(2.4) | 3.4 | 2,873.00 | 13999349 |
| Cardarelli | Corrado | 03/11/2016 | prepared for and attended calls with Cleary and lawyers for committee of trade debtors; | 3.0 | 2,535.00 | 14000522 |
| Cardarelli | Corrado | 03/11/2016 | reviewed circular and draft plan re tax discussion; | 0.6 | 507.00 | 14000523 |
| Cardarelli | Corrado | 03/11/2016 | emails re Canadian tax and claim issues and treaty relief with Corey Goodman of Cleary; | 0.7 | 591.50 | 14000524 |
| Cardarelli | Corrado | 04/11/2016 | prepared for and attended several conference calls re tax and claim issues including call with all Canadian tax advisors; | 3.2 | 2,704.00 | 14000531 |

Tax

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 02/11/2016 | Further revisions to fee application (0.3); emails to lawyers regarding fee application (0.01); | 0.4 | 346.00 | 13994567 |
| Bauer | Alison D. | 04/11/2016 | Attention to MNAT query regarding total fees authorized | 1.0 | 865.00 | 13998409 |
| Bauer | Alison D. | 05/11/2016 | Communications with K. Fleary | 0.2 | 173.00 | 14000625 |
| Bauer | Alison D. | 07/11/2016 | Communications with K. Fleary regarding cumulative fees for quarterly reporting | 0.2 | 173.00 | 14002449 |
| Bauer | Alison D. | 08/11/2016 | Attention to October fee application (1.4); meeting with K. Fleary (0.4) | 1.8 | 1,557.00 | 14004704 |
| Bauer | Alison D. | 01/11/2016 | Communications regarding quarterly fee application | 0.2 | 173.00 | 14005321 |
| Bauer | Alison D. | 02/11/2016 | Communications with K. Fleary (0.3); attention to MNAT query regarding omnibus orders (0.7) | 1.0 | 865.00 | 14005328 |
| Bauer | Alison D. | 14/11/2016 | Review and mark up fee application (1.1); meeting with K. Fleary (0.2) | 1.3 | 1,124.50 | 14016874 |
| Bauer | Alison D. | 17/11/2016 | Review and mark up fee application | 1.1 | 951.50 | 14027012 |
| Bauer | Alison D. | 21/11/2016 | Attention to quarterly order and hearing | 0.2 | 173.00 | 14051794 |
| Bauer | Alison D. | 15/11/2016 | Attention to October application | 0.3 | 259.50 | 14052568 |
| Fleary | Kristina | 04/11/2016 | review questions re total request fees from MNAT(3.0); | 3.0 | 825.00 | 13998470 |
| Fleary | Kristina | 07/11/2016 | review fee application (0.8); communications with A Bauer (0.2) | 1.0 | 275.00 | 14006220 |
| Fleary | Kristina | 03/11/2016 | review fee application | 2.0 | 550.00 | 14009000 |
| Fleary | Kristina | 10/11/2016 | review fee application | 1.0 | 275.00 | 14009013 |
| Fleary | Kristina | 02/11/2016 | communications with A Bauer regarding MNAT query (0.3); reviewing fee application (0.2) | 0.5 | 137.50 | 14020706 |
| Fleary | Kristina | 05/11/2016 | communications with A Bauer regarding quarterly fee application | 0.2 | 55.00 | 14020708 |
| Fleary | Kristina | 16/11/2016 | reviewed quarterly fee application | 1.0 | 275.00 | 14021398 |
| Fleary | Kristina | 14/11/2016 | meeting with A bauer re fee application | 0.2 | 55.00 | 14021406 |
| Fleary | Kristina | 17/11/2016 | review quarterly fee application | 0.5 | 137.50 | 14024451 |
| Fleary | Kristina | 08/11/2016 | meeting with A. Bauer | 0.4 | 110.00 | 14067616 |
| Gray | William | 08/11/2016 | Work on compliance with fee application order | 0.5 | 472.50 | 14051775 |
| Gray | William | 01/11/2016 | Review fee application; | 0.5 | 472.50 | 14053194 |
| Gray | William | 30/11/2016 | Review monthly fee application filing | 0.3 | 283.50 | 14054269 |
| Gray | William | 15/11/2016 | review fee application | 0.4 | 378.00 | 14054287 |
| Gray | William | 21/11/2016 | Review fee application order; | 0.5 | 472.50 | 14054462 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/11/2016 | telephone call with L. Schweitzer, C. Armstrong, P. Kolla and A. Slavens regarding refusals motion in Claims hearing and privilege claim by NNI; | 0.5 | 347.50 | 14011740 |
| Bomhof | Scott A. | 11/11/2016 | reviewing documents subject to NNI privilege and discussing redactions with A. Slavens; | 0.4 | 278.00 | 14011762 |
| Bomhof | Scott A. | 09/11/2016 | reviewing email exchange with C. Armstrong and reviewing pleadings on privilege motion regarding Wireless (TX) claims hearing (1.0); telephone call with L. Schweitzer and D. Abbott regarding privilege motion (.3); telephone call with L. Schweitzer and prepare letter to Claims Officer Diamond regarding privileged NNI documents (0.9); meeting with A. Slavens (0.2) meeting with A. Gray and J. Opolsky regarding privilege (.4); | 2.8 | 1,946.00 | 14011839 |
| Bomhof | Scott A. | 18/11/2016 | reviewing SCC decision deferring appeal application filings (.2); follow up on release of NNI privileged document in wireless (TX) claims hearing (.3); | 0.5 | 347.50 | 14030773 |
| Bomhof | Scott A. | 22/11/2016 | discussing litigation document of Wireless (TX) privilege matter with A. Slavens (0.1); confer with W. Gray (0.2) | 0.3 | 208.50 | 14036257 |
| Gray | Andrew | 08/11/2016 | email regarding privilege issue; | 0.2 | 128.00 | 14005758 |
| Gray | Andrew | 09/11/2016 | office conference and email regarding privilege issue with J Opolsky and S. Bomhoff; | 0.3 | 192.00 | 14007558 |
| Gray | William | 10/11/2016 | Work on hearing prep. issues | 0.7 | 661.50 | 14051824 |
| Gray | William | 01/11/2016 | Prepare for Canadian proceedings (.5); review court filings (.4); review objections to Nortel litigation document (.8) | 1.7 | 1,606.50 | 14052807 |
| Gray | William | 02/11/2016 | Prepare for confirmation proceeding | 1.7 | 1,606.50 | 14052821 |
| Gray | William | 11/11/2016 | Work on preparation for confirmation hearings | 1.4 | 1,323.00 | 14052891 |
| Gray | William | 07/11/2016 | Preparation for confirmation hearings | 1.3 | 1,228.50 | 14053250 |
| Gray | William | 17/11/2016 | Work on preparation for confirmation hearings | 1.6 | 1,512.00 | 14054220 |
| Gray | William | 23/11/2016 | Prepare for hearings | 0.6 | 567.00 | 14054262 |
| Gray | William | 22/11/2016 | Preparation for confirmation hearings (0.4); conference with S. Bomhof regarding the same (0.2): | 0.6 | 567.00 | 14054283 |
| Gray | William | 14/11/2016 | Work on preparation for confirmation hearings | 0.7 | 661.50 | 14054309 |
| Gray | William | 30/11/2016 | Review in preparation for cross-border plan confirmation hearings | 0.8 | 756.00 | 14054322 |
| Gray | William | 29/11/2016 | Preparation for cross-border planning confirmation hearings | 1.8 | 1,701.00 | 14054416 |
| Gray | William | 21/11/2016 | Preparation for cross-border confirmation hearings | 1.7 | 1,606.50 | 14054463 |
| Opolsky | Jeremy | 09/11/2016 | preparing for and attending office meeting with Scott Bomhof and Andrew Gray re: claims litigation issues (0.3); reviewing correspondence re: same (0.5); drafting letter to claims officer re: same (1.8) | 2.6 | 1,313.00 | 14007060 |
| Slavens | Adam | 10/11/2016 | telephone calls with Goodmans team, L. Schweitzer and S. Bomhof re privilege issue in claims dispute (0.8); office conference with S. Bomhof re same (0.3); reviewing protective order re same (0.8); email correspondence with D. Adler, L. Schweitzer and S. Bomhof re same (0.2); | 2.1 | 1,218.00 | 14009761 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/11/2016 | reviewing comments on draft motion materials re Supreme Court of Canada litigation communication (1.0); email correspondence with Cleary team and Goodmans team re same (0.3); | 1.3 | 754.00 | 14009796 |
| Slavens | Adam | 09/11/2016 | telephone call with P. Kolla re Supreme Court of Canada litigation communication; | 0.3 | 174.00 | 14009894 |
| Slavens | Adam | 09/11/2016 | reviewing email correspondence re privilege issue in claims dispute (0.8); reviewing draft letter to claims officer re same (0.5); office conference with S. Bomhof re same (0.2); reviewing agreements among the parties re same (2.0); reviewing law o f privilege re same (1.0); | 4.5 | 2,610.00 | 14011171 |
| Slavens | Adam | 09/11/2016 | reviewing comments on draft motion materials re Supreme Court of Canada litigation communication (0.6); email correspondence with M. Dillon re same (0.2); | 0.8 | 464.00 | 14011228 |
| Slavens | Adam | 08/11/2016 | revising draft motion materials re Supreme Court of Canada litigation communication (1.2); preparing letter to Supreme Court of Canada re same (1.0); email correspondence with Nortel estates re same (0.2); | 2.4 | 1,392.00 | 14011233 |
| Slavens | Adam | 08/11/2016 | email correspondence with D. Adler, L. Schweitzer and S. Bomhof re privilege issue in claims dispute; | 0.6 | 348.00 | 14011236 |
| Slavens | Adam | 07/11/2016 | reviewing comments on motion materials re Supreme Court of Canada litigation communication (0.4); email correspondence with M. Dillon re same (0.3); | 0.7 | 406.00 | 14011239 |
| Slavens | Adam | 15/11/2016 | finalizing motion materials re motion to extend time for responses to the Supreme Court of Canada leave applications (2.8); preparing email to Service List re same (0.2); telephone calls and email correspondence with M. Dillon re same (0.5); | 3.5 | 2,030.00 | 14020591 |
| Slavens | Adam | 14/11/2016 | reviewing claim dispute background information and law of privilege re claims dispute privilege issue; | 1.5 | 870.00 | 14020625 |
| Slavens | Adam | 13/11/2016 | reviewing email correspondence from Service List re motion to extend time for responses to the Supreme Court of Canada leave applications; | 0.2 | 116.00 | 14020642 |
| Slavens | Adam | 11/11/2016 | reviewing claim dispute background information and law of privilege re claims dispute privilege issue (0.4); reviewing and discussing with S. Bomhof privileged document re redactions (0.5); | 0.9 | 522.00 | 14020646 |
| Slavens | Adam | 11/11/2016 | revising motion materials re motion to extend time for responses to the Supreme Court of Canada leave applications (2.2); preparing email to Service List re same (0.4); telephone calls and email correspondence with M. Dillon re same (0.3); | 2.9 | 1,682.00 | 14020705 |
| Slavens | Adam | 15/11/2016 | reviewing law of privilege re claims dispute privilege issue (1.8); redacting privileged document (0.4); telephone call with B. Harrison re same (0.3); leaving voice message with C. Armstrong re same (0.1); preparing email to B. | 4.6 | 2,668.00 | 14021388 |

Litigation

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| | | | Harrison re terms of prod uction of privileged document (1.5); email correspondence with L. Schweitzer, D. Abbot, S. Bomhof and A. Gray re same (0.5); | | | |
| Slavens | Adam | 14/11/2016 | finalizing motion materials re motion to extend time for responses to the Supreme Court of Canada leave applications (0.7); reviewing email correspondence from Service List re same (0.2); | 0.9 | 522.00 | 14021397 |
| Slavens | Adam | 18/11/2016 | reviewing Supreme Court of Canada order (0.2); preparing email correspondence to the Service List re same (0.2); | 0.4 | 232.00 | 14028822 |
| Slavens | Adam | 18/11/2016 | telephone call with B. Harrison re privilege issue in claims proceeding; | 0.5 | 290.00 | 14028931 |
| Slavens | Adam | 17/11/2016 | reviewing law of privilege re claims dispute privilege issue (0.4); telephone calls with P. Kolla and B. Harrison re same (0.8); preparing email to B. Harrison re terms of production of privileged document (0.8); email correspondence with L. Schweitzer, D. Abbot, S. Bomhof and A. Gray re same (0.6); | 2.6 | 1,508.00 | 14029489 |
| Slavens | Adam | 17/11/2016 | email correspondence with M. Dillon re Supreme Court of Canada motion; | 0.2 | 116.00 | 14029510 |
| Slavens | Adam | 16/11/2016 | telephone calls with P. Kolla and B. Harrison re privilege issue in claims dispute (1.0); preparing email to B. Harrison re terms of production of privileged document (0.7); email correspondence with L. Schweitzer, D. Abbot, S. Bomhof and A. Gray re same (0.8); | 2.5 | 1,450.00 | 14029586 |
| Slavens | Adam | 21/11/2016 | email correspondence with L. Schweitzer, D. Abbot, S. Bomhof and A. Gray re claims dispute privilege issue (0.6); reviewing claims procedure orders and claims officer appointment orders re same (1.5); | 2.1 | 1,218.00 | 14035129 |
| Slavens | Adam | 22/11/2016 | telephone calls with P. Kolla and B. Harrison re claims dispute privilege issue (0.6); preparing email to B. Harrison re terms of production of privileged document (0.5); email correspondence with L. Schweitzer, D. Abbot, S. Bomhof and A. Gray re same (0 .5); | 1.6 | 928.00 | 14035461 |
| Slavens | Adam | 23/11/2016 | telephone calls and email correspondence with B. Harrison re privilege issue (0.2); preparing correspondence to Claims Officer Diamond re same (0.5); | 0.7 | 406.00 | 14047541 |

Analysis of Canadian Law

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 25/11/2016 | review and analysis of legal issues in relation to Canadian plan and litigation implementation; | 1.7 | 1,436.50 | 14046317 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/11/2016 | reviewing revised US and Canadian plan documents; | 1.2 | 834.00 | 13993624 |
| Bomhof | Scott A. | 02/11/2016 | reviewing email from L. Schweitzer regarding tax and claim issues and reviewing Cdn plan; (.5); meeting with C. Cardarelli and A. Slavens regarding Canadian plan tax issues (.6); telephone call with L. Schweitzer regarding tax follow up (.3); reviewing revised Cdn. plan and information circular (1.1); exchange emails with M. Wunder regarding tax issues (.3); | 2.8 | 1,946.00 | 13993633 |
| Bomhof | Scott A. | 03/11/2016 | reviewing revised CCAA plan and information circular and providing comments on same (1.3); various telephone calls with C. Cardarelli, C. Goodman and M. Wunder regarding tax issues related to CCAA plan (1.8); | 3.1 | 2,154.50 | 13999523 |
| Bomhof | Scott A. | 04/11/2016 | reviewing Cleary comments on CCAA plan and join call with Cleary and Goodmans to discuss same (1.0); discussing tax and claim issues with C. Cardarelli (.4); exchange messages with J. Wunder and telephone call with M. Wunder regarding CCAA plan (.3); telephone call with Cassels, Milbank, Torys, Cleary, Bennett Jones, Aiken and Goodmans regarding finalization of Canadian plan (1.0); reviewing CCAA debtors' motion record for meeting order (1.1); | 3.8 | 2,641.00 | 13999529 |
| Bomhof | Scott A. | 07/11/2016 | reviewing Canadian debtors' court materials for meeting order; | 0.8 | 556.00 | 14004345 |
| Bomhof | Scott A. | 08/11/2016 | reviewing filing with Supreme Court of Canada to address delay in appeal; | 0.3 | 208.50 | 14004358 |
| Bomhof | Scott A. | 14/11/2016 | follow up on Wireless TX claims hearing and privileged documents; | 0.3 | 208.50 | 14022353 |
| Bomhof | Scott A. | 17/11/2016 | follow up on issues related to CCAA claims hearing; | 1.8 | 1,251.00 | 14030750 |
| Bomhof | Scott A. | 21/11/2016 | reviewing and providing comments on CCAA debtors plan meeting order (.7); telephone call with a. Slavens and M. Wunder regarding Canadian debtors motion for approval of fees (.4); follow up on settlement of Wireless (TX) privilege claims (.2); | 1.3 | 903.50 | 14031928 |
| Bomhof | Scott A. | 23/11/2016 | reviewing draft letter to Third Circuit Court of Appeals; | 0.2 | 139.0 | 14044191 |
| Bomhof | Scott A. | 28/11/2016 | reviewing motion record for meeting order returnable December 1 (1.0); telephone call with M. Wunder of Cassels and A. Slavens regarding December 1 hearing to approving meeting order (.2); | 1.2 | 834.00 | 14046898 |
| Bomhof | Scott A. | 29/11/2016 | reviewing US objections to US plan filing (.4); reviewing UKPT objection to CCAA meeting order (.2); telephone call with A. Slavens and L. Schweitzer regarding December 1 cross-border hearing (.3); telephone call with Cleary, Goodmans, Norton Rose and` Torys regarding preparation for December 1 cross-border hearing (.4); prepare for December 1 hearing to approve filing of US and Canadian plans (.8); | 2.1 | 1,459.50 | 14050336 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 30/11/2016 | reviewing revised plan and revised circular distributed by CCAA debtors (1.0) prepare for December 1 cross-border hearing regarding filing of Canadian and US plans (1.2); reviewing UKPT objection to Canadian information circular (.4); | 2.6 | 1,807.00 | 14054330 |
| DeMarinis | Tony | 01/11/2016 | reviewing information and materials regarding implementation and court proceedings; | 2.0 | 1,690.00 | 13992344 |
| DeMarinis | Tony | 02/11/2016 | reviewing correspondence and materials regarding Canadian implementation; | 1.0 | 845.00 | 13994182 |
| DeMarinis | Tony | 07/11/2016 | reviewing Plan of Arrangement and information circular (1.0); reading Monitor's 131st report (0.3); | 1.3 | 1,098.50 | 14003407 |
| DeMarinis | Tony | 08/11/2016 | reviewing plan and related materials; | 1.0 | 845.00 | 14005628 |
| DeMarinis | Tony | 11/11/2016 | reviewing materials relating to the motion for time extension for SCC appeal (0.4); counsel correspondence relating to same (0.2); review and consideration of SPSA and implementation activities (1.1); | 1.7 | 1,436.50 | 14011988 |
| DeMarinis | Tony | 14/11/2016 | review and analysis of implementation materials and information, and consideration of requirements and timelines for same; | 2.0 | 1,690.00 | 14022235 |
| DeMarinis | Tony | 15/11/2016 | planning and information review regarding implementation of settlement in the Canadian proceedings (1.5); reviewing file materials in relation to same (1.0); | 2.5 | 2,112.50 | 14022396 |
| DeMarinis | Tony | 16/11/2016 | planning regarding implementation and related reviews; | 1.4 | 1,183.00 | 14024791 |
| DeMarinis | Tony | 17/11/2016 | reviewing court filings and plan materials; | 1.0 | 845.00 | 14026294 |
| DeMarinis | Tony | 18/11/2016 | reviewing court filings regarding passing of the accounts of the monitor and its counsel (0.4); reviewing status of initiatives regarding implementation and claims settlement (1.2); reviewing SCC appeal extension order (0.1); | 1.7 | 1,436.50 | 14029861 |
| DeMarinis | Tony | 21/11/2016 | planning regarding implementation and litigation distribution; | 1.0 | 845.00 | 14035035 |
| DeMarinis | Tony | 22/11/2016 | reviewing claims information and procedural matters; | 1.4 | 1,183.00 | 14035051 |
| DeMarinis | Tony | 24/11/2016 | consideration of plan materials and issues relating to U.S. Interests; | 2.0 | 1,690.00 | 14041770 |
| DeMarinis | Tony | 23/11/2016 | review and consideration of plan, circular, form of plan filing and meeting order, and other materials as served regarding proposed plan and implementation; | 2.8 | 2,366.00 | 14043629 |
| DeMarinis | Tony | 28/11/2016 | consideration of claims in the Canadian proceedings, and review of available information relating to same; | 1.5 | 1,267.50 | 14048086 |
| DeMarinis | Tony | 29/11/2016 | reviewing Monitor's Plan order, factum and book of authorities (0.7); consideration of Plan implementation matters (0.5); | 1.2 | 1,014.00 | 14052863 |
| DeMarinis | Tony | 30/11/2016 | review and consideration of court materials, plan documents, and related correspondence and materials; | 1.7 | 1,436.50 | 14056025 |
| Opolsky | Jeremy | 17/11/2016 | reviewing correspondence with Cleary team re: Canadian proceedings; | 0.1 | 50.50 | 14048899 |
| Opolsky | Jeremy | 29/11/2016 | reviewing court filings; | 0.1 | 50.50 | 14051236 |
| Slavens | Adam | 02/11/2016 | conference calls and email correspondence | 7.0 | 4,060.00 | 13995363 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | with Cleary team, Torys team, Akin team and Cassels team re tax and claim issues (2.8); reviewing and commenting on draft CCAA and chapter 11 plans, information circular and disclosure statement (4.2); | | | |
| Slavens | Adam | 01/11/2016 | reviewing and commenting on draft CCAA and chapter 11 plans, information circular and disclosure statement (3.5); | 3.5 | 2,030.00 | 13995379 |
| Slavens | Adam | 03/11/2016 | reviewing and commenting on draft CCAA and chapter 11 plans, information circular and disclosure statement (7.5); conference calls with working group re tax and claim issues (0.7); | 8.2 | 4,756.00 | 14003116 |
| Slavens | Adam | 04/11/2016 | reviewing and commenting on draft CCAA and chapter 11 plans, information circular and disclosure statement; | 7.6 | 4,408.00 | 14003176 |
| Slavens | Adam | 07/11/2016 | reviewing filed CCAA and chapter 11 plans, information circular and disclosure statement; | 3.1 | 1,798.00 | 14009820 |
| Slavens | Adam | 18/11/2016 | reviewing motion record re motion returnable January 12, 2017; | 1.6 | 928.00 | 14028932 |
| Slavens | Adam | 17/11/2016 | email correspondence with Cleary team and Torys team re motion returnable January 12, 2017; | 0.2 | 116.00 | 14029488 |
| Slavens | Adam | 18/11/2016 | reviewing draft CCAA meeting order; | 1.6 | 928.00 | 14029583 |
| Slavens | Adam | 16/11/2016 | reviewing CCAA case court documents re stay of proceedings (0.5); email correspondence with M. Gianis re same (0.2); | 0.7 | 406.00 | 14030024 |
| Slavens | Adam | 22/11/2016 | preparing for chambers appointment re approval of fees (1.0); email correspondence with L. Schweitzer re same (0.2); | 1.2 | 696.00 | 14035096 |
| Slavens | Adam | 22/11/2016 | reviewing and commenting on draft CCAA meeting order; | 2.7 | 1,566.00 | 14035464 |
| Slavens | Adam | 21/11/2016 | reviewing motion record re motion returnable January 12, 2017, and correspondence from monitor re same (0.5); telephone call and email correspondence with S. Bomhof and M. Wunder re same (0.2); | 0.7 | 406.00 | 14035510 |
| Slavens | Adam | 21/11/2016 | reviewing and commenting on draft CCAA meeting order; | 2.5 | 1,450.00 | 14035511 |
| Slavens | Adam | 23/11/2016 | attending 9:30 a.m. chambers appointment (1.5); preparing for same (0.4); preparing reporting email to L. Schweitzer re same (0.2); | 2.1 | 1,218.00 | 14047507 |
| Slavens | Adam | 29/11/2016 | conference calls with Cleary team, Torys team, Goodmans team and Gowlings team re hearing on December 1, 2016 (1.1); preparing for same (1.5); | 2.6 | 1,508.00 | 14052508 |
| Slavens | Adam | 28/11/2016 | conference call with Cassels team and S. Bomhof re motion returnable December 1, 2016; | 0.5 | 290.00 | 14052526 |
| Slavens | Adam | 28/11/2016 | email correspondence with Cleary team and Goodmans team re December 1, 2016, hearing (0.3); preparing for same (1.5); | 1.8 | 1,044.00 | 14052548 |
| Slavens | Adam | 24/11/2016 | reviewing motion record and monitor's report re motion returnable December 1, 2016; | 2.3 | 1,334.00 | 14052562 |
| Slavens | Adam | 25/11/2016 | preparing for motion returnable December 1, 2016; | 4.5 | 2,610.00 | 14052564 |
| Slavens | Adam | 30/11/2016 | preparing for motion returnable December 1, 2016 (2.0); reviewing revised CCAA plan, meeting order and information circular (1.4); email correspondence with Cassels team re same | 3.5 | 2,030.00 | 14054852 |

Canadian CCAA Proceedings/Matters

**Last Name** **First Name** **Date** **Description** **Hours** **Value** **Index#**
(0.1);

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 09/11/2016 | reviewing chapter 11 case court documents re litigation and plan matters; | 1.7 | 986.00 | 14011280 |
| Slavens | Adam | 14/11/2016 | reviewing chapter 11 case court materials re objections to plan; | 1.4 | 812.00 | 14021399 |
| Slavens | Adam | 28/11/2016 | reviewing revised plan and disclosure statement; | 2.0 | 1,160.00 | 14052980 |