# **<u>EXHIBIT B</u>**

**Nortel**
**November 2016 Disbursements**

| | | | |
|---|---|---|---|
| 303 Taxi & Travel | 23/11/2016 | 7.32 | Taxi & Travel |
| 303 Taxi & Travel | 23/11/2016 | | Slavens, Adam; Taxi/Car Service - court attend |
| 303 Taxi & Travel | 23/11/2016 | | at court |
| 303 Taxi & Travel | 30/11/2016 | 6.65 | Taxi & Travel |
| | | | Slavens, Adam; Taxi/Car Service - courthouse to court |
| | | **$ 13.97** | |
| | | | |
| 801 Copies | 23/11/2016 | **0.84** | Copies |
| | | | |
| 808 Laser Printing | 01/11/2016 | 7.10 | Laser Printing |
| 808 Laser Printing | 03/11/2016 | 98.66 | Laser Printing |
| 808 Laser Printing | 07/11/2016 | 29.96 | Laser Printing |
| 808 Laser Printing | 09/11/2016 | 4.49 | Laser Printing |
| 808 Laser Printing | 11/11/2016 | 2.92 | Laser Printing |
| 808 Laser Printing | 15/11/2016 | 12.01 | Laser Printing |
| 808 Laser Printing | 18/11/2016 | 0.21 | Laser Printing |
| 808 Laser Printing | 23/11/2016 | 59.30 | Laser Printing |
| 808 Laser Printing | 30/11/2016 | 67.14 | Laser Printing |
| 4808 Laser Printing | 02/11/2016 | 0.90 | Laser Printing |
| 4808 Laser Printing | 02/11/2016 | 1.90 | Laser Printing |
| 4808 Laser Printing | 08/11/2016 | 0.70 | Laser Printing |
| 4808 Laser Printing | 08/11/2016 | 0.70 | Laser Printing |
| 4808 Laser Printing | 14/11/2016 | 0.80 | Laser Printing |
| 4808 Laser Printing | 14/11/2016 | 1.90 | Laser Printing |
| 4808 Laser Printing | 14/11/2016 | 0.30 | Laser Printing |
| 4808 Laser Printing | 14/11/2016 | 0.20 | Laser Printing |
| 4808 Laser Printing | 17/11/2016 | 0.20 | Laser Printing |
| 4808 Laser Printing | 17/11/2016 | 0.20 | Laser Printing |
| 4808 Laser Printing | 17/11/2016 | 0.20 | Laser Printing |
| | | **$ 289.79** | |
| | | | |
| 822 Courier | 15/11/2016 | 11.04 | Courier |
| 822 Courier | 15/11/2016 | | From 275 Slater Street, SUITE 900 to Supreme Law |
| 822 Courier | 15/11/2016 | | Group, 79 WELLINGTON ST WEST SUITE 3000, Ref#1 |
| 822 Courier | 15/11/2016 | | 982 |
| | | **$ 11.04** | |