# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2016 through December 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## HOURS/BILLABLE AMOUNTS BY PROJECT
### John Ray-Nortel

| | | |
|---|---|---|
| **Name:** | **John J. Ray, III** | |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **11/1/16** | **12/31/16** |
| **Enter Billing Rate/Hr:** | **770.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 63.9 | $770.00 | $49,203.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 20.6 | $770.00 | $15,862.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 15.1 | $770.00 | $11,627.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 57.4 | $770.00 | $44,198.00 |
| 10 | Non-Working Travel | 17.5 | $385.00 | $6,737.50 |
| 11 | Fee Application | 11.8 | $770.00 | $9,086.00 |
| | **Hours/Billing Amount for Period:** | **186.3** | | **$136,713.50** |

# Nortel TIME SHEET

**186.3**

John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/16 | Review and comment on disclosure statement and plan | John Ray | 9 | 3.5 |
| 11/1/16 | Communicate with Cleary re Yoakum claim | John Ray | 3 | 0.8 |
| 11/1/16 | SNMP litigation update and review discovery process | John Ray | 7 | 2.8 |
| 11/2/16 | Further review of disclosure statement and plan docs | John Ray | 9 | 5.3 |
| 11/2/16 | Review of draft objection to PBGC claims; comment | John Ray | 3 | 0.5 |
| 11/2/16 | Review of Sanmina stipulation | John Ray | 3 | 0.8 |
| 11/2/16 | Cleary update re disclosure statement and plan | John Ray | 9 | 3.3 |
| 11/3/16 | Review of revised SNMP claim | John Ray | 3 | 0.8 |
| 11/3/16 | Review of revised disclosure statement and plan changes | John Ray | 9 | 3.5 |
| 11/3/16 | Review of comments from Canada estates re plan and disclosure statement | John Ray | 9 | 1.5 |
| 11/3/16 | Review of Wislocki claim and response | John Ray | 3 | 0.5 |
| 11/3/16 | Prepare and file October fee application | John Ray | 11 | 3.0 |
| 11/4/16 | Tax update; call with Canada estate and creditor representatives | John Ray | 9 | 1.8 |
| 11/4/16 | Review of proposed objection to claims | John Ray | 3 | 1.8 |
| 11/6/16 | Tax matters update | John Ray | 9 | 1.5 |
| 11/7/16 | Website update | John Ray | 8 | 0.5 |
| 11/8/16 | Communication with Cleary re status of comments and objections to plan and disclosure statement | John Ray | 9 | 0.8 |
| 11/9/16 | Call with Cleary and Chilmark re various workstreams related to plan and disclosure statement | John Ray | 9 | 1.8 |
| 11/10/16 | Further update on discussions with creditor parties re plan and disclosure statement | John Ray | 9 | 0.5 |
| 11/10/16 | Ciena claim settlement update | John Ray | 3 | 2.8 |
| 11/10/16 | Prepare and file quarterly fee application | John Ray | 11 | 2.8 |
| 11/11/16 | Review of draft document request and interrogatories | John Ray | 3 | 3.5 |
| 11/15/16 | Review of PBGC matter | John Ray | 3 | 3.0 |
| 11/16/16 | Review materials related to PBGC recovery estimates | John Ray | 3 | 5.0 |
| 11/17/16 | SNMP update | John Ray | 3 | 1.0 |
| 11/18/16 | Review of motion for reconsideration and joinder | John Ray | 9 | 3.5 |
| 11/18/16 | Review of language re NNCC bonds for disclosure statement | John Ray | 9 | 0.5 |
| 11/18/16 | Review of NTCC disclosure statement objection; comments to Cleary | John Ray | 9 | 2.0 |
| 11/18/16 | Review of SNMP objection to disclosure statement | John Ray | 9 | 0.8 |
| 11/18/16 | Review of PBGC objection to disclosure statement | John Ray | 9 | 0.8 |
| 11/21/16 | Review and comment on PBGC motion for SJ | John Ray | 3 | 2.5 |
| 11/21/16 | Call with Cleary re various matters related to plan and disclosure statement | John Ray | 3 | 3.0 |
| 11/21/16 | Update re JACO claim | John Ray | 3 | 1.0 |
| 11/22/16 | SNMP update | John Ray | 7 | 0.5 |
| 11/23/16 | Review of ballots and balloting order | John Ray | 9 | 0.8 |
| 11/23/16 | Communication with counsel re plan supplements | John Ray | 9 | 0.8 |
| 11/23/16 | Review and execute Sanmina stipulation | John Ray | 3 | 0.3 |
| 11/23/16 | Review of hearing transcript | John Ray | 9 | 0.8 |
| 11/23/16 | Communicate with Cleary re PBGC objection | John Ray | 7 | 0.8 |
| 11/23/16 | Further SNMP update | John Ray | 3 | 0.5 |
| 11/24/16 | Call re PBGC update | John Ray | 3 | 1.0 |
| 11/25/16 | Review of PBGC material | John Ray | 3 | 3.5 |
| 11/25/16 | Review and comment on disclosure statement reply and language | John Ray | 9 | 3.8 |
| 11/27/16 | Review of material related to PBGC objection | John Ray | 3 | 3.5 |
| 11/28/16 | Further comments on PBGC objection matter | John Ray | 3 | 2.5 |
| 11/28/16 | Call with Cleary re disclosure statement and plan; PBGC matters | John Ray | 9 | 4.0 |
| 11/29/16 | Flight to PHL for hearing | John Ray | 10 | 4.0 |
| 11/29/16 | Review matters for hearing and meetings related to claim objections | John Ray | 9 | 2.8 |
| 11/30/16 | Disclosure statement hearing | John Ray | 9 | 3.0 |
| 11/30/16 | Meeting with experts re PBGC | John Ray | 3 | 3.5 |
| 11/30/16 | Billing preparation for November time | John Ray | 11 | 2.5 |
| 12/1/16 | Disclosure statement hearing attendance | John Ray | 9 | 5.0 |
| 12/1/16 | Flight from disclosure statement hearing | John Ray | 10 | 4.5 |

# Nortel TIME SHEET                                                                                     186.3

**John Ray**

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/1/16 | Review of subpoena | John Ray | 7 | 0.8 |
| 12/1/16 | Review of draft opposition to PBGC motion | John Ray | 3 | 3.5 |
| 12/2/16 | Ciena cash update | John Ray | 8 | 0.3 |
| 12/4/16 | Review of amended PBGC discovery request | John Ray | 7 | 2.8 |
| 12/6/16 | Update from Cleary re PBGC matters | John Ray | 7 | 2.5 |
| 12/7/16 | Update re Nortel environmental site | John Ray | 7 | 0.5 |
| 12/9/16 | Review PBGC discovery requests | John Ray | 3 | 2.5 |
| 12/9/16 | Review Nortel lease termination claims | John Ray | 3 | 3.5 |
| 12/9/16 | Review reconsideration motion and joinder | John Ray | 8 | 2.3 |
| 12/10/16 | Responses and objections to PBGC motion | John Ray | 3 | 1.8 |
| 12/10/16 | Review debtor opposition to NTCC motion for reconsideration | John Ray | 7 | 1.8 |
| 12/11/16 | Review draft letter to court re PBGC and other matters | John Ray | 3 | 0.5 |
| 12/12/16 | Review responses and objections to claims | John Ray | 3 | 1.8 |
| 12/12/16 | Review letter re NTCC | John Ray | 7 | 0.8 |
| 12/13/16 | EDC claim update | John Ray | 3 | 0.3 |
| 12/14/16 | Lease turn over claim update | John Ray | 3 | 2.8 |
| 12/14/16 | Review and comment on SPSA motion | John Ray | 9 | 1.0 |
| 12/14/16 | Review CA FTB claim | John Ray | 3 | 1.3 |
| 12/15/16 | Call re mediation | John Ray | 7 | 1.3 |
| 12/15/16 | Review revised SPSA | John Ray | 9 | 3.0 |
| 12/19/16 | Review draft responses to PBGC | John Ray | 3 | 2.8 |
| 12/19/16 | Call re mediation (1.0); prepare for mediation (5.0) | John Ray | 7 | 6.0 |
| 12/20/16 | Travel to Wilmington for mediation | John Ray | 10 | 4.5 |
| 12/21/16 | Attend mediation | John Ray | 8 | 12.0 |
| 12/21/16 | Return flight from mediation | John Ray | 10 | 4.5 |
| 12/21/16 | Review plan supplement matters | John Ray | 9 | 1.3 |
| 12/21/16 | Review motion to allow PBGC claim | John Ray | 3 | 1.3 |
| 12/31/16 | Billing for December | John Ray | 11 | 3.5 |