# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2016 through December 31, 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**November 1, 2016 through December 31, 2016**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---:|
| Travel – Airline | $ | 972.20 |
| Travel – Lodging | | 1,777.60 |
| Travel – Transportation | | 358.61 |
| Travel – Meals | | 95.00 |
| Office Expense | | - |
| TOTAL | $ | 3,203.41 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: November 1, 2016 through December 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office | Professional |
|---|---|---|---|---|---|---|---|
| 11/29/16 | Airfare to Wilmington; car service | $ 250.05 | | $ 85.00 | | | John Ray |
| 11/29/16 | Hotel room in Wilmington, with tax; meal | | $ 482.90 | | $ 28.00 | | John Ray |
| 11/30/16 | Hotel room in Wilmington, with tax | | $ 482.90 | | | | John Ray |
| 12/1/16 | Return airfare; car service | $ 204.05 | | $ 85.00 | | | John Ray |
| 12/19/16 | Airfare to Wilmington; car service | $ 319.55 | | $ 85.00 | | | John Ray |
| 12/19/16 | Hotel room in Wilmington, with tax; meal | | $ 405.90 | | | | John Ray |
| 12/20/16 | Hotel room in Wilmington, with tax; meal for 3 | | $ 405.90 | | $ 67.00 | | John Ray |
| 12/21/16 | Car service to mediation | | | $ 18.61 | | | John Ray |
| 12/21/16 | Return airfare; Car service from airport | $ 198.55 | | $ 85.00 | | | John Ray |