**CERTIFICATE OF SERVICE**

I hereby certify, that on this 5th day of January 2017, the Statement of Pension Benefit

Guaranty Corporation in Support of Debtors' Motion for Approval of Settlement Agreement was

served by the Court's CM/ECF system or by Federal Express on the following:

| | |
|---|---|
| Derek C. Abbot<br>Eric D. Schwartz<br>Thomas F. Driscoll<br>Tamara K. Minott<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br><br>via CM/ECF | James L. Bromley<br>Nora K. Abularach<br>J. Anne Marie Beisler<br>Elizabeth C. Block<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>via CM/ECF |
| Elihu Ezekiel Allinson, III<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>via CM/ECF | Sheila R. Block<br>Scott A. Bomhof<br>James Gotowiec<br>Andrew Gray<br>Molly Reynolds<br>Adam M. Slavens<br>Torys LLP<br>79 Wellington Street West<br>30th Floor<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2<br>Canada<br><br>via Federal Express |
| Mary Caloway<br>Mona A. Parikh<br>Peter James Duhig<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228<br><br>via CM/ECF | Kevin M. Capuzzi<br>Jennifer R. Hoover<br>Sarah R. Stafford<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br><br>via CM/ECF |

| | |
|---|---|
| Nancy G. Everett<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>via CM/ECF | Shelley A. Kinsella<br>Rafael Xavier Zahralddin-Aravena<br>Jonathan M. Stemerman<br>Eric Michael Sutty<br>Elliott Greenleaf<br>1105 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br><br>via CM/ECF |
| Mark D. Plevin<br>Mark S. Supko<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br><br>via Federal Express | Raymond Howard Lemisch<br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br><br>via CM/ECF |
| Kathleen A. Murphy<br>Jacob S. Pultman<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>via CM/ECF | Christopher M. Samis<br>L. Katherine Good<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, De 19801<br><br>via CM/ECF |
| Rene E. Thorne<br>Jackson Lewis LLP<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130<br><br>via Federal Express | Derek J.T. Adler<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>via Federal Express |
| James L. Patton<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br><br>via CM/ECF | Christine Doniak<br>Robert A. Johnson<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br><br>via CM/ECF |

| | |
|---|---|
| Drew G. Sloan<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br><br>via Federal Express | Ryan Jacobs<br>Shayne Kukulowicz<br>Michael Wunder<br>Cassels Brock & Blackwell LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2<br><br>via Federal Express |
| Richard K. Milin<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>via Federal Express | Mark S. Kenney<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>U.S. Trustee<br>via CM/ECF |

 /s/ Vicente Matias Murrell
Vicente Matias Murrell
Attorney