# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X  Chapter 11
:
*In re*                                                      :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                           :  Jointly Administered
:
          Debtors.                                     :
:
------------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 9, 2017 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the Debtors and the Pension Benefit Guaranty Corporation with Respect to the PBGC Claims and Related Issues (D.I. 17625, Filed 12/21/16).

   Objection Deadline: January 5, 2017 at 11:30 a.m. (ET)

   Responses Received:

   (a) Statement of Pension Benefit Guaranty Corporation in Support of Debtors' Motion for Approval of Settlement Agreement (D.I. 17668, Filed 1/5/17); and

   (b) Statement of the Official Committee of Unsecured Creditors of Nortel Networks, Inc., et al. in Support of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Debtors and the Pension Benefit Guaranty Corporation with Respect to the PBGC Claims and Related Issues (D.I. 17669, Filed 1/5/17).

Related Pleading:

(a)  Order Scheduling Settlement Hearing and Staying Discovery (D.I. 17623, Entered 12/21/16).

Status: A hearing on this matter will go forward.

| | |
|---|---|
| Dated: January 5, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Remming*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |