**UNITED STATE BANKRUPTCY COURT 's
FOR THE DISTRICT OF DELAWARE**

FILED
2017 JAN -4  AM 8: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
    Debtors,

No. 09-10138 (KG)
Jointly Administered

Ernest Demel
    Creditor,

**MOTION 1**
Re: D.I. 17460-1

### CREDITOR'S MOTION IN RESPONSE/OBJECTION TO THE CONFIRMATION OF CHAPTER 11 SETTLEMENT PLAN.

### THE OBJECTION IS MAINLY FOCUSED ON CLAIM # 4643

1. By this motion creditor object to the allowed claim number # 4643 and it's classification. (class 3 A : general unsecured claim ) against NNI/ NNCC

2. The reduced claim is **a product of illegally executed stipulation,** and it cost other damages to Mr. Demel's **CONSTITUTIONAL RIGHTS.**

3. Mr. Gary Stone and Mr. Jeremy King were my pro bono attorneys for the New York ERISA. Case, that was filed in the District Court of New York. **(USDC-SDNY. ( 07-cv-0189).**

4. Mr. Demel won the ERISA case. Nortel's pension guarantor paid the withheld pension. (PBGC). The Honorable Judge George Daniels suggested that Mr. Demel has to go to the Bankruptcy Court of Delaware in order to get his withheld long-term disability benefits.

5. Therefore, on September 25, 2009. A proof of claim ( # 4643 ) was filed by my consultant, Mr. William Z. Krandorf of the bankruptcy project of New York.. On behalf of the creditor Ernest Demel in the amount of

$ 1,924,557.70   Basis of the claim:  injured employee's **withheld long-term disability benefits ( LTD) and disability pension**, calculated by an actuary in 2009.

6. **NNI worked on a wrong theory and signed a stipulation agreement with Mr. Stone and reduced the amount to $125,000. and demanded the release of ERISA, violators from the New York Courts. (07-cv 0189 )**

7. Later, Mr. Demel unsuccessfully litigated to correct the stipulation with some reasonable amendments during the Appeal litigation at the lower courts regarding amendments to the stipulation.  Mr. Demel **found new evidence** that will supersede the old issues regarding amendments to the stipulation.

8. The new evidence was not admitted to the record because the evidence was not produced at the bankruptcy court level.  **The Courts and Nortel both agree that newly found evidence should be submitted to the bankruptcy court of Delaware.** (The newly found evidence should belong to the Bankruptcy Court of Delaware litigation.)

   Mr. Demel is the owner of the claim and he has not assigned his claim to a third party or **given his legal authority to an Attorney to represent him at the bankruptcy court of Delaware**.

   Under these circumstances, there is no validity to the stipulation agreement and therefore I refuse to accept the compromise amount.  ($125,000. and the Class 3A.  classification, ) **new estimates and recalculation is required in this matter.**

   MR. DEMEL REJECTS  ONLY THE PART  THAT  RELATE TO **CLAIM NUMBER # 4643**. OF THE  NNI'S  CHAPTER 11 SETTLEMENT  PLAN

   The creditor Mr. Demel, expressly reserves his right to amend and/or supplement this, or file a new motion to provide the court with more information in order to better understand the **validity of stipulation**

**agreement which was executed fraudulently. Therefore, the creditor (Mr. Demel), Requests that the Court may provide direction to proceed this matter, to prevent the manifestation of injustice.**

I most humbly asked the court to treat this new issue with new evidence at a bankruptcy court hearing on claim No. 4643.

The court may also grant any other relief that may be just and proper.

Most respectfully, submitted.

*[signature]*
12/29/16

Ernest Demel  pro se.          Dated December 29, 2016

530 W. 55, Street #13 K , New York New York  10019
Tel. (917) 521 5918  Email. Ernestdemel@ymail.com

**UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED
2017 JAN -4 AM 8:28
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Nortel Networks, Inc. et al
   Debtors.

No. 09-10138 (KG)
Jointly Administered

_____ Demel
   Creditor,

### CERTIFICATE OF SERVICE

I ERNEST DEMEL, over 18 years of age, hereby certify that a set of copies of the creditor's motion (objection to the confirmation Chapter 11 settlement plan, was served by USPS certified mail on 12-28-2016 to the to the following parties, copy, to Chambers, the Honorable Judge Kevin Gross, US Bankruptcy Court of Wilmington Delaware.          **Tracking.**

To. The Clerk of the UNITED STATES BANKRUPTCY COURT.
824 North market Street, 3 Floor.          7016 1970 0000 2831 3349
Wilmington,  DE 19801

Counsel for debtors. Att. James L. Bromley, Esq
TO: CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA          7016 1970 0000 2836 8943
NEW YORK, NY 10006

Counsel for the creditors committee, Att. Fred S Hodara, Esq
Akin Gump Strauss Hauer & Feld LLP.          7016 1970 0000 2836 8936
One Bryant Park
New York NY 10036,

Counsel for bondholders group Att, Albert A. Pisa, Esq.
Milbank, Tweed, Hadley & McCloy LLP.          7016 1970 0000 2831 3333
28 Liberty Street
New York   NY 10005

The United States trustee, Att. Mark S Kenney, Esq.
J. Caleb Boggs federal building. Room 2207          7016 1970 0000 2831 3352
844 North King Street
Wilmington, DE 19801

Signature Ernest Demel.     Dated: 12-29-2016
530 W, 55 St, # 13 K, New York,   NY 10019
Tel. 917 251 5918   Email. ernestdemel@ymail.com