IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 09-10138 |
| NORTEL NETWORKS, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE AND CERTIFICATE OF COUNSEL APPEARING ON BEHALF OF GOVERNMENT AGENCY

I, John E. Waters, hereby enter my appearance as counsel for the Iowa Department of Revenue and submit the following certification pursuant to Del. Bankr. L.R. 9010-1(e)(i).

1. I am an attorney employed by the Iowa Department of Revenue.

2. I am a member in good standing of the Bar of the State of Iowa.

3. I am admitted to practice before the United States Districts Courts for the Northern District of Iowa, the Southern District of Iowa, the Eastern District of Wisconsin, and the Central District of Illinois. I am also admitted to practice before the Eighth Circuit Court of Appeals.

4. I am in good standing in all jurisdictions where I have been admitted.

5. I agree to be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

IOWA DEPARTMENT OF REVENUE

By: /s/ John Waters – January 6, 2017
JOHN WATERS, Attorney At Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306
(515) 281-6427
Fax: (515) 281-0763

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2017, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices.

/S/ John Waters – January 6, 2017
John Waters