IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. No. 17625 |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT
TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT
BY AND AMONG THE DEBTORS AND THE PENSION BENEFIT GUARANTY
CORPORATION WITH RESPECT TO THE PBGC CLAIMS AND RELATED ISSUES**

The undersigned counsel to Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certifies as follows:

1. On December 21, 2016, the Debtors filed and served the *Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the Debtors and the Pension Benefit Guaranty Corporation with Respect to the PBGC Claims and Related Issues* (the "Motion") [D.I. 17625].

2. Also on December 21, 2016, the Court entered the *Order Scheduling Settlement Hearing and Staying Discovery* [D.I. 17623], pursuant to which a hearing to consider the Motion was set for January 9, 2017 and the deadline for any party to file any response or objection to the Motion was set for January 5, 2017 at 11:30 a.m. EST.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Atlsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Anchitel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

10685533.1

3.     As of the date hereof, Morris, Nichols, Arsht & Tunnell LLP has received no opposition or objection to the Motion.

4.     On January 5, 2017, the Pension Benefit Guaranty Corporation and the Official Committee of Unsecured Creditors for the Debtors each filed a statement in support of the Motion [D.I. 17668, 17669].

5.     Wherefore, the Debtors respectfully request that the Court enter the proposed order attached hereto as Exhibit A.

| | |
|---|---|
| Dated: January 6, 2017<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Andrew J. Roth-Moore<br>Derek C. Abbott (No. 3376)<br>Tamara K. Minott (No. 5643)<br>Andrew J. Roth-Moore (No. 5988)<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |