# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: <u>**Nortel Networks Inc., ET AL.,**</u>                                   <u>Case No. 09-10138</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>**SONAR CREDIT PARTNERS III, LLC**</u>                    <u>**Light Reading/Heavy Reading**</u>
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): **572**
should be sent:                                                          Amount of Claim: **$69,262.50**
                                                                                 Date Claim Filed: 3/13/2009
**SONAR CREDIT PARTNERS III, LLC**
**80 BUSINESS PARK DRIVE, SUITE 208**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**                                           Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>                          Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments           Name and Current Address of Transferor:
should be sent (if different from above):
                                                                                 Light Reading/Heavy Reading
                                                                                 240 W 35th St, FL 8
                                                                                 New York, NY 10001-2506

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>                                        Date: <u>1/9/2017</u>
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court ("Bankruptcy Court")
　　　　　District of Delaware
　　　　　Attn: Clerk

AND TO:  Nortel Networks Inc. ("Debtor"), Case No. 09-10138
　　　　　(Jointly Administered under Nortel Networks Inc., Case No. 09-10138)

Claim # (if known): 572

**LIGHT READING/HEAVY READING**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS III, LLC**
80 Business Park Drive
Suite 208
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $69,262.50 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 6, 2017.

ASSIGNOR: **LIGHT READING/HEAVY READING**

Signature: *Joseph Donnelly*
Name: JOSEPH DONNELLY
Title: CHIEF FINANCIAL OFFICER
Date: 1/6/17

ASSIGNEE: Sonar Credit Partners III, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: *Michael Goldberg*
Name: Michael Goldberg
Title: President
Date: 1/9/17

epiq    Page Tour    Search    Sign In

⊕ GENERAL INFORMATION

❌ Claim Numbers 572    e.g. '11' or 'ABC Company' or '4/27/2003' or '02.41729'    🔍    FILTER

« 1 Claims    Claim Number ▼

Claim # 572  Schedule # 100733290    Value $69,262.50
Creditor LIGHT READING/HEAVY READING    Filed Mar 13 2009

Debtor 09-10138    Nortel Networks Inc.

Creditor Address

240 W 35TH ST FL 8
NEW YORK, NY 10001-2506

Amounts

Claimed Unsecured Amount          $69,262.50
Allowed Unsecured Balances        $69,262.50
Scheduled Secured Amount               $0.00
Scheduled Priority Amount              $0.00
Scheduled Unsecured Amount        $69,262.50

Remarks

THIS CLAIM IS ALLOWED

Hide Details

Related Dockets
16999

### Related Dockets

Docket # 16999    Filed Jul 18 2016    Related None
Exhibit(s) Debtors First Notice of Formally Allowed Claims Filed by Nortel Networks Inc., et al. (Attachments: # (1) Exhibit A) (Minott, Tamara)

Debtor: 09-10138    Nortel Networks Inc.

### Document

Send    Download