## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2017, I caused to be served a copy/copies of the United States Trustee' Objection to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors via electronic mail to the following:

| | |
|---|---|
| James L. Bromley, Esq.<br>Lisa M. Schewitzer, Esq.<br>CLEARY GOTTLIEB STTEN<br>& HAMILTON, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>jbromley@cgsh.com<br>lschweitzer@cgsh.com | Christopher M. Samis, Esq.<br>Whiteford Taylor & Preston, LLP<br>The Renaissance Center, Suite 500<br>405 North King Street<br>Wilmington, DE 19801<br>csamis@wtplaw.com |
| Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>dabbott@mnat.com<br>aremming@mnat.com | Albert A. Pisa, Esq.<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>28 Liberty Street<br>New York, NY 10005<br>apisa@milbank.com |
| Fred S. Hodara, Esq.<br>David H. Botter, Esq.<br>Brad M. Kahn, Esq.<br>AKIN GUMP STRAUSS HAUER<br>& FELD, LLP<br>One Bryant Park<br>New York, NY 10036<br>fhodara@akingump.com<br>dbotter@akingump.com<br>bkahn@akingump.com | |

 /s/ Mark S. Kenney
Mark S. Kenney