1/2/2017

FILED
2017 JAN -9  AM 9: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case # 09-10138 (KG)

In opposition:

Dear Sir,

I oppose the debtors motion for a very simple reason:

I get my pension checks from the PBGC and that is where my bread is buttered. If they can get more money out of whatever is left of Nortels assets I'm for it. I'm on the side of the PBGC.

Yours,

*Kent A. Hanneman*

Kent A. Hanneman
x-Nortel Networks employee