Linda Hollenbec Amick

4605 Lexington Rd

Athens, Georgia  30605

Clerk of the United States Bankruptcy Court

District of Delaware

824 North Market Street – 3rd Floor

Wilmington, Delaware  19801

Subject:  Chapter 11 Case No 09-10138 (KG) Hearing Jan. 24, 2017

REF: Linda Hollenbec Amick – EPIQ Claim number 8247

In early 2012 I filed a claim on the EPIQ System for Severance not paid out when I was laid off on June 1, 2009.  I was an employee of NTI for 24 years.   I have included the email related to my employment showing Salary information.   The claim amount was $61,936.

I was hotly pursued by Hain Capital relentlessly to purchase my claim for over a year.  I have retained all of that correspondence.  I sold the claim in March, 2013.

I was notified by Hain Capital via a court ruling on March 22, 2016 that my claim was denied by the court.  The reason given was that I was collecting a Pension from the PBGC based upon my Nortel employment and therefore was denied my severance claim.   I paid Hain Capital an agreed upon fee and was released from Hain involvement in my Claim.

I am filing an objection to the original rejection of my claim for the following reasons and in accordance with the requirements laid out in the Objection Requirements section for the January 24th hearing.

  a)  I am doing this in writing
  b)  My claim number is <u>8247</u> in the amount of <u>$61,936.</u> USD  (Exhibit 1) My Severance Claim is based upon my <u>Termination Notification</u>. (Exhibit 2 – Page 2 circled)
  c)  My claim was rejected on the basis that I was receiving a pension from Nortel via the PBGC.  (Exhibit 2)
  d)  I was layed off on June 1, 2009.  I was 59 ½ years old (Birthdate:  November 22, 1950)
      Due to the severe economic downturn in late 2008 and my age, I was unable to find productive work.  I was and still am single with no other means of support.  **I DID NOT retire from Nortel before or when I was laid off on June 1, 2009.**   I did not receive PBGC benefits until 2010.  Therefore, my severance claim should not be denied on the basis that I retired..  Hain Capital did not represent my situation when my claim was being considered and declined nor did they contact me to obtain the details of my lay off date and retirement in order to object to this ruling.

e) 13.2 of the plan.

Consider this document my formal Objection to my claim denial.

Thank You,

Linda H Amick

*Linda H Amick*

12-30-2016

laim Search



p://dm.epiq11.com/NNI/Claim[4/7/2016 10:41:28 AM]

**HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION**
**PROBUSINESS / SAP INFORMATION**

EMPLOYEE NAME: **Linda Hollenbeck Amick**

GLOBAL ID: **0186936**

TERMINATION EFFECTIVE DATE: **2009/06/01**

ENTITY: **501**   DEPT: **0876**

BENEFITS END DATE: **2009/06/30**

EMPLOYEE STATUS:  Full Time: **F**
                  Part Time:

CONTINUOUS SERVICE DATE : **1985/07/09**

LOCATION : **992**

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: **RICH2**

151 SIMS ST
MAYSVILLE
GA  30558

SAP ACTION CODE : **84**

SAP SEPARATION REASON CODE: **33**
SAP SEPARTION REASON DESCRIPTION: **Work force reduction**

Vacation accrual ends on Employee's Termination Date and Employee will be paid any accrued, unused vacation pursuant to policy following the Termination Date.

Outstanding dollars owed (as currently known):  Total amount to be deducted $_____ without prejudice to subsequent revision or other collection methods.

## I. EMPLOYEE DATA

| | |
|---|---|
| **Notice Date:** | |
| **Employee:** Linda Hollenbeck Amick | **Employee Number:** 0186936 |
| **Continuous Service Date:** 1985/07/09 | **Severance Eligibility Date:** 1985/07/09 |
| **Employment Termination Date:** 2009/06/01 | **Severance Stop Date:** 2009/12/14 |
| **Employee Home Address:**<br><br>151 SIMS ST<br>MAYSVILLE<br>GA     30558 | **Severance Period** (for employees with at least 6 months of service): **28**<br>(Number of Weeks) to Commence Following Termination Date |
| **HR Contact:** Nortel HR Shared Services<br>         Mail Stop 570/02/0C2<br>         PO Box 13010<br>         4001 E. Chapel Hill-Nelson Hwy<br>         Research Triangle Park, NC  27709-3010<br>         1-800-676-4636 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

        Debtors.

---------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 22, 2016 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

1.  Debtors' Thirty-Ninth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Insufficient Documentation Claims, No-Basis 503(b)(9) Claims, No-Basis Deferred Compensation Claims, No-Basis Pension Claims, No-Basis Retiree Claims, No-Basis 401(k) Claims, No-Basis Equity Claims and Redundant Claims) (D.I. 16553, Filed 2/19/16).

    Objection Deadline: March 11, 2016 at 4:00 p.m. (ET).

    Responses Received:

    (a) Pension Benefit Guaranty Corporation's Joinder in Debtors' Thirty-Ninth, Fortieth, and Forty-First Omnibus Objections (Substantive) to, *Inter Alia*, Claims in Exhibits A that are No-Basis Pension Claims (Dkt. Nos. 16553, 16554 and 16556) (D.I. 16615, Filed 3/10/16).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.