# EXHIBIT A

Case 09-10138-MFW    Doc 17686-1    Filed 01/09/17    Page 1 of 3

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
December 8, 2016

Nos. 16-3444, 16-3445, 16-3446, 16-3447, 16-3448
16-3449, 16-3450, 16-3451, 16-3452, 16-3504

In re: NORTEL NETWORKS INC., et al., Debtors

Nortel Trade Claim Consortium,
    Appellant in 16-3444

Bank of New York Mellon as Indenture Trustee,
    Appellant in 16-3445

Nortel Networks Inc, et al.,
    Appellants in 16-3446

Ad Hoc Bondholder Group of Nortel,
    Appellant in 16-3447

Steven Taylor, Conflicts Administrator for Nortel Networks S.A.,
    Appellant in 16-3448

Pension Benefit Guaranty Corporation,
    Appellant in 16-3449

Joint Administrators for EMEA Debtors other than Nortel Networks, S.A.,
    Appellants in 16-3450

Ernst & Young Inc., as Monitor and foreign Representative of the Canadian Debtors,
    Appellant in 16-3451

Official Committee of Unsecured Creditors,
    Appellant in 16-3452

Canadian Creditors Committee,
    Appellants in 16-3504

(D. Del. Nos. 1-15-cv-00622, 1-15-cv-00623, 1-15-cv-00624,
1-15-cv-00627, 1-15-cv-00628, 1-15-cv-00635, 1-15-cv-00636,
1-15-cv-00699, 1-15-cv-00586, & 1-15-mc-00197)

Page 2, Cont'd
In re: NORTEL NETWORKS INC., et al., Debtors
Nos. 16-3444, et al.

_____

Present:     AMBRO, JORDAN and SCIRICA, <u>Circuit Judges</u>

        Response by Appellant Nortel in Case 16-3446 and Motion to Continue the
        Appeals until January 10, 2017 Pending Approval of Settlement.

                                            Respectfully,
                                            Clerk/pdb

_____ **O R D E R** _____

The foregoing Response by Appellant Nortel is considered. The pending appeal is carried over only until January 10, 2017. If no resolution is reached prior to the Plan Objection Deadline of January 9, 2017, the pending appeals shall proceed as set by the Court.

                                            By the Court,

                                            <u>s/ Thomas L. Ambro, Circuit Judge</u>

Dated: December 9, 2016
CJG/cc:       All Counsel of Record