**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2017, I caused copies of the foregoing **Objection of the Nortel Trade Claims Consortiums to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors** to be served upon the parties listed on the service list attached hereto as indicated thereon.

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)

| | |
|---|---|
| VIA HAND DELIVERY<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Eric R. Wilson, Esq.<br>Sarah L. Reid, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| VIA HAND DELIVERY<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | VIA FIRST CLASS MAIL<br>Daniel A. Lowenthal, Esq.<br>Patterson Belknap Webb & Tyler<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| VIA HAND DELIVERY<br>Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Marc Abrams, Esq.<br>Willkie Farr & Gallagher LLP<br>787 7th Avenue<br>New York, NY 10019-6099 |
| VIA HAND DELIVERY<br>Stephen M. Miller, Esq.<br>Morris James LLP<br>500 Delaware Ave., Ste. 1500<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Dennis F. Dunne, Esq.<br>Albert Pisa, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>28 Liberty Street<br>New York, NY 10005 |
| VIA HAND DELIVERY<br>Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Thomas R. Kreller, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>601 S. Figuero Street, 30th Floor<br>Los Angeles, CA 90017 |
| VIA HAND DELIVERY<br>Christopher Samis, Esq.<br>Whiteford Taylor & Preston LLP<br>The Renaissance Centre, Suite 500<br>405 N. King Street<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Fred S. Hodara, Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036 |
| VIA HAND DELIVERY<br>Mary F. Caloway, Esq,<br>Buchanan Ingersoll & Rooney PC<br>1105 North Market Street, Suite 1900<br>Wilmington, DE 19801 | VIA FIRST CLASS MAIL<br>Kevin Zych<br>Bennett Jones<br>3400 One First Canadian Place<br>Toronto, Ontario M5X 1A4<br>Canada |