**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re*                                                                  :    Chapter 11
:
NORTEL NETWORKS INC., *et al.*,[1]              :    Case No. 09-10138 (KG)
:
                Debtors.         :    Jointly Administered
:
:    **Hearing Date on Confirmation of Plan:**
:    **January 24, 2017 at 10:00 a.m. (ET)**
:    **Objections to Confirmation of Plan Due:**
:    **January 9, 2017 at 4:00 p.m. (ET)**
---------------------------------------------------------------x

**JOINDER AND RESERVATION OF RIGHTS OF LIQUIDITY
SOLUTIONS, INC. WITH RESPECT TO THE OBJECTION
OF THE NORTEL TRADE CLAIMS CONSORTIUM TO
CONFIRMATION OF FIRST AMENDED JOINT CHAPTER 11 PLAN OF
NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS**

Liquidity Solutions, Inc. ("LSI"),[2] for its Joinder and Reservation of Rights (this "Joinder") with respect to the Objection of the Nortel Trade Claims Consortium (the "Trade Consortium") to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors [Docket No. 17686 ] (the "Consortium Objection"), respectfully represents:

**JOINDER AND RESERVATION OF RIGHTS**

1. On December 1, 2016, the Debtors filed the current version of their *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors*

---

[1] The U.S. debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] LSI is a holder of allowed U.S. Trade Claims against the Debtors.

1

[Docket No. 17452] (the "Plan"). On January 9, 2017, the Trade Consortium filed the Consortium Objection. LSI hereby joins in the Consortium Objection and objects to the Plan on the grounds set forth therein.

2. The Consortium Objection requests that the Debtors be required to reserve a sufficient amount of cash to provide for the Trade Consortium's "potential, additional recoveries" in the event that the Trade Consortium's pending appeal is successful. As previously stated by LSI, neither the Trade Consortium nor any other holder of U.S. Trade Claims may receive disparate better treatment relative to other holders of U.S. Trade Claims. If there is a reserve established to provide for the possibility of increased recoveries, such reserve must be in an amount sufficient to cover the entire classes of U.S. unsecured claims, not just those claims held by the Trade Consortium.

3. LSI expressly reserves its right to amend and/or supplement this Joinder.

WHEREFORE, LSI hereby (i) joins in the Consortium Objection (and incorporates the arguments set forth in the Consortium Objection as if fully set forth herein), (ii) reserves its rights, and (iii) requests that the Court grant such other relief as may be just and proper.

Dated:  January 9, 2017

Respectfully submitted,

**ANDREWS KURTH KENYON LLP**

/s/ *Paul N. Silverstein*
Paul N. Silverstein (admitted *pro hac vice*)
Jeremy B. Reckmeyer (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to Liquidity Solutions, Inc.*