# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                                    :    Chapter 11
:
Nortel Networks Inc., et al.,[1]                              :    Case No. 09-10138 (KG)
:
        Debtors.                                             :    Jointly Administered
:
:    **Re: D.I. 16955 & 16978**
:
------------------------------------------------------------X

## SECOND AMENDED NOTICE OF SETTLEMENT OF
## CERTAIN CLAIMS AGAINST THE DEBTORS

      **WHEREAS**, on February 2, 2016, the Debtors filed a Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16514) (the "Motion");

      **WHEREAS**, on February 19, 2016, the Court approved the Motion and entered an Order (the "Order") Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16551) permitting the Debtors, *inter alia*, to settle certain claims on no or limited advance notice (the "Limited Notice Claims Settlements");

      **WHEREAS**  on June 28, 2016, pursuant to paragraph 2(f) of the Order, the Debtors filed a Settled Claims Notice (D.I. 16955) (the "Original Settled Claims Notice") listing the Proofs of Claims settled in the Limited Notice Claims Settlements from November 23, 2015 through April 25, 2016; and

      **WHEREAS** on July 5, 2016, the Debtors filed an Amended Settled Claim Notice (D.I. 16978) (the "Amended Settled Claim Notice") amending the Settled Claims Notice.

      **PLEASE TAKE NOTICE** that the Debtors hereby file this Second Amended Settled Claims Notice (the "Second Amended Settled Claims Notice") attached as **Exhibit A**,[2] listing the Proofs of Claims settled in the Limited Notice Claims Settlements from November 23, 2015 through April 25, 2016.  The Second Amended Settled Claims Notice shall supersede the Original Settled Claims Notice and the Amended Settled Claim Notice.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]    The the amendments are highlighted on Exhibit A.

Dated: January 10, 2017
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Andrew J. Roth-Moore*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*