UNITED STATES BANKRUPTCY COURT
DELAWARE

FILED
2017 JAN 11 AM 8:02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 3, 2017

*FBN02*-***6332
Letter ID: L0408946992

**Request for Payment of New Mexico Taxes**

(Bankruptcy Code Cases - Administrative Expenses)

Case Number    09-10138

**New Mexico Taxation & Revenue Department**

In the Matter of:

NORTEL NETWORKS INC
200 ATHENS WAY
NASHVILLE, TN 37228-1308

Chapter 11
Type of Bankruptcy Case

14-Jan-2009
Date of Petition

1. The undersigned, whose business address is New Mexico Taxation & Revenue Department, 5301 Central N.E. PO Box 8575 Albuquerque NM 87198-8575, is the agent of the New Mexico Taxation & Revenue Department, and is authorized to make this request for payment on behalf of the State of New Mexico.
2. Request is made for payment of taxes and any interest or penalty due under the laws of the State of New Mexico, as shown below.
3. The basis of liability is taxes due under the laws of the State of New Mexico.

Administrative Claims

| Taxpayer ID # | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due | Comment |
|---|---|---|---|---|---|---|---|
| 01136900000-CIT | CIT | 31-Dec-2009 | $181.00 | $449.66 | $36.20 | $666.86 | filed |
| 01-136900-00-0 | CRS | 30-Jun-2011 | $0.00 | $0.00 | $5.00 | $5.00 | late filed |

Total Amount Due: $671.86

*An asterisk designates that no return has been filed for the period and the amount is estimated.

The total amount due includes interest and penalty computed to January 3, 2017. Simple interest will accrue at the rate established pursuant to Section 7-1-67, NMSA 1978 and late payment penalty will be charged pursuant to Section 7-1-69, NMSA 1978. If the claim is paid after January 3, 2017, contact Lisa Ela at (505) 841-6267 for the current balance.

_Lisa Ela_                              1/03/17
Signature                               Date

Tax Examiner                            (505) 841-6267
Title                                   Telephone Number

New Mexico Taxation and Revenue Department
5301 Central N.E. PO Box 8575 Albuquerque NM 87198-8575 • Phone: (505) 841-6267 • Fax: (505) 841-6315
www.tax.newmexico.gov

btL65 v64