# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 1/11/2017 |
| Case: 09−10138−KG | Form ID: van439 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr      New Mexico Taxation & Revenue Department    5301 Central N.E.    P.O. Box 8575    Albuquerque, NM 87198−8575

TOTAL: 1