**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: January 27, 2017 at 4:00 p.m. (ET)** |

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016.**

Exhibit A: Summary of Professionals
Exhibit B: Summary of Projects and Project Descriptions
Exhibit C: Summary of Fees and Expenses
Exhibit D: Summary of Time by Professional
Exhibit E: Summary of Fees by Project
Exhibit F: Time Description Detail by Project
Exhibit G: Summary of Expenses by Category
Exhibit H: Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, December 1, 2016 through December 31, 2016, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $114,818.00. Mergis incurred $45.71 in expenses during this period.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: January 12, 2017
Raleigh, North Carolina

THE MERGIS GROUP

Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group

### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| | Fees | Expenses | Total |
|---|---|---|---|
| For the period of December 1, 2016 through December 31, 2016 | $ 114,818.00 | $ 45.71 | $ 114,863.71 |

# Exhibit D

## The Mergis Group
### Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 174.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 133.00 |
| **Hours for the period of December 1, 2015 through December 31, 2015** | | | **307.00** |
| Billing Rate | | | $ 374.00 |
| **Fees for the period of December 1, 2015 through December 31, 2015** | | | **$ 114,818.00** |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project | Project Description | Hours | | Fees |
|---|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ | - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 14.50 | $ | 5,423.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 48.00 | $ | 17,952.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 32.50 | $ | 12,155.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 8.50 | $ | 3,179.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 7.50 | $ | 2,805.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 5.00 | $ | 1,870.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 16.00 | $ | 5,984.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 99.00 | $ | 37,026.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | - | $ | - |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 3.00 | $ | 1,122.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 1.50 | $ | 561.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | 34.00 | $ 12,716.00 |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 4.00 | $ 1,496.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 1.00 | $ 374.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 7.00 | $ 2,618.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 25.50 | $ 9,537.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| **For the period of December 1, 2016 through December 31, 2016** | | **307.00** | **$ 114,818.00** |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 12/6/2016 | Timothy C. Ross | Updated Debtors MOR schedule for comments/changes | 1.00 |
| 12/6/2016 | Timothy C. Ross | Conference call with Debtors counsel (ML) | 0.50 |
| 12/7/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (ML) | 1.00 |
| 12/16/2016 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 4.00 |
| 12/20/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 6.00 |
| 12/21/2016 | Timothy C. Ross | Prepared Debtors monthly operating report. | 2.00 |
| **Bankruptcy Reporting Total** | | | **14.50** |
| **Cash Management** | | | |
| 12/1/2016 | Kim Ponder | FCB and VEBA deposits. | 1.00 |
| 12/1/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/1/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 12/2/2016 | Kim Ponder | Telephone with Citibank. | 0.50 |
| 12/2/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/2/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 12/5/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/5/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/6/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/7/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/7/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 12/8/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/9/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 12/9/2016 | Kim Ponder | Year end cash planning. | 2.00 |
| 12/9/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/9/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 12/9/2016 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 12/12/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/13/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/14/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/14/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 12/15/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/15/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 2.00 |
| 12/16/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/19/2016 | Kim Ponder | FCB deposit. | 0.50 |
| 12/19/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/19/2016 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer. | 4.00 |
| 12/20/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/21/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/21/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 12/22/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/22/2016 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 12/22/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 0.50 |
| 12/22/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 3.00 |
| 12/23/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/23/2016 | Timothy C. Ross | Researched and responded to Debtors foreign subsidiary matter | 1.00 |
| 12/27/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/27/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 1.00 |
| 12/27/2016 | Timothy C. Ross | Researched, and responded to Debtors foreign subsidiary banking issue | 1.00 |
| 12/28/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/28/2016 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 12/28/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursement | 1.00 |
| 12/29/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 12/29/2016 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 2.50 |
| 12/30/2016 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| **Cash Management Total** | | | **48.00** |
| **Claims Administration** | | | |
| 12/1/2016 | Kim Ponder | Claims research. | 3.50 |
| 12/1/2016 | Timothy C. Ross | Conference call with Debtors consultant (MC) | 0.50 |
| 12/2/2016 | Kim Ponder | Claims research. | 1.00 |
| 12/2/2016 | Kim Ponder | Posted cash transfer. | 0.50 |
| 12/5/2016 | Timothy C. Ross | Worked Debtors claims matters | 0.50 |
| 12/6/2016 | Kim Ponder | Claims research. | 1.00 |
| 12/6/2016 | Kim Ponder | Posted cash transfers. | 0.50 |
| 12/6/2016 | Timothy C. Ross | Conference call with Debtors consultant (MC) | 0.50 |
| 12/7/2016 | Kim Ponder | Claims research. | 2.00 |
| 12/8/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (LS) | 0.50 |
| 12/9/2016 | Kim Ponder | Claims research. | 1.00 |
| 12/9/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (LS) | 1.00 |
| 12/9/2016 | Timothy C. Ross | Researched and responded to Debtors affiliate (NL) | 1.00 |
| 12/12/2016 | Timothy C. Ross | Prepared schedules in response to Debtors counsel (LS) | 2.00 |
| 12/13/2016 | Kim Ponder | Review and discussion of claims file. | 6.00 |
| 12/13/2016 | Timothy C. Ross | Reconciled distribution D.1.2 load file to Debtors books and records. | 1.00 |
| 12/14/2016 | Kim Ponder | Review claims distribution file. | 1.00 |
| 12/14/2016 | Timothy C. Ross | Reconciled distribution D.1.2 load file to Debtors books and records | 1.00 |
| 12/14/2016 | Timothy C. Ross | Reviewed and authorized Debtors D1.2 distribution funding request package. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project | Date | Professional | Project Work Description | Hours |
|---|---|---|---|---|
| | 12/15/2016 | Kim Ponder | Conference call with T Ross and RLKS. | 0.50 |
| | 12/15/2016 | Timothy C. Ross | Prepared invoices in response to Debtors affiliate request | 1.00 |
| | 12/15/2016 | Timothy C. Ross | Conference call with Debtors consultant (KS, RP) | 0.50 |
| | 12/16/2016 | Kim Ponder | Review of agency remittance schedule. | 1.00 |
| | 12/19/2016 | Kim Ponder | Received, researched and responded to RLKS data inquiry. | 1.00 |
| | 12/20/2016 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.00 |
| | 12/22/2016 | Kim Ponder | Posted cash transfers. | 0.50 |
| | 12/29/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign affiliate (NL) | 0.50 |
| | 12/30/2016 | Timothy C. Ross | Worked payment issue | 1.00 |
| **Claims Administration Total** | | | | **32.50** |
| **Compensation Application** | | | | |
| | 12/2/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/2/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/2/2016 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.00 |
| | 12/9/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/9/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/16/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/16/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/21/2016 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.50 |
| | 12/23/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/23/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/30/2016 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| | 12/30/2016 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | | **8.50** |
| **Discovery** | | | | |
| | 12/6/2016 | Timothy C. Ross | Conference call with Debtors counsel (PC) | 0.50 |
| | 12/6/2016 | Timothy C. Ross | Conference call with Debtors counsel (SK), financial advisor (MK) and consultant (KS) | 1.00 |
| | 12/7/2016 | Timothy C. Ross | Prepared and executed debtors consultant agreement | 0.50 |
| | 12/7/2016 | Timothy C. Ross | Conference call with Debtors consultant (KS) | 0.50 |
| | 12/8/2016 | Kim Ponder | Responded to request for information re: PBGC. | 1.00 |
| | 12/8/2016 | Timothy C. Ross | Performed search and responded to Debtors counsel (PC) | 2.00 |
| | 12/19/2016 | Kim Ponder | Received, researched and responded to request for information. | 1.00 |
| | 12/27/2016 | Timothy C. Ross | Reviewed correspondence from Debtors counsel (SK) | 1.00 |
| **Discovery Total** | | | | **7.50** |
| **Electronic Data and Document Preservation** | | | | |
| | 12/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (KS) | 0.50 |
| | 12/7/2016 | Timothy C. Ross | Conference call with Debtors counsel (MG, LH) | 0.50 |
| | 12/8/2016 | Timothy C. Ross | Worked Debtors document destruction matters | 1.00 |
| | 12/9/2016 | Kim Ponder | Correspondence re: document destruction. | 1.00 |
| | 12/9/2016 | Timothy C. Ross | Prepared and authorized media destruction po | 1.00 |
| | 12/15/2016 | Kim Ponder | Communications with Iron Mountain re: media destruction. | 0.50 |
| | 12/22/2016 | Kim Ponder | Correspondence with document storage vendor. | 0.50 |
| **Electronic Data and Document Preservation Total** | | | | **5.00** |
| **Entity Liquidation and Wind Down** | | | | |
| | 12/1/2016 | Timothy C. Ross | Conference call with Debtors foreign subsidiary consultant (SM) | 1.00 |
| | 12/1/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR, RR) | 0.50 |
| | 12/1/2016 | Timothy C. Ross | Updated consultant comp package for Debtors foreign counsel | 1.00 |
| | 12/5/2016 | Timothy C. Ross | Conference call with Debtors tax professional (JW) | 0.50 |
| | 12/15/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, RR, MR) | 0.50 |
| | 12/15/2016 | Timothy C. Ross | Prepared for conference call with Debtors counsel | 1.00 |
| | 12/16/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR), foreign counsel (AG) and foreign tax professional (AB) | 1.50 |
| | 12/16/2016 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) | 0.50 |
| | 12/16/2016 | Timothy C. Ross | Prepared communication to Debtors principal officer | 1.00 |
| | 12/19/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 1.00 |
| | 12/20/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR), foreign counsel (AG) and foreign tax professional (AB) | 1.00 |
| | 12/20/2016 | Timothy C. Ross | Prepared communication to Debtors principal officer | 0.50 |
| | 12/21/2016 | Timothy C. Ross | Conference call with Debtors counsel (MR and foreign tax professional (AB) | 1.00 |
| | 12/21/2016 | Timothy C. Ross | Reviewed and responded to Debtors principal officer (JR) | 1.00 |
| | 12/27/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary documents from Counsel (SG) | 1.00 |
| | 12/27/2016 | Timothy C. Ross | Reviewed and provided to comments to Debtors Counsel (MR) | 1.00 |
| | 12/28/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary consultant (SM) | 0.50 |
| | 12/28/2016 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary consultant (SM) | 0.50 |
| | 12/29/2016 | Timothy C. Ross | Reviewed and responded with comments to Debtors Counsel (MR) | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | | **16.00** |
| **Finance and General Accounting** | | | | |
| | 12/1/2016 | Kim Ponder | Normal course payables | 2.50 |
| | 12/1/2016 | Kim Ponder | Telephone call with Delaware Life. | 0.50 |
| | 12/1/2016 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| | 12/2/2016 | Kim Ponder | Normal course payables | 1.50 |
| | 12/2/2016 | Kim Ponder | Month end close. | 4.00 |
| | 12/2/2016 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 0.50 |
| | 12/2/2016 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| | 12/5/2016 | Kim Ponder | Normal course payables | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 12/5/2016 | Kim Ponder | Month end close. | 7.00 |
| 12/5/2016 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 12/5/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 12/5/2016 | Timothy C. Ross | Worked Debtors financial closing | 3.00 |
| 12/6/2016 | Kim Ponder | Normal course payables | 1.50 |
| 12/6/2016 | Kim Ponder | Month end close. | 4.00 |
| 12/7/2016 | Kim Ponder | Normal course payables | 1.00 |
| 12/7/2016 | Kim Ponder | Month end close. | 1.50 |
| 12/7/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for disbursement. | 1.00 |
| 12/8/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 12/8/2016 | Kim Ponder | Received, researched and responded to request for expense data. | 0.50 |
| 12/8/2016 | Kim Ponder | Prepared analysis re: deposits. | 1.00 |
| 12/9/2016 | Kim Ponder | Normal course payables | 3.00 |
| 12/12/2016 | Kim Ponder | Month end close. | 8.00 |
| 12/12/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 12/12/2016 | Timothy C. Ross | Reviewed and authorized Debtors Bank reconciliations. | 2.00 |
| 12/12/2016 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| 12/13/2016 | Kim Ponder | Normal course payables | 1.00 |
| 12/13/2016 | Kim Ponder | Month end processing. | 1.00 |
| 12/13/2016 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| 12/14/2016 | Kim Ponder | Normal course payables | 1.00 |
| 12/14/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 12/14/2016 | Kim Ponder | Posted cash transfers. | 0.50 |
| 12/14/2016 | Kim Ponder | Month end close. | 5.00 |
| 12/14/2016 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing. | 3.00 |
| 12/14/2016 | Timothy C. Ross | Worked Debtors financial closing | 1.00 |
| 12/15/2016 | Kim Ponder | Intercompany settlement. | 1.00 |
| 12/15/2016 | Kim Ponder | Month end close and reporting. | 6.00 |
| 12/16/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 12/16/2016 | Kim Ponder | Normal course payables | 2.00 |
| 12/16/2016 | Kim Ponder | Year end planning. | 2.00 |
| 12/19/2016 | Kim Ponder | Year end reporting. | 3.00 |
| 12/19/2016 | Kim Ponder | Received and responded to request from DTI. | 0.50 |
| 12/19/2016 | Kim Ponder | Normal course payables | 2.50 |
| 12/19/2016 | Kim Ponder | Posted LG payment to CALA. | 0.50 |
| 12/19/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 12/19/2016 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 12/20/2016 | Kim Ponder | Posted cash receipts. | 0.50 |
| 12/20/2016 | Kim Ponder | Normal course payables | 2.00 |
| 12/20/2016 | Kim Ponder | Posted tax transactions and funds transfers. | 1.00 |
| 12/20/2016 | Kim Ponder | Communication with Access/Iron Mountain. | 0.50 |
| 12/21/2016 | Kim Ponder | Monitored email. | 0.50 |
| 12/22/2016 | Kim Ponder | Monitored email. | 0.50 |
| 12/23/2016 | Kim Ponder | Monitored email. | 0.50 |
| 12/27/2016 | Kim Ponder | Communication with Deloitte Guatemala. | 0.50 |
| 12/27/2016 | Kim Ponder | Monitored email. | 0.50 |
| 12/27/2016 | Kim Ponder | Normal course payables | 0.50 |
| 12/27/2016 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 12/27/2016 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 12/28/2016 | Kim Ponder | Monitored email. | 0.50 |
| 12/28/2016 | Kim Ponder | Normal course payables | 1.00 |
| 12/28/2016 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 0.50 |
| 12/29/2016 | Kim Ponder | Monitored email. | 0.50 |
| 12/30/2016 | Kim Ponder | Normal course payables | 1.00 |
| 12/30/2016 | Timothy C. Ross | Worked Debtors foreign subsidiary professional payment issue | 1.00 |
| 12/30/2016 | Timothy C. Ross | Prepared and published NNI financial close schedule | 1.00 |
| 12/31/2016 | Kim Ponder | Loaded fx rates to QB. | 0.50 |
| **Finance and General Accounting Total** | | | **99.00** |
| **Information Technology Operations** | | | |
| 12/8/2016 | Timothy C. Ross | Prepared and communicated UKA IT support invoice | 0.50 |
| 12/28/2016 | Timothy C. Ross | Tested QB upgrade. | 1.50 |
| 12/30/2016 | Kim Ponder | Test QB upgrade and reports. | 1.00 |
| **Information Technology Operations Total** | | | **3.00** |
| **Insurance & Risk Management** | | | |
| 12/8/2016 | Timothy C. Ross | Worked Debtors insurance renewal matters | 0.50 |
| 12/29/2016 | Timothy C. Ross | Reviewed and prepared response to Debtors consultant (KS) request | 1.00 |
| **Insurance & Risk Management Total** | | | **1.50** |
| **Plan of Reorganization** | | | |
| 12/1/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s). | 0.50 |
| 12/2/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s). | 0.50 |
| 12/2/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (LH, MG) | 1.00 |
| 12/6/2016 | Kim Ponder | Received and responded to data request. | 1.00 |
| 12/6/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (LH) | 3.50 |
| 12/7/2016 | Kim Ponder | Received and responded to data request. | 1.50 |
| 12/7/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (LH) | 2.00 |
| 12/8/2016 | Kim Ponder | Prepared analysis requested. | 3.00 |
| 12/8/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (PC) request | 0.50 |
| 12/8/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (LH) | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Project Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 12/8/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (ML) request | 1.00 |
| 12/8/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (RD) request | 1.00 |
| 12/12/2016 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification(s). | 0.50 |
| 12/12/2016 | Timothy C. Ross | Conference call with Debtors counsel (LH, MG) | 1.50 |
| 12/13/2016 | Timothy C. Ross | Researched and responded to request from Debtors counsel (LH) | 1.00 |
| 12/13/2016 | Timothy C. Ross | Researched and sent materials to Debtors counsel (RD) | 3.00 |
| 12/13/2016 | Timothy C. Ross | Worked Debtors plan matters | 0.50 |
| 12/13/2016 | Timothy C. Ross | Researched and responded to Debtors counsel (AR) | 1.00 |
| 12/15/2016 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification(s). | 0.50 |
| 12/15/2016 | Timothy C. Ross | Conference call with Debtors counsel (LH,MG) | 0.50 |
| 12/19/2016 | Timothy C. Ross | Conference call with Debtors Counsel (DS, LH) | 0.50 |
| 12/19/2016 | Timothy C. Ross | Researched and responded to Debtors Counsel request (LH, DS) | 2.00 |
| 12/20/2016 | Timothy C. Ross | Conference call with Debtors Counsel (LH) | 0.50 |
| 12/21/2016 | Kim Ponder | Provided banking information requested. | 0.50 |
| 12/21/2016 | Timothy C. Ross | Conference call with Debtors Counsel (BB) | 0.50 |
| 12/22/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors Counsel (LS) and consultant (MC) | 0.50 |
| 12/22/2016 | Timothy C. Ross | Researched and responded to Debtors Counsel (RD) request | 2.00 |
| 12/23/2016 | Timothy C. Ross | Researched and responded to request from Debtors Counsel (BB) | 1.00 |
| 12/28/2016 | Timothy C. Ross | Received, reviewed, and acknowledged Debtors service of process notification(s). | 0.50 |
| 12/30/2016 | Timothy C. Ross | Researched and responded to Debtors Counsel (PC) | 1.00 |
| **Plan of Reorganization Total** | | | **34.00** |
| **Professional Fee Applications** | | | |
| 12/1/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 12/5/2016 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 12/7/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 12/9/2016 | Timothy C. Ross | Researched and responded to Debtors professional (KS) request | 0.50 |
| 12/20/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 0.50 |
| 12/30/2016 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| **Professional Fee Applications Total** | | | **4.00** |
| **Real Estate Management** | | | |
| 12/29/2016 | Timothy C. Ross | Worked Debtors property management matters with prior landlord | 1.00 |
| **Real Estate Management Total** | | | **1.00** |
| **Residual Business Operations** | | | |
| 12/5/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (BB) | 1.00 |
| 12/8/2016 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 12/9/2016 | Timothy C. Ross | Reviewed and executed document(s) from counsel (DH) | 0.50 |
| 12/16/2016 | Kim Ponder | Weekly postal delivery and processing. | 1.50 |
| 12/20/2016 | Kim Ponder | Weekly postal delivery and processing. | 1.00 |
| 12/20/2016 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification | 0.50 |
| 12/27/2016 | Timothy C. Ross | Prepared environmental reserve analysis and authorized professional fees for payment. | 1.00 |
| **Residual Business Operations Total** | | | **7.00** |
| **Tax Matters** | | | |
| 12/1/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary professional (AJ) | 0.50 |
| 12/5/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 1.00 |
| 12/6/2016 | Timothy C. Ross | Conference call with Debtors tax professional (JW) | 0.50 |
| 12/6/2016 | Timothy C. Ross | Received, reviewed, and responded to Debtors YE reporting matters | 0.50 |
| 12/7/2016 | Kim Ponder | Received and responded to EY request. | 1.00 |
| 12/7/2016 | Timothy C. Ross | Reviewed and responded to consultant (KS) | 1.00 |
| 12/8/2016 | Kim Ponder | Certified mailing of annual report documents per EY request. | 0.50 |
| 12/8/2016 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |

## Exhibit G

## The Mergis Group
## Summary of Expenses By Category

**Nortel Networks, Inc. et al.**
For the period of December 1, 2016 through December 31, 2016

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 45.71 |
| Professional | - |
| Miscellaneous | - |
| **For the period of December 1, 2016 through December 31, 2016** | **$ 45.71** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of December 1, 2016 through December 31, 2016

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| 12/20/16 | Kim Ponder | Certified Mailing of Tax Returns & Property Tax Payment | Local |
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | US Post Office | 45.71 |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ 45.71** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited |
|---|---|---|---|
| | **Expense Category** | **Vendor** | **Expenses** |
| | Airfare | | - |
| | Lodging | | - |
| | Meals | | - |
| | Parking | | - |
| | Ground Transportation | | - |
| | Office Expense | | - |
| | Professional | | - |
| | Miscellaneous | | - |
| | **Total** | | **$ -** |

**For the period of December 1, 2016 through December 31, 2016** **$ 45.71**