IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
                                                            :
                Debtors.                    :   Jointly Administered
                                                            :
                                                            :   **RE D.I. 17501, 17686**
                                                            :
------------------------------------------------------------X

NOTICE OF CERTAIN PREVIOUSLY
NON-PUBLIC FINANCIAL INFORMATION

      PLEASE TAKE NOTICE THAT on January 16, 2017, the Debtors, the Official Committee of Unsecured Creditors, the ad hoc group of bondholders (the "Bondholder Group") and the Nortel Trade Claims Consortium (the "NTCC") attended an in person mediation, overseen by the former Chief Judge of the United States District Court for the District of Delaware, Joseph J. Farnan, related to the NTCC's objections to the *First Amended Joint Chapter Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Plan")[2] [D.I. 17501] and the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement and Plans Support Agreement* (the "SPSA") [D.I. 17589] and related matters.

---

[1] The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Objection of the Nortel Trade Claims Consortium to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors [D.I. 17686].

In connection with the mediation, certain members of the Bondholder Group attended and executed a non-disclosure agreement that contemplated the disclosure of the last proposals made by any of the mediation parties and any other material non-public information disclosed to or by such members by noon on January 17, 2017. The mediation was completed on January 16, 2017 and a settlement was not reached. Accordingly, the Debtors hereby file the attached proposals exchanged as <u>Exhibit A</u>.

| | |
|---|---|
| Dated: January 17, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  */s/ Tamara K. Minott*  <br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the U.S. Debtors and Debtors in Possession* |