# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 12/28/2016 | Weekly employee claims call with M. Livingston of Cleary and M. Cilia of RLKS. | 1.0 | 550 | $ 550.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 12/20/2016 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 550 | $ 1,100.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 12/20/2016 | Nortel - review and sign-off monthly fee application | 0.3 | 750 | $ 225.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 12/14/2016 | Reviewed plan of reorganization and related objections and documented notes accordingly | 1.0 | 550 | $ 550.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 12/21/2016 | Reviewed plan of reorganization and related objections and documented notes accordingly | 1.5 | 550 | $ 825.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 12/28/2016 | Reviewed plan of reorganization and related objections and documented notes accordingly | 1.3 | 550 | $ 715.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 12/5/2016 | Nortel - review recent correspondence  articles on disclosure statement and open matters  note to Huron director  review status of open statements | 0.4 | 750 | $ 300.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 12/20/2016 | Nortel - review updates on plan status  other communications related to case matters | 0.5 | 750 | $ 375.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 12/22/2016 | Nortel - update on status of plan matters  Huron workstream considerations | 0.3 | 750 | $ 225.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/1/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/1/2016 | Nortel - call with Huron director re status of claims review  outlook on work streams | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/1/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/2/2016 | Analyzed underlying claims information and updated analyses accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/2/2016 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/2/2016 | Analyzed employee claims database and updated underlying analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/5/2016 | Updated employee claims analysis based on comments from Cleary. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/5/2016 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/5/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/13/2016 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/13/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/13/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/14/2016 | Updated various employee claims analyses based on review. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/14/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.7 | 550 | $ 935.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/15/2016 | Updated employee claims analysis based on revised Nortel notes. | 0.9 | 550 | $ 495.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/15/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/15/2016 | Analyzed employee claims database and updated underlying analyses. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/15/2016 | Updated various employee claims analyses based on review. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/16/2016 | Analyzed various employee claims and updated analyses accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/16/2016 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/16/2016 | Investigated certain employee claims matters per request from Cleary. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/19/2016 | Updated employee claims analysis and circulated to working team. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/19/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/19/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/20/2016 | Investigated certain employee claims matters per request from Cleary. | 0.8 | 550 | $ 440.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/20/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/21/2016 | Updated employee claims analysis based on comments from Cleary. | 1.1 | 550 | $ 605.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/21/2016 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/22/2016 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/22/2016 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/22/2016 | Updated various employee claims analyses based on review of supporting documents. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/27/2016 | Updated employee claims analysis based on comments from Cleary. | 1.2 | 550 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/27/2016 | Reconciled employee claims analysis and provided comments to Epiq. | 1.3 | 550 | $ 715.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/27/2016 | Reviewed employee claim documents and documented notes. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/28/2016 | Call with Huron MD regarding claims and future workstreams. | 0.2 | 550 | $ 110.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/28/2016 | Analyzed employee claims report and updated analyses accordingly. | 1.5 | 550 | $ 825.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/29/2016 | Reconciled employee claims analysis against claims database | 1.2 | 550 | $ 660.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/29/2016 | Analyzed employee claims database and updated underlying analyses. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/29/2016 | Updated employee claims analysis based on revised Nortel notes. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/30/2016 | Reconciled employee claims against the claims register and updated analysis. | 1.0 | 550 | $ 550.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/30/2016 | Updated various employee claims analyses based on review. | 1.4 | 550 | $ 770.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 12/30/2016 | Updated employee claims analysis based on comments from Cleary. | 1.6 | 550 | $ 880.00 |
| 16 | Unsecured Claim Analysis | Lukenda, James | 12/28/2016 | Nortel - call with Huron director re claims workstream and conclusion considerations; update to 2017 rates | 0.2 | 750 | $ 150.00 |