IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

        Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE D.I. 17501, 17686**

## NOTICE OF DISCLOSURE OF CERTAIN MEDIATION PROPORSALS

PLEASE TAKE NOTICE THAT on January 16, 2017, representatives of the Debtors, the Official Committee of Unsecured Creditors, the ad hoc group of bondholders (the "Bondholder Group") and the Nortel Trade Claims Consortium (the "NTCC") attended an in person mediation, overseen by the former Chief Judge of the United States District Court for the District of Delaware, Joseph J. Farnan, related to the NTCC's pending objections to the *First Amended Joint Chapter Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Plan")[2] [D.I. 17501] and the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement and Plans Support Agreement* (the "SPSA") [D.I. 17589] and related matters (the "Mediation").

In connection with the Mediation, certain participants entered into a non-disclosure agreement with the Debtors that contemplates the disclosure of the last proposals made by any of

---

[1] The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Objection of the Nortel Trade Claims Consortium to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors [D.I. 17686].

the parties to the Mediation to be publicly disclosed by noon on January 17, 2017.  The Mediation was completed on January 16, 2017 and a settlement was not reached.  Accordingly, Exhibit A attached hereto discloses the final proposal made at the Mediation by the Debtors, the Unsecured Creditors Committee and the Bondholder Group, and the final proposal made by the NTCC.

| | |
|---|---|
| Dated: January 17, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the U.S. Debtors and Debtors in Possession* |