**Exhibit A**

FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY
SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**NORTEL – US DEBTOR/UCC/BONDHOLDER GROUP TERM SHEET
JANUARY 16, 2017**

**CERTAIN U.S PLAN/CLAIM ISSUES - FOR DISCUSSION PURPOSES ONLY**

This Term Sheet is for settlement and discussion purposes only to cover certain U.S. Plan issues as well as any claim of the Bondholder Group for payment of the fees and expenses of their legal or financial advisors or of any member, including substantial contribution claims; and is not an offer, commitment, or agreement of any type; and is not admissible in any proceeding; and is entitled to protection from any use or disclosure by any party or person pursuant to Federal Rule of Evidence 408 and any other rule of similar effect.  This Term Sheet is not binding on any party and does not contain all of the terms, conditions, and other provisions of the transactions contemplated hereby.  This Term Sheet is subject to the execution of definitive documentation by all parties.

- <u>Resolution of Substantial Contribution/Fee Reimbursement Claims of the Bondholder Group</u>

  - As part of the resolution of the various issues contained in this Term Sheet, and in consideration for their contributions in resolving the outstanding challenges under the Plan, the Debtors agree to support a substantial contribution claim brought on behalf of the members of the Bondholder Group in the aggregate capped amount of $6.75 million paid to the indenture trustee for the Crossover Bonds classified as Class A-3B Claims, in full satisfaction of any claim for substantial contribution or reimbursement of fees and expenses of the Bondholder Group's legal and financial advisors or those of any member.

- <u>Resolution of NTCC Objections and Claims</u>

  - Contingent upon and in consideration for their receipt of $6.5 million from the [holders of Crossover Bond Claims/the members of the Bondholder Group] following the approval of a substantial contribution claim, the NTCC agrees (i) to the withdrawal of their appeal of the Allocation Decision on the Effective Date of the Plan, (ii) to the withdrawal of any objections to the Plan that have been or could be asserted by the NTCC to the Plan or the SPSA and to support the confirmation of the Plan and approval of the SPSA, and (iii) not to pursue any further claim against the Debtors for reimbursement for the fees incurred by counsel to the NTCC including in connection with their prosecution of the appeal and their objection to the Plan and the SPSA.

  - At such time as the members of the Nortel Trade Claims Consortium achieve a 70% recovery under the Plan on account their general unsecured trade claims,[1] including the payments received from the [holders of the Crossover Bonds/the

---

[1] Such threshold is based on the NTCC's ownership of $150 million of Class A-3A claims, and to the extent that members of the NTCC acquire further claims, such acquired claims will be excluded from this mechanic.

members of the Bondholder Group] ("Threshold"), 75% any recoveries to which the NTCC would otherwise be entitled to in excess of the Threshold shall be redirected for distribution to the non-NTCC holders of Class A-3A Claims until such time as such redirected distributions total $6.5 million.  Thereafter, the Nortel Trade Claims Consortium shall resume their entitlement to receive future pro-rata distributions.

2

FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY
SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**NORTEL TRADE CLAIMS CONSORTIUM TERM SHEET**
**JANUARY 16, 2017**

**CERTAIN U.S PLAN/CLAIM ISSUES - FOR DISCUSSION PURPOSES ONLY**

This Term Sheet is for settlement and discussion purposes only to cover certain U.S. Plan issues as well as any claim of the Bondholder Group for payment of the fees and expenses of their legal or financial advisors or of any member, including substantial contribution claims; and is not an offer, commitment, or agreement of any type; and is not admissible in any proceeding; and is entitled to protection from any use or disclosure by any party or person pursuant to Federal Rule of Evidence 408 and any other rule of similar effect.  This Term Sheet is not binding on any party and does not contain all of the terms, conditions, and other provisions of the transactions contemplated hereby.  This Term Sheet is subject to the execution of definitive documentation by all parties.

- Resolution of Substantial Contribution/Fee Reimbursement Claims of the Bondholder Group

    - As part of the resolution of the various issues contained in this Term Sheet, and in consideration for their contributions in resolving the outstanding challenges under the Plan, the Debtors agree to support a substantial contribution claim brought on behalf of the members of the Bondholder Group in the aggregate capped amount of $6.75 million paid to the indenture trustee for the Crossover Bonds classified as Class A-3B Claims, in full satisfaction of any claim for substantial contribution or reimbursement of fees and expenses of the Bondholder Group's legal and financial advisors or those of any member.

- Resolution of NTCC Objections and Claims

    - Contingent upon and in consideration for their receipt of $11.5 million from the [holders of Crossover Bond Claims/the members of the Bondholder Group] following the approval of a substantial contribution claim, the NTCC agrees (i) to the withdrawal of their appeal of the Allocation Decision on the Effective Date of the Plan, (ii) to the withdrawal of any objections to the Plan that have been or could be asserted by the NTCC to the Plan or the SPSA and to support the confirmation of the Plan and approval of the SPSA, and (iii) not to pursue any further claim against the Debtors for reimbursement for the fees incurred by counsel to the NTCC including in connection with their prosecution of the appeal and their objection to the Plan and the SPSA.

    - At such time as the members of the Nortel Trade Claims Consortium achieve a 70% recovery under the Plan on account their general unsecured trade claims,[1] including the payments received from the [holders of the Crossover Bonds/the

---

[1] Such threshold is based on the NTCC's ownership of $150 million of Class A-3A claims, and to the extent that members of the NTCC acquire further claims, such acquired claims will be excluded from this mechanic.

members of the Bondholder Group] ("Threshold"), 75% any recoveries to which the NTCC would otherwise be entitled to in excess of the Threshold shall be redirected for distribution to the non-NTCC holders of Class A-3A Claims until such time as such redirected distributions total $6.5 million.  Thereafter, the Nortel Trade Claims Consortium shall resume their entitlement to receive future pro-rata distributions.

o  <u>Fees & Costs</u>.  Nortel Trade Claims Consortium professional fees and costs to be paid by estates.    In addition, reasonable out of pocket costs related to consortium members' travel and attendance at mediation sessions to be reimbursed.

[NEWYORK 3304565_1]