# EXHIBIT A

**EXHIBIT A**

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date **12/1/2016**   End Date **12/31/2016**
**Enter Billing Rate/Hr:** 590.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 558.80 | $590.00 | $329,692.00 |
| 2 | Document Management and Research Support, Call Center | 142.80 | $590.00 | $84,252.00 |
| 3 | Human Resources - Former Employee Related Projects | | | |
| 4 | Fee Apps | 41.30 | $590.00 | $24,367.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration & Reconciliation, Distribution Support | 501.40 | $590.00 | $295,826.00 |
| 7 | Tax/Finance Matters and Budget Projects | 44.10 | $590.00 | $26,019.00 |
| 8 | Misc Debtor Issues and Communications | 4.30 | $590.00 | $2,537.00 |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 308.00 | $590.00 | $181,720.00 |
| | **Hours/Billing Amount for Period:** | **1,600.70** | | **$944,413.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/1/2016 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 5.6 |
| 12/1/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 5.3 |
| 12/2/2016 | NetBackup configuration changes to policies, monitoring / Server security updates / definitions updates | Brandon Bangerter | 1 | 2.8 |
| 12/4/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 6.2 |
| 12/5/2016 | Server audit for needed updates, space issues and reclamation / NetBackup monitoring and policy updates | Brandon Bangerter | 1 | 4.8 |
| 12/5/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 10.8 |
| 12/5/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.2 |
| 12/6/2016 | Discovery request research - finding and preparing hard drive images and PST files for access | Brandon Bangerter | 1 | 8.3 |
| 12/6/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 12.8 |
| 12/6/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Felicia Buenrostro | 1 | 1.0 |
| 12/6/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 6.5 |
| 12/6/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 10.5 |
| 12/6/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Leticia Barrios | 1 | 1.0 |
| 12/6/2016 | IT Infrastructure Support | Raj Perubhatla | 1 | 5.4 |
| 12/7/2016 | Discovery request research - finding and preparing hard drive images and PST files for access | Brandon Bangerter | 1 | 7.4 |
| 12/7/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 12.6 |
| 12/7/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 10.8 |
| 12/7/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 11.7 |
| 12/7/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 6.2 |
| 12/8/2016 | NetBackup configuration changes to policies, monitoring | Brandon Bangerter | 1 | 1.1 |
| 12/8/2016 | Discovery request research - searching and reviewing files | Brandon Bangerter | 1 | 7.8 |
| 12/8/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 13.8 |
| 12/8/2016 | RLKS team meeting for status update related Discovery request research - PBGC | Daniel Tollefsen | 1 | 1.1 |
| 12/8/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 10.0 |
| 12/8/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Felicia Buenrostro | 1 | 1.0 |
| 12/8/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Leticia Barrios | 1 | 1.0 |
| 12/8/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 9.8 |
| 12/8/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.3 |
| 12/8/2016 | IT Support Livelink Searches | Raj Perubhatla | 1 | 2.2 |
| 12/9/2016 | Discovery request research - searching and reviewing files | Brandon Bangerter | 1 | 5.4 |
| 12/9/2016 | Datacenter cleanup of excess hardware spares / troubleshooting hardware errors / locating hard drives | Brandon Bangerter | 1 | 2.3 |
| 12/9/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 13.9 |
| 12/9/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 10.0 |
| 12/9/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Felicia Buenrostro | 1 | 1.0 |
| 12/9/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 9.7 |
| 12/9/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Leticia Barrios | 1 | 1.0 |
| 12/9/2016 | Meeting with Cleary team members to discuss Discovery Request Research and deliverables | Leticia Barrios | 1 | 1.0 |
| 12/9/2016 | IT Support Livelink Searches | Raj Perubhatla | 1 | 4.4 |
| 12/9/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 4.5 |
| 12/10/2016 | Discovery request research - searching and reviewing files | Brandon Bangerter | 1 | 7.5 |
| 12/10/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 14.4 |
| 12/10/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 12.0 |
| 12/10/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 13.5 |
| 12/11/2016 | Discovery request research - searching and reviewing files, uploading files for access | Brandon Bangerter | 1 | 5.8 |
| 12/11/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 13.2 |
| 12/11/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 12.5 |
| 12/11/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 12.7 |
| 12/12/2016 | Discovery request research - searching and reviewing files | Brandon Bangerter | 1 | 6.3 |
| 12/12/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues | Brandon Bangerter | 1 | 1.3 |
| 12/12/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 13.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/12/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Felicia Buenrostro | 1 | 0.8 |
| 12/12/2016 | Discovery Request Research - Settlement Negotiations | Felicia Buenrostro | 1 | 10.0 |
| 12/12/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Leticia Barrios | 1 | 1.0 |
| 12/12/2016 | eData Search Support - Discovery Request Research | Leticia Barrios | 1 | 9.5 |
| 12/12/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.3 |
| 12/13/2016 | Discovery request research - searching and reviewing files, uploading files for access | Brandon Bangerter | 1 | 9.2 |
| 12/13/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 12.4 |
| 12/13/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Felicia Buenrostro | 1 | 0.8 |
| 12/13/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Leticia Barrios | 1 | 1.0 |
| 12/13/2016 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 12/14/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues | Brandon Bangerter | 1 | 1.3 |
| 12/14/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 11.8 |
| 12/14/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 4.3 |
| 12/15/2016 | Configuration and updates to servers / NetBackup configuration changes and starts / hardware errors | Brandon Bangerter | 1 | 1.3 |
| 13/15/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 13.8 |
| 12/16/2016 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues | Brandon Bangerter | 1 | 1.6 |
| 12/16/2016 | Discovery request research – Settlement Negotiations | Daniel Tollefsen | 1 | 8.5 |
| 12/16/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 12/17/2016 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 0.8 |
| 12/17/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 6.4 |
| 12/18/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 8.7 |
| 12/19/2016 | Data center inventory review of servers and patch revisions / updating patches, drivers, etc. | Brandon Bangerter | 1 | 4.8 |
| 12/19/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 12/20/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues | Brandon Bangerter | 1 | 1.3 |
| 12/20/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.2 |
| 12/21/2016 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 4.4 |
| 12/21/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 8.7 |
| 12/22/2016 | Data center inventory of employee hard drives / copying hard drives to share and comparisons | Brandon Bangerter | 1 | 4.8 |
| 12/22/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 5.5 |
| 12/22/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 3.3 |
| 12/23/2016 | Shared folder updates / troubleshooting access rights / NetBackup monitoring and updates | Brandon Bangerter | 1 | 2.3 |
| 12/23/2016 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.3 |
| 12/23/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 0.8 |
| 12/24/2016 | QB 2017 Upgrade project | Raj Perubhatla | 1 | 8.5 |
| 12/26/2016 | ClearCase servers support | Raj Perubhatla | 1 | 1.7 |
| 12/27/2016 | Shared folder updates / troubleshooting access rights and connections / NetBackup monitoring / updates | Brandon Bangerter | 1 | 3.3 |
| 12/27/2016 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 12/28/2016 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues | Brandon Bangerter | 1 | 1.6 |
| 12/29/2016 | Data center inventory of employee hard drives / copying hard drives to share and comparisons | Brandon Bangerter | 1 | 4.8 |
| 12/30/2016 | NetBackup monitoring / restarts and updates to policies / resolving server space issues / hardware fixes | Brandon Bangerter | 1 | 3.5 |
| 12/30/2016 | QB 2017 Upgrade - cutover | Raj Perubhatla | 1 | 3.5 |
| 12/31/2016 | QB 2017 Upgrade - cutover | Raj Perubhatla | 1 | 8.0 |
| 12/1/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.3 |
| 12/2/2016 | Correspondence - Iron Mountain Retrieval requests | Felicia Buenrostro | 2 | 2.0 |
| 12/2/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.3 |
| 12/5/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 4.5 |
| 12/5/2016 | Discovery request research NNCC/NNI | Kathryn Schultea | 2 | 6.0 |
| 12/5/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 12/6/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 4.0 |
| 12/6/2016 | Discovery request research - searching and reviewing files | Kathryn Schultea | 2 | 7.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/6/2016 | Conf. Call - PBGC Document Collection Call | Kathryn Schultea | 2 | 1.3 |
| 12/6/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Kathryn Schultea | 2 | 1.0 |
| 12/6/2016 | Correspondence - Iron Mountain - database review on discovery request | Kathryn Schultea | 2 | 2.0 |
| 12/7/2016 | Discovery request research - searching and reviewing files | Kathryn Schultea | 2 | 4.8 |
| 12/7/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.3 |
| 12/8/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Kathryn Schultea | 2 | 0.7 |
| 12/8/2016 | Discovery request research - searching and reviewing files | Kathryn Schultea | 2 | 10.0 |
| 12/9/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 1.0 |
| 12/9/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Kathryn Schultea | 2 | 1.0 |
| 12/9/2016 | Review material returned for discovery request NNCC/NNI | Kathryn Schultea | 2 | 3.0 |
| 12/10/2016 | Discovery request research - searching and reviewing files | Kathryn Schultea | 2 | 12.5 |
| 12/11/2016 | Discovery request research - searching and reviewing files | Kathryn Schultea | 2 | 11.5 |
| 12/12/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Kathryn Schultea | 2 | 0.8 |
| 12/12/2016 | Discovery request research - searching and reviewing files | Kathryn Schultea | 2 | 10.0 |
| 12/13/2016 | Meeting with RLKS team members to discuss Discovery Request Research | Kathryn Schultea | 2 | 1.3 |
| 12/14/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 2.5 |
| 12/15/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 3.0 |
| 12/15/2016 | Discovery request research for EY | Kathryn Schultea | 2 | 1.5 |
| 12/15/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 12/16/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 2.8 |
| 12/16/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 0.5 |
| 12/18/2016 | Correspondence - Iron Mountain Retrieval requests | Kathryn Schultea | 2 | 0.0 |
| 12/19/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 4.0 |
| 12/19/2016 | NNCC Iron Mountain search term changes | Kathryn Schultea | 2 | 4.3 |
| 12/19/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.3 |
| 12/20/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 4.0 |
| 12/20/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.0 |
| 12/20/2016 | Discovery request research NNCC/NNI | Kathryn Schultea | 2 | 4.0 |
| 12/21/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 3.5 |
| 12/21/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 2.0 |
| 12/21/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.7 |
| 12/22/2016 | Discovery request research NNCC/NNI | Felicia Buenrostro | 2 | 3.0 |
| 12/22/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 2.0 |
| 12/23/2016 | Return calls a second time from no answers initially from former EE on various case mailings/inquiries | Kathryn Schultea | 2 | 1.3 |
| 12/23/2016 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.8 |
| 12/24/2016 | Read, review, research and respond to calls and emails re EE requests | Kathryn Schultea | 2 | 1.0 |
| 12/26/2016 | Correspondence - Iron Mountain Retrieval requests | Felicia Buenrostro | 2 | 3.0 |
| 12/27/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 0.2 |
| 12/29/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 0.2 |
| 12/30/2016 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 0.2 |
| 12/2/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/2/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/2/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 12/2/2016 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 12/2/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/3/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 0.5 |
| 12/3/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/9/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/9/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/9/2016 | Fee application work | Kathryn Schultea | 4 | 1.5 |

**NORTEL TIME SHEET**

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/9/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/10/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 12/10/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/10/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/16/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/16/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/16/2016 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 12/16/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 12/16/2016 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 12/16/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/17/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/17/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/23/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/23/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/23/2016 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 12/23/2016 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 12/23/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/24/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/24/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/29/2016 | Fee Application | David Kantorczyk | 4 | 0.3 |
| 12/30/2016 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 12/30/2016 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 12/30/2016 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 12/31/2016 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 12/31/2016 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 12/31/2016 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 12/31/2016 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 12/1/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 7.4 |
| 12/1/2016 | Drafting of tax form solicitation letters for domestic vendors, foreign vendors and claim traders | David Kantorczyk | 6 | 4.0 |
| 12/1/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.5 |
| 12/1/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 4.0 |
| 12/1/2016 | Correspondence re: Nortel Claims Call follow-up | Felicia Buenrostro | 6 | 2.0 |
| 12/1/2016 | Employee Claims Distribution - Provide LTIPR payments from Pro-Business to team for analysis and tax payment processing | Kathryn Schultea | 6 | 2.0 |
| 12/1/2016 | Employee Claims Distribution - Address verification | Kathryn Schultea | 6 | 3.0 |
| 12/1/2016 | Continued e-mails related to various claims distribution matters | Kathryn Schultea | 6 | 2.7 |
| 12/1/2016 | Employee Claims Distribution - Provide LTIPR payments from Pro-Business to team for analysis and tax payment processing | Leticia Barrios | 6 | 2.2 |
| 12/1/2016 | Employee Claims Distribution - Capture list of manual LSI Distribution address changes | Leticia Barrios | 6 | 4.5 |
| 12/1/2016 | Conference call with Tom Ayres re: cross-border claims; related prep and follow up | Mary Cilia | 6 | 1.7 |
| 12/1/2016 | Claims database updates | Raj Perubhatla | 6 | 4.3 |
| 12/2/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 7.8 |
| 12/2/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/2/2016 | Employee Claims Distribution - Validate Employee Creation final file for distribution (claimant names and addresses) | Leticia Barrios | 6 | 6.7 |
| 12/2/2016 | E-mails with EPIQ and R. Perubhatla related to new claims report, related issues and further database updates | Mary Cilia | 6 | 3.2 |
| 12/3/2016 | Correspondence preparation for EE Interim Distribution | Kathryn Schultea | 6 | 5.0 |
| 12/3/2016 | Claims database maintenance | Raj Perubhatla | 6 | 4.3 |
| 12/5/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/5/2016 | Employee Claims Distribution - Open mail and scan all W-4 | Felicia Buenrostro | 6 | 1.0 |
| 12/5/2016 | Correspondence re: NNI Postage matters and processing | Kathryn Schultea | 6 | 0.5 |
| 12/5/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 6.3 |
| 12/5/2016 | Review and research newly filed amended claim; related e-mails and call | Mary Cilia | 6 | 1.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/5/2016 | Research and e-mails related to open cross-border claims | Mary Cilia | 6 | 2.8 |
| 12/5/2016 | Review and research related to PBGC document production efforts; related e-mails | Mary Cilia | 6 | 1.0 |
| 12/6/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 12/6/2016 | Further research, conference call and e-mails re: PBGC document production efforts | Mary Cilia | 6 | 1.8 |
| 12/6/2016 | Further research, conference call and e-mails re: newly filed amended claim | Mary Cilia | 6 | 0.6 |
| 12/7/2016 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 1.0 |
| 12/7/2016 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 6 | 0.7 |
| 12/7/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 6.5 |
| 12/7/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.5 |
| 12/7/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.0 |
| 12/7/2016 | LSI distribution related work for processing | Kathryn Schultea | 6 | 2.0 |
| 12/7/2016 | Meeting with RLKS/EY re Gross to Net Tax Project | Kathryn Schultea | 6 | 1.0 |
| 12/7/2016 | Correspondence re: Claims Distribution matters and testing | Kathryn Schultea | 6 | 3.0 |
| 12/7/2016 | Meeting with RLKS and EY on status update for Gross to Net Tax Project (W-4 Template, and process for distribution) | Leticia Barrios | 6 | 1.0 |
| 12/7/2016 | Conference call with Cleary, Huron and RLKS re: claims update; related prep and follow up | Mary Cilia | 6 | 2.7 |
| 12/7/2016 | Read, review, research and respond to various inquiries re: open claims | Mary Cilia | 6 | 3.6 |
| 12/8/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 7.5 |
| 12/8/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 0.7 |
| 12/8/2016 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 1.5 |
| 12/8/2016 | Run claim reports and review open claims; update open claims status report and prepare initial templates for objection and allowance notice | Mary Cilia | 6 | 3.6 |
| 12/8/2016 | Claims database maintenance | Raj Perubhatla | 6 | 5.7 |
| 12/9/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 7.0 |
| 12/9/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 0.5 |
| 12/9/2016 | Read, review, research and respond to various inquiries re: various distribution and taxation matters relating to 1099 and other payroll processing | Kathryn Schultea | 6 | 1.5 |
| 12/9/2016 | Follow-ups emails on testing and claimant information needed for wider distribution | Kathryn Schultea | 6 | 1.0 |
| 12/9/2016 | Research issues related to claims settlement and required invoicing and respond to related e-mails | Mary Cilia | 6 | 1.2 |
| 12/9/2016 | Research and review undocketed settlements; reconciliation to various notices and related e-mails | Mary Cilia | 6 | 2.7 |
| 12/12/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 7.0 |
| 12/12/2016 | Claims Distribution Support - Print Checks and letters for distribution | Kathryn Schultea | 6 | 2.5 |
| 12/12/2016 | Research and follow up on open cross-border claims; related e-mails | Mary Cilia | 6 | 2.3 |
| 12/13/2016 | Conference call with EY to discuss reporting and withholding requirements and the current status of the Foreign and Domestic templates including preparation and summarization | David Kantorczyk | 6 | 1.5 |
| 12/13/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 6.5 |
| 12/13/2016 | Claims Distribution Support - Print labels and letters for distribution | Felicia Buenrostro | 6 | 11.0 |
| 12/13/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.0 |
| 12/13/2016 | Claims Distribution Support - Print Checks and letters for distribution | Kathryn Schultea | 6 | 9.3 |
| 11/13/2016 | Claims Distribution Support - Print Checks and letters for distribution | Leticia Barrios | 6 | 11.5 |
| 12/14/2016 | Distribution preparation / Claims checks printing, reviewing, and verification. | Brandon Bangerter | 6 | 6.8 |
| 12/14/2016 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 1.0 |
| 12/14/2016 | Prepare claim reconciliation summary for Cleary for use in negotiating settlement | David Kantorczyk | 6 | 0.5 |
| 12/14/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 12/14/2016 | Claims Distribution Support - Print labels and letters for distribution | Felicia Buenrostro | 6 | 6.0 |
| 12/14/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/14/2016 | Review of testing comments and follow-up matters | Kathryn Schultea | 6 | 2.5 |
| 15/14/2016 | Claims Distribution Support - Print letters and envelopes and validate information for distribution | Leticia Barrios | 6 | 15.3 |
| 12/14/2016 | Conference call with Cleary, Huron and RLKS re: claims update; related prep and follow up | Mary Cilia | 6 | 1.4 |
| 12/14/2016 | Research and review issues related to revised employee settlement issues; related e-mails with EPIQ | Mary Cilia | 6 | 1.3 |
| 12/14/2016 | Read, review and respond to EY e-mails re: cross-border claims | Mary Cilia | 6 | 0.8 |
| 12/15/2016 | Distribution preparation / Claims data file reviews, comparison to checks, preparation for mailing | Brandon Bangerter | 6 | 7.2 |
| 12/15/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/15/2016 | Prepare claim reconciliation summary for Cleary for use in negotiating settlement | David Kantorczyk | 6 | 4.0 |
| 12/15/2016 | Claims Distribution Support - Print labels and letters for distribution | Felicia Buenrostro | 6 | 4.5 |
| 12/15/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.5 |
| 12/15/2016 | Claims Distribution Support - Print letters and envelopes and validate information for distribution | Kathryn Schultea | 6 | 9.0 |
| 12/15/2016 | Multiple correspondence on LSI distribution file layout from testing | Kathryn Schultea | 6 | 2.5 |
| 12/15/2016 | Claims Distribution Support - Print letters and envelopes and validate information for distribution | Leticia Barrios | 6 | 15.7 |
| 12/15/2016 | Read, review and respond to e-mails re: various claims issues | Mary Cilia | 6 | 2.7 |
| 12/16/2016 | Distribution preparation / Claims data file reviews, comparison to checks, preparation for mailing | Brandon Bangerter | 6 | 5.8 |
| 12/16/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 5.0 |
| 12/16/2016 | Claims Distribution Support - Print labels and letters for distribution | Felicia Buenrostro | 6 | 8.5 |
| 12/16/2016 | Claims Distribution Support - Print letters and envelopes and validate information for distribution | Leticia Barrios | 6 | 8.3 |
| 12/16/2016 | Claims Database updates | Raj Perubhatla | 6 | 2.5 |
| 12/17/2016 | Correspondence - Follow up on Employment Records review for addresses | Kathryn Schultea | 6 | 3.0 |
| 12/18/2016 | Follow up on calls and emails regarding tax solicitation letters and related address matters | Kathryn Schultea | 6 | 3.0 |
| 12/18/2016 | Correspondence re: W4 Addresses | Kathryn Schultea | 6 | 1.5 |
| 12/18/2016 | Emails received, read, responded re specific claims | Kathryn Schultea | 6 | 2.0 |
| 12/19/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 4.6 |
| 12/19/2016 | Review disposition of proposed schedule matches | David Kantorczyk | 6 | 4.0 |
| 12/19/2016 | Prepare claim reconciliation summary for Cleary for use in negotiating settlement | David Kantorczyk | 6 | 1.0 |
| 12/19/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/19/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.5 |
| 12/19/2016 | Correspondence re: EE Claims and research for matters on interim distribution | Kathryn Schultea | 6 | 2.5 |
| 12/19/2016 | Correspondence re: last known work address matters | Kathryn Schultea | 6 | 1.5 |
| 12/19/2016 | Reconciliation of open creditor claim and related e-mails to Cleary and D. Kantorczyk | Mary Cilia | 6 | 2.8 |
| 12/19/2016 | Claims database maintenance | Raj Perubhatla | 6 | 3.7 |
| 12/20/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 4.3 |
| 12/20/2016 | Review disposition of proposed schedule matches | David Kantorczyk | 6 | 1.0 |
| 12/20/2016 | Work on gathering, summarizing and revising information regarding the Foreign and Domestic tax templates | David Kantorczyk | 6 | 1.0 |
| 12/20/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.5 |
| 12/20/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 12/20/2016 | Correspondence re: W9 discussion | Kathryn Schultea | 6 | 1.0 |
| 12/20/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 5.5 |
| 12/20/2016 | Final review of schedule matches and related e-mails with D. Kantorczyk | Mary Cilia | 6 | 2.2 |
| 12/20/2016 | Review of employee address changes from W-4 solicitation process and related e-mails and calls with L. Barrios and EPIQ | Mary Cilia | 6 | 1.8 |
| 12/21/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 5.8 |
| 12/21/2016 | Review disposition of proposed schedule matches | David Kantorczyk | 6 | 1.0 |
| 12/21/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 3.0 |
| 12/21/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 12/22/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 4.7 |
| 12/22/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/22/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.3 |
| 12/22/2016 | Correspondence read, review, responded on various claim matters | Kathryn Schultea | 6 | 1.5 |
| 12/22/2016 | Meeting on address tracking and change control process | Kathryn Schultea | 6 | 0.3 |
| 12/22/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 5.5 |
| 12/22/2016 | Read, review, research and respond to various e-mails regarding claims open claims | Mary Cilia | 6 | 3.1 |
| 12/23/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 4.9 |
| 12/23/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.0 |
| 12/23/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 12/23/2016 | Review process flow documentation on withholding and reporting and related follow-up correspondence | Kathryn Schultea | 6 | 1.3 |
| 12/23/2016 | Foreign claimant matters, research and follow-up | Kathryn Schultea | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/26/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/26/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.5 |
| 12/26/2016 | Correspondence - Claims follow up calls | Kathryn Schultea | 6 | 2.0 |
| 12/26/2016 | Correspondence read, review, responded on various distribution return items | Kathryn Schultea | 6 | 1.0 |
| 12/26/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 5.5 |
| 12/27/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 4.6 |
| 12/27/2016 | Research EE records for round two solicitation | Felicia Buenrostro | 6 | 3.0 |
| 12/27/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 2.0 |
| 12/27/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 12/27/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 4.3 |
| 12/28/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 5.8 |
| 12/28/2016 | Analysis of claim transfers subsequent to 11.1.2016 | David Kantorczyk | 6 | 1.5 |
| 12/28/2016 | Research EE records for round two solicitation | Felicia Buenrostro | 6 | 5.0 |
| 12/28/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.0 |
| 12/28/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 0.8 |
| 12/28/2016 | Follow up on calls and emails regarding tax solicitation letters and related address matters | Kathryn Schultea | 6 | 1.0 |
| 12/28/2016 | Correspondence re: Distribution Details and Flow | Kathryn Schultea | 6 | 0.8 |
| 12/28/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 5.7 |
| 12/29/2016 | Employee Claims Distribution - Address verification | Daniel Tollefsen | 6 | 4.9 |
| 12/29/2016 | Analysis of claim transfers subsequent to 11.1.2016 | David Kantorczyk | 6 | 3.5 |
| 12/29/2016 | Research EE records for round two solicitation | Felicia Buenrostro | 6 | 6.0 |
| 12/29/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.0 |
| 12/29/2016 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 0.7 |
| 12/29/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 6.3 |
| 12/30/2016 | Research returned mail | Felicia Buenrostro | 6 | 5.0 |
| 12/30/2016 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.0 |
| 12/30/2016 | Employee Claims Distribution - Open/scan/log mail | Felicia Buenrostro | 6 | 1.5 |
| 12/30/2016 | Correspondence re: Distribution Details and Flow | Kathryn Schultea | 6 | 0.4 |
| 12/30/2016 | Employee Claims Distribution - Look up work locations in Pro-Business for 2nd Solicitation claimants | Leticia Barrios | 6 | 7.2 |
| 12/30/2016 | Finalize review of revised settlement letters, draft amended notice and prepare revised exhibit; circulate to Cleary and MNAT for review and filing | Mary Cilia | 6 | 1.6 |
| 12/2/2016 | Conf. Call - Weekly Debrief | Kathryn Schultea | 7 | 0.5 |
| 12/2/2016 | Follow-up Correspondence re: Canadian Withholding Issue | Kathryn Schultea | 7 | 0.7 |
| 12/2/2016 | EY tax status call JS,AB,KS | Richard Lydecker | 7 | 0.5 |
| 12/5/2016 | Correspondence re: Nortel - RLKS/EY - Employment Tax Update | Kathryn Schultea | 7 | 1.3 |
| 12/6/2016 | Conference call with J. Wood re: intercompany tax implications; related prep and follow up | Mary Cilia | 7 | 2.9 |
| 12/7/2016 | Conf. Call - re: RLKS/EY Employment Tax Update | Kathryn Schultea | 7 | 1.0 |
| 12/9/2016 | Follow-up request from M&T | Kathryn Schultea | 7 | 0.6 |
| 12/9/2016 | Reconciliation of November bank accounts and related reporting | Mary Cilia | 7 | 4.2 |
| 12/9/2016 | Call on project/tax issues JS,DA,JW | Richard Lydecker | 7 | 0.5 |
| 12/13/2016 | M&T Positive Pay research and correspondence on matter | Kathryn Schultea | 7 | 0.5 |
| 12/13/2016 | Correspondence re: Tax Issue on Employee Distributions | Kathryn Schultea | 7 | 2.0 |
| 12/13/2016 | Multiple correspondence on tax account set up and documentation needs | Kathryn Schultea | 7 | 0.8 |
| 12/14/2016 | Correspondence - Bank follow up for cleared check distribution matters | Kathryn Schultea | 7 | 0.4 |
| 12/14/2016 | Correspondence - re: SOW | Kathryn Schultea | 7 | 0.2 |
| 11/14/2016 | Claims Distribution Support - Print letters and envelopes and validate information for distribution | Kathryn Schultea | 7 | 11.0 |
| 12/14/2016 | Letter from Ca. re audit and tax claim | Richard Lydecker | 7 | 0.8 |
| 12/15/2016 | Conf. Call re: Tax Vendor Setup | Kathryn Schultea | 7 | 1.0 |
| 12/15/2016 | Correspondence re: M&T Bank Follow-up and check processing testing | Kathryn Schultea | 7 | 1.8 |
| 12/15/2016 | Conference call Cleary,EY,Chilmark re Ca. | Richard Lydecker | 7 | 0.8 |
| 12/16/2016 | Conf. Call re: Weekly Debrief | Kathryn Schultea | 7 | 1.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/16/2016 | Conf. Call re: Nortel/EY Deposit Review and tax submissions with related follow-up | Kathryn Schultea | 7 | 2.3 |
| 12/16/2016 | Follow-up Correspondence re: Canadian Withholding Issue | Kathryn Schultea | 7 | 1.5 |
| 12/16/2016 | Tax update call AB,DA,JS,MC,KS,JW,KA | Richard Lydecker | 7 | 1.2 |
| 12/20/2016 | Follow up Correspondence - Nortel -EY Employment Tax Update | Kathryn Schultea | 7 | 1.3 |
| 12/20/2016 | Correspondence re: M&T Bank follow up | Kathryn Schultea | 7 | 0.5 |
| 12/21/2016 | Correspondence re: M&T bank and related follow-up | Kathryn Schultea | 7 | 0.8 |
| 12/22/2016 | Correspondence - re tax withholding matters | Kathryn Schultea | 7 | 1.0 |
| 12/22/2016 | Follow up on cleared checks, outstanding items that may impact year-end | Kathryn Schultea | 7 | 1.5 |
| 12/29/2016 | QuickBooks migration testing | Mary Cilia | 7 | 0.8 |
| 12/30/2016 | M&T Bank follow up | Kathryn Schultea | 7 | 0.5 |
| 12/5/2016 | Review and prepare updates related to update Plan and Disclosure Notice for EPIQ and Nortel websites; related e-mails and calls | Mary Cilia | 8 | 2.8 |
| 12/21/2016 | Correspondence re: follow up on website work and review of changes | Kathryn Schultea | 8 | 1.0 |
| 12/29/2016 | D&O Policy follow-up | Kathryn Schultea | 8 | 0.5 |
| 12/1/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.4 |
| 12/1/2016 | Research, review and further documentations of employee claims distribution process | Mary Cilia | 9 | 2.8 |
| 12/1/2016 | Review revised claim report, reconciliation of changes and updates to claims database in preparation for employee claims distribution | Mary Cilia | 9 | 2.1 |
| 12/1/2016 | Draft model structure chart for distribution process | Mary Cilia | 9 | 1.4 |
| 12/2/2016 | Correspondence re: Revised Plan and Disclosure Statement | Kathryn Schultea | 9 | 1.5 |
| 12/2/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.9 |
| 12/2/2016 | Research and e-mails related to withholding taxes on LTIP Restoration plan | Mary Cilia | 9 | 1.6 |
| 12/2/2016 | Conference call with Cleary and M. Kennedy re: unsecured claims buildup for recovery model; related prep and follow up research | Mary Cilia | 9 | 1.4 |
| 12/2/2016 | Distribution Model: GL Postings Report | Raj Perubhatla | 9 | 8.5 |
| 12/2/2016 | Distribution Model: Final run prep | Raj Perubhatla | 9 | 1.2 |
| 12/3/2016 | Prepare file of claims build up for recovery model and provide to Cleary | Mary Cilia | 9 | 1.6 |
| 12/3/2016 | Review and reconcile vendor load file for employee claims distribution; related e-mails and calls | Mary Cilia | 9 | 2.8 |
| 12/3/2016 | EE Vendors for QuickBooks | Raj Perubhatla | 9 | 5.2 |
| 12/4/2016 | Distribution Model: Final run prep | Raj Perubhatla | 9 | 4.0 |
| 12/5/2016 | Correspondence re: settlement and plan support agreement | Kathryn Schultea | 9 | 0.6 |
| 12/5/2016 | Review objection responses and research for related material | Kathryn Schultea | 9 | 1.2 |
| 12/5/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.6 |
| 12/5/2016 | Draft distribution report structure chart for claims trader distributions, related call with R. Perubhatla and related e-mails | Mary Cilia | 9 | 2.5 |
| 12/5/2016 | Distribution Model: Final run | Raj Perubhatla | 9 | 9.5 |
| 12/6/2016 | Correspondence - re: 1099 Template | Kathryn Schultea | 9 | 1.5 |
| 12/6/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.8 |
| 12/6/2016 | Read, review, research and respond to e-mail re: general ledger entries related to employee claims distributions | Mary Cilia | 9 | 0.7 |
| 12/6/2016 | Preparation and reconciliation of Form 1099 files for EY, related e-mails and call | Mary Cilia | 9 | 3.1 |
| 12/6/2016 | Review of foreign tax template and reconciliation of claims register to file; related e-mails and call with D. Kantorczyk | Mary Cilia | 9 | 3.4 |
| 12/6/2016 | Distribution Model: D1.1 Reports | Raj Perubhatla | 9 | 4.5 |
| 12/7/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.4 |
| 12/7/2016 | Follow up research and responses to EY re: Form 1099 project and process steps | Mary Cilia | 9 | 1.8 |
| 12/7/2016 | Distribution Model: Mailer creation | Raj Perubhatla | 9 | 3.8 |
| 12/8/2016 | Continued research and response to EY re: 1099 reporting template and process for non-employee distributions | Mary Cilia | 9 | 0.8 |
| 12/8/2016 | Continued research and responses to EY and R. Perubhatla re: employee distributions and related reporting | Mary Cilia | 9 | 1.4 |
| 12/8/2016 | Begin to develop structure charts and report templates for full unsecured claims distributions | Mary Cilia | 9 | 4.3 |
| 12/8/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.1 |
| 12/9/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.3 |
| 12/9/2016 | Continued development of structure charts and report templates for full unsecured claims distributions | Mary Cilia | 9 | 3.8 |
| 12/10/2016 | Distribution Model: Reports development | Raj Perubhatla | 9 | 8.0 |
| 12/11/2016 | Distribution Model: Reports development | Raj Perubhatla | 9 | 8.0 |
| 12/12/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.9 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/12/2016 | Review, research and respond to EY e-mail re: state withholding taxes on non-employee distributions and prepare memo on the topic | Mary Cilia | 9 | 2.8 |
| 12/12/2016 | Finalize and circulate the initial draft of the structure charts and report templates for full unsecured claims distributions | Mary Cilia | 9 | 3.3 |
| 12/12/2016 | Distribution Model: QuickBooks load | Raj Perubhatla | 9 | 9.2 |
| 12/13/2016 | Review and comment on revised foreign tax template | Mary Cilia | 9 | 1.8 |
| 12/13/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.7 |
| 12/13/2016 | Read, review, research and respond to e-mails and calls re: employee interim distribution | Mary Cilia | 9 | 3.4 |
| 12/13/2016 | Prepare claims trader batch reports for employee interim distribution and related draft of detail spreadsheets for each claims trader | Mary Cilia | 9 | 2.8 |
| 12/13/2016 | E-mails with EPIQ and research re: distribution addresses maintained in the claims register | Mary Cilia | 9 | 1.5 |
| 12/13/2016 | Reconcile employee interim distribution reports to original claims order exhibit and related e-mails | Mary Cilia | 9 | 1.3 |
| 12/13/2016 | Distribution Model: QuickBooks load | Raj Perubhatla | 9 | 9.4 |
| 12/14/2016 | Distribution financial documents for funds transfer and related correspondence | Kathryn Schultea | 9 | 1.3 |
| 12/14/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.9 |
| 12/14/2016 | Continued reconciliation of revised employee interim distribution reports and documentation of steps performed for control purposes | Mary Cilia | 9 | 3.6 |
| 12/14/2016 | Finalize claims trader batch spreadsheet with revised check numbers and relate correspondence with claims traders re: mailing addresses for batched checks. | Mary Cilia | 9 | 1.8 |
| 12/14/2016 | Review and comment on employee insert letters for employee claims distribution and related e-mails | Mary Cilia | 9 | 0.8 |
| 12/14/2016 | Distribution Model: D1.2 loads and processing | Raj Perubhatla | 9 | 5.5 |
| 12/14/2016 | D1.2 Final Payments load and processing | Raj Perubhatla | 9 | 3.6 |
| 12/15/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.6 |
| 12/15/2016 | Conference call with K. Schultea re: tax withholding on distributions and related prep and follow up | Mary Cilia | 9 | 1.2 |
| 12/15/2016 | D1.2 Final Payments load and processing | Raj Perubhatla | 9 | 12.7 |
| 12/16/2016 | Review file sent by EPIQ re: different distribution addresses maintained in claims register and follow up e-mails re: impact on interim employee distribution | Mary Cilia | 9 | 1.8 |
| 12/16/2016 | Review of EY Canadian tax withholding analysis and reconciliation and update of potential claims listing and potential exposure; related e-mails and documentation | Mary Cilia | 9 | 3.9 |
| 12/16/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.3 |
| 12/17/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.7 |
| 12/18/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.9 |
| 12/18/2016 | Finalize employee claims trader detail files for the interim distribution and circulate to claims traders along with tracking numbers | Mary Cilia | 9 | 2.4 |
| 12/19/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.2 |
| 12/19/2016 | Conference call with EY and RLKS re: withholding on distributions; related prep and follow up | Mary Cilia | 9 | 2.6 |
| 12/19/2016 | Follow up e-mails re: interim distribution and balloting | Mary Cilia | 9 | 1.3 |
| 12/20/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.1 |
| 12/20/2016 | Finalize Canadian withholding tax exposure calculations and circulate to EY | Mary Cilia | 9 | 1.8 |
| 12/20/2016 | Distribution Model: W2 prep for year end call | Raj Perubhatla | 9 | 0.7 |
| 12/20/2016 | Distribution Model: W2 prep for year end | Raj Perubhatla | 9 | 4.7 |
| 12/21/2016 | D&O Exhibit work | Kathryn Schultea | 9 | 1.0 |
| 12/21/2016 | Conference call with EY re: state withholding taxes; documentation of issues and related follow up with J. Ray | Mary Cilia | 9 | 3.3 |
| 12/21/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.1 |
| 12/21/2016 | Begin update of employee allocation file for claims allowed since original file was prepared | Mary Cilia | 9 | 3.8 |
| 12/22/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.4 |
| 12/22/2016 | Read, review, research and respond to various e-mails regarding claims distributions process and related conference call | Mary Cilia | 9 | 2.5 |
| 12/22/2016 | Modeling efforts for upcoming distributions call | Raj Perubhatla | 9 | 0.7 |
| 12/23/2016 | Correspondence re: Nortel Plan follow up | Kathryn Schultea | 9 | 0.5 |
| 12/23/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.2 |
| 12/23/2016 | Continue update of employee allocation file for claims allowed since original file was prepared | Mary Cilia | 9 | 4.4 |
| 12/23/2016 | Planning call to discuss distribution models | Raj Perubhatla | 9 | 1.0 |
| 12/24/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.4 |
| 12/26/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.2 |
| 12/26/2016 | Integration Model analysis | Raj Perubhatla | 9 | 7.5 |
| 12/27/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/27/2016 | Review and finalize drafts of non-employee tax solicitation forms, cover letters and declarations | Mary Cilia | 9 | 3.8 |
| 12/27/2016 | Continue update of employee allocation file for claims allowed since original file was prepared | Mary Cilia | 9 | 2.2 |
| 12/27/2016 | Distribution Model: W2 prep for year end | Raj Perubhatla | 9 | 3.7 |
| 12/28/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.7 |
| 12/28/2016 | Read, review, research and respond to various e-mails re: interim employee claims distributions | Mary Cilia | 9 | 2.3 |
| 12/28/2016 | Review of revised foreign tax template file from EY | Mary Cilia | 9 | 2.9 |
| 12/28/2016 | Call to discuss integration model and the processes | Raj Perubhatla | 9 | 1.5 |
| 12/28/2016 | Integration model development | Raj Perubhatla | 9 | 6.5 |
| 12/29/2016 | Conference call with R. Perubhatla to walk through structure file for integration model and related follow up | Mary Cilia | 9 | 1.8 |
| 12/29/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 4.7 |
| 12/29/2016 | Continued review of foreign tax template from EY and determination of appropriate solicitation package | Mary Cilia | 9 | 3.4 |
| 12/29/2016 | Distribution Model: 1099 prep for year end | Raj Perubhatla | 9 | 8.0 |
| 12/30/2016 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.2 |
| 12/30/2016 | Continued review of foreign tax template from EY and determination of appropriate solicitation package | Mary Cilia | 9 | 4.7 |
| 12/30/2016 | Distribution Model: W2 prep for year end | Raj Perubhatla | 9 | 7.0 |