# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**December 1 - 31, 2016**

| Expense Category | Total Expenses |
|---|---:|
| Travel – Airline (at economy fare booking) | $ - |
| Travel – Lodging | - |
| Travel – Transportation | - |
| Travel – Meals | - |
| Office Expenses | 498.53 |
| TOTAL | $ 498.53 |

## Nortel Expense Report

**PERIOD:** December 1 - 31, 2016

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 12/18/2016 | IT Support - Hardware | | | | | $ 99.90 | Raj Perubhatla | Server 2008 R2 20 User CAL purchase from eBay |
| 12/19/2016 | IT Support - Software for Client | | | | | $ 211.44 | Raj Perubhatla | Adobe Acrobat Purchase for Client |
| 12/22/2016 | IT Support - Subscription for Client | | | | | $ 187.19 | Raj Perubhatla | AVG Antivirus File Server subscription for 2 years |
| | | | | | | | | |
| | | $ - | $ - | $ - | $ - | $ 498.53 | | |