# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 17626, 17631-17634, 17656, 17658, 17661, 17662 and 17681 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

TIM CONKLIN, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 10, 2017, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Tim Conklin*
                                        Tim Conklin

Sworn to before me this
19th day of January, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116052

To:    BAR(23) MAILID *** 000114822395 ***

ARGO PARTNERS
TRANSFEROR: INTERATELL
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

INTERATELL
RUA PORTUGAL
SANTANA DO PARNAMBA, SP 06502-370
BRAZIL

Please note that your schedule in the above referenced case and in the amount of
$19,700.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822395 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116052



ARGO PARTNERS
TRANSFEROR: INTERATELL
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17658          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000114645

To:    BAR(23) MAILID *** 000114822385 ***



BLACKWELL PARTNERS LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
C/O DUMAC, INC
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:        BAR(23) MAILID *** 000114822385 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000114645



BLACKWELL PARTNERS LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
C/O DUMAC, INC
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

Please note that your claim # 1273 in the above referenced case and in the amount of
$67,000.00 allowed at $67,000.00 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17634              in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                              David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115370

To:    BAR(23) MAILID *** 000114822388 ***



BLACKWELL PARTNERS LLC
TRANSFEROR: GFI, A DIVISION OF THOMAS &
C/O DUMAC INC, ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000114822388 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000115370



BLACKWELL PARTNERS LLC
TRANSFEROR: GFI, A DIVISION OF THOMAS &
C/O DUMAC INC, ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

Please note that your claim # 3830 in the above referenced case and in the amount of
$1,091,390.67 allowed at $925,439.37 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17662            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115043

To:     BAR(23) MAILID *** 000114822386 ***



BLACKWELL PARTNERS LLC
TRANSFEROR: HARRIS STRATEX NETWORKS OPER
C/O DUMAC, INC.
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000114822386 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000115043



BLACKWELL PARTNERS LLC
TRANSFEROR: HARRIS STRATEX NETWORKS OPER
C/O DUMAC, INC.
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

Please note that your claim # 2631 in the above referenced case and in the amount of
$421,395.21 allowed at $397,795.21 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17633               in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:   01/10/2017                                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000114644

To:     BAR(23) MAILID *** 000114822384 ***

BLACKWELL PARTNERS LLC
TRANSFEROR: MOVIUS INTERACTIVE CORPORATI
C/O DUMAC, INC
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000114822384 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000114644



BLACKWELL PARTNERS LLC
TRANSFEROR: MOVIUS INTERACTIVE CORPORATI
C/O DUMAC, INC
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

Please note that your schedule in the above referenced case and in the amount of
$20,378.12 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17632        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                        David D. Bird, Clerk of Co

                                /s/ Tim Conklin
                                _____
                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115257

To:     BAR(23) MAILID *** 000114822387 ***

BLACKWELL PARTNERS LLC
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
C/O DUMAC, INC., ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,      **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000114822387 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115257



BLACKWELL PARTNERS LLC
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
C/O DUMAC, INC., ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

Please note that your claim # 7222 in the above referenced case and in the amount of
$716,939.74 allowed at $544,012.01 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17631                in your objection.  If you file an objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                    David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                _____

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116051

To:     BAR(23) MAILID *** 000114822394 ***

CEDAR GLADE, LP
TRANSFEROR: COMPUTER SCIENCES CORPORATIO
ATTN: ROBERT MINKOFF
767 FIFTH AVE, 19TH FLOOR
NEW YORK, NY 10153

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:

COMPUTER SCIENCES CORPORATION
C/ O DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN
6225 SMITH AVENUE
BALTIMORE, MD 21209

Please note that your claim # 3944 in the above referenced case and in the amount of
$1,568,658.99 allowed at $1,568,658.99 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822394 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116051



CEDAR GLADE, LP
TRANSFEROR: COMPUTER SCIENCES CORPORATIO
ATTN: ROBERT MINKOFF
767 FIFTH AVE, 19TH FLOOR
NEW YORK, NY 10153

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17656          in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000110326

To:     BAR(23) MAILID *** 000114822383 ***

CHENMING
CHENMING USA INC
30631 SAN ANTONIO STREET
HAYWARD, CA 94544-7103

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000114822383 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000110326



CHENMING
CHENMING USA INC
30631 SAN ANTONIO STREET
HAYWARD, CA 94544-7103

Please note that your claim # 6498 in the above referenced case and in the amount of $59,100.00 allowed at $59,100.00 has been transferred (unless previously expunged by court order)

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CHENMING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17626        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                                David D. Bird, Clerk of Co

                                                /s/ Tim Conklin
                                                _____
                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000107743

To:      BAR(23) MAILID *** 000114822381 ***

COMPUTER SCIENCES CORPORATION
C/ O DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN
6225 SMITH AVENUE
BALTIMORE, MD 21209

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otewise being assigned the claim.

To:        BAR(23) MAILID *** 000114822381 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000107743



COMPUTER SCIENCES CORPORATION
C/ O DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN
6225 SMITH AVENUE
BALTIMORE, MD 21209

Please note that your claim # 3944 in the above referenced case and in the amount of
$1,568,658.99 allowed at $1,568,658.99 has been transferred (unless previously expunged by court order)

CEDAR GLADE, LP
TRANSFEROR: COMPUTER SCIENCES CORPORATIO
ATTN: ROBERT MINKOFF
767 FIFTH AVE, 19TH FLOOR
NEW YORK, NY 10153

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17656                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin
                            _____
                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000000571

To:     BAR(23) MAILID *** 000114822379 ***

LIGHT READING/HEAVY READING
240 W 35TH ST FL 8
NEW YORK, NY 10001-2506

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**    refers to the party who is purchasing or otewise being assigned the claim.

To:      BAR(23) MAILID *** 000114822379 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000000571



LIGHT READING/HEAVY READING
240 W 35TH ST FL 8
NEW YORK, NY 10001-2506

Please note that your claim # 572 in the above referenced case and in the amount of
$69,262.50 allowed at $69,262.50 has been transferred (unless previously expunged by court order)

SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: LIGHT READING/HEAVY READING
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17681              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                    David D. Bird, Clerk of Co

                                   /s/ Tim Conklin

                                   _____

                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

epiq
SYSTEMS

NNI TRFNTC (MERGE2, TXNUM2) 4000116046

To:    BAR(23) MAILID *** 000114822389 ***



LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CHENMING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

CHENMING
CHENMING USA INC
30631 SAN ANTONIO STREET
HAYWARD, CA 94544-7103

Please note that your claim # 6498 in the above referenced case and in the amount of
$59,100.00 allowed at $59,100.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822389 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116046



LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CHENMING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17626          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116047

To:    BAR(23) MAILID *** 000114822390 ***

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

BLACKWELL PARTNERS LLC
TRANSFEROR: SONAR CREDIT PARTNERS II, LL
C/O DUMAC, INC., ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

Please note that your claim # 7222 in the above referenced case and in the amount of
$716,939.74 allowed at $544,012.01 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822390 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116047



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17631          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116048

To:      BAR(23) MAILID *** 000114822391 ***

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

BLACKWELL PARTNERS LLC
TRANSFEROR: MOVIUS INTERACTIVE CORPORATI
C/O DUMAC, INC
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

Please note that your schedule in the above referenced case and in the amount of

$20,378.12 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822391 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000116048



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17632            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                     David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116049

To:     BAR(23) MAILID *** 000114822392 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

BLACKWELL PARTNERS LLC
TRANSFEROR: HARRIS STRATEX NETWORKS OPER
C/O DUMAC, INC.
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

Please note that your claim # 2631 in the above referenced case and in the amount of
$421,395.21 allowed at $397,795.21 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822392 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116049



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17633          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                              David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          _____

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116050

To:     BAR(23) MAILID *** 000114822393 ***

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

BLACKWELL PARTNERS LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
C/O DUMAC, INC
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

Please note that your claim # 1273 in the above referenced case and in the amount of
$67,000.00 allowed at $67,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822393 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116050



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17634        in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/10/2017                    David D. Bird, Clerk of Co

                        /s/ Tim Conklin
                        _____
                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116054

To:     BAR(23) MAILID *** 000114822397 ***



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

BLACKWELL PARTNERS LLC
TRANSFEROR: GFI, A DIVISION OF THOMAS &
C/O DUMAC INC, ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701

Please note that your claim # 3830 in the above referenced case and in the amount of
$1,091,390.67 allowed at $925,439.37 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822397 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116054



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17662          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                         David D. Bird, Clerk of Co

                                         /s/ Tim Conklin

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116053

To:      BAR(23) MAILID *** 000114822396 ***

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: VIAVI SOLUTIONS INC.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

VIAVI SOLUTIONS INC.
F/K/A JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Please note that your claim # 5549 in the above referenced case and in the amount of
$3,009,690.00 allowed at $3,009,690.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822396 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116053



OPTICAL NN HOLDINGS, LLC
TRANSFEROR: VIAVI SOLUTIONS INC.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17661          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116055

To:    BAR(23) MAILID *** 000114822398 ***

SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: LIGHT READING/HEAVY READING
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:


LIGHT READING/HEAVY READING
240 W 35TH ST FL 8
NEW YORK, NY 10001-2506


Please note that your claim # 572 in the above referenced case and in the amount of
$69,262.50 allowed at $69,262.50 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114822398 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116055



SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: LIGHT READING/HEAVY READING
80 BUSINESS PARK DRIVE, SUITE 208
ARMONK, NY 10504


No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801


Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17681          in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/10/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           ─────────────────────────────────
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000109419

To:      BAR(23) MAILID *** 000114822382 ***

VIAVI SOLUTIONS INC.
F/K/A JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000114822382 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000109419



VIAVI SOLUTIONS INC.
F/K/A JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Please note that your claim # 5549 in the above referenced case and in the amount of
$3,009,690.00 allowed at $3,009,690.00 has been transferred (unless previously expunged by court order)

OPTICAL NN HOLDINGS, LLC
TRANSFEROR: VIAVI SOLUTIONS INC.
ATTN: MICHAEL G. LINN
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17661         in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000023209

To:      BAR(23) MAILID *** 000114822380 ***



INTERATELL
RUA PORTUGAL
SANTANA DO PARNAMBA, SP 06502-370
 BRAZIL

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000114822380 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000023209



INTERATELL
RUA PORTUGAL
SANTANA DO PARNAMBA, SP 06502-370
 BRAZIL

Please note that your schedule in the above referenced case and in the amount of
$19,700.00 has been transferred (unless previously expunged by court order)

ARGO PARTNERS
TRANSFEROR: INTERATELL
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17658               in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2017.

**EXHIBIT B**

NORTEL
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| ARGO PARTNERS | TRANSFEROR: INTERATELL, 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY 10018 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: SONAR CREDIT PARTNERS II, LL, C/O DUMAC, INC., ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: MOVIUS INTERACTIVE CORPORATI, C/O DUMAC, INC, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: HARRIS STRATEX NETWORKS OPER, C/O DUMAC, INC., 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: FAIR HARBOR CAPITAL, LLC, C/O DUMAC, INC, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: GFI, A DIVISION OF THOMAS &, C/O DUMAC INC, ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701 |
| CEDAR GLADE, LP | TRANSFEROR: COMPUTER SCIENCES CORPORATIO, ATTN: ROBERT MINKOFF, 767 FIFTH AVE, 19TH FLOOR, NEW YORK, NY 10153 |
| CHENMING | CHENMING USA INC, 30631 SAN ANTONIO STREET, HAYWARD, CA 94544-7103 |
| COMPUTER SCIENCES CORPORATION | C/O DLA PIPER LLP (US), ATTN: RICHARD M. KREMEN, 6225 SMITH AVENUE, BALTIMORE, MD 21209 |
| INTERATELL | RUA PORTUGAL, SANTANA DO PARNAMBA, SP 06502-370 BRAZIL |
| LIGHT READING/HEAVY READING | 240 W 35TH ST FL 8, NEW YORK, NY 10001-2506 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHENMING, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: VIAVI SOLUTIONS INC., ATTN: MICHAEL G. LINN, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: LIGHT READING/HEAVY READING, 80 BUSINESS PARK DRIVE, SUITE 208, ARMONK, NY 10504 |
| VIAVI SOLUTIONS INC. | F/K/A JDS UNIPHASE CORPORATION, 430 N MCCARTHY BLVD, MILPITAS, CA 95035 |

**Total Creditor Count 20**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006