## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **RE: D.I. 5306, 5404** |

-------------------------------------------------------- X

### FIRST SUPPLEMENTAL DECLARATION OF HAROLD J. ASHNER
### IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND
### RETENTION OF KEIGHTLEY & ASHNER LLP AS SPECIAL
### PENSION BENEFITS COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

I, HAROLD J. ASHNER, do hereby declare as follows:

1.       I am a partner of the firm of Keightley & Ashner LLP ("Keightley & Ashner" or the "Firm") which maintains an office for the practice of law at One Metro Center, 700 12th Street, N.W. Suite 700, Washington D.C. 20005..  I am an attorney at law licensed to practice law in the District of Columbia and the State of New York, and admitted to practice before the United States Court of Appeals for the Eighth Circuit and the United States Supreme Court..

2.       I submit this declaration (the "First Supplemental Declaration") to supplement the Application For an Order Authorizing Employment and Retention of Keightley & Ashner LLP

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*nunc pro tunc* to April 1, 2011 (the "Application")[2], filed on April 25, 2011, and the declaration of James J. Keightley in support of and annexed as Exhibit B to the Application (the "Initial Declaration"),

      3.     As set forth in the Initial Declaration, in order to ensure compliance with the requirements of chapter 11 of the United States Code (the "Bankruptcy Code") and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") regarding the retention of professionals by the Debtors, Keightley & Ashner undertook to determine whether Keightley & Ashner had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.

      4.     As set forth in the Application, the Keightley & Ashner has updated and will continue to update periodically its conflicts review during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.

      5.     I submit this First Supplemental Declaration to disclose that the Firm has been retained by Law Firm A to provide Law Firm A with legal assistance as Law Firm A advises and represents one of Law Firm A's clients, Client A, which the Firm understands to be a holder of a claim against Nortel Networks Inc.[3] The Firm believes that its legal assistance to Law Firm A in advising and representing Client A is not adverse to the Firm's representation of the Debtors in the above-captioned bankruptcy cases.

---

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

[3]     The identities of Law Firm A and Client A were disclosed to Nortel, are not being disclosed herein, and are available to the Court upon request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2017.

HAROLD J. ASHNER