**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------

|  |  |  |
|---|---|---|
| *In re* | ) ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) | Jointly Administered |

----------------------------------------------------------

**DECLARATION OF JANE SULLIVAN ON**
**BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC,**
**REGARDING VOTING AND TABULATION OF BALLOTS**
**CAST ON THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF**
**NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS**

I, Jane Sullivan, declare, under penalty of perjury:

1. I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("Epiq") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in these chapter 11 cases and should be considered an impartial party.

2. I submit this declaration (the "Declaration") with respect to the solicitation and tabulation of votes cast on the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* dated December 1, 2016 [D.I. 17501] (as amended, supplemented,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). For the avoidance of doubt, the Plan and Disclosure Statement do not include a Plan for Nortel Networks India International ("NNIII"). NNIII will file a separate Chapter 11 Plan in its case. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

or modified from time to time, the "Plan").² Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.  In accordance with the (1) *Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent of the Bankruptcy Court Pursuant to 28 U.S.C § 156(c)* dated January 15, 2009 [D.I. 38], and (2) *Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures* [D.I. 17516] (the "Disclosure Statement Order"), Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined below).

4.  Pursuant to the Plan, only holders of Claims in the Classes listed on Exhibit A attached hereto (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan and voted to accept or reject the Plan. Although holders of Claims in Class C-3A could have elected to treat their Claims as claims in Class C-3C, Epiq did not receive any valid Ballots with respect to Claims in Class C-3C. Classes D1 through O1, C2 through O2, and Classes 4 and 5B at each Debtor were vacant, and, pursuant to Section 5.4 of the Plan, those Classes were deemed eliminated from the Plan.

---

² Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined herein).

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the holders of Claims in the Voting Classes.

6. As specified in the Disclosure Statement Order, November 21, 2016, was established as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "Voting Record Date").

7. In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes as of the Voting Record Date. Epiq's *Affidavit of Service of Solicitation Materials* was filed with this Court on January 13, 2017 [D.I. 17710].

8. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in Beaverton, Oregon and New York, New York. All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the procedures set forth in the Disclosure Statement Order.

9. For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than 4:00 p.m. (Prevailing Eastern Time) on January 9, 2017 (the "Voting Deadline").

10. All validly executed Ballots cast by holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline were tabulated as outlined in the procedures set forth in the Disclosure Statement Order. I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in Exhibit B hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

11. As the final tabulation of Ballots set forth in <u>Exhibit B</u> shows, 1,255 valid Ballots were cast against confirmation of the Consolidated Debtors' Plan by holders of Claims in Class A-3A, of which a total of 1,207 Ballots were cast by members of the Nortel Trade Claims Consortium (the "<u>NTCC</u>") or entities that appear to be affiliates of such members (such Ballots collectively, the "<u>NTCC A-3A Votes</u>").[3] The NTCC A-3A Votes represent approximately 96.18% by number and 88.66% by claim value of the total tabulated Ballots against confirmation of the Consolidated Debtors' Plan by holders of Claims in Class A-3A.

12. In addition, as the final tabulation of Ballots set forth in <u>Exhibit B</u> also shows, 17 valid Ballots were cast against confirmation of NNCALA's Plan by holders of Claims in Class B-3A, of which a total of 9 Ballots were cast by members of the NTCC or entities that appear to be affiliates of such members (such Ballots collectively, the "<u>NTCC B-3A Votes</u>"). The NTCC B-3A Votes represent approximately 52.94% by number and 86.55% by claim value of the total tabulated Ballots against confirmation of NNCALA's Plan by holders of Claims in Class B-3A.

13. A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as <u>Exhibit C</u> hereto.

[*Remainder of Page Intentionally Left Blank*]

---

[3] I understand from the Debtors and their advisors that the members of the NTCC are those entities identified as members of the NTCC in the *Rule 2019 Statement of the Nortel Trade Claims Consortium* filed on the docket on November 30, 2016 [D.I. 17493]. The entities that appear to be affiliates of the members of the NTCC are entities with a similar name as a member of the NTCC that have a voting address identical to the voting address of such member.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  January 19, 2017
        New York, New York

_____
Jane Sullivan
Executive Vice President
Epiq Bankruptcy Solutions, LLC

**EXHIBIT A**

# EXHIBIT A

## NORTEL NETWORKS INC.
## VOTING CLASSES

Except as set forth below, the Plan constitutes a separate chapter 11 plan for each Debtor listed below.

| | |
|---|---|
| **A** | **Consolidated Debtors**<br>**NORTEL NETWORKS INC.**<br>**CASE NO. 09-10138 and**<br>**NORTEL NETWORKS CAPITAL CORPORATION**<br>**CASE NO. 09-10139** |
| | Class 3A General Unsecured Claims |
| | Class 3B Crossover Bond Claims and EDC Claims |
| | Class 3C Convenience Claims |

| | |
|---|---|
| **B** | **NORTEL NETWORKS (CALA), INC.**<br>**CASE NO. 09-12515** |
| | Class 3A General Unsecured Claims |
| | Class 3C Convenience Claims |

| | |
|---|---|
| **C** | **NORTEL ALTSYSTEMS INC.**<br>**CASE NO. 09-10140** |
| | Class 3A General Unsecured Claims |

| | |
|---|---|
| **D** | **NORTEL ALTSYSTEMS INTERNATIONAL INC.**<br>**CASE NO. 09-10141** |
| | Class 3A General Unsecured Claims |

| | |
|---|---|
| **E** | **XROS, INC.**<br>**CASE NO. 09-10142** |
| | Class 3A General Unsecured Claims |

| | |
|---|---|
| **F** | **SONOMA SYSTEMS**<br>**CASE NO. 09-10143** |
| | Class 3A General Unsecured Claims |

## VOTING CLASSES

| G | QTERA CORPORATION<br>CASE NO. 09-10144 |
|---|---|
| | Class 3A General Unsecured Claims |

| H | CORETEK, INC.<br>CASE NO. 09-10145 |
|---|---|
| | Class 3A General Unsecured Claims |

| I | NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC.<br>CASE NO. 09-10146 |
|---|---|
| | Class 3A General Unsecured Claims |

| J | NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>CASE NO. 09-10147 |
|---|---|
| | Class 3A General Unsecured Claims |

| K | NORTEL NETWORKS HPOCS INC.<br>CASE NO. 09-10148 |
|---|---|
| | Class 3A General Unsecured Claims |

| L | ARCHITEL SYSTEMS (U.S.) CORPORATION<br>CASE NO. 09-10149 |
|---|---|
| | Class 3A General Unsecured Claims |

| M | NORTEL NETWORKS INTERNATIONAL INC.<br>CASE NO. 09-10150 |
|---|---|
| | Class 3A General Unsecured Claims |

# VOTING CLASSES

| N | **NORTHERN TELECOM INTERNATIONAL INC.**<br>**CASE NO. 09-10151** |
|---|---|
| | **Class 3A General Unsecured Claims** |

| O | **NORTEL NETWORKS CABLE SOLUTIONS INC.**<br>**CASE NO. 09-10152** |
|---|---|
| | **Class 3A General Unsecured Claims** |

**EXHIBIT B**

# EXHIBIT B

## NORTEL NETWORKS INC.
## TABULATION SUMMARY

| Debtor | Debtor / Plan Class | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| A | **NORTEL NETWORKS INC. / NORTEL NETWORKS CAPITAL CORPORATION** Class 3A General Unsecured Claims [1] | 1087 **46.41%** | 1255 **53.59%** | $889,059,598.80 **84.16%** | $167,346,959.66 **15.84%** | Rejecting |
| A | **NORTEL NETWORKS INC. / NORTEL NETWORKS CAPITAL CORPORATION** Class 3B Crossover Bond Claims and EDC Claims [2] | 163 **97.60%** | 4 **2.40%** | $3,494,550,816.99 **98.20%** | $63,884,091.07 **1.80%** | Accepting |
| A | **NORTEL NETWORKS INC. / NORTEL NETWORKS CAPITAL CORPORATION** Class 3C Convenience Claims | 173 **100.00%** | 0 **0.00%** | $2,153,071.77 **100.00%** | $0.00 **0.00%** | Accepting |
| B | **NORTEL NETWORKS (CALA) INC.** Class 3A General Unsecured Claims [3] | 34 **66.67%** | 17 **33.33%** | $571,230,281.51 **99.68%** | $1,836,725.65 **0.32%** | Accepting |
| B | **NORTEL NETWORKS (CALA) INC.** Class 3C Convenience Claims | 4 **100.00%** | 0 **0.00%** | $40,378.64 **100.00%** | $0.00 **0.00%** | Accepting |
| C | **NORTEL ALTSYSTEMS INC.** Class 3A General Unsecured Claims | 4 **57.14%** | 3 **42.86%** | $565,044,457.69 **99.99%** | $31,449.63 **0.01%** | Accepting |
| D | **NORTEL ALTSYSTEMS INTERNATIONAL INC.** Class 3A General Unsecured Claims | 1 **100.00%** | 0 **0.00%** | $565,000,000.00 **100.00%** | $0.00 **0.00%** | Accepting |

# EXHIBIT B

## NORTEL NETWORKS INC.
## TABULATION SUMMARY

| Debtor | Debtor / Plan Class | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| E | **XROS, INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| F | **SONOMA SYSTEMS** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| G | **QTERA CORPORATION** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| H | **CORETEK, INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| I | **NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| J | **NORTEL NETWORKS OPTICAL COMPONENTS INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| K | **NORTEL NETWORKS HPOCS INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |

# EXHIBIT B

## NORTEL NETWORKS INC.
## TABULATION SUMMARY

| Debtor | Debtor / Plan Class | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| L | **ARCHITEL SYSTEMS (U.S.) CORPORTATION** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| M | **NORTEL NETWORKS INTERNATIONAL INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| N | **NORTHERN TELECOM INTERNATIONAL INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| O | **NORTEL NETWORKS CABLE SOLUTIONS INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |

[1]  The Debtors agreed to waive the defect for electronic receipt and accepted a ballot received via email on the Voting Deadline.  The ballot voting $2,601,847.83 to accept the Plan is inlcuded in the tabulated results.  The inclusion of this ballot did not alter the voting outcome for this Class.

[2]  The Debtors agreed to waive the requirement for receipt by the Voting Deadline and accept a late Master Ballot with four votes for a total of $30,946,000 in prinicipal to accept the Plan.  The inclusion of these votes did not alter the voting outcome for this Class.

[3]  The Debtors agreed to waive the defect for electronic receipt and accepted a ballot received via email on the Voting Deadline.  The ballot voting $2,601,847.83 to accept the Plan is inlcuded in the tabulated results.  The inclusion of this ballot did not alter the voting outcome for this Class.

**EXHIBIT C**

# EXHIBIT C

## NORTEL NETWORKS INC.
## REPORT OF EXCLUDED BALLOTS

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | VOTE Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 3693 | | A-3A | General Unsecured Claims | ASM CAPITAL, L.P. | $21,223.35 | | 1921 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| | | A-3A | General Unsecured Claims | BARCLAYS CAPITAL INC/LE 229 | $60,794,000.00 | ACCEPT | BHB01 | DUPLICATE VOTE |
| | | A-3A | General Unsecured Claims | BARCLAYS CAPITAL INC/LE 229 | $12,571,000.00 | ACCEPT | BHB02 | DUPLICATE VOTE |
| 7229 | | A-3A | General Unsecured Claims | DAUTENHAHN, DAVID | $118,387.00 | | 1987 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 1107 | | A-3A | General Unsecured Claims | DEFINA, PAUL | $11,362.72 | ACCEPT | 131 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 1256 | | A-3A | General Unsecured Claims | FORTUNE, ANTHONY W. | $22,516.07 | | 108 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 14 | 100532780 | A-3A | General Unsecured Claims | GATLIN-WILSON, ASHLEY | $19,562.42 | ACCEPT | 442 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 3449 | 100311940 | A-3A | General Unsecured Claims | HAIN CAPITAL HOLDINGS, LLC | $94,571.97 | REJECT | 1526 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 1818 | 100581990 | A-3A | General Unsecured Claims | HAIN CAPITAL HOLDINGS, LLC | $28,878.84 | | 1116 | DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN & DOES NOT BEAR A SIGNATURE |
| | 101021470 | A-3A | General Unsecured Claims | LIQUIDITY SOLUTIONS, INC. | $6,330.94 | ACCEPT | 2474 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 1958 | 100582220 | A-3A | General Unsecured Claims | MATHENY, SCOTT | $56,636.92 | | 2047 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 2265 | 100777550 | A-3A | General Unsecured Claims | MONOTYPE IMAGING INC | $39,580.50 | | 434 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 7828 | | A-3A | General Unsecured Claims | NOBLE, AMBER | $7,296.10 | ACCEPT | 379 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 8178 | 101023110 | A-3A | General Unsecured Claims | PEZZULLO, WILLIAM | $71,789.20 | ACCEPT | 452 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 75 | 100822520 | A-3A | General Unsecured Claims | QWEST COMMUNICATIONS COMPANY, LLC | $6,078.17 | | 2585 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 131 | | A-3A | General Unsecured Claims | RANKIN, THOMAS | $792.00 | ACCEPT | 40 | NO SIGNATURE:  BALLOT WAS NOT SIGNED |
| 7179.03 - 05 | | A-3A | General Unsecured Claims | SPCP GROUP, LLC | $862,791.28 | REJECT | 2313 | AMENDED BY A LATER COUNTED BALLOT |

# EXHIBIT C

## NORTEL NETWORKS INC.
## REPORT OF EXCLUDED BALLOTS

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | VOTE Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 8816 | | A-3A | General Unsecured Claims | SUN MICROSYSTEMS | $18,035,538.27 | | 2578 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 7669 | | A-3A | General Unsecured Claims | SUSIENKA, JOSEPH R. JR. | $39,217.94 | | 2059 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $500,000.00 | ACCEPT | BR060 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $1,340,000.00 | ACCEPT | BR006 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $94,957,000.00 | ACCEPT | BR020 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $160,797,000.00 | ACCEPT | BR061 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $177,661,000.00 | ACCEPT | BR086 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $660,000.00 | ACCEPT | BR007 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $46,770,000.00 | ACCEPT | BR021 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $75,669,000.00 | ACCEPT | BR062 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL 5101 | $87,505,000.00 | ACCEPT | BR087 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $15,020,000.00 | REJECT | BR124 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $3,352,000.00 | REJECT | BR149 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $23,491,000.00 | REJECT | BR125 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $5,242,000.00 | REJECT | BR150 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $3,000,000.00 | ACCEPT | BR048 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $51,000.00 | ACCEPT | BR182 | NOT A RECORD DATE HOLDER |

# EXHIBIT C

## NORTEL NETWORKS INC.
## REPORT OF EXCLUDED BALLOTS

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | VOTE Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| | | A-3B | Crossover Bonds Claims and EDC Claims | BARCLAYS CAPITAL INC/LE 229 | $2,000,000.00 | ACCEPT | BR183 | NOT A RECORD DATE HOLDER |
| | | A-3B | Crossover Bonds Claims and EDC Claims | BMO NESBITT BURNS INC. 5043 | $13,000.00 | ACCEPT | MB68 | LATE BALLOT: RECEIVED AFTER THE VOTE DEADLINE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | DEUTSCHE BANK 573 | $10,600,000.00 | ACCEPT | BR043 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | GOLDMAN SACHS 005 | $699,000.00 | ACCEPT | MB67 | LATE BALLOT: RECEIVED AFTER THE VOTE DEADLINE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | GOLDMAN SACHS 005 | $8,330,000.00 | ACCEPT | MB67 | LATE BALLOT: RECEIVED AFTER THE VOTE DEADLINE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | PERSHING LLC 443 | $200,000.00 | ACCEPT | BR041 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | PERSHING LLC 443 | $200,000.00 | ACCEPT | BR071 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | PERSHING LLC 443 | $1,000.00 | ACCEPT | MB58 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | SEI -GLOBAL | $1,285,000.00 | ACCEPT | BH | BENEFICIAL BALLOT - NOT PREVALIDATED |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $500,000.00 | ACCEPT | MB60 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $3,000,000.00 | ACCEPT | MB01 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $450,000.00 | ACCEPT | MB34 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $23,900,000.00 | ACCEPT | MB34 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $50,000.00 | ACCEPT | MB34 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $11,000,000.00 | ACCEPT | MB36 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $5,000,000.00 | ACCEPT | MB37 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $74,750,000.00 | ACCEPT | MB34 | DUPLICATE VOTE |

# EXHIBIT C

## NORTEL NETWORKS INC.
## REPORT OF EXCLUDED BALLOTS

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | VOTE Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $23,850,000.00 | ACCEPT | MB34 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $100,000.00 | ACCEPT | MB34 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $850,000.00 | ACCEPT | MB37 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | STATE STREET BANK & TRUST CO 997 | $550,000.00 | ACCEPT | MB37 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $200,000.00 | ACCEPT | BR045 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $100,000.00 | ACCEPT | BR120 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $200,000.00 | ACCEPT | BR046 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $100,000.00 | ACCEPT | BR121 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $50,000.00 | ACCEPT | BR047 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $4,000,000.00 | ACCEPT | BR122 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $200,000.00 | ACCEPT | BR044 | DUPLICATE VOTE |
| | | A-3B | Crossover Bonds Claims and EDC Claims | WELLS BANK NA 2027 | $100,000.00 | ACCEPT | BR119 | DUPLICATE VOTE |
| 2007 | | A-3C | Convenience Claims | ALLEN SYSTEMS GROUP INC | $361.69 | | 150 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 6444 | | A-3C | Convenience Claims | GALLARDO, FRANK | $4,856.92 | | 343 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 2721 | | A-3C | Convenience Claims | HELLMAN, JEANNE | $23,225.06 | | 111 | BALLOT DID NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |