# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| *Nortel Networks Inc., et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: D.I. [17731] |

### DEBTORS' MOTION TO ENLARGE PAGE LIMIT REGARDING DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION AND OMNIBUS REPLY TO OBJECTIONS TO CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS, INC. AND CERTAIN OF ITS AFFILIATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Nortel Networks, Inc. and certain of its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby move (the "Motion") to enlarge the page limit for the Debtors' *Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (D.I. [17731]) (the "Confirmation Brief") filed on January 19, 2017. In support of this Motion, the Debtors respectfully state as follows:

1. On November 4, 2016, the Debtors filed with this Court the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* (D.I. 17347) (as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 Plan for Nortel Networks India International Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

subsequently amended, the "Plan"). The Debtors filed revisions to the Plan on November 29, 2016 (D.I. 17452) and December 1, 2016 (D.I. 17501).

2. The hearing to consider confirmation of the Plan is scheduled to commence on January 24, 2017 (the "Confirmation Hearing").

3. Seven formal objections to the Plan (collectively, the "Plan Objections") have been filed by various parties, including by the Office of the United States Trustee (D.I. 17683) and the Nortel Trade Claim Consortium (the "NTCC") (D.I. 17686). Some of the Plan Objections were substantial, including the objection by the NTCC, which was over 30 pages and presented numerous legal and factual arguments.

4. On January 19, 2017, the Debtors filed the Confirmation Brief in support of confirmation of the Plan under section 1129 of the Bankruptcy Code. The Confirmation Brief therefore addresses the numerous factual and legal requirements for confirmation of the Plan under the Bankruptcy Code and responds to the numerous factual and legal arguments advanced in the seven Plan Objections.

5. Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's General Chambers Procedures, dated June 30, 2011 (the "General Chambers Procedures"), provide that no brief or memorandum shall exceed forty pages in length. Del. Bankr. L. R. 7007-2; General Chambers Pro. at 3, § 2(a)(vi). A brief or memorandum may, however, exceed forty pages with leave of the court. Del. Bankr. L. R. 7007-2.

6. Although the Debtors have made the Confirmation Brief as succinct as possible, given the complexity and size of theses cases, addressing the Plan confirmation requirements and the factual and legal issues raised by the seven Plan Objections requires briefing in excess of the

forty page limit under Local Rule 7007-2 for a full and fair explication and adjudication of the matters presented. The Debtors therefore request that the Court enlarge the page limit to accommodate the Confirmation Brief.

WHEREFORE, the Debtors respectfully request that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, and grant such other and further relief as this Court deems just and proper.

Dated: January 19, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew J. Roth-Moore*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*