**EXHIBIT A**

*In re: Nortel Networks, Inc., et al.*
Case No. 09-10138 (KG)

**7.875% Notes Indenture Trustee - Accrued Fees and Expenses**
*(as of December 31, 2016)*

| Firm | Role | Fees | Expenses | Total |
|---|---|---|---|---|
| Law Debenture Trust Company of New York | Indenture Trustee (January 2009 - December 2016) | $379,892.86 | $1,809.26 | $381,702.12 |
| Delaware Trust Company | Indenture Trustee (December 2016 - present) | $14,375.00 | $167.00 | $14,542.00 |
| Dewey & LeBoeuf LLP[22] | Lead Counsel (January 2009 - April 2012) | $2,647,644.50 | $36,377.52 | $2,684,022.02 |
| Patterson Belknap Webb & Tyler LLP | Lead Counsel (April 2012 - present) | $3,923,765.00 | $53,089.01 | $3,976,854.01 |
| Morris James LLP | Delaware Counsel | $353,747.50 | $5,575.45 | $359,322.95 |
| Canada (combined; converted to USD) | Canadian Counsel | $545,712.67 | $7,189.46 | $552,902.13 |
| *Fasken Martineau DuMoulin LLP* | | CAD 13,298.00 | CAD 38.82 | |
| *Borden Ladner Gervais LLP* | | CAD 683,413.50 | CAD 8,958.36 | |
| *Weir Foulds LLP* | | CAD 12,006.25 | CAD 339.78 | |
| **TOTAL** | | | | **$7,969,345.23** |

The amounts set forth above are estimates. The Trustee and each of its current and former professionals reserve the right to revise these amounts as necessary and reserve all rights with respect to all fees and expenses incurred before or after December 31, 2016.

---

[22] Pursuant to the confirmed plan of liquidation in Dewey & LeBoeuf's chapter 11 case, which is pending in the Southern District of New York (Case No. 12-12321 (MG)), the interests of Dewey & LeBoeuf's secured lenders are represented by the Dewey & LeBoeuf Secured Lender Trust.

9067831