IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE  :
  : SS:
NEW CASTLE COUNTY  :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 19, 2017, I caused to be served:

**INDENTURE TRUSTEE DELAWARE TRUST COMPANY'S (A) RESPONSE
TO STATEMENT OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP
AND POINTSTATE CAPITAL LP WITH RESPECT TO (I) FIRST AMENDED
JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS INC. AND CERTAIN
OF ITS AFFILIATED DEBTORS AND (II) DEBTORS' MOTION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND FEDERAL
RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING SETTLEMENT
AGREEMENT AND PLAN SUPPORT AGREEMENT AND OBJECTION TO ASSERTED
FEES AND EXPENSES OF INDENTURE TRUSTEE AND
(B) JOINDER AND RESERVATION OF RIGHTS**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: January 19, 2017

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 19th day of January, 2017.

_____
Notary Public
My commission expires: 06/21/17

**VIA HAND DELIVERY & EMAIL**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
E-mail: dabbot@mnat.com
E-mail: aremming@mnat.com
[Counsel for the Debtors and
Debtors in Possession]

Christopher M. Samis, Esq.
Whiteford, Taylor and Preston LLP
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
E-mail: csamis@wtplaw.com
[Counsel for the Official Committee of
Unsecured Creditors]

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
E-mail: ljones@pszjlaw.com
E-mail: pkeane@pszjlaw.com
[Counsel for Ad Hoc Group of Bondholders]

Mark S. Kenney
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room #2207
Lockbox #35
Wilmington, Delaware 19801
E-mail: mark.s.kenney@usdoj.gov

**VIA FIRST CLASS MAIL & EMAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
E-mail: jbromley@cgsh.com
E-mail: lschweitzer@cgsh.com
[Counsel for the Debtors and
Debtors in Possession]

Fred S. Hodara, Esq.
David H. Botter, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
E-mail: fhodara@akingump.com
E-mail: dbotter@akingump.com
E-mail: bkahn@akingump.com
[Counsel for the Official Committee of
Unsecured Creditors]

Albert A. Pisa, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, New York 10005
E-mail: apisa@milbank.com
[Counsel for Ad Hoc Group of Bondholders]

Joanne Pileggi Pinckney, Esq.
Seton C. Mangine, Esq.
Pinckney, Weidinger, Urban & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
E-mail: jpinckney@pwujlaw.com
E-mail: smangine@pwujlaw.com
[Counsel to Solus Alternative Asset
Management LP and PointState Capital LP]

James C. Tecce, Esq.
Daniel S. Holzman, Esq.
Quinn, Emanuel, Urquhart & Sullivan LLP
52 Madison Avenue, 22nd Floor
New York, New York 10010
E-mail: jamesteece@quinnemanuel.com
E-mail: danielholzman@quinnemanuel.com
[Counsel to Solus Alternative Asset
Management LP and PointState Capital LP]