IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                              :

*In re*                                          :     Chapter 11

Nortel Networks Inc., *et al.,*                   :     Case No. 09-10138 (KG)

                  Debtors.[1]                    :     Jointly Administered

                                              :     **RE:  D.I. 17501**
---------------------------------------------------------------- x

**NOTICE OF FILING OF PROPOSED
FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER
CONFIRMING FIRST AMENDED JOINT CHAPTER 11 PLAN OF
NORTEL NETWORKS, INC. AND CERTAIN OF ITS AFFILIATED DEBTORS**

      PLEASE TAKE NOTICE THAT, today, Nortel Networks, Inc. and certain of its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed the *Proposed Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Proposed Confirmation Order"), attached hereto as **Exhibit A**.

      PLEASE TAKE FURTHER NOTICE THAT the hearing to consider confirmation of the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17501] (as may be modified, amended, or supplemented and including all exhibits, as may be amended or supplemented from time to time and including all exhibits and supplements thereto, the "Plan")[2] is currently scheduled to begin on January 24, 2017, at 10:00 a.m. (prevailing Eastern Time), before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 Plan for Nortel Networks India International Inc.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT the Proposed Confirmation Order, Plan, and other documents and materials related to the Debtors' cases may be obtained at no charge from Epiq Bankruptcy Solutions, LLC ("Epiq"), the Claims and Solicitation Agent retained by the Debtors in these Chapter 11 Cases by accessing the Debtors' restructuring website at http://dm.epiq11.com/nortel. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at www.deb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE THAT the Debtors reserve the right to materially alter, amend, or modify the Proposed Confirmation Order.

Dated: January 19, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew J. Roth-Moore*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*