

## Nortel Networks Inc., et al

## Berkeley Research Group, LLC



## Exhibit A: Time Detail

For the Period 11/1/2016 through 11/30/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 11/1/2016 | A. Kaplan | 2.5 | Reviewed proceeds allocation calculations related to allocation assumption. |
| 11/1/2016 | A. Kaplan | 1.5 | Continued reviewing proceeds allocation calculations related to allocation assumption. |
| 11/1/2016 | A. Kaplan | 1.5 | Continued reviewing proceeds allocation calculations related to allocation assumption. |
| 11/11/2016 | J. Hyland | 2.6 | Reviewed and analyzed the Ciena settlement re: MEN transaction. |
| 11/11/2016 | J. Hyland | 0.6 | Summarized Ciena settlement re: MEN transaction. |
| 11/11/2016 | J. Hyland | 0.2 | Conducted call with M. Kennedy (Chilmark) re: Ciena settlement on the MEN transaction. |
| 11/12/2016 | J. Hyland | 0.8 | Reviewed email and documentation re: Canadian Motion to Leave to Appeal Applications to Supreme Court of Canada. |
| 11/21/2016 | J. Hyland | 2.8 | Reviewed Counsel's analysis of an allocation matter. |
| 11/23/2016 | J. Hyland | 0.3 | Reviewed draft Joint Letter to the Third Circuit re: proceeds allocation. |
| 11/28/2016 | A. Cowie | 2.9 | Analyzed proceeds allocation based upon allocation assumptions. |
| ***Task Code Total Hours*** | | ***15.7*** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 11/1/2016 | J. Hyland | 0.8 | Reviewed August fee application. |
| 11/2/2016 | J. Blum | 0.4 | Prepared August monthly fee application. |
| 11/3/2016 | J. Hyland | 0.6 | Reviewed the 30th interim fee order Exhibit B. |
| 11/3/2016 | J. Blum | 0.4 | Prepared September monthly fee application. |
| 11/3/2016 | J. Blum | 0.4 | Prepared September monthly fee application. |
| 11/4/2016 | J. Hyland | 0.5 | Reviewed the final August 2016 fee application. |
| 11/14/2016 | J. Hyland | 0.2 | Analyzed and provided October fee estimate to Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 11/21/2016 | A. Cowie | 1.4 | Analyzed October fee application. |
| 11/22/2016 | J. Blum | 0.5 | Prepared September monthly fee application. |
| 11/22/2016 | J. Blum | 0.2 | Prepared October monthly fee application. |
| 11/23/2016 | J. Hyland | 1.0 | Reviewed October fee application detailed time entries. |
| 11/23/2016 | J. Hyland | 0.9 | Reviewed September fee application. |
| 11/28/2016 | J. Hyland | 0.5 | Reviewed October fee application narrative. |
| 11/28/2016 | J. Hyland | 0.4 | Reviewed final September fee application. |
| 11/28/2016 | J. Blum | 0.3 | Prepared October monthly fee application. |
| 11/28/2016 | J. Blum | 0.3 | Prepared September monthly fee application. |
| 11/29/2016 | J. Hyland | 0.9 | Reviewed interim fee application. |
| 11/29/2016 | J. Hyland | 0.8 | Reviewed October fee application. |
| 11/29/2016 | J. Blum | 0.6 | Prepared October monthly fee application. |
| 11/29/2016 | J. Blum | 0.3 | Prepared sixth interim fee statement. |
| 11/29/2016 | J. Blum | 0.2 | Prepared September monthly fee application. |
| 11/30/2016 | J. Blum | 0.1 | Prepared sixth interim fee statement. |
| 11/30/2016 | J. Hyland | 0.1 | Submitted final interim fee application. |
| ***Task Code Total Hours*** | | ***11.8*** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 11/3/2016 | J. Borow | 0.9 | Participated in call with Creditors Committee and professionals to UCC. |
| 11/3/2016 | C. Kearns | 0.9 | Participated in call with the UCC re: plan related issues. |
| 11/3/2016 | J. Hyland | 0.9 | Participated in weekly UCC call with professionals and Committee members. |
| 11/7/2016 | J. Hyland | 0.4 | Replied to creditor inquiry re: Plan of Reorganization. |
| 11/10/2016 | J. Borow | 0.6 | Participated in call with UCC and professionals to UCC. |
| 11/10/2016 | C. Kearns | 0.6 | Participated in Committee call re: status of plan process. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 11/10/2016 | J. Hyland | 0.6 | Participated in weekly Committee call with Committee members and professionals re: the Plan. |
| 11/17/2016 | A. Cowie | 2.3 | Prepared supporting documentation for Committee calls. |
| 11/17/2016 | C. Kearns | 1.1 | Participated in call with UCC re: status of POR process and key claims to be resolved. |
| 11/17/2016 | J. Borow | 1.1 | Participated in meeting with UCC and professionals to UCC. |
| 11/17/2016 | J. Hyland | 1.1 | Participated in UCC call with members and professionals. |
| 11/23/2016 | J. Hyland | 0.9 | Participated in weekly UCC call with members and professionals. |
| 11/23/2016 | J. Borow | 0.9 | Participated on regular call UCC and professionals to UCC re: update on matter. |
| *Task Code Total Hours* | | *12.3* | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/1/2016 | J. Hyland | 2.8 | Analyzed claim recovery calculation from POR. |
| 11/2/2016 | J. Hyland | 2.9 | Analyzed claim recovery calculation from POR. |
| 11/2/2016 | J. Hyland | 2.7 | Continued analyzing claim recovery calculations from POR. |
| 11/2/2016 | J. Hyland | 2.0 | Continued analyzing claim recovery calculation from POR. |
| 11/4/2016 | C. Kearns | 1.2 | Reviewed latest draft of U.S. disclosure statement including the recovery tables. |
| 11/8/2016 | J. Hyland | 2.8 | Reviewed claim recovery calculations. |
| 11/8/2016 | J. Hyland | 2.6 | Continued reviewing claim recovery calculations. |
| 11/9/2016 | J. Hyland | 2.9 | Reviewed creditor recoveries calculations. |
| 11/9/2016 | J. Hyland | 2.4 | Continued reviewing claim recovery calculations. |
| 11/11/2016 | J. Hyland | 2.4 | Analyzed creditor recoveries under revised assumptions. |
| 11/28/2016 | J. Hyland | 1.1 | Analyzed recoveries by creditor class for NNI. |
| 11/30/2016 | J. Hyland | 2.7 | Analyzed recoveries by toggling with various recovery assumptions. |
| 11/30/2016 | J. Hyland | 2.6 | Continued analyzing recoveries by toggling with various recovery assumptions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| *Task Code Total Hours* | | *31.1* | |
| **11. Claim Analysis/Accounting** | | | |
| 11/3/2016 | J. Hyland | 1.2 | Analyzed bond claim pricing and related calculations. |
| 11/4/2016 | J. Hyland | 1.3 | Analyzed the Debtors' 46th Omnibus claim objection and replied to Counsel. |
| 11/7/2016 | J. Hyland | 0.4 | Conducted call with M. Kennedy (Chilmark) re: employee claim distributions. |
| 11/9/2016 | J. Emerson | 2.1 | Prepared bond trading prices presentation. |
| 11/9/2016 | J. Hyland | 1.1 | Reviewed bond pricing analysis. |
| 11/9/2016 | R. Cohen | 0.4 | Updated the Nortel bond prices as of 11/9/16. |
| 11/10/2016 | J. Hyland | 2.8 | Analyzed calculations and alternatives based upon a proposal from a creditor. |
| 11/10/2016 | J. Hyland | 1.6 | Continued analyzing calculations and alternatives based upon a proposal from a creditor. |
| 11/10/2016 | J. Hyland | 1.2 | Continued analyzing calculations and alternatives based upon a proposal from a creditor. |
| 11/10/2016 | C. Kearns | 0.2 | Reviewed latest bond trading data. |
| 11/11/2016 | C. Kearns | 0.3 | Reviewed summary of Debtors objection to PBGC claims. |
| 11/14/2016 | J. Emerson | 1.6 | Prepared notes trading prices presentation. |
| 11/15/2016 | A. Cowie | 2.9 | Analyzed claims objection documents. |
| 11/15/2016 | J. Hyland | 2.7 | Analyzed claim objection motion. |
| 11/15/2016 | J. Hyland | 2.6 | Reviewed claim objection motion and attached documents. |
| 11/15/2016 | A. Cowie | 2.3 | Continued to analyze claims objection documents. |
| 11/15/2016 | J. Hyland | 2.0 | Continued analyzing claim objection motion. |
| 11/15/2016 | H. Parekh | 0.5 | Updated Nortel bond price analyses. |
| 11/15/2016 | C. Kearns | 0.3 | Reviewed memo from counsel re: issues related to PBGC claim. |
| 11/16/2016 | A. Cowie | 2.8 | Analyzed claims objection documents. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 11/21/2016 | J. Hyland | 1.4 | Reviewed Debtors' Opposition to the PBGC motion for Summary Judgment Briefing Schedule. |
| 11/21/2016 | J. Emerson | 0.5 | Prepared bond pricing analysis. |
| 11/22/2016 | J. Hyland | 2.8 | Analyzed claim and claim objections. |
| 11/22/2016 | J. Hyland | 2.6 | Continued analyzing claim and claim objections. |
| 11/28/2016 | J. Emerson | 0.5 | Prepared pricing analyses trends for bonds. |
| 11/30/2016 | J. Hyland | 1.3 | Reviewed NNL's Meeting Order for Post Filing Claims Bar Date. |
| ***Task Code Total Hours*** | | ***39.4*** | |
| **18. Operating and Other Reports** | | | |
| 11/7/2016 | J. Hyland | 0.9 | Reviewed 10/31/2016 APAC Restructuring Manager's report. |
| 11/30/2016 | J. Hyland | 2.6 | Reviewed 131st Report of the Monitor. |
| ***Task Code Total Hours*** | | ***3.5*** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 11/4/2016 | J. Hyland | 0.3 | Reviewed cash transfers made by NNI. |
| 11/7/2016 | J. Hyland | 0.3 | Analyzed 10/30/2016 CCAA cash forecast. |
| 11/17/2016 | J. Hyland | 1.7 | Analyzed cash balances and cash burn by entity as of 11/11/2016. |
| 11/18/2016 | J. Hyland | 0.6 | Analyzed CCAA cash flows and forecasted balances as of 11/13/2016. |
| 11/18/2016 | A. Cowie | 0.6 | Analyzed global cash statements. |
| ***Task Code Total Hours*** | | ***3.5*** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 11/1/2016 | A. Cowie | 2.9 | Analyzed plan of reorganization drafts. |
| 11/1/2016 | A. Cowie | 2.8 | Continued to analyze plan of reorganization drafts. |
| 11/1/2016 | J. Hyland | 2.7 | Analyzed Canadian POA. |
| 11/1/2016 | J. Hyland | 2.6 | Continued analyzing Canadian POA. |
| 11/1/2016 | A. Cowie | 1.3 | Continued to analyze plan of reorganization drafts. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 11/2/2016 | A. Cowie | 2.9 | Analyzed plan of reorganization drafts. |
| 11/2/2016 | A. Cowie | 2.1 | Continued to analyze plan of reorganization drafts. |
| 11/2/2016 | C. Kearns | 0.8 | Reviewed changes to DS related to Canada plan and give input to Counsel. |
| 11/3/2016 | J. Hyland | 2.8 | Reviewed draft POR and related issues. |
| 11/3/2016 | J. Hyland | 2.4 | Continued reviewing draft POR and related issues. |
| 11/3/2016 | A. Cowie | 2.1 | Continued to analyze plan of reorganization drafts. |
| 11/3/2016 | J. Borow | 1.7 | Reviewed revised plan and disclosure statement documents. |
| 11/3/2016 | A. Cowie | 1.3 | Analyzed plan of reorganization drafts. |
| 11/3/2016 | J. Borow | 1.1 | Continued review of plan and disclosure statement documents. |
| 11/3/2016 | C. Kearns | 0.2 | Emailed with Counsel re: draft disclosure statement. |
| 11/3/2016 | C. Kearns | 0.2 | Emailed with Counsel re: final changes to draft Canada plan. |
| 11/4/2016 | J. Hyland | 2.8 | Reviewed Canadian draft POA. |
| 11/4/2016 | J. Hyland | 2.7 | Analyzed Canadian POA and related claim recoveries. |
| 11/4/2016 | A. Cowie | 2.1 | Continued to analyze plan of reorganization drafts. |
| 11/4/2016 | J. Hyland | 1.8 | Continued analyzing Canadian POA and related claim recoveries. |
| 11/4/2016 | A. Cowie | 0.3 | Analyzed plan of reorganization drafts. |
| 11/6/2016 | C. Kearns | 0.6 | Reviewed redlines to plan and Disclosure Statement. |
| 11/7/2016 | A. Cowie | 2.9 | Analyzed plan of reorganization documents. |
| 11/7/2016 | J. Hyland | 2.9 | Reviewed draft Canadian POA. |
| 11/7/2016 | J. Hyland | 2.6 | Continued reviewing draft Canadian POA. |
| 11/7/2016 | J. Hyland | 2.4 | Continued reviewing draft Canadian POA. |
| 11/7/2016 | A. Cowie | 2.1 | Continued to analyze plan of reorganization documents. |
| 11/7/2016 | J. Hyland | 1.6 | Reviewed Committee Plan Support Letter. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 11/8/2016 | A. Cowie | 2.3 | Analyzed plan of reorganization documents. |
| 11/8/2016 | A. Cowie | 2.2 | Continued to analyze plan of reorganization documents. |
| 11/8/2016 | C. Kearns | 0.3 | Responded to inbound creditor inquiry re: the plan and disclosure statement. |
| 11/9/2016 | A. Cowie | 2.8 | Analyzed plan of reorganization documents. |
| 11/9/2016 | A. Cowie | 2.6 | Continued to analyze plan of reorganization documents. |
| 11/9/2016 | A. Cowie | 2.2 | Continued to analyze plan of reorganization documents. |
| 11/10/2016 | C. Kearns | 0.5 | Emailed with Counsel re: status of discussions among various creditor groups and Debtor re: open plan issues. |
| 11/11/2016 | A. Cowie | 2.9 | Analyzed plan of reorganization documents. |
| 11/11/2016 | A. Cowie | 2.8 | Continued to analyze plan of reorganization documents. |
| 11/11/2016 | A. Cowie | 0.8 | Continued to analyze plan of reorganization documents. |
| 11/14/2016 | A. Cowie | 2.9 | Analyzed plan of reorganization documents. |
| 11/14/2016 | A. Cowie | 2.1 | Continued to analyze plan of reorganization documents. |
| 11/14/2016 | A. Cowie | 1.5 | Continued to analyze plan of reorganization documents. |
| 11/15/2016 | C. Kearns | 0.2 | Emailed with Counsel re: plan oversight and claims issues. |
| 11/17/2016 | A. Cowie | 0.4 | Analyzed cash and escrow statements and claim documents as they relate to creditor recovery calculations. |
| 11/18/2016 | A. Cowie | 2.3 | Analyzed disclosure objection documents. |
| 11/18/2016 | J. Hyland | 2.3 | Analyzed objections to the Debtors' Disclosure Statement. |
| 11/18/2016 | J. Hyland | 1.6 | Continued analyzing objections to the Debtors' Disclosure Statement. |
| 11/18/2016 | A. Cowie | 1.2 | Analyzed sub consolidation issues re: U.S. estate. |
| 11/18/2016 | C. Kearns | 0.5 | Reviewed trade consortium objection and brief related telecom with B. Kahn (Akin). |
| 11/21/2016 | A. Cowie | 2.8 | Analyzed substantive consolidation issues in regard to the U.S. estate. |
| 11/21/2016 | A. Cowie | 2.7 | Continued to analyze substantive consolidation issues in regard to the U.S. estate. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 11/21/2016 | A. Cowie | 1.1 | Prepared summary write up on substantive consolidation issues in regard to the U.S. estate. |
| 11/21/2016 | C. Kearns | 0.5 | Reviewed Debtors' response to PBGC and discuss with F. Hodara (Akin). |
| 11/22/2016 | A. Cowie | 2.8 | Analyzed substantive consolidation issues in regard to the U.S. estate. |
| 11/22/2016 | A. Cowie | 2.7 | Continued to analyze substantive consolidation issues in regard to the U.S. estate. |
| 11/22/2016 | A. Cowie | 2.5 | Continued to analyze substantive consolidation issues in regard to the U.S. estate. |
| 11/22/2016 | J. Hyland | 1.1 | Analyzed the Committee's draft letter re: Plan. |
| 11/22/2016 | J. Hyland | 0.5 | Reviewed Counsel's summary of Disclosure Statement objections. |
| 11/23/2016 | A. Cowie | 2.3 | Prepared summary write up on substantive consolidation issues in regard to the U.S. estate. |
| 11/23/2016 | J. Hyland | 1.9 | Analyzed intercompany claims issues in the Plans. |
| 11/23/2016 | C. Kearns | 0.8 | Participated in Committee call re: DS objections and process. |
| 11/28/2016 | J. Hyland | 2.8 | Reviewed U.S. Debtors' response to objections filed to the Disclosure Statement. |
| 11/28/2016 | A. Cowie | 1.9 | Reviewed updated CDN plan documents. |
| 11/28/2016 | J. Hyland | 1.2 | Reviewed revised schedules for the Disclosure Statement. |
| 11/28/2016 | J. Hyland | 0.4 | Reviewed the Bondholder's reply to the TCC's objection to the Disclosure Statement. |
| 11/29/2016 | J. Hyland | 2.9 | Analyzed issue within the SPSA and Disclosure Statement. |
| 11/29/2016 | J. Hyland | 2.8 | Continued analyzing issue within the SPSA and Disclosure Statement. |
| 11/29/2016 | A. Cowie | 2.6 | Prepared summary write up on substantive consolidation issues in regard to the U.S. estate. |
| 11/29/2016 | C. Kearns | 2.0 | Reviewed Debtors response to DS objections and related changes to DS and exhibits. |
| 11/29/2016 | A. Cowie | 1.9 | Reviewed updated CDN plan documents. |
| 11/29/2016 | A. Cowie | 1.1 | Continued to prepare summary write up on substantive consolidation issues in regard to the U.S. estate. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 11/30/2016 | A. Cowie | 2.9 | Prepared analysis of substantive consolidation issues. |
| 11/30/2016 | A. Cowie | 1.7 | Continued to prepare analysis of substantive consolidation issues. |
| 11/30/2016 | C. Kearns | 0.5 | Prepared for DS hearing. |
| ***Task Code Total Hours*** | | ***135.5*** | |
| **Total Hours** | | **252.8** | |