**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**



**Exhibit B: Expense Detail**

For the Period 11/1/2016 through 11/30/2016

| Date | Professional | Amount | Description |
|---|---|---|---|
| **14. Express Messenger/Shipping** | | | |
| 11/1/2016 | C. Kearns | $32.63 | Shipped important documents home from the office re: DS preparation on 10/31/2016. |
| *Expense Category Total* | | *$32.63* | |
| **Total Expenses** | | **$32.63** | |

Berkeley Research Group, LLC

Invoice for the 11/1/2016 - 11/30/2016 Period