IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| *Nortel Networks Inc., et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: D.I. [17731] |

**ORDER GRANTING DEBTORS' MOTION
TO ENLARGE PAGE LIMIT REGARDING DEBTORS'
MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION AND OMNIBUS
REPLY TO OBJECTIONS TO CONFIRMATION OF THE FIRST AMENDED
JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS, INC. AND CERTAIN OF
ITS AFFILIATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[2] of Nortel Networks, Inc. and certain of its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") to enlarge the page limit for the Debtors' *Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (D.I. [17731]) (the "Confirmation Brief"); and after due deliberation, the Court having determined that good and sufficient cause has been shown,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 Plan for Nortel Networks India International Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein are defined in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized to exceed the page limit prescribed by Local Rule 7007-2 and the General Chambers Procedures with respect to the Confirmation Brief.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: January 20, 2017
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE