IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------X | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 24, 2017 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1. First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17501, Filed 12/1/16).

    Objection Deadline: January 9, 2017 at 11:30 a.m. (ET). Extended to January 12, 2017 at 12:00 pm (ET) for SNMP Research International, Inc. and SNMP Research, Inc.

    Responses Received:

    (a) Objection to Confirmation of Plan Filed by Ernest Demel (D.I. 17673, Filed 1/4/17);

    (b) Iowa Department of Revenue's Objection to Confirmation of the Debtors' Chapter 11 Plan (D.I. 17678, Filed 1/6/17);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(c) United States Trustee's Limited Objection to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Entities (D.I. 17501) (D.I. 17683, Filed 1/9/17);

(d) Objection Filed by Kent Hanneman (D.I. 17684, Filed 1/9/17);

(e) Objection to Denial of Claim Filed by Linda Hollenbec Amick (D.I. 17685, Filed 1/9/17);

(f) Objection of the Nortel Trade Claims Consortium to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17686, Filed 1/9/17);

(g) Statement of Solus Alternative Asset Management LP and PointState Capital LP with Respect to (I) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors and (II) Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement and Plan Support Agreement and Objection to Asserted Fees and Expenses of Indenture Trustee (D.I. 17687, Filed 1/9/17); and

(h) Creditor's Motion to Replace the Stipulation Agreement with a New Contract. Re: Claim #4643 (D.I. 17700, Filed 1/9/17).

<u>Related Pleading</u>:

(a) Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17502, Filed 12/1/16);

(b) Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 17516, Filed 12/1/16);

(c) Notice of Hearing to Consider Confirmation of Debtors' Plan of Reorganization, (II) Deadlines and Procedures for Voting on the Plan (III) and Deadlines and Procedures for Filing Objections to Confirmation (D.I. 17556, Filed 12/9/16);

(d) Notice of Filing of Plan Supplement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17644, Filed 12/30/16);

(e) Notice of Resolution of SNMP Research's Objections to Plan Confirmation (D.I. 17707, Filed 1/12/17);

(f) Notice of Disclosure of Certain Mediation Proposals (D.I. 17715, Filed 1/17/17);

(g) Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17729, Filed 1/19/17);

(h) Joinder of the *Ad Hoc* Group of Bondholders in the Reply of Nortel Networks, Inc. and Certain of its Affiliated Debtors to Objections to the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17730, Filed 1/19/17);

(i) Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (D.I. 17731, Filed 1/19/17);

(j) Memorandum of Law of the Official Committee of Unsecured Creditors in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors (D.I. 17737, Filed 1/19/17);

(k) The Bank of New York Mellon's (A) Statement in Support of Plan Confirmation and (B) Response to the United States Trustee's Limited Objection to Plan Confirmation (D.I. 17738, Filed 1/19/17);

(l) Debtors' Motion to Enlarge Page Limit Regarding Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (D.I. 17740, Filed 1/19/17);

(m) Indenture Trustee Delaware Trust Company's (A) Response to Statement of Solus Alternative Asset Management LP and PointState Capital LP with Respect to (I) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors and (II) Debtors' Motion for Entry of An Order Pursuant to 11 U.S.C. Sections 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement Agreement and Plan Support Agreement and Objection to Asserted Fees and Expenses of Indenture Trustee and (B) Joinder and Reservation of Rights (D.I. 17741, Filed 1/19/17);

(n) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors (D.I. 17742, Filed 1/19/17);

(o) Order Granting Debtors' Motion To Enlarge Page Limit Regarding Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (D.I. 17745, Entered 1/20/17); and

(p)     Reply Of Solus Alternative Asset Management LP And PointState Capital LP With Respect To (I) NNCC Noteholders Statement Concerning Plan And SPSA And Objection To Asserted Fees And Expenses Of Indenture Trustee And (II) Indenture Trustee's Response To Fee Objection [Related ECF Nos. 17687, 17741] (To be Filed).

Status: The hearing on this matter will go forward.

2.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement and Plan Support Agreement (D.I. 17589, Filed 12/16/16).

Objection Deadline: January 9, 2017 at 11:30 a.m. (ET)

Responses Received:

(a)     Objection of the Nortel Trade Claims Consortium to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors (D.I. 17686, Filed 1/9/17);

(b)     Statement of Solus Alternative Asset Management LP and PointState Capital LP with Respect to (I) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors and (II) Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement and Plan Support Agreement and Objection to Asserted Fees and Expenses of Indenture Trustee (D.I. 17687, Filed 1/9/17); and

(c)     Objection to Motion to Approve Settlement and Support Agreement Filed by Robert Horne (D.I. 17701, Filed 1/10/17).

Related Pleading:

(a)     Indenture Trustee Delaware Trust Company's (A) Response to Statement of Solus Alternative Asset Management LP and PointState Capital LP with Respect to (I) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors and (II) Debtors' Motion for Entry of An Order Pursuant to 11 U.S.C. Sections 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement Agreement and Plan Support Agreement and Objection to Asserted Fees and Expenses of Indenture Trustee and (B) Joinder and Reservation of Rights (D.I. 17741, Filed 1/19/17); and

(b)     Reply Of Solus Alternative Asset Management LP And PointState Capital LP With Respect To (I) NNCC Noteholders Statement Concerning Plan And SPSA And Objection To Asserted Fees And Expenses Of Indenture Trustee And (II) Indenture Trustee's Response To Fee Objection [Related ECF Nos. 17687, 17741] (To be Filed).

4

<u>Status</u>: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: January 20, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>Andrew J. Roth-Moore (No. 5988)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

10725795.1

5