**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------x | Chapter 11 |
| *In re* : | Case No. 09-10138 (KG) |
| : | (Jointly Administered) |
| **NORTEL NETWORKS, INC., <u>et al</u>.,** : | |
| : | |
| Debtors.[1] : | Related ECF Nos.: 16811 |
| ------------------------------------------------------x | |

**CERTIFICATE OF SERVICE**

I, Joanne P. Pinckney, hereby certify that on the 20Th day of January, 2017, a copy of the *Reply of Solus Alternative Asset Management LP And Pointstate Capital LP With Respect To (I) NNC Noteholders' Statement Concerning Plan and SPSA And Objection to Asserted Fees and Expenses of Indenture Trustee And (II) Indenture Trustee's Response To Fee Objection* was served upon all parties receiving notice via CM/ECF, upon the person(s) listed on the attached service list (Exhibit A) via first-class mail, postage pre-paid, and the following parties in the manner indicated:

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortea Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

VIA HAND DELIVERY & EMAIL
Derek C. Abbott, Esq. Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
E-mail: dabbot@mnat.com
E-mail: aremming@mnat.com [Counsel for the Debtors and Debtors in Possession]

Christopher M. Samis, Esq.
Whiteford, Taylor and Preston LLP
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
E-mail: csamis@wtplaw.com
[Counsel for the Official Committee of
Unsecured Creditors]

Laura Davis Jones, Esq. Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
E-mail: ljones@pszjlaw.com
E-mail: pkeane@pszjlaw.com
[Counsel for Ad Hoc Group of Bondholders]

Mark S. Kenney
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room #2207
Lockbox #35
Wilmington, Delaware 19801
E-mail: mark.s.kenney@usdoj.gov

<u>VIA FIRST CLASS MAIL & EMAIL</u>
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP One Liberty Plaza
New York, New York 10006
E-mail: jbromley@cgsh.com
E-mail: lschweitzer@cgsh.com [Counsel for the Debtors and Debtors in Possession]

Fred S. Hodara, Esq. David H. Botter, Esq. Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP One Bryant Park
New York, New York 10036
E-mail: fhodara@akingump.com     E-mail: dbotter@akingump.com     E-mail: bkahn@akingump.com
[Counsel for the Official Committee of
Unsecured Creditors]

Albert A. Pisa, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, New York 10005
E-mail: apisa@milbank.com
[Counsel for Ad Hoc Group of Bondholders]

Dated: January 20, 2017         PINCKNEY, WEIDINGER, URBAN
                                & JOYCE LLC

                                 */s/ Joanne P. Pinckney*
                                Joanne P. Pinckney, Esq. (DE No. 3344)
                                Seton C. Mangine, Esq. (DE No. 5574)
                                3711 Kennett Pike, Suite 210
                                Greenville, DE 19807
                                Telephone: (302) 504-1497

                                *Co-Counsel to Counsel to Solus Alternative Asset*
                                *Management LP and PointState Capital LP*