**<u>Exhibit B</u>**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Air: Airfare from RDU to HOU for RLKS meetings\\WLEGHF | 10/27/2016 | $499.03 |
| Scott,James E (US011119307) | Mileage: Roundtrip mileage for Nortel meetings.\\EY/Nortel | 10/25/2016 | $7.02 |
| Wood,Jeffrey T (US013081390) | Misc: 1099 Tax Forms for Nortel | 10/27/2016 | $312.56 |
| Scott,James E (US011119307) | Air: AMEX Ticket Fee\\BYJGAN | 10/28/2016 | $7.00 |
| Miscellaneous (ZZ00000014) | Printing charges of RLKS deliverables | 12/2/2016 | $19.25 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Taxi from Houston airport to hotel\\Airport & Hotel | 11/17/2016 | $28.77 |
| Kennedy,Diana Lynn (US012436403) | Air: Travel fee for RLKS meeting / meetings\\WTUYCU | 10/27/2016 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Air: Airfare for RLKS meeting / meetings\\WTUYCU | 10/27/2016 | $492.03 |
| Kennedy,Diana Lynn (US012436403) | Lodge: Travel charge for RLKS meeting / meetings\\VXLYEA | 10/26/2016 | $3.95 |
| Miscellaneous (ZZ00000014) | Fed ex charge for RLKS deliverables to Houston - Box 1 | 11/4/2016 | $46.67 |
| Miscellaneous (ZZ00000014) | Fed ex charges for RLKS deliverables to Houston - Box 2 | 11/4/2016 | $23.70 |
| Lowery,Kristie L (US011686190) | Lunch: Working lunch with RLKS team:  K Schultea, L Barrios, F Buenestro. EY:  K Lowery,R Mills, K Wrenn.  Discussed EFT set up issues. | 10/26/2016 | $73.18 |
| Lowery,Kristie L (US011686190) | Ticket: Amex hotel booking fees for Houston Nortel meeting | 10/25/2016 | $3.95 |
| Lowery,Kristie L (US011686190) | Air: Airfare to Houston for Nortel team meetings\\XXOGVJ | 11/2/2016 | $351.60 |
| Lowery,Kristie L (US011686190) | Air: Amex booking fee online for trip to Houston for Nortel\\XXOGVJ | 11/2/2016 | $7.00 |
| Lowery,Kristie L (US011686190) | Air: Amex booking fees \\MES18963 | 10/25/2016 | $7.00 |
| Lowery,Kristie L (US011686190) | Dinner: Discussed upcoming LSI distribution,  timing and open items.  Attendees:  Richard Lydecker - Ptr, Kathryn Schultea - President RLKS, Leticia Barrios - RLKS Sr Mgr; Felicia Buenestro - RLKS Sr. EY: Kristie Lowery - Ptr; Jessica Heroy - Sr Mgr; Rebecca Mills - EY Mgr; Kaitlin Wrenn - EY Sr, Jim Scott - Ptr, Jeff W - ED, Diana K - SM, Tarryn T - Mgr | 10/26/2016 | $592.00 |
| | | Totals | $2,481.71 |