## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Fifty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of November 1, 2016 Through November 30, 2016** was caused to be made on January 20, 2017, in the manner indicated upon the entities identified below:

Date:  January 20, 2017

_____/s/ Tamara K. Minott_____
Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.
Attn: Accounts Payable
8601 Six Forks Rd.
Suite 400
Raleigh, NC 27615
(Debtor)

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)