IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
::::::::::
*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE D.I. 17501, 17686, 17730, 17731**

------------------------------------------------------------X

NOTICE OF RESOLUTION OF NORTEL
TRADE CLAIM CONSORTIUM PLAN
CONFIRMATION OBJECTION AND RELATED MATTERS

      **PLEASE TAKE NOTICE** that on December 1, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order [D.I. 17516] (the "Disclosure Statement Order") which, among other things, set January 9, 2017 at 4:00 p.m. (ET) as the deadline (the "Objection Deadline") for parties in interest to object to the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors*, dated December 1, 2016 [D.I. 17501] (the "Plan").

      **PLEASE TAKE NOTICE** that prior to and after the Objection Deadline, representatives of the Debtors, the Official Committee of Unsecured Creditors (the "Creditors' Committee"), the ad hoc group of bondholders (the "Bondholder Group") and the Nortel Trade Claims Consortium (the "NTCC") engaged in discussions to explore a possible resolution of the NTCC's anticipated objections to confirmation of the Plan (filed at [D.I. 17686]) and the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement and Plans Support Agreement* (the "SPSA") [D.I. 17589] and related matters, including by participation in mediations overseen by the former Chief Judge of the United States District Court for the District of Delaware, Joseph J. Farnan (the "Mediations").

---

[1]     The Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE NOTICE** that on January 9, 2017, the NTCC filed the *Objection of the Nortel Trade Claims Consortium to Confirmation of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "NTCC Objection") [D.I. 17686] and, in accordance with the Disclosure Statement Order, on January 19, 2017, the Debtors replied to the NTCC Objection through the filing of the *Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* (the "Omnibus Reply") [D.I. 17731] and on January 19, 2017, the Bondholder Group joined the Debtors' Omnibus Reply in the *Joinder of the Ad Hoc Group of Bondholders in the Reply of Nortel Networks, Inc. and Certain of its Affiliated Debtors to Objections to the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Bondholder Group Joinder") [D.I. 17730], also supported by the Creditors' Committee in its *Memorandum of Law of the Official Committee of Unsecured Creditors in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Creditors' Committee Response") [D.I. 17737].

**PLEASE TAKE NOTICE** that on January 17, 2017, the Debtors filed a *Notice of Disclosure of Certain Mediation Proposals* [D.I. 17715] disclosing certain settlement offers that had been exchanged between and among the parties participating in the Mediations and that a consensual settlement had not been reached as of that date.

**PLEASE TAKE NOTICE** that as a result of further discussions among the NTCC, the Bondholder Group and the Debtors, and in consideration of the benefits to the parties and the Debtors' estates related to the resolution of various disputes and potential claims and pending litigation, the Debtors, the Bondholder Group and the NTCC have agreed to resolve the NTCC Objection and other matters related to the Plan on the terms set forth on **Exhibit A**, as summarized below, subject to approval of the Bankruptcy Court (the "NTCC Settlement"):[2]

- o The NTCC has agreed to withdraw the NTCC Objection and waive any future objections to the Plan or the SPSA, and to support the confirmation of the Plan and approval of the SPSA, thereby paving the road for Plan confirmation and eliminating any potential litigation costs, uncertainty and delays in confirmation of the Plan or distributions to creditors that could result from their continued prosecution of the NTCC Objection;

- o The NTCC has agreed to withdraw its appeal of the Allocation Decision on the Effective Date of the Plan, eliminating the Debtors' incurrence of further litigation costs, uncertainty and delay associated with the continued pendency of such appeal;

- o The Debtors shall reserve $4.0 million of cash otherwise available for the initial distributions on account of Class A-3B Crossover Bonds Claims to hold as an accounting reserve for distribution to the NTCC members on account of their

---

[2] For the avoidance of doubt, in the event of any inconsistencies, the settlement terms on Exhibit A shall govern.

allowed Class A-3A Claims against the Consolidated Debtors (up to an aggregate total of $153,582,485.78 in face amount of claims) in the event their recoveries on such claims do not otherwise equal or exceed 70%;

o The Bondholder Group has agreed to waive any potential claim against the Debtors for substantial contribution related to fees and costs incurred by their professionals throughout the cases that otherwise will be deducted from their distributions on their allowed claims against the Canadian Debtors;

o The Debtors shall contribute $6.5 million (the "Debtor Payment") to the NTCC members in order to resolve the NTCC's objections and pending litigation related to the Plan and Allocation Dispute, which amount will become subject to certain repayment obligations by the NTCC members when the amount of pro rata distributions on the NTCC members' allowed claims, plus the Debtor Payment, together exceed 70% of the allowed amount of the NTCC Class A-3A Claims, as scheduled pursuant to the terms of the Term Sheet;

o The Debtors agree to reimburse reasonable and documented fees and expenses of the NTCC and its advisors in an aggregate amount up to $1.25 million;

The NTCC Settlement satisfies the applicable standards of Bankruptcy Rule 9019 and the Debtors, authorized by sections 105(a), 363 and 502 of the Bankruptcy Code, believe the likelihood of an expeditious confirmation of the Plan and the resulting prompt release of Sale Proceeds from the lockbox and distribution of such proceeds to creditors of the Debtors' estates in accordance with the Plan is made more likely through the resolution of the NTCC Objection and the withdrawal of the NTCC's appeal of the Allocation Decision.

**PLEASE TAKE NOTICE** that such terms will be implemented by certain conforming immaterial alterations to the Plan and the *Proposed Findings of Fact, Conclusions of Law and Order Confirming First Amended Join Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors* (D.I. 17742, as may be amended, the "Confirmation Order"), which shall be presented at the hearing to confirm the Debtors' Plan on January 24, 2017.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 22, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the U.S. Debtors and Debtors in Possession* |