**Exhibit A**

**NORTEL – U.S. DEBTORS/NTCC/BONDHOLDER GROUP TERM SHEET**

**JANUARY 22, 2017**

**CERTAIN U.S. PLAN/CLAIM ISSUES**

This Term Sheet covers certain compromises agreed to among the Debtors, the NTCC and the Bondholder Group regarding certain U.S. Plan issues, including the NTCC's objection to the Debtors' Plan and the NTCC's appeal of the Allocation Decision, as well as any claim of the Bondholder Group for payment of the fees and expenses of their legal or financial advisors or of any member, including substantial contribution claims. This Term Sheet is subject to the finalization of any necessary modification or supplementation of the Debtors' Plan or proposed confirmation order to memorialize these terms, and Bankruptcy Court Approval.

The Parties agree to modify or supplement the Plan and the confirmation order, as necessary, to reflect the following terms:

- Resolution of Substantial Contribution/Fee Reimbursement Claims of the Bondholder Group

    o As part of the resolution of the various issues contained in this Term Sheet, the Bondholder Group agrees to not pursue any claim against the Debtors for reimbursement of fees incurred by counsel and/or advisors to the Bondholder Group or the Crossover Bonds (excluding any entitlement to reimbursement of fees under Section 7.13 of the Plan).

- Resolution of Nortel Trade Claims Consortium ("NTCC") Objections and Claims

    o In consideration for the other terms set forth herein, the NTCC agrees (i) to the withdrawal of their appeal of the Allocation Decision on the Effective Date of the Plan, (ii) to the withdrawal of any objections that have been or could be asserted by the NTCC to the Plan or the SPSA and to support the confirmation of the Plan, including, if requested by the Debtors, to vote their claims in favor of the Plan, and to support approval of the SPSA, and (iii) not to pursue any further claim against the Debtors for reimbursement for the fees and costs incurred by counsel or advisors to the NTCC or by their members, including in connection with their prosecution of the appeal and their objection to the Plan and the SPSA.

    o Subject to the occurrence of the Effective Date of the Plan and in consideration for the other terms set forth herein, the Debtors agree to make a payment on account of the NTCC Settlement Claims (as defined herein) in the amount of $6.5 million on or before the Initial Distribution Date (the "Debtor Payment"). At such time as the members of the NTCC achieve a 70% recovery (the "Threshold")[1] on

---

[1] Such threshold is based on the NTCC's ownership of no more than $153,582,485.78 of allowed Class A-3A claims. To the extent that members of the NTCC have acquired or do acquire further claims, such acquired claims will be excluded from this mechanic.

account of the NTCC Settlement Claims[2] including distributions under the Plan and the Debtor Payment, 75% of any Plan distributions to which the NTCC would otherwise be entitled to in excess of the Threshold shall be redirected for distribution to the non-NTCC holders of Class A-3A Claims until such time as such redirected distributions total $6.5 million.  Thereafter, the NTCC shall resume their entitlement to receive 100 percent of future pro-rata distributions under the Plan.

- The first $4.0 million of the distributions to the Crossover Bondholders in Class A-3B will be retained by NNI in a segregated accounting reserve (the "Bondholder Contribution").  The Bondholder Contribution shall be held by the Debtors as a segregated accounting reserve until the earlier of the time that (a) the NTCC achieves the Threshold, in which case the Bondholder Contribution shall be released for distribution to the Crossover Bondholders or (b) the Debtors have made final distributions on account of the NTCC Settlement Claims and the Threshold has not been reached, in which case all or a portion of the Bondholder Contribution shall be released to the NTCC on account of the NTCC Settlement Claims (for avoidance of doubt, the only portion of the Bondholder Contribution that shall be released to be distributed on account of NTCC Settlement Claims is the amount required to meet the Threshold, with the remainder, if any, to be released to the Crossover Bondholders for distribution).  Notwithstanding the foregoing, if after 18 months following the Effective Date, or following the end of any fiscal quarter thereafter, the Distribution Agent, in consultation with FTI, reasonably determines that the Threshold will not be reached, the Bondholder Contribution will be released to the NTCC on account of the NTCC Settlement Claims in accordance with (b) above on the date the next Distributions are made to Class A-3A Claims under the Plan.  For the avoidance of doubt, the $4.0 million Bondholder Contribution shall be deemed to be a distribution on the Crossover Bond Claims for all other purposes under the Plan.

- On the Effective Date of the Plan, NNI shall pay the reasonable and documented fees and expenses of the NTCC and its advisors, as identified by Brown Rudnick as advisor to the NTCC, in an aggregate amount not to exceed $1.25 million.

- **Other Terms**

  - The terms of this Term Sheet will be binding on any transferees, assignees or successors of the Crossover Bonds Claims and the NTCC Settlement Claims.

---

[2] Within 10 business days following the entry of an order confirming the Plan, the NTCC will deliver to the Debtors a schedule of claims in an aggregate amount not to exceed $153,582,485.78  that its members own and that are allowed general unsecured claims (Class A-3A Claims) against NNI (such claims shall constitute, the "NTCC Settlement Claims").