# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Joint Hearing Date: January 24, 2017 at 10:00 a.m. (Eastern Time)** |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE MONITOR'S AND THE CANADIAN DEBTORS' MOTION RECORD (PLAN SANCTION AND CANADIAN ESCROW RELEASE ORDER) IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the *Amended Cross-Border Court-to-Court Protocol* approved in these cases [Dkt. No. 990], Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks International Corporation, Nortel Networks Global Corporation, Nortel Communications Inc., Architel Systems Corporation, and Northern Telecom Canada Limited (collectively, the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), hereby files in the above-captioned cases a courtesy copy of the Monitor's and Canadian Debtors' *Motion Record (Plan Sanction and Canadian Escrow Release Order)* (the "**Motion Record**"). The Motion Record, together with its exhibits, is attached hereto as <u>Exhibit A</u>.[2] The Monitor and Canadian Debtors filed the Motion Record in the Canadian Proceedings on January 20, 2017, and the Motion Record will be heard by the Ontario Court at a hearing on January 24, 2017, at 10:00 a.m. (Eastern Time) (the "**Sanction Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Monitor hereby files in these chapter 11 cases a courtesy copy of the *Notice of Intention to Appear and Submission for Anticipated January 24, 2017 Fairness Hearing to Sanction the Nortel CCAA Plan from Greg McAvoy and*

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).

[2] On January 20, 2016, the Monitor filed and served the Motion Record in the chapter 15 cases pending before this Court for each of the Canadian Debtors as Exhibit B to the pending *Motion of the Monitor for Entry of an Order Enforcing the Plan Sanction Order and the Canadian Escrow Release Order of the Ontario Court* [Case No. 09-10164, Dkt. No. 652].

*Jennifer Holley* dated January 13, 2017 (the "**LTD Objection**"). A copy of the LTD Objection is attached hereto as Exhibit B. The LTD Objection with be considered together with the Motion Record by the Ontario Court at the Sanction Hearing.

Dated: January 23, 2017
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/   Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Joseph Badtke-Berkow
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
joseph.badtke-berkow@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor of the Canadian Debtors*