B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re Nortel Networks Inc.                              Case No. 09-10138

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SPCP Group, LLC                              Drawbridge Special Opportunities Fund LP
         Name of Transferee                              Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 5636
should be sent:                                        Amount of Claim Transferred: $1,286,391.07
                                                       Date Claim Filed: September 30, 2009

**SPCP Group, LLC**
2 Greenwich Plaza
Greenwich, CT 06830
Attn: Operations
Tel: 203-542-4441
Fax: 201-719-2157
Email: ops-administration@silverpointcapital.com and
creditadmin@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Tel: 212-326-0148
Fax: 212-515-6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_____January 23, 2017_____
Transferee/Transferee's Agent          Jennifer Poccia
                                       Authorized Signatory
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Schedule 2**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:             United States Bankruptcy Court
                District of Delaware (the "Bankruptcy Court")
                Attn: Clerk

AND TO:         Nortel Networks Inc. (the "Debtor")
                Case No. 09-10138

Claim# 5636:

**Drawbridge Special Opportunities Fund LP**,  its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 23, 2017, has hereby absolutely and unconditionally sold, transferred and assigned to:

> **SPCP Group, LLC**
> 2 Greenwich Plaza
> Greenwich, CT 06830
> Attn: Operations
> Tel: (203) 542-4441
> Fax: (201) 719-2157
> Email: ops-administration@silverpointcapital.com and
> creditadmin@silverpointcapital.com

its successors and assigns (collectively, "Assignee"), all rights, title and interest in and to the general unsecured proof of claim number 5636 of Assignor, including all rights of stoppage in transit, replevin, reclamation and cure payments, in the amount of $1,286,391.07 (collectively the "Claim") against the Debtor in the Bankruptcy Court.

Assignor hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understand and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative this 23rd day of January 2017.

**Drawbridge Special Opportunities**          **SPCP Group, LLC**
**Fund LP**

By: Drawbridge Special Opportunities
GP LLC, its general partner

By: _____            By: _____
Name:    Scott Silvers                    Name:
Title:                                    Title:
      Authorized Signatory

Schedule 2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:          United States Bankruptcy Court
             District of Delaware (the "Bankruptcy Court")
             Attn: Clerk

AND TO:      Nortel Networks Inc. (the "Debtor")
             Case No. 09-10138

Claim# 5636:

**Drawbridge Special Opportunities Fund LP,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 23, 2017, has hereby absolutely and unconditionally sold, transferred and assigned to:

> **SPCP Group, LLC**
> 2 Greenwich Plaza
> Greenwich, CT 06830
> Attn: Operations
> Tel: (203) 542-4441
> Fax: (201) 719-2157
> Email: ops-administration@silverpointcapital.com and
> creditadmin@silverpointcapital.com

its successors and assigns (collectively, "Assignee"), all rights, title and interest in and to the general unsecured proof of claim number 5636 of Assignor, including all rights of stoppage in transit, replevin, reclamation and cure payments, in the amount of $1,286,391.07 (collectively the "Claim") against the Debtor in the Bankruptcy Court.

Assignor hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understand and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative this 23 day of January 2017.

**Drawbridge Special Opportunities**          SPCP Group, LLC
**Fund LP**

By: Drawbridge Special Opportunities
GP LLC, its general partner

By: _____          By: _____
Name:                                  Name:
Title:                                 Title:    Jennifer Poccia
                                                 Authorized Signatory