# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------- x | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | **RE: D.I. 17501, 17742, 17749** |
| ----------------------------------------------------------- x | : | |

### NOTICE OF FILING OF (I) AMENDED JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS AND (II) REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING FIRST AMENDED JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS, INC. AND CERTAIN OF ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE THAT on December 1, 2016, Nortel Networks, Inc. and certain of its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17501] (the "Plan").

PLEASE TAKE FURTHER NOTICE THAT on January 19, 2017, the Debtors filed the *Proposed Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17742] (the "Proposed Confirmation Order").

PLEASE TAKE FURTHER NOTICE that, on the date hereof, the Debtors are filing (i) the revised *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* dated January 23, 2017 (as may be modified, amended, or supplemented and including all exhibits, as may be amended or supplemented from time to time and including all exhibits and supplements thereto, the "Amended Plan")[2] with the United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 Plan for Nortel Networks India International Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Plan.

Court for the District of Delaware (the "Bankruptcy Court"), a full copy of which is attached hereto as **Exhibit A-1**; and (ii) the *Revised Proposed Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Revised Proposed Confirmation Order"), a full copy of which is attached hereto as **Exhibit B-1**.

PLEASE TAKE FURTHER NOTICE THAT the hearing to consider confirmation of the Amended Plan is scheduled for **January 24, 2017, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT, for the convenience of the Bankruptcy Court and parties in interest, attached hereto as **Exhibit A-2** is a blackline comparison of the Amended Plan against the Original Plan and attached hereto as **Exhibit B-2** is a blackline comparison of the Revised Proposed Confirmation Order against the Original Proposed Confirmation Order.

PLEASE TAKE FURTHER NOTICE THAT, on January 22, 2017 the Debtors filed the *Notice of Resolution of Nortel Trade Claim Consortium Plan Confirmation Objection and Related Matters* (the "NTCC Settlement Notice") [D.I. 17749] and, as set forth in the NTCC Settlement Notice, certain immaterial modifications and supplemental provisions have been made to the Amended Plan and Revised Proposed Confirmation Order to implement the settlement noticed therein, which changes to the Amended Plan and Revised Proposed Confirmation Order are reflected in the summary exhibit attached hereto as **Exhibit C**.

PLEASE TAKE FURTHER NOTICE THAT the Revised Proposed Confirmation Order, Amended Plan, and other documents and materials related to the Debtors' cases may be obtained at no charge from Epiq Bankruptcy Solutions, LLC ("Epiq"), the Claims and Solicitation Agent retained by the Debtors in these Chapter 11 Cases by accessing the Debtors' restructuring website at http://dm.epiq11.com/nortel. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at www.deb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE THAT the Debtors reserve the right to further amend, supplement, or otherwise modify the Amended Plan and the Revised Proposed Confirmation Order. To the extent that the Debtors make further revisions to the Amended Plan or the Revised Proposed Confirmation Order before the Hearing, the Debtors intend to present a blacklined copy of such revised document to the Bankruptcy Court at the Hearing.

Dated: January 23, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

-3-

Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

10753381.1