# EXHIBIT A

**NORTEL NETWORKS INC., _et al_.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17639] | 11/1/16 - 11/30/16 | £27,871.50 (Fees)<br><br>£48.81 (Expenses) | £22,297.20 (Fees @ 80%)<br><br>£48.81 (Expenses @ 100%) | 12/23/16 | 1/13/17 |