IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
                                                                :
*In re*                                                         :    Chapter 11
                                                                :
Nortel Networks Inc., *et al.,*                                 :    Case No. 09-10138 (KG)
                                                                :
                                    Debtors.[1]                 :    Jointly Administered
                                                                :
                                                                :    **RE:  D.I. 17501, 17749,**
                                                                :    **17763**
                                                                :
---------------------------------------------------------------- X

**NORTEL TRADE CLAIM CONSORTIUM'S NOTICE OF INTENT TO
CHANGE VOTE ON THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF
NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED
DEBTORS PURSUANT TO FEDERAL BANKRUPTCY RULE 3018(A)**

PLEASE TAKE NOTICE THAT pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure and subject to the approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at the hearing to consider confirmation of the revised *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* dated January 23, 2017 [D.I. 17763] (as may be modified, amended, or supplemented and including all exhibits, as may be amended or supplemented from time to time and including all exhibits and supplements thereto, the "Amended Plan")[2] scheduled for January 24, 2017, at 10:00 a.m. (prevailing Eastern Time), before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Hearing") the members of the Nortel Trade Claims Consortium (the "NTCC") hereby provide notice (the "Notice") of their intent to change their votes and those of their affiliates rejecting the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* dated December 1, 2016 [D.I. 17501] (the "Plan") to votes accepting the Amended Plan.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 Plan for Nortel Networks India International Inc.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Plan.

-2-

PLEASE TAKE FURTHER NOTICE THAT, the members of the NTCC are changing their votes and those of their affiliates to accept the Amended Plan in consideration of the resolution of the NTCC Objection and other matters related to the Plan (the "NTCC Settlement") on the terms set forth in the *Notice of Resolution of Nortel Trade Claim Consortium Plan Confirmation Objection and Related Matters* (the "NTCC Settlement Notice") [D.I. 17749] filed on January 22, 2017.

Dated: January 23, 2017
Wilmington, DE

**FOX ROTHSCHILD LLP**

*/s/ L. John Bird*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: jschlerf@foxrothschild.com
          lbird@foxrothschild.com

and

**BROWN RUDNICK LLP**
Steven D. Pohl, Esq.
Christopher M. Floyd, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: spohl@brownrudnick.com
          cfloyd@brownrudnick.com

*Counsel to the Nortel Trade Claims Consortium*