# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF JANE SULLIVAN ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC, REGARDING VOTING AND TABULATION OF BALLOTS CAST ON THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS

I, Jane Sullivan, declare, under penalty of perjury:

1. I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("Epiq") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in these chapter 11 cases and should be considered an impartial party.

2. I submit this Supplemental Declaration with respect to the tabulation of votes cast on the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* dated January 23, 2017 [D.I. 17763] (as amended, supplemented, or modified from time

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). For the avoidance of doubt, the Plan and Disclosure Statement do not include a Plan for Nortel Networks India International ("NNIII"). NNIII will file a separate Chapter 11 Plan in its case. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

to time, the "Plan").[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. The *Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17729] was filed with this Court on January 19, 2017 (the "January 19 Declaration").

4. Pursuant to the *Notice of Resolution of Nortel Trade Claims Consortium Plan Confirmation Objection and Related Matters* [D.I. 17749] (the "NTCC Settlement Notice"), the Nortel Trade Claims Consortium ("NTCC") agreed, if requested by the Debtors, to vote their claims in favor of the Plan. As evidenced by the *Nortel Trade Claims Consortium's Notice of Intent to Change Vote on the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors Pursuant to Bankruptcy Rule 3018(A)* [D.I. 17782] the NTCC has signaled its intention to request that the Court change its members' votes against the Plan to votes supporting the Plan. Accordingly, the Debtors have requested that Epiq prepare a tabulation report, reflecting all NTCC votes previously counted to reject the Plan in Classes A-3A, B-3A and C-3A, as votes to accept the Plan (the "NTCC Settlement Voting Results").

5. I declare that the updated results of the voting by holders of Claims in the Voting Classes, including the hypothetical NTCC Settlement Voting Results are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order.

properly executed Ballots received by Epiq. The updated tabulation report shown in Exhibit A is the only update to the January 19 Declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:   January 23, 2017
         New York, New York

*Jane Sullivan*
Jane Sullivan
Executive Vice President
Epiq Bankruptcy Solutions, LLC

3