**<u>EXHIBIT A</u>**

## EXHIBIT A

### NORTEL NETWORKS INC.
### TABULATION SUMMARY

| Debtor | Debtor / Plan Class | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|--------|---------------------|------------------|------------------|------------------|------------------|---------------------|
|  |  | % | % | % | % |  |
| A | **NORTEL NETWORKS INC. / NORTEL NETWORKS CAPITAL CORPORATION** | 2294 | 48 | $1,037,435,888.19 | $18,970,670.27 | Accepting |
|  | Class 3A General Unsecured Claims [1] | **97.95%** | **2.05%** | **98.20%** | **1.80%** |  |
| A | **NORTEL NETWORKS INC. / NORTEL NETWORKS CAPITAL CORPORATION** | 163 | 4 | $3,494,550,816.99 | $63,884,091.07 | Accepting |
|  | Class 3B Crossover Bond Claims and EDC Claims [2] | **97.60%** | **2.40%** | **98.20%** | **1.80%** |  |
| A | **NORTEL NETWORKS INC. / NORTEL NETWORKS CAPITAL CORPORATION** | 173 | 0 | $2,153,071.77 | $0.00 | Accepting |
|  | Class 3C Convenience Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| B | **NORTEL NETWORKS (CALA) INC.** | 43 | 8 | $572,819,986.46 | $247,020.70 | Accepting |
|  | Class 3A General Unsecured Claims [3] | **84.31%** | **15.09%** | **99.96%** | **0.04%** |  |
| B | **NORTEL NETWORKS (CALA) INC.** | 4 | 0 | $40,378.64 | $0.00 | Accepting |
|  | Class 3C Convenience Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| C | **NORTEL ALTSYSTEMS INC.** | 6 | 1 | $565,048,212.74 | $27,694.58 | Accepting |
|  | Class 3A General Unsecured Claims | **85.71%** | **14.29%** | **99.995%** | **0.005%** |  |
| D | **NORTEL ALTSYSTEMS INTERNATIONAL INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|  | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |

# EXHIBIT A

## NORTEL NETWORKS INC.
## TABULATION SUMMARY

| Debtor | Debtor / Plan Class | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|--------|---------------------|------------------|------------------|------------------|------------------|---------------------|
|        |                     | % | % | % | % | |
| E | **XROS, INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| F | **SONOMA SYSTEMS** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| G | **QTERA CORPORATION** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| H | **CORETEK, INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| I | **NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| J | **NORTEL NETWORKS OPTICAL COMPONENTS INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| K | **NORTEL NETWORKS HPOCS INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
|   | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |

## EXHIBIT A

### NORTEL NETWORKS INC.
### TABULATION SUMMARY

| Debtor | Debtor / Plan Class | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| **L** | **ARCHITEL SYSTEMS (U.S.) CORPORTATION** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **M** | **NORTEL NETWORKS INTERNATIONAL INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **N** | **NORTHERN TELECOM INTERNATIONAL INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **O** | **NORTEL NETWORKS CABLE SOLUTIONS INC.** | 1 | 0 | $565,000,000.00 | $0.00 | Accepting |
| | Class 3A General Unsecured Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |

[1]  The Debtors agreed to waive the defect for electronic receipt and accepted a ballot received via email on the Voting Deadline.  The ballot voting $2,601,847.83 to accept the Plan is inlcuded in the tabulated results.  The inclusion of this ballot did not alter the voting outcome for this Class.

[2]  The Debtors agreed to waive the requirement for receipt by the Voting Deadline and accept a late Master Ballot with four votes for a total of $30,946,000 in prinicipal to accept the Plan.  The inclusion of these votes did not alter the voting outcome for this Class.

[3]  The Debtors agreed to waive the defect for electronic receipt and accepted a ballot received via email on the Voting Deadline.  The ballot voting $2,601,847.83 to accept the Plan is inlcuded in the tabulated results.  The inclusion of this ballot did not alter the voting outcome for this Class.