# **EXHIBIT A**

```
*********************************************************************************************Page 1 of (19)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT      AS OF 1/18/2017 1:58:28 PM
                                       PROFORMA NUMBER: 606477       LAST DATE BILLED 12/30/16

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF   ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                       NORTEL NETWORKS, INC.                                   CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001           NORTEL                                                  C/O FRED S. HODARA, ESQ.
CASE ID                                                                        AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                               ONE BRYANT PARK
                                                                               BANK OF AMERICA TOWER
                                                                               NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13253351 | 12/01/16 | | COMPLETE PREPARATION FOR 12/1/16 HEARING. | S10 | | 2.00 | 01762 | CMS | 1,060.00 | 1,060.00 |
| 13253352 | 12/01/16 | | ATTEND 12/1/16 HEARING. | S10 | | 1.30 | 01762 | CMS | 689.00 | 1,749.00 |
| 13253355 | 12/01/16 | | E-MAIL TO R. JOHNSON RE: PLAN TIMELINE. | S6 | | .10 | 01762 | CMS | 53.00 | 1,802.00 |
| 13253357 | 12/01/16 | | REVIEW MOTION TO RECONSIDER PPI SETTLEMENT ORDER. | S16 | | .80 | 01762 | CMS | 424.00 | 2,226.00 |
| 13253413 | 12/01/16 | | REVIEW DOCKET AND PREPARE CNOS RE CASSELS' AND ASHURST'S MONTHLY FEE APPLICATIONS. | S20 | | .40 | 01831 | CL | 98.00 | 2,324.00 |
| 13253414 | 12/01/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .50 | 01831 | CL | 122.50 | 2,446.50 |
| 13253417 | 12/01/16 | | E-MAIL TO C. LANO RE: PREPARATION FOR 12/1/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 2,499.50 |
| 13253418 | 12/01/16 | | MEETING W/ M. KENNEY RE: PROFESSIONAL FEE ISSUES. | S20 | | 1.00 | 01762 | CMS | 530.00 | 3,029.50 |
| 13253451 | 12/01/16 | | REVIEW AND EDIT CNO FOR ASHURST'S 92ND FEE APPLICATION | S20 | | .20 | 01797 | CDM | 66.00 | 3,095.50 |
| 13253452 | 12/01/16 | | REVIEW AND EDIT CNO FOR CASSELS'S 30TH FEE APPLICATION | S20 | | .20 | 01797 | CDM | 66.00 | 3,161.50 |
| 13253454 | 12/01/16 | | E-MAIL TO D. BOTTER RE: PROFESSIONAL FEE ISSUES. | S20 | | .10 | 01762 | CMS | 53.00 | 3,214.50 |
| 13253455 | 12/01/16 | | CALL TO D. BOTTER RE: PROFESSIONAL FEE ISSUES. | S20 | | .20 | 01762 | CMS | 106.00 | 3,320.50 |
| 13253462 | 12/01/16 | | PREPARE COMMITTEE EXHIBIT TO FOURTEENTH INTERIM FEE ORDER. | S20 | | 1.40 | 01831 | CL | 343.00 | 3,663.50 |
| 13253502 | 12/01/16 | | FILE CNO TO CASSELS' THIRTIETH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 3,712.50 |
| 13253503 | 12/01/16 | | FILE CNO TO ASHURST'S NINETY-SECOND MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 3,761.50 |

```
*********************************************************************************************Page 2 of (19)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 1/18/2017 1:58:28 PM
                                    PROFORMA NUMBER: 606477         LAST DATE BILLED 12/30/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13253533 | 12/01/16 | | REVIEW NOVEMBER PRO FORMA FOR ACCURACY AND CONFIDENTIALITY | S19 | | .80 | 01761 | LKG | 400.00 | 4,161.50 |
| 13254183 | 12/01/16 | | EMAIL TO C. LANO RE: NOVEMBER FEE APPLICATION (.1); EMAIL TO C. SAMIS RE: SAME (.1) | S19 | | .20 | 01761 | LKG | 100.00 | 4,261.50 |
| 13306097 | 12/01/16 | | EMAIL TO M. MADDOX RE: CNOS FOR ASHURST SEPTEMBER FEE APPLICATION AND CASSELS AUGUST FEE APPLICATION (.1); EMAIL TO C. MCCLAMB, C. LANO RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 4,361.50 |
| 13252519 | 12/02/16 | | ATTEND 12/2 TELEPHONIC HEARING | S10 | | .80 | 01761 | LKG | 400.00 | 4,761.50 |
| 13252520 | 12/02/16 | | EMAIL X2 TO C. LANO, C. MOSULY RE: COURTCALL APPEARANCES FOR 12/5 HEARING (.1); EMAIL TO R. JOHNSON RE: SAME | S10 | | .20 | 01761 | LKG | 100.00 | 4,861.50 |
| 13252525 | 12/02/16 | | REVIEW DEBTORS' RESPONSE TO PBGC MOTION TO RECONSIDER EVIDENTIARY HEARING SCHEDULE (1.2) | S9 | | 1.20 | 01761 | LKG | 600.00 | 5,461.50 |
| 13253923 | 12/02/16 | | REVIEW AMENDED 12/2/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 5,486.00 |
| 13253924 | 12/02/16 | | REVISE 12/2/16 HEARING BINDER. | S10 | | .30 | 01831 | CL | 73.50 | 5,559.50 |
| 13253930 | 12/02/16 | | REVIEW DISCLOSURE STATEMENT TO ANSWER J. CHAPMAN QUESTIONS. | S6 | | 1.60 | 01762 | CMS | 848.00 | 6,407.50 |
| 13253942 | 12/02/16 | | CALL TO J. CHAPMAN RE: NORTEL PLAN/DISCLOSURE STATEMENT QUESTIONS. | S6 | | .10 | 01762 | CMS | 53.00 | 6,460.50 |
| 13253958 | 12/02/16 | | REVIEW DEBTORS' RESPONSE TO PBGC MOTION TO EXTEND EVIDENTIARY HEARING. | S16 | | 1.00 | 01762 | CMS | 530.00 | 6,990.50 |
| 13253964 | 12/02/16 | | CONTINUED PREPARATION OF WTP TWENTY-THIRD MONTHLY FEE APPLICATION. | S19 | | 1.20 | 01831 | CL | 294.00 | 7,284.50 |
| 13253971 | 12/02/16 | | PREPARE FOR 12/2/16 HEARING. | S10 | | .60 | 01762 | CMS | 318.00 | 7,602.50 |
| 13253972 | 12/02/16 | | PARTICIPATE IN 12/2/16 HEARING. | S10 | | .80 | 01762 | CMS | 424.00 | 8,026.50 |

```
*******************************************************************************Page 3 of (19)
                                  WHITEFORD, TAYLOR & PRESTON        THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT       AS OF 1/18/2017 1:58:28 PM
                                      PROFORMA NUMBER: 606477       LAST DATE BILLED 12/30/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13253973 | 12/02/16 | | PARTICPATE IN WEEKLY COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 424.00 | 8,450.50 |
| 13253974 | 12/02/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .60 | 01762 | CMS | 318.00 | 8,768.50 |
| 13254005 | 12/02/16 | | COORDINATE WITH COURTCALL RE A. LORING'S AND C. SAMIS' 12/5/16 TELEPHONIC APPEARANCES. | S10 | | .20 | 01831 | CL | 49.00 | 8,817.50 |
| 13254008 | 12/02/16 | | REVIEW A. LORING'S AND C. SAMIS' 12/5/16 TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 8,842.00 |
| 13254142 | 12/02/16 | | CONFER WITH K. GOOD RE 12/5/16 TELEPHONIC APPEARANCES FOR F. HODARA AND R. JOHNSON. | S10 | | .10 | 01831 | CL | 24.50 | 8,866.50 |
| 13254238 | 12/02/16 | | E-MAILS TO C. LANO RE: PREPARATION FOR 12/5/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 8,972.50 |
| 13254241 | 12/02/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL | S3 | | .80 | 01761 | LKG | 400.00 | 9,372.50 |
| 13254622 | 12/05/16 | | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE W/ COURT ON DISCOVERY FOR PBGC PLAN DISPUTE. | S6 | | .40 | 01762 | CMS | 212.00 | 9,584.50 |
| 13254632 | 12/05/16 | | REVIEW 67TH MONTHLY RLKS FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 106.00 | 9,690.50 |
| 13254633 | 12/05/16 | | REVIEW 71TH MONTHLY CROWELL FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 106.00 | 9,796.50 |
| 13254634 | 12/05/16 | | REVIEW TRADE CONSORTIUM AMENDED 2019 STATEMENT. | S1 | | .20 | 01762 | CMS | 106.00 | 9,902.50 |
| 13254635 | 12/05/16 | | REVIEW PUNTER FINAL FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 212.00 | 10,114.50 |
| 13254636 | 12/05/16 | | REVIEW ITEL MOTION TO AMEND CLAIMS. | S9 | | .40 | 01762 | CMS | 212.00 | 10,326.50 |
| 13255162 | 12/05/16 | | CONFER WITH C. SAMIS RE STATUS OF WTP FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 10,351.00 |
| 13255163 | 12/05/16 | | REVISE WTP FEE APPLICATION. | S19 | | .80 | 01831 | CL | 196.00 | 10,547.00 |
| 13255167 | 12/05/16 | | EMAIL K. GOOD PROPOSED WTP'S TWENTY-THIRD FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 10,571.50 |
| 13255169 | 12/05/16 | | FILE WTP TWENTY-THIRD FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 10,645.00 |

```
*****************************************************************************************Page 4 of (19)
                                     WHITEFORD, TAYLOR & PRESTON       THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                     PROFORMA NUMBER: 606477           LAST DATE BILLED 12/30/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13255170 | 12/05/16 | | CONFER WITH DLS RE SERVICE OF WTP'S TWENTY-THIRD FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 10,669.50 |
| 13255171 | 12/05/16 | | EMAIL US TRUSTEE AND FEE EXAMINER WTP TWENTY-THIRD FEE APPLICATION. | S19 | | .10 | 01831 | CL | 24.50 | 10,694.00 |
| 13263526 | 12/05/16 | | PREPARE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.10 | 41315 | CM | 220.00 | 10,914.00 |
| 13258858 | 12/06/16 | | RETURN CALLS TO CREDITORS RE: PLAN PROCESS AND EXPECTED RECOVERIES (.2 X 9). | S6 | | 1.80 | 01762 | CMS | 954.00 | 11,868.00 |
| 13260556 | 12/06/16 | | EMAIL K. GOOD RE STATUS OF CASSELS' THIRTY-FIRST FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 11,892.50 |
| 13260557 | 12/06/16 | | REVIEW DOCKET AND PREPARE CNO TO CASSELS BROCK'S THIRTY-FIRST MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 11,941.50 |
| 13260558 | 12/06/16 | | PREPARE WTP'S NINTH INTERIM FEE APPLICATION. | S19 | | .30 | 01831 | CL | 73.50 | 12,015.00 |
| 13260579 | 12/06/16 | | FILE CNO RE CASSELS BROCK'S THIRTY-FIRST MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 12,064.00 |
| 13263681 | 12/06/16 | | EMAIL X2 TO C. LANO RE: CNO FOR CASSELS 31ST FEE APPLICATION (.1); EMAIL TO M. WUNDER RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 100.00 | 12,164.00 |
| 13263760 | 12/06/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | 1.00 | 41315 | CM | 200.00 | 12,364.00 |
| 13260536 | 12/07/16 | | E-MAILS TO M. KENNEY AND D. BOTTER RE: COMMITTEE COMPOSITION (.1 X 5). | S1 | | .50 | 01762 | CMS | 265.00 | 12,629.00 |
| 13260548 | 12/07/16 | | E-MAIL TO C. LANO RE: NOVEMBER FEE AND EXPENSE ESTIMATES FOR BUDGET. | S8 | | .10 | 01762 | CMS | 53.00 | 12,682.00 |
| 13260603 | 12/07/16 | | CALL W/ D. BOTTER AND M. KENNEY RE: COMMITTEE COMPOSITION. | S1 | | .30 | 01762 | CMS | 159.00 | 12,841.00 |
| 13264101 | 12/07/16 | | REVIEW UPDATE AND APPEARANCE NOTICE RE: CCAA MOTORS TO APPROVE MONITOR AND COUNSEL FEES | S20 | | .20 | 01761 | LKG | 100.00 | 12,941.00 |

```
***************************************************************************************Page 5 of (19)
                              WHITEFORD, TAYLOR & PRESTON    THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                    PROFORMA NUMBER: 606477                  LAST DATE BILLED 12/30/16
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13264103 | 12/07/16 | | REVIEW REVISED LETTER TO THIRD CIRCUIT RE: PENDING ALLOCATION APPEALS AND COMMENTS TO SAME | S16 | | .20 | 01761 | LKG | 100.00 | 13,041.00 |
| 13264104 | 12/07/16 | | EMAIL X2 TO C. LANO RE: SCHEDULING ORDER ON PBGC CLAIMS AND CRITICAL DATES | S1 | | .10 | 01761 | LKG | 50.00 | 13,091.00 |
| 13264106 | 12/07/16 | | EMAIL TO B. KAHN, C. SAMIS RE: WTP NOVEMBER FEE ESTIMATE | S19 | | .10 | 01761 | LKG | 50.00 | 13,141.00 |
| 13264211 | 12/07/16 | | CONFER WITH K. GOOD RE SCHEDULED HEARING DATES. | S10 | | .10 | 01831 | CL | 24.50 | 13,165.50 |
| 13297455 | 12/07/16 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .10 | 01831 | CL | 24.50 | 13,190.00 |
| 13264592 | 12/08/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 300.00 | 13,490.00 |
| 13265664 | 12/08/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | 1.10 | 01762 | CMS | 583.00 | 14,073.00 |
| 13265665 | 12/08/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .70 | 01762 | CMS | 371.00 | 14,444.00 |
| 13265680 | 12/08/16 | | CALL FROM J. ALBERTO RE: SECOND ORAL ARGUMENT ACKNOWLEDGMENT IN THIRD CIRCUIT. | S16 | | .20 | 01762 | CMS | 106.00 | 14,550.00 |
| 13265681 | 12/08/16 | | E-MAIL TO C. LANO RE: SECOND ORAL ARGUMENT ACKNOWLEDGMENT IN THIRD CIRCUIT. | S16 | | .10 | 01762 | CMS | 53.00 | 14,603.00 |
| 13265682 | 12/08/16 | | E-MAIL TO R. JOHNSON RE: SECOND ORAL ARGUMENT ACKNOWLEDGMENT IN THIRD CIRCUIT. | S16 | | .10 | 01762 | CMS | 53.00 | 14,656.00 |
| 13265683 | 12/08/16 | | CALL FROM M. KENNEY RE: COMMITTEE COMPOSITION. | S1 | | .80 | 01762 | CMS | 424.00 | 15,080.00 |
| 13265684 | 12/08/16 | | CALL TO D. BOTTER RE: COMMITTEE COMPOSITION. | S1 | | .30 | 01762 | CMS | 159.00 | 15,239.00 |
| 13265686 | 12/08/16 | | CALL TO D. BOTTER RE: COMMITTEE COMPOSITION. | S1 | | .10 | 01762 | CMS | 53.00 | 15,292.00 |
| 13262812 | 12/09/16 | | REVIEW 12/13/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 15,316.50 |
| 13262816 | 12/09/16 | | COORDINATE WITH COURTCALL RE C. SAMIS', D.BOTTER'S, AND A.LORING'S 12/13/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 15,365.50 |

```
***************************************************************************************Page 6 of (19)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 12/31/16
BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT      AS OF 1/18/2017 1:58:28 PM
                                      PROFORMA NUMBER: 606477       LAST DATE BILLED 12/30/16
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | |
| | | | NORTEL NETWORKS, INC. | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | |
| CASE ID | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13262817 | 12/09/16 | | REVIEW C. SAMIS', D.BOTTER'S, AND A.LORING'S 12/13/16 TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 15,390.00 |
| 13265695 | 12/09/16 | | E-MAILS TO A. LORING RE: PREPARATION FOR 12/13/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 15,496.00 |
| 13265698 | 12/09/16 | | CALL FROM R. JOHNSON RE: TRADE CONSORTIUM DISCOVERY DISPUTE. | S6 | | .20 | 01762 | CMS | 106.00 | 15,602.00 |
| 13265699 | 12/09/16 | | E-MAILS TO D. ABBOTT, R. JOHNSON AND C. NEFF RE: TRADE CONSORTIUM DISCOVERY DISPUTE (.1 X 5). | S6 | | .50 | 01762 | CMS | 265.00 | 15,867.00 |
| 13265700 | 12/09/16 | | E-MAILS TO D. BOTTER RE: CHANGES IN COMMITTEE COMPOSITION. | S1 | | .20 | 01762 | CMS | 106.00 | 15,973.00 |
| 13265704 | 12/09/16 | | RETURN CALLS TO CLAIMS TRADERS RE: STATUS OF PLAN (.2 X 6). | S6 | | 1.20 | 01762 | CMS | 636.00 | 16,609.00 |
| 13265706 | 12/09/16 | | PARTICIPATE IN TELECONFERENCE W/ JUDGE GROSS RE: TRADE CONSORTIUM DISCOVERY DISPUTE. | S6 | | .30 | 01762 | CMS | 159.00 | 16,768.00 |
| 13265709 | 12/09/16 | | CALLS TO R. JOHNSON RE: TRADE CONSORTIUM DISCOVERY DISPUTE (.2 X 2). | S1 | | .40 | 01762 | CMS | 212.00 | 16,980.00 |
| 13266673 | 12/12/16 | | CALL TO R. JOHNSON RE: TRADE CONSORTIUM DISCOVERY DISPUTE. | S6 | | .20 | 01762 | CMS | 106.00 | 17,086.00 |
| 13266675 | 12/12/16 | | REVIEW LSI JOINDER TO MOTION FOR RECONSIDERATION. | S16 | | .30 | 01762 | CMS | 159.00 | 17,245.00 |
| 13272656 | 12/12/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .40 | 01831 | CL | 98.00 | 17,343.00 |
| 13272692 | 12/12/16 | | COORDINATE WITH COURTCALL RE A.QUERESHI'S 12/14/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 17,392.00 |
| 13272693 | 12/12/16 | | REVIEW A.QUERESHI'S 12/14/16 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 17,416.50 |
| 13272705 | 12/12/16 | | COORDINATE WITH COURTCALL RE F.HODARA'S, R.JOHNSON'S, AND B. KAHN'S 12/13/16 TELEPHONIC | S10 | | .30 | 01831 | CL | 73.50 | 17,490.00 |

```
*********************************************************************************Page 7 of (19)
                                   WHITEFORD, TAYLOR & PRESTON    THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                   PROFORMA NUMBER: 606477        LAST DATE BILLED 12/30/16
```

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPEARANCES. | | | | | | | |
| 13272706 | 12/12/16 | | REVIEW F.HODARA'S, R.JOHNSON'S, AND B. KAHN'S TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 17,514.50 |
| 13267171 | 12/13/16 | | REVIEW LETTER REGARDING THE DEBTORS' OBJECTION TO CLAIMS FILED BY THE PBGC. | S9 | | .30 | 01762 | CMS | 159.00 | 17,673.50 |
| 13267172 | 12/13/16 | | REVIEW LETTER REGARDING DISCOVERY DISPUTE FILED BY NORTEL TRADE CLAIM CONSORTIUM. | S6 | | .30 | 01762 | CMS | 159.00 | 17,832.50 |
| 13267173 | 12/13/16 | | REVIEW LETTER REGARDING THE U.S. INTERESTS POSITION WITH RESPECT TO THE DISCOVERY REQUESTS SERVED BY THE NORTEL TRADE CLAIMS CONSORTIUM. | S6 | | .30 | 01762 | CMS | 159.00 | 17,991.50 |
| 13267174 | 12/13/16 | | PREPARE FOR 12/13/16 TELECONFERENCE WITH COURT ON DISCOVERY DISPUTES, ETC. | S10 | | .50 | 01762 | CMS | 265.00 | 18,256.50 |
| 13267175 | 12/13/16 | | E-MAILS TO R. JOHNSON RE: PREPARATION FOR 12/13/16 TELECONFERENCE WITH COURT ON DISCOVERY DISPUTES, ETC. | S10 | | .20 | 01762 | CMS | 106.00 | 18,362.50 |
| 13267181 | 12/13/16 | | PARTICIPATE IN 12/13/16 TELECONFERENCE ON DISCOVERY DISPUTES, ETC. | S10 | | 1.50 | 01762 | CMS | 795.00 | 19,157.50 |
| 13267192 | 12/13/16 | | CALL TO R. JOHNSON RE: CONFIRMATION OBJECTIONS. | S6 | | .20 | 01762 | CMS | 106.00 | 19,263.50 |
| 13267201 | 12/13/16 | | REVIEW REVISED RESPONSE TO TCC MOTION FOR RECONSIDERATION OF PPI SETTLEMENT. | S6 | | .20 | 01762 | CMS | 106.00 | 19,369.50 |
| 13267202 | 12/13/16 | | E-MAILS TO R. JOHNSON AND C. MCCLAMB RE: FILING AND SERVICE OF RESPONSE TO TCC MOTION FOR RECONSIDERATION OF PPI SETTLEMENT (.1 X 2). | S6 | | .20 | 01762 | CMS | 106.00 | 19,475.50 |
| 13267914 | 12/13/16 | | E-MAILS TO D. BOTTER AND C. LANO RE: PREPARATIONS FOR 12/20/16 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 19,581.50 |
| 13267918 | 12/13/16 | | REVIEW 12/13/16 AMENDED AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 19,606.00 |
| 13267919 | 12/13/16 | | PREPARE 12/13/16 HEARING BINDER. | S10 | | .70 | 01831 | CL | 171.50 | 19,777.50 |

```
*****************************************************************************************Page 8 of (19)
                                   WHITEFORD, TAYLOR & PRESTON       THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                        PROFORMA NUMBER: 606477      LAST DATE BILLED 12/30/16
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13267961 | 12/13/16 | | CONFER WITH C. MCCLAMB RE FILING AND SERVICE OF RESPONSE TO TRADE CONSORTIUM'S MOTION FOR RECONSIDERATION. | S16 | | .10 | 01831 | CL | 24.50 | 19,802.00 |
| 13267962 | 12/13/16 | | FILE RESPONSE TO TRADE CONSORTIUM'S MOTION FOR RECONSIDERATION. | S16 | | .20 | 01831 | CL | 49.00 | 19,851.00 |
| 13267963 | 12/13/16 | | CONFER WITH DLS RE SERVICE OF RESPONSE TO TRADE CONSORTIUM'S MOTION FOR RECONSIDERATION. | S16 | | .20 | 01831 | CL | 49.00 | 19,900.00 |
| 13298453 | 12/13/16 | | REVIEW DEBTORS' LETTER RE: DISCOVERY DISPUTE WITH PBGC (.2); REVIEW DEBTORS' LETTER RE: DISCOVERY DISPUTE WITH TRADE CLAIM CONSORTIUM (.2); REVIEW TRADE CLAIM CONSORTIUM LETTER RE: DISCOVERY DISPUTE (.2) | S16 | | .60 | 01761 | LKG | 300.00 | 20,200.00 |
| 13298455 | 12/13/16 | | ATTEND NORTEL DISCOVERY CONFERENCE | S10 | | .80 | 01761 | LKG | 400.00 | 20,600.00 |
| 13298460 | 12/13/16 | | REVIEW REVISED COMMITTEE RESPONSE TO TCC MOTION FOR RECONSIDERATION OF PPI DECISION | S16 | | .20 | 01761 | LKG | 100.00 | 20,700.00 |
| 13298462 | 12/13/16 | | REVIEW AMENDED AGENDA FOR 12/13 TELEPHONIC HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 20,750.00 |
| 13298466 | 12/13/16 | | REVIEW OCTOBER MOR | S12 | | .30 | 01761 | LKG | 150.00 | 20,900.00 |
| 13298467 | 12/13/16 | | REVIEW BNYM RESPONSE TO TCC MOTION TO RECONSIDER PPI DECISION | S16 | | .20 | 01761 | LKG | 100.00 | 21,000.00 |
| 13298468 | 12/13/16 | | REVIEW BONDHOLDER GROUP'S RESPONSE TO TCC MOTION FOR RECONSIDERATION | S16 | | .60 | 01761 | LKG | 300.00 | 21,300.00 |
| 13298469 | 12/13/16 | | REVIEW DEBTORS' RESPONSE TO TCC MOTION FOR RECONSIDERATION | S16 | | .30 | 01761 | LKG | 150.00 | 21,450.00 |
| 13298470 | 12/13/16 | | REVIEW MONITOR'S RESPONSE TO TCC MOTION FOR RECONSIDERATION | S16 | | .20 | 01761 | LKG | 100.00 | 21,550.00 |
| 13268913 | 12/14/16 | | REVIEW BONDHOLDERS' RESPONSE TO MOTION FOR RECONSIDERATION OF PPI SETTLEMENT. | S16 | | 1.10 | 01762 | CMS | 583.00 | 22,133.00 |

```
****************************************************************************************Page 9 of (19)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 1/18/2017  1:58:28 PM
                                    PROFORMA NUMBER: 606477             LAST DATE BILLED 12/30/16
```

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13268914 | 12/14/16 | | REVIEW DEBTORS' RESPONSE TO MOTION FOR RECONSIDERATION OF PPI SETTLEMENT. | S16 | | .70 | 01762 | CMS | 371.00 | 22,504.00 |
| 13268915 | 12/14/16 | | REVIEW BNYM RESPONSE TO MOTION FOR RECONSIDERATION OF PPI SETTLEMENT. | S16 | | .30 | 01762 | CMS | 159.00 | 22,663.00 |
| 13268916 | 12/14/16 | | REVIEW MONITOR'S RESPONSE TO MOTION FOR RECONSIDERATION OF PPI SETTLEMENT. | S16 | | .30 | 01762 | CMS | 159.00 | 22,822.00 |
| 13268919 | 12/14/16 | | E-MAILS TO J. ALBERTO RE: ACKNOWLEDGMENTS IN THIRD CIRCUIT ALLOCATION APPEAL (.1 X 4). | S16 | | .40 | 01762 | CMS | 212.00 | 23,034.00 |
| 13268941 | 12/14/16 | | E-MAIL TO C. LANO RE: PREPARATION FOR 12/20/16 HEARING. | S10 | | .10 | 01762 | CMS | 53.00 | 23,087.00 |
| 13273428 | 12/14/16 | | COORDINATE WITH COURTCALL RE C. SAMIS', F. HODARA'S, A. LORING'S, AND A.QUERESHI'S 12/22/16 TELEPHONIC APPEARANCES. | S10 | | .30 | 01831 | CL | 73.50 | 23,160.50 |
| 13273466 | 12/14/16 | | COORDINATE WITH COURTCALL RE M.WUNDER'S 12/20/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 49.00 | 23,209.50 |
| 13273467 | 12/14/16 | | REVIEW M.WUNDER'S 12/20/16 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 24.50 | 23,234.00 |
| 13273500 | 12/14/16 | | TELEPHONE CALL TO HOTEL DUPONT RE HOTEL RESERVATIONS FOR 12/20/16 HEARING. | S1 | | .20 | 01831 | CL | 49.00 | 23,283.00 |
| 13297748 | 12/14/16 | | EMAIL TO C. LANO RE: COURTCALL APPEARANCES FOR 12/20 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 23,333.00 |
| 13298094 | 12/14/16 | | REVIEW AGENDA FOR 12/15 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 23,383.00 |
| 13298095 | 12/14/16 | | REVIEW CONFIRMATION AND PLAN EFFECTIVENESS TIMELINE | S6 | | .10 | 01761 | LKG | 50.00 | 23,433.00 |
| 13298096 | 12/14/16 | | REVIEW COC AND PROPOSED ORDER APPOINTING MEDIATOR | S6 | | .20 | 01761 | LKG | 100.00 | 23,533.00 |
| 13270371 | 12/15/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 265.00 | 23,798.00 |

```
*************************************************************************************Page 10 of (19)
                              WHITEFORD, TAYLOR & PRESTON      THRU 12/31/16
BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS    DETAILED BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                              PROFORMA NUMBER: 606477          LAST DATE BILLED 12/30/16
```

CLIENT 091281     OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                  NORTEL NETWORKS, INC.
MATTER 00001      NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13270372 | 12/15/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | 1.00 | 01762 | CMS | 530.00 | 24,328.00 |
| 13270396 | 12/15/16 | | E-MAIL TO A. LORING RE: MEDIATION ATTENDANCE. | S6 | | .10 | 01762 | CMS | 53.00 | 24,381.00 |
| 13270397 | 12/15/16 | | E-MAILS TO D. ABBOTT AND D. BOTTER RE: PREPARATION FOR 12/20/16 HEARING (.1 X 6). | S10 | | .60 | 01762 | CMS | 318.00 | 24,699.00 |
| 13273655 | 12/15/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .50 | 01761 | LKG | 250.00 | 24,949.00 |
| 13273837 | 12/15/16 | | PREPARE AFFIDAVIT OF SERVICE RE RESPONSE TO NORTEL TRADE CLAIM CONSORTIUM MOTION FOR RECONSIDERATION. | S16 | | .30 | 01831 | CL | 73.50 | 25,022.50 |
| 13273847 | 12/15/16 | | FILE AFFIDAVIT OF SERVICE RE RESPONSE TO NORTEL TRADE CLAIM CONSORTIUM MOTION FOR RECONSIDERATION | S16 | | .20 | 01831 | CL | 49.00 | 25,071.50 |
| 13271870 | 12/16/16 | | REVIEW 12/20/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 25,096.00 |
| 13271871 | 12/16/16 | | EMAIL K. GOOD RE 12/20/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 25,120.50 |
| 13271872 | 12/16/16 | | PREPARE 12/20/16 HEARING DOCUMENTS. | S10 | | .30 | 01831 | CL | 73.50 | 25,194.00 |
| 13274194 | 12/16/16 | | REVIEW AGENDA FOR 12/20 HEARING (.1); EMAIL TO C. LANO RE: HEARING PREPARATION (.1); CONFER WITH C. SAMIS RE: SAME (.1) | S10 | | .30 | 01761 | LKG | 150.00 | 25,344.00 |
| 13274198 | 12/16/16 | | REVIEW 9019 MOTION TO APPROVE SPSA | S6 | | .70 | 01761 | LKG | 350.00 | 25,694.00 |
| 13274454 | 12/16/16 | | E-MAIL TO D. BOTTER RE: PREPARATION FOR 12/20/16 HEARING/MEDIATION. | S10 | | .10 | 01762 | CMS | 53.00 | 25,747.00 |
| 13297463 | 12/16/16 | | REVIEW MOTION TO APPROVE SPSA | S16 | | .80 | 01761 | LKG | 400.00 | 26,147.00 |
| 13271896 | 12/17/16 | | TELEPHONE CALL TO HOTEL DUPONT RE HOTEL RESERVATIONS FOR 12/20/16 HEARING. | S10 | | .10 | 01831 | CL | 24.50 | 26,171.50 |
| 13271897 | 12/17/16 | | FINALIZE 12/20/16 HEARING BINDERS. | S10 | | .50 | 01831 | CL | 122.50 | 26,294.00 |
| 13271898 | 12/17/16 | | CONFER WITH A. LORING RE 12/20/16 TELEPHONIC ARRANGEMENTS. | S10 | | .10 | 01831 | CL | 24.50 | 26,318.50 |

```
*************************************************************************************Page 11 of (19)
                                    WHITEFORD, TAYLOR & PRESTON         THRU 12/31/16
BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                    PROFORMA NUMBER: 606477           LAST DATE BILLED 12/30/16
```

CLIENT 091281       OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                    NORTEL NETWORKS, INC.
MATTER 00001        NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13274462 | 12/17/16 | | E-MAIL TO C. LANO RE: PREPARATION FOR 12/20/16 HEARING/MEDIATION. | S10 | | .10 | 01762 | CMS | 53.00 | 26,371.50 |
| 13279124 | 12/19/16 | | PREPARE FOR 12/20/16 HEARING AND MEDIATION SESSION. | S10 | | 2.10 | 01762 | CMS | 1,113.00 | 27,484.50 |
| 13285357 | 12/19/16 | | COORDINATE WITH COURTCALL RE 12/20/16 TELEPHONIC APPEARANCES FOR A. LORING, R.JOHNSON, D.BOTTER, F.HODARA, B.KAHN, AND A.QURESHI. | S10 | | .30 | 01831 | CL | 73.50 | 27,558.00 |
| 13285358 | 12/19/16 | | REVIEW 12/20/16 TELEPHONIC CONFIRMATIONS AND FORWARD SAME TO A. LORING. | S10 | | .20 | 01831 | CL | 49.00 | 27,607.00 |
| 13282480 | 12/20/16 | | COMPLETE PREPARATIONS FOR 12/21/16 HEARING/MEDIATION. | S10 | | 1.50 | 01762 | CMS | 795.00 | 28,402.00 |
| 13282481 | 12/20/16 | | ATTEND 12/26/16 HEARING. | S10 | | 2.30 | 01762 | CMS | 1,219.00 | 29,621.00 |
| 13282482 | 12/20/16 | | ATTEND 12/26/16 MEDIATION. | S10 | | 9.20 | 01762 | CMS | 4,876.00 | 34,497.00 |
| 13282483 | 12/20/16 | | E-MAILS TO J. ALBERTO RE: HEARING/MEDIATION OUTCOME. | S10 | | .30 | 01762 | CMS | 159.00 | 34,656.00 |
| 13282484 | 12/20/16 | | E-MAILS TO C. LANO RE: PREPARATIONS FOR 12/22/16 TELEPHONIC HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 106.00 | 34,762.00 |
| 13282485 | 12/20/16 | | E-MAIL TO C. LANO RE: FILING BRG FEE APPLICATION CNOS. | S20 | | .10 | 01762 | CMS | 53.00 | 34,815.00 |
| 13282486 | 12/20/16 | | E-MAILS TO A. COWIE AND C. MOSULY RE: PREPARATION FOR 12/20/16 MEDIATION (.1 X 2). | S6 | | .20 | 01762 | CMS | 106.00 | 34,921.00 |
| 13282491 | 12/20/16 | | E-MAIL TO C. MOSULY RE: PROVIDING PAYMENT INFORMATION TO COMPANY IN CONNECTION WITH COMMITTEE PROFESSIONAL PAYMENTS. | S20 | | .10 | 01762 | CMS | 53.00 | 34,974.00 |
| 13285561 | 12/20/16 | | REVIEW NOVEMBER MOR | S12 | | .30 | 01761 | LKG | 150.00 | 35,124.00 |
| 13285562 | 12/20/16 | | REVIEW CLEARY 95TH MONTHLY FEE APPLICATION | S20 | | .30 | 01761 | LKG | 150.00 | 35,274.00 |

Case 09-10138-MFW   Doc 17785-2   Filed 01/23/17   Page 13 of 17

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Page 12 of (19)

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS          WHITEFORD, TAYLOR & PRESTON       THRU 12/31/16
                                                       DETAILED  BILLING REPORT          AS OF 1/18/2017 1:58:28 PM
                                                       PROFORMA NUMBER: 606477           LAST DATE BILLED 12/30/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | \*\*\*PROFESSIONAL SERVICES\*\*\* | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13285662 | 12/20/16 | | REVIEW 12/22/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 35,298.50 |
| 13285670 | 12/20/16 | | CONFER WITH C. SAMIS RE 12/22/16 TELEPHONIC ARRANGEMENTS. | S10 | | .10 | 01831 | CL | 24.50 | 35,323.00 |
| 13296824 | 12/20/16 | | EMAIL TO M. MADDOX RE: W8 FORMS FOR CASSELS AND ASHURST | S20 | | .10 | 01761 | LKG | 50.00 | 35,373.00 |
| 13296826 | 12/20/16 | | REVIEW AGENDA FOR 12/22 TELEPHONIC HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 35,423.00 |
| 13296827 | 12/20/16 | | REVIEW HURON NOVEMBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 100.00 | 35,523.00 |
| 13296828 | 12/20/16 | | REVIEW MERGIS GROUP MONTHLY STAFFING REPORT | S20 | | .20 | 01761 | LKG | 100.00 | 35,623.00 |
| 13297001 | 12/20/16 | | REVIEW BRG PRESENTATION RE: SETTLEMENT PROPOSALS FOR ALLOCATION AND CONFIRMATION DISPUTES | S16 | | .80 | 01761 | LKG | 400.00 | 36,023.00 |
| 13297558 | 12/20/16 | | PREPARE CNO TO WTP'S TWENTY-SECOND MONTHLY FEE APPLICATION. | S10 | | .20 | 01831 | CL | 49.00 | 36,072.00 |
| 13297559 | 12/20/16 | | PREPARE CNO TO BERKELEY RESEARCH GROUP'S SIXTEENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,121.00 |
| 13297560 | 12/20/16 | | PREPARE CNO TO AKIN GUMP'S NINETY-THIRD MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,170.00 |
| 13297561 | 12/20/16 | | FILE CNO TO AKIN GUMP'S NINETY-THIRD MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,219.00 |
| 13297562 | 12/20/16 | | FILE CNO TO WTP'S TWENTY-SECOND MONTHLY FEE APPLICATION. | S19 | | .20 | 01831 | CL | 49.00 | 36,268.00 |
| 13297563 | 12/20/16 | | FILE CNO TO BERKELEY RESEARCH GROUP'S SIXTEENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,317.00 |
| 13297564 | 12/20/16 | | PREPARE CASSELS BROCK'S THIRTY-SECOND MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,366.00 |
| 13297565 | 12/20/16 | | FILE CASSELS BROCK'S THIRTY-SECOND MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,415.00 |

```
*******************************************************************************************Page 13 of (19)
                                      WHITEFORD, TAYLOR & PRESTON       THRU 12/31/16
BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 1/18/2017 1:58:28 PM
                                       PROFORMA NUMBER: 606477           LAST DATE BILLED 12/30/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13297566 | 12/20/16 | | PREPARE CNO TO BERKELEY RESEARCH GROUP'S SEVENTEENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,464.00 |
| 13297567 | 12/20/16 | | FILE CNO TO BERKELEY RESEARCH GROUP'S SEVENTEENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,513.00 |
| 13282787 | 12/21/16 | | REVIEW NOVEMBER MOR. | S12 | | .40 | 01762 | CMS | 212.00 | 36,725.00 |
| 13285982 | 12/21/16 | | CONFER WITH K. GOOD RE STATUS OF CNO TO ASHURT'S NINETY-THIRD FEE APPLICATION. | S20 | | .10 | 01831 | CL | 24.50 | 36,749.50 |
| 13286039 | 12/21/16 | | PREPARE 12/22/16 HEARING BINDER. | S10 | | .30 | 01831 | CL | 73.50 | 36,823.00 |
| 13286040 | 12/21/16 | | REVIEW AMENDED 12/22/16 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 36,847.50 |
| 13286052 | 12/21/16 | | REVIEW DOCKET AND PREPARE CNO TO ASHURST'S MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,896.50 |
| 13286053 | 12/21/16 | | FILE CNO TO ASHURST'S MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 49.00 | 36,945.50 |
| 13296803 | 12/21/16 | | EMAIL X2 TO L. ROBERTS RE: CNO FOR ASHURST OCTOBER FEE APPLICATION (.1); REVIEW SAME FOR FILING (.1); EMAIL X2 TO C. LANO RE: SAME (.1) EMAIL TO L. ROBERTS RE: W8 FORM (.1); EMAIL TO M. WUNDER RE: SAME (.1) | S20 | | .50 | 01761 | LKG | 250.00 | 37,195.50 |
| 13296813 | 12/21/16 | | EMAIL TO C. SAMIS RE: 12/21 STATUS CONFERENCE | S16 | | .10 | 01761 | LKG | 50.00 | 37,245.50 |
| 13296814 | 12/21/16 | | REVIEW THIRTEENTH AMENDMENT TO THE STATEMENT OF WORK ENTERED INTO PURSUANT TO THE TAX SERVICES AGREEMENT WITH ERNST & YOUNG LLP | S18 | | .30 | 01761 | LKG | 150.00 | 37,395.50 |
| 13296816 | 12/21/16 | | REVIEW AGENDA CANCELING 12/22 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 37,445.50 |
| 13296817 | 12/21/16 | | REVIEW MOTION TO APPROVE SETTLEMENT WITH PBGC | S16 | | .60 | 01761 | LKG | 300.00 | 37,745.50 |
| 13296818 | 12/21/16 | | REVIEW AGENDA FOR 12/22 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 50.00 | 37,795.50 |
| 13297601 | 12/21/16 | | REVIEW DOCKET RE 12/21/16 AGENDA AND CONFER WITH C. SAMIS RE SAME. | S10 | | .30 | 01831 | CL | 73.50 | 37,869.00 |

```
*****************************************************************************Page 14 of (19)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT       AS OF 1/18/2017 1:58:28 PM
                                         PROFORMA NUMBER: 606477     LAST DATE BILLED 12/30/16
```

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13284488 | 12/22/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION. | S1 | | 1.30 | 41315 | CM | 260.00 | 38,129.00 |
| 13286249 | 12/22/16 | | REVIEW PBGC SETTLEMENT AGREEMENT. | S6 | | 1.10 | 01762 | CMS | 583.00 | 38,712.00 |
| 13286251 | 12/22/16 | | REVIEW SNMP MEDIATION ORDERS AND RELATED DOCUMENTS. | S16 | | .40 | 01762 | CMS | 212.00 | 38,924.00 |
| 13286252 | 12/22/16 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .70 | 01762 | CMS | 371.00 | 39,295.00 |
| 13286253 | 12/22/16 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .60 | 01762 | CMS | 318.00 | 39,613.00 |
| 13286421 | 12/22/16 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 49.00 | 39,662.00 |
| 13296793 | 12/22/16 | | EMAIL X2 TO M. MADDOX, T. MINOTT RE: W8 FORMS FOR CASSELS AND ASHURST (.2); EMAIL TO L. ROBERTS RE: SAME (.1); EMAIL X2 TO M. WUNDER RE: SAME (.1) | S20 | | .40 | 01761 | LKG | 200.00 | 39,862.00 |
| 13296800 | 12/22/16 | | REVIEW EXHIBIT ALLOWING CERTAIN CLAIMS FOR VOTING PURPOSES | S9 | | .30 | 01761 | LKG | 150.00 | 40,012.00 |
| 13296802 | 12/22/16 | | REVIEW BRG CLAIMS SETTLEMENT ANALYSIS | S9 | | .20 | 01761 | LKG | 100.00 | 40,112.00 |
| 13298452 | 12/22/16 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 300.00 | 40,412.00 |
| 13284489 | 12/23/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION. | S1 | | 1.70 | 41315 | CM | 340.00 | 40,752.00 |
| 13287804 | 12/23/16 | | REVIEW NOTICE OF ALLOWANCE OF CLAIMS FOR VOTING PURPOSES. | S9 | | .30 | 01762 | CMS | 159.00 | 40,911.00 |
| 13287805 | 12/23/16 | | REVIEW 13TH AMENDMENT OT SOW BY E&Y. | S18 | | .30 | 01762 | CMS | 159.00 | 41,070.00 |
| 13287806 | 12/23/16 | | REVIEW MERGIS NOVEMBER 2016 STAFFING REPORT. | S20 | | .20 | 01762 | CMS | 106.00 | 41,176.00 |
| 13287807 | 12/23/16 | | REVIEW 95TH CLEARY FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 212.00 | 41,388.00 |
| 13287808 | 12/23/16 | | REVIEW 94TH HURON FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 212.00 | 41,600.00 |
| 13287810 | 12/23/16 | | RETURN CALLS TO CREDITORS RE: RECOVERIES UNDER PLAN AND CLAIMS TRADERS (.2 X 4). | S6 | | 1.60 | 01762 | CMS | 848.00 | 42,448.00 |

```
*********************************************************************************************Page 15 of (19)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                    PROFORMA NUMBER: 606477          LAST DATE BILLED 12/30/16
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13287812 | 12/23/16 | | REVIEW PLAN AND DS FOR RESPONDING TO CREDITOR INQUIRIES ON CASE ELEMENTS AND RECOVERIES. | S6 | | 1.30 | 01762 | CMS | 689.00 | 43,137.00 |
| 13296438 | 12/23/16 | | REVIEW ASHURST NOVEMBER FEE APPLICATION (.4); EMAIL TO A. LORING RE: SAME (.1); DRAFT NOTICE AND COS FOR SAME (.1); EFILE SAME (.1); EMAIL TO J. MITCHELL RE: SERVICE OF SAME (.1) | S20 | | .80 | 01761 | LKG | 400.00 | 43,537.00 |
| 13287725 | 12/27/16 | | E-MAILS TO K. GOOD RE: CNOS FOR COMMITTEE PROFESSIONAL FEE APPLICATIONS FOR END OF YEAR (.1 X 2). | S20 | | .20 | 01762 | CMS | 106.00 | 43,643.00 |
| 13287729 | 12/27/16 | | REVIEW THIRD JOINT STATUS REPORT IN SNMP APPEAL. | S16 | | .20 | 01762 | CMS | 106.00 | 43,749.00 |
| 13288509 | 12/27/16 | | CONFER WITH C. SAMIS RE CNO TO TWENTY-THIRD MONTHLY FEE APPLICATION. | S10 | | .10 | 01831 | CL | 24.50 | 43,773.50 |
| 13288510 | 12/27/16 | | REVIEW DOCKET AND PREPARE CNO TO TWENTY-THIRD MONTHLY FEE APPLICATION. | S10 | | .10 | 01831 | CL | 24.50 | 43,798.00 |
| 13288511 | 12/27/16 | | FILE CNO TO TWENTY-THIRD MONTHLY FEE APPLICATION. | S10 | | .20 | 01831 | CL | 49.00 | 43,847.00 |
| 13295603 | 12/27/16 | | EMAIL TO C. SAMIS RE: CNO FOR NOVEMBER FEE APPLICATION | S20 | | .10 | 01761 | LKG | 50.00 | 43,897.00 |
| 13296420 | 12/27/16 | | REVIEW STATUS REPORT RE: PPI APPEAL (.1); EMAIL TO R. JOHNSON, B. KAHN RE: SAME (.1); EMAIL TO A. LORING RE: SAME (.1); EMAIL TO T. MINOTT RE: SAME (.1) | S16 | | .40 | 01761 | LKG | 200.00 | 44,097.00 |
| 13288556 | 12/29/16 | | E-MAILS TO A. WOODFOLK RE: YEAR-END PAYMENTS TO COMMITTEE PROFESSIONALS (.1 X 2). | S20 | | .20 | 01762 | CMS | 106.00 | 44,203.00 |
| 13296038 | 12/29/16 | | REVIEW 1/6/17 AGENDA. | S10 | | .10 | 01831 | CL | 24.50 | 44,227.50 |
| 13296356 | 12/29/16 | | REVIEW AGENDA CANCELING 1/6/17 HEARING | S10 | | .10 | 01761 | LKG | 50.00 | 44,277.50 |
| 13289883 | 12/30/16 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTION. | S1 | | .70 | 41315 | CM | 140.00 | 44,417.50 |
| 13291795 | 12/30/16 | | REVIEW PLAN SUPPLEMENT. | S6 | | 3.70 | 01762 | CMS | 1,961.00 | 46,378.50 |

```
*********************************************************************************Page 16 of (19)
                                   WHITEFORD, TAYLOR & PRESTON      THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 1/18/2017 1:58:28 PM
                                   PROFORMA NUMBER:  606477         LAST DATE BILLED 12/30/16


CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

                                                                    HOURS    TKPR   TKPR    TIME VALUE      RUNNING
INDEX      DATE      CA    ***PROFESSIONAL SERVICES***   TASK  ACT  WORKED   NO     INIT.   THIS PERIOD     TOTAL


13291804   12/30/16        RETURN CALLS TO CREDITORS RE: DISTRIBUTIONS ON   S6        .80   01762   CMS       424.00     46,802.50
                           CLAIMS (.2 X 4).

13296225   12/30/16        REVIEW CHILMARK NOVEMBER FEE APPLICATION (.2);   S20       .40   01761   LKG       200.00     47,002.50
                           REVIEW MNAT NOVEMBER FEE APPLICATION (.2)

13296227   12/30/16        REVIEW PLAN SUPPLEMENT                           S6       1.70   01761   LKG       850.00     47,852.50
                                                                            104.40**TIME VALUE TOTAL**       47,852.50
```