# **<u>EXHIBIT B</u>**

```
*********************************************************************************************Page 17 of (19)
                                              WHITEFORD, TAYLOR & PRESTON    THRU 12/31/16
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT   AS OF 1/18/2017 1:58:28 PM
                                                 PROFORMA NUMBER: 606477     LAST DATE BILLED 12/30/16
```

---

```
CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

---

```
                   ***DISBURSEMENTS ***


INDEX      DATE      REFER-#    CODE    CTRL-#  TKPR                                              AMOUNT
_____   _____    _____   _____  _____ _____  _____ _____
                                10                     PHOTOCOPIES                                            6.90

                                                          *TOTAL DISBURSEMENTS*    6.90
```