# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re: NORTEL NETWORKS INC., ET AL.                    Case No. 09-10138

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

**CONTRARIAN FUNDS, LLC**　　　　　　　　**CRT SPECIAL INVESTMENTS LLC**
Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Name and Current Address of Transferor
should be sent

CONTRARIAN FUNDS, LLC　　　　　　　　CRT SPECIAL INVESTMENTS LLC
411 WEST PUTNAM AVE., STE. 425　　　　　262 HARBOR DRIVE
GREENWICH, CT 06830　　　　　　　　　　STAMFORD, CT 06902
ATTN: ALISA MUMOLA
PHONE 203-862-8211

| # | Claim Number | Schedule Number | Allowed Claim Amount |
|---|---|---|---|
| 1 | -- | 100752160 | $5,379.50 |
| 2 | -- | 100310340 | $6,008.56 |
| 3 | -- | 100310330 | $194.85 |
| 4 | 199 | 101021930 | $31,638.48 |
| 5 | 422 | 101021970 | $44,997.30 |
| 6 | 2328 | 100871500 | $64,290.87 |
| 7 | 2499 | 100531600 | $50,893.03 |
| 8 | 2801 | -- | $273,693.00 |
| 9 | 2957 | 101019270 | $13,055.49 |
| 10 | 3626 | 101019460 | $14,293.33 |
| 11 | 3630 | 100307530 | $246,523.00 |
| 12 | 3666 | 100760570 | $306,639.00 |
| 13 | 3707 | -- | $79,699.00 |
| 14 | 3940 | -- | $375,007.00 |
| 15 | 4076 | 100243540 | $73,824.90 |
| 16 | 4409 | -- | $171,850.00 |
| 17 | 7179 | -- | $288,000.00 |
| 18 | 7306 | -- | $81,728.14 |
| 19 | 8747 | -- | $296,539.00 |
|  |  | TOTAL | **$2,424,254.45** |

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____　　　　Date: _____January 24, 2017____
　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIMS

**CRT Special Investments LLC**, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, LLC** its successors and assigns ("Assignee") all rights, title and interest in and to the 19 claims of Assignor having the Claim Numbers and/or Schedule numbers (each, a "Claim"), and allowed in the respective amounts as set forth in the table below, each such Claim against Nortel Networks, Inc., the Debtor, in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware, case no. 09-10138 (KG), or any other court with jurisdiction.

| # | Claim Number | Schedule Number | Allowed Claim Amount |
|---|---|---|---|
| 1 | -- | 100752160 | $5,379.50 |
| 2 | -- | 100310340 | $6,008.56 |
| 3 | -- | 100310330 | $194.85 |
| 4 | 199 | 101021930 | $31,638.48 |
| 5 | 422 | 101021970 | $44,997.30 |
| 6 | 2328 | 100871500 | $64,290.87 |
| 7 | 2499 | 100531600 | $50,893.03 |
| 8 | 2801 | -- | $273,693.00 |
| 9 | 2957 | 101019270 | $13,055.49 |
| 10 | 3626 | 101019460 | $14,293.33 |
| 11 | 3630 | 100307530 | $246,523.00 |
| 12 | 3666 | 100760570 | $306,639.00 |
| 13 | 3707 | -- | $79,699.00 |
| 14 | 3940 | -- | $375,007.00 |
| 15 | 4076 | 100243540 | $73,824.90 |
| 16 | 4409 | -- | $171,850.00 |
| 17 | 7179 | -- | $288,000.00 |
| 18 | 7306 | -- | $81,728.14 |
| 19 | 8747 | -- | $296,539.00 |
| | | **TOTAL** | **$2,424,254.45** |

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claims by its duly authorized representative this 23rd day of January 2017.

(Assignor)
CRT SPECIAL INVESTMENTS LLC

By: *[signature]*
Name: John D. Nielsen
Title: General Counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: *[signature]*
Name: Jon R. Bauer
Title: Managing Member

124204277

2