## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

---------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the physical address for Stephen K. Dexter and the law firm of Lathrop & Gage LLP, counsel for TEKsystems, Inc., will change effective January 15, 2017. The telephone, fax and e-mail addresses will not change. The new physical address is set forth below:

> LATHROP & GAGE LLP
> 1515 Wynkoop Street, Suite 600
> Denver, Colorado, 80202

After January 15, 2017, all communications, pleadings, discovery documents, and other material should be served upon counsel as set forth above.

Dated: January 24, 2017.

By   *s/ Stephen K. Dexter*
Stephen K. Dexter
Colorado Bar Number 41839
LATHROP & GAGE LLP
1515 Wynkoop Street, Suite 600
Denver, Colorado 80202
(720) 931-3200
(720) 931-3201 (facsimile)
sdexter@lathropgage.com

Attorneys for TEKsystems, Inc.

26857296v1