IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 17715 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2017, I caused to be served the "Notice of Disclosure of Certain Mediation [Proposals]," dated January 17, 2017 [Docket No. 17715], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              Catherine Henriquez

Sworn to before me this
18th day of January, 2017

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

T:\Clients\NORTEL\Affidavits\Notice of Disclosure_DI 17715_AFF_1-17-17.doc

**EXHIBIT A**

NNI 17715 1-17-16

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
PETER J. KEANE
919 N. MARKET STREET, 17TH FLOOR
PO BOX 8705
WILMINGTON, DELAWARE 19899-8705

NNI 17715 1-17-16

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS F. DUNNE
ANDREW M. LEBLANC
ATARA MILLER
28 LIBERTY STREET
NEW YORK, NEW YORK 10005-1413

NNI 17715 1-17-16

MILBANK, TWEED, HADLEY & MCCLOY LLP
THOMAS R. KRELLER
2029 CENTURY PARK EAST, 33RD FLOOR
LOS ANGELES, CALIFORNIA 90067

NNI 17715 1-17-16

WHITEFORD, TAYLOR & PRESTON LLC
CHRISTOPHER M. SAMIS
L. KATHERINE GOOD
THE RENAISSANCE CENTRE
405 NORTH KING STREET, SUITE 500
WILMINGTON, DE 19801

NNI 17715 1-17-16

AKIN GUMP STRAUSS HAUER & FELD LLP
DAVID H. BOTTER
ABID QURESHI
BRAD M. KAHN
ONE BRYANT PARK
NEW YORK, NY 10036

NNI 17715 1-17-16

FOX ROTHSCHILD LLP
JEFFREY M. SCHLERF
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 300
WILMINGTON, DE 19801

NNI 17715 1-17-16

BROWN RUDNICK LLP
STEVEN D. POHL, ESQ.
CHRISTOPHER M. FLOYD, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

NNI 17715 1-17-16

FARNAN LLP
JOSEPH J. FARNAN, JR.
919 NORTH MARKET STREET
12TH FLOOR
WILMINGTON, DE 19801