**Exhibit B**

# Invoice

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **19 January 2017**         Our Ref: **GDB/CCN01.00001**         Invoice No.: **423508**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 8,523.00 |
| For the period to 31 December 2016, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 4.80 |
|  | 0.00 | | 8,527.80 |
| VAT | | | 0.00 |
| Total | | | 8,527.80 |
| Balance Due | | | **8,527.80** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

| Please note: Remittance advices should be sent electronically to remittances@ashurst.com |

Please quote reference 423508 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.


The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2016
Prebill Number:1096485

| Role | Name | Hours | Amount | Code |
|---|---|---:|---:|---|
| Partner | Giles Boothman | 1.30 | 1,131.00 | (C0007) |
| | | **1.30** | **1,131.00** | |
| Senior Associate | Antonia Croke | 3.20 | 1,968.00 | (C0007) |
| | | 3.60 | 2,214.00 | (C0012) |
| | | **6.80** | **4,182.00** | |
| Senior Associate | Lindsey Roberts | 1.20 | 702.00 | (C0003) |
| | | 2.00 | 1,170.00 | (C0007) |
| | | 0.60 | 351.00 | (C0012) |
| | | **3.80** | **2,223.00** | |
| Trainee | Ibrahim Khan | 4.10 | 861.00 | (C0003) |
| | | 0.60 | 126.00 | (C0012) |
| | | **4.70** | **987.00** | |
| | **TOTAL** | **16.60** | **8,523.00** | |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0003     Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.20 | 585.00 | 702.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 4.10 | 210.00 | 861.00 |
| | | | Total | **1,563.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/12/2016 | Lindsey Roberts | LETT | Emails re: November fee/expense estimates | 0.20 | 585.00 | 117.00 |
| 19/12/2016 | Ibrahim Khan | DRFT | Marking up billing guide and emails re same. | 0.50 | 210.00 | 105.00 |
| 20/12/2016 | Ibrahim Khan | DRFT | Reviewing billing guide and marking up as per LROBER amends. | 0.40 | 210.00 | 84.00 |
| 20/12/2016 | Lindsey Roberts | DRFT | Review and mark-up draft invoice | 0.10 | 585.00 | 58.50 |
| 21/12/2016 | Lindsey Roberts | LETT | Emails to/from WTP re: filing CNO | 0.20 | 585.00 | 117.00 |
| 22/12/2016 | Ibrahim Khan | DRFT | Drafting monthly fee application. | 2.50 | 210.00 | 525.00 |
| 22/12/2016 | Lindsey Roberts | INTD | Emails and internal discussion re: W8 tax forms | 0.30 | 585.00 | 175.50 |
| 22/12/2016 | Lindsey Roberts | READ | Review and comment on Nov fee application | 0.40 | 585.00 | 234.00 |
| 23/12/2016 | Ibrahim Khan | LETT | Drafting Fee Application as per LROBER comments and billing amends. Emailing to Akin Gump final version. | 0.70 | 210.00 | 147.00 |
| | | | | | | **1,563.00** |

Matter: CCN01.00001 - BANKRUPTCY

## C0007 Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** |  |  |  |  |
| GDB | Giles Boothman | 1.30 | 870.00 | 1,131.00 |
| **Senior Associate** |  |  |  |  |
| ACROKE | Antonia Croke | 3.20 | 615.00 | 1,968.00 |
| LROBER | Lindsey Roberts | 2.00 | 585.00 | 1,170.00 |
|  |  |  | Total | 4,269.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2016 | Giles Boothman | READ | Papers re ctee call | 0.50 | 870.00 | 435.00 |
| 02/12/2016 | Lindsey Roberts | READ | Review of UCC call agenda and associates materials | 0.30 | 585.00 | 175.50 |
| 02/12/2016 | Lindsey Roberts | ATTD | Weekly UCC Calls | 1.00 | 585.00 | 585.00 |
| 08/12/2016 | Antonia Croke | LETT | Review agenda for UCC call | 0.10 | 615.00 | 61.50 |
| 08/12/2016 | Antonia Croke | ATTD | Attend UCC call | 0.60 | 615.00 | 369.00 |
| 08/12/2016 | Antonia Croke | LETT | Emails LROBER/SLAW re UCC calls | 0.10 | 615.00 | 61.50 |
| 08/12/2016 | Lindsey Roberts | PHON | Attend UCC call (including review of agenda) | 0.70 | 585.00 | 409.50 |
| 15/12/2016 | Antonia Croke | LETT | Review agenda for UCC call, mins of previous call, timeline, proposed mediation order and 3rd circ order | 0.40 | 615.00 | 246.00 |
| 15/12/2016 | Antonia Croke | ATTD | Attend UCC call | 0.90 | 615.00 | 553.50 |
| 21/12/2016 | Giles Boothman | READ | Emails/ committtee papers re PBGC | 0.80 | 870.00 | 696.00 |
| 22/12/2016 | Antonia Croke | LETT | Emails re UCC call | 0.10 | 615.00 | 61.50 |
| 22/12/2016 | Antonia Croke | LETT | Review agenda for UCC call, mins of previous call, order denying TCC motion and order appointing mediator | 0.40 | 615.00 | 246.00 |
| 22/12/2016 | Antonia Croke | ATTD | Attend UCC call | 0.60 | 615.00 | 369.00 |
|  |  |  |  |  |  | 4,269.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.60 | 615.00 | 2,214.00 |
| LROBER | Lindsey Roberts | 0.60 | 585.00 | 351.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 0.60 | 210.00 | 126.00 |
| | | | Total | 2,691.00 |

Matter: CCN01.00001 – BANKRUPTCY

## C0012 General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2016 | Antonia Croke | LETT | Review email re PBGC motion denied | 0.10 | 615.00 | 61.50 |
| 02/12/2016 | Antonia Croke | LETT | Review email re debtors' response to PBGC motion to extend date of evidentiary hearing | 0.10 | 615.00 | 61.50 |
| 02/12/2016 | Lindsey Roberts | LETT | Emails re: disclosure statement filing in US proceedings | 0.20 | 585.00 | 117.00 |
| 08/12/2016 | Antonia Croke | LETT | Review submission regarding procedure of indenture trustee | 0.20 | 615.00 | 123.00 |
| 08/12/2016 | Antonia Croke | LETT | Review M Wunder email re Canadian motion to approve accounts re CCAA monitor and its counsel | 0.10 | 615.00 | 61.50 |
| 08/12/2016 | Antonia Croke | READ | Review TCC motion to vacate summary | 0.60 | 615.00 | 369.00 |
| 08/12/2016 | Antonia Croke | READ | Review joint status report letter to third circuit | 0.40 | 615.00 | 246.00 |
| 08/12/2016 | Antonia Croke | LETT | Review scheduling order and notices of intention to appear | 0.20 | 615.00 | 123.00 |
| 08/12/2016 | Antonia Croke | LETT | Review R Johnson email re joint ltr to 3rd circuit | 0.20 | 615.00 | 123.00 |
| 12/12/2016 | Antonia Croke | LETT | Review A Loring email re motion and joinder of liquidity solutions to the TCC's motion | 0.10 | 615.00 | 61.50 |
| 12/12/2016 | Antonia Croke | READ | Review draft UCC response to TCC motion to reconsider the PPI settlement order and objection to the cross over bonds claims and emails re same | 0.30 | 615.00 | 184.50 |
| 13/12/2016 | Antonia Croke | READ | Review redline of UCC response to TCC motion and email re same | 0.10 | 615.00 | 61.50 |
| 13/12/2016 | Antonia Croke | LETT | Review Debtors ltr re PBGC discovery and email from R Johnson re same | 0.30 | 615.00 | 184.50 |
| 13/12/2016 | Antonia Croke | LETT | Review R Johnson email re summary of discovery conference with Judge Gross | 0.10 | 615.00 | 61.50 |
| 13/12/2016 | Antonia Croke | LETT | Review A Loring email re responses to TCC and LSI motions to reconsider | 0.10 | 615.00 | 61.50 |
| 13/12/2016 | Lindsey Roberts | LETT | Email re: Discovery | 0.40 | 585.00 | 234.00 |
| 15/12/2016 | Antonia Croke | LETT | Emails re Dec 20 mediation | 0.10 | 615.00 | 61.50 |
| 19/12/2016 | Antonia Croke | LETT | Review A Loring email re Debtors' 9019 motion to approve the SPSA | 0.10 | 615.00 | 61.50 |
| 22/12/2016 | Antonia Croke | LETT | Review order scheduling settlement hearing and staying discovery and certification of counsel re same and A Loring emails re same | 0.30 | 615.00 | 184.50 |
| 22/12/2016 | Antonia Croke | LETT | Review BRG claims setlement analysis | 0.20 | 615.00 | 123.00 |
| 22/12/2016 | Ibrahim Khan | LETT | Communicating internally re tax statement requested by Debtors in the USA. | 0.60 | 210.00 | 126.00 |

**2,691.00**