**Exhibit C**

**DISBURSEMENT SUMMARY**

**DECEMBER 01, 2016 THROUGH DECEMBER 31, 2016**

| | |
|---|---:|
| Document Production | £4.80 |
| **TOTAL** | **£4.80** |