**Exhibit D**

**Disbursements Detailed Breakdown**

80 A4 copies @ £0.06 p per copy — 4.80