**Exhibit E**

# SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 01, 2016 THROUGH DECEMBER 31, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £870 | 1.30 | 1131.00 |
| Antonia Croke | Associate for 10 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £615 | 6.80 | 4,182.00 |
| Lindsey Roberts | Associate for 6 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £585 | 3.80 | 2,223.00 |
| Ibrahim Khan | Trainee Solicitor; Dispute Resolution Group, London | £210 | 4.70 | 987.00 |
| **TOTAL** | | | **16.60** | **8,523.00** |

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 01, 2016 THROUGH DECEMBER 31, 2016

| Project Category | Total Hours | Total Fees (£) |
| --- | --- | --- |
| Ashurst Fee Application / Monthly Billing Reports | 5.30 | 1,563.00 |
| Creditors Committee Meetings | 6.50 | 4,269.00 |
| General Claims Analysis/Claims Objections | 4.80 | 2,691.00 |
| **TOTAL** | **16.60** | **8,523.00** |