# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 24, 2017 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

1) CONFIRMATION HEARING  (WITH CANADA) & OMNIBUS HEARING
   R / M #:   17,784 / 0

2) **ADM: 16-12833-KG**
   RECOGNITION MOTION
   R / M #:   0 / 0
   **VACATED:  ORDER SIGNED**

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - APPROVED PLAN - Revised to be submitted
#2 - APPROVED SETTLEMENT - ORDER SIGNED
DATE Set - FEE APPLICATIONS - 1/25/17 @ 10 AM - Sign up through Court Call