# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 / 16-12833 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/24/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gabrielle Glemann | Hughes Hubbard | EMEA |
| James C. Tecce | Quinn Emanuel Urquhart & Sullivan | SNMP Research Assoc. & Four State Coalition |
| Stephen Miller | Morris James LLP | Delaware Trust Company Indenture Trustee |
| Daniel Lowenthal | Patterson Belknap | " |
| Brian E. O'Connor | Willkie Farr & Gallagher LLP | UK Pension Claimants |
| Sara Bussiere | Bayard, PA | UK Pension Claimants |
| Andrew Hanrahan | Willkie Farr & Gallagher LLP | " |
| Brad Kahn | Akin Gump Strauss Hauer & Feld | Official Committee of Unsecured Creditors |
| David Botter | " | " |
| Abid Qureshi | " | " |
| Christopher Samis | Whiteford Taylor + Preston | |
| Ben Beller | Cleary Gottlieb | US Debtors |
| Lisa Schweitzer | " | " |
| Phil Cantwell | " | " |
| Jim Bromley | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 /16-12833 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/24/17

②

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew LeBlanc | Milbank | Ad Hoc Group of Bondholders |
| Nick Bassett | " | " |
| Peter Keane | PSZJ | |
| Joanna Pinctny | DWU&J | Solus Alt Asset Mgmt |
| David Botter | Akin Gump | Official Comm. |
| Chris Samis | Whiteford Taylor | |
| Brad Kahn | Akin Gump | D |
| Jacob Abbott | NAT | D |
| Andrew Remmy | " | US (Debtors) |
| Lisa Schweitzer | Cleary | US (Debtors) |
| Tim Bromly | " | |
| Ben Beller | " | |
| Phil Cantwell | " | |
| Robert Weber | Skadden, Arps | Stephen Taylor, NNSA LaB/LH Alainff. |
| Susan Seltzsten | " | " |
| Matthew Beebe | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 /16-12833 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 1/24/17

③

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathleen Murphy | Buchanan | Monitor |
| Ken Coleman | Allen & Overy | " |
| Joe Berkow | " | " |
| Steven Pohl | Brown Rudnick | Nortel Trade Claims Consortium |
| Jeff Schlerf | Fox Rothschild | " " " |
| Michael Rieta | Lowenstein Halpern | The Bank of New York Mellon |
| Michael Lastowski | Duane Morris | The Bank of New York Mellon |
| Patrick Reilley | Cole Schotz | SNMP Research |
| Timothy Hoeffner | DLA Piper | CCC |
| Jaime Chapman | YCST | Joint Administrators |
| Charles Huberty | Hughes Hubbard | Securities Plaintiffs |
| Michael Etkin | Lowenstein | " |
| Mark Kenney | U.S. Trustee | US Trustee |
| Andrew Remming | Morris Nichols | D&I Inc |
| Ashley Graham | Cleary | " |
| Angela Wu | " | " |
| Rick D'Amato | | PBGC |
| Jacob di Murfel | PBGC | PBGC |

# Court Conference

| Calendar Date: | 01/24/2017 |
| --- | --- |
| Calendar Time: | 10:00 AM ET |

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
## Courtroom

Amended Calendar  Jan 24 2017  6:08AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101289 | Marc Abrams | 212-728-8000 ext. | Willkie Farr & Gallagher LLP | Interested Party, UK Pension Trust Limited / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101478 | Derek Adler | (212) 837-6000 ext. | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8095622 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8103013 | Coley Brown | (312) 880-5643 ext. | Huron Consulting Group | Interested Party, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101222 | David Dean | 410-528-2972 ext. | Cole Schotz P.C. | Plaintiff(s), SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101433 | Christopher M. Floyd | (617) 856-8200 ext. | Brown Rudnick LLP | Creditor, Nortel Trade Claim Consortium / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8095989 | Chaim Fortgang | (914) 925-3410 ext. | Fortgang Consulting LLC | Interested Party, Chaim Fortgang / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8104320 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8103239 | Margot Gianis | (212) 225-2386 ext. | Cleary Gottlieb Steen and Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8094231 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Creditor, Law Debenture / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8088332 | Ashutosh Habbu | (212) 412-1316 ext. | Barclays | Real Party in Interest, Barclays / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101190 | Stephen Harris | (302) 571-6710 ext. | Ernst & Young | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101198 | Jo Hewitt | (302) 571-6710 ext. | Ernst & Young | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8103042 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8104312 | Robert Horne | 404-374-5277 ext. | CCC Inc. | Interested Party, CCC Inc. / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8095945 | Timothy Lavelle | (203) 542-4230 ext. | Silverpoint Capital LP | Interested Party, Silverpoint Capital LP / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8095976 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101175 | Phillip Lis | (302) 571-6710 ext. | Herbert Smith | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8098182 | Selinda A. Melnik | (302) 357-5305 ext. | DLA Piper US, LLP | Interested Party, canadian creditors committee / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101179 | Dan Mindel | (724) 321-2961 ext. | Ernst & Young, LLP | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101173 | Caroline Parker-Beaudrias | (212) 837-6000 ext. | Hughes Hubbard & Reed LLP (New York) | Specially Appearing For, Joint Adminstrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101184 | Kevin Pullen | (302) 571-6710 ext. | Herbert Smith | Interested Party, The Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101505 | Jeremy Reckmeyer | (212) 850-2851 ext. | Andrews Kurth LLP | Creditor, Liquidity Solution / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8095531 | Jonathan Rehm | (212) 525-0875 ext. | HSBC Bank | Creditor, Matt Doheny / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8103570 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101739 | Abigail Sheehan | (212) 735-3579 ext. | Skadden Arps Slate Meagher & Flom (New York) | Interested Party, Stephen Taylor, Conflicts Administrator / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8099089 | Adam M. Slavens | (416) 865-7333 ext. | Tory's LLP | Interested Party, Nortel Networks Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8104026 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101288 | John Tillman | (414) 659-2733 ext. | Hogan Lovells US LLP | Interested Party, UK Pension Trust Limited / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101203 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8098304 | Eric Weiss | (212) 530-5420 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Representing, Ad Hoc Bondholder Group / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8101182 | John Whiteoak | (302) 571-6710 ext. | Herbert Smith | Interested Party, Joint Adminstrators / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8104379 | Julia M. Winters | (212) 617-6592 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8099357 | Michael J. Wunder | (416) 860-6484 ext. | Cassels Brock & Blackwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8094898 | Robert Johnson | 212-872-1077 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |