**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Nortel Networks, Inc., *et al.* | : | Case No. 09-10139(KG) |
| | : | |
| | : | Jointly Administered |
| | : | *FOURTH AMENDED NOTICE OF |
| Debtors | | APPOINTMENT OF |
| --------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **The Bank of New York Mellon**, Attn: Martin Feig, V.P., 101 Barclay Street – 8 West, New York, NY 10286, Phone: 212-815-5383, Fax: 732-667-4756

2.     **Pension Benefit Guaranty Corporation**, Attn: Jennifer Messina, 1200 K Street, N.W., Washington, DC 20005, Phone: 202-326-4000 ext. 3209, Fax: 202-842-2643

3.     **Delaware Trust Company**, Attn: Sandra Horwitz, 2711 Centreville Road, Wilmington, DE 19808, Phone 302-636-5860, Fax: 302-636-8666


                        ANDREW R. VARA
                        Acting United States Trustee, Region 3


                        */s/ Mark S. Kenney, for*
                        T. PATRICK TINKER
                        ASSISTANT UNITED STATES TRUSTEE

DATED: January 24, 2017

Attorney assigned to this Case: Mark S. Kenney, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek C. Abbott, Esq., Phone: 302-658-9200, Fax: 302-658-3989

*Delaware Trust Company, successor indenture trustee for Nortel Networks Capital Corporation $150 million 7.875% Notes due 2026, has been appointed to replace Law Debenture Trust Company of New York, which resigned from the committee following Delaware Trust Company's acquisition of substantially all of Law Debenture Trust Company of New York's corporate trust business.