UNITED STATES BANKRUPTCY COURT

For the District of Delaware

FILED
2017 JAN 24  AM 8: 27

In re:  Nortel Networks Inc

Account No. XX-XXX118-4
Case No.  09-10138

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM
## AND REQUEST FOR PAYMENT

**Creditor:** Texas Workforce Commission Regulatory Integrity Division – SAU
**Send Notice to:** Office of the Attorney General, Bankruptcy – Collection Division MC 008
P.O. Box 12548 Austin TX 78711-2548. (512) 463-2173

The undersigned declares:

1. I am an employee of the Texas Workforce Commission and authorized to submit this proof of claim on its behalf.

2. The Debtor was, subsequent to the Petition Date, and still is, indebted to Creditor in the sum of $189,359.07 (ONE THOUSAND EIGHTY-NINE THOUSAND THREE HUNDRED FIFTY-NINE AND 7/100 DOLLARS).

3. The basis for this debt is tax, interest, penalty, and other charges due under the Texas Unemployment Compensation Act, Texas Labor Code, Chapter 201 et seq.

4. Attached is detailed information concerning the amount of tax, interest, penalty and other charges owed.

5. All payments on this claim have been credited. Creditor reserves all setoff rights under Texas law, including those arising from audits, credits, refunds or payments due for goods and services provided to the State of Texas.

6. No security interest is held for this claim.

7. This claim is filed as an Administrative Expense Claim pursuant to 11 U.S.C. § 503. Payment is hereby requested pursuant to 11 U.S.C. § 503(a) and 28 U.S.C. § 960.

$ _____ 189,359.07
Total Amount Claimed

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Dated at Austin, Texas, this 18TH day of January, 2017.

Signed:  /s/ Erin C. Reid
Regulatory Integrity Division, Texas Workforce Commission
(512) 463-2872

Penalty for Presenting Fraudulent Claim. Fine of not more than $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CC:  ☒ Office of the Attorney General, ☒ Trustee, ☒ Debtor's Attorney

TEXAS WORKFORCE COMMISSION

XX-XXX118-4
004

AUSTIN, TEXAS 78778

CERTIFICATION OF DELINQUENT CONTRIBUTIONS, TAXES, ASSESSMENTS, PENALTIES AND/OR INTEREST DUE BY EMPLOYER NAMED BELOW FOR PERIODS SHOWN

Employer    NORTEL NETWORKS INC

INQUIRIES, NOTICES & CORRESPONDENCE:
Attorney General, State of Texas
Collection Div., Bankruptcy Sec.
P.O. Box 12548
Austin, Texas 78711

PAYMENTS
Texas Workforce Commission
Regulatory Integrity Div., Special Action Unit
101 E 15th Street  Rm. 556
Austin, Texas 78778-0001

| PERIOD (CALENDAR QUARTER) | TOTAL TAXABLE WAGES | TAX RATE (%) | CONTRIBUTION DUE | DELINQUENCY DATE | SEC. 213.021 LATE PAYMENT INTEREST RATE(%) | SEC. 213.021 LATE PAYMENT INTEREST DUE | SEC. 213.025 JUDGMENT/ ASSESSMENT INTEREST RATE (%) | SEC. 213.025 JUDGMENT/ ASSESSMENT INTEREST DUE | SEC 213.022 PENALTIES, FEES & OTHER CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 4q16 | $2,534,927.30 | 7.47 | $189,359.07 | 2/1/2017 | | | | | |
| xxx | xxx | xx | $189,359.07 | xxx | xx | $0.00 | xx | $0.00 | $0.00 |

TOTAL AMOUNT DUE AS OF  January-2017         FOR PERIODS SHOWN ABOVE:         $189,359.07

Amounts due on wages paid subsequent to filing of the petition.
Late payment interest accrues at the rate of 1.5% each month on tax portion that remains unpaid as noted in Sec 213.021 TUCA Labor Code.

#(NOTE:  T.U.C.A., LABOR CODE, Sec. 213.021 and 213.025 provides for late payment interest on delinquent contributions or taxes and interest on contributions or taxes reduced to judgment or final assessment.  Section 213.022 provides that penalties are assessed for late submission of or failure to submit Employer's Quarterly Report.)

THE STATE OF TEXAS §
COUNTY OF TRAVIS §

The undersigned, an authorized representative of the Texas Workforce Commission, hereby certifies in accordance with T.U.C.A., LABOR CODE, Sec. 213.034, that the foregoing statement was made from reports or audits of the employer named above which are on file in the  offices of the Texas Workforce Commission. The contributions, taxes, assessments, penalties, or interest shown to be due by the above statement are past due and unpaid and all just and lawful offsets, payments, and credits have been allowed.



/s/ Erin C. Reid, Account Examiner
Regulatory Integrity Division, Texas Workforce Commission

EXHIBIT A

C-100 (0696)
FORM C100S