# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG        **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 25, 2017 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matter:

TELEPHONIC HEARING - FEE DISPUTE

**R / M #:**   0 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELECONFERENCE  HEARING HELD:
RE:  FEE DISPUTE - Scheduled hearing date - 2/28/17 at 9:00 a.m.
Mediation to take place.