Case 09-10138-MFW    Doc 17798-1    Filed 01/25/17    Page 1 of 2

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 01/25/2017
Calendar Time: 10:00 AM ET

2nd Revision  Jan 25 2017 6:23AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 0910138 | Hearing | 8107033 | Robert T. Schmidt | (212) 715-9527 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8107484 | Derek C. Abbott | (302) 351-9357 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106301 | Stephen J. Blauner | (212) 284-4334 ext. | Solus Alternative Asset Management LP | Interested Party, Solus Alternative Asset Management LP - - / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106999 | David Botter | (212) 872-1055 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured creditors / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8107445 | Ashutosh Habbu | (212) 412-1316 ext. | Barclays | Real Party in Interest, Barclays / LISTEN ONLY |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106258 | Daniel A. Lowenthal | (212) 336-2720 ext. | Patterson Belknap Webb & Tyler | Creditor, Law Debenture / LIVE |
| | | Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106280 | Stephen Miller | (302) 888-6853 ext. | Morris James LLP | Trustee, Deleware Trust Company / LIVE |

Peggy Drasal ext. 802    CourtConfCal2009    Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8094441 | Susan Philpott | (416) 977-8353 ext. | Koskie Minsky, LLP | Debtor, Nortel Networks, Inc. / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106748 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106391 | Mark Shapiro | (212) 830-7013 ext. | PointState Capital | Interested Party, PointState Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8106290 | James Tecce | (212) 849-7199 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Interested Party, Solus Alternative Asset Managment LP, Pointestate Capital / LIVE |
| Nortel Networks Inc., et al and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8107004 | Christopher M. Samis | (302) 357-3266 ext. | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |