# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
Nortel Networks Inc., et al.  
Allen & Overy LLP,

Case No.: 09–10138–KG

**Chapter:** 11

### *Notice of Deficiency*

☐ The document(s) you submitted to the Court was received on 1/25/17 and has been docketed at Docket # 17802 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

☒ Other: Notice of Withdrawal of Appearance was docketed in the case. The notice failed to include an original signature. The filer will need to resubmit the notice to include a signature in order to be removed from the case.

**Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov**

---

☒ *I certify that this Notice of Deficiency was mailed on the date indicated below to:* Mark Phillips, 6117 Trevor Simpson Drive, Lake Park, NC 28079

*Una O'Boyle*  
Una O'Boyle, Clerk of Court

Date: 1/25/17                                                                By:  Sara Hughes, Deputy Clerk

(VAN–489)