# Notice Recipients

District/Off: 0311−1     User: SH     Date Created: 1/25/2017
Case: 09−10138−KG     Form ID: van489     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp     Mark Alan Phillips     6117 Trevor Simpson Drive     Lake Park, NC 28079

TOTAL: 1