IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Dkt No. 17687** |

## ORDER

WHEREAS, there is a fee dispute between the Indenture Trustee Delaware Trust Company ("Indenture Trustee"), the fee applicant, and Solus Alternative Asset Management LP and PointState Capital LP (the "NNCC Noteholders"), the fee objectors, and the Indenture Trustee and the NNCC Noteholders have asked the Court to schedule a hearing on the fee objection,

IT IS THEREFORE ORDERED as follows:

1. The NNCC Noteholders will identify the Indenture Trustee's time entries to which they object on or before February 3, 2017.

2. The parties shall produce documents on or before February 10, 2017, and if there is a discovery dispute the Court will hear the parties by telephone on February 9, 2017, at 4:00 p.m. The parties are to advise the Court of the need for the telephonic hearing.

3. The parties may take depositions after February 10, 2017.

4. The Court will hold a hearing on the dispute on February 28, 2017, beginning at 9:00 a.m.

Dated: January 26, 2017

*[signature: Kevin Gross]*
KEVIN GROSS, U.S.B.J.