# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

December 1, 2016 through December 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 3.5 | $1,745.50 |
| Fee Applications (MNAT- Filing) | 11.8 | 3,577.50 |
| Fee Applications (Others – Filing) | 10.5 | 3,748.00 |
| Fee Applications (MNAT- Objections) | .8 | 307.50 |
| Fee Applications (Others- Objections) | 5.9 | 2,192.50 |
| Other Contested Matters | 59.0 | 27,902.50 |
| Employee Matters | .4 | 238.00 |
| Tax Matters | 2.3 | 1,035.00 |
| Court Hearings | 57.4 | 29,153.00 |
| Claims Objections and Administration | 34.2 | 18,752.00 |
| Plan and Disclosure Statement | 99.4 | 46,265.50 |
| Litigation/Adversary Proceedings | 45.7 | 18,158.00 |
| Professional Retention (Others-Filing) | .2 | 55.00 |
| General Corporate Matters | 38.2 | 22,171.50 |
| Schedules/SOFA/U.S. Trustee Reports | 1.4 | 515.00 |
| Allocation | 9.5 | 5,297.00 |
| **TOTAL** | **380.2** | **$181,113.50** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1455999 | 12/19/16 | B | 16.00 | Secretary of State Fees` Cambrian Systems, Inc. / plain copies` 20167149456 | 502S | 642 | |
| 1457208 | 12/22/16 | B | 20.00 | Secretary of State Fees` Cambrian Systems Inc./Plain copies of all documents` 20167232271 | 502S | 642 | |
| 1458868 | 12/30/16 | B | 18.00 | Secretary of State Fees` Nortel Altsystems International Inc. / plain copy` 20167340134 | 502S | 642 | |
| 1457196 | 12/13/16 | B | 334.65 | Transcripts - DIAZ DATA SERVICES - EXPEDITED TRANSCRIPT - 12/13/16 | 506 | 684 | 222258 |
| 1454317 | 12/14/16 | B | 181.50 | Transcripts - DIAZ DATA SERVICES DAILY TRANSCRIPT - CASE 09-10138 - 12/14/16 | 506 | 594 | 222107 |
| 1461110 | 12/31/16 | B | 2,051.40 | Transcripts - RELIABLE COPY SERVICE-DELAWARE RUSH TRANSCRIPT, REALTIME CONNECTION, RUSH ASCII - 12/20/16 | 506 | 961 | 222537 |
| 1456017 | 12/06/16 | B | 101.91 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W, VELO BINDING - 12/6/16 | 510 | 684 | 222200 |
| 1454319 | 12/13/16 | B | 170.00 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC. BANKRUPTCY SERVICE - 12/13/16 | 510 | 594 | 222114 |
| 1454320 | 12/13/16 | B | 62.00 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC. BANKRUPTCY SERVICE - 12/13/16 | 510 | 594 | 222115 |
| 1462611 | 11/30/16 | B | 80.00 | Meals - CITIZENS BANK - SUGARFOOT - LUNCH FOR 6 PEOPLE (16D CONFERENCE ROOM) - 11/30/16 | 512 | 000 | 222575 |
| 1462613 | 11/30/16 | B | 240.00 | Meals - CITIZENS BANK - SUGARFOOT - LUNCH FOR 12 PEOPLE (CONFERENCE ROOM 16F) - 11/30/16 | 512 | 000 | 222575 |
| 1450731 | 12/01/16 | B | 5.00 | Messenger Service - to Hotel duPont | 513S | 322 | |
| 1450718 | 12/01/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1450721 | 12/01/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450723 | 12/01/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1450733 | 12/01/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450746 | 12/02/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450754 | 12/05/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1450756 | 12/05/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1450771 | 12/06/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1450819 | 12/09/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457819 | 12/13/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457823 | 12/14/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |

Nortel Networks, Inc.
63989-DIP
DATE: 01/23/17 14:43:42

PRO FORMA 414403 AS OF 12/31/16

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1457826 | 12/14/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1457851 | 12/16/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457882 | 12/20/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457887 | 12/20/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457891 | 12/20/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457897 | 12/21/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1457898 | 12/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1457903 | 12/21/16 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1457910 | 12/21/16 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1461902 | 12/29/16 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1461903 | 12/29/16 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1455438 | 12/01/16 | B | 87.28 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 222172 |
| 1461111 | 12/20/16 | B | 49.11 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 222538 |
| 1457594 | 12/21/16 | B | 19.55 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 222267 |
| 1463011 | 12/29/16 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 222618 |
| 1447570 | 12/01/16 | B | 131.67 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1447571 | 12/02/16 | B | 37.62 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1450507 | 12/05/16 | B | 37.62 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1450508 | 12/05/16 | B | 136.14 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1450509 | 12/06/16 | B | 37.62 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1450510 | 12/06/16 | B | 75.24 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1455468 | 12/12/16 | B | 56.43 | Computer Research - Westlaw Search Performed by: REMMING,ANDREW | 515 | 000 | |
| 1455469 | 12/12/16 | B | 472.74 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1455470 | 12/14/16 | B | 18.81 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1455471 | 12/15/16 | B | 94.05 | Computer Research - Westlaw Search Performed by: BIBILONI,JOSE | 515 | 000 | |
| 1455472 | 12/15/16 | B | 302.67 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/23/17 14:43:42

PRO FORMA   414403                    AS OF 12/31/16                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1457622 | 12/19/16 | B | 0.00 | Computer Research - Westlaw Search Performed by: ABBOTT,DEREK C | 515 | 000 | |
| 1457623 | 12/19/16 | B | 161.69 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1457624 | 12/19/16 | B | 23.56 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1457625 | 12/20/16 | B | 18.81 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1457626 | 12/20/16 | B | 0.00 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1457627 | 12/21/16 | B | 0.00 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1457628 | 12/22/16 | B | 0.00 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1450627 | 12/01/16 | B | 4.71 | Postage | 520 | 684 | |
| 1450638 | 12/05/16 | B | 4.08 | Postage | 520 | 684 | |
| 1457743 | 12/14/16 | B | 1.15 | Postage | 520 | 684 | |
| 1457777 | 12/20/16 | B | 20.75 | Postage | 520 | 684 | |
| 1461821 | 12/30/16 | B | 19.60 | Postage | 520 | 684 | |
| 1462631 | 12/31/16 | B | 227.30 | Pacer charges for the month of December | 529 | 000 | |
| 1447280 | 12/02/16 | B | 0.90 | In-House Printing - black & white Call time: 10:45; to | 541 | 684 | |
| 1447281 | 12/02/16 | B | 0.70 | In-House Printing - black & white Call time: 10:45; to | 541 | 684 | |
| 1447282 | 12/02/16 | B | 3.50 | In-House Printing - black & white Call time: 10:48; to | 541 | 684 | |
| 1447283 | 12/02/16 | B | 1.70 | In-House Printing - black & white Call time: 10:48; to | 541 | 684 | |
| 1447279 | 12/02/16 | B | 7.50 | In-House Printing - black & white Call time: 20:55; to | 541 | 605 | |
| 1448171 | 12/05/16 | B | 1.50 | In-House Printing - black & white Call time: 08:54; to | 541 | 684 | |
| 1448167 | 12/05/16 | B | 1.65 | In-House Printing - black & white Call time: 15:36; to | 541 | 096 | |
| 1448168 | 12/05/16 | B | 0.05 | In-House Printing - black & white Call time: 15:36; to | 541 | 096 | |
| 1448169 | 12/05/16 | B | 2.50 | In-House Printing - black & white Call time: 15:56; to | 541 | 096 | |
| 1448166 | 12/05/16 | B | 1.05 | In-House Printing - black & white Call time: 15:26; to | 541 | 637 | |
| 1448170 | 12/05/16 | B | 2.25 | In-House Printing - black & white Call time: 15:32; to | 541 | 637 | |
| 1448880 | 12/06/16 | B | 1.10 | In-House Printing - black & white Call time: 15:44; to | 541 | 322 | |
| 1448881 | 12/06/16 | B | 0.10 | In-House Printing - black & white Call time: 15:44; to | 541 | 322 | |
| 1449416 | 12/07/16 | B | 2.05 | In-House Printing - black & white Call time: 14:52; to | 541 | 684 | |

| Nortel Networks, Inc. | | | | PRO FORMA 414403 | | AS OF 12/31/16 | | INVOICE# ****** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 63989-DIP | | | | | | | | |
| DATE: 01/23/17 14:43:42 | | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
| --- | --- | --- | ---: | --- | --- | --- | --- |
| 1449417 | 12/07/16 | B | 2.85 | In-House Printing - black & white Call time: 14:53; to | 541 | 684 | |
| 1449711 | 12/08/16 | B | 3.05 | In-House Printing - black & white Call time: 13:44; to | 541 | 684 | |
| 1449707 | 12/08/16 | B | 0.95 | In-House Printing - black & white Call time: 11:22; to | 541 | 961 | |
| 1449708 | 12/08/16 | B | 0.25 | In-House Printing - black & white Call time: 11:22; to | 541 | 961 | |
| 1449709 | 12/08/16 | B | 0.25 | In-House Printing - black & white Call time: 17:22; to | 541 | 096 | |
| 1449710 | 12/08/16 | B | 1.50 | In-House Printing - black & white Call time: 17:22; to | 541 | 096 | |
| 1450068 | 12/09/16 | B | 3.05 | In-House Printing - black & white Call time: 10:49; to | 541 | 684 | |
| 1451721 | 12/12/16 | B | 3.05 | In-House Printing - black & white Call time: 10:15; to | 541 | 684 | |
| 1451722 | 12/12/16 | B | 1.45 | In-House Printing - black & white Call time: 14:52; to | 541 | 096 | |
| 1453464 | 12/12/16 | B | 1.70 | In-House Printing - black & white Call time: 19:01; to | 541 | 623 | |
| 1453465 | 12/12/16 | B | 0.70 | In-House Printing - black & white Call time: 19:02; to | 541 | 623 | |
| 1453466 | 12/12/16 | B | 0.20 | In-House Printing - black & white Call time: 19:02; to | 541 | 623 | |
| 1453467 | 12/12/16 | B | 0.20 | In-House Printing - black & white Call time: 19:00; to | 541 | 623 | |
| 1453468 | 12/12/16 | B | 0.65 | In-House Printing - black & white Call time: 19:01; to | 541 | 623 | |
| 1453471 | 12/13/16 | B | 21.95 | In-House Printing - black & white Call time: 13:03; to | 541 | 034 | |
| 1453472 | 12/13/16 | B | 0.25 | In-House Printing - black & white Call time: 13:03; to | 541 | 034 | |
| 1453477 | 12/13/16 | B | 1.65 | In-House Printing - black & white Call time: 12:22; to | 541 | 034 | |
| 1453478 | 12/13/16 | B | 0.10 | In-House Printing - black & white Call time: 12:22; to | 541 | 034 | |
| 1453473 | 12/13/16 | B | 5.20 | In-House Printing - black & white Call time: 09:59; to | 541 | 684 | |
| 1453474 | 12/13/16 | B | 0.10 | In-House Printing - black & white Call time: 09:59; to | 541 | 684 | |
| 1453475 | 12/13/16 | B | 1.70 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1453476 | 12/13/16 | B | 0.05 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1453479 | 12/13/16 | B | 3.00 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1453480 | 12/13/16 | B | 0.80 | In-House Printing - black & white Call time: 10:12; to | 541 | 684 | |
| 1453469 | 12/13/16 | B | 0.70 | In-House Printing - black & white Call time: 17:09; to | 541 | 605 | |
| 1453470 | 12/13/16 | B | 1.40 | In-House Printing - black & white Call time: 17:10; to | 541 | 605 | |
| 1453965 | 12/14/16 | B | 4.55 | In-House Printing - black & white Call time: 18:19; to | 541 | 605 | |
| 1453966 | 12/14/16 | B | 3.00 | In-House Printing - black & white Call time: 18:18; to | 541 | 605 | |
| 1453967 | 12/14/16 | B | 0.30 | In-House Printing - black & white Call time: 09:45; to | 541 | 322 | |
| 1453968 | 12/14/16 | B | 1.75 | In-House Printing - black & white Call time: 09:45; to | 541 | 322 | |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　　　　PRO FORMA  414403              AS OF 12/31/16                    INVOICE# ******
63989-DIP
DATE: 01/23/17 14:43:42

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1453969 | 12/14/16 | B | 6.10 | In-House Printing - black & white Call time: 14:02; to | 541 | 684 | |
| 1453976 | 12/14/16 | B | 4.70 | In-House Printing - black & white Call time: 13:49; to | 541 | 684 | |
| 1453970 | 12/14/16 | B | 2.40 | In-House Printing - black & white Call time: 14:04; to | 541 | 684 | |
| 1453971 | 12/14/16 | B | 2.30 | In-House Printing - black & white Call time: 13:53; to | 541 | 684 | |
| 1453972 | 12/14/16 | B | 3.25 | In-House Printing - black & white Call time: 13:53; to | 541 | 684 | |
| 1453973 | 12/14/16 | B | 3.30 | In-House Printing - black & white Call time: 13:54; to | 541 | 684 | |
| 1453974 | 12/14/16 | B | 4.25 | In-House Printing - black & white Call time: 13:54; to | 541 | 684 | |
| 1453975 | 12/14/16 | B | 4.60 | In-House Printing - black & white Call time: 13:55; to | 541 | 684 | |
| 1454951 | 12/16/16 | B | 1.85 | In-House Printing - black & white Call time: 09:26; to | 541 | 684 | |
| 1454950 | 12/16/16 | B | 1.65 | In-House Printing - black & white Call time: 14:14; to | 541 | 961 | |
| 1455638 | 12/19/16 | B | 0.10 | In-House Printing - black & white Call time: 14:15; to | 541 | 961 | |
| 1455639 | 12/19/16 | B | 2.45 | In-House Printing - black & white Call time: 14:15; to | 541 | 961 | |
| 1455635 | 12/19/16 | B | 3.10 | In-House Printing - black & white Call time: 11:48; to | 541 | 096 | |
| 1455636 | 12/19/16 | B | 4.70 | In-House Printing - black & white Call time: 11:49; to | 541 | 096 | |
| 1455637 | 12/19/16 | B | 0.05 | In-House Printing - black & white Call time: 11:49; to | 541 | 096 | |
| 1455642 | 12/19/16 | B | 0.05 | In-House Printing - black & white Call time: 16:58; to | 541 | 096 | |
| 1455643 | 12/19/16 | B | 1.15 | In-House Printing - black & white Call time: 16:58; to | 541 | 096 | |
| 1455627 | 12/19/16 | B | 1.80 | In-House Printing - black & white Call time: 09:43; to | 541 | 670 | |
| 1455628 | 12/19/16 | B | 1.50 | In-House Printing - black & white Call time: 09:42; to | 541 | 670 | |
| 1455629 | 12/19/16 | B | 0.40 | In-House Printing - black & white Call time: 09:42; to | 541 | 670 | |
| 1455630 | 12/19/16 | B | 2.60 | In-House Printing - black & white Call time: 09:42; to | 541 | 670 | |
| 1455631 | 12/19/16 | B | 0.05 | In-House Printing - black & white Call time: 09:42; to | 541 | 670 | |
| 1455640 | 12/19/16 | B | 4.05 | In-House Printing - black & white Call time: 14:16; to | 541 | 684 | |
| 1455641 | 12/19/16 | B | 0.10 | In-House Printing - black & white Call time: 14:16; to | 541 | 684 | |
| 1455632 | 12/19/16 | B | 3.10 | In-House Printing - black & white Call time: 11:33; to | 541 | 322 | |
| 1455633 | 12/19/16 | B | 4.70 | In-House Printing - black & white Call time: 11:34; to | 541 | 322 | |
| 1455634 | 12/19/16 | B | 0.05 | In-House Printing - black & white Call time: 11:34; to | 541 | 322 | |
| 1455644 | 12/19/16 | B | 1.15 | In-House Printing - black & white Call time: 15:20; to | 541 | 322 | |
| 1456694 | 12/20/16 | B | 1.20 | In-House Printing - black & white Call time: 21:37; to | 541 | 322 | |
| 1456695 | 12/20/16 | B | 0.40 | In-House Printing - black & white Call time: 21:37; to | 541 | 322 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP DATE: 01/23/17 14:43:42 | | | | PRO FORMA 414403 | AS OF 12/31/16 | | INVOICE# ****** |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1456696 | 12/20/16 | B | 2.70 | In-House Printing - black & white Call time: 19:01; to | 541 | 322 | |
| 1456145 | 12/20/16 | B | 3.10 | In-House Printing - black & white Call time: 16:45; to | 541 | 971 | |
| 1456147 | 12/20/16 | B | 0.95 | In-House Printing - black & white Call time: 16:34; to | 541 | 971 | |
| 1456148 | 12/20/16 | B | 3.50 | In-House Printing - black & white Call time: 16:34; to | 541 | 971 | |
| 1456149 | 12/20/16 | B | 0.55 | In-House Printing - black & white Call time: 16:35; to | 541 | 971 | |
| 1456150 | 12/20/16 | B | 1.45 | In-House Printing - black & white Call time: 16:35; to | 541 | 971 | |
| 1456164 | 12/20/16 | B | 0.25 | In-House Printing - black & white Call time: 14:19; to | 541 | 684 | |
| 1456142 | 12/20/16 | B | 1.40 | In-House Printing - black & white Call time: 09:12; to | 541 | 684 | |
| 1456146 | 12/20/16 | B | 1.95 | In-House Printing - black & white Call time: 16:11; to | 541 | 684 | |
| 1456151 | 12/20/16 | B | 7.90 | In-House Printing - black & white Call time: 15:52; to | 541 | 684 | |
| 1456158 | 12/20/16 | B | 0.55 | In-House Printing - black & white Call time: 15:09; to | 541 | 684 | |
| 1456159 | 12/20/16 | B | 31.60 | In-House Printing - black & white Call time: 15:23; to | 541 | 684 | |
| 1456160 | 12/20/16 | B | 2.20 | In-House Printing - black & white Call time: 15:23; to | 541 | 684 | |
| 1456161 | 12/20/16 | B | 6.60 | In-House Printing - black & white Call time: 14:28; to | 541 | 684 | |
| 1456162 | 12/20/16 | B | 1.50 | In-House Printing - black & white Call time: 14:28; to | 541 | 684 | |
| 1456163 | 12/20/16 | B | 0.95 | In-House Printing - black & white Call time: 14:19; to | 541 | 684 | |
| 1456152 | 12/20/16 | B | 0.55 | In-House Printing - black & white Call time: 15:52; to | 541 | 684 | |
| 1456153 | 12/20/16 | B | 7.20 | In-House Printing - black & white Call time: 14:55; to | 541 | 684 | |
| 1456154 | 12/20/16 | B | 1.10 | In-House Printing - black & white Call time: 14:55; to | 541 | 684 | |
| 1456155 | 12/20/16 | B | 3.75 | In-House Printing - black & white Call time: 14:45; to | 541 | 684 | |
| 1456156 | 12/20/16 | B | 0.15 | In-House Printing - black & white Call time: 14:45; to | 541 | 684 | |
| 1456157 | 12/20/16 | B | 7.90 | In-House Printing - black & white Call time: 15:09; to | 541 | 684 | |
| 1456143 | 12/20/16 | B | 2.80 | In-House Printing - black & white Call time: 16:53; to | 541 | 670 | |
| 1456144 | 12/20/16 | B | 3.85 | In-House Printing - black & white Call time: 16:53; to | 541 | 670 | |
| 1456165 | 12/20/16 | B | 7.05 | In-House Printing - black & white Call time: 18:12; to | 541 | 961 | |
| 1456698 | 12/21/16 | B | 4.75 | In-House Printing - black & white Call time: 09:52; to | 541 | 961 | |
| 1456697 | 12/21/16 | B | 3.20 | In-House Printing - black & white Call time: 09:52; to | 541 | 096 | |
| 1456699 | 12/21/16 | B | 4.30 | In-House Printing - black & white Call time: 09:52; to | 541 | 096 | |
| 1456700 | 12/21/16 | B | 0.05 | In-House Printing - black & white Call time: 09:52; to | 541 | 096 | |
| 1456701 | 12/21/16 | B | 2.35 | In-House Printing - black & white Call time: 17:31; to | 541 | 096 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP DATE: 01/23/17 14:43:42 | | | PRO FORMA 414405 | | AS OF 12/31/16 | | INVOICE# ****** |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1456702 | 12/21/16 | B | 0.05 | In-House Printing - black & white Call time: 17:31; to | 541 | 096 | |
| 1456703 | 12/21/16 | B | 2.35 | In-House Printing - black & white Call time: 18:02; to | 541 | 096 | |
| 1456704 | 12/21/16 | B | 1.90 | In-House Printing - black & white Call time: 18:27; to | 541 | 096 | |
| 1456705 | 12/21/16 | B | 0.05 | In-House Printing - black & white Call time: 18:27; to | 541 | 096 | |
| 1456706 | 12/21/16 | B | 2.45 | In-House Printing - black & white Call time: 18:35; to | 541 | 096 | |
| 1457272 | 12/21/16 | B | 1.75 | In-House Printing - black & white Call time: 18:51; to | 541 | 096 | |
| 1457273 | 12/21/16 | B | 0.05 | In-House Printing - black & white Call time: 18:51; to | 541 | 096 | |
| 1456707 | 12/21/16 | B | 1.55 | In-House Printing - black & white Call time: 18:45; to | 541 | 605 | |
| 1457274 | 12/22/16 | B | 2.75 | In-House Printing - black & white Call time: 12:15; to | 541 | 096 | |
| 1457275 | 12/22/16 | B | 1.35 | In-House Printing - black & white Call time: 12:49; to | 541 | 961 | |
| 1457276 | 12/22/16 | B | 0.20 | In-House Printing - black & white Call time: 12:49; to | 541 | 961 | |
| 1458036 | 12/27/16 | B | 0.15 | In-House Printing - black & white Call time: 13:08; to | 541 | 961 | |
| 1458037 | 12/27/16 | B | 0.55 | In-House Printing - black & white Call time: 13:08; to | 541 | 961 | |
| 1458028 | 12/27/16 | B | 0.25 | In-House Printing - black & white Call time: 18:43; to | 541 | 961 | |
| 1458029 | 12/27/16 | B | 0.10 | In-House Printing - black & white Call time: 18:44; to | 541 | 961 | |
| 1458030 | 12/27/16 | B | 0.60 | In-House Printing - black & white Call time: 18:44; to | 541 | 961 | |
| 1458031 | 12/27/16 | B | 4.55 | In-House Printing - black & white Call time: 18:48; to | 541 | 961 | |
| 1458035 | 12/27/16 | B | 0.25 | In-House Printing - black & white Call time: 13:08; to | 541 | 961 | |
| 1458038 | 12/27/16 | B | 0.20 | In-House Printing - black & white Call time: 11:22; to | 541 | 454 | |
| 1458039 | 12/27/16 | B | 0.55 | In-House Printing - black & white Call time: 11:22; to | 541 | 454 | |
| 1458040 | 12/27/16 | B | 0.55 | In-House Printing - black & white Call time: 11:22; to | 541 | 454 | |
| 1458041 | 12/27/16 | B | 0.15 | In-House Printing - black & white Call time: 11:23; to | 541 | 454 | |
| 1458042 | 12/27/16 | B | 0.25 | In-House Printing - black & white Call time: 11:23; to | 541 | 454 | |
| 1458043 | 12/27/16 | B | 0.15 | In-House Printing - black & white Call time: 11:17; to | 541 | 454 | |
| 1458050 | 12/27/16 | B | 0.20 | In-House Printing - black & white Call time: 11:15; to | 541 | 454 | |
| 1458051 | 12/27/16 | B | 0.55 | In-House Printing - black & white Call time: 11:16; to | 541 | 454 | |
| 1458052 | 12/27/16 | B | 0.05 | In-House Printing - black & white Call time: 11:13; to | 541 | 454 | |
| 1458053 | 12/27/16 | B | 0.05 | In-House Printing - black & white Call time: 11:13; to | 541 | 454 | |
| 1458054 | 12/27/16 | B | 0.15 | In-House Printing - black & white Call time: 11:14; to | 541 | 454 | |
| 1458044 | 12/27/16 | B | 0.10 | In-House Printing - black & white Call time: 11:27; to | 541 | 454 | |

```
Nortel Networks, Inc.                          PRO FORMA   414403          AS OF 12/31/16                    INVOICE# ******
63989-DIP
DATE: 01/23/17 14:43:42
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1458045 | 12/27/16 | B | 0.30 | In-House Printing - black & white Call time: 11:27; to | 541 | 454 | |
| 1458046 | 12/27/16 | B | 0.35 | In-House Printing - black & white Call time: 11:28; to | 541 | 454 | |
| 1458047 | 12/27/16 | B | 1.40 | In-House Printing - black & white Call time: 11:28; to | 541 | 454 | |
| 1458048 | 12/27/16 | B | 0.40 | In-House Printing - black & white Call time: 11:28; to | 541 | 454 | |
| 1458049 | 12/27/16 | B | 0.60 | In-House Printing - black & white Call time: 11:15; to | 541 | 454 | |
| 1458032 | 12/27/16 | B | 0.15 | In-House Printing - black & white Call time: 14:54; to | 541 | 971 | |
| 1458033 | 12/27/16 | B | 0.55 | In-House Printing - black & white Call time: 14:54; to | 541 | 971 | |
| 1458034 | 12/27/16 | B | 0.25 | In-House Printing - black & white Call time: 14:54; to | 541 | 971 | |
| 1458406 | 12/28/16 | B | 0.25 | In-House Printing - black & white Call time: 14:28; to | 541 | 971 | |
| 1458407 | 12/28/16 | B | 0.10 | In-House Printing - black & white Call time: 14:28; to | 541 | 971 | |
| 1458408 | 12/28/16 | B | 0.60 | In-House Printing - black & white Call time: 14:28; to | 541 | 971 | |
| 1458409 | 12/28/16 | B | 1.15 | In-House Printing - black & white Call time: 12:01; to | 541 | 971 | |
| 1458766 | 12/30/16 | B | 6.30 | In-House Printing - black & white Call time: 15:54; to | 541 | 684 | |
| 1458767 | 12/30/16 | B | 0.30 | In-House Printing - black & white Call time: 15:54; to | 541 | 684 | |
| 1458768 | 12/30/16 | B | 8.05 | In-House Printing - black & white Call time: 12:24; to | 541 | 684 | |
| 1458769 | 12/30/16 | B | 6.50 | In-House Printing - black & white Call time: 12:31; to | 541 | 684 | |
| 1458770 | 12/30/16 | B | 0.80 | In-House Printing - black & white Call time: 12:31; to | 541 | 684 | |
| 1458771 | 12/30/16 | B | 8.05 | In-House Printing - black & white Call time: 14:27; to | 541 | 684 | |
| 1458760 | 12/30/16 | B | 0.65 | In-House Printing - black & white Call time: 08:45; to | 541 | 684 | |
| 1458761 | 12/30/16 | B | 24.60 | In-House Printing - black & white Call time: 09:36; to | 541 | 684 | |
| 1458762 | 12/30/16 | B | 2.60 | In-House Printing - black & white Call time: 15:39; to | 541 | 684 | |
| 1458763 | 12/30/16 | B | 20.70 | In-House Printing - black & white Call time: 15:47; to | 541 | 684 | |
| 1458764 | 12/30/16 | B | 5.75 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1458765 | 12/30/16 | B | 0.05 | In-House Printing - black & white Call time: 15:53; to | 541 | 684 | |
| 1458756 | 12/30/16 | B | 0.05 | In-House Printing - black & white Call time: 11:16; to | 541 | 684 | |
| 1458757 | 12/30/16 | B | 0.05 | In-House Printing - black & white Call time: 11:19; to | 541 | 684 | |
| 1458758 | 12/30/16 | B | 0.05 | In-House Printing - black & white Call time: 11:22; to | 541 | 684 | |
| 1458759 | 12/30/16 | B | 1.10 | In-House Printing - black & white Call time: 08:45; to | 541 | 684 | |
| 1462085 | 12/02/16 | B | 37.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8005717 - E. LIFSHIT - 12/2/16 | 552H Z | 000 | 222558 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/23/17 14:43:42

PRO FORMA 414405   AS OF 12/31/16

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1462086 | 12/02/16 | B | 37.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8005750 - J. BROMLEY 12/2/16 | 552H - | 000 | 222558 |
| 1462087 | 12/02/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8005757 - A. REMMING 12/2/216 | 552H - | 000 | 222558 |
| 1462088 | 12/02/16 | B | 37.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8005763 - D. ABBOTT 12/2/16 | 552H - | 000 | 222558 |
| 1462089 | 12/05/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8007412 - 12/5/16 | 552H | 000 | 222558 |
| 1462090 | 12/05/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8007428 - J. BROMLEY 12/5/16 | 552H - | 000 | 222558 |
| 1456066 | 12/08/16 | B | 5.62 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC - 3:56 PM | 552H | 961 | 222209 |
| 1458249 | 12/12/16 | B | 21.65 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 222358 |
| 1462096 | 12/13/16 | B | 51.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8022495 - J. BROMLEY 12/13/16 | 552H - | 000 | 222558 |
| 1462097 | 12/13/16 | B | 51.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8022565 - S. KUEHNLE - 12/13/16 | 552H NZ | 000 | 222558 |
| 1462098 | 12/13/16 | B | 51.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8023990 - D. ABBOTT 12/13/16 | 552H - | 000 | 222558 |
| 1462099 | 12/13/16 | B | 51.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8025631 - J. ROSENTH - 12/13/16 | 552H AL | 000 | 222558 |
| 1461144 | 12/27/16 | B | 6.52 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 971 | 222539 |
| 1462104 | 12/29/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCING SERVICES - #8051557 - P. CANTWEL - 12/29/16 | 552H L | 000 | 222558 |
|  |  |  | 6,308.39 |  |  |  |  |