## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORTEL NETWORKS INC., et al. | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST TO BE REMOVED FROM SERVICE

PLEASE TAKE NOTICE that Jeffrey S. Cianciulli, Esquire, hereby withdraws his appearance filed in the above-captioned case and requests that he be removed from all Notice and Service Lists.

WEIR & PARTNERS LLP

By: */s/ Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli, Esquire (#4369)
824 N. Market Street, Suite 800
Wilmington, Delaware 19801
T: (302) 652-8181
F: (302) 652-8909
jcianciulli@weirpartners.com

Dated: January 27, 2017

505150_1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NORTEL NETWORKS INC., et al. | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, Esquire, hereby certify that on this 27th day of January, 2017, I caused to be served a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to be Removed from the Service List to be served upon all parties currently registered to receive electronic notices via this Court's ECF system.

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli

505150_1