# **EXHIBIT A**

Case Administration

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Tencza | Leigh Ann | 14/12/2016 | docketing various court appearances (.5); reviewing case docket regarding same (.6); | 1.1 | 302.50 | 14091840 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Pereira | Grace | 13/12/2016 | internal discussions with Richard Johnson re responding to emails from Corey M. Goodman of Cleary Gottlieb Steen and Hamilton LLP on tax implications of termination payments; | 1.2 | 942.00 | 14096793 |
| Pereira | Grace | 14/12/2016 | internal discussions with Richard Johnson re responding to emails from Corey M. Goodman of Cleary Gottlieb Steen and Hamilton LLP on tax implications of termination payments; | 0.8 | 628.00 | 14096795 |
| Pereira | Grace | 09/12/2016 | external discussions with industry experts re sourcing of termination payments between tax treaty partners; | 0.3 | 235.50 | 14097817 |
| Pereira | Grace | 12/12/2016 | drafting email on file to Corey Goodman of Cleary Gottlieb outlining Canadian tax treatment of severance payments; | 2.5 | 1,962.50 | 14117478 |
| Pereira | Grace | 06/12/2016 | attention to email from Corey M. Goodman of Cleary Gottlieb Steen and Hamilton LLP re summary of previous advice on matter (.1); follow up with him re status of outstanding advice (.1); | 0.2 | 157.00 | 14134696 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 14/12/2016 | Review of fee application time entries | 0.7 | 605.50 | 14085631 |
| Bauer | Alison D. | 21/12/2016 | Review and comment upon fee application | 0.7 | 605.50 | 14103000 |
| Fleary | Kristina | 07/12/2016 | review fee application | 1.0 | 275.00 | 14067617 |
| Fleary | Kristina | 23/12/2016 | review fee application | 0.5 | 137.50 | 14105880 |
| Fleary | Kristina | 15/12/2016 | review fee application | 1.0 | 275.00 | 14105882 |
| Fleary | Kristina | 21/12/2016 | review fee application | 2.0 | 550.00 | 14105955 |
| Fleary | Kristina | 19/12/2016 | review fee application | 1.0 | 275.00 | 14105956 |
| Gray | William | 02/12/2016 | Review month end fee application | 0.4 | 378.00 | 14074140 |
| Gray | William | 05/12/2016 | Review Master Sidlow filing | 0.3 | 283.50 | 14078915 |
| Gray | William | 23/12/2016 | Review monthly and quarterly fee application | 0.6 | 567.00 | 14108498 |
| Gray | William | 05/12/2016 | Review fee application | 0.2 | 189.00 | 14140869 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 16/12/2016 | Work on pension claims settlement issues(.7); work on confirmation issues(.6) | 1.3 | 1,228.50 | 14106752 |
| Slavens | Adam | 01/12/2016 | reviewing notices of subpoena and NTCC objections (2.5); email correspondence with Torys team re same (0.2); | 2.7 | 1,566.00 | 14061298 |
| Slavens | Adam | 13/12/2016 | reviewing upcoming Nortel motion dates (.3); email correspondence with L. Tencza re same(.4); | 0.7 | 406.00 | 14082369 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/12/2016 | analysis of inter-company considerations in re Plan and implementation matters; | 2.0 | 1,690.00 | 14064298 |
| DeMarinis | Tony | 05/12/2016 | analysis relating to Plan implementation and inter-company considerations; | 1.4 | 1,183.00 | 14065915 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/12/2016 | Prepare for and attend cross-border hearing re: filing of Canadian and US Plans and Information Circulars (2.5); review Subpoenas issued by US Trade Creditors Conclusion (0.8); | 3.3 | 2,293.50 | 14062822 |
| Bomhof | Scott A. | 02/12/2016 | telephone conversation with L. Schweitzer re: US Trade Creditors opposition to Plan and subpoena; | 0.3 | 208.50 | 14062980 |
| Bomhof | Scott A. | 06/12/2016 | reviewing order regarding notice of appearance on CCAA debtor fee motion (.3); reviewing filings (.2); | 0.5 | 347.50 | 14069520 |
| Bomhof | Scott A. | 07/12/2016 | telephone call with C. Armstrong regarding joint hearing for Canadian Plan approval and US plan approval and issues related to cross-border recognition of December 2 orders approving filing of both plans (.4); reviewing US filings regarding Monitor's mot ion for recognition of December 2 order of CCAA court (.3); | 0.7 | 486.50 | 14069990 |
| Bomhof | Scott A. | 08/12/2016 | reviewing emails from Cleary and Goodmans and coordinate hearing details for CCAA plan sanction hearing and US Plan Confirmation hearing (.5); reviewing CCAA debtors' notice regarding filing of post-CCAA date claims and reviewing US debtor claims (.5); | 1.0 | 695.00 | 14072338 |
| Bomhof | Scott A. | 12/12/2016 | reviewing Monitor's filing and submissions on fee approval (.3); discussing fee process hearing with A. Slavens (.2) | 0.5 | 347.50 | 14082269 |
| Bomhof | Scott A. | 23/12/2016 | reviewing emails regarding recognition motion for US plan mailing order and timing of recognition order for US plan ratification order (once issued); | 0.8 | 556.00 | 14110865 |
| DeMarinis | Tony | 01/12/2016 | reviewing monitor's service of plan filing and meeting order (.3); filed plan, and circular (.3); | 0.6 | 507.00 | 14061588 |
| DeMarinis | Tony | 06/12/2016 | reviewing materials filed by BYNM opposing proposed procedure for passing of Monitor's accounts (0.3); reviewing materials filed by employee rep counsel in support of Monitor's motion (0.3); reading materials filed by UKPC in regards to Monitor's account s motion (0.2); reviewing Morneau Shepell's materials on same (0.2); reviewing court orders on related matters (0.4); reading Monitor's reports (0.4); | 1.8 | 1,521.00 | 14068935 |
| DeMarinis | Tony | 07/12/2016 | reviewing various filings in connection with the Monitor's motion to approve its accounts (0.4); reading file materials in relation to proposed implementation of litigation document and inter-company matters (1.2); | 1.6 | 1,352.00 | 14070247 |
| DeMarinis | Tony | 08/12/2016 | reviewing notice of post-filing claims procedure (0.1); reviewing claims information provided by Monitor (0.6); | 0.7 | 591.50 | 14074474 |
| DeMarinis | Tony | 12/12/2016 | reviewing materials filed in regards to passing of accounts and settlement implementation, and monitor's disclosure and reports; | 1.3 | 1,098.50 | 14091319 |
| DeMarinis | Tony | 20/12/2016 | file review for completion status and related considerations; | 1.0 | 845.00 | 14098282 |
| Gray | William | 01/12/2016 | Review Canadian court hearings regarding plan confirmation process | 0.7 | 661.50 | 14073865 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 02/12/2016 | Review court hearings review, plan confirmation schedule and objection to plan | 1.2 | 1,134.00 | 14074138 |
| Gray | William | 05/12/2016 | Work on plan confirmation scheduling and issues in Canadian and US proceedings | 1.3 | 1,228.50 | 14078916 |
| Gray | William | 13/12/2016 | Attend to matters regarding scheduling of confirmation hearings and resolution of claims objections | 1.2 | 1,134.00 | 14088814 |
| Gray | William | 14/12/2016 | Attention to matters relating to cross-border confirmation hearings | 0.8 | 756.00 | 14090755 |
| Gray | William | 20/12/2016 | Review order setting confirmation schedule and plan objections and work on confirmation issues; | 1.8 | 1,701.00 | 14106782 |
| Gray | William | 21/12/2016 | Review court decision denying motion for reconsideration (0.7); work on settlement of PBGC claims (0.7); work on confirmation issues (.8); | 2.2 | 2,079.00 | 14106794 |
| Gray | William | 19/12/2016 | Work on confirmation issues (.7); review SPSA Filing (.8) | 1.5 | 1,417.50 | 14106834 |
| Gray | William | 22/12/2016 | Work on cross-border confirmation issues | 1.0 | 945.00 | 14108437 |
| Gray | William | 23/12/2016 | Review PBGC settlement | 0.3 | 283.50 | 14108496 |
| Johnson | Richard W. | 14/12/2016 | responding to e-mail queries re tax matters and analysis re same; | 0.8 | 660.00 | 14085444 |
| Johnson | Richard W. | 13/12/2016 | Call with Grace Pereira re background and analysis (1); email exchanges re tax advice (.2); | 1.2 | 990.00 | 14086126 |
| Opolsky | Jeremy | 01/12/2016 | reviewing court filings; | 0.1 | 50.50 | 14062732 |
| Slavens | Adam | 01/12/2016 | attending motion returnable December 1, 2016 (2.3); preparing for same (0.5); reviewing court orders and as-filed CCAA plan and information circular (1.8); | 4.6 | 2,668.00 | 14061205 |
| Slavens | Adam | 02/12/2016 | reviewing US court docket re motion to jointly administer NIII's chapter 11 case re recognition motion (3.5); email correspondence with S. Bomhof re same (0.1); | 3.6 | 2,088.00 | 14064408 |
| Slavens | Adam | 06/12/2016 | reviewing endorsement of Newbould J. and preparing notice of intention to appear re motion returnable January 12, 2017 (1.5); email correspondence with L. Schweitzer, S. Bomhof and J. Ray re same (0.3); reviewing filed notice of intention to appear re sa me (2.0); considering timing of CCAA recognition motions re chapter 11 plan matters (1.7); | 5.5 | 3,190.00 | 14069048 |
| Slavens | Adam | 07/12/2016 | email correspondence with Goodmans team and Cleary team re joint hearing arrangements (0.3); reviewing litigation document re same (0.5); telephone call with C. Armstrong re same and related matters (0.3); | 1.1 | 638.00 | 14070743 |
| Slavens | Adam | 07/12/2016 | reviewing filed notice of intention to appear re motion returnable January 12, 2017; | 0.8 | 464.00 | 14070760 |
| Slavens | Adam | 08/12/2016 | reviewing post-filing claims procedure (1.4); preparing email correspondence to L. Schweitzer re same (0.2); reviewing records re potential claims (3.8); | 5.4 | 3,132.00 | 14074121 |
| Slavens | Adam | 08/12/2016 | email correspondence with Goodmans team and Cleary team re joint hearing arrangements (0.2); considering recognition motion scheduling matters (0.7); | 0.9 | 522.00 | 14074126 |
| Slavens | Adam | 09/12/2016 | reviewing records re potential post-filing | 2.5 | 1,450.00 | 14077130 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | | claims; | | | |
| Slavens | Adam | 09/12/2016 | preparing for December 12, 2016, chambers appointment (0.7); email correspondence with C. Armstrong re same (0.1); | 0.8 | 464.00 | 14077730 |
| Slavens | Adam | 11/12/2016 | reviewing submission re December 12, 2016, chambers appointment; | 1.0 | 580.00 | 14077752 |
| Slavens | Adam | 12/12/2016 | attending chambers appointment re fee approvals (2.0); preparing for same (0.3) | 2.3 | 1,334.00 | 14080226 |
| Slavens | Adam | 14/12/2016 | preparing reporting email to L. Schweitzer re approval of monitor's fees; | 0.3 | 174.00 | 14085442 |
| Slavens | Adam | 22/12/2016 | email correspondence with Cleary team re recognition application; | 0.2 | 116.00 | 14105499 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 05/12/2016 | reviewing chapter 11 case court documents re recognition motion; | 3.3 | 1,914.00 | 14065665 |
| Slavens | Adam | 07/12/2016 | reviewing chapter 11 case court documents re objections; | 1.9 | 1,102.00 | 14070744 |
| Slavens | Adam | 12/12/2016 | reviewing chapter 11 case court documents re plan-related objections; | 1.3 | 754.00 | 14079150 |
| Slavens | Adam | 15/12/2016 | reviewing chapter 11 case court documents; | 0.8 | 464.00 | 14089781 |
| Slavens | Adam | 28/12/2016 | reviewing chapter 11 case court documents; | 0.7 | 406.00 | 14106410 |
| Slavens | Adam | 31/12/2016 | reviewing chapter 11 case court documents; | 0.5 | 290.00 | 14110388 |