# EXHIBIT B

**Nortel**
**December 2016 Disbursements**

| 808 Laser Printing | 01/12/2016 | 60.37 | Laser Printing |
| 808 Laser Printing | 12/12/2016 | 6.99 | Laser Printing |
| 808 Laser Printing | 15/12/2016 | 43.79 | Laser Printing |
| | | **$ 111.15** | |