# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 27, 2017, the undersigned counsel caused to be served **First Set of Document Requests of Delaware Trust Company, as Indenture Trustee, to Solus Alternative Asset Management LP** and this **Notice of Service** as indicated below:

| **VIA HAND DELIVERY AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|
| Joanne Pileggi Pinckney, Esq. | James C. Tecce, Esq. |
| Seton C. Mangine, Esq. | Daniel S. Holzman, Esq. |
| Pinckney, Weidinger, Urban & Joyce LLC | Quinn, Emanuel, Urquhart & Sullivan LLP |
| 3711 Kennett Pike, Suite 210 | 52 Madison Avenue, 22nd Floor |
| Greenville, Delaware 19807 | New York, NY 10010 |
| E-mail: jpinckney@pwujlaw.com | E-mail: jamestecce@quinnemanuel.com |
| E-mail: smangine@pwujlaw.com | E-mail: danielholzman@quinnemanuel.com |

9084710

Dated: January 27, 2017  **MORRIS JAMES LLP**

/s/ Eric J. Monzo
Stephen M. Miller (DE Bar. No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: emonzo@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
J. Taylor Kirklin
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-mail: dalowenthal@pbwt.com
E-mail: bguiney@pbwt.com
E-mail: jtkirklin@pbwt.com

*Attorneys for Delaware Trust Company, as Indenture Trustee*

9084710