**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on January 27, 2017, the undersigned counsel caused to be served **First Set of Document Requests of Delaware Trust Company, as Indenture Trustee, to PointState Capital LP** and this **Notice of Service** as indicated below:

**VIA HAND DELIVERY AND EMAIL**
Joanne Pileggi Pinckney, Esq.
Seton C. Mangine, Esq.
Pinckney, Weidinger, Urban
& Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
E-mail: jpinckney@pwujlaw.com
E-mail: smangine@pwujlaw.com

**VIA FIRST CLASS MAIL AND EMAIL**
James C. Tecce, Esq.
Daniel S. Holzman, Esq.
Quinn, Emanuel, Urquhart
& Sullivan LLP
52 Madison Avenue, 22nd Floor
New York, NY 10010
E-mail: jamestecce@quinnemanuel.com
E-mail: danielholzman@quinnemanuel.com

Dated: January 27, 2017

**MORRIS JAMES LLP**

/s/ Eric J. Monzo
Stephen M. Miller (DE Bar. No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: emonzo@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
J. Taylor Kirklin
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-mail: dalowenthal@pbwt.com
E-mail: bguiney@pbwt.com
E-mail: jtkirklin@pbwt.com

*Attorneys for Delaware Trust Company, as Indenture Trustee*