**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 27, 2017, the undersigned counsel caused to be served **First Set of Document Requests of Delaware Trust Company, as Indenture Trustee, to Nortel Networks Inc. and Certain of Its Affiliated Debtors** and this **Notice of Service** as indicated below:

**VIA HAND DELIVERY AND EMAIL**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
E-mail: dabbott@mnat.com
E-mail: aremming@mnat.com

**VIA FIRST CLASS MAIL AND EMAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
E-mail: jbromley@cgsh.com
E-mail: lschweitzer@cgsh.com

9084677

Dated: January 27, 2017  **MORRIS JAMES LLP**

/s/ Eric J. Monzo
Stephen M. Miller (DE Bar. No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  smiller@morrisjames.com
E-mail:  emonzo@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
J. Taylor Kirklin
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
E-mail:  dalowenthal@pbwt.com
E-mail:  bguiney@pbwt.com
E-mail:  jtkirklin@pbwt.com

*Attorneys for Delaware Trust Company, as Indenture Trustee*