IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 27, 2017, the undersigned counsel caused to

be served **First Set of Document Requests of Delaware Trust Company, as Indenture**

**Trustee, to the Monitor and Canadian Debtors** and this **Notice of Service** as indicated below:

**VIA HAND DELIVERY AND EMAIL**
Mary F. Caloway, Esq.
Kathleen A Murphy, Esq.
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
E-mail:  mary.caloway@bipc.com
E-mail:  kathleen.murphy@bipc.com

**VIA FIRST CLASS MAIL AND EMAIL**
Ken Coleman, Esq.
Jacob S. Pultman, Esq.
Laura R. Hall, Esq.
Joseph Badtke-Berkow, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
E-mail:  ken.coleman@allenovery.com
E-mail:  jacob.pultman@allenovery.com
E-mail:  laura.hall@allenovery.com
E-mail:  joseph.badtke-berkow@allenovery.com

9084759

Dated: January 27, 2017          **MORRIS JAMES LLP**


/s/ Eric J. Monzo
Stephen M. Miller (DE Bar. No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  smiller@morrisjames.com
E-mail:  emonzo@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
J. Taylor Kirklin
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
E-mail:  dalowenthal@pbwt.com
E-mail:  bguiney@pbwt.com
E-mail:  jtkirklin@pbwt.com

*Attorneys for Delaware Trust Company, as*
*Indenture Trustee*

9084759