IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: Jointly Administered
Debtors. :
:
---------------------------------------------------------X

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

        Pursuant to Local Rule 9010-1 and the attached certification, Andrew J. Roth-Moore, hereby moves for the admission pro hac vice of Nathaniel E. Jedrey (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

| | |
|---|---|
| Dated:  January 27, 2017<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew J. Roth-Moore*<br>Andrew J. Roth-Moore (No. 5988)<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

| | |
|---|---|
| **Dated: January 30th, 2017**<br>**Wilmington, Delaware** | **KEVIN GROSS**<br>**UNITED STATES BANKRUPTCY JUDGE** |