# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :   Case No. 09-10138 (KG)
                                                   :   (Jointly Administered)
**NORTEL NETWORKS, INC., <u>et al.</u>,**          :
                                                   :
Debtors.[1]                                        :
------------------------------------------------------x

## NOTICE OF SERVICE

I, Joanne P. Pinckney, hereby certify that on the 30th day of January, 2017, a copy of the *First Set Of Documents Requests and First Set Of Interrogatories Of Solus Alternative Asset Management LP And Pointstate Capital LP To Indenture Trustee Regarding Asserted Fees* were served upon all parties listed on the attached service list in the manner indicated:

Dated: January 30, 2017

PINCKNEY, WEIDINGER, URBAN
 & JOYCE LLC
***/s/ Joanne P. Pinckney***
Joanne P. Pinckney, Esq. (DE No. 3344)
3711 Kennett Pike, Suite 210
Greenville, DE 19807
Telephone: (302) 504-1497

Co-*Counsel to Counsel to Solus Alternative Asset Management LP and PointState Capital LP*

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

| | |
|---|---|
| **VIA HAND DELIVERY & EMAIL** | **VIA FIRST CLASS MAIL & EMAIL** |
| Stephen M. Miller, Esquire | Daniel A. Lowenthal, Esquire |
| Eric J. Monzo, Esquire | Brian P. Guiney, Esquire |
| MORRIS JAMES LLP | J. Taylor Kirklin, Esquire |
| 500 Delaware Avenue, Suite 1500 | PATTERSON, BELKNAP WEBB & TYLER LLP |
| P.O. Box 2306 | 1133 Avenue of the Americas |
| Wilmington, Delaware 19899-2306 | New York, New York 10036-6710 |