# EXHIBIT A

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
January 30, 2017

In Reference To:  Nortel Employee Benefits Issues (May 1, 2013, to November 30, 2016)

Invoice #  3358

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### Employee Benefits/Pensions

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/7/2016 | Harold Ashner | Telephone conference with Jim Bromley re summary of key developments in case and key issues to address in connection with dispute with PBGC (.6); confer with John Langhans (.4, .1) and (separately) with Deborah West (.2) re key issues to focus on | 1.30 $945.00/hr | $1,228.50 |
| | Harold Ashner | Review/analyze/annotate documents sent to me by Brent Tunis (objection to PBGC claims, declaration in support thereof, and multiple supporting documents, draft discovery requests, currency conversion motion, PBGC's response thereto, and Nortel's reply, and C.V. of actuarial expert) and evaluate key issues raised | 2.60 $945.00/hr | $2,457.00 |
| | Harold Ashner | Commence review of extensive FOIA material (Nortel request and multiple responses from PBGC) sent to me today by Elyse McKay | 0.90 $945.00/hr | $850.50 |
| | Harold Ashner | Prepare/send email to Brent Tunis re question relating to PBGC's amended claims (.1); telephone conference with Brent Tunis re same and re related matters (.3) | 0.40 $945.00/hr | $378.00 |
| | Deborah West | Confer with Harold Ashner re issues he discussed with Jim Bromley and re key issues to focus on | 0.20 $895.00/hr | $179.00 |
| | John Langhans | Confer with Harold Ashner (.4, .1) re actuarial issues raised in connection with dispute with PBGC | 0.50 $745.00/hr | $372.50 |
| 11/8/2016 | Harold Ashner | Review expert report and related briefs in other case to identify and evaluate potential arguments bearing on calculation of PBGC's claims | 1.10 $945.00/hr | $1,039.50 |
| | Harold Ashner | Additional review of extensive FOIA material (Nortel request and multiple responses from PBGC) sent to me yesterday by Elyse McKay and of further FOIA material sent to me today by Elyze McKay | 1.00 $945.00/hr | $945.00 |
| | Harold Ashner | Review email and attachments from Brent Tunis re Cornerstone consultants | 0.10 $945.00/hr | $94.50 |
| | Harold Ashner | Telephone conference with Jim Bromley re actuarial issues raised and re possible need for further actuarial support | 0.10 $945.00/hr | $94.50 |
| | Harold Ashner | Confer with John Langhans re actuarial issues relating to PBGC's claims | 0.20 $945.00/hr | $189.00 |
| | John Langhans | Confer with Harold Ashner re actuarial issues relating to PBGC's claims | 0.20 $745.00/hr | $149.00 |
| 11/9/2016 | Harold Ashner | Detailed review of draft request for documents and draft interrogatories, annotate same with key issues to discuss with Brent Tunis, and prepare detailed note to file re key issues to discuss with Brent Tunis re discovery documents and re issues to consider raising as part of dispute with PBGC (work performed yesterday and today) | 1.40 $945.00/hr | $1,323.00 |
| | Harold Ashner | Review email and attachments from Brent Tunis re various experts to consider using in connection with dispute with PBGC | 0.20 $945.00/hr | $189.00 |
| | John Langhans | Multiple conferences (.1, .4, .3, .2, .1) throughout day with Harold Ashner re actuarial issues relating to PBGC's claims; preliminary review of Nortel objection to PBGC claims and of draft request for documents and draft written interrogatories (.9) | 2.00 $745.00/hr | $1,490.00 |
| | Harold Ashner | Multiple conferences (.1, .4, .3, .2, .1) throughout day with John Langhans re actuarial issues relating to PBGC's claims | 1.10 $945.00/hr | $1,039.50 |
| | Harold Ashner | Telephone conference with Brent Tunis re draft discovery requests (.1); telephone conference with Scott Wilson, Kivanc Kirgiz, Jim Bromley, Brent Tunis, and Matt Karlan re key factual, legal, and actuarial issues raised in connection with dispute with PBGC (1.6); telephone conferences (.9, .5) with Brent Tunis and (for portions of calls) Matt Karlan re comments on draft discovery requests and re | 3.80 $945.00/hr | $3,591.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | issues to consider raising in connection with dispute with PBGC; telephone conference with Scott Wilson, Kivanc Kirgiz, Mike Kennedy, Brent Tunis, and Matt Karlan re key issues to discuss during telephone conferences with possible experts to be retained in connection with dispute with PBGC (.7) |  |  |
| 11/9/2016 | Harold Ashner | Review/analyze emails from Matt Karlan re key issues to focus on in connection with upcoming telephone conferences with prospective experts in connection with pending dispute with PBGC, and evaluate additional issues to consider raising | 0.20 $945.00/hr | $189.00 |
|  | Harold Ashner | Initial review of revised drafts of document request and interrogatories sent to me tonight by Brent Tunis | 0.30 $945.00/hr | $283.50 |
| 11/10/2016 | Harold Ashner | Reorganize and revise draft document request (including time reviewing key file documents and notes thereon) and send revised draft, with compare, to Brent Tunis (2.8); telephone conferences with Brent Tunis re revisions to draft document request (.1, .5); review further revised drafts of document request and of interrogatories sent by Brent Tunis at 3:38 PM today and send revisions with compares to Brent Tunis (.7); telephone conferences (.1, .2) with Brent Tunis re revisions and related matters; telephone conference with Brent Tunis re PBGC's motions re briefing schedule, etc. (.2); review PBGC's motions and evaluate implications and strategy considerations (.2) | 4.80 $945.00/hr | $4,536.00 |
|  | Harold Ashner | Email exchange with John Langhans re actuarial issues bearing on calculation of PBGC claims | 0.10 $945.00/hr | $94.50 |
|  | John Langhans | Review actuarial case memo and other FOIA documents (1.0); email exchange with Harold Ashner re actuarial issues bearing on calculation of PBGC claims (.1) | 1.10 $745.00/hr | $819.50 |
|  | Deborah West | Review and annotate Nortel's objection to PBGC claims and review draft interrogatories and requests for production | 1.10 $895.00/hr | $984.50 |
| 11/11/2016 | Harold Ashner | Email dialogue with John Langhans re actuarial issues bearing on PBGC's calculation of UBL claim (.2); telephone conference with Brent Tunis re draft discovery requests and related timing issues (.1); review revised drafts of document request and interrogatories sent by Brent Tunis this morning and compare to prior drafts I had sent to him (.2); confer with John Langhans (.1, .1, .2) re actuarial issues impacting PBGC's claims and re his comments on draft document request and interrogatories; confer with John Langhans (.2) and (separately) Deborah West (.3) re their comments on draft document request and interrogatories; review email from Brent Tunis re PBGC policy re claims, and exchange emails with Deborah West re same (.1); revise draft document request, run compare, and send revised draft with compare to Brent Tunis (.3); telephone conference with Scott Wilson, Kivanc Kirgiz, Mike Kennedy, Jim Bromley, Brent Tunis, Matt Karlan, and prospective expert for PBGC dispute re key issues involved and background and expertise of prospective expert (1.2); telephone conference with Brent Tunis re his question re PBGC policy re claims (.1); review of PBGC publications relating to investment experience and expectations (.2); telephone conference with Brent Tunis re additional revisions to discovery requests (.1) and email dialogue with him re same (.3); commence detailed review and analysis of regulatory history underlying PBGC valuation regulation and evaluation of arguments arising therefrom (2.1) | 5.80 $945.00/hr | $5,481.00 |
|  | John Langhans | Email dialogue with Harold Ashner re his actuarial questions bearing on PBGC's calculation of UBL claim, and research re same (.5); confer with Harold Ashner (.1, .1, .2) re actuarial issues impacting PBGC's claims and re my comments on draft document request and interrogatories; review revised drafts of document request and interrogatories (.3); confer with Harold Ashner re my comments on revised drafts of document request and interrogatories (.2) | 1.40 $745.00/hr | $1,043.00 |
|  | Deborah West | Confer with Harold Ashner re comments on draft discovery requests | 0.30 $895.00/hr | $268.50 |
| 11/12/2016 | Harold Ashner | Continue detailed review and analysis of regulatory history underlying PBGC valuation regulation and evaluation of arguments arising therefrom (2.3); confer with Deborah West re same (1.4); review of selected case law impacting PBGC claims and of PBGC briefing material re same, and analysis of foregoing to identify and evaluate key arguments to explore re PBGC claims issues arising in Nortel (1.4) | 5.10 $945.00/hr | $4,819.50 |

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2016 | Deborah West | Confer with Harold Ashner re results of his detailed review and analysis of regulatory history underlying PBGC valuation regulation and his development of arguments arising therefrom (1.4); review and annotate Federal Register material and other authority regarding PBGC claims methodology (1.0) | 2.40 $895.00/hr | $2,148.00 |
| 11/13/2016 | Harold Ashner | Additional review and analysis of regulatory history underlying PBGC valuation regulation and of related case law and statements by PBGC in briefs, etc., and additional evaluation of arguments arising therefrom, to prepare for planned telephone conference with Jim Bromley, Brent Tunis, and Matt Karlan to discuss same (1.4); prepare note to file re key points to address re PBGC regulatory history during planned telephone conference with Jim Bromley, Brent Tunis, and Matt Karlan (.4); review final versions of document request and interrogatories sent to PBGC, compare to previous drafts, review proposed amended versions, and email exchanges with Brent Tunis re same (.6); telephone conference with Jim Bromley, Brent Tunis, and Matt Karlan re regulatory history underlying PBGC valuation regulation, related case law and statements by PBGC in briefs, etc., and evaluation of arguments arising therefrom (1.7) | 4.10 $945.00/hr | $3,874.50 |
| 11/14/2016 | Harold Ashner | Confer with Deborah West re issues relating to my telephone conference with Jim Bromley, Brent Tunis, and Matt Karlan re regulatory history underlying PBGC valuation regulation, related case law and statements by PBGC in briefs, etc., and evaluation of arguments arising therefrom (.4); review email from Brent Tunis re discovery and FOIA issues, evaluate options for addressing questions raised, and prepare for telephone conference with him re same (.2); review court order in response to PBGC motion to shorten, and evaluate implications for timing and strategy (.1); telephone conference with Brent Tunis re discovery and FOIA issues (.5) | 1.20 $945.00/hr | $1,134.00 |
| | Deborah West | Confer with Harold Ashner re issues relating to his telephone conference with Jim Bromley, Brent Tunis, and Matt Karlan re regulatory history underlying PBGC valuation regulation, related case law and statements by PBGC in briefs, etc., and evaluation of arguments arising therefrom | 0.40 $895.00/hr | $358.00 |
| 11/15/2016 | Harold Ashner | Telephone conference with Scott Wilson, Kivanc Kirgiz, Mike Kennedy, Jim Bromley, Brent Tunis, Matt Karlan, and second prospective expert for PBGC dispute issues re key issues involved and background and expertise of second prospective expert (1.5); telephone conference with Scott Wilson, Kivanc Kirgiz, Mike Kennedy, Jim Bromley, Brent Tunis, Matt Karlan, and third prospective expert for PBGC dispute issues re key issues involved and background and expertise of third prospective expert (.9); review/analyze email and attachment from Mike Kennedy re PBGC projections report and related issues, and review/analyze follow-up email exchange re same between Scott Wilson and Mike Kennedy, and evaluate implications for strategy for addressing PBGC's claims (.4); review email from Matt Karlan with questions relating to ERISA Section 4044 and evaluate appropriate response (.1); telephone conference with Matt Karlan re his questions re ERISA Section 4044 and re various issues relating to strategy for addressing PBGC's claims (.7) | 3.60 $945.00/hr | $3,402.00 |
| 11/16/2016 | Harold Ashner | Confer with John Langhans re results of telephone conferences with second and third prospective financial experts, re issues discussed with Matt Karlan re his questions relating to ERISA Section 4044 and re various issues relating to strategy for addressing PBGC's claims, and re various actuarial issues impacting PBGC's claims (.5); telephone conference with Matt Karlan re issues relating to PBGC's claims and re discovery re same (.4) | 0.90 $945.00/hr | $850.50 |
| | John Langhans | Confer with Harold Ashner re results of his telephone conferences with second and third prospective financial experts, re issues discussed with Matt Karlan re questions relating to ERISA Section 4044 and re various issues relating to strategy for addressing PBGC's claims, and re various actuarial issues impacting PBGC's claims | 0.50 $745.00/hr | $372.50 |
| 11/18/2016 | Harold Ashner | Review/analyze/annotate draft opposition (sent to me today by Matt Karlan) to PBGC's motion to issue briefing schedule and review of selected file documents (including PBGC regulatory statements) bearing on same (.6); telephone conferences (.4, .3, .4) with Matt Karlan re my comments on draft | 1.70 $945.00/hr | $1,606.50 |

Page 4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2016 | Harold Ashner | Confer with Deborah West re key issues to focus on in connection with her review of draft opposition to PBGC's motion to issue briefing schedule (.2); telephone conference with Matt Karlan re my comments on draft opposition to PBGC's motion to issue briefing schedule and re various strategy issues relating to options for addressing PBGC's claims (1.1) | 1.30 $945.00/hr | $1,228.50 |
|  | Deborah West | Confer with Harold Ashner re key issues to focus on in connection with my review of draft opposition to PBGC's motion to issue briefing schedule (.2); review and annotate Debtors' draft opposition to PBGC motion and review related authority (1.2) | 1.40 $895.00/hr | $1,253.00 |
| 11/20/2016 | Harold Ashner | Confer with Deborah West re her comments on draft opposition to PBGC's motion to issue briefing schedule (1.1); telephone conference with Matt Karlan re Deborah West's comments on draft opposition to PBGC's motion to issue briefing schedule (.3); review/analyze/annotate revised draft opposition to PBGC's motion to issue briefing schedule sent by Matt Karlan at 10:46 AM today (.3); review/analyze/annotate further revised draft opposition to PBGC's motion to issue briefing schedule sent by Matt Karlan at 4:56 PM today (.3); telephone conference with Matt Karlan re my comments on revised drafts of opposition to PBGC's motion to issue briefing schedules sent by him today (.6) | 2.60 $945.00/hr | $2,457.00 |
|  | Deborah West | Confer with Harold Ashner re my comments on draft opposition to PBGC's motion to issue briefing schedule | 1.10 $895.00/hr | $984.50 |
| 11/21/2016 | Harold Ashner | Review further revised draft of opposition to PBGC's motion to issue briefing schedule, sent by Matt Karlan at 9:40 AM today (.1); confer with John Langhans re actuarial and related issues impacting potential objections to PBGC's claims (.2); telephone conferences (.2, .1) with Matt Karlan re my comments on revised draft of opposition to PBGC's motion to issue briefing schedule; review final version of opposition to PBGC's motion to issue briefing schedule (.2) | 0.80 $945.00/hr | $756.00 |
|  | John Langhans | Confer with Harold Ashner re actuarial and related issues impacting potential objections to PBGC's claims | 0.20 $745.00/hr | $149.00 |
| 11/22/2016 | Harold Ashner | Telephone conference with Matt Karlan re arguments and rulings at 11-22-16 hearing and re implications of same for strategy going forward and next steps | 0.50 $945.00/hr | $472.50 |
| 11/23/2016 | Harold Ashner | Review/analyze transcript of 11-22-16 hearing and evaluate implications for strategy re discovery and next steps (.5); telephone conferences (.1, .2) with Brent Tunis re planning for upcoming meetings with actuarial and financial experts; confer with John Langhans re planning for upcoming meetings with actuarial and financial experts (.2) | 1.00 $945.00/hr | $945.00 |
|  | John Langhans | Confer with Harold Ashner re planning for upcoming meetings with actuarial and financial experts (.2); review Debtor's opposition brief and transcript of 11-22-16 hearing and evaluate implications for nature and scope of expert input needed (.6) | 0.80 $745.00/hr | $596.00 |
| 11/25/2016 | Harold Ashner | Telephone conference with Jim Bromley re key issues to focus on in connection with upcoming meetings with actuarial and financial experts (.5); confer with John Langhans re key issues to focus on in connection with upcoming meetings with actuarial and financial experts (1.0); review email from John Langhans re PBGC mortality assumptions, evaluate same, and prepare/send responses to same (.2); review final versions of amended discovery requests sent to PBGC (forwarded to me today by Brent Tunis) (.2) | 1.90 $945.00/hr | $1,795.50 |
|  | John Langhans | Confer with Harold Ashner re key issues to focus on in connection with upcoming meetings with actuarial and financial experts (1.0); review of PBGC material re mortality assumptions, send email to Harold Ashner re same, and review Harold Ashner's email responses relating to mortality assumptions (.2) | 1.20 $745.00/hr | $894.00 |
| 11/26/2016 | Harold Ashner | Detailed review of various PBGC annual reports, exposure reports, data books, and other documents relating to PBGC's use of actuarial assumptions for various differing purposes, send links to each with page references to John Langhans for review and discussion, analysis of same and evaluation of resulting arguments for Nortel to make and of key issues to discuss with actuarial and financial experts and of need for further information either through discovery or through further research (work performed yesterday and today) (3.9); confer with Deborah West re key issues to raise with actuarial and financial experts and re issues relating to PBGC's regulatory history (.5); initial review of draft issues list for meeting with actuarial expert, sent to me today by Brent Tunis (.1) | 4.50 $945.00/hr | $4,252.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/26/2016 | Deborah West | Review transcript of 11/22/16 hearing regarding PBGC motion for briefing schedule (.3); confer with Harold Ashner re key issues to raise with actuarial and financial experts and re issues relating to PBGC's regulatory history (.5) | 0.80 $895.00/hr | $716.00 |
| 11/27/2016 | Harold Ashner | Confer with John Langhans re our comments on draft issues list for meeting with actuarial expert (sent to me yesterday by Brent Tunis) and re results of my review and analysis of PBGC's use of various actuarial assumptions for differing purposes and implications of same for arguments to be made by Nortel (.8); revise and expand draft issues list for meeting with actuarial expert (sent to me yesterday by Brent Tunis), send revised/expanded draft to John Langhans, and (following his review) to Brent Tunis (.8); review further revised draft of issues list for meeting with actuarial expert (sent to me today by Brent Tunis) (.1); prepare/send email to Brent Tunis re need to expand issues list further with additional item (.1) | 1.80 $945.00/hr | $1,701.00 |
|  | John Langhans | Review draft issues list for meeting with actuarial expert (.1); review portions of multiple PBGC documents (annual reports, exposure reports, data books, and other documents relating to PBGC's use of actuarial assumptions for various differing purposes) per links sent to me by Harold Ashner and evaluate implications for arguments to be made (.5); confer with Harold Ashner re our comments on draft issues list for meeting with actuarial expert and re results of Harold Ashner's review and analysis of PBGC's use of various actuarial assumptions for differing purposes and implications of same for arguments to be made by Nortel (.8); review and comment on revised draft (sent to me this afternoon by Harold Ashner) of issues list for meeting with actuarial expert (.1); review actuarial case memo to prepare for planned call with actuarial expert (.5) | 2.00 $745.00/hr | $1,490.00 |
| 11/28/2016 | Harold Ashner | Telephone conference with Brent Tunis re planning for meeting with actuarial expert | 0.30 $945.00/hr | $283.50 |
|  | Harold Ashner | Participate by phone in AM portion of meeting with actuarial expert, Jim Bromley (part of meeting), Scott Wilson, Mike Kennedy, Brent Tunis, Estee Lifshitz, and John Langhans re actuarial and related issues to address in connection with objection to PBGC's claims | 2.10 $945.00/hr | $1,984.50 |
|  | Harold Ashner | Participate by phone in PM portion of meeting with actuarial expert, Jim Bromley (part of meeting), Scott Wilson, Mike Kennedy, Brent Tunis, Estee Lifshitz, and John Langhans re actuarial and related issues to address in connection with objection to PBGC's claims | 2.80 $945.00/hr | $2,646.00 |
|  | John Langhans | Participate by phone in AM portion of meeting with actuarial expert, Jim Bromley (part of meeting), Scott Wilson, Mike Kennedy, Brent Tunis, Estee Lifshitz, and Harold Ashner re actuarial and related issues to address in connection with objection to PBGC's claims | 2.10 $745.00/hr | $1,564.50 |
|  | John Langhans | Participate by phone in PM portion of meeting with actuarial expert, Jim Bromley (part of meeting), Scott Wilson, Mike Kennedy, Brent Tunis, Estee Lifshitz, and Harold Ashner re actuarial and related issues to address in connection with objection to PBGC's claims | 2.80 $745.00/hr | $2,086.00 |
| 11/29/2016 | Harold Ashner | Review/analyze/annotate draft of second amended document request sent to me yesterday by Brent Tunis (.2); telephone conference with Matt Karlan re my comments on second amended document request sent to me yesterday by Brent Tunis (.6); confer with Deborah West (.2) and (separately) with John Langhans (.3) re issues discussed during meeting yesterday with actuarial expert, et al., and related strategy implications; review proposed revisions (sent to me today by Matt Karlan) to draft of second amended document request (.1); telephone conference with Matt Karlan re my comments on proposed revisions to draft of second amended document request (.2); review PBGC's motion to defer hearing until after confirmation and evaluate options for addressing same (.2); confer with Deborah West re issues relating to PBGC's motion to defer hearing (.1) | 1.90 $945.00/hr | $1,795.50 |
|  | Deborah West | Confer with Harold Ashner re issues he had discussed during meeting yesterday with actuarial expert, et al., and related strategy implications (.3); confer with Harold Ashner re issues relating to PBGC's motion to defer hearing (.1) | 0.40 $895.00/hr | $358.00 |
|  | John Langhans | Confer with Harold Ashner re issues discussed during meeting yesterday with actuarial expert, et al., and related strategy implications | 0.30 $745.00/hr | $223.50 |
| 11/30/2016 | Harold Ashner | Preparation for meeting with financial expert (review of key file documents and prepare list of key issues to address during meeting) | 1.00 $945.00/hr | $945.00 |
|  | Harold Ashner | Travel from residence in Burke, VA, to meeting with financial expert in Wilmington, DE (total travel time was 3.4 hours, billing for 2.6 hours @ 50% of standard hourly rate) | 2.60 $472.50/hr | $1,228.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2016 | Harold Ashner | Attend meeting (and pre-meeting) in Wilmington, DE, with (each for various portions of meeting) financial expert, John Ray, Mike Kennedy, Jim Bromley, Estee Lifshitz, Matt Karlan, Scott Wilson, and (by phone) John Langhans to discuss various issues relating to upcoming hearing on objection to PBGC's claims (total pre-meeting and meeting time was 6.4 hours, billing for 6.0 hours) | 6.00 $945.00/hr | $5,670.00 |
|  | John Langhans | Participate by phone in meeting in Wilmington, DE, with (each for various portions of meeting) financial expert, John Ray, Mike Kennedy, Jim Bromley, Estee Lifshitz, Matt Karlan, Scott Wilson, and Harold Ashner to discuss various issues relating to upcoming hearing on objection to PBGC's claims (total meeting time was 6.0 hours, billing for 5.6 hours) | 5.60 $745.00/hr | $4,172.00 |
|  | Harold Ashner | Travel from meeting with financial expert in Wilmington, DE, to residence in Burke, VA (total travel time was 2.7 hours, billing for 2.4 hours @ 50% of standard hourly rate) | 2.40 $472.50/hr | $1,134.00 |

SUBTOTAL: [ 104.30 $91,656.00]

For professional services rendered 104.30 $91,656.00

Additional Charges :

### Employee Benefits/Pensions

| 11/18/2016 | Long distance phone charges for Nortel calls while out of U.S. | 69.81 |
|---|---|---|
| 11/19/2016 | Long distance phone charges for Nortel calls while out of U.S. | 109.19 |
| 11/20/2016 | Long distance phone charges for Nortel calls while out of U.S. | 60.86 |
| 11/23/2016 | Long distance phone charges for Nortel calls while out of U.S. | 30.43 |
| 11/28/2016 | Long distance phone charges for Nortel calls while out of U.S. | 547.74 |
| 11/30/2016 | Travel expenses to attend meeting with financial expert, et al., in Wilmington, DE (taxi from residence in Burke, VA, to Union Station ($58.38); Amtrak from Union Station to Wilmington, DE ($105); taxi from Wilmington, DE, train station to meeting ($10); taxi from meeting to Wilmington, DE, train station ($5); Amtrak from Wilmington, DE, train station to Union Station ($184); taxi from Union Station to residence in Burke, VA ($58)) | 420.38 |

SUBTOTAL: [ 1,238.41]

Total additional charges $1,238.41

Total amount of this bill $92,894.41