# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2013, through November 30, 2016

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel | | $420.38 |
| Long Distance Phone Charges | | $818.03 |
| **Grand Total Expenses** | | **$1,238.41** |

Additional Charges :

### Employee Benefits/Pensions

| | | |
|---|---|---:|
| 11/18/2016 | Long distance phone charges for Nortel calls while out of U.S. | 69.81 |
| 11/19/2016 | Long distance phone charges for Nortel calls while out of U.S. | 109.19 |
| 11/20/2016 | Long distance phone charges for Nortel calls while out of U.S. | 60.86 |
| 11/23/2016 | Long distance phone charges for Nortel calls while out of U.S. | 30.43 |
| 11/28/2016 | Long distance phone charges for Nortel calls while out of U.S. | 547.74 |
| 11/30/2016 | Travel expenses to attend meeting with financial expert, et al., in Wilmington, DE (taxi from residence in Burke, VA, to Union Station ($58.38); Amtrak from Union Station to Wilmington, DE ($105); taxi from Wilmington, DE, train station to meeting ($10); taxi from meeting to Wilmington, DE, train station ($5); Amtrak from Wilmington, DE, train station to Union Station ($184); taxi from Union Station to residence in Burke, VA ($58)) | 420.38 |

SUBTOTAL: [ 1,238.41]

Total additional charges  $1,238.41

Total amount of this bill  $92,894.41