## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                         :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                              :    Case No. 09-10138 (KG)
:
            Debtors.                :    Jointly Administered
:
:    RE: D.I. 17432 & 17836
:
---------------------------------------------------------------X

### DECLARATION OF PAUL C. KLEIST, JR. IN SUPPORT OF DEBTORS' OPPOSITION TO THE MOTION OF SNMP RESEARCH INTERNATIONAL, INC. AND SNMP RESEARCH, INC. TO AMEND PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

I, Paul C. Kleist, Jr., do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings (the "Debtors").

2. I respectfully submit this declaration in support of Debtors' Opposition to the Motion of SNMP Research International, Inc. ("International") and SNMP Research, Inc. ("Inc.") (collectively, "SNMP Research") to Amend Proofs of Claim and Add Inc. as Claimant.

3. Annexed to this declaration as Exhibit 1 is a true and correct copy of the license agreement between International and Nortel Networks Corporation ("NNC"), executed December 23, 1999 (the "Nortel License Agreement").

4. Annexed to this declaration as Exhibit 2 are excerpts from a true and correct copy of the transcript of the deposition of Jeffrey D. Case on August 11, 2015, in connection with proceedings in the Superior Court of Justice (Canada).

5. Annexed to this declaration as Exhibit 3 are excerpts from a true and correct copy of the expert report of Ian Ratner, provided to the Debtors on November 2, 2016, as amended on November 11, 2016 (the "Ratner Report").

6. Annexed to this declaration as Exhibit 4 is a true and correct copy of Schedule 1 to the Nortel License Agreement, executed by International and NNC on June 20, 2000, as produced by NNC with Bates Number NNC0024690.

7. Annexed to this declaration as Exhibit 5 is a true and correct copy of an e-mail from John Southwood to David Hyslop, dated November 16, 1999, as produced by SNMP Research with Bates Number SNMP_NCA_00105106.

8. Annexed to this declaration as Exhibit 6 are a true and correct copy of a letter from John Southwood to Nana La-Anyane, dated January 25, 2006, as produced by SNMP Research with Bates Number SNMP_NUS_00092083, a true and correct copy of an e-mail from John Southwood to Nana La-Anyane, dated January 25, 2006, as well as an accompanying e-mail chain, as produced by SNMP Research with Bates Number SNMP_NUS_00113608, and a true and correct copy of Schedule 71.

9. Annexed to this declaration as Exhibit 7 are true and correct copies of the following Software Service Agreements between Nortel Networks Inc. and International:

- SNMPRI Invoice No. 980334, dated June 17, 1998, as produced by NNC with Bates Number NNC0511483
- SNMPRI Invoice No. 99SR06017, dated June 1, 1999, as produced by NNC with Bates Number NNC0511480
- SNMPRI Invoice No. 0105SR030, dated May 1, 2001, as produced by NNC with Bates Number NNC0510289
- SNMPRI Invoice No. 0205SR010, dated May 1, 2002, as produced by NNC with Bates Number NNC0510305
- SNMPRI Invoice No. 0305SR008, dated May 1, 2003, as produced by NNC with Bates Number NNC0510391
- SNMPRI Invoice No. 0405SR011, dated May 1, 2004, as produced by SNMP Research with Bates Number SNMP_NUS_00074512
- SNMPRI Invoice No. 0505SR012, dated May 1, 2005, as produced by SNMP Research with Bates Number SNMP_NUS_00077236
- SNMPRI Invoice No. 0605SR019, dated May 1, 2006, as produced by NNC with Bates Number NNC0510569
- SNMPRI Invoice No. 0705SR010, dated May 1, 2007, as produced by NNC with Bates Number NNC0510627

10. Annexed to this declaration as Exhibit 8 are excerpts from a true and correct copy of the transcript of the deposition of John Southwood on December 8, 2016.

11. Annexed to this declaration as Exhibit 9 is a true and correct copy of the draft license agreement between Inc. and International, dated November 30, 1994, as produced by SNMP Research with Bates Number SNMP_NUS_00187771.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
January 30, 2017

                                              */s/ Paul C. Kleist, Jr.*

                                              Paul C. Kleist, Jr.