# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN RE:                                              Case No. 09-10138 (KG)

NORTEL NETWORKS, INC., et al.,                      Chapter 11

        Debtors                             Jointly Administered

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby wishes to withdraw appearance in the above-captioned bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings.

PARTRIDGE SNOW & HAHN LLP

/s/ Patricia Antonelli
Patricia Antonelli (#4532)
40 Westminster Street, Suite 1100
Providence, RI  02903
(401) 861-8200
(401) 861-8210 FAX
pa@psh.com

DATED:  January 31, 2017

2948131.1/5760-3