IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :   Chapter 11
*In re*                                                  :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :   (Jointly Administered)
                    Debtors.                             :
                                                         :   Re: D.I. 17837
---------------------------------------------------------X

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2017, a copy of the **Declaration of Paul C. Kleist, Jr. in Support of Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 31, 2017        CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                 James L. Bromley (admitted *pro hac vice*)
                               Lisa M. Schweitzer (admitted *pro hac vice*)
                               One Liberty Plaza
                               New York, New York 10006
                               Telephone:  (212) 225-2000
                               Facsimile:  (212) 225-3999

                               - and -

                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                   */s/ Andrew J. Roth-Moore*
                               Eric D. Schwartz (No. 3134)
                               Derek C. Abbott (No. 3376)
                               Andrew R. Remming (No. 5120)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

**Via Hand Delivery**

Norman L. Pernick
Nicholas J. Brannick
Cole Schotz P.C.
500 Delaware Ave.
Wilmington, DE 19801

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Via First Class Mail**

Richard Busch
Andrew Coffman
King & Ballow Law Offices
315 Union St.
Nashville, TN 37201

John Wood
Egerton McAfee Armistead & Davis, P.C.
900 S. Gay St.
Knoxville, TN 37902

G. David Dean
Cole Schotz P.C.
300 E. Lombard St.
Baltimore, MD 21202