## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Ref. Docket Nos. 17754, 17757-17762, 17764-17768 and 17786-17787 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                ) ss.:
COUNTY OF NEW YORK )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2017, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Tim Conklin*
Tim Conklin

Sworn to before me this
31st day of January, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116084

To:     BAR(23) MAILID *** 000115972433 ***



CONTRARIAN CAPITAL TRADE CLAIMS LP
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MINSCH
411 WEST PUTNAM AVE, S-225
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

        CRT SPECIAL INVESTMENTS LLC
        TRANSFEROR: DOMINO, ANTHONY
        JOSEPH E. SARACHEK
        262 HARBOR DRIVE
        STAMFORD, CT 06902

Please note that your claim # 199 in the above referenced case and in the amount of
$26,115.38 allowed at $31,638.48 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972433 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116084



CONTRARIAN CAPITAL TRADE CLAIMS LP
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MINSCH
411 WEST PUTNAM AVE, S-225
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT

        DISTRICT OF DELAWARE

        824 NORTH MARKET STREET, 3RD FLOOR

        WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                          /s/ Tim Conklin

                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116081

To:      BAR(23) MAILID *** 000115972430 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your schedule in the above referenced case and in the amount of
$5,379.50 allowed at $5,379.50 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972430 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116081



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17787          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116082

To:      BAR(23) MAILID *** 000115972431 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your schedule in the above referenced case and in the amount of
$6,008.56 allowed at $6,008.56 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972431 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116082



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17787          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                             /s/ Tim Conklin

                             _____

                             EPIQ BANKRUPTCY SOLUTIONS, LLC

                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116083

To:    BAR(23) MAILID *** 000115972432 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your schedule in the above referenced case and in the amount of
$194.85 allowed at $194.85 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972432 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000116083



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER            17787                in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                            David D. Bird, Clerk of Co

                                    /s/ Tim Conklin
                            _____

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116085

To:    BAR(23) MAILID *** 000115972434 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MEHROTRA, ASHISH
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 422 in the above referenced case and in the amount of
$45,977.76 allowed at $44,997.30 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972434 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116085



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116086

To:     BAR(23) MAILID *** 000115972435 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SIGNIANT CORP
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2328 in the above referenced case and in the amount of
$66,810.87 allowed at $64,290.87 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972435 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116086



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116087

To:    BAR(23) MAILID *** 000115972436 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: ANDERSON, DEBRA
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2499 in the above referenced case and in the amount of
$3,305.43 allowed at $50,893.03 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972436 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116087



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

                              /s/ Tim Conklin

                              _____

                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116088

To:     BAR(23) MAILID *** 000115972437 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: NATHANSON
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2801 in the above referenced case and in the amount of
$419,832.00 allowed at $273,693.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972437 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116088



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                                     /s/ Tim Conklin
                                     _____
                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



NNI TRFNTC (MERGE2, TXNUM2) 4000116089

To:     BAR(23) MAILID *** 000115972438 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

        CRT SPECIAL INVESTMENTS LLC
        TRANSFEROR: LASITTER, CAROL M
        JOSEPH E. SARACHEK
        262 HARBOR DRIVE
        STAMFORD, CT 06902

        Please note that your claim # 2957 in the above referenced case and in the amount of
$11,334.40 allowed at $13,055.49 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972438 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116089



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT

        DISTRICT OF DELAWARE

        824 NORTH MARKET STREET, 3RD FLOOR

        WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017        David D. Bird, Clerk of Co

        /s/ Tim Conklin

        EPIQ BANKRUPTCY SOLUTIONS, LLC

        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000116090

To:     BAR(23) MAILID *** 000115972439 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MANGUM, DAVID R
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3626 in the above referenced case and in the amount of
$27,680.00 allowed at $14,293.33 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972439 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116090



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116091

To:    BAR(23) MAILID *** 000115972440 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LAMBERT, DAVID A
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3630 in the above referenced case and in the amount of
$385,769.87 allowed at $246,523.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972440 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116091



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116092

To:     BAR(23) MAILID *** 000115972441 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LIPSCHUTZ, JOHN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3666 in the above referenced case and in the amount of
$312,858.97 allowed at $306,639.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972441 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116092



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116093

To:      BAR(23) MAILID *** 000115972442 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: RITCHIE, ROBERT FRASER
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3707 in the above referenced case and in the amount of
$87,179.15 allowed at $79,699.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972442 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116093



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116094

To:     BAR(23) MAILID *** 000115972443 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SCHWANTES, ROGER A.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3940 in the above referenced case and in the amount of
$413,508.17 allowed at $375,007.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972443 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116094



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116095

To:    BAR(23) MAILID *** 000115972444 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: EDWARDS II, CLYDE L.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 4076 in the above referenced case and in the amount of
$69,276.30 allowed at $73,824.90 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972444 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116095



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116096

To:      BAR(23) MAILID *** 000115972445 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CROSSON, KEN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 4409 in the above referenced case and in the amount of
$179,029.94 allowed at $171,850.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972445 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116096



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an
objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date: 01/26/2017                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          ─────────────────────────────
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116097

To:    BAR(23) MAILID *** 000115972446 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: GREEN, JAMES A.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 7306 in the above referenced case and in the amount of
$84,441.58 allowed at $81,728.14 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972446 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116097



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116098

To:      BAR(23) MAILID *** 000115972447 ***



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MATTEUCCI, DENNIS D.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 8747 in the above referenced case and in the amount of
$277,253.32 allowed at $296,539.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972447 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116098



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                         /s/ Tim Conklin
                         _____

                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116099

To:     BAR(23) MAILID *** 000115972448 ***

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: VALHOLL LTD
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 7179-16 in the above referenced case and in the amount of

$0.00 allowed at $288,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972448 ***         NNI TRFNTC (MERGE2, TXNUM2) 4000116099



CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17786         in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                         David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113891

To:     BAR(23) MAILID *** 000115972401 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: ANDERSON, DEBRA
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972401 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113891



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: ANDERSON, DEBRA
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2499 in the above referenced case and in the amount of
$3,305.43 allowed at $50,893.03 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.   However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

    FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113892

To:    BAR(23) MAILID *** 000115972402 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CROSSON, KEN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972402 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113892



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CROSSON, KEN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 4409 in the above referenced case and in the amount of
$179,029.94 allowed at $171,850.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                David D. Bird, Clerk of Co

                /s/ Tim Conklin

                EPIQ BANKRUPTCY SOLUTIONS, LLC

                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000113287

To:     BAR(23) MAILID *** 000115972388 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972388 ***           NNI TRFNTC (MERGE2, TXNUM2) 4000113287



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your schedule in the above referenced case and in the amount of
$6,008.56 allowed at $6,008.56 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17787                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                      David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113288

To:      BAR(23) MAILID *** 000115972389 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000115972389 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000113288



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your schedule in the above referenced case and in the amount of
$194.85 allowed at $194.85 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    17787    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113289

To:     BAR(23) MAILID *** 000115972390 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972390 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000113289



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: CRT CAPITAL GROUP LLC
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your schedule in the above referenced case and in the amount of
$5,379.50 allowed at $5,379.50 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17787                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                   /s/ Tim Conklin

                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113731

To:      BAR(23) MAILID *** 000115972398 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: DOMINO, ANTHONY
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000115972398 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113731



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: DOMINO, ANTHONY
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 199 in the above referenced case and in the amount of
$26,115.38 allowed at $31,638.48 has been transferred (unless previously expunged by court order)

CONTRARIAN CAPITAL TRADE CLAIMS LP
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MINSCH
411 WEST PUTNAM AVE, S-225
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786                    in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113453

To:     BAR(23) MAILID *** 000115972396 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: EDWARDS II, CLYDE L.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000115972396 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000113453



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: EDWARDS II, CLYDE L.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 4076 in the above referenced case and in the amount of $69,276.30 allowed at $73,824.90 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17786                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113903

To:     BAR(23) MAILID *** 000115972403 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: GREEN, JAMES A.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While        **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000115972403 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113903



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: GREEN, JAMES A.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 7306 in the above referenced case and in the amount of
$84,441.58 allowed at $81,728.14 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786            in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115759

To:     BAR(23) MAILID *** 000115972413 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LAMBERT, DAVID A
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000115972413 ***      NNI TRFNTC (MERGE2, TXNUM2) 4000115759



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LAMBERT, DAVID A
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3630 in the above referenced case and in the amount of
$385,769.87 allowed at $246,523.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT

         DISTRICT OF DELAWARE

         824 NORTH MARKET STREET, 3RD FLOOR

         WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      17786      in your objection.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017          David D. Bird, Clerk of Co

         /s/ Tim Conklin

         EPIQ BANKRUPTCY SOLUTIONS, LLC

         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113454

To:     BAR(23) MAILID *** 000115972397 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LASITTER, CAROL M
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972397 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000113454



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LASITTER, CAROL M
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2957 in the above referenced case and in the amount of
$11,334.40 allowed at $13,055.49 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17786              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115216

To:    BAR(23) MAILID *** 000115972409 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LIPSCHUTZ, JOHN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000115972409 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115216



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LIPSCHUTZ, JOHN
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3666 in the above referenced case and in the amount of
$312,858.97 allowed at $306,639.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113444

To:    BAR(23) MAILID *** 000115972394 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MANGUM, DAVID R
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972394 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113444



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MANGUM, DAVID R
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3626 in the above referenced case and in the amount of
$27,680.00 allowed at $14,293.33 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                          /s/ Tim Conklin
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115221

To:     BAR(23) MAILID *** 000115972410 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MATTEUCCI, DENNIS D.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000115972410 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115221



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MATTEUCCI, DENNIS D.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 8747 in the above referenced case and in the amount of $277,253.32 allowed at $296,539.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER          17786          in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                         David D. Bird, Clerk of Co

                                          /s/ Tim Conklin

                                          _____

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115624

To:    BAR(23) MAILID *** 000115972412 ***

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MEHROTRA, ASHISH
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000115972412 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115624



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MEHROTRA, ASHISH
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 422 in the above referenced case and in the amount of
$45,977.76 allowed at $44,997.30 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      17786      in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115136

To:     BAR(23) MAILID *** 000115972406 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: NATHANSON
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000115972406 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000115136



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: NATHANSON
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2801 in the above referenced case and in the amount of
$419,832.00 allowed at $273,693.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17786           in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

                                        /s/ Tim Conklin
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000113447

To:     BAR(23) MAILID *** 000115972395 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: RITCHIE, ROBERT FRASER
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000115972395 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113447



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: RITCHIE, ROBERT FRASER
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3707 in the above referenced case and in the amount of
$87,179.15 allowed at $79,699.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                         /s/ Tim Conklin

                         _____

                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115156

To:      BAR(23) MAILID *** 000115972407 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SCHWANTES, ROGER A.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972407 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000115156



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SCHWANTES, ROGER A.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 3940 in the above referenced case and in the amount of
$413,508.17 allowed at $375,007.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17786              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                                David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                _____

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115159

To:    BAR(23) MAILID *** 000115972408 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SIGNIANT CORP
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972408 ***    NNI TRFNTC (MERGE2, TXNUM2) 4000115159



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: SIGNIANT CORP
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 2328 in the above referenced case and in the amount of
$66,810.87 allowed at $64,290.87 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    17786    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000115531

To:     BAR(23) MAILID *** 000115972411 ***



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: VALHOLL LTD
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972411 ***                    NNI TRFNTC (MERGE2, TXNUM2) 4000115531



CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: VALHOLL LTD
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Please note that your claim # 7179-16 in the above referenced case and in the amount of
$0.00 allowed at $288,000.00 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17786                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                            David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113889

To:    BAR(23) MAILID *** 000115972399 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000115972399 ***       NNI TRFNTC (MERGE2, TXNUM2) 4000113889



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-06 in the above referenced case and in the amount of $361,947.60 allowed at $361,947.60 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: ARBAB KHALID | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT

      DISTRICT OF DELAWARE

      824 NORTH MARKET STREET, 3RD FLOOR

      WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     17762     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/26/2017            David D. Bird, Clerk of Co

           /s/ Tim Conklin

           EPIQ BANKRUPTCY SOLUTIONS, LLC

           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113890

To:     BAR(23) MAILID *** 000115972400 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972400 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113890



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-06 in the above referenced case and in the amount of
$348,213.31 allowed at $348,213.31 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17764          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000114397

To:     BAR(23) MAILID *** 000115972404 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000115972404 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000114397



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-07 in the above referenced case and in the amount of
$39,335.36 allowed at $39,335.36 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17762               in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000114398

To:     BAR(23) MAILID *** 000115972405 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**      refers to the claimant who is selling or otherwise assigning its claim. While      **transferee**      refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972405 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000114398



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-07 in the above referenced case and in the amount of
$37,842.76 allowed at $37,842.76 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      17764      in your objection.  If you file an
objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                      David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000113349

To:     BAR(23) MAILID *** 000115972392 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim. While     **transferee**     refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000115972392 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113349



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-09 in the above referenced case and in the amount of
$154,474.38 allowed at $81,717.54 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17761                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                    /s/ Tim Conklin

                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111113

To:     BAR(23) MAILID *** 000115972380 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000115972380 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000111113



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547-05 in the above referenced case and in the amount of
$4,359.43 allowed at $4,359.43 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: ARBAB KHALID | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17760        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017        David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111116

To:    BAR(23) MAILID *** 000115972383 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000115972383 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000111116



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-05 in the above referenced case and in the amount of
$450,046.41 allowed at $450,046.41 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERTIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17762          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111119

To:      BAR(23) MAILID *** 000115972386 ***



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972386 ***              NNI TRFNTC (MERGE2, TXNUM2) 4000111119



DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-05 in the above referenced case and in the amount of $515,779.88 allowed at $515,779.88 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17764              in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113347

To:    BAR(23) MAILID *** 000115972391 ***



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000115972391 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000113347



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-07 in the above referenced case and in the amount of
$579,278.92 allowed at $306,440.76 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17757          in your objection.  If you file an objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111112

To:     BAR(23) MAILID *** 000115972379 ***



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewhise being assigned the claim.

To:     BAR(23) MAILID *** 000115972379 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000111112



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547-04 in the above referenced case and in the amount of
$16,347.87 allowed at $16,347.87 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036-6569 |

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER          17754          in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                                    /s/ Tim Conklin

                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111115

To:     BAR(23) MAILID *** 000115972382 ***



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972382 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000111115



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-04 in the above referenced case and in the amount of
$1,286,391.07 allowed at $1,286,391.07 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17758            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

                                              /s/ Tim Conklin
                                              _____
                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000111118

To:     BAR(23) MAILID *** 000115972385 ***



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972385 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000111118



DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-04 in the above referenced case and in the amount of $1,548,118.47 allowed at $1,548,118.47 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17759               in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13203

To:     BAR(23) MAILID *** 000115972449 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036-6569

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547-04 in the above referenced case and in the amount of
$16,347.87 allowed at $16,347.87 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972449 ***         NNI TRFNTC (ADDRESS2, ADRKEYID3) 13203



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036-6569 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17754        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

                                        /s/ Tim Conklin

                                        _____

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13204

To:     BAR(23) MAILID *** 000115972450 ***

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-07 in the above referenced case and in the amount of
$579,278.92 allowed at $306,440.76 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972450 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13204



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17757          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                                        /s/ Tim Conklin

                                        _____

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13205

To:     BAR(23) MAILID *** 000115972451 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-04 in the above referenced case and in the amount of
$1,286,391.07 allowed at $1,286,391.07 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972451 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 13205



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17758        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                     David D. Bird, Clerk of Co

                                      /s/ Tim Conklin

                                      EPIQ BANKRUPTCY SOLUTIONS, LLC

                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13206

To:      BAR(23) MAILID *** 000115972452 ***

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-04 in the above referenced case and in the amount of
$1,548,118.47 allowed at $1,548,118.47 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972452 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 13206



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17759        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13207

To:    BAR(23) MAILID *** 000115972453 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547-05 in the above referenced case and in the amount of
$4,359.43 allowed at $4,359.43 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972453 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13207



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: ARBAB KHALID |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17760          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13208

To:     BAR(23) MAILID *** 000115972454 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-09 in the above referenced case and in the amount of
$154,474.38 allowed at $81,717.54 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972454 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13208



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17761          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                  /s/ Tim Conklin

                                  _____

                                  EPIQ BANKRUPTCY SOLUTIONS, LLC

                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 13209

To:    BAR(23) MAILID *** 000115972455 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-05 in the above referenced case and in the amount of
$450,046.41 allowed at $450,046.41 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972455 ***         NNI TRFNTC (ADDRESS2, ADRKEYID3) 13209



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: OPERTIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         17762         in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 13210

To:     BAR(23) MAILID *** 000115972456 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-07 in the above referenced case and in the amount of $39,335.36 allowed at $39,335.36 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972456 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 13210



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17762        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

                                        /s/ Tim Conklin

                                        _____

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 13211

To:     BAR(23) MAILID *** 000115972457 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-06 in the above referenced case and in the amount of
$361,947.60 allowed at $361,947.60 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972457 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13211



|  |  |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: ARBAB KHALID |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17762          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13212

To:     BAR(23) MAILID *** 000115972458 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-05 in the above referenced case and in the amount of
$515,779.88 allowed at $515,779.88 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972458 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 13212



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17764        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested



Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 13213

To:     BAR(23) MAILID *** 000115972459 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-06 in the above referenced case and in the amount of $348,213.31 allowed at $348,213.31 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972459 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 13213



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17764        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13214

To:      BAR(23) MAILID *** 000115972460 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-07 in the above referenced case and in the amount of
$37,842.76 allowed at $37,842.76 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972460 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13214



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17764          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                        /s/ Tim Conklin

                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13215

To:    BAR(23) MAILID *** 000115972461 ***

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547 in the above referenced case and in the amount of
$1,089.86 allowed at $1,089.86 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972461 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13215



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: WORDEN MASTER FUND LP |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17765          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

                                               /s/ Tim Conklin

                                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 13216

To:      BAR(23) MAILID *** 000115972462 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-11 in the above referenced case and in the amount of $38,618.59 allowed at $20,429.38 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972462 ***        NNI TRFNTC (ADDRESS2, ADRKEYID3) 13216



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: WORDEN MASTER FUND LP |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        17766        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

                                         /s/ Tim Conklin
                                         _____
                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (ADDRESS2, ADRKEYID3) 13217

To:    BAR(23) MAILID *** 000115972463 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636 in the above referenced case and in the amount of
$112,511.60 allowed at $112,511.60 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972463 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13217



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: WORDEN MASTER FUND LP |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17767          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                               David D. Bird, Clerk of Co

                                               /s/ Tim Conklin

                                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (ADDRESS2, ADRKEYID3) 13218

To:    BAR(23) MAILID *** 000115972464 ***



SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638 in the above referenced case and in the amount of
$128,944.96 allowed at $128,944.96 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972464 ***          NNI TRFNTC (ADDRESS2, ADRKEYID3) 13218



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| PRYOR CASHMAN LLP | TRANSFEROR: WORDEN MASTER FUND LP |
| ATTN: RONALD S. BEACHER | ATTN: OPERATIONS |
| 7 TIMES SQUARE | 2 GREENWICH PLAZA |
| NEW YORK, NY 10036 | GREENWICH, CT 06830 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17768          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116068

To:     BAR(23) MAILID *** 000115972418 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: ARBAB KHALID
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547-05 in the above referenced case and in the amount of
$4,359.43 allowed at $4,359.43 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972418 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116068



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: ARBAB KHALID | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17760              in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                                /s/ Tim Conklin

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000116069

To:     BAR(23) MAILID *** 000115972419 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-09 in the above referenced case and in the amount of
$154,474.38 allowed at $81,717.54 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972419 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116069



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17761        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000116070

To:    BAR(23) MAILID *** 000115972420 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: OPERTIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-05 in the above referenced case and in the amount of $450,046.41 allowed at $450,046.41 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972420 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116070



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERTIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17762          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116071

To:    BAR(23) MAILID *** 000115972421 ***

SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-07 in the above referenced case and in the amount of $39,335.36 allowed at $39,335.36 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972421 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116071



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17762          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116072

To:     BAR(23) MAILID *** 000115972422 ***

SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: ARBAB KHALID
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-06 in the above referenced case and in the amount of
$361,947.60 allowed at $361,947.60 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972422 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116072



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: ARBAB KHALID | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17762             in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116073

To:     BAR(23) MAILID *** 000115972423 ***

SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-05 in the above referenced case and in the amount of
$515,779.88 allowed at $515,779.88 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972423 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116073



| SPCP GROUP, LLC | SPCP GROUP, LLC |
|---|---|
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17764          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116074

To:      BAR(23) MAILID *** 000115972424 ***

SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-06 in the above referenced case and in the amount of
$348,213.31 allowed at $348,213.31 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972424 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116074



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17764          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116075

To:     BAR(23) MAILID *** 000115972425 ***

SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF

### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-07 in the above referenced case and in the amount of $37,842.76 allowed at $37,842.76 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972425 ***        NNI TRFNTC (MERGE2, TXNUM2) 4000116075



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17764        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000116064

To:     BAR(23) MAILID *** 000115972414 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547-04 in the above referenced case and in the amount of
$16,347.87 allowed at $16,347.87 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972414 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116064



|  |  |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036-6569 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17754          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000116065

To:    BAR(23) MAILID *** 000115972415 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-07 in the above referenced case and in the amount of
$579,278.92 allowed at $306,440.76 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972415 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116065



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17757          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                       /s/ Tim Conklin
                                       _____
                                       EPIQ BANKRUPTCY SOLUTIONS, LLC

                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116066

To:      BAR(23) MAILID *** 000115972416 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636-04 in the above referenced case and in the amount of
$1,286,391.07 allowed at $1,286,391.07 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972416 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116066



SPCP GROUP, LLC                                           SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI                  PRYOR CASHMAN LLP
ATTN: OPERATIONS                                          ATTN: RONALD S. BEACHER
2 GREENWICH PLAZA                                         7 TIMES SQUARE
GREENWICH, CT 06830                                       NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17758          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI TRFNTC (MERGE2, TXNUM2) 4000116067

To:    BAR(23) MAILID *** 000115972417 ***



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638-04 in the above referenced case and in the amount of $1,548,118.47 allowed at $1,548,118.47 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972417 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116067



SPCP GROUP, LLC
TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17759          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116076

To:     BAR(23) MAILID *** 000115972426 ***

SPCP GROUP, LLC
TRANSFEROR: WORDEN MASTER FUND LP
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547 in the above referenced case and in the amount of
$1,089.86 allowed at $1,089.86 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972426 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116076



| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: WORDEN MASTER FUND LP | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17765          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                                                        /s/ Tim Conklin

                                                        _____

                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                        as claims agent for the debtor(s).

   FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116077

To:     BAR(23) MAILID *** 000115972427 ***



SPCP GROUP, LLC
TRANSFEROR: WORDEN MASTER FUND LP
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-11 in the above referenced case and in the amount of
$38,618.59 allowed at $20,429.38 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972427 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116077



SPCP GROUP, LLC
TRANSFEROR: WORDEN MASTER FUND LP
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17766          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000116078

To:     BAR(23) MAILID *** 000115972428 ***



SPCP GROUP, LLC
TRANSFEROR: WORDEN MASTER FUND LP
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636 in the above referenced case and in the amount of
$112,511.60 allowed at $112,511.60 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972428 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116078



SPCP GROUP, LLC                                              SPCP GROUP, LLC
TRANSFEROR: WORDEN MASTER FUND LP        PRYOR CASHMAN LLP
ATTN: OPERATIONS                                      ATTN: RONALD S. BEACHER
2 GREENWICH PLAZA                                    7 TIMES SQUARE
GREENWICH, CT 06830                                  NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17767          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                          David D. Bird, Clerk of Co

                                           /s/ Tim Conklin

                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000116079

To:    BAR(23) MAILID *** 000115972429 ***



SPCP GROUP, LLC
TRANSFEROR: WORDEN MASTER FUND LP
ATTN: OPERATIONS
2 GREENWICH PLAZA
GREENWICH, CT 06830

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638 in the above referenced case and in the amount of
$128,944.96 allowed at $128,944.96 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115972429 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000116079



|  |  |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: WORDEN MASTER FUND LP | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17768          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

                              /s/ Tim Conklin
                              _____
                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000113357

To:      BAR(23) MAILID *** 000115972393 ***

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000115972393 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000113357



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5633-11 in the above referenced case and in the amount of
$38,618.59 allowed at $20,429.38 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: WORDEN MASTER FUND LP | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17766            in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/26/2017                    David D. Bird, Clerk of Co

                            /s/ Tim Conklin

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000111114

To:     BAR(23) MAILID *** 000115972381 ***



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000115972381 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000111114



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 4547 in the above referenced case and in the amount of
$1,089.86 allowed at $1,089.86 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: WORDEN MASTER FUND LP | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17765          in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  01/26/2017                              David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI TRFNTC (MERGE2, TXNUM2) 4000111117

To:     BAR(23) MAILID *** 000115972384 ***



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:       BAR(23) MAILID *** 000115972384 ***            NNI TRFNTC (MERGE2, TXNUM2) 4000111117



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5636 in the above referenced case and in the amount of
$112,511.60 allowed at $112,511.60 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: WORDEN MASTER FUND LP | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        17767                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                        David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI TRFNTC (MERGE2, TXNUM2) 4000111120

To:    BAR(23) MAILID *** 000115972387 ***



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000115972387 ***          NNI TRFNTC (MERGE2, TXNUM2) 4000111120



WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Please note that your claim # 5638 in the above referenced case and in the amount of
$128,944.96 allowed at $128,944.96 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| SPCP GROUP, LLC | SPCP GROUP, LLC |
| TRANSFEROR: WORDEN MASTER FUND LP | PRYOR CASHMAN LLP |
| ATTN: OPERATIONS | ATTN: RONALD S. BEACHER |
| 2 GREENWICH PLAZA | 7 TIMES SQUARE |
| GREENWICH, CT 06830 | NEW YORK, NY 10036 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          17768          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017                      David D. Bird, Clerk of Co

/s/ Tim Conklin

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CONTRARIAN CAPITAL TRADE CLAIMS LP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MINSCH, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: CRT CAPITAL GROUP LLC, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: CRT CAPITAL GROUP LLC, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: CRT CAPITAL GROUP LLC, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: DOMINO, ANTHONY, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MEHROTRA, ASHISH, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: SIGNIANT CORP, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: ANDERSON, DEBRA, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: NATHANSON, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT |

| Claim Name | Address Information |
|---|---|
| CRT SPECIAL INVESTMENTS LLC | 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LASITTER, CAROL M, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MANGUM, DAVID R, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LAMBERT, DAVID A, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LIPSCHUTZ, JOHN, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: RITCHIE, ROBERT FRASER, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: SCHWANTES, ROGER A., JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: EDWARDS II, CLYDE L., JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: CROSSON, KEN, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: GREEN, JAMES A., JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MATTEUCCI, DENNIS D., JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: VALHOLL LTD, JOSEPH E. SARACHEK, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR, C/O FORTRESS INVESTMENT GROUP, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WISTRON CORPORATION, C/O FORTRESS INVESTMENT GROUP, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY, C/O FORTRESS INVESTMENT GROUP, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, C/O FORTRESS INVESTMENT GROUP, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 23RD FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY, C/O FORTRESS INVESTMENT GROUP, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 23RD FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, C/O FORTRESS INVESTMENT GROUP, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR, C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON CORPORATION, C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY, C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY, C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: ARBAB KHALID, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: OPERTIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: ARBAB KHALID, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPP. FUND, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036-6569 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: WORDEN MASTER FUND LP, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: WORDEN MASTER FUND LP, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: WORDEN MASTER FUND LP, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: WORDEN MASTER FUND LP, ATTN: OPERATIONS, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR, C/O FORTRESS INVESTMENT, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON CORPORATION, C/O FORTRESS INVESTMENT, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY, C/O FORTRESS INVESTMENT, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| WORDEN MASTER FUND LP | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY, C/O FORTRESS INVESTMENT, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |

NORTEL
**SERVICE LIST**

**Claim Name**                                **Address Information**

| Total Creditor Count 86 |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006