# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of James V. Masella, III, Esquire, of Patterson Belknap Webb & Tyler LLP, to represent Delaware Trust Company, as Indenture Trustee, in this case.

Dated: January 31, 2017

MORRIS JAMES LLP

_____
Stephen M. Miller (DE Bar No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: emonzo@morrisjames.com

Counsel for Delaware Trust Company, as Indenture Trustee

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: February 1st, 2017**
9090603/ **Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar for the State of New York and the Commonwealth of Massachusetts, the United States District Courts for the Southern and Eastern Districts of New York and for the District of Massachusetts, and the United States Court of Appeals for the Second Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action.  I also certify that I am generally familiar with the Court's Local Rules and with the Revised Standing Order for District Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  January 31, 2017

                                                                           _____
James V. Masella, III, Esq.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2240
Facsimile:  (212) 336-7897
E-mail:  jmasella@pbwt.com