## Exhibit 1

**Updated Connections Check Matrix**

Nortel Network Inc_Connection Matrix 120916ed.xlsx

| Category Name | Party Name | No Connection | Prior Connection | Current Connection | |
|---|---|:---:|:---:|:---:|---|
| All Indenture Trustee Attorney | Vedder Price | x | | | |
| All Secured Lenders including DIP lender | Deutsche Bank | | | x | |
| All Secured Lenders including DIP lender | Fidelity Treasury Portfolio Fund | x | | | |
| All Secured Lenders including DIP lender | Government Prime Cash Management Fund | x | | | |
| All Secured Lenders including DIP lender | Reserve Primary Fund | x | | | |
| All Substantial Bondholders or Lenders | Loomis, Sayles & Co Inc | | | x | |
| All Substantial Unsecured Bondholder or Lender | Amalgated Bank | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Ameriprise Financial Services, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | Angelo, Gordon & Co. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Aristeia Capital, L.L.C. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Aurelius Capital Management | x | | | |
| All Substantial Unsecured Bondholder or Lender | Banc of America | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Banc of America Securities, LLC | x | | | |
| All Substantial Unsecured Bondholder or Lender | Bank of America/La Salle | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Bank of New York | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Bank of New York/LDSEG | x | | | |
| All Substantial Unsecured Bondholder or Lender | Bank of New York/London | x | | | |
| All Substantial Unsecured Bondholder or Lender | Barclays | | | x | |
| All Substantial Unsecured Bondholder or Lender | Barclay's Capital Inc., LE | | | x | |
| All Substantial Unsecured Bondholder or Lender | Barclay's Capital Inc./Fixed Income Bond-C | | | x | |
| All Substantial Unsecured Bondholder or Lender | BMO Nesbitt Burns, Inc./CDS | x | | | |
| All Substantial Unsecured Bondholder or Lender | BNP of Paribas Prime Brokerage, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | BNP Paribas Securities Corp/Fixed Income | x | | | |
| All Substantial Unsecured Bondholder or Lender | BNP/PPBC | x | | | |
| All Substantial Unsecured Bondholder or Lender | BNY-SBL/PB | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Brown Brothers Harriman & Co. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Carolina Capital Markets, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | CarVal Investors, LLC | | | x | |
| All Substantial Unsecured Bondholder or Lender | Cede & Co. | | | | Outstanding |
| All Substantial Unsecured Bondholder or Lender | Centerbridge Partners, L.P. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Charles Schwab & Co., Inc. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | CIBC World Markets, Inc. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Citadel Advisors LLC | x | | | |
| All Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC or Citidel Trading Group, LLC | | | x | |
| All Substantial Unsecured Bondholder or Lender | Citibank, NA | | | x | |
| All Substantial Unsecured Bondholder or Lender | Citigroup Financial Services Corp. | x | | | |
| All Substantial Unsecured Bondholder or Lender | Citigroup Global Markets, Inc. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Citigroup Global Markts, Inc./Salomon Brothers | | | x | |
| All Substantial Unsecured Bondholder or Lender | Citigroup Private Bank & Trust | x | | | |
| All Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services, LLC | x | | | |
| All Substantial Unsecured Bondholder or Lender | Comerica Bank | x | | | |
| All Substantial Unsecured Bondholder or Lender | Credit Suisse Securities (USA) | | x | x | |

Nortel Network Inc_Connection Matrix 120916ed.xlsx

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Davidson Kempner Capital Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | DW Investment Management LP | x | | |
| All Substantial Unsecured Bondholder or Lender | E*Trade Capital Markets, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | E*Trade Cleary, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Elliot Associates | | x | x |
| All Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Export Development Canada | | x | |
| All Substantial Unsecured Bondholder or Lender | Fiducie Desjardins, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Fir Tree Partners Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | First Southwest Company | x | | |
| All Substantial Unsecured Bondholder or Lender | Franklin Mutual Advisors, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | GoldenTree Asset Management | | x | x |
| All Substantial Unsecured Bondholder or Lender | Goldman Sachs & Co. | | | x |
| All Substantial Unsecured Bondholder or Lender | Goldman Sachs Execution & Clearing, LP | x | | |
| All Substantial Unsecured Bondholder or Lender | Goldman Sachs International Ltd. | | | x |
| All Substantial Unsecured Bondholder or Lender | Grantham, Mayo, Van Otterloo & Co., LLC | | | x |
| All Substantial Unsecured Bondholder or Lender | GS Investment Strategies, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | H&R Block | | x | x |
| All Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Halcyon Asset Management LLC | | x | |
| All Substantial Unsecured Bondholder or Lender | Hawthorne Securities, Corp | x | | |
| All Substantial Unsecured Bondholder or Lender | Haywood Securities, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | HBK Capital Management | x | | |
| All Substantial Unsecured Bondholder or Lender | Huntington National Bank | x | | |
| All Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| All Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | JP Morgan Chase Bank, National Association | | x | x |
| All Substantial Unsecured Bondholder or Lender | JP Morgan Clearing Corp. | x | | |
| All Substantial Unsecured Bondholder or Lender | JP Morgan International | x | | |
| All Substantial Unsecured Bondholder or Lender | JP Morgan Securities, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | JP Morgan Securities, Inc./Fixed Income | x | | |
| All Substantial Unsecured Bondholder or Lender | JPM/CCS2 | | x | x |
| All Substantial Unsecured Bondholder or Lender | JPM/GS CAP | | x | x |
| All Substantial Unsecured Bondholder or Lender | Keybank National Association | x | | |
| All Substantial Unsecured Bondholder or Lender | King Street Capital Management L.P. | | x | |
| All Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| All Substantial Unsecured Bondholder or Lender | LPL Financial Corporation | | | x |
| All Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| All Substantial Unsecured Bondholder or Lender | McMillion Securities, Inc | x | | |
| All Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection | |
|---|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | Milbank, Tweed, Hadley & McCloy LLP | | x | x | |
| All Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | | |
| All Substantial Unsecured Bondholder or Lender | Monarch Alternative Capital LP | x | | | |
| All Substantial Unsecured Bondholder or Lender | Morgan Stanley & Co. Inc. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Morgan Stanley & Co. Inc./Retail | | | x | |
| All Substantial Unsecured Bondholder or Lender | Morgan Stanley Smith Barney | x | | | |
| All Substantial Unsecured Bondholder or Lender | Morgan, Keegan & Company, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | National City Bank | x | | | |
| All Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | NationsBank of Texas, NA | x | | | |
| All Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | | |
| All Substantial Unsecured Bondholder or Lender | Oak Hill Advisors L.P. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Och-Ziff Capital Management | | | x | |
| All Substantial Unsecured Bondholder or Lender | Oppenheimer & Co., Inc. | | x | | |
| All Substantial Unsecured Bondholder or Lender | Owl Creek Asset Management, L.P. | | x | | |
| All Substantial Unsecured Bondholder or Lender | Pershing, LLC | x | | | |
| All Substantial Unsecured Bondholder or Lender | PNC Bank, NA | | | x | |
| All Substantial Unsecured Bondholder or Lender | PointState Capital | x | | | |
| All Substantial Unsecured Bondholder or Lender | Prudential | | | x | |
| All Substantial Unsecured Bondholder or Lender | Quantum Partners LP | x | | | |
| All Substantial Unsecured Bondholder or Lender | Raymond James & Associates, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | Raymond James Ltd. | x | | | |
| All Substantial Unsecured Bondholder or Lender | RBC Capital Markets Corporation | | x | x | |
| All Substantial Unsecured Bondholder or Lender | RBC Cominion Securities Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | | |
| All Substantial Unsecured Bondholder or Lender | Sankaty Advisors LLC | | | | Outstanding |
| All Substantial Unsecured Bondholder or Lender | Scotia Capital Inc. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Scott & Stringfellow, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | Scottrade, Inc. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | Solus Alternative Asset Management L.P | | | x | |
| All Substantial Unsecured Bondholder or Lender | Southwest Securities Inc. | | x | x | |
| All Substantial Unsecured Bondholder or Lender | SSB&T Co. | | | x | |
| All Substantial Unsecured Bondholder or Lender | SSBIBT/BGI | | | x | |
| All Substantial Unsecured Bondholder or Lender | SSB-SPDR'S | | | x | |
| All Substantial Unsecured Bondholder or Lender | SSBT/IBT | | | x | |
| All Substantial Unsecured Bondholder or Lender | SSB-Trust Custody | | | x | |
| All Substantial Unsecured Bondholder or Lender | Stone Lion Capital Partners L.P. | | | x | |
| All Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | | |
| All Substantial Unsecured Bondholder or Lender | Suntrust Bank | | | x | |
| All Substantial Unsecured Bondholder or Lender | TD Ameritrade Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | TD Waterhouse Canada, Inc. | x | | | |
| All Substantial Unsecured Bondholder or Lender | Tenor Capital Management | x | | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| All Substantial Unsecured Bondholder or Lender | The Bank of New York Mellon | | x | x |
| All Substantial Unsecured Bondholder or Lender | The Bank of Tokyo-Mitsubishi UFJ, Ltd. | | x | x |
| All Substantial Unsecured Bondholder or Lender | The Fifth Third Bank | | x | x |
| All Substantial Unsecured Bondholder or Lender | The Northern Trust Company | | | x |
| All Substantial Unsecured Bondholder or Lender | Toronto Dominion bank | | x | x |
| All Substantial Unsecured Bondholder or Lender | Trustmark | | | x |
| All Substantial Unsecured Bondholder or Lender | UBS Financial Services, Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | UBS Securities, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Union Bank of California | | x | x |
| All Substantial Unsecured Bondholder or Lender | Wachovia Bank, NA | x | | |
| All Substantial Unsecured Bondholder or Lender | Wachovia Capital Markets, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Wachovia Securities, LLC | x | | |
| All Substantial Unsecured Bondholder or Lender | Wellington & Co., Inc. | x | | |
| All Substantial Unsecured Bondholder or Lender | Wells Fargo Bank, National Association | | x | x |
| Debtors Attorney | Cleary Gottlieb Steen & Hamilton LLP | | x | x |
| Debtors Attorney | Morris, Nichols, Arsht & Tunnell LLP | x | | |
| Debtors Officers/Directors | Abdul Aziz Khadbai | x | | |
| Debtors Officers/Directors | Alain Papineau | x | | |
| Debtors Officers/Directors | Alan W. Pritchard | x | | |
| Debtors Officers/Directors | Allan Bifield | x | | |
| Debtors Officers/Directors | Allan K. Stout | x | | |
| Debtors Officers/Directors | Allen Keith Stout | x | | |
| Debtors Officers/Directors | Alvio Silvio Barrios | x | | |
| Debtors Officers/Directors | Andrew Harrison | x | | |
| Debtors Officers/Directors | Anna Ventresca | x | | |
| Debtors Officers/Directors | Anthony G. MacDonald | x | | |
| Debtors Officers/Directors | Anthony Jones | x | | |
| Debtors Officers/Directors | April A. Pennisi | x | | |
| Debtors Officers/Directors | Bill Thompson | x | | |
| Debtors Officers/Directors | Biran Lindsay | x | | |
| Debtors Officers/Directors | Brian Lindsay | x | | |
| Debtors Officers/Directors | Camille Issa | x | | |
| Debtors Officers/Directors | Charles R. Raphun | x | | |
| Debtors Officers/Directors | Christian Kittlitz | x | | |
| Debtors Officers/Directors | Christopher Hogg | x | | |
| Debtors Officers/Directors | Christopher Ricaurte | x | | |
| Debtors Officers/Directors | Christopher Simon Ricaurte | x | | |
| Debtors Officers/Directors | Clare A. Barbieri | x | | |
| Debtors Officers/Directors | Clarke Glaspell | x | | |
| Debtors Officers/Directors | Claudio Morfe Jr. | x | | |
| Debtors Officers/Directors | Cortland Wolfe | x | | |
| Debtors Officers/Directors | Courtland Wolfe | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Craig Telke | x | | |
| Debtors Officers/Directors | Cristina Gomez | x | | |
| Debtors Officers/Directors | Dany Sylvain | x | | |
| Debtors Officers/Directors | David Price | x | | |
| Debtors Officers/Directors | Denis R. X. Thibault | x | | |
| Debtors Officers/Directors | Dennis Carey | x | | |
| Debtors Officers/Directors | Dennis Lloyd | x | | |
| Debtors Officers/Directors | Dennis R. X. Thibault | x | | |
| Debtors Officers/Directors | Dharmaraja Rajan | x | | |
| Debtors Officers/Directors | Donald Powers | x | | |
| Debtors Officers/Directors | Donna Samper | x | | |
| Debtors Officers/Directors | Duncan Gillibrand | x | | |
| Debtors Officers/Directors | Eduardo Santoyo | x | | |
| Debtors Officers/Directors | Elaine Smiles | x | | |
| Debtors Officers/Directors | Emre Erkol | x | | |
| Debtors Officers/Directors | Eric L. Smith | x | | |
| Debtors Officers/Directors | Ernest R. Higginbotham | x | | |
| Debtors Officers/Directors | Eugene McClain | x | | |
| Debtors Officers/Directors | Fabiola Leva | x | | |
| Debtors Officers/Directors | Felipe Gonzales | x | | |
| Debtors Officers/Directors | Francois Audet | x | | |
| Debtors Officers/Directors | Francois Burton | x | | |
| Debtors Officers/Directors | Glenn Brownridge | x | | |
| Debtors Officers/Directors | Gordon A. Davies | x | | |
| Debtors Officers/Directors | Gordon Allen Davis | x | | |
| Debtors Officers/Directors | Graeme Currie | x | | |
| Debtors Officers/Directors | Greg Thor | x | | |
| Debtors Officers/Directors | Gregor W. Larson | x | | |
| Debtors Officers/Directors | Gregory Hood | x | | |
| Debtors Officers/Directors | Guillaume Strub | x | | |
| Debtors Officers/Directors | Guy Lafontaine | x | | |
| Debtors Officers/Directors | Guy Vonderweidt | x | | |
| Debtors Officers/Directors | Hector Benjamin Viana | x | | |
| Debtors Officers/Directors | Henry Holland | x | | |
| Debtors Officers/Directors | Iain Sharp | x | | |
| Debtors Officers/Directors | Ian Scales | x | | |
| Debtors Officers/Directors | J. Erik Fako | x | | |
| Debtors Officers/Directors | Jacqueline C. Hea | x | | |
| Debtors Officers/Directors | James McEachern | x | | |
| Debtors Officers/Directors | James Ostrom | x | | |
| Debtors Officers/Directors | Jean-Pierre Fortin | x | | |
| Debtors Officers/Directors | Jeffrey Thomas Wood | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Jeffrey Wood | x | | |
| Debtors Officers/Directors | Jeremy Fuller | x | | |
| Debtors Officers/Directors | Joel Joseph, Jr. | x | | |
| Debtors Officers/Directors | John D. Atkinson | x | | |
| Debtors Officers/Directors | John Doolittle | x | | |
| Debtors Officers/Directors | John M. Doolittle | x | | |
| Debtors Officers/Directors | John R. McCready | x | | |
| Debtors Officers/Directors | John Ray | x | | |
| Debtors Officers/Directors | Jorge Humberto Suarez | x | | |
| Debtors Officers/Directors | Joseph F. Dearing | x | | |
| Debtors Officers/Directors | Juan Jose Chico | x | | |
| Debtors Officers/Directors | Karen E. Sledge | x | | |
| Debtors Officers/Directors | Katharine B. Stevenson | x | | |
| Debtors Officers/Directors | Keith Landau | x | | |
| Debtors Officers/Directors | Ken Huntington | x | | |
| Debtors Officers/Directors | Kevin Boyle II | x | | |
| Debtors Officers/Directors | Kevin Sembrat | x | | |
| Debtors Officers/Directors | Kimberly P. Poe | x | | |
| Debtors Officers/Directors | Laurie A. Krebs | x | | |
| Debtors Officers/Directors | Lee B. Valerius | x | | |
| Debtors Officers/Directors | Louis LeVay | x | | |
| Debtors Officers/Directors | Luis Fernando Guerra Sanz | x | | |
| Debtors Officers/Directors | Lynn Cecelia Egan | x | | |
| Debtors Officers/Directors | Lynn Egan | x | | |
| Debtors Officers/Directors | Mario Brown | x | | |
| Debtors Officers/Directors | Mark J. Hamilton | x | | |
| Debtors Officers/Directors | Mark Kepke | x | | |
| Debtors Officers/Directors | Martha Helena Bejar | x | | |
| Debtors Officers/Directors | Mary Barnes | x | | |
| Debtors Officers/Directors | Matteo Candaten | x | | |
| Debtors Officers/Directors | Mehdi Sajasi | x | | |
| Debtors Officers/Directors | Michael Gawargy | x | | |
| Debtors Officers/Directors | Michael Leeder | x | | |
| Debtors Officers/Directors | Michael W. McCorkle | x | | |
| Debtors Officers/Directors | Norberto Milan | x | | |
| Debtors Officers/Directors | Norman Caron | x | | |
| Debtors Officers/Directors | Oya Istemi | x | | |
| Debtors Officers/Directors | Parviz Rashidi | x | | |
| Debtors Officers/Directors | Paul Granville | x | | |
| Debtors Officers/Directors | Paul Karr | x | | |
| Debtors Officers/Directors | Paul T. Knudsen | x | | |
| Debtors Officers/Directors | Paul W. Karr | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Debtors Officers/Directors | Pete Streng | x | | |
| Debtors Officers/Directors | Peter Krautle | x | | |
| Debtors Officers/Directors | Peter Look | x | | |
| Debtors Officers/Directors | Raj Krishnan | x | | |
| Debtors Officers/Directors | Richard C. Taylor | x | | |
| Debtors Officers/Directors | Richard Willis | x | | |
| Debtors Officers/Directors | Ricky Kaura | x | | |
| Debtors Officers/Directors | Robert C. Pugh | x | | |
| Debtors Officers/Directors | Robert J. Looney | x | | |
| Debtors Officers/Directors | Robert Litalien | x | | |
| Debtors Officers/Directors | Robert Michael Kales | x | | |
| Debtors Officers/Directors | Robert Saunders | x | | |
| Debtors Officers/Directors | Robin Scott Hughes | x | | |
| Debtors Officers/Directors | Roger W. Britt | x | | |
| Debtors Officers/Directors | Ron Ryan | x | | |
| Debtors Officers/Directors | Russell Coffin | x | | |
| Debtors Officers/Directors | Serge Caron | x | | |
| Debtors Officers/Directors | Shelley Bracken | x | | |
| Debtors Officers/Directors | Shelly Bracken | x | | |
| Debtors Officers/Directors | Sonia Garapaty | x | | |
| Debtors Officers/Directors | Stephan Radatus | x | | |
| Debtors Officers/Directors | Steve J. McKinnon | x | | |
| Debtors Officers/Directors | Steven Woods | x | | |
| Debtors Officers/Directors | Sudarshan Chitale | x | | |
| Debtors Officers/Directors | Swapan Nandi | x | | |
| Debtors Officers/Directors | Thomas A. Gigliotti | x | | |
| Debtors Officers/Directors | Tim Gaiser | x | | |
| Debtors Officers/Directors | Timothy C. Ross | x | | |
| Debtors Officers/Directors | Tom Buttermore | x | | |
| Debtors Officers/Directors | Tom P. Taylor | x | | |
| Debtors Officers/Directors | Wade Lyon | x | | |
| Debtors Officers/Directors | Waye Lyon | x | | |
| Debtors Officers/Directors | Wei Jen Yeh | x | | |
| Debtors Officers/Directors | William Gentry | x | | |
| Debtors Officers/Directors | William J. LaSalle | x | | |
| Debtors Officers/Directors | William Roy Ellis | x | | |
| Debtors Other Professionals | Addrex Inc. | x | | |
| Debtors Other Professionals | ASM Capital L.P. | x | | |
| Debtors Other Professionals | AZB & Partners Advocates & Solicitors | x | | |
| Debtors Other Professionals | Benesch Friedlander Coplan & Aronoff LLP | x | | |
| Debtors Other Professionals | Brown Rudnick LLP | x | | |
| Debtors Other Professionals | Cassidy Turley CPS | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection | |
|---|---|---|---|---|---|
| Debtors Other Professionals | CB Richard Ellis, Inc. | | | x | |
| Debtors Other Professionals | Chilmark Partners, LLC | x | | | |
| Debtors Other Professionals | Dianne Napier-Wilson | x | | | |
| Debtors Other Professionals | Eugene F. Collins | x | | | |
| Debtors Other Professionals | Global IP Law Group, LLC | x | | | |
| Debtors Other Professionals | Grant Thornton LLP | | | x | |
| Debtors Other Professionals | Hain Capital Group, LLC | x | | | |
| Debtors Other Professionals | Huron Consulting Group | | | | Outstanding |
| Debtors Other Professionals | Jackson Lewis LLP | x | | | |
| Debtors Other Professionals | John B. Wilson | x | | | |
| Debtors Other Professionals | Lazard Freres & Co., LLC | | | x | |
| Debtors Other Professionals | Linklaters LLP | x | | | |
| Debtors Other Professionals | Mercer (US) Inc. | | x | x | |
| Debtors Other Professionals | Morris, Nichols, Arsht & Tunnell LLP | x | | | |
| Debtors Other Professionals | Palisades Capital Advisors LLC | x | | | |
| Debtors Other Professionals | PDS Legal Advocates & Solicitors | x | | | |
| Debtors Other Professionals | Punter Southall | x | | | |
| Debtors Other Professionals | RLKS Executive Solutions LLC | | | x | |
| Debtors Other Professionals | Shearman & Sterling LLP | | | x | |
| Debtors Other Professionals | Special Counsel Inc. | x | | | |
| Debtors Other Professionals | Torys LLP | | x | | |
| Debtors Other Professionals | Wilfred J. Cameron | x | | | |
| Non Debtor Affiliate | Nortel Networks O.O.O. | | | x | |
| Non Debtor Affiliates Other Professionals | Allen & Overy LLP | | x | x | |
| Non Debtor Affiliates Other Professionals | Goodmans LLP | x | | | |
| Non Debtor Affiliates Other Professionals | Gowlings Lafleur Henderson LLP | x | | | |
| Non Debtor Affiliates Other Professionals | Herbert Smith Freehills LLP | x | | | |
| Non Debtor Affiliates Other Professionals | Hughes Hubbard & Reed LLP | | x | | |
| Non Debtor Affiliates Other Professionals | Norton Rose Fulbright LLP | | x | | |
| Non Debtor Affiliates Other Professionals | Skadden, Arps, Slate, Meagher & Flom LLP | | x | x | |
| Official Statutory Committee Member Attorney | Akin Gump Strauss Hauer & Feld LLP | | | x | |
| Official Statutory Committee Member Attorney | Fraser Milner Casgrain LLP | x | | | |
| Official Statutory Committee Member Attorney | Richards, Layton & Finger | x | | | |
| Official Statutory Committee Other Professional | Capstone Advisory Group, LLC | x | | | |
| Official Statutory Committee Other Professional | Cassels, Brock & Blackwell LLP | x | | | |
| Official Statutory Committee Other Professional | Whiteford, Taylor & Preston LLP | | x | | |
| Official Statutory Committees Attorney | Akin Gump Strauss Hauer & Feld LLP | | | x | |
| Official Statutory Committees Attorney | Ashurst LLP | x | | | |
| Official Statutory Committees Attorney | Capstone Advisory Group, LLC | x | | | |
| Official Statutory Committees Attorney | Fraser Milner Casgrain LLP | x | | | |
| Official Statutory Committees Attorney | Jefferies & Co., Inc. | | x | x | |
| Official Statutory Committees Attorney | Richards, Layton & Finger | x | | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection | |
|---|---|---|---|---|---|
| Official Statutory Committees Member | Pacific Investment Management Company LLC |  | x | x | |
| Other Significant Parties-in-Interest | Alcatel-Lucent USA Inc |  | x | x | |
| Other Significant Parties-in-Interest | Hitachi Cable |  | x | x | |
| Other Significant Parties-in-Interest | Juniper Networks, Inc. |  |  | x | |
| Other Significant Parties-in-Interest | Layn R. Phillips | x |  |  | |
| Other Significant Parties-in-Interest | Nokia Corporation |  |  | x | |
| Other Significant Parties-in-Interest | PG&E Corporation |  | x |  | |
| Other Significant Parties-in-Interest | Tellabs, Inc. |  | x |  | |
| Other Significant Parties-in-Interest | Warren K. Winkler | x |  |  | |
| Other Significant Parties-in-Interest Attorneys | Harris Corporation |  | x | x | |
| Other Significant Parties-in-Interest Material Lit | 485 Lexington Owner LLC | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | A.W. Chesterton, Inc. | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Alan Michael Hudson | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Alan Robert Bloom | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Aldine Independent School District | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Alexander Lovgren | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family Trust | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | AT&T |  | x | x | |
| Other Significant Parties-in-Interest Material Lit | Bockstar Technologies | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Brenda L. Wread | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | California State Board of Equalization | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Carrasco | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Certain Tunable Laser Chips | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Chae S. Roob | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Chief Justice Warren K. Winkler | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | China Telecom Americas Corp |  |  |  | Outstanding |
| Other Significant Parties-in-Interest Material Lit | Christine Green | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Christopher John Wilkinson Hall | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | City and County of Denver | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | City of Durham | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | City of Richardson | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | City of Sunrise | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Claudia Vidmer | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Coare Brookfield Lakes, LLC | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Constellation Technologies LLC | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Danny Owneby | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | David Buchbinder | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | David Klauder | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Deborah M. Jones | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Dell Marketing L.P. | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Diane Giordano | x |  |  | |
| Other Significant Parties-in-Interest Material Lit | Diane Uphold | x |  |  | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Lit | Dion Wynn | x | | |
| Other Significant Parties-in-Interest Material Lit | Duke Energy Company NC/SC | | | x |
| Other Significant Parties-in-Interest Material Lit | Ernest Demel | x | | |
| Other Significant Parties-in-Interest Material Lit | Estelle Loggins | x | | |
| Other Significant Parties-in-Interest Material Lit | FCS North America, Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | Federated Treasury Obligations | x | | |
| Other Significant Parties-in-Interest Material Lit | Federated U.S. Treasury Cash Reserves, Institutional Shares money market fund | x | | |
| Other Significant Parties-in-Interest Material Lit | Fidelity Treasury Portfolio Fund | x | | |
| Other Significant Parties-in-Interest Material Lit | First Digital Telecom | x | | |
| Other Significant Parties-in-Interest Material Lit | Foundry | x | | |
| Other Significant Parties-in-Interest Material Lit | Frankie Proctor | x | | |
| Other Significant Parties-in-Interest Material Lit | Freddie Wormsbaker | x | | |
| Other Significant Parties-in-Interest Material Lit | GDF Suez Energy Resources NA | x | | |
| Other Significant Parties-in-Interest Material Lit | GE Fanuc Embedded Systems, Inc. | | x | x |
| Other Significant Parties-in-Interest Material Lit | Government Prime Cash Management Fund | x | | |
| Other Significant Parties-in-Interest Material Lit | Great Oaks Water Company | x | | |
| Other Significant Parties-in-Interest Material Lit | Gussie Anderson | x | | |
| Other Significant Parties-in-Interest Material Lit | Highpoint Telecommunications Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | Hok, Inc. | | x | x |
| Other Significant Parties-in-Interest Material Lit | Insight Direct USA, Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | Iron Mountain Information Management, Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | James R. O'Malley | x | | |
| Other Significant Parties-in-Interest Material Lit | Jane Leamy | x | | |
| Other Significant Parties-in-Interest Material Lit | Jane Neumann | x | | |
| Other Significant Parties-in-Interest Material Lit | Janie Proctor | x | | |
| Other Significant Parties-in-Interest Material Lit | Jay Colton | x | | |
| Other Significant Parties-in-Interest Material Lit | JCP&L | x | | |
| Other Significant Parties-in-Interest Material Lit | Jeffrey Heck | x | | |
| Other Significant Parties-in-Interest Material Lit | Jerry Wadlow | x | | |
| Other Significant Parties-in-Interest Material Lit | Jim and Elaine Wright | x | | |
| Other Significant Parties-in-Interest Material Lit | Joseph Srygler | x | | |
| Other Significant Parties-in-Interest Material Lit | Juliet Sarkessian | x | | |
| Other Significant Parties-in-Interest Material Lit | Kaushik Patel | x | | |
| Other Significant Parties-in-Interest Material Lit | Lauren O'Neal | x | | |
| Other Significant Parties-in-Interest Material Lit | Layn R. Phillips | x | | |
| Other Significant Parties-in-Interest Material Lit | LIPA | x | | |
| Other Significant Parties-in-Interest Material Lit | Lisa Fitzgerald | x | | |
| Other Significant Parties-in-Interest Material Lit | Mack Thorpe, Jr. | x | | |
| Other Significant Parties-in-Interest Material Lit | Manuel Segura | x | | |
| Other Significant Parties-in-Interest Material Lit | Mark Kenney | x | | |
| Other Significant Parties-in-Interest Material Lit | McDonald County Telephone Co | x | | |
| Other Significant Parties-in-Interest Material Lit | Michael McWalters | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Lit | Michael Panacio | x | | |
| Other Significant Parties-in-Interest Material Lit | Michael West | x | | |
| Other Significant Parties-in-Interest Material Lit | Monarch Master Funding LTD | x | | |
| Other Significant Parties-in-Interest Material Lit | Oracle USA, Inc. | | | x |
| Other Significant Parties-in-Interest Material Lit | Pamela Richardson | x | | |
| Other Significant Parties-in-Interest Material Lit | Patricia Harmon | x | | |
| Other Significant Parties-in-Interest Material Lit | Paul E. Morrison | x | | |
| Other Significant Parties-in-Interest Material Lit | Pavel Molodetskiy | x | | |
| Other Significant Parties-in-Interest Material Lit | PCCW Global Inc | x | | |
| Other Significant Parties-in-Interest Material Lit | PSNC Energy | x | | |
| Other Significant Parties-in-Interest Material Lit | Ramona Vinson | x | | |
| Other Significant Parties-in-Interest Material Lit | Reserve Primary Fund | x | | |
| Other Significant Parties-in-Interest Material Lit | Richard Schepacarter | x | | |
| Other Significant Parties-in-Interest Material Lit | Robert Buchwald | x | | |
| Other Significant Parties-in-Interest Material Lit | Scott Gennett | x | | |
| Other Significant Parties-in-Interest Material Lit | Scott M. Johnson | x | | |
| Other Significant Parties-in-Interest Material Lit | Shakima L. Williams | x | | |
| Other Significant Parties-in-Interest Material Lit | Sharon Tangney | x | | |
| Other Significant Parties-in-Interest Material Lit | SRP | | | x |
| Other Significant Parties-in-Interest Material Lit | State of Michigan, Department of Treasury | x | | |
| Other Significant Parties-in-Interest Material Lit | Stephen Taylor | x | | |
| Other Significant Parties-in-Interest Material Lit | Steven Domenikos | x | | |
| Other Significant Parties-in-Interest Material Lit | Steven John Harris | x | | |
| Other Significant Parties-in-Interest Material Lit | Suez Energy Resources N.A. Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | Tandberg | x | | |
| Other Significant Parties-in-Interest Material Lit | Teligent Services Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | Terrence Freeman | x | | |
| Other Significant Parties-in-Interest Material Lit | The Hon. Kevin Gross | x | | |
| Other Significant Parties-in-Interest Material Lit | Thomas & Betts Manufacturing Inc. (GFI) | | | x |
| Other Significant Parties-in-Interest Material Lit | Thomas Patrick Tinker | x | | |
| Other Significant Parties-in-Interest Material Lit | Time Warner Cable | | x | |
| Other Significant Parties-in-Interest Material Lit | Town of Billerica | x | | |
| Other Significant Parties-in-Interest Material Lit | Tyco Electronics | | x | x |
| Other Significant Parties-in-Interest Material Lit | Victoria Anstead | x | | |
| Other Significant Parties-in-Interest Material Lit | Wanland and Associates | x | | |
| Other Significant Parties-in-Interest Material Lit | WideOpen West Finance, LLC a/k/a WOW Internet, Cable & Phone, Knology, Inc. | x | | |
| Other Significant Parties-in-Interest Material Lit | William K. Harrington | x | | |
| Other Significant Parties-in-Interest Material Lit | Zyxel Communications, Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | Alpha Networks | x | | |
| Other Significant Parties-in-Interest Material Litigation | Arris Group Inc. | | x | x |
| Other Significant Parties-in-Interest Material Litigation | BT Americas Inc | | x | x |
| Other Significant Parties-in-Interest Material Litigation | Cable One, Inc. | | | x |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Other Significant Parties-in-Interest Material Litigation | Cequel Communications, LLC d/b/a Suddenlink Communications | | x | x |
| Other Significant Parties-in-Interest Material Litigation | Charter Communications, Inc. | | x | x |
| Other Significant Parties-in-Interest Material Litigation | Ciena Corporation | | | x |
| Other Significant Parties-in-Interest Material Litigation | Cisco Systems | | | x |
| Other Significant Parties-in-Interest Material Litigation | City of Durham | x | | |
| Other Significant Parties-in-Interest Material Litigation | City of Richardson | x | | |
| Other Significant Parties-in-Interest Material Litigation | Frontier Communications | | | x |
| Other Significant Parties-in-Interest Material Litigation | Graybar Electric Company, Inc. | | | x |
| Other Significant Parties-in-Interest Material Litigation | Hewlett Packard | | | x |
| Other Significant Parties-in-Interest Material Litigation | Huawei | | | x |
| Other Significant Parties-in-Interest Material Litigation | Motorola | | x | x |
| Other Significant Parties-in-Interest Material Litigation | NEC | | x | |
| Other Significant Parties-in-Interest Material Litigation | Powerwave Technologies, Inc. | | x | |
| Other Significant Parties-in-Interest Material Litigation | PSNC Energy | x | | |
| Other Significant Parties-in-Interest Material Litigation | SAP America, Inc. | | x | x |
| Other Significant Parties-in-Interest Material Litigation | SNMP Research, Inc. | x | | |
| Other Significant Parties-in-Interest Material Litigation | ZTE | | | x |
| Parties to the Debtors Significant Executory Contr | 10 Sylvan SPE LLC | x | | |
| Parties to the Debtors Significant Executory Contr | 101 Constitution Trust | x | | |
| Parties to the Debtors Significant Executory Contr | 13560 Morris Road Office Investors, LLC | x | | |
| Parties to the Debtors Significant Executory Contr | 2256355 Ontario Limited | x | | |
| Parties to the Debtors Significant Executory Contr | 7884 BR LLC | x | | |
| Parties to the Debtors Significant Executory Contr | ACE Parking Management | x | | |
| Parties to the Debtors Significant Executory Contr | American Home Assurance Company | x | | |
| Parties to the Debtors Significant Executory Contr | American Home Assurance Company (National Union) | x | | |
| Parties to the Debtors Significant Executory Contr | Arch Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contr | Arrowhead General Insurance Agency | | x | |
| Parties to the Debtors Significant Executory Contr | Beazley Syndicate | x | | |
| Parties to the Debtors Significant Executory Contr | Behringer Harvard TIC | x | | |
| Parties to the Debtors Significant Executory Contr | Biltmore Financial Center II | x | | |
| Parties to the Debtors Significant Executory Contr | Bonham Golf & Country Club, Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | Bookham Technology Ltd. | | x | |
| Parties to the Debtors Significant Executory Contr | Brookfield Lakes Corporate Center | x | | |
| Parties to the Debtors Significant Executory Contr | Brookfield Lepage Johnson | x | | |
| Parties to the Debtors Significant Executory Contr | BSNL | x | | |
| Parties to the Debtors Significant Executory Contr | C.N.A. Insurance | | x | x |
| Parties to the Debtors Significant Executory Contr | California State Board of Equalization | x | | |
| Parties to the Debtors Significant Executory Contr | California State Teachers Retierment | x | | |
| Parties to the Debtors Significant Executory Contr | Campbell Creek Ltd. | x | | |
| Parties to the Debtors Significant Executory Contr | Canal View Properties III, LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Carrasco | x | | |
| Parties to the Debtors Significant Executory Contr | Catlin Canada Inc. | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contr | Certain Tunable Laser Chips | x | | |
| Parties to the Debtors Significant Executory Contr | China Mobility | x | | |
| Parties to the Debtors Significant Executory Contr | Ciminelli Development Co. Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | City of Bonham | x | | |
| Parties to the Debtors Significant Executory Contr | Coliseum Transfer Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | Colliers Dickson Flake Partners Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | Continental Casualty Company | x | | |
| Parties to the Debtors Significant Executory Contr | Crescent Peakview Tower LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Daeduck Electronics Company | x | | |
| Parties to the Debtors Significant Executory Contr | Datatec Networking and Com. | x | | |
| Parties to the Debtors Significant Executory Contr | Delta Networks Systems SA DE CV | x | | |
| Parties to the Debtors Significant Executory Contr | Deutsche Telecom | | x | x |
| Parties to the Debtors Significant Executory Contr | Direct Touch Federal | x | | |
| Parties to the Debtors Significant Executory Contr | Duesenberg Investment Company | x | | |
| Parties to the Debtors Significant Executory Contr | Empire Indemnity | x | | |
| Parties to the Debtors Significant Executory Contr | Ernest Demel | x | | |
| Parties to the Debtors Significant Executory Contr | Falvey Cargo Underwriting | x | | |
| Parties to the Debtors Significant Executory Contr | Federal Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contr | France Telecom/Orange | x | | |
| Parties to the Debtors Significant Executory Contr | Gail G. Anderson dba Willard T. Anderson Properties | x | | |
| Parties to the Debtors Significant Executory Contr | Gateway Associates Ltd. | x | | |
| Parties to the Debtors Significant Executory Contr | Gateway Trust | x | | |
| Parties to the Debtors Significant Executory Contr | GCAN Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contr | Genesis Building LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Green 485 Owner LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Hanoi Telecom | x | | |
| Parties to the Debtors Significant Executory Contr | Highpoint Telecommunications Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | Hines Riverfront Plaza, LP | x | | |
| Parties to the Debtors Significant Executory Contr | Hiscox Insurance Company | | | x |
| Parties to the Debtors Significant Executory Contr | Hiscox Syndicate | x | | |
| Parties to the Debtors Significant Executory Contr | Hitachi, Ltd. | | | x |
| Parties to the Debtors Significant Executory Contr | HQ Global Workplaces Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | I & G Direct Real Estate 16, LP | x | | |
| Parties to the Debtors Significant Executory Contr | IGD Properties Corp. | x | | |
| Parties to the Debtors Significant Executory Contr | IPC Metrocenter LLC | x | | |
| Parties to the Debtors Significant Executory Contr | IStar Ctl. 1, L.P./Lehman Ali Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | ITC | x | | |
| Parties to the Debtors Significant Executory Contr | Itel House | x | | |
| Parties to the Debtors Significant Executory Contr | Jay Colton | x | | |
| Parties to the Debtors Significant Executory Contr | Jim and Elaine Wright | x | | |
| Parties to the Debtors Significant Executory Contr | Joseph Srygler | x | | |
| Parties to the Debtors Significant Executory Contr | Kapsch AG | x | | |

Case 09-10138-MFW    Doc 17853-1    Filed 02/01/17    Page 15 of 20

Nortel Network Inc_Connection Matrix 120916ed.xlsx

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contr | Korea Telecom  Freetel | x | | |
| Parties to the Debtors Significant Executory Contr | Korea Telecom Freetel | x | | |
| Parties to the Debtors Significant Executory Contr | Kuehne & Nagel International AG | | x | x |
| Parties to the Debtors Significant Executory Contr | LGT | x | | |
| Parties to the Debtors Significant Executory Contr | Lisa Fitzgerald | x | | |
| Parties to the Debtors Significant Executory Contr | Mack Thorpe, Jr. | x | | |
| Parties to the Debtors Significant Executory Contr | Marsh Canada Ltd. | x | | |
| Parties to the Debtors Significant Executory Contr | Max Bermuda Ltd. | x | | |
| Parties to the Debtors Significant Executory Contr | Meadow Brook Office LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Mera | x | | |
| Parties to the Debtors Significant Executory Contr | Metropark South LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Metropolitan Tulsa Investments LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Minerva Systems Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | National Union Fire Insurance Company | x | | |
| Parties to the Debtors Significant Executory Contr | Navigators Syndicate | | x | x |
| Parties to the Debtors Significant Executory Contr | New Boston 175 Capital Boulevard LP | x | | |
| Parties to the Debtors Significant Executory Contr | Omaha Plaza Investments c/o CBRE The Mega Group | | | x |
| Parties to the Debtors Significant Executory Contr | Omega Corporate Center, LP | x | | |
| Parties to the Debtors Significant Executory Contr | One Boston Place, LLC | x | | |
| Parties to the Debtors Significant Executory Contr | One Capital Mall Investors LP | x | | |
| Parties to the Debtors Significant Executory Contr | Open Terrace Associates LLC | x | | |
| Parties to the Debtors Significant Executory Contr | Pamela Richardson | x | | |
| Parties to the Debtors Significant Executory Contr | Patricia Harmon | x | | |
| Parties to the Debtors Significant Executory Contr | Pavel Molodetskiy | x | | |
| Parties to the Debtors Significant Executory Contr | Polytronix | x | | |
| Parties to the Debtors Significant Executory Contr | Princeton E&S | x | | |
| Parties to the Debtors Significant Executory Contr | QBE Specialty | x | | |
| Parties to the Debtors Significant Executory Contr | Radware Ltd. | x | | |
| Parties to the Debtors Significant Executory Contr | Reckson Operating Partnership | x | | |
| Parties to the Debtors Significant Executory Contr | Riverdale Office Properties Partnership | x | | |
| Parties to the Debtors Significant Executory Contr | Robert Buchwald | x | | |
| Parties to the Debtors Significant Executory Contr | Rockstar Consortium Inc. f/k/a Rockstar Bidco LP | x | | |
| Parties to the Debtors Significant Executory Contr | RP Sam Houston Plaza, L.P. | x | | |
| Parties to the Debtors Significant Executory Contr | Sasken | x | | |
| Parties to the Debtors Significant Executory Contr | SCA IPLA Holdings Inc. | x | | |
| Parties to the Debtors Significant Executory Contr | Scansoft | x | | |
| Parties to the Debtors Significant Executory Contr | Scott M. Johnson | x | | |
| Parties to the Debtors Significant Executory Contr | Sharon Tangney | x | | |
| Parties to the Debtors Significant Executory Contr | Sobrato Land Holdings | x | | |
| Parties to the Debtors Significant Executory Contr | Spectra Link | | x | |
| Parties to the Debtors Significant Executory Contr | Steven Domenikos | x | | |
| Parties to the Debtors Significant Executory Contr | Sunset Land Company LLC | x | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection | |
|---|---|---|---|---|---|
| Parties to the Debtors Significant Executory Contr | Talcott II Alamo LP | x | | | |
| Parties to the Debtors Significant Executory Contr | Talcott III Ormsby LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | Tallahassee Corporate Center LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | TCIT Dallas Industrial, Inc. | x | | | |
| Parties to the Debtors Significant Executory Contr | TCS Consulting | | | x | |
| Parties to the Debtors Significant Executory Contr | Technology Center Associates LP | x | | | |
| Parties to the Debtors Significant Executory Contr | Technology Park V LP | x | | | |
| Parties to the Debtors Significant Executory Contr | Technology Park X LTD Partnership | x | | | |
| Parties to the Debtors Significant Executory Contr | Telefonaktiebolaget L M Ericsson (publ) | x | | | |
| Parties to the Debtors Significant Executory Contr | Temple Insurance Company | x | | | |
| Parties to the Debtors Significant Executory Contr | Terrence Freeman | x | | | |
| Parties to the Debtors Significant Executory Contr | The Plaza CP, LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | Tomorrow 35 Century L.P. | x | | | |
| Parties to the Debtors Significant Executory Contr | Tower 333 LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | TRT NOIP Glenville-Richardson LP | x | | | |
| Parties to the Debtors Significant Executory Contr | Two Towne Square LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | UCM/SREP-Corporate Woods, LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | US Cellular | x | | | |
| Parties to the Debtors Significant Executory Contr | Wanland and Associates | x | | | |
| Parties to the Debtors Significant Executory Contr | West Colony Office Associates, LP | x | | | |
| Parties to the Debtors Significant Executory Contr | Wipro | | x | | |
| Parties to the Debtors Significant Executory Contr | Wireless (TX) LP QRS 14 | x | | | |
| Parties to the Debtors Significant Executory Contr | Wistron | x | | | |
| Parties to the Debtors Significant Executory Contr | Witness Systems Inc. | x | | | |
| Parties to the Debtors Significant Executory Contr | Woodfield Holdings Pt., LLC | x | | | |
| Parties to the Debtors Significant Executory Contr | Zurich American Insurance Company | x | | | |
| Parties to the Debtors Significant Executory Contracts and Leases | Allied World Assurance Company Ltd | | | | Outstanding |
| Parties to the Debtors Significant Executory Contracts and Leases | Avaya Inc. | | | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Blackberry Ltd f/k/a Research in Motion Ltd. | | x | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Deka Immobilien Investment GMBH | | x | | |
| Parties to the Debtors Significant Executory Contracts and Leases | GENBAND Inc. | | x | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | Microsoft Corp. | | x | x | |
| Parties to the Debtors Significant Executory Contracts and Leases | State Street Bank and Trust Company, as owner/trustee of ZSF/Research Gateway Trust | | | x | |
| Substantial Unsecured Bondholder or Lender | Carolina Capital Markets, Inc | x | | | |
| Substantial Unsecured Bondholder or Lender | Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities, Inc | x | | | |
| Substantial Unsecured Bondholder or Lender | Cede & Co. | | | | outstanding |
| Substantial Unsecured Bondholder or Lender | Citadel Derivatives Group, LLC | | | x | |
| Substantial Unsecured Bondholder or Lender | Citadel Trading Group, LLC | x | | | |
| Substantial Unsecured Bondholder or Lender | Clearview Correspondent Services, LLC | x | | | |
| Substantial Unsecured Bondholder or Lender | Davidson (D.A.) & Co., Inc. | | x | | |
| Substantial Unsecured Bondholder or Lender | Emmett Larkin Co., Inc. | x | | | |
| Substantial Unsecured Bondholder or Lender | First Clearing, LLC | x | | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Substantial Unsecured Bondholder or Lender | H.G. Wellington & Co., Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Hawthorne Securities, Corp. | x | | |
| Substantial Unsecured Bondholder or Lender | Ingalls & Snyder, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Interactive Brokers, LLC/Retail Clearance | x | | |
| Substantial Unsecured Bondholder or Lender | Janney Montgomery Scott, LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Jones (Edward D.) & Co. | | x | x |
| Substantial Unsecured Bondholder or Lender | Laurential Bank of Canada | x | | |
| Substantial Unsecured Bondholder or Lender | Lehman Brothers, Inc | | x | x |
| Substantial Unsecured Bondholder or Lender | Mackay Sheilds LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Manufacturers & Trust Company | x | | |
| Substantial Unsecured Bondholder or Lender | Marshall & Illsey Bank | x | | |
| Substantial Unsecured Bondholder or Lender | McMillion Securities, Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Mellon Trust of New England, NA | x | | |
| Substantial Unsecured Bondholder or Lender | Merrill Lynch Pierce Fenner & Smith Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | ML SFKPG | x | | |
| Substantial Unsecured Bondholder or Lender | National Financial Services Corp. | | x | x |
| Substantial Unsecured Bondholder or Lender | NBCN Inc./CDS | x | | |
| Substantial Unsecured Bondholder or Lender | Ridge Clearing & Outsourcing Solutions, Inc | x | | |
| Substantial Unsecured Bondholder or Lender | Sanford C. Bernstein & Co., LLC | x | | |
| Substantial Unsecured Bondholder or Lender | Scott & Stringfellow, Inc. | x | | |
| Substantial Unsecured Bondholder or Lender | Sterne, Agee & Leach, Inc. | | x | |
| Substantial Unsecured Bondholder or Lender | Stifel Nicholaus & Company | x | | |
| Substantial Unsecured Bondholder or Lender | Sumi Trust | x | | |
| Substantial Unsecured Bondholder or Lender | UMB Bank NA | | | x |
| Substantial Unsecured Bondholder or Lender | US Bank NA | | x | x |
| Substantial Unsecured Bondholder or Lender | Wilmington Trust Company | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | Mackay Sheilds LLC | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | Marshall & Illsey Bank | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | Stifel Nicholaus & Company | x | | |
| Substantial Unsecured Bondholder or Lender Attorne | US Bank NA | | x | x |
| Thirty Largest Unsecured Creditors | Central General Engineering and Maintenance Limited | x | | |
| Thirty Largest Unsecured Creditors | Coams Inc | x | | |
| Thirty Largest Unsecured Creditors | Communications Test Design Inc. | x | | |
| Thirty Largest Unsecured Creditors | Covergence Inc. | x | | |
| Thirty Largest Unsecured Creditors | I and C SA | x | | |
| Thirty Largest Unsecured Creditors | Isbel SA | x | | |
| Thirty Largest Unsecured Creditors | ITC Networks | x | | |
| Thirty Largest Unsecured Creditors | J Mock & Co SA | x | | |
| Thirty Largest Unsecured Creditors | Konet PR | x | | |
| Thirty Largest Unsecured Creditors | Lederfyl SA | x | | |
| Thirty Largest Unsecured Creditors | Manning Global | x | | |
| Thirty Largest Unsecured Creditors | Mcomm Group Inc | x | | |

Nortel Network Inc_Connection Matrix 120916ed.xlsx

| Category Name | Party Name | No Connection | Prior Connection | Current Connection | |
|---|---|---|---|---|---|
| Thirty Largest Unsecured Creditors | Mercury America USA Corp | x | | | |
| Thirty Largest Unsecured Creditors | Newcomm 2000 | x | | | |
| Thirty Largest Unsecured Creditors | Online 2000 Inc | x | | | |
| Thirty Largest Unsecured Creditors | Optime Consulting Inc | x | | | |
| Thirty Largest Unsecured Creditors | Rerate Limited Inc | x | | | |
| Thirty Largest Unsecured Creditors | SEAL Consulting | x | | | |
| Thirty Largest Unsecured Creditors | Siemens Enterprise Comm Inc | x | | | |
| Thirty Largest Unsecured Creditors | Telrad Networks Ltd. | x | | | |
| Thirty Largest Unsecured Creditors | Verint Americas Inc | x | | | |
| Thirty Largest Unsecured Creditors | Wipro Systems Ltd. | x | | | |
| Thirty Largest Unsecured Creditors | Wipro Technologies | | x | | |
| Thirty Largest Unsecured Creditors | Wireless Integrated Networks WIN | x | | | |
| Unsecured Creditors from Largest Unsecured | Advanced Information Management | x | | | |
| Unsecured Creditors from Largest Unsecured | Affiliates of Verizon Communications Inc. | | | x | |
| Unsecured Creditors from Largest Unsecured | Airspan Communications Ltd. | x | | | |
| Unsecured Creditors from Largest Unsecured | Anixter | | | x | |
| Unsecured Creditors from Largest Unsecured | Argo Partners | x | | | |
| Unsecured Creditors from Largest Unsecured | Avenue TC Fund, L.P. | x | | | |
| Unsecured Creditors from Largest Unsecured | Beeline | x | | | |
| Unsecured Creditors from Largest Unsecured | Beeline.com, Inc. | x | | | |
| Unsecured Creditors from Largest Unsecured | Blackwell Partners LLC | x | | | |
| Unsecured Creditors from Largest Unsecured | Bulldog Investors General Partnership | x | | | |
| Unsecured Creditors from Largest Unsecured | Central General Engineering and Maintenance Limited | x | | | |
| Unsecured Creditors from Largest Unsecured | Chubb Insurance Co of Canada | x | | | |
| Unsecured Creditors from Largest Unsecured | Coams Inc | x | | | |
| Unsecured Creditors from Largest Unsecured | Coams Inc. | x | | | |
| Unsecured Creditors from Largest Unsecured | Commonwealth of Pennsylvania | x | | | |
| Unsecured Creditors from Largest Unsecured | Communications Test Design Inc. | x | | | |
| Unsecured Creditors from Largest Unsecured | Computer Science Corporation | | | x | |
| Unsecured Creditors from Largest Unsecured | Corre Opportunities Qualified Master Fund | x | | | |
| Unsecured Creditors from Largest Unsecured | Covergence Inc. | x | | | |
| Unsecured Creditors from Largest Unsecured | CRT Special Investments LLC | | | | Outstanding |
| Unsecured Creditors from Largest Unsecured | Deutsche Bank Securities, Inc. | | | x | |
| Unsecured Creditors from Largest Unsecured | Donahee, Gary R. | x | | | |
| Unsecured Creditors from Largest Unsecured | Drawbridge Special Opportunities Fund LP | x | | | |
| Unsecured Creditors from Largest Unsecured | Emerson Network Power Embedded | x | | | |
| Unsecured Creditors from Largest Unsecured | Export Development Canada | | x | | |
| Unsecured Creditors from Largest Unsecured | Flaherty, Lauren | x | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics | x | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics America LLC | x | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics International | x | | | |
| Unsecured Creditors from Largest Unsecured | Flextronics International Europe BV | x | | | |

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Unsecured Creditors from Largest Unsecured | Flextronics Logistics USA Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Flextronics Sales & Marketing North | x | | |
| Unsecured Creditors from Largest Unsecured | Glow Networks | x | | |
| Unsecured Creditors from Largest Unsecured | Hain Capital Holdings, LLC | x | | |
| Unsecured Creditors from Largest Unsecured | I and C SA | x | | |
| Unsecured Creditors from Largest Unsecured | IBM Corporation | | | x |
| Unsecured Creditors from Largest Unsecured | India Department of Revenue | x | | |
| Unsecured Creditors from Largest Unsecured | Infosys Technologies Ltd. | | | x |
| Unsecured Creditors from Largest Unsecured | Isbel SA | x | | |
| Unsecured Creditors from Largest Unsecured | ITC Networks | x | | |
| Unsecured Creditors from Largest Unsecured | J Mock & Co SA | x | | |
| Unsecured Creditors from Largest Unsecured | Jabil Circuit Inc. (GDL) | | | x |
| Unsecured Creditors from Largest Unsecured | JDS Uniphase Corporation | | | x |
| Unsecured Creditors from Largest Unsecured | Johnson Controls Inc. | | x | x |
| Unsecured Creditors from Largest Unsecured | Konet PR | x | | |
| Unsecured Creditors from Largest Unsecured | Law Debenture Trust Company of New York | x | | |
| Unsecured Creditors from Largest Unsecured | Lederfyl SA | x | | |
| Unsecured Creditors from Largest Unsecured | Liquidity Solutions, Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Longacre Institutional Opportunity Fund | x | | |
| Unsecured Creditors from Largest Unsecured | Manning Global | x | | |
| Unsecured Creditors from Largest Unsecured | McCann Erickson San Francisco | x | | |
| Unsecured Creditors from Largest Unsecured | Mcomm Group Inc | x | | |
| Unsecured Creditors from Largest Unsecured | Mercury America USA Corp | x | | |
| Unsecured Creditors from Largest Unsecured | Nelson, William K. | x | | |
| Unsecured Creditors from Largest Unsecured | Newcomm 2000 | x | | |
| Unsecured Creditors from Largest Unsecured | Online 2000 Inc | x | | |
| Unsecured Creditors from Largest Unsecured | Optime Consulting Inc | x | | |
| Unsecured Creditors from Largest Unsecured | Owens, William A. | x | | |
| Unsecured Creditors from Largest Unsecured | Pension Benefit Guaranty Corporation | x | | |
| Unsecured Creditors from Largest Unsecured | Queens Ballpark Company, L.L.C. | x | | |
| Unsecured Creditors from Largest Unsecured | Rattray, Stephen A. | x | | |
| Unsecured Creditors from Largest Unsecured | Rerate Limited Inc | x | | |
| Unsecured Creditors from Largest Unsecured | Roese, John | x | | |
| Unsecured Creditors from Largest Unsecured | Ross, Eric John | x | | |
| Unsecured Creditors from Largest Unsecured | Roth, John A. | x | | |
| Unsecured Creditors from Largest Unsecured | Sanmina-Sci Corporation | | | x |
| Unsecured Creditors from Largest Unsecured | SEAL Consulting | x | | |
| Unsecured Creditors from Largest Unsecured | Siemens Enterprise Comm Inc | x | | |
| Unsecured Creditors from Largest Unsecured | SNMP Research International Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Solus Recovery Fund LP | x | | |
| Unsecured Creditors from Largest Unsecured | SPCP Group, LLC | x | | |
| Unsecured Creditors from Largest Unsecured | Stmicroelectronics, Inc. | | x | |

Nortel Network Inc_Connection Matrix 120916ed.xlsx

| Category Name | Party Name | No Connection | Prior Connection | Current Connection |
|---|---|---|---|---|
| Unsecured Creditors from Largest Unsecured | Sun Microsystems Inc. | x | | |
| Unsecured Creditors from Largest Unsecured | Tariq, Semra | x | | |
| Unsecured Creditors from Largest Unsecured | Tata Consultancy Services | | | x |
| Unsecured Creditors from Largest Unsecured | TEKsystems Inc. | | | x |
| Unsecured Creditors from Largest Unsecured | Telefonica Internacional, S.A.U. | x | | |
| Unsecured Creditors from Largest Unsecured | Telrad Networks Ltd. | x | | |
| Unsecured Creditors from Largest Unsecured | The Bank of New York Mellon | | x | x |
| Unsecured Creditors from Largest Unsecured | U.S. Bank National Association | | x | x |
| Unsecured Creditors from Largest Unsecured | United Business Media LLC dba Everything Channel | | | x |
| Unsecured Creditors from Largest Unsecured | United States Debt Recovery, LP | x | | |
| Unsecured Creditors from Largest Unsecured | Verint Americas Inc | x | | |
| Unsecured Creditors from Largest Unsecured | Wendt, Dietmar | x | | |
| Unsecured Creditors from Largest Unsecured | Wipro Systems Ltd. | x | | |
| Unsecured Creditors from Largest Unsecured | Wipro Technologies | | x | |
| Unsecured Creditors from Largest Unsecured | Wireless Integrated Networks WIN | x | | |
| Unsecured Creditors from Largest Unsecured | Wistron InfoComm Technology Corp. | x | | |
| Unsecured Creditors from Largest Unsecured | Zafirovski, Mike | x | | |