**Exhibit 2**

**Professionals**

1. Cleary Gottlieb Steen & Hamilton LLP: Has provided services in the past and is currently providing services.

2. Akin Gump Strauss Hauer & Feld LLP: Has provided services in the past and is currently providing services.

3. Cassidy Turley CPS: Has provided services in the past.

4. Crowell & Moring LLP: Has provided services in the past and is currently providing services.

5. Jackson Lewis LLP: Has provided services in the past.

6. Linklaters LLP: Has provided services in the past.

7. Mercer (US) Inc.: Has provided services in the past and is currently providing services.

8. Morris, Nichols, Arsht & Tunnell LLP: Has provided services in the past.

9. Richards Layton & Finger: Has provided services in the past and is currently providing services.

10. Shearman & Sterling LLP: Is currently providing services.

11. Special Counsel Inc. Has provided services in the past.

12. Vedder Price: Has provided services in the past and is currently providing services.