**Exhibit 3**

**Litigation Parties**

1.  Fidelity Investments -Fidelity Management Trust Company; Fidelity Capital Markets Services:  are a co-defendant with, among others, EY LLP in litigation pending in the United States District Court for the Southern District of New York  (Case Numbers: 1:08cv5523 and 1:10-cv-8631).

2.  Edward D. Jones & Co: is a co-defendant with, among others, EY LLP in an action pending in the United States District Court for the Southern District of New York (Case Number 08-cv-5523).

3.  Lehman Brothers and/or its Officers & Directors:  are co-defendants with, among others, EY LLP in litigation pending in the United States District Court for the Southern District of New York (Case Numbers: 08-cv-5523; 1:09-cv-6040; 1:09-cv-1944; 1:09-cv-1946; 1:09-cv-2363; 1:09-cv-3467; 1:09-cv-3474; 1:09-cv-3468; 1:09-cv-3475; 1:09-cv-3476; 1:11-civ-04278; 1:09-cv-3478; 1:09-cv-6652; 1:09-cv-6041; 1:09-cv-01238; ; 1:11-cv-09001; 11-civ-5112; 1:10-cv-8631; 1:2009cv07878; 1:2009cv07877; 10-cv-5617; 10-cv-6185; 10-cv-5201; 11 CIV 3745; 10-CV-6077; 1:11cv3552; 1:11cv2039; and 10-cv-2926).

4.  BNY Mellon Capital Markets LLC fka Mellon Financial Markets LLC, Mellon Trust of New England, NA:  are co-defendants with, among others, EY LLP in actions pending in the United States District Court for the Southern District of New York (Case Numbers: 09-2363; 09-3478; 08-cv-5523; 1:2009cv07878; 09-1946; 09-3478 and 09-6041).

5.  Merrill Lynch, Pierce, Fenner & Smith Inc.; Merrill Lynch & Co., Inc. is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York  (Case Numbers:  1:09-2363 and 1:08cv5523).

6.  Ridge Clearing & Outsourcing Solutions Inc:  is a co-defendant with, among others, EY LLP in a litigation pending in the United States District Court for the Southern District of New York (Case Number 1:09-cv-2363).

7.  Chubb Insurance Co of Canada:  Chubb Associates, L.P., The Chubb Corporation: are co-defendants with, among others, EYLLP in a litigation pending in the In the Court of Common Please Dauphin County  Pennsylvania (Civil Action No:  2015-cv-8483).

8.  Deutsche Bank AG, Deutsche Asset Management (DAM): is a co-defendant with, among others, EYLLP in a litigation pending in the Republic of the Philippines Regional Trial Court National Capital Judicial Region City of Makati Branch 150 (Civil Case No. 05-692.)

4814-9084-3456.1

9.      Federal Insurance Company: is a co-defendant with, among others, with EYLLP in a litigation pending in the In the Court of Common Please Dauphin County  Pennsylvania (Civil Action No:  2015-cv-8483).

10.     FTI Consulting, FTI, LLC is a plaintiff against EY in a litigation pending in the Supreme Court of the State of New York County of New York (Index No:  653109/15).

11.     Jefferies & Co., Inc.:  is a co-defendant with, among others, with EYLLP in a litigation pending in the In the United States District Court Eastern District of California (Master File 2:14-cv-2571).

12.     Stifel, Nicolaus & Company:  is a co-defendant with, among others, with EYLLP in a litigation pending in the In the United States District Court Eastern District of California (Master File 2:14-cv-2571).

13.     Lehman Brothers, Inc. related litigation:  EYLLP is a co-defendant with, among others, in a litigation pending in the United States District Court Southern District of New York (Case No.:  1:09-md-02017).