# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 1/1/2017 | 1/31/2017 |
| **Enter Billing Rate/Hr:** | 590.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 168.40 | $590.00 | $99,356.00 |
| 2 | Document Management and Research Support, Call Center | 92.50 | $590.00 | $54,575.00 |
| 3 | Human Resources - Former Employee Related Projects | 3.50 | $590.00 | $2,065.00 |
| 4 | Fee Apps | 36.70 | $590.00 | $21,653.00 |
| 5 | Non-working travel | 42.00 | $295.00 | $12,390.00 |
| 6 | Claims Administration & Reconciliation, Distribution Support | 962.90 | $590.00 | $568,111.00 |
| 7 | Tax/Finance Matters and Budget Projects | 73.70 | $590.00 | $43,483.00 |
| 8 | Misc Debtor Issues and Communications | 5.70 | $590.00 | $3,363.00 |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 488.10 | $590.00 | $287,979.00 |
| | **Hours/Billing Amount for Period:** | **1,873.50** | | **$1,092,975.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/1/2017 | QB 2017 Upgrade - cutover | Raj Perubhatla | 1 | 8.0 |
| 1/2/2017 | NetBackup configuration changes to policies, monitoring | Brandon Bangerter | 1 | 1.3 |
| 1/2/2017 | QB 2017 Upgrade - cutover | Raj Perubhatla | 1 | 3.5 |
| 1/3/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 3.8 |
| 1/3/2017 | Correspondence received, researched, responded re: Datasafe authorization to destroy | Kathryn Schultea | 1 | 0.8 |
| 1/3/2017 | Distribution Model: W2 prep for year end | Raj Perubhatla | 1 | 3.7 |
| 1/4/2017 | Server audit for needed updates, space issues and reclamation / NetBackup monitoring and policy updates | Brandon Bangerter | 1 | 4.8 |
| 1/4/2017 | Troubleshooting access rights and password issues / regeneration of passwords and updates | Brandon Bangerter | 1 | 3.3 |
| 1/4/2017 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 1/5/2017 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues / employee hard drives | Brandon Bangerter | 1 | 7.6 |
| 1/5/2017 | Correspondence and review of details for tape storage | Kathryn Schultea | 1 | 1.0 |
| 1/5/2017 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 5.5 |
| 1/6/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 5.8 |
| 1/10/2017 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 1/12/2017 | Attending the mediation in Knoxville | Raj Perubhatla | 1 | 8.0 |
| 1/13/2017 | Datacenter cleanup of excess hardware spares / troubleshooting hardware errors / locating hard drives | Brandon Bangerter | 1 | 6.7 |
| 1/13/2017 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 3.7 |
| 1/14/2017 | ClearCase servers support | Raj Perubhatla | 1 | 2.7 |
| 1/15/2017 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 1/16/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 1.9 |
| 1/16/2017 | QB Support | Raj Perubhatla | 1 | 2.7 |
| 1/16/2017 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 1/18/2017 | Data center inventory review of servers and patch revisions / updating patches, drivers, etc. | Brandon Bangerter | 1 | 6.7 |
| 1/18/2017 | Correspondence re: NNI Domain | Kathryn Schultea | 1 | 0.5 |
| 1/18/2017 | ClearCase servers support | Raj Perubhatla | 1 | 1.7 |
| 1/20/2017 | Configuration and updates to servers / NetBackup configuration changes and starts / hardware errors | Brandon Bangerter | 1 | 1.8 |
| 1/22/2017 | Hardware troubleshooting, access to shares modifications | Brandon Bangerter | 1 | 1.0 |
| 1/23/2017 | Datacenter inventory review of servers and patch revisions / updating patches, drivers, etc. | Brandon Bangerter | 1 | 7.7 |
| 1/23/2017 | IT Infrastructure support | Raj Perubhatla | 1 | 4.5 |
| 1/24/2017 | Datacenter cleanup of excess hardware spares / Inventorying misc. hard drives | Brandon Bangerter | 1 | 8.3 |
| 1/24/2017 | IT Infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 1/25/2017 | Datacenter inventory of employee hard drives / copying hard drives to share and comparisons | Brandon Bangerter | 1 | 6.3 |
| 1/25/2017 | IT Infrastructure monitoring | Raj Perubhatla | 1 | 2.7 |
| 1/26/2017 | Shared folder updates / troubleshooting access rights / NetBackup monitoring and updates | Brandon Bangerter | 1 | 6.7 |
| 1/27/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 6.5 |
| 1/30/2017 | NetBackup policy updates, job restarts, catalog cleanup / servers space issues, patch applications | Brandon Bangerter | 1 | 4.8 |
| 1/31/2017 | UK storage array inventory and categorized in preparation of relocation of hardware | Brandon Bangerter | 1 | 4.7 |
| 1/31/2017 | QuickBooks support | Raj Perubhatla | 1 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/2/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 1/3/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 2 | 1.0 |
| 1/3/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 1/5/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |
| 1/5/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 2.5 |
| 1/5/2017 | Employee Claims Distribution - Review 1099 File and provide list of SSN's for estate/beneficiary on deceased claimants | Leticia Barrios | 2 | 8.3 |
| 1/6/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/6/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.0 |
| 1/6/2017 | Employee Claims Distribution - Review 1099 File and provide list of SSN's for estate/beneficiary on deceased claimants | Leticia Barrios | 2 | 7.7 |
| 1/9/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/9/2017 | Correspondence re: NNI EE Address Changes | Kathryn Schultea | 2 | 1.5 |
| 1/9/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.3 |
| 1/10/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/10/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 0.3 |
| 1/11/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/11/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 2 | 2.5 |
| 1/12/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/12/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.3 |
| 1/12/2017 | Correspondence re: Iron Mountain retrieval requests | Kathryn Schultea | 2 | 1.3 |
| 1/13/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/14/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 2 | 4.0 |
| 1/16/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/17/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 1/17/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 0.8 |
| 1/18/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/18/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 2 | 1.5 |
| 1/18/2017 | Correspondence re: Request for employment information | Kathryn Schultea | 2 | 2.5 |
| 1/19/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 2 | 1.6 |
| 1/20/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.0 |
| 1/23/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.0 |
| 1/23/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.0 |
| 1/24/2017 | Correspondence re: Iron Mountain - database review | Kathryn Schultea | 2 | 2.3 |
| 1/24/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 0.7 |
| 1/25/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.0 |
| 1/30/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 7.0 |
| 1/30/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 2 | 1.0 |
| 1/31/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 9.5 |
| 1/31/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.7 |
| 1/20/2017 | Conference call re: former NNI employee | Kathryn Schultea | 3 | 0.5 |
| 1/27/2017 | Raleigh on site meeting with T. Ross to discuss NNI wind down and project deliverables and related preparation | Kathryn Schultea | 3 | 3.0 |
| 1/6/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/6/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/6/2017 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 1/6/2017 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.0 |
| 1/6/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/7/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/7/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/13/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/13/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/13/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 1/13/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/14/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/14/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/16/2017 | Fee application | David Kantorczyk | 4 | 1.0 |
| 1/19/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 1/20/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/20/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/20/2017 | Weekly Fee Application | Felicia Buenrostro | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/20/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/21/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/21/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/27/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 1/27/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 1/27/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 1/28/2017 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.7 |
| 1/28/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 1/28/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 1/28/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 1/31/2017 | Fee application | David Kantorczyk | 4 | 1.0 |
| 1/31/2017 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.0 |
| 1/11/2017 | Non working travel to attend mediation | Raj Perubhatla | 5 | 5.0 |
| 1/13/2017 | Non working travel from mediation | Raj Perubhatla | 5 | 5.0 |
| 1/24/2017 | Non-Working travel (Houston to Charlotte) | Felicia Buenrostro | 5 | 5.0 |
| 1/24/2017 | Non-Working travel (Houston to Charlotte) | Kathryn Schultea | 5 | 5.0 |
| 1/24/2017 | Non-Working travel (Houston to Charlotte) | Leticia Barrios | 5 | 5.0 |
| 1/27/2017 | Non-Working travel (Charlotte to Houston) | Felicia Buenrostro | 5 | 5.0 |
| 1/27/2017 | Non-Working travel (Charlotte to Raleigh) | Kathryn Schultea | 5 | 2.0 |
| 1/27/2017 | Non-Working travel (Raleigh to Houston) | Kathryn Schultea | 5 | 5.0 |
| 1/27/2017 | Non-Working travel (Charlotte to Houston) | Leticia Barrios | 5 | 5.0 |
| 1/2/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 11.3 |
| 1/2/2017 | Employee Claims Distribution - Capture non-deliverable checks as of 1/31/2016 with check number and amounts | Kathryn Schultea | 6 | 2.5 |
| 1/2/2017 | Employee Claims Distribution - Capture non-deliverable checks as of 1/31/2016 with check number and amounts | Leticia Barrios | 6 | 2.5 |
| 1/3/2017 | Claims administration meeting on taxes, distributions, solicitations, upcoming events and planning | Brandon Bangerter | 6 | 4.2 |
| 1/3/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 5.9 |
| 1/3/2017 | Research returned mail | Felicia Buenrostro | 6 | 5.0 |
| 1/3/2017 | Meeting with RLKS team members to discuss voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline | Felicia Buenrostro | 6 | 6.0 |
| 1/3/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 2.0 |
| 1/3/2017 | Meeting with RLKS team members to discuss voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline | Leticia Barrios | 6 | 6.0 |
| 1/4/2017 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 1.0 |
| 1/4/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 10.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/4/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline) | Felicia Buenrostro | 6 | 1.0 |
| 1/4/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 6.0 |
| 1/4/2017 | Correspondence re: Returned checks | Kathryn Schultea | 6 | 0.5 |
| 1/4/2017 | Correspondence re: distribution follow up calls | Kathryn Schultea | 6 | 2.0 |
| 1/4/2017 | Employee Claims Distribution - research returns for void/reissue | Kathryn Schultea | 6 | 3.5 |
| 1/4/2017 | Employee Claims Distribution - Provide a list of checks needing to void | Leticia Barrios | 6 | 1.7 |
| 1/4/2017 | Employee Claims Distribution - Investigate addresses and re-mail checks returned | Leticia Barrios | 6 | 6.7 |
| 1/5/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 11.8 |
| 1/5/2017 | Update log of traded claims | David Kantorczyk | 6 | 3.0 |
| 1/5/2017 | Work on tax form solicitations | David Kantorczyk | 6 | 1.0 |
| 1/5/2017 | Prepare analysis of traded claims by trader | David Kantorczyk | 6 | 1.0 |
| 1/5/2017 | Employee Claims Distribution - Open/scan/log mail | Felicia Buenrostro | 6 | 1.5 |
| 1/5/2017 | Correspondence - Iron Mountain Retrieval requests | Felicia Buenrostro | 6 | 3.0 |
| 1/5/2017 | Correspondence read, review, responded on various distribution return matters | Kathryn Schultea | 6 | 2.8 |
| 1/5/2017 | Review of new claims report from EPIQ, follow up analysis on alternate payment addresses and related e-mails with EPIQ | Mary Cilia | 6 | 2.3 |
| 1/5/2017 | Claims Database updates | Raj Perubhatla | 6 | 3.5 |
| 1/6/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 9.8 |
| 1/6/2017 | Prepare analysis of traded claims by trader | David Kantorczyk | 6 | 6.0 |
| 1/6/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 5.0 |
| 1/6/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 1/6/2017 | Correspondence re: W4 addresses | Kathryn Schultea | 6 | 2.0 |
| 1/6/2017 | Emails received, read, researched, responded re specific claim matters (deceased) | Kathryn Schultea | 6 | 2.2 |
| 1/9/2017 | Claimant address lookups and updates in ProBusiness, SAP HRE, Business Objects, etc. | Brandon Bangerter | 6 | 12.7 |
| 1/9/2017 | Historical research of last known work state for population or worksheet related to full distribution | Daniel Tollefsen | 6 | 13.8 |
| 1/9/2017 | Prepare and diligence mailing file for solicitation of domestic and foreign tax forms | David Kantorczyk | 6 | 9.0 |
| 1/9/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 5.0 |
| 1/9/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.5 |
| 1/9/2017 | Correspondence re: Interim distribution checks | Kathryn Schultea | 6 | 0.7 |
| 1/9/2017 | Employee Claims Distribution - Look up work locations in Pro-Business and provide analysis on resident addresses for Cala and AltSystems claimants | Leticia Barrios | 6 | 9.5 |
| 1/9/2017 | Employee Claims Distribution - Gather contact information and solicit deceased claimants estate or beneficiary for W-9 tax documents | Leticia Barrios | 6 | 4.3 |
| 1/9/2017 | Follow up research and e-mails re: open claims and latest status | Mary Cilia | 6 | 1.9 |
| 1/9/2017 | Research on claims related to plan objections and related e-mails and documentation | Mary Cilia | 6 | 1.6 |
| 1/10/2017 | Printing, verification, reviews, and mailing of solicitation packages | Brandon Bangerter | 6 | 11.6 |
| 1/10/2017 | Historical research of last known work state for population or worksheet related to full distribution | Daniel Tollefsen | 6 | 13.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/10/2017 | Prepare mailing file and mail solicitations for domestic and foreign tax forms | David Kantorczyk | 6 | 8.0 |
| 1/10/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 5.0 |
| 1/10/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 1/10/2017 | Employee Claims Distribution - Gather contact information and solicit deceased claimants estate or beneficiary for W-9 tax documents | Kathryn Schultea | 6 | 3.0 |
| 1/10/2017 | Claims Distribution Support - Print letters for Vendor Solicitation and validate information | Kathryn Schultea | 6 | 3.5 |
| 1/10/2017 | Employee Claims Distribution - Process tax solicitation letters for vendors | Leticia Barrios | 6 | 2.3 |
| 1/10/2017 | Employee Claims Distribution - Gather contact information and solicit deceased claimants estate or beneficiary for W-9 tax documents | Leticia Barrios | 6 | 4.3 |
| 1/10/2017 | Employee Claims Distribution - Create address file for 1099 and W2 processing | Leticia Barrios | 6 | 7.3 |
| 1/10/2017 | Review draft Second Amended Settlement Notice and provide revised exhibit; related e-mails with Cleary and MNAT | Mary Cilia | 6 | 0.8 |
| 1/11/2017 | Claimant address lookups and updates in ProBusiness, SAP HRE, Business Objects, etc. | Brandon Bangerter | 6 | 10.3 |
| 1/11/2017 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 0.9 |
| 1/11/2017 | Historical research of last known work state for population or worksheet related to full distribution | Daniel Tollefsen | 6 | 16.4 |
| 1/11/2017 | Work on revisions to EY Domestic template and claim traders file. | David Kantorczyk | 6 | 6.0 |
| 1/11/2017 | Weekly Nortel Networks outside consultant claim call including RLKS, Cleary and Huron including preparation and summarization. | David Kantorczyk | 6 | 0.8 |
| 1/11/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline) | Felicia Buenrostro | 6 | 1.0 |
| 1/11/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 5.0 |
| 1/11/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.5 |
| 1/11/2017 | Employee Claims Distribution - Address file for 1099 and W2 processing. | Kathryn Schultea | 6 | 2.3 |
| 1/11/2017 | Correspondence re: Deceased searches | Kathryn Schultea | 6 | 1.0 |
| 1/11/2017 | Employee Claims Distribution - Create address file for 1099 and W2 processing. | Leticia Barrios | 6 | 13.3 |
| 1/11/2017 | Follow up e-mails re: open claims | Mary Cilia | 6 | 1.3 |
| 1/11/2017 | Conference call with Cleary, RLKS and Huron re: open claims status and other plan confirmation issues; related prep and follow up | Mary Cilia | 6 | 1.1 |
| 1/12/2017 | Claimant address lookups and updates in ProBusiness, SAP HRE, Business Objects, etc. | Brandon Bangerter | 6 | 10.5 |
| 1/12/2017 | Historical research of last known work state for population or worksheet related to full distribution | Daniel Tollefsen | 6 | 8.8 |
| 1/12/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 3.5 |
| 1/12/2017 | Prepare tax form solicitations to for emailing to selected foreign vendors | David Kantorczyk | 6 | 3.5 |
| 1/12/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 4.0 |
| 1/12/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.5 |
| 1/12/2017 | Correspondence re: Distribution withholding matters - research and respond | Kathryn Schultea | 6 | 2.0 |
| 1/12/2017 | Correspondence re: Work state verification | Kathryn Schultea | 6 | 1.8 |
| 1/12/2017 | Read, review, research and respond to various inquiries by phone and e-mail re distribution items | Kathryn Schultea | 6 | 1.0 |
| 1/12/2017 | Employee Claims Distribution - Create address file for 1099 and W2 processing. | Leticia Barrios | 6 | 13.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/13/2017 | Historical research of last known work state for population or worksheet related to full distribution | Daniel Tollefsen | 6 | 8.3 |
| 1/13/2017 | Prepare tax form solicitations to for emailing to selected foreign vendors | David Kantorczyk | 6 | 5.0 |
| 1/13/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 1.0 |
| 1/13/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 3.0 |
| 1/13/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 2.0 |
| 1/13/2017 | Correspondence re: Second Interim Distribution | Kathryn Schultea | 6 | 3.2 |
| 1/13/2017 | Correspondence re: W4 federal and state Forms for 2017 Solicitation | Kathryn Schultea | 6 | 1.8 |
| 1/13/2017 | Employee Claims Distribution - Create address file for 1099 and W2 processing. | Leticia Barrios | 6 | 10.2 |
| 1/13/2017 | Read, review, research and respond to e-mails re: open claims | Mary Cilia | 6 | 1.1 |
| 1/14/2017 | Employee Claims Distribution - Address and contact verification and solicit deceased claimants estate or beneficiary for W-9tax documents | Daniel Tollefsen | 6 | 4.3 |
| 1/14/2017 | Gather contact information and solicited deceased claimants estate or beneficiary for W9 tax documents | Felicia Buenrostro | 6 | 5.0 |
| 1/14/2017 | Employee Claims Distribution - Gather contact information and solicit deceased claimants estate or beneficiary for W-9 tax documents | Leticia Barrios | 6 | 5.3 |
| 1/15/2017 | Employee Claims Distribution - Address and contact verification and solicit deceased claimants estate or beneficiary for W-9tax documents | Daniel Tollefsen | 6 | 3.4 |
| 1/15/2017 | Gather contact information and solicited deceased claimants estate or beneficiary for W9 tax documents | Felicia Buenrostro | 6 | 4.5 |
| 1/15/2017 | Employee Claims Distribution - Gather contact information and solicit deceased claimants estate or beneficiary for W-9 tax documents | Leticia Barrios | 6 | 4.5 |
| 1/16/2017 | Prepare and send email tax form solicitations to foreign vendors | David Kantorczyk | 6 | 4.0 |
| 1/16/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 1.0 |
| 1/16/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 1.5 |
| 1/16/2017 | Gather contact information and solicited deceased claimants estate or beneficiary for W9 tax documents | Felicia Buenrostro | 6 | 4.0 |
| 1/16/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 4.0 |
| 1/16/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 2.0 |
| 1/16/2017 | Correspondence re: Follow up on employment records review for addresses | Kathryn Schultea | 6 | 1.5 |
| 1/16/2017 | Review claims, research and prepare exhibit files for EPIQ re: omnibus objection and notice of claims to be allowed as filed; related e-mails and follow up | Mary Cilia | 6 | 3.9 |
| 1/17/2017 | Claimant address lookups and updates in ProBusiness, SAP HRE, Business Objects, etc. | Brandon Bangerter | 6 | 8.3 |
| 1/17/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 8.3 |
| 1/17/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 4.0 |
| 1/17/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 3.0 |
| 1/17/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 5.0 |
| 1/17/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 1/17/2017 | Employee Claims Distribution - Address changes for W2 | Kathryn Schultea | 6 | 3.0 |
| 1/17/2017 | Correspondence re: NNI postage matters and processing | Kathryn Schultea | 6 | 0.5 |
| 1/17/2017 | Correspondence read, review, responded on various distribution return items | Kathryn Schultea | 6 | 1.5 |
| 1/17/2017 | Employee Claims Distribution - Create address file to load into the claims database for full population tax solicitation | Leticia Barrios | 6 | 14.3 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/18/2017 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 1.0 |
| 1/18/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 11.3 |
| 1/18/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 4.0 |
| 1/18/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 3.0 |
| 1/18/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (Year-end filings and 2017 Distribution planning and solicitation) | Felicia Buenrostro | 6 | 1.0 |
| 1/18/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 4.0 |
| 1/18/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 1/18/2017 | Employee Claims Distribution - Review Employee Claims Detail file for 2nd Interim Distribution | Kathryn Schultea | 6 | 3.0 |
| 1/18/2017 | Employee Claims Distribution - Create address file to load into the claims database for full population tax solicitation | Leticia Barrios | 6 | 13.8 |
| 1/19/2017 | Distribution preparation / Claims data file reviews, verifications, and preparation for mailing | Brandon Bangerter | 6 | 11.3 |
| 1/19/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 8.6 |
| 1/19/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 4.0 |
| 1/19/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 4.0 |
| 1/19/2017 | Employee Claims Distribution - Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 6 | 1.5 |
| 1/19/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 2.0 |
| 1/19/2017 | Correspondence read, review, responded on claim distribution matters | Kathryn Schultea | 6 | 3.5 |
| 1/19/2017 | Employee Claims Distribution - Create address file to load into the claims database for full population tax solicitation | Leticia Barrios | 6 | 9.3 |
| 1/19/2017 | Read, review, research and respond to e-mails re: cross-border claims | Mary Cilia | 6 | 1.3 |
| 1/20/2017 | Distribution preparation / Claims data file reviews, verifications, and preparation for mailing | Brandon Bangerter | 6 | 9.5 |
| 1/20/2017 | Processed employee w-2's for traded claims with informative letter of detail | Daniel Tollefsen | 6 | 8.4 |
| 1/20/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 6.0 |
| 1/20/2017 | Processed EE W2's for traded claims with informative letter of detail. | Felicia Buenrostro | 6 | 8.5 |
| 1/20/2017 | Processed Employee W2's for traded claims with informative letter and detail | Kathryn Schultea | 6 | 6.5 |
| 1/20/2017 | Research foreign matters | Kathryn Schultea | 6 | 1.0 |
| 1/20/2017 | Employee Claims Distribution - Review Employee Claims Detail file for 2nd Interim Distribution | Kathryn Schultea | 6 | 1.3 |
| 1/20/2017 | Employee Claims Distribution - Process W-2 Letters for claimants with traded claims | Leticia Barrios | 6 | 8.5 |
| 1/20/2017 | Follow up research and e-mails re: cross-border claims | Mary Cilia | 6 | 0.8 |
| 1/21/2017 | Processed W-4 tax solicitation packages for distribution | Daniel Tollefsen | 6 | 10.1 |
| 1/21/2017 | Employee Claims Distribution - Process W-4 Tax Solicitation packets for 1st full 2017 distribution | Felicia Buenrostro | 6 | 10.3 |
| 1/21/2017 | Employee Claims Distribution - Process W-4 Tax Solicitation packets for 1st full 2017 distribution | Kathryn Schultea | 6 | 10.3 |
| 1/21/2017 | Employee Claims Distribution - Process W-4 Tax Solicitation packets for 1st full 2017 distribution | Leticia Barrios | 6 | 10.2 |
| 1/22/2017 | Processed W-4 tax solicitation packages for distribution | Daniel Tollefsen | 6 | 7.9 |
| 1/22/2017 | Employee Claims Distribution - Process W-4 Tax Solicitation packets for 1st full 2017 distribution | Felicia Buenrostro | 6 | 8.5 |
| 1/22/2017 | Employee Claims Distribution - Process W-4 Tax Solicitation packets for 1st full 2017 distribution | Kathryn Schultea | 6 | 8.5 |
| 1/22/2017 | Employee Claims Distribution - Process W-4 Tax Solicitation packets for 1st full 2017 distribution | Leticia Barrios | 6 | 9.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/23/2017 | Employee Claims Distribution - Address verification for distribution | Daniel Tollefsen | 6 | 8.8 |
| 1/23/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 5.0 |
| 1/23/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 3.0 |
| 1/23/2017 | Research EE records for post emergence distribution solicitation | Felicia Buenrostro | 6 | 3.5 |
| 1/23/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 1.0 |
| 1/23/2017 | Employee Claims Distribution - Create Employee Claims Detail file to load into claims database for 2nd Interim Distribution | Leticia Barrios | 6 | 8.7 |
| 1/24/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Daniel Tollefsen | 6 | 7.9 |
| 1/24/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 3.5 |
| 1/24/2017 | Review employee claims to determine which employees with claims have receivables on the books | David Kantorczyk | 6 | 2.0 |
| 1/24/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 2.5 |
| 1/24/2017 | Correspondence - Iron Mountain Retrieval requests | Felicia Buenrostro | 6 | 3.0 |
| 1/24/2017 | Return calls from former EE on various case mailings/inquiries via Cleary | Kathryn Schultea | 6 | 2.0 |
| 1/24/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 1.5 |
| 1/24/2017 | Employee Claims Distribution - Create Employee Claims Detail file to load into claims database for 2nd Interim Distribution | Leticia Barrios | 6 | 3.3 |
| 1/24/2017 | Review and research issues related to employee receivables and potential setoff claims | Mary Cilia | 6 | 2.1 |
| 1/25/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Daniel Tollefsen | 6 | 12.8 |
| 1/25/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 6.0 |
| 1/25/2017 | Work on second non-employee interim distribution file | David Kantorczyk | 6 | 1.0 |
| 1/25/2017 | Employee Claims Distribution - On site in Charlotte, NC to process W-2 for mailing | Felicia Buenrostro | 6 | 9.3 |
| 1/25/2017 | Employee Claims Distribution - On site with EY in Charlotte, NC to process W-2's for mailing | Kathryn Schultea | 6 | 5.0 |
| 1/25/2017 | Employee Claims Distribution - On site in Charlotte, NC to process W-2 for mailing | Leticia Barrios | 6 | 9.2 |
| 1/25/2017 | Conference call with Cleary, RLKS and Huron re: open claims status and other plan confirmation issues; related prep and follow up | Mary Cilia | 6 | 0.9 |
| 1/26/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Daniel Tollefsen | 6 | 8.8 |
| 1/26/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 6.0 |
| 1/26/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (Year-end filings and 2017 Distribution planning and solicitation) | Felicia Buenrostro | 6 | 1.0 |
| 1/26/2017 | Employee Claims Distribution - On site in Charlotte, NC to process W-2 for mailing | Felicia Buenrostro | 6 | 8.3 |
| 1/26/2017 | Employee Claims Distribution - On site with EY in Charlotte, NC to process W-2's for mailing | Kathryn Schultea | 6 | 7.5 |
| 1/26/2017 | Employee Claims Distribution - On site in Charlotte, NC to process W-2 for mailing | Leticia Barrios | 6 | 8.3 |
| 1/26/2017 | E-mails with EPIQ and research re: impact of confirmation order on claims | Mary Cilia | 6 | 0.8 |
| 1/26/2017 | Research of claim transfer issues and related e-mails | Mary Cilia | 6 | 1.1 |
| 1/27/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Daniel Tollefsen | 6 | 9.7 |
| 1/27/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 7.0 |
| 1/27/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 3.0 |
| 1/27/2017 | Employee Claims Distribution - Create Employee Claims Detail file to load into claims database for claimants with manual tax calculations | Leticia Barrios | 6 | 3.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/27/2017 | Additional research and follow up e-mails re: claims transfer issues | Mary Cilia | 6 | 0.8 |
| 1/29/2017 | Changes to Claims database for new address fields | Raj Perubhatla | 6 | 4.5 |
| 1/30/2017 | Employee Claims Distribution - Preparation of Foreign solicitation packages | Daniel Tollefsen | 6 | 7.4 |
| 1/30/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 8.0 |
| 1/30/2017 | Employee Claims Distribution - Open/scan/log mail and research returns | Felicia Buenrostro | 6 | 3.5 |
| 1/30/2017 | Employee Claims Distribution - Review Employee Claims Detail file for 2nd Interim Distribution | Kathryn Schultea | 6 | 3.0 |
| 1/30/2017 | Employee Claims Distribution - Create solicitation packages for foreign, deceased, and QDRO claimants | Leticia Barrios | 6 | 10.3 |
| 1/30/2017 | Claims Database updates | Raj Perubhatla | 6 | 3.2 |
| 1/31/2017 | Deceased claimant data / solicitation packets preparation, updates, and reviewing | Brandon Bangerter | 6 | 6.4 |
| 1/31/2017 | Employee Claims Distribution - Preparation of Foreign solicitation packages | Daniel Tollefsen | 6 | 8.8 |
| 1/31/2017 | Receive, record and respond to tax solicitation responses | David Kantorczyk | 6 | 6.0 |
| 1/31/2017 | Correspondence - Iron Mountain Retrieval requests | Felicia Buenrostro | 6 | 3.0 |
| 1/31/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 6 | 5.0 |
| 1/31/2017 | Employee Claims Distribution - Create solicitation packages for foreign, deceased, and QDRO claimants | Leticia Barrios | 6 | 9.7 |
| 1/31/2017 | Preparation of claims update and open claims listing for meeting with J. Ray, M. Kennedy and Cleary; related e-mails and conference call | Mary Cilia | 6 | 4.2 |
| 1/3/2017 | Correspondence and related work re: return checks, M&T bank items (clearings, voids, statements) | Kathryn Schultea | 7 | 2.8 |
| 1/3/2017 | Correspondence re: Distribution withholding matters (foreign) | Kathryn Schultea | 7 | 0.5 |
| 1/4/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.3 |
| 1/5/2017 | Correspondence re: W9 discussion | Kathryn Schultea | 7 | 1.3 |
| 1/6/2017 | Conference call re: Weekly debrief | Kathryn Schultea | 7 | 0.7 |
| 1/6/2017 | Conference call re: 1099's process | Kathryn Schultea | 7 | 0.8 |
| 1/6/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.5 |
| 1/6/2017 | Tax update call KS,JS,AB,DA,JW | Richard Lydecker | 7 | 0.7 |
| 1/8/2017 | Correspondence re: Bank Reconciliation | Kathryn Schultea | 7 | 0.3 |
| 1/8/2017 | Reconciliation of December bank accounts and related reporting | Mary Cilia | 7 | 4.2 |
| 1/9/2017 | Conference call with EY re: W2 process with related follow-up | Kathryn Schultea | 7 | 1.8 |
| 1/9/2017 | Review EY fee analysis | Kathryn Schultea | 7 | 0.8 |
| 1/9/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.3 |
| 1/9/2017 | Correspondence re: TIN Solicitations with related research and follow-up | Kathryn Schultea | 7 | 2.0 |
| 1/9/2017 | Continued reconciliation of December bank accounts, related calls with K. Ponder re: QuickBooks upgrade issues | Mary Cilia | 7 | 2.1 |
| 1/10/2017 | Correspondence re: M&T Bank and related follow up | Kathryn Schultea | 7 | 1.5 |
| 1/10/2017 | Correspondence re: tax withholding matters | Kathryn Schultea | 7 | 2.0 |
| 1/10/2017 | Conference call with T. Ross and Wilmington Trust re: cash planning for Effective Date; related prep and follow up e-mails and documentation | Mary Cilia | 7 | 2.3 |
| 1/10/2017 | Finalize reconciliation of December bank accounts and related reporting; follow up emails | Mary Cilia | 7 | 2.6 |
| 1/11/2017 | Tax agency payments | Kathryn Schultea | 7 | 2.0 |
| 1/11/2017 | Correspondence re: Claim payments and W9 Forms | Kathryn Schultea | 7 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/11/2017 | Prepare roll forward schedule and reconciliation of employee tax accrual account for December 2016 | Mary Cilia | 7 | 2.8 |
| 1/12/2017 | Follow-up Correspondence re: Canadian tax withholding | Kathryn Schultea | 7 | 1.5 |
| 1/13/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.8 |
| 1/13/2017 | EY call JS,AB,DA,JW | Richard Lydecker | 7 | 0.5 |
| 1/16/2017 | Review EY fee analysis | Kathryn Schultea | 7 | 0.4 |
| 1/16/2017 | Update intercompany tax model to include 12/31/2016 balances and reconcile to 12/31/2015 balances I preparation for meeting with T. Ross and J. Wood | Mary Cilia | 7 | 3.1 |
| 1/16/2017 | Review EY November invoice | Richard Lydecker | 7 | 0.3 |
| 1/17/2017 | Correspondence re: Withholding tax on employee distributions; W2/W3 matters | Kathryn Schultea | 7 | 3.3 |
| 1/17/2017 | Correspondence re: M&T bank and related follow-up | Kathryn Schultea | 7 | 1.0 |
| 1/17/2017 | Finalize update of intercompany tax model to include 12/31/2016 balances and reconcile to 12/31/2015 balances I preparation for meeting with T. Ross and J. Wood and related e-mails | Mary Cilia | 7 | 2.4 |
| 1/18/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.3 |
| 1/18/2017 | Correspondence re: 1099 File | Kathryn Schultea | 7 | 0.8 |
| 1/19/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.3 |
| 1/19/2017 | Correspondence re: RLKS/EY Engagement letter | Kathryn Schultea | 7 | 0.8 |
| 1/20/2017 | Conference call re: Weekly debrief | Kathryn Schultea | 7 | 0.5 |
| 1/20/2017 | Tax projects update JS,JW,DA,KS,AB | Richard Lydecker | 7 | 0.5 |
| 1/23/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.0 |
| 1/23/2017 | Review EY engagement material and follow-up | Kathryn Schultea | 7 | 1.5 |
| 1/23/2017 | Review EY engagement letter | Richard Lydecker | 7 | 1.3 |
| 1/24/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.8 |
| 1/25/2017 | Review re: M&T Bank - ACH | Kathryn Schultea | 7 | 0.8 |
| 1/25/2017 | SUI Processing | Kathryn Schultea | 7 | 4.0 |
| 1/25/2017 | EY engagement issues | Richard Lydecker | 7 | 1.3 |
| 1/26/2017 | Review re: M&T Bank - ACH | Kathryn Schultea | 7 | 0.3 |
| 1/27/2017 | EY call JS,JW,DA,AB | Richard Lydecker | 7 | 0.6 |
| 1/30/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.3 |
| 1/30/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 7 | 2.0 |
| 1/30/2017 | Followed up and reviewed information and solicited deceased claimants estate or beneficiary for W9 tax documents | Kathryn Schultea | 7 | 3.0 |
| 1/31/2017 | Voids/Re-Issues; M&T validation and clearing review | Kathryn Schultea | 7 | 3.0 |
| 1/5/2017 | Correspondence re: Zurich follow-up | Kathryn Schultea | 8 | 0.7 |
| 1/13/2017 | D&O Policy follow-up | Kathryn Schultea | 8 | 0.3 |
| 1/13/2017 | Conference call re: NNI Policies | Kathryn Schultea | 8 | 1.0 |
| 1/17/2017 | Correspondence re: VEBA Trust, Plan Termination | Kathryn Schultea | 8 | 1.0 |
| 1/19/2017 | Conference call re: Nortel Gateway turn back dispute | Kathryn Schultea | 8 | 1.0 |
| 1/20/2017 | Correspondence re: NNI D&O | Kathryn Schultea | 8 | 0.7 |
| 1/23/2017 | Correspondence re: Nortel Gateway Center | Kathryn Schultea | 8 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/2/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.1 |
| 1/2/2017 | Distribution Model: W2 prep for year end | Raj Perubhatla | 9 | 6.7 |
| 1/3/2017 | RLKS Team meeting to discuss distribution | Daniel Tollefsen | 9 | 6.3 |
| 1/3/2017 | Meeting with RLKS team members to discuss initial distribution outcome and to-dos; and future distribution planning with project timeline; related preparation and follow-up | Kathryn Schultea | 9 | 6.5 |
| 1/3/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 1/3/2017 | Meeting with RLKS team for distribution planning; related prep and follow up | Mary Cilia | 9 | 6.5 |
| 1/3/2017 | Review revised domestic tax template from EY and related documentation | Mary Cilia | 9 | 2.2 |
| 1/3/2017 | Team meeting for Distributions and year end planning | Raj Perubhatla | 9 | 6.5 |
| 1/4/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 1/4/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline; preparation for and follow-up on resulting matters | Kathryn Schultea | 9 | 3.3 |
| 1/4/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline | Leticia Barrios | 9 | 1.0 |
| 1/4/2017 | Conference call with M. Kennedy re: distribution model, PBGC settlement and other related distribution issues; related prep and follow up | Mary Cilia | 9 | 1.8 |
| 1/4/2017 | Continued review of domestic tax template from EY and related documentation | Mary Cilia | 9 | 1.9 |
| 1/4/2017 | Development of distribution model structure chart and preparation of open items list | Mary Cilia | 9 | 3.3 |
| 1/4/2017 | Review of files and e-mails with EY re: 1099 template for interim distribution | Mary Cilia | 9 | 0.7 |
| 1/4/2017 | Conference call with R. Perubhatla re: addresses for 1099s, W-2s and other related year-end reporting issues; related prep and follow up | Mary Cilia | 9 | 2.3 |
| 1/4/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.6 |
| 1/4/2017 | Weekly Distributions call | Raj Perubhatla | 9 | 1.0 |
| 1/4/2017 | Distribution Model: W2 prep for year end | Raj Perubhatla | 9 | 5.8 |
| 1/4/2017 | Call to discuss W2 addresses | Raj Perubhatla | 9 | 1.2 |
| 1/5/2017 | Conference call with Cleary, M. Kennedy and J. Ray re: cash planning and other related distribution issues and timing; related prep and follow up | Mary Cilia | 9 | 1.7 |
| 1/5/2017 | Review of foreign tax template from EY and related comments and e-mails | Mary Cilia | 9 | 2.4 |
| 1/5/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.8 |
| 1/5/2017 | Update traded claims analysis for Cleary | Mary Cilia | 9 | 1.0 |
| 1/5/2017 | Review of e-mails re: 1099s for employee interim distribution and related conference call with L. Barrios | Mary Cilia | 9 | 0.6 |
| 1/5/2017 | Addresses analysis for W2 and 1099 | Raj Perubhatla | 9 | 3.8 |
| 1/6/2017 | Conference call with EY and RLKS re: annual reporting for deceased employees and tax tables for distributions | Mary Cilia | 9 | 0.8 |
| 1/6/2017 | Research and documentation related to deceased employees; related e-mails with K. Schultea and L. Barrios | Mary Cilia | 9 | 2.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/6/2017 | Finalize tax solicitation packets and mail merge files for both domestic and foreign non-employee solicitations | Mary Cilia | 9 | 7.9 |
| 1/6/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.1 |
| 1/6/2017 | Addresses analysis for W2 and 1099 | Raj Perubhatla | 9 | 5.5 |
| 1/6/2017 | Distribution Model: W2 modifications | Raj Perubhatla | 9 | 3.5 |
| 1/6/2017 | Call to discuss W9/W8 packages and Fed Tax calculations for G2N | Raj Perubhatla | 9 | 2.0 |
| 1/6/2017 | W9-W8 Package analysis | Raj Perubhatla | 9 | 2.2 |
| 1/7/2017 | Distribution Model: W2 modifications | Raj Perubhatla | 9 | 8.0 |
| 1/7/2017 | W9-W8 Solicitation Packages | Raj Perubhatla | 9 | 5.5 |
| 1/8/2017 | Review update of Trade Claims Consortium claims prepared by D. Kantorczyk and reconciliation to 2019 motion for M. Kennedy and Cleary | Mary Cilia | 9 | 1.3 |
| 1/8/2017 | Read, review and respond to various e-mails re: claims distributions and 1099/W-2 reporting | Mary Cilia | 9 | 1.4 |
| 1/8/2017 | Addresses analysis for W2 and 1099 | Raj Perubhatla | 9 | 8.7 |
| 1/8/2017 | W9-W8 Solicitation Packages | Raj Perubhatla | 9 | 3.5 |
| 1/9/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.3 |
| 1/9/2017 | Review of tax solicitation packages for non-employee distributions; related e-mails and calls with R. Perubhatla and D. Kantorczyk | Mary Cilia | 9 | 3.2 |
| 1/9/2017 | Read, review and respond to various e-mails re: claims distributions and 1099/W-2 reporting | Mary Cilia | 9 | 1.3 |
| 1/9/2017 | Changes to 2016 W2 packages | Raj Perubhatla | 9 | 6.3 |
| 1/9/2017 | W9-W8 Solicitation Packages | Raj Perubhatla | 9 | 6.2 |
| 1/10/2017 | Prepare miscellaneous tax solicitation packages and send to RLKS team along with instructions for solicitation package mailings; related follow up e-mails and calls | Mary Cilia | 9 | 3.4 |
| 1/10/2017 | Preparation of preliminary recovery and liquidation analysis for NNIII plan and related e-mails | Mary Cilia | 9 | 1.7 |
| 1/10/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.3 |
| 1/10/2017 | Review and prepare NNI/NNCC claims reserve buildup for M. Kennedy; related calls and e-mails | Mary Cilia | 9 | 1.8 |
| 1/10/2017 | W9-W8 Solicitation Packages | Raj Perubhatla | 9 | 4.3 |
| 1/11/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 1/11/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline | Kathryn Schultea | 9 | 1.3 |
| 1/11/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with voided checks, Re-issued checks, deceased claimants, W-2 processing, vendor 1099, foreign payments, quarterly filings, next solicitation processing, Cala and AltSystems, and project timeline | Leticia Barrios | 9 | 1.0 |
| 1/11/2017 | Review and reconcile 1099 file for non-employee distributions and provide comments to EY | Mary Cilia | 9 | 1.2 |
| 1/11/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.8 |
| 1/11/2017 | Prepare list of allowed secured, priority and administrative claims and summary of what was paid in interim distribution and what remains open for Cleary; related e-mail documenting potential early distribution issues | Mary Cilia | 9 | 2.6 |
| 1/11/2017 | Integration Model | Raj Perubhatla | 9 | 4.5 |
| 1/11/2017 | Weekly Distributions call | Raj Perubhatla | 9 | 0.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/12/2017 | Follow up e-mails and documentation re: taxation issues regarding claims distributions | Mary Cilia | 9 | 1.3 |
| 1/12/2017 | Preparation of potential second interim distribution file and related e-mails | Mary Cilia | 9 | 1.8 |
| 1/12/2017 | Read, review, research and respond to e-mails re: various plan confirmation issues | Mary Cilia | 9 | 1.5 |
| 1/12/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.7 |
| 1/12/2017 | Follow up e-mails and research re: tax solicitation mailings | Mary Cilia | 9 | 1.8 |
| 1/12/2017 | Read, review, research and respond to e-mails re: Interim distribution check clearing, voids, name change and reissues | Mary Cilia | 9 | 0.8 |
| 1/12/2017 | Continue update of employee allocation file for claims allowed since original file was prepared and reconciliation of previous claims to current register and reconciliation of overall listing to current claims register | Mary Cilia | 9 | 2.0 |
| 1/13/2017 | Finalize update of employee allocation file for claims allowed since original file was prepared and reconciliation of previous claims to current register and reconciliation of overall listing to current claims register; related e-mails to EPIQ and RLKS | Mary Cilia | 9 | 5.2 |
| 1/13/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 1/13/2017 | Distribution Model: W2 modifications | Raj Perubhatla | 9 | 4.7 |
| 1/14/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.3 |
| 1/14/2017 | Distribution Model: W2 modifications | Raj Perubhatla | 9 | 9.5 |
| 1/15/2017 | 2nd Interim distribution analysis | Raj Perubhatla | 9 | 5.4 |
| 1/16/2017 | Research and update distribution model structure chart based on POR, Plan Supplement and other agreements | Mary Cilia | 9 | 2.7 |
| 1/16/2017 | Distribution Model impact analysis | Raj Perubhatla | 9 | 2.8 |
| 1/17/2017 | Conference calls with MCilia and Cleary re: corporate organizational changes as a result of the POR; related prep and follow up | Kathryn Schultea | 9 | 1.5 |
| 1/17/2017 | Conference call with N. Quigley re: tax withholding on non-employee claims; related prep, review of documents and follow up | Mary Cilia | 9 | 1.2 |
| 1/17/2017 | Conference calls with K. Schultea and Cleary re: corporate organizational changes as a result of the POR; related prep and follow up | Mary Cilia | 9 | 1.8 |
| 1/17/2017 | Review of claim for Cleary re: plan confirmation objection and related e-mails | Mary Cilia | 9 | 0.7 |
| 1/17/2017 | Review of work performed by B. Bangerter on claims to G/L reconciliation project and development of plan for next steps on the project | Mary Cilia | 9 | 3.3 |
| 1/17/2017 | W4 Solicitation | Raj Perubhatla | 9 | 8.5 |
| 1/17/2017 | Distribution Model impact analysis | Raj Perubhatla | 9 | 3.2 |
| 1/18/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 1/18/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with Year-end filings and 2017 Distribution planning and solicitation | Kathryn Schultea | 9 | 1.0 |
| 1/18/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with Year-end filings and 2017 Distribution planning and solicitation | Leticia Barrios | 9 | 1.0 |
| 1/18/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/18/2017 | Research and prepare list of potential administrative claims for Cleary and reconciliation to filed claims; related e-mails | Mary Cilia | 9 | 2.6 |
| 1/18/2017 | Commence next steps in claims to G/L reconciliation project and perform search for additional matches | Mary Cilia | 9 | 3.8 |
| 1/18/2017 | W4 Solicitation | Raj Perubhatla | 9 | 9.5 |
| 1/18/2017 | Weekly Distributions call | Raj Perubhatla | 9 | 1.0 |
| 1/19/2017 | Correspondence re: Nortel Plan follow up | Kathryn Schultea | 9 | 0.5 |
| 1/19/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.9 |
| 1/19/2017 | Follow up e-mails, research and documentation re: tax solicitation project for non-employee claims | Mary Cilia | 9 | 3.1 |
| 1/19/2017 | Follow up e-mails, research and documentation re: various plan confirmation issues and Effective Date planning | Mary Cilia | 9 | 2.2 |
| 1/19/2017 | Research and update distribution model structure file with latest inputs and claims information | Mary Cilia | 9 | 2.7 |
| 1/19/2017 | 2016 1099 File | Raj Perubhatla | 9 | 2.2 |
| 1/19/2017 | W4 Solicitation | Raj Perubhatla | 9 | 2.5 |
| 1/19/2017 | W4 Solicitation for full population | Raj Perubhatla | 9 | 8.5 |
| 1/20/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.1 |
| 1/20/2017 | Continued research and update of distribution model structure file with latest inputs and claims information; related reconciliations | Mary Cilia | 9 | 5.8 |
| 1/20/2017 | Research NTCC claims and prepare Exhibit for M. Kennedy and Cleary re: NTCC proposed settlement | Mary Cilia | 9 | 1.9 |
| 1/20/2017 | W4 Solicitation for full population | Raj Perubhatla | 9 | 11.5 |
| 1/21/2017 | Review of NTCC term sheet, related calls, research, analysis regarding how to implement terms and related documentation | Mary Cilia | 9 | 3.8 |
| 1/21/2017 | 2nd Interim distribution analysis | Raj Perubhatla | 9 | 9.5 |
| 1/22/2017 | Read, review and comment on revised NTCC term sheet | Mary Cilia | 9 | 0.4 |
| 1/22/2017 | Integration Model analysis | Raj Perubhatla | 9 | 9.0 |
| 1/23/2017 | Meetings re: distribution process, status of interim distributions, plan confirmation and Effective Date planning | Kathryn Schultea | 9 | 3.2 |
| 1/23/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.4 |
| 1/23/2017 | Research and e-mails with D. Kantorczyk re: tax solicitation project and second interim distribution | Mary Cilia | 9 | 1.1 |
| 1/23/2017 | Meetings with K. Schultea re: distribution process, status of interim distributions, plan confirmation and Effective Date planning | Mary Cilia | 9 | 3.2 |
| 1/23/2017 | 2nd Interim distribution analysis | Raj Perubhatla | 9 | 5.5 |
| 1/24/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.8 |
| 1/24/2017 | Follow up research and e-mails re: second interim distribution | Mary Cilia | 9 | 3.3 |
| 1/24/2017 | Follow up research, e-mails and documentations re: cash management post Effective Date | Mary Cilia | 9 | 2.4 |
| 1/24/2017 | Follow up research, e-mails and documentation re: claims and schedule issues | Mary Cilia | 9 | 1.7 |
| 1/24/2017 | 2nd Interim distribution analysis | Raj Perubhatla | 9 | 4.5 |
| 1/25/2017 | Review and compile information for integration model | David Kantorczyk | 9 | 1.0 |
| 1/25/2017 | Research, review and respond to e-mails and conference calls re: integration model, deemed distributions and data source for prior distributions | Mary Cilia | 9 | 4.4 |
| 1/25/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/25/2017 | Follow up research and e-mails re: open claims issues | Mary Cilia | 9 | 2.6 |
| 1/25/2017 | Read, review, research and respond to various e-mails and calls re: non-employee tax solicitations | Mary Cilia | 9 | 1.4 |
| 1/25/2017 | Integration model development | Raj Perubhatla | 9 | 8.3 |
| 1/26/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 1/26/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with Year-end filings and 2017 Distribution planning and solicitation | Kathryn Schultea | 9 | 1.3 |
| 1/26/2017 | Conference Call re: Effective date for distribution processing and project deadlines | Kathryn Schultea | 9 | 1.2 |
| 1/26/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project (Year-end filings and 2017 Distribution planning and solicitation) | Leticia Barrios | 9 | 1.0 |
| 1/26/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.6 |
| 1/26/2017 | Conference call with EY and RLKS re: employee distribution tax issues; related prep and follow up | Mary Cilia | 9 | 1.4 |
| 1/26/2017 | Follow up e-mails and research re: non-employee tax solicitation mailings | Mary Cilia | 9 | 2.1 |
| 1/26/2017 | Prepare a summary of issues related to distribution models for meeting with J. Ray and M. Kennedy; related conference call and related follow up documentation | Mary Cilia | 9 | 2.7 |
| 1/26/2017 | Preparation of required tax documents for claims traders and related e-mail correspondence | Mary Cilia | 9 | 3.2 |
| 1/26/2017 | Weekly Distributions call | Raj Perubhatla | 9 | 1.2 |
| 1/26/2017 | Integration model development | Raj Perubhatla | 9 | 7.8 |
| 1/26/2017 | Conf call to discuss the Integration model design | Raj Perubhatla | 9 | 1.7 |
| 1/27/2017 | Research and review issues regarding draft distribution reports; related e-mails and conference call | Mary Cilia | 9 | 2.6 |
| 1/27/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.4 |
| 1/27/2017 | Integration model development | Raj Perubhatla | 9 | 8.7 |
| 1/28/2017 | Review of 1st run integration model results and reports; related research and conference call w/ R. Perubhatla; related follow up | Mary Cilia | 9 | 3.6 |
| 1/28/2017 | Preparation of solicitation tracking file for claims trader and related e-mails | Mary Cilia | 9 | 1.9 |
| 1/28/2017 | Integration model development | Raj Perubhatla | 9 | 9.0 |
| 1/29/2017 | Integration model development | Raj Perubhatla | 9 | 5.5 |
| 1/30/2017 | Research, e-mails and documentation related to Effective Date planning | Kathryn Schultea | 9 | 1.0 |
| 1/30/2017 | Research, e-mails and documentation related to Effective Date cash planning | Mary Cilia | 9 | 2.6 |
| 1/30/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.8 |
| 1/30/2017 | Read, review, research and respond to various inquiries re claims and various case administration issues | Mary Cilia | 9 | 1.4 |
| 1/30/2017 | Follow up research and e-mails re: non-employee tax solicitation issues | Mary Cilia | 9 | 1.6 |
| 1/30/2017 | Follow up research and e-mails re: employee tax solicitation issues | Mary Cilia | 9 | 1.8 |
| 1/30/2017 | Preparation of claims listing for claims trader and related tax withholding; related conference call and e-mail | Mary Cilia | 9 | 1.5 |
| 1/30/2017 | Reconciliation of second interim distribution report to integration model test run and related e-mails | Mary Cilia | 9 | 2.8 |
| 1/30/2017 | Review of test distribution reports and related comments and research | Mary Cilia | 9 | 2.1 |
| 1/30/2017 | Integration model development | Raj Perubhatla | 9 | 6.8 |
| 1/31/2017 | Conference Call re: Status claim call and related follow-up with team | Kathryn Schultea | 9 | 1.5 |
| 1/31/2017 | Follow up e-mails and research re: employee receivables and potential setoffs | Mary Cilia | 9 | 0.8 |
| 1/31/2017 | Follow up calls and e-mails with claims traders re: required withholding on foreign distributions | Mary Cilia | 9 | 3.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/31/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.4 |
| 1/31/2017 | E-mails, research and documentation related to Effective Date issues, cash and distribution planning | Mary Cilia | 9 | 2.5 |
| 1/31/2017 | Integration model development | Raj Perubhatla | 9 | 7.7 |