# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**January 1 - 31, 2017**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 4,146.25 |
| Travel – Lodging | 3,223.35 |
| Travel – Transportation | 1,304.70 |
| Travel – Meals | 702.51 |
| Office Expenses | 2,025.36 |
| TOTAL | $ 11,402.17 |
| | |

## Nortel Expense Report

**PERIOD:** January 1 - 31, 2017

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 1/10/2017 | Solicitation and Distribution supplies | | | | | $ 2,025.36 | Kathryn Schultea | Printing supplies - Office Max |
| 1/11/2017 | Houston to Knoxville to attend mediation | $619.10 | $197.60 | $119.84 | | | Raj Perubhatla | airfare to Knoxville; car to airport; car from airport in Knoxville; lodging one night stay |
| 1/12/2017 | Attend mediation | | $197.60 | | | | Raj Perubhatla | lodging for one night |
| 1/13/2017 | Return from Knoxville | $619.10 | | $107.68 | | | Raj Perubhatla | airfare from Knoxville; car to airport in Knoxville; car from airport in Houston |
| 1/24/2017 | Travel to Charlotte, NC - EY Offices for Client work | $405.68 | $314.24 | $200.97 | | | Felicia Buenrostro | Economy airfare; One night hotel stay; car service to airport; daily rental car |
| 1/24/2017 | Travel to Charlotte, NC - EY Offices for Client work | $405.68 | $314.24 | $105.00 | $135.00 | | Kathryn Schultea | Economy airfare; One night hotel stay; car service to airport; dinner - KS, FB, LB - $45 each |
| 1/24/2017 | Travel to Charlotte, NC - EY Offices for Client work | $405.68 | $314.24 | $105.00 | | | Leticia Barrios | Economy airfare; One night hotel stay; car service to airport |
| 1/25/2017 | Onsite in NC for client work | | $314.24 | $95.97 | | | Felicia Buenrostro | One night hotel stay; daily rental car |
| 1/25/2017 | Onsite in NC for client work | | $314.24 | | $127.17 | | Kathryn Schultea | One night hotel stay; Dinner - KS, FB, LB $42.39 each |
| 1/25/2017 | Onsite in NC for client work | | $314.24 | | | | Leticia Barrios | One night hotel stay |
| 1/26/2017 | Onsite in NC for client work | | $314.24 | $95.97 | | | Felicia Buenrostro | One night hotel stay; daily rental car |
| 1/26/2017 | Onsite in NC for client work | | $314.24 | | $350.00 | | Kathryn Schultea | One night hotel stay; Dinner - KS, FB, LB, Ernst & Young Team KL, JD, KW, RM - $50.00 each, |
| 1/26/2017 | Onsite in NC for client work | | $314.24 | | | | Leticia Barrios | One night hotel stay |
| 1/27/2017 | Travel from Charlotte, NC to TX | $405.68 | | $200.97 | $45.17 | | Felicia Buenrostro | Economy airfare; daily rental car; car service from airport; Lunch - FB, LB |
| 1/27/2017 | Travel from Charlotte, NC to Raleigh, NC for Client meeting | $310.70 | | $38.30 | | | Kathryn Schultea | Economy airfare; taxi to airport |
| 1/27/2017 | Travel from NNI Raleigh - to Houston | $568.95 | | $130.00 | $45.17 | | Kathryn Schultea | Economy airfare; taxi to client meeting; car service from airport; Lunch - KS, T.Ross |
| 1/27/2017 | Travel from Charlotte, NC to TX | $405.68 | | $105.00 | | | Leticia Barrios | Economy airfare; car service from airport |
| | | $ 4,146.25 | $ 3,223.35 | $ 1,304.70 | $ 702.51 | $ 2,025.36 | | |