IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 2, 2017, I caused to be served:

### NOTICE OF SERVICE OF
### SUBPOENA DIRECTED TO MACQUARIE CAPITAL (USA) INC.

Service was completed upon the parties on the attached list as indicated thereon.

Dated: February 2, 2017

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 2nd day of February, 2017.

_____
Notary Public
My commission expires: 6/23/18



9090929/

**VIA HAND DELIVERY**
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
[Counsel for the Debtors and
Debtors in Possession]

Christopher M. Samis, Esq.
Whiteford, Taylor and Preston LLP
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
[Counsel for the Official Committee of
Unsecured Creditors]

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
[Counsel for Ad Hoc Group of Bondholders]

Mark S. Kenney
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room #2207
Lockbox #35
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL**
Macquarie Capital (USA) Inc.
125 West 55th Street
22nd Floor
New York, New York 10019

**VIA FIRST CLASS MAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
[Counsel for the Debtors and
Debtors in Possession]

Fred S. Hodara, Esq.
David H. Botter, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
[Counsel for the Official Committee of
Unsecured Creditors]

Albert A. Pisa, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, New York 10005
[Counsel for Ad Hoc Group of Bondholders]

Joanne Pileggi Pinckney, Esq.
Seton C. Mangine, Esq.
Pinckney, Weidinger, Urban & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
[Counsel to Solus Alternative Asset
Management LP, PointState Capital LP, and
Macquarie Capital (USA) Inc.]

James C. Tecce, Esq.
Daniel S. Holzman, Esq.
Quinn, Emanuel, Urquhart & Sullivan LLP
52 Madison Avenue, 22nd Floor
New York, New York 10010
[Counsel to Solus Alternative Asset
Management LP, PointState Capital LP, and
Macquarie Capital (USA) Inc.]