# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2017 THROUGH JANUARY 31, 2017

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 1/4/2017 | Weekly employee claims call with M. Livingston of Cleary and M. Cilia of RLKS. | 1.0 | 600 | $ 600.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 1/11/2017 | Weekly employee claims call with M. Livingston of Cleary and M. Cilia of RLKS. | 1.0 | 600 | $ 600.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 1/25/2017 | Weekly employee claims call with M. Livingston of Cleary and M. Cilia of RLKS. | 1.0 | 600 | $ 600.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 1/17/2017 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 600 | $ 1,200.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 1/24/2017 | Prepared for and participated in plan confirmation hearing and documented notes and follow up regarding the same. | 8.0 | 600 | $ 4,800.00 |
| 7 | Disclosure Statement / Plan | Lukenda, James | 1/24/2017 | Nortel - confirmation status review open file and update | 1.2 | 850 | $ 1,020.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/3/2017 | Reconciled employee claims against the claims register and updated analysis. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/3/2017 | Analyzed employee claims database and updated underlying analyses. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/3/2017 | Updated various employee claims analyses based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/3/2017 | Updated employee claims analysis based on comments from Cleary. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/4/2017 | Updated various employee claims analyses based on review. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/4/2017 | Reconciled employee claims analysis and provided comments to Epiq. | 1.7 | 600 | $ 1,020.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/5/2017 | Updated various employee claims analyses based on review. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/5/2017 | Reviewed employee claim documents and documented notes. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/5/2017 | Updated various employee claims analyses based on review of supporting documents. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/6/2017 | Analyzed various employee claims and updated analyses accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/6/2017 | Updated employee claims analysis based on comments from Cleary. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/6/2017 | Analyzed various employee claims and updated analyses accordingly. | 1.7 | 600 | $ 1,020.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/9/2017 | Reconciled employee claims analysis and provided comments to Epiq. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/9/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/9/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/10/2017 | Analyzed employee claims database and updated underlying analyses. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/10/2017 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/10/2017 | Analyzed underlying claims information and updated analyses accordingly. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/10/2017 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.9 | 600 | $ 1,140.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/11/2017 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/11/2017 | Call with Huron MD regarding claims and future workstreams. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Analyzed employee claims report and updated analyses accordingly. | 0.5 | 600 | $ 300.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Updated various employee claims analyses based on review. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Analyzed employee claims report and updated analyses accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Analyzed employee claims report and updated analyses accordingly. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/12/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/17/2017 | Updated various employee claims analyses based on review of supporting documents. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/17/2017 | Investigated certain employee claims matters per request from Cleary. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Nortel - call with Huron director re status of claims review  outlook on work streams | 0.5 | 600 | $ 300.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Updated employee claims analysis based on revised Nortel notes. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Updated employee claims analysis based on comments from Cleary. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Reconciled employee claims analysis and provided comments to Epiq. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/18/2017 | Updated various employee claims analyses based on review. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/20/2017 | Analyzed underlying claims information and updated analyses accordingly. | 0.6 | 600 | $ 360.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/20/2017 | Reconciled employee claims against the claims register and updated analysis. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/20/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/20/2017 | Analyzed employee claims database and updated underlying analyses. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/23/2017 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/23/2017 | Nortel - call with Huron director re status of claims review outlook on work streams | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/23/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/25/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 0.5 | 600 | $ 300.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/25/2017 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 0.6 | 600 | $ 360.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/25/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/25/2017 | Analyzed employee claims database and updated underlying analyses. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/26/2017 | Updated employee claims analysis based on revised Nortel notes. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/26/2017 | Investigated certain employee claims matters per request from Cleary. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/26/2017 | Reconciled employee claims analysis against claims database | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/27/2017 | Updated employee claims analysis and circulated to working team. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/27/2017 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/27/2017 | Updated employee claims analysis based on comments from Cleary. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/30/2017 | Updated employee claims analysis based on comments from Cleary. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/30/2017 | Analyzed employee claims database and updated underlying analyses. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/30/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/30/2017 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/31/2017 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/31/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/31/2017 | Updated various employee claims analyses based on review of supporting documents. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 1/31/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.2 | 600 | $ 720.00 |