# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2017 through January 31, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 1/1/17   End Date 1/31/17
**Enter Billing Rate/Hr:** 800.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 4.5 | $800.00 | $3,600.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | 0.8 | $800.00 | $640.00 |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | 49.1 | $800.00 | $39,280.00 |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 4.8 | $800.00 | $3,840.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 92.1 | $800.00 | $73,680.00 |
| 10 | Non-Working Travel | 23.5 | $400.00 | $9,400.00 |
| 11 | Fee Application | 4.3 | $800.00 | $3,440.00 |
| | **Hours/Billing Amount for Period:** | **179.1** | | **$133,880.00** |

**Nortel TIME SHEET** 179.1
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/1/17 | Work related to NNTC mediation | John Ray | 7 | 2.5 |
| 1/2/17 | Prepare for upcoming mediations with SNMP and NNTC | John Ray | 7 | 6.0 |
| 1/2/17 | Prepare for confirmation hearing | John Ray | 9 | 1.3 |
| 1/3/17 | Review escrows and cash position | John Ray | 8 | 1.3 |
| 1/3/17 | Review Ciena escrow split; execute stipulation | John Ray | 4 | 0.8 |
| 1/3/17 | Review voting tabulation; PBGC voting agreement | John Ray | 7 | 1.3 |
| 1/3/17 | Prepare Nov-Dec fee application | John Ray | 11 | 4.0 |
| 1/4/17 | Prepare for upcoming SNMP mediation | John Ray | 7 | 4.3 |
| 1/4/17 | Review of claims related to confirmation | John Ray | 7 | 4.3 |
| 1/4/17 | Review of cash and future expenses at various debtors | John Ray | 9 | 2.8 |
| 1/4/17 | Review of 1988 bond settlement | John Ray | 3 | 2.5 |
| 1/4/17 | Communication related to SNMP voting | John Ray | 9 | 3.3 |
| 1/4/17 | Review and file Nov-Dec 2016 fee application | John Ray | 11 | 0.3 |
| 1/5/17 | Review of PBGC settlement statement | John Ray | 9 | 2.5 |
| 1/5/17 | Review California tax authority objection to olan | John Ray | 9 | 1.5 |
| 1/5/17 | Claim review for voting | John Ray | 9 | 2.3 |
| 1/5/17 | Review draft mediation statement | John Ray | 7 | 2.8 |
| 1/5/17 | Review claim tabulation for voting | John Ray | 9 | 2.5 |
| 1/6/17 | Call with mediator re upcoming mediation | John Ray | 7 | 1.5 |
| 1/6/17 | Review letter to 3rd curcuit | John Ray | 7 | 2.5 |
| 1/10/17 | Preliminary tabulation report review | John Ray | 9 | 2.8 |
| 1/10/17 | Mediation preparation | John Ray | 7 | 3.3 |
| 1/11/17 | Mediation travel | John Ray | 10 | 4.0 |
| 1/11/17 | Medation preparation; review of materials | John Ray | 7 | 5.5 |
| 1/12/17 | Mediation attendance | John Ray | 7 | 9.0 |
| 1/13/17 | Review lease dispute | John Ray | 7 | 3.8 |
| 1/13/17 | Various administartive matters; Ciena settlement, voting tabulation; 3rd curcuit letter | John Ray | 8 | 3.5 |
| 1/13/17 | Review distribution mechanics | John Ray | 9 | 3.5 |
| 1/13/17 | Mediation preparation (NNTC) | John Ray | 9 | 3.0 |
| 1/15/17 | Travel to NNTC mediation | John Ray | 9 | 5.0 |
| 1/15/17 | Prepare for NNTC mediation | John Ray | 10 | 4.5 |
| 1/16/17 | Mediation with NNTC | John Ray | 9 | 9.0 |
| 1/17/17 | Travel from mediation | John Ray | 10 | 4.5 |
| 1/17/17 | Confirmation preparation | John Ray | 9 | 4.5 |
| 1/18/17 | Confirmation preparation | John Ray | 9 | 6.5 |
| 1/19/17 | Confirmation preparation | John Ray | 9 | 5.5 |
| 1/20/17 | Confirmation preparation | John Ray | 9 | 4.5 |
| 1/22/17 | Confirmation preparation | John Ray | 9 | 5.5 |
| 1/22/17 | Travel to confirmation hearing | John Ray | 10 | 6.0 |
| 1/23/17 | Confirmation hearing attendance | John Ray | 9 | 9.0 |
| 1/23/17 | Travel from hearing | John Ray | 10 | 4.5 |
| 1/24/17 | Review of post confirmation steps and distribution mechanics | John Ray | 9 | 2.8 |
| 1/25/17 | Review of post confirmation steps and distribution mechanics | John Ray | 9 | 3.5 |
| 1/26/17 | Call re effective date planning | John Ray | 9 | 1.0 |
| 1/26/17 | Work related to post effective date issues | John Ray | 9 | 4.5 |
| 1/27/17 | Work related to first distribution | John Ray | 9 | 2.8 |
| 1/30/17 | Review of SNMP objection | John Ray | 7 | 2.3 |
| 1/31/17 | Work related to claim objections | John Ray | 3 | 2.0 |
| 1/31/17 | Work related to distribution mechanics | John Ray | 9 | 2.5 |