# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2017 through January 31, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**January 1, 2016 through January 31, 2017**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---:|
| Travel – Airline | | $ 2,389.90 |
| Travel – Lodging | | 1,904.52 |
| Travel – Transportation | | 790.57 |
| Travel – Meals | | 40.00 |
| Travel - Parkig | | 126.00 |
| TOTAL | | $ 5,250.99 |
| | | |

## John Ray Time and Expense--Nortel

PERIOD: January 1, 2016 through January 31, 2017

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 1/11/17 | Airefare round trip LAG to TYS | $ 693.30 | | | | | John Ray |
| 1/11/17 | Car service New York hotel to LAG | | | $ 156.29 | | | John Ray |
| 1/11/17 | Flight change fee, mediation date change | $ 200.00 | | | | | John Ray |
| 1/11/17 | Knoxville car service to hotel | | | $ 164.22 | | | John Ray |
| 1/11/17 | Knoxville hotel | | $ 263.00 | | | | John Ray |
| 1/11/17 | Knoxville hotel tax | | $ 42.26 | | | | John Ray |
| 1/12/17 | Knoxville hotel | | $ 263.00 | | | | John Ray |
| 1/12/17 | Knoxville hotel tax | | $ 42.26 | | | | John Ray |
| 1/12/17 | Knoxville parking at RSW | | | | | $ 36.00 | John Ray |
| 1/15/17 | Airfare BNA to PHL to RSW | $ 822.40 | | | | | John Ray |
| 1/15/17 | Wilmington hotel | | $ 299.00 | | | | John Ray |
| 1/15/17 | Wilmington hotel tax | | $ 29.20 | | | | John Ray |
| 1/16/17 | Wilmington breakfast | | | | $ 15.00 | | John Ray |
| 1/16/17 | Wilmington car service | | | $ 95.88 | | | John Ray |
| 1/16/17 | Wilmington car service to airport | | | $ 120.08 | | | John Ray |
| 1/20/17 | Wilmington parking at RSW | | | | | $ 36.00 | John Ray |
| 1/22/17 | Airfare round trip RSW to PHL | $ 474.20 | | | | | John Ray |
| 1/22/17 | Flight change fee | $ 200.00 | | | | | John Ray |
| 1/22/17 | Wilmington car service | | | $ 91.55 | | | John Ray |
| 1/22/17 | Wilmington hotel | | $ 439.00 | | | | John Ray |
| 1/22/17 | Wilmington hotel tax | | $ 43.90 | | | | John Ray |
| 1/23/17 | Wilmington hotel | | $ 439.00 | | | | John Ray |
| 1/23/17 | Wilmington hotel tax | | $ 43.90 | | | | John Ray |
| 1/24/17 | Wilmington lunch | | | | $ 25.00 | | John Ray |
| 1/24/17 | Wilmington car service to PHL airport | | | $ 162.55 | | | John Ray |
| 1/24/17 | Wilmington parking at RSW | | | | | $ 54.00 | John Ray |