**Exhibit B**

# Invoice

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **30 January 2017**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **424107**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** |  |  |  |
| **To our professional fees** (NT) | 0.00 | 0.00 | 7,876.50 |
| For the period to 23 January 2017, in connection with the above matter. |  |  |  |
| (Please see attached). |  |  |  |
| Document Production (NT) | 0.00 | 0.00 | 2.22 |
|  | 0.00 |  | 7,878.72 |
|  |  | VAT | 0.00 |
|  |  | Total | 7,878.72 |
|  |  | **Balance Due** | **7,878.72** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please note: Remittance advices should be sent electronically to remittances@ashurst.com

Please quote reference 424107 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252 and is part of the Ashurst Group. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. The Ashurst Group has an office in each of the places listed above.



The Official Unsecured Creditors Committ
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 23/01/2017
Prebill Number:1097723

| | | | | |
|---|---|---|---|---|
| Partner | Giles Boothman | 0.20 | 174.00 | (C0012) |
| | | **0.20** | **174.00** | |
| | | | | |
| Senior Associate | Antonia Croke | 2.80 | 1,722.00 | (C0007) |
| | | 3.30 | 2,029.50 | (C0012) |
| | | **6.10** | **3,751.50** | |
| | | | | |
| Senior Associate | Lindsey Roberts | 1.40 | 819.00 | (C0003) |
| | | 0.40 | 234.00 | (C0012) |
| | | **1.80** | **1,053.00** | |
| | | | | |
| Senior Associate | Drew Sainsbury | 4.20 | 2,583.00 | (C0012) |
| | | **4.20** | **2,583.00** | |
| | | | | |
| Trainee | Ibrahim Khan | 1.30 | 273.00 | (C0003) |
| | | 0.20 | 42.00 | (C0012) |
| | | **1.50** | **315.00** | |
| | | | | |
| | **TOTAL** | **13.80** | **7,876.50** | |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Agreed Rate (GBP /hour) | |
| **Senior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 585.00 | 819.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 1.30 | 210.00 | 273.00 |
| | | | Total | 1,092.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2017 | Ibrahim Khan | DRFT | Revising interim fee application and liaising with LROBER and US counsel re same. | 0.30 | 210.00 | 63.00 |
| 06/01/2017 | Lindsey Roberts | INTD | Emails internally re: query from Fee Examiner on the Interim Fee Application; email to the Fee Examiner with an updated Interim Fee Application; email to AKIN re: the same | 0.70 | 585.00 | 409.50 |
| 11/01/2017 | Lindsey Roberts | LETT | Emails re: fee/expense estimates for December | 0.20 | 585.00 | 117.00 |
| 18/01/2017 | Lindsey Roberts | READ | Review mark-up of invoice for monthly fee application | 0.10 | 585.00 | 58.50 |
| 19/01/2017 | Ibrahim Khan | DRFT | Drafting December monthly fee application | 0.60 | 210.00 | 126.00 |
| 19/01/2017 | Lindsey Roberts | DRFT | Review and mark-up January fee application | 0.30 | 585.00 | 175.50 |
| 19/01/2017 | Lindsey Roberts | INTD | Email to IKHAN re: final Nortel invoice | 0.10 | 585.00 | 58.50 |
| 23/01/2017 | Ibrahim Khan | LETT | Drafting fee application as per LROBER comments; emails with credit re same; email with US counsel re US withholding tax queries. | 0.40 | 210.00 | 84.00 |
| | | | | | | 1,092.00 |

Matter: CCN01.00001 - BANKRUPTCY

## C0007        Creditors Committee Meetings

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---|---|---|
| **Senior Associate** |  |  |  |  |
| ACROKE | Antonia Croke | 2.80 | 615.00 | 1,722.00 |
|  |  |  | Total | **1,722.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2017 | Antonia Croke | LETT | Review: agenda for UCC call, mins of previous call, timeline for plan process, order directing joint admin, notice of hearing on Ch 15 petitions, and order specifying form and manner or service of notice | 0.40 | 615.00 | 246.00 |
| 05/01/2017 | Antonia Croke | ATTD | Atend UCC call | 0.30 | 615.00 | 184.50 |
| 12/01/2017 | Antonia Croke | READ | Review agenda for UCC call and mins of previous call; review NTCC Ltr re proposed briefing schedule; and review US Debtors letter re briefing schedule | 0.90 | 615.00 | 553.50 |
| 12/01/2017 | Antonia Croke | ATTD | Attend UCC call | 0.70 | 615.00 | 430.50 |
| 17/01/2017 | Antonia Croke | ATTD | Attend UCC mediation update call | 0.30 | 615.00 | 184.50 |
| 19/01/2017 | Antonia Croke | LETT | Review agenda for UCC call and mins of previous call | 0.20 | 615.00 | 123.00 |

**1,722.00**

Matter: CCN01.00001 - BANKRUPTCY

### C0012     General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) |  |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.20 | 870.00 | 174.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 3.30 | 615.00 | 2,029.50 |
| DSAINS | Drew Sainsbury | 4.20 | 615.00 | 2,583.00 |
| LROBER | Lindsey Roberts | 0.40 | 585.00 | 234.00 |
| **Trainee** | | | | |
| IKHAN | Ibrahim Khan | 0.20 | 210.00 | 42.00 |
| | | | Total | **5,062.50** |

Matter: CCN01.00001 - BANKRUPTCY

## C0012  General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Agreed Rate (GBP /hour) | |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2017 | Ibrahim Khan | DUED | Considering news and publications re Nortel case. | 0.10 | 210.00 | 21.00 |
| 03/01/2017 | Antonia Croke | LETT | Review email and filing notice of plan supplement | 0.20 | 615.00 | 123.00 |
| 03/01/2017 | Ibrahim Khan | LETT | Reviewing Nortel case updates email from Library. | 0.10 | 210.00 | 21.00 |
| 05/01/2017 | Drew Sainsbury | LETT | Emails A Loring re call | 0.20 | 615.00 | 123.00 |
| 05/01/2017 | Drew Sainsbury | READ | Ahead of call, updates etc. | 1.50 | 615.00 | 922.50 |
| 06/01/2017 | Antonia Croke | LETT | Review D Botter email re update on PBGC settlement and TCC mediation | 0.10 | 615.00 | 61.50 |
| 06/01/2017 | Drew Sainsbury | LETT | D Bolter re settlement | 0.20 | 615.00 | 123.00 |
| 09/01/2017 | Drew Sainsbury | READ | Reading in on file | 1.10 | 615.00 | 676.50 |
| 10/01/2017 | Antonia Croke | LETT | Review A Loring email and plan confirmation objections | 0.20 | 615.00 | 123.00 |
| 10/01/2017 | Antonia Croke | READ | Review M Wunder update re Canadian motions on 12 Jan | 0.40 | 615.00 | 246.00 |
| 10/01/2017 | Drew Sainsbury | LETT | M Wunder | 0.10 | 615.00 | 61.50 |
| 10/01/2017 | Drew Sainsbury | READ | Canadian motions | 0.50 | 615.00 | 307.50 |
| 12/01/2017 | Antonia Croke | READ | Review Akin Memo on Third Circuit approach to disparate treatment | 0.60 | 615.00 | 369.00 |
| 12/01/2017 | Drew Sainsbury | READ | Emails A Loring | 0.50 | 615.00 | 307.50 |
| 13/01/2017 | Antonia Croke | LETT | Review emails re SNMP update and review notice of resolution of SNMP objections to plan confirmation | 0.50 | 615.00 | 307.50 |
| 13/01/2017 | Drew Sainsbury | LETT | Robert Johnson, O C Kearn | 0.10 | 615.00 | 61.50 |
| 16/01/2017 | Lindsey Roberts | READ | Review of emails re: SMNP and Court updates | 0.30 | 585.00 | 175.50 |
| 18/01/2017 | Antonia Croke | READ | Review NTCC filed term sheets and A Loring email re same | 0.50 | 615.00 | 307.50 |
| 18/01/2017 | Antonia Croke | LETT | Review S Kukulowicz email re meeting of creditors to vote on Canadian plan | 0.10 | 615.00 | 61.50 |
| 18/01/2017 | Lindsey Roberts | LETT | Emails re: mediation developments | 0.10 | 585.00 | 58.50 |
| 19/01/2017 | Antonia Croke | READ | Review UCC draft confirmation brief | 0.50 | 615.00 | 307.50 |
| 19/01/2017 | Antonia Croke | PHON | Phone call/emails B Kahn re Ashurst role | 0.20 | 615.00 | 123.00 |
| 19/01/2017 | Giles Boothman | PHON | Call from Brad Kahn and relay to team | 0.20 | 870.00 | 174.00 |
|  |  |  |  |  |  | **5,062.50** |