**Exhibit C**

**DISBURSEMENT SUMMARY**

**JANUARY 01, 2017 THROUGH JANUARY 31, 2017**

| Document Production | £2.22 |
|---|---:|
| **TOTAL** | **£2.22** |