**Exhibit D**

**Disbursements Detailed Breakdown**

| | |
|---|---:|
| 37 A4 copies at £0.06p per copy | 2.22 |
| | **2.22** |

**Exhibit E**

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 01, 2017 THROUGH JANUARY 31, 2017

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate After 1 July 2016 | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £870 | 0.20 | 174.00 |
| Antonia Croke | Associate for 10 years; Admitted in 2007 in New South Wales; Australia Dispute Resolution Group, London | £615 | 6.10 | 3,751.50 |
| Drew Sainsbury | Associate for 10 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £615 | 4.20 | 2,583.00 |
| Lindsey Roberts | Associate for 6 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £585 | 1.80 | 1,053.00 |
| Ibrahim Khan | Trainee Solicitor; Dispute Resolution Group, London | £210 | 1.50 | 315.00 |
| **TOTAL** | | | **13.80** | **7,876.50** |

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 01, 2017 THROUGH JANUARY 31, 2017**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 2.70 | 1,092.00 |
| Creditors Committee Meetings | 2.80 | 1,722.00 |
| General Claims Analysis/Claims Objections | 8.30 | 5,062.50 |
| **TOTAL** | **13.80** | **7,876.50** |