**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------X
                                                          :
                                                          :   Chapter 11
                                                          :
In re                                                     :
                                                          :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                            :
                                                          :   Jointly Administered
                      Debtors.                            :
                                                          :   NO HEARING REQUIRED
                                                          :
                                                          :   RE: D.I. 17795
                                                          :
                                                          :
----------------------------------------------------------X
```

**SUPPLEMENTAL NOTICE OF ELECTION BY HP INC. (f/k/a HEWLETT-PACKARD COMPANY), PURSUANT TO 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), TO RETAIN ITS <u>RIGHTS UNDER REJECTED LICENSE AGREEMENTS</u>**

HP Inc. (f/k/a Hewlett-Packard Company) ("<u>HP</u>"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy cases, by and through its undersigned counsel files this notice of its election, pursuant to sections 365(n)(1)(B) and (n)(2) of the United States Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*) ("Bankruptcy Code") ("<u>Notice of Election</u>") to retain its rights under two license agreements identified below that the above-captioned debtors (collectively, the "Debtors") rejected by virtue of the confirmation of their joint amended Chapter 11 Plan.

---

¹   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1.     On April 4, 2011, the Debtors filed a motion under sections 363 and 365 of the Bankruptcy Code to authorize the sale ("Sale Motion") of their right, title and interest in their remaining patents and certain related assets (collectively, the "Remaining Patents"). [ECF 5202]

2.     Pursuant to section 2.2.1(a) of the Sale Agreement attached to the Sale Motion, a stalking horse bidder had agreed to purchase the Remaining Patents subject to most existing patent licenses of which the Debtors are aware (collectively, the "Known Licenses"). [ECF 5202, ¶¶ 11, 22, 23 and 25; Exh. A, § 2.2.1(a)].

3.     By contrast, the Debtors proposed the rejection of so-called Unknown Licenses. The Unknown Licenses included license agreements to which the Debtors were parties (i) of which the Debtors are not then aware or (ii) were not identified in the Sellers' Disclosures to the Sale Motion as license agreements to which the sale of the Remaining Patents would be subject. [ECF 5202, ¶ 36].

4.     By a bidding and sale procedures Order dated May 2, 2011 ("Bidding and Procedures Order"), the Court approved the Debtor's proposed form Joint Notice of (I) Sale of Patents Subject to Certain Patent Licenses and (II) Rejection of Certain Patent Licenses ("Known License Notice"). [ECF 5359, ¶¶ 6-9, 21].

5.     On May 2, 2011, the Debtors filed a final form of Known License Notice with the Bankruptcy Court. [ECF 5363]

6.     The Debtors served a Known License Notice on HP, which provided for the stalking horse bidder to purchase the Remaining Patents subject to the following two license agreements between HP and Northern Telecom:  (i) a Patent License Agreement, dated as of January 1, 1994; and (ii) a Technology Agreement, dated as of October 30, 1985 (collectively,

the "Known HP Licenses") No other agreements between the Debtors and HP were identified in that Known License Notice.

7.      The Known License Notice provided for the Debtor's rejection of any license agreements between HP and the Debtors not identified in the Known License Notice. Said rejected licenses will be referred to hereafter, collectively as the "Rejected HP Licenses."

8.      Pursuant to the Bidding Procedures Order, therefore, on June 6, 2011, HP filed its Notice of Election by Hewlett-Packard Company, Pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), to Retain Its Rights under Rejected License Agreements ("Initial HP Notice of Election"), HP reserved, as permitted by 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), its rights in the Rejected HP Licenses. [ECF 5600]

9.      By Order Authorizing and Approving (A) the Sale of Certain Patents and Related Assets Free and Clear of Claims and Interests, (B) the Assumption of Certain Executory Contracts, (C) the Rejection of Certain Patent Licenses, and (D) the License Non-Assignment and Non-Renewal Protections dated July 11, 2011 (the "Sale Order"), the Court approved the sale of the Remaining Patents to a purchaser other than the stalking horse bidder. [ECF 5935]

10.     Pursuant to the Sale Order, the sale of the Remaining Patents was subject to Known Licenses, including the two Known HP Licenses.

11.     Pursuant to the Sale Order, the Debtors formally rejected, *inter alia*, the Rejected HP Licenses.

12.      Although the sale of the Remaining Patents was subject to the two Known HP Licenses, the Debtors did not assume either of those Licenses.

13.     On December 1, 2016, the Debtors filed their First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors (the "Plan"). [ECF 17501]

14.     Section 9.2 of the Plan provides for the assumption of those executory contracts of the Debtors identified in Exhibit C thereto. [ECF 17501, p. 61-62]  Exhibit C to the Plan was filed by the Debtors on December 30, 2016 as part of the Notice of Filing of Plan Supplement of for the first Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors. [ECF 17644-3, p.2]  Neither of the two Known HP Licenses is listed on Exhibit C to the Plan as executory contracts to be assumed by the Debtor.

15.     Section 9.5 of the Plan provides for the rejection of any other executory contracts of the Debtors. [ECF 17501, p. 63]

16.     By its Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliates (the "Confirmation Order") dated January 24, 2017, the Court confirmed the Plan.  [ECF 17795]

17.     The Debtors' rejection of the two Known HP Licenses was effectuated upon the entry of the Confirmation Order.

**NOTICE OF ELECTION**

18.     HP hereby gives notice that, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), it elects to retain its rights under each of the two Known HP Licenses: (i) the Patent License Agreement, dated as of January 1, 1994; and (ii) the Technology Agreement, dated as of October 30, 1985.

19.     To avoid any doubt, by virtue of the instant Notice of Election and the Initial HP Notice of Election, HP gives further notice that, pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), it elects to retain any and all rights it may have under any and all license agreements with any of the Debtors, including the Known HP Licenses and the Rejected HP Licenses.

2522181.1  108627-73770

Dated: February 7, 2017       GIBBONS P.C.
Newark, New Jersey

By:    /s/ Natasha M. Songonuga
       Natasha M. Songonuga, Esq. (Bar No. 5391)
       300 Delaware Ave.,  Suite 1015
       Wilmington, DE 19801-1671
       Telephone:  (302) 518-6234
       Facsimile:  (302) 429-6294
       E-mail:  nsongonuga@gibbonslaw.com

-and-

David N. Crapo, Esq.
One Gateway Center
Newark, New Jersey  07102-5310
Telephone:  (973) 596-4523
Facsimile:  (973) 639-6244
E-mail:  dcrapo@gibbonslaw.com

*Counsel for HP Inc. (f/k/a Hewlett-Packard Company)*

2522181.1  108627-73770