IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
:
Nortel Networks Inc., *et al.*,[2]                             :   Case No. 09-10138 (KG)
:
                                Debtors.                       :   Jointly Administered
:
:
--------------------------------------------------------------- X

## CERTIFICATION OF SERVICE

I, David N. Crapo, hereby certify as follows:

1. I am an attorney at law of the States of New Jersey and Texas and am counsel to Gibbons P.C., the attorneys for HP Inc. (f/k/a Hewlett-Packard Company) in the above-captioned jointly administered Chapter 11 cases.

2. On February 7, 2017, I caused the Supplemental Notice of Election by HP Inc. (f/k/a Hewlett-Packard Company), Pursuant to 11 U.S.C. §§ 365(n)(1)(B) and (n)(2), to Retain its Rights Under Rejected License Agreements to be to be served electronically or by overnight mail or courier delivery on the parties identified on the Service List attached hereto.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 7, 2017  
Newark, New Jersey

/s/ David N. Crapo  
David N. Crapo

## SERVICE LIST

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Fax:   212-225-3999
Attention:  James L. Bromley and
Lisa M. Schweitzer

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019
Fax:   212-403-2000
Attention:  Philip Mindlin
Adam O. Emmerich
Benjamin M. Roth

Akin Gump Strauss Hauer & Feld L.L.P.
One Bryant Park
New York, New York  10036
Fax:   212-872-1002
Attention:  Fred Hodara
Stephen Kuhn
Kenneth Davis

Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, New York  10006
Fax:   212-822-5735
Attention:  Roland Hlawaty

Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, Delaware  19801
Fax:   302-658-3989
Attention:  Derek C. Abbott

Torys LLP
79 Wellington Street West
Suite 3000
Box 270
TD Centre
Toronto, Ontario
M5K 1N2 Canada
Fax:   416-865-7380
Attention:  Michael Rotsztain
Adam Slavens

Richards, Layton & Finger, P.S.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Fax: 302-651-7701
Attention:  Christopher M. Samis

Ogilvy Renault LLP
Royal Bank Plaza
South Tower
Suite 3800
200 Bay Street
Toronto, Ontario
M5J 2Z4 Canada
Fax:   416-216-3930
Attention:  Jennifer Stam

Ernst & Young
Ernst & Young Tower
222 Bay Street
P.O. Box 251
Toronto, Ontario
M5K 1J7 Canada
Fax:   416-943-3300
Attention:  Sharon Hamilton

Goodmans LLP
Bay Adelaide Centre
333 Bay Street
Suite 3400
Toronto, Ontario
M5H 2S7 Canada
Fax:    416-979-1234
Attention:  Jay Carfagnini
Joseph Pasquariello

The Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, Delaware  19801
Fax:    302-573-6497
Attention:  Patrick Tinker

2522181.1  108627-73770