## SIGN - IN - SHEET

CASE NAME: Nortel Networks Inc.        COURTROOM NO.: 3

CASE NO.: 09-10138 (KG)        DATE: 2/8/17

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Nicholas Brannick | Cole Schotz | SNMP Research Inc. |
| Nathaniel E. Tedrey | Cleary Gottlieb | Nortel Networks Inc |
| Richard S. Busch | King + Ballow Law Offices | SNMP Research International |

20170208120753
224486.pdf        17871