UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2017 FEB -7 AM 9:59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § § § § § | Case 09-10138 |
| Nortel Networks Inc. | | |
| DEBTOR | | Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Administrative Expense Proof of Claim and Request for Payment which appears as Claim No. 8823 filed January 25th, 2017 on the website of Claims Agent Epiq Systems and simultaneously appears as Docket Entry No. 17797 filed January 24th, 2017 for the case referenced above. The amount of the claim to be withdrawn is $189,359.07 and is dated January 18th, 2017 for creditor Texas Workforce Commission Account No. XX-XXX118-4, NORTEL NETWORKS INC.

Respectfully submitted, this 31st day of January, 2017.

By: _____
Erin Reid
Account Examiner
Texas Workforce Commission

###