# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Akin Gump Fee Applications/Monthly Billing Reports | 26.40 | $14,883.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 2.70 | $1,653.00 |
| Creditors' Committee Meetings | 42.40 | $37,807.50 |
| Court Hearings | 25.80 | $20,132.50 |
| General Claims Analysis/Claims Objections | 172.40 | $166,450.00 |
| Canadian Proceedings/Matters | 5.90 | $7,143.00 |
| Tax Issues | 28.70 | $27,488.00 |
| Labor Issues/Employee Benefits | 4.90 | $2,695.00 |
| Plan, Disclosure Statement and Plan Related Documentation | 165.60 | $177,206.50 |
| Travel | 6.90 | $8,047.50 |
| Intercompany Analysis | 6.00 | $6,523.50 |
| European Proceedings/Matters | 0.60 | $795.00 |
| **TOTAL** | **488.30** | **$470,824.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

Invoice Number   1699023
Invoice Date     02/03/17
Client Number    687147
Matter Number    0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 26.40 | $14,883.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.70 | $1,653.00 |
| 0007 | Creditors Committee Meetings | 42.40 | $37,807.50 |
| 0008 | Court Hearings | 25.80 | $20,132.50 |
| 0012 | General Claims Analysis/Claims Objections | 172.40 | $166,450.00 |
| 0014 | Canadian Proceedings/Matters | 5.90 | $7,143.00 |
| 0018 | Tax Issues | 28.70 | $27,488.00 |
| 0019 | Labor Issues/Employee Benefits | 4.90 | $2,695.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 165.60 | $177,206.50 |
| 0025 | Travel | 6.90 | $8,047.50 |
| 0029 | Intercompany Analysis | 6.00 | $6,523.50 |
| 0031 | European Proceedings/Matters | 0.60 | $795.00 |
| | TOTAL | 488.30 | $470,824.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/01/16 | AL | 0003 | Prepare September schedules for fee application. | 2.00 |
| 11/02/16 | AL | 0003 | Prepare fee application. | 1.20 |
| 11/03/16 | FSH | 0003 | Review October pre-bill (.3); work on September fee application (.6); communicate with A. Loring re same (.2). | 1.10 |
| 11/03/16 | AL | 0003 | Review prebill (3.2); prepare fee application (1.0). | 4.20 |
| 11/04/16 | AL | 0003 | Review prebill for confidentiality and privilege (.8); prepare fee application (1.3). | 2.10 |
| 11/08/16 | FSH | 0003 | Examine fee applications. | 0.20 |
| 11/13/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.30 |
| 11/15/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.30 |
| 11/16/16 | AL | 0003 | Review prebill for confidentiality and privilege (.7); internal communication re: invoice (.4). | 1.10 |
| 11/17/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.10 |
| 11/18/16 | FSH | 0003 | Review time and expense information. | 0.30 |
| 11/21/16 | FSH | 0003 | Examine fee order and follow-up. | 0.20 |
| 11/26/16 | AL | 0003 | Prepare fee application. | 0.80 |
| 11/27/16 | AL | 0003 | Prepare fee application. | 1.30 |
| 11/28/16 | FSH | 0003 | Communications with A. Loring and B. Kahn re invoices. | 0.30 |
| 11/28/16 | AL | 0003 | Prepare fee application (4.5); communicate with F. Hodara re: outstanding fees (.3). | 4.80 |
| 11/29/16 | FSH | 0003 | Review and finalize monthly fee application (.6); communicate with A. Loring re same (.1). | 0.70 |
| 11/29/16 | AL | 0003 | Revise fee application (1.7); prepare for filing (.4); prepare interim fee application (.5). | 2.60 |
| 11/30/16 | FSH | 0003 | Examine 31st interim application (.1); communicate with A. Loring re same (.1); analyze invoices and follow-up (.3). | 0.50 |
| 11/30/16 | AL | 0003 | Prepare interim fee application for filing. | 0.30 |
| 11/02/16 | AL | 0004 | Review fee applications of other professionals. | 0.40 |
| 11/04/16 | AL | 0004 | Review fee applications of other professionals. | 0.30 |
| 11/18/16 | FSH | 0004 | Examine fee applications of other professionals. | 0.20 |
| 11/19/16 | DHB | 0004 | Email communications re fees in Canada. | 0.10 |
| 11/28/16 | FSH | 0004 | Examine fee applications of other professionals. | 0.20 |
| 11/28/16 | AL | 0004 | Review fee application of other professionals. | 0.20 |
| 11/29/16 | AL | 0004 | Review fee application of other professionals. | 1.10 |
| 11/30/16 | AL | 0004 | Coordinate filing fee applications of other professionals. | 0.20 |
| 11/01/16 | FSH | 0007 | Review materials for Committee call. | 0.10 |
| 11/01/16 | AL | 0007 | Internal communications re: agenda for Committee call. | 0.20 |
| 11/02/16 | FSH | 0007 | Communications with B. Kahn, A. Loring, R. Johnson re Committee call agenda (.2); examine information for Committee (.1); review agenda (.1). | 0.40 |
| 11/02/16 | RAJ | 0007 | Emails re agenda for Committee call. | 0.30 |
| 11/02/16 | DHB | 0007 | Review and revise Committee call agenda and emails re same. | 0.20 |
| 11/02/16 | AL | 0007 | Prepare Committee call agenda (.9); internal communications re: same (.2); prepare for same (.7). | 1.80 |
| 11/03/16 | FSH | 0007 | Communications with A. Loring, B. Kahn re Committee meeting (.1); final prep for same (.3); attend same (1.1). | 1.50 |
| 11/03/16 | RAJ | 0007 | Prepare for (.2) and attend (1.1) Committee call. | 1.30 |
| 11/03/16 | AQ | 0007 | Attend Committee call (partial). | 1.00 |
| 11/03/16 | DHB | 0007 | Prepare for Committee call (.3); attend same (1.1). | 1.40 |
| 11/03/16 | KMR | 0007 | Attend meeting with Creditors Committee (partial) (0.7). | 0.70 |
| 11/03/16 | AL | 0007 | Prepare for (.5) and attend (1.1) Committee call. | 1.60 |
| 11/08/16 | FSH | 0007 | Communications with K. Rowe, D. Botter re Committee presentations. | 0.10 |
| 11/09/16 | FSH | 0007 | Review and comment on draft Committee call agenda and minutes (.2); | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 3
Bill Number: 1699023                                                                                 02/03/17

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | communications with A. Loring, D. Botter re same (.2). | |
| 11/09/16 | RAJ | 0007 | Multiple emails re Committee meeting agenda items. | 0.20 |
| 11/09/16 | DHB | 0007 | Email communications re agenda and topics. | 0.20 |
| 11/09/16 | AL | 0007 | Draft Committee call agenda (.7); prepare for same (1.1). | 1.80 |
| 11/10/16 | FSH | 0007 | Final preparation for Committee presentations (.3); attend Committee meetings (.7). | 1.00 |
| 11/10/16 | RAJ | 0007 | Attend Committee call (.7); post-call discussion with Akin team (.2). | 0.90 |
| 11/10/16 | AQ | 0007 | Attend Committee call (.7); attend post-committee call discussion (.2). | 0.90 |
| 11/10/16 | DHB | 0007 | Prepare for Committee meeting (.2); attend same (.7); follow-up call with Committee member re: same (.2). | 1.60 |
| 11/10/16 | AL | 0007 | Prepare for (.3) and attend (.7) Committee call. | 1.00 |
| 11/14/16 | FSH | 0007 | Communications with D. Botter, R. Johnson re upcoming Committee meeting. | 0.20 |
| 11/15/16 | FSH | 0007 | Communications with Committee, R. Johnson, D. Botter, A. Loring re upcoming meeting. | 0.10 |
| 11/15/16 | AL | 0007 | Internal communication re: Committee call. | 0.30 |
| 11/16/16 | FSH | 0007 | Review and comment on Committee call agenda and analyze issues for same (.3); review material from R. Johnson for Committee (.1); communicate with D. Botter re same (.1); outline presentation to Committee (.3). | 0.80 |
| 11/16/16 | RAJ | 0007 | Multiple emails about Committee agenda items. | 0.40 |
| 11/16/16 | DHB | 0007 | Review and email communications related to agenda. | 0.20 |
| 11/16/16 | BMK | 0007 | Review and comment on Committee call agenda. | 0.50 |
| 11/16/16 | AL | 0007 | Prepare Committee call agenda (1.0); internal communication re: same (.3); prepare for same (1.3). | 2.60 |
| 11/17/16 | FSH | 0007 | Final prep for Committee call (.2); participate in same (1.1). | 1.30 |
| 11/17/16 | RAJ | 0007 | Attend Committee calls (1.1); prepare for same (.1). | 1.20 |
| 11/17/16 | DHB | 0007 | Review all materials in preparation for conference call with UCC (1.2); attend Committee calls (1.1) and follow-up communication re same (.4). | 2.70 |
| 11/17/16 | AL | 0007 | Prepare for (1.1) and attend (1.1) Committee call. | 2.20 |
| 11/18/16 | AL | 0007 | Prepare for Committee call. | 0.20 |
| 11/22/16 | FSH | 0007 | Examine draft Committee call agenda (.1) and communications with A. Loring, R. Johnson, D. Botter and B. Kahn re same (.3). | 0.40 |
| 11/22/16 | RAJ | 0007 | Multiple emails with Akin team re agenda for Committee call (.4); prepare for Committee call (.3). | 0.70 |
| 11/22/16 | AL | 0007 | Prepare for Committee call (2.0); prepare agenda for same (1.7). | 3.70 |
| 11/23/16 | FSH | 0007 | Communications re minutes of Committee meetings (.1); communications re next meeting (.3). | 0.40 |
| 11/23/16 | RAJ | 0007 | Multiple emails re Committee meeting minutes. | 0.40 |
| 11/23/16 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 11/23/16 | AQ | 0007 | Attend Committee call (.8); prepare for same (.1). | 0.90 |
| 11/23/16 | DHB | 0007 | Prepare for Committee call (.5); attend same (.8). | 1.30 |
| 11/23/16 | BMK | 0007 | Participate in Committee call (.8); prepare for same (.1). | 0.90 |
| 11/23/16 | AL | 0007 | Review report from Committee call (.4); internal communication re: same (.2); prepare minutes from same (.3). | 0.90 |
| 11/28/16 | FSH | 0007 | Communications with A. Loring, D. Botter, B. Kahn and Committee members re upcoming meeting. | 0.20 |
| 11/28/16 | AL | 0007 | Prepare for Committee call. | 0.40 |
| 11/30/16 | FSH | 0007 | Communicate with A. Loring re upcoming Committee call. | 0.10 |
| 11/01/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/02/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/03/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/04/16 | FSH | 0008 | Examine information re claims hearing. | 0.10 |
| 11/04/16 | AL | 0008 | Review agenda for 11-8 hearing. | 0.40 |
| 11/04/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/08/16 | FSH | 0008 | Review report of hearing. | 0.10 |
| 11/08/16 | AL | 0008 | Attend hearing on claims objection telephonically. | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                  Page 4
Bill Number: 1699023                                                                      02/03/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/08/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 11/09/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/11/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/14/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/15/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/16/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/17/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/18/16 | FSH | 0008 | Examine court agenda. | 0.10 |
| 11/18/16 | AL | 0008 | Internal communication re: 11-22 hearing. | 0.20 |
| 11/18/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 11/21/16 | FSH | 0008 | Prepare materials for Court hearing and review revised agenda (.6); communicate with D. Botter re hearing (.1). | 0.70 |
| 11/21/16 | DK | 0008 | Communicate with A. Loring re preparation for hearing (.2); review agenda (.2); draft index (.4); prepare hearing notebook for attorneys (1); communicate with attorney re status (.2). | 2.00 |
| 11/21/16 | AL | 0008 | Prepare for hearing (.3); internal communication re: same (.3). | 1.10 |
| 11/22/16 | FSH | 0008 | Final prep for hearing (.5); meet with parties in advance of hearing (.4); attend hearing (1.4); communications with R. Johnson re summary (.1); confer with parties after hearing (.4). | 2.80 |
| 11/22/16 | RAJ | 0008 | Attend hearing with status conference on Debtors' objection to PBGC claims and PBGC motion for briefing schedule. | 1.30 |
| 11/22/16 | DHB | 0008 | Prepare for hearing, including review of all pleadings (1.4); attend hearing (1.4); follow-up re same (.9); review client memo re same (.2); communicate with A. Qureshi as follow up (.2). | 4.10 |
| 11/22/16 | AME | 0008 | Review update re: hearing on PBGC claims. | 0.10 |
| 11/22/16 | AL | 0008 | Prepare for (1.2) and attend (partial) (.6) hearing; review resulting order (.2). | 2.00 |
| 11/22/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 11/23/16 | RAJ | 0008 | Review transcript of hearing re PBGC motion for briefing schedule. | 0.70 |
| 11/28/16 | FSH | 0008 | Communications with BRG, D. Botter, C. Samis re upcoming hearing. | 0.30 |
| 11/28/16 | AL | 0008 | Prepare for hearing on Disclosure Statement. | 0.70 |
| 11/29/16 | FSH | 0008 | Communicate with D. Botter, A. Loring re upcoming hearing (.1); examine court agenda (.1); communicate with R. Johnson re hearing (.1). | 0.30 |
| 11/29/16 | AL | 0008 | Prepare for hearing on Disclosure Statement. | 0.90 |
| 11/29/16 | SAD | 0008 | Review docket for updates and circulate. | 0.30 |
| 11/30/16 | FSH | 0008 | Communications re upcoming hearing re PBGC with Whiteford, D. Botter, R. Johnson, A. Loring (.1); review amended agendas (.1). | 0.20 |
| 11/30/16 | DHB | 0008 | Continue prep for DS hearing. | 1.20 |
| 11/30/16 | DK | 0008 | Communicate with A. Loring preparation for upcoming hearing (.2); review agenda (.2); review docket (.3); draft index of relevant matters schedules for hearing (.4); prepare hearing notebook for A. Qureshi (1.1); draft status email for attorneys (.1). | 2.30 |
| 11/30/16 | AL | 0008 | Prepare Disclosure Statement hearing (1.6); prepare for telephonic hearing on PBGC motion to extend date of evidentiary hearing (.3). | 1.90 |
| 11/01/16 | RAJ | 0012 | Follow up re SNMP claims adversary proceeding discovery issues (.4); review deposition transcripts (.8). | 1.20 |
| 11/02/16 | FSH | 0012 | Communicate with B. Kahn re PBGC claim objection (.1); communications with A. Loring, D. Botter, B. Kahn, Cleary re same (.1). | 0.20 |
| 11/02/16 | RAJ | 0012 | Analyze Debtors' objection to PBGC claim and motion to disallow and to deem partially satisfied (1.3); emails with Akin team re same (.2). | 1.50 |
| 11/02/16 | AQ | 0012 | Review and analyze Debtor objection to PBGC claim. | 0.70 |
| 11/02/16 | DHB | 0012 | Email communications re PBGC claims objection (.2); begin review of PBGC claims objection (1.2). | 1.40 |
| 11/02/16 | AL | 0012 | Review claim objection. | 0.20 |
| 11/03/16 | FSH | 0012 | Commence review of PBGC claim objection (.7); communicate with B. | 1.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Kahn and D. Botter re same (.4); examine Debtors' reply to claim (.1). | |
| 11/03/16 | RAJ | 0012 | Further analyze objection to PBGC claims and supporting declaration and exhibits (1.3); analyze PBGC claim issues (1.2); confer with D. Botter re PBGC issues (.2); call with J. Palmer (Cleary) re SNMP claim issues (.1); review Debtors' reply re 45th Omnibus claim Objection (.1). | 2.90 |
| 11/03/16 | BES | 0012 | Review of PBGC claim (2.7); preparing memo regarding PBGC claims (1.3). | 4.00 |
| 11/03/16 | AQ | 0012 | Communicate with team re PBGC claim objection. | 0.20 |
| 11/03/16 | DHB | 0012 | Email communications re PBGC claim issues (.1); office conference with R. Johnson re prep of memo re same (.2); continue review and analysis of PBGC objection/motion (.8). | 1.10 |
| 11/03/16 | AL | 0012 | Review response to omnibus claims objection. | 0.70 |
| 11/04/16 | FSH | 0012 | Call with Cleary re pending claims (.4); communicate with A. Loring re claims analysis (.1). | 0.50 |
| 11/04/16 | RAJ | 0012 | Further analyze PBGC claim (1.3); review B. Simonetti email and analyses of PBGC issues (1.5); draft analysis of PBGC issues (2.2); call with Cleary re PBGC procedural issues (.4). | 5.40 |
| 11/04/16 | BES | 0012 | Prepare memo re tax issues in PBGC claims. | 4.20 |
| 11/04/16 | DHB | 0012 | Continue review and analysis of PBGC claim objection/motion (.7); call with Cleary re same (.4); emails re same (.1). | 1.20 |
| 11/04/16 | AL | 0012 | Review omnibus claims objection. | 0.60 |
| 11/05/16 | RAJ | 0012 | Draft analysis of PBGC claims and Debtors' objection. | 4.50 |
| 11/05/16 | BES | 0012 | Review of ERISA matters and research re PBGC claims. | 1.40 |
| 11/06/16 | RAJ | 0012 | Draft and edit memo re PBGC claims (6.7); email to D. Botter, B. Simonetti re same (.1). | 6.80 |
| 11/06/16 | BES | 0012 | Review of ERISA matters and research re PBGC claims. | 1.30 |
| 11/06/16 | DZV | 0012 | Review debtors' objection to PBGC's claims and supporting documentation relating to same. | 3.30 |
| 11/07/16 | FSH | 0012 | Examine 46th claims objection. | 0.30 |
| 11/07/16 | RAJ | 0012 | Edit memorandum re objection to PBGC claims (1.2, 1.0); multiple emails with Akin team re PBGC memo (.4, .2, .2); communicate with A. Evans re follow-up research (.3, .2); analyze caselaw re PBGC issues (2.1); further edits to memorandum (.7). | 6.30 |
| 11/07/16 | DHB | 0012 | Begin review and substantial revisions to memo re PBGC claims analysis (1.4); communications re same (.2). | 1.60 |
| 11/07/16 | DZV | 0012 | Review draft of memorandum to committee relating to PBGC claims (3.4); communicate with B. Simonetti regarding same (0.6); conduct research regarding PBGC pension claims (4.2); prepare markup of comments to memorandum (3.6). | 11.80 |
| 11/07/16 | AME | 0012 | Research issues for memo related to PBGC claim issues and review Debtors memo re: same (3.0); correspond with R. Johnson re: same (.3); attention to correspondence with D. Botter, B. Simonetti, R. Johnson re: same (.3). | 3.60 |
| 11/08/16 | FSH | 0012 | Communicate with D. Botter re claim analysis (.1); continue review of Debtors' objection and analysis thereof (.6). | 0.70 |
| 11/08/16 | RAJ | 0012 | Edit draft memorandum re objection to PBGC claim (.5); communicate with A. Evans re edits to memorandum (.3, .2, .4); multiple emails with D. Botter re edits to memorandum (.4); review revisions to memo by B. Simonetti (.5). | 2.30 |
| 11/08/16 | DHB | 0012 | Revise PBGC claims memo (2.5); emails re same (.4). | 2.90 |
| 11/08/16 | DZV | 0012 | Revise PBGC claims memorandum to incorporate comments from D. Botter (3.7); communicate with B. Simonetti regarding same (0.5); communicate with A. Evans regarding same (0.2); research regarding PBGC pension claims (4.0). | 8.40 |
| 11/08/16 | AME | 0012 | Research issues related to PBGC claim memo (3.9); correspond with R. Johnson re: same (.1); revise PBGC memo (4.4); correspond with D. Botter, R. Johnson, D. Vira re: same (.1). | 8.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1699023

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/09/16 | RAJ | 0012 | Review and revise draft memorandum re objection/ motion responding to PBGC claims (2.4, 1.2, 3.3); multiple emails with Akin team re same (.4, .2); analyze ERISA case law for memo on PBGC claims (2.1). | 9.60 |
| 11/09/16 | BES | 0012 | Prepare memorandum re PBGC claims and related research. | 2.40 |
| 11/10/16 | FSH | 0012 | Communicate with D. Botter, A. Qureshi, R. Johnson, A. Loring to analyze claims issues. | 0.20 |
| 11/10/16 | RAJ | 0012 | Further edit analysis of objection to PBGC claims (3.2, 1.5); review PBGC motion for briefing schedule and motion to shorten notice (.4); emails with Akin team re PBGC motion (.2); multiple emails with Akin team re edits to PBGC objection (.3, .2). | 5.80 |
| 11/10/16 | DHB | 0012 | Telephone call with B. Feder re PBGC claims matters (.2); communicate with R. Johnson re analysis of same (.2); continue substantial revisions to memo (1.2). | 1.60 |
| 11/10/16 | AME | 0012 | Communicate with D. Vira re: update on PBGC claim memo. | 0.10 |
| 11/11/16 | FSH | 0012 | Communications with R. Johnson, D. Botter re claim analysis, finalization of memo. | 0.20 |
| 11/11/16 | RAJ | 0012 | Further edits to memo re PBGC claims litigation (2.5, 1.2); confer with D. Botter re further edits (.4); further analyze caselaw re ERISA issues (1.3); multiple emails with Akin team re PBGC memo (.3, .2); draft email to Committee re memo analyzing objections to PBGC claims (.2); emails with Cleary re PBGC discovery (.2). | 6.30 |
| 11/11/16 | DHB | 0012 | Continue substantial revisions to legal memo on PBGC issues (1.5); emails re same (.1); review new version (.3); office conference with R. Johnson re final changes to same (.4); emails re same (.2); finalize same (.4); email communications re Debtors' positions (.2). | 3.10 |
| 11/11/16 | BMK | 0012 | Review and comment on memo re: NNI objection to PBGC claim. | 1.40 |
| 11/11/16 | AME | 0012 | Review PBGC claim memo and correspondence re: same. | 1.20 |
| 11/13/16 | RAJ | 0012 | Multiple emails with Akin team and Cleary team re PBGC claims. | 0.40 |
| 11/14/16 | FSH | 0012 | Examine discovery requests re: claim objection (.4); communications with D. Botter, R. Johnson, A. Qureshi re same (.2); review memorandum and analyze issues with claim and objection (1.4); examine court order and motion re scheduling and analyze issues related thereto (.4); communicate with A. Qureshi, D. Botter, R. Johnson re foregoing matters (.3); call with Cleary re same (.3). | 3.00 |
| 11/14/16 | RAJ | 0012 | Analyze Debtors' document requests and interrogatories to PBGC re: claim objection (1.2, .5); multiple emails with Akin team re discovery requests to PBGC re: claim objection (.4, .3); analyze issues re bifurcation of legal issues in PBGC claims litigation (1.3); call with Akin team re privilege issues (.2); call with Debtors' counsel re PBGC discovery issues (.4); analyze case law relating to PBGC claims (1.6); emails re analysis of PBGC claims (.2); review docket re order shortening notice on PBGC motion for briefing schedule (.1). | 6.20 |
| 11/14/16 | AQ | 0012 | Team call re discovery requests to PBGC (.2); call with Cleary re PBGC claim objection (partial)(.2). | 0.40 |
| 11/14/16 | DHB | 0012 | Review Debtors' discovery request of PBGC (1.0) and emails related thereto (.3) and privilege issues (.1) (.1); team call re same (.3); communicate with A. Qureshi re: same (.2); prepare for (.3) and attend call with Cleary re same (.4); follow-up communication re same (.2); consider Committee position and draft of same (.5). | 3.40 |
| 11/14/16 | BMK | 0012 | Review of PBGC doc requests (.3); call with Akin team re: same (.2); call with Cleary team re: same (.4) | 0.90 |
| 11/14/16 | AL | 0012 | Internal communication re: claims motion. | 0.30 |
| 11/15/16 | FSH | 0012 | Communicate with R. Johnson re upcoming claim hearing (.1); communicate with D. Botter re same (.1); examine aspects of Declaration and Exhibits (.3); review and comment on proposed joinder (.2); communications with Cleary re discovery (.1); examine Ad Hoc joinder (.1); examine amendments and communicate with D. Botter and | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                          Page 7
Bill Number: 1699023                                                              02/03/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | R. Johnson re same (.2). | |
| 11/15/16 | RAJ | 0012 | Analyze discovery issues re PBGC claim (.5); review amended Debtors discovery requests to PBGC (.4); multiple emails with Akin and Cleary teams re same (.2); analyze SNMP claims adversary proceeding deposition transcripts (1.5); emails re hearing of PBGC status conference and PBGC motion for status conference (.2); review joinders to Debtors' objection (.1); review case law re UBL claim (1.2). | 4.10 |
| 11/15/16 | AQ | 0012 | Review and analyze discovery requests to PBGC re claim and emails regarding same. | 0.30 |
| 11/15/16 | DHB | 0012 | Review revised NNI/PBGC discovery requests re: claim dispute and emails re same (.3) (.1). | 0.40 |
| 11/15/16 | AL | 0012 | Review Bondholder joinder to claim objection. | 0.20 |
| 11/16/16 | FSH | 0012 | Examine TCC claim objection joinder (.1); communications with D. Botter, R. Johnson re draft joinder and review same (.3); analyze pending issues (.4). | 0.80 |
| 11/16/16 | RAJ | 0012 | Review procedural issues re Debtors' Objection/Motion re PBGC claims (.7, .4); emails with Akin team re same (.2, .2); analyze PBGC discovery issues (.4); analyze PBGC amended claims backup (1.3); prepare Committee joinder in objection to PBGC claims (.2); multiple emails with Akin team re joinder (.3); | 3.70 |
| 11/16/16 | DHB | 0012 | Email communications re PBGC claim issues and joinder (.2); review PBGC joinder draft (.2); review TCC joinder and emails re same (.1). | 0.50 |
| 11/16/16 | AL | 0012 | Review joinder to claim objection. | 0.10 |
| 11/18/16 | FSH | 0012 | Communications with R. Johnson, B. Kahn, A. Loring, D. Botter re joinder to claim objection. | 0.20 |
| 11/18/16 | RAJ | 0012 | Multiple emails with Akin team re Committee joinder to objection to PBGC claims objection (.3); analyze discovery in SNMP claims adversary proceeding (.5). | 0.80 |
| 11/18/16 | DHB | 0012 | Email communications re PBGC claims and joinder (.1) (.1). | 0.20 |
| 11/20/16 | FSH | 0012 | Communications with D. Botter and B. Kahn re claim issues. | 0.10 |
| 11/21/16 | FSH | 0012 | Participate in call with D. Botter and PBGC re claim litigation issues (.1); communicate with D. Botter re same (.1); review and analyze Debtors' opposition (.6); review analysis (.1). | 0.90 |
| 11/21/16 | RAJ | 0012 | Communicate with team up re objection to PBGC claims and Committee joinder (.2); review and analyze Debtors' response to PBGC motion for a briefing schedule (.6); review and analyze Debtors' exhibits re prior PBGC litigations (1.3). | 2.10 |
| 11/21/16 | DHB | 0012 | Call with Committee member re claims (.1); follow-up after with F. Hodara (.1); review and consider Debtors' response to motion (1.2); consider next steps and position (.3). | 1.70 |
| 11/21/16 | AME | 0012 | Review Debtors' opposition to PBGC claim motion (.1); correspondence re: same (.1). | 0.20 |
| 11/21/16 | AL | 0012 | Review Debtors' reply to motion to summary judgment briefing schedule in claim dispute. | 0.40 |
| 11/22/16 | FSH | 0012 | Communications with R. Johnson, D. Botter, Cleary re claims discovery. | 0.20 |
| 11/22/16 | RAJ | 0012 | Analyze issues for PBGC claims litigation (.8); draft summary of PBGC hearing for Committee (.2); review and analyze discovery requests to PBGC (.4); follow up re meet-and-confer (.1). | 1.50 |
| 11/23/16 | RAJ | 0012 | Review SNMP motion to amend proofs of claim and supporting documentation. | 1.20 |
| 11/28/16 | FSH | 0012 | Examine order re claims (.1); review SNMP motion re claim (.3). | 0.40 |
| 11/28/16 | RAJ | 0012 | Analyze PBGC motion for extension of discovery and hearing schedule in claims dispute (.3); multiple emails with Akin team re same (.2). | 0.50 |
| 11/28/16 | DHB | 0012 | Review PBGC claim motions (.4) and email communications re same (.1). | 0.50 |
| 11/28/16 | AL | 0012 | Review motion to extend evidentiary hearing in claim dispute. | 0.20 |
| 11/29/16 | FSH | 0012 | Review PBGC motion to extend evidentiary hearing on claim (.2); | 1.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | communications with D. Botter and Cleary re PBGC motion (.1); review order (.1); communications with D. Botter, A. Loring, R. Johnson re same (.1); call with Cleary re PBGC motion (.3); examine discovery requests (.5). | |
| 11/29/16 | RAJ | 0012 | Further analyze PBGC discovery and claims litigation issues (1.2); review order on PBGC motion to shorten (.1); multiple emails with Akin team re PBGC issues (.4); call with Debtors' counsel re PBGC litigation and discovery (.3); analyze revised document requests from Debtors to PBGC (.5); emails with Akin team re same (.1). | 2.60 |
| 11/29/16 | AQ | 0012 | Review and analyze pleadings related to PBGC claim objection and related discovery issues. | 0.50 |
| 11/29/16 | DHB | 0012 | Further review of PBGC motion (.4); review order to shorten (.1); emails re same (.1); telephone call with J. Bromley re same (.3); review and consider PBGC amended discovery request (.6); emails re same (.3). | 1.80 |
| 11/29/16 | EDF | 0012 | Review PBGC discovery request in claim dispute (.6); emails re same (.4). | 1.00 |
| 11/29/16 | AL | 0012 | Review motion to amend claim (.5); review order shortening notice on claim motion (.1); review status reports in district court appeals (.4). | 1.00 |
| 11/30/16 | FSH | 0012 | Examine revised discovery requests and analyze issues and info related to Committee. | 0.40 |
| 11/30/16 | RAJ | 0012 | Follow up with Debtors' counsel re SNMP expert reports in claims adversary proceeding (.2, .1); review SNMP docket (.4); review agenda for hearing on PBGC motion for extension of time (.1); review PBGC motion papers (.3). | 1.10 |
| 11/30/16 | DHB | 0012 | Continue emails re PBGC claim discovery (.1); email communications re telephonic hearing (.1); review TCC motion re bond claims (1.0); extensive communications re same (.4). | 1.60 |
| 11/30/16 | BMK | 0012 | Review TCC motion to reconsider bond claim settlement. | 0.70 |
| 11/30/16 | AL | 0012 | Review TCC 2019 statement (.5); review TCC motion to reconsider PPI settlement order (.2). | 0.70 |
| 11/01/16 | RAJ | 0014 | Review revised Canadian plan. | 0.30 |
| 11/01/16 | DHB | 0014 | Review latest Canadian plan comments. | 0.40 |
| 11/03/16 | FSH | 0014 | Review Canadian Circular (1.0); communications with Cleary and Cassels re same (.3). | 1.30 |
| 11/04/16 | RAJ | 0014 | Multiple emails re Canadian escrow (.2, .1); follow up with BRG re Canadian escrow (.1). | 0.40 |
| 11/11/16 | FSH | 0014 | Examine Canadian leave motion (.3); communications among parties re appeal status (.1). | 0.40 |
| 11/11/16 | RAJ | 0014 | Multiple emails with all SPSA parties re motion to Supreme Court of Canada to extend all deadlines pursuant to SPSA (.3); emails Akin/Cassels re same (.1). | 0.40 |
| 11/14/16 | FSH | 0014 | Communications with Canadian Cassels re leave issue. | 0.10 |
| 11/17/16 | FSH | 0014 | Examine correspondence from Goodmans. | 0.10 |
| 11/18/16 | FSH | 0014 | Examine Cassels note and Canadian order re appeal. | 0.10 |
| 11/20/16 | FSH | 0014 | Examine Monitor motion and communicate with Cassels re same. | 0.30 |
| 11/22/16 | RAJ | 0014 | Emails re Monitor motion to pass accounts. | 0.30 |
| 11/23/16 | FSH | 0014 | Communications with Cassels re Monitor report. | 0.10 |
| 11/28/16 | FSH | 0014 | Review Monitor's motion record re Canadian plan. | 0.40 |
| 11/28/16 | RAJ | 0014 | Review Canadian motion record re Canadian Plan and related email from Cassels. | 0.50 |
| 11/30/16 | FSH | 0014 | Review info re UKP dispute (.2); communicate with Cassels re same (.1); review Cassels summary of pleadings (.1). | 0.40 |
| 11/30/16 | RAJ | 0014 | Review filing by UKPC re Canadian circular and related emails from/to Cassels (.2); review emails and filings re final filings by Monitor (.2). | 0.40 |
| 11/01/16 | KMR | 0018 | Continue review of revised plans and disclosure statements for tax issues. | 2.80 |
| 11/02/16 | BES | 0018 | Review tax issues in debtor counsel's motion in response to PBGC. | 2.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                     Page 9
Bill Number: 1699023                                                                          02/03/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/02/16 | KMR | 0018 | Review draft plans and disclosure statements and related emails (0.8); discussion with CGSH re: various tax issues (0.4); analyze Canadian withholding tax issues related emails (1.7). | 2.90 |
| 11/03/16 | BES | 0018 | Review of tax issues in Debtor motion. | 1.70 |
| 11/03/16 | KMR | 0018 | Continue review of drafts of plans and the disclosure statement (.5); research re: withholding tax issue and email exchanges (1.0). | 1.50 |
| 11/04/16 | KMR | 0018 | Review Canadian and US disclosure re: withholding taxes; conference calls with Goodmans and internal calls re: same. | 1.60 |
| 11/07/16 | BES | 0018 | Prepare memorandum re tax issues in PBGC claims and related research. | 4.90 |
| 11/08/16 | FSH | 0018 | Participate in call of tax professionals. | 0.80 |
| 11/08/16 | BES | 0018 | Prepare memorandum re tax issues in PBGC claims and related research. | 3.90 |
| 11/08/16 | DHB | 0018 | Conference call with Debtors re tax status. | 0.80 |
| 11/08/16 | KMR | 0018 | Review tax issues (0.7); call with NNI tax team and others (0.8); work on summary of the call (0.5). | 2.00 |
| 11/09/16 | FSH | 0018 | Review tax analyses. | 0.20 |
| 11/09/16 | KMR | 0018 | Prepare summary of review of NNI tax issues. | 1.50 |
| 11/10/16 | FSH | 0018 | Review K. Rowe tax memo. | 0.20 |
| 11/11/16 | BES | 0018 | Prepare memorandum re tax issues in PBGC claims and related research. | 1.30 |
| 11/28/16 | KMR | 0018 | Review materials relating to tax issues in the disclosure statement. | 0.40 |
| 11/03/16 | DZV | 0019 | Communicate with B. Simonetti regarding tax issues in Debtors' objection to PBGC's claims (0.4); review Debtors' objection to PBGC's claims (2.0); research relating to Debtors' objection to PBGC's claims in preparation for memorandum to committee (2.5). | 4.90 |
| 11/01/16 | FSH | 0022 | Review Ashursts report of EMGA proceedings and analyze issues as they relate to US plan and proceedings (.5); communications with Ashursts re same (.2); consider US plan issues (.8); communications with D. Botter, R. Johnson, B. Kahn re Plan documents, next steps (.4); review revised US plan (.6); review draft support letter and communications with B. Kahn, R. Johnson and D. Botter re same (.4). | 2.90 |
| 11/01/16 | RAJ | 0022 | Review revisions to draft Plan (.4); review revisions to draft Disclosure Statement (.5); multiple emails with Akin and Cleary teams re same (.4, .2); review report of UK counsel re High Court proceedings on SPSA (.3); emails with Akin team re Committee Plan Support letter (.2); review revised ballots and related filings (.2). | 2.20 |
| 11/01/16 | DHB | 0022 | Review USDS overnight draft and exhibits (1.0); email communications re same (.2); review Committee support letter (.3) and emails re same (.2); review EMEA plan related hearing summary (.5); emails re same (.1); emails re ballots (.1). | 2.20 |
| 11/01/16 | BMK | 0022 | Review ballot, Plan and DS docs (0.7); emails re: plan support letter (0.3). | 1.00 |
| 11/01/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/01/16 | AL | 0022 | Review ballots for voting on Plan (1.3); revise Committee Plan Support Letter (.7). | 2.00 |
| 11/02/16 | FSH | 0022 | Communications with B. Kahn, D. Botter, A. Loring re support letter and review revised draft (.3); examine Administration draft (.5); communicate with Ashursts re order (.1); conference call with L. Schweitzer re pending items (.3); examine information, comments re ballots (.2); TC Milbank re pending issues (.2); communications with Cassels, B. Kahn, K. Rowe, D. Botter re foregoing items (.6); communications with Cleary re draft (.1); review aspects of Plan (.8). | 3.10 |
| 11/02/16 | RAJ | 0022 | Multiple emails re revisions to Plan, DS (.4, .2, .3); review revisions to Plan documents (.5); multiple emails re Committee Plan Support Letter (.9). | 2.30 |
| 11/02/16 | DHB | 0022 | Review revised Plan support letter and emails re same (.1); consider remaining plan issues (.5) and extensive emails re same (.3) (.1); updates on plan, DS (.1); email communications re Plan (.1). | 1.20 |
| 11/02/16 | BMK | 0022 | Call with L. Schweitzer re: plan issues (0.3); emails re: same (0.5). | 0.80 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/02/16 | JYY | 0022 | Review correspondence regarding Plan and DS. | 0.20 |
| 11/02/16 | AME | 0022 | Review draft Plan Support letter (.1); attention to correspondence re: draft plan and filing (.2) | 0.20 |
| 11/02/16 | AL | 0022 | Revise Committee Plan support letter. | 0.60 |
| 11/03/16 | FSH | 0022 | Review revised Plan and DS (1.3); communications with Cassels re plans issues (.2); communicate with R. Johnson re Plan issues (.2); TC Cleary re foregoing issues (.1); examine revised support letter and communications with D. Botter, A. Loring re same (.2); examine further reports re EMEA and SPSA (.3); TC J. Bromley re Plan issues (.2); TC D. Botter re pending issues (.1). | 2.60 |
| 11/03/16 | RAJ | 0022 | Review revisions to Plan and related documents (.4, .2); multiple emails with Akin team re open issues and revisions (.3, .2); review near-final revisions in Plan, DS, ballots (1.0). | 2.10 |
| 11/03/16 | AQ | 0022 | Review and analyze revised DS. | 0.30 |
| 11/03/16 | DHB | 0022 | Review revised US plan (.6); email communications re same and all related documents (.2) (2); review new drafts of all Plan documents (2.4); emails re issues arising therefrom (.3). Review EMEA decision. | 4.10 |
| 11/03/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/03/16 | AME | 0022 | Attention to correspondence re: draft plan. | 0.20 |
| 11/03/16 | AL | 0022 | Revise Committee Plan Support letter. | 0.20 |
| 11/04/16 | FSH | 0022 | Communications with Cleary re pending Plan issues, filings (.2); communications with Milbank re same (.2); communicate with D. Botter re same (.2); numerous communications with parties re same (.6); conference calls with parties re same (.8); finalization of Plan and DS (1.2); review of issues re same and communications with Cleary re same (.5); communicate with D. Botter re pending issues (.1); call with Cassels re same (.2); TC Cleary re same (.2); communicate with B. Kahn re Plan Administration Agreement (.1); communications with A. Loring, B. Kahn re Plan and DS (.2). | 4.50 |
| 11/04/16 | RAJ | 0022 | Review final revisions to Plan, DS, supporting documents (.5); emails with Akin team re Plan Support letter (.3); multiple emails re final as-filed Plan and DS (.3). | 1.10 |
| 11/04/16 | AQ | 0022 | Emails re Committee Support letter (.2); emails re revised Plan and DS (.2). | 0.40 |
| 11/04/16 | DHB | 0022 | Email communications re Plan issues (.3) (.2); conference call re same (.5); work re all and documents (1.5); revisions to Committee support letter and emails re same (.6). | 3.10 |
| 11/04/16 | BMK | 0022 | Review of plan documents (1.3); participate in call re: disclosure statement (0.6). | 1.90 |
| 11/04/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/04/16 | AL | 0022 | Review filed version of Plan and Disclosure Statement (.5); revise Committee Plan support letter (.5). | 1.00 |
| 11/07/16 | FSH | 0022 | Examine UST communication re timing (.1); communications with C. Samis, Cleary, D. Botter, B. Kahn re timing (.2); examine Court order and follow-up (.1); review court-filed plan proposal (1.6); communications with A. Loring, D. Botter re Committee support letter (.2); review reports (.4). | 2.60 |
| 11/07/16 | RAJ | 0022 | Multiple emails with Akin and Whiteford Taylor teams re motion to shorten notice of DS hearing and objection deadlines. | 0.30 |
| 11/07/16 | DHB | 0022 | Email communications re order shortening (.1) (.1); begin review of US-filed plan documents (.7). | 0.90 |
| 11/07/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/07/16 | AL | 0022 | Revise Committee Plan Support Letter (.3); review order shortening notice for Disclosure Statement hearing (.1). | 0.40 |
| 11/08/16 | FSH | 0022 | Examine motion re plan (.2); review published reports re plans (.1); | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1699023

Page 11  
02/03/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | follow-up on finalization of Committee support letter (.2). | |
| 11/08/16 | DHB | 0022 | Email communications re plan support letter and final review of same. | 0.20 |
| 11/08/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/08/16 | AL | 0022 | Revise Committee Plan Support letter (.5); internal communications re: same (.2); communications with Cleary re: same (.1). | 0.80 |
| 11/09/16 | FSH | 0022 | Review materials in connection with plan, recoveries and pending issues (1.1); TC Milbank re same (.3); confer with D. Botter re foregoing (.2); outline issues for working group (.3). | 1.90 |
| 11/09/16 | DHB | 0022 | Email communications re status of plan (.2); office conference with F. Hodara re same (.2); follow-on email re same (.1) and communications with Committee (.1); consider issues related to plan (.2); review recoveries info (.1); continue review of filed plan documents (.5). | 1.40 |
| 11/09/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/10/16 | FSH | 0022 | Call with Committee member re pending Plan issues (.2); examine DS response (.1); call with Cleary re pending issues (.3); follow-up with BRG re same (.4). | 1.00 |
| 11/10/16 | RAJ | 0022 | Emails with Akin, BRG teams re Plan negotiations (.2, .1); review objection to Disclosure Statement (.1). | 0.40 |
| 11/10/16 | DHB | 0022 | Email communications re plan settlement issues and consider same (.4); emails with creditors (.1). | 0.50 |
| 11/10/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/10/16 | AL | 0022 | Review filed Plan and Disclosure Statement (.3); review response to Disclosure Statement (.5). | 0.80 |
| 11/11/16 | DHB | 0022 | Email communications re plan and litigation issues. | 0.20 |
| 11/11/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/12/16 | DHB | 0022 | Emails re plan issues. | 0.20 |
| 11/14/16 | FSH | 0022 | Telephone call with S. Pohl re pending plan issues (.1); analyze same (.3). | 0.40 |
| 11/14/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/15/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/16/16 | FSH | 0022 | Review time line and other plan issues. | 0.30 |
| 11/16/16 | RAJ | 0022 | Review milestones for SPSA, Plan process (.5); analyze legal issues re divestiture of jurisdiction (1.8). | 2.30 |
| 11/17/16 | FSH | 0022 | Communicate with Milbank, D. Botter, B. Kahn re plan issues (.3); communicate with D. Botter and B. Kahn re same (.2). | 0.50 |
| 11/17/16 | RAJ | 0022 | Call with Bondholder Group counsel re confirmation issues (.3); analyze divestiture of jurisdiction issues and case law (1.8, 1.4); draft memorandum on divestiture issues (1.7). | 5.20 |
| 11/17/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/17/16 | AME | 0022 | Attention to plan issues. | 0.10 |
| 11/18/16 | FSH | 0022 | Examine objection to DS (.3); communicate with Whiteford Taylor re same (.1); communicate with Cleary re same (.1). | 0.50 |
| 11/18/16 | RAJ | 0022 | Edit and further draft analysis of divestiture of jurisdiction issue (2.3, 1.8); analyze disclosure statement objections (1.7, .6); analyze divestiture and mootness case law (1.4). | 7.80 |
| 11/18/16 | DHB | 0022 | Extensive email correspondence re DS objections (.4); begin review of same (.5) (.3). | 1.20 |
| 11/18/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/18/16 | AME | 0022 | Attention to updates re: objections to disclosure statement. | 0.20 |
| 11/18/16 | AL | 0022 | Review objections to Disclosure Statement. | 0.90 |
| 11/19/16 | RAJ | 0022 | Further analyze divestiture and mootness case law. | 2.00 |
| 11/20/16 | FSH | 0022 | Communications with D. Botter and R. Johnson re DS summary. | 0.10 |
| 11/20/16 | RAJ | 0022 | Edits to analysis of divestiture issues (1.5); draft additional section of memorandum (1.7). | 3.20 |
| 11/20/16 | DHB | 0022 | Continue review of DS objections (1.7); emails re same (.2). | 1.90 |
| 11/21/16 | FSH | 0022 | Review TCC objection to DS and analyze issues therein (.9); analyze communication from Cleary re letter and communication with D. Botter, | 2.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | A. Loring re same (.3); communications with D. Botter, R. Johnson re objection and next steps (.3); review and analyze SNMP D/S objection (.4); TC BRG re analysis (.1); communicate with B. Kahn re hearing (.1); review and analyze PBGC objection to DS (.4). | |
| 11/21/16 | RAJ | 0022 | Edits to memorandum on divestiture of jurisdiction (2.2, 2.3); multiple emails with Akin team re Disclosure Statement objections (.4, .3); emails re Committee plan support letter (.1); review prior cases for instances of non-fiduciary creditor group submitting a letter with disclosure statement (.8); multiple emails with Akin team re same (.3). | 6.40 |
| 11/21/16 | AQ | 0022 | Review and analyze DS objections and statements. | 0.90 |
| 11/21/16 | DHB | 0022 | Consider confirmation issues arising from Disclosure Statement objections (.6); communicate with A. Loring re same (.2); emails re same (.2); email communications re TCC issues (.2); Committee support letter (.1). | 1.30 |
| 11/21/16 | BMK | 0022 | Review and analyze DS objections. | 1.30 |
| 11/21/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/21/16 | AL | 0022 | Prepare summaries of objections to Disclosure Statement. | 5.20 |
| 11/22/16 | FSH | 0022 | Review and comment on objection memo (.6); call with Cleary re DS objections (.5). | 1.10 |
| 11/22/16 | RAJ | 0022 | Further edit memorandum on divestiture of jurisdiction (3.4); further analyze disclosure statement objections (.7); review summary of DS objections (.7); emails with Akin team re DS objections (.2, .1); call with Debtors' counsel re DS issues (.5); further analyze divestiture issues and emails re same (1.9). | 7.50 |
| 11/22/16 | DHB | 0022 | Continue review and analysis of DS objections (.5); conference call re same (.6); communicate with A. Qureshi re same and PBGC (.1); review and revise summary of DS objections (.4); communicate with A. Loring re same (.1). | 1.70 |
| 11/22/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/22/16 | AL | 0022 | Review and summarize Disclosure Statement objections. | 0.20 |
| 11/23/16 | RAJ | 0022 | Emails to Committee members re joint status reports for Third Circuit and for District Court (.3, .2, .2); review confirmation discovery (.3); follow up with Debtors' counsel re litigation updates (.2); follow up re response to Disclosure Statement objections (.1); emails with Akin team re DS and confirmation issues (.4); further analyze divestiture case law (.7). | 2.40 |
| 11/23/16 | AQ | 0022 | Review and analyze revised DS and related objections. | 0.60 |
| 11/25/16 | RAJ | 0022 | Review LSI joinder to TCC objection to Disclosure Statement and related email. | 0.30 |
| 11/26/16 | DHB | 0022 | Email communications re DS objections (.1); begin review of response to same (.6). | 0.70 |
| 11/27/16 | RAJ | 0022 | Analyze drafts of Debtors' response to Disclosure Statement objections (1.8, .5); further analyze DS objections (.7); multiple emails with Akin team, Creditors' Committee members re DS objections and Debtors' response (.4, .2, .2); call with P. Cantwell re reply (.2); provide comments and edits to draft response to DS objections (2.1, 1.3); multiple emails with Committee members re DS objections and Debtors' draft reply (.3, .1); multiple emails with Akin team re reply to DS objections (.3, .2). | 8.30 |
| 11/27/16 | AQ | 0022 | Review and analyze draft Cleary DS reply (.4); emails regarding draft Cleary DS reply (.2). | 0.60 |
| 11/27/16 | DHB | 0022 | Review and comment on multiple drafts of Debtors' DS response (2.2); extensive emails re same (.3) (.1); begin review of DS exhibit (.4); review mark-up to be sent to Debtors (.6). | 3.60 |
| 11/27/16 | BMK | 0022 | Review and comment on DS reply. | 2.20 |
| 11/27/16 | AL | 0022 | Review draft response to Disclosure Statement objections (.9); internal communication re: same (.2). | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1699023

Page 13  
02/03/17

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/28/16 | FSH | 0022 | Review Cleary draft response to Disclosure Statement objections and work on same (1.2); analyze comments thereto (.4); review Exhibit A and analyze issues therein (.7); communications with R. Johnson, D. Botter, A. Loring, B. Kahn re foregoing and re objections (.8); review issues raised in objections (4); telephone call with Cleary re foregoing items (.4); follow-up re support letter (.1); review revised Reply and Exhibit (.5); analyze Plan issues (.3); communications with A. Loring and R. Johnson re Plan materials (.1); communications with BRG re disclosure issues (.1). | 5.00 |
| 11/28/16 | RAJ | 0022 | Multiple emails re revisions to Debtors' reply to DS objections (.4, .3, .3); review and comment on revised DS reply (.7, .5); further analyze draft DS (.8); multiple emails with Akin team re DS issues (.3, .2); review rules re timing of filing reply (.2); analyze revisions to Exhibit A chart for DS hearing (.4); review Bondholder Group reply to TCC objection (.3); analyze NNCC settlement issues (.8); multiple emails with Akin and BRG teams re creditor recoveries in various scenarios (.3); review BRG financial analysis (.2); email P. Cantwell re further edits (.1); emails with Committee members re revised reply to DS objections (.2, .1); review redlines to revised Plan and DS (.5); emails re same (.1). | 6.70 |
| 11/28/16 | DHB | 0022 | Review DS table (.4); communicate with F. Hodara and B. Kahn re DS comments (.3) and call with L. Schweitzer re same (.4); review new draft of DS response (.6); emails re same (.1) (.1); review new plan draft changes (.5) and emails re same (.1); extensive emails re DS changes (.6); prep for DS hearing and confirmation (.5); review Bonds response on DS (.3). | 3.90 |
| 11/28/16 | BMK | 0022 | Review of updated DS and Plan docs (0.9); emails re: same (0.4); call with cleary re: DS reply (0.4); communicate with F. Hodara, D. Botter re: same (0.4). | 2.10 |
| 11/28/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.30 |
| 11/28/16 | AME | 0022 | Attention to correspondence re: Disclosure Statement documents. | 0.20 |
| 11/28/16 | AL | 0022 | Review Bondholder group reply to Disclosure Statement objection (.5); review Debtor reply to Disclosure Statement objections (.5); communicate with Debtor counsel re: Committee Plan support letter (.2). | 1.20 |
| 11/29/16 | FSH | 0022 | Review bondholder Disclosure Statement reply (.2); analyze issues re support letters (.2); review balloting and related materials (.5); review revisions to Plan and DS (.5). | 1.40 |
| 11/29/16 | RAJ | 0022 | Review modifications to Plan and DS (.8); multiple emails with Akin team re same (.4, .3); analyze ballots and voting scenarios (1.3); analyze liquidation analyses in DS (1.1); review revised ballots (.8). | 4.70 |
| 11/29/16 | AQ | 0022 | Emails re amended Plan (.2); emails regarding DS hearing (.2). | 0.40 |
| 11/29/16 | DHB | 0022 | Begin prep for DS hearing and review of all pleadings. | 1.00 |
| 11/29/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.10 |
| 11/29/16 | AL | 0022 | Review amended Plan (.2) and Disclosure Statement (.5). | 0.70 |
| 11/30/16 | FSH | 0022 | Review materials for disclosure hearing (.5); review TCC motion to reconsider and analyze issues re same (.7); communications with R. Johnson, BRG, D. Botter, Whiteford re same (1.2); communicate with parties re Plan and DS issues (.8). | 3.20 |
| 11/30/16 | RAJ | 0022 | Review redlines of amended Plan and Disclosure Statement (.4); review agenda and revised agenda for DS hearing (.2, .1); analyze next steps and deadlines in confirmation process (.7, .4); review revised proposed order for Disclosure Statement, solicitation procedures, confirmation objection deadlines (.5); analyze Trade Claims Consortium's motion for reconsideration of 9019 Order on Crossover Bonds claims (.7); analyze 9019 Order and Opinion (.6); analyze terms of Settlement Agreement (.5); emails with Akin team re TCC motion (.3, .2); email with Akin/WTP team re plan timeline (.1); review revised TCC 2019 | 4.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 14
Bill Number: 1699023  02/03/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | statement and related email (.1). | |
| 11/30/16 | AQ | 0022 | Review and analyze TCC motion (.3); review and analyze pleadings in preparation for DS hearing (.6). | 0.90 |
| 11/30/16 | JYY | 0022 | Review updates re: Plan and DS. | 0.20 |
| 11/22/16 | FSH | 0025 | Non-productive travel time to and from Wilmington (actual time 2.20). | 1.10 |
| 11/22/16 | DHB | 0025 | Non-working travel to and from Wilmington for hearing (actual time 2.0). | 1.00 |
| 11/30/16 | FSH | 0025 | Non-productive travel time en route to Wilmington for disclosure hearing (actual time 2.70). | 1.35 |
| 11/30/16 | AQ | 0025 | Non-productive travel NY to DE for Disclosure Statement hearing (actual time 2.4). | 1.20 |
| 11/30/16 | DHB | 0025 | Non-working travel to Delaware (actual time 3.0). | 1.50 |
| 11/30/16 | AL | 0025 | Non-working travel from NYC to DE for Disclosure Statement hearing (actual time 1.5). | 0.75 |
| 11/02/16 | RAJ | 0029 | Emails with B. Kahn, C. Samis re allocation trial transcripts and record on appeal (.2, .4); review issues re allocation trial transcripts (1.3). | 1.90 |
| 11/03/16 | RAJ | 0029 | Analyze decision of Justice Snowden in UK High Court re intra-EMEA settlement (1.2); emails with Akin team re same (.2). | 1.40 |
| 11/03/16 | AQ | 0029 | Review and analyze emails regarding English allocation settlement proceedings. | 0.20 |
| 11/11/16 | FSH | 0029 | Examine published report (.1); communicate with BRG re allocation issues (.1); review information from Cleary re same (.3). | 0.50 |
| 11/14/16 | RAJ | 0029 | Follow up with Debtors' counsel re Third Circuit allocation appeals (.3); confer with BNY Mellon counsel re Third Circuit (.1). | 0.40 |
| 11/15/16 | FSH | 0029 | Review information from TCC (.1); communicate with D. Botter, BRG re same (.1). | 0.20 |
| 11/15/16 | RAJ | 0029 | Emails re adjournment of Third Circuit allocation appeals. | 0.60 |
| 11/22/16 | DHB | 0029 | Review 3rd Circuit letter in allocation appeals and emails re same. | 0.30 |
| 11/23/16 | FSH | 0029 | Examine letter to 3d Circuit re: allocation appeals and communications re same (.1); same re District Court letter (.1). | 0.20 |
| 11/23/16 | JYY | 0029 | Review correspondence regarding allocation updates. | 0.20 |
| 11/23/16 | AME | 0029 | Review updates re: allocation appeals. | 0.10 |
| 11/08/16 | FSH | 0031 | Review judgment of J. Snowden re allocation settlement. | 0.60 |
| | | | Total Hours | 488.30 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| F S HODARA | 69.45 | at | $1325.00 | = | $92,021.25 |
| R A JOHNSON | 161.60 | at | $1050.00 | = | $169,680.00 |
| B E SIMONETTI | 27.30 | at | $1000.00 | = | $27,300.00 |
| A QURESHI | 10.40 | at | $1175.00 | = | $12,220.00 |
| D H BOTTER | 69.30 | at | $1220.00 | = | $84,546.00 |
| B M KAHN | 13.70 | at | $900.00 | = | $12,330.00 |
| K M ROWE | 13.40 | at | $860.00 | = | $11,524.00 |
| E D FIELD | 1.00 | at | $965.00 | = | $965.00 |
| J Y YECIES | 3.00 | at | $785.00 | = | $2,355.00 |
| A M EVANS | 14.70 | at | $580.00 | = | $8,526.00 |
| A LORING | 69.95 | at | $455.00 | = | $31,827.25 |
| D Z VIRA | 28.40 | at | $550.00 | = | $15,620.00 |
| D KRASA-BERSTELL | 4.30 | at | $350.00 | = | $1,505.00 |
| S A D'ADDESE | 1.80 | at | $225.00 | = | $405.00 |

Current Fees  $470,824.50

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1699023

Page 15  
02/03/17

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Lexis | $1,528.33 |
| Computerized Legal Research - Westlaw | $129.60 |
| Courier Service/Messenger Service- Off Site | $18.59 |
| Document Retrieval | $62.50 |
| Duplication - In House | $809.00 |
| Meals - Business | $20.40 |
| Meals (100%) | $588.42 |
| Travel - Ground Transportation | $143.75 |
| Travel - Train Fare | $791.00 |

Current Expenses $4,091.59

**Total Amount of This Invoice** **$474,916.09**

**Prior Balance Due** $181,054.05

**Total Balance Due Upon Receipt** $655,970.14