# EXHIBIT C

**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,657.93 |
| Courier Service/Messenger Service – Off-Site | $18.59 |
| Document Retrieval | $62.50 |
| Duplication – In House | $809.00 |
| Meals – Business | $20.40 |
| Meals (100%) | $588.42 |
| Travel – Ground Transportation | $143.75 |
| Travel – Train Fare | $791.00 |
| **TOTAL** | **$4,091.59** |