# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | |
| ATTN: JOHN  DOLITTLE | |
| 8601 SIX FORKS ROAD | |
| SUITE 400 | |
| RALEIGH, NC  27615 | |

| | |
|---|---|
| Invoice Number | 1699023 |
| Invoice Date | 02/03/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/16 :

Current Fees                                                                                          $470,824.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/05/16 | Document Retrieval  USAGE FROM: 7/1/16 - TO: 9/30/16 VENDOR: PACER SERVICE CENTER; INVOICE#: 2504648-Q32016; DATE: 10/5/2016 | $62.50 |
| 11/03/16 | Meals (100%)  11/3/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800460; DATE: 11/3/2016 Committee call - 8 people | $173.11 |
| 11/04/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2528092 DATE: 11/6/2016 Anthony Loring - Antalia Mediterranean Turkish Restaurant - 11/04/2016 | $27.81 |
| 11/07/16 | Meals - Business  VENDOR: DANIEL Z. VIRA INVOICE#: 1493097511091703 DATE: 11/9/2016 | $17.40 |

|  |  |  |
|---|---|---|
|  | Dinner, 11/07/16, Worked late re Nortel and had Dinner at Chopt, Chopt, Dan Vira |  |
| 11/07/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 11/7/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 11/07/16 | Computerized Legal Research - Westlaw User: RODRIGUEZ,JAIME Date: 11/7/2016 AcctNumber: 1003389479 ConnectTime: 0.0 | $41.56 |
| 11/07/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 7.0 | $95.93 |
| 11/07/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.0 | $153.49 |
| 11/07/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 7.0 | $49.57 |
| 11/07/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: VIRA  DANIEL; Charge Type: LA DOCUMENT ACCESS; Quantity: 7.0 | $12.91 |
| 11/08/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 11/8/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $46.48 |
| 11/08/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1223776 DATE: 11/16/2016  Vendor: Dial Car Voucher #: A789743 Date: 11/08/2016 Name: Dan Vira‖Car Service, Vendor: Dial Car Voucher #: A789743 Date: 11/08/2016 Name: Dan Vira | $62.22 |
| 11/09/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.71 |
| 11/09/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $21.93 |
| 11/09/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $7.08 |
| 11/10/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 1950 page(s) | $195.00 |

| Date | Description | Amount |
|---|---|---|
| 11/10/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 5114 page(s) | $511.40 |
| 11/10/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $41.11 |
| 11/10/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $65.77 |
| 11/10/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $21.25 |
| 11/10/16 | Meals (100%)  11/10/16 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800463; DATE: 11/10/2016 Committee call - 8 people | $221.45 |
| 11/11/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.41 |
| 11/11/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $43.87 |
| 11/11/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $14.17 |
| 11/14/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1520741311292202 DATE: 11/29/2016 Rail Fare, 11/14/16, Train fare to and from Wilmington, Delaware re: court hearing., Amtrak  Business class - reduced | $258.00 |
| 11/17/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 572 page(s) | $57.20 |
| 11/17/16 | Meals (100%)  11/16/16 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800466; DATE: 11/17/2016 Committee call - 8 people | $140.99 |
| 11/19/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 20.0 | $274.19 |
| 11/19/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; | $219.35 |

|  |  |  |
|---|---|---|
|  | Quantity: 10.0 |  |
| 11/19/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 10.0 | $70.83 |
| 11/20/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: DOCUMENT PRINTING; Quantity: 14.0 | $192.28 |
| 11/20/16 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: 1663MK CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.0 | $153.82 |
| 11/20/16 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: 1663MK CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 7.0 | $49.66 |
| 11/21/16 | Duplication - In House  Photocopy - Krasa-Berstell, Dagmar, NY, 127 page(s) | $12.70 |
| 11/21/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2537695 DATE: 11/27/2016 Anthony Loring - Bella Vita 43rd/8th) - 11/21/2016 | $25.06 |
| 11/22/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1520741311292202 DATE: 11/29/2016 Taxi/Car Service/Public Transport, 11/22/16, Taxi from home to Penn Station re: court hearing in Wilmington, Delaware., Uber | $11.87 |
| 11/22/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1520741311292202 DATE: 11/29/2016 Taxi/Car Service/Public Transport, 11/22/16, Taxi from Penn Station to home re: court hearing in Wilmington, Delaware ($5.40 fare, $2.60 tip)., NYC Taxi | $8.00 |
| 11/23/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E486A DATE: 11/26/2016 TRACKING #: 1Z02E52E0157609331; PICKUP DATE: 11/23/2016; SENDER: David Botter/E.L.; RECEIVER: Unknown - David H. Botter; | $14.22 |
| 11/23/16 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E486A DATE: 11/26/2016 TRACKING #: 1Z02E52E0157609331; PICKUP DATE: 11/23/2016; SENDER: | $3.65 |

| Date | Description | Amount |
|------|-------------|--------|
| 11/23/16 | David Botter/E.L.; RECEIVER: Unknown - David H. Botter; Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E486A DATE: 11/26/2016 TRACKING #: 1Z02E52E0157609331; PICKUP DATE: 11/23/2016; SENDER: David Botter/E.L.; RECEIVER: Unknown - David H. Botter; | $0.72 |
| 11/28/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1527707912062305 DATE: 12/6/2016 Rail Fare, 11/28/16, Train fare to and from Wilmington, Delaware re: court hearing., Amtrak  Business Class - reduced | $396.00 |
| 11/30/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 327 page(s) | $32.70 |
| 11/30/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1527781412052302 DATE: 12/5/2016 Taxi/Car Service/Public Transport, 11/30/16, Taxi from Wilmington train station re: court hearing., Checker Taxi | $11.00 |
| 11/30/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1527781412052302 DATE: 12/5/2016 Taxi/Car Service/Public Transport, 11/30/16, Taxi from hotel to restaurant re: court hearing., Checker Taxi | $10.00 |
| 11/30/16 | Meals - Business  VENDOR: DAVID H. BOTTER INVOICE#: 1527781412052302 DATE: 12/5/2016 Hotel - Meals - Other, 11/30/16, Hotel mini bar., Hotel DuPont, David Botter | $3.00 |
| 11/30/16 | Travel - Train Fare  VENDOR: ABID QURESHI INVOICE#: 1531275812062305 DATE: 12/6/2016 Rail Fare, 11/30/16, Train fare from NY to DE for Nortel hearing., Amtrak | $137.00 |
| 11/30/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1531275812062305 DATE: 12/6/2016 Taxi/Car Service/Public Transport, 11/30/16, Taxi from home to Penn Station., Uber | $10.56 |
| 11/30/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1527707912062305 DATE: 12/6/2016 Taxi/Car Service/Public Transport, 11/30/16, Taxi from home to Penn Station re: court hearing in Wilmington, DE., Uber | $17.10 |
| 11/30/16 | Travel - Ground Transportation | $13.00 |

VENDOR: FRED S. HODARA
INVOICE#: 1527707912062305 DATE: 12/6/2016
Taxi/Car Service/Public Transport, 11/30/16, Taxi from Wilmington train station to DuPont Hotel., Shalom Trans. Limo & Taxi

Current Expenses                                                              $4,091.59

**Total Amount of This Invoice**                                        **$474,916.09**

**Prior Balance Due**                                $181,054.05

**Total Balance Due Upon Receipt**                   $655,970.14