# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 69.30 | $84,546.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 66.45 | $92,021.25 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 161.60 | $169,680.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 13.70 | $12,330.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 10.40 | $12,220.00 |
| Bruce E. Simonetti | Partner for 11 years; Admitted in 1995; Tax Department | $1,000 | 27.30 | $27,300.00 |
| Eric D. Field | Senior Counsel for 3 years; Admitted in 1998; Labor Department | $965 | 1.00 | $965.00 |
| Kevin M. Rowe | Senior Counsel for 15 years; Admitted in 1985; Tax Department | $860 | 1.40 | $11,524.00 |
| Daniel Z. Vira | Senior Attorney for 5 years; Admitted in 1992; Tax Department | $550 | 28.40 | $15,620.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 3.00 | $2,355.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 14.70 | $8,526.00 |
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 69.95 | $31,827.25 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 2.60 | $585.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $350 | 4.30 | $1,505.00 |

Total Amount of Fees:     **$470,824.50**
Total Number of Hours:    488.30
Blended Hourly Rate:      **$964.2**