# **<u>EXHIBIT A</u>**

```
*************************************************************************************Page 1 of (23)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT      AS OF 2/7/2017 10:17:30 AM
                                       PROFORMA NUMBER: 611849       LAST DATE BILLED 12/30/16

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF   ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                      NORTEL NETWORKS, INC.                                   CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001          NORTEL                                                  C/O FRED S. HODARA, ESQ.
CASE ID                                                                       AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                              ONE BRYANT PARK
                                                                              BANK OF AMERICA TOWER
                                                                              NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13350767 | 01/02/17 | | EMAIL TO T. MINOTT RE: CASSELS BROCK W8 FORM | S20 | | .10 | 01761 | LKG | 52.50 | 52.50 |
| 13302742 | 01/03/17 | | EMAIL X2 TO C. LANO, C. SAMIS, C. MCCLAMB RE: CANCELLATION OF 1/4 PRETRIAL CONFERENCE AND ORDER SETTING 1/9 PBGC SETTLEMENT HEARING DATE | S10 | | .20 | 01761 | LKG | 105.00 | 157.50 |
| 13303215 | 01/03/17 | | REVIEW DOCKET AND REVISE CRITICAL DATES CALENDAR. | S1 | | .60 | 01831 | CL | 153.00 | 310.50 |
| 13303216 | 01/03/17 | | CONFER WITH L. GOOD AND C. SAMIS RE PBGC HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 336.00 |
| 13309377 | 01/03/17 | | REVIEW AND UPDATE CRITICAL DATES CALENDARS. | S1 | | .30 | 01762 | CMS | 165.00 | 501.00 |
| 13309381 | 01/03/17 | | E-MAIL TO C. LANO RE: CANCELLATION OF PBGC PRE-TRIAL CONFERENCE. | S10 | | .10 | 01762 | CMS | 55.00 | 556.00 |
| 13309385 | 01/03/17 | | RETURN CALLS TO CREDITORS RE: IMPACT OF PLAN, TIMING OF DISTRIBUTIONS AND OFFERS FROM CLAIMS TRADERS (.2 X 6). | S6 | | 1.20 | 01762 | CMS | 660.00 | 1,216.00 |
| 13299537 | 01/04/17 | | TELEPHONE CALL TO DIAZ COURT REPORTING RE 12/20/16 HEARING TRANSCRIPT. | S10 | | .10 | 01831 | CL | 25.50 | 1,241.50 |
| 13299857 | 01/04/17 | | REVIEW MINUTES FROM 12/22 COMMITTEE CALL | S3 | | .10 | 01761 | LKG | 52.50 | 1,294.00 |
| 13299858 | 01/04/17 | | REVIEW AGENDA FOR 1/5 COMMITTEE CALL AND MATERIALS IN PREPARATION FOR SAME | S3 | | .30 | 01761 | LKG | 157.50 | 1,451.50 |
| 13299859 | 01/04/17 | | REVIEW NOVEMBER-DECEMBER FEE APPLICATION OF JOHN RAY | S20 | | .40 | 01761 | LKG | 210.00 | 1,661.50 |
| 13299862 | 01/04/17 | | REVIEW TORYS NOVEMBER FEE APPLICATION | S20 | | .30 | 01761 | LKG | 157.50 | 1,819.00 |
| 13299863 | 01/04/17 | | REVIEW NOTICE CANCELING 1/10 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 1,871.50 |
| 13303684 | 01/04/17 | | PREPARE WTP'S TWENTY-FOURTH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 1,948.00 |

| | | | WHITEFORD, TAYLOR & PRESTON | | THRU 01/31/17 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BILLING ATTORNEY: 01762 CHRISTOPHER M. SAMIS | | | DETAILED  BILLING REPORT | | AS OF 2/7/2017 10:17:30 AM | | | | |
| | | | PROFORMA NUMBER: 611849 | | LAST DATE BILLED 12/30/16 | | | | |

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13303725 | 01/04/17 | | CONFER WITH M. MADDOX RE 12/20/16 HEARING TRANSCRIPT. | S10 | | .20 | 01831 | CL | 51.00 | 1,999.00 |
| 13303726 | 01/04/17 | | EMAIL R.JOHNSON 12/20/16 HEARING TRANSCRIPT. | S10 | | .10 | 01831 | CL | 25.50 | 2,024.50 |
| 13309390 | 01/04/17 | | REVIEW STATEMENT IN SUPPORT OF PBGC SETTLEMENT. | S6 | | .30 | 01762 | CMS | 165.00 | 2,189.50 |
| 13309396 | 01/04/17 | | E-MAILS TO R. JOHNSON AND K. GOOD RE: STATEMENT IN SUPPORT OF PBGC SETTLEMENT (.1 X 3). | S6 | | .30 | 01762 | CMS | 165.00 | 2,354.50 |
| 13301404 | 01/05/17 | | REVIEW 1/9/16 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 2,380.00 |
| 13301405 | 01/05/17 | | EMAIL K. GOOD 1/9/17 AGENDA AND CONFER ATTENDANCE AT HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 2,405.50 |
| 13301406 | 01/05/17 | | COORDINATE WITH COURTCALL RE A. LORING'S 1/9/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 2,456.50 |
| 13301407 | 01/05/17 | | REVIEW A. LORING'S 1/9/17 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 2,482.00 |
| 13301408 | 01/05/17 | | CONFER WITH K. GOOD RE A. LORING'S 1/9/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 2,533.00 |
| 13301409 | 01/05/17 | | FILE COMMITTEE'S STATEMENT IN SUPPORT OF MOTION TO APPROVE SETTLEMENT. | S9 | | .20 | 01831 | CL | 51.00 | 2,584.00 |
| 13301410 | 01/05/17 | | REVIEW EMAIL FROM K. GOOD RE SERVICE OF STATEMENT IN SUPPORT. | S9 | | .10 | 01831 | CL | 25.50 | 2,609.50 |
| 13301411 | 01/05/17 | | PREPARE AND COORDINATE WITH DLS RE SERVICE OF STATEMENT IN SUPPORT. | S9 | | .20 | 01831 | CL | 51.00 | 2,660.50 |
| 13301412 | 01/05/17 | | PREPARE AFFIDAVIT OF SERVICE RE STATEMENT IN SUPPORT AND FILE SAME. | S9 | | .40 | 01831 | CL | 102.00 | 2,762.50 |
| 13301413 | 01/05/17 | | PREPARE 1/9/17 HEARING BINDERS. | S10 | | .60 | 01831 | CL | 153.00 | 2,915.50 |
| 13301420 | 01/05/17 | | CONFER WITH C. SAMIS RE REVISIONS TO DECEMBER 2016 PROFORMA. | S19 | | .10 | 01831 | CL | 25.50 | 2,941.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON        THRU 01/31/17
                                                    DETAILED  BILLING REPORT          AS OF 2/7/2017 10:17:30 AM
                                                    PROFORMA NUMBER: 611849           LAST DATE BILLED 12/30/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13301423 | 01/05/17 | | REVIEW AND REVISE DECEMBER PROFORMA. | S19 | | .40 | 01831 | CL | 102.00 | 3,043.00 |
| 13302737 | 01/05/17 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .30 | 01761 | LKG | 157.50 | 3,200.50 |
| 13302739 | 01/05/17 | | REVIEW AGENDA FOR 1/9 HEARING (.1); EMAIL TO A. LORING RE: SAME (.1); EMAIL TO C. LANO RE: SAME (.1) | S10 | | .10 | 01761 | LKG | 52.50 | 3,253.00 |
| 13302740 | 01/05/17 | | REVIEW AND FINALIZE COMMITTEE STATEMENT IN SUPPORT OF 9019 MOTION FOR PBGC SETTLEMENT (.3); EMAIL TO R. JOHNSON RE: SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1); EMAIL TO V. MURELE RE: SAME (.1); CONFER WITH C. SAMIS RE: SERVICE FOR SAME (.1); EMAIL TO C. LANO RE: SERVICE (.1) | S16 | | .80 | 01761 | LKG | 420.00 | 3,673.00 |
| 13309415 | 01/05/17 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 275.00 | 3,948.00 |
| 13309416 | 01/05/17 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | 1.00 | 01762 | CMS | 550.00 | 4,498.00 |
| 13309417 | 01/05/17 | | REVIEW/REVISE/FINALIZE FINAL STATEMENT IN SUPPORT ON PBGC SETTLEMENT. | S6 | | .30 | 01762 | CMS | 165.00 | 4,663.00 |
| 13309426 | 01/05/17 | | E-MAILS TO R. JONHSON RE: STATEMENT IN SUPPORT OF PBGC SETTLEMENT (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 4,773.00 |
| 13302044 | 01/06/17 | | BEGAN REVIEWING MATERIALS TO ADDRESS THE TCC'S OBJECTION TO DISCLOSURE STATEMENT AND PLAN ISSUES | S6 | | 1.30 | 01065 | TMB | 585.00 | 5,358.00 |
| 13302045 | 01/06/17 | | CALL WITH C SAMIS AND J CARLTON RE RESEARCH CONCERNING THE TCC'S OBJECTION TO DISCLOSURE STATEMENT AND PLAN ISSUES | S6 | | .30 | 01065 | TMB | 135.00 | 5,493.00 |
| 13302729 | 01/06/17 | | REVIEW SUPPLEMENTAL NOTICE OF AGREEMENT REGARDING TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING | S6 | | .20 | 01761 | LKG | 105.00 | 5,598.00 |
| 13302731 | 01/06/17 | | REVIEW IOWA DEPARTMENT OF REVENUE OBJECTION TO CONFIRMATION | S6 | | .20 | 01761 | LKG | 105.00 | 5,703.00 |
| 13302732 | 01/06/17 | | REVIEW COC RE: ORDER ON PBGC 9019 SETTLEMENT MOTION | S16 | | .10 | 01761 | LKG | 52.50 | 5,755.50 |

```
*********************************************************************************************Page  4 of (23)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT       AS OF 2/7/2017 10:17:30 AM
                                       PROFORMA NUMBER: 611849         LAST DATE BILLED 12/30/16
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER 00001 | | | NORTEL | | | | | | | |
| CASE ID | | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13302733 | 01/06/17 | | REVIEW AGENDA CANCELING 1/9 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 5,808.00 |
| 13304767 | 01/06/17 | | REVIEW 1/9/17 AMENDED AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 5,833.50 |
| 13304769 | 01/06/17 | | EMAIL A. LORING RE STATUS OF 1/9/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 5,859.00 |
| 13305538 | 01/06/17 | | REVIEW DOCS RE DISCLOSURE STATEMENT APPROVAL; TC SAMIS RE SAME | S6 | | .90 | 01451 | JFC | 553.50 | 6,412.50 |
| 13309430 | 01/06/17 | | CALL FROM J. CARLTON RE: DISPARATE TREATMENT RESEARCH. | S6 | | .30 | 01762 | CMS | 165.00 | 6,577.50 |
| 13309431 | 01/06/17 | | E-MAILS TO J. CARLTON AND T. BROOKS RE: DISPARATE TREATMENT RESEARCH (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 6,687.50 |
| 13309432 | 01/06/17 | | E-MAIL TO A. LORING RE: DISPARATE TREATMENT RESEARCH. | S6 | | .10 | 01762 | CMS | 55.00 | 6,742.50 |
| 13305540 | 01/07/17 | | RESEARCH ISSUES RE PLAN CONFIRMATION | S6 | | 1.90 | 01451 | JFC | 1,168.50 | 7,911.00 |
| 13305542 | 01/08/17 | | PREVIEW THIRD CIRCUIT CASES IN PREP FOR MEMO ON PLAN CONF ISSUES | S6 | | 2.80 | 01451 | JFC | 1,722.00 | 9,633.00 |
| 13309405 | 01/08/17 | | E-MAIL TO J. CARLTON RE: DISPARATE TREATMENT RESEARCH. | S6 | | .10 | 01762 | CMS | 55.00 | 9,688.00 |
| 13309410 | 01/08/17 | | REVIEW DECEMBER 2016 PRO FORMA FOR ACCURACY AND CONFIDENTIALITY. | S19 | | .80 | 01762 | CMS | 440.00 | 10,128.00 |
| 13305557 | 01/09/17 | | MEET WITH J CARLTON RE OPEN ISSUES/TASKS RE RESEARCH CONCERNING THE TCC'S OBJECTION TO DISCLOSURE STATEMENT AND PLAN ISSUES | S6 | | .40 | 01065 | TMB | 180.00 | 10,308.00 |
| 13307873 | 01/09/17 | | ADDITIONAL RESEARCH ON PAN CONFIRMATION ISSUES | S6 | | 2.40 | 01451 | JFC | 1,476.00 | 11,784.00 |
| 13307874 | 01/09/17 | | DRAFTING AND REVISING MEMO ON 1123 ISSUES | S6 | | 1.70 | 01451 | JFC | 1,045.50 | 12,829.50 |
| 13309452 | 01/09/17 | | E-MAIL TO K. GOOD RE: CLEARANCE OF 8TH INTERIM FEE AUDITOR REPORT. | S19 | | .10 | 01762 | CMS | 55.00 | 12,884.50 |

```
*******************************************************************************Page 5 of (23)
                                WHITEFORD, TAYLOR & PRESTON    THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 2/7/2017 10:17:30 AM
                                   PROFORMA NUMBER: 611849    LAST DATE BILLED 12/30/16


CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13309453 | 01/09/17 | | E-MAIL TO J. SCARBOROUGH RE: CLEARANCE OF 8TH INTERIM FEE AUDITOR REPORT. | S19 | | .10 | 01762 | CMS | 55.00 | 12,939.50 |
| 13309469 | 01/09/17 | | REVIEW UST OBJECTION TO PLAN. | S6 | | .30 | 01762 | CMS | 165.00 | 13,104.50 |
| 13309470 | 01/09/17 | | E-MAILS TO A. LORING, J. CARLTON AND D. BOTTER RE: DISPARATE TREATMENT RESEARCH (.1 X 3). | S6 | | .30 | 01762 | CMS | 165.00 | 13,269.50 |
| 13309471 | 01/09/17 | | ATTENTION TO DISPARATE TREATMENT RESEARCH. | S6 | | .60 | 01762 | CMS | 330.00 | 13,599.50 |
| 13309482 | 01/09/17 | | E-MAILS TO D. BOTTER AND A. LORING ARE: DISPARATE TREATMENT RESEARCH (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 13,709.50 |
| 13309484 | 01/09/17 | | CALL W/ D. BOTTER AND A. LORING RE: DISPARATE TREATMENT RESEARCH. | S6 | | .30 | 01762 | CMS | 165.00 | 13,874.50 |
| 13312260 | 01/09/17 | | REVIEW UST OBJECTION TO CONFIRMATION | S6 | | .40 | 01761 | LKG | 210.00 | 14,084.50 |
| 13317142 | 01/09/17 | | REVIEW SOLUS STATEMENT RE: CONFIRMATION AND APPROVAL OF THE SPSA AGREEMENT | S6 | | .20 | 01761 | LKG | 105.00 | 14,189.50 |
| 13317143 | 01/09/17 | | REVIEW DEMEL OBJECTION TO CONFIRMATION | S6 | | .40 | 01761 | LKG | 210.00 | 14,399.50 |
| 13306801 | 01/10/17 | | REVIEW J CARLTON'S DRAFT MEMO RE SECTION 1123 CLAIMS-TREATMENT ISSUES AND CASES CITED THEREIN, AND EDITED/UPDATED MEMO | S6 | | 2.60 | 01065 | TMB | 1,170.00 | 15,569.50 |
| 13306802 | 01/10/17 | | MEET WITH J CARLTON RE MARK-UP TO DRAFT MEMO RE 1123 PLAN ISSUES | S6 | | .40 | 01065 | TMB | 180.00 | 15,749.50 |
| 13309005 | 01/10/17 | | COMPLETING RESEARCH AND DRAFTING AND REVISING MEMO TO SAMIS RE CONFIRMATION ISSUES FOR PENDING PLAN | S6 | | 2.80 | 01451 | JFC | 1,722.00 | 17,471.50 |
| 13309184 | 01/10/17 | | CONFER WITH K. GOOD RE NOTICE OF RATE CHANGE FOR WTP FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 17,497.00 |
| 13309485 | 01/10/17 | | REVIEW TCC CONFIRMATION OBJECTION. | S6 | | 1.50 | 01762 | CMS | 825.00 | 18,322.00 |
| 13309486 | 01/10/17 | | REVIEW LIQUIDITY JOINDER TO TCC CONFIRMATION | S6 | | .30 | 01762 | CMS | 165.00 | 18,487.00 |

Case 09-10138-MFW    Doc 17878-2    Filed 02/08/17    Page 7 of 19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Page 6 of (23)

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS          WHITEFORD, TAYLOR & PRESTON        THRU 01/31/17
                                                        DETAILED  BILLING REPORT           AS OF 2/7/2017 10:17:30 AM
                                                        PROFORMA NUMBER: 611849            LAST DATE BILLED 12/30/16
```

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | OBJECTION. | | | | | | | |
| 13309491 | 01/10/17 | | REVIEW CERTIFICATE OF PUBLICATION FOR CONFIRMATION HEARING. | S6 | | .20 | 01762 | CMS | 110.00 | 18,597.00 |
| 13309492 | 01/10/17 | | ATTENTION TO DISPARATE TREATMENT RESEARCH. | S6 | | .60 | 01762 | CMS | 330.00 | 18,927.00 |
| 13309493 | 01/10/17 | | REVIEW/REVISE DISPARATE TREATMENT MEMO. | S6 | | .40 | 01762 | CMS | 220.00 | 19,147.00 |
| 13309494 | 01/10/17 | | REVIEW HORNE CONFIRMATION OBJECTION. | S6 | | .40 | 01762 | CMS | 220.00 | 19,367.00 |
| 13309495 | 01/10/17 | | REVIEW CASSELS RECOMMEDATIONS ON MONITOR FEES MOTION, RECOGNITION MOTION AND WILMINGTON BOND CLAIM MOTION AND RELATED DOCUMENTATION. | S9 | | 1.70 | 01762 | CMS | 935.00 | 20,302.00 |
| 13309496 | 01/10/17 | | REVIEW SOLUS INDENTURE TRUSTEE FEE OBJECTION. | S6 | | .30 | 01762 | CMS | 165.00 | 20,467.00 |
| 13309504 | 01/10/17 | | REVIEW SCHLERF LETTER ON 3D CIR. BRIEFING SCHEDULE. | S16 | | .30 | 01762 | CMS | 165.00 | 20,632.00 |
| 13309506 | 01/10/17 | | REVIEW ABBOTT LETTER ON 3D CIR. BRIEFING SCHEDULE. | S16 | | .30 | 01762 | CMS | 165.00 | 20,797.00 |
| 13309151 | 01/11/17 | | EMAIL C. SAMIS RE OUTSTANDING FEES AND EXPENSES FOR WTP. | S19 | | .10 | 01831 | CL | 25.50 | 20,822.50 |
| 13309153 | 01/11/17 | | EMAIL P. PALMER RE WTP PROFORMA. | S19 | | .10 | 01831 | CL | 25.50 | 20,848.00 |
| 13309513 | 01/11/17 | | REVIEW SECOND AMENDED NOTICE OF SETTLEMENT OF CERTAIN CLAIMS. | S9 | | .30 | 01762 | CMS | 165.00 | 21,013.00 |
| 13309514 | 01/11/17 | | REVIEW IOWA OBJECTION TO CONFIRMATION. | S6 | | .30 | 01762 | CMS | 165.00 | 21,178.00 |
| 13309515 | 01/11/17 | | REVIEW 62ND JOHN RAY FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 110.00 | 21,288.00 |
| 13309516 | 01/11/17 | | REVIEW 68TH TORY'S FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 21,453.00 |
| 13309517 | 01/11/17 | | REVIEW HANNEMAN OBJECTION TO CONFIRMATION. | S6 | | .20 | 01762 | CMS | 110.00 | 21,563.00 |
| 13309521 | 01/11/17 | | E-MAILS TO C. LANO RE: FEE AND EXPENSE ESTIMATES | S8 | | .20 | 01762 | CMS | 110.00 | 21,673.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      WHITEFORD, TAYLOR & PRESTON        THRU 01/31/17
                                                    DETAILED  BILLING REPORT          AS OF 2/7/2017 10:17:30 AM
                                                    PROFORMA NUMBER: 611849           LAST DATE BILLED 12/30/16
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FOR DECEMBER 2016 FOR DEBTORS' FORECASTING PURPOSES (.1 X 2). | | | | | | | |
| 13309522 | 01/11/17 | | E-MAIL TO B. KHAN RE: FEE AND EXPENSE ESTIMATES FOR DECEMBER 2016 FOR DEBTORS' FORECASTING PURPOSES. | S8 | | .10 | 01762 | CMS | 55.00 | 21,728.00 |
| 13309525 | 01/11/17 | | RETURN CALLS TO CREDITORS RE: INQUIRIES FROM CLAIMS TRADERS (.2 X 4). | S9 | | .80 | 01762 | CMS | 440.00 | 22,168.00 |
| 13309527 | 01/11/17 | | REVIEW NM ADMINISTRATIVE CLAIM. | S9 | | .20 | 01762 | CMS | 110.00 | 22,278.00 |
| 13309531 | 01/11/17 | | E-MAIL TO K. GOOD RE: DISPARATE TREATMENT ANALYSIS. | S6 | | .10 | 01762 | CMS | 55.00 | 22,333.00 |
| 13309532 | 01/11/17 | | REVIEW DEMEL MOTION TO REPLACE STIPULATION. | S9 | | .40 | 01762 | CMS | 220.00 | 22,553.00 |
| 13309534 | 01/11/17 | | E-MAILS TO J. CARLTON RE: DISPARATE TREATMENT RESEARCH (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 22,663.00 |
| 13309539 | 01/11/17 | | E-MAIL TO A. LORING RE: DISPARATE TREATMENT RESEARCH. | S6 | | .10 | 01762 | CMS | 55.00 | 22,718.00 |
| 13313028 | 01/11/17 | | REVIEW NEW MEXICO DEPT. OF REV. ADMINISTRATIVE CLAIM FILING | S9 | | .10 | 01761 | LKG | 52.50 | 22,770.50 |
| 13313068 | 01/11/17 | | REVIEW AGENDA FOR 1/12 COMMITTEE CALL (.1); REVIEW MINUTES FROM 1/5 COMMITTEE CALL (.1) | S3 | | .20 | 01761 | LKG | 105.00 | 22,875.50 |
| 13316049 | 01/11/17 | | MEMO TO AND FROM SAMIS ON PLAN RESEARCH ISSUES - AND FOLLOW UP RESEARCH RE SAME | S6 | | 1.00 | 01451 | JFC | 615.00 | 23,490.50 |
| 13350725 | 01/11/17 | | REVIEW MOTION TO APPROVE COMPROMISE OF SANMINA CLAIMS | S9 | | .30 | 01761 | LKG | 157.50 | 23,648.00 |
| 13354013 | 01/11/17 | | REVIEW MEMO RE: DISPARATE TREATMENT OF CLAIMS IN 3D CIR | S6 | | .50 | 01761 | LKG | 262.50 | 23,910.50 |
| 13354036 | 01/11/17 | | REVIEW DEMEL MOTION TO REPLACE STIPULATION WITH NEW CONTRACT | S9 | | .40 | 01761 | LKG | 210.00 | 24,120.50 |

```
***********************************************************************************Page 8 of (23)
                                  WHITEFORD, TAYLOR & PRESTON    THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 2/7/2017 10:17:30 AM
                                     PROFORMA NUMBER: 611849     LAST DATE BILLED 12/30/16


CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
```

|  |  |  |  |  |  | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 13354037 | 01/11/17 |  | REVIEW HORNE OBJECTION TO SPSA MOTION | S6 |  | .30 | 01761 | LKG | 157.50 | 24,278.00 |
| 13311330 | 01/12/17 |  | PREPARE FOR 1/12/16 COMMITTEE CALL. | S3 |  | 1.00 | 01762 | CMS | 550.00 | 24,828.00 |
| 13311331 | 01/12/17 |  | PARTICIPATE IN 1/12/16 COMMITTEE CALL. | S3 |  | .80 | 01762 | CMS | 440.00 | 25,268.00 |
| 13311332 | 01/12/17 |  | PARTICIPATE IN 1/12/16 COMMITTEE CALL. | S3 |  | .90 | 01762 | CMS | 495.00 | 25,763.00 |
| 13311335 | 01/12/17 |  | REVIEW NOTICE OF SETTLEMENT OF SNMP CONFIRMATION OBJECITON. | S6 |  | .30 | 01762 | CMS | 165.00 | 25,928.00 |
| 13311336 | 01/12/17 |  | REVIEW SANMINA 9019 AND RELATED DOCUMENTS. | S9 |  | 1.00 | 01762 | CMS | 550.00 | 26,478.00 |
| 13335945 | 01/12/17 |  | REVIEW 1/18/17 AGENDA. | S10 |  | .10 | 01831 | CL | 25.50 | 26,503.50 |
| 13352846 | 01/12/17 |  | REVIEW NOTICE OF RESOLUTION OF SNMP OBJECTIONS TO PLAN | S6 |  | .20 | 01761 | LKG | 105.00 | 26,608.50 |
| 13315124 | 01/13/17 |  | REVIEW SNMP MEDIATION SUMMARY. | S16 |  | .30 | 01762 | CMS | 165.00 | 26,773.50 |
| 13350749 | 01/13/17 |  | REVIEW UPDATE ON SNMP LITIGATION | S16 |  | .10 | 01761 | LKG | 52.50 | 26,826.00 |
| 13315154 | 01/15/17 |  | E-MAILS TO D. BOTTER AND B. KHAN RE: TCC MEDIATION (.1 X 10). | S16 |  | 1.00 | 01762 | CMS | 550.00 | 27,376.00 |
| 13315157 | 01/16/17 |  | REVIEW KEARNS CONFIRMATION DECLARATION. | S6 |  | 1.40 | 01762 | CMS | 770.00 | 28,146.00 |
| 13315158 | 01/16/17 |  | PREPARE FOR TCC MEDIATION. | S16 |  | 1.70 | 01762 | CMS | 935.00 | 29,081.00 |
| 13315159 | 01/16/17 |  | ATTEND TCC MEDIATION. | S16 |  | 7.50 | 01762 | CMS | 4,125.00 | 33,206.00 |
| 13315161 | 01/16/17 |  | E-MAILS TO C. KEARNS RE: KEARNS DECLARATION IN SUPPORT OF CONFIRMATION (.1 X 2). | S6 |  | .20 | 01762 | CMS | 110.00 | 33,316.00 |
| 13315169 | 01/17/17 |  | REVIEW NOTICE OF PREVIOUSLY NON-PUBLIC FINANCIAL INFORMATION. | S16 |  | .50 | 01762 | CMS | 275.00 | 33,591.00 |
| 13321357 | 01/17/17 |  | ATTEND COMMITTEE CALL RE: TCC MEDIATION AND SETTLEMENT PROPOSALS | S3 |  | .80 | 01761 | LKG | 420.00 | 34,011.00 |

```
*****************************************************************************************Page 9 of (23)
                                     WHITEFORD, TAYLOR & PRESTON          THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT  AS OF 2/7/2017 10:17:30 AM
                                          PROFORMA NUMBER: 611849         LAST DATE BILLED 12/30/16
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
|  | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID |  |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13329176 | 01/17/17 |  | REVIEW DOCKET AND PREPARE CNO TO ASHURST'S NOVEMBER 2016 FEE APPLICATION. | S20 |  | .30 | 01831 | CL | 76.50 | 34,087.50 |
| 13329180 | 01/17/17 |  | CONFER WITH K. GOOD RE STATUS OF FILING ASHURST'S CNO TO NOVEMBER 2016 FEE APPLICATION. | S20 |  | .10 | 01831 | CL | 25.50 | 34,113.00 |
| 13350712 | 01/17/17 |  | REVIEW BLOW OUT NOTICE RE: TCC MEDIATION | S16 |  | .20 | 01761 | LKG | 105.00 | 34,218.00 |
| 13350713 | 01/17/17 |  | REVIEW MERGIS DECEMBER MONTHLY STAFFING REPORT | S20 |  | .20 | 01761 | LKG | 105.00 | 34,323.00 |
| 13350716 | 01/17/17 |  | REVIEW HURON DECEMBER MONTHLY FEE APPLICATION | S10 |  | .20 | 01761 | LKG | 105.00 | 34,428.00 |
| 13350719 | 01/17/17 |  | REVIEW UPDATE RE: CCAA PLAN PROCESS | S6 |  | .10 | 01761 | LKG | 52.50 | 34,480.50 |
| 13317166 | 01/18/17 |  | CALL TO R. JOHNSON RE: WITNESS DISCLOSURE AND RELEVANT PROCEDURES. | S16 |  | .30 | 01762 | CMS | 165.00 | 34,645.50 |
| 13317167 | 01/18/17 |  | FURTHER CALL W/ R. JOHNSON RE: WITNESS DISCLOSURE AND RELEVANT PROCEDURES. | S16 |  | .20 | 01762 | CMS | 110.00 | 34,755.50 |
| 13317175 | 01/18/17 |  | RESEARCH WITNESS DISCLOSURE REQUIREMENTS. | S16 |  | .40 | 01762 | CMS | 220.00 | 34,975.50 |
| 13317176 | 01/18/17 |  | BEGIN PREPARING FOR 1/14/17 CONFIRMATION HEARING. | S10 |  | 3.50 | 01762 | CMS | 1,925.00 | 36,900.50 |
| 13319328 | 01/18/17 |  | PREPARE INVOICE FOR WTP FEE APPLICATION. | S19 |  | .20 | 01831 | CL | 51.00 | 36,951.50 |
| 13321915 | 01/18/17 |  | REVIEW DRAFT OF COMMITTEE BRIEF IN SUPPORT OF CONFIRMATION | S6 |  | .80 | 01761 | LKG | 420.00 | 37,371.50 |
| 13340885 | 01/18/17 |  | REVIEW FEE EXAMINER'S FINAL REPORT RE: ASHURST INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: MNAT 31ST INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: BRG INTERIM FEE APPLICATION (.1) | S20 |  | .30 | 01761 | LKG | 157.50 | 37,529.00 |
| 13340890 | 01/18/17 |  | EMAIL TO L.ROBERTS, I. KHAN RE: CNO FOR ASHURST NOVEMBER FEE APPLICATION | S20 |  | .10 | 01761 | LKG | 52.50 | 37,581.50 |
| 13340896 | 01/18/17 |  | REVIEW AGENDA FOR 1/19 COMMITTEE CALL | S3 |  | .10 | 01761 | LKG | 52.50 | 37,634.00 |

```
*******************************************************************************Page 10 of (23)
                                WHITEFORD, TAYLOR & PRESTON       THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT        AS OF 2/7/2017 10:17:30 AM
                                PROFORMA NUMBER: 611849           LAST DATE BILLED 12/30/16


CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13318613 | 01/19/17 | | REVIEW/REVISE DRAFT CONFIRMATION BRIEF. | S6 | | 2.70 | 01762 | CMS | 1,485.00 | 39,119.00 |
| 13318614 | 01/19/17 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .60 | 01762 | CMS | 330.00 | 39,449.00 |
| 13318615 | 01/19/17 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .60 | 01762 | CMS | 330.00 | 39,779.00 |
| 13318621 | 01/19/17 | | ATTENTION TO FINALIZING, FILING AND SERVING CONFIRMATION BRIEF. | S6 | | .80 | 01762 | CMS | 440.00 | 40,219.00 |
| 13318626 | 01/19/17 | | REVIEW/REVISE DRAFT CONFIRMATION ORDER. | S6 | | 2.50 | 01762 | CMS | 1,375.00 | 41,594.00 |
| 13318632 | 01/19/17 | | REVIEW NNIII SPSA WAIVER. | S6 | | .30 | 01762 | CMS | 165.00 | 41,759.00 |
| 13318634 | 01/19/17 | | REVIEW EPIQ TABULATION AFFIDAVIT. | S6 | | .30 | 01762 | CMS | 165.00 | 41,924.00 |
| 13318638 | 01/19/17 | | E-MAIL TO R. JOHNSON RE: CONFIRMATION BRIEF (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 42,034.00 |
| 13322305 | 01/19/17 | | ATTEND COMMITTEE CALL | S3 | | .40 | 01761 | LKG | 210.00 | 42,244.00 |
| 13322319 | 01/19/17 | | REVIEW DECEMBER MONTHLY FEE APPLICATION OF RLKS | S20 | | .20 | 01761 | LKG | 105.00 | 42,349.00 |
| 13322331 | 01/19/17 | | REVIEW DRAFT CONFIRMATION ORDER AND AKIN COMMENTS TO SAME | S6 | | 1.20 | 01761 | LKG | 630.00 | 42,979.00 |
| 13322342 | 01/19/17 | | REVIEW NNIII WAIVER AND CORRESPONDENCE RE: SAME | S6 | | .20 | 01761 | LKG | 105.00 | 43,084.00 |
| 13322551 | 01/19/17 | | COORDINATE WITH COURTCALL RE R. JOHNSON'S 1/24/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 43,135.00 |
| 13322600 | 01/19/17 | | CONFER WITH K. GOOD RE BRG'S 18TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 43,160.50 |
| 13322601 | 01/19/17 | | FILE BRG'S 18TH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 43,262.50 |
| 13322602 | 01/19/17 | | CONFER WITH DLS RE SERVICE OF BRG'S 18TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 43,288.00 |
| 13322603 | 01/19/17 | | EMAIL UST AND FEE EXAMINER BRG'S 18TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 43,313.50 |

```
**********************************************************************************************Page 11 of (23)
                                      WHITEFORD, TAYLOR & PRESTON     THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 2/7/2017 10:17:30 AM
                                      PROFORMA NUMBER: 611849     LAST DATE BILLED 12/30/16
```

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13339182 | 01/19/17 | | EMAIL TO L. ROBERTS RE: CNO FOR ASHURST NOVEMBER FEE APPLICATION (.1); EMAIL TO A. LORING RE: BRG 18TH MONTHLY FEE APPLICATION (.1); EMAIL X3 TO C. LANO RE: FILING SAME (.1); REVIEW SAME FOR FILING (.3) | S20 | | .60 | 01761 | LKG | 315.00 | 43,628.50 |
| 13339192 | 01/19/17 | | REVIEW ASHNER DECLARATION IN SUPPORT OF SPECIAL PENSION BENEFITS COUNSEL RETENTION | S18 | | .10 | 01761 | LKG | 52.50 | 43,681.00 |
| 13339194 | 01/19/17 | | REVIEW VOTING DECLARATION | S6 | | .30 | 01761 | LKG | 157.50 | 43,838.50 |
| 13339195 | 01/19/17 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: WTP INTERIM FEE APPLICATION | S19 | | .10 | 01761 | LKG | 52.50 | 43,891.00 |
| 13339196 | 01/19/17 | | REVIEW DRAFT CONFIRMATION ORDER | S6 | | 1.60 | 01761 | LKG | 840.00 | 44,731.00 |
| 13352756 | 01/19/17 | | EDIT AND PREPARE BRIEF IN SUPPORT OF CONFIRMATION FOR FILING | S6 | | .40 | 01797 | CDM | 136.00 | 44,867.00 |
| 13320121 | 01/20/17 | | REVIEW DEBTORS' MEMORANDUM IN SUPPORT OF CONFIRMATION. | S6 | | 2.60 | 01762 | CMS | 1,430.00 | 46,297.00 |
| 13320122 | 01/20/17 | | REVIEW BONDHOLDERS JOINDER TO DEBTORS MEMORANDUM IN SUPPORT OF CONFIRMATION. | S6 | | .30 | 01762 | CMS | 165.00 | 46,462.00 |
| 13320123 | 01/20/17 | | REVIEW BONY STATEMENT IN SUPPORT OF PLAN CONFIRMATION AND RESPONSE TO THE UNITED STATES TRUSTEE'S LIMITED OBJECTION TO PLAN CONFIRMATION | S6 | | .50 | 01762 | CMS | 275.00 | 46,737.00 |
| 13320124 | 01/20/17 | | REVIEW DT RESPONSE TO SOLUS. | S6 | | .80 | 01762 | CMS | 440.00 | 47,177.00 |
| 13320127 | 01/20/17 | | REVIEW SOLUS REPLY. | S6 | | .30 | 01762 | CMS | 165.00 | 47,342.00 |
| 13320128 | 01/20/17 | | REVIEW 1/24/17 AGENDA. | S10 | | .20 | 01762 | CMS | 110.00 | 47,452.00 |
| 13320136 | 01/20/17 | | E-MAILS TO C. LANO RE: PREPRATION FOR 1/24/17 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 110.00 | 47,562.00 |
| 13322913 | 01/20/17 | | REVIEW 1/24/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 47,587.50 |

Case 09-10138-MFW   Doc 17878-2   Filed 02/08/17   Page 13 of 19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Page 12 of (23)

BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS
WHITEFORD, TAYLOR & PRESTON
DETAILED   BILLING REPORT
PROFORMA NUMBER: 611849
THRU 01/31/17
AS OF 2/7/2017 10:17:30 AM
LAST DATE BILLED 12/30/16

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13322914 | 01/20/17 | | EMAIL A. LORING R. JOHNSON'S 1/24/17 TELEPHONIC CONFIRMATION. | S10 | | .10 | 01831 | CL | 25.50 | 47,613.00 |
| 13322967 | 01/20/17 | | COORDINATE WITH COURTCALL RE M. WUNDER'S 1/24/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 47,664.00 |
| 13322968 | 01/20/17 | | REVIEW M. WUNDER'S 1/24/17 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 47,689.50 |
| 13322983 | 01/20/17 | | PREPARE 1/24/17 HEARING DOCUMENTS. | S10 | | 1.70 | 01831 | CL | 433.50 | 48,123.00 |
| 13336072 | 01/20/17 | | CONFER WITH C. SAMIS RE 1/24/17 HEARING BINDERS. | S10 | | .10 | 01831 | CL | 25.50 | 48,148.50 |
| 13336073 | 01/20/17 | | TELEPHONE CALL TO COURTCALL RE C. SAMIS' 12/2/16 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 48,199.50 |
| 13338300 | 01/20/17 | | EMAIL TO M. WUNDER RE: 1/24 CONFIRMATION HEARING (.1); EMAIL TO C. LANO RE: PREPARATION FOR SAME (.1) | S10 | | .20 | 01761 | LKG | 105.00 | 48,304.50 |
| 13338303 | 01/20/17 | | REVIEW SOLUS REPLY RE: INDENTURE TRUSTEE FEE DISPUTE | S20 | | .20 | 01761 | LKG | 105.00 | 48,409.50 |
| 13338306 | 01/20/17 | | REVIEW E&Y NOVEMBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 48,514.50 |
| 13338313 | 01/20/17 | | REVIEW AGENDA FOR 1/24 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 48,567.00 |
| 13339180 | 01/20/17 | | REVIEW DEBTORS' CONFIRMATION BRIEF (1.7); REVIEW BONDHOLDER JOINDER TO SAME (.1); REVIEW BNY MELLON CONFIRMATION STATEMENT (.6); REVIEW DE TRUST RESPONSE TO SOLUS (.6) | S6 | | 3.00 | 01761 | LKG | 1,575.00 | 50,142.00 |
| 13331402 | 01/21/17 | | COMPLETION OF 1/24/17 HEARING BINDER. | S10 | | 1.10 | 01831 | CL | 280.50 | 50,422.50 |
| 13331404 | 01/21/17 | | FINALIZE WTP TWENTY-FOURTH MONTHLY FEE APPLICATION. | S19 | | .70 | 01831 | CL | 178.50 | 50,601.00 |
| 13322986 | 01/22/17 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 76.50 | 50,677.50 |
| 13324264 | 01/22/17 | | PREPARE FOR 1/24/17 CONFIRMATION HEARING. | S10 | | 5.20 | 01762 | CMS | 2,860.00 | 53,537.50 |

```
**********************************************************************************************Page 13 of (23)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT      AS OF 2/7/2017 10:17:30 AM
                                        PROFORMA NUMBER: 611849     LAST DATE BILLED 12/30/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13324265 | 01/22/17 | | PREPARE FOR AND ATTEND COMMITTEE CALL ON TCC SETTLEMENT TERM SHEET. | S6 | | 1.10 | 01762 | CMS | 605.00 | 54,142.50 |
| 13324267 | 01/22/17 | | E-MAILS TO K. GOOD RE: TCC SETTLEMENT (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 54,252.50 |
| 13324268 | 01/22/17 | | REVIEW TCC SETTLEMENT TERM SHEET. | S6 | | .40 | 01762 | CMS | 220.00 | 54,472.50 |
| 13337067 | 01/22/17 | | REVIEW NOTICE OF RESOLUTION OF TRADE CLAIMS CONSORTIUM OBJECTION TO CONFIRMATION | S6 | | .20 | 01761 | LKG | 105.00 | 54,577.50 |
| 13324544 | 01/23/17 | | PREPARE SUPPLEMENTAL 1/24/17 HEARING DOCUMENTS. | S10 | | .70 | 01831 | CL | 178.50 | 54,756.00 |
| 13324549 | 01/23/17 | | REVIEW DOCKET AND REVISE THIRD CIRCUIT OF APPEALS CRITICAL DATES. | S1 | | .20 | 01831 | CL | 51.00 | 54,807.00 |
| 13324562 | 01/23/17 | | REVIEW AMENDED 1/24/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 54,832.50 |
| 13324563 | 01/23/17 | | REVIEW AND REVISED 1/24/17 HEARING BINDERS. | S10 | | 1.50 | 01831 | CL | 382.50 | 55,215.00 |
| 13324565 | 01/23/17 | | PREPARE AND FILE WTP TWENTY-FOURTH MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 102.00 | 55,317.00 |
| 13324566 | 01/23/17 | | CONFER WITH DLS RE SERVICE OF WTP TWENTY-FOURTH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 55,342.50 |
| 13324570 | 01/23/17 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED WTP'S TWENTY-FOURTH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 55,368.00 |
| 13324573 | 01/23/17 | | CONFER WITH K. GOOD RE CNO TO BRG'S NOVEMBER FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 55,393.50 |
| 13325649 | 01/23/17 | | CONTINUE PREPRATION FOR 1/24/17 CONFIRMATION HEARING. | S10 | | 2.30 | 01762 | CMS | 1,265.00 | 56,658.50 |
| 13325651 | 01/23/17 | | REVIEW RAY DECLARATION IN SUPPORT OF CONFIRMATION. | S6 | | 1.10 | 01762 | CMS | 605.00 | 57,263.50 |
| 13325652 | 01/23/17 | | REVIEW KENNEDY DECLARATION IN SUPPORT OF CONFIRMATION. | S6 | | .90 | 01762 | CMS | 495.00 | 57,758.50 |

```
****************************************************************************************Page 14 of (23)
                                   WHITEFORD, TAYLOR & PRESTON      THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT      AS OF 2/7/2017 10:17:30 AM
                                     PROFORMA NUMBER: 611849        LAST DATE BILLED 12/30/16


CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

|  |  |  |  |  |  | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 13325653 | 01/23/17 |  | REVIEW CONFIRMATION HEARING WITNESS LIST. | S6 |  | .10 | 01762 | CMS | 55.00 | 57,813.50 |
| 13325666 | 01/23/17 |  | REVIEW MONITOR'S AND THE CANADIAN DEBTORS' MOTION RECORD (PLAN SANCTION AND CANADIAN ESCROW RELEASE ORDER) IN THE CANADIAN PROCEEDINGS. | S6 |  | 1.60 | 01762 | CMS | 880.00 | 58,693.50 |
| 13331649 | 01/23/17 |  | REVIEW DECEMBER WTP FEE APPLICATION (.5); MEETING WITH C. LANO RE: SAME (.1) | S19 |  | .60 | 01761 | LKG | 315.00 | 59,008.50 |
| 13331650 | 01/23/17 |  | ATTEND COMMITTEE CALL RE: TCC SETTLEMENT | S3 |  | .50 | 01761 | LKG | 262.50 | 59,271.00 |
| 13337131 | 01/23/17 |  | EMAIL TO C. SAMIS RE: CALL ON TCC SETTLEMENT | S3 |  | .10 | 01761 | LKG | 52.50 | 59,323.50 |
| 13337789 | 01/23/17 |  | EMAIL TO I. KHAN RE: CNO FOR ASHURST NOVEMBER FEE APPLICATION (.1); EMAIL TO C. LANO RE: SAME (.1) | S20 |  | .20 | 01761 | LKG | 105.00 | 59,428.50 |
| 13337791 | 01/23/17 |  | EMAIL TO L. ROBERTS, M. WUNDER RE: TAX INFORMATION RE: WORK IN US (.1); EMAIL X2 TO T. MINOTT RE: SAME (.2) | S20 |  | .30 | 01761 | LKG | 157.50 | 59,586.00 |
| 13337793 | 01/23/17 |  | EMAIL X3 TO C. LANO RE: BRG 18TH MONTHLY FEE APPLICATION (.2); EMAIL TO J. BOROW, J. HYLAND RE: SAME (.1) | S20 |  | .30 | 01761 | LKG | 157.50 | 59,743.50 |
| 13337795 | 01/23/17 |  | REVIEW 3D CIR. BRIEFING ORDER (.1); EMAIL TO C. LANO RE: CALENDARING SAME (.1) | S16 |  | .20 | 01761 | LKG | 105.00 | 59,848.50 |
| 13337804 | 01/23/17 |  | REVIEW AMENDED AGENDA FOR 1/24 HEARING | S10 |  | .10 | 01761 | LKG | 52.50 | 59,901.00 |
| 13337805 | 01/23/17 |  | REVIEW TCC NOTICE OF CHANGE OF VOTE (.2); REVIEW SUPPLEMENTAL VOTING DECLARATION (.2) | S6 |  | .40 | 01761 | LKG | 210.00 | 60,111.00 |
| 13337807 | 01/23/17 |  | REVIEW NOTICE OF FILING AMENDED PLAN AND PROPOSED CONFIRMATION ORDER | S6 |  | 1.20 | 01761 | LKG | 630.00 | 60,741.00 |
| 13337808 | 01/23/17 |  | REVIEW KENNEDY DECLARATION IN SUPPORT OF CONFIRMATION (.4); REVIEW RAY DECLARATION IN SUPPORT OF CONFIRMATION (.4) | S6 |  | .80 | 01761 | LKG | 420.00 | 61,161.00 |
| 13337809 | 01/23/17 |  | REVIEW NOTICE OF FILING MOTION RECORD RE: | S6 |  | 1.10 | 01761 | LKG | 577.50 | 61,738.50 |

```
****************************************************************************************Page 15 of (23)
                                        WHITEFORD, TAYLOR & PRESTON     THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT  AS OF 2/7/2017 10:17:30 AM
                                         PROFORMA NUMBER: 611849        LAST DATE BILLED 12/30/16
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CANADIAN SANCTION AND ESCROW RELEASE ORDERS | | | | | | | |
| 13337811 | 01/23/17 | | REVIEW DEBTORS' WITNESS LIST FOR CONFIRMATION | S6 | | .10 | 01761 | LKG | 52.50 | 61,791.00 |
| 13326031 | 01/24/17 | | UPDATE 1/24/17 HEARING BINDERS. | S10 | | 1.40 | 01831 | CL | 357.00 | 62,148.00 |
| 13326055 | 01/24/17 | | PREPARE ASHURST'S NINETY-FIFTH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 62,224.50 |
| 13326056 | 01/24/17 | | EMAIL K. GOOD RE STATUS OF ASHURST'S NINETY-FIFTH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 62,250.00 |
| 13326057 | 01/24/17 | | FILE ASHURST'S NINETY-FIFTH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 62,326.50 |
| 13326058 | 01/24/17 | | CONFER WITH DLS RE SERVICE OF ASHURST'S 95TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 62,352.00 |
| 13326059 | 01/24/17 | | EMAIL UST AND FEE EXAMINER ASHURST'S 95TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 62,377.50 |
| 13326061 | 01/24/17 | | COORDINATE WITH COURTCALL RE C. SAMIS' AND D. BOTTER'S 1/25/17 TELEPHONIC APPEARANCES. | S10 | | .20 | 01831 | CL | 51.00 | 62,428.50 |
| 13326062 | 01/24/17 | | REVIEW C. SAMIS' AND D. BOTTER'S 1/25/17 TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 62,454.00 |
| 13326063 | 01/24/17 | | CONFER WITH A. LORING RE ADDITIONAL 1/25/17 TELEPHONIC APPEARANCES. | S10 | | .10 | 01831 | CL | 25.50 | 62,479.50 |
| 13326162 | 01/24/17 | | COMPLETE PREPARATION FOR CONFIRMATION HEARING. | S6 | | 2.50 | 01762 | CMS | 1,375.00 | 63,854.50 |
| 13326163 | 01/24/17 | | ATTEND CONFIRMATION HEARING. | S6 | | 7.80 | 01762 | CMS | 4,290.00 | 68,144.50 |
| 13326164 | 01/24/17 | | REVIEW AMENDED PLAN AND CONFIRMATION ORDER. | S6 | | 1.70 | 01762 | CMS | 935.00 | 69,079.50 |
| 13326165 | 01/24/17 | | E-MAILS TO F. GODINO, D. LOWENTHAL, D. BOTTER AND M. KENNEY RE: DELAWARE TRUST ACQUISITION OF LAW DEBENTURE AND DOCUMENTING SAME FOR PLAN (.1 X 12). | S6 | | 1.20 | 01762 | CMS | 660.00 | 69,739.50 |

```
*********************************************************************************Page 18 of (23)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 2/7/2017 10:17:30 AM
                                      PROFORMA NUMBER: 611849         LAST DATE BILLED 12/30/16
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| --- | --- | --- | --- |
| | | | NORTEL NETWORKS, INC. |
| MATTER 00001 | | | NORTEL |
| CASE ID | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13329947 | 01/26/17 | | REVIEW TRANSCRIPT OF CONFIRMATION HEARING. | S10 | | 2.80 | 01762 | CMS | 1,540.00 | 75,416.00 |
| 13329951 | 01/26/17 | | E-MAIL TO COMMITTEE RE: CONFIRMATION HEARING TRANSCRIPT. | S10 | | .10 | 01762 | CMS | 55.00 | 75,471.00 |
| 13329970 | 01/26/17 | | REVIEW ORDER APPOINTING JUDGE FARNAN MEDIATOR. | S16 | | .20 | 01762 | CMS | 110.00 | 75,581.00 |
| 13329971 | 01/26/17 | | REVIEW SOLUS SCHEDULING ORDER. | S16 | | .20 | 01762 | CMS | 110.00 | 75,691.00 |
| 13329972 | 01/26/17 | | REVIEW 96TH MNAT FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 75,856.00 |
| 13333404 | 01/26/17 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .30 | 41315 | CM | 60.00 | 75,916.00 |
| 13336367 | 01/26/17 | | REVIEW CONFIRMATION HEARING TRANSCRIPT | S6 | | 1.20 | 01761 | LKG | 630.00 | 76,546.00 |
| 13336370 | 01/26/17 | | REVIEW ORDER RE: INDENTURE TRUSTEE FEE DISPUTE (.1); REVIEW ORDER APPOINTING MEDIATOR RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 105.00 | 76,651.00 |
| 13336371 | 01/26/17 | | REVIEW MNAT DECEMBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 76,756.00 |
| 13330610 | 01/27/17 | | CALL FROM S. MILLER RE: DIFFERENT VERSIONS OF 1/24/17 TRANSCRIPT. | S10 | | .20 | 01762 | CMS | 110.00 | 76,866.00 |
| 13333860 | 01/27/17 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .40 | 41315 | CM | 80.00 | 76,946.00 |
| 13334561 | 01/27/17 | | REVIEW DOCKET AND REVISE CRITICAL DATES CALENDAR. | S1 | | .40 | 01831 | CL | 102.00 | 77,048.00 |
| 13334831 | 01/27/17 | | REVIEW PDS LEGAL OCP DISCLOSURE | S18 | | .10 | 01761 | LKG | 52.50 | 77,100.50 |
| 13334832 | 01/27/17 | | REVIEW TORYS' 69TH MONTHLY FEE APPLICATION | S20 | | .30 | 01761 | LKG | 157.50 | 77,258.00 |
| 13334834 | 01/30/17 | | RETURN CALLS TO CREDITORS RE: TIMING OF DISTRIBUTIONS (.2 X 6). | S6 | | 1.20 | 01762 | CMS | 660.00 | 77,918.00 |
| 13335117 | 01/30/17 | | REVIE 69TH TORYS FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 78,083.00 |
| 13335118 | 01/30/17 | | REVIEW STATUS REPORT ON SNMP APPEAL. | S16 | | .20 | 01762 | CMS | 110.00 | 78,193.00 |
| 13335119 | 01/30/17 | | REVIEW STATUS REPORT ON PPI APPEAL. | S16 | | .30 | 01762 | CMS | 165.00 | 78,358.00 |

```
*********************************************************************************Page 19 of (23)
                            WHITEFORD, TAYLOR & PRESTON     THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 2/7/2017 10:17:30 AM
                              PROFORMA NUMBER: 611849      LAST DATE BILLED 12/30/16
```

CLIENT 091281      OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                   NORTEL NETWORKS, INC.
MATTER 00001       NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13335651 | 01/30/17 | | REVIEW FEE EXAMINER' REPORT RE AKIN GUMP AND REVISE COMMITTEE'S FEE CHART TO PROPOSED FEE ORDER. | S20 | | .70 | 01831 | CL | 178.50 | 78,536.50 |
| 13335827 | 01/30/17 | | REVIEW JOINT STATUS REPORT FOR PPI APPEAL (.1); EMAIL TO T. MINOTT RE: SAME (.1); REVIEW SNMP APPEAL STATUS REPORT (.1); REVIEW EMEA APPEAL STATUS REPORT (.1) | S16 | | .40 | 01761 | LKG | 210.00 | 78,746.50 |
| 13335834 | 01/30/17 | | REVIEW LETTER FROM 3D CIR. STAYING BRIEFING SCHEDULE | S16 | | .10 | 01761 | LKG | 52.50 | 78,799.00 |
| 13335839 | 01/30/17 | | REVIEW KEIGHTLY & ASHNER INTERIM FEE APPLICATION | S20 | | .30 | 01761 | LKG | 157.50 | 78,956.50 |
| 13335840 | 01/30/17 | | REVIEW CANADIAN ENDORSEMENT OF SANCTION OF PLAN AND APPROVAL OF SALE ESCROW PROCEEDS RELEASE | S6 | | .40 | 01761 | LKG | 210.00 | 79,166.50 |
| 13335841 | 01/30/17 | | EMAILS X2 TO M. MADDOX, C. LANO RE: 2/21 INTERIM FEE HEARING | S20 | | .10 | 01761 | LKG | 52.50 | 79,219.00 |
| 13335842 | 01/30/17 | | EMAIL TO M. WUNDER RE: FEE EXAMINER REPORT ON INTERIM FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 79,271.50 |
| 13335845 | 01/30/17 | | REVIEW FEE EXAMINER'S REPORT RE: RLKS 26TH QUARTERLY FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: E&Y 31ST QUARTERLY FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: 31ST QUARTERLY FEE APPLICATION OF CLEARY GOTTLIEB (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: AKIN GUMP 31ST QUARTERLY FEE APPLICATION (.1) | S20 | | .40 | 01761 | LKG | 210.00 | 79,481.50 |
| 13351831 | 01/30/17 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .50 | 41315 | CM | 100.00 | 79,581.50 |
| 13352351 | 01/31/17 | | REVIEW DEBTORS' MEMORANDUM OF LAW IN OPPOSITION TO SNMP MOTION TO AMEND CLAIMS (.7); REVIEW KLEIST DECLARATION IN SUPPORT OF SAME (.1); REVIEW MOTION TO SEAL EXHIBITS TO SAME (.2) | S9 | | 1.00 | 01761 | LKG | 525.00 | 80,106.50 |
| 13352370 | 01/31/17 | | REVIEW CLEARY DECEMBER FEE APPLICATION | S20 | | .30 | 01761 | LKG | 157.50 | 80,264.00 |

```
*********************************************************************************************Page 20 of (23)
                                    WHITEFORD, TAYLOR & PRESTON        THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT       AS OF 2/7/2017 10:17:30 AM
                                       PROFORMA NUMBER: 611849         LAST DATE BILLED 12/30/16


CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID
                                                                          HOURS    TKPR   TKPR   TIME VALUE    RUNNING
INDEX       DATE      CA    ***PROFESSIONAL SERVICES***         TASK  ACT WORKED    NO    INIT.  THIS PERIOD    TOTAL


13353815  01/31/17          REVIEW CANADIAN OPINION ON CONFIRMATION.   S6       .80  01762   CMS      440.00   80,704.00

                                                                        159.50**TIME VALUE TOTAL**     80,704.00
```