# **EXHIBIT B**

```
************************************************************************************Page 21 of (23)
                                      WHITEFORD, TAYLOR & PRESTON    THRU 01/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED   BILLING REPORT    AS OF 2/7/2017 10:17:30 AM
                                      PROFORMA NUMBER: 611849        LAST DATE BILLED 12/30/16
```

| | |
|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | 13.80 |
| | | | 06 | | | FEDERAL EXPRESS | 13.16 |
| 5558035 | 01/10/17 | | 43 | | 01762 | DIAZ TRANSCRIPTION SERVICES - TRANSCRIPTS/DEPOSITIONS-JOHNSON HEARING TRANSCRIPT | 65.70 |
| | | | *43 | | | TRANSCRIPTS/DEPOSITIONS | 65.70 |
| | | | | | | *TOTAL DISBURSEMENTS*    92.66 | |