


Just:


# Exhibit A

**Masella, James V. (x2240)**

| | |
|---|---|
| **From:** | Masella, James V. (x2240) |
| **Sent:** | Wednesday, February 08, 2017 5:45 PM |
| **To:** | 'James Tecce'; Lowenthal, Daniel A. (x2720); Guiney, Brian P. (x2305); Miller, Stephen <SMiller@morrisjames.com> (SMiller@morrisjames.com); Monzo, Eric J. (EMonzo@morrisjames.com) |
| **Cc:** | Daniel Holzman; William Pugh; Kirklin, J. Taylor (x2355) |
| **Subject:** | RE: Nortel Networks |

Jamie –

I hope you'll nevertheless run our draft by them, and ask if they have any interest in streamlining this procedure.  It would be a shame to waste a bunch of money because lawyers were looking for the advantage of testing their potential cross examination.

Best regards.

Jamie

---

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Wednesday, February 08, 2017 5:40 PM
**To:** Masella, James V. (x2240); Lowenthal, Daniel A. (x2720); Guiney, Brian P. (x2305); Miller, Stephen <SMiller@morrisjames.com> (SMiller@morrisjames.com); Monzo, Eric J. (EMonzo@morrisjames.com)
**Cc:** Daniel Holzman; William Pugh; Kirklin, J. Taylor (x2355); James Tecce
**Subject:** RE: Nortel Networks

Thanks, Jamie.

    Our clients are not going to agree that individuals that submit declarations and testify at trial will not be made available for depositions before the hearing.  The requirement that the declaration will be submitted on a date certain with the exhibits attached is fine.  But we insist on the ability to depose any declarant and/or witness in advance of the hearing.

    Thanks.

**From:** Masella, James V. (x2240) [mailto:jmasella@pbwt.com]
**Sent:** Wednesday, February 08, 2017 5:25 PM
**To:** James Tecce <jamestecce@quinnemanuel.com>; Lowenthal, Daniel A. (x2720) <dalowenthal@pbwt.com>; Guiney, Brian P. (x2305) <bguiney@pbwt.com>; Miller, Stephen <SMiller@morrisjames.com> (SMiller@morrisjames.com) <SMiller@morrisjames.com>; Monzo, Eric J. (EMonzo@morrisjames.com) <EMonzo@morrisjames.com>
**Cc:** Daniel Holzman <danielholzman@quinnemanuel.com>; William Pugh <williampugh@quinnemanuel.com>; Masella, James V. (x2240) <jmasella@pbwt.com>; Kirklin, J. Taylor (x2355) <jtkirklin@pbwt.com>
**Subject:** RE: Nortel Networks

Jamie –

Thank you for your proposal -- I think it is a good start.  Our proposed edits are incorporated in the draft below, which is acceptable to the Indenture Trustee.  I believe this streamlined

process will ensure that costs stay down and be fair to all parties.  Please let me know if this is acceptable and, if it is, I will seek approval from the remaining stakeholders.

> [1] No document discovery; each party withdraws its document request;
>
> [2] On or before February 22, 2017 at 5:00 p.m., any person who wishes to testify at trial must submit an affidavit setting forth their direct testimony and any exhibits that will be introduced through them;
>
> [3] Any individual that submits such an affidavit will be made available for cross examination at the hearing, and such witness's testimony and cross-examination will be limited to the subjects identified in the affidavit described in Paragraph 2, above; and
>
> [4] There will be no pre-hearing depositions.

Jamie

James V. Masella, III
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
v: 212-336-2240
f: 212-336-7897
c: 917-439-7658

---

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Wednesday, February 08, 2017 4:06 PM
**To:** Lowenthal, Daniel A. (x2720); Masella, James V. (x2240); Guiney, Brian P. (x2305); Miller, Stephen <SMiller@morrisjames.com> (SMiller@morrisjames.com); Monzo, Eric J. (EMonzo@morrisjames.com)
**Cc:** Daniel Holzman; William Pugh
**Subject:** Nortel Networks

```
     Having spoken with our client, we propose the following:

     [1] No document discovery; each party withdraws its document request;

     [2] Any individual that will submit a declaration or testify at trial will be
     made available for a deposition in advance of the hearing; provided that the
     declaration and any documents attached thereto will be submitted reasonably in
     advance of the declarant's deposition;

     [3] Any individual that submits a declaration will be made available for cross
     examination at the hearing; and

     [4] There will be no depositions apart from those individuals that will submit
     declarations or will testify at the hearing.

     Please let us know whether this is acceptable.

     We will address the other issues discussed during our meet and confer under
separate cover.

     -Jamie
```

**J**AMES **C.** T**ECCE**
Partner - Bankruptcy & Restructuring
**Quinn Emanuel Urquhart & Sullivan,** LLP

**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**212-849-7199 Direct**
**212-849-7000 Main Office Number**
**212-849-7100 FAX**
**jamestecce@quinnemanuel.com**
www.quinnemanuel.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.