# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 17874 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                         ) ss.:
COUNTY OF NEW YORK      )

AMY E. LEWIS, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 9, 2017, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Amy E. Lewis*
                                                              Amy E. Lewis

Sworn to before me this
9th day of February, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 109

To:    BAR(23) MAILID *** 000116046741 ***



HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571

BAR(23) MAILID *** 000116046741 ***          NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 109

HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

**Your transfer of claim # 984 is defective for the reason(s) checked below:**

Docket Number   17874          Date:   02/08/2017

/s/ Amy E. Lewis

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

NNI DEFTRFNTC (MERGE2, TXNUM2) 4000000983

To:     BAR(23) MAILID *** 000116046740 ***



SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000116046740 ***          NNI DEFTRFNTC (MERGE2, TXNUM2) 4000000983

SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571

HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

**Your transfer  of claim # 984 is defective for the reason(s) checked below:**

Docket Number    17874                    Date:  02/08/2017

/s/ Amy E. Lewis

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| HAIN CAPITAL HOLDINGS, LLC | ATTN: ATARA MAGDER, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| SPEARS, EVA M. | 326 TERESA DR., ROLESVILLE, NC 27571 |

**Total Creditor Count 2**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006