**AZB & PARTNERS**

ADVOCATES & SOLICITORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                                     :
                                                     :    Chapter 11
                                                     :
In re                                                :    Case No. 09-10138 (KG)
                                                     :
Nortel Networks Inc., et al.,¹                       :
                                                     :
                           Debtors.                  :    Jointly Administered
                                                     :
                                                     :
                                                     :
-----------------------------------------------------X
```

### STATEMENT OF AZB & PARTNERS PURSUANT TO FED. R.
### BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY,
### RETAIN AND COMPENSATE PROFESSIONALS IN THE ORDINARY COURSE

I, Deepak Chopra, do hereby declare as follows:

1.    I am a PARTNER at AZB & Partners, located at A-8, Sector 4, Noida – 201301, (UP) (the "Firm").

2.    The Firm has been retained by Nortel Networks India International Inc. ("NNIII") pursuant to the Order Authorizing the Retention and Payment of Professionals utilized

---

¹       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

MUMBAI : AZB House   Peninsula Corporate Park   Ganpatrao Kadam Marg   Lower Parel   Mumbai 400013   India   TEL +91 22 66396880   FAX +91 22 66396888   E-MAIL mumbai@azbpartners.com
DELHI : Plot No. A8   Sector 4   Noida 201301   National Capital Region Delhi   India   TEL +91 120 4179999   FAX +91 120 4179900   E-MAIL delhi@azbpartners.com
GURGAON : Unitech Cyber Park   602 Tower-B   6th floor   Sector 39   Gurgaon 122001   National Capital Region Delhi   India   TEL +91 0124 4841300   FAX +91 0124 4841319   E-MAIL gurgaon@azbpartners.com
BANGALORE : AZB House   67-4 4th Cross   Lavelle Road   Bangalore 560001   India   TEL +91 80 42400500   FAX +91 80 22213947   E-MAIL bangalore@azbpartners.com
PUNE : Onyx Towers   1101-B   11th floor   North Main Road   Koregaon Park   Pune 411001   India   TEL +91 20 67256666   FAX +91 20 67256600   E-MAIL pune@azbpartners.com
CHENNAI : Amble Side   2nd floor   8 Khader Nawaz Khan Road   Nungambakkam   Chennai 600006   India   TEL +91 44 43561453   FAX +91 44 43561853   E-MAIL chennai@azbpartners.com

**AZB & PARTNERS**
ADVOCATES & SOLICITORS

in the Ordinary Course *nunc pro tunc* to the Petition Date, dated February 5, 2009 (D.I. 236) (the "OCP Order") to provide services to NNIII.[2]

      3.    The nature and scope of the services to be provided to NNIII by the Firm is as follows –

*For Assessment Years ('AY(s)') 2006-07, 2007-08, 2009-10 and 2010-11:*

      a.    Representing NNIII before the Delhi bench of the Income Tax Appellate Tribunal ("ITAT") in respect of appeals filed by NNIII against the Commissioner (Appeals)/Final assessment order post Dispute Resolution Panel ("DRP") proceedings, on the issue as to whether NNIII is taxable in India on account of the supply of certain Nortel telecom equipment (mainly hardware) to Indian customers.

      4.    Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, other than in connection with providing professional services to NNIII and as otherwise provided herein, it does not have any connection with NNIII, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in the Debtors' chapter 11 cases or their respective attorneys or accountants.

      5.    Pursuant to the Order, the Firm hereby confirms that it does not represent any interest adverse to NNIII in the matters upon which it is engaged.

      6.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by NNIII, claimants and parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in

---

[2]    The OCP Order is applicable to NNIII through the Order to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. filed on the NNIII bankruptcy docket, No. 16-11714-KG [D.I. 15].



**AZB & PARTNERS**
ADVOCATES & SOLICITORS

connection with conducting these chapter 11 cases or have any relationship with any such person, their attorneys or accountants that would be adverse to NNIII.

7.    Neither I nor any principal, partner, director or officer of, or professional retained by the Firm has agreed to share or will share any portion of the compensation to be received from NNIII, other than reimbursing disbursements or costs owed to third parties on account of services provided to NNIII, with any other person other than the principal and regular employees of the Firm.

8.    Neither I nor any principal, partner, director or officer of, or professional retained by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to NNIII or their estates with respect to the matter(s) upon which this Firm is to be retained.

9.    NNIII does not owe the Firm any amount for prepetition services.

10.    The Firm is conducting further inquiries regarding its retention by any creditors of NNIII, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January __28__ , 2017

Name: [ DEEPA _____ ]