# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 09, 2017 04:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### Matter:

TELEPHONIC HEARING RE:FEE DISPUTE

**R / M #:**   17,879 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELEPHONIC  HEARING HELD
FEE Dispute -  Depositions should take place, parties should file affidavits by 2/22/17 at 5:00 pm; then Judge will hear them on 2/28/17 at 9:00 am.

2/9/2017      4:13:12PM