COURT SOLUTIONS

| | | |
|---|---|---|
| Case No: | 09-10138 | 09-10138 |
| Case Name: | In re Nortel Networks Inc. | In re: Nortel Networks Inc. |
| Name: | Masella, James | Lowenthal, Daniel |
| Address: | 1133 Ave of the Americas, New York, NY, 10036 | 1133 Avenue of the Americas, New York, NY, 10036 |
| Participation Type: | Live Participation | Live Participation |
| Email: | jmasella@pbwt.com | dalowenthal@pbwt.com |
| User Type: | Attorney | Attorney |
| Office No: | (212) 336-2240 | (212) 336-2720 |
| Client: | Deleware Trust Company | Delaware Trust Company |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | In re: Nortel Networks Inc., et al. | Nortel Networks Inc. |
| Name: | Guiney, Brian | Botter, David |
| Address: | 1133 Avenue of the Americas, New York, NY, 10036 | One Bryant Park, New York, NY, 10036 |
| Participation Type: | Listen Only | Live Participation |
| Email: | bguiney@pbwt.com | dbotter@akingump.com |
| User Type: | Attorney | Attorney |
| Office No: | (212) 336-2305 | (212) 872-1000 |
| Client: | Delaware Trust Company | Official Committee of Unsecured Creditors |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks Inc. | Nortel Networks Inc. |
| Name: | Miller, Stephen | Monzo, Eric |
| Address: | 500 Delaware Avenue, Wilmington, DE, 19801 | 500 Delaware Avenue, Wilmington, DE, 19801 |
| Participation Type: | Live Participation | Live Participation |
| Email: | smiller@morrisjames.com | emonzo@morrisjames.com |
| User Type: | Attorney | Attorney |
| Office No: | (302) 888-6853 | (302) 888-5848 |
| Client: | Delaware Trust Company | Delaware Trust Company |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks Inc. | Nortel Networks Inc. |
| Name: | Samis, Christopher | Tecce, James |
| Address: | 405 N. King Street, Wilmington, DE, 19801 | 52 Madison Avenue, New York, NY, 10010 |
| Participation Type: | Live Participation | Live Participation |
| Email: | csamis@wtplaw.com | jamestecce@quinnemanuel.com |
| User Type: | Non-Attorney | Attorney |
| Office No: | (302) 357-3266 | (212) 849-7199 |
| Client: | Official Committee of Unsecured Creditors | Solus Alternative Asset Management LP; PointState Capital LP |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks, Inc. | Nortel Networks, Inc. |
| Name: | Abbott, Derek | Sanjana, Jason |
| Address: | 1201 N. Market Street, Wilmington, DE, 19899 | 11 East 26th Street, New York, NY, 10010 |
| Participation Type: | Live Participation | Listen Only |
| Email: | dabbott@mnat.com | jsanjana@reorg-research.com |
| User Type: | Attorney | Attorney |
| Office No: | (302) 351-9357 | (646) 390-5738 |
| Client: | Debtor | Reorg Research, Inc. |
| Case No: | 09-10138-KG | NA |
| Case Name: | Nortel Networks Inc., et al. | NA |
| Name: | Pinckney, Joanne | Operator, |
| Address: | 3711 Kennett Pike, Kennett Pike, DE, 19807 | 641 Lexington Avenue, New York, NY, 10022 |
| Participation Type: | Live Participation | Listen Only |
| Email: | jpinckney@pwujlaw.com | info@court-solutions.com |
| User Type: | Attorney | Non-Attorney |
| Office No: | (302) 504-1498 | (917) 746-7476 |
| Client: | Solus Alternative Asset Management | NA |