# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 17743] | 11/1/16 - 11/30/16 | $170,574.00 (Fees)<br><br>$32.63 (Expenses) | $136,459.20 (Fees @ 80%)<br><br>$32.63 (Expenses @ 100%) | 1/19/17 | 2/8/17 |

2234344.1