**EXHIBIT B**



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2005667**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| December 31, 2016 | 46992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 97,832.50 |
| Disbursements | | 623.44 |
| **Total Amount Due** | $ | **98,455.94** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

Invoice Detail

TO PROFESSIONAL SERVICES RENDERED up to and including 11/30/2016

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/1/2016 | MS | 22 | Review and analyze Canadian plan, U.S. plan and related documents. | 3.10 |
| 11/1/2016 | RSK | 22 | Email correspondence with Akin Gump, BRG and Cassels team regarding plans and CCAA information circular. | 0.40 |
| 11/1/2016 | RSK | 22 | Review revised Canadian information circular. | 1.80 |
| 11/1/2016 | RSK | 22 | Review comments and revisions to Canadian plan. | 0.90 |
| 11/1/2016 | MWU | 31 | Review multiple revised drafts of Canadian and US plans, and Canadian info circular and U.S. disclosure statement, and email correspondence to and from UCC advisors regarding same. | 3.60 |
| 11/1/2016 | RJA | 22 | Review drafts of Canadian plan and CCAA circular and consider Canadian issues. | 2.80 |
| 11/1/2016 | JDI | 22 | Review revised Canadian plan. | 0.80 |
| 11/2/2016 | RSK | 31 | Participated in conference call on Canadian tax issues with Canadian counsel for U.S. debtors. | 0.70 |
| 11/2/2016 | RSK | 29 | Review U.S. debtors objection to PBGC opposition. | 0.40 |
| 11/2/2016 | RSK | 31 | Review email correspondence regarding Canadian tax issues. | 0.60 |
| 11/2/2016 | RSK | 22 | Review UCC plan support letter. | 0.30 |
| 11/2/2016 | MWU | 31 | Review revised draft plan documents and information disclosure and analyze Canadian issues. | 1.80 |
| 11/2/2016 | MWU | 18 | Multiple email correspondence to and from UCC advisors and Canadian counsel for NNI regarding Canadian tax issues, and review correspondence updates from U.S. counsel and confer with Cassels lawyer regarding same. | 2.10 |
| 11/2/2016 | MWU | 31 | Conference call with NNI's Canadian counsel to discuss plan issues and negotiations, and send status report and update to UCC advisors. | 0.70 |
| 11/2/2016 | RJA | 22 | Email correspondence with Cassels and Akin Gump teams regarding Canadian plan issues. | 0.50 |
| 11/2/2016 | RJA | 22 | Review and comment on latest drafts of Canadian plan and circular. | 1.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/2/2016 | JM | 18 | Review relevant documents and analyze Canadian issues, and discuss with Cassels and Akin Gump lawyers. | 3.20 |
| 11/2/2016 | JM | 18 | Conference call with Canadian counsel for U.S. debtors and Cassels team regarding Canadian tax issues. | 0.70 |
| 11/3/2016 | RSK | 31 | Review revised CCAA information circular. | 0.80 |
| 11/3/2016 | RSK | 22 | Review email correspondence regarding Canadian tax issues for plan. | 0.60 |
| 11/3/2016 | RSK | 7 | Participated in Committee call. | 1.00 |
| 11/3/2016 | MWU | 7 | Attend on UCC call. | 1.00 |
| 11/3/2016 | MWU | 22 | Review and analyze multiple revised drafts of Canadian plan and info circular, and U.S. plan and disclosure statement. | 2.40 |
| 11/3/2016 | MWU | 18 | Review and analyze Canadian plan and info circular, and confer with J. Morand, review court material and supporting Monitor's report, and multiple email correspondence to and from UCC advisors regarding same. | 2.30 |
| 11/3/2016 | MWU | 3 | Email correspondence with UCC Delaware counsel, review draft order and revise schedule for fee app approval hearing. | 0.50 |
| 11/3/2016 | MWU | 29 | Review plan ballot form, and correspondence with UCC advisors regarding same. | 0.30 |
| 11/3/2016 | JM | 18 | Review and analyze Canadian tax issues regarding plans and CCAA information circular. | 1.60 |
| 11/3/2016 | JM | 18 | Email correspondence and calls with Akin Gump regarding Canadian tax issues. | 0.40 |
| 11/3/2016 | JM | 18 | Review debtor agreements and court orders, and analyze Canadian tax issues. | 1.40 |
| 11/3/2016 | JM | 7 | UCC call. | 1.10 |
| 11/4/2016 | MS | 22 | Review Canadian and U.S. plan documents. | 1.30 |
| 11/4/2016 | RSK | 31 | Review Monitor's report regarding Canadian plan and CCAA information circular. | 0.80 |
| 11/4/2016 | RSK | 22 | Review updated Committee plan support letter. | 0.20 |
| 11/4/2016 | RSK | 31 | Multiple email correspondence regarding Canadian tax issues. | 0.80 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/4/2016 | MWU | 22 | Review and analyze revised drafts of Canadian plan and info circular, and U.S. plan and disclosure statement. | 2.10 |
| 11/4/2016 | MWU | 18 | Review and analyze tax matters regarding Canadian plan and info circular, and confer with J. Morand, and multiple email correspondence to and from parties and call to discuss. | 3.80 |
| 11/4/2016 | JDI | 22 | Review amendments to Canadian plan. | 0.70 |
| 11/4/2016 | JM | 18 | Multiple email correspondences with counsel for Canadian debtors/Monitor, U.S. debtors and Cassels team regarding Canadian tax issues relating to Canadian plan, and attend on conference call to discuss. | 1.70 |
| 11/7/2016 | MWU | 22 | Review Canadian court filing with Canadian plan and info disclosure statement and Monitor's report, and forward update report to UCC advisors. | 0.80 |
| 11/7/2016 | MWU | 22 | Review and analysis of tax provisions in Canadian plan. | 1.20 |
| 11/7/2016 | MWU | 3 | Prepare August 2016 fee application. | 2.70 |
| 11/8/2016 | MWU | 31 | Review and consider Canadian plan distribution issues. | 1.30 |
| 11/8/2016 | MWU | 3 | Prepare September 2016 fee account. | 0.70 |
| 11/9/2016 | RSK | 22 | Review mechanics and timing for CCAA plan approval and creditor meetings. | 1.20 |
| 11/10/2016 | RSK | 7 | Participated in Committee call. | 0.60 |
| 11/10/2016 | MWU | 7 | Attend on Committee call. | 0.60 |
| 11/11/2016 | RSK | 12 | Review summary regarding U.S. debtors' objection to PBGC claims. | 0.70 |
| 11/11/2016 | RSK | 31 | Review email correspondence from Akin Gump and other parties regarding order for Supreme Court of Canada ("SCC") leave applications. | 0.50 |
| 11/11/2016 | RSK | 31 | Review Canadian motion materials for SCC leave applications. | 1.10 |
| 11/11/2016 | MWU | 29 | Correspondence to and from Committee advisors regarding allocation settlement status and action items. | 0.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667  
Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/11/2016 | MWU | 31 | Review email correspondence from Canadian counsel for U.S. debtors regarding Canadian litigation, and correspondence and calls with UCC advisors regarding same. | 0.40 |
| 11/12/2016 | MWU | 31 | Review draft motion material from Canadian counsel for U.S. debtors regarding Supreme Court of Canada leave applications, correspondence among counsel for core parties, and prepare and forward report to Committee. | 2.10 |
| 11/14/2016 | RSK | 31 | Review multiple consents regarding SCC leave applications. | 0.50 |
| 11/14/2016 | MWU | 3 | Prepare September 2016 fee application. | 2.40 |
| 11/14/2016 | MWU | 31 | Email correspondence to and from UCC advisors regarding Canadian litigation, and email correspondence to Canadian service list regarding Supreme Court of Canada motion. | 0.50 |
| 11/14/2016 | MWU | 3 | Prepare October 2016 fee account. | 1.60 |
| 11/15/2016 | RSK | 31 | Review revised Canadian motion materials regarding consent extension to SCC leave applications. | 0.40 |
| 11/15/2016 | MWU | 29 | Review correspondence from UCC advisors regarding allocation issues. | 0.20 |
| 11/15/2016 | MWU | 29 | Review objections to allocation settlement and related summary and analyze for Canadian issues. | 1.80 |
| 11/15/2016 | MWU | 31 | Review finalized and served Canadian motion material for stay of Supreme Court of Canada appeal applications. | 0.30 |
| 11/16/2016 | RSK | 31 | Review timeline regarding plan process. | 0.20 |
| 11/16/2016 | MWU | 29 | Review and analyze allocation court filings and objections. | 1.70 |
| 11/16/2016 | MWU | 7 | Email correspondence with Akin Gump regarding Canadian CCAA proceeding. | 0.20 |
| 11/17/2016 | RSK | 31 | Review Canadian motion record regarding Monitor and counsel fee approval. | 1.80 |
| 11/17/2016 | MWU | 7 | Attend on Committee call. | 1.10 |
| 11/17/2016 | MWU | 31 | Review correspondence from Canadian counsel for Monitor regarding Canadian proceeding status and court scheduling, and forward report to Committee advisors. | 0.20 |
| 11/17/2016 | MWU | 29 | Review timeline and action item summary for case conclusion. | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/17/2016 | MWU | 29 | Review Committee joinder for U.S. debtors' objection to PBGC objection. | 0.20 |
| 11/18/2016 | RSK | 29 | Review objection by Trade Claims Consortium regarding disclosure statement. | 0.60 |
| 11/18/2016 | RSK | 31 | Review issued SCC order extending time for responding to leave applications. | 0.20 |
| 11/18/2016 | MWU | 31 | Review Supreme Court of Canada order, and report to Committee advisors. | 0.20 |
| 11/18/2016 | MWU | 31 | Review correspondence from Canadian Monitor regarding Canadian motion, and initial review of motion record. | 0.80 |
| 11/18/2016 | MWU | 31 | Confer with Cassels team regarding Canadian motion record and Canadian court attendance for scheduling hearing. | 0.30 |
| 11/19/2016 | RSK | 31 | Review correspondence regarding Monitor's motion to pass accounts. | 0.40 |
| 11/19/2016 | MWU | 3 | Prepare October, 2016 fee account. | 0.90 |
| 11/19/2016 | MWU | 31 | Review Canadian motion record and Monitor's report regarding passing of accounts, forward report to UCC advisors, and follow-up correspondence with UCC advisors. | 2.10 |
| 11/20/2016 | MWU | 22 | Review Canadian plan of arrangement and consider distribution issues. | 0.90 |
| 11/21/2016 | MWU | 29 | Review objections to disclosure statement and analyze potential issues for CCAA information circular. | 1.80 |
| 11/21/2016 | MWU | 12 | Review and analyze objection to PBGC claim. | 0.40 |
| 11/21/2016 | MWU | 31 | Calls and email correspondence with counsel for U.S. debtors and indenture trustee regarding Canadian motion and send update to Committee advisors. | 0.70 |
| 11/22/2016 | MS | 8 | Preparation for Canadian court attendance | 0.60 |
| 11/22/2016 | MWU | 22 | Review U.S. debtors' response to PBGC objection regarding PBGC claim, and other claim and plan court filings. | 1.70 |
| 11/23/2016 | MS | 8 | Attend Canadian court hearing. | 1.10 |
| 11/23/2016 | MS | 8 | Reporting regarding Canadian court hearing. | 0.20 |
| 11/23/2016 | RSK | 31 | Review Canadian motion record of the Monitor and Canadian debtors for approval of plan filing, meeting order and other relief. | 1.70 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/23/2016 | MWU | 8 | Confer with M. Sassi regarding Canadian court hearing and prepare for Canadian proceeding update to Committee. | 0.40 |
| 11/23/2016 | MWU | 7 | Attend on UCC status call. | 1.00 |
| 11/23/2016 | MWU | 22 | Review objections filed regarding disclosure statement for plan, and analyze for Canadian related issues. | 1.40 |
| 11/25/2016 | MWU | 3 | Prepare October 2016 fee application. | 2.40 |
| 11/25/2016 | MWU | 3 | Complete October 2016 fee account. | 0.40 |
| 11/26/2016 | MWU | 22 | Review Canadian motion record and supporting Monitor's report and draft Canadian court orders for plan meeting order, post-petition claims bar date, and misfiled claims order, and prepare and send detailed summary to Committee advisors regarding same. | 3.20 |
| 11/26/2016 | MWU | 31 | Email correspondence with Cassels team regarding Canadian motion and draft court orders, and correspondence with Canadian counsel for U.S. debtors and Committee advisors. | 0.40 |
| 11/27/2016 | RSK | 31 | Review correspondence regarding Canadian motion for Canadian plan approval. | 0.30 |
| 11/28/2016 | MS | 31 | Prepare for Canadian court hearing. | 0.30 |
| 11/28/2016 | RSK | 31 | Review Canadian plan filing materials and form of meetings order. | 0.90 |
| 11/28/2016 | RSK | 31 | Office conference with J. Dietrich regarding Canadian meetings order for plan approval. | 0.20 |
| 11/28/2016 | RSK | 31 | Review revised U.S. plan and disclosure statement. | 0.80 |
| 11/28/2016 | JDI | 31 | Review Canadian meeting order motion material. | 0.90 |
| 11/28/2016 | JDI | 31 | Review Monitor's report in connection with Canadian meeting order motion. | 0.50 |
| 11/28/2016 | JDI | 31 | Review draft Canadian meeting order requested and consider issues. | 1.10 |
| 11/29/2016 | MS | 29 | Review U.S. court materials for Canadian issues. | 1.10 |
| 11/29/2016 | RSK | 31 | Review responding motion record of UKPC. | 0.30 |
| 11/29/2016 | RSK | 31 | Correspondence with U.S. debtors' Canadian counsel regarding plan/information circulation Canadian approval motion. | 0.30 |
| 11/29/2016 | JDI | 31 | Review Canadian factum and amended order regarding plan filing and meeting. | 0.60 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 11/29/2016 | JDI | 31 | Email correspondence to Cassels team regarding Canadian meeting order comments. | 0.20 |
| 11/30/2016 | MS | 31 | Review Canadian court materials for Canadian court hearing. | 1.40 |
| 11/30/2016 | RSK | 31 | Review factum filed by Monitor in support of meetings order. | 0.80 |
| 11/30/2016 | RSK | 31 | Review revisions to Canadian plan and information circular and discuss same with Cassels team and U.S. debtors' Canadian counsel. | 1.30 |
| 11/30/2016 | MWU | 31 | Report to UCC advisors regarding Canadian court filings. | 0.40 |
| 11/30/2016 | MWU | 31 | Confer with Cassels team to prepare for Canadian court hearing. | 0.40 |
| 11/30/2016 | MWU | 31 | Review revised drafts of Canadian order, Canadian plan and Canadian information circular. | 1.70 |
| 11/30/2016 | MWU | 31 | Report to UCC advisors regarding evening filed court material, confer with Cassels team and Canadian counsel for U.S. debtors. | 0.80 |
| 11/30/2016 | MWU | 3 | Prepare quarterly fee application. | 0.50 |
| 11/30/2016 | JDI | 29 | Review of amendments to Canadian meeting order, plan and circular. | 0.60 |
| 11/30/2016 | JDI | 29 | Email correspondence with Cassels team regarding amendments to Canadian motion material. | 0.20 |
| | | | **Total** | **118.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| James Morand | Partner | Tax | Ontario - 1989 | 10.10 | $995.00 | $10,049.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.60 | $695.00 | $3,892.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 63.90 | $835.00 | $53,356.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 9.10 | $420.00 | $3,822.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 5.20 | $850.00 | $4,420.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 24.10 | $925.00 | $22,292.50 |
| **TOTAL** | | | | **118.00** | | **$97,832.50** |

**TOTAL PROFESSIONAL FEES**                                       $  97,832.50

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 568.60 |
| Travel / Ground Transportation | 30.00 |
| Binding, Tabs, Disks, etc | 19.74 |
| Telephone / Long Distance Charges | 5.10 |
| **Total Disbursements and Tax** | **623.44** |
| **Total Fees, Disbursements & Tax** | **$  98,455.94 CDN** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 12.10 | 10,103.50 |
| 0007 | Creditors Committee Meetings | 6.60 | 5,831.00 |
| 0008 | Court Hearings | 2.30 | 1,132.00 |
| 0012 | General Claims Analysis/Claims Objections | 1.10 | 981.50 |
| 0018 | Tax Issues | 17.20 | 15,802.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 30.20 | 23,745.00 |
| 0029 | Intercompany Analysis | 9.40 | 7,370.50 |
| 0031 | Canadian Proceedings/Matters | 39.10 | 32,867.00 |
| TOTAL | | 118.0 | $97,832.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/1/2016 | Copies | 74 | 7.40 |
| 11/1/2016 | Copies | 2 | 0.20 |
| 11/1/2016 | Copies | 59 | 5.90 |
| 11/1/2016 | Copies | 177 | 17.70 |
| 11/1/2016 | Copies | 68 | 6.80 |
| 11/1/2016 | Copies | 10 | 1.00 |
| 11/1/2016 | Copies | 63 | 6.30 |
| 11/1/2016 | Copies | 101 | 10.10 |
| 11/1/2016 | Copies | 3 | 0.30 |
| 11/1/2016 | Document Delivery Inv. #6716 Dated 11/04/16 | 1 | 30.00 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 86 | 8.60 |
| 11/2/2016 | Copies | 39 | 3.90 |
| 11/2/2016 | Copies | 62 | 6.20 |
| 11/2/2016 | Copies | 62 | 6.20 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 10 | 1.00 |
| 11/2/2016 | Copies | 3 | 0.30 |
| 11/3/2016 | Copies | 6 | 0.60 |
| 11/3/2016 | Copies | 179 | 17.90 |
| 11/3/2016 | Copies | 63 | 6.30 |
| 11/3/2016 | Copies | 5 | 0.50 |
| 11/3/2016 | Copies | 4 | 0.40 |
| 11/3/2016 | Copies | 9 | 0.90 |
| 11/3/2016 | Copies | 102 | 10.20 |
| 11/3/2016 | Copies | 18 | 1.80 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 10 | 1.00 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 60 | 6.00 |
| 11/3/2016 | Copies | 96 | 9.60 |
| 11/3/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/3/2016 | Copies | 74 | 7.40 |
| 11/3/2016 | Telephone - Bell Conferencing Inc. Inv. 112345831 Nov 7/16 | 1 | 5.10 |
| 11/4/2016 | Copies | 74 | 7.40 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 9 | 0.90 |
| 11/4/2016 | Copies | 20 | 2.00 |
| 11/4/2016 | Copies | 9 | 0.90 |
| 11/4/2016 | Copies | 245 | 24.50 |
| 11/4/2016 | Copies | 5 | 0.50 |
| 11/4/2016 | Copies | 6 | 0.60 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 63 | 6.30 |
| 11/4/2016 | Copies | 63 | 6.30 |
| 11/4/2016 | Copies | 216 | 21.60 |
| 11/4/2016 | Copies | 177 | 17.70 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 102 | 10.20 |
| 11/4/2016 | Copies | 71 | 7.10 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/7/2016 | Copies | 2 | 0.20 |
| 11/7/2016 | Copies | 4 | 0.40 |
| 11/7/2016 | Copies | 2 | 0.20 |
| 11/7/2016 | Copies | 287 | 28.70 |
| 11/11/2016 | Copies | 11 | 1.10 |
| 11/11/2016 | Copies | 29 | 2.90 |
| 11/11/2016 | Copies | 2 | 0.20 |
| 11/11/2016 | Copies | 4 | 0.40 |
| 11/14/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                              Invoice # 2005667
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/14/2016 | Copies | 31 | 3.10 |
| 11/14/2016 | Copies | 60 | 6.00 |
| 11/14/2016 | Copies | 2 | 0.20 |
| 11/14/2016 | Copies | 2 | 0.20 |
| 11/14/2016 | Copies | 16 | 1.60 |
| 11/14/2016 | Copies | 3 | 0.30 |
| 11/14/2016 | Copies | 4 | 0.40 |
| 11/14/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 8 | 0.80 |
| 11/17/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 5 | 0.50 |
| 11/17/2016 | Copies | 3 | 0.30 |
| 11/18/2016 | Copies | 16 | 1.60 |
| 11/18/2016 | Copies | 38 | 3.80 |
| 11/21/2016 | Copies | 131 | 13.10 |
| 11/21/2016 | Copies | 23 | 2.30 |
| 11/21/2016 | Copies | 15 | 1.50 |
| 11/21/2016 | Copies | 38 | 3.80 |
| 11/21/2016 | Copies | 2 | 0.20 |
| 11/21/2016 | Copies | 23 | 2.30 |
| 11/21/2016 | Copies | 15 | 1.50 |
| 11/21/2016 | Copies | 4 | 0.40 |
| 11/21/2016 | Copies | 2 | 0.20 |
| 11/22/2016 | Copies | 14 | 1.40 |
| 11/23/2016 | Copies | 147 | 14.70 |
| 11/23/2016 | Copies | 3 | 0.30 |
| 11/23/2016 | Copies | 287 | 28.70 |
| 11/23/2016 | Copies | 3 | 0.30 |
| 11/23/2016 | Copies | 3 | 0.30 |
| 11/23/2016 | Copies | 2 | 0.20 |
| 11/23/2016 | Binding, Tabs, Disks, etc | 1 | 3.83 |
| 11/24/2016 | Copies | 14 | 1.40 |
| 11/24/2016 | Copies | 4 | 0.40 |
| 11/24/2016 | Copies | 5 | 0.50 |
| 11/24/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 29 | 2.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

Case 09-10138-MFW    Doc 17892-3    Filed 02/10/17    Page 15 of 16
-14-

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/28/2016 | Copies | 74 | 7.40 |
| 11/28/2016 | Copies | 14 | 1.40 |
| 11/28/2016 | Copies | 74 | 7.40 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 144 | 14.40 |
| 11/28/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 17 | 1.70 |
| 11/28/2016 | Copies | 13 | 1.30 |
| 11/28/2016 | Copies | 9 | 0.90 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 4 | 0.40 |
| 11/28/2016 | Copies | 4 | 0.40 |
| 11/28/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 147 | 14.70 |
| 11/28/2016 | Copies | 147 | 14.70 |
| 11/28/2016 | Copies | 123 | 12.30 |
| 11/28/2016 | Binding, Tabs, Disks, etc | 1 | 6.58 |
| 11/29/2016 | Copies | 147 | 14.70 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 2 | 0.20 |
| 11/29/2016 | Copies | 85 | 8.50 |
| 11/29/2016 | Copies | 46 | 4.60 |
| 11/29/2016 | Copies | 8 | 0.80 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 21 | 2.10 |
| 11/29/2016 | Copies | 23 | 2.30 |
| 11/29/2016 | Copies | 10 | 1.00 |
| 11/29/2016 | Copies | 5 | 0.50 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 9 | 0.90 |
| 11/29/2016 | Copies | 33 | 3.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/29/2016 | Copies | 77 | 7.70 |
| 11/29/2016 | Copies | 2 | 0.20 |
| 11/29/2016 | Copies | 31 | 3.10 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 25 | 2.50 |
| 11/29/2016 | Binding, Tabs, Disks, etc | 1 | 9.33 |
| 11/30/2016 | Copies | 57 | 5.70 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 4 | 0.40 |
| 11/30/2016 | Copies | 31 | 3.10 |
| 11/30/2016 | Copies | 59 | 5.90 |
| 11/30/2016 | Copies | 63 | 6.30 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 4 | 0.40 |
| 11/30/2016 | Copies | 63 | 6.30 |
| 11/30/2016 | Copies | 4 | 0.40 |
| 11/30/2016 | Copies | 9 | 0.90 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 5 | 0.50 |
| 11/30/2016 | Copies | 72 | 7.20 |
| 11/30/2016 | Copies | 3 | 0.30 |
| 11/30/2016 | Copies | 5 | 0.50 |
| 11/30/2016 | Copies | 3 | 0.30 |
| 11/30/2016 | Copies | 62 | 6.20 |
| | **Total** | | **$ 623.44** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.