**EXHIBIT C**

Legal*37965942.3

**DISBURSEMENT SUMMARY**
**NOVEMBER 1 TO NOVEMBER 30, 2016**
**(All Amounts in Canadian Dollars)**

| | | |
|---|---|---|
| <u>Non-Taxable Disbursements</u> | | |
| Copies | $ | 568.60 |
| Travel / Ground Transportation | $ | 30.00 |
| Binding, Tabs, Disks, etc | $ | 19.74 |
| Telephone / Long Distance Charges | $ | 5.10 |
| | | |
| Total Non-Taxable Disbursements | $ | **623.44 CDN.** |