# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/1/2016 | Copies | 74 | 7.40 |
| 11/1/2016 | Copies | 2 | 0.20 |
| 11/1/2016 | Copies | 59 | 5.90 |
| 11/1/2016 | Copies | 177 | 17.70 |
| 11/1/2016 | Copies | 68 | 6.80 |
| 11/1/2016 | Copies | 10 | 1.00 |
| 11/1/2016 | Copies | 63 | 6.30 |
| 11/1/2016 | Copies | 101 | 10.10 |
| 11/1/2016 | Copies | 3 | 0.30 |
| 11/1/2016 | Document Delivery Inv. #6716 Dated 11/04/16 | 1 | 30.00 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 86 | 8.60 |
| 11/2/2016 | Copies | 39 | 3.90 |
| 11/2/2016 | Copies | 62 | 6.20 |
| 11/2/2016 | Copies | 62 | 6.20 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 2 | 0.20 |
| 11/2/2016 | Copies | 10 | 1.00 |
| 11/2/2016 | Copies | 3 | 0.30 |
| 11/3/2016 | Copies | 6 | 0.60 |
| 11/3/2016 | Copies | 179 | 17.90 |
| 11/3/2016 | Copies | 63 | 6.30 |
| 11/3/2016 | Copies | 5 | 0.50 |
| 11/3/2016 | Copies | 4 | 0.40 |
| 11/3/2016 | Copies | 9 | 0.90 |
| 11/3/2016 | Copies | 102 | 10.20 |
| 11/3/2016 | Copies | 18 | 1.80 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 10 | 1.00 |
| 11/3/2016 | Copies | 2 | 0.20 |
| 11/3/2016 | Copies | 60 | 6.00 |
| 11/3/2016 | Copies | 96 | 9.60 |
| 11/3/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 11/3/2016 | Copies | 74 | 7.40 |
| 11/3/2016 | Telephone - Bell Conferencing Inc. Inv. 112345831 Nov 7/16 | 1 | 5.10 |
| 11/4/2016 | Copies | 74 | 7.40 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 9 | 0.90 |
| 11/4/2016 | Copies | 20 | 2.00 |
| 11/4/2016 | Copies | 9 | 0.90 |
| 11/4/2016 | Copies | 245 | 24.50 |
| 11/4/2016 | Copies | 5 | 0.50 |
| 11/4/2016 | Copies | 6 | 0.60 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 63 | 6.30 |
| 11/4/2016 | Copies | 63 | 6.30 |
| 11/4/2016 | Copies | 216 | 21.60 |
| 11/4/2016 | Copies | 177 | 17.70 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/4/2016 | Copies | 102 | 10.20 |
| 11/4/2016 | Copies | 71 | 7.10 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 2 | 0.20 |
| 11/4/2016 | Copies | 3 | 0.30 |
| 11/4/2016 | Copies | 4 | 0.40 |
| 11/7/2016 | Copies | 2 | 0.20 |
| 11/7/2016 | Copies | 4 | 0.40 |
| 11/7/2016 | Copies | 2 | 0.20 |
| 11/7/2016 | Copies | 287 | 28.70 |
| 11/11/2016 | Copies | 11 | 1.10 |
| 11/11/2016 | Copies | 29 | 2.90 |
| 11/11/2016 | Copies | 2 | 0.20 |
| 11/11/2016 | Copies | 4 | 0.40 |
| 11/14/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/14/2016 | Copies | 31 | 3.10 |
| 11/14/2016 | Copies | 60 | 6.00 |
| 11/14/2016 | Copies | 2 | 0.20 |
| 11/14/2016 | Copies | 2 | 0.20 |
| 11/14/2016 | Copies | 16 | 1.60 |
| 11/14/2016 | Copies | 3 | 0.30 |
| 11/14/2016 | Copies | 4 | 0.40 |
| 11/14/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 8 | 0.80 |
| 11/17/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 2 | 0.20 |
| 11/17/2016 | Copies | 5 | 0.50 |
| 11/17/2016 | Copies | 3 | 0.30 |
| 11/18/2016 | Copies | 16 | 1.60 |
| 11/18/2016 | Copies | 38 | 3.80 |
| 11/21/2016 | Copies | 131 | 13.10 |
| 11/21/2016 | Copies | 23 | 2.30 |
| 11/21/2016 | Copies | 15 | 1.50 |
| 11/21/2016 | Copies | 38 | 3.80 |
| 11/21/2016 | Copies | 2 | 0.20 |
| 11/21/2016 | Copies | 23 | 2.30 |
| 11/21/2016 | Copies | 15 | 1.50 |
| 11/21/2016 | Copies | 4 | 0.40 |
| 11/21/2016 | Copies | 2 | 0.20 |
| 11/22/2016 | Copies | 14 | 1.40 |
| 11/23/2016 | Copies | 147 | 14.70 |
| 11/23/2016 | Copies | 3 | 0.30 |
| 11/23/2016 | Copies | 287 | 28.70 |
| 11/23/2016 | Copies | 3 | 0.30 |
| 11/23/2016 | Copies | 3 | 0.30 |
| 11/23/2016 | Copies | 2 | 0.20 |
| 11/23/2016 | Binding, Tabs, Disks, etc | 1 | 3.83 |
| 11/24/2016 | Copies | 14 | 1.40 |
| 11/24/2016 | Copies | 4 | 0.40 |
| 11/24/2016 | Copies | 5 | 0.50 |
| 11/24/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 29 | 2.90 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2005667

Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/28/2016 | Copies | 74 | 7.40 |
| 11/28/2016 | Copies | 14 | 1.40 |
| 11/28/2016 | Copies | 74 | 7.40 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 144 | 14.40 |
| 11/28/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 17 | 1.70 |
| 11/28/2016 | Copies | 13 | 1.30 |
| 11/28/2016 | Copies | 9 | 0.90 |
| 11/28/2016 | Copies | 3 | 0.30 |
| 11/28/2016 | Copies | 4 | 0.40 |
| 11/28/2016 | Copies | 4 | 0.40 |
| 11/28/2016 | Copies | 2 | 0.20 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 10 | 1.00 |
| 11/28/2016 | Copies | 147 | 14.70 |
| 11/28/2016 | Copies | 147 | 14.70 |
| 11/28/2016 | Copies | 123 | 12.30 |
| 11/28/2016 | Binding, Tabs, Disks, etc | 1 | 6.58 |
| 11/29/2016 | Copies | 147 | 14.70 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 2 | 0.20 |
| 11/29/2016 | Copies | 85 | 8.50 |
| 11/29/2016 | Copies | 46 | 4.60 |
| 11/29/2016 | Copies | 8 | 0.80 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 21 | 2.10 |
| 11/29/2016 | Copies | 23 | 2.30 |
| 11/29/2016 | Copies | 10 | 1.00 |
| 11/29/2016 | Copies | 5 | 0.50 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 9 | 0.90 |
| 11/29/2016 | Copies | 33 | 3.30 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                              Invoice # 2005667
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 46992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 11/29/2016 | Copies | 77 | 7.70 |
| 11/29/2016 | Copies | 2 | 0.20 |
| 11/29/2016 | Copies | 31 | 3.10 |
| 11/29/2016 | Copies | 3 | 0.30 |
| 11/29/2016 | Copies | 25 | 2.50 |
| 11/29/2016 | Binding, Tabs, Disks, etc | 1 | 9.33 |
| 11/30/2016 | Copies | 57 | 5.70 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 4 | 0.40 |
| 11/30/2016 | Copies | 31 | 3.10 |
| 11/30/2016 | Copies | 59 | 5.90 |
| 11/30/2016 | Copies | 63 | 6.30 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 4 | 0.40 |
| 11/30/2016 | Copies | 63 | 6.30 |
| 11/30/2016 | Copies | 4 | 0.40 |
| 11/30/2016 | Copies | 9 | 0.90 |
| 11/30/2016 | Copies | 2 | 0.20 |
| 11/30/2016 | Copies | 5 | 0.50 |
| 11/30/2016 | Copies | 72 | 7.20 |
| 11/30/2016 | Copies | 3 | 0.30 |
| 11/30/2016 | Copies | 5 | 0.50 |
| 11/30/2016 | Copies | 3 | 0.30 |
| 11/30/2016 | Copies | 62 | 6.20 |
| | **Total** | | **$ 623.44** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.