# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| James Morand | Partner | Tax | Ontario - 1989 | 10.10 | $995.00 | $10,049.50 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 5.60 | $695.00 | $3,892.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 63.90 | $835.00 | $53,356.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 9.10 | $420.00 | $3,822.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 5.20 | $850.00 | $4,420.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 24.10 | $925.00 | $22,292.50 |
| | | | | | | |
| **TOTAL** | | | | **118.00** | | **$ 97,832.50** |