# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**December 1, 2016 - December 31, 2016**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Dec 2016 Hours |
|---|---|---:|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 20.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | 4.0 |
| 14 | Litigation / Adversary Proceedings | 100.5 |
| 15 | Travel | 15.0 |
| 16 | Plan of Reorganization / Disclosure Statement | 78.0 |
| | **TOTAL** | 222.5 |

**Summary of Services Rendered by Professional**

| Name | Dec 2016 Hours |
|---|---:|
| Michael Kennedy, Member | 215.5 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 7.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 222.5 |

**Nortel Networks, Inc**
December 1, 2016 - December 31, 2016 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Dec 2016 Hours | Code |
|---|---|---|---|
| 12/1/2016 | Meeting with Cleary & local counsel | 4.0 | 16 |
| 12/1/2016 | Attend Disclosure Statement Hearing | 4.0 | 13 |
| 12/1/2016 | Travel to Chicago | 5.0 | 15 |
| 12/2/2016 | Review RM Report | 2.0 | 1 |
| 12/2/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 12/2/2016 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| 12/2/2016 | Call with other professionals re: POR litigation matters | 3.0 | 7 |
| 12/3/2016 | Calls, communications, prepare material re: POR matters | 3.0 | 16 |
| 12/3/2016 | Calls, communications, prepare material re:claim litigation matters and strategy | 4.0 | 14 |
| 12/4/2016 | Calls, communications, prepare material re:claim litigation matters and strategy | 5.0 | 14 |
| 12/5/2016 | Calls, communications, prepare material re:claim litigation matters and strategy | 10.0 | 14 |
| 12/6/2016 | Calls, communications, prepare material re: POR matters | 5.0 | 16 |
| 12/6/2016 | Calls, communications, prepare material re:claim litigation matters and strategy | 4.0 | 14 |
| 12/7/2016 | Calls, communications, prepare material re:claim litigation matters and strategy | 8.0 | 14 |
| 12/7/2016 | Calls, communications, prepare material re: POR matters | 3.0 | 16 |
| 12/8/2016 | Review Canadian filings | 2.0 | 16 |
| 12/8/2016 | Communications with monitor representatives re: claim/escrow issues | 1.0 | 7 |
| 12/9/2016 | Calls, communications, prepare material re: allocation & litigation matters | 6.0 | 14 |
| 12/9/2016 | Calls, communications, prepare material re: POR matters | 5.0 | 16 |
| 12/10/2016 | Calls, communications, prepare material re: POR objection matters | 3.0 | 16 |
| 12/11/2016 | Calls, communications, prepare material re: POR objection matters | 4.0 | 16 |
| 12/12/2016 | Review and communications with other professionals re: taxes | 2.0 | 14 |
| 12/12/2016 | Calls, communications, prepare material re:claim litigation matters and strategy | 6.0 | 14 |
| 12/12/2016 | Call with Cleary & management re: allocation litigation | 2.0 | 14 |
| 12/12/2016 | Review draft material, calls & communications re: claims matters | 3.0 | 7 |
| 12/13/2016 | Call with Cleary re: litigation & claims issues | 3.0 | 14 |
| 12/13/2016 | Calls, communications, prepare material re: allocation & litigation matters | 4.0 | 14 |
| 12/13/2016 | Calls, communications, prepare material re: POR objection matters | 5.0 | 16 |
| 12/14/2016 | Calls, communications, prepare material re: POR matters & objections | 5.0 | 16 |
| 12/14/2016 | Calls, communications, prepare material re: allocation & litigation matters | 3.0 | 14 |
| 12/15/2016 | Calls, communications, prepare material re: mediation of POR issues | 2.0 | 16 |
| 12/15/2016 | Prepare and review material for mediation | 6.0 | 14 |
| 12/15/2016 | Review and communications with other professionals re: taxes | 2.0 | 14 |
| 12/16/2016 | Prepare and review material for mediation | 3.0 | 14 |
| 12/16/2016 | Review draft material, calls & communications re: claims matters | 4.0 | 7 |
| 12/16/2016 | Call with Cleary re: litigation & claims issues | 1.0 | 14 |
| 12/18/2016 | Prepare and review material for mediation | 5.0 | 14 |
| 12/19/2016 | Review material and communications with other professionals re: mediation of POR issues | 4.0 | 16 |
| 12/19/2016 | Travel to DE | 5.0 | 15 |
| 12/19/2016 | Calls and meeting with Cleary & management re: mediation | 3.5 | 14 |
| 12/20/2016 | Mediation of allocation litigation & POR objections | 16.0 | 14 |
| 12/21/2016 | Travel to Chicago | 5.0 | 15 |
| 12/21/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 12/21/2016 | Calls and communications with creditor representatives | 4.0 | 7 |
| 12/22/2016 | Calls, communications, prepare material re: POR matters | 6.0 | 16 |
| 12/23/2016 | Calls, communications, prepare material re: POR matters | 8.0 | 16 |
| 12/27/2016 | Calls and communications with creditor representatives | 3.0 | 7 |
| 12/27/2016 | Calls, communications, review material re: POR matters & confirmation matters | 6.0 | 16 |
| 12/28/2016 | Calls, communications, review material re: POR matters & confirmation matters | 7.0 | 16 |
| 12/29/2016 | Calls, communications, review material re: POR matters & confirmation matters | 6.0 | 16 |
| 12/30/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| **Dec 2016 Total** | | **215.5** | |

**Nortel Networks, Inc**
December 1, 2016 - December 31, 2016 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Dec 2016 Hours | Code |
|---|---|---|---|
| 12/5/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/9/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/13/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/16/2017 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 12/21/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 12/22/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| **Dec 2016 Total** | | **7.0** | |