# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2016 Through December 31, 2016

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 12/19/16-12/21/16 | Flight to Philadelphia, PA | $ 981.28 |
| Mike Kennedy | 12/19/16-12/21/16 | Hotel (two nights) | $ 700.00 |
| Mike Kennedy | 12/19/16-12/21/16 | Ground Transportation | $ 116.02 |
| Mike Kennedy | 12/19/16-12/21/16 | Breakfast | $ 15.00 |
| Mike Kennedy | 12/19/16-12/21/16 | Dinner (two people) | $ 97.00 |
| Mike Kennedy | 12/19/16-12/21/16 | Dinner (four people) | $ 200.00 |
| **Total Expenses** | | | **$ 2,109.30** |

Note:  All airfare is being charged at a coach class rate.