# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of January 1, 2017 through January 31, 2017

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of January 1, 2017 through January 31, 2017 | $ 137,819.00 | $ 2,802.35 | $ 140,621.35 |

Exhibit C                                                                                                                         Page 4 of 13