# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2017 through January 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 1/16/2017 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 4.00 |
| 1/19/2017 | Timothy C. Ross | Prepared Debtors trustee disbursements analysis. | 1.00 |
| 1/20/2017 | Timothy C. Ross | Prepared Debtors monthly operating report. | 6.00 |
| 1/23/2017 | Timothy C. Ross | Prepared Debtors monthly operating report. | 2.00 |
| 1/23/2017 | Timothy C. Ross | Prepared Debtors Form 26. | 4.00 |
| 1/27/2017 | Timothy C. Ross | Validated and authorized Debtors trustee report/fee. | 0.50 |
| 1/30/2017 | Timothy C. Ross | Worked Debtors reporting post confirmation requirements with counsel (DA) | 1.00 |
| **Bankruptcy Reporting Total** | | | **18.50** |
| **Cash Management** | | | |
| 1/3/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/3/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/3/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 1/3/2017 | Kim Ponder | VEBA deposit. | 0.50 |
| 1/4/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/4/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 1/4/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 1/5/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/6/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/9/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/9/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.50 |
| 1/9/2017 | Timothy C. Ross | Reviewed, authorized and released Debtor disbursements. | 1.00 |
| 1/10/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/10/2017 | Timothy C. Ross | Conference call with Debtors bank (MA, DD, SW) and consultant (MC) | 1.00 |
| 1/10/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (MC) | 0.50 |
| 1/10/2017 | Kim Ponder | Voided claim check. | 0.50 |
| 1/11/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/11/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.50 |
| 1/12/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/12/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 2.50 |
| 1/12/2017 | Kim Ponder | Voided claim check. | 0.50 |
| 1/13/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/13/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 1/16/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements. | 0.50 |
| 1/17/2017 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer. | 4.00 |
| 1/17/2017 | Timothy C. Ross | Analyzed and updated Debtors budget. | 2.50 |
| 1/17/2017 | Kim Ponder | Voided claim check. | 0.50 |
| 1/18/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/18/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding | 2.00 |
| 1/18/2017 | Timothy C. Ross | Analyzed and updated Debtors budget. | 2.00 |
| 1/18/2017 | Timothy C. Ross | Researched and responded to Principal Officer (JR) request. | 1.00 |
| 1/19/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 1/19/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/19/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtor disbursements. | 1.50 |
| 1/19/2017 | Timothy C. Ross | Analyzed and updated Debtors budget. | 2.00 |
| 1/20/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/20/2017 | Timothy C. Ross | Conference call with Debtors IM (MAA) | 0.50 |
| 1/20/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 1/23/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/24/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/25/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/25/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 1/26/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/26/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 3.00 |
| 1/27/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/30/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/30/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 1/31/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 1/31/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matters | 1.00 |
| **Cash Management Total** | | | **52.50** |
| **Claims Administration** | | | |
| 1/3/2017 | Kim Ponder | Posted cash transfers and updated banking file. | 4.00 |
| 1/4/2017 | Timothy C. Ross | Researched and responded to Debtors' consultant (LB) | 2.00 |
| 1/4/2017 | Kim Ponder | Research on returned claims checks. | 3.00 |
| 1/6/2017 | Kim Ponder | Posted cash transfer. | 0.50 |
| 1/9/2017 | Timothy C. Ross | Researched and responded to Debtors' settlement agreement matter | 1.00 |
| 1/10/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign affiliate matter | 0.50 |
| 1/10/2017 | Timothy C. Ross | Worked Debtors claims matter | 0.50 |
| 1/10/2017 | Kim Ponder | Claims research. | 2.00 |
| 1/12/2017 | Timothy C. Ross | Researched and responded to Debtors consultant (DT) | 1.50 |
| 1/12/2017 | Timothy C. Ross | Researched and responded to Debtors consultant (MC) request | 1.00 |
| 1/16/2017 | Kim Ponder | Claims research. | 1.00 |
| 1/17/2017 | Kim Ponder | Received and responded to data inquiry. | 0.50 |
| 1/18/2017 | Kim Ponder | Posted cash transfers and updated banking file. | 1.00 |
| 1/19/2017 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.00 |
| 1/20/2017 | Timothy C. Ross | Reviewed and responded to Debtors consultant (KS) | 0.50 |

## Exhibit F

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of January 1, 2017 through January 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 1/20/2017 | Kim Ponder | Communications with LexisNexis. | 0.50 |
| 1/24/2017 | Kim Ponder | Recorded cash transfers. | 0.50 |
| 1/25/2017 | Kim Ponder | Recorded cash transfer and void check. | 0.50 |
| 1/25/2017 | Kim Ponder | Follow up communication with LexisNexis. | 0.50 |
| 1/26/2017 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.50 |
| 1/27/2017 | Kim Ponder | Recorded cash transfers and jurisdiction payments. | 2.00 |
| 1/30/2017 | Timothy C. Ross | Worked Debtors claims administration matters | 1.00 |
| 1/30/2017 | Kim Ponder | Correspondence with Lexis Nexis and application completion. | 2.00 |
| 1/31/2017 | Timothy C. Ross | Worked Debtors claims distribution matters | 1.00 |
| 1/31/2017 | Kim Ponder | Correspondence with LexisNexis. | 0.50 |
| **Claims Administration Total** | | | **30.00** |

**Compensation Application**

| | | | |
|---|---|---|---|
| 1/5/2017 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 2.00 |
| 1/6/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/6/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/13/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/13/2017 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.00 |
| 1/13/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/20/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/20/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/27/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 1/27/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **7.00** |

**Discovery**

| | | | |
|---|---|---|---|
| 1/3/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 1/6/2017 | Timothy C. Ross | Updated consultant agreement | 0.50 |
| 1/9/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 1/19/2017 | Timothy C. Ross | Prepared and communicated consultant agreement termination notice | 0.50 |
| **Discovery Total** | | | **2.00** |

**Electronic Data and Document Preservation**

| | | | |
|---|---|---|---|
| 1/5/2017 | Timothy C. Ross | Worked Debtors data/document destruction matters | 0.50 |
| **Electronic Data and Document Preservation Total** | | | **0.50** |

**Entity Liquidation and Wind Down**

| | | | |
|---|---|---|---|
| 1/3/2017 | Timothy C. Ross | Reviewed and responded to Debtors' counsel (RR) | 0.50 |
| 1/4/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary liquidation matters | 0.50 |
| 1/5/2017 | Timothy C. Ross | Reviewed and responded to Debtors counsel (MR) and foreign tax professional (AB) | 1.00 |
| 1/6/2017 | Timothy C. Ross | Reviewed and responded to Debtors counsel (MR) and foreign tax professional (AB) | 1.00 |
| 1/10/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 1.00 |
| 1/11/2017 | Timothy C. Ross | Conference call with Debtors foreign subsidiary counsel (AS) and Debtors counsel (KH,MR) | 1.00 |
| 1/11/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) | 0.50 |
| 1/12/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (KH, MR) | 0.50 |
| 1/16/2017 | Timothy C. Ross | Reviewed and responded to Debtors Counsel (MR) | 1.00 |
| 1/16/2017 | Timothy C. Ross | Reviewed and responded to Debtors Counsel (MR) | 1.00 |
| 1/17/2017 | Timothy C. Ross | Reviewed and responded to Debtors counsel (MR) | 1.00 |
| 1/19/2017 | Timothy C. Ross | Reviewed and responded to Debtors counsel (MR) and foreign counsel (VL) | 1.00 |
| 1/24/2017 | Timothy C. Ross | Conference call with Debtors Counsel (MR) | 0.50 |
| 1/26/2017 | Timothy C. Ross | Conference call with Debtors Counsel (MR, KH, RR) | 0.50 |
| 1/27/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters from Counsel (RB) | 1.00 |
| 1/27/2017 | Timothy C. Ross | Conference call with Debtors Counsel (MR) | 0.50 |
| 1/30/2017 | Timothy C. Ross | Reviewed document and provided comments to Debtors counsel (MR) | 1.50 |
| 1/30/2017 | Kim Ponder | NTEC funding. | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **15.00** |

**Finance and General Accounting**

| | | | |
|---|---|---|---|
| 1/3/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 1/3/2017 | Timothy C. Ross | Worked Debtors financial closing | 3.00 |
| 1/3/2017 | Kim Ponder | Normal course payables | 1.00 |
| 1/4/2017 | Timothy C. Ross | Worked Debtors financial closing | 3.00 |
| 1/4/2017 | Kim Ponder | Posted cash receipts. | 0.50 |
| 1/4/2017 | Kim Ponder | Month end close. | 2.00 |
| 1/5/2017 | Timothy C. Ross | Worked Debtors financial closing | 1.00 |
| 1/5/2017 | Kim Ponder | Month end close. | 7.00 |
| 1/6/2017 | Timothy C. Ross | Worked Debtors financial closing | 3.00 |
| 1/6/2017 | Timothy C. Ross | Reviewed and authorized Debtors' invoices form payment. | 1.00 |
| 1/6/2017 | Kim Ponder | Month end close. | 6.00 |
| 1/9/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 1/9/2017 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| 1/9/2017 | Kim Ponder | Month end close. | 5.50 |
| 1/9/2017 | Kim Ponder | Initiated payment to Ericsson-LG. | 0.50 |
| 1/9/2017 | Kim Ponder | Telephone with RLKS (M Cilia) regarding bank reconciliation. | 1.00 |
| 1/10/2017 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| 1/10/2017 | Kim Ponder | Normal course payables - invoice approval requests and processing. | 1.00 |
| 1/10/2017 | Kim Ponder | Year end processing. | 4.50 |
| 1/11/2017 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2017 through January 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 1/11/2017 | Kim Ponder | Normal course payables | 2.50 |
| 1/12/2017 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliation (s). | 3.00 |
| 1/12/2017 | Kim Ponder | Normal course payables | 4.00 |
| 1/12/2017 | Kim Ponder | Compiled year end bank binder. | 2.00 |
| 1/13/2017 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 1/13/2017 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing. | 3.00 |
| 1/13/2017 | Kim Ponder | Month end close. | 5.50 |
| 1/13/2017 | Kim Ponder | Intercompany reporting. | 2.00 |
| 1/16/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 1/16/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 1/16/2017 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting | 1.00 |
| 1/16/2017 | Timothy C. Ross | Updated Debtors GA Allocation Model. | 1.00 |
| 1/16/2017 | Kim Ponder | Month end close. | 9.00 |
| 1/17/2017 | Kim Ponder | Month end reporting. | 1.50 |
| 1/18/2017 | Kim Ponder | Normal course payables | 1.50 |
| 1/18/2017 | Kim Ponder | Normal course payables | 1.00 |
| 1/18/2017 | Kim Ponder | Received and responded to request for banking information. | 1.00 |
| 1/18/2017 | Kim Ponder | Year end cash reporting. | 3.00 |
| 1/19/2017 | Kim Ponder | Posted cash receipts. | 0.50 |
| 1/19/2017 | Kim Ponder | Normal course payables | 2.00 |
| 1/19/2017 | Kim Ponder | Prepared Q4 2016 US Trustee report. | 1.50 |
| 1/20/2017 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 1/20/2017 | Kim Ponder | Normal course payables | 1.00 |
| 1/20/2017 | Kim Ponder | GL reconciliations. | 5.00 |
| 1/23/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 1/24/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 1/24/2017 | Kim Ponder | Normal course payables | 2.00 |
| 1/25/2017 | Kim Ponder | Scanned bank statements. | 1.00 |
| 1/25/2017 | Kim Ponder | Draft 31st OCP. | 2.00 |
| 1/26/2017 | Timothy C. Ross | Reviewed and authorized Debtors invoices for payment. | 1.00 |
| 1/26/2017 | Timothy C. Ross | Conference call with Debtors tax professional (JW) and consultant (MC) | 1.00 |
| 1/26/2017 | Kim Ponder | Normal course payables | 1.25 |
| 1/26/2017 | Kim Ponder | Normal course payables | 3.75 |
| 1/26/2017 | Kim Ponder | Received and responded to request for banking details (NNIII). | 0.50 |
| 1/27/2017 | Kim Ponder | Finalized OCP. | 1.00 |
| 1/27/2017 | Kim Ponder | Document retention. | 3.50 |
| 1/30/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 1/30/2017 | Kim Ponder | Normal course payables | 2.00 |
| 1/30/2017 | Kim Ponder | QB vendor maintenance. | 2.00 |
| 1/31/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 1/31/2017 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary professional invoices for payment | 1.00 |
| 1/31/2017 | Timothy C. Ross | Issued Debtors intercompany invoices. | 3.00 |
| 1/31/2017 | Timothy C. Ross | Worked Debtors financial closing | 1.00 |
| 1/31/2017 | Kim Ponder | Month end close re:  claims. | 7.50 |
| **Finance and General Accounting Total** | | | **136.50** |

**Human Resources**

| | | | |
|---|---|---|---|
| 1/3/2017 | Kim Ponder | Received and responded to garnishment order. | 0.50 |
| 1/25/2017 | Timothy C. Ross | Prepared VEBA trust DRAFT 2016 5500. | 4.00 |
| **Human Resources Total** | | | **4.50** |

**Information Technology Operations**

| | | | |
|---|---|---|---|
| 1/3/2017 | Timothy C. Ross | Worked Debtors IT matters | 0.50 |
| 1/5/2017 | Kim Ponder | Communications with Citibank re:  system issues. | 1.00 |
| 1/6/2017 | Kim Ponder | Communication with Citibank re:  system issues. | 1.00 |
| 1/9/2017 | Kim Ponder | Communications with Citibank re:  access issue. | 1.00 |
| 42753 | Timothy C. Ross | Conference call with Debtors consultant (RP) | 0.50 |
| 1/19/2017 | Kim Ponder | Conference call with Intuit and RLKS (M Cilia). | 1.50 |
| **Information Technology Operations Total** | | | **5.50** |

**Insurance & Risk Management**

| | | | |
|---|---|---|---|
| 1/3/2017 | Timothy C. Ross | Reviewed and authorized Debtors insurance invoices for payment. | 0.50 |
| 1/10/2017 | Timothy C. Ross | Worked Debtors insurance matter | 0.50 |
| 1/13/2017 | Timothy C. Ross | Conference call with Debtors insurance broker (KS) and consultant (KS) | 1.00 |
| 1/18/2017 | Timothy C. Ross | Follow-up conference all with Debtors consultant (KS) and insurance broker (SK) | 0.50 |
| 1/23/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors insurance matters | 0.50 |
| **Insurance & Risk Management Total** | | | **3.00** |

**Plan of Reorganization**

| | | | |
|---|---|---|---|
| 1/3/2017 | Timothy C. Ross | Reviewed, acknowledged, and actioned Debtors service of process notification(s). | 0.50 |
| 1/5/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (MC) and banking rep (MAA) | 0.50 |
| 1/6/2017 | Timothy C. Ross | Researched and responded to Debtors Counsel (RD) | 1.00 |
| 1/9/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification (s). | 0.50 |
| 1/10/2017 | Timothy C. Ross | Researched and responded to Debtors counsel (RD) | 2.00 |
| 1/17/2017 | Timothy C. Ross | Reviewed materials from Debtors consultant (MC) | 0.50 |
| 1/23/2017 | Timothy C. Ross | Researched and responded to Debtors principal officer (JR) and financial consultant (MK) questions | 2.00 |
| 1/23/2017 | Kim Ponder | Compiled data requested by Cleary. | 7.50 |
| 1/24/2017 | Kim Ponder | Received and responded to requests for financial data. | 5.00 |
| 1/27/2017 | Timothy C. Ross | Meeting with Debtors consultant (KS) | 3.00 |
| 1/27/2017 | Timothy C. Ross | Researched and responded to Debtors Counsel (ML) | 0.50 |

# Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of January 1, 2017 through January 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 1/27/2017 | Kim Ponder | Received and responded to data request. | 1.00 |
| 1/30/2017 | Timothy C. Ross | Worked Debtors transition matters | 1.00 |
| **Plan of Reorganization Total** | | | **25.00** |
| **Professional Fee Applications** | | | |
| 1/4/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 1/18/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 1/19/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 1/20/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 1/23/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 1/24/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 1/25/2017 | Kim Ponder | Received, researched and responded to EY questions re: quarterly fee application payment. | 1.00 |
| 1/25/2017 | Kim Ponder | Preliminary reconciliation of holdbacks per available fee examiner reports. | 1.50 |
| 1/25/2017 | Kim Ponder | Communications with MNAT re: Professional holdbacks. | 0.50 |
| 1/30/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| **Professional Fee Applications Total** | | | **7.00** |
| **Real Estate Management** | | | |
| 1/5/2017 | Timothy C. Ross | Follow-up with Debtors' Counsel (HM) | 0.50 |
| 1/11/2017 | Timothy C. Ross | Researched Debtors property management matter | 1.00 |
| 1/12/2017 | Kim Ponder | Communications with CBRE. | 0.50 |
| 1/19/2017 | Timothy C. Ross | Prepared for conference call with Debtors counsel and principal officer | 0.50 |
| 1/19/2017 | Timothy C. Ross | Conference call meeting with Debtors counsel (HM) and principal officer (JR) | 1.00 |
| 1/20/2017 | Timothy C. Ross | Reviewed and authorized Debtors consultant extension agreement | 0.50 |
| 1/24/2017 | Timothy C. Ross | Conference call with Debtors Counsel (HM) and consultant (AL) | 0.50 |
| **Real Estate Management Total** | | | **4.50** |
| **Residual Business Operations** | | | |
| 1/3/2017 | Kim Ponder | Weekly postal delivery and processing. | 1.50 |
| 1/5/2017 | Timothy C. Ross | Prepared environmental reserve analysis and authorized professional fees for payment. | 1.00 |
| 1/19/2017 | Kim Ponder | Weekly postal delivery and processing. | 2.00 |
| 1/25/2017 | Kim Ponder | Replenished office materials. | 1.50 |
| 1/26/2017 | Kim Ponder | Weekly postal delivery and processing. | 1.00 |
| 1/30/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 1/31/2017 | Timothy C. Ross | Prepared Ricoh Q416 royalty statement and invoicing. | 1.00 |
| **Residual Business Operations Total** | | | **9.50** |
| **Tax Matters** | | | |
| 1/3/2017 | Kim Ponder | Received, reviewed and forwarded jurisdiction communications to EY corporate tax team. | 0.50 |
| 1/4/2017 | Timothy C. Ross | Meeting with Debtors' tax professional (JW) | 0.50 |
| 1/4/2017 | Timothy C. Ross | Reviewed and executed Debtors' tax matters | 0.50 |
| 1/4/2017 | Kim Ponder | Responded to EY confirmation request re: property tax. | 0.50 |
| 1/4/2017 | Kim Ponder | Notarized and prepared affidavit to TX tax assessor. | 0.50 |
| 1/5/2017 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 0.50 |
| 1/5/2017 | Timothy C. Ross | Reviewed and signed Debtors tax matters | 0.50 |
| 1/5/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary tax matters | 1.00 |
| 1/6/2017 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification (s). | 0.50 |
| 1/9/2017 | Timothy C. Ross | Updated foreign bank account balances analysis | 1.50 |
| 1/10/2017 | Timothy C. Ross | Conference call with Debtors tax professional (GD) | 0.50 |
| 1/11/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | 0.50 |
| 1/11/2017 | Timothy C. Ross | Reviewed and executed Debtors' tax matters | 0.50 |
| 1/11/2017 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 1.00 |
| 1/11/2017 | Timothy C. Ross | Conference call with Debtors tax professional (JW) | 0.50 |
| 1/11/2017 | Kim Ponder | Processed corporate extension payment requests. | 1.00 |
| 1/11/2017 | Kim Ponder | Prepared corporate income tax extension requests. | 4.50 |
| 1/12/2017 | Timothy C. Ross | Reviewed and authorized Debtors foreign tax matters | 0.50 |
| 1/12/2017 | Kim Ponder | Efiled corporate income tax extensions. | 1.00 |
| 1/14/2017 | Kim Ponder | Certified mailing of corporate income tax extensions. | 1.00 |
| 1/16/2017 | Kim Ponder | Correspondence and meeting with Fedex Atlantic Avenue re: lost Citibank package. | 2.00 |
| 1/17/2017 | Timothy C. Ross | Reviewed materials from Debtors tax professional (JW) | 0.50 |
| 1/17/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign tax professional (NV) | 0.50 |
| 1/17/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax related matters | 0.50 |
| 1/17/2017 | Kim Ponder | Prepared and posted certified mailings of corporate extensions and property tax payment. | 5.50 |
| 1/18/2017 | Timothy C. Ross | Working meeting with Debtors consultant (DC) | 2.00 |
| 1/18/2017 | Timothy C. Ross | Updated Debtors FBAR model for 2017 reporting. | 1.00 |
| 1/19/2017 | Timothy C. Ross | Reviewed and responded to Debtors tax matters | 0.50 |
| 1/19/2017 | Kim Ponder | Received, reviewed and forwarded corporate and property tax documents to EY. | 0.50 |
| 1/24/2017 | Timothy C. Ross | Updated foreign bank account balances analysis. | 1.00 |
| 1/24/2017 | Timothy C. Ross | Conference call with Debtors foreign tax professional (PJ) and Counsel (MR) | 0.50 |
| 1/24/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary matters | 1.00 |