**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of January 1, 2017 through January 31, 2017

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 2,802.35 |
| Professional | - |
| Miscellaneous | - |
| **For the period of January 1, 2017 through January 31, 2017** | **$    2,802.35** |