# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of January 1, 2017 through January 31, 2017

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 01/27/17 | Kim Ponder | Printer Toner Cartridges | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Staples | | 373.57 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **373.57** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 01/27/17 | Kim Ponder | QuickBooks Renewal | Online | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Intuit | | 2,305.64 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **2,305.64** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 01/27/17 | Kim Ponder | US Post Office | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | Postage | | 123.14 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **123.14** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | $ | **-** |

**For the period of January 1, 2017 through January 31, 2017**     $     **2,802.35**