## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of January 1, 2017 through January 31, 2017** was caused to be made on February 10, 2017, in the manner indicated upon the entities identified below.

Dated: February 10, 2017                                  /s/ Tamara K. Minott
      Wilmington, DE                                  Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**                    **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                          Nortel Networks, Inc.
Office of the U.S. Trustee                  Attn: Accounts Payable
844 King Street                            8601 Six Forks Rd.
Suite 2207, Lockbox 35                     Suite 400
Wilmington, DE  19801-3519                 Raleigh, NC 27615
(Trustee)                                  (Debtor)

Christopher M. Samis, Esq.                 Fred S. Hodara, Esq.
L. Katherine Good, Esq.                    Akin Gump Strauss Hauer & Feld LLP
Whiteford Taylor & Preston LLC             One Bryant Park
The Renaissance Centert                    New York, NY  10036
405 N. King Street, Suite 500              (Counsel for Official Committee
Wilmington, DE  19801                      Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

7342377.36