# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

Nortel Networks, Inc.

Debtors.

Chapter 11

Case No. 09-10138

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Pascal Debon**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Pascal Debon
12, Rue Des Poissonniers
Neuilly-Sur-Seine 92200
France

New Address
Pascal Debon
re: Hain Capital Investors, LLC
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
**Pascal Debon**

By: _____

Date: 2/9/2017