UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                          Chapter 11

Nortel Networks, Inc.                                           Case No. 09-10138

Debtors.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Eva Spears, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Eva M. Spears
326 Teresa Dr.
Rolesville, NC 27571

New Address
Eva M. Spears
re: Hain Capital Investors, LLC
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:

**Eva M. Spears**

By: _Eva M. Spears_
Date: Feb 9, 2017