# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 17873, 17874 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                             ) ss.:
COUNTY OF NEW YORK     )

AMY E. LEWIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2017, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     */s/ Amy E. Lewis*
                                                                     Amy E. Lewis

Sworn to before me this
13th day of February, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 109

To:   BAR(23) MAILID *** 000116054916 ***



HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571

BAR(23) MAILID *** 000116054916 ***        NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 109

HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

**Your transfer of claim # 984 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17874                   Date:  02/08/2017

/s/ Amy E. Lewis

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 110

To: BAR(23) MAILID *** 000116054917 ***



HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE OF DEFECTIVE TRANSFER**

DEBON, PASCAL
12, RUE DES POISSONNIERS
NEUILLY-SUR-SEINE 92200
FRANCE

BAR(23) MAILID *** 000116054917 ***         NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 110

HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

**Your transfer of claim # 8126 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17873           Date: 02/08/2017

/s/ Amy E. Lewis

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

NNI DEFTRFNTC (MERGE2, TXNUM2) 4000000983

To: BAR(23) MAILID *** 000116054914 ***



SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000116054914 ***        NNI DEFTRFNTC (MERGE2, TXNUM2) 4000000983

SPEARS, EVA M.
326 TERESA DR.
ROLESVILLE, NC 27571


HAIN CAPITAL HOLDINGS, LLC
ATTN: ATARA MAGDER
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070


**Your transfer of claim # 984 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date


Docket Number   17874          Date:  02/08/2017

/s/ Amy E. Lewis
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI DEFTRFNTC (MERGE2, TXNUM2) 4000113165

To:  BAR(23) MAILID *** 000116054915 ***



DEBON, PASCAL
12, RUE DES POISSONNIERS
NEUILLY-SUR-SEINE 92200
 FRANCE

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000116054915 ***    NNI DEFTRFNTC (MERGE2, TXNUM2) 4000113165

DEBON, PASCAL  
12, RUE DES POISSONNIERS  
NEUILLY-SUR-SEINE 92200  
FRANCE

HAIN CAPITAL HOLDINGS, LLC  
ATTN: ATARA MAGDER  
301 ROUTE 17, 7TH FLOOR  
RUTHERFORD, NJ 07070

**Your transfer of claim # 8126 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17873          Date:  02/08/2017

/s/ Amy E. Lewis

EPIQ BANKRUPTCY SOLUTIONS, LLC  
as claims agent for the debtor(s).

**EXHIBIT B**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEBON, PASCAL | 12, RUE DES POISSONNIERS, NEUILLY-SUR-SEINE 92200 FRANCE |
| HAIN CAPITAL HOLDINGS, LLC | ATTN: ATARA MAGDER, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | ATTN: ATARA MAGDER, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| SPEARS, EVA M. | 326 TERESA DR., ROLESVILLE, NC 27571 |

**Total Creditor Count 4**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006