**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.,* | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### ORDER GRANTING STIPULATED WITHDRAWAL OF CLAIMS

THIS MATTER having come before the Court on the attached Stipulated Withdrawal of Claims (the "Stipulation"), the Court having reviewed the Stipulation, and being otherwise fully advised in the premises, finds cause exists to grant the Stipulation. Accordingly, it is –

ORDERED that the attached Stipulation is approved in its entirety.

Dated: _____

Honorable Kevin Gross

4823-9426-2594.2