B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re Nortel Networks, Inc.   Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Elliott Associates, L.P. | Jefferies Leveraged Credit Products, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Elliott Management Corporation
40 West 57th Street
New York, NY 10019
Primary Contact: Michael Stephan
Phone: (212) 478-2310
Facsimile: (212) 478-2311
Email: MStephan@Elliottmgmt.com

Court Claim # (if known): 6709
Amount of Claim: 32% of Claim # 6709, of the total filed amount of $4,700,000.00
Date Claim Filed: 1/14/2010
Debtor: Nortel Networks, Inc.
Phone: _____

Phone: _____
Last Four Digits of Acct #: _____

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**ELLIOTT ASSOCIATES, L.P.**
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner
By:_____
Name:   Elliot Greenberg
Title:   Vice President

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court ("Bankruptcy Court")
               District of Delaware
               Attn: Clerk

AND TO:    Nortel Networks, Inc. ("Debtor")
               Case No. 09-10138

**Claim #6709**
**Total Claim Amount: $4,700,000.00**
**Dollar Amount of Claim Transferred Hereby: $1,504,000.00**
**Percentage of Claim Transferred: 32%**

     **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**, its successors and assigns (collectively, the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**ELLIOTT ASSOCIATES, L.P.**
**C/O ELLIOTT MANAGEMENT CORPORATION**
**40 WEST 57TH STREET, 4TH FLOOR**
**NEW YORK, NY 10019**

and its successors and assigns (collectively, "Buyer"), all rights, title, and interest in and to 32% of the claim of Seller, including claims and causes of action in and to, or arising under or in connection with, the Seller's general unsecured claims, and all rights of stoppage in transit, replevin, reclamation and cure payments, in the aggregate principal amount of $1,504,000.00 (collectively, the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

     Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

     You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 14, 2017.

**SELLER**

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: *William P. McLoughlin* (signature)
Name:
Title:
William P. McLoughlin
Senior Vice President
Jefferies Leveraged Credit Products, LLC

**BUYER**

**ELLIOTT ASSOCIATES, L.P.**

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: *Elliot Greenberg* (signature)
Elliot Greenberg, Vice-President

-16-

327976.3 - 01/23/17
329105.2 - 02/06/17