# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 17785] | 12/1/16 - 12/31/16 | $47,852.50 (Fees) $6.90 (Expenses) | $38,282.00 (Fees @ 80%) $6.90 (Expenses @ 100%) | 1/23/2017 | 2/13/2017 |

2234811v1