# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2017 through January 31, 2017

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Costs | | $50.00 |
| Transcripts | | 2,148.75 |
| Photos/Art/Spec Duplicating | Out of Office | 10,299.95 |
| Meals | | 925.75 |
| Messenger Services | | 130.00 |
| Courier/Delivery Service | | 381.53 |
| Computer Research | Westlaw | 1,864.66 |
| In House Duplicating | | 1,948.40 |
| Postage | | 60.34 |
| Pacer | | 499.70 |
| Process Server | | 200 |
| Conference Calls | | 325.00 |
| **Total Expenses** | | **$18,834.08** |

Nortel Networks, Inc.  PRO FORMA   415826           AS OF 01/31/17                    INVOICE# ******
63989-DIP
DATE: 02/15/17 13:25:22

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1473638 | 01/18/17 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H FEE FOR B. BELLER - 1/18/17 | 503 | 000 | 223213 |
| 1473658 | 01/27/17 | B | 25.00 | Court Costs - CITIZENS BANK - USDC-DE - PRO H FEE FOR N. JEDREY - 1/27/17 | 503 | 000 | 223213 |
| 1471258 | 12/09/16 | B | 296.45 | Transcripts - DIAZ DATA SERVICES - DAILY TRANSCRIPTS - 12/9/16 | 506 | 971 | 223101 |
| 1469402 | 12/28/16 | B | 1,852.30 | Transcripts - RELIABLE COPY SERVICE-DELAWARE RUSH TRANSCRIPT - 12/28/16 | 506 | 961 | 223013 |
| 1473186 | 01/20/17 | B | 7,879.43 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - PRINT B/W, PRINT COLOR, TABS, BINDERS, REDWELDS - 1/20/17 | 510 | 961 | 223180 |
| 1472774 | 01/31/17 | B | 2,281.77 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 1/31/17 | 510 | 961 | 223152 |
| 1472775 | 01/31/17 | B | 138.75 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 1/31/17 | 510 | 684 | 223153 |
| 1468768 | 12/20/16 | B | 598.00 | Meals - CITIZENS BANK - JANSSEN'S MARKET - LUNCH FOR 40 PEOPLE - 12/20/16 | 512 | 000 | 222979 |
| 1464721 | 01/13/17 | B | 100.00 | Meals - URBAN CAFE, LLC - SNACK FOR 25 PEOPLE 1/16/16 | 512 | 322 | 222689 |
| 1465703 | 01/16/17 | B | 180.00 | Meals - URBAN CAFE, LLC - SNACK FOR 25 PEOPLE 1/16/17 | 512 | 322 | 222741 |
| 1467701 | 01/24/17 | B | 47.75 | Meals - TAMARA MINOTT - REIMBURSEMENT OF EXPENSES FOR WORKING LUNCH - W/ A. GRAHAM, M. RAPPAPORT, R. D'AMATO, A. WU - 1/24/17 | 512 | 971 | 222916 |
| 1461922 | 01/03/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1461944 | 01/04/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1461945 | 01/04/17 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1461949 | 01/05/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1461959 | 01/05/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1461981 | 01/06/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1466674 | 01/10/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1466686 | 01/11/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1466730 | 01/17/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1466768 | 01/19/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1466773 | 01/19/17 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1466778 | 01/20/17 | B | 5.00 | Messenger Service - to USBC | 513S | 546 | |
| 1466779 | 01/20/17 | B | 5.00 | Messenger Service - to USBC | 513S | 546 | |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　PRO FORMA　415826　　　　　　AS OF 01/31/17　　　　　　　　　　　INVOICE# ******
63989-DIP
DATE: 02/15/17 13:25:22

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1472605 | 01/23/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1472617 | 01/23/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1472621 | 01/23/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1472624 | 01/24/17 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1472634 | 01/24/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1472632 | 01/24/17 | B | 5.00 | Messenger Service - to USBC | 513S | 961 | |
| 1472657 | 01/26/17 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1472658 | 01/26/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1472681 | 01/27/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1472685 | 01/27/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1472697 | 01/31/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1472698 | 01/31/17 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1472709 | 01/31/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1464810 | 01/05/17 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 222726 |
| 1471259 | 01/19/17 | B | 58.91 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 223103 |
| 1474514 | 01/24/17 | B | 290.18 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 223263 |
| 1469247 | 01/25/17 | B | 25.54 | Courier/Delivery Service | 514 | 322 | 222994 |
| 1461013 | 01/06/17 | B | 653.60 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1461014 | 01/07/17 | B | 98.04 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1464119 | 01/10/17 | B | 18.81 | Computer Research - Westlaw Search Performed by: BIBILONI,JOSE | 515 | 000 | |
| 1464120 | 01/10/17 | B | 126.16 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1464121 | 01/11/17 | B | 94.05 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1464122 | 01/12/17 | B | 18.81 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1466538 | 01/18/17 | B | 37.62 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1466539 | 01/18/17 | B | 18.81 | Computer Research - Westlaw Search Performed by: TALMO,MATTHEW | 515 | 000 | |
| 1469278 | 01/23/17 | B | 52.06 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1469279 | 01/23/17 | B | 150.48 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PRO FORMA 415826 | AS OF 01/31/17 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 02/15/17 13:25:22 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1469280 | 01/27/17 | B | 276.45 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1471952 | 01/29/17 | B | 56.43 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1471953 | 01/30/17 | B | 112.86 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1471954 | 01/31/17 | B | 150.48 | Computer Research - Westlaw Search Performed by: HARVEY,MATTHEW B | 515 | 000 | |
| 1469431 | 12/01/16 | B | 24.40 | In-House Duplicating | 519 | 670 | |
| 1467869 | 12/13/16 | B | 1.90 | In-House Duplicating | 519 | 684 | |
| 1469432 | 12/14/16 | B | 4.10 | In-House Duplicating | 519 | 971 | |
| 1469433 | 01/23/17 | B | 0.40 | In-House Duplicating | 519 | 971 | |
| 1467870 | 01/23/17 | B | 12.00 | In-House Duplicating | 519 | 684 | |
| 1469988 | 01/31/17 | B | 111.00 | In-House Duplicating | 519 | 684 | |
| 1461838 | 01/05/17 | B | 4.08 | Postage | 520 | 684 | |
| 1466645 | 01/17/17 | B | 4.92 | Postage | 520 | 684 | |
| 1466660 | 01/19/17 | B | 4.08 | Postage | 520 | 684 | |
| 1466667 | 01/20/17 | B | 1.78 | Postage | 520 | 971 | |
| 1466666 | 01/20/17 | B | 3.56 | Postage | 520 | 594 | |
| 1472556 | 01/26/17 | B | 6.09 | Postage | 520 | 684 | |
| 1472569 | 01/27/17 | B | 6.03 | Postage | 520 | 684 | |
| 1472572 | 01/31/17 | B | 4.20 | Postage | 520 | 684 | |
| 1472577 | 01/31/17 | B | 25.60 | Postage | 520 | 684 | |
| 1475208 | 01/31/17 | B | 499.70 | Pacer charges for the month of January | 529 | 000 | |
| 1459425 | 01/04/17 | B | 12.00 | In-House Printing - black & white Call time: 18:48; to | 541 | 605 | |
| 1459420 | 01/04/17 | B | 21.60 | In-House Printing - black & white Call time: 16:07; to | 541 | 684 | |
| 1459418 | 01/04/17 | B | 2.00 | In-House Printing - black & white Call time: 16:30; to | 541 | 961 | |
| 1459419 | 01/04/17 | B | 0.10 | In-House Printing - black & white Call time: 16:30; to | 541 | 961 | |
| 1459421 | 01/04/17 | B | 2.00 | In-House Printing - black & white Call time: 17:41; to | 541 | 961 | |
| 1459422 | 01/04/17 | B | 0.10 | In-House Printing - black & white Call time: 17:41; to | 541 | 961 | |
| 1459423 | 01/04/17 | B | 0.40 | In-House Printing - black & white Call time: 17:49; to | 541 | 034 | |
| 1459424 | 01/04/17 | B | 1.80 | In-House Printing - black & white Call time: 17:49; to | 541 | 034 | |

Nortel Networks, Inc.  PRO FORMA 415826        AS OF 01/31/17                INVOICE# ******
63989-DIP
DATE: 02/15/17 13:25:22

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1460039 | 01/05/17 | B | 0.10 | In-House Printing - black & white Call time: 09:40; to | 541 | 684 | |
| 1460040 | 01/05/17 | B | 6.40 | In-House Printing - black & white Call time: 11:15; to | 541 | 684 | |
| 1460041 | 01/05/17 | B | 8.30 | In-House Printing - black & white Call time: 12:32; to | 541 | 684 | |
| 1460042 | 01/05/17 | B | 0.20 | In-House Printing - black & white Call time: 12:32; to | 541 | 684 | |
| 1460038 | 01/05/17 | B | 2.30 | In-House Printing - black & white Call time: 09:40; to | 541 | 684 | |
| 1460482 | 01/06/17 | B | 0.80 | In-House Printing - black & white Call time: 09:18; to | 541 | 322 | |
| 1460483 | 01/06/17 | B | 0.10 | In-House Printing - black & white Call time: 09:19; to | 541 | 322 | |
| 1460484 | 01/06/17 | B | 0.50 | In-House Printing - black & white Call time: 09:19; to | 541 | 322 | |
| 1460481 | 01/06/17 | B | 5.20 | In-House Printing - black & white Call time: 21:06; to | 541 | 034 | |
| 1460485 | 01/06/17 | B | 6.40 | In-House Printing - black & white Call time: 11:56; to | 541 | 034 | |
| 1460486 | 01/06/17 | B | 2.80 | In-House Printing - black & white Call time: 12:02; to | 541 | 034 | |
| 1461348 | 01/09/17 | B | 3.20 | In-House Printing - black & white Call time: 15:53; to | 541 | 961 | |
| 1461349 | 01/09/17 | B | 3.20 | In-House Printing - black & white Call time: 16:03; to | 541 | 637 | |
| 1461350 | 01/09/17 | B | 0.20 | In-House Printing - black & white Call time: 13:55; to | 541 | 322 | |
| 1461351 | 01/09/17 | B | 0.50 | In-House Printing - black & white Call time: 13:55; to | 541 | 322 | |
| 1462149 | 01/09/17 | B | 0.20 | In-House Printing - black & white Call time: 19:18; to | 541 | 605 | |
| 1462150 | 01/09/17 | B | 0.50 | In-House Printing - black & white Call time: 19:18; to | 541 | 605 | |
| 1462154 | 01/10/17 | B | 44.50 | In-House Printing - black & white Call time: 13:46; to | 541 | 034 | |
| 1462155 | 01/10/17 | B | 1.90 | In-House Printing - black & white Call time: 13:46; to | 541 | 034 | |
| 1462156 | 01/10/17 | B | 22.70 | In-House Printing - black & white Call time: 13:46; to | 541 | 034 | |
| 1462157 | 01/10/17 | B | 1.60 | In-House Printing - black & white Call time: 13:46; to | 541 | 034 | |
| 1462158 | 01/10/17 | B | 7.50 | In-House Printing - black & white Call time: 13:31; to | 541 | 034 | |
| 1462723 | 01/10/17 | B | 4.00 | In-House Printing - black & white Call time: 19:40; to | 541 | 034 | |
| 1462151 | 01/10/17 | B | 0.20 | In-House Printing - black & white Call time: 11:45; to | 541 | 961 | |
| 1462153 | 01/10/17 | B | 6.70 | In-House Printing - black & white Call time: 13:52; to | 541 | 961 | |
| 1462152 | 01/10/17 | B | 3.30 | In-House Printing - black & white Call time: 13:43; to | 541 | 034 | |
| 1463069 | 01/11/17 | B | 2.90 | In-House Printing - black & white Call time: 19:35; to | 541 | 034 | |
| 1463070 | 01/12/17 | B | 6.20 | In-House Printing - black & white Call time: 16:12; to | 541 | 034 | |
| 1463078 | 01/12/17 | B | 6.00 | In-House Printing - black & white Call time: 09:26; to | 541 | 034 | |
| 1463079 | 01/12/17 | B | 8.10 | In-House Printing - black & white Call time: 09:26; to | 541 | 034 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1463071 | 01/12/17 | B | 44.60 | In-House Printing - black & white Call time: 10:51; to | 541 | 684 | |
| 1463072 | 01/12/17 | B | 1.90 | In-House Printing - black & white Call time: 10:51; to | 541 | 684 | |
| 1463073 | 01/12/17 | B | 9.40 | In-House Printing - black & white Call time: 10:52; to | 541 | 684 | |
| 1463074 | 01/12/17 | B | 22.80 | In-House Printing - black & white Call time: 10:50; to | 541 | 684 | |
| 1463075 | 01/12/17 | B | 1.60 | In-House Printing - black & white Call time: 10:50; to | 541 | 684 | |
| 1463076 | 01/12/17 | B | 32.40 | In-House Printing - black & white Call time: 10:55; to | 541 | 684 | |
| 1463077 | 01/12/17 | B | 1.70 | In-House Printing - black & white Call time: 10:55; to | 541 | 684 | |
| 1463585 | 01/13/17 | B | 0.10 | In-House Printing - black & white Call time: 08:36; to | 541 | 684 | |
| 1463587 | 01/13/17 | B | 3.20 | In-House Printing - black & white Call time: 16:57; to | 541 | 961 | |
| 1463589 | 01/13/17 | B | 7.70 | In-House Printing - black & white Call time: 19:07; to | 541 | 961 | |
| 1463584 | 01/13/17 | B | 7.70 | In-House Printing - black & white Call time: 10:58; to | 541 | 034 | |
| 1463588 | 01/13/17 | B | 3.20 | In-House Printing - black & white Call time: 16:53; to | 541 | 083 | |
| 1463583 | 01/13/17 | B | 163.60 | In-House Printing - black & white Call time: 12:11; to | 541 | 603 | |
| 1463586 | 01/13/17 | B | 7.70 | In-House Printing - black & white Call time: 09:13; to | 541 | 322 | |
| 1463993 | 01/16/17 | B | 3.00 | In-House Printing - black & white Call time: 15:39; to | 541 | 554 | |
| 1463990 | 01/16/17 | B | 5.60 | In-House Printing - black & white Call time: 09:25; to | 541 | 961 | |
| 1463991 | 01/16/17 | B | 6.00 | In-House Printing - black & white Call time: 10:25; to | 541 | 637 | |
| 1463992 | 01/16/17 | B | 3.00 | In-House Printing - black & white Call time: 10:26; to | 541 | 637 | |
| 1464327 | 01/17/17 | B | 7.00 | In-House Printing - black & white Call time: 13:06; to | 541 | 034 | |
| 1464328 | 01/17/17 | B | 8.40 | In-House Printing - black & white Call time: 14:06; to | 541 | 034 | |
| 1464329 | 01/17/17 | B | 0.10 | In-House Printing - black & white Call time: 14:06; to | 541 | 034 | |
| 1464335 | 01/17/17 | B | 3.40 | In-House Printing - black & white Call time: 12:06; to | 541 | 034 | |
| 1464337 | 01/17/17 | B | 7.70 | In-House Printing - black & white Call time: 11:23; to | 541 | 034 | |
| 1464338 | 01/17/17 | B | 0.10 | In-House Printing - black & white Call time: 11:23; to | 541 | 034 | |
| 1464330 | 01/17/17 | B | 13.80 | In-House Printing - black & white Call time: 12:10; to | 541 | 684 | |
| 1464331 | 01/17/17 | B | 2.40 | In-House Printing - black & white Call time: 12:10; to | 541 | 684 | |
| 1464332 | 01/17/17 | B | 7.60 | In-House Printing - black & white Call time: 11:38; to | 541 | 684 | |
| 1464333 | 01/17/17 | B | 2.00 | In-House Printing - black & white Call time: 12:03; to | 541 | 684 | |
| 1464334 | 01/17/17 | B | 0.40 | In-House Printing - black & white Call time: 12:03; to | 541 | 684 | |
| 1464336 | 01/17/17 | B | 3.70 | In-House Printing - black & white Call time: 16:06; to | 541 | 684 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PRO FORMA 415826 | AS OF 01/31/17 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 02/15/17 13:25:22 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1471324 | 01/17/17 | B | 103.40 | In-House Printing - black & white | 541 | 603 | |
| 1464850 | 01/18/17 | B | 8.30 | In-House Printing - black & white Call time: 17:48; to | 541 | 605 | |
| 1464851 | 01/18/17 | B | 2.10 | In-House Printing - black & white Call time: 18:03; to | 541 | 605 | |
| 1464852 | 01/18/17 | B | 2.10 | In-House Printing - black & white Call time: 18:04; to | 541 | 605 | |
| 1464848 | 01/18/17 | B | 0.10 | In-House Printing - black & white Call time: 13:25; to | 541 | 684 | |
| 1464849 | 01/18/17 | B | 0.10 | In-House Printing - black & white Call time: 13:25; to | 541 | 684 | |
| 1464853 | 01/18/17 | B | 0.10 | In-House Printing - black & white Call time: 13:25; to | 541 | 684 | |
| 1465741 | 01/19/17 | B | 18.00 | In-House Printing - black & white Call time: 11:35; to | 541 | 684 | |
| 1465742 | 01/19/17 | B | 2.50 | In-House Printing - black & white Call time: 11:47; to | 541 | 684 | |
| 1465743 | 01/19/17 | B | 2.00 | In-House Printing - black & white Call time: 11:47; to | 541 | 684 | |
| 1465738 | 01/19/17 | B | 8.30 | In-House Printing - black & white Call time: 08:57; to | 541 | 034 | |
| 1465739 | 01/19/17 | B | 7.80 | In-House Printing - black & white Call time: 09:06; to | 541 | 034 | |
| 1465740 | 01/19/17 | B | 9.10 | In-House Printing - black & white Call time: 09:06; to | 541 | 034 | |
| 1465744 | 01/19/17 | B | 16.60 | In-House Printing - black & white Call time: 13:23; to | 541 | 034 | |
| 1465745 | 01/19/17 | B | 0.40 | In-House Printing - black & white Call time: 13:23; to | 541 | 034 | |
| 1465747 | 01/19/17 | B | 7.90 | In-House Printing - black & white Call time: 17:37; to | 541 | 605 | |
| 1465746 | 01/19/17 | B | 8.80 | In-House Printing - black & white Call time: 15:53; to | 541 | 594 | |
| 1465748 | 01/19/17 | B | 8.80 | In-House Printing - black & white Call time: 16:34; to | 541 | 594 | |
| 1466242 | 01/20/17 | B | 23.50 | In-House Printing - black & white Call time: 16:31; to | 541 | 594 | |
| 1466243 | 01/20/17 | B | 4.30 | In-House Printing - black & white Call time: 15:25; to | 541 | 594 | |
| 1466244 | 01/20/17 | B | 0.10 | In-House Printing - black & white Call time: 15:25; to | 541 | 594 | |
| 1466254 | 01/20/17 | B | 8.80 | In-House Printing - black & white Call time: 10:05; to | 541 | 554 | |
| 1466245 | 01/20/17 | B | 8.80 | In-House Printing - black & white Call time: 09:00; to | 541 | 546 | |
| 1466246 | 01/20/17 | B | 8.80 | In-House Printing - black & white Call time: 09:01; to | 541 | 546 | |
| 1466247 | 01/20/17 | B | 8.10 | In-House Printing - black & white Call time: 09:03; to | 541 | 546 | |
| 1466248 | 01/20/17 | B | 0.10 | In-House Printing - black & white Call time: 09:03; to | 541 | 546 | |
| 1466249 | 01/20/17 | B | 8.10 | In-House Printing - black & white Call time: 09:04; to | 541 | 546 | |
| 1466250 | 01/20/17 | B | 0.10 | In-House Printing - black & white Call time: 09:04; to | 541 | 546 | |
| 1466251 | 01/20/17 | B | 4.40 | In-House Printing - black & white Call time: 09:24; to | 541 | 546 | |
| 1466252 | 01/20/17 | B | 4.40 | In-House Printing - black & white Call time: 09:24; to | 541 | 546 | |

Nortel Networks, Inc.　　　　　　　　　　　　　　　　PRO FORMA 415826　　　AS OF 01/31/17　　　　　　　　　　INVOICE# ******
63989-DIP
DATE: 02/15/17 13:25:22

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1466253 | 01/20/17 | B | 8.80 | In-House Printing - black & white Call time: 09:47; to | 541 | 961 | |
| 1466890 | 01/23/17 | B | 6.60 | In-House Printing - black & white Call time: 16:24; to | 541 | 961 | |
| 1466891 | 01/23/17 | B | 0.60 | In-House Printing - black & white Call time: 16:24; to | 541 | 961 | |
| 1466867 | 01/23/17 | B | 103.40 | In-House Printing - black & white Call time: 17:45; to | 541 | 010 | |
| 1466904 | 01/23/17 | B | 5.00 | In-House Printing - black & white Call time: 10:22; to | 541 | 034 | |
| 1466905 | 01/23/17 | B | 0.90 | In-House Printing - black & white Call time: 10:23; to | 541 | 034 | |
| 1466906 | 01/23/17 | B | 2.70 | In-House Printing - black & white Call time: 10:23; to | 541 | 034 | |
| 1466862 | 01/23/17 | B | 4.40 | In-House Printing - black & white Call time: 15:38; to | 541 | 034 | |
| 1466868 | 01/23/17 | B | 8.40 | In-House Printing - black & white Call time: 18:04; to | 541 | 034 | |
| 1466869 | 01/23/17 | B | 3.40 | In-House Printing - black & white Call time: 18:05; to | 541 | 034 | |
| 1466870 | 01/23/17 | B | 5.60 | In-House Printing - black & white Call time: 18:05; to | 541 | 034 | |
| 1466871 | 01/23/17 | B | 84.00 | In-House Printing - black & white Call time: 18:06; to | 541 | 034 | |
| 1466872 | 01/23/17 | B | 3.40 | In-House Printing - black & white Call time: 18:16; to | 541 | 034 | |
| 1466884 | 01/23/17 | B | 5.60 | In-House Printing - black & white Call time: 18:16; to | 541 | 034 | |
| 1466900 | 01/23/17 | B | 3.70 | In-House Printing - black & white Call time: 10:55; to | 541 | 034 | |
| 1466857 | 01/23/17 | B | 3.60 | In-House Printing - black & white Call time: 16:06; to | 541 | 454 | |
| 1466858 | 01/23/17 | B | 1.10 | In-House Printing - black & white Call time: 16:06; to | 541 | 454 | |
| 1466859 | 01/23/17 | B | 0.70 | In-House Printing - black & white Call time: 16:07; to | 541 | 454 | |
| 1466860 | 01/23/17 | B | 1.70 | In-House Printing - black & white Call time: 16:07; to | 541 | 454 | |
| 1466861 | 01/23/17 | B | 5.00 | In-House Printing - black & white Call time: 16:07; to | 541 | 454 | |
| 1466873 | 01/23/17 | B | 62.60 | In-House Printing - black & white Call time: 14:38; to | 541 | 454 | |
| 1466889 | 01/23/17 | B | 1.00 | In-House Printing - black & white Call time: 16:07; to | 541 | 454 | |
| 1466880 | 01/23/17 | B | 0.10 | In-House Printing - black & white Call time: 16:04; to | 541 | 454 | |
| 1466881 | 01/23/17 | B | 0.70 | In-House Printing - black & white Call time: 16:05; to | 541 | 454 | |
| 1466882 | 01/23/17 | B | 0.40 | In-House Printing - black & white Call time: 16:05; to | 541 | 454 | |
| 1466883 | 01/23/17 | B | 0.40 | In-House Printing - black & white Call time: 16:06; to | 541 | 454 | |
| 1466887 | 01/23/17 | B | 0.10 | In-House Printing - black & white Call time: 16:15; to | 541 | 454 | |
| 1466888 | 01/23/17 | B | 0.10 | In-House Printing - black & white Call time: 16:16; to | 541 | 454 | |
| 1466863 | 01/23/17 | B | 31.30 | In-House Printing - black & white Call time: 17:14; to | 541 | 684 | |
| 1466864 | 01/23/17 | B | 1.60 | In-House Printing - black & white Call time: 17:14; to | 541 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/15/17 13:25:22

PRO FORMA 415826 AS OF 01/31/17 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1466865 | 01/23/17 | B | 31.30 | In-House Printing - black & white Call time: 17:17; to | 541 | 684 | |
| 1466866 | 01/23/17 | B | 1.60 | In-House Printing - black & white Call time: 17:17; to | 541 | 684 | |
| 1466901 | 01/23/17 | B | 11.00 | In-House Printing - black & white Call time: 09:45; to | 541 | 684 | |
| 1466902 | 01/23/17 | B | 3.60 | In-House Printing - black & white Call time: 09:26; to | 541 | 684 | |
| 1466903 | 01/23/17 | B | 2.50 | In-House Printing - black & white Call time: 09:25; to | 541 | 684 | |
| 1466894 | 01/23/17 | B | 1.70 | In-House Printing - black & white Call time: 16:45; to | 541 | 684 | |
| 1466895 | 01/23/17 | B | 3.50 | In-House Printing - black & white Call time: 16:46; to | 541 | 684 | |
| 1466896 | 01/23/17 | B | 5.60 | In-House Printing - black & white Call time: 16:46; to | 541 | 684 | |
| 1466897 | 01/23/17 | B | 8.50 | In-House Printing - black & white Call time: 16:51; to | 541 | 684 | |
| 1466898 | 01/23/17 | B | 92.20 | In-House Printing - black & white Call time: 17:34; to | 541 | 684 | |
| 1466899 | 01/23/17 | B | 11.20 | In-House Printing - black & white Call time: 17:34; to | 541 | 684 | |
| 1466885 | 01/23/17 | B | 2.50 | In-House Printing - black & white Call time: 15:52; to | 541 | 684 | |
| 1466886 | 01/23/17 | B | 5.00 | In-House Printing - black & white Call time: 16:09; to | 541 | 684 | |
| 1466892 | 01/23/17 | B | 9.90 | In-House Printing - black & white Call time: 16:44; to | 541 | 684 | |
| 1466893 | 01/23/17 | B | 8.60 | In-House Printing - black & white Call time: 16:45; to | 541 | 684 | |
| 1466874 | 01/23/17 | B | 8.60 | In-House Printing - black & white Call time: 16:03; to | 541 | 684 | |
| 1466875 | 01/23/17 | B | 1.70 | In-House Printing - black & white Call time: 16:03; to | 541 | 684 | |
| 1466876 | 01/23/17 | B | 3.50 | In-House Printing - black & white Call time: 16:04; to | 541 | 684 | |
| 1466877 | 01/23/17 | B | 5.60 | In-House Printing - black & white Call time: 16:04; to | 541 | 684 | |
| 1466878 | 01/23/17 | B | 0.10 | In-House Printing - black & white Call time: 16:04; to | 541 | 684 | |
| 1466879 | 01/23/17 | B | 0.60 | In-House Printing - black & white Call time: 16:04; to | 541 | 684 | |
| 1467355 | 01/24/17 | B | 3.50 | In-House Printing - black & white Call time: 10:33; to | 541 | 684 | |
| 1467356 | 01/24/17 | B | 10.80 | In-House Printing - black & white Call time: 08:27; to | 541 | 684 | |
| 1467357 | 01/24/17 | B | 2.50 | In-House Printing - black & white Call time: 08:28; to | 541 | 684 | |
| 1467358 | 01/24/17 | B | 8.60 | In-House Printing - black & white Call time: 08:29; to | 541 | 684 | |
| 1467359 | 01/24/17 | B | 0.10 | In-House Printing - black & white Call time: 08:29; to | 541 | 684 | |
| 1467360 | 01/24/17 | B | 7.50 | In-House Printing - black & white Call time: 08:29; to | 541 | 684 | |
| 1467361 | 01/24/17 | B | 0.10 | In-House Printing - black & white Call time: 08:29; to | 541 | 684 | |
| 1467362 | 01/24/17 | B | 2.40 | In-House Printing - black & white Call time: 08:46; to | 541 | 971 | |
| 1467363 | 01/24/17 | B | 4.20 | In-House Printing - black & white Call time: 08:48; to | 541 | 971 | |

Nortel Networks, Inc.  PRO FORMA  415820  AS OF 01/31/17  INVOICE# ******
63989-DIP
DATE: 02/15/17 13:25:22

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1467364 | 01/24/17 | B | 0.10 | In-House Printing - black & white Call time: 08:48; to | 541 | 971 | |
| 1467353 | 01/24/17 | B | 8.80 | In-House Printing - black & white Call time: 11:01; to | 541 | 221 | |
| 1467354 | 01/24/17 | B | 2.40 | In-House Printing - black & white Call time: 10:51; to | 541 | 221 | |
| 1467367 | 01/24/17 | B | 3.50 | In-House Printing - black & white Call time: 09:17; to | 541 | 670 | |
| 1467368 | 01/24/17 | B | 5.60 | In-House Printing - black & white Call time: 09:17; to | 541 | 670 | |
| 1467369 | 01/24/17 | B | 1.40 | In-House Printing - black & white Call time: 09:14; to | 541 | 670 | |
| 1467370 | 01/24/17 | B | 3.00 | In-House Printing - black & white Call time: 09:41; to | 541 | 034 | |
| 1467371 | 01/24/17 | B | 3.50 | In-House Printing - black & white Call time: 09:41; to | 541 | 034 | |
| 1467365 | 01/24/17 | B | 3.50 | In-House Printing - black & white Call time: 08:57; to | 541 | 961 | |
| 1467366 | 01/24/17 | B | 5.60 | In-House Printing - black & white Call time: 08:57; to | 541 | 961 | |
| 1467871 | 01/25/17 | B | 6.80 | In-House Printing - black & white Call time: 10:07; to | 541 | 961 | |
| 1467872 | 01/25/17 | B | 0.20 | In-House Printing - black & white Call time: 10:07; to | 541 | 961 | |
| 1467873 | 01/25/17 | B | 2.00 | In-House Printing - black & white Call time: 14:51; to | 541 | 221 | |
| 1467874 | 01/25/17 | B | 6.40 | In-House Printing - black & white Call time: 14:51; to | 541 | 221 | |
| 1467877 | 01/25/17 | B | 1.60 | In-House Printing - black & white Call time: 14:14; to | 541 | 684 | |
| 1467875 | 01/25/17 | B | 11.90 | In-House Printing - black & white Call time: 15:07; to | 541 | 684 | |
| 1467876 | 01/25/17 | B | 38.80 | In-House Printing - black & white Call time: 15:07; to | 541 | 684 | |
| 1468417 | 01/26/17 | B | 6.90 | In-House Printing - black & white Call time: 15:24; to | 541 | 684 | |
| 1468418 | 01/26/17 | B | 5.20 | In-House Printing - black & white Call time: 09:44; to | 541 | 684 | |
| 1468420 | 01/26/17 | B | 4.20 | In-House Printing - black & white Call time: 09:46; to | 541 | 684 | |
| 1468421 | 01/26/17 | B | 41.40 | In-House Printing - black & white Call time: 11:56; to | 541 | 684 | |
| 1468422 | 01/26/17 | B | 6.90 | In-House Printing - black & white Call time: 11:57; to | 541 | 684 | |
| 1468419 | 01/26/17 | B | 2.40 | In-House Printing - black & white Call time: 09:08; to | 541 | 961 | |
| 1468902 | 01/27/17 | B | 3.20 | In-House Printing - black & white Call time: 15:25; to | 541 | 961 | |
| 1468903 | 01/27/17 | B | 3.20 | In-House Printing - black & white Call time: 11:30; to | 541 | 034 | |
| 1468904 | 01/27/17 | B | 2.00 | In-House Printing - black & white Call time: 15:51; to | 541 | 034 | |
| 1468905 | 01/27/17 | B | 6.40 | In-House Printing - black & white Call time: 15:51; to | 541 | 034 | |
| 1468907 | 01/27/17 | B | 11.00 | In-House Printing - black & white Call time: 13:28; to | 541 | 034 | |
| 1468908 | 01/27/17 | B | 0.80 | In-House Printing - black & white Call time: 13:28; to | 541 | 034 | |
| 1468909 | 01/27/17 | B | 3.10 | In-House Printing - black & white Call time: 13:30; to | 541 | 034 | |

```
Nortel Networks, Inc.                        PRO FORMA  415820            AS OF 01/31/17          INVOICE#  ******
63989-DIP
DATE: 02/15/17 13:25:22
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1468900 | 01/27/17 | B | 21.00 | In-House Printing - black & white Call time: 15:15; to | 541 | 684 | |
| 1468906 | 01/27/17 | B | 2.50 | In-House Printing - black & white Call time: 16:00; to | 541 | 684 | |
| 1468901 | 01/27/17 | B | 3.20 | In-House Printing - black & white Call time: 15:16; to | 541 | 971 | |
| 1468899 | 01/27/17 | B | 6.40 | In-House Printing - black & white Call time: 14:11; to | 541 | 221 | |
| 1468910 | 01/27/17 | B | 2.00 | In-House Printing - black & white Call time: 14:11; to | 541 | 221 | |
| 1469435 | 01/30/17 | B | 3.20 | In-House Printing - black & white Call time: 09:20; to | 541 | 322 | |
| 1469989 | 01/30/17 | B | 11.00 | In-House Printing - black & white Call time: 19:02; to | 541 | 605 | |
| 1469434 | 01/30/17 | B | 3.20 | In-House Printing - black & white Call time: 09:47; to | 541 | 034 | |
| 1469436 | 01/30/17 | B | 4.70 | In-House Printing - black & white Call time: 10:46; to | 541 | 034 | |
| 1469996 | 01/31/17 | B | 4.00 | In-House Printing - black & white Call time: 17:23; to | 541 | 961 | |
| 1469991 | 01/31/17 | B | 11.00 | In-House Printing - black & white Call time: 00:23; to | 541 | 605 | |
| 1469990 | 01/31/17 | B | 20.80 | In-House Printing - black & white Call time: 14:12; to | 541 | 684 | |
| 1469992 | 01/31/17 | B | 0.90 | In-House Printing - black & white Call time: 08:54; to | 541 | 684 | |
| 1469993 | 01/31/17 | B | 1.30 | In-House Printing - black & white Call time: 08:54; to | 541 | 684 | |
| 1469994 | 01/31/17 | B | 9.40 | In-House Printing - black & white Call time: 16:36; to | 541 | 684 | |
| 1469995 | 01/31/17 | B | 8.60 | In-House Printing - black & white Call time: 16:36; to | 541 | 684 | |
| 1465697 | 01/17/17 | B | 200.00 | Process Server - UNDISPUTED LEGAL - ATTEMPTED SERVICE ON JACO ELECTRONICS - 10/13/16 | 550 | 322 | 222733 |
| 1473620 | 12/21/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #8041584 - L. SCHWEITZE - 12/21/16 | 552H R | 000 | 223213 |
| 1473621 | 12/21/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #8041586 - D. ABBOTT - 12/21/16 | 552H | 000 | 223213 |
| 1473619 | 12/21/16 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #8041581 - D. HERRINGTO - 12/21/16 | 552H N | 000 | 223213 |
| 1473660 | 01/25/17 | B | 30.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #8107484 - D. ABBOTT - 1/25/17 | 552H | 000 | 223213 |
| 1473663 | 01/26/17 | B | 205.00 | Conference Calls - CITIZENS BANK - COURTCALL CONFERENCE SERVICES - #8103239 - M. GIANIS - 1/26/17 | 552H | 000 | 223213 |
| | | | 18,834.08 | | | | |