# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 03/01/2017 | Review and comment upon fee application | 0.5 | 445.00 | 14114716 |
| Bauer | Alison D. | 18/01/2017 | Review fee application | 0.5 | 445.00 | 14140697 |
| Bauer | Alison D. | 24/01/2017 | Review and comment upon monthly fee application | 0.7 | 623.00 | 14150775 |
| Bauer | Alison D. | 27/01/2017 | Review and comment upon monthly fee application (0.2); emails to MNAT re CNO (0.1); | 0.3 | 267.00 | 14156443 14156443 14156443 |
| Fleary | Kristina | 18/01/2017 | review fee application | 1.0 | 285.00 | 14139075 |
| Fleary | Kristina | 19/01/2017 | review fee application | 1.0 | 285.00 | 14139136 |
| Fleary | Kristina | 27/01/2017 | review fee application | 1.0 | 285.00 | 14160690 |
| Gray | William | 03/01/2017 | Review fee application | 0.6 | 585.00 | 14117093 |
| Gray | William | 09/01/2017 | Review year-end fee filings | 0.6 | 585.00 | 14130634 |
| Gray | William | 13/01/2017 | Review fee application for submission | 0.3 | 292.50 | 14141517 |
| Gray | William | 27/01/2017 | Review fee application | 0.3 | 292.50 | 14158573 |
| Tencza | Leigh Ann | 24/01/2017 | reviewing bankruptcy case docket for information regarding fee application documents filed for Torys LLP (0.9); email to A. Bauer regarding same (0.2); | 1.1 | 313.50 | 14150231 14150231 14150231 14150231 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 03/01/2017 | Work on confirmation issues | 1.7 | 1,657.50 | 14118340 |
| Gray | William | 04/01/2017 | Review dockets (0.3); prepare for confirmation hearings (0.3) | 0.6 | 585.00 | 14118739 14118739 |
| Gray | William | 12/01/2017 | Review Canadian court hearing regarding approval of fees | 0.4 | 390.00 | 14130250 14130250 |
| Gray | William | 09/01/2017 | Review resolution of objection (.6); review new objections filed on behalf of creditors (0.6); | 1.2 | 1,170.00 | 14130642 |
| Gray | William | 11/01/2017 | Preparation for hearing regarding plan confirmations | 1.4 | 1,365.00 | 14130648 |
| Gray | William | 06/01/2017 | Work on confirmation hearing issues | 0.8 | 780.00 | 14131083 |
| Gray | William | 26/01/2017 | review court order | 0.6 | 585.00 | 14156432 |
| Gray | William | 30/01/2017 | Review opinion of the monitor regarding fees (.6); review court decisions and plan summary (0.7); | 1.3 | 1,267.50 | 14162083 |
| Slavens | Adam | 02/01/2017 | reviewing chapter 11 case court documents re PBGC litigation and hearings; | 2.4 | 1,896.00 | 14112262 |
| Slavens | Adam | 10/01/2017 | reviewing chapter 11 plan objections and related court documents; | 1.5 | 1,185.00 | 14125300 |
| Slavens | Adam | 11/01/2017 | email correspondence with Cleary team re chapter 11 plan recognition motion; | 0.2 | 158.00 | 14128445 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/01/2017 | reviewing indenture trustee filing regarding opposition to approval of Monitor's fees; | 0.3 | 292.50 | 14127080 |
| Bomhof | Scott A. | 12/01/2017 | Correspondence with A. Slavens regarding preparation for meeting of Canadian creditors to vote on CCAA plan; | 0.4 | 390.00 | 14131282 |
| Bomhof | Scott A. | 17/01/2017 | Discuss events at creditors meeting with A. Slavens; | 0.3 | 292.50 | 14137227 |
| Bomhof | Scott A. | 16/01/2017 | Discuss Meeting of Creditors with A. Slavens; | 0.2 | 195.00 | 14137672 |
| Bomhof | Scott A. | 18/01/2017 | review draft CCAA Plan Sanction Order and escrow Release Order and provide comments on same; | 1.0 | 975.00 | 14141145 |
| Bomhof | Scott A. | 19/01/2017 | reviewing materials for CCAA plan sanction order (.6); reviewing Bennett Jones comments on Plan sanction order (.2); | 0.8 | 780.00 | 14145041 |
| Bomhof | Scott A. | 20/01/2017 | reviewing Monitor's motion record regarding approval and sanction of Canadian Plan and Escrow Release (1.7); telephone call with A. Slavens, B. Beller and P. Cantwell regarding preparation for January 24 hearing (.8); | 2.5 | 2,437.50 | 14145126 |
| Bomhof | Scott A. | 24/01/2017 | prepare for and attend joint hearing on plan sanction and plan confirmation (6.2); discuss re same with B. Gray (.3) | 6.5 | 6,337.50 | 14149806 |
| Bomhof | Scott A. | 23/01/2017 | reviewing materials for CCAA sanction order and US plan confirmation order and prepare for January 24 joint hearing (2.6); telephone call with A. Slavens, P. Cantwell, B. Beller, J. Pasquierello and C. Armstrong regarding preparation for joint hearing (1.0) | 3.6 | 3,510.00 | 14149807 |
| Bomhof | Scott A. | 25/01/2017 | reviewing CCAA order approving Canadian plan and follow up on Canadian recognition of US confirmation order (0.7); discuss same with B. Gray (0.3) | 1.0 | 975.00 | 14158750 |
| Bomhof | Scott A. | 30/01/2017 | reviewing endorsements of Justice Newbould approving Monitor/Goodman fees and sanctioning CCAA plan; | 0.8 | 780.00 | 14161071 |
| DeMarinis | Tony | 05/01/2017 | reviewing additional materials filed in connection with the passing of the Monitor's accounts; | 0.4 | 424.00 | 14116908 |
| DeMarinis | Tony | 09/01/2017 | reviewing BNYM's notice of particulars regarding Monitor's motion; | 0.2 | 212.00 | 14123003 |
| DeMarinis | Tony | 06/01/2017 | reviewing materials for plan disclosure statement and joint administration order (0.3); reviewing materials filed in connection with Monitor's accounts (0.2); reviewing approval motion materials filed regarding 1988 bond claim resolution (0.2); | 0.7 | 742.00 | 14123881 |
| DeMarinis | Tony | 10/01/2017 | reviewing factum and brief for recognition motion, and related materials; | 0.6 | 636.00 | 14127827 |
| DeMarinis | Tony | 12/01/2017 | reviewing recognition order and endorsement; | 0.1 | 106.00 | 14131389 |
| DeMarinis | Tony | 16/01/2017 | review order and endorsement on bond claims, and recognition order; | 0.4 | 424.00 | 14134702 |
| DeMarinis | Tony | 17/01/2017 | report on results of creditor plan votes, related emails, and consideration of implementation; | 0.5 | 530.00 | 14137042 |
| DeMarinis | Tony | 18/01/2017 | review and planning for completion, and reading counsel exchanges and filings; | 0.6 | 636.00 | 14139491 |
| DeMarinis | Tony | 20/01/2017 | review and consideration of sanction materials and related matters; | 0.8 | 848.00 | 14145813 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 23/01/2017 | review and consideration of materials relating to Plan sanction and completion; | 0.9 | 954.00 | 14148302 |
| DeMarinis | Tony | 25/01/2017 | reviewing issued sanction and escrow release orders as circulated; | 0.2 | 212.00 | 14151880 |
| DeMarinis | Tony | 26/01/2017 | review and planning for completion; | 0.7 | 742.00 | 14155145 |
| DeMarinis | Tony | 30/01/2017 | reading endorsements on sanction and account orders as circulated; | 0.2 | 212.00 | 14164824 |
| Gray | William | 13/01/2017 | Work on CCAA recognition hearing issues | 0.7 | 682.50 | 14141516 |
| Gray | William | 17/01/2017 | Work on CCAA confirmation issues | 1.4 | 1,365.00 | 14141530 |
| Gray | William | 24/01/2017 | Work on preparation for CCAA sanction and US confirmation order; conference with S. Bomhof regarding the same | 0.6 | 585.00 | 14156193 |
| Gray | William | 25/01/2017 | Conference with S. Bomhof regarding CCAA hearings; review status of confirmation orders; review court transcripts | 0.8 | 780.00 | 14156203 |
| Gray | William | 23/01/2017 | Prepare for CCAA and confirmation hearings; review NTCC settlement; conference call with A. Slavens regarding CCAA hearing | 1.2 | 1,170.00 | 14156233 |
| Gray | William | 20/01/2017 | Preparation for CCAA and sanction order hearings | 0.8 | 780.00 | 14156365 |
| Slavens | Adam | 02/01/2017 | preparing CCAA recognition motion materials re recognition of NIII filing and plan disclosure statement; | 2.7 | 2,133.00 | 14112233 |
| Slavens | Adam | 03/01/2017 | reviewing notice of appeal re Dunn claim and email correspondence from M. Wunder re same (0.5); reviewing claims resolution order re same (1.3); preparing email correspondence to M. Wunder re same (0.4); | 2.2 | 1,738.00 | 14114107 |
| Slavens | Adam | 03/01/2017 | preparing CCAA recognition motion materials re recognition of NIII filing and plan disclosure statement; | 2.4 | 1,896.00 | 14114150 |
| Slavens | Adam | 04/01/2017 | preparing CCAA recognition motion materials re recognition of NNIII filing and plan disclosure statement; | 4.4 | 3,476.00 | 14115676 |
| Slavens | Adam | 04/01/2017 | reviewing email correspondence from C. Armstrong re settlement of 1988 Bonds Claim; | 0.2 | 158.00 | 14115866 |
| Slavens | Adam | 05/01/2017 | reviewing background information re 1988 Bonds Claim (2.0); conference calls with Goodmans team, Casels team, L. Schweitzer re same (0.7); reviewing email correspondence re same (0.4); | 3.1 | 2,449.00 | 14117382 |
| Slavens | Adam | 05/01/2017 | preparing CCAA recognition motion materials re recognition of NNIII filing and plan disclosure statement (4.0); preparing commercial list request form and correspondence re same (0.5); email correspondence with Cleary team re same (0.3); | 4.8 | 3,792.00 | 14118984 |
| Slavens | Adam | 06/01/2017 | finalizing CCAA recognition motion materials re recognition of NNIII filing and plan disclosure statement and coordinating the service of same; | 4.4 | 3,476.00 | 14120908 |
| Slavens | Adam | 09/01/2017 | preparing factum and brief of authorities re recognition motion returnable January 12, 2017; | 4.0 | 3,160.00 | 14122757 |
| Slavens | Adam | 09/01/2017 | reviewing motion materials re motion returnable January 12, 2017; | 2.0 | 1,580.00 | 14122765 |
| Slavens | Adam | 10/01/2017 | preparing factum and brief of authorities re recognition motion returnable January 12, 2017 (2.5); serving, and making filing arrangements re, same (1.0); | 3.5 | 2,765.00 | 14126434 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/01/2017 | reviewing information re 1988 Bonds Claim; | 1.5 | 1,185.00 | 14128443 |
| Slavens | Adam | 11/01/2017 | preparing for motions returnable January 12, 2017; | 6.5 | 5,135.00 | 14128671 |
| Slavens | Adam | 12/01/2017 | attending motions returnable January 12, 2017 (2.8); preparing for same (1.7); preparing reporting email to L. Schweitzer re same (0.2); email correspondence with Service List re same (0.1); | 4.8 | 3,792.00 | 14131503 |
| Slavens | Adam | 12/01/2017 | reviewing SPSA and creditors' meeting order for meeting planning purposes (2.5); preparing proxy for creditors' meeting (0.5); email correspondence with L. Schweitzer and J. Ray, Bomhof re same (0.3); | 3.3 | 2,607.00 | 14131577 |
| Slavens | Adam | 15/01/2017 | reviewing creditors' meeting order and related materials re creditors' meeting; | 3.8 | 3,002.00 | 14133417 |
| Slavens | Adam | 13/01/2017 | email correspondence and telephone call with McMillan re fee approval motion; | 0.3 | 237.00 | 14133816 |
| Slavens | Adam | 13/01/2017 | reviewing CCAA filing re plan of LTD employees; | 1.0 | 790.00 | 14133818 |
| Slavens | Adam | 13/01/2017 | telephone calls with L. Schweitzer and C. Armstrong re creditors' meeting (0.8); preparing for same (1.5); | 2.3 | 1,817.00 | 14133968 |
| Slavens | Adam | 17/01/2017 | attending creditors' meeting (2.5); preparing and discussing w/ S. Bomhof for same (1.0); | 3.5 | 2,765.00 | 14137551 |
| Slavens | Adam | 16/01/2017 | reviewing Dunn claims decision and information re same; | 0.8 | 632.00 | 14137665 |
| Slavens | Adam | 17/01/2017 | reviewing Dunn claims decision and information re same; | 2.8 | 2,212.00 | 14137864 |
| Slavens | Adam | 16/01/2017 | preparing for creditors' meeting (1.3); discuss with Bomhof re same (.3); | 1.6 | 1,264.00 | 14138004 |
| Slavens | Adam | 18/01/2017 | reviewing and commenting on draft sanction order and escrow order (3.7); email correspondence with L. Schweitzer, G. Finlayson and Cassels team re same (0.4); | 4.1 | 3,239.00 | 14139439 |
| Slavens | Adam | 19/01/2017 | preparing for CCAA plan sanction hearing; | 2.0 | 1,580.00 | 14142138 |
| Slavens | Adam | 19/01/2017 | reviewing and commenting on draft sanction order and escrow order (3.5); reviewing comments of Cassels team and Cleary team on same (0.5); email correspondence with working group re same (0.7); | 4.7 | 3,713.00 | 14142376 |
| Slavens | Adam | 20/01/2017 | conference call with Cleary team and S. Bomhof re sanction/confirmation hearing coordination (0.4); preparing for same (0.4); | 0.8 | 632.00 | 14145454 |
| Slavens | Adam | 22/01/2017 | preparing for sanction hearing; | 5.2 | 4,108.00 | 14145644 |
| Slavens | Adam | 20/01/2017 | reviewing and commenting on draft sanction order and escrow order (2.0); reviewing comments of Cassels team, Bennett Jones team and Cleary team on same (0.5); email correspondence with working group re same (0.4); telephone calls with C. Armstrong re same (0.6); email correspondence with C. Armstrong and Cleary team re US escrow release order (0.5); | 4.0 | 3,160.00 | 14146061 |
| Slavens | Adam | 21/01/2017 | reviewing motion record re motion returnable January 24, 2017 (1.6); preparing for sanction hearing (1.0); email correspondence with Cleary team and C. Armstrong re US escrow release order (0.3); | 2.9 | 2,291.00 | 14146294 |
| Slavens | Adam | 24/01/2017 | attending joint plan/sanction/plan confirmation | 9.6 | 7,584.00 | 14150141 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 23/01/2017 | hearing and preparing for same; preparing for sanction hearing (3.0); conference call with Cleary team, Goodmans team, S. Bomhof, and B. Gray re same (0.6); | 3.6 | 2,844.00 | 14150444 |
| Slavens | Adam | 25/01/2017 | telephone call with B. Harrison re sanction hearing (0.2); preparing CCAA recognition materials re chapter 11 plan confirmation order (2.0); reviewing hearing transcript and issued and entered orders (1.0); | 3.2 | 2,528.00 | 14153605 |
| Slavens | Adam | 26/01/2017 | preparing CCAA recognition motion materials re chapter 11 plan confirmation order; | 1.5 | 1,185.00 | 14159617 |
| Slavens | Adam | 28/01/2017 | preparing CCAA recognition motion materials re chapter 11 plan confirmation order; | 1.1 | 869.00 | 14159658 |
| Slavens | Adam | 27/01/2017 | reviewing endorsement re costs; | 0.8 | 632.00 | 14159705 |
| Slavens | Adam | 30/01/2017 | preparing CCAA recognition motion materials re chapter 11 plan confirmation order; | 2.1 | 1,659.00 | 14167152 |
| Slavens | Adam | 30/01/2017 | preparing commercial list request form and letter re same; | 0.7 | 553.00 | 14167265 |
| Slavens | Adam | 30/01/2017 | reviewing issued CCAA orders and endorsements; | 1.3 | 1,027.00 | 14167267 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 10/01/2017 | reviewing materials for CCAA recognition of US Order approving US plan materials; | 0.4 | 390.00 | 14127081 |

U.S. Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 16/01/2017 | reviewing chapter 11 case court documents re plan objections; | 2.0 | 1,580.00 | 14137666 |
| Slavens | Adam | 26/01/2017 | reviewing chapter 11 case court materials; | 0.8 | 632.00 | 14159678 |
| Slavens | Adam | 31/01/2017 | reviewing chapter 11 case court documents; | 1.3 | 1,027.00 | 14167154 |