# **<u>EXHIBIT B</u>**

**Nortel**
**January 2017 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 303 | Taxi & Travel | 10/01/2017 | 6.65 | Taxi & Travel |
| 303 | Taxi & Travel | 10/01/2017 |  | Slavens, Adam; Taxi/Car Service - 330 University |
| 303 | Taxi & Travel | 10/01/2017 |  | attend at court |
|  |  |  | **$ 6.65** |  |
| 308 | Agents Fees | 17/01/2017 | 3,254.22 | Agents Fees - - VENDOR: SUPREME LAW GROUP Adam |
| 308 | Agents Fees | 17/01/2017 |  | Slavens-Inv.#1443-Nortel-Agent's Account |
|  |  |  | **$ 3,254.22** |  |
| 801 | Copies | 06/01/2017 | 65.50 | Copies |
| 801 | Copies | 10/01/2017 | 10.10 | Copies |
| 801 | Copies | 11/01/2017 | 37.20 | Copies |
| 801 | Copies | 19/01/2017 | 0.10 | Copies |
|  |  |  | **$ 112.90** |  |
| 808 | Laser Printing | 03/01/2017 | 0.70 | Laser Printing |
| 808 | Laser Printing | 05/01/2017 | 0.10 | Laser Printing |
| 808 | Laser Printing | 05/01/2017 | 0.60 | Laser Printing |
| 808 | Laser Printing | 06/01/2017 | 36.40 | Laser Printing |
| 808 | Laser Printing | 09/01/2017 | 1.10 | Laser Printing |
| 808 | Laser Printing | 10/01/2017 | 7.80 | Laser Printing |
| 808 | Laser Printing | 11/01/2017 | 12.40 | Laser Printing |
| 808 | Laser Printing | 12/01/2017 | 0.40 | Laser Printing |
| 808 | Laser Printing | 13/01/2017 | 0.40 | Laser Printing |
| 808 | Laser Printing | 13/01/2017 | 2.80 | Laser Printing |
| 808 | Laser Printing | 16/01/2017 | 41.30 | Laser Printing |
| 808 | Laser Printing | 19/01/2017 | 3.30 | Laser Printing |
| 808 | Laser Printing | 23/01/2017 | 21.00 | Laser Printing |
| 808 | Laser Printing | 23/01/2017 | 14.90 | Laser Printing |
| 808 | Laser Printing | 30/01/2017 | 0.30 | Laser Printing |
| 808 | Laser Printing | 31/01/2017 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 1.10 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 03/01/2017 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 24/01/2017 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 24/01/2017 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 24/01/2017 | 1.00 | Laser Printing |
| 4808 | Laser Printing | 24/01/2017 | 1.90 | Laser Printing |
| 4808 | Laser Printing | 24/01/2017 | 0.20 | Laser Printing |
|  |  |  | **$ 153.20** |  |
| 811 | Binding Charges | 06/01/2017 | 6.70 | Binding Charges |
| 811 | Binding Charges | 06/01/2017 |  | Jan-06-17, C Pellegreeni, Binding Charges, x3, |
| 811 | Binding Charges | 06/01/2017 |  | TINA WOO |
|  |  |  | **$ 6.70** |  |
| 844 | Exhibit Tabs | 06/01/2017 | 3.35 | Exhibit Tabs |
| 844 | Exhibit Tabs | 06/01/2017 |  | Jan-06-17, C Pellegreeni, Exhibit Tabs, x18, |
| 844 | Exhibit Tabs | 06/01/2017 |  | TINA WOO |
|  |  |  | **$ 3.35** |  |