**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 17906, 17908 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

AMY E. LEWIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 15, 2017, I caused to be served a personalized "Notice of Defective Transfer" (the "Defective Transfer"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Amy E. Lewis*
                                         Amy E. Lewis

Sworn to before me this
15th day of February, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 112

To: BAR(23) MAILID *** 000116062170 ***



ELLIOTT ASSOCIATES, L.P.
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

In re:

NORTEL NETWORKS INC., et al.,

    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

BAR(23) MAILID *** 000116062170 ***      NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 112

ELLIOTT ASSOCIATES, L.P.
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**Your transfer of claim # 6709 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17906         Date:  02/14/2017

/s/ Amy E. Lewis

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 113

To:   BAR(23) MAILID *** 000116062171 ***



ELLIOTT MANAGEMENT CORPORATION
40 WEST 57TH STREET - MICHAEL STEPHAN
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## **NOTICE OF DEFECTIVE TRANSFER**

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

BAR(23) MAILID *** 000116062171 ***          NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 113

ELLIOTT MANAGEMENT CORPORATION
40 WEST 57TH STREET - MICHAEL STEPHAN
NEW YORK, NY 10019

**Your transfer of claim # 6709 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17908              Date:  02/14/2017

/s/ Amy E. Lewis

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

NNI DEFTRFNTC (MERGE2, TXNUM2) 4000116043

To: BAR(23) MAILID *** 000116062169 ***



JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000116062169 ***        NNI DEFTRFNTC (MERGE2, TXNUM2) 4000116043

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

ELLIOTT ASSOCIATES, L.P.
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**Your transfer of claim # 6709 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17906            Date:  02/14/2017

/s/ Amy E. Lewis

---

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

NNI DEFTRFNTC (MERGE2, TXNUM2) 4000116043

To: BAR(23) MAILID *** 000116062169 ***



JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NORTEL NETWORKS INC., et al.,

    Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000116062169 ***        NNI DEFTRFNTC (MERGE2, TXNUM2) 4000116043

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: QUEENS BALLPARK COMPANY, L.L
520 MADISON AVE. THIRD FLOOR
NEW YORK,, NY 10022

ELLIOTT MANAGEMENT CORPORATION
40 WEST 57TH STREET - MICHAEL STEPHAN
NEW YORK, NY 10019

**Your transfer of claim # 6709 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   17908          Date:  02/14/2017

/s/ Amy E. Lewis

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT MANAGEMENT CORPORATION | 40 WEST 57TH STREET - MICHAEL STEPHAN, NEW YORK, NY 10019 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: QUEENS BALLPARK COMPANY, L.L, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: QUEENS BALLPARK COMPANY, L.L, 520 MADISON AVE. THIRD FLOOR, NEW YORK,, NY 10022 |

**Total Creditor Count 4**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006