IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X   Chapter 11
                                                      :
In re                                                 :   Case No. 09-10138 (KG)
                                                      :
Nortel Networks Inc., et al.,¹                        :   Jointly Administered
                                                      :
                     Debtors.                         :
                                                      :
------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 21, 2017 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtSolutions. Please visit their website at www.Court-Solutions.com and create an account, this must be done at least one hour prior to the hearing. CourtSolutions will not accept reservations after the extended deadline has passed. Please do not contact chambers prior to the expiration of the extended deadline.

**FEE APPLICATIONS**

1.  Quarterly Fee Applications.

    Objection Deadline: N/A

    Responses Received: None.

    Related Pleadings: See attached "Exhibit A".

    Status: The hearing on this matter will go forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: February 16, 2017  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE  19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*