# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17792] | 12/1/16 - 12/31/16 | £8,523.00 (Fees)<br><br>£4.80 (Expenses) | £6,818.40 (Fees @ 80%)<br><br>£4.80 (Expenses @ 100%) | 1/24/17 | 2/14/17 |