## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | ) | |
| | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| _____ | ) | |

## NOTICE OF CHANGE OF ATTORNEY ADDRESS AND LAW FIRM

**PLEASE TAKE NOTICE** that Dustin P. Branch, Esquire, counsel for 1500 Concord

Terrace LP (the "Landlord") in the above action, and formerly of the law firm of Katten Muchin

Rosenman LLP, has changed firms.  Effective immediately, Dustin P. Branch, Esquire should be

served at Ballard Spahr LLP, as indicated below:

> Dustin P. Branch, Esquire
> BALLARD SPAHR LLP
> 2029 Century Park East, Suite 800
> Los Angeles, CA 90067-2909
> Telephone: (424) 204-4354
> Facsimile: (424) 204-4350
> E-mail: branchd@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that – pursuant to Rule 1009(a) of the Federal Rules of

Bankruptcy Procedure – the Landlord requests that they be served with all documents at the

above address.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).

Dated:  February 16, 2017

**BALLARD SPAHR LLP**

/s/ Dustin P. Branch
Dustin P. Branch, Esquire
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com

*Attorneys for Landlord Creditor*
*1500 Concord Terrace LP*

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Ballard Spahr LLP, 2029 Century Park East, Suite 800, Los Angeles, California 90067.

      On February 16, 2017, I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY ADDRESS AND LAW FIRM** on the interested parties as follows:

(<u>X</u>)    **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)**  Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 16, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated and further certify that a true and correct copy was sent via ECF Noticing to all parties receiving ECF Notices in this Chapter 11 case.

(__)    **(BY MAIL – See attached service list)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day as filing (or within 24 hours of same) with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion upon the party served, that service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

(__)    **(BY ELECTRONIC MAIL – See attached list)**  By transmitting electronically to the parties at the email address indicated above.  To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on February 16, 2017, at Los Angeles, California.

                        */s/ Donna Carolo*
                        Donna Carolo

## SERVICE LIST

**VIA NEF**

Derek C. Abbott on behalf of 3rd Party Plaintiff Nortel Networks Inc., et al.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Debtor Nortel Networks (CALA) Inc.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Debtor Nortel Networks Inc., et al.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Defendant Nortel Networks Inc.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Interested Party Nortel Networks Inc., et al.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Justin R. Alberto on behalf of Interested Party Nortel Networks UK Pension Trust Limited &
The Board of the Pension Protection Fund
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Justin R. Alberto on behalf of Interested Party Trustee of Nortel Networks UK Pension Plan and
the Board of the Pension Protection Fund
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Justin R. Alberto on behalf of Interested Party UK Pension Trust Limited
jalberto@bayardlaw.com,
bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Gayle H. Allen on behalf of Creditor Bell Aliant Regional Communications Limited
gallen@verilldana.com, rmoon@verilldana.com;dkariotis@verilldana.com

Elihu Ezekiel Allinson, III on behalf of Creditor Motorola Solutions, Inc., formerly Motorola,
Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-
LLC.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor Motorola, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-
LLC.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Debtor Nortel Networks Inc., et al.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-
LLC.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Defendant Asteelflash California, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-
LLC.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Defendant Razorfish, LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-
LLC.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Defendant Sourcefire, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-
LLC.com;hcoleman@sha-llc.com

Mary E. Augustine on behalf of Creditor SNMP Research International, Inc.
maugustine@dkhogan.com

Mary E. Augustine on behalf of Creditor SNMP Research International, Inc.
maugustine@dkhogan.com

Mary E. Augustine on behalf of Defendant Nathanson and Company LLC
maugustine@bglawde.com

Matthew P. Austria on behalf of Defendant Bick Group, Inc.
maustria@werbsullivan.com

Matthew P. Austria on behalf of Defendant CMGRP, Inc.
maustria@werbsullivan.com

Matthew P. Austria on behalf of Defendant Jack Morton Worldwide, Inc.
maustria@werbsullivan.com

Matthew P. Austria on behalf of Defendant Layne Communications, LP
maustria@werbsullivan.com

Matthew P. Austria on behalf of Defendant McCann Relationship Marketing, Inc.
maustria@werbsullivan.com

Matthew P. Austria on behalf of Defendant McCann-Erickson Worldwide, Inc.
maustria@werbsullivan.com

Matthew P. Austria on behalf of Defendant Wahlstrom Group LLC
maustria@werbsullivan.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com

Joseph Badtke-Berkow on behalf of Foreign Representative ERNST & YOUNG
joseph.badtkeberkow@allenovery.com, josh.neifeld@allenovery.com

Elizabeth Banda Calvo on behalf of Creditor Grapevine-Colleyville ISD, City of Grapevine
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo on behalf of Creditor Richardson ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Ronald S. Beacher on behalf of Interested Party SPCP GROUP, LLC ("SPCP")
rbeacher@pryorcashman.com, docketing@pryorcashman.com

Richard Michael Beck on behalf of Defendant Manning Global, Inc.
rbeck@klehr.com, lstanton@klehr.com

Jane A Bee on behalf of Creditor Robert Horne, James Young & the Ad Hoc Group of
Beneficiaries of the Nortel Networks U.S. Deferrred Compensation Plan
bee@blankrome.com

Jane A Bee on behalf of Other Prof. Bernstein, Shur, Sawyer & Nelson, P.A.
bee@blankrome.com

Jane A Bee on behalf of Other Prof. Blank Rome LLP
bee@blankrome.com

Jane A Bee on behalf of Other Prof. Motorola Mobility Inc.
bee@blankrome.com

Jane A Bee on behalf of Other Prof. Robert Horne, James Young, and The Ad Hoc Group of
Beneficiaries
bee@blankrome.com

Richard J. Bernard on behalf of Creditor Coface North America Insurance Co.
rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com

Richard J. Bernard on behalf of Creditor Deerfield Investments, Ltd.
rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com

Richard J. Bernard on behalf of Creditor JACO ELECTRONICS, INC.
rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com

Sanjay Bhatnagar on behalf of Creditor Eltek Valere U.S. Inc.
bankruptcy@coleschotz.com

Sanjay Bhatnagar on behalf of Defendant Eltek Energy LLC
sbhatnagar@wilmingtonde.gov

Sanjay Bhatnagar on behalf of Defendant Eltek Valere Inc.
sbhatnagar@wilmingtonde.gov

Sanjay Bhatnagar on behalf of Interested Party Apple, Inc.
bankruptcy@coleschotz.com

Sanjay Bhatnagar on behalf of Interested Party MatlinPatterson Global Advisers LLC
bankruptcy@coleschotz.com

Ian Connor Bifferato on behalf of Interested Party ArrisGroup, Inc., Arris Enterprises, Inc., Arris
Solutions, Inc., and General Instrument Corp.
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party CISCO SYSTEMS, INC.
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party Cable One, Inc.
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party Cequel Communications, LLC d/b/a
Suddenlink Communications
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party Charter Communications, Inc
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party Gores & Siemens Enterprise Network
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party TIME WARNER CABLE ENTERPRISES
LLC
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party TIME WARNER CABLE INC.
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Interested Party WideOpenWest Finance, LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc.,
cbifferato@bifferato.com

Ian Connor Bifferato on behalf of Mediator Ian Connor Bifferato
cbifferato@bifferato.com

Karen C Bifferato on behalf of Defendant Acme Packet, Inc.
kbifferato@connollygallagher.com

Karen C Bifferato on behalf of Defendant Covergence, Inc.
kbifferato@connollygallagher.com

Karen C Bifferato on behalf of Defendant Gilmore Global Logistics Services, Inc.,
kbifferato@connollygallagher.com

Karen C Bifferato on behalf of Defendant Paradigm Works, Inc.
kbifferato@connollygallagher.com

Karen C Bifferato on behalf of Defendant SAS Institute, Inc.
kbifferato@connollygallagher.com

L. John Bird on behalf of Creditor Nortel Trade Claim Consortium
jbird@foxrothschild.com, idensmore@foxrothschild.com

Noel R. Boeke on behalf of Creditor Jabil Circuit, Inc.
noel.boeke@hklaw.com, wendysue.henry@hklaw.com

William Pierce Bowden on behalf of Creditor AT&T
wbowden@ashby-geddes.com

William Pierce Bowden on behalf of Creditor Flextronics Corporation
wbowden@ashby-geddes.com

William Pierce Bowden on behalf of Creditor Flextronics Telecom Systems Ltd
wbowden@ashby-geddes.com

William Pierce Bowden on behalf of Defendant Beeline.com, Inc.
wbowden@ashby-geddes.com

William Pierce Bowden on behalf of Defendant U.S. Bank, N.A.
wbowden@ashby-geddes.com

William Pierce Bowden on behalf of Mediator William Pierce Bowden
wbowden@ashby-geddes.com

William Pierce Bowden on behalf of Other Prof. The Bank of New York Mellon Trust
Company, N.A., as Indenture Trustee
wbowden@ashby-geddes.com

Nicholas J. Brannick on behalf of Creditor SNMP Research International, Inc.
nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitwor
th@coleschotz.com

Nicholas J. Brannick on behalf of Creditor SNMP Research, Inc.
nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitwor
th@coleschotz.com

Nicholas J. Brannick on behalf of Plaintiff SNMP Research International, Inc.
nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitwor
th@coleschotz.com

Nicholas J. Brannick on behalf of Plaintiff SNMP Research, Inc.
nbrannick@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitwor
th@coleschotz.com

Patrick M. Brannigan on behalf of Financial Advisor Jefferies & Company, Inc.
pbrannigan@crosslaw.com

Kay Diebel Brock on behalf of Creditor Travis County
bkecf@co.travis.tx.us

James L. Bromley on behalf of Debtor Nortel Networks Inc., et al.
jbromley@cgsh.com, maofiling@cgsh.com;lschweitzer@cgsh.com

James L. Bromley on behalf of Plaintiff Nortel Networks, Inc.
jbromley@cgsh.com, maofiling@cgsh.com;lschweitzer@cgsh.com

Charles J. Brown on behalf of Attorney Archer & Greiner, P.C.
cbrown@gsbblaw.com, dabernathy@archerlaw.com

Charles J. Brown on behalf of Creditor AT&T
cbrown@gsbblaw.com, dabernathy@archerlaw.com

Scott K. Brown on behalf of Creditor The Prudential Insurance Company of America
sbrown@lrlaw.com, cscruggs@lrlaw.com;sfreeman@LRLaw.com

Stuart M. Brown on behalf of Interested Party Avanex Corporation
stuart.brown@dlapiper.com

Stuart M. Brown on behalf of Interested Party Guyana Telephone and Telegraph Company
Limited
stuart.brown@dlapiper.com

Theresa Vesper Brown-Edwards on behalf of Creditor NeoPhotonics Corporation
tbe@darbybrownedwards.com, daw@darbybrownedwards.com

Theresa Vesper Brown-Edwards on behalf of Defendant NeoPhotonics Corporation
tbe@darbybrownedwards.com, daw@darbybrownedwards.com

Theresa Vesper Brown-Edwards on behalf of Interested Party The Coca Cola Company
tbe@darbybrownedwards.com, daw@darbybrownedwards.com

Mark Browning on behalf of Creditor Texas Comptroller of Public Accounts
BK-MBROWNING@OAG.STATE.TX.US, SHERRI.SIMPSON@OAG.STATE.TX.US

Deborah M. Buell on behalf of Plaintiff Nortel Networks (CALA) Inc.
maofiling@cgsh.com

Deborah M. Buell on behalf of Plaintiff Nortel Networks Inc.
maofiling@cgsh.com

Deborah M. Buell on behalf of Plaintiff Nortel Networks Inc.
maofiling@cgsh.com

William J. Burnett on behalf of Creditor American Express Travel Related Services Company,
Inc.
william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com

Mary Caloway on behalf of Debtor Canadian Nortel Debtors
mary.caloway@bipc.com, tammy.rogers@bipc.com

Mary Caloway on behalf of Debtor Nortel Networks Inc., et al.
mary.caloway@bipc.com, tammy.rogers@bipc.com

Mary Caloway on behalf of Foreign Representative ERNST & YOUNG
mary.caloway@bipc.com, tammy.rogers@bipc.com

Mary Caloway on behalf of Foreign Representative Ernst & Young Inc., As Monitor & foreign
Representative of the Canadian Nortel Group
mary.caloway@bipc.com, tammy.rogers@bipc.com

Mary Caloway on behalf of Foreign Representative Ernst & Young Inc., as Monitor
mary.caloway@bipc.com, tammy.rogers@bipc.com

Mary Caloway on behalf of Plaintiff Nortel Networks Limited
mary.caloway@bipc.com, tammy.rogers@bipc.com

Kevin M. Capuzzi on behalf of Attorney Donna L. Harris
kcapuzzi@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Kevin M. Capuzzi on behalf of Debtor Nortel Networks Inc., et al.
kcapuzzi@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Kevin M. Capuzzi on behalf of Defendant Actuate Corporation
kcapuzzi@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Kevin M. Capuzzi on behalf of Interested Party Macquarie Capital (USA) Inc.
kcapuzzi@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jeffrey M. Carbino on behalf of Defendant BWCS, Ltd.
jeffreycarbino@gmail.com

Jeffrey M. Carbino on behalf of Defendant Mercury Americas USA, Corp.
jeffreycarbino@gmail.com

Jeffrey M. Carbino on behalf of Defendant Prime Carrier Ltd.
jeffreycarbino@gmail.com

Jeffrey M. Carbino on behalf of Defendant Sigma Systems Canada Inc.
jeffreycarbino@gmail.com

Jeffrey M. Carbino on behalf of Defendant Wind Telecom, S.A.
jeffreycarbino@gmail.com

James C. Carignan on behalf of Defendant Right Management Inc.
carignaj@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inf
oruptcy.com;wlbank@ecf.inforuptcy.com

James S. Carr on behalf of Creditor CRT Special Investments LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr on behalf of Creditor Cypress Communications, Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr on behalf of Creditor Martingale Road LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr on behalf of Creditor Tata American International Corporation and Tata
Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Carr on behalf of Creditor Woodfield Holdings PT, LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Ayesha Chacko Bennett on behalf of Defendant Anixter Inc.
abennett@camlev.com

Ayesha Chacko Bennett on behalf of Interested Party Campbell & Levine, LLC
abennett@camlev.com

Ayesha Chacko Bennett on behalf of Interested Party Schiff Hardin LLP
abennett@camlev.com

William E. Chipman, Jr. on behalf of Interested Party Avanex Corporation
chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com

William E. Chipman, Jr. on behalf of Successor Trustee Wilmington Trust, National Association
chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Shawn M. Christianson on behalf of Creditor Oracle Credit Corporation
schristianson@buchalter.com, cmcintire@buchalter.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc
schristianson@buchalter.com, cmcintire@buchalter.com

Louis John Cisz, III on behalf of Creditor FCS North America, Inc.
lcisz@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com;jzic@nixonpeabody.com

Anthony W. Clark on behalf of Counter-Claimant Communications Test Design, Inc.
, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Anthony W. Clark on behalf of Defendant Communications Test Design, Inc.
, debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com, mdwalkuski@vorys.com

Tiffany Strelow Cobb on behalf of Defendant Cable News Network, Inc. Time, Inc., Turner Broadcasting Sales
tscobb@vorys.com, mdwalkuski@vorys.com

Tiffany Strelow Cobb on behalf of Interested Party Cable News Network, Inc. Time, Inc., Turner Broadcasting Sales
tscobb@vorys.com, mdwalkuski@vorys.com

Howard A. Cohen on behalf of Creditor Sanmina-SCI Corporation
hcohen@gibbonslaw.com

Howard A. Cohen on behalf of Defendant SCI Brockville Corp. d/b/a BreconRidge Corporation
hcohen@gibbonslaw.com

Howard A. Cohen on behalf of Interested Party SCI Brockville Corp. d/b/a BreconRidge Corporation
hcohen@gibbonslaw.com

Kevin G. Collins on behalf of Attorney Bifferato LLC
kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com

Kevin G. Collins on behalf of Creditor Credit Suisse Strategic Partners
kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com

Kevin G. Collins on behalf of Defendant SecureLogix Corporation
kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com

Kevin G. Collins on behalf of Interested Party Enterprise Networks Holdings BV
kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com

Kevin G. Collins on behalf of Interested Party Gores & Siemens Enterprise Network
kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com

Paula J. Connelly on behalf of Creditor Pension Benefit Guaranty Corporation
connelly.paula@pbgc.gov, efile@pbgc.gov

Colm F. Connolly on behalf of Defendant Cognizant Technology Solutions US Corporation,
cconnolly@morganlewis.com, lgibson@morganlewis.com

Colm F. Connolly on behalf of Mediator James L. Garrity, Jr.
cconnolly@morganlewis.com, lgibson@morganlewis.com

Ann C. Cordo on behalf of Accountant Huron Consulting Group
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Attorney Keightley & Ashner LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Attorney Morris, Nichols, Arsht & Tunnell LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Attorney Torys LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Claims Agent Epiq Bankruptcy Solutions LLC
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Consultant Chilmark Partners, LLC
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Consultant RLKS Executive Solutions LLC
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Nortel Networks Inc., et al.
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Debtor Nortel Networks (CALA) Inc.
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Debtor Nortel Networks Capital Corporation
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Defendant Nortel Networks Inc., et al.
acordo@mnat.com

Ann C. Cordo on behalf of Financial Advisor Ernst & Young LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Interested Party John Ray, as Principal Officer of Nortel Networks,
Inc.
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Interested Party The Mergis Group
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Other Prof. Ernst & Young LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Other Prof. John Ray
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Other Prof. Linklaters LLP
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Other Prof. Punter Southall LLC
Annie.Cordo@state.de.us

Ann C. Cordo on behalf of Plaintiff Nortel Networks (CALA) Inc.
acordo@mnat.com

Ann C. Cordo on behalf of Plaintiff Nortel Networks Inc.
acordo@mnat.com

Ann C. Cordo on behalf of Plaintiff Nortel Networks, Inc.
acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com

Ann C. Cordo on behalf of Spec. Counsel Crowell & Moring LLP
Annie.Cordo@state.de.us

Patrick M. Costello on behalf of Creditor Polycom, Inc.
pcostello@vectislawgroup.com, clee@vectislawgroup.com

Patrick M. Costello on behalf of Creditor Sun Microsystems, Inc.
pcostello@vectislawgroup.com, clee@vectislawgroup.com

David N Crapo on behalf of Interested Party Hewlett-Packard Financial Services, Inc.
dcrapo@gibbonslaw.com

Brian C Crawford on behalf of Defendant Avotus Corporation
Brian@TrustWilliams.com

Brian C Crawford on behalf of Respondent Avotus Corporation
Brian@TrustWilliams.com

Donna L. Culver on behalf of Interested Party Nortel Networks Inc.
dculver@mnat.com, mdecarli@mnat.com;aconway@mnat.com;rfusco@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.
dculver@mnat.com, mdecarli@mnat.com;aconway@mnat.com;rfusco@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks (CALA) Inc.,
dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
dculver@mnat.com, aconway@mnat.com;jhouser@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks Inc.
dculver@mnat.com, mdecarli@mnat.com;aconway@mnat.com;rfusco@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks, Inc.
dculver@mnat.com

Donna L. Culver on behalf of Plaintiff Nortel Networks, Inc.
dculver@mnat.com

Michael Joseph Custer on behalf of Attorney Pepper Hamilton LLP
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@e
cf.inforuptcy.com

Michael Joseph Custer on behalf of Defendant Bridgewater Systems, Inc.
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@e
cf.inforuptcy.com

Michael Joseph Custer on behalf of Defendant Citrix Systems, Inc.
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Michael Joseph Custer on behalf of Defendant Ian Martin Limited
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Michael Joseph Custer on behalf of Defendant Ian Martin Technology Staffing, Inc.
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Michael Joseph Custer on behalf of Interested Party Avaya Inc.
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

Michael Joseph Custer on behalf of Interested Party Avaya Inc.
custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Tobey M. Daluz on behalf of Creditor Westchester Fire Insurance Company and ACE USA
daluzt@ballardspahr.com

Charlene D. Davis on behalf of Interested Party Trustee of Nortel Networks UK Pension Plan
and the Board of the Pension Protection Fund
bankserve@bayardlaw.com,
cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com

Gilbert D. Dean on behalf of Creditor SNMP Research International, Inc.
ddean@coleschotz.com, jdonaghy@coleschotz.com

Gilbert D. Dean on behalf of Creditor SNMP Research, Inc.
ddean@coleschotz.com, jdonaghy@coleschotz.com

Gilbert D. Dean on behalf of Plaintiff SNMP Research International, Inc.
ddean@coleschotz.com, jdonaghy@coleschotz.com

Gilbert D. Dean on behalf of Plaintiff SNMP Research, Inc.
ddean@coleschotz.com, jdonaghy@coleschotz.com

Michael David Debaecke on behalf of Defendant Cable News Network, Inc. Time, Inc., Turner Broadcasting Sales
debaecke@blankrome.com, moody@ecf.inforuptcy.com

Michael David Debaecke on behalf of Interested Party Cable News Network, Inc. Time, Inc., Turner Broadcasting Sales
debaecke@blankrome.com, moody@ecf.inforuptcy.com

John D. Demmy on behalf of Creditor Colonial Gas Company d/b/a National Grid
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Duke Energy Carolinas, LLC
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Graybar Electric Company
jdd@stevenslee.com

John D. Demmy on behalf of Creditor KeySpan Gas East Corporation d/b/a National Grid
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Long Island Lighting Company d/b/a LIPA
jdd@stevenslee.com

John D. Demmy on behalf of Creditor Massachusetts Electric Company d/b/a National Grid
jdd@stevenslee.com

John D. Demmy on behalf of Creditor The Commonwealth Edison Company
jdd@stevenslee.com

John D. Demmy on behalf of Defendant Excellence In Motivation, Inc.
jdd@stevenslee.com

Donald J. Detweiler on behalf of Defendant Queens Ballpark Company, L.L.C.
detweilerd@pepperlaw.com,
detweilerd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com,wlbank@pepperlaw.com,molitorm@pepperlaw.com

Donald J. Detweiler on behalf of Defendant Sterling Mets, L.P.
detweilerd@pepperlaw.com,
detweilerd@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com,wlbank@pepperlaw.com,molitorm@pepperlaw.com

Stephen Kent Dexter on behalf of Creditor TEKsystems, Inc.
sdexter@lathropgage.com, chuffman@lathropgage.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Drew M. Dillworth on behalf of Creditor Telefonica Internacional, S.A.U.
ddillworth@stearnsweaver.com,
cgraver@stearnsweaver.com;marocha@stearnsweaver.com;jmartinez@stearnsweaver.com;mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com

Karen B. Dine on behalf of Defendant AMCC Sales Corporation
karen.dine@pillsburylaw.com, karen.dine@pillsburylaw.com

Karen B. Dine on behalf of Successor Trustee Wilmington Trust, National Association
karen.dine@kattenlaw.com, nyc.bknotices@kattenlaw.com

Christine Doniak on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Nortel Networks Inc., et al.
cdoniak@akingump.com

Jennifer V. Doran on behalf of Creditor Technology Park X Limited Partnership
jdoran@hinckleyallen.com, calirm@haslaw.com

John T. Dorsey on behalf of Interested Party Joint Administrators and Foreign Representatives
for Nortel Networks UK Limited
bankfilings@ycst.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Meghan M. Dougherty on behalf of Interested Party Rockstar Consortium US LP
mdougherty@paulweiss.com, klayfield@paulweiss.com;hanspach@paulweiss.com;mmcgee-
solomon@paulweiss.com;mao_fednational@paulweiss.com

Meghan M. Dougherty on behalf of Interested Party Telefonaktiebolaget L M Ericsson (publ)
and Rockstar Bidco, LP
mdougherty@paulweiss.com, klayfield@paulweiss.com;hanspach@paulweiss.com;mmcgee-
solomon@paulweiss.com;mao_fednational@paulweiss.com

Kristi J. Doughty on behalf of Creditor Bank of the West
de-ecfmail@mwc-law.com, kdoughty@mwc-law.com

Thomas F. Driscoll, III on behalf of Attorney Morris, Nichols, Arsht & Tunnell LLP
tdriscoll@tbf.legal, mdunwody@tbf.legal

Peter James Duhig on behalf of Foreign Representative Allen & Overy LLP,
peter.duhig@bipc.com, annette.dye@bipc.com

Peter James Duhig on behalf of Foreign Representative ERNST & YOUNG
peter.duhig@bipc.com, annette.dye@bipc.com

Peter James Duhig on behalf of Foreign Representative Ernst & Young Inc., As Monitor &
foreign Representative of the Canadian Nortel Group
peter.duhig@bipc.com, annette.dye@bipc.com

Dennis Dunne, Esq. on behalf of Interested Party Ad Hoc Group of Bondholders
ddunne@millbank.com

Justin K. Edelson on behalf of Attorney Polsinelli PC
jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson on behalf of Creditor ABN AMRO Bank N.V.
jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson on behalf of Creditor Dell Marketing, L.P.
jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson on behalf of Creditor OSS Nokalva, Inc.
jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson on behalf of Interested Party Westcon Group North America Inc
jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Devon J. Eggert on behalf of Other Prof. Mercer (US) Inc.
deggert@freeborn.com, bkdocketing@freeborn.com

Weston T. Eguchi on behalf of Creditor ABN AMRO Bank N.V.
weguchi@willkie.com

Landon Ellis on behalf of Interested Party ASM Capital, ASM Capital L.P., ASM Capital III,
L.P. and ASM Offshore Limited
ellis@lrclaw.com

Landon Ellis on behalf of Interested Party ASM Capital, ASM Capital, L.P., ASM Capital III,
L.P and ASM Offshore Limited
ellis@lrclaw.com

Landon Ellis on behalf of Interested Party ASM Capital, ASM Capital, L.P., ASM Capital III,
L.P. and ASM Offshore Limited
ellis@lrclaw.com

Courtney A. Emerson on behalf of Creditor Nortel Trade Claim Consortium
cemerson@foxrothschild.com

Michael E. Emrich on behalf of Creditor Riverside Claims, LLC.
notice@regencap.com

Epiq Bankruptcy Solutions LLC
nmrodriguez@epiqsystems.com

Scott L. Esbin on behalf of Creditor Drawbridge Special Opportunities Fund Ltd.
mchappell@esbinalter.com

Scott L. Esbin on behalf of Creditor Monarch Master Funding Ltd
mchappell@esbinalter.com

Scott L. Esbin on behalf of Creditor WB Claims Holding - Nortel, LLC
mchappell@esbinalter.com

Nancy G. Everett on behalf of Debtor Nortel Networks Inc., et al.
neverett@winston.com, ecf_bank@winston.com

Justin Cory Falgowski on behalf of Creditor Qwest Services Corporation
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Brett D. Fallon on behalf of Creditor Andrew, LLC
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Creditor Sprint Nextel Corporation
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party AAI Blue Mountain Fund PLC on behalf of its sub-
fund: Blue Mountain Long/Short Credit and Distressed Reflection Fund
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Blue Mountain Credit Alternatives Master Fund
L.P.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Blue Mountain Distressed Master Fund, L.P.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Blue Mountain Kicking Horse Fund L.P.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Blue Mountain Long/Short Credit Master Fund L.P.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Blue Mountain Timberline Ltd.
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party BlueMountain Montenvers Master Fund SCA SICAV-SIV
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Broadcom Corporation
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brett D. Fallon on behalf of Interested Party Sprint Nextel
bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Brian E Farnan on behalf of Defendant TTI Team Telecom International Inc.
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Brian E Farnan on behalf of Interested Party Constellation Technologies LLC
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Brian E Farnan on behalf of Interested Party Rockstar Consortium US LP
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Joseph J. Farnan, III on behalf of Mediator Joseph J. Farnan, Jr.
jjfarnan@farnanlaw.com

Joseph J. Farnan, Jr.
farnan@farnanlaw.com

Joseph J. Farnan, Jr. on behalf of Mediator Joseph J. Farnan
farnan@farnanlaw.com

Bonnie Glantz Fatell on behalf of Other Prof. Ad Hoc Committee
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Other Prof. Robert Horne, James Young, and The Ad Hoc Group of Beneficiaries
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan, For Themselves And All Others Similarly Situated
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Bart Kohnhorst
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Benjamin Warren
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Brian Page
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Charla Crisler
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Ellen Bovarnick
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Mason James Young
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell on behalf of Plaintiff Robert Horne
fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Mark E. Felger on behalf of Interested Party MatlinPatterson Global Advisers LLC
mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com

Mark E. Felger on behalf of Mediator Mark E. Felger
mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com

Chad A. Fights on behalf of Plaintiff Nortel Networks (CALA) Inc.
chad.fights@alston.com

Chad A. Fights on behalf of Plaintiff Nortel Networks Inc.
chad.fights@alston.com

John V. Fiorella on behalf of Defendant Automotive Rentals, Inc.
jfiorella@archerlaw.com, mfriedman@archerlaw.com;dcarickhoff@archerlaw.com

David M. Fournier on behalf of Interested Party Hitachi, Ltd.
fournierd@pepperlaw.com,
wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com,smithda@
pepperlaw.com,molitorm@pepperlaw.com

Mark E. Freedlander on behalf of Interested Party GE Fanuc Embedded Systems, Inc.
mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com;dsaltz@ford.com

Susan Hoffpauir Fuertes on behalf of Creditor Aldine Independent School District
bnkatty@aldineisd.org

Thomas M. Gaa on behalf of Creditor Sun Microsystems, Inc.
tgaa@bbslaw.com, yessenia@bbslaw.com

Alissa T. Gazze on behalf of Attorney Morris, Nichols, Arsht & Tunnell LLP
agazze@mnat.com, mdecarli@mnat.com

Alissa T. Gazze on behalf of Plaintiff Nortel Networks (CALA) Inc.
agazze@mnat.com, mdecarli@mnat.com

Alissa T. Gazze on behalf of Plaintiff Nortel Networks Inc.
agazze@mnat.com, mdecarli@mnat.com

Alissa T. Gazze on behalf of Plaintiff Nortel Networks International Inc.
agazze@mnat.com, mdecarli@mnat.com

Jan Meir Geht on behalf of Creditor United States on behalf of Internal Revenue Service
jan.m.geht@usdoj.gov, eastern.taxcivil@usdoj.gov

Ronald S. Gellert on behalf of Creditor Jabil Circuit, Inc.
rgellert@gsbblaw.com

Ronald S. Gellert on behalf of Creditor Phoenix Telecom Solutions, Inc.
rgellert@gsbblaw.com

Ronald S. Gellert on behalf of Defendant Real Time Monitors, Inc.
rgellert@gsbblaw.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Richard H. Golubow on behalf of Defendant MobileNet Services, Inc.
rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

L. Katherine Good on behalf of Attorney Akin Gump Strauss Hauer & Feld LLP
kgood@wtplaw.com, cmosuly@wtplaw.com;clano@wtplaw.com

L. Katherine Good on behalf of Attorney Ashurst LLP
kgood@wtplaw.com, cmosuly@wtplaw.com;clano@wtplaw.com

L. Katherine Good on behalf of Attorney Whiteford, Taylor & Preston LLC
kgood@wtplaw.com, cmosuly@wtplaw.com;clano@wtplaw.com

L. Katherine Good on behalf of Creditor Committee Official Committee of Unsecured Creditors
of Nortel Networks Inc., et al.
kgood@wtplaw.com

L. Katherine Good on behalf of Creditor Committee Official Committee of Unsecured Creditors
of Nortel Networks Inc., et al.
kgood@wtplaw.com

L. Katherine Good on behalf of Creditor Committee Official Committee of Unsecured Creditors
of Nortel Networks Inc., et al.
kgood@wtplaw.com, cmosuly@wtplaw.com;clano@wtplaw.com

L. Katherine Good on behalf of Financial Advisor Berkeley Research Group, LLC
kgood@wtplaw.com, cmosuly@wtplaw.com;clano@wtplaw.com

L. Katherine Good on behalf of Other Prof. Cassels Brock & Blackwell LLP
kgood@wtplaw.com, cmosuly@wtplaw.com;clano@wtplaw.com

Missty C. Gray on behalf of Creditor Mobile County License Commissioner
missty@rossandjordan.com, jrockhold@rossandjordan.com

Joseph Grey on behalf of Creditor Charles Rowe
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Dwayne Roberts
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Fred Scott
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Jac Goudsmit
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Keith Weiner
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Neal Shact
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Price Paschall
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Rudy Mathieu
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Wendell Allen Neff
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor William Weidner
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Defendant NSG Technology Inc.
jgrey@crosslaw.com, smacdonald@crosslaw.com

Karen M. Grivner on behalf of Defendant Prime Carrier Ltd.
kgrivner@clarkhillthorpreed.com, sambrose@clarkhill.com

Paul S. Groschadl on behalf of Creditor Canal View Properties III, LLC
pgroschadl@woodsoviatt.com

Nathan D. Grow on behalf of Financial Advisor Jefferies & Company, Inc.
bankfilings@ycst.com

Victoria A. Guilfoyle on behalf of Interested Party Robert Horne, Mason James Young, Ellen
Bovarnick, Charla Crisler, Bart Kohnhorst, Brian Page, Benjamin Warren, and the Ad Hoc
Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation P
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel
Networks U.S. Deferred Compensation Plan, For Themselves And All Others Similarly Situated
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel
Networks U.S. Deferred Compensation Plan, For Themselves And All Others Similarly Situated
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Bart Kohnhorst
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Bart Kohnhorst
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Benjamin Warren
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Benjamin Warren
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Brian Page
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Brian Page
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Charla Crisler
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Charla Crisler
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Ellen Bovarnick
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Ellen Bovarnick
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Mason James Young
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Mason James Young
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Robert Horne
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Plaintiff Robert Horne
guilfoyle@blankrome.com

Kurt F. Gwynne on behalf of Creditor Qwest Communications Corporation and Qwest
Corporation
kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Matthew W. Hamilton on behalf of Creditor Fulcrum Distressed Opportunities Fund I, LP
e-notice@fulcruminv.com

Aaron L. Hammer on behalf of Other Prof. Mercer (US) Inc.
ahammer@sugarfgh.com,
bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com

Tara Hannon on behalf of Interested Party DG Value Partners II Master Fund LP
thannon@loan-law.com

Tara Hannon on behalf of Interested Party DG Value Partners, LP
thannon@loan-law.com

Jason W. Harbour on behalf of Defendant Sumitomo Electric Device Innovations, U.S.A., Inc.
f/k/a ExceLight Communications, Inc.
jharbour@hunton.com

Lee Harrington on behalf of Creditor Corning, Incorporated
lharrington@nixonpeabody.com

Lee Harrington on behalf of Creditor Telstra Corporation Limited
lharrington@nixonpeabody.com

Edwin J. Harron on behalf of Financial Advisor Jefferies & Company, Inc.
bankfilings@ycst.com

Edwin J. Harron on behalf of Interested Party EMEA Administrators
bankfilings@ycst.com

Edwin J. Harron on behalf of Interested Party Joint Administrators and Foreign Representatives
for Nortel Networks UK Limited
bankfilings@ycst.com

William A. Hazeltine on behalf of Creditor AudioCodes Ltd and AudioCodes Inc.
Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Creditor EADS Secure Networks S.A.S.
Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Creditor Freescale Semiconductor, Inc
Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Creditor Intoto, LLC
Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Creditor Motorola, Inc.
Bankruptcy001@sha-llc.com

Leslie C. Heilman on behalf of Creditor Prudential Insurance Company of America
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Creditor UBS Realty Investors LLC
heilmanl@ballardspahr.com

Leslie C. Heilman on behalf of Interested Party THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA
heilmanl@ballardspahr.com

Amanda Winfree Herrmann on behalf of Creditor AT&T
aherrmann@ashby-geddes.com

Amanda Winfree Herrmann on behalf of Creditor Flextronics Telecom Systems Ltd
aherrmann@ashby-geddes.com

Amanda Winfree Herrmann on behalf of Creditor JDS Uniphase Corporation
aherrmann@ashby-geddes.com

Amanda Winfree Herrmann on behalf of Creditor Prudential Insurance Company of America
aherrmann@ashby-geddes.com

Amanda Winfree Herrmann on behalf of Defendant Beeline.com, Inc.
awinfree@ashby-geddes.com

Amanda Winfree Herrmann on behalf of Interested Party THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
aherrmann@ashby-geddes.com

Adam Hiller on behalf of Interested Party American Registry for Internet Numbers
ahiller@hillerarban.com

Matthew L. Hinker on behalf of Defendant Green Hills Software, Inc.
hinkerm@gtlaw.com, thomase@gtlaw.com

Daniel K. Hogan on behalf of Creditor MTS Allstream, Inc.
dkhogan@dkhogan.com,
keharvey@dkhogan.com,gpalagruto@dkhogan.com,mrust@dkhogan.com

Jennifer R. Hoover on behalf of Attorney Benesch Friedlander Coplan & Aronoff, LLP
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jennifer R. Hoover on behalf of Creditor Safe Records Center LLC dba Archives USA
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jennifer R. Hoover on behalf of Debtor Nortel Networks Inc., et al.
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jennifer R. Hoover on behalf of Defendant Starent Networks LLC
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jennifer R. Hoover on behalf of Plaintiff Nortel Networks (CALA) Inc.
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jennifer R. Hoover on behalf of Plaintiff Nortel Networks Inc.
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Jennifer R. Hoover on behalf of Plaintiff Nortel Networks, Inc.
jhoover@beneschlaw.com, docket@beneschlaw.com;chartman@beneschlaw.com

Charles H. Huberty on behalf of Interested Party Joint Administrators and Foreign
Representatives for Nortel Networks UK Limited
huberty@hugheshubbard.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

James E. Huggett on behalf of Creditor Oracle USA, Inc
jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com

Joseph H. Huston, Jr. on behalf of Creditor Computer Sciences Corporation
jhh@stevenslee.com

Patrick A. Jackson on behalf of Interested Party Joint Administrators and Foreign
Representatives for Nortel Networks UK Limited
Patrick.jackson@dbr.com, joanne.miceli@dbr.com

Henry Jon Jaffe on behalf of Defendant Weston Solutions, Inc.
jaffeh@pepperlaw.com,
jaffeh@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Henry Jon Jaffe on behalf of Interested Party Right Management, Inc.
jaffeh@pepperlaw.com,
jaffeh@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Ericka Fredricks Johnson on behalf of Creditor Andrew, LLC
erjohnson@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com

Robert A. Johnson on behalf of Creditor Committee Official Committee of Unsecured Creditors
of Nortel Networks Inc., et al.
rajohnson@akingump.com, nymco@akingump.com

Susan P. Johnston on behalf of Successor Trustee Wilmington Trust, National Association
Johnston@clm.com, advnotices@w-legal.com

Andrew A. Jones on behalf of Creditor Hain Capital Holdings, LLC
andrew@ajoneslaw.com

Andrew A. Jones on behalf of Creditor Optical NN Holdings, LLC
andrew@ajoneslaw.com

Laura Davis Jones on behalf of Interested Party Ad Hoc Committee of Bondholders
ljones@pszjlaw.com, efile1@pszyjw.com

Nathan Jones on behalf of Creditor US Debt Recovery IIA, LLC
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery III, LP
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery IV, LLC
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery V, LP
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery VIII, L.P.
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery X, LP
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery XV LP
nate@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery, XI, L.P.
nate@usdrllc.com

Nathan Jones on behalf of Creditor United States Debt Recovery X, L.P.
nate@usdrllc.com

Roland Gary Jones on behalf of Defendant BizSphere AG
pacer.rolandjones@gmail.com

Roland Gary Jones on behalf of Defendant Macadamian Technologies Inc.
pacer.rolandjones@gmail.com

Michael Joseph Joyce on behalf of Creditor Nortel US Retirement Protection Committee
mjoyce@oelegal.com

Michael Joseph Joyce on behalf of Defendant TEKsystems Inc.
mjoyce@oelegal.com

Brad M. Kahn on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Nortel Networks Inc., et al.
bkahn@akingump.com,
kdavis@akingump.com;sschultz@akingump.com;sbrauner@akingump.com;nymco@akingump.
com;mfagen@akingump.com;bankruptcy-admin-2410@ecf.pacerpro.com;brad-khan-
6462@ecf.pacerpro.com;AGSearch-Lit@akingump.com

Maris J. Kandestin on behalf of Defendant Alan Robert Bloom, Christopher John Wilkinson Hill,
Alan Michael Hudson, and Stephen John Harris as court-appointed administrators and authorized
foreign representatives
maris.kandestin@dlapiper.com

Maris J. Kandestin on behalf of Interested Party Joint Administrators and Foreign
Representatives for Nortel Networks UK Limited
maris.kandestin@dlapiper.com

Ann M Kashishian on behalf of Attorney Chipman Brown Cicero & Cole, LLP
akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com

Ann M Kashishian on behalf of Successor Trustee Wilmington Trust, National Association
akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com

Shanti M. Katona on behalf of Creditor OSS Nokalva, Inc.
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona on behalf of Defendant Avea Iletisim Hizmetleri A.S.
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona on behalf of Defendant Westcon Group North America, Inc.
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Robert J. Keach on behalf of Creditor Robert Horne, James Young & the Ad Hoc Group of
Beneficiaries of the Nortel Networks U.S. Deferrred Compensation Plan
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks
U.S. Deferred Compensation Plan, For Themselves And All Others Similarly Situated
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Bart Kohnhorst
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Benjamin Warren
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Brian Page
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Charla Crisler
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Ellen Bovarnick
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Mason James Young
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Robert J. Keach on behalf of Plaintiff Robert Horne
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;lzahra
dka@bernsteinshur.com

Peter J Keane on behalf of Interested Party Ad Hoc Group of Bondholders
pkeane@pszjlaw.com

Peter J. Keane on behalf of Interested Party Ad Hoc Committee of Bondholders
pkeane@pszjlaw.com

Peter J. Keane on behalf of Interested Party Ad Hoc Group of Bondholders
pkeane@pszjlaw.com

Peter J. Keane on behalf of Interested Party Ad Hoc Group of Bondholders
pkeane@pszjlaw.com

Peter J. Keane on behalf of Interested Party Ad Hoc Group of Bondholders
pkeane@pszjlaw.com

Benjamin W. Keenan on behalf of Creditor Insight Direct USA, Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Benjamin W. Keenan on behalf of Creditor Johnson Controls, Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Benjamin W. Keenan on behalf of Defendant Insight Direct USA, Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Benjamin W. Keenan on behalf of Defendant Insight Enterprises, Inc. d/b/a Software Spectrum,
Inc., an Insight Company, and Insight Direct USA, Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Benjamin W. Keenan on behalf of Defendant Insight Enterprises, Inc., captioned as Insight
Enterprises, Inc. d/b/a Software Spectrum, Inc., an Insight Company, and Insight Direct USA,
Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Benjamin W. Keenan on behalf of Defendant Spirent Communications Inc.
bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Brya M. Keilson on behalf of Defendant Real Time Monitors, Inc.
bkeilson@gsbblaw.com

Mark S. Kenney on behalf of U.S. Trustee U.S. Trustee
mark.kenney@usdoj.gov

Shelley A. Kinsella on behalf of Creditor Nortel US LTD Employees
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Creditor Committee Official Committee of Long-Term
Disability Participants
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Debtor Nortel Networks Inc., et al.
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Defendant Nera, Inc.,
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Alan Heinbaugh
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Brent Beasley
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Danny Owenby
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party George I Hovater, Jr.
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Janette Head
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party John J. Rossi
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Kem Muckleroy
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Marie Jurasevich
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Mark Phillips
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Mary Holbrook
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Michael Thompson
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Norma Dekel
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Paul Wolfe
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Richard Hodges
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Interested Party Thomas Dikens
sak@elliottgreenleaf.com

Shelley A. Kinsella on behalf of Plaintiff Official Committee of Long Term Disability Plan
Participants, on behalf of and as agent for a class of individual participants and beneficiaries
under various Nortel Networks Health and Welfare Benefi
sak@elliottgreenleaf.com

Theodore Allan Kittila on behalf of Interested Party Bert Fletcher
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Brad Henry
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Carmel Totman
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Carol Raymond
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Charles Sandner
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Claudia Vidmer
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Cynthia Schmidt
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party David Litz
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Faye M. Brown
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Frankie & Janie Proctor
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Fred Lindow
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Gary Garrett
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Gussie H. Anderson
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party James Lee
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Janette Head
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Laura Hale
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Leolia Strickland
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Manuel Segura
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Mark R. Janis
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Michael Stutts
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Michael P. Alms
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Peter Lawrence
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Reid Mullett
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Robert Martel
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Ronald Rose
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Susan Widener
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Terry Massengill
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party Vada Wilson
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party William Johnson
ted@greenhilllaw.com

Theodore Allan Kittila on behalf of Interested Party William Reed
ted@greenhilllaw.com

Matthew N. Kleiman on behalf of Defendant Exide Technologies
mkleiman@mnkpc.com

Julia Bettina Klein on behalf of Defendant Axerra Networks, Inc.
klein@kleinllc.com

Steven K. Kortanek on behalf of Creditor Google Inc.
skortanek@wcsr.com, jane.gorman@dbr.com;andrew.groesch@dbr.com;joann.miceli@dbr.com

Steven K. Kortanek on behalf of Creditor Ranger Inc.
skortanek@wcsr.com, jane.gorman@dbr.com;andrew.groesch@dbr.com;joann.miceli@dbr.com

Steven K. Kortanek on behalf of Interested Party BT Americas, Inc.
skortanek@wcsr.com, jane.gorman@dbr.com;andrew.groesch@dbr.com;joann.miceli@dbr.com

Andrew B. Kratenstein on behalf of Defendant Queens Ballpark Company, L.L.C.
akratenstein@mwe.com

Andrew B. Kratenstein on behalf of Defendant Sterling Mets, L.P.
akratenstein@mwe.com

Joshua Krumholz on behalf of Interested Party Avaya Inc.
, karolyn.schwind@hklaw.com;ashley.bello@hklaw.com;megan.derenzis@hklaw.com

Joyce A. Kuhns on behalf of Interested Party Harte-Hanks, Inc. and Affiliated Companies
jkuhns@saul.com

Carl N. Kunz, III on behalf of Defendant Alternate Communications International Ltd.
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Carl N. Kunz, III on behalf of Defendant Media5 Corporation
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Carl N. Kunz, III on behalf of Defendant Monster Worldwide, Inc.
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Carl N. Kunz, III on behalf of Defendant Thomas & Betts Manufacturing, Inc. a/k/a Thomas &
Betts Fabrication Inc. d/b/a its GFI Division
ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Darryl S. Laddin on behalf of Creditor Affiliates of Verizon Communications Inc.
bkrfilings@agg.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc. and for Cellco Partnership
d/b/a Verizon Wireless
bkrfilings@agg.com

Adam G. Landis on behalf of Interested Party Capstone Advisory Group, LLC
landis@lrclaw.com,
raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com

Michael R. Lastowski on behalf of Creditor Airvana, Inc.
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Defendant Opnext Subsystems, Inc. f/k/a Stratalight
Communications, Inc.
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Defendant Opnext, Inc.
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Interested Party Bank of New York Mellon
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Interested Party GENBAND US LLC
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Interested Party Genband Inc.
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Interested Party One Equity Partners III, L.P.
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Interested Party The Bank of New York Mellon, as Indenture
Trustee
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Other Prof. The Bank of New York Mellon Trust Company,
N.A., as Indenture Trustee
mlastowski@duanemorris.com

Michael R. Lastowski on behalf of Plaintiff GENBAND US LLC
mlastowski@duanemorris.com

Kenneth Thomas Law on behalf of Creditor Starent Networks Corp.
klaw@bbslaw.com, pcostello@bbslaw.com

Brooke Leach on behalf of Defendant Devonteam Danet GmbH
bleach@weirpartners.com

Mark G. Ledwin on behalf of Interested Party THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA
mark.ledwin@wilsonelser.com

David S. Leinwand on behalf of Creditor Avenue TC Fund, LP
dleinwand@amroc.com

Raymond H. Lemisch on behalf of Attorney Benesch Friedlander Coplan & Aronoff, LLP
rlemisch@klehr.com

Raymond H. Lemisch on behalf of Counter-Defendant Nortel Networks, Inc.
rlemisch@klehr.com

Raymond H. Lemisch on behalf of Debtor Nortel Networks Inc., et al.
rlemisch@klehr.com

Raymond H. Lemisch on behalf of Plaintiff Nortel Networks (CALA) Inc.
rlemisch@klehr.com

Raymond H. Lemisch on behalf of Plaintiff Nortel Networks Inc.
rlemisch@klehr.com

Raymond H. Lemisch on behalf of Plaintiff Nortel Networks Limited
rlemisch@klehr.com

Raymond H. Lemisch on behalf of Plaintiff Nortel Networks, Inc.
rlemisch@klehr.com

Scott J. Leonhardt on behalf of Creditor Cypress Communications, Inc.
leonhardt@teamrosner.com

Scott J. Leonhardt on behalf of Defendant Axerra Networks, Inc.
leonhardt@teamrosner.com

Ira M. Levee
ilevee@lowenstein.com, krosen@lowenstein.com

Ira M. Levee on behalf of Creditor Bankruptcy Counsel to Lead Plaintiffs and the Class
ilevee@lowenstein.com, krosen@lowenstein.com

Ira M. Levee on behalf of Interested Party Kien Chen
ilevee@lowenstein.com, krosen@lowenstein.com

Ira M. Levee on behalf of Interested Party Moreno Minto
ilevee@lowenstein.com, krosen@lowenstein.com

Jason M. Liberi on behalf of Defendant Communications Test Design, Inc.
jason.liberi@skadden.com,
christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com

Douglas J. Lipke on behalf of Creditor Mike Zafirovski
dlipke@vedderprice.com

Nancy F. Loftus on behalf of Creditor County of Fairfax
Nancy.Loftus@fairfaxcounty.gov

Christopher Dean Loizides on behalf of Attorney Loizides PA
loizides@loizides.com

Gaston Plantiff Loomis, II on behalf of Defendant Systems & Software Services, Inc.
gloomis@eckertseamans.com, delawarebankruptcy@eckertseamans.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Jaime Luton Chapman on behalf of Interested Party Joint Administrators and Foreign
Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

Jaime Luton Chapman on behalf of Interested Party Joint Administrators and Foreign
Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

Gabriel R. MacConaill on behalf of Defendant Aricent Technologies (Holdings) Limited
gmacconaill@sidley.com, bankruptcy@potteranderson.com

Gabriel R. MacConaill on behalf of Interested Party Aricent Technologies (Holdings) Limited
gmacconaill@sidley.com, bankruptcy@potteranderson.com

Thomas G. Macauley on behalf of Defendant Precision Communication Services, Inc.
bankr@zuckerman.com

Thomas G. Macauley on behalf of Defendant Precision Communication Services Corporation
bankr@zuckerman.com

Thomas G. Macauley on behalf of Defendant Telmar Network Technology, Inc.
bankr@zuckerman.com

Kathleen P. Makowski on behalf of Interested Party Ad Hoc Committee of Bondholders
kmakowski@pszjlaw.com

Kathleen P. Makowski on behalf of Interested Party Ad Hoc Committee of Bondholders
kmakowski@pszjlaw.com

Kathleen P. Makowski on behalf of Interested Party Ad Hoc Group of Bondholders
kmakowski@pszjlaw.com

Kathleen P. Makowski on behalf of Interested Party Ad Hoc Group of Bonholders
kmakowski@pszjlaw.com

Kathleen P. Makowski on behalf of Interested Party The Bondholder Group
kmakowski@pszjlaw.com

Robert W. Mallard on behalf of Creditor ADC Telecommunications Sales, Inc.
mallard.robert@dorsey.com

Robert W. Mallard on behalf of Interested Party The Institute Of Electrical And Electronics Engineers, Inc.
mallard.robert@dorsey.com

Robert K. Malone on behalf of Creditor Sanmina-SCI Corporation
robert.malone@dbr.com, andrew.groesch@dbr.com

Kevin Scott Mann on behalf of Creditor Ritz-Carlton Hotel Co., LLC
kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann on behalf of Defendant NSG Technology Inc.
kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann on behalf of Financial Advisor Jefferies & Company, Inc.
kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann on behalf of Interested Party Kien Chen
kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann on behalf of Interested Party Moreno Minto
kmann@crosslaw.com, smacdonald@crosslaw.com

D. Ross Martin on behalf of Successor Trustee Wilmington Trust, National Association
rmartin@ropesgray.com

Patrick Maschio on behalf of Creditor CVF Lux Master S.a.r.l.
pmaschio@nixonpeabody.com

Douglas K Mayer on behalf of Creditor Google Inc.
dkmayer@wlrk.com

Douglas K Mayer on behalf of Creditor Ranger Inc.
dkmayer@wlrk.com

Chantelle D'nae McClamb on behalf of Attorney Akin Gump Strauss Hauer & Feld LLP
cmcclamb@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Chantelle D'nae McClamb on behalf of Attorney Ashurst LLP
cmcclamb@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Chantelle D'nae McClamb on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.
cmcclamb@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Chantelle D'nae McClamb on behalf of Other Prof. Cassels Brock & Blackwell LLP
cmcclamb@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Laura L. McCloud on behalf of Creditor Tennessee Department of Revenue
agbankdelaware@ag.tn.gov

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Matthew B. McGuire on behalf of Creditor Linex Technologies, Inc.
mcguire@lrclaw.com,
raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Eugene B McLeod on behalf of Creditor South Carolina Dept. Employment & Workforce
ecf@dew.sc.gov

Michelle McMahon on behalf of Creditor Hok, Inc.
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle McMahon on behalf of Creditor Tellabs Operations, Inc.
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle McMahon on behalf of Defendant Ingram Micro Inc.
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle McMahon on behalf of Defendant Ixia
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle McMahon on behalf of Defendant Maritz Canada Inc.
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

R. Stephen McNeill on behalf of Defendant International Data Group, Inc.
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com

R. Stephen McNeill on behalf of Defendant NeoPhotonics Corporation
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com

R. Stephen McNeill on behalf of Interested Party Belden Inc.
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com

R. Stephen McNeill on behalf of Interested Party The Coca Cola Company
bankruptcy@potteranderson.com, bankruptcy@potteranderson.com

Selinda A. Melnik on behalf of Creditor Canadian Creditors Committee
selinda.melnik@dlapiper.com

Selinda A. Melnik on behalf of Other Prof. DLA Piper LLP (US)
selinda.melnik@dlapiper.com

Dennis A. Meloro on behalf of Interested Party WITEC, LLC
melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com;fordj@gtlaw.com

Evelyn J. Meltzer on behalf of Defendant Axxion Group Corporation
meltzere@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

Evelyn J. Meltzer on behalf of Defendant Critical Path Strategies, Inc.
meltzere@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

Evelyn J. Meltzer on behalf of Defendant Right Management Inc.
meltzere@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

Evelyn J. Meltzer on behalf of Defendant Siemens Enterprise Communications, Inc.
meltzere@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

Evelyn J. Meltzer on behalf of Interested Party Microvision, Inc.
meltzere@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

Kell C. Mercer on behalf of Creditor Freescale Semiconductor, Inc
kell.mercer@mercer-law-pc.com

Rachel B. Mersky on behalf of Creditor Ad Hoc Committee of Canadian Employees Terminated
Pre-Petition
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor CSWL, Inc.
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor Powerwave Technologies, Inc.
rmersky@monlaw.com

Rachel B. Mersky on behalf of Creditor Paula Klein
rmersky@monlaw.com

Rachel B. Mersky on behalf of Defendant CSWL, Inc.
rmersky@monlaw.com

Rachel B. Mersky on behalf of Defendant MobileNet Services, Inc.
rmersky@monlaw.com

Merle C. Meyers on behalf of Creditor JDS Uniphase Corporation
mmeyers@mlg-pc.com

Michael P. Migliore on behalf of Creditor Verizon Communications Inc. and for Cellco
Partnership d/b/a Verizon Wireless
mpm@skjlaw.com

Evan T. Miller on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The
Board of the Pension Protection Fund
emiller@bayardlaw.com, lmorton@bayardlaw.com;lstewart@bayardlaw.com

Kathleen M. Miller on behalf of Creditor Affiliates of Verizon Communications Inc.
kmiller@skjlaw.com, llb@skjlaw.com

Kathleen M. Miller on behalf of Creditor Affiliates of Verizon Communications, Inc.
kmiller@skjlaw.com, llb@skjlaw.com

Kathleen M. Miller on behalf of Creditor Verizon Communications Inc. and for Cellco
Partnership d/b/a Verizon Wireless
kmiller@skjlaw.com, llb@skjlaw.com

Kathleen M. Miller on behalf of Defendant IBM Canada Limited
kmiller@skjlaw.com, llb@skjlaw.com

Kathleen M. Miller on behalf of Defendant IBM Credit LLC
kmiller@skjlaw.com, llb@skjlaw.com

Kathleen M. Miller on behalf of Defendant International Business Machines Corporation
kmiller@skjlaw.com, llb@skjlaw.com

Stephen M. Miller on behalf of Defendant Getty Images, Inc.
smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Stephen M. Miller on behalf of Interested Party Delaware Trust Company, as Indenture Trustee
smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Stephen M. Miller on behalf of Interested Party Law Debenture Trust Company of New York
smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Phillip Mindlin on behalf of Creditor Google Inc.
pmindlin@wlrk.com, dmayer@wlrk.com

Phillip Mindlin on behalf of Creditor Ranger Inc.
pmindlin@wlrk.com, dmayer@wlrk.com

Robert K. Minkoff on behalf of Creditor Cedar Glade LP
rminkoff@cedargladecapital.com

Robert K. Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC
rminkoff@cedargladecapital.com

Tamara K. Minott on behalf of Accountant Huron Consulting Group
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Attorney Eugene F. Collins
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Attorney Jackson Lewis LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Attorney Keightley & Ashner LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Attorney Morris, Nichols, Arsht & Tunnell LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Attorney Torys LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Claims Agent Epiq Bankruptcy Solutions LLC
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Consultant Chilmark Partners, LLC
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Consultant RLKS Executive Solutions LLC
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Debtor Nortel Networks Inc., et al.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Debtor Nortel Networks India International Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Defendant Nortel Networks Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Defendant Nortel Networks Inc., et al.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Financial Advisor Ernst & Young LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Interested Party John Ray, as Principal Officer of Nortel
Networks, Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Interested Party Nortel Networks Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Interested Party Nortel Networks Inc., et al.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Interested Party The Mergis Group
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Other Prof. Ernst & Young LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Other Prof. John Ray
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Other Prof. Linklaters LLP
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Other Prof. Punter Southall LLC
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Plaintiff Nortel Networks (CALA) Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Plaintiff Nortel Networks Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Plaintiff Nortel Networks, Inc.
tminott@mnat.com, aconway@mnat.com

Tamara K. Minott on behalf of Spec. Counsel Crowell & Moring LLP
tminott@mnat.com, aconway@mnat.com

Kenneth M. Misken on behalf of Creditor SprintCom, Inc.
kmisken@milesstockbridge.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Department of
Revenue
cmomjian@attorneygeneral.gov

Francis A. Monaco, Jr. on behalf of Mediator Francis A. Monaco, Jr.
frank.monaco@gavinsolmonese.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com

John J. Monaghan on behalf of Interested Party Avaya Inc.
bos-bankruptcy@hklaw.com

Norman M. Monhait on behalf of Defendant AMCC Sales Corporation
nmonhait@rmgglaw.com

Norman M. Monhait on behalf of Defendant Global Electric Electronic Processing (USA), Inc.
and Global Electric Electronic Processing, Inc.
nmonhait@rmgglaw.com

Norman M. Monhait on behalf of Defendant Nokia Siemens Network Oy
nmonhait@rmgglaw.com

Norman M. Monhait on behalf of Defendant Nokia Siemens Network US LLC
nmonhait@rmgglaw.com

Eric J. Monzo on behalf of Creditor Law Debenture Trust Company of New York
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Eric J. Monzo on behalf of Creditor Sprint Nextel Corporation
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Eric J. Monzo on behalf of Defendant Accton Technology Corporation
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Eric J. Monzo on behalf of Defendant Voxify, Inc.
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Eric J. Monzo on behalf of Defendant Zhone Technologies, Inc.
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Eric J. Monzo on behalf of Interested Party Delaware Trust Company, as Indenture Trustee
emonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Edmon L. Morton on behalf of Financial Advisor Jefferies & Company, Inc.
bankfilings@ycst.com

Adam Scott Moskowitz on behalf of Creditor ASM Capital III, L.P.
asmcapital@aol.com

Adam Scott Moskowitz on behalf of Creditor ASM Capital IV, L.P.
asmcapital@aol.com

Adam Scott Moskowitz on behalf of Creditor ASM Capital, L.P.
asmcapital@aol.com

Adam Scott Moskowitz on behalf of Creditor ASM SIP, L.P.
asmcapital@aol.com

Kerri K. Mumford on behalf of Creditor ASM Capital III, L.P.
mumford@lrclaw.com, raucci@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com

Kerri K. Mumford on behalf of Creditor ASM Capital, L.P.
mumford@lrclaw.com, raucci@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com

Lucian Borders Murley on behalf of Defendant SBA Network Services, Inc.
lmurley@saul.com, rwarren@saul.com

Kathleen A. Murphy on behalf of Defendant Nortel Networks Global Corporation
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Kathleen A. Murphy on behalf of Defendant Nortel Networks Limited
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Kathleen A. Murphy on behalf of Defendant Nortel Networks Technology Corporation
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Kathleen A. Murphy on behalf of Foreign Representative ERNST & YOUNG
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Kathleen A. Murphy on behalf of Foreign Representative Ernst & Young Inc., As Monitor &
foreign Representative of the Canadian Nortel Group
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Kathleen A. Murphy on behalf of Foreign Representative Ernst & Young Inc., as Monitor of the
Canadian Debtors
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Kathleen A. Murphy on behalf of Interested Party Nortel Networks Corporation
kathleen.murphy@bipc.com, tammy.rogers@bipc.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov, efile@pbgc.gov

Ramona S. Neal on behalf of Creditor Hewlett-Packard Company
ramona.neal@hp.com

Carl D. Neff on behalf of Creditor Nortel Trade Claim Consortium
cneff@foxrothschild.com, idensmore@foxrothschild.com

Carl D. Neff on behalf of Creditor SNMP Research International, Inc.
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Carl D. Neff on behalf of Creditor SNMP Research International, Inc.
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Michael S. Neiburg on behalf of Interested Party Joint Administrators and Foreign
Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

Lyle R. Nelson on behalf of Creditor Brookings Municipal Utilities
lyle@lylenelsonlaw.com

James D. Newbold on behalf of Creditor Illinois Department of Revenue
James.Newbold@illinois.gov

Jami B. Nimeroff on behalf of Defendant Microsoft Online, Inc. fka Atlas
jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com

Daniel A. O'Brien on behalf of Creditor Credit Solutions of America, Inc.
daobrien@venable.com

Daniel A. O'Brien on behalf of Interested Party Xeta Technologies, Inc.
daobrien@venable.com

Edward Patrick O'Brien on behalf of Creditor 485 Lexington Owner LLC & Reckson Operating Partnership, L.P.
eobrien@sbchlaw.com

Mark D. Olivere on behalf of Successor Trustee Wilmington Trust, National Association
olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com

Phillip P. Owens, II on behalf of Creditor Ronald P. Elias
po@owenslawofficepc.com

Domenic E. Pacitti on behalf of Defendant Certicom Corporation
dpacitti@klehr.com

Domenic E. Pacitti on behalf of Interested Party Electro Rent Corp.
dpacitti@klehr.com

Ricardo Palacio, Esq on behalf of Creditor Johnson Controls, Inc.
rpalacio@ashby-geddes.com

Mona A. Parikh on behalf of Counter-Defendant Nortel Networks Limited
mona.parikh@bipc.com

Mona A. Parikh on behalf of Debtor Canadian Nortel Debtors
mona.parikh@bipc.com

Mona A. Parikh on behalf of Defendant Nortel Networks Corporation, et al.,
mona.parikh@bipc.com

Mona A. Parikh on behalf of Foreign Representative ERNST & YOUNG
mona.parikh@bipc.com

Mona A. Parikh on behalf of Foreign Representative Ernst & Young Inc., As Monitor & foreign Representative of the Canadian Nortel Group
mona.parikh@bipc.com

Mona A. Parikh on behalf of Other Prof. Ernst & Young LLP
mona.parikh@bipc.com

Mona A. Parikh on behalf of Plaintiff Nortel Networks Limited
mona.parikh@bipc.com

Barbra Rachel Parlin on behalf of Interested Party Avaya Inc.
barbra.parlin@hklaw.com, chip.lancaster@hklaw.com;Bos-Bankruptcy@hklaw.com

James L. Patton on behalf of Foreign Representative ERNST & YOUNG
bankfilings@ycst.com

Norman L. Pernick on behalf of Creditor SNMP Research International, Inc.
npernick@coleschotz.com,
pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitwor
th@coleschotz.com

Norman L. Pernick on behalf of Creditor SNMP Research, Inc.
npernick@coleschotz.com,
pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitwor
th@coleschotz.com

Norman L. Pernick on behalf of Plaintiff SNMP Research International, Inc.
npernick@coleschotz.com,
pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitwor
th@coleschotz.com

Norman L. Pernick on behalf of Plaintiff SNMP Research, Inc.
npernick@coleschotz.com,
pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitwor
th@coleschotz.com

Marc J. Phillips on behalf of Creditor Paradigm Tax Group, LLC
mphillips@mgmlaw.com

Marc J. Phillips on behalf of Creditor Sanmina-SCI Corporation
mphillips@mgmlaw.com

Marc J. Phillips on behalf of Defendant Covergence, Inc.
mphillips@mgmlaw.com

Marc J. Phillips on behalf of Interested Party Paradigm DKD Group, LLC d/b/a Paradigm Tax
Group
mphillips@mgmlaw.com

Sarah E. Pierce on behalf of Interested Party Nokia Siemens Networks B.V.
sarah.pierce@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Joanne P. Pinckney on behalf of Interested Party Macquarie Capital (USA) Inc.
jpinckney@pwujlaw.com, jdean@pwujlaw.com

Joanne P. Pinckney on behalf of Interested Party Solus Alternative Asset Management LP as
holder of 7.785% bonds issued by NNCC
jpinckney@pwujlaw.com, jdean@pwujlaw.com

Joanne P. Pinckney on behalf of Other Prof. Solus Alternative Asset Management LP and
PointState Capital LP
jpinckney@pwujlaw.com, jdean@pwujlaw.com

Dana S. Plon on behalf of Creditor Unisys Corporation
dplon@sirlinlaw.com

Dana S. Plon on behalf of Creditor Unisys de Mexico S.A. de C.V.
dplon@sirlinlaw.com

Gregory G. Plotko on behalf of Interested Party ZSF/Research Gateway Trust
gplotko@kramerlevin.com, tmayer@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Gregory G. Plotko on behalf of Interested Party ZSF/Research Network Trust
gplotko@kramerlevin.com, tmayer@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

David L. Pollack on behalf of Creditor UBS Realty Investors LLC
pollack@ballardspahr.com, blunt@ballardspahr.com

Amos U. Priester, IV, IV on behalf of Creditor Gilmore Global Logistics Services Inc.
apriester@smithlaw.com, aosterhout@smithlaw.com;kbarden@smithlaw.com

Jeremy Reckmeyer on behalf of Creditor Liquidity Solutions, Inc.
jeremyreckmeyer@andrewskurth.com

Timothy P. Reiley on behalf of Creditor Embarq Management Company
treiley@reedsmith.com

Timothy P. Reiley on behalf of Creditor Qwest Communications Company, LLC
treiley@reedsmith.com

Timothy P. Reiley on behalf of Creditor Qwest Corporation
treiley@reedsmith.com

Andrew R. Remming on behalf of Accountant Huron Consulting Group
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Debtor Alteon WebSystems, Inc.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Debtor Alteon Websystems International, Inc.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Debtor Nortel Networks (CALA) Inc.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Debtor Nortel Networks Inc., et al.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Debtor Nortel Networks India International Inc.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Defendant Nortel Networks Inc.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Defendant Nortel Networks International Inc.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Interested Party Nortel Networks Inc., et al.
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Andrew R. Remming on behalf of Interested Party The Mergis Group
aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com

Richard W. Riley on behalf of Creditor Aon Consulting
rwriley@duanemorris.com

Richard W. Riley on behalf of Defendant LTS Managed Technical Services LLC
rwriley@duanemorris.com

Richard W. Riley on behalf of Interested Party GENBAND US LLC
rwriley@duanemorris.com

Jeffrey B. Rose on behalf of Creditor Charles Rowe
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Dwayne Roberts
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Fred Scott
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Jac Goudsmit
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Keith Weiner
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Neal Shact
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Price Paschall
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Rudy Mathieu
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor Wendell Allen Neff
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Jeffrey B. Rose on behalf of Creditor William Weidner
jrose@lowis-gellen.com, abolling@lowis-gellen.com

George Rosenberg on behalf of Creditor Treasurer of Arapahoe County, Colorado
grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us

Edward B. Rosenthal on behalf of Defendant Global Electric Electronic Processing (USA), Inc.
and Global Electric Electronic Processing, Inc.
erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Frederick Brian Rosner on behalf of Creditor Cypress Communications, Inc.
rosner@teamrosner.com

Frederick Brian Rosner on behalf of Creditor Liquidity Solutions, Inc.
rosner@teamrosner.com

Frederick Brian Rosner on behalf of Defendant Axerra Networks, Inc.
rosner@teamrosner.com

Sommer Leigh Ross on behalf of Defendant TGS, Inc.
slross@duanemorris.com

Sommer Leigh Ross on behalf of Interested Party Genband Inc.
slross@duanemorris.com

Sommer Leigh Ross on behalf of Plaintiff GENBAND US LLC
slross@duanemorris.com

Andrew John Roth-Moore on behalf of Attorney Torys LLP
aroth-moore@mnat.com

Andrew John Roth-Moore on behalf of Claims Agent Epiq Bankruptcy Solutions LLC
aroth-moore@mnat.com

Andrew John Roth-Moore on behalf of Debtor Nortel Networks Inc., et al.
aroth-moore@mnat.com

Andrew John Roth-Moore on behalf of Interested Party John Ray, as Principal Officer of Nortel
Networks, Inc.
aroth-moore@mnat.com

W. Bradley Russell, Jr. on behalf of Creditor United States on behalf of Internal Revenue Service
William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Jeremy William Ryan on behalf of Defendant Aricent Technologies (Holdings) Limited
jryan@potteranderson.com, bankruptcy@potteranderson.com

Jeremy William Ryan on behalf of Defendant Camiant, Inc.
jryan@potteranderson.com, bankruptcy@potteranderson.com

Jeremy William Ryan on behalf of Defendant CoAMS, Inc.
jryan@potteranderson.com, bankruptcy@potteranderson.com

Jeremy William Ryan on behalf of Defendant International Data Group, Inc.
jryan@potteranderson.com, bankruptcy@potteranderson.com

Christopher M. Samis on behalf of Attorney Akin Gump Strauss Hauer & Feld LLP
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Attorney Ashurst LLP
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Attorney Richards, Layton & Finger, PA
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Attorney Whiteford, Taylor & Preston LLC
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.
csamis@wtplaw.com, cmcallister@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.
csamis@wtplaw.com, cmcallister@wtplaw.com;wjeffers@wtplaw.com

Christopher M. Samis on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Nortel Networks Inc., et al.
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Debtor Nortel Networks Inc., et al.
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Interested Party Capstone Advisory Group, LLC
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Interested Party OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Other Prof. Cassels Brock & Blackwell LLP
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Christopher M. Samis on behalf of Other Prof. Dentons Canada LLP
csamis@wtplaw.com, clano@wtplaw.com;cmosuly@wtplaw.com

Joseph E. Sarachek on behalf of Creditor CRT Capital Group LLC
jsarachek@crtllc.com, grosenblum@crtspi.com

Joseph E. Sarachek on behalf of Creditor CRT Special Investments LLC
jsarachek@crtllc.com, grosenblum@crtspi.com

Joseph E. Sarachek on behalf of Creditor Wellspring Capital LP
jsarachek@crtllc.com, grosenblum@crtspi.com

Gilbert R. Saydah, Jr. on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@kelleydrye.com

John Henry Schanne, II on behalf of Defendant Queens Ballpark Company, L.L.C.
schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

John Henry Schanne, II on behalf of Defendant Sterling Mets, L.P.
schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

John Henry Schanne, II on behalf of Interested Party Avaya Inc.
schannej@pepperlaw.com,
wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.i
nforuptcy.com;molitorm@pepperlaw.com

Jeffrey A. Scharf on behalf of Defendant Commonwealth of Virginia Department of Taxation
jeff@taxva.com

Jeffrey M. Schlerf on behalf of Creditor Nortel Trade Claim Consortium
jschlerf@foxrothschild.com, idensmore@foxrothschild.com

Eric D. Schwartz on behalf of Debtor Nortel Networks Inc., et al.
eschwartz@mnat.com, aconway@mnat.com;mdecarli@mnat.com

Seth B. Shapiro on behalf of Creditor Department of the Navy
seth.shapiro@usdoj.gov

Seth B. Shapiro on behalf of Interested Party United States Customs and Border Protection
seth.shapiro@usdoj.gov

Joseph Emil Shickich, Jr. on behalf of Creditor Microsoft Corporation
jshickich@riddellwilliams.com, vmagda@riddellwilliams.com

Carren Shulman on behalf of Creditor NeoPhotonics Corporation
cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com

William L. Siegel on behalf of Creditor Campbell Creek, Ltd.
bsiegel@cowlesthompson.com

Bennett Silverberg on behalf of Creditor Nortel Trade Claim Consortium
bsilverberg@brownrudnick.com

Laurie Selber Silverstein on behalf of Defendant Perot Systems Corporation
bankruptcy@potteranderson.com

Laurie Selber Silverstein on behalf of Interested Party Belden Inc.
bankruptcy@potteranderson.com

Christopher Page Simon
csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon on behalf of Defendant Celestica Holdings PTE Ltd.
csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon on behalf of Defendant Celestica Thailand Ltd.
csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon on behalf of Financial Advisor Jefferies & Company, Inc.
csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon on behalf of Interested Party VTech Communications, Inc.
csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon on behalf of Interested Party Kien Chen
csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon on behalf of Interested Party Moreno Minto
csimon@crosslaw.com, smacdonald@crosslaw.com

Nicholas E. Skiles on behalf of Creditor Communications Test Design, Inc.
jwetzel@wgflaw.com

Karen B. Skomorucha Owens on behalf of Creditor Flextronics Telecom Systems Ltd
kskomorucha@ashby-geddes.com

Natasha M. Songonuga on behalf of Creditor Hewlett-Packard Company
nsongonuga@gibbonslaw.com

Natasha M. Songonuga on behalf of Defendant Hewlett-Packard Company
nsongonuga@gibbonslaw.com

Natasha M. Songonuga on behalf of Defendant Hewlett-Packard Financial Services Company
nsongonuga@gibbonslaw.com

Natasha M. Songonuga on behalf of Interested Party Hewlett-Packard Financial Services, Inc.
nsongonuga@gibbonslaw.com

Sarah R Stafford on behalf of Debtor Nortel Networks Inc., et al.
sstafford@beneschlaw.com, docket@beneschlaw.com

Sarah R Stafford on behalf of Plaintiff Nortel Networks Inc.
sstafford@beneschlaw.com, docket@beneschlaw.com

Charles A. Stanziale, Jr. on behalf of Mediator Charles A. Stanziale, Jr.
cstanziale@mccarter.com,
mwesler@mccarter.com;DE16@ecfcbis.com;cbeirne@mccarter.com;cbeirne@mccarter.com

Karen J. Stapleton on behalf of Creditor County of Loudoun
Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov

Stephen C. Stapleton on behalf of Creditor GTCI
sstapleton@cowlesthompson.com

Jonathan M. Stemerman on behalf of Creditor Committee Official Committee of Long-Term
Disability Participants
jms@elliottgreenleaf.com

Jonathan M. Stemerman on behalf of Interested Party Marilyn Green
jms@elliottgreenleaf.com

Jonathan M. Stemerman on behalf of Interested Party Najam Dean
jms@elliottgreenleaf.com

William D. Sullivan on behalf of Creditor Bell Microproducts, Inc.
wdsecfnotices@sha-llc.com

William D. Sullivan on behalf of Creditor Innings Telecom Europe Ltd.
wdsecfnotices@sha-llc.com

William D. Sullivan on behalf of Creditor Prudential Relocation, Inc.
wdsecfnotices@sha-llc.com

William D. Sullivan on behalf of Defendant Prudential Relocation, Inc.
wdsecfnotices@sha-llc.com

William D. Sullivan on behalf of Interested Party Avaya Inc.
wdsecfnotices@sha-llc.com

Eric Michael Sutty
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Creditor Committee Official Committee of Long-Term
Disability Participants
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Adella Venneman
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Brenda L. Rohrbaugh
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Caroline Underwood
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Charles Sandner
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party David Litz
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Fred Lindow
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Jane Neumann
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Jerry Wadlow
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Mark R. Janis
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Michael R. Thompson
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Najam Dean
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Olive Jane Stepp
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Peter Lawrence
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Rahul Kumar
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Remajos Brown
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Robert Dale Dover
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Sandra Aiken
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Scott Gennett
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Interested Party Thelma Watson
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Eric Michael Sutty on behalf of Plaintiff Official Committee of Long Term Disability Plan
Participants, on behalf of and as agent for a class of individual participants and beneficiaries
under various Nortel Networks Health and Welfare Benefi
ems@elliottgreenleaf.com, sir@elliottgreenleaf.com

Max Taylor, III on behalf of Creditor City and County of Denver
max.taylor@denvergov.org, bankruptcy.max@denvergov.org

Christina M. Thompson on behalf of Creditor UCM/SREP - Corp Woods, LLC
cthompson@connollygallagher.com

Christina M. Thompson on behalf of Creditor iStar CTL North Glenville-Richardson LLC
cthompson@connollygallagher.com

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
jdt@jdthompsonlaw.com

James Tobia on behalf of Defendant BizSphere AG
jimtobia@comcast.net;bankserve@tobialaw.com

James Tobia on behalf of Defendant Macadamian Technologies Inc.
jimtobia@comcast.net;bankserve@tobialaw.com

Brian Trust on behalf of Interested Party The Fourth Estate Directors and Fourth Estate
Subsidiaries
btrust@mayerbrownrowe.com, mlotito@mayerbrown.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Diane E. Vuocolo on behalf of Mediator Diana E. Vuocolo
vuocolod@gtlaw.com

Ryan Wagner on behalf of Defendant Queens Ballpark Company, L.L.C.
rwagner@mwe.com

Ryan Wagner on behalf of Defendant Sterling Mets, L.P.
rwagner@mwe.com

Christopher A. Ward on behalf of Creditor ABN AMRO Bank N.V.
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward on behalf of Creditor OSS Nokalva, Inc.
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward on behalf of Creditor Unisys Corporation
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward on behalf of Interested Party Ericsson Inc. and Telefonaktiebolaget LM
Ericsson (Publ.)
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward on behalf of Interested Party Polsinelli PC
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward on behalf of Interested Party Westcon Group North America Inc
cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Lynnette R Warman on behalf of Creditor Excelight Communications, Inc.
lwarman@culhanemeadows.com, lynnette.warman@att.net

Lynnette R Warman on behalf of Creditor Sumitomo Electric Lightwave Corporation
lwarman@culhanemeadows.com, lynnette.warman@att.net

John Edward Waters on behalf of Creditor Iowa Department of Revenue
idrbankruptcy@iowa.gov

Jeffrey R. Waxman on behalf of Defendant Focus Legal Management, LLC
jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Jeffrey R. Waxman on behalf of Defendant Focus Legal Solutions, LLC
jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com

Robert Alan Weber on behalf of Counter-Claimant Communications Test Design, Inc.
robert.weber@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;Wendy.lamanna@skadden.com

Robert Alan Weber on behalf of Interested Party Stephen Taylor, Conflicts Administrator for
Nortel Networks SA
robert.weber@skadden.com,
debank@skadden.com;christopher.heaney@skadden.com;Wendy.lamanna@skadden.com

Helen Elizabeth Weller on behalf of Creditor City of Richardson
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Fannin CAD
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Helen Elizabeth Weller on behalf of Creditor Irving ISD
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Annie C. Wells on behalf of Defendant Cognizant Technology Solutions US Corporation,
awells@morganlewis.com

Duane David Werb on behalf of Creditor Emerson Network Power Embedded
maustria@werbsullivan.com;riorii@werbsullivan.com

Duane David Werb on behalf of Interested Party Nokia Corporation
maustria@werbsullivan.com;riorii@werbsullivan.com

John A. Wetzel on behalf of Creditor Communications Test Design, Inc.
jwetzel@swartzcampbell.com, jgagliardi@swartzcampbell.com

David Brian Wheeler on behalf of Creditor Public Service of North Carolina, Incorporated
davidwheeler@mvalaw.com, reiddyer@mvalaw.com

John Legare Williams on behalf of Defendant Avotus Corporation
delawyer76@aol.com

Joanne Bianco Wills on behalf of Interested Party Export Development Canada
jwills@klehr.com

Charmaine M. Wilson on behalf of Creditor Primeshares
ksync@primeshares.com,
jd@primeshares.com,transfer@primeshares.com;ksync1@primeshares.com,microsoftaccess@pr
imeshares.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Michael Gregory Wilson on behalf of Creditor Excelight Communications, Inc.
michaelgwilson@zoho.com

Christopher Martin Winter on behalf of Defendant Aviat Networks, Inc.
cmwinter@duanemorris.com

Christopher Martin Winter on behalf of Defendant Aviat U.S., Inc.
cmwinter@duanemorris.com

Christopher Martin Winter on behalf of Defendant ZOHO Corporation
cmwinter@duanemorris.com

Christopher Martin Winter on behalf of Interested Party Bank of New York Mellon
cmwinter@duanemorris.com

Christopher Martin Winter on behalf of Other Prof. The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee
cmwinter@duanemorris.com

Jeffrey C. Wisler on behalf of Interested Party iStar CTL North Glenville-Richardson LLC
jwisler@connollygallagher.com

Etta Ren Wolfe on behalf of Defendant Oplink Communications, Inc.
ewolfe@potteranderson.com, bankruptcy@potteranderson.com

John L. Wood on behalf of Creditor SNMP Research International, Inc.
jwood@emlaw.com

John L. Wood on behalf of Creditor SNMP Research, Inc.
jwood@emlaw.com

John L. Wood on behalf of Plaintiff SNMP Research International, Inc.
jwood@emlaw.com

John L. Wood on behalf of Plaintiff SNMP Research, Inc.
jwood@emlaw.com

E. Rebecca Workman on behalf of Creditor Barnes & Thornburg LLP
rebecca.workman@btlaw.com

Karon Y. Wright on behalf of Creditor Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

James S. Yoder on behalf of Creditor Polycom, Inc.
yoderj@whiteandwilliams.com

James S. Yoder on behalf of Creditor Starent Networks Corp.
yoderj@whiteandwilliams.com

James S. Yoder on behalf of Defendant Abacus Solutions, LLC,
yoderj@whiteandwilliams.com

James S. Yoder on behalf of Defendant Starent Networks LLC
yoderj@whiteandwilliams.com

James S. Yoder on behalf of Defendant Trapeze Networks, Inc.
yoderj@whiteandwilliams.com

Rafael Xavier Zahralddin-Aravena on behalf of Creditor Committee Official Committee of Long-Term Disability Participants
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Defendant Nera, Inc.,
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Alan Heinbaugh
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Bert Fletcher
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Brad Henry
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Brent Beasley
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Carmel Totman
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Carol Raymond
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Chad P. Soriano
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Charles Barry
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Charles Sandner
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Charles A. Henderson
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Claudia Vidmer
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Cynthia Schmidt
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Danny Owenby
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party David Litz
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Faye M. Brown
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Frankie & Janie Proctor
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Fred Lindow
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Gary Garrett
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party George I Hovater, Jr.
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Gussie H. Anderson
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party James Lee
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Janette Head
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party John J. Rossi
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Kem Muckleroy
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Laura Hale
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Leolia Strickland
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Manuel Segura
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Marie Jurasevich
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Mark Phillips
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Mark R. Janis
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Mary Holbrook
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Michael Stutts
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Michael Thompson
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Michael P. Alms
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Paul Wolfe
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Peter Lawrence
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Reid Mullett
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Richard Hodges
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Robert Martel
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Ronald Rose
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Susan Widener
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Terry Massengill
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Thomas Dikens
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Vada Wilson
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Vincent L. Bodnar
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Wendy Boswell Mann
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party William Johnson
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party William Reed
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Mediator Richard Levin
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Plaintiff Official Committee of Long Term
Disability Plan Participants, on behalf of and as agent for a class of individual participants and
beneficiaries under various Nortel Networks Health and Welfare Benefi
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Rafael Xavier Zahralddin-Aravena on behalf of Spec. Counsel E. Morgan Maxwell, III
rxza@elliottgreenleaf.com, sir@elliottgreenleaf.com;mcg@elliottgreenleaf.com

Jonathan S. Zinman
jzinman@soluslp.com, loanstar@loanstarhfs.com

Jonathan S. Zinman on behalf of Interested Party Solus Alternative Asset Management LP as
holder of 7.785% bonds issued by NNCC
jzinman@soluslp.com, loanstar@loanstarhfs.com