## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### AMENDED NOTICE OF DEPOSITION OF MARK SHAPIRO

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26 and 30, made applicable to these proceedings by Fed. R. Bankr. P. 7026 and 7030,  Delaware Trust Company and Law Debenture Trust Company of New York will take the deposition upon oral examination of Mark Shapiro on **February 27, 2017, at 9:30 a.m.** (prevailing Eastern Time), at the offices of PATTERSON BELKNAP WEBB & TYLER LLP, 1133 Avenue of the Americas, New York, NY 10036-6710.  The deposition will be conducted before a notary public or another person authorized to administer oaths in accordance with and for all purposes permissible under the Federal Rules of Civil Procedure and will be recorded by stenographic, audio, and videographic means.  Counsel of record are invited to attend and participate.

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

Dated: February 17, 2017

MORRIS JAMES LLP


_____/s/ Eric J. Monzo_____

Stephen M. Miller (DE Bar. No. 2610)
Eric J. Monzo (DE Bar. No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:   (302) 571-1750
Email:       smiller@morrisjames.com
             emonzo@morrisjames.com

- and -

Daniel A. Lowenthal
James V. Masella, III
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222
Email:       dalowenthal@pbwt.com
             bguiney@pbwt.com
             jtkirklin@pbwt.com

*Attorneys for Delaware Trust Company, as*
*Indenture Trustee*