**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From August 1, 2016 through October 31, 2016, unless otherwise specified**

**Hearing: February 21, 2017 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.   Notice Of Thirty-First Interim Fee Application Request (D.I. 17480, Filed 11/30/16).

     1.   Ninety-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2016 Through August 31, 2016 (D.I. 17311, Filed 10/27/16);

     2.   Certification Of No Objection Regarding Ninety-First Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2016 Through August 31, 2016 [Docket No. 17311] (No Order Required) (D.I. 17446, Filed 11/28/16);

     3.   Ninety-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2016 Through September 30, 2016 (D.I. 17345, Filed 11/4/16);

     4.   Certification Of No Objection Regarding Ninety-Second Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2016 Through September 30, 2016 [Docket No. 17345] (No Order Required) (D.I.17467, Filed 11/29/16);

     5.   Ninety-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2016 Through October 31, 2016 (D.I. 17469, Filed 11/29/16);

     6.   Certification Of No Objection Regarding Ninety-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2016 Through October 31, 2016 [Docket No. 17469] (No Order Required) (D.I.17612, Filed 12/20/16); and

7.    Fee Examiner's Final Report Regarding Thirty-First Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 17831, Filed 1/30/17).

<u>Ashurst LLP</u>

B.    Notice Of Thirty-First Interim Fee Application Request (D.I. 17491, Filed 11/30/16).

1.    Ninety-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2016 Through August 31, 2016 (D.I. 17204, Filed 9/26/16);

2.    Certification Of No Objection Regarding Ninety-First Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2016 Through August 31, 2016 [Docket No. 17204] (No Order Required) (D.I. 17273, Filed 10/18/16);

3.    Ninety-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2016 Through September 30, 2016 (D.I. 17309, Filed 10/26/16);

4.    Certification Of No Objection Regarding Ninety-Second Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2016 Through September 30, 2016  [Docket No. 17309] (No Order Required) (D.I. 17507, Filed 12/1/16);

5.    Ninety-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2016 Through October 31, 2016 (D.I. 17490, Filed 11/30/16);

6.    Certification Of No Objection Regarding Ninety-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

Expenses For Services Rendered During The Period From October 1, 2016 Through October 31, 2016 [Docket No. 17490] (No Order Required) (D.I. 17624, Filed 12/21/16); and

7.  Fee Examiner's Final Report Regarding Thirty-First Interim Fee Application Of Ashurst LLP (D.I. 17721, Filed 1/18/17).

Berkeley Research Group, LLC

C.  Notice Of Sixth Interim Fee Application Request (D.I. 17485, Filed 11/30/16).

1.  Fifteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From August 1, 2016 Through August 31, 2016 (D.I. 17346, Filed 11/4/16);

2.  Certification Of No Objection Regarding Fifteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From August 1, 2016 Through August 31, 2016 [Docket No. 17346] (No Order Required) (D.I. 17468, Filed 11/29/16);

3.  Sixteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From September 1, 2016 Through September 30, 2016 (D.I. 17463, Filed 11/29/16);

4.  Certification Of No Objection Regarding Sixteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From September 1, 2016 Through September 30, 2016 [Docket No. 17463] (No Order Required) (D.I. 17611, Filed 12/20/16);

5.  Seventeenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From October 1, 2016 Through October 31, 2016 (D.I. 17475, Filed 11/29/16);

6.  Certification Of No Objection Regarding Seventeenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee of Unsecured Creditors During The Period From October 1, 2016 Through October 31, 2016 [Docket No. 17475] (No Order Required) (D.I. 17614, Filed 12/20/16); and

7.  Fee Examiner's Final Report Regarding Sixth Interim Fee Application Of Berkeley Research Group, LLC (D.I. 17719, Fled 1/18/17).

Cassels Brock & Blackwell LLP

D.      Notice Of Eleventh Interim Fee Application Request (D.I. 17479, 11/30/16).

1.      Thirtieth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2016 To August 31, 2016 (D.I. 17371, Filed 11/8/16);

2.      Certification of No Objection Regarding Thirtieth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2016 To August 31, 2016 (D.I. 17508, Filed 12/1/16);

3.      Thirty-First Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2016 To September 30, 2016 (D.I. 17394, Filed 11/14/16);

4.      Certification Of No Objection Regarding -First Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2016 To September 30, 2016 (D.I. 17540, Filed 12/6/16);

5.      Thirty-Second Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2016 To October 31, 2016 (D.I. 17474,  Filed 11/29/16);

6.      Certification Of No Objection Regarding Thirty-Second Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2016 To October 31, 2016 (D.I. 17613, Filed 12/20/16); and

7.      Fee Examiner's Final Report Regarding Notice Of Eleventh Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 17733, Filed 1/19/17).

Chilmark Partners LLC

E.     Twenty-Seventh Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17489, Filed 11/30/16).

1.     Seventy-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2016 Through August 31, 2016 (D.I. 17263, Filed 10/17/16);

2.     Certificate of No Objection Regarding Seventy-Eighth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2016 Through August 31, 2016 (D.I. 17372, Filed 11/8/16);

3.     Seventy-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2016 Through September 30, 2016 (D.I. 17341, Filed 11/4/16);

4.     Certificate of No Objection Regarding Seventy-Ninth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2016 Through September 30, 2016 (D.I. 17441, Filed 11/28/16);

5.     Eightieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2016 Through October 31, 2016 (D.I. 17430, Filed 11/23/16);

6.     Certificate of No Objection Regarding Eightieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2016 Through October 31, 2016 (D.I. 17578, Filed 12/14/16); and

7.     Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 17734, Filed 1/19/17).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.     Thirty-First Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17461, Filed 11/29/16).

    1.     Ninety Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17210, Filed 9/27/16);

    2.     Certificate Of No Objection Regarding Ninety Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17288, Filed 10/20/16);

    3.     Ninety Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17306, Filed 10/5/16);

    4.     Certificate Of No Objection Regarding Ninety Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17411, Filed 11/18/16);

    5.     Ninety Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17427, Filed 11/22/16);

    6.     Certificate Of No Objection Regarding Ninety Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17574, Filed 12/13/16); and

    7.     Fee Examiner's Final Report Regarding Thirty-First Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 17830, Filed 1/30/17).

<u>Crowell & Moring LLP</u>

G.  Thirtieth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17495, Filed 11/30/16).

    1.  Seventy-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through October 31, 2016 (D.I. 17494, Filed 11/30/16);

    2.  Certificate Of No Objection Regarding Seventy-First Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through October 31, 2016 (D.I. 17647, Filed 12/30/16); and

    3.  Fee Examiner's Final Report Regarding Thirtieth Quarterly Fee Application Of Crowell & Moring LLP (D.I. 17732, Filed 1/19/17).

<u>Ernst & Young LLP</u>

H.  Thirty-First Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of August 1, 2016 Through October 31, 2016 (D.I. 17445, Filed 11/28/16).

    1.  Fifty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2016 Through August 31, 2016 (D.I. 17253, Filed 10/13/16);

    2.  Certificate Of No Objection Regarding Fifty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2016 Through August 31, 2016 (D.I. 17343, Filed 11/4/16);

    3.  Fifty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of September 1, 2016 Through September 30, 2016 (D.I. 17393, Filed 11/14/16);

    4.  Certificate Of No Objection Regarding Fifty-Fifth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of September 1, 2016 Through September 30, 2016 (D.I. 17539, Filed 12/6/16);

5.     Fifty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2016 Through October 31, 2016 (D.I. 17444, Filed 11/28/16);

6.     Certificate Of No Objection Regarding Fifty-Sixth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of October 1, 2016 Through October 31, 2016 (D.I. 17864, Filed 2/6/17); and

7.     Fee Examiner's Final Report Regarding Thirty-First Quarterly Fee Application Of Ernst & Young LLP (D.I.17829_, Filed 1/30/17).

## Huron Business Advisory

I.     Thirty-First Quarterly Fee Application Request Of Huron Business Advisory As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17376, Filed 11/9/16).

1.     Ninety-First Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17179, Filed 9/13/16);

2.     Certificate Of No Objection Regarding Ninety-First Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17220, Filed 10/4/16);

3.     Ninety-Second Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17237, Filed 10/11/16);

4.     Certificate Of No Objection Regarding Ninety-Second Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17320, Filed 11/1/16);

5.     Ninety-Third Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of

Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17363, Filed 11/8/16);

6. Certificate Of No Objection Regarding Ninetieth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2016 Through July 31, 2016 (D.I. 17471, Filed 9/29/16); and

7. Fee Examiner's Final Report Regarding Thirty-First Quarterly Fee Application Of Huron Business Advisory (D.I. 17736, Filed 1/19/17).

John Ray

J. Twenty-Eighth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17382, Filed 11/10/16).

1. Sixtieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through September 30, 2016 (D.I. 17222, Filed 10/4/16);

2. Certificate Of No Objection Regarding Sixtieth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through September 30, 2016 (D.I. 17304, Filed 10/25/16);

3. Sixty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17337, Filed 11/3/16);

4. Certificate Of No Objection Regarding Sixty-First Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17440, Filed 11/28/16); and

5. Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of John Ray (D.I. 17505, Filed 12/1/16).

Morris, Nichols, Arsht & Tunnell LLP

K.     Thirty-First Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17408, Filed 11/17/16).

     1.     Ninety-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17185, Filed 9/15/16);

     2.     Certificate of No Objection Regarding Ninety-Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17227, Filed 10/6/16);

     3.     Ninety-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17315, Filed 10/27/16);

     4.     Certificate Of No Objection Regarding Ninety-Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17414, Filed 11/18/16);

     5.     Ninety-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17405, Filed 11/16/16);

     6.     Certificate Of No Objection Regarding Ninety-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 1755, Filed 12/7/16); and

     7.     Fee Examiner's Final Report Regarding Thirty-First Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 17720, Filed 1/18/17).

Punter Southall LLC

L.    Final Application Of Punter Southall LLC, As Pension Co-Advisor To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8, 2009 Through January 31, 2014 (D.I. 17487, Filed 11/30/16).

    1.    Certificate Of No Objection Regarding Final Application Of Punter Southall LLC, As Pension Co-Advisor To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8, 2009 Through January 31, 2014 (D.I. 1768, Filed 12/22/16); and

    2.    Fee Examiner's Final Report Regarding Final Application Of Punter Southall LLC, As Pension Co-Advisor To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of Expenses For The Period May 8, 2009 Through January 31, 2014 (D.I. 7865, Filed 2/6/17).

RLKS Executive Solutions, LLC

M.    Twenty-Sixth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2016 Through October 31, 2016 (D.I. 17459, Filed 11/29/16).

    1.    Sixty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17217, Filed 10/3/16);

    2.    Certificate Of No Objection Regarding Sixty-Fourth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17305, Filed 10/25/16);

    3.    Sixty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17224, Filed 10/5/16);

    4.    Certificate Of No Objection Regarding Sixty-Fifth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17308, Filed 10/26/16);

5.      Sixty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17336, Filed 11/3/16);

6.      Certificate Of No Objection Regarding Sixty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17442, 11/28/16); and

7.      Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 17828, Filed 1/30/17).

<u>Torys LLP</u>

N.      Twenty-Fourth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period August 1, 2016 Through October 31, 2016 (D.I. 17409, Filed 11/17/16).

1.      Sixty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17216, Filed 9/29/16);

2.      Certificate Of No Objection Regarding Sixty-Fifth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2016 Through August 31, 2016 (D.I. 17290, Filed 10/20/16);

3.      Sixty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17330, Filed 11/2/16);

4.      Certificate Of No Objection Regarding Sixty-Sixth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2016 Through September 30, 2016 (D.I. 17443, Filed 11/28/16);

5.      Sixty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17395, Filed 11/15/16);

6.   Certificate Of No Objection Regarding Sixty-Seventh Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2016 Through October 31, 2016 (D.I. 17538, Filed 12/6/16); and

7.   Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application Of Torys LLP (D.I. 17506, Filed 12/1/16).

Whiteford, Taylor & Preston LLC

O.   Eighth Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2016 Through October 31, 2016 (D.I. 17451, Filed 11/29/16).

1.   Twentieth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2016 Through August 31, 2016 (D.I. 17200, Filed 9/22/16);

2.   Certificate Of No Objection Regarding Twentieth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2016 Through August 31, 2016 [Docket No. 17200] (No Order Required) (D.I. 1256, Filed 10/13/16);

3.   Twenty-First Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2016 Through September 30, 2016 (D.I. 17248, Filed 10/12/16);

4.   Certificate Of No Objection Regarding Twenty-First Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2016 Through September 30, 2016 [Docket No. 17248] (No Order Required) (D.I. 17334, Filed 11/2/16);

5.     Twenty-Second Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2016 Through October 31, 2016 (D.I. 17450, Filed 11/29/16);

6.     Certificate Of No Objection Regarding Twenty-Second Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2016 Through October 31, 2016 [Docket No. 17450] (No Order Required) (D.I. 17610, Filed 12/20/16); and

7.     Fee Examiner's Final Report Regarding Eighth Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 17735, Filed 1/19/17).