IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
               Debtors. : Jointly Administered
:
: **Re: D.I.** 17487
------------------------------------------------------------X

**ORDER GRANTING FINAL FEE APPLICATION OF PUNTER SOUTHALL LLC AS PENSION CO-ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR MAY 8, 2009 THROUGH JANUARY 31, 2014**

Upon consideration of the final application (the "Final Application") of Punter Southall LLC ("Punter Southall") as Pension Co-Advisor to the Debtors and Debtors in Possession, for final allowance of compensation for the period from May 8, 2009, through January 31, 2014; the Court having reviewed the Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**IT IS HEREBY ORDERED** that:

1. The Final Application is **GRANTED**.

2. Punter Southall is allowed compensation in the amount of $1,725,134.50 and expenses in the amount of $0 on a final basis for a total reimbursement of $1,725,134.50.

3. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

4. The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

Dated: February 17, 2017

_____
Honorable Kevin Gross
United States Bankruptcy Judge

2