## Exhibit A

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested for the Interim Period (100%) | (6) Total Expenses Requested for the Interim Period | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) to Date thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Chilmark Partners, LLC | 8/1/16-10/31/16 | $750,000.00 | $600,000.00 | $150,000.00 | $5,166.26 | $755,166.26 | $0.00 | $755,166.26 | $20,414,692.16 | $20,414,692.16 |
| Cleary Gottlieb Steen & Hamilton LLP | 8/1/16-10/31/16 | $6,707,224.25 ~~$6,714,055.05~~ | $4,571,404.60 | $1,142,851.15 | $1,264,269.25 ~~$1,266,067.80~~ | $6,980,323.55 | $8,725.05[2] | $6,971,598.50 | $331,289,893.23 | $331,204,630.27 |
| Crowell & Moring LLP | 8/1/16-10/31/16 | $11,156.00 | $8,924.80 | $2,231.20 | $43,845.17 | $55,001.17 | 0.00 | $55,001.17 | $2,442,427.10 | $2,440,260.20 |
| Ernst & Young LLP | 8/1/16-10/31/16 | $1,598,404.50 | $1,278,723.60 | $319,680.90 | $6,219.55 | $1,604,624.05 | $0.00 | $1,604,624.05 | $38,217,614.71 | $38,207,754.52 |
| Huron Consulting Group | 8/1/16-10/31/16 | $115,254.00 | $92,203.20 | $23,050.80 | $0.00 | $115,254.00 | $0.00 | $115,254.00 | $9,344,561.82 | $9,343,711.82 |
| John Ray | 8/1/16-10/31/16 | $208,131.00 | $166,504.80 | $41,626.20 | $796.50 | $208,927.50 | $0.00 | $208,927.50 | $4,565,250.76 | $4,564,883.26 |
| Morris, Nichols, Arsht & Tunnell LLP | 8/1/16-10/31/16 | $289,154.00 | $231,323.20 | $57,830.80 | $7,172.86 | $296,326.86 | $0.00 | $296,326.86 | $10,028,810.89 | $10,026,549.89 |
| RLKS Executive Solutions LLC | 8/1/16-10/31/16 | $2,303,183.00 | $1,842,546.40 | $460,636.60 | $16,648.03 | $2,319,831.03 | $0.00 | $2,319,831.03 | $24,423,623.04 | $24,422,148.04 |
| Torys LLP | 8/1/16-10/31/16 | $303,780.50 | $243,024.40 | $60,756.10 | $19,576.67 | $323,357.17 | $0.00 | $323,357.17 | $21,802,871.75 | $21,719,988.75 |

---

[1] Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or an admission by the referenced Applicant that such amounts were actually paid by the Debtors.

[2] Please note that this amount reflects a reduction in fees and expenses totaling $8,725.05 per the Fee Examiner's Final Report Regarding Thirty-First Quarterly Fee Application of Cleary Gottlieb Steen & Hamilton LLP (D.I. 17830).

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4) Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period (Fee Examiner) | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Per Court Order to Date (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP[4] | 8/1/16 - 10/31/16 | CDN $276,131.00 (US $210,135.69) | CDN $220,904.80 (US $168,108.55) | CDN $55,226.20 (US $42,027.14) | CDN $11,150.34 (US $8,485.41) | CDN $287,281.34 (US $218,621.10) | CDN $0.00 (Fees) $0.00 (Expenses) | CDN $287,281.34 (US $218,621.10) | CDN $6,558,623.19 (US $4,991,1125.25) | CDN $6,558,353.19 (US $4,990,906.78) |
| Whiteford, Taylor & Preston LLC | 8/1/16 - 10/31/16 | $89,986.00 | $71,988.80 | $17,997.2 | $731.09 | $90,717.09 | $0.00 (Fees) $0.00 | $90,717.09 | $1,090,488.78 | $1,089,716.28 |
| **TOTALS** | | $1,449,824.25 £34,583.50 CDN $276,131.00 | $1,159,859.40 £27,666.80 CDN $220,904.80 | $289,964.85 £6,916.70 CDN $55,226.20 | $10,650.92 £36.62 CDN $11,150.34 | $1,460,475.17 £34,620.12 CDN $287,281.34 | $6,332.30 (Fees) £0.00 (Expenses) CDN $0.00 | $1,460,013.97 £34,620.12 CDN $287,281.34 | $79,029,286.72 £5,599,776.91 CDN $6,558,623.19 | $78,883,558.25 £5,597,538.47 CDN $4,901,713.17 |

4 The amounts stated in parentheses are for informational purposes only and reflect the international foreign exchange rate of CDN $1.00 to U.S. $0.7610 as published by Reuters on February 9, 2017. All figures listed for Cassels Brock & Blackwell LLP are paid in Canadian currency at the Canadian dollar amounts specified above.

2234750.1

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4) Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed for the Interim Period | (9) Total Amount Authorized for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Period | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTALS** | | $11,293,318.75 | $9,034,655.00 | $2,258,663.75 | $1,365,492.84 | $12,658,811.59 | $8,725.05 | $12,650,086.54 | $462,529,745.46 | $462,341,811.91 |