# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: February 22, 2017 at 3:00 p.m. (ET) (Telephonic)** |

## NOTICE OF TELEPHONIC PRETRIAL CONFERENCE ON FEBRUARY 22, 2017 AT 3:00 P.M. (EASTERN TIME) WITH RESPECT TO FEE DISPUTE

**PLEASE TAKE NOTICE** that on January 26, 2017, the United States Bankruptcy Court (the "Court") entered the Scheduling Order (D.I. 17805) with respect to a fee dispute between Delaware Trust Company, as Indenture Trustee and fee applicant, and Solus Alternative Asset Management LP and PointState Capital LP (collectively, the "NNCC Noteholders" and fee objectors). Pursuant to the Scheduling Order, the Court will hold a hearing on the fee dispute on February 28, 2017 at 9:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that in preparation for the February 28, 2017 hearing, the **Court will hold a telephonic pretrial conference on February 22, 2017 at 3:00 p.m. prevailing Eastern Time.** Any party that may wish to listen to or participate in the telephonic pretrial conference must register through CourtSolutions LLC ("CourtSolutions") for a CourtSolutions account by visiting the CourtSolutions website at www.Court-Solutions.com. Registered participants must submit a request to appear telephonically at the pretrial conference

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

9145743/

through the CourtSolutions' website. If the Court approves your request, you will receive an email from CourtSolutions with your approval and the dial-in information. Calls should <u>not</u> be placed to Chambers with such requests.

Dated: February 21, 2017         **MORRIS JAMES LLP**

/s/ Eric J. Monzo
Stephen M. Miller (DE Bar. No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: emonzo@morrisjames.com

- and -

Daniel A. Lowenthal
James V. Masella, III
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-mail: dalowenthal@pbwt.com
E-mail: jmasella@pbwt.com
E-mail: bguiney@pbwt.com

*Attorneys for Delaware Trust Company, as Indenture Trustee and Law Debenture*

9145743/