# EXHIBIT A

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
February 21, 2017

In Reference To:   Nortel Employee Benefits Issues (December 1-31, 2016)

Invoice #  3383

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | **Employee Benefits/Pensions** |  |  |
| 12/1/2016 | John Langhans | Confer with Harold Ashner re issues discussed during meeting yesterday with financial expert, et al., and related strategy implications | 0.30 $745.00/hr | $223.50 |
|  | Harold Ashner | Confer with John Langhans re issues discussed during meeting yesterday with financial expert, et al., and related strategy implications (.3); telephone conference with former senior PBGC official re PBGC regulatory history relating to valuation assumptions (.4) | 0.70 $945.00/hr | $661.50 |
| 12/2/2016 | Harold Ashner | Review/analyze/annotate draft opposition to PBGC's motion to defer hearing (sent to me last night by Estee Lifshiz) to PBGC's motion to defer hearing (.2); prepare/send comments to Estee Lifshitz on draft opposition to PBGC's motion to defer hearing (.1); telephone conferences (.2, .2) with Estee Lifshitz re my comments on draft opposition to PBGC's motion to defer hearing; confer with Deborah West re her comments and re my comments on draft opposition to PBGC's motion to defer hearing (.3); review/analyze/annotate draft of third amended document request to PBGC (sent to me by Estee Lifshitz at 8:55 PM tonight) (.4); telephone conference with Estee Lifshitz re my comments on draft of third amended document request to PBGC (.8) | 2.20 $945.00/hr | $2,079.00 |
|  | Deborah West | Review and annotate PBGC Motion to Extend Date of Evidentiary Hearing and attached transcript of 11/22/2016 hearing and Debtors' Opposition to PBGC Motion (.6); confer with Harold Ashner re his comments and re my comments on draft opposition to PBGC's motion to defer hearing (.3) | 0.90 $895.00/hr | $805.50 |
| 12/3/2016 | Harold Ashner | Review/analyze/annotate PBGC's discovery requests (document production and interrogatories) to debtors (sent to me last night by Estee Lifshitz) and evaluate options for response (.3); further analysis of issues discussed with financial expert and with actuarial expert and development of key issues to confer with John Langhans re same (.3); confer with John Langhans re my further analysis of issues discussed with financial expert and with actuarial expert (.5); review/analyze/annotate revised draft (sent to me today by Estee Lifshitz) of third amended document request to PBGC (.3); telephone conference with Estee Lifshitz re my comments on her revised draft of third amended document request to PBGC (.3); review revised drafts of document request to PBGC and of interrogatories to PBGC sent late this evening by Sri Kuehnlenz and send email comment on same (.2) | 1.90 $945.00/hr | $1,795.50 |
|  | John Langhans | Confer with Harold Ashner re his further analysis of issues discussed with financial expert and with actuarial expert | 0.50 $745.00/hr | $372.50 |
| 12/4/2016 | Harold Ashner | Confer with Deborah West (.3) and (separately) with Jim Bromley (.1) re my further analysis of issues discussed with financial expert and with actuarial expert; review final versions of document request and of interrogatories sent to PBGC today and compare to earlier version (.2) | 0.60 $945.00/hr | $567.00 |
|  | Deborah West | Confer with Harold Ashner re his further analysis of issues discussed with financial expert and with actuarial expert; review final versions of document request and of interrogatories sent to PBGC today and compare to earlier version | 0.30 $895.00/hr | $268.50 |

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2016 | Harold Ashner | Telephone conference with Matt Karlan re recent developments relating to discovery requests and re next steps (.4); commence review of PBGC's first response (total of 518 pages) to Nortel's discovery request (1.1) | 1.50 $945.00/hr | $1,417.50 |
| 12/6/2016 | Harold Ashner | Complete review of PBGC's first response (total of 518 pages) to Nortel's discovery request (.8); telephone conference with Jim Bromley re key arguments to address in connection with PBGC dispute and re issues relating to possible settlement options for dispute with PBGC (.7); confer with John Langhans re results of my review of PBGC's first response and re arguments to make in light thereof (.2) | 1.70 $945.00/hr | $1,606.50 |
| | John Langhans | Confer with Harold Ashner re results of his review of PBGC's first response and re arguments to make in light thereof | 0.20 $745.00/hr | $149.00 |
| 12/7/2016 | Harold Ashner | Telephone conference with former senior PBGC official re PBGC practices relating to ACLI survey and to selection of actuarial assumptions for varying purposes (.9); confer with Deborah West re trial and settlement strategy issues (.5); locate and review various documents available online relating to PBGC's actuarial assumptions and send links to same to Jim Bromley, Matt Karlan, and Estee Lifshitz (.7); telephone conference with Jim Bromley re issues relating to possible settlement options for dispute with PBGC (.1); confer with Bill Beyer re key issues raised in connection with pending dispute with PBGC and re interaction between those issues and the issues raised in the US Airways case (.8) | 3.00 $945.00/hr | $2,835.00 |
| | Bill Beyer | Confer with Harold Ashner re key issues raised in connection with pending dispute with PBGC and re interaction between those issues and the issues raised in the US Airways case | 0.80 $895.00/hr | $716.00 |
| | Deborah West | Confer with Harold Ashner re trial and settlement strategy issues | 0.50 $895.00/hr | $447.50 |
| 12/8/2016 | Harold Ashner | Telephone conference with Jim Bromley re issues relating to possible settlement options for dispute with PBGC (.3); confer with John Menke re issues relating to possible settlement options for dispute with PBGC (.1); telephone conference with Jim Bromley re discussion with John Menke re issues relating to possible settlement options for dispute with PBGC (.1); telephone conference with Izzy Goldowitz re issues relating to possible settlement options for dispute with PBGC (.3); confer with John Langhans re actuarial issues bearing on dispute with PBGC (.1); telephone conference with Jim Bromley re discussion with Izzy Goldowitz re issues relating to possible settlement options for dispute with PBGC (.2) | 1.10 $945.00/hr | $1,039.50 |
| | John Langhans | Confer with Harold Ashner re actuarial issues bearing on dispute with PBGC | 0.10 $745.00/hr | $74.50 |
| 12/10/2016 | Harold Ashner | Review/analyze/annotate PBGC's responses and objections to Nortel's third set of requests for production of documents (.3); review/analyze/annotate initial partial draft of actuarial expert report (.3); review/analyze/annotate initial partial draft of financial expert's report (.8) | 1.40 $945.00/hr | $1,323.00 |
| 12/11/2016 | Harold Ashner | Review/analyze/annotate draft letter to Judge Gross re dispute relating to PBGC assertion of deliberative process privilege (.2); telephone conference with Sri Kuehnlenz re my comments on draft letter to Judge Gross re dispute relating to PBGC assertion of deliberative process privilege (.4) | 0.60 $945.00/hr | $567.00 |
| | John Langhans | Review partial draft expert reports from actuarial expert and from financial expert | 0.70 $745.00/hr | $521.50 |
| | Deborah West | Initial review of initial draft of Expert Reports of actuarial expert and of financial expert and related material | 0.30 $895.00/hr | $268.50 |
| 12/12/2016 | Harold Ashner | Conferences (.5, .8, .9) with John Langhans and Deborah West re our joint comments on actuarial experts' initial draft expert report and on financial expert's initial draft expert report and re key arguments to make in connection with PBGC dispute; telephone conference with Jim Bromley re review of PBGC's responses to discovery requests and re issues raised in connection with same (.1); confer with John Langhans (.1, .2) re actuarial issues raised in connection with dispute with PBGC; telephone conference with Matt Karlan re my comments on first draft of letter to Judge Gross re dispute relating to PBGC assertion of deliberative process privilege (.2); review/analyze/annotate revised draft of letter to Judge Gross re dispute relating to PBGC assertion of deliberative process privilege (.2); telephone conference with Matt Karlan re my comments on revised draft of letter to Judge Gross re dispute relating to PBGC | 4.70 $945.00/hr | $4,441.50 |

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | assertion of deliberative process privilege (.3); review email dialogue between Jim Bromley and Paula Connelly re discovery issues and related matters (.1); commence review of selected portions of PBGC's second response (total of 3,691 pages) to Nortel's discovery request (1.3) | | |
| 12/12/2016 | Deborah West | Review/analyze/annotate initial draft of Expert Reports of actuarial expert and of financial expert and review related material (1.4); conferences (.5, .8, .9) with Harold Ashner and John Langhans re our joint comments on actuarial expert's initial draft expert report and on financial expert's initial draft expert report and re key arguments to make in connection with PBGC dispute | 3.60 $895.00/hr | $3,222.00 |
| | John Langhans | Conferences (.5, .8, .9) with Harold Ashner and Deborah West re our joint comments on actuarial expert's initial draft expert report and on financial expert's initial draft expert report and re key arguments to make in connection with PBGC dispute; confer with Harold Ashner (.1, .2) re actuarial issues raised in connection with dispute with PBGC; review PBGC disclosure documents obtained through discovery (1.2) | 3.70 $745.00/hr | $2,756.50 |
| 12/13/2016 | Harold Ashner | Participate by phone in meeting with financial expert, Scott Wilson, Kivanc Kirgiz, Mike Kennedy, John Ray, Estee Lifshitz, Sri Kuehnlenz, Jim Bromley, Matt Karlan, and John Langhans re comments on initial draft of financial expert's expert report (1.3); review email from Sri Kuehnlenz re summary of developments at hearing on discovery dispute (.1); review email from Matt Karlan re selected portions of expert reports and briefs from US Airways case (.1); commence review of expert reports and briefs from US Airways case (.6); continue review of selected portions of PBGC's second response (total of 3,691 pages) to Nortel's discovery request (.8) | 2.90 $945.00/hr | $2,740.50 |
| | John Langhans | Participate by phone in meeting with financial expert, Scott Wilson, Kivanc Kirgiz, Mike Kennedy, John Ray, Estee Lifshitz, Sri Kuehnlenz, Jim Bromley, Matt Karlan, and Harold Ashner re comments on initial draft of financial expert's expert report | 1.30 $745.00/hr | $968.50 |
| 12/14/2016 | Harold Ashner | Complete review of expert reports and briefs from US Airways case (.9); confer with John Langhans re results of my review of expert reports and briefs from US Airways case and re implications of same for arguments to make in connection with dispute with PBGC, and re preparation for planned telephone conference with actuarial expert re analysis of PBGC calculation of UBL claim (.6); telephone conference with actuarial expert, Scott Wilson, Matt Muenzer, Howard Zhang, and (for part of call) John Langhans re analysis of PBGC calculation of UBL (1.1); telephone conference with Matt Karlan re key arguments to focus on in connection with dispute with PBGC (.3); complete review of selected portions of PBGC's second response (total of 3,691 pages) to Nortel's discovery request (2.3) | 5.20 $945.00/hr | $4,914.00 |
| | John Langhans | Confer with Harold Ashner re results of his review of expert reports and briefs from US Airways case and re implications of same for arguments to make in connection with dispute with PBGC, and re preparation for planned telephone conference with actuarial expert re analysis of PBGC calculation of UBL claim (.6); telephone conference with actuarial expert, Scott Wilson, Matt Muenzer, Howard Zhang, and Harold Ashner re analysis of PBGC calculation of UBL (1.0) and preparation for same (.3) | 1.90 $745.00/hr | $1,415.50 |
| 12/15/2016 | Harold Ashner | Confer with John Langhans re actuarial and related issues impacting arguments to make in connection with dispute with PBGC (.2); review/analyze/annotate revised draft of financial expert's expert report, forwarded to me today by Matt Karlan (.3); commence review of PBGC's third response (total of 2,948 pages) to Nortel's discovery request (4.0) | 4.50 $945.00/hr | $4,252.50 |
| | John Langhans | Confer with Harold Ashner re actuarial and related issues impacting arguments to make in connection with dispute with PBGC (.2); continue review of PBGC disclosure documents obtained through discovery (1.0); review revised draft of expert report from financial expert (.5); continue review of PBGC disclosure documents obtained through discovery (.5) | 2.20 $745.00/hr | $1,639.00 |
| 12/16/2016 | Harold Ashner | Telephone conferences (.5, .3) with Sri Kuehnlenz re my comments on revised draft of financial expert's expert report; review letter sent by Jim Bromley to Paula Connelly re discovery issues (.1); continue review of PBGC's third response (total of 2,948 pages) to Nortel's discovery request (4.2) | 5.10 $945.00/hr | $4,819.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/18/2016 | John Langhans | Continue review of PBGC disclosure documents obtained through discovery | 1.00 $745.00/hr | $745.00 |
| 12/19/2016 | Harold Ashner | Telephone conference with Sri Kuehnlenz re upcoming meetings, hearings, depositions, etc., re PBGC dispute (.1); continue review of PBGC's third response (total of 2,948 pages) to Nortel's discovery request (1.7) | 1.80 $945.00/hr | $1,701.00 |
|  | John Langhans | Continue review of PBGC disclosure documents obtained through discovery | 2.50 $745.00/hr | $1,862.50 |
| 12/20/2016 | Harold Ashner | Telephone conference with Sri Kuehnlenz re preparation and review of expert reports and re next steps re upcoming meetings, hearings, depositions, etc., re PBGC dispute (.1); continue review of PBGC's third response (total of 2,948 pages) to Nortel's discovery request (1.4); confer with John Langhans re key issues to focus on in connection with review of revised drafts of expert reports (.1); review/analyze/annotate revised drafts of expert reports from actuarial expert and from financial expert and prepare list of key points to discuss with Cleary re same (1.2) | 2.80 $945.00/hr | $2,646.00 |
|  | John Langhans | Continue review of PBGC disclosure documents obtained through discovery (1.0); confer with Harold Ashner re key issues to focus on in connection with review of revised drafts of expert reports (.1) | 1.10 $745.00/hr | $819.50 |
| 12/21/2016 | Harold Ashner | Review term sheet between Nortel and PBGC (.1); telephone conference with Jim Bromley re negotiations resulting in term sheet and re next steps in obtaining court approval of same (.3) | 0.40 $945.00/hr | $378.00 |
| 12/29/2016 | Harold Ashner | Telephone conference with Jim Bromley re issues relating to approval of PBGC settlement and next steps in bankruptcy, and re issues relating to possible retention by related party | 0.10 $945.00/hr | $94.50 |
| 12/30/2016 | Harold Ashner | Telephone conference with Jim Bromley re issues relating to approval of PBGC settlement and next steps in bankruptcy, and re issues relating to possible retention by related party | 0.20 $945.00/hr | $189.00 |
|  | SUBTOTAL: |  | [     64.30 | $57,343.50] |

### Fee/Employment Applications

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/5/2016 | Harold Ashner | Prepare/send email to Jim Bromley re retention on behalf of indirect client who is related party in Nortel bankruptcy | 0.20 $945.00/hr | $189.00 |
| 12/14/2016 | Harold Ashner | Telephone conference with Matt Livingston re issues relating to disclosure of indirect client who is related party in Nortel bankruptcy | 0.20 $945.00/hr | $189.00 |
| 12/21/2016 | Harold Ashner | Telephone conference with Matt Livingston re issues relating to disclosure of indirect client who is related party in Nortel bankruptcy and re possible second disclosure involving another related party (.1); review draft disclosure re same sent to me by Matt Livingston (.1) | 0.20 $945.00/hr | $189.00 |
| 12/22/2016 | Harold Ashner | Review and edit K&A bill (work performed on December 4, 17, 18, and 22) | 1.80 $945.00/hr | $1,701.00 |
| 12/27/2016 | Harold Ashner | Telephone conference with Tamara Minott re issues relating to fee application procedures (.3); review email and attachments from Tamara Minott relating to fee applications (.1) | 0.40 $945.00/hr | $378.00 |
|  | Harold Ashner | Prepare/send email to Jim Bromley re retention on behalf of indirect client who is related party in Nortel bankruptcy | 0.10 $945.00/hr | $94.50 |
| 12/29/2016 | Harold Ashner | Revise Matt Livingston's draft disclosure of related party client and send to him, with compare, for review and discussion | 0.20 $945.00/hr | $189.00 |
|  | SUBTOTAL: |  | [      3.10 | $2,929.50] |
|  | For professional services rendered |  | 67.40 | $60,273.00 |