## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                            :
In re                                       :       Chapter 11
                                            :
Nortel Networks Inc., et al.,[1]            :       Case No. 09-10138 (KG)
                                            :
            Debtors.                        :       (Jointly Administered)
                                            :
                                            :       Re: D.I. 17897
                                            :
-------------------------------------------------------X
```

## CERTIFICATE OF NO OBJECTION REGARDING REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2017 THROUGH JANUARY 31, 2017

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of January 1, 2017 Through January 31, 2017** (the "Report") (Docket No. 17897), filed on February 10, 2017.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Report appears thereon. Pursuant to the Notice of Report, objections to the Report were to be filed and served no later than February 20, 2017 at 4:00 p.m. (ET).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International In. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: February 21, 2017                CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                          James L. Bromley (admitted *pro hac vice*)
                                        Lisa M. Schweitzer (admitted *pro hac vice*)
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone:  (212) 225-2000
                                        Facsimile:  (212) 225-3999

                                        and

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        _____ */s/ Tamara K. Minott* _____
                                        Eric D. Schwartz (No. 3134)
                                        Derek C. Abbott (No. 3376)
                                        Andrew R. Remming (No. 5120)
                                        Tamara K. Minott (No. 5643)
                                        1201 North Market Street, 16th Floor
                                        Wilmington, DE  19899-1347
                                        Telephone:  (302) 658-9200
                                        Facsimile:  (302) 658-3989

                                        *Counsel for the Debtors and Debtors in Possession*

9962524