# UNITED STATES BANKRUPTCY COURT

## District of Delaware

FILED
2017 FEB 21  AM 10: 58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

**NORTEL NETWORKS INC. et al.,**

**Debtor(s)**

Case No.   09-10138

Chapter 11

## Withdraw of Claim

I, **BRIAN RIDGWAY** and/or **RIDGWAY AND ASSOCIATES**, Claimant, hereby withdraw claim number **100834140 filed on 2009-05-29, Docket # 801**, for the following reason:

- Claim transferred by **RIDGWAY AND ASSOCIATES** to **BRIAN RIDGWAY** (sole shareholder) on 2015-06-01
- In the absence of legal representation, BRIAN RIDGWAY failed to change the claimants name on claim 100834140 prior to the Distribution Record Date
- As such, Nortel Networks Inc. et al. has the right to deal only with RIDGWAY AND ASSOCIATES as the claimant of record
- RIDGWAY AND ASSOCIATES was dissolved on 2015-06-12
- The claimant of record no longer exists.

Dated:  February 13, 2017

_____: BRIAN RIDGWAY

Claimant's Signature