# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 4.60 | $4,900.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 8.40 | $3,822.00 |
| Creditors' Committee Meetings | 43.30 | $35,611.50 |
| Court Hearings | 36.80 | $34,559.50 |
| Financial Reports and Analysis | 0.50 | $314.50 |
| General Claims Analysis/Claims Objections | 62.30 | $64,443.00 |
| Canadian Proceedings/Matters | 2.70 | $3,277.50 |
| Plan, Disclosure Statement and Plan Related Documentation | 169.40 | $180,946.00 |
| Travel | 6.15 | $7,176.00 |
| Intercompany Analysis | 16.40 | $16,677.00 |
| **TOTAL** | **350.55** | **$351,727.50** |



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1699275 |
| Invoice Date | 02/21/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/16 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 4.60 | $4,900.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 8.40 | $3,822.00 |
| 0007 | Creditors Committee Meetings | 43.30 | $35,611.50 |
| 0008 | Court Hearings | 36.80 | $34,559.50 |
| 0009 | Financial Reports and Analysis | 0.50 | $314.50 |
| 0012 | General Claims Analysis/Claims Objections | 62.30 | $64,443.00 |
| 0014 | Canadian Proceedings/Matters | 2.70 | $3,277.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 169.40 | $180,946.00 |
| 0025 | Travel | 6.15 | $7,176.00 |
| 0029 | Intercompany Analysis | 16.40 | $16,677.00 |
| | TOTAL | 350.55 | $351,727.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1699275

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 12/07/16 | FSH | 0002 | Communications with A. Loring, D. Botter, B. Kahn and C. Samis re Committee matters (.2); TC with S. Hurwitz of Delaware Trust re Committee matters (.3); edit draft for Committee (.3); communications with Committee members, D. Botter and A. Loring re same (.2). | 1.00 |
| 12/07/16 | RAJ | 0002 | Emails re transition of trusteeship from Law Debenture to Delaware Trust (.5) and further communication (.2). | 0.70 |
| 12/07/16 | DHB | 0002 | Telephone calls with D. Lowenthal re Law Debt/Del Trust (.2); emails re same (.1) (.1); telephone call with UST re same (.2); communication with F. Hodara re same (.1); telephone call with S. Horwitz re same and case (.1); further communications re same (.2) and agenda (.3); further communications re same and agenda (.3). | 1.60 |
| 12/07/16 | AL | 0002 | Coordinate potential change in Committee make-up. | 0.70 |
| 12/09/16 | BMK | 0002 | Call with unsecured creditor re: status | 0.40 |
| 12/27/16 | RAJ | 0002 | Multiple emails with Akin team re Committee items. | 0.20 |
| 12/02/16 | AL | 0003 | Review prebill for confidentiality and privilege (3.0); compile spreadsheets for fee examiner (.8). | 3.80 |
| 12/03/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.80 |
| 12/09/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.80 |
| 12/12/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.30 |
| 12/14/16 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.70 |
| 12/01/16 | FSH | 0007 | Communications with R. Johnson, A. Loring, D. Botter re upcoming meeting. | 0.40 |
| 12/01/16 | RAJ | 0007 | Multiple emails with Akin team re agendas for Committee calls. | 0.60 |
| 12/01/16 | DHB | 0007 | Email communications re Committee call agenda issues (.2); review of agenda (.1). | 0.30 |
| 12/01/16 | AL | 0007 | Prepare Committee call agenda (1.5); internal communication re: same (.3); prepare for same (1.0). | 2.80 |
| 12/02/16 | FSH | 0007 | Communicate with A. Loring re materials for Committee (.1); review agenda and prepare for Committee meetings (.2); meet with D. Botter to review issues (.2); calls with Committee (.8). | 1.30 |
| 12/02/16 | RAJ | 0007 | Attend Committee calls. | 0.80 |
| 12/02/16 | DHB | 0007 | Prepare for Committee meetings (1.0); meet with F. Hodara re same (.2); attend Committee calls (.8). | 2.00 |
| 12/02/16 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.8). | 1.00 |
| 12/02/16 | AL | 0007 | Prepare for (.6) and attend (.8) Committee call. | 1.40 |
| 12/07/16 | FSH | 0007 | Review Committee call agenda and consider issues (.1); communications with D. Botter, A. Loring, B. Kahn re same (.3). | 0.40 |
| 12/07/16 | AL | 0007 | Prepare agenda for Committee call (1.5); internal communication re: same (.6); prepare for same (1.6). | 3.70 |
| 12/08/16 | FSH | 0007 | Participate in portion of Committee calls (.4); follow-up with R. Johnson, D. Botter and B. Kahn (.1). | 0.50 |
| 12/08/16 | RAJ | 0007 | Attend Committee calls (.6); post-call discussion with Akin team (.1). | 0.70 |
| 12/08/16 | AQ | 0007 | Attend Committee call (partial). | 0.50 |
| 12/08/16 | DHB | 0007 | Prepare for Committee call (.5); meet with team re prep (.2); attend same (.6) and follow-up (.1). | 1.40 |
| 12/08/16 | BMK | 0007 | Prepare for committee call (.3); attend same (.7) and follow-up (.1). | 1.00 |
| 12/08/16 | AME | 0007 | Attend Committee Call with D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring | 0.60 |
| 12/08/16 | AL | 0007 | Prepare for (.8) and attend (.6) Committee call. | 1.40 |
| 12/14/16 | FSH | 0007 | Review and comment on Committee call agenda and communications with B. Kahn, R. Johnson, A. Loring and D. Botter in preparation for meeting. | 0.30 |
| 12/14/16 | RAJ | 0007 | Multiple emails re agenda items for Committee call (.3, .1). | 0.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/14/16 | DHB | 0007 | Email communications re agenda and issues for Committee call. | 0.20 |
| 12/14/16 | AL | 0007 | Prepare Committee call agenda (1.2); prepare for same (1.5); internal communication re: same (.7). | 3.40 |
| 12/15/16 | FSH | 0007 | Communicate with A. Loring re upcoming meeting and materials for Committee and analyze issue re same (.2); final preparation for Committee meeting (.3); attend same (.9). | 1.40 |
| 12/15/16 | RAJ | 0007 | Attend Committee calls (.9); prepare for same (.1). | 1.00 |
| 12/15/16 | DHB | 0007 | Prepare for Committee call (.5); attend same (.9). | 1.40 |
| 12/15/16 | BMK | 0007 | Attend committee calls (.9); prepare for same (.4). | 1.30 |
| 12/15/16 | AME | 0007 | Attend Committee call with F. Hodara, D. Botter, R. Johnson, B. Kahn, A. Loring (.9); prepare for same (.1). | 1.00 |
| 12/15/16 | AL | 0007 | Prepare for (.2) and attend (.9) Committee call. | 1.10 |
| 12/21/16 | FSH | 0007 | Review and comment on Committee call agenda and communications with A. Loring, D. Botter, B. Kahn re same. | 0.70 |
| 12/21/16 | RAJ | 0007 | Emails with Akin team re agenda items for Committee call (.2, .2). | 0.40 |
| 12/21/16 | DHB | 0007 | Review agenda and emails re same. | 0.40 |
| 12/21/16 | AL | 0007 | Prepare Committee call agenda (2.0); internal communication re: same (1.3); prepare for same (1.1). | 3.40 |
| 12/22/16 | FSH | 0007 | Final prep for Committee meetings (.2); attend same (.6). | 0.80 |
| 12/22/16 | RAJ | 0007 | Attend Committee calls (.6); prepare for same (.1). | 0.70 |
| 12/22/16 | AQ | 0007 | Attend Committee call. | 0.60 |
| 12/22/16 | DHB | 0007 | Prepare for Committee call (.2); attend same (.6). | 0.80 |
| 12/22/16 | BMK | 0007 | Prepare for committee call (.4); attend same (.6) | 1.00 |
| 12/22/16 | AME | 0007 | Attend Committee Call with F. Hodara, D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring | 0.60 |
| 12/22/16 | AL | 0007 | Prepare for (.8) and attend (.6) Committee call. | 1.40 |
| 12/27/16 | FSH | 0007 | Communications w/ R. Johnson, B. Kahn re upcoming Committee meeting. | 0.20 |
| 12/01/16 | FSH | 0008 | Final prep for disclosure hearing (.7); confer with parties prior to same (.4); attend same (1.3); follow-up with parties (.3). | 2.70 |
| 12/01/16 | RAJ | 0008 | Attend Disclosure Statement hearing (telephonic) (partial). | 1.10 |
| 12/01/16 | AQ | 0008 | Attend DS hearing. | 1.30 |
| 12/01/16 | DHB | 0008 | Continue prep for DS hearing (1.2); attend same (1.3). | 2.50 |
| 12/01/16 | AL | 0008 | Prepare for (.5) and attend (1.3) hearing on Disclosure Statement. | 1.80 |
| 12/02/16 | FSH | 0008 | Examine hearing agenda letter. | 0.10 |
| 12/02/16 | FSH | 0008 | Participate in hearing re PBGC claim. | 0.80 |
| 12/02/16 | RAJ | 0008 | Attend telephonic hearing on PBGC second motion to adjust claims litigation hearing and discovery schedule. | 0.80 |
| 12/02/16 | DHB | 0008 | Prepare for telephonic hearing (.2); attend same (.8). | 1.00 |
| 12/02/16 | AL | 0008 | Prepare for (.7) and attend (.8) hearing on PBGC motion to extend evidentiary hearing; review order from same (.1). | 1.60 |
| 12/05/16 | FSH | 0008 | Participate in telephonic court session re discovery. | 0.10 |
| 12/05/16 | AL | 0008 | Prepare for (.3) and attend (.1) telephonic status conference on PBGC claim discovery. | 0.40 |
| 12/06/16 | FSH | 0008 | Examine revised hearing notice (.1); examine court-filed documents (.1). | 0.20 |
| 12/07/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 12/08/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 12/09/16 | AL | 0008 | Prepare for hearing (.7); review agenda for same (.3). | 1.00 |
| 12/12/16 | AL | 0008 | Prepare for telephonic hearing on discovery issues. | 1.00 |
| 12/12/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 12/13/16 | RAJ | 0008 | Attend Court teleconference on discovery disputes. | 1.40 |
| 12/13/16 | AQ | 0008 | Prepare for Court hearing re discovery issues (.2); attend telephonic hearing re discovery issues (1.4). | 1.60 |
| 12/13/16 | DHB | 0008 | Attend telephonic discovery conference (1.4); review and revise memo to Committee re same (.6). | 2.00 |
| 12/13/16 | AL | 0008 | Prepare for (.4) and attend (1.4) telephonic hearing on discovery. | 1.80 |
| 12/13/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/14/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 12/15/16 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 12/16/16 | AL | 0008 | Prepare for 12-20 hearing. | 0.20 |
| 12/16/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 12/19/16 | AL | 0008 | Prepare for hearing on motion for reconsideration. | 1.30 |
| 12/20/16 | FSH | 0008 | Confer with parties in advance of hearing (.3); attend same (partial) (1.7). | 2.00 |
| 12/20/16 | RAJ | 0008 | Attend hearing on TCC motion to reconsider order allowing Crossover Bonds claims (partial). | 1.80 |
| 12/20/16 | DHB | 0008 | Prepare for hearing, including review of all pleadings (1.7); attend same (2.0). | 3.70 |
| 12/20/16 | BMK | 0008 | Attend hearing on motion to reconsider. | 2.00 |
| 12/20/16 | AL | 0008 | Prepare for 12-21 discovery status conference. | 0.50 |
| 12/29/16 | AL | 0008 | Review joint status reports to Judge Stark. | 0.50 |
| 12/29/16 | SAD | 0008 | Review docket for updates and circulate. | 0.30 |
| 12/30/16 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 12/13/16 | AL | 0009 | Communication with Akin team re: MOR. | 0.30 |
| 12/19/16 | FSH | 0009 | Examine MOR. | 0.10 |
| 12/21/16 | AL | 0009 | Review November monthly operating report. | 0.10 |
| 12/01/16 | RAJ | 0012 | Review second amended document requests to PBGC for PBGC claims litigation (.4); analyze case law relevant to PBGC claim (.5). | 0.90 |
| 12/02/16 | FSH | 0012 | Review reports re discovery (.2); examine motion to amend claims (.1); review debtor pleading re: same (.5); follow-up communications with D. Botter, R. Johnson, B. Kahn re next steps (.3). | 1.10 |
| 12/02/16 | RAJ | 0012 | Review Debtors' response to PBGC Second motion (.7); emails with Akin team re PBGC claims litigation (.2, .1); draft report to Committee on PBGC telephonic hearing (.1); review revised discovery requests from PBGC (.4); review SNMP expert reports on damages related to claims adversary proceeding (1.7). | 3.20 |
| 12/02/16 | AQ | 0012 | Emails regarding PBGC claim dispute (.2); review and analyze Debtor response to PBGC claims motion (.2). | 0.40 |
| 12/02/16 | DHB | 0012 | Review Debtors' response re PBGC claims motion and all exhibits thereto (1.1); email communications as follow up (.2). | 1.30 |
| 12/04/16 | DHB | 0012 | Emails re PBGC claims discovery (.1); begin review of same (.3). | 0.40 |
| 12/05/16 | RAJ | 0012 | Review revised discovery requests re: claims dispute to PBGC (.3); emails with Akin team re same (.2); review revised discovery requests served by PBGC on Debtors (.4); follow up re court hearing (.1); analyze case law re PBGC issues (.5); analyze SNMP expert reports in claims adversary proceeding (1.2). | 2.70 |
| 12/05/16 | DHB | 0012 | Continue review and consideration of revised PBGC discovery requests re: claims dispute (.6); various communications re outcome of same and next steps (.4). | 1.00 |
| 12/06/16 | RAJ | 0012 | Review SNMP depositions in claims adversary proceeding. | 1.20 |
| 12/06/16 | AQ | 0012 | Communicate with team re planning for PBGC claims litigation. | 0.50 |
| 12/06/16 | AL | 0012 | Review and summarize TCC motion to reconsider allowance of Cross-over Bonds claims. | 2.80 |
| 12/07/16 | FSH | 0012 | Examine scheduling matters re PBGC claims. | 0.10 |
| 12/07/16 | RAJ | 0012 | Review draft summary of TCC motion to reconsider allowance of Crossover Bonds claims (.2, .1); related emails (.3, .1); follow up emails re PBGC discovery (.4); review scheduling order re PBGC claims litigation (.1). | 1.20 |
| 12/07/16 | AL | 0012 | Review revised discovery requests in claim dispute (.5); review TCC motion to vacate settlement order and objection to allowance of claims (.7). | 1.20 |
| 12/08/16 | RAJ | 0012 | Analyze issues re TCC motion to reconsider Crossover Bonds claim (.4); emails with Akin team re same (.1, .2); review and comment on draft and revised draft of Committee opposition to TCC motion (.2, .1). | 1.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/08/16 | BMK | 0012 | Draft response to TCC motion to reconsider claim allowance. | 2.30 |
| 12/09/16 | FSH | 0012 | Examine hearing agenda letter and communicate with A. Loring re same. | 0.10 |
| 12/09/16 | RAJ | 0012 | Review and comment on revised draft response to TCC motion to reconsider 9019 settlement of Crossover Bonds Claims (.2); multiple emails with Akin team re same (.2, .1, .2); further analyze TCC motion (.5); call with Debtors' counsel re response to TCC motion (.1); review LSI motion to reconsider 9019 settlement and to join TCC motion (.3). | 1.60 |
| 12/09/16 | BMK | 0012 | Call with Cleary re: NTCC motion for reconsideration of claims allowance. | 0.60 |
| 12/09/16 | AL | 0012 | Review LSI joinder to TCC claim motion (.4); review draft response to same (.3). | 0.70 |
| 12/11/16 | RAJ | 0012 | Review and comment on Debtors' draft response to TCC motion for reconsideration of order allowing Crossover Bonds claims (.4); emails with Akin team re LSI arguments on motion for reconsideration (.2, .1). | 0.70 |
| 12/12/16 | FSH | 0012 | Review and analyze LSI joinder to claim reconsideration motion and issues therein (.4); communications with D. Botter, R. Johnson, A. Loring re same (.2); examine revised response to TCC motion (.1). | 0.70 |
| 12/12/16 | RAJ | 0012 | Further review and comment on draft objections to TCC motion for reconsideration of claims allowance (.5, .4); review agreements of counsel in Sept. 2015 re mediation and Recommendation order from Mag. Judge Thynge (1.2); emails with Akin team re analysis of arguments and follow-up items (.4, .2). | 2.70 |
| 12/12/16 | AL | 0012 | Revise response to TCC claim motion. | 0.40 |
| 12/13/16 | FSH | 0012 | Review debtor draft re NTCC motion to reconsider claims allowance and analyze issues therein (.5); confer with R. Johnson, A. Qureshi re PBGC discovery (.2); communications with B. Kahn, R. Johnson, A. Loring re completion of pleading (.2); communications with Committee members re same and re letters to Court (.2); examine Brown Rudnick letter and analyze issues raised therein (.8); examine amended agenda; participate in Court call re NTCC and PBGC matters (1.4); follow-up emails with D. Botter, R. Johnson, A. Qureshi re next steps (.3); review memo to Committee (.1). | 3.70 |
| 12/13/16 | RAJ | 0012 | Review Debtors' letter brief re PBGC claims discovery and deliberative process privilege issue (.3); review PBGC and Debtor document requests and interrogatories (.6); draft emails to Committee re objection to TCC motion to reconsider Crossover Bonds claims order (.2, .1); further edits to Committee objection to TCC claims motion (.4); emails with Debtors' counsel re SNMP claims litigation and developments (.3); analyze procedural issues re TCC motion to reconsider (.6, .2); multiple emails with BNYM counsel re objection to TCC motion (.2, .1); review and comment on BNYM draft objection (.1); multiple emails with Akin team re mediation of remaining claims disputes (.3). | 3.40 |
| 12/13/16 | AL | 0012 | Review responses to motions to reconsider allowance of claims. | 0.60 |
| 12/14/16 | RAJ | 0012 | Analyze other parties' oppositions to TCC motion to reconsider allowance of claims (.7, .4); review SNMP claims litigation (.8). | 1.90 |
| 12/15/16 | FSH | 0012 | Review responses to TCC motion to reconsider allowance of claims (.7); examine claim order and communicate with A. Loring re same (.2). | 0.90 |
| 12/15/16 | RAJ | 0012 | Further analyze issues re TCC motion for reconsideration of Crossover Bonds claims (1.2); review Innings amended claim, motion to allow, supporting documents, and order (.6); emails re same (.1). | 1.90 |
| 12/16/16 | RAJ | 0012 | Emails re SNMP claim and discovery (.3); review SNMP discovery (.5); review agenda for hearing on TCC motion to reconsider order allowing Crossover Bonds claims (.1). | 0.90 |
| 12/20/16 | RAJ | 0012 | Emails re claims mediation (.3, .2); emails re PBGC discovery issues (.2, .1, .1); review SNMP depositions (1.4). | 2.30 |
| 12/21/16 | FSH | 0012 | Analyze claims proposal (.2); review certificate (.1); review SNMP | 0.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | information (.1); communications with R. Johnson, D. Botter, A. Qureshi, A. Loring, B. Kahn re foregoing items (.4). | |
| 12/21/16 | RAJ | 0012 | Emails re settlement in principle with PBGC over claim dispute (.4, .2, .2); analyze financial issues re PBGC recoveries (.8, .5); analyze 9019 motion to approve PBGC settlement agreement (.5); review filings and scheduling order re 9019 motion (.2, .1); review prior BRG analyses of creditor recoveries (.7); emails re SNMP expert reports (.3, .2); review SNMP docket re expert witness dispute and re mediation (.7); emails with Akin team re SNMP mediation (.2, .1); analyze open TCC issues (.4). | 5.50 |
| 12/22/16 | FSH | 0012 | Communications w/ D. Botter, BRG, Debtors re settlement (.2); communications w/ other parties re same (.2); analyze BRG deck and communications re same w/ D. Botter, BRG (.3). | 0.70 |
| 12/22/16 | RAJ | 0012 | Review SNMP docket (.4); emails and call with Cleary re SNMP claim discovery issues (.2, .1); analyze SNMP expert reports (1.3); emails re settlement of PBGC claims (.2). | 2.20 |
| 12/23/16 | FSH | 0012 | Follow-up emails re claims settlement. | 0.20 |
| 12/28/16 | FSH | 0012 | Review claims issues. | 1.30 |
| 12/28/16 | RAJ | 0012 | Review SNMP deposition transcripts in claims adversary proceeding (1.3); review SNMP docket (.2). | 1.50 |
| 12/29/16 | RAJ | 0012 | Analyze SNMP expert reports in claims adversary proceeding (2.2); review SNMP allegations re damages theories (.4). | 2.60 |
| 12/30/16 | RAJ | 0012 | Multiple calls and emails with Cleary team re SNMP expert reports and fact depositions in claims adversary proceeding (.5, .3); further review SNMP expert reports (1.5); review filings re F. Dunn employment claim (.2). | 2.50 |
| 12/31/16 | AL | 0012 | Prepare statement in support of 9019 motion to resolve PBGC claim. | 0.60 |
| 12/01/16 | FSH | 0014 | Review information re Canadian proceeding. | 0.10 |
| 12/01/16 | RAJ | 0014 | Review revised Canadian Plan documents and related emails. | 0.30 |
| 12/06/16 | FSH | 0014 | Examine Canadian meeting order and related documents (.3); examine BNY submission (.1); examine filings re Monitor issue and Cassels role re same (.3); communications with Cassels, D. Botter, R. Johnson, B. Kahn re same (.2). | 0.90 |
| 12/06/16 | RAJ | 0014 | Multiple emails with Cassels and Akin teams re Canadian Plan case filings. | 0.30 |
| 12/06/16 | DHB | 0014 | Extensive email communications re Monitor fee related pleadings and consider same. | 0.50 |
| 12/07/16 | RAJ | 0014 | Emails re Monitor's fee motion (.2); review filings re Canadian Information Circular (.1). | 0.30 |
| 12/12/16 | FSH | 0014 | Examine Monitor submission (.2); examine Cassels report (.1). | 0.30 |
| 12/01/16 | FSH | 0022 | Review latest revisions to DS (.1); review revised schedule (.1); examine subpoena from NTCC re plan issues, analyze issues and communicate with D. Botter, A. Qureshi, BRG, R. Johnson re same (.7). | 0.90 |
| 12/01/16 | RAJ | 0022 | Final preparations for Disclosure Statement hearing (.5); review scheduling orders (.4); analyze upcoming tasks for solicitation, estimation, balloting (.4, .2); emails with Akin team re next steps (.3, .2); review PBGC confirmation discovery (.3);emails with Akin team re PBGC confirmation discovery (.2); review subpoenas served by TCC on various parties seeking confirmation discovery (.6); edit confirmation timeline (.4); review order approving DS and setting procedures for solicitation and voting (.3). | 3.80 |
| 12/01/16 | DHB | 0022 | Begin review of discovery requests (1.2); communicate with A. Qureshi re same (.1); telephone call with C. Kearns re subpoena (.2); begin review of other discovery requests (.6). | 2.10 |
| 12/01/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/01/16 | AL | 0022 | Review revised Plan (.5) and solicitation version of Disclosure Statement (.3); review signed Disclosure Statement Order (.2); review | 1.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | document requests related to Plan confirmation (.2). | |
| 12/02/16 | FSH | 0022 | Review reports re disclosure (.2); examine subpoena issues (.3); review US and Canada documents (.8); communicate with R. Johnson, B. Kahn, D. Botter, A. Loring re plan and confirmation issues (.2). | 1.50 |
| 12/02/16 | RAJ | 0022 | Coordinate with Akin team re plan confirmation issues (.7); investigate issues re TCC confirmation discovery (.6); analyze classification and ballots (1.2). | 2.50 |
| 12/02/16 | AQ | 0022 | Review and analyze TCC subpoenas to Akin and BRG. | 0.60 |
| 12/02/16 | DHB | 0022 | Continue review of Plan discovery requests. | 0.50 |
| 12/02/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/02/16 | AME | 0022 | Attention to case updates. | 0.20 |
| 12/05/16 | FSH | 0022 | Communications with D. Botter, Cleary, Milbank re Plan discovery (.2); review materials for discovery call with Cleary and Milbank (.2); participate in same (.8); communicate with A. Qureshi, B. Kahn, D. Botter and R. Johnson re same (.2); follow-up re discovery (.2). | 1.60 |
| 12/05/16 | RAJ | 0022 | Follow up re service of TCC subpoenas (.2); analyze TCC subpoenas (.5, .3); review emails re TCC meet and confer (.2); call with Cleary and Milbank re TCC subpoenas (.8); analyze next steps in objection or motion to quash (.5); review documents potentially responsive to subpoena (1.7); analyze issues re divestiture of jurisdiction (1.3); review disclosure statement order and voting procedures (.4). | 5.90 |
| 12/05/16 | AQ | 0022 | Review and analyze TCC subpoena (.2); consider privilege issues and prepare outline for meet and confer re TCC discovery (.5); call with Milbank and Cleary re TCC discovery requests (.8); call with BRG regarding subpoena (.2). | 1.70 |
| 12/05/16 | DHB | 0022 | Prepare for discovery conference call, including review of TCC requests (.5); conference call re same (.8); communicate with A. Qureshi and R. Johnson re same (.4); emails with TCC re same (.1). | 2.00 |
| 12/05/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/06/16 | FSH | 0022 | Participate in discovery call with Brown Rudnick, Cleary, Milbank (.7); follow-up with D. Botter, A. Qureshi (.1); communicate with B. Kahn, FTI re subpoena (.1). | 0.90 |
| 12/06/16 | RAJ | 0022 | Analyze discovery issues re subpoenas (.8); meetings with A. Qureshi, D. Botter re discovery and next steps (.5, .2); meet-and-confer call with Brown Rudnick (for TCC) re confirmation discovery (.7). | 2.20 |
| 12/06/16 | AQ | 0022 | Call with Brown Rudnick, Cleary and Milbank re TCC Plan discovery (.7); communicate with team re TCC discovery (.2); calls with Cleary Gottlieb regarding TCC discovery (.3); review and analyze mediation order and related case law re mediation privilege (1.1); call with BRG re TCC subpoena (.2). | 2.50 |
| 12/06/16 | DHB | 0022 | Communicate with A. Qureshi and R. Johnson re Plan litigation strategy and TCC meet and confer (.3); attend same (.7); communicate with F. Hodara re same (.1); communicate with A. Qureshi re same (.2); further communications re same from TCC (.1); review TCC motion (.4) communicate with B. Kahn re next steps (.1). | 1.90 |
| 12/06/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/07/16 | FSH | 0022 | Review and comment on draft memo re objections (.2); communications re discovery with Cleary, Milbank, Brown, D. Botter (.3); examine draft re TCC discovery and communications with parties re same (.3). | 0.80 |
| 12/07/16 | RAJ | 0022 | Analyze appellate issues re pending TCC appeal (.7); analyze TCC confirmation discovery issues (.5, .3); multiple emails with Akin, Cleary, Milbank teams re same (.3, .2, .2); analyze facts re appointment of mediator and scope of mediation privilege (1.4); communicate with C. Doniak re subpoenas and response (.2, .1); emails with BRG re subpoena (.2); follow-up with Debtors and Bondholder Group re TCC discovery and meet-and-confer process (.3). | 4.40 |
| 12/07/16 | AQ | 0022 | Call with Milbank re TCC Plan discovery (.2); call with Cleary re TCC | 1.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | discovery (.2); call with BRG re TCC discovery (.2); communicate with team re TCC meet and confer (.3); draft email to Brown Rudnick re discovery (.2); review and analyze mediation orders and related confidentiality agreements (.3). | |
| 12/07/16 | DHB | 0022 | Review and consider TCC motion summary (.3); emails re same (.1) (.2); review revised summary and emails re same (.2); emails re TCC discovery (.2); review and consider response (.2); communicate with A. Qureshi re same (.1); review Debtors' redraft (.1); consider TCC motion in confirmation context (.4). | 1.80 |
| 12/07/16 | AME | 0022 | Communicate with A. Qureshi re: research items for upcoming Plan litigation (.3); communicate with N. Botwinick re: research related to TCC subpoena (.6); communicate with C. Doniak re: TCC subpoena, correspondence with e-discovery re: same, correspondence with R. Johnson and BRG team re: same (.5); review mediation order (.2) | 1.60 |
| 12/07/16 | NBB | 0022 | Conduct research on Plan issues. | 1.30 |
| 12/08/16 | FSH | 0022 | Communications with Cleary, Milbank, D. Botter re discovery (.1); participate in calls with Brown Rudnick, plan proponents re new discovery requests and next steps (1.1); examine and analyze Brown Rudnick note re discovery items (.4); review draft response and comment on same (.3). | 1.90 |
| 12/08/16 | RAJ | 0022 | Analyze confirmation discovery issues (.5, .7); review meet-and-confer follow-up emails (.2, .3); analyze case law on Plan issues (1.6); multiple emails re same (.3, .1); meet and confer with TCC counsel, Debtors, UCC, BHG re TCC confirmation discovery (.3); follow-up call with Cleary and Milbank re TCC discovery (.2); develop specific objections to TCC confirmation discovery (.6); | 4.80 |
| 12/08/16 | AQ | 0022 | Call with Brown Rudnick re TCC requests (.3); call with Cleary and Milbank re TCC discovery (.2); review and analyze revised TCC discovery requests (.4); confer with litigation team regarding responses to TCC discovery (.2). | 1.10 |
| 12/08/16 | DHB | 0022 | Review and consider discovery proposal from TCC (.5); internal communication re same (.8). | 1.30 |
| 12/08/16 | JYY | 0022 | Review correspondence regarding Plan updates. | 0.20 |
| 12/08/16 | AME | 0022 | Communicate with A. Qureshi and R. Johnson re: TCC discovery (.7); review research related to TCC discovery, communicate with N. Botwinick re: same (.8); communicate with C. Doniak re: TCC discovery, correspond with ediscovery re: same (.3); research issues related to TCC discovery (.5); communicate with R. Johnson re: same (1.5); meet and confer call with Akin, Cleary, Milbank, TCC (.3); call with Akin, Cleary, Milbank re: TCC discovery (.2); communicate with D. Botter, A. Qureshi, R. Johnson, A. Loring re: same (.3) | 4.60 |
| 12/08/16 | AL | 0022 | Prepare for (.2) and attend (.9) calls with professionals re: Plan discovery. | 1.10 |
| 12/08/16 | NBB | 0022 | Conduct research on Plan issues. | 2.70 |
| 12/09/16 | FSH | 0022 | Analyze issue raised by Brown Rudnick (.3); prepare response (.4); review materials for meet and confer (.3); attend same (.4); follow-up with plan proponents (.2); call with Cleary re NTCC motion (.2); follow-up communications with D. Botter and B. Kahn (.1); communications with C. Samis and others re call with Court (.2). | 2.10 |
| 12/09/16 | RAJ | 0022 | Further analyze issues re TCC confirmation discovery (.4, .2); prepare preliminary objections to TCC confirmation discovery (1.3); review Third Circuit order re continuation of pending appeals (.1); analyze implications of order for Plan confirmation (.4); meet and confer call with counsel for TCC, UCC, Debtors, BHG re discovery (.4); call with Debtors' counsel re TCC (.2); confer with C. Samis (Whiteford Taylor) re discovery dispute and next steps with Judge Gross (.1, .2); emails with Akin team re TCC discovery dispute (.2, .1); analyze case law re | 5.90 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | mediation privilege and re common interest protection for TCC discovery dispute (1.5); review analysis of divestiture of jurisdiction issues (.8). | |
| 12/09/16 | AQ | 0022 | Meet and confer call with Brown Rudnick regarding TCC Plan discovery requests (.4); emails regarding discovery (.2). | 0.60 |
| 12/09/16 | DHB | 0022 | Review and revise TCC response (.4); further revisions (.2); emails re same (.2); TCC discovery meet and confer (.4); conference call with Cleary re TCC (.2). | 1.40 |
| 12/09/16 | BMK | 0022 | Analysis of Plan discovery issues. | 1.40 |
| 12/09/16 | JYY | 0022 | Review Plan updates. | 0.30 |
| 12/09/16 | AME | 0022 | Meet and confer with Akin, Cleary, Milbank, and TCC (.4); correspondence re: same (.2); communicate with R. Johnson re: issues related to TCC discovery (.2); review research from N. Botwinick re: issues related to TCC discovery (.3); review response to TCC motion, attention to correspondence re: same (.3); attention to responses and objections to subpoena (.3). | 1.70 |
| 12/09/16 | AL | 0022 | Attend call with other parties re: Plan discovery (.4); attend call with Cleary re: same (.2). | 0.60 |
| 12/09/16 | NBB | 0022 | Prepare memorandum on Plan issues. | 2.60 |
| 12/11/16 | DHB | 0022 | Review and consider LSI Plan objection (.4); emails re same (.1); review draft of debtors response to TCC (.6); emails re same (.1). | 1.20 |
| 12/12/16 | FSH | 0022 | Review draft discovery letter and issues therein (.2); review mediation orders (.1); examine revised letter (.1); communications with R. Johnson, D. Botter, Milbank and Cleary re discovery (.2); communicate with A. Qureshi re letter (.1). | 0.70 |
| 12/12/16 | RAJ | 0022 | Draft objections and responses to TCC confirmation discovery (2.3, 1.6); revisions to same (.5); communicate with A. Qureshi re same (.2); multiple emails with counsel to Debtors, BHG, TCC re telephonic hearing on TCC discovery dispute (.4, .2, .3); draft email to TCC counsel re confirmation discovery (.1); review transcript of Dodgers case re mediation privilege (.6). | 6.20 |
| 12/12/16 | AQ | 0022 | Review and edit letter to Court re discovery dispute with TCC (.5); review and analyze case law re mediation privilege (.7); emails and communications with team re responses and objections (.2); calls and emails with Cleary regarding letter to Court (.2). | 1.60 |
| 12/12/16 | DHB | 0022 | Review revised Committee response to TCC/LSI and make changes thereto (.4); review draft NTCC discovery letter (.4); review revised letter and emails re same (.3) and discovery responses (.1) (.1); review changes to discovery letter (.1). | 1.40 |
| 12/12/16 | AME | 0022 | Review dockets re: Plan issues (.6); review draft letter to court re: TCC discovery (.4). | 1.00 |
| 12/13/16 | FSH | 0022 | Respond to call of shareholder re Canadian and US plans (.1); communications with D. Botter, Cleary re mediation (.6). | 0.70 |
| 12/13/16 | RAJ | 0022 | Review TCC letter brief re discovery dispute (.3); emails with BRG re discovery status (.2); analyze arguments re discovery of Plan development (.5); emails with Akin team re TCC confirmation discovery dispute (.4, .2); draft emails to Committee re discovery conference with court re confirmation discovery (.2, .4, .1); analyze Martin factors re SPSA (.5). | 2.80 |
| 12/13/16 | AQ | 0022 | Review and analyze TCC letter to Court re discovery dispute (.2); emails with team re Plan mediation (.2); review and analyze UCC response to TCC motion (.2). | 0.60 |
| 12/13/16 | DHB | 0022 | Review correspondence re discovery disputes (.4) (.2); email communications re mediation issues (.5); conference call with L. Schweitzer re same (.3). | 1.40 |
| 12/13/16 | JYY | 0022 | Review correspondence regarding Plan updates. | 0.90 |
| 12/13/16 | AME | 0022 | Review correspondence re: TCC motion and discovery, report from | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1699275

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | telephonic discovery conference (.2); communicate with R. Johnson re: same (.1). | |
| 12/13/16 | AL | 0022 | Communication with creditor re: ballots. | 0.20 |
| 12/14/16 | FSH | 0022 | Examine published reports (.2); communications with D. Botter re Plan issues (.1); communications with B. Kahn, R. Johnson and C. Kearns re same (.3); examine proposed order (.1); communications with D. Botter, R. Johnson re same (.1). | 0.80 |
| 12/14/16 | RAJ | 0022 | Review and comment on draft mediation order (.2, .1, .2); multiple emails with Akin and BRG teams re mediation (.4, .2); emails with other mediation parties re further edits (.2, .1); analyze issues re stay of confirmation order (1.7). | 3.10 |
| 12/14/16 | AQ | 0022 | Emails regarding mediation (.2); review and analyze BRG analysis re mediation outcomes (.3). | 0.50 |
| 12/14/16 | DHB | 0022 | Telephone call with L. Schweitzer re mediation issues (.2); emails re next steps re same (.4); review proposed mediation order and emails re same (.2); consider settlement scenarios for mediation (.6); emails with team re same and appellate issues (.4) (.1) (.1). | 2.00 |
| 12/15/16 | FSH | 0022 | Examine Plan documents (.1); review materials from Cleary re terms (.4); communications with R. Johnson, D. Botter, BRG re mediation (.5);  examine mediation issues (.2); work on mediation analyses, proposals, related issues (1.3). | 2.50 |
| 12/15/16 | RAJ | 0022 | Further analyze issues and case law re divestiture of jurisdiction and mootness (1.6, 1.3); analyze appellate issues re bonding of allocation appeals (1.5); communicate with A. Evans re PBGC appellate bonding (.1); draft email re appellate bonding issues (.4). | 4.90 |
| 12/15/16 | AQ | 0022 | Emails regarding Plan mediation. | 0.20 |
| 12/15/16 | DHB | 0022 | Email communications re mediation issues (.4); consider same (.4). | 0.80 |
| 12/15/16 | BMK | 0022 | Review plan confirmation issues. | 0.80 |
| 12/15/16 | AME | 0022 | Communication with R. Johnson re: PBGC bonding issue (.2); correspondence re: PBGC/TCC mediation (.2). | 0.40 |
| 12/16/16 | FSH | 0022 | Continue analysis of mediation issues (.4); communication with R. Johnson re: same (.2); examine BRG analysis (.2) call with BRG, D. Botter, B. Kahn re same (1.0); review draft 9019 motion, analyze issues therein and communications with R. Johnson and A. Loring re same (1.2). | 3.00 |
| 12/16/16 | RAJ | 0022 | Analyze Debtors' 9019 motion to approve SPSA (.5, .3); multiple emails with Akin team re 9019 motion (.3, .2); further analyze mootness and divestiture issues (1.1, .7); review agenda for hearing on TCC motion to reconsider order allowing Crossover Bonds claims (.1). | 3.40 |
| 12/16/16 | AQ | 0022 | Emails regarding mediation. | 0.20 |
| 12/16/16 | DHB | 0022 | Consider BRG scenarios and state of play re possible settlements and begin to craft proposal (.8); conference call re same (.7); emails re same (.3); further conversations with C. Kearns re proposal (.4); begin review of 9019 (.4). | 2.60 |
| 12/16/16 | AL | 0022 | Review 9019 motion to approve SPSA. | 0.40 |
| 12/18/16 | DHB | 0022 | Email communications re settlement scenarios (.2) (.1); consider same (.5); telephone call with C. Kearns re same (.2); further work re same (.4) (.2); communications with F. Hodara and A. Qureshi re mediation (.1). | 1.70 |
| 12/19/16 | FSH | 0022 | Planning and prep for mediation (.4); participate in call with NNI re mediation prep (.9); communications with D. Botter re same (.3); communicate with R. Johnson re same (.1). | 1.70 |
| 12/19/16 | RAJ | 0022 | Review Plan issues. | 0.40 |
| 12/19/16 | DHB | 0022 | Prepare for call with U.S. Debtors re settlement scenarios (.4); attend same (.9); follow-up with BRG re same (.2); communicate with R. Johnson re status and PBGC (.2); review and revise multiple drafts of BRG presentation of settlement proposal (.4) (.3) (.2); telephone calls | 3.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | with Cowie re same (.1) (.1); begin preparation for hearing and mediation (.6). | |
| 12/19/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/20/16 | FSH | 0022 | Communicate with D. Botter and B. Kahn re mediation (.3); confer with BRG re same (.2); review deck and further prep and mediation (.5); attend portion of mediation (6.0); follow-up communications re same with D. Botter, B. Kahn, A. Qureshi (.3). | 7.30 |
| 12/20/16 | RAJ | 0022 | Further analyze appellate and jurisdictional issues (.8); emails with Akin team re same (.1, .2); review case law re appellate mootness (.7). | 1.80 |
| 12/20/16 | AQ | 0022 | Review and analyze mediation proposal and related emails (.4); emails regarding court hearing (.2). | 0.60 |
| 12/20/16 | DHB | 0022 | Attend plan mediation (8.5); emails with team re settlement discussions (.2). | 8.70 |
| 12/20/16 | BMK | 0022 | Attend plan mediation (partial). | 3.50 |
| 12/21/16 | FSH | 0022 | Numerous communications with D. Botter, B. Kahn, R. Johnson, Committee, Cleary, Chilmark, BRG re mediation, next steps. | 0.60 |
| 12/21/16 | RAJ | 0022 | Analyze Plan confirmation issues. | 0.70 |
| 12/21/16 | AQ | 0022 | Emails re PBGC settlement (.2); review and analyze PBGC 9019 motion (.3); review and analyze Plan 9019 motion (.6); review and analyze BRG deck re PBGC settlement (.5). | 1.60 |
| 12/21/16 | DHB | 0022 | Emails re PBGC settlement (.2) (.1); communication with F. Hodara and B. Kahn re same (.1) (.1); review certificate re same (.1); emails and analysis of same (.1) (.1) (.2); begin review of same (.5). | 1.50 |
| 12/21/16 | BMK | 0022 | Review PBGC settlement stip and motion. | 1.60 |
| 12/21/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/21/16 | AME | 0022 | Correspondence re: PBGC settlement. | 0.20 |
| 12/21/16 | AL | 0022 | Review 9019 motion to approve settlement with PBGC. | 0.50 |
| 12/22/16 | FSH | 0022 | Communications w/ D. Botter, BRG re analysis (.3). Communications w/ D. Botter, B. Kahn, R. Johnson, A. Loring, A. Qureshi re next steps (.3). | 0.60 |
| 12/22/16 | RAJ | 0022 | Review BRG financial analysis of creditor recoveries (.2); review terms of agreements to temporarily allow certain claims for Plan voting purposes (.2). | 0.40 |
| 12/22/16 | DHB | 0022 | Analysis of PBGC settlement and review of motion (1.2); review and revise BRG analysis of same (.3); consider benefits of same (.4); communications re same (.1) (.1). | 2.10 |
| 12/22/16 | JYY | 0022 | Review Plan updates. | 0.10 |
| 12/23/16 | RAJ | 0022 | Analyze upcoming milestones to confirmation. | 0.50 |
| 12/27/16 | FSH | 0022 | Examine draft Joint Status Report (.1); communications w/ R. Johnson re same (.1). | 0.20 |
| 12/28/16 | FSH | 0022 | Review plan and settlement issues and docs. | 1.80 |
| 12/28/16 | RAJ | 0022 | Review Plan supplemental exhibits (1.1); emails with Akin and Cleary teams re same (.1). | 1.20 |
| 12/28/16 | AQ | 0022 | Review and analyze plan supplement exhibits and emails regarding same. | 0.50 |
| 12/28/16 | DHB | 0022 | Email communications re PBGC settlement. | 0.10 |
| 12/29/16 | DHB | 0022 | Emails re Plan supplement. | 0.20 |
| 12/29/16 | BMK | 0022 | Review plan supplement docs. | 1.90 |
| 12/30/16 | JYY | 0022 | Review Plan updates. | 0.30 |
| 12/30/16 | AL | 0022 | Review Plan Supplement. | 0.50 |
| 12/31/16 | RAJ | 0022 | Review TCC briefing proposal and related emails. | 0.20 |
| 12/31/16 | DHB | 0022 | Emails re schedule and Plan provisions. | 0.20 |
| 12/01/16 | FSH | 0025 | Non-productive travel time on return from Court (actual time 1.70). | 0.85 |
| 12/01/16 | AQ | 0025 | Travel DE to NY (actual time 1.70). | 0.85 |
| 12/01/16 | DHB | 0025 | Non-working travel time from Delaware (actual time 2.50). | 1.25 |
| 12/01/16 | AL | 0025 | Non-productive travel from Wilmington to New York after Disclosure Statement hearing (actual time 1.40). | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1699275

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/20/16 | FSH | 0025 | Unproductive travel time en route to Wilmington (actual time 1.8); unproductive travel time on return (actual time 1.2). | 1.50 |
| 12/20/16 | DHB | 0025 | Travel to and from Delaware (actual time 2.0). | 1.00 |
| 12/05/16 | FSH | 0029 | Review research re allocation appeal issues (1.2). | 1.20 |
| 12/07/16 | FSH | 0029 | Examine Third Circuit allocation appeals letter draft (.1); analyze issues therein and communicate with R. Johnson re same (.1). | 0.20 |
| 12/07/16 | RAJ | 0029 | Review and comment on draft joint letter to Third Circuit re status of allocation appeals, SPSA, and plan confirmation (.5, .3, .1); multiple emails with Akin team re joint letter (.3, .2); draft email to Committee re same (.2, .1); follow up email to Committee members (.1). | 1.80 |
| 12/07/16 | RAJ | 0029 | Follow-up with Debtors counsel re letter to Third Circuit. (0.1). | 0.10 |
| 12/07/16 | AQ | 0029 | Review draft status report re appeal. | 0.20 |
| 12/07/16 | DHB | 0029 | Review 3rd Circuit letter and emails re same (.4); revised letter (.1). | 0.50 |
| 12/07/16 | JYY | 0029 | Review case updates regarding appeals. | 0.50 |
| 12/08/16 | ZJC | 0029 | Discuss Third Circuit calendar notice with R. Johnson. | 0.10 |
| 12/14/16 | RAJ | 0029 | Analyze Third Circuit filings (.3, .2); emails with Akin team re same (.2); prepare Third Circuit filing (.1); follow up with A. Hicks re Third Circuit filing (.2, .1, .1); confer with Akin team re mootness issues (.4, .2); analyze Third Circuit appellate scenarios (.5). | 2.30 |
| 12/14/16 | JYY | 0029 | Review Plan updates. | 0.10 |
| 12/14/16 | ZJC | 0029 | Internal communications re: Third Circuit proceedings (.2) and coordinate filing of oral argument notification (.3). | 0.50 |
| 12/15/16 | JYY | 0029 | Review Plan updates. | 0.10 |
| 12/15/16 | ZJC | 0029 | Review memorandum on divestiture of jurisdiction and mootness (.7); review status filing in Third Circuit regarding potential settlement (.7). | 1.40 |
| 12/15/16 | AL | 0029 | Internal communication re: allocation issues. | 0.40 |
| 12/16/16 | FSH | 0029 | Meet with R. Johnson, D. Botter re appeal issues. | 0.80 |
| 12/16/16 | RAJ | 0029 | Meeting with F. Hodara, D. Botter re mootness and divestiture. | 0.80 |
| 12/16/16 | DHB | 0029 | Review divestiture memo and consider same (1.2); meet with F. Hodara and R. Johnson re same (.8). | 2.00 |
| 12/16/16 | JYY | 0029 | Review allocation appeal updates. | 0.30 |
| 12/16/16 | ZJC | 0029 | Research Third Circuit motions procedures (1.0); communication re: jurisdictional and mootness issues with F. Hodara, D. Botter, and R. Johnson (.2). | 1.20 |
| 12/19/16 | RAJ | 0029 | Further analyze divestiture and allocation appellate issues (1.3). | 1.30 |
| 12/27/16 | RAJ | 0029 | Review and comment on draft joint status report to Judge Stark in allocation appeal (.2); emails with Akin team re appellate filing (.1); follow-up emails with Delaware counsel re status report (.1). | 0.40 |
| 12/27/16 | AQ | 0029 | Review draft District Court allocation appeals status report and emails regarding same. | 0.20 |

Total Hours          350.55

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| F S HODARA | 58.05 | at | $1325.00 | = | $76,916.25 |
| R A JOHNSON | 113.20 | at | $1050.00 | = | $118,860.00 |
| A QURESHI | 19.85 | at | $1175.00 | = | $23,323.75 |
| D H BOTTER | 63.55 | at | $1220.00 | = | $77,531.00 |
| B M KAHN | 18.80 | at | $900.00 | = | $16,920.00 |
| J Y YECIES | 3.40 | at | $785.00 | = | $2,669.00 |
| Z CHEN | 3.20 | at | $700.00 | = | $2,240.00 |
| A M EVANS | 12.20 | at | $580.00 | = | $7,076.00 |
| A LORING | 50.10 | at | $455.00 | = | $22,795.50 |
| N B BOTWINICK | 6.60 | at | $460.00 | = | $3,036.00 |
| S A D'ADDESE | 1.60 | at | $225.00 | = | $360.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1699275

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| Current Fees | | | | $351,727.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Computerized Legal Research - Lexis | $82.98 | |
| Computerized Legal Research - Westlaw | $207.80 | |
| Duplication - Off Site | $858.20 | |
| Duplication - In House | $360.20 | |
| Meals - Business | $92.30 | |
| Meals (100%) | $1,109.82 | |
| Postage | $1.36 | |
| Travel - Ground Transportation | $409.70 | |
| Travel - Lodging (Hotel, Apt, Other) | $1,582.29 | |
| Travel - Train Fare | $1,482.00 | |

| | |
|---|---|
| Current Expenses | $6,186.65 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$357,914.15** |
| **Prior Balance Due** | $655,970.14 |
| **Total Balance Due Upon Receipt** | $1,013,884.29 |