# EXHIBIT C

**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $290.78 |
| Courier Service/Messenger Service – Off-Site | $18.59 |
| Duplication – Off Site | $858.20 |
| Duplication – In House | $360.20 |
| Meals – Business | $92.30 |
| Meals (100%) | $1,109.82 |
| Postage | $1.36 |
| Travel – Ground Transportation | $409.70 |
| Travel – Lodging (Hotel, Apt, Other) | $1,582.29 |
| Travel – Train Fare | $1,482.00 |
| **TOTAL** | **$6,186.65** |