# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number    1699275 |
| ATTN: JOHN  DOLITTLE | Invoice Date    02/21/17 |
| 8601 SIX FORKS ROAD | Client Number    687147 |
| SUITE 400 | Matter Number    0001 |
| RALEIGH, NC  27615 | |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/16 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/23/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2491702 DATE: 9/9/2016 Catering Akin Gump - Izumi Sushi Catering 3 Hour Notice Required) - 09/23/2016   Plan meeting - 8 people | $305.81 |
| 10/19/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2513939 DATE: 10/23/2016 Carly Weinreb - Obao 9th Ave) - 10/19/2016 | $17.15 |
| 10/20/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2513939 DATE: 10/23/2016 Anthony Loring - Bella Vita 43rd/8th) - 10/20/2016 | $25.06 |
| 10/21/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2513939 DATE: 10/23/2016 Anthony Loring - Fig & Olive III - 10/21/2016 | $29.72 |
| 11/15/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 535320 DATE: 11/15/2016 NAME: BOTTER DAVID H TICKET #: | $32.00 |

| Date | Description | Amount |
|---|---|---|
| 11/15/16 | 0697459881 DEPARTURE DATE: 11/22/2016 ROUTE: UNKNOWN Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 535320 DATE: 11/15/2016 NAME: BOTTER DAVID H TICKET #: 0010139775 DEPARTURE DATE: 11/22/2016 ROUTE: NYP WIL NYP Business fare - reduced | $258.00 |
| 11/15/16 | Duplication - Off Site  VENDOR: XACT DATA DISCOVERY/XDD (43-1685216) INVOICE#: 11-65794 DATE: 11/15/2016 Color presentations - coil bound (24) | $583.05 |
| 11/22/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1540317112131900 DATE: 12/13/2016 Taxi/Car Service/Public Transport, 11/22/16, Late taxi home., Uber | $20.33 |
| 11/28/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1540317112131900 DATE: 12/13/2016 Taxi/Car Service/Public Transport, 11/28/16, Late taxi home., Uber | $19.03 |
| 11/28/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 542584 DATE: 11/28/2016 NAME: BOTTER DAVID H TICKET #: 0697861966 DEPARTURE DATE: 11/30/2016 ROUTE: UNKNOWN | $32.00 |
| 11/28/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 542584 DATE: 11/28/2016 NAME: BOTTER DAVID H TICKET #: 0010168183 DEPARTURE DATE: 11/30/2016 ROUTE: NYP WIL NYP Business fare - reduced | $390.00 |
| 11/29/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 542917 DATE: 11/29/2016 NAME: LORING ANTHONY TICKET #: 0697880445 DEPARTURE DATE: 11/30/2016 ROUTE: UNKNOWN | $32.00 |
| 11/29/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 542917 DATE: 11/29/2016 NAME: LORING ANTHONY TICKET #: 0010059852 DEPARTURE DATE: 11/30/2016 ROUTE: NYP WIL NYP Business fare - reduced | $375.00 |
| 12/01/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 2339 page(s) | $233.90 |
| 12/01/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: DAVID H. BOTTER INVOICE#: 1527781412052302 DATE: 12/5/2016 | $438.90 |

| | | |
|---|---|---|
| | Hotel - Lodging, 12/01/16, Hotel stay (11/30/2016 through 12/1/2016) re: court hearing in Wilmington, DE., Hotel DuPont | |
| 12/01/16 | Meals - Business  VENDOR: DAVID H. BOTTER INVOICE#: 1527781412052302 DATE: 12/5/2016 Hotel - Breakfast, 12/01/16, Room service breakfast., Hotel DuPont, David Botter | $30.00 |
| 12/01/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: FRED S. HODARA INVOICE#: 1527707912062305 DATE: 12/6/2016 Hotel - Lodging, 12/01/16, Hotel stay (11/30/2016 through 12/1/2016) re: court hearing in Wilmington, DE., Hotel DuPont | $438.90 |
| 12/01/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1532807112072304 DATE: 12/7/2016 Taxi/Car Service/Public Transport, 12/01/16, Car from train station to hotel in Wilmington for Nortel., Uber | $6.15 |
| 12/01/16 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ABID QURESHI INVOICE#: 1532807112072304 DATE: 12/7/2016 Hotel - Lodging, 12/01/16, Hotel stay in Wilmington for Nortel hearing., Westin Hotels & Resorts | $265.59 |
| 12/01/16 | Meals - Business  VENDOR: ABID QURESHI INVOICE#: 1532807112072304 DATE: 12/7/2016 Hotel - Breakfast, 12/01/16, Food/Beverage purchase at Restaurant during hotel stay., Westin Hotels & Resorts, Abid Qureshi | $27.50 |
| 12/01/16 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1532807112072304 DATE: 12/7/2016 Taxi/Car Service/Public Transport, 12/01/16, Car from hotel to court in Wilmington for Nortel., Uber | $8.57 |
| 12/01/16 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2549537 DATE: 12/4/2016 Anthony Loring - Bella Vita 43rd/8th) - 12/01/2016 | $25.06 |
| 12/01/16 | Duplication - Off Site  VENDOR: XACT DATA DISCOVERY/XDD (43-1685216) INVOICE#: 11-65868 DATE: 12/1/2016 Min books - A. Loring - 12 | $275.15 |
| 12/01/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1540317112131900 DATE: 12/13/2016 Taxi/Car Service/Public Transport, | $23.40 |

| Date | Description | Amount |
|---|---|---|
| 12/01/16 | 12/01/16, Late taxi home., Uber Travel - Lodging (Hotel, Apt, Other) VENDOR: ANTHONY LORING INVOICE#: 1558295512221805 DATE: 12/22/2016<br>Hotel - Lodging, 12/01/16, Hotel stay in Wilmington for Nortel hearing., Hotel Dupont | $438.90 |
| 12/01/16 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 10003376 DATE: 12/1/2016 NAME: LORING ANTHONY TICKET #: 0010059860 DEPARTURE DATE: 11/30/2016 ROUTE: NYP WIL NYP | $-38.00 |
| 12/01/16 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 10005979 DATE: 12/1/2016 NAME: BOTTER DAVID H TICKET #: 0010168191 DEPARTURE DATE: 11/30/2016 ROUTE: NYP WIL NYP | $-59.00 |
| 12/01/16 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 545000 DATE: 12/1/2016 NAME: LORING ANTHONY TICKET #: 0697987196 DEPARTURE DATE: 11/30/2016 ROUTE: UNKNOWN | $32.00 |
| 12/01/16 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 545055 DATE: 12/1/2016 NAME: BOTTER DAVID H TICKET #: 0697989910 DEPARTURE DATE: 11/30/2016 ROUTE: UNKNOWN | $32.00 |
| 12/02/16 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1540317112131900 DATE: 12/13/2016<br>Taxi/Car Service/Public Transport, 12/02/16, Late taxi home., Uber | $23.72 |
| 12/03/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 685 page(s) | $68.50 |
| 12/06/16 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: KAHN  BRAD; Charge Type: LA DOCUMENT ACCESS; Quantity: 1.0 | $82.98 |
| 12/07/16 | Duplication - In House  Photocopy - Loring, Anthony, NY, 578 page(s) | $57.80 |
| 12/07/16 | Computerized Legal Research - Westlaw User: BOTWINICK,NATHANIEL Date: 12/7/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 12/08/16 | Computerized Legal Research - Westlaw User: BOTWINICK,NATHANIEL Date: 12/8/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 12/08/16 | Computerized Legal Research - Westlaw User: EVANS,ANNIE Date: 12/8/2016 AcctNumber: 1000193694 ConnectTime: | $83.12 |

| Date | Description | Amount |
|---|---|---|
| | ConnectTime: 0.0 | |
| 12/08/16 | Meals (100%) 12/2/2016: A. Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800470; DATE: 12/8/2016 Committee call - 8 people | $169.19 |
| 12/08/16 | Meals (100%) 12/8/2016: A. Gomez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800470; DATE: 12/8/2016 Committee call - 8 people | $140.99 |
| 12/09/16 | Computerized Legal Research - Westlaw User: BOTWINICK,NATHANIEL Date: 12/9/2016 AcctNumber: 1000193694 ConnectTime: 0.0 | $41.56 |
| 12/15/16 | Travel - Train Fare  VENDOR: FRED S. HODARA INVOICE#: 1560507612221805 DATE: 12/22/2016 Rail Fare, 12/15/16, Round trip train fare to Wilmington, Delaware on 12/20/2016 re: court hearing and mediation., Amtrak Business fare - reduced | $396.00 |
| 12/15/16 | Meals (100%) 12/9/16 - A LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800472; DATE: 12/15/2016  Plan meeting - 6 people | $86.66 |
| 12/15/16 | Meals (100%) 12/15/16 - A GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800472; DATE: 12/15/2016 Committee call - 8 people | $140.99 |
| 12/20/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1560507612221805 DATE: 12/22/2016 Taxi/Car Service/Public Transport, 12/20/16, Taxi from home to Penn Station re: court hearing and mediation in Wilmington, DE., Uber | $12.75 |
| 12/20/16 | Meals - Business  VENDOR: FRED S. HODARA INVOICE#: 1560507612221805 DATE: 12/22/2016 Breakfast, 12/20/16, Breakfast (Nortel Official Committee - 8 people) re: court hearing and mediation in Wilmington, Delaware., Brew Ha Ha, Fred Hodara | $34.80 |
| 12/20/16 | Travel - Ground Transportation VENDOR: FRED S. HODARA INVOICE#: 1560507612221805 DATE: 12/22/2016 Taxi/Car Service/Public Transport, 12/20/16, Taxi to Wilmington train station re: court hearing and mediation in Wilmington, DE., Uber | $6.47 |
| 12/20/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1560700212221805 DATE: | $4.00 |

| | | |
|---|---|---|
| 12/20/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1560700212221805 DATE: 12/22/2016 Change Ticket/Upgrade Fee, 12/20/16, Amtrak service fee for ticket change re: court hearing and mediation in Wilmington, DE., Amtrak | $13.00 |
| 12/20/16 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1560700212221805 DATE: 12/22/2016 Taxi/Car Service/Public Transport, 12/20/16, Taxi from Wilmington train station to Bankruptcy Court re: hearing and mediation., Kitco Taxi | $132.10 |
| 12/20/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1225935 DATE: 12/28/2016  Vendor: Dial Car Voucher #: A4175532 Date: 12/20/2016 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4175532 Date: 12/20/2016 Name: David Botter | $140.18 |
| 12/20/16 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1225935 DATE: 12/28/2016  Vendor: Dial Car Voucher #: A4420800 Date: 12/20/2016 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4420800 Date: 12/20/2016 Name: David Botter | |
| 12/22/16 | Meals (100%)  12/22/16 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800473; DATE: 12/22/2016 Committee call - 8 people | $169.19 |
| 12/28/16 | Postage  US Postage - Kahn, Brad, NY, 1 piece(s) | $1.36 |

| | |
|---|---|
| Current Expenses | $6,186.65 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$357,914.15** |
| **Prior Balance Due** | $655,970.14 |
| **Total Balance Due Upon Receipt** | $1,013,884.29 |