# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 14 years; Admitted in 1990; Financial Restructuring Department | $1,220 | 63.55 | $77,531.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $1,325 | 58.05 | $76,916.25 |
| Robert A. Johnson | Partner for 19 years; Admitted in 1988; Litigation Department | $1,050 | 113.20 | $118,860.00 |
| Brad M. Kahn | Partner as of January 1, 2016; Admitted in 2008; Financial Restructuring Department | $900 | 18.80 | $16,920.00 |
| Abid Qureshi | Partner for 8 years; Admitted in 1995; Financial Restructuring Department | $1,175 | 19.85 | $23,323.75 |
| Julius Chen | Counsel for 2 years; Admitted in 2010; Litigation Department | $70 | 3.20 | $2,224.00 |
| Jacqueline Y. Yecies | Counsel for 3 years; Admitted in 2009; Litigation Department | $785 | 3.40 | $2,669.00 |
| Nathaniel B. Botwinick | Associate for 1 year; Not Yet Admitted; Litigation Department | $460 | 6.60 | $3,036.00 |
| Anne M. Evans | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 12.20 | $7,076.00 |
| Anthony Loring | Associate for 1 year; Admitted in 2016; Financial Restructuring Department | $455 | 50.10 | $22,795.50 |
| Sarah A. D'Addese | Legal Assistant for 3 years; Financial Restructuring Department | $225 | 1.60 | $360.00 |

Total Amount of Fees:     **$351,727.50**
Total Number of Hours:    350.55
Blended Hourly Rate:      **$1,003.36**