### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-10138 (KG)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Corey Worcester, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP to represent Solus Alternative Asset Management LP and PointState Capital LP in this action.

Dated: February 22, 2017

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

*/s/ Joanne P. Pinckney*
Joanne P. Pinckney, Esq. (DE No. 3344)
3711 Kennett Pike, Suite 210
Greenville, DE 19807
Telephone: (302) 504-1497

Co-*Counsel to Counsel to Solus Alternative Asset Management LP and PointState Capital LP*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 08/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 2/22/17    Signed: *Corey Worcester*
Corey Worcester, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000 (Telephone)
(212) 849-7100 (Facsimile)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                   The Honorable Kevin Gross
                                   United States Bankruptcy Judge