IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**REQUEST TO BE REMOVED FROM**
**COURTESY NOTIFICATION OF ELECTRONIC FILING**

To the Clerk of the U.S. Bankruptcy Court, I hereby:

The undersigned counsel hereby requests Removal from Courtesy Notification of Electronic Filing. Courtesy notification of court orders and all other pleadings entered on the docket in the above-referenced case will no longer be sent via electronic means to the undersigned counsel.

Dated: February 22, 2017        CONNOLLY GALLAGHER LLP

_____
Jeffrey C. Wisler (No. 2795)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
Telephone:    (302) 757-7300
Facsimile:    (302) 658-0380

#05297028