# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 22, 2017 03:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### Matter:

TELEPHONIC HEARING  - RE: PRE-TRIAL CONFERENCE

**R / M #:**   17,931 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

TELEPHONIC  HEARING HELD. AGENDA ITEMS:
#1 PRETRIAL CONFERENCE - Court discussed how trial will proceed scheduled for 2/28/17. Some documents will be sent over on a disc.