COURT SOLUTIONS

| Case No: | 09-10138 | 09-10138 |
|---|---|---|
| Case Name: | In re Nortel Networks Inc., et al. | Nortel Networks |
| Name: | Masella, James | Pinckney, Joanne |
| Address: | 1133 Ave of the Americas, New York, NY, 10036 | 3711 Kennett Pike, Kennett Pike, DE, 19807 |
| Participation Type: | Live Participation | Live Participation |
| Email: | jmasella@pbwt.com | jpinckney@pwujlaw.com |
| User Type: | Attorney | Attorney |
| Office No: | (212) 336-2240 | (302) 504-1498 |
| Client: | Indenture Trustee | Solus Alternative Asset Mgmt and PointState Capital |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks | Nortel Networks Inc. |
| Name: | Samis, Christopher | Badtke-Berkow, Joseph |
| Address: | 405 N. King Street, Wilmington, DE, 19801 | 1221 Avenue of the Americas, New York, NY, 11238 |
| Participation Type: | Live Participation | Listen Only |
| Email: | csamis@wtplaw.com | joseph.badtke-berkow@allenovery.com |
| User Type: | Attorney | Attorney |
| Office No: | (302) 357-3266 | (212) 610-6417 |
| Client: | Official Committee of Unsecured Creditors | Ernst & Young Inc. |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks Inc. | Nortel Networks Inc. |
| Name: | Eggermann, Daniel M. | Lowenthal, Daniel |
| Address: | 1177 Avenue of the Americas, New York, NY, 10036 | 1133 Avenue of the Americas, New York, NY, 10036 |
| Participation Type: | Listen Only | Live Participation |
| Email: | deggermann@kramerlevin.com | dalowenthal@pbwt.com |
| User Type: | Attorney | Attorney |
| Office No: | (212) 715-9495 | (212) 336-2720 |
| Client: | | Delaware Trust Company |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks Inc. | Nortel Networks Inc. |
| Name: | Miller, Stephen | Monzo, Eric |
| Address: | 500 Delaware Avenue, Wilmington, DE, 19801 | 500 Delaware Avenue, Wilmington, DE, 19801 |
| Participation Type: | Live Participation | Live Participation |
| Email: | smiller@morrisjames.com | emonzo@morrisjames.com |
| User Type: | Attorney | Attorney |
| Office No: | (302) 888-6853 | (302) 888-5848 |
| Client: | Delaware Trust Company and Law Debenture Trust Company of New York | Delaware Trust Company and Law Debenture Trust Company of New York |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks Inc. | Nortel Networks Inc. |
| Name: | Sanjana, Jason | Schmidt, Robert T. |
| Address: | 11 East 26th Street, New York, NY, 10010 | 1177 Avenue of the Americas, New York, NY, 10036 |
| Participation Type: | Listen Only | Listen Only |
| Email: | jsanjana@reorg-research.com | rschmidt@kramerlevin.com |
| User Type: | Attorney | Attorney |
| Office No: | (646) 390-5738 | (212) 715-9527 |
| Client: | Reorg Research, Inc. | |
| Case No: | 09-10138 | 09-10138 (KG) |
| Case Name: | Nortel Networks, Inc. | Nortel Networks Inc. |
| Name: | Abbott, Derek | Tecce, James |
| Address: | 1201 N. Market Street, Wilmington, DE, 19899 | 52 Madison Avenue, New York, NY, 10010 |
| Participation Type: | Live Participation | Live Participation |
| Email: | dabbott@mnat.com | jamestecce@quinnemanuel.com |
| User Type: | Attorney | Attorney |
| Office No: | (302) 351-9357 | (212) 849-7199 |
| Client: | Debtor | Solus Alternative Asset Management LP; PointState Capital LP |

COURT SOLUTIONS

Judge: Kevin Gross / United States Bankruptcy Court for the District of Delaware

Report Date: 02/22/2017 03:04 PM

Call Date: 02/22/2017 03:00 PM

Call Participants: 15

| Case No: | 09-10138-KG | No. 09-10138 |
| --- | --- | --- |
| Case Name: | Nortel Networks Inc., et al | In re Nortel |
| Name: | Fisher, Peter | Kirklin, Jackson Taylor |
| Address: | 40 W 57th Street, New York, NY, 10019 | 1133 Avenue of the Americas, New York, NY, 10036 |
| Participation Type: | Listen Only | Listen Only |
| Email: | peter.fisher@pointstate.com | jtkirklin@pbwt.com |
| User Type: | Non-Attorney | Attorney |
| Office No: | (212) 830-7012 | (212) 336-2355 |
| Client: | PointState Capital | Delaware Trust Company |
| Case No: | Nortel Networks | |
| Case Name: | Listen only | |
| Name: | Bluaner, Stephen | |
| Address: | 410 Park Avenue, New York, NY, NY, 10022 | |
| Participation Type: | Listen Only | |
| Email: | VHARDWICK@SOLUSLP.COM | |
| User Type: | Attorney | |
| Office No: | (212) 373-1562 | |
| Client: | | |