# Exhibit A

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

Delaware Trust Company  
2711 Centerville Road  
Wilmington, DE 19808

Invoice No. 1013001  
January 18, 2017  
FEI No. 13-5622951

Re: NORTEL

D1584-000002

CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending  
December 31, 2016 In Connection With The Following:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/16 | DAL | Conf B. Guiney re status, email T. Musarra and J. Heaney, and Tc S. Miller re same (.5). | 0.50 | $485.00 |
| 12/06/16 | BPG | Attention to docket (.1); review and revise NDA, follow-up D. Lowenthal re: same, confer C. Dent re: same (.6). | 0.70 | $518.00 |
| 12/06/16 | CWD | Reviewing docket, e-mails re NDA and DTC engagement letter, follow up re same (.2). | 0.20 | $135.00 |
| 12/07/16 | DAL | Emails with T. Musarra and S. Horwitz; emails with S. Miller and E. Lamek; tc with D. Botter; tc with B. Guiney; emails with Akin and S. Horwitz re Committee roster; and emails with T. Musarra re transfer of claim (2.3); review draft note to holders and send to S. Horwitz, joint letter to Third Circuit and emails with S. Horwitz re: same, obtain and send UCC By Laws for S. Horwitz and, complete monthly report and send to S. Horwitz (2.3); emails with E. Lamek re: issue concerning Monitor (.2). | 4.80 | $4,656.00 |
| 12/07/16 | BPG | Work on notice to holders, follow-up re: engagement letter and review same, complete template for DTC, consider open issues in connection with transfer, multiple TCs and e-mails with D. Lowenthal and C. Dent re: transfer and related issues. | 3.40 | $2,516.00 |
| 12/07/16 | CWD | Reviewing docket (.1); reviewing NDA mark-up and revising same (.3); drafting Delaware Trust engagement letter, OC D. Lowenthal re same, e-mails re same (1.5). | 1.90 | $1,282.50 |
| 12/08/16 | DAL | Review NTCC arguments re Plan (.2); tc S. Horwitz re case issues (.3); emails with Akin (.2); emails with Akin and S. Horwitz re TCC motion to vacate (.2); prepare for and participate in weekly call (9). | 1.80 | $1,746.00 |

9463440v.1

CONFIDENTIAL

IT00000727

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/16 | BPG | Reviewing materials for UCC call, confer C. Dent re: engagement letter and other materials, review recently-filed pleadings (1.4); participate on committee call and follow-up (.7); attention to e-mails, follow-up re: engagement letter (.4). | 2.50 | $1,850.00 |
| 12/08/16 | CWD | Reviewing docket (.1); e-mails re Canadian claims issues (.1). | 0.20 | $135.00 |
| 12/09/16 | DAL | Revise letter, emails with S. Horwitz re same, and tc's with S. Miller re same (1.7). | 1.70 | $1,649.00 |
| 12/09/16 | BPG | Confer D. Lowenthal re: open issues, attention to e-mails, attention to revised NDA (.5). | 0.50 | $370.00 |
| 12/09/16 | CWD | Reviewing docket and e-mails re holder NDA mark-up, and reviewing same (.1). | 0.10 | $67.50 |
| 12/12/16 | BPG | Tc D. Lowenthal re: NDA and follow up (.6). | 0.60 | $444.00 |
| 12/12/16 | CWD | Reviewing docket (.1). | 0.10 | $67.50 |
| 12/13/16 | DAL | Review letters to the Court re discovery from the US Debtors, the PBGC, and the NTCC (.2); attend by phone Court conference re Plan discovery and send report re same to S. Horwitz (2.1). | 2.30 | $2,231.00 |
| 12/13/16 | BPG | Review discovery dispute letters (.8); attention to revised response to TCC pleadings (.2); attention to e-mails re: hearing (.1); confer C. Dent re: NDA (.1); coordinate with accounting re: invoices (.4); reviewing responses to TCC motion (.6). | 2.20 | $1,628.00 |
| 12/13/16 | CWD | Reviewing docket and TC B. Guiney re NDA mark-up (.2). | 0.20 | $135.00 |
| 12/14/16 | CWD | Reviewing docket (.1). | 0.10 | $67.50 |
| 12/15/16 | DAL | Emails with S. Horwitz re upcoming mediation (.1); review confirmation timeline and Third Circuit statement on appeal timing (.7); tc M. Riela re mediation (.1); tcs with Akin and other UCC members re upcoming mediation, confirmation issues, etc, and related follow-up with S. Horwitz (1.3); emails with C. Kearns and S. Horwitz re Plan recovery analysis (.3). | 2.50 | $2,425.00 |
| 12/15/16 | BPG | Attention to e-mails (.2). | 0.20 | $148.00 |
| 12/16/16 | DAL | Review SPSA 9019 motion and send to S. Horwitz (1.4); review Court hearing agenda and emails with S. Miller re same (.2); B. Guiney and C. Dent (.3); follow-up with S. Horwitz re NDA and emails from Quinn and B. Guiney (1.0). | 2.90 | $2,813.00 |
| 12/16/16 | BPG | OC with D. Lowenthal and C. Dent re: all open issues, confirmation schedule; reviewing correspondence re: same (1.2); follow-up re: invoices and NDA, confer D. Lowenthal re: same (1.0). | 2.20 | $1,628.00 |

Page 3
Invoice No. 1013001
January 18, 2017
D1584-000002

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/16 | CWD | Reviewing docket (.1); OC D. Lowenthal and B. Guiney re mediation and confirmation issues (.2). | 0.30 | $202.50 |
| 12/19/16 | DAL | Review multiple Court filings re TCC motion for reconsideration (1.8). | 1.80 | $1,746.00 |
| 12/19/16 | BPG | Diligence pertaining to holder inquiry. | 3.30 | $2,442.00 |
| 12/19/16 | CWD | E-mails re NDA, OC B. Guiney re same, reviewing docket (.1). | 0.10 | $67.50 |
| 12/20/16 | DAL | Attend Court hearing and mediation (8.0). | 8.00 | $7,760.00 |
| 12/20/16 | BPG | Tc R. Schmidt re: case status (.2); follow-up D. Lowenthal re: same (.1); attention to e-mails re: settlement and related materials (.7); follow-up D. Lowenthal and C. Dent re: same (.2); diligence pertaining to holder inquiry (3.2) | 4.40 | $3,256.00 |
| 12/20/16 | CWD | Reviewing docket, e-mails re mediation (.1). | 0.10 | $67.50 |
| 12/21/16 | BPG | Attention to e-mails re: status, possible resolution, follow-up re: same (.5); finalize delivery to noteholders and confer D. Lowenthal re: same (.8) | 1.30 | $962.00 |
| 12/21/16 | CWD | E-mails re PBGC settlement, OC B. Guiney re invoices (.1); reviewing docket (.1). | 0.20 | $135.00 |
| 12/22/16 | BPG | Review materials for UCC call and confer C. Dent (.4); participate on same (.6); follow-up e-mails re: same (.2); attention to delivery to noteholders (.5); consider inquiry from D. Holzman re: voting and follow-up re: same (.2) | 1.90 | $1,406.00 |
| 12/22/16 | CWD | Reviewing docket (.1). | 0.10 | $67.50 |
| 12/27/16 | CWD | Reviewing docket (.1). | 0.10 | $67.50 |
| 12/29/16 | BPG | Attention to docket, attention to 9019 and follow-up re: PBGC settlement issues (.9). | 0.90 | $666.00 |
| 12/29/16 | CWD | Reviewing docket, e-mails re hearing calendar with managing clerk (.1). | 0.10 | $67.50 |
| 12/30/16 | BPG | Multiple TCs with D. Lowenthal re: status, attention to e-mails re: same, attention to docket. | 1.00 | $740.00 |
| | | Total Services | 55.20 | $46,650.00 |

| | | | | |
|---|---|---|---|---|
| Daniel A Lowenthal | 26.30 hours at | $970.00 | $25,511.00 | |
| Brian P. Guiney | 25.10 hours at | $740.00 | $18,574.00 | |
| Craig W. Dent | 3.80 hours at | $675.00 | $2,565.00 | |

Total Expenses $0.00

Total This Invoice $46,650.00

9463440v.1

CONFIDENTIAL                                                                                   IT00000729

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

February 17, 2017

Daniel A. Lowenthal
Partner
(212) 336-2720
Direct Fax (212) 336-1253
dalowenthal@pbwt.com

Via E-Mail

Ms. Sandra Howritz
Managing Director
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

Dear Sandi:

    Enclosed is our statement for services rendered for January 2017 in connection with the Nortel Networks Inc. matter.

    Please let me know if you have any questions about the statement or the work we did.

Sincerely,

Daniel A. Lowenthal

Enclosure

9559722v.1

CONFIDENTIAL                                                                 IT00014630

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

Delaware Trust Company  
2711 Centerville Road  
Wilmington, DE 19808

Invoice No. 1014341  
February 17, 2017  
FEI No. 13-5622951

Re: NORTEL

D1584-000002

---

CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending  
January 31, 2017 In Connection With The Following:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/17 | CWD | Reviewing docket (.1). | 0.10 | $73.50 |
| 01/03/17 | DAL | Conf. B. Guiney re next steps (.7); emails with J. Tecce re meeting (.3); review monthly status report to client; revise per S. Horwitz's request and send further update (1.4). | 2.40 | $2,448.00 |
| 01/03/17 | BPG | Review docket; work on status report; tcs and e-mails with D. Lowenthal re: upcoming meeting; begin preparing for same per same. | 1.50 | $1,170.00 |
| 01/03/17 | CWD | Reviewing docket (.1); TC B. Guiney re holder meeting (.2). | 0.30 | $220.50 |
| 01/04/17 | DAL | Prepare for meeting with holders, including review emails and documents, send emails to DTC, and confs B. Guiney. | 3.40 | $3,468.00 |
| 01/04/17 | BPG | Confer D. Lowenthal (.3); reviewing quarterly updates and invoices and follow-up (.6); confer C. Dent (.2), review e-mail and attachment from A. Loring re: PBGC (.3); follow-up TCs and e-mails with D. Lowenthal (.4). | 1.80 | $1,404.00 |
| 01/05/17 | DAL | Prepare for and participate in Committee call (.8); review Committee statement in support of PGBC settlement and give comment to Akin (.2); prepare for meeting with client, attend same with client and holders/counsel, and related follow-up (3.0). | 4.00 | $4,080.00 |
| 01/05/17 | BPG | Prepare for, travel to, attend, return from and follow-up meetings re: holder meeting (6.1). | 6.10 | $4,758.00 |
| 01/05/17 | CWD | Reviewing docket (.1). | 0.10 | $73.50 |
| 01/06/17 | DAL | Tc B. Popeo and S. Horwitz and related emails re status (.5); tc's and emails with D. Botter and B. Kahn re same (.4); tcs with E. Lamek and S. Miller re same (.4). | 1.30 | $1,326.00 |

Page 2
Invoice No. 1014341
February 17, 2017
D1584-000002

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/17 | BPG | Confer D. Lowenthal re: status, tc client re: same and re: potential objection, follow-up re: same, outline response to same and begin drafting. | 2.50 | $1,950.00 |
| 01/06/17 | CWD | E-mails re Plan objection response deadline, follow up re same (.1); reviewing docket (.1). | 0.20 | $147.00 |
| 01/08/17 | BPG | Continue outlining and working on response to potential objection (.5). | 0.50 | $390.00 |
| 01/09/17 | DAL | Review US Trustee objection to Plan and send to S. Horwitz (.3); tc D. Botter and B. Kahn re Plan issue and follow-up with B. Guiney (.8); review holders' objection (1.3). | 2.40 | $2,448.00 |
| 01/09/17 | BPG | Working on response to potential objection (.8); confer D. Lowenthal re: status and next steps (.4); reviewing objection and outlining response (3.2). | 4.40 | $3,432.00 |
| 01/09/17 | CWD | Reviewing docket (.1). | 0.10 | $73.50 |
| 01/10/17 | DAL | Response to confirmation objections (.5); tc B. Guiney re same (.3); tc S. Horwitz re same (.4); tc B. Schmidt re same (.7); tc S. Horwitz, B. Popeo and B. Guiney re issues raised by holders (1.2). | 3.10 | $3,162.00 |
| 01/10/17 | BPG | Tc with client and confer D. Lowenthal re: same (1.1); working on reply to holders' objection (3.9). | 5.00 | $3,900.00 |
| 01/11/17 | DAL | Work on response to Plan objection; emails with B. Popeo and S. Horwitz re same. | 0.70 | $714.00 |
| 01/11/17 | BPG | Work on reply (5.1). | 5.10 | $3,978.00 |
| 01/12/17 | DAL | Work on response to Objection and related tcs with S. Miller and E. Lamek and emails with client (.9); weekly call (1.0); follow-up tcs with M. Wunder and S. Horwitz (.1). | 2.00 | $2,040.00 |
| 01/12/17 | BPG | Working on reply (6.5). | 6.80 | $5,304.00 |
| 01/12/17 | CWD | Reviewing docket (.2); reviewing and revising drafting reply to noteholders' objection, OC B. Guiney re same (1.9). | 2.10 | $1,543.50 |
| 01/13/17 | DAL | Draft response to Objection, and emails with client and B. Guiney re same and related issues. | 4.90 | $4,998.00 |
| 01/13/17 | BPG | E-mails and TCs pertaining to reply, attention to letter from J. Tecce (.4). | 0.40 | $312.00 |
| 01/15/17 | DAL | Draft response to opposition and emails with B. Guiney re same (4.5). | 4.50 | $4,590.00 |
| 01/16/17 | DAL | Review and revise opposition brief and tcs with B. Guiney re same (4.6). | 4.60 | $4,692.00 |
| 01/16/17 | BPG | Work on reply (4.9). | 4.90 | $3,822.00 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/16/17 | CWD | OC B. Guiney re reply to noteholders, reviewing and revising same (.3). | 0.30 | $220.50 |
| 01/17/17 | DAL | Work on response to Objection and begin preparing for oral argument (1.7); tc E. Lamek re brief (.2); emails and tc with B. Schmidt (.2); Committee call re mediation (.7). | 2.80 | $2,856.00 |
| 01/17/17 | BPG | Working on reply, multiple TCs and e-mails related to same (6.6). | 6.60 | $5,148.00 |
| 01/17/17 | CWD | Finish reviewing and revising reply to noteholders' objection and client comments re same, OC B. Guiney re same (2.6). | 2.60 | $1,911.00 |
| 01/18/17 | DAL | Revise response and emails with B. Guiney and S. Miller re same (3.9). | 3.90 | $3,978.00 |
| 01/18/17 | BPG | Working on response, multiple TCs and e-mails re: same (7.5). | 7.50 | $5,850.00 |
| 01/18/17 | CWD | OC and TC B. Guiney re reply to noteholders objection, OC D. Lowenthal re same and follow up re same, reviewing and revising response re same (1.6). | 1.60 | $1,176.00 |
| 01/19/17 | DAL | Work on brief and prepare for hearing (4.7); tcs Akin re confirmation issues (.4); tc B. Schmidt and S. Star re same (.5); tcs and emails with S. Miller re same (.5); emails and tcs with S. Horwitz re same (.2); review draft Confirmation Order (1.5). | 7.80 | $7,956.00 |
| 01/19/17 | BPG | Final review of response, e-mails re: same (1.0). | 1.00 | $780.00 |
| 01/19/17 | CWD | OC D. Lowenthal re response to noteholders' objection, revising same, TC same re same, e-mails re same (1.6); reviewing confirmation order, e-mails re same, OC D. Lowenthal re same (2.9). | 4.50 | $3,307.50 |
| 01/20/17 | DAL | Prepare for confirmation hearing including tcs with S. Miller and review of statements (3.0); review holders' reply and send to client, S. Miller, E. Lamek, R. Schmidt (2.0); review confirmation order with C. Dent and provide comments to Cleary (1.0). | 6.00 | $6,120.00 |
| 01/20/17 | CWD | Reviewing docket and noteholders' reply, OC D. Lowenthal re same, leave message for Cleary re same, TC w/P. Cantwell re same (1.2). | 1.20 | $882.00 |
| 01/22/17 | DAL | Review TCC term sheet and participate in Committee call re same (1.0); prepare for confirmation hearing (3.0). | 4.00 | $4,080.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/17 | DAL | Prepare for confirmation hearing (.7); Committee call re TCC settlement and confirmation hearing (.5); tc and emails with E. Lamek re confirmation hearing (.2); tc and emails with S. Miller re same (.2); conf. C. Dent re same (.2); in preparation for confirmation hearing, review UST's objection, BNYM's response, updated confirmation order, and holders' reply, and outline statements re support of confirmation for the NNCC Trustee, response to UST and exculpation and holders' issues (4.0). | 5.80 | $5,916.00 |
| 01/23/17 | BPG | Attention to e-mails and tc D. Lowenthal re: confirmation hearing (.6). | 0.60 | $468.00 |
| 01/24/17 | DAL | Prepare for and participate in Confirmation hearing before J. Gross (7.5); travel to NY (3.0). | 10.50 | $10,710.00 |
| 01/24/17 | BPG | Attention to UST inquiry and follow-up (.5); monitor hearing (for part) (3.0); confer D. Lowenthal (.5); confer C. Dent (.5). | 4.50 | $3,510.00 |
| 01/24/17 | CWD | E-mails and follow up re trustee succession issues w/UST, OC and TC B. Guiney re same, e-mails re confirmation hearing (1.1). | 1.10 | $808.50 |
| 01/25/17 | DAL | Detailed work post-confirmation, including Court call with J. Gross and holders' counsel, multiple tcs confs, and emails with other counsel and colleagues re next steps for mediation before J. Farnan and discovery. | 5.20 | $5,304.00 |
| 01/25/17 | BPG | Client call and follow-up re: same, prepare for Court call (1.2); conference call with Court (.5); follow-up D. Lowenthal, C. Dent and T. Kirklin re: same (1.4); OC D. Lowenthal, C. Dent and T. Kirklin re: discovery, follow-up re: same (1.1); confer S. Miller and D. Lowenthal re: court order and respond to Quinn Emanuel re: same (.6); review and revise draft doc requests from T. Kirklin (.4). | 5.20 | $4,056.00 |
| 01/25/17 | CWD | Meeting (for part) re noteholder discovery and related matters w/D. Lowenthal, B. Guiney and T. Kirklin (.6). | 0.60 | $441.00 |
| 01/25/17 | JTK | T/c with B. Guiney and D. Lowenthal re strategy for litigation over fee dispute (.2); review and analyze correspondence with Quinn Emanuel and related documents concerning fee dispute (1.6); meeting with D. Lowenthal, B. Guiney and C. Dent re discovery strategy and related issues (1.0); draft email to B. Guiney re document requests to debtors and objecting parties (.5); draft document requests (1.2); analysis of local rules and local bankruptcy rules regarding discovery requests (.5). | 5.00 | $3,550.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/17 | DAL | Tcs and emails with J. Tecce, S. Miller and J. Farnan (1.0); outline issues for discovery (1.0); tc S. Horwitz (.1); update client re same (.4); review Court Orders re mediation and send to counsel (.3); review and revise document requests and tc colleagues re changes (1.0); attention to confirmation hearing transcript (.5); tc S. Miller re mediation (.5). | 4.80 | $4,896.00 |
| 01/26/17 | BPG | UCC call (.5); reviewing confirmation order and other related materials (.4); working on document requests (.6); confer D. Lowenthal re: mediation issue, TCs with S. Miller and J. Tecce (for part) (.5); working on issues list and other matters pertaining to mediation (.7); OC with D. Lowenthal (incl. tc with J. Farnan et al., for part) (1.2); e-mails pertaining to discovery, confer D. Lowenthal re: mediation (1.1). | 5.00 | $3,900.00 |
| 01/26/17 | CWD | Reviewing draft discovery requests re noteholder dispute, e-mails re same (.3). | 0.30 | $220.50 |
| 01/26/17 | JM | Review background materials to understand background of fee dispute. | 4.00 | $3,820.00 |
| 01/26/17 | JTK | Review and analyze scheduling order (.1); continue to draft discovery requests to debtors (1.0); continue to draft discovery requests to Solus (1.0); emails with B. Guiney and C. Dent re discovery (.1); draft clawback agreement (.7); draft subpoena to Macquarie (.3); revise discovery requests and confer with B. Guiney re same (.9); t/c wtih D. Lowenthal and B. Guiney re revisions to document requests (.2); revise document requests and subpoena to Macquarie (.8). | 5.10 | $3,621.00 |
| 01/27/17 | DAL | Tc B. Popeo and S. Horwitz re mediation (.5); work on document production requests (.5); tc D. Botter re case issues (.3); leave detailed message for K. Coleman (.1); leave detailed message for J. Bromley (.1); emails with S. Miller re hearing transcript (.2); emails with L. Schweitzer re document requests (.2). | 1.90 | $1,938.00 |
| 01/27/17 | BPG | Attention to finalizing and serving document requests (2.2); multiple TCs and e-mails: re: same, confer D. Lowenthal re: mediation strategy (.9). | 3.10 | $2,418.00 |
| 01/27/17 | CWD | E-mails re discovery requests (.1). | 0.10 | $73.50 |
| 01/27/17 | JTK | Draft discovery requests to Macquarie, Canadian Debtors and PointState (.6); numerous emails with B. Guiney re discovery requests (.2); emails with S. Miller re service (.2); t/c with S. Miller re service and strategy for discovery (.3); meeting with B. Guiney re service and discovery strategy (.2); revise and finalize discovery requests (.7). | 2.20 | $1,562.00 |

9555614v.1

CONFIDENTIAL                                                                                               IT00014635

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/17 | BPG | Review document requests from Quinn and tc D. Lowenthal re: same, attention to e-mails re: same (1.5). | 1.50 | $1,170.00 |
| 01/28/17 | JTK | Emails with D. Lowenthal and B. Guiney re service of Noteholders' document requests (.4); review and analysis of Noteholders' document requests (.4). | 0.80 | $568.00 |
| 01/29/17 | BPG | Review docket (.1); begin outlining brief (.4). | 0.50 | $390.00 |
| 01/30/17 | DAL | Team meeting re discovery, mediation, and evidentiary hearing (2.0); emails with L. Schweitzer re meet and confer (.2); tc B. Popeo and S. Horwitz re strategy (.5); review and revise subpoena to Macquarie (.6); outline issues for mediation (.7); emails with T. Musarra re document responses (.1); arrange meeting with B. Popeo and S. Horwitz (.1); emails with S. Horwitz re Law Debenture and J. Heaney (.2). | 4.40 | $4,488.00 |
| 01/30/17 | BPG | OC with D. Lowenthal, J. Masella and T. Kirklin re: discovery, mediation and trial (2.2); follow-up e-mails pertaining to same (.8); attention to discovery issues (.2); attention to issues pertaining to Macquarie subpoena (.3); consider research issues and follow-up D. Lowenthal and J. Masella re: same (.6); e-mails R. Schwartz re: same (.1); gathering and delivering certain invoices to Quinn (.4); consider mediation issues, expert witness issues with D. Lowenthal (for part) (1.1). | 5.70 | $4,446.00 |
| 01/30/17 | CWD | Reviewing document requests, OC B. Guiney re same, TC T. Kirklin re Law Debenture files (.2). | 0.20 | $147.00 |
| 01/30/17 | JM | Meet with team (1.8); review materials (3.0); attention to discovery issues (1.4). | 6.20 | $5,921.00 |
| 01/30/17 | JTK | Further review and analysis of Noteholders' document requests, and analysis of strategy for response (.5); meeting with B. Guiney, D. Lowenthal, and J. Masella re strategy for discovery and hearing (1.6); prepare subpoena to Macquarie (.6); research issues relating to response time for interrogatories, t/c with J. Masella re same, and email to J. Masella re same (.3); t/c with E. Monzo re Macquarie subpoena (.1); emails with Practice Support re document collection and technical issues (.4); tcs with J. Masella re Macquarie subpoena (.3); revise Macquarie subpoena (1.5); tcs with B. Guiney re Macquarie subpoena (.4); additional emails and tc with J. Masella re Macquarie subpoena (.2); further revisions to Macquarie subpoena, and email to D. Lowenthal and J. Masella re same (.4). | 6.20 | $4,402.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/31/17 | DAL | Emails with DT re document issues (.1); review and revise document requests to Macquaire (.2); emails with Law Debenture and Delaware Trust re next steps (.2); tc with J. Heaney and email update to clients (.3); meet and confer with Debtors' counsel and follow-up with colleagues re same (1.0); review and revise draft letter to holders' counsel and send same to clients (.5); email L. Schweitzer re discovery issues (.2); tc R. Johnson re discovery (.1). | 2.10 | $2,142.00 |
| 01/31/17 | BPG | Prepare for and OC R. Schwartz re: research, follow-up re: same (.9); tc with Cleary re: discovery, confer D. Lowenthal re: same (.7); follow-up J. Masella re: same and draft e-mail (.8); attention to objections and responses from Quinn (.4); follow-up e-mails re: document production and review (.3); mediation preparation, confer accounting re: same (.7). | 3.80 | $2,964.00 |
| 01/31/17 | JM | Draft letter to opposing counsel (.6); review Jan. 23 and Jan. 25th transcripts (1.1); communication with team members re: discovery from others (.4); review draft emails (.3); begin reviewing email communication for production in discovery (.8). | 3.20 | $3,056.00 |
| 01/31/17 | JTK | Revise subpoena to Macquarie (.3); tcs with J. Masella re Macquarie subpoena (.2); draft correspondence to J. Tecce re discovery responses (.5); review and analyze documents and correspondence in preparation for production (1.0); coordination with Practice Support, and tcs and emails with D. Lowenthal, re coordination of document review and production (.5); draft email to E. Munzo re service of Macquarie subpoena and pro hac for J. Masella (.2); prepare responses and objections to Noteholders' document requests and interrogatories (1.1); analysis of Noteholders' responses and objections to document requests (.5); emails with D. Lowenthal, B. Guiney and J. Masella re document collection and review (.5). | 4.80 | $3,408.00 |
| 01/31/17 | RS | Meet with BPG to discuss research; conduct legal research regarding the standard for reasonable attorneys' fees for indenture trustees. | 3.00 | $1,935.00 |
| | | Total Services | 232.40 | $203,032.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel A Lowenthal | 92.50 hours at | $1,020.00 | $94,350.00 |
| James (Jamie) Masella | 13.40 hours at | $955.00 | $12,797.00 |
| Brian P. Guiney | 84.00 hours at | $780.00 | $65,520.00 |
| Craig W. Dent | 15.40 hours at | $735.00 | $11,319.00 |
| J. Taylor Kirklin | 24.10 hours at | $710.00 | $17,111.00 |
| Rachel Schwartz | 3.00 hours at | $645.00 | $1,935.00 |

9556614v.1

CONFIDENTIAL                                                                                  IT00014637

Page 8
Invoice No. 1014341
February 17, 2017
D1584-000002

| | | |
|---|---|---|
| Electronic Legal Research | | $76.88 |
| | Total Expenses | $76.88 |
| | Total This Invoice | $203,108.88 |

9555614v.1

CONFIDENTIAL

IT00014638