# Exhibit B

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Delaware Trust Company                                    January 12, 2017
Attn: Alan R. Halpern, Vice President                     Invoice  504364
2711 Centerville Road
Wilmington, DE 19808

| | |
|---|---|
| Matter Name: | Nortel |
| Matter Number: | 128537-0001 |
| Attorney: | Stephen M. Miller |

| | |
|---|---|
| **For Professional Services through 12/31/2016(details attached)** | **$8,180.00** |
| **For Disbursements through 12/31/2016(details attached)** | **$42.30** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$8,222.30** |
| **Previous Balance** | **$351,100.65** |
| **Balance Due** | **$359,322.95** |

| WIRE TRANSFER INFORMATION | |
|---|---|
| Receiving Bank - | ABA No.: 02-2000046 |
|     M&T Bank | SWIFT Code:  MANTUS33 |
|     Rodney Square North | Account Name:  Wire Account |
|     1100 N. Market Street | Account No:  2822-6691 |
|     Wilmington, Delaware 19890 | |
| In comment section ask M&T to confirm receipt of wire to Ima King of Morris James at (302) 888-6908 | |
| *Please indicate the matter/invoice number relating to the wire.* | |



500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Delaware Trust Company                                                         January 12, 2017
Attn: Alan R. Halpern, Vice President                                          Invoice 504364
2711 Centerville Road
Wilmington, DE 19808

| | |
|---|---|
| Matter Name: | Nortel |
| Matter Number: | 128537-0001 |
| Attorney: | Stephen M. Miller |

**THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.**

**For Professional Services through December 31, 2016**

| Fees | | | |
|---|---|---|---|
| **Service Date** | **Atty** | **Hours** | **Description** |
| 12/01/16 | BAD | 0.30 | Preparation for December 1, 2016 hearing on Debtors' disclosure statement |
| 12/01/16 | BAD | 1.70 | Attend Court hearing on Debtors' disclosure statement |
| 12/01/16 | BAD | 0.30 | Confer with co-counsel re deadlines for prospective issues re proofs of claim and plan confirmation |
| 12/01/16 | SMM | 0.30 | Communications from and to D. Lowenthal re hearing; communications from W. Weller; communications from B. Dolphin |
| 12/01/16 | SMM | 0.30 | Telephone conversation with D. Lowenthal re hearing and status |
| 12/01/16 | WWW | 0.20 | Obtain and forward to D. Lowenthal and S. Miller Bankruptcy Court's new WiFi information |
| 12/01/16 | WWW | 0.20 | Obtain and review of minutes entry of December 1, 2016 hearing; update calendar and case folder re same |
| 12/01/16 | WWW | 0.20 | Obtain and review of certification of counsel re order setting January 6 and January 18, 2017 omnibus hearing dates; update calendar and case folder re same |
| 12/01/16 | WWW | 0.20 | Obtain and review notice of rescheduled hearing time for December 20, 2016 hearing; update calendar re same; forward to S. Miller; update case folder with notice |
| 12/01/16 | WWW | 0.50 | Obtain and forward to S. Miller re first amended plan and disclosure statement; update case folder with same |
| 12/01/16 | WWW | 0.60 | Obtain and update case folder with Trade Claims Consortium's motion for reconsideration and vacation of PPI settlement order and objection to crossover bond claims and related notices of subpoena; update calendar re same; forward motion and calendar updates to S. Miller; update case folder with motion |
| 12/02/16 | BAD | 0.30 | Review order approving Debtors' disclosure statement and the exhibit |

Matter Number: 128537-0001
January 12, 2017
Page 3

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 12/02/16 | BAD | 0.10 | Confer with co-counsel re order approving Debtors' disclosure statement |
| 12/02/16 | WWW | 0.30 | Obtain and forward to S. Miller Debtors' opposition to PBGC's motion to extend evidentiary hearing for Debtors' objection to PBGC's claims and amended agenda for December 2, 2016 hearing; update case folder with same |
| 12/02/16 | WWW | 0.30 | Obtain and review order approving disclosure statement; forward order to S. Miller and update case folder |
| 12/05/16 | SMM | 0.30 | Review disclosure statement order |
| 12/05/16 | WWW | 0.20 | Obtain and review of minutes entry re December 2, 2016 hearing; update case folder with same |
| 12/05/16 | WWW | 0.20 | Obtain and review of minutes entry re December 5, 2016 hearing; update case folder with same |
| 12/05/16 | WWW | 0.20 | Update miscellaneous case folder with order approving disclosure statement; email to S. Miller re same |
| 12/06/16 | SMM | 0.30 | Communication from D. Lowenthal; telephone conversation with D. Lowenthal re transfer from Law Debenture to Delaware Trust Company |
| 12/06/16 | SMM | 0.10 | Review ecf re certification of counsel re scheduling order |
| 12/07/16 | SMM | 0.10 | Review ecf notice re order and instruction to W. Weller |
| 12/07/16 | SMM | 0.40 | Telephone conversation with D. Lowenthal and revise engagement letter |
| 12/09/16 | SMM | 0.20 | Telephone conversation with D. Lowenthal re status |
| 12/09/16 | WWW | 0.20 | Obtain and review of agenda for December 13, 2016 hearing; forward agenda to S. Miller |
| 12/09/16 | WWW | 0.30 | Obtain and forward to S. Miller Liquidity Solutions, Inc.'s motion, objection, and joinder in Trade Claims Consortium's motion to reconsider and vacate PPI settlement order and notice of hearing; update calendar and case folder re same |
| 12/13/16 | SMM | 0.10 | Review ecf notice; instruction to W. Weller |
| 12/13/16 | SMM | 0.20 | Review letter to Court from D. Abbott re PBGC's claim and deliberative process privilege |
| 12/13/16 | SMM | 0.40 | Review letter from Brown Rudnick re discovery dispute and review letter from D. Abbott in response to discovery dispute with Trade Consortium; review transcript re documents produced in mediation |
| 12/13/16 | SMM | 0.20 | Review information and instruction to assistant re closing |
| 12/13/16 | SMM | 0.20 | Review file and communication to D. Lowenthal and B. Guiney re change from Law Debenture to Delaware Trust Company |
| 12/13/16 | WWW | 0.20 | Obtain and forward to S. Miller Debtors' letter to Judge Gross re discovery dispute with PBGC; update case folder with letter |
| 12/13/16 | WWW | 0.20 | Obtain and forward to S. Miller Trade Consortium's letter to Judge Gross and US Interests' letter to Judge Gross re discovery dispute; update case folder with letters |
| 12/13/16 | WWW | 0.20 | Obtain and review of amended agenda for December 13, 2016 hearing; forward to S. Miller; update case folder with amended agenda |
| 12/13/16 | WWW | 0.20 | Obtain and update case folder with minutes entry re December 13, 2016 telephonic hearing; update case folder with same |
| 12/13/16 | WWW | 0.40 | Obtain and forward to S. Miller Monitor's limited objection and reservation of rights to motions to vacate PPI settlement order and disallow claims, Debtors' objection to Trade Claims Consortium's motion to vacate PPI settlement order, Bondholder |

IT00000723

Matter Number: 128537-0001
January 12, 2017
Page 4

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | Group's objection to motions to vacate, and Creditors' Committee's response to motion to vacate; update case folder with same |
| 12/13/16 | WWW | 0.20 | Obtain and review order setting January 6 and 18, 2017 omnibus hearing dates; update calendar and case folder re same; forward to S. Miller |
| 12/15/16 | SMM | 0.20 | Review Debtors' objection to NTCC's motion for reconsideration |
| 12/15/16 | SMM | 0.10 | Review ecf notice re appointment of mediator |
| 12/15/16 | WWW | 0.20 | Obtain and update case folder with certification of counsel re appointment of mediator |
| 12/15/16 | WWW | 0.20 | Obtain and update case folder with order appointing mediator |
| 12/16/16 | SMM | 0.20 | Review ecf notice re agenda and instruction to W. Weller; review agenda; telephone call to D. Lowenthal; communication to D. Lowenthal and B. Guiney |
| 12/16/16 | SMM | 0.10 | Communication from D. Lowenthal |
| 12/16/16 | SMM | 0.10 | Telephone call from D. Lowenthal |
| 12/16/16 | WWW | 0.20 | Obtain and review of agenda for December 20, 2016 hearing; forward to S. Miller re same; update case folder with agenda |
| 12/16/16 | WWW | 0.20 | Obtain and review Debtors' motion to approve settlement and plan support agreement; update calendar re same; forward motion and calendar updates to S. Miller; update case folder with motion |
| 12/19/16 | SMM | 0.20 | Telephone conversation with D. Lowenthal and instruction to assistant re invoices |
| 12/19/16 | SMM | 0.10 | Communication to D. Lowenthal re statements through September 30, 2016 |
| 12/19/16 | SMM | 1.20 | Review pleadings re NTCC's motion for reconsideration of settlement agreement and responses thereto |
| 12/19/16 | WWW | 1.00 | Create hearing binder and index re Trade Claims Consortium's motion for reconsideration and vacation of PPI settlement order and related entries; forward binder to S. Miller |
| 12/19/16 | WWW | 0.20 | Obtain and update case folder with claims register dated December 9, 2016 |
| 12/20/16 | SMM | 2.60 | Attend hearing re Nortel Trade Consortium's motion for reconsideration; communications with D. Lowenthal and S. Horwitz |
| 12/20/16 | SMM | 0.10 | Review ecf re Court's order on motion for reconsideration; review order |
| 12/20/16 | WWW | 0.10 | Obtain and review of minutes entry re December 20, 2016 hearing; update case folder with same |
| 12/20/16 | WWW | 0.10 | Obtain and review of agenda for December 22, 2016 telephonic hearing; update case folder with same |
| 12/20/16 | WWW | 0.20 | Obtain order denying Trade Claims Consortium's motion for reconsideration and vacation of PPI settlement order; forward order to S. Miller; update hearing binder with order |
| 12/21/16 | SMM | 0.10 | Telephone call to D. Lowenthal |
| 12/21/16 | SMM | 0.10 | Communication from D. Lowenthal |
| 12/22/16 | SMM | 0.30 | Telephone conversation with B. Guiney re status |
| 12/29/16 | WWW | 0.10 | Obtain and review of notice of cancellation of January 6, 2017 hearing; update calendar re same; forward notice and calendar update to S. Miller; update case folder with notice |
| 12/30/16 | WWW | 0.10 | Obtain and update case folder with certification of counsel re appointment of mediator for SNMP and debtors matter |

CONFIDENTIAL

Matter Number: 128537-0001
January 12, 2017
Page 5

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 12/30/16 | WWW | 0.20 | Obtain and update case folder with certification of counsel re settlement hearing for Debtors' motion to approve settlement of objection to PBGC's claims; update calendar re same |
| 12/30/16 | WWW | 0.10 | Obtain and update case folder with order appointing mediator for SNMP/debtors dispute |
| 12/30/16 | WWW | 0.20 | Obtain and review order scheduling settlement objection deadline and hearing date re settlement motion for Debtors' objection to PBGC's claims; update calendar and case folder re same; forward to S. Miller |
| 12/30/16 | WWW | 0.20 | Obtain and update case folder with Debtors' 9019 motion re Debtors' objection to PBGC's claims |
| 12/30/16 | WWW | 0.20 | Obtain and review of notice of filing of plan supplement for first amended plan; forward same to S. Miller; update case folder with same |

**19.70**

| Fee Recap | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Stephen M. Miller | Partner | 8.50 | 640.00 | 5,440.00 |
| Brenna A. Dolphin | Associate | 2.70 | 275.00 | 742.50 |
| William W. Weller | Paralegal | 8.50 | 235.00 | 1,997.50 |
| | **Totals** | **19.70** | | **$8,180.00** |

**For Disbursements through 12/31/2016**

| Disbursements | | |
|---|---|---|
| Date | Description | Amount |
| | Reproduction | 42.30 |
| **Total Disbursements** | | **$42.30** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$8,222.30** |
| **Previous Balance** | **$351,100.65** |
| **Balance Due** | **$359,322.95** |

IT00000725

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Delaware Trust Company
Attn: Alan R. Halpern, Vice President
2711 Centerville Road
Wilmington, DE 19808

January 12, 2017
Invoice 504364

| | |
|---|---|
| Matter Name: | Nortel |
| Matter Number: | 128537-0001 |
| Attorney: | Stephen M. Miller |

| | |
|---|---|
| Total Services and Disbursements this period | $8,222.30 |
| Balance as of Last Statement | $351,100.65 |
| **Balance Due** | **$359,322.95** |

| WIRE TRANSFER INFORMATION | |
|---|---|
| Receiving Bank - | ABA No.: 02-2000046 |
|   M&T Bank | SWIFT Code: MANTUS33 |
|   Rodney Square North | Account Name: Wire Account |
|   1100 N. Market Street | Account No: 2822-6691 |
|   Wilmington, Delaware 19890 | |

In comment section ask M&T to confirm receipt of wire to Ima King of Morris James at (302) 888-6908
*Please indicate the matter/invoice number relating to the wire.*

**To ensure proper credit to your account, please return this Remittance Page.**

**PAYMENT IS DUE UPON RECEIPT**

CONFIDENTIAL

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Sandi Horwitz                                    February 3, 2017
Managing Director                                Invoice  505228
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

| Matter Name: | Nortel |
|---|---|
| Matter Number: | 128537-0001 |
| Attorney: | Stephen M. Miller |

E-mail invoices to shorwitz@delawaretrust.com

| | |
|---|---|
| **For Professional Services through 1/31/2017(details attached)** | **$40,001.00** |
| **For Disbursements through 1/31/2017(details attached)** | **$325.37** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$40,326.37** |
| **Previous Balance** | **$359,322.95** |
| **Balance Due** | **$399,649.32** |

| **WIRE TRANSFER INFORMATION** | |
|---|---|
| Receiving Bank - | ABA No.: 02-2000046 |
| M&T Bank | SWIFT Code:  MANTUS33 |
| Rodney Square North | Account Name:  Wire Account |
| 1100 N. Market Street | Account No:  2822-6691 |
| Wilmington, Delaware 19890 | |

In comment section ask M&T to confirm receipt of wire to Camille Mason of Morris James at (302) 888-6819
*Please indicate the matter/invoice number relating to the wire.*

CONFIDENTIAL                                                    IT00014619

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Sandi Horwitz
Managing Director
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

February 3, 2017
Invoice  505228

| Matter Name: | Nortel |
|---|---|
| Matter Number: | 128537-0001 |
| Attorney: | Stephen M. Miller |

E-mail invoices to shorwitz@delawaretrust.com

**THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.**

**For Professional Services through January 31, 2017**

## Fees

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 01/03/17 | SMM | 0.10 | Communication from D. Lowenthal re status |
| 01/03/17 | WWW | 0.20 | Call from S. Miller re status of January 4, 2017 hearing; forward findings to S. Miller; update calendar re same |
| 01/04/17 | WWW | 0.20 | Obtain and review of notice of cancellation of January 10, 2017 hearing; update calendar re same; forward to S. Miller; update case folder with notice |
| 01/05/17 | SMM | 0.10 | Review ecf notice and agenda |
| 01/05/17 | SMM | 0.10 | Review objection to plan |
| 01/05/17 | WWW | 0.20 | Obtain and update case folder with PBGC's statement in support of motion to approve settlement between Debtors and PBGC; forward same to S. Miller |
| 01/05/17 | WWW | 2.00 | Obtain and forward to S. Miller Creditors' Committee's statement in support of settlement motion re PBGC; update case folder with same |
| 01/05/17 | WWW | 0.20 | Obtain and review of agenda for January 9, 2017 hearing; forward agenda to S. Miller; update case folder with agenda |
| 01/05/17 | WWW | 0.20 | Obtain and update plan case folder with E. Demel's objection to confirmation of Debtors' plan |
| 01/06/17 | SMM | 0.10 | Review ecf notice re re-scheduling hearing |
| 01/06/17 | SMM | 0.10 | Telephone call to D. Lowenthal |
| 01/06/17 | SMM | 0.10 | Review ecf notice re order re settlement with PBGC and telephone calls from and to D. Lowenthal |
| 01/06/17 | SMM | 0.20 | Telephone conversation with D. Lowenthal re status |

CONFIDENTIAL

Matter Number: 128537-0001
February 03, 2017
Page 3

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 01/06/17 | SMM | 0.30 | Communication from D. Lowenthal re Canadian Court's ruling on WTC's fees as indenture trustee and brief review of order and documentation |
| 01/06/17 | WWW | 0.20 | Obtain and update case folder with certification of counsel for order approving settlement with PBGC |
| 01/06/17 | WWW | 0.20 | Obtain and review of amended agenda cancelling January 9, 2017 hearing; update calendar and case folder re same; forward to S. Miller |
| 01/06/17 | WWW | 0.20 | Obtain and update plan case folder with Iowa Department of Revenue's plan objection |
| 01/06/17 | WWW | 0.20 | Obtain and forward order to S. Miller approving settlement with PBGC; update case folder with order |
| 01/06/17 | WWW | 0.20 | Obtain and update plan case folder with supplemental notice re allowance of claims for voting purposes |
| 01/09/17 | SMM | 0.80 | Review objection to plan filed by Trade Consortium; review statement of Solus and Pointstate Capital |
| 01/09/17 | SMM | 0.30 | Telephone conversation with D. Lowenthal re objections and statement by Solus and Pointstate |
| 01/09/17 | WWW | 0.20 | Obtain and forward pleading to S. Miller re U.S. Trustee's objection to first amended plan; update case folder with objection |
| 01/09/17 | WWW | 0.20 | Obtain and forward to S. Miller Nortel Trade Claims Consortium's objection to first amended plan; update case folder with same |
| 01/09/17 | WWW | 0.20 | Obtain and update case folder with Solus' and PointState Capital's statement re first amended plan and plan support agreement and objection to NNCC's Trustee's fees; forward same to S. Miller |
| 01/10/17 | WWW | 0.20 | Obtain and update case folder with Liquidity Solutions, Inc.'s joinder and reservation of rights re Nortel Trade Claims Consortium's objection to first amended plan |
| 01/11/17 | SMM | 0.20 | Review order approving PBGC settlement |
| 01/11/17 | SMM | 0.20 | Communications from and to D. Lowenthal; communications from and to B. Guiney and instruction to staff |
| 01/11/17 | WWW | 0.20 | Obtain and update case folder with Debtors' notice of second amended notice of settlement of certain claims against the Debtors |
| 01/12/17 | SMM | 0.10 | Review ecf notice re hearing and instruction to W. Weller |
| 01/12/17 | SMM | 0.20 | Telephone conversation with D. Lowenthal re status |
| 01/12/17 | WWW | 0.20 | Obtain and update plan case folder with notice of resolution of SNMP Research's objection to plan confirmation |
| 01/12/17 | WWW | 0.20 | Obtain and review of agenda cancelling January 18, 2017 hearing; update calendar and case folder re same; forward to S. Miller |
| 01/14/17 | WWW | 0.10 | Forward Court's notice to co-counsel re Court's additional security procedures for access to Court's hearings |
| 01/15/17 | SMM | 0.20 | Communications from and to D. Lowenthal; communication from B. Guiney |
| 01/17/17 | SMM | 0.10 | Instruction to W. Weller and assistant |
| 01/17/17 | SMM | 2.50 | Review and revise response to Solus' statement |
| 01/17/17 | SMM | 0.60 | Review and revise response |
| 01/17/17 | SMM | 1.10 | Review and revise response; telephone conversation with D. Lowenthal re |

CONFIDENTIAL

Matter Number: 128537-0001
February 03, 2017
Page 4

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | response and comments |
| 01/17/17 | WWW | 0.60 | Review draft of client's response to Solus' and PointState's fee objection; forward proposed revisions to S. Miller re same |
| 01/17/17 | WWW | 0.20 | Obtain and update plan case folder with notice of disclosure of certain mediation proposals re objection to plan and objection to plan support agreement |
| 01/17/17 | WWW | 0.30 | Obtain and update plan case folder with notice of withdrawal of notice of disclosure and refiling of corrected version of notice of disclosure of certain mediation proposals re plan and settlement agreement objections; forward to S. Miller re same |
| 01/18/17 | SMM | 0.30 | Communications with co-counsel re arguments for response |
| 01/18/17 | SMM | 2.10 | Review latest draft of response and note comments; communication with D. Lowenthal |
| 01/18/17 | SMM | 1.30 | Review and revise draft response and email to D. Lowenthal and B. Guiney re comments on draft response |
| 01/18/17 | WWW | 0.50 | Review latest draft of client's response to fee objection; forward proposed revisions to S. Miller |
| 01/18/17 | WWW | 0.80 | Prepare affidavit of service and service list re client's response to Solus Capital's and PointState's fee objection |
| 01/19/17 | JLD | 0.80 | Revise affidavit of service re response to statement of Solus re first amended plan; prepare for service of response; review response; confer with S. Miller re edits; file and serve response; update case folder; email to D. Lowenthal |
| 01/19/17 | SMM | 0.10 | Communication to D. Lowenthal and B. Guiney re response |
| 01/19/17 | SMM | 2.10 | Review revised draft of response; instruction to J. Dawson and assistant; telephone conversation with D. Lowenthal re revisions and issues |
| 01/19/17 | SMM | 0.20 | Telephone conversation with D. Lowenthal and instruction to J. Dawson |
| 01/19/17 | SMM | 0.80 | Revise response; review ecf notices; instruction to J. Dawson and assistant; communications with D. Lowenthal |
| 01/19/17 | WWW | 0.10 | Email to S. Miller and J. Dawson re preparation of affidavit of service and service list for client's response to fee objection |
| 01/20/17 | JLD | 0.10 | Obtain notice of filing of proposed confirmation order re first amended chapter 11 plan; update case folder; email to S. Miller |
| 01/20/17 | JLD | 0.10 | Obtain Solus-PointState's reply to NNCC Noteholders' statement re plan and SPSA and Indenture Trustees' response to fee objection; update case folder; email to S. Miller |
| 01/20/17 | JLD | 0.10 | Obtain official committee of unsecured creditors' and Debtors' memorandums of law in support of plan confirmation; update case folder; email to S. Miller |
| 01/20/17 | JLD | 0.10 | Email first amended joint chapter 11 plan to S. Miller |
| 01/20/17 | SMM | 0.10 | Communications from and to D. Lowenthal |
| 01/20/17 | SMM | 2.10 | Review ecf notices; instruction to J. Dawson; telephone conference call with D. Lowenthal re issues; review ecf notice; instruction to J. Dawson re Solus' reply |
| 01/20/17 | SMM | 0.40 | Review Solus' reply to indenture trustee statement |
| 01/20/17 | SMM | 0.10 | Communication from J. Pinckney and communication to D. Lowenthal re same |
| 01/20/17 | SMM | 0.60 | Telephone conversation with D. Lowenthal re strategy |
| 01/20/17 | SMM | 0.40 | Draft language for insertion into confirmation order |

CONFIDENTIAL

Matter Number: 128537-0001
February 03, 2017
Page 5

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 01/20/17 | SMM | 0.30 | Review Debtors' reply to UCC's reply as they relate to Solus matter |
| 01/20/17 | SMM | 0.20 | Review and revise draft language and email to D. Lowenthal re same |
| 01/20/17 | SMM | 0.50 | Conference call with W. Popeo, S. Horwitz and D. Lowenthal re status of matter and strategy |
| 01/20/17 | SMM | 0.20 | Telephone conversation with D. Lowenthal re action to take |
| 01/20/17 | SMM | 0.10 | Communication from D. Lowenthal re status |
| 01/22/17 | SMM | 0.20 | Communications from and to B. Lowenthal; review file |
| 01/23/17 | SMM | 0.10 | Telephone call to D. Lowenthal |
| 01/23/17 | SMM | 0.30 | Telephone conversation with D. Lowenthal re status and upcoming hearing |
| 01/23/17 | SMM | 1.60 | Review cases cited by Noteholders and Indenture Trustee |
| 01/23/17 | SMM | 0.10 | Review communication from D. Abbott re Judge Gross' communication |
| 01/23/17 | SMM | 0.10 | Review communications re revisions to draft confirmation order |
| 01/23/17 | SMM | 0.40 | Review cases; telephone call to D. Lowenthal |
| 01/23/17 | SMM | 1.20 | Review ecf notices; review redline of plan and redline of confirmation order and communications with D. Lowenthal; communications with W. Weller |
| 01/23/17 | WWW | 0.20 | Obtain and forward to S. Miller Nortel Trade Claim Consortium's plan objection; update plan case folder with same |
| 01/23/17 | WWW | 0.20 | Obtain and forward to S. Miller Debtors' witness list for January 24, 2017 plan confirmation hearing; update plan case folder with witness list |
| 01/23/17 | WWW | 1.00 | Review of Solus' and PointState's fee objection and reply, and obtain all cases cited in both; forward same to S. Miller |
| 01/23/17 | WWW | 0.20 | Obtain copy of Indenture; forward to S. Miller |
| 01/23/17 | WWW | 0.60 | Create binder re fee dispute; forward binder to S. Miller |
| 01/23/17 | WWW | 0.20 | Obtain and update case folder with notice of filing of motion in Canadian proceeding re Monitor's motion re plan sanctions and Canadian escrow release order |
| 01/23/17 | WWW | 0.20 | Obtain and forward to S. Miller declaration of John Ray III in support of plan confirmation; update case folder with same |
| 01/23/17 | WWW | 0.20 | Obtain and update plan case folder with declaration of M. Kennedy in support of confirmation of first amended plan |
| 01/23/17 | WWW | 0.40 | Obtain notice of filing of amended plan and revised proposed confirmation order; forward to S. Miller; update case folder with same |
| 01/24/17 | SMM | 9.30 | Communications from and to D. Lowenthal; attend confirmation hearing; communications with D. Lowenthal re arguments and facts; instruction to W. Weller re setting up Court call |
| 01/24/17 | SMM | 0.50 | Review cases in preparation for telephonic hearing on January 25, 2017 |
| 01/24/17 | SMM | 0.60 | Telephone conversation with D. Lowenthal re preparation and issues for telephonic hearing on January 25, 2017 |
| 01/24/17 | SMM | 0.10 | Review ecf notice; communication to D. Lowenthal; instruction to W. Weller |
| 01/24/17 | WWW | 0.20 | Obtain and update case folder with Trade Consortium's notice of intent to change vote on first amended plan; update case folder with same |
| 01/24/17 | WWW | 0.30 | Obtain and update plan case folder with supplement declaration re vote tally for first amended plan and amended agenda for January 24, 2017 hearing |

CONFIDENTIAL

Matter Number: 128537-0001
February 03, 2017
Page 6

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 01/24/17 | WWW | 0.60 | Email from S. Miller telephonic hearing on January 25, 2017 and questions re call-in logistics; call with S. Scaruzzi of Judge Gross' Chambers re same; email to S. Miller and D. Lowenthal re same |
| 01/24/17 | WWW | 0.80 | Call from S. Scaruzzi of Bankruptcy. Court re January 25, 2017 telephonic hearing through CourtCall; email to S. Miller and D. Lowenthal re same; arrange for S. Miller to appear telephonically at hearing on January 25, 2017; update case folder with CourtCall confirmation; update calendar and case folder re same; email to S. Miller re different hearing time; confer with S. Miller re discrepancy in hearing time for January 25, 2017 hearing |
| 01/24/17 | WWW | 0.20 | Review corrected CourtCall confirmation and forward to S. Miller re hearing time; update calendar and case folder re same |
| 01/24/17 | WWW | 0.20 | Obtain and review minutes entry re January 24, 2017 plan confirmation hearing; forward same to S. Miller; update case folder with same |
| 01/24/17 | WWW | 0.20 | Obtain and update plan case folder with order approving settlement and plans support agreement |
| 01/24/17 | WWW | 0.30 | Obtain and forward to S. Miller order confirming first amended plan; update case folder with same |
| 01/25/17 | IDM | 0.30 | Communicate with S. Miller re clawback and document production |
| 01/25/17 | SMM | 0.40 | Strategize re arguments to Court re process |
| 01/25/17 | SMM | 0.60 | Conference call with client and D. Lowenthal and B. Guiney re status and issues |
| 01/25/17 | SMM | 0.10 | Communication to D. Lowenthal and B. Guiney |
| 01/25/17 | SMM | 0.60 | Conference call with Judge Gross and others re process for resolution of matters |
| 01/25/17 | SMM | 0.30 | Review emails from Court and notify Delaware Trust and D. Lowenthal re communication from Court; review email from D. Abbott and forward to co-counsel and Delaware Trust; internal communications re matter and time line |
| 01/25/17 | SMM | 0.10 | Communication from J. Pinckney and email to co-counsel and client re same |
| 01/25/17 | SMM | 0.10 | Communications from and to client re mediation |
| 01/25/17 | SMM | 0.70 | Telephone conference call with D. Lowenthal, B. Popeo and S. Horwitz re mediation and status |
| 01/25/17 | SMM | 0.10 | Communications to Court and others re mediation and Judge Farnan; communications to other counsel for Delaware Trust re same |
| 01/25/17 | SMM | 0.20 | Communication from Judge Gross and communications to others re communication; communication to Judge Gross |
| 01/25/17 | SMM | 0.10 | Communication from J. Pinckney |
| 01/25/17 | SMM | 0.10 | Communications from and to B. Guiney re scheduling |
| 01/25/17 | SMM | 0.20 | Communications from and to B. Guiney and telephone conversation with B. Guiney re scheduling |
| 01/25/17 | SMM | 0.10 | Communications from and to B. Guiney re document requests and instruction internally re same |
| 01/25/17 | SMM | 0.10 | Communication from W. Pugh re discovery issue |
| 01/25/17 | SMM | 0.30 | Review file and email to B. Guiney re discovery information |
| 01/25/17 | WWW | 0.20 | Obtain, review and update case folder with amended notice of appointment of Creditors' Committee |
| 01/25/17 | WWW | 0.20 | Obtain and review of minutes entry re January 25, 2017 telephonic hearing re fee |

IT00014624

Matter Number: 128537-0001
February 03, 2017
Page 7

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | dispute scheduling; update case folder with minutes entry |
| 01/26/17 | IDM | 0.50 | Conference with S. Miller re document collection and production |
| 01/26/17 | IDM | 0.50 | Review and analyze data for the purpose of document production |
| 01/26/17 | SMM | 0.10 | Communications from and to D. Lowenthal re mediation |
| 01/26/17 | SMM | 0.10 | Telephone conversation with D. Lowenthal re mediation and schedule |
| 01/26/17 | SMM | 0.20 | Conference with I. McCauley |
| 01/26/17 | SMM | 0.10 | Review ecf notice re transcript and communication to D. Lowenthal and B. Guiney re same |
| 01/26/17 | SMM | 0.20 | Review ecf re order and order appointing Judge Farnan as mediator; instruction to W. Weller; communication to co-counsel and client |
| 01/26/17 | SMM | 0.50 | Telephone conversation with Judge Farnan and D. Lowenthal and J. Tecce re mediation |
| 01/26/17 | SMM | 0.40 | Telephone conversation with D. Lowenthal and B. Guiney re conference call and issues |
| 01/26/17 | WWW | 0.20 | Obtain and review scheduling order re fee dispute; update case folder with order |
| 01/26/17 | WWW | 1.60 | Review of docket in Bankruptcy Court, District Court, and Third Circuit re WTC's fee dispute in Tribune's bankruptcy case; forward relevant briefing and status to S. Miller re same; update case folder with same |
| 01/26/17 | WWW | 0.20 | Obtain order appointing Judge Farnan as mediator for fee dispute; update case folder with order |
| 01/27/17 | DNC | 0.20 | Email to S. Miller re Delaware Bankruptcy Local Rules pertaining to Delaware counsel |
| 01/27/17 | DNC | 0.10 | Confer with S. Miller re review of document requests to be served |
| 01/27/17 | DNC | 0.50 | Review and make suggested revisions to drafts of document requests directed to Debtors and Solus |
| 01/27/17 | EJM | 0.70 | Reciew drafts of documents requests |
| 01/27/17 | EJM | 0.20 | Review emails to and from Debtors' counsel re discovery requests |
| 01/27/17 | EJM | 0.30 | Meeting with S. Miller re handling of discovery |
| 01/27/17 | EJM | 0.20 | Call with co-counsel re finalizing draft discovery |
| 01/27/17 | EJM | 0.20 | Final review and authorize filing of draft discovery notices |
| 01/27/17 | EJM | 0.30 | Discussion with I. McCauley re instructions for discovery requests production |
| 01/27/17 | EJM | 0.70 | Revise draft document requests and correspond with co-counsel re proposed edits |
| 01/27/17 | IDM | 0.30 | Communicate with V. Blackston re document collection |
| 01/27/17 | IDM | 0.50 | Review and revise draft requests for production |
| 01/27/17 | IDM | 0.30 | Communicate with E. Monzo re Requests for Production and document collection |
| 01/27/17 | IDM | 0.50 | Review and analyze form of collected data |
| 01/27/17 | SMM | 0.10 | Instruction to D. Candeub |
| 01/27/17 | SMM | 0.30 | Communication from B. Guiney re draft document requests; instruction to D. Candeub; quick review of document requests |
| 01/27/17 | SMM | 0.60 | Review transcript and differences; communications with D. Lowenthal re same; telephone conversation with C. Samis re transcript; telephone call to A. Remming |
| 01/27/17 | SMM | 0.10 | Instruction to W. Weller |
| 01/27/17 | SMM | 0.30 | Telephone conversation with A. Remming re transcript and communication to D. |

IT00014625

Matter Number: 128537-0001
February 03, 2017
Page 8

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | Lowenthal re status |
| 01/27/17 | SMM | 0.10 | Review communications re discovery revisions |
| 01/27/17 | SMM | 0.10 | Communication from L. Schweitzer re discovery |
| 01/27/17 | SMM | 0.10 | Communication from D. Lowenthal re discovery |
| 01/27/17 | VAB | 0.50 | Export matter from filesite, and copied to Ian McCauley drive |
| 01/27/17 | WWW | 0.90 | Confer with S. Miller re preparation of binder for fee dispute; prepare binder and index re same; forward binder to S. Miller |
| 01/27/17 | WWW | 0.60 | Review initial draft of client's requests for production of documents directed to US Debtors and Solus |
| 01/27/17 | WWW | 1.50 | Review of confirmed plan and docket for counsel information for US Debtors, Solus, PointState, Macquarie, and Canadian Debtors; prepare notices of service re client's first set of document requests to each party; forward draft of notices of service to S. Miller and E. Monzo |
| 01/28/17 | EJM | 0.30 | Review written discovery from holder |
| 01/28/17 | EJM | 0.20 | Emails with co-counsel and client re discovery requests from Solus |
| 01/28/17 | IDM | 0.20 | Review and analyze document requests |
| 01/28/17 | IDM | 0.10 | Communicate with E. Monzo re document requests |
| 01/28/17 | SMM | 0.30 | Communication from D. Lowenthal forwarding Noteholders' discovery and quick review of request |
| 01/28/17 | SMM | 0.10 | Communications from and to S. Horwitz |
| 01/28/17 | SMM | 0.10 | Communications from D. Lowenthal and S. Horwitz |
| 01/28/17 | SMM | 0.10 | Communications from and to E. Monzo |
| 01/28/17 | SMM | 0.10 | Communication from E. Lamek and communication from E. Monzo |
| 01/29/17 | SMM | 0.30 | Review discovery requests |
| 01/30/17 | EJM | 0.80 | Meeting with S. Miller re client inquiry |
| 01/30/17 | EJM | 0.30 | Confer with I. McCauley re discovery |
| 01/30/17 | EJM | 0.30 | Review draft subpoena and email and call with co-counsel re service of same |
| 01/30/17 | EJM | 0.20 | Emails with co-counsel re subpoenas |
| 01/30/17 | EJM | 0.30 | Review notice of service re written discovery and correspondence re same from counsel |
| 01/30/17 | IDM | 0.30 | Communicate with E. Monzo re document collection and response to document requests |
| 01/30/17 | SMM | 0.10 | Telephone calls from and to B. Popeo |
| 01/30/17 | SMM | 0.10 | Communication from J. Tecce |
| 01/30/17 | SMM | 0.40 | Telephone conversation with B. Popeo re status, issues and discovery |
| 01/30/17 | SMM | 0.20 | Review information and communication to D. Lowenthal and B. Guiney re Morris James' invoices for October, November and December 2016 |
| 01/30/17 | SMM | 0.10 | Communication from L. Schweitzer |
| 01/30/17 | SMM | 0.40 | Communication with E. Monzo and telephone call to D. Lowenthal and telephone call to B. Popeo |
| 01/30/17 | SMM | 0.10 | Communication from B. Guiney re discovery |
| 01/30/17 | SMM | 0.10 | Communication from D. Lowenthal and communication from L. Schweitzer re discovery |

CONFIDENTIAL

IT00014626

Matter Number: 128537-0001
February 03, 2017
Page 9

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 01/30/17 | SMM | 0.30 | Telephone conversation with D. Lowenthal |
| 01/30/17 | SMM | 0.10 | Review communication from B. Guiney to Noteholders' counsel re fee statements for remainder of 2016 |
| 01/30/17 | SMM | 0.20 | Telephone conversation with B. Guiney; review ecf notice and instruction to W. Weller |
| 01/30/17 | WWW | 0.30 | Review Noteholders' first set of requests for production of documents and interrogatories directed to DTC; update case folder with same |
| 01/30/17 | WWW | 0.60 | Review email from J. Tecce re counsel withdrew as counsel for Macquarie; review of docket for all filings by Macquarie and filing of notice of withdrawal; review Local Rules requirement re same; forward findings to S. Miller |
| 01/30/17 | WWW | 0.20 | Obtain and review docket and forward to S. Miller Fee Examiner's report and information |
| 01/30/17 | WWW | 0.20 | Obtain docketed notice of service by Noteholders re their discovery requests directed to DTC; update case folder re same |
| 01/31/17 | EJM | 0.20 | Emails with co-counsel re subpoena and pro hac motion for J. Masella |
| 01/31/17 | EJM | 0.30 | Review responses to discovery from J. Pinkney |
| 01/31/17 | EJM | 0.10 | Review emails re update of meet and confer with Debtors |
| 01/31/17 | SMM | 0.20 | Communications from D. Lowenthal and S. Horwitz and J. Masella; review draft letter and communication with respect thereto |
| 01/31/17 | SMM | 0.30 | Review communication from D. Lowenthal containing Noteholders' responses and objections to document requests |
| 01/31/17 | SMM | 0.20 | Communication from J. Pinckney; communication from D. Lowenthal; internal communication to W. Weller and E. Monzo |
| 01/31/17 | WWW | 0.20 | Obtain and review PointState's responses and objections to DTC's first set of document requests; update case folder with same |
| 01/31/17 | WWW | 0.20 | Obtain and review Solus' responses and objections to DTC's first set of document requests; update case folder with same |
| 01/31/17 | WWW | 0.20 | Obtain and review DTC's subpoena as served on Macquarie; update case folder with same |
| 01/31/17 | WWW | 0.40 | Prepare motion for admission pro hac vice of J. Masella, III; forward to co-counsel for review and execution |
| 01/31/17 | WWW | 0.20 | Prepare affidavit of service re motion for admission pro hac vice of J. Masella, III |
| 01/31/17 | WWW | 1.20 | Review executed certification from J. Masella re pro hac vice motion; forward same to E. Monzo; revise pro hac vice motion; arrange for payment of annual pro hac vice admission for J. Masella, III; file and serve pro hac vice motion (Court's cm/ecf system very slow); upload pro hac vice order to Court's website; forward filing to J. Masella; update case folder re same |
| 01/31/17 | WWW | 0.20 | Obtain and update case folder with notice of service for Solus' responses and objections to DTC's first set of document requests; forward notice of service to S. Miller and E. Monzo; update case folder with same |
| 01/31/17 | WWW | 0.20 | Obtain and update case folder with notice of service for PointState Capital's responses and objections to DTC's first set of document requests; forward to S. Miller and E. Monzo and update case folder with same |
|  |  | **80.10** |  |

IT00014627

Matter Number: 128537-0001
February 03, 2017
Page 10

## Fee Recap

|  |  | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Stephen M. Miller | Partner | 45.00 | 660.00 | 29,700.00 |
| Eric J. Monzo | Partner | 5.60 | 475.00 | 2,660.00 |
| Ian D. McCauley | Associate | 3.50 | 365.00 | 1,277.50 |
| Douglas N. Candeub | Senior Counsel | 0.80 | 445.00 | 356.00 |
| Jamie L. Dawson | Paralegal | 1.20 | 225.00 | 270.00 |
| William W. Weller | Paralegal | 23.50 | 240.00 | 5,640.00 |
| Verdell A. Blackston | Litigation Support | 0.50 | 195.00 | 97.50 |
| | **Totals** | **80.10** | | **$40,001.00** |

For Disbursements through 1/31/2017

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Postage | 16.34 |
| 01/19/17 | Reproduction - Service Costs | 39.15 |
| 01/23/17 | Reproduction - Documents for use at confirmation hearing | 104.40 |
| 01/23/17 | Westlaw | 88.78 |
| 01/24/17 | Cardmember Services - 12/7 Courts/USDC-Delaware Filing Fee | 25.00 |
| 01/25/17 | Stephen M. Miller - 1/24/17 - Lunch Meeting between Court Sessions - D. Lowenthal and S. Miller | 25.45 |
| 01/27/17 | Reproduction - Binder Preparation | 18.60 |
| 01/31/17 | Reproduction - Discovery | 7.65 |
| **Total Disbursements** | | **$325.37** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$40,326.37** |
| **Previous Balance** | **$359,322.95** |
| **Balance Due** | **$399,649.32** |

CONFIDENTIAL                                      IT00014628

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Sandi Horwitz
Managing Director
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

February 3, 2017
Invoice 505228

| | |
|---|---|
| Matter Name: | Nortel |
| Matter Number: | 128537-0001 |
| Attorney: | Stephen M. Miller |

| | |
|---|---|
| Total Services and Disbursements this period | $40,326.37 |
| Balance as of Last Statement | $359,322.95 |
| **Balance Due** | **$399,649.32** |

| **WIRE TRANSFER INFORMATION** | |
|---|---|
| Receiving Bank - | ABA No.: 02-2000046 |
|    M&T Bank | SWIFT Code: MANTUS33 |
|    Rodney Square North | Account Name: Wire Account |
|    1100 N. Market Street | Account No: 2822-6691 |
|    Wilmington, Delaware 19890 | |

In comment section ask M&T to confirm receipt of wire to Camille Mason of Morris James at (302) 888-6819
*Please indicate the matter/invoice number relating to the wire.*

**To ensure proper credit to your account, please return this Remittance Page.**

**PAYMENT IS DUE UPON RECEIPT**

CONFIDENTIAL