# Exhibit C

# INVOICE

## WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

January 30, 2017
Invoice 262738
Page 1

Alan Halpern
Vice President
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

Our Matter # 17900.00001 Nortel Networks Capital Corporation, Nortel Networks Limited, Nortel Networks, Inc., et al.

For Professional Services through December 31, 2016

| | |
|---|---:|
| FEES | $1,900.00 |
| DISBURSEMENTS (Taxable) | $229.74 |
| DISBURSEMENTS (Non Taxable) | None |
| HST | $276.87 |
| **TOTAL FOR THIS INVOICE** | $2,406.61 |
| **TOTAL DUE** | $2,406.61 |

## INVOICE



4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

January 30, 2017
Invoice 262738
Page 2

Below is a description of the services rendered through December 31, 2016 with respect to our File No. 17900.00001

**Fee Detail**

| Date | Description | Name | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 06/12/16 | Emails with McMillan regarding Monitor's fee application materials and BNY's response to same. | Edmond Lamek | 0.50 | 950.00 | 475.00 |
| 19/12/16 | Dealing with account enquiries from lawyers for Solus. | Edmond Lamek | 1.50 | 950.00 | 1,425.00 |

Total Fees for Professional Services .................................................................... $1,900.00
HST ........................................................................................................................ $247.00
Total Fees including HST ...................................................................................... $2,147.00

**Disbursements**

Taxable Disbursements

| | | |
|---|---|---|
| Prints BW | 16.35 | |
| Copies | 101.00 | |
| Binding & Tabs | 23.14 | |
| Deliveries | 89.25 | |

Total Taxable Disbursements    229.74

Total Disbursements .............................................................................................. $229.74
HST ........................................................................................................................ $29.87
Total Disbursements and HST for this Invoice ..................................................... $259.61

# INVOICE

**WeirFoulds** LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110   F: 416-365-1876
www.weirfoulds.com

January 30, 2017
Invoice 262738
Page 3

**Totals For This Matter**

| | |
|---|---:|
| Total Fees Including HST................................................... | $2,147.00 |
| Total Disbursements Including HST...................................... | $259.61 |
| Total Fees and Disbursements Including HST......................... | $2,406.61 |
| Amount Applied From Trust................................................ | $0.00 |
| **Total Due For This Matter** | **$2,406.61** |

**Summary**

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Edmond Lamek | 2.00 | 950.00 | 1,900.00 |
| **Total Summary** | **2.00** | | **$1,900.00** |

**INVOICE**

WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

January 30, 2017
Invoice 262738
Page 4

THIS IS OUR ACCOUNT HEREIN.

WeirFoulds LLP
Per

Edmond Lamek

Account Payable upon receipt. In accordance with Section 33 of the Solicitors Act, interest will be charged at 3.0% per annum calculated from 30 days after delivery of this account. A receipted account will not be mailed unless requested by you

GST/HST REG.NO.
R119427177RT0001

CONFIDENTIAL

# INVOICE

**WeirFoulds** LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110   F: 416-365-1876
www.weirfoulds.com

January 30, 2017
Invoice 262738
Page 5

## Outstanding AR Summary

| Date | Invoice Number | Outstanding Amount |
|---|---|---|
| 11/15/16 | 260564 | 4,853.46 |
| 12/28/16 | 261855 | 5,085.96 |
| | Outstanding AR Summary | 9,939.42 |

CONFIDENTIAL

IT00001091

**INVOICE**

WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

February 10, 2017
Invoice 263235
Page 1

Alan Halpern
Vice President
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

Our Matter # 17900.00001 Nortel Networks Capital Corporation, Nortel Networks Limited, Nortel Networks, Inc., et al.

For Professional Services through January 31, 2017

| | |
|---|---:|
| FEES | $9,785.00 |
| DISBURSEMENTS (Taxable) | $56.92 |
| DISBURSEMENTS (Non Taxable) | None |
| HST | $1,279.45 |
| **TOTAL FOR THIS INVOICE** | **$11,121.37** |
| **TOTAL DUE** | **$11,121.37** |

# INVOICE

## WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

February 10, 2017
Invoice 263235
Page 2

Below is a description of the services rendered through January 31, 2017 with respect to our File No. 17900.00001

**Fee Detail**

| Date | Description | Name | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/01/17 | Reviewing Monitor's CCAA fees approval factum. Email to McMillan re omission of mention of post filing interest motion and McMillan's position on Monitor's fees. | Edmond Lamek | 0.40 | 950.00 | 380.00 |
| 09/01/17 | Call with Dan Lowenthal regarding NNCC Bondholders latest position on Indenture Trustee fees; Call with John Salmas regarding Wilmington Trust fee arrangement with Monitor; reviewing Statement filed in US Proceedings by Quinn Emanuele on behalf of Solus et al. | Edmond Lamek | 1.20 | 950.00 | 1,140.00 |
| 17/01/17 | Reviewing and making revisions to Patterson Belknap draft response to Solus Statement in Nortel plan confirmation; call with Dan Lowenthal. | Edmond Lamek | 1.80 | 950.00 | 1,710.00 |
| 18/01/17 | Reviewing and providing additional comments on revised Statement opposing Solus fee challenge, and related emails with Patterson Belknap. | Edmond Lamek | 0.80 | 950.00 | 760.00 |
| 20/01/17 | Reviewing Solus reply to our Response. Reviewing Plan Sanction Motion Materials for Feb 24. | Edmond Lamek | 0.80 | 950.00 | 760.00 |
| 23/01/17 | Call with Dan Lowenthal regarding Solus attack on fees. Emails with Chris Armstrong re tomorrow's hearing. Reviewing Monitor's Plan sanction factum. | Edmond Lamek | 0.80 | 950.00 | 760.00 |
| 24/01/17 | Attend Canadian/US Plan sanction/confirmation hearing to deal with NNCC Note holders' objection if asked by Newbould J. | Edmond Lamek | 4.50 | 950.00 | 4,275.00 |

**WeirFoulds** LLP

**INVOICE**

| | |
|---|---|
| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | T: 416-365-1110  F: 416-365-1876 <br> www.weirfoulds.com |

February 10, 2017
Invoice 263235
Page 3

| | |
|---|---:|
| Total Fees for Professional Services | $9,785.00 |
| HST | $1,272.05 |
| Total Fees including HST | $11,057.05 |

### Disbursements

Taxable Disbursements

| | | |
|---|---|---:|
| Prints BW | 55.20 | |
| Postage | 1.72 | |
| Total Taxable Disbursements | | 56.92 |

| | |
|---|---:|
| Total Disbursements | $56.92 |
| HST | $7.40 |
| Total Disbursements and HST for this Invoice | $64.32 |

### Totals For This Matter

| | |
|---|---:|
| Total Fees Including HST | $11,057.05 |
| Total Disbursements Including HST | $64.32 |
| Total Fees and Disbursements Including HST | $11,121.37 |
| Amount Applied From Trust | $0.00 |
| **Total Due For This Matter** | $11,121.37 |

### Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Edmond Lamek | 10.30 | 950.00 | 9,785.00 |
| **Total Summary** | **10.30** | | **$9,785.00** |

**INVOICE**

**WeirFoulds** LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110   F: 416-365-1876
www.weirfoulds.com

February 10, 2017
Invoice 263235
Page 4

THIS IS OUR ACCOUNT HEREIN.

WeirFoulds LLP
Per

*Edmond Lamek*

Account Payable upon receipt. In accordance with Section 33 of the Solicitors Act, interest will be charged at 3.0% per annum calculated from 30 days after delivery of this account. A receipted account will not be mailed unless requested by you

GST/HST REG.NO.
R119427177RT0001

CONFIDENTIAL

IT00014642

**INVOICE**   WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110   F: 416-365-1876
www.weirfoulds.com

February 10, 2017
Invoice 263235
Page 5

### Outstanding AR Summary

| Date | Invoice Number | Outstanding Amount |
|---|---|---|
| 11/15/16 | 260564 | 4,853.46 |
| 12/28/16 | 261855 | 5,085.96 |
| 01/30/17 | 262738 | 2,406.61 |
| | Outstanding AR Summary | 12,346.03 |

CONFIDENTIAL
IT00014643