# Exhibit D

| 2/10/2017 | Delaware Trust Company | |
| 9:49 AM | Slip Listing | Page 1 |

Selection Criteria

| Slip.Transaction Dat | 12/1/2016 - 2/28/2017 |
| Slip.Classification | Open |
| Clie.Selection | Include: Nortel Networks |
| Slip.Transaction Typ | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 4625    TIME | Sandi | 0.60 | 625.00 | 375.00 |
| 12/7/2016 | Email | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Email correspondence with counsel. | | 0.00 | | |
| 4626    TIME | Sandi | 0.40 | 625.00 | 250.00 |
| 12/7/2016 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversations with counsel. | | 0.00 | | |
| 4627    TIME | Sandi | 1.00 | 625.00 | 625.00 |
| 12/7/2016 | Prepare notice | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Prepare notice to holders. | | 0.00 | | |
| 4634    TIME | Sandi | 0.60 | 625.00 | 375.00 |
| 12/8/2016 | Conference call | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Conference call with creditors' committee. | | 0.00 | | |
| 4635    TIME | Sandi | 0.50 | 625.00 | 312.50 |
| 12/8/2016 | Review | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review creditor committee protocol documents. | | 0.00 | | |
| 4636    TIME | Sandi | 0.10 | 625.00 | 62.50 |
| 12/8/2016 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversation with counsel. | | 0.00 | | |
| 4639    TIME | Sandi | 0.60 | 625.00 | 375.00 |
| 12/9/2016 | Review documents | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review court documents. | | 0.00 | | |
| 4640    TIME | Sandi | 0.70 | 625.00 | 437.50 |
| 12/9/2016 | Email | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Email correspondence with counsel. | | 0.00 | | |

2/10/2017　　　　　　　　　　　　　　　Delaware Trust Company
9:49 AM　　　　　　　　　　　　　　　　　Slip Listing　　　　　　　　　　　　　　　Page　　2

| Slip ID | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
|---|---|---|---|---|
| 4641　　　　TIME | Sandi | 0.30 | 625.00 | 187.50 |
| 12/9/2016 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversations with counsel. | | 0.00 | | |
| 4668　　　　TIME | Sandi | 1.50 | 625.00 | 937.50 |
| 12/13/2016 | Review documents | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review court documents. | | 0.00 | | |
| 4670　　　　TIME | Sandi | 0.20 | 625.00 | 125.00 |
| 12/13/2016 | Email | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Email correspondence with counsel. | | 0.00 | | |
| 4675　　　　TIME | Sandi | 1.00 | 625.00 | 625.00 |
| 12/14/2016 | Review documents | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review court documents. | | 0.00 | | |
| 4682　　　　TIME | Sandi | 0.90 | 625.00 | 562.50 |
| 12/15/2016 | Conference call | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Conference call with creditors' committee. | | 0.00 | | |
| 4683　　　　TIME | Sandi | 0.20 | 625.00 | 125.00 |
| 12/15/2016 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversation with counsel. | | 0.00 | | |
| 4684　　　　TIME | Sandi | 0.40 | 625.00 | 250.00 |
| 12/15/2016 | Review presentations | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review presentation from financial advisor. | | 0.00 | | |
| 4685　　　　TIME | Sandi | 1.50 | 625.00 | 937.50 |
| 12/15/2016 | Review documents | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review court documents. | | 0.00 | | |
| 4691　　　　TIME | Sandi | 0.50 | 625.00 | 312.50 |
| 12/16/2016 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversations with counsel. | | 0.00 | | |
| 4692　　　　TIME | Sandi | 0.90 | 625.00 | 562.50 |
| 12/16/2016 | Review documents | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review court documents. | | 0.00 | | |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　IT00009394

2/10/2017                      Delaware Trust Company  
9:49 AM                          Slip Listing                        Page 3

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 4693 TIME<br>12/16/2016<br>WIP<br>Telephone conversation with financial advisor. | Sandi<br>Telephone<br>Nortel Networks | 1.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 625.00 |
| 4706 TIME<br>12/19/2016<br>WIP<br>Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.20<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 125.00 |
| 4707 TIME<br>12/20/2016<br>WIP<br>Attend court hearing. | Sandi<br>Attend court hearing<br>Nortel Networks | 1.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 937.50 |
| 4708 TIME<br>12/20/2016<br>WIP<br>Attend mediation meeting. | Sandi<br>Attend meeting<br>Nortel Networks | 7.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 4375.00 |
| 4716 TIME<br>12/22/2016<br>WIP<br>Conference call with creditors' committee. | Sandi<br>Conference call<br>Nortel Networks | 0.60<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 375.00 |
| 4737 TIME<br>12/30/2016<br>WIP<br>Telephone conversations with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.60<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 375.00 |
| 4748 TIME<br>1/4/2017<br>WIP<br>Review court documents. | Sandi<br>Review documents<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4752 TIME<br>1/5/2017<br>WIP<br>Conference call with creditors' committee. | Sandi<br>Conference call<br>Nortel Networks | 0.20<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 125.00 |
| 4753 TIME<br>1/5/2017<br>WIP<br>Telephone conversation with Dewey trustee. | Sandi<br>Telephone<br>Nortel Networks | 0.30<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 187.50 |
| 4759 TIME<br>1/6/2017<br>WIP<br>Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |

2/10/2017  
9:49 AM

Delaware Trust Company  
Slip Listing

Page    4

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 4770        TIME<br>  1/9/2017<br>  WIP<br>  Review court documents. | Sandi<br>Review documents<br>Nortel Networks | 0.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 312.50 |
| 4771        TIME<br>  1/10/2017<br>  WIP<br>  Telephone conversations with counsel. | Sandi<br>Telephone<br>Nortel Networks | 1.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 625.00 |
| 4784        TIME<br>  1/12/2017<br>  WIP<br>  Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.30<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 187.50 |
| 4785        TIME<br>  1/12/2017<br>  WIP<br>  Conference call with creditors' committee. | Sandi<br>Conference call<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |
| 4790        TIME<br>  1/11/2017<br>  WIP<br>  Review memo from creditors' committee counsel. | Sandi<br>Review presentations<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4800        TIME<br>  1/16/2017<br>  WIP<br>  Review court documents. | Sandi<br>Review documents<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |
| 4801        TIME<br>  1/17/2017<br>  WIP<br>  Review court documents. | Sandi<br>Review documents<br>Nortel Networks | 1.20<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 750.00 |
| 4802        TIME<br>  1/17/2017<br>  WIP<br>  Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4808        TIME<br>  1/18/2017<br>  WIP<br>  Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4809        TIME<br>  1/18/2017<br>  WIP<br>  Review court documents. | Sandi<br>Review documents<br>Nortel Networks | 0.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 312.50 |

2/10/2017     Delaware Trust Company
9:49 AM     Slip Listing     Page 5

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 4812  TIME  1/19/2017  WIP  Conference call with creditors' committee. | Sandi  Conference call  Nortel Networks | 0.50  0.00  0.00  0.00 | 625.00  T@1 | 312.50 |
| 4817  TIME  1/20/2017  WIP  Telephone conversations with counsel. | Sandi  Telephone  Nortel Networks | 0.60  0.00  0.00  0.00 | 625.00  T@1 | 375.00 |
| 4818  TIME  1/20/2017  WIP  Review court documents. | Sandi  Review documents  Nortel Networks | 0.70  0.00  0.00  0.00 | 625.00  T@1 | 437.50 |
| 4828  TIME  1/23/2017  WIP  Review court documents. | Sandi  Review documents  Nortel Networks | 1.00  0.00  0.00  0.00 | 625.00  T@1 | 625.00 |
| 4829  TIME  1/23/2017  WIP  Conference call with creditors' committee. | Sandi  Conference call  Nortel Networks | 0.50  0.00  0.00  0.00 | 625.00  T@1 | 312.50 |
| 4830  TIME  1/24/2017  WIP  Attend confirmation hearing telephonically. | Sandi  Attend court hearing  Nortel Networks | 5.40  0.00  0.00  0.00 | 625.00  T@1 | 3375.00 |
| 4831  TIME  1/25/2017  WIP  Telephone conversations with counsel. | Sandi  Telephone  Nortel Networks | 1.00  0.00  0.00  0.00 | 625.00  T@1 | 625.00 |
| 4832  TIME  1/26/2017  WIP  Email correspondence with counsel. | Sandi  Email  Nortel Networks | 0.60  0.00  0.00  0.00 | 625.00  T@1 | 375.00 |
| 4833  TIME  1/27/2017  WIP  Email correspondence with counsel. | Sandi  Email  Nortel Networks | 0.30  0.00  0.00  0.00 | 625.00  T@1 | 187.50 |
| 4834  TIME  1/27/2017  WIP  Telephone conversation with counsel. | Sandi  Telephone  Nortel Networks | 0.40  0.00  0.00  0.00 | 625.00  T@1 | 250.00 |
| 4835  TIME  1/28/2017  WIP | Sandi  Review  Nortel Networks | 0.60  0.00  0.00 | 625.00  T@1 | 375.00 |

2/10/2017  
9:49 AM

Delaware Trust Company  
Slip Listing

Page    6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review document requests from Solus and PointState. | | 0.00 | | |
| 4836            TIME<br>1/28/2017<br>WIP<br>Email correspondence with counsel. | Sandi<br>Email<br>Nortel Networks | 0.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 312.50 |
| 4843            TIME<br>1/22/2017<br>WIP<br>Conference call with creditors' committee. | Sandi<br>Conference call<br>Nortel Networks | 0.60<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 375.00 |
| 4849            TIME<br>1/25/2017<br>WIP<br>Attend confirmation hearing telephonically. | Sandi<br>Attend court hearing<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |
| 4854            TIME<br>1/5/2017<br>WIP<br>Attend meeting with counsel. | Sandi<br>Attend meeting<br>Nortel Networks | 1.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 937.50 |
| 4855            TIME<br>1/5/2017<br>WIP<br>Attend meeting with counsel. | Bill<br>Attend meeting<br>Nortel Networks | 1.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 937.50 |
| 4856            TIME<br>1/5/2017<br>WIP<br>Attend meeting with counsel, Solus, PointState and their counsel. | Sandi<br>Attend meeting<br>Nortel Networks | 1.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 625.00 |
| 4857            TIME<br>1/5/2017<br>WIP<br>Attend meeting with counsel, Solus, PointState and their counsel. | Bill<br>Attend meeting<br>Nortel Networks | 1.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 625.00 |
| 4860            TIME<br>1/6/2017<br>WIP<br>Telephone conversation with counsel. | Bill<br>Telephone<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |
| 4861            TIME<br>1/6/2017<br>WIP<br>Telephone conversation with counsel. | Bill<br>Telephone<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |

2/10/2017              Delaware Trust Company  
9:49 AM                Slip Listing              Page    7

| Slip ID | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
|---|---|---|---|---|
| 4862    TIME | Bill | 1.00 | 625.00 | 625.00 |
| 1/10/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversation with counsel. | | 0.00 | | |
| 4863    TIME | Bill | 0.40 | 625.00 | 250.00 |
| 1/17/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversation with counsel. | | 0.00 | | |
| 4864    TIME | Bill | 0.60 | 625.00 | 375.00 |
| 1/20/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversation with counsel. | | 0.00 | | |
| 4865    TIME | Bill | 1.00 | 625.00 | 625.00 |
| 1/25/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversation with counsel | | 0.00 | | |
| 4866    TIME | Bill | 0.70 | 625.00 | 437.50 |
| 1/28/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversations with counsel. | | 0.00 | | |
| 4867    TIME | Bill | 0.50 | 625.00 | 312.50 |
| 1/28/2017 | Email | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Email correspondence with counsel. | | 0.00 | | |
| 4868    TIME | Bill | 1.50 | 625.00 | 937.50 |
| 1/30/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversations with counsel. | | 0.00 | | |
| 4869    TIME | Bill | 0.50 | 625.00 | 312.50 |
| 1/30/2017 | Telephone | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Telephone conversations with Law Debenture. | | 0.00 | | |
| 4870    TIME | Bill | 0.30 | 625.00 | 187.50 |
| 1/30/2017 | Email | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Email correspondence with Law Debenture. | | 0.00 | | |
| 4878    TIME | Bill | 0.50 | 625.00 | 312.50 |
| 2/1/2017 | Review | 0.00 | T@1 | |
| WIP | Nortel Networks | 0.00 | | |
| Review counsel engagement letters | | 0.00 | | |

2/10/2017  
9:49 AM

Delaware Trust Company  
Slip Listing

Page    8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 4879　　　　TIME<br>2/1/2017<br>WIP<br>Telephone conversation with counsel. | Bill<br>Telephone<br>Nortel Networks | 0.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 312.50 |
| 4880　　　　TIME<br>2/1/2017<br>WIP<br>Attend meeting with counsel. | Bill<br>Attend meeting<br>Nortel Networks | 2.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 1562.50 |
| 4881　　　　TIME<br>2/1/2017<br>WIP<br>Attend meeting with counsel. | Sandi<br>Attend meeting<br>Nortel Networks | 2.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 1562.50 |
| 4882　　　　TIME<br>2/1/2017<br>WIP<br>Attend meeting with Dewey estate trustee and counsel. | Sandi<br>Attend meeting<br>Nortel Networks | 2.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 1250.00 |
| 4883　　　　TIME<br>2/1/2017<br>WIP<br>Attend meeting with Dewey estate trustee and counsel. | Bill<br>Attend meeting<br>Nortel Networks | 2.00<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 1250.00 |
| 4884　　　　TIME<br>2/2/2017<br>WIP<br>Conference call with creditors' committee. | Sandi<br>Conference call<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4885　　　　TIME<br>1/30/2017<br>WIP<br>Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |
| 4886　　　　TIME<br>1/30/2017<br>WIP<br>Telephone conversations with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.70<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 437.50 |
| 4887　　　　TIME<br>1/30/2017<br>WIP<br>Telephone conversation with Law Debenture. | Sandi<br>Telephone<br>Nortel Networks | 0.50<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 312.50 |
| 4888　　　　TIME<br>1/31/2017<br>WIP<br>Preparation for discovery including review of letter to counsel to holders, telephone and email correspondence with internal counsel and IT team. | Sandi<br>Preparation<br>Nortel Networks | 3.30<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 2062.50 |

CONFIDENTIAL                                                                                                                   IT00009400

2/10/2017  
9:49 AM

Delaware Trust Company  
Slip Listing

Page 9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 4906               TIME<br>2/3/2017<br>WIP<br>Telephone conversation with counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4907               TIME<br>2/3/2017<br>WIP<br>Telephone conversation with counsel. | Bill<br>Telephone<br>Nortel Networks | 0.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 250.00 |
| 4908               TIME<br>2/3/2017<br>WIP<br>Telephone conversation with Dewey estate trustee and counsel. | Bill<br>Telephone<br>Nortel Networks | 0.30<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 187.50 |
| 4909               TIME<br>2/3/2017<br>WIP<br>Telephone conversation with Dewey estate trustee and counsel. | Sandi<br>Telephone<br>Nortel Networks | 0.30<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 187.50 |
| 4910               TIME<br>2/4/2017<br>WIP<br>Review Dewey and Patterson Belknap annotated invoices received from Quinn Emanuel. | Sandi<br>Review<br>Nortel Networks | 1.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 875.00 |
| 4914               TIME<br>2/4/2017<br>WIP<br>Review Dewey and Patterson Belknap annotated invoices received from Quinn Emanuel. | Sandi<br>Review<br>Nortel Networks | 1.40<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 875.00 |
| 4915               TIME<br>2/5/2017<br>WIP<br>Review LawDeb annotated invoices received from Quinn Emanuel. | Sandi<br>Review<br>Nortel Networks | 1.80<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 1125.00 |
| 4916               TIME<br>2/5/2017<br>WIP<br>Conference call with counsel and Dewey estate trustee, its counsel and collections advisor. | Sandi<br>Conference call<br>Nortel Networks | 0.60<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 375.00 |
| 4917               TIME<br>2/5/2017<br>WIP<br>Conference call with counsel and Dewey estate trustee, its counsel and collections advisor. | Bill<br>Conference call<br>Nortel Networks | 0.60<br>0.00<br>0.00<br>0.00 | 625.00<br>T@1 | 375.00 |

| 2/10/2017<br>9:49 AM | Delaware Trust Company<br>Slip Listing | | | Page    10 |
|---|---|---|---|---|
| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |

Grand Total

| | Billable | 79.60 | | 49750.00 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 79.60 | | 49750.00 |

Expenses    675.74

CONFIDENTIAL                                                                                                                    IT00009402