# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2017 - January 31, 2017**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Jan 2017 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 14.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 14.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | 14.0 |
| 14 | Litigation / Adversary Proceedings | 60.0 |
| 15 | Travel | 28.0 |
| 16 | Plan of Reorganization / Disclosure Statement | 108.0 |
| | **TOTAL** | 238.0 |

**Summary of Services Rendered by Professional**

| Name | Jan 2017 Hours |
|---|---|
| Michael Kennedy, Member | 221.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 17.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 238.0 |

**Nortel Networks, Inc**
January 1, 2017 - January 31, 2017 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Jan 2017 Hours | Code |
|---|---|---|---|
| 1/2/2017 | Calls, communications, review material re: POR matters & confirmation matters | 6.0 | 16 |
| 1/3/2017 | Calls, communications, review material re: POR matters & confirmation matters | 7.0 | 16 |
| 1/4/2017 | Call with RLKS re: post-effective date issues | 2.0 | 1 |
| 1/4/2017 | Calls, communications, prepare material re: POR matters | 5.0 | 16 |
| 1/5/2017 | Prepare and review material for mediation | 3.0 | 14 |
| 1/5/2017 | Communications with monitor representatives re: claim/escrow issues | 1.0 | 7 |
| 1/5/2017 | Calls, communications, review material re: POR matters & confirmation matters | 3.0 | 16 |
| 1/6/2017 | Calls, communications, review material re: POR matters & confirmation matters | 7.0 | 16 |
| 1/9/2017 | Calls, communications, review material re: POR objections & confirmation matters | 6.0 | 16 |
| 1/10/2017 | Call with Cleary & RLKS re: NNIII | 2.0 | 1 |
| 1/10/2017 | Calls, communications, review material re: POR objections & confirmation matters | 5.0 | 16 |
| 1/10/2017 | Calls, communications, prepare material re:claim litigation matters and strategy | 3.0 | 14 |
| 1/11/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 1/11/2017 | Travel to Tenn | 4.0 | 15 |
| 1/11/2017 | NNIII plan prep, calls & communications | 3.0 | 1 |
| 1/12/2017 | Review RM Report | 2.0 | 1 |
| 1/12/2017 | Mediation of claims | 14.0 | 14 |
| 1/13/2017 | Travel to Chicago | 4.0 | 15 |
| 1/13/2017 | Review material and communications with other professionals re: mediation of POR issues | 6.0 | 16 |
| 1/14/2017 | Prepare and review material for mediation | 5.0 | 14 |
| 1/15/2017 | Travel to DE | 4.0 | 15 |
| 1/15/2017 | Prepare and review material for mediation | 5.0 | 14 |
| 1/16/2017 | Mediation of allocation litigation & POR objections | 14.0 | 14 |
| 1/17/2017 | Calls and meeting with Cleary & management & other professionals re: mediation | 5.0 | 14 |
| 1/17/2017 | Calls, communications, review material re: POR objections & confirmation matters | 3.0 | 16 |
| 1/17/2017 | Travel to Chicago | 4.0 | 15 |
| 1/18/2017 | Calls, communications, review material re: POR objections & confirmation matters | 8.0 | 16 |
| 1/19/2017 | Calls, communications, review material re: POR objections & confirmation matters | 7.0 | 16 |
| 1/20/2017 | Calls, communications, review material re: POR matters & confirmation matters | 6.0 | 16 |
| 1/20/2017 | Calls and communications with creditor representatives | 4.0 | 7 |
| 1/20/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 1/21/2017 | Calls and communications with creditor representatives | 3.0 | 7 |
| 1/22/2017 | Calls, communications, review material re: POR objections, settlements & confirmation matters | 6.0 | 16 |
| 1/22/2017 | Calls, communications, review material re: POR objections, settlements & confirmation matters | 4.0 | 16 |
| 1/22/2017 | Travel to DE | 4.0 | 15 |
| 1/23/2017 | Calls, communications, review material re: POR objections, settlements & confirmation matters | 9.0 | 16 |
| 1/24/2017 | Prepare for Confirmation Hearing | 3.0 | 16 |
| 1/24/2017 | Attend Confirmation Hearing | 7.0 | 13 |
| 1/24/2017 | Travel to Chicago | 4.0 | 15 |
| 1/25/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 1/26/2017 | Call with RLKS re: post-effective date issues | 2.0 | 1 |
| 1/27/2017 | Calls, communications, review material re: confirmation & effective date matters | 7.0 | 16 |
| 1/28/2017 | Calls, communications, review material re: confirmation & effective date matters | 3.0 | 16 |
| 1/30/2017 | Calls, communications, review material re: confirmation & effective date matters | 7.0 | 16 |
| 1/31/2017 | Communications with monitor representatives re: claim/escrow issues | 2.0 | 7 |
| 1/31/2017 | Call with Cleary re: litigation & claims issues | 1.0 | 14 |
| 1/31/2017 | Communications with monitor representatives re: Cala region | 1.0 | 7 |
| 1/31/2017 | Calls and communications with creditor representatives | 3.0 | 7 |
| 1/31/2017 | Calls, communications, prepare material re:claim litigation matters and strategy | 4.0 | 14 |
| **Jan 2017 Total** | | **221.0** | |

**Nortel Networks, Inc**
January 1, 2017 - January 31, 2017 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Jan 2017 Hours | Code |
|---|---|---|---|
| 1/5/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/11/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/17/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/19/2017 | Calls, analysis and review re: Litigation matters and strategy | 1.0 | 14 |
| 1/23/2017 | Travel | 4.0 | 15 |
| 1/23/2017 | Calls, analysis and review re: Litigation matters and strategy | 2.0 | 14 |
| 1/24/2017 | Confirmation Hearing | 7.0 | 13 |
| | **Jan 2017 Total** | **17.0** | |