# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2017 Through January 31, 2017

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 1/11/17-1/13/17 | Flight to Knoxville, TN | $ 754.70 |
| Mike Kennedy | 1/11/17-1/13/17 | Hotel (two nights) | $ 434.34 |
| Mike Kennedy | 1/11/17-1/13/17 | Ground Transportation | $ 162.00 |
| Mike Kennedy | 1/11/17-1/13/17 | Breakfast | $ 15.00 |
| Mike Kennedy | 1/11/17-1/13/17 | Dinner | $ 20.00 |
| Mike Kennedy | 1/11/17-1/13/17 | Dinner (six people) | $ 300.00 |
| Mike Kennedy | 1/15/17-1/17/17 | Flight to Philadelphia, PA | $ 981.28 |
| Mike Kennedy | 1/15/17-1/17/17 | Hotel (two nights) | $ 563.68 |
| Mike Kennedy | 1/15/17-1/17/17 | Ground Transportation | $ 223.90 |
| Mike Kennedy | 1/15/17-1/17/17 | Dinner (two people) | $ 100.00 |
| Mike Kennedy | 1/22/17-1/24/17 | Flight to Philadelphia, PA | $ 981.28 |
| Mike Kennedy | 1/22/17-1/24/17 | Hotel (two nights) | $ 700.00 |
| Mike Kennedy | 1/22/17-1/24/17 | Ground Transportation | $ 279.81 |
| **Total Expenses** | | | **$ 5,515.99** |

Note:  All airfare is being charged at a coach class rate.