# Exhibit B

# FW: Law Debenture: Nortel Committee Call dated Thursday, May 12, 2011 at 11 a.m.

**From:**

"Dantas, Maria A." <"/o=firm/ou=first administrative group/cn=recipients/cn=mdantas">

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**Date:**

Thu, 12 May 2011 12:01:03 -0400

Maria A. Dantas
Partner
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Direct: +1 212 259 8166
General: +1 212 259 8000
Fax: +1 212 259 6333
mdantas@dl.com
www.dl.com

**From:** Miller, Lawrence E.
**Sent:** Thursday, May 12, 2011 11:59 AM
**To:** Dantas, Maria A.
**Subject:** FW: Law Debenture: Nortel Committee Call dated Thursday, May 12, 2011 at 11 a.m.

Lawrence E. Miller
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Thursday, May 12, 2011 11:51 AM
**To:** James Heaney; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel Committee Call dated Thursday, May 12, 2011 at 11 a.m.

Gentlemen, my notes from today's call:

F04460-E0001-00029455

CONFIDENTIAL

IT00014041



F04460-E0001-00029455

CONFIDENTIAL

IT00014042

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00029455

CONFIDENTIAL

IT00014043

# FW: Law Debenture: Nortel—Committee Call Notes from Thursday, October 22, 2009 at 11 a.m. Eastern Time

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Mon, 09 Nov 2009 15:34:56 -0500

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Thursday, October 22, 2009 12:22 PM
**To:** 'Robert Bice'; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel--Committee Call Notes from Thursday, October 22, 2009 at 11 a.m. Eastern Time

Gentlemen, attached are my call notes from today's call.  Please feel free to call with questions, comments, concerns, if any.



F04460-E0001-00056262

CONFIDENTIAL                                                                      IT00014044

Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00056262

CONFIDENTIAL                                                                                                                          IT00014045

# FW: Law Debenture: Nortel; Committee Call on Thursday, October 29, 2009 at 11:00 a.m. Eastern Time

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Mon, 09 Nov 2009 15:34:41 -0500

---

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

---

**From:** Khambati, Mohsin N.
**Sent:** Thursday, October 29, 2009 12:42 PM
**To:** 'Robert Bice'; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel; Committee Call on Thursday, October 29, 2009 at 11:00 a.m. Eastern Time

Gentlemen, my notes from today's meeting:



F04460-E0001-00056263

CONFIDENTIAL

IT00014046

F04460-E0001-00056263

CONFIDENTIAL

IT00014047



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00056263

CONFIDENTIAL

IT00014048

# Law Debenture; Nortel; Committee Call; Thursday, June 9, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Thu, 09 Jun 2011 12:12:36 -0400

Gentlemen, my notes from today's meeting:



F04460-E0001-00056313



F04460-E0001-00056313

CONFIDENTIAL

IT00014050



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00056313

IT00014051

CONFIDENTIAL

# Law Debenture: Nortel; Committee Call; Wednesday, June 1, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>, Anthony Bocchino <anthony.bocchino@lawdeb.com>

**Cc:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Wed, 01 Jun 2011 11:20:22 -0400

Gentlemen, my notes from today's call:



F04460-E0001-00056316

CONFIDENTIAL                                                                IT00014052



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00056316

CONFIDENTIAL                                                                IT00014053

# Law Debenture: Nortel; Committee Call; Thursday, May 26, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Thu, 26 May 2011 11:56:30 -0400

Gentlemen, my notes from today's call:



F04460-E0001-00056318

IT00014054

CONFIDENTIAL



F04460-E0001-00056318

CONFIDENTIAL

IT00014055

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00056318

CONFIDENTIAL                                                                IT00014056

# Law Debenture: Nortel Status Report

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, Anthony Bocchino <anthony.bocchino@lawdeb.com>, Remo Reale <remo.reale@lawdeb.com>

**Cc:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Fri, 01 Apr 2011 12:22:19 -0400

---

Gentlemen, per your request, below is a brief status report in the Nortel matter. ██████████████████ As discussed with Jim, the information contained herein is of a sensitive and confidential nature.

██████████████████████████████████████████████████████████████████████

Best

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00056325

CONFIDENTIAL                                                                IT00014057

# RE: Law Debenture: Nortel Committee Call; Thursday, August 26, 2010 at 5 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

"Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Fri, 27 Aug 2010 09:38:09 -0400

███████████████████████████████████████

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

---

**From:** Miller, Lawrence E.
**Sent:** Friday, August 27, 2010 8:26 AM
**To:** Khambati, Mohsin N.
**Cc:** Dantas, Maria A.
**Subject:** Re: Law Debenture: Nortel Committee Call; Thursday, August 26, 2010 at 5 p.m. Eastern

Mohsin,

███████████████████████████████████████

Larry
Lawrence E. Miller

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: 212.424.8111
General: 212.424.8000
Fax: 212.649.0480
lmiller@dl.com

On Aug 26, 2010, at 6:04 PM, "Khambati, Mohsin N." <MKhambati@deweyleboeuf.com> wrote:

Gentlemen, my notes from today's meeting:

F04460-E0001-00057307

CONFIDENTIAL                                                                IT00014058



F04460-E0001-00057307

CONFIDENTIAL

IT00014059



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00057307

IT00014060

CONFIDENTIAL

# FW: Law Debenture: Nortel Status Report

**From:**

"Dantas, Maria A." <"/o=firm/ou=first administrative group/cn=recipients/cn=mdantas">

**To:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Wed, 22 Jun 2011 14:44:45 -0400

Update provided to client on Nortel.

**From:** Khambati, Mohsin N.
**Sent:** Friday, April 01, 2011 12:22 PM
**To:** James Heaney; Anthony Bocchino; 'Remo Reale'
**Cc:** Dantas, Maria A.; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel Status Report

Gentlemen, per your request, below is a brief status report in the Nortel matter. ███████████████ As discussed with Jim, the information contained herein is of a sensitive and confidential nature.



Best

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700

F04460-E0001-00057470

IT00014061

CONFIDENTIAL

Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0001-00057470

CONFIDENTIAL                                                                    IT00014062

# Law Debenture; Nortel Committee Call; Friday, March 9, 2012 at 11:30 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

"Heaney, James" <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>, "Ivanick, Peter A." <pivanick@deweyleboeuf.com>

**Date:**

Fri, 09 Mar 2012 12:57:57 -0500

Gentlemen, my notes from today's call:

F04460-E0002-00001443

CONFIDENTIAL

IT00014073



F04460-E0002-00001443

CONFIDENTIAL

IT00014074

# Re: Law Debenture: Nortel Committee Call; Thursday, July 12, 2010 at 11 a.m. Eastern

**From:**

Anthony Bocchino <anthony.bocchino@lawdeb.com>

**To:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">, "Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**Cc:**

James Heaney <james.heaney@lawdeb.com>

**Date:**

Thu, 12 Aug 2010 11:52:20 -0400

Thank you.

**From:** Khambati, Mohsin N. <MKhambati@deweyleboeuf.com>
**To:** Anthony Bocchino; Miller, Lawrence E. <LMiller@deweyleboeuf.com>
**Cc:** James Heaney
**Sent:** Thu Aug 12 16:51:05 2010
**Subject:** Law Debenture: Nortel Committee Call; Thursday, July 12, 2010 at 11 a.m. Eastern

Gentlemen, my notes from today's call:



F04460-E0002-00006685

CONFIDENTIAL

IT00014075

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100

F04460-E0002-00006685

CONFIDENTIAL                                                                IT00014076

Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

===============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.

Dewey & LeBoeuf in London and Paris is a multinational
partnership, regulated by the Solicitors Regulation Authority;
SRA No. 184760.

Dewey & LeBoeuf LLP in Doha is licensed by the Qatar
Financial Centre Authority, QFC License Number 00102.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
===============================================================================

F04460-E0002-00006685

CONFIDENTIAL                                                        IT00014077

# Law Debenture: Nortel--Committee Call for Thursday, January 14, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 14 Jan 2010 12:08:21 -0500

Gentlemen, my notes from today:



F04460-E0002-00011600

CONFIDENTIAL

IT00014078



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00011600

CONFIDENTIAL

IT00014079

# Law Debenture: Nortel Call, Wednesday, December 16, 2009--Discussion on Canadian/IRS Funding and Claims Settlement

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

Michael Smith <michael.smith@lawdeb.com>, Remo Reale <remo.reale@lawdeb.com>

**Date:**

Wed, 16 Dec 2009 15:53:55 -0500



Gentlemen, my notes from today's call which covered

Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00011970

# Law Debenture: Nortel; Committee Call; Thursday, December 3, 2009 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Robert Bice <robert.bice@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>, James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 03 Dec 2009 12:04:24 -0500

Gentlemen, here are my notes from today's call:



F04460-E0002-00012369

IT00014081



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00012369

CONFIDENTIAL                                                                IT00014082

# Law Debenture: Nortel--Committee Call on Thursday, August 13, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

Anthony Bocchino <anthony.bocchino@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>, Remo Reale <remo.reale@lawdeb.com>

**Date:**

Thu, 13 Aug 2009 13:18:35 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, August 13, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00015830

CONFIDENTIAL

IT00014083



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

CONFIDENTIAL

# RE: Nortel- CRO Considerations

**From:**

Robert Bice <robert.bice@lawdeb.com>

**To:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">, "Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**Date:**

Thu, 13 Aug 2009 11:04:52 -0400

████████████████████████████████████████

Thanks,
Bob

---

**From:** Khambati, Mohsin N. [mailto:MKhambati@deweyleboeuf.com]
**Sent:** Thursday, August 13, 2009 11:03 AM
**To:** Miller, Lawrence E.
**Cc:** Robert Bice
**Subject:** FW: Nortel- CRO Considerations

████████████████████████████████████████

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

---

**From:** Khambati, Mohsin N.
**Sent:** Thursday, August 13, 2009 8:54 AM
**To:** Robert Bice; Miller, Lawrence E.
**Cc:** Anthony Bocchino; 'Michael Smith'; 'Remo Reale'
**Subject:** FW: Nortel- CRO Considerations

Gentlemen, this matter will be up on today's committee call.

████████████████████████████████████████

F04460-E0002-00015841

CONFIDENTIAL

IT00014085

Best Regards

........................................................................................

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

........................................................................................

**From:** Kahn, Brad [mailto:bkahn@akingump.com]
**Sent:** Wednesday, August 12, 2009 3:41 PM
**To:** NORTELCOM; Kelly, Suzanne; Stephen Schreiber; Vicente Murrell; Brandon Wilson
**Cc:** NORTELPROF; Nortel; Hodara, Fred; Botter, David; Kuhn, Stephen; D'Urso, David; Davis, Kenneth; Jacobs, Ryan; Feuerstein, Tony
**Subject:** Nortel- CRO Considerations

Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Phone: (212) 872-8121
E-mail: bkahn@akingump.com

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

F04460-E0002-00015841

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

=============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.

Dewey & LeBoeuf in London and Paris is a multinational partnership, regulated by the Solicitors Regulation Authority; SRA No. 184760.

Dewey & LeBoeuf LLP in Doha is licensed by the Qatar Financial Centre Authority, QFC License Number 00102.

This e-mail message, including attachments, is confidential, is intended only for the named recipient(s) above and may contain information that is privileged, attorney work product, proprietary or exempt from disclosure under applicable law. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this message in error, or are not an intended recipient, please immediately notify the sender and delete this e-mail message, including attachments, from your computer. Thank you.
=============================================================================

F04460-E0002-00015841

CONFIDENTIAL

IT00014087

# RE: Law Debenture: Nortel--Committee Call on Thursday, August 6, 2009 at 11:00 a.m. Eastern Time

**From:**

Anthony Bocchino <anthony.bocchino@lawdeb.com>

**To:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">, Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**Cc:**

Michael Smith <michael.smith@lawdeb.com>, Remo Reale <remo.reale@lawdeb.com>

**Date:**

Thu, 06 Aug 2009 12:58:43 -0400

███████████████████████████████████████

*Anthony A. Bocchino, Jr.*
*Vice President*
*Law Debenture Trust Company of New York*
400 Madison Avenue - 4th floor
New York, New York 10017
 PH (main): 212-750-6474
 PH (direct): 646-747-1255
 FAX: 212-750-1361
✉ Email: anthony.bocchino@lawdeb.com
Website: www.lawdeb.com

● We are an independent provider of traditional Indenture Trustee, Paying Agent and Registrar services. We also specialize in Escrow, Project Finance, Agency and Administrative services and are a leading provider of Successor Trustee services for default and bankruptcy situations. Our affiliate companies provide agent for Service of Process appointments, UCC filings and searches, all State incorporations and Registered Agent accommodations.

* * * * *

This e-mail, along with any attachments, is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

**From:** Khambati, Mohsin N. [mailto:MKhambati@deweyleboeuf.com]
**Sent:** Thursday, August 06, 2009 12:54 PM
**To:** Anthony Bocchino; Robert Bice; Miller, Lawrence E.
**Cc:** Michael Smith; Remo Reale
**Subject:** Law Debenture: Nortel--Committee Call on Thursday, August 6, 2009 at 11:00 a.m. Eastern Time

Gentlemen, attached are my call notes for the committee conference call held on Thursday, August 6, 2009 at 11:00 a.m. Eastern Time.

███████████████████████████████████████

F04460-E0002-00016066

CONFIDENTIAL                                                                IT00014088



F04460-E0002-00016066

CONFIDENTIAL

IT00014089



Regards

.....................................................................................................
Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

===============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.

Dewey & LeBoeuf in London and Paris is a multinational
partnership, regulated by the Solicitors Regulation Authority;
SRA No. 184760.

Dewey & LeBoeuf LLP in Doha is licensed by the Qatar
Financial Centre Authority, QFC License Number 00102.

This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.

F04460-E0002-00016066

CONFIDENTIAL

IT00014091

# Law Debenture: Nortel--Committee Call on Thursday, May 7, 2009 at 12:00 p.m. Eastern Time

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 07 May 2009 14:46:47 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, May 7, 2009 at 12:00 p.m. Eastern Time.



F04460-E0002-00018431

CONFIDENTIAL                                                                                                    IT00014093



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700

F04460-E0002-00018431

CONFIDENTIAL                                                                                                                                IT00014094

Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00018431

CONFIDENTIAL                                                                                                      IT00014095

# Law Debenture--Nortel Committee Call

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 23 Apr 2009 12:35:46 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, April 23, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00018882

CONFIDENTIAL

IT00014096



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00018882

CONFIDENTIAL                                                                                    IT00014097

Re: Law Debenture; Nortel; Conference with Solus

**From:**

lmiller@deweyleboeuf.com

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**Date:**

Mon, 26 Mar 2012 08:55:52 -0400



Lawrence E. Miller
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Direct: 212.424.8111
General: 212.424.8000
Fax: 212.649.0480
lmiller@dl.com

On Mar 23, 2012, at 1:25 PM, "Khambati, Mohsin N." <MKhambati@deweyleboeuf.com> wrote:

Gentlemen, my notes from the call today.

# Fwd: Law Debenture: Nortel Committee Call; Thursday, July 12, 2010 at 11 a.m. Eastern

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Dantas, Maria A." <"/o=firm/ou=first administrative group/cn=recipients/cn=mdantas">

**Date:**

Fri, 13 Aug 2010 10:00:33 -0400

FYI
Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: 212.424.8111
General: 212.424.8000
Fax: 212.649.0480
lmiller@dl.com

Begin forwarded message:

> **From:** "Khambati, Mohsin N." <MKhambati@deweyleboeuf.com>
> **Date:** August 12, 2010 11:51:05 AM EDT
> **To:** "Anthony Bocchino" <Anthony.Bocchino@LawDeb.Com>, "Miller, Lawrence E." <LMiller@deweyleboeuf.com>
> **Cc:** "James Heaney" <James.Heaney@LAWDEB.COM>
> **Subject: Law Debenture: Nortel Committee Call; Thursday, July 12, 2010 at 11 a.m. Eastern**

Gentlemen, my notes from today's call:

F04460-E0002-00028400

IT00014112



F04460-E0002-00028400

CONFIDENTIAL

IT00014113

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00028400

CONFIDENTIAL

IT00014114

# Law Debenture: Nortel--Committee Call April 10, 2009—Attorney Notes

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Fri, 10 Apr 2009 13:45:01 -0400

Gentlemen, attached are my call notes for the committee conference call held on Friday, April 10, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00036952

IT00014117



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00036952

CONFIDENTIAL

IT00014118

# Law Debenture: Nortel--Committee Call April 17, 2009—Attorney Notes

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Fri, 17 Apr 2009 13:58:13 -0400

Gentlemen, attached are my call notes for the committee conference call held on Friday, April 17, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00036967

CONFIDENTIAL

IT00014119



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00036967

CONFIDENTIAL                                                                                                    IT00014120

# Law Debenture: Nortel--Committee Call on Thursday, May 14, 2009 at 11:00 p.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 14 May 2009 13:20:08 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, May 14, 2009 at 11:00 p.m. Eastern Time.

F04460-E0002-00037041

CONFIDENTIAL

IT00014121



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552

F04460-E0002-00037041

CONFIDENTIAL

IT00014122

General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037041

CONFIDENTIAL

IT00014123

# Law Debenture: Nortel--Committee Call on Thursday, May 21, 2009 at 11:00 p.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 21 May 2009 12:52:23 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, May 21, 2009 at 11:00 p.m. Eastern Time.

F04460-E0002-00037058

CONFIDENTIAL                                                                                    IT00014124

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com

F04460-E0002-00037058

CONFIDENTIAL

IT00014125

www.dl.com

F04460-E0002-00037058

CONFIDENTIAL                                                                IT00014126

# Law Debenture: Nortel--Committee Call on Thursday, June 11, 2009 at 4:00 p.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>

**Cc:**

"Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 11 Jun 2009 17:16:49 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, June 11, 2009 at 4:00 p.m. Eastern Time.

F04460-E0002-00037147

CONFIDENTIAL

IT00014127

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037147

CONFIDENTIAL

IT00014128

# Law Debenture: Nortel--Committee Call on Thursday, June 17, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com

**Cc:**

"Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 18 Jun 2009 13:01:49 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, June 17, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00037165

CONFIDENTIAL

IT00014129



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037165

IT00014130

CONFIDENTIAL

# Law Debenture: Nortel--Committee Call on Friday, June 19, 2009 at 3:00 p.m. Eastern Time--Carrier Sale--Status of Deal with Narnia

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Fri, 19 Jun 2009 15:41:21 -0400

Gentlemen, attached are my call notes for the committee conference call held on Friday, June 19, 2009 at 3:00 p.m. Eastern Time.



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037171

CONFIDENTIAL

IT00014131

# Law Debenture: Nortel--Committee Call on Thursday, June 25, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 25 Jun 2009 12:57:32 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, June 25, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00037192

CONFIDENTIAL

IT00014135



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037192

IT00014136

CONFIDENTIAL

# Law Debenture: Nortel--Committee Call on Thursday, July 2, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 02 Jul 2009 12:54:36 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, July 2, 2009 at 11:00 a.m. Eastern Time.

CONFIDENTIAL



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com

F04460-E0002-00037210

CONFIDENTIAL                                                                IT00014138

www.dl.com

F04460-E0002-00037210

CONFIDENTIAL                                                                                                    IT00014139

# Law Debenture: Lyondell & Nortel—Brief Updates

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Remo Reale <remo.reale@lawdeb.com>

**Cc:**

Robert Bice <robert.bice@lawdeb.com>

**Date:**

Mon, 06 Jul 2009 17:15:32 -0400

Per your request.



Nortel--



Questions, comments, concerns, please feel free to reach out/call anytime.

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037212

CONFIDENTIAL

IT00014140

# Law Debenture: Nortel--Committee Call on Thursday, July 9, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

Remo Reale <remo.reale@lawdeb.com>

**Date:**

Thu, 09 Jul 2009 12:30:05 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, July 9, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00037225

CONFIDENTIAL

IT00014141



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037225

CONFIDENTIAL                                                                                    IT00014142

# Law Debenture: Nortel--Committee Call on Thursday, July 16, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 16 Jul 2009 13:26:13 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, July 16, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00037245

CONFIDENTIAL

IT00014143

F04460-E0002-00037245

CONFIDENTIAL

IT00014144

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037245

CONFIDENTIAL                                                                IT00014145

# FW: Law Debenture: Nortel—Committee Call on Thursday, July 23, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

Remo Reale <remo.reale@lawdeb.com>

**Date:**

Thu, 23 Jul 2009 13:41:12 -0400

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

---

**From:** Khambati, Mohsin N.
**Sent:** Thursday, July 23, 2009 10:27 AM
**To:** 'Robert Bice'; Miller, Lawrence E.
**Cc:** 'Remo Reale'
**Subject:** Law Debenture: Nortel--Committee Call on Thursday, July 23, 2009 at 11:00 a.m. Eastern Time

Gentlemen, attached are my call notes for the committee conference call held on Thursday, July 23, 2009 at 11:00 a.m. Eastern Time.

CONFIDENTIAL

F04460-E0002-00037275

IT00014146



F04460-E0002-00037275

CONFIDENTIAL

IT00014147



F04460-E0002-00037275

CONFIDENTIAL

IT00014148



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037275

CONFIDENTIAL

IT00014149

# Law Debenture--Nortel--Committee Call on Friday, July 24, 2009 at 1:00 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

Remo Reale <remo.reale@lawdeb.com>

**Date:**

Fri, 24 Jul 2009 13:28:00 -0400

Call today on how the auction process is going.



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037278

CONFIDENTIAL

IT00014150

# Law Debenture: Nortel--Committee Call on Thursday, July 30, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

Remo Reale <remo.reale@lawdeb.com>

**Date:**

Thu, 30 Jul 2009 12:05:00 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, July 30, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00037299

CONFIDENTIAL

IT00014151



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037299

CONFIDENTIAL

IT00014152

# Law Debenture: Nortel--Committee Call on Thursday, August 20, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 20 Aug 2009 12:12:05 -0400

Gentlemen, attached are my call notes for the committee conference call held on Thursday, August 20, 2009 at 11:00 a.m. Eastern Time.

F04460-E0002-00037378

CONFIDENTIAL                                                                                          IT00014153



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037378

IT00014154

CONFIDENTIAL

# Law Debenture: Nortel--Committee Call, Thursday, September 24, 2009 at 3 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 24 Sep 2009 16:55:21 -0400

Gentlemen, attached are my call notes from today:



F04460-E0002-00037460

CONFIDENTIAL

IT00014155

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000

F04460-E0002-00037460

CONFIDENTIAL

IT00014156

Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037460

CONFIDENTIAL

IT00014157

# Law Debenture: Nortel Committee Call--Thursday, October 15, 2009

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 15 Oct 2009 12:15:14 -0400



Gentlemen, attached are my call notes from this morning.

F04460-E0002-00037504

CONFIDENTIAL                                                                                     IT00014158



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037504

CONFIDENTIAL                                                                                                IT00014159

# Law Debenture: Nortel--Committee Call Notes from Thursday, October 22, 2009 at 11 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 22 Oct 2009 12:22:13 -0400

Gentlemen, attached are my call notes from today's call.  Please feel free to call with questions, comments, concerns, if any.

F04460-E0002-00037515

CONFIDENTIAL

IT00014160



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037515

CONFIDENTIAL

IT00014161

# Law Debenture: Nortel; Committee Call on Thursday, October 29, 2009 at 11:00 a.m. Eastern Time

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 29 Oct 2009 12:41:39 -0400

Gentlemen, my notes from today's meeting:



F04460-E0002-00037523

CONFIDENTIAL

IT00014162



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601

F04460-E0002-00037523

Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037523

CONFIDENTIAL                                                                                    IT00014164

# Law Debenture: Nortel Committee Call--Thursday, November 19, 2009 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 19 Nov 2009 12:38:27 -0500

Gentlemen, my call notes from today:

F04460-E0002-00037556

CONFIDENTIAL                                                                IT00014165



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037556

CONFIDENTIAL                                                                                     IT00014166

# Law Debenture: Nortel

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, Remo Reale <remo.reale@lawdeb.com>, "Miller, Lawrence E."
<lmiller@deweyleboeuf.com>

**Date:**

Thu, 10 Dec 2009 12:46:19 -0500

Gentlemen, attached are my call notes:

F04460-E0002-00037595

CONFIDENTIAL                                                                        IT00014168



Mohsin N. Khambati
Dewey & LeBoeuf LLP

F04460-E0002-00037595

CONFIDENTIAL

Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037595

CONFIDENTIAL                                                                    IT00014170

# Law Debenture: Nortel--Committee Call to Discuss CVAS Transaction--Tuesday, December 22, 2009 at 10 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Tue, 22 Dec 2009 11:37:05 -0500

Gentlemen, my notes from today's call which centered on a possible CVAS and LG Nortel sale transaction.

F04460-E0002-00037621

CONFIDENTIAL

IT00014171



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037621

IT00014172

CONFIDENTIAL

# Law Debenture: Nortel Committee Call--January 7, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 07 Jan 2010 12:02:49 -0500

Gentlemen, my notes from today:



CONFIDENTIAL

F04460-E0002-00037635

IT00014173



Mohsin N. Khambati
Dewey & LeBoeuf LLP

F04460-E0002-00037635

CONFIDENTIAL

IT00014174

Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

CONFIDENTIAL

# Law Debenture: Nortel Committee Call, Thursday, January 28, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, Michael Smith <michael.smith@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 28 Jan 2010 12:12:37 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00037660

CONFIDENTIAL                                                                                                        IT00014176



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037660

CONFIDENTIAL

IT00014177

# Law Debenture: Nortel--Committee Call on Thursday, March 4, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 04 Mar 2010 12:48:41 -0500

Gentlemen, my notes from today's call:



CONFIDENTIAL



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

CONFIDENTIAL

# Law Debenture: Nortel; Committee Call for Thursday, March 11, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Fri, 12 Mar 2010 15:01:11 -0500

Gentlemen, my notes from yesterday's call.  Apologies for not sending previously:



F04460-E0002-00037734

IT00014180



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037734

CONFIDENTIAL

IT00014181

# Law Debenture: Nortel; Committee Call Scheduled on Thursday, March 18, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Michael Smith <michael.smith@lawdeb.com>, Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 18 Mar 2010 12:33:18 -0400

Gentlemen, my call notes from today:

F04460-E0002-00037747

IT00014182

CONFIDENTIAL

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037747

CONFIDENTIAL

IT00014183

# Law Debenture: Nortel Committee Call, Thursday, March 25, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 25 Mar 2010 11:39:05 -0400

Gentlemen, my call notes from today:



F04460-E0002-00037760

CONFIDENTIAL                                                                                IT00014184

Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037760

CONFIDENTIAL                                                                                    IT00014185

# Law Debenture: Nortel Committee Call--Thursday, April 1, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

robert.bice@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 01 Apr 2010 12:11:40 -0400

Gentlemen, my notes from today's call:

F04460-E0002-00037771

CONFIDENTIAL

IT00014186

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037771

CONFIDENTIAL

IT00014187

# Law Debenture; Nortel--Committee Call dated April 8, 2010 at 11:00 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 08 Apr 2010 12:28:44 -0400

Gentlemen, my notes from today's call:

CONFIDENTIAL



Best Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037772

CONFIDENTIAL                                                                                IT00014189