# Law Debenture: Nortel--Committee Call from Thursday, April 29, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Michael Smith <michael.smith@lawdeb.com>

**Cc:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 29 Apr 2010 11:57:45 -0400

Michael, my notes from today:



F04460-E0002-00037044

CONFIDENTIAL

IT00014190

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037797

CONFIDENTIAL

IT00014191

# Law Debenture: Nortel Committee Call--Thursday, May 6, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Michael Smith <michael.smith@lawdeb.com>

**Cc:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 06 May 2010 12:09:01 -0400

Gentlemen, my notes from today:

F04460-E0002-00037805

CONFIDENTIAL

IT00014192

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00037805

CONFIDENTIAL                                                                                        IT00014193

# Law Debenture: Nortel; Committee Call, Thursday, November 12, 2009 at 11:00 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 12 Nov 2009 12:49:14 -0500

Gentlemen, attached are my call notes from today's call:



F04460-E0002-00049413

CONFIDENTIAL                                                                                    IT00014201



F04460-E0002-00049413

CONFIDENTIAL

IT00014202

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00049413

IT00014203

CONFIDENTIAL

# RE: Law Debenture: Nortel Committee Call–Thursday, February 25, 2010 at 11 a.m. Eastern

**From:**

Robert Bice <robert.bice@lawdeb.com>

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 25 Feb 2010 12:15:47 -0500

Thanks.

**From:** Khambati, Mohsin N. [mailto:MKhambati@deweyleboeuf.com]
**Sent:** Thursday, February 25, 2010 12:15 PM
**To:** Robert Bice; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel Committee Call--Thursday, February 25, 2010 at 11 a.m. Eastern

Gentlemen, my call notes from today:



F04460-E0002-00051929

CONFIDENTIAL                                                                                                    IT00014204

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

=======================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)

F04460-E0002-00051929

CONFIDENTIAL

IT00014205

addressed herein.

Dewey & LeBoeuf in London and Paris is a multinational
partnership, regulated by the Solicitors Regulation Authority;
SRA No. 184760.

Dewey & LeBoeuf LLP in Doha is licensed by the Qatar
Financial Centre Authority, QFC License Number 00102.

This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
================================================================================

F04460-E0002-00051929

CONFIDENTIAL

IT00014206

## RE: Law Debenture: Nortel/Lyondell--Discussion Points Outline

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>, robert.bice@lawdeb.com

**Cc:**

remo.reale@lawdeb.com

**Date:**

Wed, 24 Jun 2009 09:45:46 -0400



Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Tuesday, June 23, 2009 7:32 PM
**To:** Miller, Lawrence E.; Robert.Bice@LawDeb.Com
**Cc:** 'Remo.Reale@LAWDEB.COM'
**Subject:** FW: Law Debenture: Nortel/Lyondell--Discussion Points Outline

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100

F04460-E0002-00056104

CONFIDENTIAL                                                                              IT00014208

Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

---

**From:** Khambati, Mohsin N.
**Sent:** Tuesday, June 23, 2009 6:20 PM
**To:** Robert.Bice@LawDeb.Com; Miller, Lawrence E.; Rosenbloom, Lewis
**Cc:** 'Remo.Reale@LAWDEB.COM'; Dantas, Maria A.
**Subject:** Law Debenture: Nortel/Lyondell--Discussion Points Outline



F04460-E0002-00056104

CONFIDENTIAL

IT00014209



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00056104

CONFIDENTIAL

IT00014210

# RE: Law Debenture: Nortel--Committee Call on Thursday, August 27, 2009 at 11:00 a.m. Eastern Time

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**Date:**

Thu, 27 Aug 2009 13:02:02 -0400

Thanks

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Thursday, August 27, 2009 12:52 PM
**To:** Miller, Lawrence E.
**Subject:** Law Debenture: Nortel--Committee Call on Thursday, August 27, 2009 at 11:00 a.m. Eastern Time

Larry, attached are my call notes for the committee conference call held on Thursday, August 27th. If you deem it helpful, feel free to forward on to Bob.

F04460-E0002-00056701

CONFIDENTIAL

IT00014211

F04460-E0002-00056701

CONFIDENTIAL

IT00014212

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00056701

CONFIDENTIAL

IT00014213

# FW: Law Debenture: Nortel Committee Call on Thursday, September 3, 2009 at 11:00 a.m. Eastern

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

Robert Bice <robert.bice@lawdeb.com>

**Date:**

Thu, 03 Sep 2009 13:29:52 -0400

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Thursday, September 03, 2009 1:02 PM
**To:** Miller, Lawrence E.
**Subject:** Law Debenture: Nortel Committee Call on Thursday, September 3, 2009 at 11:00 a.m. Eastern



Larry, attached are my notes from today's Committee call.

F04460-E0002-00056804

CONFIDENTIAL

IT00014214



F04460-E0002-00056804

CONFIDENTIAL



Regards

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00056804

CONFIDENTIAL                                                                IT00014216

# FW: Law Debenture: Nortel Committee Call, Thurdsay, September 10, 2009

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

Robert Bice <robert.bice@lawdeb.com>

**Date:**

Thu, 10 Sep 2009 12:49:08 -0400

---

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

---

**From:** Khambati, Mohsin N.
**Sent:** Thursday, September 10, 2009 12:49 PM
**To:** Miller, Lawrence E.
**Cc:** 'Michael Smith'
**Subject:** Law Debenture: Nortel Committee Call, Thurdsay, September 10, 2009

Larry, attached are my notes from today's Committee call.



F04460-E0002-00056952

CONFIDENTIAL

IT00014217

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00056952

CONFIDENTIAL

IT00014218

# RE: Law Debenture: Nortel--Committee Call, Thursday, September 24, 2009 at 3 p.m. Eastern

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**Date:**

Fri, 25 Sep 2009 09:18:42 -0400



Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Thursday, September 24, 2009 4:55 PM
**To:** Robert Bice; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel--Committee Call, Thursday, September 24, 2009 at 3 p.m. Eastern

Gentlemen, attached are my call notes from today:

F04460-E0002-00057131

CONFIDENTIAL                                                                                      IT00014219



F04460-E0002-00057131

CONFIDENTIAL

IT00014220



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00057131

CONFIDENTIAL                                                                          IT00014221

# FW: Law Debenture: Nortel Committee Call--Thursday, October 15, 2009

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Mon, 09 Nov 2009 15:35:19 -0500

---

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

---

**From:** Khambati, Mohsin N.
**Sent:** Thursday, October 15, 2009 12:15 PM
**To:** 'Robert Bice'; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel Committee Call--Thursday, October 15, 2009

Gentlemen, attached are my call notes from this morning. ▮▮▮▮▮▮▮▮▮▮▮▮▮

F04460-E0002-00057640

CONFIDENTIAL                                                                IT00014222



F04460-E0002-00057640

CONFIDENTIAL

IT00014223

Regards

...............................................................................

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00057640

CONFIDENTIAL                                                                 IT00014224

# FW: Law Debenture: Nortel Committee Call--January 7, 2010 at 11 a.m. Eastern

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Rosenbloom, Lewis" <lrosenbloom@deweyleboeuf.com>

**Date:**

Tue, 26 Jan 2010 15:49:21 -0500

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8111
General: +1 212 424 8000
Fax: +1 212 649 0480
lmiller@dl.com
www.dl.com

**From:** Khambati, Mohsin N.
**Sent:** Thursday, January 07, 2010 12:03 PM
**To:** 'Robert Bice'; Michael Smith; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel Committee Call--January 7, 2010 at 11 a.m. Eastern

Gentlemen, my notes from today:



F04460-E0002-00058354



F04460-E0002-00058354

CONFIDENTIAL
IT00014226



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00058354

CONFIDENTIAL                                                                                    IT00014227

# Law Debenture: Nortel Committee Call; Thursday, May 13, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 13 May 2010 12:00:52 -0400

Gentlemen, my call notes from today:



F04460-E0002-00059551

CONFIDENTIAL                                                                    IT00014228

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059551

# Law Debenture: Nortel--Committee Call dated May 20, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 20 May 2010 11:53:36 -0400

Gentlemen, my notes from today:



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601

F04460-E0002-00059558

IT00014230

Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059558

IT00014231

# Law Debenture: Nortel Committee Call--Thursday, May 27, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 27 May 2010 12:09:45 -0400

Gentlemen, my call notes from today:



F04460-E0002-00059567

CONFIDENTIAL                                                                                                    IT00014232



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059567

CONFIDENTIAL

IT00014233

# Law Debenture: Nortel Committee Call--Wednesday, June 16, 2010 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Robert Bice <robert.bice@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 16 Jun 2010 11:54:43 -0400

Gentlemen, my notes from today:



F04460-E0002-00059602

CONFIDENTIAL

IT00014234



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059602

CONFIDENTIAL

IT00014235

# Law Debenture: Nortel Committee Call--Thursday, June 24, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 24 Jun 2010 12:07:53 -0400

Gentlemen, my call notes from today.  Please pardon any errors or typos as these notes have not been proofread prior to sending.

CONFIDENTIAL

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100

F04460-E0002-00059616

CONFIDENTIAL                                                                                                IT00014237

Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059616

CONFIDENTIAL                                                                                          IT00014238

# Law Debenture: Nortel; Committee Call dated July 1, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 01 Jul 2010 11:59:24 -0400

Gentlemen, my notes from today's call.  Again, pardon the informality and typos.  Also, some thoughts in blue below.



F04460-E0002-00059635

CONFIDENTIAL

IT00014239



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059635

CONFIDENTIAL                                IT00014240

# Law Debenture: Nortel Committee Call; Thursday, August 26, 2010 at 5 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 26 Aug 2010 18:04:39 -0400

Gentlemen, my notes from today's meeting:



F04460-E0002-00059709

CONFIDENTIAL

IT00014241

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059709

CONFIDENTIAL                                                                                    IT00014242

# Law Debenture: Nortel--Committee Call, Thursday, September 2, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 02 Sep 2010 11:44:53 -0400

Gentlemen, my notes from today:



F04460-E0002-00059726

CONFIDENTIAL                                                                                        IT00014243



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059726

IT00014244

# Law Debenture: Nortel--Committee Call, Thursday September 17, 2010 at 10 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Fri, 17 Sep 2010 10:59:10 -0400

Gentlemen, my notes from today:

CONFIDENTIAL

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059743

CONFIDENTIAL                                                                    IT00014246

# Law Debenture: Nortel; Committee Call; Thursday, September 23, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 23 Sep 2010 12:29:16 -0400

Gentlemen, my notes from today's call:

F04460-E0002-00059754

CONFIDENTIAL

IT00014247



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059754

CONFIDENTIAL

IT00014248

# Law Debenture; Nortel; Committee Call; Thursday, September 30, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 30 Sep 2010 11:45:38 -0400

Gentlemen, my notes from today:



F04460-E0002-00059761

CONFIDENTIAL                                                                          IT00014249

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059761

IT00014250

CONFIDENTIAL

# Law Debenture: Nortel Committee Call; Thursday, October 28, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 28 Oct 2010 11:47:10 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00059837

CONFIDENTIAL                                                                IT00014251

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059837

CONFIDENTIAL                                                                                    IT00014252

# Law Debenture: Nortel--Committee Call; dated November 10, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 10 Nov 2010 11:45:30 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00059870

CONFIDENTIAL

IT00014253

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059870

CONFIDENTIAL                                                                    IT00014254

# Law Debenture: Nortel--Committee Call; Wednesday, December 15, 2010 at 3 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 15 Dec 2010 16:05:40 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00059921

CONFIDENTIAL

IT00014255



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059921

CONFIDENTIAL                                                                                                IT00014256

# Law Debenture: Nortel Committee Call; January 6, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 06 Jan 2011 12:18:47 -0500

Gentlemen, my notes from today:

F04460-E0002-00059940

CONFIDENTIAL                                                                                            IT00014257



F04460-E0002-00059940

CONFIDENTIAL

IT00014258

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059940

CONFIDENTIAL

IT00014259

# Law Debenture: Nortel Committee Call for Wednesday, January 12, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 12 Jan 2011 11:42:42 -0500

Gentlemen, my call notes from today:



F04460-E0002-00059946

CONFIDENTIAL IT00014260



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059604

CONFIDENTIAL

IT00014261

# Law Debenture: Nortel Committee Call--Thursday, January 27, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 27 Jan 2011 11:40:41 -0500

Gentlemen, my call notes from today:



F04460-E0002-00059968

CONFIDENTIAL

IT00014262



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059968

CONFIDENTIAL

IT00014263

# RE: Law Debenture: Nortel Committee Call–Thursday, February 3, 2010 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 03 Feb 2011 12:09:08 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00059978

CONFIDENTIAL

IT00014264



F04460-E0002-00059978

CONFIDENTIAL

IT00014265

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059978

CONFIDENTIAL                                                                      IT00014266

# Law Debenture; Nortel Committee Call, Wednesday, February 9, 2011 at 11 a.m. Eastern.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 09 Feb 2011 11:45:45 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00059992

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00059992

CONFIDENTIAL

# Law Debenture: Nortel Committee Call; Wednesday March 2, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 02 Mar 2011 12:24:57 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00060057

CONFIDENTIAL                                                          IT00014269



F04460-E0002-00060057

CONFIDENTIAL

IT00014270



Best

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060057

CONFIDENTIAL

IT00014271

# Law Debenture; Nortel Committee Call; Thursday, March 10, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 10 Mar 2011 12:14:55 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00060073

CONFIDENTIAL                                                                    IT00014272



F04460-E0002-00060073

CONFIDENTIAL

IT00014273

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060073

CONFIDENTIAL

IT00014274

# Law Debenture; Nortel; Committee Call re Mediation Status

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Mon, 11 Apr 2011 16:27:50 -0400



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060158

CONFIDENTIAL

# Law Debenture; Nortel; Committee Call to discuss Mediation Proposal on Tuesday, April 12, 2011 at 4 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Tue, 12 Apr 2011 16:33:52 -0400

Gentlemen, my notes from today's call.

F04460-E0002-00060161

CONFIDENTIAL

IT00014276

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060161

# Law Debenture; Nortel; Committee Call on Thursday, April 21, 2011 at 11 a.m.

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Thu, 21 Apr 2011 12:31:45 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060188

CONFIDENTIAL                                                                                                              IT00014278



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060188

CONFIDENTIAL

IT00014279

# Law Debenture; Nortel; Committee Call; Wednesday, May 27, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 27 Apr 2011 12:04:39 -0400

Gentlemen, my notes from today's call:

CONFIDENTIAL



F04460-E0002-00060205

CONFIDENTIAL

IT00014281



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060205

CONFIDENTIAL                                                                    IT00014282

# Law Debenture; Nortel Status Report; Monday, June 27, 2011

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Remo Reale <remo.reale@lawdeb.com>

**Cc:**

James Heaney <james.heaney@lawdeb.com>, Anthony Bocchino <anthony.bocchino@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Mon, 27 Jun 2011 13:22:24 -0400

Remo, per your request, below is a brief status report in the Nortel matter.  As indicated previously, the information contained herein is of a sensitive and confidential nature.

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

CONFIDENTIAL

# Law Debenture; Nortel: Committee Call, Thursday, July 7, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Thu, 07 Jul 2011 12:20:56 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060387



F04460-E0002-00060387

CONFIDENTIAL

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060387

CONFIDENTIAL                                                                                IT00014286

# Law Debenture; Nortel Committee Call; Wednesday, August 3, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

"Miller, Lawrence E." <lmiller@deweyleboeuf.com>, Anthony Bocchino <anthony.bocchino@lawdeb.com>, James Heaney <james.heaney@lawdeb.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Wed, 03 Aug 2011 11:58:21 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060419

IT00014287

CONFIDENTIAL



F04460-E0002-00060419

CONFIDENTIAL

IT00014288

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060419

CONFIDENTIAL

IT00014289

# Law Debenture; Nortel Committee Call; Thursday, September 1, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Thu, 01 Sep 2011 12:08:09 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060469

CONFIDENTIAL

IT00014290

F04460-E0002-00060469

CONFIDENTIAL

IT00014291

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060469

CONFIDENTIAL                                                                IT00014292

# Law Debenture: Nortel Committee Call; Thursday, September 8, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Anthony Bocchino <anthony.bocchino@lawdeb.com>, James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Thu, 08 Sep 2011 11:39:00 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060478

IT00014293

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060478

CONFIDENTIAL

IT00014294

# Law Debenture; Nortel; Committee Call; Wednesday, September 14, 2011 at 11:30 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Wed, 14 Sep 2011 13:18:53 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060487

CONFIDENTIAL                                                                                                    IT00014295

F04460-E0002-00060487

CONFIDENTIAL

IT00014296



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00060487

CONFIDENTIAL

IT00014297

## Nortel Status Report; Tuesday, September 27, 2011

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

Remo Reale <remo.reale@lawdeb.com>

**Cc:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>, "Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Tue, 27 Sep 2011 12:26:16 -0400

Remo, per your request, below is a brief status report in the Nortel matter. As indicated previously, the information contained herein is of a sensitive and confidential nature. Also, we have attempted to minimize the repetition from prior reports, so please feel free to ask if you need additional information or clarification on any matter.



Please feel free to contact me if you have any further questions, comments, or concerns.

Best

Mohsin

F04460-E0002-00060504

CONFIDENTIAL

# Law Debenture: Nortel; Committee Call Wednesday, September 28, 2011 at 11:30 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Wed, 28 Sep 2011 12:44:45 -0400

Gentlemen, my notes from today's call:

F04460-E0002-00060514

CONFIDENTIAL                                                                                              IT00014299

F04460-E0002-00060514

CONFIDENTIAL

IT00014300



Best

Mohsin

F04460-E0002-00060514

CONFIDENTIAL

# Law Debenture; Nortel; Committee Call; Wednesday, October 5, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Wed, 05 Oct 2011 11:46:26 -0400

Gentlemen, my notes from today's call:



F04460-E0002-00060518

IT00014302

CONFIDENTIAL



F04460-E0002-00060518

CONFIDENTIAL

IT00014303

Best

Mohsin

F04460-E0002-00060518

CONFIDENTIAL                                                          IT00014304

# Law Debenture; Nortel; Committee Call; Wednesday, October 12, 2011 at 2 p.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

James Heaney <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Wed, 12 Oct 2011 14:24:33 -0400

Gentlemen, my notes from today's call:



Best

Mohsin

F04460-E0002-00060522

CONFIDENTIAL                                                                                          IT00014305

# Law Debenture; Nortel; Committee Call; Friday, December 16, 2011 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

james.heaney@lawdeb.com, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Fri, 16 Dec 2011 12:11:10 -0500

Gentlemen, my notes from today's call:

CONFIDENTIAL

F04460-E0002-00060608

IT00014306



F04460-E0002-00060608

CONFIDENTIAL                                                                    IT00014307

# Law Debenture; Nortel; Committee Call; Thursday, February 2, 2012 at 11 a.m. Eastern

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

"Heaney, James" <james.heaney@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Baumgaertner, Peter A." <pbaumgaertner@deweyleboeuf.com>

**Date:**

Thu, 02 Feb 2012 11:54:38 -0500

Gentlemen, my notes from today's call:



F04460-E0002-00060648

CONFIDENTIAL                                                                                                          IT00014308



F04460-E0002-00060648

CONFIDENTIAL

IT00014309

# RE: Law Debenture: Nortel--Committee Call--Tuesday, November 16, 2010 at 3 p.m. Eastern

**From:**

James Heaney <james.heaney@lawdeb.com>

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Tue, 16 Nov 2010 15:38:53 -0500

Regards

Jim


James D. Heaney
Managing Director
Law Debenture Trust Company of New York
400 Madison Avenue
New York, New York 10017
Tel: 646-747-1252
Fax: 212-750-1361


---

**From:** Khambati, Mohsin N. [mailto:MKhambati@deweyleboeuf.com]
**Sent:** Tuesday, November 16, 2010 3:33 PM
**To:** James Heaney; Miller, Lawrence E.
**Subject:** Law Debenture: Nortel--Committee Call--Tuesday, November 16, 2010 at 3 p.m. Eastern

Gentlemen, my notes from today's allocation call:



F04460-E0002-00064717

CONFIDENTIAL

IT00014310



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.

Dewey & LeBoeuf in London and Paris is a multinational
partnership, regulated by the Solicitors Regulation Authority;
SRA No. 184760.

Dewey & LeBoeuf LLP in Doha is licensed by the Qatar
Financial Centre Authority, QFC License Number 00102.

This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.

F04460-E0002-00064717

CONFIDENTIAL                                                              IT00014311

F04460-E0002-00064717

CONFIDENTIAL

IT00014312

## Nortel

**From:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**To:**

"Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Cc:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Fri, 14 Jan 2011 10:21:20 -0500

**Attachments:**

Law Debenture: Nortel--Periodic Update (33.79 kB); Law Debenture: Nortel; Status Report (36.35 kB)

See attached.

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00065407

CONFIDENTIAL

IT00014313

# Law Debenture: Nortel; Status Report

**From:**

"Khambati, Mohsin N." <"/o=firm/ou=first administrative group/cn=recipients/cn=mkhambat">

**To:**

Remo Reale <remo.reale@lawdeb.com>

**Cc:**

Robert Rywkin <robert.rywkin@lawdeb.com>, "Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**Date:**

Wed, 22 Sep 2010 10:12:52 -0400

Remo, per your request, below is a brief description of where things stand in the Nortel matter, which is a continuation from summaries previously provided.



I am happy to delve into additional details and provide any additional information you may need with respect to this matter.

Best

F04460-E0002-00065409

IT00014314

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00065409

CONFIDENTIAL

IT00014315

# Fwd: Law Debenture: Nortel—Committee Call, Thursday September 17, 2010 at 10 a.m. Eastern

**From:**

"Miller, Lawrence E." <lmiller@deweyleboeuf.com>

**To:**

"Dantas, Maria A." <mdantas@deweyleboeuf.com>

**Date:**

Fri, 17 Sep 2010 12:00:32 -0400

Lawrence E. Miller
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: 212.424.8111
General: 212.424.8000
Fax: 212.649.0480
lmiller@dl.com

Begin forwarded message:

**From:** "Khambati, Mohsin N." <MKhambati@deweyleboeuf.com>
**Date:** September 17, 2010 10:59:10 AM EDT
**To:** "James Heaney" <James.Heaney@LAWDEB.COM>, "Miller, Lawrence E." <LMiller@deweyleboeuf.com>
**Subject: Law Debenture: Nortel--Committee Call, Thursday September 17, 2010 at 10 a.m. Eastern**

Gentlemen, my notes from today:

F04460-E0002-00069863

IT00014319



Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601
Direct: +1 312 794 8052
General: +1 312 794 8000
Personal Fax: +1 312 729 6552
General Fax: +1 312 794 8100
Mobile: +1 847 890 2474
mkhambati@dl.com
www.dl.com

F04460-E0002-00069863

CONFIDENTIAL                                                                                                    IT00014320

# Re: Nortel Status Report; Tuesday, September 27, 2011

**From:**

"Miller, Lawrence E." <"/o=firm/ou=first administrative group/cn=recipients/cn=lmiller">

**To:**

"Khambati, Mohsin N." <mkhambati@deweyleboeuf.com>

**Date:**

Tue, 27 Sep 2011 12:33:49 -0400

Thanks

If possible please send the other Nortel memo by 4pm.

**From:** Khambati, Mohsin N.
**Sent:** Tuesday, September 27, 2011 12:26 PM
**To:** 'Remo Reale' <Remo.Reale@LAWDEB.COM>
**Cc:** James Heaney <James.Heaney@LAWDEB.COM>; Miller, Lawrence E.; Baumgaertner, Peter A.
**Subject:** Nortel Status Report; Tuesday, September 27, 2011

Remo, per your request, below is a brief status report in the Nortel matter. As indicated previously, the information contained herein is of a sensitive and confidential nature. Also, we have attempted to minimize the repetition from prior reports, so please feel free to ask if you need additional information or clarification on any matter.



Please feel free to contact me if you have any further questions, comments, or concerns.

Best

Mohsin

F04460-E0002-00073141

CONFIDENTIAL

IT00014321