# Exhibit G

| | |
|---|---|
| **Message** | |
| **From**: | Stephen Blauner [sblauner@soluslp.com] |
| **Sent**: | 12/26/2012 9:37:52 AM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; James.Heaney@LAWDEB.COM |
| **CC**: | javier.schiffrin@malekschiffrin.com; Ryan Cunningham [rcunningham@soluslp.com] |
| **Subject**: | Nortel |

Mitch and Jim – I was more than a little surprised to see on the Nortel docket the Motion for Leave to Amend Proof of Claim filed by Law Debenture in advance of any discussion with us (Solus) or counsel. To cut to the chase: Solus owns more than a majority of the NNCC notes, and Javier represents holders of more than 2/3 in amount of the notes. Law Debenture can easily confirm this.

As a consequence, it would be (at best) inappropriate for Law Debenture to act in any way with respect to the Notes without checking with Solus. If there is a need to discuss this general protocol, we are available.

Steve