# Exhibit H

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, June 24, 2016 12:35 PM |
| **To:** | James C. Tecce (jamestecce@quinnemanuel.com); Daniel Holzman |
| **Subject:** | RE: Nortel |

J. Farnan just called me and said he thinks mediating the NNCC issues is a good idea.

He will call Cleary to find out if they'll do it and call (or email) me back.  I told him I'd then call you guys to find a date and time.

J. Farnan said he can do a mediation session next week.

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Friday, June 24, 2016 12:19 PM
**To:** James C. Tecce (jamestecce@quinnemanuel.com); Daniel Holzman
**Subject:** Nortel

As we discussed, I called J. Farnan, got vmail, and left a message asking him to call me about the mediation.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

CONFIDENTIAL

IT00000262

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | James Tecce <jamestecce@quinnemanuel.com> |
| **Sent:** | Wednesday, June 29, 2016 8:47 AM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Cc:** | Guiney, Brian P. (x2305); Daniel Holzman |
| **Subject:** | RE: Nortel |

Thanks. Did you guys ever review whether there were cases on this; anything would be helpful. We are headed to Cleary for another meeting this afternoon. Thanks.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Wednesday, June 29, 2016 8:45 AM
**To:** James Tecce <jamestecce@quinnemanuel.com>
**Cc:** Guiney, Brian P. (x2305) <bguiney@pbwt.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Subject:** Re: Nortel

Jamie,

We've mentioned in papers that the claim includes a no-call, but the issue has not yet been briefed.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Jun 29, 2016, at 8:35 AM, James Tecce <jamestecce@quinnemanuel.com> wrote:

Dan. Do you guys have any memos of law you submitted on the makewhole in Nortel? If so, can you please send them to us this morning. I though you wrote about it one of the briefs. Thanks in advance.

JAMES C. TECCE
Partner - Bankruptcy & Restructuring
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7199 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jamestecce@quinnemanuel.com
www.quinnemanuel.com

1

CONFIDENTIAL

IT00000263

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

CONFIDENTIAL

IT00000264

*Moy/tey*

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | James Tecce <jamestecce@quinnemanuel.com> |
| **Sent:** | Wednesday, June 29, 2016 11:01 AM |
| **To:** | Dent, Craig W. (x2864); Lowenthal, Daniel A. (x2720) |
| **Cc:** | Guiney, Brian P. (x2305); Daniel Holzman |
| **Subject:** | RE: Nortel |

Thanks, Craig.

**From:** Dent, Craig W. (x2864) [mailto:cdent@pbwt.com]
**Sent:** Wednesday, June 29, 2016 10:11 AM
**To:** Lowenthal, Daniel A. (x2720) <dalowenthal@pbwt.com>; James Tecce <jamestecce@quinnemanuel.com>
**Cc:** Guiney, Brian P. (x2305) <bguiney@pbwt.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Subject:** RE: Nortel

Jamie,

I have attached copies of:

1. A *Supplemental Opening Brief* that Law Debenture filed on July 15, 2014 in connection with the Monitor's attempt to have the bankruptcy court determine the Nortel bondholders' entitlement to post-petition interest; and

2. A *Supplemental Reply Brief* that Law Debenture filed on July 22, 2014 in response to the opening brief of the Monitor and the Canadian Debtors.

These briefs discuss the potential no-call claims with respect to the NNCC notes and the related caselaw.

Best regards,
Craig

**Craig Dent**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2864
Fax: (212) 336-2222
cdent@pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, June 29, 2016 8:45 AM
**To:** James Tecce
**Cc:** Guiney, Brian P. (x2305); Daniel Holzman
**Subject:** Re: Nortel

Jamie,

We've mentioned in papers that the claim includes a no-call, but the issue has not yet been briefed.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720

1

CONFIDENTIAL

Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Jun 29, 2016, at 8:35 AM, James Tecce <jamestecce@quinnemanuel.com> wrote:

> Dan.  Do you guys have any memos of law you submitted on the makewhole in Nortel?  If
> so, can you please send them to us this morning.  I though you wrote about it one of
> the briefs.  Thanks in advance.

JAMES C. TECCE
Partner - Bankruptcy & Restructuring
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7199 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jamestecce@quinnemanuel.com
www.quinnemanuel.com

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

CONFIDENTIAL

IT00000266

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, February 01, 2013 12:38 PM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel -- Call with Javier Schiffrin (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Javier Schiffrin called me this morning. He wanted to discuss Judge Gross's Order, dated yesterday, directing the mediation parties to submit lists of litigation issues by next Friday, February 8.

Javier said he assumes that we will submit an issues list on LawDeb's behalf. He said LawDeb had submitted a mediation statement last spring and thus can file an issues list next week. And, Javier said, he assumes that any list we submit will be consistent with lists filed by the Creditors' Committee and the Ad Hocs. Therefore, Javier added, he wants to review a draft of our submission, or at least what might be "public" in our submission. He noted that Dewey shared a draft of their mediation submission with him last spring.

I responded as follows. First, Judge Gross' Order says "the parties who participated in the mediation with Chief Justice Winkler shall submit statements . . . ." I said that while I understand Javier's point about the submission last spring, Law Debenture went to and participated in the mediation last month in its capacity as a Committee member. That said, before Law Debenture decides whether it can/should submit an issues list, I said I will discuss with the other Committee members whether they believe they can and, if so, will file issues lists. In addition, I said we will have input into what the Committee submits. Javier repeated his view that Law Debenture has "the right" to file an issues list as an indenture trustee. REDACTED - ATTORNEY-CLIENT PRIVILEGE I also noted that paragraph A of Judge Gross's Order says that he and Justice Morawetz "must address common issues which will require expedition and coordination." And the first SO ORDERED paragraph mentions "cooperation with Canada." I said those statements suggest that the mediation parties should list issues that are common to both the U.S. and Canadian cases, and not issues that would be resolved solely in the U.S. case. REDACTED - ATTORNEY-

Separately, I asked Javier if Solus is a member of the Ad Hoc group. Javier said, "Yes, I believe they are." I noted that Milbank's most recent 2019 statement doesn't list Solus. Javier then said, "Well, I'm not sure. I don't keep abreast of developments [like that]. I just don't know." He then asked me for the date of the 2019 statement. When I said it was filed in August 2012, Javier asserted that Solus has been a member of the Ad Hoc group for two months, and that "if they're still a member" when Milbank files its next 2019, Solus will be on the list.

Finally, Javier asked me if I've heard about an *in-camera* proceeding to take place before Judge Gross. I said I haven't heard about that but did see today that Judge Gross cancelled the February 5 omnibus hearing. Javier didn't know about the cancellation.

Javier said he would speak with me again next week on Monday or Tuesday.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585

CONFIDENTIAL                                                                    IT00000272

Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

2

CONFIDENTIAL

IT00000273

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, October 30, 2013 4:30 PM |
| **To:** | Mr. James D. Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

We're analyzing WT's proof of claim objection.  We spoke with ████ REDACTED - ATTORNEY- ████ and Solus's
counsel, Javier Schiffrin. ████ REDACTED - ATTORNEY-CLIENT PRIVILEGE ████

████████████████████  Javier said Solus might want to file its own objection.  And he called me again today
but didn't reach me.  I've returned the call.  I'll let you know what he says after we speak.

████████ REDACTED - ATTORNEY-CLIENT PRIVILEGE ████████
████████████████████.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

1

IT00000274

*Lawfeb / Mofel*

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Monday, July 07, 2014 4:52 PM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel Update -- Call with Jamie Tecce (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I spoke this afternoon with Jamie Tecce of Quinn about the upcoming briefing on the Interest Issues.

Jamie said he had discussed the matter with Steve Blauner of Solus. As of now, Tecce said they intend to file a two-three page brief on July 15. It would join our brief (or the brief that Law Debenture, BNYM, and Milbank file together) and discuss the Support Agreement. Tecce hasn't drafted their brief yet and said he would send us a draft when it's ready. ▮▮▮▮ REDACTED - ATTORNEY-CLIENT PRIVILEGE ▮▮▮▮

I told him that Law Debenture, BNYM, and the ad hocs will likely file one brief in the US and another in Canada. I said the Judges would likely appreciate having one brief from the three parties rather than separate briefs. Jamie said he thinks that will be fine with Blauner.

I also asked Jamie if Blauner had mentioned the NNCC no-call. Jamie said no, that he hadn't heard about that. I ▮▮▮▮ REDACTED - ATTORNEY-CLIENT PRIVILEGE ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ I told Jamie that it might make more sense for BNYM and Law Debenture to have the issues briefly discussed in the Milbank-led brief rather than full-blown separate briefs at the outset. We don't even know if the Canadians are focused on these issues and if they will mention them in their initial briefs. If they do, then we and BNYM can brief the issues more fully in the reply briefs. Jamie said he thought this made sense. I encouraged him to discuss this with Blauner and let me know his thoughts. Jamie said he would do so. Separately, I told Jamie that our view of the no-call is that it might be tough to prevail on it but that we are prepared to push for it.

We agreed to stay in touch throughout the week as all of this unfolds.

▮▮▮▮ REDACTED - ATTORNEY- ▮▮▮▮

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

CONFIDENTIAL

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, July 11, 2014 1:48 PM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel -- Call with Jamie Tecce (Highly Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie returned my call.

He said he's drafted six paragraphs on the Support Agreement.  He said this has been hard to do; the challenge is to show how the Support Agreement is relevant to the briefing requested by the Courts.

Jamie read me his statement and said he'd send it to me when he can.  He said he'd like to send it to me now because I've been helpful to them.

He knows that we will likely sign the brief drafted by Milbank.  I said we've given Milbank comments and Milbank expects to send an updated draft today to their clients.

I also said Milbank doesn't want to include our no-call discussion in their brief.  But I said I mentioned to Al Pisa that we understand that one BNYM series has a make-while.  (Al is checking that with Mike Riela.)  If that's accurate and Milbank agrees to include discussion of a make-whole in their brief, then they should include discussion of our no-call in their brief.  Otherwise, if there's no make-whole, then we might have to put our discussion of the no-call in a separate statement.

Jamie said that Steve Blauner of Solus is not really focused on the no-call.  Steve's attention is on the Support Agreement.  But Jamie added that the no-call must be mentioned in this round of briefing – it can't be waived.  He said there could some damages for the no-call.  I said that remains to be seen, that that might not necessarily be the case.  But, for now, the make-whole can't be waived and might have some settlement value.

I told him I would send him our draft of the no-call argument after we figure out with Milbank if it will go in their brief or in a separate brief.

Finally, we discussed that either our separate brief or their brief on the Support Agreement might include a footnote that says the Indenture Trustee agrees with their statement.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

CONFIDENTIAL                                                                                  IT00000276

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Monday, July 14, 2014 6:04 PM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce of Quinn called about our draft supplemental brief. He liked it and had a few questions, but otherwise no substantive proposed changes.

He wanted to know why we were filing this separately and not part of the Milbank brief. I explained that Milbank didn't want to include it in their brief, particularly since there doesn't appear to be a make-whole as we had thought. I also said we read the Judge's order to require us to identify any amounts that our bondholders might be entitled to above pre-petition interest and principal. Jamie agreed that we should file this and not risk waiving the no-call argument. He also said he liked the standing point but, as noted in a separate email, we will likely have to delete that point. I've called him and told him. He said he understood.

Finally, he asked me about footnote 4, which relates to Trustee fees. As he was reading it aloud, he realized it relates to Law Debenture's fees and its professionals' fees. He even mentioned that it relates to the charging lien. I said that's right, that those amounts are due the Trustee whether or not NNCC is solvent. I said we, Milbank, and Mike Riela all agree that that Trustee fees aren't part of this exercise. Jamie said he understood that as well.

Separately, he called me back to ask if we're filing our supplemental brief in Canada. I said no – that it will only be filed in the US. He said that's makes sense and that he will file his statement in just the US as well.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

CONFIDENTIAL

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, July 23, 2014 3:49 PM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | FW: Nortel Networks - 7.875% Notes (Confidential) |
| **Attachments:** | Nortel US PPI Settlement Agreement - Nortel US PPI Settlement Agreement.doc |

Attorney-Client Communication
Privileged and Confidential

Jim,

I called Jamie Tecce to find out if he's heard anything more and to ask for a copy of his mark-up.

Jamie said he heard that the ad hocs were having a call this afternoon but, if they did, his clients weren't invited.

He sent me the email he sent to Milbank on Monday and his mark-up.  I told him I would share it with you.  (Jamie says he doesn't plan to call Milbank but would wait to hear from them or his clients.)

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Wednesday, July 23, 2014 3:37 PM
**To:** Lowenthal, Daniel A. (x2720)
**Subject:** FW: Nortel Networks - 7.875% Notes

**From:** James Tecce
**Sent:** Monday, July 21, 2014 4:43 PM
**To:** Matz, Tom; Daniel Holzman
**Cc:** Stephen Blauner; Pisa, Albert A.; Harris, Jennifer; James Tecce; Jonathan Zinman
**Subject:** RE: Nortel Networks - 7.875% Notes

Tom.

A blackline reflecting the language is attached.  This remains subject to client review and approval; we're sending it to you in the interest of time.

1

CONFIDENTIAL

Thank you.

Jamie.

CONFIDENTIAL                                                                                                    IT00000279

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, July 23, 2014 4:22 PM |
| **To:** | Lowenthal, Daniel A. (x2720); Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel -- Memo to Files (Confidential) |

In a call this morning with Jamie Tecce, he mentioned what he said is the "worst-case scenario." All of the bonds except the NNCC holders reach a deal, the US Debtors or the ad hocs request an adjournment, Judge Gross doesn't adjourn the hearing, and Jamie and I are left to do the argument. (Of course, Akin would still have to do the argument for the Committee.) I told Jamie that I don't think this will happen. Either the hearing will be adjourned for everyone, or Milbank will have to argue as well. He said that's probably right.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

CONFIDENTIAL

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, July 23, 2014 5:19 PM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce just called.  He said he's heard that, as of now, "there's no deal with anyone."  And apparently the other holders might decide to carve the NNCC holders out of the deal.  Jamie said Milbank reviewed Solus's proposal with the other holders and some of them rejected it.

Jamie also said he doesn't know if the other holders and BNYM are close to finalizing a deal or not.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

CONFIDENTIAL

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Thursday, July 24, 2014 2:41 PM |
| **To:** | 'James Heaney' |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I spoke with Jamie Tecce.  He will also be on the 3 pm call.

I told him that if I need to address the issue, I would inform Judge Gross that it would be okay with Law Debenture if tomorrow's hearing in Delaware is cancelled.  I said it doesn't make sense to push for the hearing.  Judge Gross could say something to suggest he might rule in favor of FJR.  I said that would be bad for our holders and other creditors in the US.  Jamie agreed.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

IT00000299

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Thursday, August 07, 2014 12:15 PM |
| **To:** | frank.godino@lawdeb.com; James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel - Response To 9019 Motion (Confidential) |
| **Attachments:** | 6150874_2_Nortel - Response To 9019 Motion.DOC |

Attorney-Client Communication
Privileged and Confidential

Frank/Jim,

Jamie Tecce just called me again.  The sole purpose of the call was to thank me for the comments I gave him on his draft statement.  He said the comments make a lot of sense, that he relayed them to Steve Blauner, that he's revised his statement, and that it's much stronger now.  (He also said that the one change they likely won't make concerns the third-party beneficiary point.)  He said he wanted me to know how much he appreciated the comments.  I thanked him, said I had good input from my colleagues, and that I'm glad that the team here could add value.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Thursday, August 07, 2014 10:22 AM
**To:** 'frank.godino@lawdeb.com'; James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel - Response To 9019 Motion (Confidential)

Attorney-Client Communication
Privileged and Confidential

Frank/Jim,

Jamie Tecce, counsel for Solus and Macquarie, plan to file the pleading attached.  This is their statement in response to the US Debtor's motion to settle PPI with other bondholders.

We reviewed the statement and I gave Jamie our comments.  We suggested that the statement reference the no-call provision and related damages, delete the third-party beneficiary point, revise the paragraph where the statement says Judge Gross can decide his clients' issues now (Jamie said he had already made that change), delete the argument about the absolute priority rule, and delete or downplay the point that an independent representative should be appointed for NNCC.  Jamie said these are good comments and he expressed appreciation that I share them with him. ■REDACT■

He plans to send an updated draft to Cleary and Milbank today to restart settlement discussions for his clients.  He would file the pleading on the August 11 deadline.

1

Jamie did not ask that we file a statement on behalf of Law Debenture in response to the 9019 motion.

Jamie promised to keep me in the loop as this matter unfolds.

Separately, as a courtesy, I told him that I would send him our draft post-trial brief.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

2

CONFIDENTIAL                                                                                    IT00000301

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, September 12, 2014 10:32 AM |
| **To:** | 'James Heaney' |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel |

Attorney-Client Communication
Privileged and Confidential

Jim,

Please see the emails below.  I told Jamie that we will not attend since he will attend.

I also asked him to call or email me should anything of interest be said about the NNCC notes.

Dan

-----Original Message-----
From: James Tecce [mailto:jamestecce@quinnemanuel.com]
Sent: Friday, September 12, 2014 9:13 AM
To: Lowenthal, Daniel A. (x2720)
Subject: RE: Nortel

Thanks for reaching out to me on this.  I am going to try and attend.

-----Original Message-----
From: Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
Sent: Thursday, September 11, 2014 4:31 PM
To: James Tecce
Subject: Nortel

Jamie,

Depositions have been scheduled re the other bondholders' settlement of PPI:

September 15:  John Ray

September 18:  Mike Katzenstein

At first blush, I have assumed we wouldn't attend since the NNCC holders didn't settle.  But John Ray might be asked why he didn't settle with the NNCC holders.  Do you or your clients have a view about whether it would be worthwhile to attend?  If so, I will take that into consideration with Law Debenture in recommending whether to staff this or not.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

---------------------------------------------

1

    IT00000302

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

========================================================================

CONFIDENTIAL                                                                                      IT00000303

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, October 29, 2014 6:17 PM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I write concerning the upcoming settlement conference on November 3 and R▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮
▮▮▮▮▮▮

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Jamie Tecce of Quinn called me this afternoon about the conference.  He said he doesn't plan to attend.  He said his client's not a Core Party and so he might need Judge Gross's permission to attend.  While he thinks Judge Gross would grant permission, he doesn't want to ask the Judge a favor when he – Jamie – doesn't know if he'd have anything to say at the conference.  He also said that the Monitor's/Canadian Debtors' counsel has reserved the right to object to his attendance.  Jamie knows that I'll be there and can call him if necessary.

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Thanks.

Dan

1

IT00000304

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

CONFIDENTIAL

IT00000305

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, November 21, 2014 12:15 PM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel -- Holders' Motion to Estimate (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I just spoke with Jamie Tecce.

   He and Cleary haven't been discussing the motion. He assumes they'll speak before the December 5 objection deadline.

   Jamie also assumes many parties will object to their motion, including the US Debtors, the Monitor and Canadian Debtor, and the US Creditors' Committee.

   If Judge Gross doesn't rule on the bondholders' settlement before January 7, Jamie will likely adjourn his clients' motion again.

   I told Jamie that we have a Committee meeting on Monday and anticipate that Akin might ask us to leave the room if/when his holders' motion is discussed.

   Allen & Overy (Monitor's counsel) told Jamie they think the Support Agreement is ambiguous and will want discovery.

   Jamie said no discovery should be necessary. The US Debtors should decide if they will amend their schedules. If so, then that should take care of the prepetition amount due. What's due post-petition is a legal question.

   I asked Jamie what they plan to do about the no-call. Jamie said he would discuss that with Steve Blauner. Jamie speculated that if his clients get everything else then they might drop the no-call.

REDACTED - ATTORNEY-CLIENT PRIVILEGE

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

IT00000306

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, July 08, 2015 3:37 PM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | FW: Nortel -- Appeal |

Attorney-Client Communication
Privileged and Confidential

Jim,



1. Jamie Tecce said Steve Blauner doesn't want Law Debenture to appeal the allocation decisions in the US or Canada.
REDACTED - ATTORNEY-CLIENT PRIVILEGE

Jamie said he and Steve also see no reason why Law Debenture would appeal Judge Gross's decision.  Jamie said we (Law Debenture and Patterson) could work on the issues though the appeals that we all expect the bondholders and the Committee to file.
REDACTED - ATTORNEY-CLIENT PRIVILEGE

REDACTED - ATTORNEY-CLIENT PRIVILEGE

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

1

IT00000307

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Tuesday, August 04, 2015 3:50 PM |
| **To:** | James Heaney |
| **Cc:** | Frank Godino; Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel Update (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce called me about the next steps in the appeal process.  He knows his clients didn't want Law Debenture to appeal (and Law Debenture didn't per his instruction), but also that his clients' recoveries would be best if the US Interests win the appeal.  █████ REDACTED - ATTORNEY-CLIENT PRIVILEGE █████  But Jamie said his clients wouldn't want Law Debenture to file an "appellee" brief seeking to affirm Judge Gross's decision.  Jamie also said Law Debenture shouldn't "sit on the sidelines" and do nothing during the appeals.  Instead, Law Debenture should be involved, particularly since Law Debenture will want to be included if settlement is discussed.  He wouldn't want anyone to say Law Debenture can't participate in settlement talks because it is no longer involved in the litigation.

Jamie asked what I thought Law Debenture should do.  First, I said everyone knows and, if necessary, should be reminded that his clients serve on the ad hoc bondholders' committee and Law Debenture serves on the US Creditors' Committee.  Law Debenture can and is seeking to obtain the best result for US creditors through its work on the Committee.  Law Debenture should consider filing a brief stating that it's a core party that supported the US Debtors' position at trial, it's an active member of the Committee and its holders are members of the ad hoc bondholders' committee, and that it has read the appellants' briefs and generally agrees with them.  But, if the US Debtors say something that we don't like — such as on substantive consolidation — we could note Law Debenture's disagreement with that point.  Jamie said that all makes sense, and we agreed to consider that approach further.  He said I should also consult an appellate litigator at Patterson if I think that might help.

I said the appellees' statements of issues are due on August 17.  Jamie and I agreed that Law Debenture might not have any issues to submit.  █████ REDACTED - ATTORNEY-CLIENT PRIVILEGE █████

Please let me know if you have any questions.

Thanks.

Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

CONFIDENTIAL                                                                                   IT00000308

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, August 28, 2015 1:43 PM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce called me about Wednesday's mediation.

He said it's important that I attend mediation sessions because NNCC must have its own voice there.  He said I need to be there if Milbank is there.   And, given the Debtors' potential conflicts, it's also important that I'm there along with Cleary. Of course, Jamie knows that a mediator can exclude certain parties, but that I should push to be included.

Jamie asked what parties are doing to prepare for Wednesday's session with MJ Thynge.  I said her Order requires parties to confer before then about mediation logistics and other issues.  I said we've spoken with Akin but no one else. Jamie thinks I should speak with at least Akin, Cleary, and Milbank before Wednesday and participate in planning discussions.

He said he would call me again on Monday afternoon to find out if I have additional information that I can share with him.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

1

IT00000309

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Thursday, October 08, 2015 11:32 AM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel Update (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

████████ REDACTED - ATTORNEY-CLIENT ████████

First, I spoke today with Jamie Tecce. He said his clients appreciated that I was willing to speak with them yesterday. They told him that Trustees' counsel often won't speak with them and that discussions can be contentious. They said they were glad I was willing to listen to them. Next, Jamie said he and his clients have a call today at 11 am with the Committees' professionals. Jamie will explain how his clients analyze their claims. The Support Agreement should be recognized, there should be at least a par recovery, and the PBGC claim shouldn't count at NNCC since it didn't have employees. In addition, Judge Gross's allocation decision says each claim can be counted just once for allocation purposes. That should mean the PBGC gets just one claim. If the PBGC claim is applied at NNCC, then that would increase the allocation amount in the US, which all parties in the US should view favorably, and NNCC should then have a contribution claim against the other US estates for that amount. Separately, I asked Jamie to send me the case he mentioned about PBGC and joint and several liability. He said he reviewed the case again and it doesn't apply to this situation. Jamie expects that Akin won't agree that the NNCC holders are entitled to PPI.

Second, I told Jamie we will draft and submit to Judge Farnan a five-page mediation statement. I said Jamie should feel free to send me thoughts they have about what should be included. However, I said I don't know if I can share our draft with him. He said he understood and that he would send me some ideas. I also said US Debtors and the Committee will likely submit a joint seven-pager that will be circulated to all the mediation parties. I said we likely won't see reason to submit a seven-pager concerning NNCC issues. But, I noted, we should see a draft of the US Debtors' - Committee's filing by Monday. If it includes something that is detrimental to the NNCC holders, then we can consider submitting our own statement.

████████ REDACTED - ATTORNEY-CLIENT PRIVILEGE ████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

████████ REDACTED - ATTORNEY-CLIENT PRIVILEGE ████████

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

CONFIDENTIAL

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, June 15, 2016 11:24 AM |
| **To:** | James.Heaney@LAWDEB.COM |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I write to report on two calls we've had this week with Quinn.

As you know, last weekend I emailed Jamie Tecce to ask if they've signed an NDA.  Jamie said they did last Friday night.

On Monday, Brian and I spoke with Jamie and his colleague Daniel Holzman.  Jamie said Quinn has signed an NDA but their clients, Solus and PointState, remain restricted.  Jamie had received a term sheet from Lisa Schweitzer but not the PSA.  Jamie said they had a call scheduled with Lisa 15 minutes after our call began.  I told Jamie he should ask for the PSA and if the Debtors will appoint an independent director to represent NNCC in negotiations.  I said we have the PSA and have spotted about a dozen issues that relate to NNCC.  I also said we want to coordinate comments with Jamie and Daniel once they have the PSA.  They said they understood.  Finally, we discussed one obvious option: the Debtors and the NNCC holders could agree on an allowed amount of the holders' claim and escrow the disputed amount.  The holders could sign onto the deal and the disputed claim portion could be negotiated further or litigated at a later date.  We ended the call when Jamie and Daniel had to start their call with Lisa.  I asked them to keep us updated.

On Tuesday, I emailed Jamie asking if he had received the PSA, and saying we'd be glad to discuss that or anything else.  Jamie emailed back that he's traveling until Thursday and that Daniel could update us.  Daniel emailed us that they didn't have the PSA.  I called him to find out the status.  He said he and Jamie had spoken with Lisa on Monday but didn't ask for the PSA in that call.  They wanted to "get the lay of the land" and then speak with their clients.  They did both and then asked Lisa for the PSA but she hadn't sent it yet.  Daniel said they also didn't ask Lisa about an independent director because they didn't want to raise that issue yet.  I relayed to Daniel what I said was my unsolicited advice.  I said Core Parties seem to want to move fast to a resolution of outstanding issues, and that no one supports all of what the NNCC holders want.  I said I think it's important that Daniel and Jamie see, review, and comment on the PSA asap and focus on other issues as well.  Daniel said he understood.  We agreed to stay in touch.

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Thanks.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Thursday, June 16, 2016 12:37 PM |
| **To:** | James.Heaney@LAWDEB.COM |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce and Daniel Holzman called me this morning.  They received the PSA last night.  They also spoke with Cleary and John Ray.

Cleary/John told Jamie that there's not enough money for everyone to receive what they want.  They also said the Support Agreement is open to interpretation.

As a result, Jamie told me that this is "headed for litigation and won't be comfortable."  He acknowledged that the PBGC claim could be a big issue for the NNCC holders.

Jamie said their holders won't get restricted now and will see the PSA terms when there's a blowout.

I asked Jamie if he asked Cleary and John about appointing an independent director for NNCC.  Jamie says he didn't because an independent director and its counsel could cost the NNCC estate $1 million.  He said those fees would be paid by NNCC just as Trustee fees would be paid by NNCC.

Jamie and Daniel will speak with us tomorrow at 2:30 p.m. to take our comments on the PSA.  They hope to speak about the proposal on Monday with Milbank and on Tuesday with Brown Rudnick.

**REDACTED -**

Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

IT00000312

*Nortel*

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Tuesday, June 21, 2016 12:19 PM |
| **To:** | James D. Heaney (James.heaney@lawdeb.com) |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce called me this morning with an update.

He spoke yesterday with Andy LeBlanc and told Andy that the proposed PSA deal is unacceptable.  Andy told Jamie what he thinks the downside is for the NNCC holders.

Jamie will meet with Lisa Schweitzer tomorrow at Cleary and with Steve Pohl on Thursday.  Jamie said he wants to persuade Cleary and John Ray that the NNCC holders deserve better treatment than the PSA provides.

Jamie said he realizes that mediation yielded a bad deal for the NNCC holders: a condition of the deal – that all other parties favor – is a cap on recoveries for the NNCC holders.  The problem, he said, was that NNCC had no fiduciary at mediation to negotiate for it.  He knows that Law Debenture spoke up for the NNCC holders, but noted that Law Debenture isn't a fiduciary that represents NNCC.  And I told Jamie this was why we were in contact with him and encouraged him or his clients, or both, to become restricted.

Jamie said he's think he might need to make a motion for derivative standing at NNCC.

He also gave me citations to two cases he said I should read.

Jamie said he's glad he made the motion to estimate.  The US Debtors didn't want to have a hearing on the motion because they knew it had risks for them.  Jamie's clients agreed to adjourn the hearing, and the US Debtors agreed to schedule the intercompany claim as undisputed.

Jamie said he will call me after his meeting tomorrow with Lisa.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, June 22, 2016 11:23 AM |
| **To:** | James D. Heaney (James.heaney@lawdeb.com) |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce called me this morning.  He asked if I think we should ask Judge Farnan to mediate the NNCC issues.  I said Lisa Schweitzer had suggested a separate mediation of the NNCC issues when she and I spoke at the ABI conference in DC.  I told Jamie he should discuss this in his meeting today at 2 pm with Lisa.  I also said it would be good if the US Debtors would ask Judge Farnan to do this.  If they won't, I told Jamie that we can since Law Debenture is a mediation party.  He said he would ask me to call Judge Farnan and attend any mediation session with him.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

IT00000314

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, June 24, 2016 1:10 PM |
| **To:** | James D. Heaney (James.heaney@lawdeb.com) |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Highly Confidential) |

**Attorney-Client Communication**
**Privileged and Confidential**

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Jim,

Jamie Tecce and Daniel Holzman called me.

Steve Blauner will become restricted today.  He and Quinn hope to meet with Cleary by Tuesday to reach a settlement.

No one else knows about this.

Jamie/Daniel asked me to call Judge Farnan back and request that he not call Cleary about mediation.  But they want me to tell Judge Farnan that they will likely want to speak with him later next week, whether or not a settlement is reached with Cleary.  They know that even if the US Debtors and their holders come to terms, other Core Parties might take issue with such terms.

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

IT00000315

*Nortel*

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, June 29, 2016 10:03 AM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | RE: Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce just called me.

Quinn met with the Debtors last week and saw recovery scenarios. They're meeting again today.

Jamie's holders haven't and won't become restricted. Thus, Jamie is doing the negotiation but his clients don't know the analysis.

Solus believes they should receive at least par. Cleary says the Canadians will absolutely refuse payment of PPI to anyone. The US Debtors says they have arguments that the Support Agreement isn't enforceable. Jamie says those arguments are vague. But the US Debtors also say that even if the Support Agreement is enforceable, it doesn't require them to keep NNCC solvent post-petition. Jamie acknowledged the point, and I said we've discussed it here.

Jamie says he wants to be able to argue for a no-call. I told him that we'll send him cases, but that the law as it has developed and the Indenture aren't good. I cautioned him not to have unrealistic expectations about that portion of the claim. He said he appreciated that.

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Wednesday, June 29, 2016 8:53 AM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel

1

CONFIDENTIAL

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

**James D. Heaney**
Managing Director

**Direct:** 646-747-1252
**Email:** james.heaney@lawdeb.com

Law Debenture Trust Company of New York
400 Madison Avenue, Suite 4D, New York, NY 10017
Main Phone: (212) 750-6474 Facsimile: (212) 750-1361
Website: www.lawdeb.us

This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

Please consider the environment before printing this email.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Wednesday, June 29, 2016 8:51 AM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Fwd: Nortel

Jim,

Just an FYI re emails this morning from Quinn re a meeting they're having this afternoon with Cleary and a request to us for immediate help on the no-call issue.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

Begin forwarded message:

> **From:** James Tecce <jamestecce@quinnemanuel.com>
> **Date:** June 29, 2016 at 8:46:34 AM EDT
> **To:** "Lowenthal, Daniel A. (x2720)" <dalowenthal@pbwt.com>
> **Cc:** "Guiney, Brian P. (x2305)" <bguiney@pbwt.com>, Daniel Holzman
> <danielholzman@quinnemanuel.com>
> **Subject:** RE: Nortel

2

CONFIDENTIAL

Thanks.  Did you guys ever review whether there were cases on this; anything would be helpful.  We are headed to Cleary for another meeting this afternoon.  Thanks.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Wednesday, June 29, 2016 8:45 AM
**To:** James Tecce <jamestecce@quinnemanuel.com>
**Cc:** Guiney, Brian P. (x2305) <bguiney@pbwt.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Subject:** Re: Nortel

Jamie,

We've mentioned in papers that the claim includes a no-call, but the issue has not yet been briefed.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Jun 29, 2016, at 8:35 AM, James Tecce <jamestecce@quinnemanuel.com> wrote:

> Dan.  Do you guys have any memos of law you submitted on the makewhole
> in Nortel?  If so, can you please send them to us this morning.  I
> though you wrote about it one of the briefs.  Thanks in advance.
>
> JAMES C. TECCE
> Partner - Bankruptcy & Restructuring
> **Quinn Emanuel Urquhart & Sullivan,** LLP
>
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> 212-849-7199 Direct
> 212-849-7000 Main Office Number
> 212-849-7100 FAX
> jamestecce@quinnemanuel.com
> www.quinnemanuel.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

CONFIDENTIAL

IT00000318

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

CONFIDENTIAL

IT00000319

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| From: | Lowenthal, Daniel A. (x2720) |
| Sent: | Monday, December 24, 2012 10:37 AM |
| To: | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| Cc: | Lowenthal, Daniel A. (x2720) |
| Subject: | Nortel (Highly Confidential) |

**REDACTED - ATTORNEY WORK PRODUCT**

Spoke to Javier.

Short report:

They saw POC:

They (he and Blauner) are upset we didn't consult them first -- they have a majority and can direct us. He said LawDeb knew this last spring. I said they never proved their holdings. He said they're not "making this up" -- that they have a majority and we should assume so and they can supply evidence if LawDeb wants it. I said this isn't a point to debate. They either have a majority or they don't.

He said he just had "minor comments" and "nothing significant" about POC.

He wanted to know why we filed last week -- I said the motion explains that it took months to get whatever docs Dewey would send us.

He said Blauner and Dewey had e-mail correspondence about amending the POC. It led to a paragraph in the draft amended claim about the Support Agreement. He asked why our POC didn't say more about the Support Agreement. I said I'm virtually certain we haven't seen the e-mail correspondence. I said the POC references the Support Agreement and that that's sufficient at this time.

Finally, he asked if LawDeb is going to the mediation. I said Jim and I plan to go. I said we've been told that the mediator expects us to be there and we're going as a Committee member. He said he heard that mediation is to deal with cross-border issues and that inter-creditor issues might not be a part of it, and thus perhaps we shouldn't go.

He accepted all of my comments and concluded by wishing me a happy holiday season and saying we'll talk further next year.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

1

IT00000320

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, January 16, 2013 10:57 AM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel - Memo to Files (Confidential) |

Confidential
Attorney Work Product

This memo memorializes calls I've had with Javier Schiffrin, counsel for Solus, over the past several weeks. Brian also participated in several of the calls.

Javier first called me about the motion we filed seeking leave to amend LawDeb's claim. Steve Blauner later sent Jim Heaney and me an e-mail on the same subject. Javier and Steve said they were surprised to see the motion without having received prior notice. They said Solus deserved notice since, they asserted, it is a majority holder of the NNCC bonds. In response, I informed them that Solus had yet to comply with Jim Heaney's May 9, 2012 letter to Steve that set forth the type of information LawDeb wanted to receive demonstrating that Solus is a majority holder. In response, they then sent us information purporting to show that Solus holds a majority of the bonds.

Javier and Steve both said they want a "general protocol" with us and LawDeb concerning how we can "coordinate" efforts in the case. Javier made clear that Solus doesn't want to give us a direction letter. I made clear that we will ask Solus periodically to update the evidence of Solus' holdings. Javier suggested that we share information with them "to the extent we can." He acknowledged that we can't share any confidential information, including information we receive as a Committee member and during the mediation. **REDACTED - ATTORNEY WORK**

As a result of this understanding, I relayed the following to Javier. At the time, we were negotiating with Cleary revised language to the Order approving the motion to amend. (In fact, over several calls, I mentioned this to Javier four times. He didn't ask to see the draft language before it was finalized, and I have heard nothing from him about the Order after Judge Gross signed the final version.) I said our counsel in Canada would be filing a similar amended claim in Canada. And I said that Jim Heaney and I would be attending the mediation in Toronto the week of January 14.

I asked Javier if had any anything to share with us. He said he was working on a confidentiality agreement with the US Debtors. He said he and Solus had asked if they could participate in the mediation and were told they couldn't. I have heard nothing more from him about the status of the confidentiality agreement.

CONFIDENTIAL                                                                IT00000321

Finally, Javier also said he represents other (unspecified) holders that, together with Solus, hold 2/3 of the NNCC bonds.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

CONFIDENTIAL

IT00000322

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, October 22, 2014 2:44 PM |
| **To:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | RE: Nortel |

Separately, I spoke with Jamie Tecce today.    REDACTED - ATTORNEY WORK PRODUCT

But one item I'll pass along here.  Jamie said he had read the recent submission by the Monitor and Canadian Debtors on the PPI settlement and specifically what they said about the NNCC notes and the proof of claim filed by Law Debenture.  He dismissed the statements about the proof of claim as "BS" and said "the proof of claim is fine."

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, October 22, 2014 2:38 PM
**To:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel

REDACTED - ATTORNEY WORK PRODUCT

**From:** Guiney, Brian P. (x2305)
**Sent:** Wednesday, October 22, 2014 2:35 PM
**To:** Lowenthal, Daniel A. (x2720); Dent, Craig W. (x2864)
**Subject:** Nortel

REDACTED - ATTORNEY WORK PRODUCT

1

CONFIDENTIAL    IT00000323

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, October 29, 2014 4:00 PM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Subject:** | FW: Nortel |

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, October 29, 2014 3:58 PM
**To:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel

Both Tecce and Botter have called me. I've spoken with Tecce but left a vm for Botter.

Bottom line re Tecce – he doesn't plan to attend on November 3. He knows that I'll be there. He does plan to attend on November 4. (Also, no one's contacted him about his motion.)

**REDACTED - ATTORNEY WORK PRODUCT**

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

CONFIDENTIAL

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Tuesday, November 04, 2014 11:14 AM |
| **To:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Re: Nortel |

Lisa also told Jamie that she missed having him at yesterday's settlement conference.
Jamie told me separately that he and Steve Blauner had spoken a lot earlier in the week about whether Jamie should attend. They decided that he didn't need to, and he knew that I would be there and could contact him if necessary.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

> On Nov 4, 2014, at 9:37 AM, "Lowenthal, Daniel A. (x2720)" <dalowenthal@pbwt.com> wrote:
>
> Packed courtroom.
>
> I had a good conversation with Jamie Tecce. While speaking with him, Lisa S. came up to him and said, "Another day?" meaning she assumes he doesn't plan to raise his issues today. He told me he plans to say nothing today unless a lot is said about his clients and he feels compelled to say something. I said I plan to say nothing as well.
> .
>

CONFIDENTIAL

IT00000325

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Guiney, Brian P. (x2305) |
| **Sent:** | Thursday, August 11, 2016 2:27 PM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Cc:** | Dent, Craig W. (x2864) |
| **Subject:** | Call with Daniel Holzman of Quinn |

Craig and I just spoke with Daniel Holzman of Quinn.  We explained that in our ongoing review of the SPSA we have been wrestling with the sub con issue, and specifically what happens if the Judge refuses to approve the consolidation of NNCC and NNI.  As we all expected, Daniel's view is that if that term of the settlement is not approved, then the other terms of the settlement fall away, too.  We told him we agreed, and said we should all be on the lookout for any places in the agreement where the NNCC holders could be prejudiced in the event that the Judge does not approve sub con.  He said he appreciated that we are looking at and thinking about these issues, and we agreed to stay in touch as needed.

CONFIDENTIAL

IT00000326