# Exhibit I

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 2/4/2013 4:42:59 PM |
| **To:** | 'James Heaney' [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@s1ics03.pbwt.local> [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I write to update you on today's Committee call and a later call I had with Javier Schiffrin, counsel for Solus.



I spoke this afternoon with Javier. He had sent me an e-mail saying he wanted to confirm that "(1) the indenture trustee will be filing an issues list on behalf of the 2026s, either separately or as a joinder to a common submission; and (2) [Patterson] will provide us with a draft prior to filing, with confidential information redacted as necessary." I told Javier that Judge Gross and Justice Morawetz likely don't expect parties to list their individual, parochial issues. Rather, they likely want a list of the big, common issues, such as allocation. I also said that it might make sense for the Committee to indicate in its submission that each Committee member joins in and supports the joint list submitted by the Committee, the US Debtors, and the Ad Hocs. In response, Javier said that Solus requests that Law Debenture submit its own statement to Judge Gross. The statement can "me too" the US Debtors'/Committee/Ad Hocs' filing and not list any issues. But Solus believes that the 2026 holders should have their own voice in the case. "The symbolism is real," Javier said, and added that the Committee "doesn't speak for [the 2026 holders]" and that "optically, it would be extremely negative not to do this." In addition, Javier said Steve Blauner would throw a s--tfit if the trustee for the 2026 notes doesn't file even a one-page statement. Finally, Javier told me that while Solus is a member of the Ad Hoc group, there's "hostility" between Solus and Milbank, and comments Milbank has made have put Solus "on guard."

I told Javier that I would review all of this with Law Debenture and inform him in a day or two how Law Debenture will proceed.

Please let me know when you have time to discuss.

Thanks.

Dan
Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253

HIGHLY CONFIDENTIAL

dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL
IT00009293

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 2/28/2013 10:19:34 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject**: | Nortel Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 2/28/2013 5:57:20 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject**: | RE: Nortel Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Thursday, February 28, 2013 10:22 AM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel Update (Confidential)


Okay, thanks Dan.


**James D. Heaney**

Manager Director


**Direct:** 646-747-1252

**Email:** james.heaney@lawdeb.com


Law Debenture Trust Company of New York

400 Madison Avenue, Suite 4D, New York, NY  10017

Main Phone: (212) 750-6474  Facsimile:  (212) 750-1361

Website: www.lawdeb.us


This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.


 Please consider the environment before printing this email.


**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, February 28, 2013 10:20 AM
**To:** James Heaney

HIGHLY CONFIDENTIAL

**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel Update (Confidential)


Attorney-Client Communication

Privileged and Confidential


Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com


--------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.


--------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

==============================================================================

HIGHLY CONFIDENTIAL

IT00009298

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 5/29/2013 11:13:33 AM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject:** | Nortel- Update on Allocation Reply |
| **Attachments:** | 2732948_18(Responsive Allocation Submission (05.28.13 late evening edits))-c.pdf; Redline - 2732948_15(Responsive Allocation Submission (05.27.13 evening))-c and 2732948_18(Responsive Allocation Submission (05.28.13 late evening edi-c.pdf |

Attorney-Client Communication

Privileged and Confidential

Jim,



We'll send you a draft of our proposed joinder this afternoon.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253

HIGHLY CONFIDENTIAL

dalowenthal@pbwt.com
www.pbwt.com

**From:** Fagen, Matthew [mailto:mfagen@akingump.com]
**Sent:** Wednesday, May 29, 2013 9:57 AM
**To:** NORTELCOM*; Murrell, Vicente (External); Cann, C. Dana (External); Schreiber, Stephen (External)
**Cc:** NORTELAKIN; 'Nortel@capstoneag.com'; NORTELPROF*
**Subject:** RE: Nortel- Update on Allocation Reply

Dear Committee members,



**From:** Fagen, Matthew
**Sent:** Tuesday, May 28, 2013 12:18 AM
**To:** Kahn, Brad; NORTELCOM*; Murrell, Vicente (External); Cann, C. Dana (External); Schreiber, Stephen (External)
**Cc:** NORTELAKIN; Nortel@capstoneag.com; NORTELPROF*
**Subject:** RE: Nortel- Update on Allocation Reply

Dear Committee members,

HIGHLY CONFIDENTIAL

**From:** Kahn, Brad
**Sent:** Monday, May 27, 2013 2:07 PM
**To:** NORTELCOM*; Murrell, Vicente (External); Cann, C. Dana (External); Schreiber, Stephen (External)
**Cc:** NORTELAKIN; Nortel@capstoneag.com; NORTELPROF*
**Subject:** Nortel- Update on Allocation Reply

Dear Committee members,



Thanks

_____
IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/12/2013 11:08:11 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject**: | Nortel - Discovery Update |

Attorney-Client Communication

Privileged and Confidential

Jim,

 I'll e-mail you tonight or tomorrow to report whether the parties do or don't reach agreement.



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/12/2013 11:08:11 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel - Discovery Update |

Attorney-Client Communication

Privileged and Confidential

Jim,

███████████████████████████████████████████████████████████

███████████████████████████████ I'll e-mail you tonight or tomorrow to report whether the parties do or don't reach agreement.

███████████████████████████████████████████████████████████

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/13/2013 10:47:59 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | RE: Nortel - Discovery Update |

Attorney-Client Communication

Privileged and Confidential

Jim,

Here's a quick update before today's Committee call.



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253

HIGHLY CONFIDENTIAL

dalowenthal@pbwt.com
www.pbwt.com

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Wednesday, June 12, 2013 11:11 AM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel - Discovery Update

Thanks Dan!

**James D. Heaney**

Manager Director

**Direct:** 646-747-1252

**Email:** james.heaney@lawdeb.com

Law Debenture Trust Company of New York

400 Madison Avenue, Suite 4D, New York, NY 10017

Main Phone: (212) 750-6474 Facsimile: (212) 750-1361

Website: www.lawdeb.us

This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

Please consider the environment before printing this email.

HIGHLY CONFIDENTIAL

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Wednesday, June 12, 2013 11:08 AM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel - Discovery Update

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

------------------------------------------------

HIGHLY CONFIDENTIAL

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

================================================================================

HIGHLY CONFIDENTIAL                                                                                                    IT00009307

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 8/8/2013 10:00:18 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Frank Godino (Frank.Godino@LAWDEB.COM) [Frank.Godino@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject**: | Nortel -- Quick Update |

Jim and Frank,



Dan


Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct:  212-336-2720

Cell:  914-523-7585

Fax:  212-336-1253

HIGHLY CONFIDENTIAL

dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL
IT00009309

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 8/8/2013 10:00:18 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Frank Godino (Frank.Godino@LAWDEB.COM) [Frank.Godino@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel -- Quick Update |

Jim and Frank,



Dan


Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct:  212-336-2720

Cell:  914-523-7585

Fax:  212-336-1253

dalowenthal@pbwt.com

www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009311

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 1/8/2014 4:20:07 PM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject:** | Nortel Update |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253

HIGHLY CONFIDENTIAL

dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 1/8/2014 4:20:07 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel Update |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009315

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 1/22/2014 11:51:08 AM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject:** | Nortel ███████████████████████████████████ |

Attorney-Client Communication

Privileged and Confidential

Jim,

I hope you've been weathering the storm and your commute without too much trouble.

Here's a quick update ████████████████████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 1/22/2014 11:51:08 AM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject:** | Nortel ███████████████████ |

Attorney-Client Communication

Privileged and Confidential

Jim,

I hope you've been weathering the storm and your commute without too much trouble.

Here's a quick update ███████████████████████████████████

███████████████████████████████████████████████

HIGHLY CONFIDENTIAL

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

IT00009319

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 3/11/2014 4:51:14 PM |
| **To:** | James D. Heaney (James.heaney@lawdeb.com) [James.heaney@lawdeb.com] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject:** | Nortel -- Amendment and Supplement |
| **Attachments:** | Nortel_joint protocol.pdf |

Attorney-Client Communication

Privileged and Confidential

Jim,

The US Debtors filed the proposed Amendment and Supplement (attached).  The protections and options we sought are in this version. ██████████████████████████████████████████████████████████

████████████ I plan to attend in person in Delaware and will update you afterwards.

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Please let me know if you'd

like more detailed information about these matters. ██████████████████████████████████

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009321

Message
| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 3/26/2014 7:14:28 PM |
| **To:** | james.heaney@lawdeb.com |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject:** | Nortel Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 4/22/2014 2:28:44 PM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel (Confidential) |

**Attorney-Client Communication**
**Privileged and Confidential**

Jim,

I attended the pre-trial conference held today by Judge Gross and Justice Newbold.



HIGHLY CONFIDENTIAL



Dan

P.S. I realize that this email has two fonts.  I've written it on a new iPad.  Rather than risk losing the text by trying to figure out how to change half of it, I thought it better that I send it to you this way.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP

HIGHLY CONFIDENTIAL

1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

IT00009325

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 6/12/2014 9:47:06 AM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject:** | Nortel -- Settlement Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



On Monday, I attended a meeting at Cleary with Akin, Mike Riela, Milbank, its two restricted bondholders and their financial advisors (FTI).  The purpose of the meeting to discuss how the US would approach the settlement talks this week.

Dan

Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct:  212-336-2720

Cell:  914-523-7585

Fax:  212-336-1253

dalowenthal@pbwt.com

www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/26/2014 5:17:09 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | Nortel Update on PPI (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,

Craig told me that Fred mentioned during yesterday's Committee call the remarks I made in Court on Tuesday.

Here's the update on that.



I told Andy that I would press our objection to July 11. At stake is Wilmington Trust's objection to Law Debenture's claims.

Separately, I received a call from Solus' counsel, James Tecce, at the Quinn Emanuel firm.  He had heard the Judges want briefs on PPI.  I told him what I said at Tuesday's hearing and that we have a conference call with the Judges.  He said my remarks sounded good and he asked if he could call me tomorrow to find out what takes place in the Court conference.  I told him we could speak again tomorrow.

HIGHLY CONFIDENTIAL

I'll keep you posted.


Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/27/2014 11:22:05 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | Nortel (Confidential) |

Attorney-Client Communication

Privileged  and Confidential

Jim,

In today's call, the Judges set briefing schedules for PPI and allocation closings.

PPI —

Initial briefs:  July 15

Reply briefs:  July 22

Oral argument:  July 25 at 9 am

Allocation —

Initial briefs (proposed findings of facts and conclusions of law):  August 7

HIGHLY CONFIDENTIAL

Reply briefs:  September 10

Oral argument:  September 22 and 23



I will update Solus's counsel.  Perhaps they will want to file briefs on  PPI.  And I'm sure they will want to see a draft of our briefs.



Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/27/2014 3:39:12 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Re: Nortel (Confidential) |

**Attorney-Client Communication**
**Privileged and Confidential**

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Jun 27, 2014, at 1:20 PM, "James Heaney" <James.Heaney@LAWDEB.COM> wrote:
Thanks Dan!

Regards

Jim

**James D. Heaney**
Managing Director

**Direct:** 646-747-1252
**Email:** james.heaney@lawdeb.com

HIGHLY CONFIDENTIAL

Law Debenture Trust Company of New York
400 Madison Avenue, Suite 4D, New York, NY 10017
Main Phone: (212) 750-6474 Facsimile: (212) 750-1361
Website: www.lawdeb.us

This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

 Please consider the environment before printing this email.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Friday, June 27, 2014 11:22 AM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel (Confidential)

Attorney-Client Communication
Privileged and Confidential

Jim,

In today's call, the Judges set briefing schedules for PPI and allocation closings.

PPI —

Initial briefs: July 15

Reply briefs: July 22

Oral argument: July 25 at 9 am


Allocation —

Initial briefs (proposed findings of facts and conclusions of law): August 7

Reply briefs: September 10

Oral argument: September 22 and 23

HIGHLY CONFIDENTIAL

I will update Solus's counsel.  Perhaps they will want to file briefs on  PPI.  And I'm sure they will want to see a draft of our briefs.

Finally, we a drafting a notice of holders about the PPI briefing that we will send you later today.

Dan

Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct:  212-336-2720

Cell:  914-523-7585

Fax:  212-336-1253

dalowenthal@pbwt.com

www.pbwt.com

------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

=============================================================================

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 7/3/2014 2:04:37 PM |
| **To:** | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,



I also had another call with Solus' counsel, James Tecce, at the Quinn firm.  James said he would speak
with Steve Blauner and find out what he wants to brief, if anything.  I need to speak with James again
about their plans and will let you know.  (Separately, James had called to ask if holders can file briefs
on the Interest Issues.  I said that last weekend Milbank, Akin, and I revised the US Debtors' draft
scheduling order to delete references to Core Parties or parties-in-interest, thus not precluding holders
from filing briefs.  James said he appreciated that.)



That's where things stand.  Please let me know if you have any questions.

And have a good July 4th weekend.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 7/3/2014 2:04:37 PM |
| **To:** | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,



I also had another call with Solus' counsel, James Tecce, at the Quinn firm.  James said he would speak
with Steve Blauner and find out what he wants to brief, if anything.  I need to speak with James again
about their plans and will let you know.  (Separately, James had called to ask if holders can file briefs
on the Interest Issues.  I said that last weekend Milbank, Akin, and I revised the US Debtors' draft
scheduling order to delete references to Core Parties or parties-in-interest, thus not precluding holders
from filing briefs.  James said he appreciated that.)



That's where things stand.  Please let me know if you have any questions.

And have a good July 4th weekend.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 7/16/2014 4:20:43 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | Nortel Update (Highly Confidential) |

**ATTORNEY-CLIENT COMMUNICATION**

**PRIVILEGED AND CONFIDENTIAL**

**DO NOT PRODUCE**

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 16, 2014 4:14 PM

HIGHLY CONFIDENTIAL

**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel Update (Highly Confidential)

**ATTORNEY-CLIENT COMMUNICATION**

**PRIVILEGED AND CONFIDENTIAL**

**DO NOT PRODUCE**



Here's the update. 

HIGHLY CONFIDENTIAL



I asked if all of the ad hoc committee members are aware of these developments or just the restricted members. Milbank said all of the members are aware of developments but only the restricted members know all of the details. And, as of now, all but one of the ad hoc committee members supports it. That member is not an NNCC holder. In response to my next question, Milbank says Solus has been on the ad hoc committee calls and supports this. Milbank also expects that all members will eventually support the proposed deal.



Please let me know if you have any questions. We will keep you posted on developments.


Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585

Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL
IT00009340

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 7/16/2014 6:55:43 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | Re: Nortel Update (Highly Confidential) |

ATTORNEY-CLIENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
DO NOT PRODUCE


Jim,



Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com


On Jul 16, 2014, at 4:20 PM, "Lowenthal, Daniel A. (x2720)" <dalowenthal@pbwt.com> wrote:
**ATTORNEY-CLIENT COMMUNICATION**
**PRIVILEGED AND CONFIDENTIAL**
**DO NOT PRODUCE**


Jim,



Dan

IT00009341

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com


**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 16, 2014 4:14 PM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel Update (Highly Confidential)

**ATTORNEY-CLIENT COMMUNICATION**
**PRIVILEGED AND CONFIDENTIAL**
**DO NOT PRODUCE**



HIGHLY CONFIDENTIAL



I asked if all of the ad hoc committee members are aware of these developments or just the restricted members. Milbank said all of the members are aware of developments but only the restricted members know all of the details. And, as of now, all but one of the ad hoc committee members supports it. That member is not an NNCC holder. In response to my next question, Milbank says Solus has been on the ad hoc committee calls and supports this. Milbank also expects that all members will eventually support the proposed deal.



Please let me know if you have any questions. We will keep you posted on developments.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 7/22/2014 3:52:21 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | RE: Nortel Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

HIGHLY CONFIDENTIAL

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Tuesday, July 22, 2014 2:27 PM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel Update (Confidential)

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP

HIGHLY CONFIDENTIAL

1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 7/23/2014 2:32:19 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | RE: Nortel (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 23, 2014 12:32 PM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel (Confidential)


Attorney-Client Communication

Privileged and Confidential


Attorney-Client Communication

Privileged and Confidential


Jim,



Mike also asked Tom if there's any update about Solus.  Tom said he understands that Solus has had some discussions with the US Debtors.

Dan

HIGHLY CONFIDENTIAL                                                                IT00009348

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 23, 2014 10:32 AM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel (Confidential)

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

HIGHLY CONFIDENTIAL

Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct:  212-336-2720

Cell:  914-523-7585

Fax:  212-336-1253

dalowenthal@pbwt.com

www.pbwt.com

HIGHLY CONFIDENTIAL

IT00009350

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 7/23/2014 3:25:24 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | RE: Nortel (Confidential) |

Attorney-Client Communication

Privileged and confidential

Jim,

Mike Riela called. He spoke with Tom Kreller. Mike first asked Tom about the status of Solus. Tom said Solus is not on board with the proposed deal and Milbank is considering how they can "work around" Solus and Law Debenture.



Last Friday afternoon, Mike and I had a call with Tom, Andy LeBlanc, and Al Pisa. I told them that Law Debenture would need a direction letter and an indemnity. We talked at length about the paragraph of the agreement that mentions the no-call. I said that would have to be clarified. I even said I recognized that I was taking up a lot of time on the call talking about that. In addition, what we know (I don't know if Tom knows this) is that Jamie Tecce marked-up the agreement and sent (or Steve Blauner) sent that version to the US Debtors.

Dan

IT00009351

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 23, 2014 2:32 PM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel (Confidential)

Attorney-Client Communication

Privileged and Confidential

Jim,



After speaking with me, Mike planned to call Milbank. Before he tells Milbank BNYM's current position, he will ask about the status of the negotiations with Solus and if the ad hocs and US Debtors will proceed to sign the agreement and file a 9019 motion if the NNCC noteholders haven't agreed to a deal yet. Based on what he hears, he will decide if he will convey BNYM's latest position in the call.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com


**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 23, 2014 12:32 PM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel (Confidential)


Attorney-Client Communication

Privileged and Confidential


Attorney-Client Communication

Privileged and Confidential


Jim,

Mike also asked Tom if there's any update about Solus.  Tom said he understands that Solus has had some discussions with the US Debtors.

████████████████████████████████████████████████████████

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, July 23, 2014 10:32 AM
**To:** 'James Heaney'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel (Confidential)

Attorney-Client Communication

Privileged and Confidential

Jim,

I just had a call with Mike Riela.  ████████████

████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL



o,

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 12/16/2014 4:14:30 PM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject:** | Nortel (Confidential) |
| **Attachments:** | Nortel - Notice of Amended Schedules.pdf; NNI Amended Schedules Summary Page.pdf; NNCC Amended Schedules Summary Page.pdf |

Attorney-Client Communication

Privileged and Confidential

Jim,

I called Jamie Tecce about the amendments to NNI's and NNCC's schedules (attached). Jamie said the amendments "took the wind out of our sales" concerning his clients' motion to estimate. He said they might wait until decisions on both the PPI settlement and allocation are issued before litigating the merits of the motion. They might even wait until plan confirmation to address the merits.

Jamie said his clients have no "allies" other that Law Debenture. Hopefully, he said, they can find another ally in the capital structure. He's mindful that the PBGC is on the Creditors' Committee and that Law Debenture has just one of three votes.

I mentioned that NNI and NNCC have until December 31 to file proofs of claim related to the amendments. Jamie said he had hoped NNCC might file a proof of claim concerning the Support Agreement, but Lisa Schweitzer told him they will not. I said Law Debenture, as Trustee on the NNCC notes, doesn't plan to amend its proof of claim (assuming Law Debenture could even do so) to raise the third-party beneficiary concept or anything else. Jamie said he understood.

At the January 7 hearing, Jamie plans to update Judge Gross on the status of the matter. ████████████
████

██

HIGHLY CONFIDENTIAL

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

IT00009357

**Message**

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/25/2015 8:40:45 AM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel Call |

```
Attorney-Client Communication
Privileged and Confidential

Jim,
```

███████████████████████████████████████████████████████████████

```
Also, we're waiting to hear from Quinn on a draft motion we sent them.  If parties still plan to file
motions, then I'll email Quinn later this morning.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
```

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/25/2015 5:05:57 PM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Fwd: Nortel -- Draft Motion for Reconsideration (Confidential) |
| **Attachments**: | 6805736_2.doc; ATT00001.htm |

Attorney-Client Communication
Privileged and Confidential

Jim,

Attached is Quinn's revised draft of our motion for reconsideration.

We are reviewing it now.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com


Begin forwarded message:
**From:** James Tecce <jamestecce@quinnemanuel.com>
**Date:** May 25, 2015 at 4:48:00 PM EDT
**To:** "Lowenthal, Daniel A. (x2720)" <dalowenthal@pbwt.com>
**Cc:** Daniel Holzman <danielholzman@quinnemanuel.com>, James Tecce <jamestecce@quinnemanuel.com>
**Subject: RE: Nortel -- Draft Motion for Reconsideration (Confidential)**
Dan, please find our comments attached.

As I understand it, Cleary is going to file a motion for reconsideration.  I view that as better for us.

Also, I spent some time today focused on the proper response if parties do simply file notices of appeal, and I can discuss that with you as well.

Let's talk whenever you're free.  We'll work around your schedule.

Best,

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Monday, May 25, 2015 4:36 PM
**To:** James Tecce
**Cc:** Daniel Holzman
**Subject:** Re: Nortel -- Draft Motion for Reconsideration (Confidential)

What's the status?

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com


On May 25, 2015, at 10:36 AM, James Tecce <jamestecce@quinnemanuel.com> wrote:

Agreed.  We'll send our comments on the motion shortly; I'm asking our appellate litigators
about our posture vis a vis the appeal as well, i.e., is there anything we put in the Notice
of Appeal to suggest that we would be an appellee on certain issues.

Thanks.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Monday, May 25, 2015 10:23 AM
**To:** James Tecce; Daniel Holzman
**Subject:** Re: Nortel -- Draft Motion for Reconsideration (Confidential)

Are you hearing that Milbank's pushing Cleary to file an appeal and not a motion for reconsideration? If all the US parties
(Debtors, Milbank, and UCC) appeal, then -- as we discussed a week or so ago -- Law Debenture would as well.


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com


**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Saturday, May 23, 2015 01:04 PM Eastern Standard Time
**To:** James Tecce <jamestecce@quinnemanuel.com>

HIGHLY CONFIDENTIAL

**Subject**: Re: Nortel -- Draft Motion for Reconsideration (Confidential)

Sounds good.

Same to you.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On May 23, 2015, at 12:34 PM, James Tecce <jamestecce@quinnemanuel.com> wrote:

Thanks, Dan.  We'll review this weekend.

Enjoy your Memorial Day.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, May 21, 2015 7:34 PM
**To:** James Tecce; Daniel Holzman
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel -- Draft Motion for Reconsideration (Confidential)

**Subject to Common Interest**

Jamie and Daniel,

The motion seeks clarification based on the omission of NNCC from Judge Gross's decision.  This falls squarely within F. Rule Civ. P. 60.  We also mention Rule 59 in footnote 5.

We also set forth a reservation of rights on behalf of the NNCC notes, along the lines of what we discussed with Daniel.

This draft is subject to Law Debenture's review and comment, as well as our counsel in Delaware.

We welcome your thoughts.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720

HIGHLY CONFIDENTIAL

Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/25/2015 8:40:45 AM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | Nortel Call |

```
Attorney-Client Communication
Privileged and Confidential

Jim,
```



```
Also, we're waiting to hear from Quinn on a draft motion we sent them.  If parties still plan to file
motions, then I'll email Quinn later this morning.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
```

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 5/27/2015 1:26:59 PM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject:** | Nortel -- BNYM Joinder |
| **Attachments:** | 042115250480.pdf |

Jim,

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/27/2015 1:31:40 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel -- Law Debenture's Motion for Reconsideration |
| **Attachments**: | Nortel - Law Debenture Motion to Reconsider (Dkt. No. 15615) - 5.26.15.pdf |

Jim,

Here's the filed version of the motion for reconsideration.

The objection deadline is June 15, and the hearing date is June 30.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/27/2015 4:17:18 PM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel -- Canada |

Attorney-Client Communication
Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/9/2015 10:57:49 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel -- Response |
| **Attachments**: | 6839848_2_rider for objection to Debtors_ reconsideration pleading.DOC |

Attorney-Client Communication

Privileged and Confidential

Jim.

Here's a draft response to the US Debtors' Motion for Reconsideration.

The response addresses one issue: ██████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

Quinn sent us some draft language for this.  We've included some of their suggestions and sent them this draft.

Please let us know your thoughts.  The due date is Friday.

Thanks.

Dan

Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

IT00009368

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 6/19/2015 2:39:29 PM |
| **To:** | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject:** | Nortel - Draft US Debtors' Reply brief in Support of Motion for Reconsideration |

**Attorney-Client Communication**
**Privileged and Confidential**

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

Begin forwarded message:

**From:** "Hodara, Fred" <fhodara@AkinGump.com>
**Date:** June 19, 2015 at 9:55:55 AM EDT
**To:** "Riela, Michael (External)" <mriela@vedderprice.com>
**Cc:** "Johnson, Robert" <rajohnson@AkinGump.com>, "Fagen, Matthew" <mfagen@akingump.com>, NORTELCOM* <NORTELCOM@akingump.com>, Carbajal David <Carbajal.David@pbgc.gov>, "Taylor Thomas (Taylor.Thomas@pbgc.gov)" <Taylor.Thomas@pbgc.gov>, Wilson Garth <Wilson.Garth@pbgc.gov>, "Gran Christopher" <Gran.Christopher@pbgc.gov>, "Murrell, Vicente (External)" <murrell.vicente@pbgc.gov>, "pfeuffer.marc@pbgc.gov" <pfeuffer.marc@pbgc.gov>, NORTELAKIN <NORTELAKIN@akingump.com>, NORTELPROF* <NORTELPROF@akingump.com>, "ckearns@thinkbrg.com" <ckearns@thinkbrg.com>, "jborow@thinkbrg.com" <jborow@thinkbrg.com>, "Jeffrey Hyland (jhyland@thinkbrg.com)" <jhyland@thinkbrg.com>, "acowie@thinkbrg.com" <acowie@thinkbrg.com>
**Subject: Re: Nortel - Draft US Debtors' Reply brief in Support of Motion for Reconsideration**

HIGHLY CONFIDENTIAL

███████████████████████████████████████████████████████

**Fred S. Hodara**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.8040 | Internal: 38040
Fax: +1 212.872.1002 | Mobile: +1 347.933.0309 | fhodara@akingump.com | akingump.com | Bio

On Jun 19, 2015, at 2:54 PM, Riela, Michael J. <mriela@vedderprice.com> wrote:

████████████████████████████████████████████████████████

-------- Original message --------
From: "Johnson, Robert" <rajohnson@AkinGump.com>
Date: 06/19/2015 8:39 AM (GMT-05:00)
To: "Fagen, Matthew" <mfagen@akingump.com>, NORTELCOM* <NORTELCOM@akingump.com>,
Carbajal David <Carbajal.David@pbgc.gov>, "Taylor Thomas (Taylor.Thomas@pbgc.gov)"
<Taylor.Thomas@pbgc.gov>, Wilson Garth <Wilson.Garth@pbgc.gov>, Gran Christopher
<Gran.Christopher@pbgc.gov>, "Murrell, Vicente (External)" <murrell.vicente@pbgc.gov>,
pfeuffer.marc@pbgc.gov
Cc: NORTELAKIN <NORTELAKIN@akingump.com>, NORTELPROF*
<NORTELPROF@akingump.com>, ckearns@thinkbrg.com, jborow@thinkbrg.com, "Jeffrey Hyland
(jhyland@thinkbrg.com)" <jhyland@thinkbrg.com>, acowie@thinkbrg.com
Subject: RE: Nortel - Draft US Debtors' Reply brief in Support of Motion for Reconsideration

████████████████████████████████████████████████████████

**Robert A. Johnson**
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park ⦙ New York, NY 10036-6745 ⦙ USA ⦙ Direct: +1 212.872.1077 ⦙ Internal: 31077
Fax: +1 212.872.1002 ⦙ Mobile: +1 917.921.5082 ⦙ rajohnson@akingump.com ⦙ akingump.com ⦙ Bio

**From:** Fagen, Matthew
**Sent:** Thursday, June 18, 2015 6:34 PM
**To:** NORTELCOM*; Carbajal David; Taylor Thomas (Taylor.Thomas@pbgc.gov); Wilson Garth; Gran Christopher; Murrell,
Vicente (External); pfeuffer.marc@pbgc.gov
**Cc:** NORTELAKIN; NORTELPROF*; ckearns@thinkbrg.com; jborow@thinkbrg.com; Jeffrey Hyland
(jhyland@thinkbrg.com); acowie@thinkbrg.com
**Subject:** Nortel - Draft Bondholder Group Reply in Support of Motion for Reconsideration

Dear Committee members,

HIGHLY CONFIDENTIAL



Thank you.

**Matthew C. Fagen**
**AKIN GUMP STRAUSS HAUER & FELD** LLP
One Bryant Park │ New York, NY 10036-6745 │ USA │ Direct: +1 212.872.7425 │ Internal: 37425
Fax: +1 212.872.1002 │ mfagen@akingump.com │ akingump.com │ Bio

---

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales and with Vedder Price (CA), LLP which operates in California.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 9/1/2015 11:24:49 AM |
| **To:** | Mr. James D. Heaney [James.heaney@lawdeb.com] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject:** | Nortel (Confidential) |

Jim,

We finished the conference call concerning tomorrow's Court conference.

The following issues were discussed:



1.  Participants at mediation.

2.  Submissions.

3.  Confidentiality.

4.  The Mediator.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 1/6/2016 11:24:05 AM |
| **To**: | Heaney, James (External) [James.Heaney@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | RE: Nortel -- Mediation (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



HIGHLY CONFIDENTIAL

Dan

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Tuesday, January 05, 2016 12:22 PM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel -- Mediation

Dan

Okay thanks.

Happy New Year!

Regards,

Jim

**James D. Heaney**

Managing Director

**Direct:** 646-747-1252

**Email:** james.heaney@lawdeb.com

HIGHLY CONFIDENTIAL

Law Debenture Trust Company of New York

400 Madison Avenue, Suite 4D, New York, NY 10017

Main Phone: (212) 750-6474 Facsimile: (212) 750-1361

Website: www.lawdeb.us

This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

Please consider the environment before printing this email.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, January 05, 2016 12:10 PM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel -- Mediation

Attorney-Client Communication

Privileged and Confidential

Jim,

Happy New Year.

Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

---

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 1/6/2016 12:40:00 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | RE: Nortel -- Mediation (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim,



Dan

HIGHLY CONFIDENTIAL

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Wednesday, January 06, 2016 11:29 AM
**To:** Lowenthal, Daniel A. (x2720); James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Re: Nortel -- Mediation (Confidential)


Thanks Dan


---

**From**: Lowenthal, Daniel A. (x2720) <dalowenthal@pbwt.com>
**To**: James Heaney
**Cc**: Guiney, Brian P. (x2305) <bguiney@pbwt.com>; Dent, Craig W. (x2864) <cdent@pbwt.com>
**Sent**: Wed Jan 06 16:24:05 2016
**Subject**: RE: Nortel -- Mediation (Confidential)

Attorney-Client Communication

Privileged and Confidential


Jim,



Dan

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Tuesday, January 05, 2016 12:22 PM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** RE: Nortel -- Mediation

Dan

Okay thanks.

Happy New Year!

Regards,

Jim

**James D. Heaney**

Managing Director

HIGHLY CONFIDENTIAL

**Direct:** 646-747-1252

**Email:** james.heaney@lawdeb.com

Law Debenture Trust Company of New York

400 Madison Avenue, Suite 4D, New York, NY 10017

Main Phone: (212) 750-6474 Facsimile: (212) 750-1361

Website: www.lawdeb.us

This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

Please consider the environment before printing this email.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, January 05, 2016 12:10 PM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel -- Mediation

Attorney-Client Communication

Privileged and Confidential

Jim,

Happy New Year.

HIGHLY CONFIDENTIAL



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

---

---

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 4/20/2016 11:04:32 AM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject:** | Nortel Update |

Attorney-Client Communication
Privileged and Confidential

Jim,

Here's a report on yesterday's Court hearing.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Message
| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 4/27/2016 10:23:39 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | Nortel Update (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/17/2016 4:40:56 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | RE: Nortel |
| **Attachments**: | 04313244900.pdf |

Jim,

Here's the decision.

Dan

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Tuesday, May 17, 2016 4:35 PM
**To:** Lowenthal, Daniel A. (x2720)
**Subject:** RE: Nortel

Thanks Dan

**James D. Heaney**

Managing Director

**Direct:** 646-747-1252

**Email:** james.heaney@lawdeb.com

Law Debenture Trust Company of New York

400 Madison Avenue, Suite 4D, New York, NY 10017

Main Phone: (212) 750-6474  Facsimile: (212) 750-1361

HIGHLY CONFIDENTIAL

Website: www.lawdeb.us

This e-mail is confidential and may also be privileged. If you have received it by mistake please let us know by reply and then delete it from your system. You should not copy the message, disclose its contents to anyone or otherwise use the information it contains as to do so could be a breach of confidence. Any content which does not arise in the conduct of the official business of Law Debenture is neither given nor endorsed by it.

 Please consider the environment before printing this email.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, May 17, 2016 4:33 PM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel

Jim,



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=GUINEYB] |
| **Sent**: | 11/17/2016 1:41:33 PM |
| **To**: | 'James.heaney@lawdeb.com' (James.heaney@lawdeb.com) [James.heaney@lawdeb.com] |
| **CC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | RE: Nortel -- Weekly Committee Call -- Tomorrow (11/17) at 11 a.m. ET |



Brian P. Guiney

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY 10036-6710

P. (212) 336.2305

F. (212) 336.1256

E. bguiney@pbwt.com

**From:** Guiney, Brian P. (x2305)
**Sent:** Thursday, November 17, 2016 1:40 PM
**To:** 'James.heaney@lawdeb.com' (James.heaney@lawdeb.com)
**Cc:** Lowenthal, Daniel A. (x2720)
**Subject:** RE: Nortel -- Weekly Committee Call -- Tomorrow (11/17) at 11 a.m. ET

Jim,



HIGHLY CONFIDENTIAL



Thanks,

Brian

Brian P. Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
P. (212) 336.2305
F. (212) 336.1256
E. bguiney@pbwt.com

**From:** Guiney, Brian P. (x2305)
**Sent:** Thursday, November 17, 2016 11:04 AM
**To:** 'James.heaney@lawdeb.com' (James.heaney@lawdeb.com)
**Cc:** Lowenthal, Daniel A. (x2720)
**Subject:** FW: Nortel -- Weekly Committee Call -- Tomorrow (11/17) at 11 a.m. ET

Jim,



Brian

HIGHLY CONFIDENTIAL

Brian P. Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
P. (212) 336.2305
F. (212) 336.1256
E. bguiney@pbwt.com

**From:** Loring, Anthony [mailto:aloring@akingump.com]
**Sent:** Wednesday, November 16, 2016 7:16 PM
**To:** NORTELCOM*
**Cc:** NORTELAKIN; NORTELPROF*; NORTEL BRG; 'Good, Katherine (KGood@wtplaw.com)'
**Subject:** Nortel -- Weekly Committee Call -- Tomorrow (11/17) at 11 a.m. ET





**Anthony Loring**

**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park ┊ New York, NY 10036-6745 ┊ USA ┊ Direct: +1 212.872.1094 ┊ Internal: 31094
Fax: +1 212.872.1002 ┊ aloring@akingump.com ┊ akingump.com ┊ Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

HIGHLY CONFIDENTIAL