# Exhibit L

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 9/21/2012 2:49:11 PM |
| **To**: | 'James Heaney' [James.Heaney@LAWDEB.COM]; 'Remo Reale' [Remo.Reale@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel - Case Update |

Attorney-Client Communication

Privileged and Confidential

Jim and Remo,

Here's an update on the Nortel bankruptcy cases.



                                                                    IT00009232



If you have any questions, or wish to discuss this update in greater detail, please do not hesitate to contact us.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

IT00009233

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 12/21/2012 8:23:51 AM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com]; Remo J. Reale [remo.reale@lawdeb.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel - Case Update |

Attorney-Client Communication
Privileged and Confidential

Jim and Remo,

Here's an update on the Nortel bankruptcy cases.



If you have any questions, or wish to discuss this update in greater detail, please do not hesitate to contact us.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585

HIGHLY CONFIDENTIAL

Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

IT00009235

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 9/22/2015 4:50:11 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **Subject**: | Nortel Quarterly Update - September 2015 |

**Attorney-Client Communication // Privileged and Confidential**

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL                                                                      IT00009236



Please let us know if you have any questions or would like to discuss this case in greater detail.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009238

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 12/15/2015 4:04:23 PM |
| **To**: | Heaney, James (External) [James.Heaney@lawdeb.com]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **Subject**: | Nortel Quarterly Update - December 2015 (Confidential) |

**Attorney-Client Communication // Privileged and Confidential**

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this case in greater detail.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 1/5/2015 2:43:39 PM |
| **To**: | Remo J. Reale (remo.reale@lawdeb.com) [remo.reale@lawdeb.com]; James Heaney [James.Heaney@LAWDEB.COM] |
| **Subject**: | Nortel Update - December 2014 |
| **Flag**: | Follow up |

**Attorney-Client Communication // Privileged and Confidential**

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this case in greater detail.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 3/20/2015 6:05:56 PM |
| **To:** | James Heaney [James.Heaney@LAWDEB.COM]; Remo J. Reale (remo.reale@lawdeb.com) [remo.reale@lawdeb.com] |
| **Subject:** | Nortel Update - March 2015 |

**Attorney-Client Communication // Privileged and Confidential**

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this case in greater detail.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009246

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/24/2016 11:32:17 AM |
| **To**: | James D. Heaney (James.heaney@lawdeb.com) [James.heaney@lawdeb.com]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **Subject**: | Nortel Update (Confidential) |

**Attorney-Client Communication**

**Privileged and Confidential**

Jim and Remo,



Here is an update on the Nortel bankruptcy cases.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss these cases in greater detail.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009250

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 9/24/2013 11:47:11 AM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject**: | Nortel - Quarterly Update (Confidential) |

*Attorney-Client Communication // Privileged and Confidential*

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this in greater detail.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Message
***

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 9/23/2014 4:06:40 PM |
| **To**: | Mr. James D. Heaney [James.heaney@lawdeb.com]; Remo J. Reale [remo.reale@lawdeb.com] |
| **BCC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc]; Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | Nortel Update - September 2014 |

**Attorney-Client Communication // Privileged and Confidential**

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009256



Please let us know if you have any questions or would like to discuss this case in greater detail.


Dan

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 1/3/2017 1:25:07 PM |
| **To:** | Horwitz, Sandra [shorwitz@delawaretrust.com] |
| **CC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb] |
| **Subject:** | RE: December Status Report |
| **Attachments:** | Delaware Trust Company - Nortel - Monthly Default-Bankruptcy Report (Jan....xlsx |

Sandi,

Here's our report on the Nortel case. █████████████████████████████
████████████████████████████████████████████████████████████████

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** Horwitz, Sandra [mailto:shorwitz@delawaretrust.com]
**Sent:** Tuesday, January 03, 2017 7:21 AM
**To:** Horwitz, Sandra
**Subject:** December Status Report

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Sandi Horwitz

Managing Director

Delaware Trust Company

HIGHLY CONFIDENTIAL

2711 Centerville Road
Wilmington, DE 19808
Office: 302-636-5860

Cell: 302-300-2839

Fax: 302-636-8666
Email: shorwitz@delawaretrust.com

trust@delawaretrust.com



---

NOTICE: This e-mail and any attachments is intended only for use by the addressee(s) named herein and may contain legally privileged, proprietary or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me via reply email or at (800) 927-9800 and permanently delete the original copy and any copy of any e-mail, and any printout.

HIGHLY CONFIDENTIAL

IT00009259

| | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | DEFAULTED OR BANKRUPTCY MATTERS | | | | | | |
| 3 | | | | | [January, 2017] | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | Law Firm Representing Delaware Trust | Attorney Name and Phone Number | Predecessor Trustee | Debtor Name | Issuer/Obligor Name (if different from Debtor) | Bankruptcy Filing Date | Jurisdiction | Security Document Filings | Bar Date | Member of Creditors' Committee | Status Update (comment briefly on bondholder activity, motions filed, significant terms of the Plan, etc.) |
| 6 | Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal; (212) 336-2720 | Bank of New York; Law Debenture Trust Company of New York | Nortel Networks Inc., et al. | Nortel Networks Capital Corporation Nortel Networks Limited (Canadian guarantor) | 1/14/09 | Delaware | | 9/30/09 | Yes | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent:** | 4/2/2014 12:18:39 PM |
| **To:** | Remo Reale [Remo.Reale@LAWDEB.COM]; James Heaney [James.Heaney@LAWDEB.COM] |
| **CC:** | Thomas Musarra [Thomas.Musarra@LAWDEB.COM] |
| **BCC:** | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject:** | Nortel -- Case Update (April 2014) |

Attorney-Client Communication // Privileged and Confidential

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this case in greater detail.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com



**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Sunday, December 22, 2013 3:04 PM
**To:** 'James Heaney'; 'Remo Reale'
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel -- Case Update

HIGHLY CONFIDENTIAL

Attorney-Client Communication // Privileged and Confidential

Jim and Remo,

Here is an update on the Nortel bankruptcy cases



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this in greater detail.


Dan

HIGHLY CONFIDENTIAL

IT00009267

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 6/24/2013 4:23:19 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| **Subject**: | Nortel - LawDeb Case Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim and Remo,

Here's an update on the Nortel bankruptcy cases. T



IT00009268



If you have any questions, or wish to discuss this update in greater detail, please do not hesitate to contact us.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009270

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 3/21/2016 3:11:08 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **BCC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; Raspe, Herman (x2301) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=PBWT.pbny2.RASPEH] |
| **Subject**: | Nortel Quarterly Update -- March 21, 2016 (Confidential) |
| **Attachments**: | Memo to Law Debenture Trust Company of New York_Nortel.DOCX |

Jim and Remo,


Attached is our quarterly update on the Nortel cases.


Kind regards,


Dan


Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct:  212-336-2720

Cell:  914-523-7585

Fax:  212-336-1253

dalowenthal@pbwt.com

www.pbwt.com

HIGHLY CONFIDENTIAL

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

## Memorandum

**Attorney-Client Communication/**                                                    March 21, 2016
**Privileged and Confidential**

**TO:**          Law Debenture Trust Company of New York

**FROM:**      Daniel A. Lowenthal
                    Brian P. Guiney
                    Craig Dent

Here is an update on the Nortel bankruptcy cases.

8769822v.1

HIGHLY CONFIDENTIAL

2



8769822v.1

HIGHLY CONFIDENTIAL

3

Please let us know if you have any questions or would like to discuss these cases in greater detail.

D.A.L.
B.P.G.
C.D.

8769822v.1

HIGHLY CONFIDENTIAL

IT00009274

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 9/22/2016 4:20:33 PM |
| **To**: | James D. Heaney (James.heaney@lawdeb.com) [James.heaney@lawdeb.com]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **BCC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc]; Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@ics.pbwt.local> [{F1310637}.iNYC01@ics.pbwt.local] |
| **Subject**: | Nortel Update (Confidential) |

Attorney-Client Communication

Privileged and Confidential

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss these cases in greater detail.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 12/22/2013 3:04:27 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel -- Case Update |

Attorney-Client Communication // Privileged and Confidential

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

IT00009279



Please let us know if you have any questions or would like to discuss this in greater detail.


Dan

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [dalowenthal@pbwt.com] |
| **Sent**: | 3/22/2013 5:00:03 PM |
| **To**: | Heaney, James (External) [James.Heaney@lawdeb.com]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **CC**: | Guiney, Brian P. (x2305) [bguiney@pbwt.com]; Dent, Craig W. (x2864) [cdent@pbwt.com] |
| **Subject**: | Nortel - Case Update |

Attorney-Client Communication

Privileged and Confidential

Jim and Remo,

Here's an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL

IT00009282



If you have any questions, or wish to discuss this update in greater detail, please do not hesitate to contact us.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [dalowenthal@pbwt.com] |
| **Sent**: | 6/22/2014 1:19:54 PM |
| **To**: | James Heaney [James.Heaney@LAWDEB.COM]; Remo Reale [Remo.Reale@LAWDEB.COM] |
| **Subject**: | Nortel -- Case Update (April 2014) |

Attorney-Client Communication // Privileged and Confidential

Jim and Remo,

Here is an update on the Nortel bankruptcy cases.



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Please let us know if you have any questions or would like to discuss this case in greater detail.


Dan




**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, April 02, 2014 12:19 PM
**To:** Remo Reale; James Heaney
**Cc:** Thomas Musarra
**Subject:** Nortel -- Case Update (April 2014)



Attorney-Client Communication // Privileged and Confidential



Jim and Remo,

HIGHLY CONFIDENTIAL

Here is an update on the Nortel bankruptcy cases.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

████████████████████████████████████████████████████████

Please let us know if you have any questions or would like to discuss this case in greater detail.


Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL