# Exhibit M

| | |
|---|---|
| **Message** | |
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 5/13/2016 9:40:45 AM |
| **To**: | James Tecce [jamestecce@quinnemanuel.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Daniel Holzman [danielholzman@quinnemanuel.com] |
| **Subject**: | Re: Nortel -- Liquidity Solutions |

Thanks.

We'll file it today.

Have a good weekend.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com


On May 13, 2016, at 9:31 AM, James Tecce <jamestecce@quinnemanuel.com> wrote:
Thanks for sharing this with us. It looks really good.

**From:** Guiney, Brian P. (x2305) [mailto:bguiney@pbwt.com]
**Sent:** Thursday, May 12, 2016 5:49 PM
**To:** James Tecce <jamestecce@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Cc:** Lowenthal, Daniel A. (x2720) <dalowenthal@pbwt.com>
**Subject:** RE: Nortel -- Liquidity Solutions

Gentlemen,

Here is our current draft.  Please let us know if you have any comments or would like to discuss.

Brian

P.S.  We learned today that Andrews Kurth has agreed to extend the deadline for the Committee to object, too, but refuses to extend the deadline for Committee members (or any other party).  So, unless something changes, we still plan to file our response tomorrow.


Brian P. Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas

CONFIDENTIAL                                                                                                                                                                          IT00006481

New York, NY 10036-6710
P. (212) 336.2305
F. (212) 336.1256
E. bguiney@pbwt.com


**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Thursday, May 12, 2016 1:52 PM
**To:** Lowenthal, Daniel A. (x2720); Daniel Holzman
**Cc:** Guiney, Brian P. (x2305); James Tecce
**Subject:** RE: Nortel -- Liquidity Solutions

```
Common Interest Communication

Thanks for reaching out.  We are intended a response as well, and it's attached.
```

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, May 12, 2016 1:38 PM
**To:** James Tecce <jamestecce@quinnemanuel.com>; Daniel Holzman <danielholzman@quinnemanuel.com>
**Cc:** Guiney, Brian P. (x2305) <bguiney@pbwt.com>
**Subject:** Nortel -- Liquidity Solutions

Subject to Common Interest

Jamie/Daniel,

As you may know, LS filed a motion seeking an interim distribution, for creditors of NNI, or conversion to chapter 7. LS later filed a supplement to the motion seeking more limited relief than sought in the original motion. The current hearing date is May 24. LS has adjourned the objection deadline until next Tuesday, but we understand just for the Debtors. LS hasn't adjourned the deadline past tomorrow for the Committee or its members. We are drafting a short response as counsel to the NNCC Trustee that describes NNCC's rights as a creditor of NNI and reserves all rights.

I'm speaking this afternoon at the ABI conference at the Hilton. Brian will email you our draft response later today. It's straightforward, but we welcome any comments you might have on it. If LS doesn't extend everyone's response deadline until next week, then we'll finalize and file the response tomorrow afternoon.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

CONFIDENTIAL                                                                                                          IT00006483

Message

| | |
|---|---|
| **From**: | Javier Schiffrin [javier.schiffrin@malekschiffrin.com] |
| **Sent**: | 2/8/2013 2:24:56 PM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | RE: Nortel |
| **Attachments**: | Law Debenture (Nortel)_ Post-Mediation Statement to B Ct (Comparison).doc.docx |

Dan – My comments attached, with elaboration below:

1. Para. 3: There should be no reference to the Official Committee in this submission, which your client is filing in its capacity as Indenture Trustee. While the current reference is to a fact, there is a risk that the Court will mistakenly infer that the interests of your constituents are represented by the Official Committee, which they manifestly are not. Dewey did not make a reference to the Official Committee in the mediation statement, precisely for this reason, and you should not either – it is confusing and potentially detrimental to the interests of NNCC bondholders.

2. Para 6: I think you should state simply in this first reference to timing that the court should set the most expeditious schedule that is practicable consistent with the demands on the Court. We are all trying to get this Court to move on a case that has gone on too long, without good reason. The litigation needs to be a priority, and it seems to me that the current language suggests that it need not be. You do make the point in Para.7, so why don't we strengthen the language in Para. 6.

Best,

Javier

Javier Schiffrin | **MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (212) 220-9388 | Fax: (212) 220-9504 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

Confidentiality Notice

CONFIDENTIAL                                                                                                                                                IT00003261

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Friday, February 08, 2013 1:15 PM
**To:** 'Javier Schiffrin'
**Subject:** Nortel

Javier,

Here's the statement that Law Debenture has authorized us to file and serve today.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

--------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

--------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

==========================================================================

CONFIDENTIAL

IT00003263

Message

| | |
|---|---|
| **From**: | Javier Schiffrin [javier.schiffrin@malekschiffrin.com] |
| **Sent**: | 5/10/2012 2:16:38 PM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | RE: Nortel -- NNCC |

Dan - How about Monday? Suggest a time. We're a few avenues over, and could drop by. In the short-term, I assume your team is going to be collecting Dewey work product. We also would appreciate if you could prepare a joint defense agreement draft, to cover any documents, etc. we may decide to share going forward. Dewey was in the process of drafting one, but the responsible attorney has disappeared.

Best,

Javier

Javier Schiffrin | **MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (212) 220-9388 | Fax: (212) 220-9504 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, May 10, 2012 2:03 PM
**To:** 'Javier Schiffrin'
**Subject:** RE: Nortel -- NNCC

Sure.  Given our respective schedules, let's aim to meet next week.  When would you be available?

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

> **From:** Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
> **Sent:** Thursday, May 10, 2012 1:42 PM
> **To:** Lowenthal, Daniel A. (x2720)
> **Subject:** FW: Nortel -- NNCC
>
> Dan – Let's schedule a lawyers' call (or meeting) to discuss cooperation specifics.  I am going to be out of the city through Monday morning but could speak later this afternoon or any time tomorrow.  We could also meet next week.  Let me know what works.
>
> Best,

Javier

**Javier Schiffrin | MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (212) 220-9388 | Fax: (212) 220-9504 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** James Heaney [mailto:James.Heaney@LAWDEB.COM]
**Sent:** Thursday, May 10, 2012 12:41 PM
**To:** Stephen Blauner; dalowenthal@pbwt.com
**Cc:** Javier Schiffrin; Ryan Cunningham; MFaltas@nokota.com
**Subject:** RE: Nortel -- NNCC

Steve:

I am surprised by -- and I disagree with -- your characterization of how I and my firm have acted.  I am also surprised that there continues to be confusion over our selection of new counsel to replace Dewey in connection with this matter.  Let me clear up any remaining confusion now:  Law Debenture has retained Patterson Belknap as its counsel in connection with the Nortel bankruptcy.  We decline your suggestion that Patterson Belknap serve as co-counsel with either or both of Malek Schiffrin and/or Kirkland and Ellis (or any other firm).


As we have indicated previously, we do not believe that the retention of counsel by the Trustee is subject to the direction of holders.  But, to reiterate what I conveyed to you earlier this week, with respect to matters that could be the subject of a direction, the Trustee requires satisfactory evidence that the directing holders are in fact the beneficial owners of the required majority and an agreement to indemnify the Trustee pursuant to section 601 of the Indenture.


I appreciate and accept your suggestion that any further correspondence or discussion related to this issue be through Dan and Javier.  In fact, I understand that they have already begun a dialogue.  I have instructed Dan -- subject to confidentiality restrictions attendant to Law Debenture's membership on the Committee -- to confer and work cooperatively with Javier because I believe that doing so is in the best interests of all holders of the notes.



Regards,



Jim




James D. Heaney
Managing Director
Law Debenture Trust Company of New York
400 Madison Avenue
New York, New York 10017
Tel: 646-747-1252
Fax: 212-750-1361

**From:** Stephen Blauner [mailto:sblauner@soluslp.com]
**Sent:** Wednesday, May 09, 2012 5:37 PM
**To:** James Heaney; dalowenthal@pbwt.com
**Cc:** Javier Schiffrin; Ryan Cunningham; MFaltas@nokota.com; Stephen Blauner
**Subject:** Nortel -- NNCC

Jim and Dan – I am trying to understand whether Law Debenture would be willing to retain counsel as directed by the Majority Holders assuming it receives a "satisfactory" Direction Letter.  Jim has told me in separate conversations today both (i)  that under **no** circumstances would he consider the retention of another law firm (in addition to Patterson), even if directed by the Majority Holders, and (ii) that he would consider the retention of a law firm as directed by the Majority Holders (in addition to Patterson) if he received an appropriate Direction Letter.  When  I asked him to clarify his position on a call a few minutes ago, he hung up on me.  Literally.

I am astounded at the behavior of Law Debenture.  As I noted to Jim, it is very common for indenture trustees to bring on counsel in addition to their previously retained counsel when requested by Majority Holders in major cases.  Two situations in which I am involved with these exact facts are AMR (retention of Dewey along with Foley & Lardner by US Bank) and Eastman Kodak (retention of Akin Gump along with Covington by Wilmington Trust).  Indeed, I can fairly say that Law Debenture here is out of synch with custom and practice.  More importantly, I completely fail to understand the rudeness and hostility shown to the Majority Holders by their trustee.

I am sending this in the hope that when Jim cools down, we can get an answer to the inquiry noted above.  If it would be more productive, I am happy to have this flow from Dan to Javier.

Best.

Steve

Stephen J. Blauner

Managing Director

Solus Alternative Asset Management LP

410 Park Avenue

New York, NY 10022

Tel 212-373-1562

Fax 212-284-4320

Cell 917-968-8874

--------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

--------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

==========================================================================