# Exhibit O

Message

| | |
|---|---|
| **From**: | Javier Schiffrin [javier.schiffrin@malekschiffrin.com] |
| **Sent**: | 3/8/2013 2:26:39 PM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | RE: Nortel |

Thanks - I was on the call. Are we sure that a scheduling order will follow "soon". Morowetz at least sounded as if he was expecting input from core parties/some discussion.

Best,

Javier


Javier Schiffrin | MALEK SCHIFFRIN LLP
340 Madison Avenue | New York, New York 10173 | Office: (212) 220-9388 |
Fax: (212) 220-9504 | Mobile: (917) 495-1676 |
javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
Sent: Friday, March 08, 2013 2:25 PM
To: 'javier.schiffrin@malekschiffrin.com'
Subject: Nortel

Javier,

I'm pleased to report that Judge Gross and Justice Morawetz have granted our request that Law Debenture be deemed a core party in the allocation proceedings. They've also ordered litigation, not arbitration. The trial will take place in the fall. A complete scheduling order will be issued soon.

I'm out of my office this afternoon but will be back there on Monday.

Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com-----------------------------------------------
Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly

notify the sender by reply email.  Please advise immediately if you or your
employer do not consent to Internet email for messages of this kind.

----------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication
(including any attachments or enclosures) was not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding penalties under
the Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed in this communication.
(The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

==========================================================================
==

CONFIDENTIAL