# Exhibit P

Lowenthal, Daniel A. (x2720)

From:        James Tecce <jamestecce@quinnemanuel.com>
Sent:        Thursday, March 31, 2016 12:23 PM
To:          Lowenthal, Daniel A. (x2720)
Subject:     RE: Nortel -- April 5

Dan. Thank you very much for the update.  Extremely helpful (as usual).

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, March 31, 2016 10:25 AM
**To:** James Tecce <jamestecce@quinnemanuel.com>
**Subject:** Nortel -- April 5

Jamie,

I just learned that Judge Stark will use CourtCall for the hearing.

866-582-6878 is the reservation number.

You and your clients can listen to the argument.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

1

CONFIDENTIAL                                                                  IT00000248

## Lowenthal, Daniel A. (x2720)

**From:** James Tecce <jamestecce@quinnemanuel.com>
**Sent:** Wednesday, May 13, 2015 8:36 AM
**To:** Lowenthal, Daniel A. (x2720)
**Subject:** RE: Nortel/Law Debenture re: Allocation Trial Opinion / Order

Thanks for sending these over.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, May 12, 2015 4:43 PM
**To:** James Tecce
**Subject:** Nortel/Law Debenture re: Allocation Trial Opinion / Order

These just in.

Allocation decisions from US and Canada.

The Courts both adopt modified pro rata.

I haven't reviewed the decisions yet.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

CONFIDENTIAL                                                                    IT00000207

Message

| | |
|---|---|
| From: | James Tecce [jamestecce@quinnemanuel.com] |
| Sent: | 7/25/2014 3:29:36 PM |
| To: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| Subject: | RE: Nortel (Confidential) |

Thank you, Dan, for the update.


Enjoy your weekend.



**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Friday, July 25, 2014 3:28 PM
**To:** James Tecce
**Subject:** Nortel (Confidential)


CONFIDENTIAL – SUBJECT TO COMMON INTEREST


Jamie,


The hearing today in Canada took 4.5 hours.  The following parties addressed the Court: the Monitor, CCC, Wilmington Trust, UKPC, the bondholders, Law Debenture, and BNYM.  Counsel for the Monitor and bondholders spoke the longest.  Many of the remarks concerned Canadian statutory law and case law that I won't try to summarize.  Judge Newbould asked the Monitor, CCC, Wilmington, and UKPC lawyers few questions.  But he asked the bondholders' lawyer many questions and was at times impatient.  It was clear from his questions that Justice Newbould favors the pensioners over the bondholders.  He said it seems possible that the bondholders could get all the PPI and the pensioners could get none.  That prospect troubles him.


The bondholders' primary point was that PPI should be part of a plan discussion and compromise under Canadian law.  Therefore, it would be improper for Justice Newbould to decide PPI now and in what would be an advisory opinion.  Justice Newbould said any opinion he issues won't be advisory.  The Bondholders' counsel mentioned the settlement announced yesterday in the US.  Justice Newbould questioned if it is really a settlement since all interested parties haven't agreed to it.  He even said that the US Debtors and the bondholders are aligned in interest.  The bondholders' counsel said they are aligned on allocation but not necessarily on claims issues.  The bondholders' counsel also said the current matter before the Court doesn't encompass the bondholders' other contractual entitlements and Trustee fees.  Neither Justice Newbould nor anyone else questioned that statement.

The UKPC's lawyer said it's unrealistic to expect parties to negotiate a plan in Canada.  Three mediations had failed, and nothing to date suggests that discussions would be fruitful.  Law Debenture's counsel said the Monitor's trying to get a "leg up" by obtaining a favorable PPI decision that removes PPI from plan discussions.

When oral argument ended, Justice Newbould got up and left the courtroom.  He didn't say when he would rule.

Have a good weekend.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

-------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.
=====================================================================================

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| From: | James Tecce <jamestecce@quinnemanuel.com> |
| Sent: | Thursday, July 31, 2014 1:03 PM |
| To: | Lowenthal, Daniel A. (x2720) |
| Subject: | Re: Nortel -- Monitor's Preliminary Objection |

Thanks, Dan

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Thursday, July 31, 2014 12:41 PM
**To:** James Tecce
**Subject:** Nortel -- Monitor's Preliminary Objection

Here's full set of what the Monitor and the Canadian Debtors filed yesterday.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

====================================================================================

1

IT00000197

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Javier Schiffrin <javier.schiffrin@malekschiffrin.com> |
| **Sent:** | Thursday, November 07, 2013 2:55 PM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Subject:** | RE: Nortel Call |

Thanks.

-------- Original message --------
From: "Lowenthal, Daniel A. (x2720)" <dalowenthal@pbwt.com>
Date: 11/07/2013 2:48 PM (GMT-05:00)
To: Javier Schiffrin <javier.schiffrin@malekschiffrin.com>
Subject: RE: Nortel Call

I'm working to schedule a call with WT's counsel, BNY Mellon's counsel, and counsel for the Debtors, the Committee, and the ad hocs bondholders.

So far, a call hasn't been scheduled.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com


-----Original Message-----
From: Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
Sent: Thursday, November 07, 2013 1:09 PM
To: Lowenthal, Daniel A. (x2720)
Subject: RE: Nortel Call

Dan - Is there anything to discuss development-wise? If so, I can call.

Best,

Javier


Javier Schiffrin | MALEK SCHIFFRIN LLP
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 |
Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

1

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
Sent: Wednesday, November 06, 2013 3:33 PM
To: Javier Schiffrin
Subject: RE: Nortel Call

Yes -- until the host (Milbank) joins.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com


-----Original Message-----
From: Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
Sent: Wednesday, November 06, 2013 3:31 PM
To: Lowenthal, Daniel A. (x2720)
Subject: RE: Nortel Call

Thanks. Just dialed in, but music playing.

Best,

Javier


Javier Schiffrin | MALEK SCHIFFRIN LLP
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 |
Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

2

CONFIDENTIAL                                                                                      IT00000109

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
Sent: Wednesday, November 06, 2013 9:53 AM
To: Javier Schiffrin
Subject: RE: Nortel Call

Yes.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

-----Original Message-----
From: Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
Sent: Wednesday, November 06, 2013 8:37 AM
To: Lowenthal, Daniel A. (x2720)
Subject: RE: Nortel Call

Thanks.  Is it the same dial-in?

Best,

Javier

Javier Schiffrin | MALEK SCHIFFRIN LLP
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 |
Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

3

 IT00000110

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
Sent: Wednesday, November 06, 2013 8:07 AM
To: 'javier.schiffrin@malekschiffrin.com'
Subject: Nortel Call

It's scheduled for today at 3:30 p.m.


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com-------------------------------------------------
Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------------

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.
(The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

-------------------------------------------------

4

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.
(The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

=======================================================

===

-------------------------------------------

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.
(The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

=======================================================

===

-------------------------------------------

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed

5

in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

CONFIDENTIAL

IT00000113

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Javier Schiffrin <javier.schiffrin@malekschiffrin.com> |
| **Sent:** | Tuesday, November 05, 2013 10:41 AM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Subject:** | RE: NNCC |

Dan - Thanks.  Would like to discuss thoughts on the response, whenever you have a moment.  I will be speaking with the holders early this afternoon.

Best,

Javier

Javier Schiffrin | MALEK SCHIFFRIN LLP
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 |
javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, November 05, 2013 10:13 AM
**To:** Javier Schiffrin
**Subject:** RE: NNCC

Milbank just e-mailed that they can't do the call today at 11:45.  They suggest doing the call tomorrow, but a new time has not been scheduled yet.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1

IT00000085

**From:** Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
**Sent:** Friday, November 01, 2013 06:03 PM
**To:** Lowenthal, Daniel A. (x2720)
**Subject:** RE: NNCC

Dan - thanks. Al suggested that I dial in to the Tuesday call, and said that he'd pass along the call info. Could you pass along the time and dial-in information if you have it?

Best,

Javier


Javier Schiffrin | **MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 |
javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Friday, November 01, 2013 6:00 PM
**To:** Javier Schiffrin
**Subject:** Re: NNCC

Correct. I've landed at LGA and am catching up on e-mails. There's nothing we need to discuss before next week. We should plan to talk after Tuesday's call.

Have a good weekend.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Nov 1, 2013, at 5:45 PM, "Javier Schiffrin" <javier.schiffrin@malekschiffrin.com> wrote:

3

IT00000086

Dan – I heard from Milbank that there is a call scheduled on this for Tuesday, and that there was a short call this a.m. during which all agreed that nothing should be done prior to or at next week's omnibus hearing.  Would like to catch up whenever you have a chance, and enjoy the weekend.


Best,


Javier



Javier Schiffrin | **MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com


Confidentiality Notice


This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


Tax Advice Disclaimer


Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.


**From:** Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
**Sent:** Friday, November 01, 2013 5:28 PM
**To:** dalowenthal@pbwt.com
**Subject:** NNCC

IT00000087

Dan - Any movement since we last spoke?  Al Pisa had mentioned that there were going to be discussions in the near term.  Thanks.


Best,


Javier



Javier Schiffrin **| MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com


Confidentiality Notice


This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


Tax Advice Disclaimer


Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

------------------------------------------------

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise

5

immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

=================================================================

-------------------------------------------------

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

=================================================================

-------------------------------------------------

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

-------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

=================================================================

CONFIDENTIAL                                                                    IT00000089

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Monday, November 04, 2013 11:22 AM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Subject:** | FW: NNCC |

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Friday, November 01, 2013 6:09 PM
**To:** 'javier.schiffrin@malekschiffrin.com'
**Subject:** Re: NNCC

11:45

888-385-6846

Passcode: 555319

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

**From:** Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
**Sent:** Friday, November 01, 2013 06:03 PM
**To:** Lowenthal, Daniel A. (x2720)
**Subject:** RE: NNCC

Dan - thanks. Al suggested that I dial in to the Tuesday call, and said that he'd pass along the call info. Could you pass along the time and dial-in information if you have it?

Best,

Javier

Javier Schiffrin | **MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 |
javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise

1

legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Friday, November 01, 2013 6:00 PM
**To:** Javier Schiffrin
**Subject:** Re: NNCC

Correct. I've landed at LGA and am catching up on e-mails. There's nothing we need to discuss before next week. We should plan to talk after Tuesday's call.

Have a good weekend.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Nov 1, 2013, at 5:45 PM, "Javier Schiffrin" <javier.schiffrin@malekschiffrin.com> wrote:

> Dan – I heard from Milbank that there is a call scheduled on this for Tuesday, and that there was a short call this a.m. during which all agreed that nothing should be done prior to or at next week's omnibus hearing. Would like to catch up whenever you have a chance, and enjoy the weekend.
>
>
> Best,
>
>
> Javier
>
>
>
> Javier Schiffrin | MALEK SCHIFFRIN LLP
> 340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

2

IT00000077

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Javier Schiffrin [mailto:javier.schiffrin@malekschiffrin.com]
**Sent:** Friday, November 01, 2013 5:28 PM
**To:** dalowenthal@pbwt.com
**Subject:** NNCC

Dan - Any movement since we last spoke?  Al Pisa had mentioned that there were going to be discussions in the near term.  Thanks.

Best,

Javier

Javier Schiffrin | **MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

3

CONFIDENTIAL                                                                    IT00000078

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

------------------------------------------------

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email.  Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

================================================================

CONFIDENTIAL

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Javier Schiffrin <javier.schiffrin@malekschiffrin.com> |
| **Sent:** | Monday, October 28, 2013 8:51 AM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Subject:** | RE: Nortel |

Dan – Hope that all is well.  We should schedule a quick call this week or next to discuss last Friday's filing.  Responses are due on November 19.


Best,


Javier


**Javier Schiffrin | MALEK SCHIFFRIN LLP**
340 Madison Avenue | New York, New York 10173 | Office: (347) 815-3674 | Mobile: (917) 495-1676 |
javier.schiffrin@malekschiffrin.com


Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, May 16, 2013 3:31 PM
**To:** Javier Schiffrin
**Subject:** Nortel

Javier,

Attached is the draft joinder we plan to file this afternoon.

Thanks.

Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

1

Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

------------------------------------------------

Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

=================================================================

CONFIDENTIAL

IT00000064