# Exhibit Q

Message
---

| | |
|---|---|
| **From:** | Susheel Kirpalani [SusheelKirpalani@QuinnEmanuel.com] |
| **Sent:** | 5/6/2014 10:45:58 AM |
| **To:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **CC:** | James Tecce [jamestecce@quinnemanuel.com]; Daniel Holzman [danielholzman@quinnemanuel.com]; Susheel Kirpalani [SusheelKirpalani@QuinnEmanuel.com] |
| **Subject:** | Nortel Team (QE) |

Thanks for the call.  We will of course maintain any drafts in confidence.

**Susheel Kirpalani**
Chair, Bankruptcy & Restructuring
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212.849.7200 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
susheelkirpalani@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Message

| From: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
|---|---|
| Sent: | 5/6/2014 2:25:18 PM |
| To: | James Tecce [jamestecce@quinnemanuel.com]; Susheel Kirpalani [SusheelKirpalani@QuinnEmanuel.com] |
| CC: | Daniel Holzman [danielholzman@quinnemanuel.com]; Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb] |
| Subject: | RE: Nortel Team (QE) |

Great.  Perfect timing.  We'll have it filed.  Thanks.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, May 06, 2014 2:08 PM
**To:** Lowenthal, Daniel A. (x2720); Susheel Kirpalani
**Cc:** Daniel Holzman; Guiney, Brian P. (x2305); James Tecce
**Subject:** RE: Nortel Team (QE)

Thank you for circulating a draft of this pleading.  It looks good; no comments from us.

Best,

JAMES C. TECCE
Partner - Bankruptcy & Restructuring
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7199 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jamestecce@quinnemanuel.com
www.quinnemanuel.com

IT00007262

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, May 06, 2014 11:00 AM
**To:** Susheel Kirpalani
**Cc:** James Tecce; Daniel Holzman; Guiney, Brian P. (x2305)
**Subject:** RE: Nortel Team (QE)


Privileged and Confidential

Subject to Common Interest


Here's the Joinder we plan to file early this afternoon in both Delaware and Toronto.  As I mentioned, Milbank and Akin have reviewed it and signed off.  We've also sent it to Cleary.  If they have comments (I don't expect they will), they said they'd send them to me by noon.



Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253
dalowenthal@pbwt.com
www.pbwt.com



**From:** Susheel Kirpalani [mailto:SusheelKirpalani@QuinnEmanuel.com]
**Sent:** Tuesday, May 06, 2014 10:46 AM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** James Tecce; Daniel Holzman; Susheel Kirpalani
**Subject:** Nortel Team (QE)



Thanks for the call.  We will of course maintain any drafts in confidence.

IT00007263

**Susheel Kirpalani**
Chair, Bankruptcy & Restructuring
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212.849.7200 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
susheelkirpalani@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

------------------------------------------------

IRS Circular 230 disclosure:  Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

================================================================================

Message

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) [dalowenthal@pbwt.com] |
| **Sent:** | 7/15/2014 9:35:29 AM |
| **To:** | James Tecce [jamestecce@quinnemanuel.com]; Daniel Holzman [danielholzman@quinnemanuel.com] |
| **Subject:** | RE: Nortel Pleading |

I was just at an outside meeting and arrived at my office. I'll take a look at this and see what I can do.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, July 15, 2014 9:15 AM
**To:** Lowenthal, Daniel A. (x2720); Daniel Holzman
**Cc:** James Tecce
**Subject:** Nortel Pleading

Dan. Is there any way you can add something in your document about the support agreement. Solus had the point that when you read it with our joinder, the absence of mentioning the support agreement in the Trustee's brief seems intentional. I know the way the two are drafted avoids repetition, but can your brief mention it and make the same point? I will be in the office soon and can discuss.

Thanks.

IT00007520

**Lowenthal, Daniel A. (x2720)**

| | |
|---|---|
| From: | Lowenthal, Daniel A. (x2720) |
| Sent: | Tuesday, July 15, 2014 11:12 AM |
| To: | 'James Tecce'; Daniel Holzman |
| Subject: | RE: Nortel Pleading (Confidential) |
| Attachments: | #7147765v9_iNYC01_ - Law Debenture (Nortel)_ Supplement to Opening Brie....docx |

Subject to Common Interest

Here's an updated draft of our brief with a section on the Support Agreement (paragraph 5). Please let me know if you have any comments.

Separately, with respect to your brief, please consider adding to footnote 2, "as amended on January 10, 2013."

Thanks.

Dan


Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com


**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, July 15, 2014 10:01 AM
**To:** Lowenthal, Daniel A. (x2720); Daniel Holzman
**Subject:** RE: Nortel Pleading

That will be great.    Thanks.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, July 15, 2014 9:57 AM
**To:** James Tecce; Daniel Holzman
**Subject:** RE: Nortel Pleading

I'm going to draft a paragraph that will be similar to yours in a section B. I'll send you guys the updated draft to review.

This should take care of Solus's concerns and show that Law Debenture and its holders both advocate for the Support Agreement.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253

1

IT00000153

dalowenthal@pbwt.com
www.pbwt.com

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, July 15, 2014 9:55 AM
**To:** Lowenthal, Daniel A. (x2720); Daniel Holzman
**Subject:** RE: Nortel Pleading

Ok.  Thanks.  I'm around this morning if you want to discuss.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, July 15, 2014 9:35 AM
**To:** James Tecce; Daniel Holzman
**Subject:** RE: Nortel Pleading

I was just at an outside meeting and arrived at my office.  I'll take a look at this and see what I can do.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, July 15, 2014 9:15 AM
**To:** Lowenthal, Daniel A. (x2720); Daniel Holzman
**Cc:** James Tecce
**Subject:** Nortel Pleading

Dan. Is there any way you can add something in your document about the support agreement. Solus had the point that when you read it with our joinder, the absence of mentioning the support agreement in the Trustee's brief seems intentional. I know the way the two are drafted avoids repetition, but can your brief mention it and make the same point? I will be in the office soon and can discuss.

Thanks.

----------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

==============================================================

----------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this

2

Message

| | |
|---|---|
| **From:** | James Tecce [jamestecce@quinnemanuel.com] |
| **Sent:** | 7/18/2014 6:02:59 PM |
| **To:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; Daniel Holzman [danielholzman@quinnemanuel.com] |
| **CC:** | James Tecce [jamestecce@quinnemanuel.com] |
| **Subject:** | RE: Nortel -- Draft Reply Brief (Confidential) |

Thank you for sharing.  Dan this looks fine.  I'll give you a call Monday to discuss, but the US Debtors' papers appear to suggest the Support Agreement is not relevant to the PPI issue.  Would you be willing to say in this pleading simply that while the US Debtors say "the US Debtors understand [the Support Agreement] is not encompassed within the Interest Issues being presented to the Court," that, in fact, it is relevant.  See Solus Joinder, etc.

Thank you.  Good weekend.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Thursday, July 17, 2014 5:06 PM
**To:** James Tecce; Daniel Holzman
**Subject:** Nortel -- Draft Reply Brief (Confidential)

Confidential – Subject to Common Interest

Jamie and Daniel,

Attached is a draft reply brief on the no-call provision in response to the Monitor's arguments.

The brief is due on Tuesday afternoon.  Please let us know if you have any comments.

Thanks.

Dan

P.S. We see no reason to mention the Support Agreement again since, in the initial briefs, the U.S. Debtors merely said they reserve their rights with respect to the Agreement.  No one else mentioned it.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

-------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

==============================================================================

IT00003165

Message

| | |
|---|---|
| **From:** | James Tecce [jamestecce@quinnemanuel.com] |
| **Sent:** | 7/22/2014 11:35:02 AM |
| **To:** | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **CC:** | Daniel Holzman [danielholzman@quinnemanuel.com]; James Tecce [jamestecce@quinnemanuel.com] |
| **Subject:** | RE: Nortel (Confidential) |
| **Attachments:** | Law Debenture (Nortel)_ Supplement to Reply Brief (No-Call).docx |

```
Thank you very much for this and providing a draft.  Small suggested changes.  Let me know if
there are any questions.  Thanks.
```

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, July 22, 2014 10:55 AM
**To:** James Tecce
**Cc:** Daniel Holzman
**Subject:** Nortel (Confidential)

**Confidential – Subjection to Common Interest**

Jamie,

Here's an updated draft of our reply brief.  Per your suggestion, paragraph 9 has been added regarding the Support Agreement (and we also made several other minor changes).

Please let me know if you have any additional comments.  As a reminder, the filing deadline is today at 4 pm.

Thanks.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas

CONFIDENTIAL

New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

------------------------------------------------

Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

==========================================================================