# Exhibit S

Fasken Martineau DuMoulin LLP
Barristers and Solicitors
Patent and Trade-mark Agents

333 Bay Street, Suite 2400
Bay Adelaide Centre, Box 20
Toronto, ON M5H 2T6

416 366 8381 Telephone
416 364 7813 Facsimile

**FASKEN MARTINEAU**

Date: September 7, 2012
Matter #: 291255.00001
Invoice #: 670520

Law Debenture Trust Company of New York
400 Madison Avenue
New York NY 10017
United States of America

Attention: James Heaney

For Professional Services rendered through 08/31/2012 in connection with this matter:

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | |
|---|---:|
| Total Fees | $ 13,298.00 |
| Total Disbursements | 38.82 |
| Total Amount Owing This Bill | USD $ 13,336.82 |

Fasken Martineau DuMoulin LLP

Per: Edmond F.B. Lamek
E. & O. E.

Terms: payment due upon receipt. Pursuant to the *Solicitors Act*, interest will be charged at the rate of 1.3% per annum on unpaid fees, charges or disbursements calculated from a date that is one month after this statement is delivered. Any disbursement not posted to your account on the date of this statement will be billed later.

Vancouver    Calgary    Toronto    Ottawa    Montréal    Québec City    London    Paris    Johannesburg

CONFIDENTIAL                                                                                                                    IT00014423



Page 2

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

Matter #: 291255.00001
Invoice #: 670520

| | | |
|---|---|---|
| 04/23/12 | Prepare for and Attendance at meeting with Law Debenture and Dewey & Leboeuf re Nortel;<br>Aubrey Kauffman | $ 1,925.00 |
| 04/23/12 | Nortel mediation background discussion with Lawrence Miller; Mohsin Khambati and James Heaney at our offices.<br>Edmond F.B. Lamek | $ 790.00 |
| 04/24/12 | Attending Nortel mediation intro meetings at Metropolitan Hotel.<br>Edmond F.B. Lamek | $ 2,370.00 |
| 05/01/12 | Email exchanges with Mohsin Khambati regarding filing amended proofs of claim in Nortel CCAA and Ch 11 proceedings.<br>Edmond F.B. Lamek | $ 553.00 |
| 05/01/12 | Negotiating language for assignment agreement with Marc Mercier.<br>Edmond F.B. Lamek | $ 395.00 |
| 05/30/12 | Call and emails with Dan Lowenthal regarding Nortel Mediation and amending proof of claim.<br>Edmond F.B. Lamek | $ 790.00 |
| 05/31/12 | Email exchange with Dan Lowenthal.<br>Edmond F.B. Lamek | $ 237.00 |
| 06/01/12 | Instructions from E. Lamek; reviewed background materials; began researching interest stops rule;<br>Conor O'Neill | $ 2,016.00 |
| 06/01/12 | Discussion with Conor O'Neil regarding research on post liquidation interest and no call damages.<br>Edmond F.B. Lamek | $ 316.00 |
| 06/20/12 | Case law research;<br>Conor O'Neill | $ 420.00 |
| 06/21/12 | Case law research;<br>Conor O'Neill | $ 252.00 |
| 07/03/12 | Researched case law re interest stop rule and pre-payment premiums; drafting of notes re same;<br>Conor O'Neill | $ 1,050.00 |
| 07/04/12 | Research and notes on post-filing interest claims under the CCAA; | |

CONFIDENTIAL
IT00014424



Page 3

Matter #: 291255.00001
Invoice #: 670520

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

|  |  |  |
|---|---|---|
|  | Conor O'Neill | $ 924.00 |
| 07/05/12 | Case law research on prepayment premiums and no-call provisions; Conor O'Neill | $ 840.00 |
| 07/06/12 | Finalized notes re interest stops rule and prepayment premiums; Conor O'Neill | $ 420.00 |

### Professional Summary

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Edmond F.B. Lamek | 790.00 | 6.90 | 5,451.00 |
| Aubrey Kauffman | 770.00 | 2.50 | 1,925.00 |
| Conor O'Neill | 420.00 | 14.10 | 5,922.00 |
| Total |  | 23.50 | USD 13,298.00 |

CONFIDENTIAL

IT00014425



Page 4

Matter #: 291255.00001
Invoice #: 670520

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | |
|---|---:|
| Our Fees | $ 13,298.00 |
| Total Fees | $ 13,298.00 |
| **Disbursements** | |
| <u>Non-Taxable</u> | |
| Printing/Copies | 38.82 |
| Total Disbursements | 38.82 |
| Total Disbursements | $ 38.82 |
| Total Fees & Disbursements | USD $ 13,336.82 |

CONFIDENTIAL

IT00014426

**Fasken Martineau DuMoulin LLP**
Barristers and Solicitors
Patent and Trade-mark Agents

333 Bay Street, Suite 2400
Bay Adelaide Centre, Box 20
Toronto, ON M5H 2T6

416 366 8381 Telephone
416 364 7813 Facsimile

# FASKEN MARTINEAU

Date: September 7, 2012
Matter #: 291255.00001
Invoice #: 670520

Law Debenture Trust Company of New York
400 Madison Avenue
New York NY 10017
United States of America

## REMITTANCE COPY
Please return with your payment

For Professional Services rendered through 08/31/2012 in connection with this matter:

Re:   Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | |
|---|---:|
| Total Fees | $ 13,298.00 |
| Total Disbursements | 38.82 |
| Total Amount Owing This Bill | USD $ 13,336.82 |

SCOTIABANK, 20 Queen Street West, 4th Floor, Toronto, Ontario, M5H 3R3
Account Name: Fasken Martineau DuMoulin LLP
USD$ Account No: 476960664111, Transit No. 47696
SWIFT code: NOSCCATT, ABA No. 026002532

Vancouver   Calgary   Toronto   Ottawa   Montréal   Québec City   London   Paris   Johannesburg

CONFIDENTIAL                                                                                   IT00014427