# Exhibit T

## LAW DEBENTURE TRUST COMPANY OF NEW YORK – NORTEL NETWORKS INC. ET AL. CCAA PROCEEDINGS

### Compendium of Borden Ladner Gervais LLP Accounts

### October 2012 to October 2016 (Canadian $)

| Tab | Billing Period | Account Date and Invoice # | Fees | Disbursements | Total |
|-----|----------------|----------------------------|------|---------------|-------|
| 1. | October 1, 2012 to March 31, 2013 | March 31, 2013 696970802 | $36,590.50 | $624.10 | $37,214.00 |
| 2. | April 1, 2013 to July 31, 2013 | August 14, 2013 697007189 | $23,106.00 | $236.40 | $23,342.40 |
| 3. | August 1, 2013 to June 30, 2014 | July 22, 2014 697119510 | $196,538.00 | $978.40 | $197,516.40 |
| 4. | July 1, 2014 to August 31, 2014 | October 3, 2014 697141690 | $141,114.50 | $2,784.85 | $143,899.35 |
| 5. | September 1, 2014 to October 31, 2014 | November 26, 2014 697159315 | $100,291.00 | $616.50 | $100,907.50 |
| 6. | November 1, 2014 to November 30, 2014 | December 17, 2014 697169093 | $10,774.00 | $150.65 | $10,924.65 |
| 7. | December 1, 2014 to December 31, 2014 | December 31, 2014 697177890 | $9,024.00 | $40.74 | $9,064.74 |
| 8. | January 1, 2015 to January 31, 2015 | February 23, 2015 697193344 | $4,793.00 | $69.20 | $4,862.20 |
| 9. | February 1, 2015 to February 28, 2015 | March 26, 2015 697202643 | $24,450.00 | $94.80 | $25,544.80 |
| 10. | March 1, 2015 to March 31, 2015 | April 27, 2015 697212648 | $24,828.50 | $1,149.02 | $25,977.52 |
| 11. | April 1, 2015 to May 31, 2015 | June 26, 2015 697231479 | $53,010.00 | $1,327.80 | $54,337.80 |
| 12. | June 1, 2015 to July 31, 2015 | August 21, 2015 697248528 | $45,955.00 | $663.00 | $46,618.00 |
| 13. | August 1, 2015 to December 31, 2015 | December 31, 2015 697300016 | $7,410.00 | $120.00 | $7,530.00 |

9951374.1

| Tab | Billing Period | Account Date and Invoice # | Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 14. | January 1, 2016 to June 30, 2016 | July 18, 2016 697360673 | $4,365.00 | $102.90 | $4,467.90 |
| 15. | July 1, 2016 to July 31, 2016 | August 12, 2016 697368695 | $1,164.00 | NIL | $1,164.00 |
| 16. | August 1, 2016 to August 31, 2016 | September 7, 2016 697374704 | NIL | NIL | NIL |
| | TOTALS (CANADIAN DOLLARS): | | $683,413.50 | $8,958.36 | $692,371.86 |

Additional Accounts

| Tab | Billing Period | Account Date and Invoice # | Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 17. | April 1, 2012 to August 31, 2012 | September 7, 2012 670250 | $13,298.00 USD | $38.82 | $13,336.82 |
| 18. | July 1, 2016 to July 31, 2016 | August 12, 2016 697368695 | $4,260.00 | $35.10 | $4,853.46 |

9951374.1

CONFIDENTIAL

IT00014323



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 31, 2013

Invoice # 696970802
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to March 31, 2013 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 36,590.50 |
| Disbursements | | 624.10 |
| Total this Invoice | **CAD** | **$ 37,214.60** |
| If Paid in US Dollars | **USD** | $ 37,685.67 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 13% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to March 31, 2013

| Oct 9, 2012 | E.F.B. Lamek | 0.50 | Telephone call with Dan Lowenthal regarding amended Proofs of Claim and process for filing same in the CCAA proceedings. |
|---|---|---|---|
| Oct 24, 2012 | E.F.B. Lamek | 1.80 | Reviewing original proofs of claim and Lowenthal drafts of amendments; email to Dan Lowenthal re same. |
| Dec 5, 2012 | E.F.B. Lamek | 0.40 | Call with Dan Lowenthal regarding Nortel mediation Jan 14 et seq. |
| Jan 10, 2013 | E.F.B. Lamek | 1.70 | Reviewing and commenting on amendments to Law Debenture PoC; reviewing CAA Claims Procedure materials; exchange of emails with Dan Lowenthal. |
| Jan 14, 2013 | E.F.B. Lamek | 4.00 | Attend day one of Nortel Mediation; follow up emails with Dan Lowenthal. |
| Jan 15, 2013 | E.F.B. Lamek | 1.50 | Email exchanges with Shayne Kukulowicz for UCC regarding EMEA strategy; emails with Dan Lowenthal re update on day 2 of Nortel mediation. |
| Jan 16, 2013 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal regarding update on Nortel mediation. |
| Jan 17, 2013 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal regarding update on Nortel Mediation. |
| Jan 18, 2013 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal regarding update on Nortel Mediation. |
| Feb 6, 2013 | E.F.B. Lamek | 1.20 | Email exchanges and call with Dan Lowenthal; email exchanges with Fraser Milner regarding list of outstanding issues. |
| Feb 7, 2013 | E.F.B. Lamek | 2.00 | Draft letter to Mr. Justice Morawetz; email exchanges with Dan Lowenthal and Craig Dent regarding timing issues. |
| Feb 8, 2013 | E.F.B. Lamek | 3.00 | Working on Canadian materials for filing statement of outstanding issues; related discussions with Craig Dent and Scott Lemke; emails to Mr. Justice Morawetz submitting list of outstanding issues. |
| Feb 8, 2013 | S. Lemke | 1.80 | Received instructions from Edmond Lamek; reviewed emails from American legal counsel; completed affidavit of service and package to be filed with the commercial court. |
| Feb 11, 2013 | E.F.B. Lamek | 0.70 | Serving and filing statement of outstanding issues. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No:  030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Feb 14, 2013 | E.F.B. Lamek | 0.40 | Email exchange with Dan Lowenthal regarding Scheduling Orders. |
| Feb 28, 2013 | E.F.B. Lamek | 1.50 | Email exchanges and conference call with Dan Lowenthal and Craig Dent regarding current status of proposal to have indenture trustees added as core parties to allocation motion; various follow up emails with J. Szumski. |
| Feb 28, 2013 | J. Szumski | 0.60 | Prepared for and attended on a call with Daniel Lowenthal and Edmond Lamek concerning proceeding to fix core parties in the allocation negotiation. |
| Mar 1, 2013 | E.F.B. Lamek | 0.40 | Exchange of emails with Daniel Lowenthal and James Szumski regarding materials to be filed in Canada and the US on March 4. |
| Mar 1, 2013 | J. Szumski | 0.80 | Reviewed emails and draft statement of law prepared by Daniel Lowenthal; email to Edmond Lamek re same. |
| Mar 2, 2013 | J. Szumski | 1.50 | Research on standing in Canadian CCAA proceedings in connection with motion to have Law Debenture Trust Company of New York added to the Nortel allocation protocol as a core party. |
| Mar 3, 2013 | J. Szumski | 1.30 | Reviewed background material on the Nortel proceeding, the allocation protocol and the issue of core parties; reviewed the revised statement of law prepared by Daniel Lowenthal; email from Dan concerning status of Canadian submissions; prepared a framework for Canadian submissions. |
| Mar 4, 2013 | E.F.B. Lamek | 4.50 | Working on submissions to Ontario Court regarding Core Parties; emails and calls with Patterson Belknap regarding same; call with Sheryl Siegel of McMillan regarding BNY submissions. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014326



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No: 030185/000001
Page 4

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | | |
|---|---|---|---|
| Mar 4, 2013 | J. Szumski | 6.10 | Research in connection with standing of parties in Canadian CCAA proceedings; emails with Edmond Lamek concerning factum of other noteholder trustee; reviewed same; reviewed further revised US statement of law; prepared a factum addressing status of Law Debenture Trust Company of New York as a core party in the allocation protocol; meeting with Edmond Lamek to receive comments re same; prepared a Notice of Appearance for Law Debenture Trust Company of New York; exchanged emails with Daniel Lowenthal and Craig Dent re comments on the Canadian factum; revised factum to take into account comments received; further emails and revisions; finalized factum; served Notice of Appearance and factum on the service list; prepared an affidavit of service; arranged to file materials with the Court office. |
| Mar 5, 2013 | E.F.B. Lamek | 1.00 | Engaged conference call with Daniel Lowenthal and Brian Guiney; reviewing parties' supplementary submissions to the courts. |
| Mar 5, 2013 | L. White | 0.30 | Attended at the Commercial Court to pay for a Notice of Appearance. |
| Mar 6, 2013 | E.F.B. Lamek | 1.90 | Reading additional submissions, the IFSA, Cross Border Protocol, proposed US Allocation Protocol and other background documents; update emails with Daniel Lowenthal and Brian Guiney. |
| Mar 7, 2013 | E.F.B. Lamek | 5.50 | Attend joint hearing before Mr. Justice Morawetz and Judge Gross regarding allocation protocol. |
| Mar 8, 2013 | E.F.B. Lamek | 0.70 | Telephone attendance to receive Judge's reasons on Allocation Protocol motion; follow up emails with Patterson Belknap and Heenan Blaikie. |
| Mar 12, 2013 | E.F.B. Lamek | 0.50 | Monitor core party correspondence; email with Daniel Lowenthal. |
| Mar 12, 2013 | J. Szumski | 0.20 | Reviewed endorsement of the Canadian Court in connection with the core-party application. |
| Mar 19, 2013 | E.F.B. Lamek | 0.40 | Reviewing latest correspondence from lawyers for Monitor and PCUK. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No: 030185/000001
Page 5

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Date | Name | Hours | Description |
|---|---|---|---|
| Mar 19, 2013 | J. Szumski | 0.40 | Reviewed a letter from the UK Pension Administrator concerning the proposed schedule for the allocation protocol and valuing their proof of claim. |
| Mar 20, 2013 | E.F.B. Lamek | 0.30 | Reviewing US Debtors' correspondence regarding Litigation timetable. |

TO OUR FEES                                                  $ 36,590.50

DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $7.00 |
| Copies | 515.10 |
| Notice of Appearance & Intent | 102.00 |
| Total Non-Taxable Disbursements | 624.10 |

Total Disbursements                                              624.10

Total Fees and Disbursements                                   37,214.60

TOTAL THIS INVOICE              CAD            $ 37,214.60

If Paid in US Dollars           USD            $ 37,685.67

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 31, 2013
Invoice # 696970802
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

## REMITTANCE COPY

| | |
|---|---|
| Fees | $ 36,590.50 |
| Disbursements | 624.10 |
| Total this Invoice          **CAD** | **$ 37,214.60** |
| If Paid in US Dollars          **USD** | **$ 37,685.67** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014329



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 31, 2013
Invoice # 696970802
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #: 47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1 3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014330



*FILE COPY*

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 14, 2013

Invoice # 697007189
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to July 31, 2013 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 23,106.00 |
| Disbursements | | 236.40 |
| Total this Invoice | **CAD** | **$ 23,342.40** |
| If Paid in US Dollars | **USD** | $ 23,054.22 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 14, 2013
Invoice # 697007189
File No:  030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to July 31, 2013

| Apr 4, 2013 | E.F.B. Lamek | 2.50 | Attend meeting at Goodmans to discuss Litigation Protocol among Core parties. |
| Apr 15, 2013 | E.F.B. Lamek | 1.20 | Reviewing latest correspondence and related draft litigation timetable/allocation protocol. |
| Apr 17, 2013 | E.F.B. Lamek | 0.80 | Reviewing latest motion materials and allocation protocol materials from Goodmans and Cleary. |
| Apr 23, 2013 | E.F.B. Lamek | 1.80 | Reviewing materials received from various Core Parties for tomorrow's hearing; email exchanges with Dan Lowenthal and John Salmas re US Debtor's Statement. |
| Apr 24, 2013 | E.F.B. Lamek | 1.60 | Email exchanges regarding the submissions of the US Debtors and the Canadian Only Bonds. |
| Apr 30, 2013 | E.F.B. Lamek | 1.50 | Reviewing Court of Appeal materials and confidentiality stipulation materials and related email traffic. |
| May 1, 2013 | E.F.B. Lamek | 1.80 | Reviewing latest circulated allocation protocol materials. |
| May 2, 2013 | E.F.B. Lamek | 1.00 | Reviewing orders and endorsements regarding Allocation Motion protocol and Confidentiality Order. |
| May 15, 2013 | E.F.B. Lamek | 1.40 | Reviewing latest Allocation Motion materials; email exchange with Dan Lowenthal regarding Law Debenture Joinder and next steps and timing. |
| May 16, 2013 | E.F.B. Lamek | 2.70 | Drafting, serving and filing Canadian Joinder of Law Debenture as indenture trustee. |
| May 17, 2013 | E.F.B. Lamek | 1.50 | Reviewing other parties' Allocation Motion submissions. |
| May 21, 2013 | J.L. Francis | 0.40 | Filed a Joinder of Law at the Commercial List Office. |
| May 22, 2013 | E.F.B. Lamek | 1.30 | Reviewing Allocation materials and email exchanges. |
| May 27, 2013 | E.F.B. Lamek | 0.30 | Reviewing various Core Party documents received; email exchange with Dan Lowenthal. |
| May 29, 2013 | E.F.B. Lamek | 4.00 | Reviewing other Core Parties' Responses and Replies; preparing and serving Law Debenture reply. |
| Jun 3, 2013 | E.F.B. Lamek | 1.30 | Exchange of emails with Dan Lowenthal regarding Thursday's meeting; reviewing materials as they get emailed. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 14, 2013
Invoice # 697007189

Law Debenture Trust Company of New York          File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 3

| Jun 12, 2013 | L. White | 0.40 | Filed a Joiner of Law Debenture at the Commercial Court. |
| Jul 25, 2013 | E.F.B. Lamek | 0.80 | Email exchange with D. Lowenthal; reviewing draft response to CCC reservation regarding identity of Bondholders. |

TO OUR FEES          $ 23,106.00

DISBURSEMENTS:

Non-Taxable
      Copies                                        $236.40

Total Non-Taxable Disbursements                 236.40

Total Disbursements                                            236.40

Total Fees and Disbursements                              23,342.40

TOTAL THIS INVOICE          CAD          $ 23,342.40

If Paid in US Dollars          USD          $ 23,054.22

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL                                        IT00014333



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 14, 2013
Invoice # 697007189
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 23,106.00 |
| Disbursements | | 236.40 |
| Total this Invoice | CAD | $ 23,342.40 |
| If Paid in US Dollars | USD | $ 23,054.22 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014334



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 14, 2013
Invoice # 697007189
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014335



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 22, 2014

Invoice # 697119510
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to June 30, 2014 in connection with the above matter as described
in the attached.

| | |
|---|---:|
| Fees | $ 196,538.00 |
| Disbursements | 978.40 |

| | | |
|---|---|---:|
| Total this Invoice | **CAD** | **$ 197,516.40** |
| If Paid in US Dollars | **USD** | **$ 187,574.93** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:
    Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL                                                                                    IT00014336


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to June 30, 2014

| | | | |
|---|---|---|---|
| Jan 10, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Jan 17, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Jan 24, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Jan 31, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 7, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 14, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 21, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 28, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Mar 5, 2014 | E.F.B. Lamek | 0.30 | Email exchanges with Dan Lowenthal regarding meeting at Goodman's next week; reviewing latest draft Trial Protocol. |
| Mar 7, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Mar 14, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Mar 21, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510

Law Debenture Trust Company of New York          File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 3

| Mar 28, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 4, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 11, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 18, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 25, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| May 2, 2014 | E.F.B. Lamek | 2.40 | Initial organization and review of Pre-Trial Briefs; emails with Patterson Belknap regarding filing of Law Debenture Joinder by May 6. |
| May 5, 2014 | E.F.B. Lamek | 3.40 | Telephone calls and exchange of emails with Patterson Belknap regarding proposed Joinder and related issues; begin drafting Canadian Joinder; reviewing Pre-trial briefs. |
| May 6, 2014 | E.F.B. Lamek | 4.50 | Reading Pre-trial Briefs; finalizing Law Debenture Joinder, serving and filing same; emails exchanged with Patterson Belknap re same. |
| May 7, 2014 | J.L. Francis | 0.40 | Filed a Joinder of Law Debenture at the Commercial List Office. |
| May 7, 2014 | E.F.B. Lamek | 4.00 | Conference call with Patterson Belknap regarding attendance at trial; continue reading Pre-trial Briefs; calls with J. Stam, R. Swan, S. Seigel, all regarding logistics. |
| May 8, 2014 | E.F.B. Lamek | 2.50 | Reading Pre-trial Briefs; trial protocols, MRDA, IFSA, FCFSA. |
| May 9, 2014 | E.F.B. Lamek | 4.50 | Reviewing additional Pre-trial documents and various email exchanges with Patterson Belknap, Bennett Jones and Cassels Brock. |
| May 12, 2014 | E.F.B. Lamek | 8.80 | Reviewing latest documents received and attend Day 1 of Nortel Allocation Trial. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014338



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510

Law Debenture Trust Company of New York      File No: 030185/000001
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds      Page 4

| | | | |
|---|---|---|---|
| May 13, 2014 | E.F.B. Lamek | 7.50 | Attend Day 2 of Nortel Allocation Trial; review emailed exhibits and Court filed documents. |
| May 14, 2014 | E.F.B. Lamek | 8.30 | Attend Day 3 of Nortel Allocation Trial; review Hamilton Affidavit and related materials. |
| May 15, 2014 | E.F.B. Lamek | 6.70 | Attend Day 4 of Nortel Allocation Trial. |
| May 20, 2014 | E.F.B. Lamek | 7.00 | Review weekend email correspondence and attend day 5 of Nortel Trial. |
| May 21, 2014 | E.F.B. Lamek | 7.50 | Attend day 6 of Nortel Trial. |
| May 22, 2014 | E.F.B. Lamek | 6.80 | Attend day 7 of Nortel Trial (afternoon by Live Stream). |
| May 28, 2014 | E.F.B. Lamek | 3.00 | Attend Nortel Trial by Live Stream. |
| May 29, 2014 | E.F.B. Lamek | 2.00 | Attend Nortel Trial by Live Stream. |
| May 30, 2014 | E.F.B. Lamek | 5.80 | Attend Nortel Trial by Live Streaming. |
| Jun 5, 2014 | E.F.B. Lamek | 5.50 | Morning court attendance at Nortel Trial, and by Live Streaming in the afternoon. |
| Jun 6, 2014 | E.F.B. Lamek | 7.80 | Court attendance at Nortel Trial and follow up meeting with Justice Newbould and other core parties. |
| Jun 13, 2014 | E.F.B. Lamek | 3.80 | Calls and emails with Patterson Belknap regarding McConnell Report; reviewing McConnell Report and deposition transcript; conference call with Aiken Gump regarding plan for McConnell re-examination if NNNC Binds raised by UKPC. |
| Jun 16, 2014 | E.F.B. Lamek | 6.50 | Attend allocation trial. |
| Jun 17, 2014 | E.F.B. Lamek | 7.00 | Attend Allocation Trial. |
| Jun 18, 2014 | E.F.B. Lamek | 7.50 | Attend Allocation Trial. |
| Jun 19, 2014 | E.F.B. Lamek | 9.50 | Attend Allocation Trial; working on pre filing interest memorandum to the Judges; various emails and reviews and comments on drafts of same. |
| Jun 20, 2014 | E.F.B. Lamek | 3.00 | Attend Nortel Allocation Trial. |
| Jun 23, 2014 | E.F.B. Lamek | 5.50 | Attend Allocation Trial and Oral Submissions on Post Filing Interest issue. |
| Jun 24, 2014 | E.F.B. Lamek | 6.50 | Attend final day of Allocation Trial; reviewing Judges comments on Post Filing Interest; email exchanges with Lowenthal and Seigel; reviewing principal cases on CCAA Post Filing Interest, making summary notes of issues of concern. |
| Jun 25, 2014 | E.F.B. Lamek | 6.20 | Working on Post Filing Interest issue most of day; lengthy discussion with Sheryl Siegel. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510

Law Debenture Trust Company of New York          File No: 030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 5

| Jun 26, 2014 | E.F.B. Lamek | 5.80 | Begin outlining arguments on Monitor's requested Post Filing Interest motion; further research of cases. |
| Jun 27, 2014 | E.F.B. Lamek | 7.40 | Attend on 9:30 am Judges call regarding scheduling of Post Filing Interest motion (July 25) and subsequent conference call with Siegel, Riela, Lowenthal regarding strategies and possible joinder with Ad Hoc Bondholders' committee; continue working on outline of issues and arguments. |
| Jun 30, 2014 | E.F.B. Lamek | 2.00 | Reviewing materials and cases from Sheryl Seigel regarding various post filing interest and costs issues. |

TO OUR FEES                                         $ 196,538.00

DISBURSEMENTS:

Non-Taxable
    Binding Charges          $26.00
    Copies                   708.90
    Westlaw Searches         243.50

Total Non-Taxable Disbursements     978.40

Total Disbursements                                 978.40

Total Fees and Disbursements                        197,516.40

TOTAL THIS INVOICE          CAD          **$ 197,516.40**

If Paid in US Dollars          USD          **$ 187,574.93**

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL                                         IT00014340



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 22, 2014
Invoice # 697119510
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds     File No: 030185/000001

**REMITTANCE COPY**

| | | |
|---|---|---|
| Fees | | $ 196,538.00 |
| Disbursements | | 978.40 |
| Total this Invoice | **CAD** | **$ 197,516.40** |
| If Paid in US Dollars | **USD** | **$ 187,574.93** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014341



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 22, 2014
Invoice # 697119510
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014342



**FILE COPY**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

October 3, 2014

Invoice # 697141690
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to August 31, 2014 in connection with the above matter as
described in the attached.

| | | |
|---|---|---|
| Fees | | $ 141,114.50 |
| Disbursements | | 2,784.85 |
| Total this Invoice | CAD | $ 143,899.35 |
| If Paid in US Dollars | USD | $ 130,639.45 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690
File No: 030185/000001

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

Page 2

---

PROFESSIONAL SERVICES RENDERED to August 31, 2014

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| Jul 2, 2014 | E.F.B. Lamek | 2.80 | Calls and emails with Richard Swan regarding next steps and Joint Submissions on Post Filing Interest and related legal issues and concerns. |
| Jul 3, 2014 | E.F.B. Lamek | 3.80 | Call with Sheryl Seigel, working on Joint Brief submissions regarding Post Filing Interest. |
| Jul 4, 2014 | E.F.B. Lamek | 6.80 | Conference call with Bennett Jones and Sheryl Seigel; working most of day on Post Filing Interest and related research and drafting of argument. |
| Jul 7, 2014 | E.F.B. Lamek | 5.30 | Working on Post Filing Interest and related research of issues that may arise in Monitor's brief. |
| Jul 8, 2014 | E.F.B. Lamek | 1.80 | Working on brief related notes. |
| Jul 10, 2014 | E.F.B. Lamek | 2.50 | Working on brief and telephone calls with Bennett Jones. |
| Jul 11, 2014 | E.F.B. Lamek | 3.50 | Working on Post Filing Interest submissions and exchange of emails with Bennett Jones regarding various legal and strategic issues. |
| Jul 12, 2014 | E.F.B. Lamek | 1.50 | Review latest draft Post Filing Interest brief from Bennett Jones; call and several emails with Gavin Finlayson. |
| Jul 14, 2014 | E.F.B. Lamek | 4.80 | Drafting revisions to Bennett Jones' weekend draft of Canadian Brief; call with Sheryl Seigel; call with Bennett Jones. |
| Jul 15, 2014 | E.F.B. Lamek | 6.50 | Reviewing latest draft of Bennett Jones Canadian Law submissions; calls with Richard Swan; providing final comments and emails with D. Lowenthal regarding Law Debenture approval to join Bennett Jones Brief; begin reviewing cases on Monitor's Book of Authorities. |
| Jul 15, 2014 | J.D. Marshall | 2.00 | Confer with E. Lamek and C. Hill re: interest submissions; review facta. |
| Jul 16, 2014 | E.F.B. Lamek | 3.50 | Reviewing Brief and Facta from Monitor, CCC, UKPC, UCC, US Debtor. |
| Jul 17, 2014 | E.F.B. Lamek | 7.20 | Research of issues raised by the Monitor and drafting responding Bondholder submissions to Monitors Canadian Law Factum points. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690

Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 3

| Jul 18, 2014 | E.F.B. Lamek | 4.50 | Calls with Sheryl Seigel and Rick Orzy; reviewing Sheryl Seigel's notes on legal points; revising Law Debenture insertions for Bennett Jones. |
| Jul 21, 2014 | E.F.B. Lamek | 5.30 | Working on Canadian Law Brief; reviewing draft US Law Brief; revising inherent jurisdiction case law; call with Sheryl Seigel re same. |
| Jul 21, 2014 | J.D. Marshall | 3.00 | Read factums and authorities for hearing on post-filing interest. |
| Jul 22, 2014 | E.F.B. Lamek | 6.80 | Providing final comments on Bondholder/indenture trustee Canadian Reply brief; reviewing reply briefs of the Monitor, CCC, UKPC, discuss with John Marshall; various emails to Bennett Jones. |
| Jul 23, 2014 | E.F.B. Lamek | 5.80 | Continue review of Reply Briefs and accompanying authorities; discussing arguments and issues with John Marshall; calls with Sheryl Seigel, Gavin Finlayson and Richard Swan; working on argument with John Marshall. |
| Jul 23, 2014 | J.D. Marshall | 10.00 | Review factums on PPI issue; confer with E. Dadouch and prepare for argument. |
| Jul 24, 2014 | E.F.B. Lamek | 7.30 | Reviewing and replying to Sheryl Seigel comments regarding issues to avoid/stop judge from ruling on extraneous issues; conference call with Bennett Jones and McMillan with John Marshall; conference court call regarding US Estate BNY settlement; follow up calls with D. Lowenthal and Bennett Jones regarding implications of the US settlement. |
| Jul 24, 2014 | J.D. Marshall | 9.00 | Review materials for hearing of post-filing interest issue; conference call with counsel for other noteholders to prepare for hearing; telephone case conference with U.S. Judge Gross and counsel for all parties re: settlement of U.S. hearing on interest issue; continue review of materials and preparation for hearing. |
| Jul 25, 2014 | J.D. Marshall | 6.00 | Appear on motion before Newbould J. re: post-filing interest (9:00am - 2:00pm); report to client and E. Lamek; confer with U.S. counsel. |
| Aug 5, 2014 | E.F.B. Lamek | 1.80 | Emails with Dan Lowenthal re closing brief - reviewing Monitor's motion re US PFI settlement and US Debtors' response. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014345



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690

Law Debenture Trust Company of New York          File No: 030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 4

| | | | |
|---|---|---|---|
| Aug 6, 2014 | E.F.B. Lamek | 2.20 | Call with Sheryl Seigel re PFI motion and joinders in Allocation Trial; reviewing drafts of Ad Hoc Brief and US Interests PFI briefs; email with Lowenthal re next steps on our part and status of PFI settlement in the US. |
| Aug 7, 2014 | E.F.B. Lamek | 6.50 | Emails with Dan Lowenthal, reviewing Patterson Belknap draft of post trial brief and providing comments on same, reviewing further drafts and various emails re same; organizing filing, etc. in Canada. |
| Aug 8, 2014 | J.L. Francis | 0.40 | Filed sealed material with the Commercial List Office. |
| Aug 8, 2014 | E.F.B. Lamek | 3.50 | Arranging filing Law Debenture Brief and reading Post Filing Brief of Monitor. |
| Aug 11, 2014 | E.F.B. Lamek | 5.50 | Reading Post Allocation Trial Briefs of US Interests and other Canadian Side parties. |
| Aug 19, 2014 | E.F.B. Lamek | 2.30 | Working on Appeal Grounds and factum paragraphs; emails re costs. |
| Aug 19, 2014 | J.D. Marshall | 3.00 | Receive and review Newbould J. decision re: post-application interest; consider appeal issues and confer with E. Lamek re: same. |
| Aug 20, 2014 | E.F.B. Lamek | 3.50 | Reviewing PFI decision of Justice Newbould and calls with Seigel and Swan re same; emails with John Marshall and Dan Lowenthal. |
| Aug 20, 2014 | J.D. Marshall | 2.00 | Confer with E. Lamek re: appeal issues; review procedural points and main authorities relied on by Newbould J. |
| Aug 21, 2014 | E.F.B. Lamek | 5.50 | Working on appeal grounds, calls with Swan, Lowenthal and Seigel re same. |
| Aug 21, 2014 | J.D. Marshall | 1.80 | Consider appeal issues; advise re: currency conversion issues. |
| Aug 22, 2014 | E.F.B. Lamek | 2.70 | Call with Sheryl Seigel and reviewing her notes for leave to appeal, working on legal arguments for appeal/leave. |
| Aug 27, 2014 | J.D. Marshall | 0.30 | Correspondence re: costs. |
| Aug 28, 2014 | E.F.B. Lamek | 3.40 | Several emails with Lowenthal and Guiney re interpretation of the Trust Indenture; reviewing Trust Indenture and memo to Lowenthal re sale; working on PFI appeal recommendation email to client. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690

Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 5

| | | | |
|---|---|---|---|
| Aug 28, 2014 | J.D. Marshall | 1.00 | Confer re: appeal issues; review Newbould J. reasons and consider form of order; read law re: appeal issues. |

TO OUR FEES                                                                  $ 141,114.50


DISBURSEMENTS:


Non-Taxable
    Binding Charges                                  $71.75
    Conference Calls                                  28.20
    Copies                                          2,385.90
    Westlaw Searches                                 299.00

Total Non-Taxable Disbursements                        2,784.85


Total Disbursements                                                        2,784.85


Total Fees and Disbursements                                          143,899.35


TOTAL THIS INVOICE                          **CAD**            **$ 143,899.35**

If Paid in US Dollars                              **USD**            **$ 130,639.45**


PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL                                                  IT00014347



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

October 3, 2014
Invoice # 697141690
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 141,114.50 |
| Disbursements | | 2,784.85 |
| Total this Invoice | CAD | $ 143,899.35 |
| If Paid in US Dollars | USD | $ 130,639.45 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

October 3, 2014
Invoice # 697141690
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014349





Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

November 26, 2014

Invoice # 697159315
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to October 31, 2014 in connection with the above matter as
described in the attached.

| | | |
|---|---|---|
| Fees | | $ 100,291.00 |
| Disbursements | | 616.50 |
| Total this Invoice | **CAD** | **$ 100,907.50** |
| If Paid in US Dollars | **USD** | **$ 90,883.09** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014350



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 2

PROFESSIONAL SERVICES RENDERED to October 31, 2014

| Sep 2, 2014 | J.L. Francis | 0.40 | Delivered a Joinder of Law Debenture to Justice Newbould at Osgoode Hall. |
| Sep 2, 2014 | E.F.B. Lamek | 1.40 | Discussions with Dan Lowenthal and John Marshall regarding Tactical and legal implications of being or not being a co leave applicant in PFI proceedings. |
| Sep 2, 2014 | E.F.B. Lamek | 1.20 | Working on procedural memo to Law Debenture and Patterson Belknap regarding status on appeal and cost related issues; calls with Finlayson of BJ and Seigel of McMillan re same and additional comments on Notice of Motion for Leave. |
| Sep 2, 2014 | J.D. Marshall | 2.00 | Research re: appeal and procedural issues. |
| Sep 3, 2014 | E.F.B. Lamek | 3.30 | Calls and emails with Bennett Jones and McMillan regarding PFI motion costs positions and implications for leave motion; emails with DJ Miller regarding UKPC position letter on costs; emails with Lowenthal regarding Leave/appeal timing issues. |
| Sep 3, 2014 | E.F.B. Lamek | 1.70 | Conference call with Vedder Price, Patterson Belknap, McMillan and John Marshall regarding clients' considerations regarding participating as leave applicant; follow up emails with Lowenthal. |
| Sep 3, 2014 | J.D. Marshall | 2.50 | Research re procedural issues on appeal; confer with E. Lamek; conference call with other counsel. |
| Sep 4, 2014 | E.F.B. Lamek | 0.40 | Discussion with DJ Miller regarding her letter regarding costs of indenture trustees. |
| Sep 4, 2014 | J.D. Marshall | 3.00 | Review draft order & notice of motion for leave to appeal; confer with E. Lamek re: same; read caselaw re: appeal. |
| Sep 5, 2014 | E.F.B. Lamek | 2.50 | Emails and calls with Dan Lowenthal; John Marshall regarding standing issues and comments of Dennis O'Connor; call with Gavin Finlayson. |
| Sep 5, 2014 | J.D. Marshall | 0.80 | Confer with E. Lamek re: revisions to notice of motion for leave to appeal. |
| Sep 8, 2014 | E.F.B. Lamek | 0.80 | Telephone call with Gavin Finlayson regarding Notice of Motion for Leave and related issues; conference call with Lowenthal, Riela, Seigel re same; many follow up email exchanges. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York          File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 3

| Sep 8, 2014 | J.D. Marshall | 0.60 | Advising on ramifications of not filing appeal and standing at S.C.C. |
|---|---|---|---|
| Sep 9, 2014 | E.F.B. Lamek | 2.20 | Emails with Lowenthal, Swan, Finlayson regarding service of Motion for Leave; working on appeal factum arguments to discuss with Bennett Jones. |
| Sep 10, 2014 | A. Hodhod | 0.50 | Filed documents at Commercial List and Judge's Reception at Osgoode Hall for Edmond Lamek. |
| Sep 10, 2014 | E.F.B. Lamek | 0.80 | Email memo to Bennett Jones regarding preference issues in a subsequent bankruptcy of Nortel Networks Limited. |
| Sep 11, 2014 | A. Hodhod | 3.10 | Read Endorsement of Justice Newbould; read Notice of Motion for Leave to Appeal; drafted email to Edmond Lamek re procedural steps involved in appealing the decision of Justice Newbould. |
| Sep 11, 2014 | E.F.B. Lamek | 3.60 | Working on issues relating to form of order proposed by Goodmans and Bennett Jones; materials to be delivered to Justice Newbould; strategy for dealing with Trustee claims issues; drafting email memo to Sheryl Seigel. |
| Sep 11, 2014 | J.D. Marshall | 0.50 | Review amended endorsement of Newbould J. |
| Sep 12, 2014 | A. Hodhod | 0.50 | Drafted follow-up email re procedural steps following a notice of motion for leave to appeal. |
| Sep 12, 2014 | E.F.B. Lamek | 1.60 | Two calls with Bennett Jones; call with D. Lowenthal, S. Seigel, Reila regarding Indenture Trustee Fees and the endorsement; call with Bennett Jones re same. |
| Sep 15, 2014 | E.F.B. Lamek | 2.20 | Reviewing latest version of draft Post Filing Interest order; email memo to Bennett Jones; call with Sheryl Seigel; follow up emails with Bennett Jones. |
| Sep 16, 2014 | E.F.B. Lamek | 1.30 | Drafting Annotated Post Filing Interest Order; emails and call with Bennett Jones re same. |
| Sep 19, 2014 | E.F.B. Lamek | 0.80 | Calls with Sheryl Seigel and Gavin Finlayson re BLG form of Post Filing Interest Order and approaches to Graham Smith at Goodman's. |
| Sep 21, 2014 | E.F.B. Lamek | 1.30 | Conference call re settling form of order and related matters. |
| Sep 22, 2014 | E.F.B. Lamek | 7.50 | Closing Arguments on Allocation Trial; emails with Seigel and Finlayson re Post Filing Interest Order. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL          IT00014352



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York                     File No: 030185/000001
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds                     Page 4

| | | | |
|---|---|---|---|
| Sep 23, 2014 | E.F.B. Lamek | 8.50 | Allocation Trial closing Arguments day 2; numerous follow up emails with Dan Lowenthal regarding his submissions tomorrow. |
| Sep 24, 2014 | E.F.B. Lamek | 3.70 | Day 3 of Allocation Trial closing arguments. |
| Sep 25, 2014 | E.F.B. Lamek | 3.30 | Researching cases on CCAA Stay extensions and drafting email memo to Bennett Jones; follow up email exchanges and call with Finlayson. |
| Sep 26, 2014 | E.F.B. Lamek | 1.30 | Calls and emails with Shayne Kululowicz and Scott Bomhoff regarding Stay Extension motion position and related strategic matters. |
| Sep 30, 2014 | E.F.B. Lamek | 2.20 | Emails with Torys re Post Filing Interest Order; call with Sheryl Seigel re PFI Order wording and related issues; conference call with Bennett Jones, Sheryl, Mike Riela and Dan Lowenthal re PFI Order and Stay extension request; follow up call with Lowenthal re all of the foregoing. |
| Sep 30, 2014 | E.F.B. Lamek | 1.50 | Various email exchanges over day regarding form of PFI order and positions of other parties; call with Finlayson and Swan re tomorrow's attendance before Newbould. |
| Oct 1, 2014 | E.F.B. Lamek | 2.00 | Attend Nortel Stay Extension Motion and motion to settle form of Post Filing Interest order to be appealed; follow up discussion with Bennett Jones; follow up email exchange with Dan Lowenthal. |
| Oct 2, 2014 | A. Hodhod | 0.30 | Responded to email re timing of factum submission. |
| Oct 2, 2014 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal and Andrew Hodhod regarding timing of leave application reply materials. |
| Oct 8, 2014 | E.F.B. Lamek | 5.50 | Reviewing draft Factum of Bondholder and providing comments to BJ re same; numerous follow up email exchanges on various drafting and substantive points; email exchange with Dan Lowenthal re PFI Order; further email exchanges in evening with Swan and Seigel. |
| Oct 9, 2014 | E.F.B. Lamek | 4.70 | Working on comments on Factum for Leave to Appeal of Ad Hocs, many email exchanges with Sheryl Seigel and Gavin Finlayson. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 5

| Oct 14, 2014 | E.F.B. Lamek | 2.30 | Working on Leave Motion factum and related research and review of Nortel court filings. |
| Oct 16, 2014 | E.F.B. Lamek | 2.00 | Working on sections for Responding Factum for leave to appeal. |
| Oct 20, 2014 | E.F.B. Lamek | 2.30 | Working on Court of Appeal Leave Factum - call with Sheryl Seigel re same;- email exchange with Dan Lowenthal re same. |
| Oct 27, 2014 | E.F.B. Lamek | 4.20 | Working on Factum for Ad Hoc Leave motion. |
| Oct 28, 2014 | E.F.B. Lamek | 3.70 | Continue work on factum; calls with Sheryl Seigel, John Marshall. |
| Oct 29, 2014 | E.F.B. Lamek | 4.80 | Conference call with US Counsel to go over Factum Comments and next steps; emails with Dan Lowenthal and Sheryl Seigel; discussion with John Marshall re factum points on prove vs receive. |
| Oct 30, 2014 | E.F.B. Lamek | 5.00 | Working on Joint Factum - calls with Bennett Jones re their comments and follow up calls and emails with Sheryl Seigel and John Marshall; emails with Dan Lowenthal re same. |
| Oct 31, 2014 | A. Hodhod | 2.40 | Received instructions re service of factum; served factum on service list; went through receipt confirmations; updated service list; drafted Affidavit of Service; read through instructions re filing of factum; looked at rules of Civil Procedure re colour of backpage. |
| Oct 31, 2014 | E.F.B. Lamek | 5.80 | Finalizing Joint Factum; dealing with service and filing logistics; reviewing US Interests Factum and related materials. |

TO OUR FEES                                    $ 100,291.00

DISBURSEMENTS:

Non-Taxable
      Binding Charges                    $22.90

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York                File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                Page 6

| | |
|---|---|
| Copies | 502.20 |
| Westlaw Searches | 84.50 |
| Miscellaneous Expense - VENDOR: Marie Pacheco;<br>INVOICE#: 20140917A; DATE: 9/17/2014 -<br>Purchase of 4 GB USB Flash drive to download<br>court documents for Justice Newbould | 6.90 |

Total Non-Taxable Disbursements               616.50

Total Disbursements                                                        616.50

Total Fees and Disbursements                                    100,907.50

TOTAL THIS INVOICE               **CAD**          **$ 100,907.50**

If Paid in US Dollars                         **USD**          **$ 90,883.09**

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL                                                                IT00014355



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

November 26, 2014
Invoice # 697159315
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds       File No:  030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 100,291.00 |
| Disbursements | | 616.50 |
| Total this Invoice | CAD | $ 100,907.50 |
| If Paid in US Dollars | USD | $ 90,883.09 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL                                                                                           IT00014356


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

November 26, 2014
Invoice # 697159315
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014357


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

FILE COPY

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 17, 2014

Invoice # 697169093
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to November 30, 2014 in connection with the above matter as described in the attached.

| | | |
|---|---|---:|
| Fees | | $ 10,774.00 |
| Disbursements | | 150.65 |
| Total this Invoice | CAD | $ 10,924.65 |
| If Paid in US Dollars | USD | $ 9,574.63 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014358



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 17, 2014
Invoice # 697169093
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to November 30, 2014

| | | | |
|---|---|---|---|
| Nov 3, 2014 | A. Hodhod | 1.00 | Made amendment to Affidavit of Service; prepared documents for filing at Court of Appeal and filed factum at Court of Appeal. |
| Nov 3, 2014 | E.F.B. Lamek | 2.50 | Reviewing other parties responding factum and emails with Lowenthal, Swan and Seigel re same. |
| Nov 4, 2014 | E.F.B. Lamek | 3.10 | Drafting language for Bondholder's reply factum relating to misnomers in CCAA regarding surplus, etc.; related emails with Finlayson and Seigel; call with Orzy. |
| Nov 5, 2014 | E.F.B. Lamek | 1.30 | Call with Seigel and call with Finlayson re reply factum points. |
| Nov 9, 2014 | E.F.B. Lamek | 2.70 | Reviewing draft Bennett Jones Factum and providing revisions and comments to Finlayson and Swan. |
| Nov 13, 2014 | E.F.B. Lamek | 0.50 | Calls with Seigel and Bennett Jones re finalizing Reply Factum. |
| Nov 28, 2014 | E.F.B. Lamek | 1.00 | Revising court of appeal leave decision; emails with Lowenthal, Marshal, Seigel re same. |

TO OUR FEES                                          $ 10,774.00

DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $54.05 |
| Copies | 96.60 |
| Total Non-Taxable Disbursements | 150.65 |

Total Disbursements                                          150.65

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL                                          IT00014359



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 17, 2014
Invoice # 697169093
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | |
|---|---|
| Total Fees and Disbursements | 10,924.65 |
| | |
| TOTAL THIS INVOICE | **CAD** | **$ 10,924.65** |
| If Paid in US Dollars | **USD** | **$ 9,574.63** |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

IT00014360



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 17, 2014
Invoice # 697169093
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 10,774.00 |
| Disbursements | | 150.65 |
| Total this Invoice | CAD | $ 10,924.65 |
| If Paid in US Dollars | USD | $ 9,574.63 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014361



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 17, 2014
Invoice # 697169093
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014362

FILE COPY



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2014

Invoice # 697177890
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to December 31, 2014 in connection with the above matter as
described in the attached.

| | | |
|---|---|---:|
| Fees | | $ 9,024.00 |
| Disbursements | | 40.74 |
| Total this Invoice | **CAD** | **$ 9,064.74** |
| If Paid in US Dollars | **USD** | **$ 7,972.51** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL

IT00014363



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2014
Invoice # 697177890
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to December 31, 2014

| Dec 4, 2014 | E.F.B. Lamek | 3.20 | Reviewing and revising Bennett Jones Notice of Appeal; call with Seigel to discuss my and her proposed changes; email to Orzy and Call with him; follow up emails. |
| Dec 5, 2014 | E.F.B. Lamek | 2.40 | Conference call with Seigel, Orzy, Peltoma, Bell; follow up call with Orzy; reviewing and commenting on revised draft Notice of Appeal. |
| Dec 8, 2014 | E.F.B. Lamek | 1.20 | Working on arguments for Ad Hoc Appeal Factum regarding No Plan Distribution point; emails with Bennett Jones and Seigel. |
| Dec 10, 2014 | E.F.B. Lamek | 1.30 | Reviewing Newbould UKPC claim decision emails with Marshall and Lowenthal regarding same. |
| Dec 18, 2014 | E.F.B. Lamek | 1.50 | Reviewing Judge Gross' PFI Settlement reasons and emails with Lowenthal regarding same. |

TO OUR FEES                                              $ 9,024.00

DISBURSEMENTS:

Non-Taxable

| | | |
|---|---|---|
| Conference Calls | $17.04 | |
| Copies | 23.70 | |
| Total Non-Taxable Disbursements | 40.74 | |

Total Disbursements                                      40.74

Total Fees and Disbursements                             9,064.74

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL                                                    IT00014364



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2014
Invoice # 697177890

Law Debenture Trust Company of New York          File No: 030185/000001
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 3

| | | | |
|---|---|---|---|
| TOTAL THIS INVOICE | **CAD** | **$ 9,064.74** |
| If Paid in US Dollars | **USD** | $ 7,972.51 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014365



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2014
Invoice # 697177890
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 9,024.00 |
| Disbursements | | 40.74 |
| Total this Invoice | CAD | $ 9,064.74 |
| If Paid in US Dollars | USD | $ 7,972.51 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014366



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2014
Invoice # 697177890
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014367



# FILE COPY

**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

February 23, 2015

Invoice # 697193344
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

PROFESSIONAL SERVICES rendered to January 31, 2015 in connection with the above matter as described in the attached.

| | | |
|---|---|---:|
| Fees | | $ 4,793.00 |
| Disbursements | | 69.20 |
| Total this Invoice | **CAD** | **$ 4,862.20** |
| If Paid in US Dollars | **USD** | $ 3,954.94 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

February 23, 2015
Invoice # 697193344

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 2

PROFESSIONAL SERVICES RENDERED to January 31, 2015

| Jan 5, 2015 | E.F.B. Lamek | 1.60 | Reviewing draft Appeal Factum of Ad Hoc Bondholders' Group. |
| Jan 6, 2015 | E.F.B. Lamek | 1.60 | Emails with Bennett Jones regarding LawDeb debenture terms and related matters for Appeal factum. |
| Jan 8, 2015 | A. Hodhod | 0.20 | Responded to email re timing of delivery of factum. |
| Jan 16, 2015 | A. Hodhod | 0.20 | Responded to question re timing of submission of materials. |
| Jan 16, 2015 | E.F.B. Lamek | 1.00 | Conf Call regarding Joint Responding Factum; follow up calls with Lowenthal, Seigel and Harrison; emails to Bennett Jones. |
| Jan 21, 2015 | E.F.B. Lamek | 0.70 | Conference call with Gavin Finlayson and Brett Harrison re contents of Indenture Trustees' factum. |

TO OUR FEES                                    $ 4,793.00

DISBURSEMENTS:

Non-Taxable

| Binding Charges | $8.00 |
| Copies | 61.20 |
| Total Non-Taxable Disbursements | 69.20 |

Total Disbursements                                    69.20

Total Fees and Disbursements                          4,862.20

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014369



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

February 23, 2015
Invoice # 697193344
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | |
|---|---|---|
| TOTAL THIS INVOICE | CAD | $ 4,862.20 |
| If Paid in US Dollars | USD | $ 3,954.94 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL

IT00014370



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

February 23, 2015
Invoice # 697193344
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No: 030185/000001

### REMITTANCE COPY

| | | |
|---|---|---:|
| Fees | | $ 4,793.00 |
| Disbursements | | 69.20 |
| Total this Invoice | **CAD** | **$ 4,862.20** |
| If Paid in US Dollars | **USD** | **$ 3,954.94** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

February 23, 2015
Invoice # 697193344
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014372



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

**FILE COPY**

March 26, 2015

Invoice # 697202643
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to February 28, 2015 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 24,450.00 |
| Disbursements | | 94.80 |
| Total this Invoice | CAD | $ 24,544.80 |
| If Paid in US Dollars | USD | $ 20,168.28 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014373



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 26, 2015
Invoice # 697202643
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to February 28, 2015

| Date | Name | Hours | Description |
|---|---|---|---|
| Dec 15, 2014 | J.D. Marshall | 1.00 | Review case law for appeal argument on appeal from Newbould J. order. |
| Dec 16, 2014 | J.D. Marshall | 1.00 | Consider draft facta and revisions thereto re: appeal of Newbould J. Decision on "interest stops" rule. |
| Feb 4, 2015 | E.F.B. Lamek | 2.00 | Working on Responding Factum Arguments and possible approaches; emails with McMillan and BJ. |
| Feb 10, 2015 | E.F.B. Lamek | 2.60 | Working on factum, email exchanges with Finlayson and Harrison re possible factum arguments. |
| Feb 11, 2015 | E.F.B. Lamek | 3.60 | Working on Reply Factum on PFI Appeal. |
| Feb 22, 2015 | E.F.B. Lamek | 2.00 | Researching cases following Sammi Atlas decision and treatments of creditors in CCAA plans that have been approved; calls and email exchanges with Finlayson. |
| Feb 23, 2015 | E.F.B. Lamek | 3.80 | Working on Responding Factum and related research. |
| Feb 24, 2015 | E.F.B. Lamek | 2.80 | Working on PFI appeal responding factum and emails with Harrison and Finlayson. |
| Feb 25, 2015 | E.F.B. Lamek | 5.70 | Working most of day on next version of Responding PFI Factum, numerous emails with Finlayson and Harrison. |
| Feb 27, 2015 | E.F.B. Lamek | 1.50 | Working on revisions to BH revisions to Factum. |

TO OUR FEES                                    $ 24,450.00

DISBURSEMENTS:

Non-Taxable
    Copies                                    $94.80

Total Non-Taxable Disbursements                    94.80

Total Disbursements                               94.80

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 26, 2015
Invoice # 697202643
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | |
|---|---|---|
| Total Fees and Disbursements | | 24,544.80 |
| TOTAL THIS INVOICE | CAD | **$ 24,544.80** |
| If Paid in US Dollars | USD | **$ 20,168.28** |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 26, 2015
Invoice # 697202643
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

**REMITTANCE COPY**

| | | |
|---|---|---|
| Fees | | $ 24,450.00 |
| Disbursements | | 94.80 |
| Total this Invoice | CAD | $ 24,544.80 |
| If Paid in US Dollars | USD | $ 20,168.28 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 26, 2015
Invoice # 697202643
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014377

FILE COPY



**Borden Ladner Gervais LLP**
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

April 27, 2015

Invoice # 697212648
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to March 31, 2015 in connection with the above matter as
described in the attached.

| | | |
|---|---|---|
| Fees | | $ 24,828.50 |
| Disbursements | | 1,149.02 |
| Total this Invoice | **CAD** | **$ 25,977.52** |
| If Paid in US Dollars | **USD** | **$ 21,811.52** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By
    Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014378



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

April 27, 2015
Invoice # 697212648

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 2

PROFESSIONAL SERVICES RENDERED to March 31, 2015

| Mar 2, 2015 | E.F.B. Lamek | 3.40 | Working on Court of Appeal Factum; emails with Finlayson and Harrison. |
| Mar 4, 2015 | E.F.B. Lamek | 1.50 | Emails with BJ regarding Monitor's advice to court that CCAA stay extension was on consent and follow up discussions and email exchanges with BJ and McMillan; email re delivery of Monitor's factum. |
| Mar 5, 2015 | E.F.B. Lamek | 5.50 | Several calls with Finlayson and Harrison re factum revisions; drafting and circulating revised version for comment; emails with Lowenthal. |
| Mar 5, 2015 | J.D. Marshall | 0.40 | Review draft factum. |
| Mar 6, 2015 | J.D. Marshall | 0.50 | Review Law Debenture draft factum on approval of Newbould, J. Order. |
| Mar 9, 2015 | E.F.B. Lamek | 7.00 | Incorporating final comments from McMillan and BJ; emails with Lowenthal and Riela; discussions with Arthur Nahas regarding filing requirements; serving Factum; revising per court of appeal directions and re serving/filing. |
| Mar 9, 2015 | A. Nahas | 1.60 | Filed a factum and accompanying materials at the Court of Appeal for Edmond Lamek. |
| Mar 10, 2015 | E.F.B. Lamek | 2.00 | Emails and calls with BJ regarding court of appeal decision on striking paragraphs and related issues including response from Goodmans. |
| Mar 23, 2015 | E.F.B. Lamek | 3.70 | Reviewing Responding Factums of Monitor, CCC and Wilmington Trust; emails with Bennett Jones and McMillan. |
| Mar 24, 2015 | E.F.B. Lamek | 0.30 | Emails with Bennett Jones re Monitor's Factum contents. |
| Mar 27, 2015 | E.F.B. Lamek | 1.60 | Emails with BJ and McMillan - working on arguments for court of appeal. |

TO OUR FEES                                          $ 24,828.50

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL                                          IT00014379



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

April 27, 2015
Invoice # 697212648
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

## DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $64.20 |
| Copies | 1,072.80 |
| Quicklaw Searches | 12.02 |
| Total Non-Taxable Disbursements | 1,149.02 |

| | | |
|---|---|---|
| Total Disbursements | | 1,149.02 |
| Total Fees and Disbursements | | 25,977.52 |
| TOTAL THIS INVOICE | CAD | $ 25,977.52 |
| If Paid in US Dollars | USD | $ 21,811.52 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL

IT00014380


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

April 27, 2015
Invoice # 697212648
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 24,828.50 |
| Disbursements | | 1,149.02 |
| Total this Invoice | CAD | **$ 25,977.52** |
| If Paid in US Dollars | USD | **$ 21,811.52** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014381



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

April 27, 2015
Invoice # 697212648
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014382


**Borden Ladner Gervais**

**FILE COPY**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

June 26, 2015

Invoice # 697231479
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to May 31, 2015 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 53,010.00 |
| Disbursements | 1,327.80 |
| Total this Invoice          **CAD** | **$ 54,337.80** |
| If Paid in US Dollars          **USD** | **$ 44,862.78** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By
Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

June 26, 2015
Invoice # 697231479
File No:  030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to May 31, 2015

| Apr 1, 2015 | E.F.B. Lamek | 0.70 | emails with Goodmans, Bennett Jones, McMillan regarding allocation of court time to Law Debenture and BNY Mellon. |
|---|---|---|---|
| Apr 6, 2015 | E.F.B. Lamek | 2.30 | working on Court of Appeal arguments and reviewing cases in responding casebooks. |
| Apr 15, 2015 | E.F.B. Lamek | 2.80 | Reviewing UK Law on Pari Passu Principle. |
| Apr 17, 2015 | E.F.B. Lamek | 2.70 | reviewing UK caselaw on Pari Passu principle in restructurings - conference call with BJ and McMillan re April 29 appeal. |
| Apr 22, 2015 | E.F.B. Lamek | 2.40 | call with Dan Lowenthal re appeal; call with Gavin Finlayson re appeal; working on complimentary arguments to Ad Hocs' position. |
| Apr 28, 2015 | E.F.B. Lamek | 3.80 | call with Bennett Jones re Costs issues and final positions on certain points; working on arguments to fill in Ad Hoc arguments' gaps. |
| Apr 29, 2015 | E.F.B. Lamek | 9.50 | final argument prep for, and attend Post Filing Interest Appeal |
| May 12, 2015 | E.F.B. Lamek | 1.00 | initial skim of Newbould and Gross Allocation decisions; emails with Lowenthal. |
| May 13, 2015 | E.F.B. Lamek | 4.50 | in depth review of Newbould and Gross Allocation decisions; reviewing McInness on the Law of Guarantees; emails with Lowenthal. |
| May 14, 2015 | E.F.B. Lamek | 1.80 | reviewing Capstone financial model and various emails with Lowenthal. |
| May 15, 2015 | E.F.B. Lamek | 0.50 | emails with Lowenthal regarding Appeal timing and related matters. |
| May 19, 2015 | E.F.B. Lamek | 0.40 | emails with Lowenthal regarding timing of leave to appeal motion. |
| May 20, 2015 | E.F.B. Lamek | 1.40 | working on Guarantee claim issue; call with Dan Lowenthal regarding latest activity in US Case; reviewing draft of US Debtor's reconsideration Motion. |
| May 21, 2015 | E.F.B. Lamek | 2.60 | researching cases relating to the law of Guarantees a in insolvency and line of cases leading to O&Y. |
| May 22, 2015 | E.F.B. Lamek | 0.40 | call with Gavin Finlayson of BJ regarding Ad Hocs views of appeal and reconsideration. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

June 26, 2015
Invoice # 697231479
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

---

| | | | |
|---|---|---|---|
| May 25, 2015 | E.F.B. Lamek | 4.70 | reviewing latest Capstone analysis and begin drafting Notice of Motion for Leave to Appeal guarantee proof point.; discussing guarantee cases with Ted Flett; reviewing same |
| May 26, 2015 | E.F.B. Lamek | 6.20 | calls all day on appeal issues and reconsideration issues; drafting reconsideration motion and reviewing applicable case law to support request for reconsideration; emails with Lowenthal, etc. |
| May 27, 2015 | E.F.B. Lamek | 5.80 | working all day on leave motion, reconsideration motion, calls with Torys' Bennett, Lowenthal. |
| May 29, 2015 | E.F.B. Lamek | 2.30 | Attend 9am hearing of US Debtors motion requisition extension of time for leave to appeal application; follow up email exchanges with Lowenthal and Tecce |

TO OUR FEES                                     $ 53,010.00

DISBURSEMENTS:

Non-Taxable
    Binding Charges                              $28.20
    Copies                                       1,299.60

Total Non-Taxable Disbursements                  1,327.80

Total Disbursements                                           1,327.80

Total Fees and Disbursements                                  54,337.80

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL                                          IT00014385



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

June 26, 2015
Invoice # 697231479
File No:  030185/000001
Page 4

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | |
|---|---|---|
| TOTAL THIS INVOICE | **CAD** | **$ 54,337.80** |
| If Paid in US Dollars | **USD** | $ 44,862.78 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014386


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

June 26, 2015
Invoice # 697231479
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

**REMITTANCE COPY**

| | | |
|---|---|---|
| Fees | | $ 53,010.00 |
| Disbursements | | 1,327.80 |
| Total this Invoice | **CAD** | **$ 54,337.80** |
| If Paid in US Dollars | **USD** | **$ 44,862.78** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

IT00014387



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

June 26, 2015
Invoice # 697231479
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014388



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 21, 2015

Invoice # 697248528
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to July 31, 2015 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 45,955.00 |
| Disbursements | 663.00 |
| Total this Invoice          **CAD** | **$ 46,618.00** |
| If Paid in US Dollars          **USD** | **$ 36,329.49** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014389



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 21, 2015
Invoice # 697248528

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 2

PROFESSIONAL SERVICES RENDERED to July 31, 2015

| Date | Name | Hours | Description |
|---|---|---|---|
| Jun 1, 2015 | E.F.B. Lamek | 3.00 | Working on Notice of Motion for Clarification/Reconsideration; emails with Bennett Jones re same. |
| Jun 2, 2015 | E.F.B. Lamek | 1.80 | Call with Dan Lowenthal re Solus; reviewing Nortel 1997 Financial Statements; conf call with Quinn Emannuel and Patterson Belknap; call with Gavin Finlayson of Bennett Jones re Canadian proceedings. |
| Jun 3, 2015 | E.F.B. Lamek | 1.70 | Various emails and calls with Torys and Bennett Jones re reconsideration motion. |
| Jun 4, 2015 | E.F.B. Lamek | 1.70 | Calls with Bennett Jones and Torys re motion and Newbould directions re timing of delivery of materials, emails with Lowenthal re same. |
| Jun 5, 2015 | E.F.B. Lamek | 2.70 | Working on Notice of Motion, circulating to Lowenthal and Quinn Emmanuel. |
| Jun 8, 2015 | T. Flett | 1.00 | Delivery of motion to 330 University Ave for E. Lamek. |
| Jun 8, 2015 | E.F.B. Lamek | 8.50 | Working all day on factum on reconsideration motion and related court materials, emails with Tecce and Lowenthal re same; serving and filing; reviewing US Debtors' factum and other materials served today. |
| Jun 9, 2015 | L. White | 0.40 | Attended at the Commercial Court and paid for a Motion Record. |
| Jun 12, 2015 | E.F.B. Lamek | 0.70 | Begin review of reconsideration motion responding briefs, etc. |
| Jun 22, 2015 | J.L. Francis | 0.40 | Filed a Reply Factum at the Commercial List Office. |
| Jun 22, 2015 | E.F.B. Lamek | 1.00 | Conf call with Patterson Belknap and Quinn Emmanuel; revising draft Factum, email with Heaney; serve Factum and file. |
| Jun 22, 2015 | E.F.B. Lamek | 0.60 | Drafting Notice of Filing of US Reply Brief, emails with Lowenthal. |
| Jun 23, 2015 | E.F.B. Lamek | 1.80 | Dealing with service and filing of US court documents in Canada and numerous related emails. |
| Jun 23, 2015 | L. White | 0.40 | Filed Motion material at the Commercial Court. |
| Jun 24, 2015 | E.F.B. Lamek | 4.50 | Calls with Lowenthal and Finlayson; assembling and final review of court materials for tomorrow's reconsideration motion. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001

CONFIDENTIAL


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 21, 2015
Invoice # 697248528

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 3

| | | | |
|---|---|---|---|
| Jun 25, 2015 | E.F.B. Lamek | 9.50 | Attend all day Cross Border Allocation Opinion Reconsideration Motion; follow up emails with Lowenthal and others. |
| Jul 5, 2015 | E.F.B. Lamek | 0.50 | Reviewing UCC Notice of Appeal, related emails to Lowenthal. |
| Jul 6, 2015 | E.F.B. Lamek | 2.00 | Reviewing US and Canadian Decisions on Reconsideration Motions, various emails with Lowenthal regarding impact of separate debtor allocation ruling. |
| Jul 7, 2015 | E.F.B. Lamek | 2.40 | Calls x2 with Dan Lowenthal re separate allocation omission in Gross Opinion, interim distributions, appeals, etc; call with James Tecce re next steps in Canada and the US; follow up email with Lowenthal. |
| Jul 9, 2015 | E.F.B. Lamek | 0.60 | Conference call with Finlayson and Harrison re appeal position of the non NNCC Bondholders. |
| Jul 13, 2015 | E.F.B. Lamek | 1.20 | Email exchange and call with Dan Lowenthal regarding PGBC claim allocation and reconsideration motion opinion and related matters. |
| Jul 20, 2015 | E.F.B. Lamek | 1.70 | Reviewing multiple US appeal court filings made today. |
| Jul 23, 2015 | E.F.B. Lamek | 1.40 | Reviewing draft Lockbox allocation Order proposed by Torys. et al for appeal perfection - call with Dan Lowenthal re same - reviewing definitions, etc in Allocation Protocols to match to/understand language in Tory's draft. |
| Jul 27, 2015 | E.F.B. Lamek | 0.60 | Reviewing latest appeal materials and updates. |

TO OUR FEES                                    $ 45,955.00

DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $92.00 |
| Copies | 444.00 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014391



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 21, 2015
Invoice # 697248528

Law Debenture Trust Company of New York        File No: 030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds        Page 4

| | | |
|---|---|---|
| Filing Fees | 127.00 | |
| Total Non-Taxable Disbursements | 663.00 | |
| Total Disbursements | | 663.00 |
| Total Fees and Disbursements | | 46,618.00 |

| TOTAL THIS INVOICE | CAD | $ 46,618.00 |
|---|---|---|
| If Paid in US Dollars | USD | $ 36,329.49 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014392



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 21, 2015
Invoice # 697248528
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

**REMITTANCE COPY**

| | | |
|---|---|---|
| Fees | | $ 45,955.00 |
| Disbursements | | 663.00 |
| Total this Invoice | **CAD** | **$ 46,618.00** |
| If Paid in US Dollars | **USD** | **$ 36,329.49** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 21, 2015
Invoice # 697248528
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
ReceiptsTOR@blg.com
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervals**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2015

Invoice # 697300016
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to December 31, 2015 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 7,410.00 |
| Disbursements | | 120.00 |
| Total this Invoice | **CAD** | **$ 7,530.00** |
| If Paid in US Dollars | **USD** | **$ 5,524.58** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:          Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014395



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2015
Invoice # 697300016
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to December 31, 2015

| | | | |
|---|---|---|---|
| Aug 5, 2015 | E.F.B. Lamek | 0.70 | reviewing latest correspondence among parties relating to form of order and issues of disagreement among the parties. |
| Aug 10, 2015 | E.F.B. Lamek | 0.70 | reviewing latest correspondence regarding Newbould Judgment wording disputes between Goodmans and US Side parties; email with Lowenthal. |
| Aug 24, 2015 | E.F.B. Lamek | 0.50 | reviewing factums and supplemental factums of appellants on motions for leave to appeal Newbould Allocation Judgment. |
| Aug 28, 2015 | E.F.B. Lamek | 0.50 | reviewing EMEA Debtors' claims process orders and related court reasons from UK Court. |
| Sep 30, 2015 | E.F.B. Lamek | 0.40 | update call with Dan Lowenthal of Patterson Belknap. |
| Oct 13, 2015 | E.F.B. Lamek | 2.50 | reviewing court of appeal decision on interest stops and discussing it with Shayne Kululowicz of Cassels Brock; emails with Lowenthal and Heaney. |
| Oct 16, 2015 | E.F.B. Lamek | 2.00 | reviewing various parties' shared mediation statements and related correspondence. |
| Dec 9, 2015 | E.F.B. Lamek | 0.50 | Emails with Dan Lowenthal regarding mediation in NYC and related matters. |

TO OUR FEES                                                      $ 7,410.00

DISBURSEMENTS:

Non-Taxable
Copies                                                          $120.00

Total Non-Taxable Disbursements                                 120.00

Total Disbursements                                             120.00

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2015
Invoice # 697300016
File No: 030185/000001

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

Page 3

| Total Fees and Disbursements | | 7,530.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | **CAD** | **$ 7,530.00** |
| If Paid in US Dollars | **USD** | **$ 5,524.58** |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1 0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014397



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2015
Invoice # 697300016
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds       File No: 030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 7,410.00 |
| Disbursements | | 120.00 |
| Total this Invoice | **CAD** | **$ 7,530.00** |
| If Paid in US Dollars | **USD** | **$ 5,524.58** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014398



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2015
Invoice # 697300016
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014399



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 18, 2016

Invoice # 697360673
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to June 30, 2016 in connection with the above matter as described
in the attached.

| | | |
|---|---|---|
| Fees | | $ 4,365.00 |
| Disbursements | | 102.90 |
| Total this Invoice | **CAD** | **$ 4,467.90** |
| If Paid in US Dollars | **USD** | **$ 3,511.12** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 18, 2016
Invoice # 697360673
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

---

PROFESSIONAL SERVICES RENDERED to June 30, 2016

| Date | Lawyer | Hours | Description |
|---|---|---|---|
| Jan 8, 2016 | E.F.B. Lamek | 0.40 | Update Call with Dan Lowenthal. |
| Feb 8, 2016 | E.F.B. Lamek | 2.00 | Reviewing various parties responding records opposing Ad Hoc Bondholders' application for Leave to SCC. |
| Feb 12, 2016 | E.F.B. Lamek | 1.20 | Reviewing US Appeal opposition briefs being served today. |
| Feb 17, 2016 | E.F.B. Lamek | 0.50 | Reviewing AD Hoc Bondholders' SCC leave application reply memorandum and related communications, etc. |
| Mar 11, 2016 | E.F.B. Lamek | 0.40 | Reviewing various parties' appeal reply briefs. |

<table>
<tr><td>TO OUR FEES</td><td>$ 4,365.00</td></tr>
</table>

DISBURSEMENTS:

Non-Taxable
     Copies       $102.90

Total Non-Taxable Disbursements     102.90

Total Disbursements       102.90

Total Fees and Disbursements       4,467.90

| TOTAL THIS INVOICE | CAD | $ 4,467.90 |
|---|---|---|
| If Paid in US Dollars | USD | $ 3,511.12 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 18, 2016
Invoice # 697360673
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 4,365.00 |
| Disbursements | | 102.90 |
| Total this Invoice | **CAD** | **$ 4,467.90** |
| If Paid in US Dollars | **USD** | **$ 3,511.12** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014402



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 18, 2016
Invoice # 697360673
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 12, 2016

Invoice # 697368695
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to July 31, 2016 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 1,164.00 |
| Disbursements | | 0.00 |
| Total this Invoice | **CAD** | **$ 1,164.00** |
| If Paid in US Dollars | **USD** | **$ 918.27** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 12, 2016
Invoice # 697368695
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to July 31, 2016

| | | | | |
|---|---|---|---|---|
| Jul 5, 2016 | E.F.B. Lamek | 1.20 | Conference call with lawyers for main NNCC bondholder; follow up discussion with Dan Lowenthal; follow up call with Daniel Holtzman. | |

TO OUR FEES                                        $ 1,164.00

Total Fees and Disbursements                                   1,164.00

TOTAL THIS INVOICE          **CAD**          **$ 1,164.00**

If Paid in US Dollars              **USD**          **$ 918.27**

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 12, 2016
Invoice # 697368695
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 1,164.00 |
| Disbursements | | 0.00 |
| Total this Invoice | **CAD** | **$ 1,164.00** |
| If Paid in US Dollars | **USD** | **$ 918.27** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 12, 2016
Invoice # 697368695
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4ᵗʰ Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 12, 2016

**Change of Address**

This letter is to inform you of our new mailing address.  Please be advised that our Toronto office is moving on October 17, 2016.

Our new address will be:

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Please update your records accordingly.

Thank you for your attention to this matter.

**Changement d'adresse**

La présente vise à vous informer de notre nouvelle adresse postale. Veuillez prendre note que notre bureau de Toronto déménage le 17 octobre 2016.

Voici notre nouvelle adresse :

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Veuillez mettre vos registres à jour.

Nous vous remercions de votre attention.



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

September 7, 2016

**Change of Address**

This letter is to inform you of our new mailing address.  Please be advised that our Toronto office is moving on October 17, 2016.

Our new address will be:

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Please update your records accordingly.

Thank you for your attention to this matter.

---

**Changement d'adresse**

La présente vise à vous informer de notre nouvelle adresse postale. Veuillez prendre note que notre bureau de Toronto déménage le 17 octobre 2016.

Voici notre nouvelle adresse :

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Veuillez mettre vos registres à jour.

Nous vous remercions de votre attention.

CONFIDENTIAL

IT00014409


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

September 7, 2016

Invoice # 697374704
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to August 31, 2016 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 0.00 |
| Disbursements | 0.00 |
| Total this Invoice          **CAD** | **$ 0.00** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

  Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

September 7, 2016
Invoice # 697374704
File No:  030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

Total Disbursements                                                              0.00

Total Fees and Disbursements                                                    0.00

TOTAL THIS INVOICE                        **CAD**            **$ 0.00**

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL

IT00014411



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

September 7, 2016
Invoice # 697374704
EFBL/EFBL

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

### REMITTANCE COPY

| | |
|---|---:|
| Fees | $ 0.00 |
| Disbursements | 0.00 |

| | | |
|---|---|---:|
| Total this Invoice | **CAD** | **$ 0.00** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

September 7, 2016
Invoice # 697374704
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

CONFIDENTIAL