# Exhibit U



January 11, 2017

Edmond Lamek
Partner
T: 416-947-5042
elamek@weirfoulds.com

Delaware Trust Company
2711 Centerville Road
Wilmington, DE
19808 USA

File  17900.00001

Attention:    Sandi Horwitz, Managing Director

Dear Sirs and Mesdames:

Re:   **Nortel Networks Capital Corporation, Nortel Networks Limited and Nortel Networks, Inc., et al. - Professional Services Rendered**

Enclosed herewith please find our Invoice representing our professional services rendered with respect to the above noted matter through November 30, 2016.

We trust you will find the foregoing and enclosed to be to your satisfaction.

Yours truly,

**WeirFoulds LLP**

Edmond Lamek
Partner

EL/dm
Enclosure

4100 - 66 Wellington Street West, PO Box 35, TD Bank Tower, Toronto, Ontario, Canada. M5K 1B7

T: 416-365-1110    F: 416-365-1876
www.weirfoulds.com

CONFIDENTIAL                                                                                                                              IT00001092

**INVOICE**                                                              WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7    T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

December 28, 2016
Invoice 261855
Page 1

Sandi Horwitz
Managing Director
Delaware Trust Company
2711 Centerville Road
Wilmington, DE 19808

Our Matter # 17900.00001 Nortel Networks Capital Corporation, Nortel Networks Limited, Nortel Networks, Inc., et al.

For Professional Services through November 30, 2016

| | |
|---|---:|
| FEES | $4,465.00 |
| DISBURSEMENTS (Taxable) | $35.85 |
| DISBURSEMENTS (Non Taxable) | None |
| HST | $585.11 |
| **TOTAL FOR THIS INVOICE** | $5,085.96 |
| **TOTAL DUE** | $5,085.96 |

CONFIDENTIAL                                                              IT00001093

# INVOICE

**WeirFoulds** LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110   F: 416-365-1876
www.weirfoulds.com

December 28, 2016
Invoice 261855
Page 2

Below is a description of the services rendered through November 30, 2016 with respect to our File No. 17900.00001

**Fee Detail**

| Date | Description | Name | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 09/11/16 | Reviewing materials from Lowenthal including CDN CCAA plan as filed; conference call among Indenture Trustee counsel regarding Canadian Plan releases; | Edmond Lamek | 1.70 | 950.00 | 1,615.00 |
| 10/11/16 | Calls and emails regarding Indenture Trustee release issue; | Edmond Lamek | 0.60 | 950.00 | 570.00 |
| 11/11/16 | Conference call with lawyers to ad hoc bondholders and indenture trustee re releases; | Edmond Lamek | 0.50 | 950.00 | 475.00 |
| 14/11/16 | emails with Lowenthal regarding Quinn fee complaint issues. | Edmond Lamek | 0.30 | 950.00 | 285.00 |
| 18/11/16 | Reviewing draft Canadian Meeting Order and call with Brian Guiney regarding Quinn Emanuel letter and our response; | Edmond Lamek | 1.60 | 950.00 | 1,520.00 |

| | |
|---|---|
| Total Fees for Professional Services ................................................................. | $4,465.00 |
| HST ........................................................................................................................ | $580.45 |
| Total Fees including HST ..................................................................................... | $5,045.45 |

**Disbursements**

Taxable Disbursements

| | | |
|---|---|---|
| Prints BW | 35.85 | |
| Total Taxable Disbursements | | 35.85 |
| Total Disbursements ........................................................................................... | | $35.85 |
| HST ...................................................................................................................... | | $4.66 |
| Total Disbursements and HST for this Invoice ................................................... | | $40.51 |

**INVOICE**                                             WeirFoulds LLP

| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | T: 416-365-1110  F: 416-365-1876 |
|---|---|
| | www.weirfoulds.com |

December 28, 2016
Invoice 261855
Page 3

**Totals For This Matter**

| | |
|---|---:|
| Total Fees Including HST.................................................................................. | $5,045.45 |
| Total Disbursements Including HST.................................................................. | $40.51 |
| Total Fees and Disbursements Including HST.................................................. | $5,085.96 |
| Amount Applied From Trust............................................................................... | $0.00 |
| **Total Due For This Matter** | $5,085.96 |

**Summary**

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Edmond Lamek | 4.70 | 950.00 | 4,465.00 |
| **Total Summary** | **4.70** | | **$4,465.00** |

**INVOICE**  WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110   F: 416-365-1876
www.weirfoulds.com

December 28, 2016
Invoice 261855
Page 4

THIS IS OUR ACCOUNT HEREIN.

WeirFoulds LLP
Per

*[signature]*

Edmond Lamek

Account Payable upon receipt. In accordance with Section 33 of the Solicitors Act, interest will be charged at 3.0% per annum calculated from 30 days after delivery of this account. A receipted account will not be mailed unless requested by you

GST/HST REG.NO.
R119427177RT0001

# INVOICE

## WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

December 28, 2016
Invoice 261855
Page 5

**Outstanding AR Summary**

| Date | Invoice Number | | Outstanding Amount |
|---|---|---|---|
| 11/15/16 | 260564 | | 4,853.46 |
| 12/28/16 | 261855 | | 5,085.96 |
| | | Outstanding AR Summary | 9,939.42 |

**INVOICE**                                                                                     WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7    T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

November 15, 2016
Invoice 260564
Page 1

Law Debenture Trust Company of New York
Attention: James D. Heaney
400 Madison Avenue, 4th Floor
New York, NY 10017

Our Matter # 17900.00001 Nortel Networks Capital Corporation, Nortel Networks Limited, Nortel Networks, Inc., et al.

For Professional Services through October 31, 2016

| | |
|---|---:|
| FEES | $4,260.00 |
| DISBURSEMENTS (Taxable) | $35.10 |
| DISBURSEMENTS (Non Taxable) | None |
| HST | $558.36 |
| **TOTAL FOR THIS INVOICE** | **$4,853.46** |
| **TOTAL DUE** | **$4,853.46** |

CONFIDENTIAL                                                                 IT00001098

# INVOICE

WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7

T: 416-365-1110  F: 416-365-1876
www.weirfoulds.com

November 15, 2016
Invoice 260564
Page 2

Below is a description of the services rendered through October 31, 2016 with respect to our File No. 17900.00001

## Fee Detail

| Date | Description | Name | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 20/09/16 | Conducted New York corporate profiles regarding Law Debenture Trust Company of New York, Law Debenture Corporate Services and Law Denture Holdings Inc.; | Ruth DeSousa | 0.40 | 200.00 | 80.00 |
| 14/10/16 | Reviewing Monitor's Motion Record, Report and enclosed final form of Plan Support and Settlement Agreement; | Edmond Lamek | 1.80 | 950.00 | 1,710.00 |
| 17/10/16 | Reviewing Monitor's motion record to approve distribution of Sale Proceeds escrow and related relief; | Edmond Lamek | 0.30 | 950.00 | 285.00 |
| 26/10/16 | Reviewing draft of CCAA Plan and Chapter 11 Plan in preparation for call next week; | Edmond Lamek | 2.30 | 950.00 | 2,185.00 |

| | |
|---|---|
| Total Fees for Professional Services | $4,260.00 |
| HST | $553.80 |
| Total Fees including HST | $4,813.80 |

## Disbursements

Taxable Disbursements

| | | |
|---|---|---|
| Prints BW | 35.10 | |
| Total Taxable Disbursements | | 35.10 |

| | |
|---|---|
| Total Disbursements | $35.10 |
| HST | $4.56 |
| Total Disbursements and HST for this Invoice | $39.66 |

**INVOICE**                                                                 WeirFoulds LLP

4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7  
T: 416-365-1110   F: 416-365-1876  
www.weirfoulds.com

November 15, 2016  
Invoice 260564  
Page 3

### Totals For This Matter

| | |
|---|---:|
| Total Fees Including HST | $4,813.80 |
| Total Disbursements Including HST | $39.66 |
| Total Fees and Disbursements Including HST | $4,853.46 |
| Amount Applied From Trust | $0.00 |
| **Total Due For This Matter** | $4,853.46 |

### Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Edmond Lamek | 4.40 | 950.00 | 4,180.00 |
| Ruth DeSousa | 0.40 | 200.00 | 80.00 |
| **Total Summary** | **4.80** | | **$4,260.00** |

**INVOICE**                                                                                        WeirFoulds LLP

| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | T: 416-365-1110   F: 416-365-1876 |
|---|---|
| | www.weirfoulds.com |

November 15, 2016
Invoice 260564
Page 4

THIS IS OUR ACCOUNT HEREIN.

WeirFoulds LLP
Per

_____
Edmond Lamek

Account Payable upon receipt. In accordance with Section 33 of the Solicitors Act, interest will be charged at 3.0% per annum calculated from 30 days after delivery of this account. A receipted account will not be mailed unless requested by you

GST/HST REG.NO.
R119427177RT0001

CONFIDENTIAL                                                                                       IT00001101