# Exhibit V

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
  Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/03/041 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/2/2009 |
| **Contact Name** | D.CASTILLO |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| EXTRA ORD | Extraordinary fees and expenses for case time from February 1, 2009 - February 28, 2009 Bob Bice - 5.2hrs | $ 2,600.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/09/03/041

| | |
|---|---|
| Amount Due | $ 2,600.00 |

CONFIDENTIAL

IT00014429

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/03/042 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/2/2009 |
| **Contact Name** | D.CASTILLO |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Pro-rated annual fee | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from March 1, 2009 - March 31, 2009 Bob Bice - 13.6hrs | $ 6,800.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:      NTS/09/03/042

| | |
|---|---|
| **Amount Due** | $ 7,216.67 |

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

   Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/04/015 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/30/2009 |
| **Contact Name** | D.CASTILLO |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATE[ | Pro-rated annual fee | $ 416.67 |
| EXTRA OR[ | Extraordinary fees and expenses for case time from April 1, 2009 - April 30, 2009 for Bob Bice - 12.5hrs | $ 6,250.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:    NTS/09/04/015

| Amount Due | $ 6,666.67 |
|---|---|

CONFIDENTIAL

IT00014431

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/05/025 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 5/31/2009 |
| **Contact Name** | D.CASTILLO |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Pro-rated annual fee | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from May 1, 2009 - May 31, 2009 for Bob Bice - 6.4hrs | $ 3,290.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/09/05/025

| Amount Due | $ 3,706.67 |
|---|---|

CONFIDENTIAL

IT00014432

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/06/039 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 7/3/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Pro-rated Annual Fee | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from<br>June 1, 2009 - June 30, 2009<br>Bob Bice - 3.6 hrs<br>Michael Smith - 1.7hrs | $ 2,792.50 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/09/06/039

| | |
|---|---|
| Amount Due | $ 3,209.17 |

CONFIDENTIAL

IT00014433

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/06/044 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 6/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| EXTRA ORD | Extraordinary fees and expenses for case time from March 1, 2009 - May 31, 2009 for Bob Bice - 4.76 hrs | $ 2,737.48 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:     NTS/09/06/044

| | |
|---|---|
| **Amount Due** | $ 2,737.48 |

CONFIDENTIAL                                                                 IT00014434

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
  Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/07/037 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 7/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from July 1, 2009 - July 31, 2009<br>Bob Bice - 9.3hrs | $ 5,347.50 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/09/07/037

| Amount Due | $ 5,764.17 |
|---|---|

CONFIDENTIAL

IT00014435

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/08/040 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 8/29/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from August 1, 2009 - August 31, 2009 Bob Bice - 3.0hrs | $ 1,725.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0 ac #: 30654603
Please quote:    NTS/09/08/040

| Amount Due | $ 2,141.67 |
|---|---|

CONFIDENTIAL                                                                                   IT00014436

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
### Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/09/028 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 9/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATE[ | Pro-rated annual fee | $ 416.67 |
| EXTRA OR[ | Extraordinary fees and expenses for case time from September 1, 2009 - Septemeber 30, 2009 Bob Bice - 4.6hrs Michael Smith - 4.6hrs | $ 4,600.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/09/09/028

| | |
|---|---|
| **Amount Due** | $ 5,016.67 |

CONFIDENTIAL                                                                                    IT00014437

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/10/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 10/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from October 1, 2009 - October 31, 2009 Bob Bice - 11.5hrs | $ 6,612.50 |
| EXPENS,RE | Expenses-reproductions, mail services/messenger | $ 9.95 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/09/10/018

| Amount Due | $ 7,039.12 |
|---|---|

CONFIDENTIAL

# Law Debenture Trust Company of New York

250 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/11/033 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 11/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee | $ 416.67 |
| EXTRA ORE | Extraordinary fees and expenses for case time from November 1, 2009 - November 30, 2009<br>Robert Bice - 4.7hrs | $ 2,447.50 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:     NTS/09/11/033

| | |
|---|---|
| **Amount Due** | $ 2,864.17 |

CONFIDENTIAL

IT00014439

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/12/032 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 12/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from December 1, 2009 - December 31, 2009 James Heaney - 0.50hrs Bob Bice - 4.5hrs | $ 2,792.50 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:      NTS/09/12/032

| | |
|---|---|
| Amount Due | $ 3,209.17 |

CONFIDENTIAL

IT00014440

| Date | Description | Officer | Hours | Fee | Admin | Expenses | Invoice | | Start | Stop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Nortel | James Heaney, MD | | | Annual Fee: $5,000.00 | | | | | |
| **December-13** | | | | | | | | | | |
| December | Prorated (Monthly) Annual Trustee Fee | TTEE | 0.00 | $0.00 | $416.67 | $0.00 | | | 9:00 AM | 9:00 AM |
| 12/5/2013 | Committee Call | FG | 0.70 | $385.00 | | $0.00 | | | 9:00 AM | 9:45 AM |
| 12/17/2013 | Committee Call | JDH | 0.60 | $330.00 | | $0.00 | | | 9:00 AM | 9:00 AM |
| | | JDH | | | | | | | | |
| **Total for December 2013** | | | *1.3* | *$715.00* | *$416.67* | *$0.00* | *$1,131.67* | | | |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/09/12/037 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 12/30/2009 |
| **Contact Name** | BICE |
| **Trust Code** | 125456 |

| Code | Description | Charges |
|---|---|---|
| EXTRA ORI | Extraordinary fees and expenses for case time from November 1, 2009 - November 30, 2009 Bob Bice - 1.10hrs | $ 632.50 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:    NTS/09/12/037

| | Amount Due | $ 632.50 |
|---|---|---|

CONFIDENTIAL

| Nortel | | James Heaney, MD | | Annual Fee: | $5,000.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Officer | Hours | Fee | Admin | Expenses | Invoice | Start | Stop |
| **December-13** | | | | | | | | | |
| December | Prorated (Monthly) Annual Trustee Fee | TTEE | 0.00 | $0.00 | $416.67 | $0.00 | | 9:00 AM | 9:00 AM |
| 12/5/2013 | Committee Call | FG / JDH | 0.70 | $385.00 | | $0.00 | | 9:00 AM | 9:45 AM |
| 12/17/2013 | Committee Call | JDH | 0.60 | $330.00 | | $0.00 | | 9:00 AM | 9:00 AM |
| *Total for December 2013* | | | *1.3* | *$715.00* | *$416.67* | *$0.00* | *$1,131.67* | | |

IT00014443

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/01/022 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 1/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for January 2010 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from January 1, 2010 - January 31, 2010<br>Bob Bice - 3.9hrs<br>Michael Smith - 2.4hrs | $ 3,465.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:   NTS/10/01/022

| | |
|---|---|
| **Amount Due** | $ 3,881.67 |

CONFIDENTIAL

IT00014444

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
  Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/02/022 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 2/26/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEL | Prorated Annual Fee | $ 416.67 |
| EXTRA ORE | Extraordinary fees and expenses for case time from February 1, 2010 - February 28, 2010 Robert Bice - 7.1hrs | $ 3,905.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/02/022

| | |
|---|---|
| **Amount Due** | $ 4,321.67 |

CONFIDENTIAL

IT00014445

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/03/025 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 3/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from March 1, 2010 - March 26, 2010 Bob Bice - 2.7hrs Michael Smith - 1.7hrs | $ 2,420.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:     NTS/10/03/025

| | |
|---|---|
| **Amount Due** | $ 2,836.67 |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
  Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/04/021 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/27/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEL | Pro-rated Annual Fee for April 2010 | $ 416.67 |
| EXTRA ORE | Extraordinary fees and expenses for case time from March 27, 2010 - April 26, 2010<br>Bob Bice - 3.7hrs | $ 2,035.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
 A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/04/021

| Amount Due | $ 2,451.67 |
|---|---|

CONFIDENTIAL

IT00014447

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/05/023 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 5/28/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for May 2010 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from April 27, 2010 - May 26, 2010<br>Robert Bice - 3hrs<br>Michael Smith - 1hr | $ 2,200.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/05/023

| | |
|---|---|
| **Amount Due** | $ 2,616.67 |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/06/022 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 6/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Pro-rated Annual Fee for June 2010 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from May 27, 2010 - June 26, 2010<br>Bob Bice: 3.80hrs<br>James Heaney: 1.10hrs | $ 2,695.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/06/022

| | Amount Due | $ 3,111.67 |
|---|---|---|

CONFIDENTIAL

IT00014449

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/07/034 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 7/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for July 2010 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from June 27, 2010 - July 26, 2010<br>James Heaney - 3.3hrs<br>Robert Rywkin - 1hr | $ 2,365.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/07/034

| | |
|---|---|
| Amount Due | $ 2,781.67 |

CONFIDENTIAL

IT00014450

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/08/032 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 8/27/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for August 2010 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from July 27, 2010 - August 26, 2010<br>Anthony Bocchino - 1.8hrs<br>Robert Rywkin - 2.3hrs<br>James Heaney - 8.2hrs | $ 6,765.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/08/032

| | Amount Due | $ 7,181.67 |
|---|---|---|

CONFIDENTIAL

IT00014451

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/09/023 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 9/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for September 2010 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from August 27, 2010 - September 26, 2010 James Heaney - 7.4hrs | $ 4,070.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
 A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/09/023

| | |
|---|---|
| Amount Due | $ 4,486.67 |

CONFIDENTIAL                                                                                      IT00014452

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/10/024 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 10/27/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Pro-rated Annual Fee for October 2010 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from September 27, 2010 - October 26, 2010<br>Robert Rywkin - 1hr<br>Jim Heaney - 3.6hrs<br>Anothony Bocchino - 0.5hrs | $ 2,805.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote: NTS/10/10/024

**Amount Due**   $ 3,221.67

CONFIDENTIAL

IT00014453

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/11/026 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 11/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fees for November 2010 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from October 27, 2010 - November 26, 2010 James Heaney - 11hrs | $ 6,050.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York, New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/10/11/026

| | |
|---|---|
| **Amount Due** | $ 6,466.67 |

CONFIDENTIAL

IT00014454

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/10/12/024 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 12/29/2010 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for December 2010 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from November 27, 2010 - December 31, 2010 James Heaney - 6.8hrs | $ 3,740.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:    NTS/10/12/024

| Amount Due | $ 4,156.67 |
|---|---|

CONFIDENTIAL

IT00014455

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/01/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 1/28/2011 |
| **Contact Name** | BICE |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for January 2011 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from January 1, 2011 - January 26, 2011 James Heaney - 2.9hrs | $ 1,595.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/11/01/018

| | |
|---|---|
| Amount Due | $ 2,011.67 |

CONFIDENTIAL

IT00014456

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/02/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 2/28/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Pro-rated Annual Fee for February 2011 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from January 27, 2011 - February 26, 2011 James Heaney - 5.8hrs | $ 3,190.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
 A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/11/02/018

| | |
|---|---|
| Amount Due | $ 3,606.67 |

CONFIDENTIAL

IT00014457

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | | |
|---|---|---|
| **Invoice No** | NTS/11/03/021 | |
| **Customer No** | TSNO262 | |
| **Date (Tax Point)** | 3/28/2011 | |
| **Contact Name** | HEANEY | |
| **Trust Code** | 107581 | |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEL | Prorated Annual Fee for March 2011 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from February 27, 2011 - March 26, 2011 James Heaney: 10.3hrs | $ 5,852.50 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0'ac #: 30654603
Please quote:     NTS/11/03/021

| Amount Due | $ 6,269.17 |
|---|---|

CONFIDENTIAL

IT00014458

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/04/019 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/28/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Pro-rated Annual Fee for April 2011 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from March 27, 2011 - April 26, 2011 James Heaney - 10.9hrs | $ 5,504.90 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 30654603
Please quote:    NTS/11/04/019

| Amount Due | $ 5,921.57 |
|---|---|

CONFIDENTIAL

IT00014459

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/05/015 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 5/29/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATE[ | Prorated Annual Fee for May 2011 | $ 416.67 |
| EXTRA OR[ | Extraordinary fees and expenses for case time from April 27, 2011 - May 26, 2011<br>James Heaney - 6.2hrs | $ 3,410.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0'ac 30654603
Please quote:    NTS/11/05/015

| Amount Due | $ 3,826.67 |
|---|---|

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/06/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 6/27/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Pro-rated Annual Fee for June 2011 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from May 27, 2011 - June 26, 2011<br>James Heaney: 4.1hrs<br>Kenneth Portera: 1hr<br>Michael Smith: 0.9hrs<br>Anthony Bocchino: 0.3hrs | $ 3,590.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:     NTS/11/06/014

| | |
|---|---|
| Amount Due | $ 4,006.67 |

CONFIDENTIAL

IT00014461

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/07/022 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 7/27/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for July 2011 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from June 27, 2011 - July 26, 2011<br>James Heaney - 3.4hrs<br>Michael Smith - 0.2hrs | $ 1,980.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
 A cumulative late charge of 2% will be assessed each month on invoices
 outstanding in excess of 30 days.
 Wire transfer payment instructions:
 Citibank N.A.
 330 Madison Avenue
 New York. New York 10017
 Please reference:
 ABA routing #021000089; SWIFT CODE: CITIUS33
 a/c #: 0:ac #: 30654603
 Please quote:    NTS/11/07/022

| | |
|---|---|
| Amount Due | $ 2,396.67 |

CONFIDENTIAL

IT00014462

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/08/019 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 8/29/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 96356 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for August 2011 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from July 27, 2011 - August 26, 2011<br>James Heaney - 3.3hrs | $ 1,815.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0.ac #: 30654603
Please quote:    NTS/11/08/019

| Amount Due | $ 2,231.67 |
|---|---|

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/09/030 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 9/29/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for September 2011 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from August 27, 2011 - September 26, 2011 James Heaney - 5.5hrs | $ 3,025.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/11/09/030

| Amount Due | $ 3,441.67 |
|---|---|

CONFIDENTIAL

IT00014464

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/10/013 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 10/27/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for October 2011 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from September 27, 2011 - October 26, 2011 James Heaney - 7.5hrs | $ 4,800.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York, New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/11/10/013

| Amount Due | $ 5,216.67 |
|---|---|

CONFIDENTIAL

IT00014465

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/11/016 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 11/29/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Pro-rated fee for November 2011 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from October 27, 2011 - November 26, 2011 James Heaney - 4.2hrs | $ 2,435.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/11/11/016

| | |
|---|---|
| Amount Due | $ 2,851.67 |

CONFIDENTIAL

IT00014466

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/11/027 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 11/29/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 121253 |

| Code | Description | Charges |
|---|---|---|
| EXTRA ORD | Extraordinary fees and expenses for case time from January 2011 - October 2011 James Heaney - 9.99hrs | $ 5,495.06 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/11/11/027

| Amount Due | $ 5,495.06 |
|---|---|

CONFIDENTIAL                                                                IT00014467

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/11/12/013 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 12/30/2011 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Pro-rated Annual Fee for December 2011 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from November 27, 2011 - December 30, 2011 James Heaney - 7.0hrs | $ 4,100.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:     NTS/11/12/013

| | Amount Due | $ 4,516.67 |
|---|---|---|

CONFIDENTIAL

IT00014468

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/01/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 1/27/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for January 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from January 1, 2012 - January 26, 2012 James Heaney: 2hrs | $ 1,100.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
 A cumulative late charge of 2% will be assessed each month on invoices
 outstanding in excess of 30 days.
 Wire transfer payment instructions:
 Citibank N.A.
 330 Madison Avenue
 New York. New York 10017
 Please reference:
 ABA routing #021000089; SWIFT CODE: CITIUS33
 a/c #: 0'ac #: 30654603
 Please quote:   NTS/12/01/014

| | |
|---|---|
| Amount Due | $ 1,516.67 |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/02/016 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 2/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for February 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from January 27, 2012 - February 26, 2012 James Heaney: 3.10hrs Anothony Bocchino - 0.9hrs | $ 2,325.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
<u>Please reference:</u>
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/12/02/016

| | |
|---|---|
| Amount Due | $ 2,741.67 |

CONFIDENTIAL

IT00014470

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/03/015 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 3/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 96532 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for March 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from February 27, 2012 - March 26, 2012 James Heaney - 6.9hrs | $ 3,795.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0'ac #: 30654603
Please quote:    NTS/12/03/015

| Amount Due | $ 4,211.67 |
|---|---|

CONFIDENTIAL

LT00014471

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/04/021 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 154856 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEL | Prorated annual fee for April 2012 | $ 416.67 |
| EXTRA ORE | Extraordinary fees and expenses for case time from March 27, 2012 - April 26, 0212 James Heaney - 16.8hrs | $ 8,065.00 |
| EXPENS,RE | Expenses for travel | $ 1,780.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:      NTS/12/04/021

| | |
|---|---|
| **Amount Due** | $ 10,261.67 |

CONFIDENTIAL

IT00014472

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/05/031 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 5/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 53546 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for May 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from April 27, 2012 - May 26, 2012 James Heaney - 3.4hrs | $ 1,870.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/12/05/031

| | |
|---|---|
| **Amount Due** | $ 2,286.67 |

CONFIDENTIAL

IT00014473

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/06/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 6/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 95642 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for June 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from May 27, 2012 - June 26, 2012<br>James Heaney: 3.4hrs | $ 1,870.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/06/018

| | |
|---|---|
| **Amount Due** | $ 2,286.67 |

CONFIDENTIAL

IT00014474

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/07/030 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 7/27/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 110215 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for July 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from June 27, 2012 - July 26, 2012 James Heaney - 1hr | $ 550.00 |
| EXPENS,RE | Travel expenses for Mediation in Toronto | $ 1,794.20 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/07/030

| | |
|---|---|
| **Amount Due** | $ 2,760.87 |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
    Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/08/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 8/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 112302 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for August 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from July 27, 2012 - August 26, 2012 James Heaney - 2.5hrs Anthony Bocchino - 4.9hrs | $ 4,070.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
 A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/08/018

| | |
|---|---|
| **Amount Due** | $ 4,486.67 |

CONFIDENTIAL

IT00014476

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/09/011 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 9/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 98654 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for September 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from August 27, 2012 - September 26, 2012 James Heaney - 4.2hrs | $ 2,310.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:      NTS/12/09/011

| | |
|---|---|
| **Amount Due** | $ 2,726.67 |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/10/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 10/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 99685 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for October 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from September 27, 2012 - October 26, 2012 James Heaney: 7.7hrs Michael Smith: 0.7hrs | $ 4,620.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/10/014

| | |
|---|---|
| Amount Due | $ 5,036.67 |

CONFIDENTIAL

IT00014478

# Law Debenture

Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY 10017
Tel:   (212) 750 6474
Fax:   (212) 750 1361
Email: new.york@lawdeb.com
www.lawdeb.com

To:

   Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/11/034 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 11/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 98654 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED FOR | Prorated  Annual Fee for November 2012 | $ 416.67 |
| EXTRA ORDINARY | Extraordinary fees and expenses for case time from October 27, 2012 - November 29, 2012 James Heaney - 2.5hrs | $ 1,375.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA Routing #021000089; SWIFT CODE: CITIUS33
ac #:30654603
Please quote:    NTS/12/11/034

| Amount Due | $ 1,791.67 |
|---|---|

US SOP Long History Invoice Ver: 02.09.14

CONFIDENTIAL

IT00014479

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/12/017 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 12/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 98652 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for December 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from December 1, 2012 - December 31, 2012<br>Thomas Mussara - 0.5hrs<br>James Heaney - 2.7hrs | $ 1,760.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/12/017

| | |
|---|---|
| Amount Due | $ 2,176.67 |

CONFIDENTIAL

IT00014480

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/01/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 1/27/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for January 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from January 1, 2012 - January 26, 2012 James Heaney: 2hrs | $ 1,100.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:     NTS/12/01/014

| Amount Due | $ 1,516.67 |
|---|---|

CONFIDENTIAL

IT00014481

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
  Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/02/016 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 2/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 107581 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for February 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from January 27, 2012 - February 26, 2012<br>James Heaney: 3.10hrs<br>Anothony Bocchino - 0.9hrs | $ 2,325.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
 A cumulative late charge of 2% will be assessed each month on invoices
 outstanding in excess of 30 days.
 Wire transfer payment instructions:
 Citibank N.A.
 330 Madison Avenue
 New York. New York 10017
 Please reference:
 ABA routing #021000089; SWIFT CODE: CITIUS33
 a/c #: 0:ac #: 30654603
 Please quote:    NTS/12/02/016

| | |
|---|---|
| **Amount Due** | $ 2,741.67 |

CONFIDENTIAL

IT00014482

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/03/015 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 3/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 96532 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for March 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from February 27, 2012 - March 26, 2012 James Heaney - 6.9hrs | $ 3,795.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:    NTS/12/03/015

| | |
|---|---|
| **Amount Due** | **$ 4,211.67** |

CONFIDENTIAL                                                                            IT00014483

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
  Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/04/021 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 154856 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated annual fee for April 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from March 27, 2012 - April 26, 0212 James Heaney - 16.8hrs | $ 8,065.00 |
| EXPENS,RE | Expenses for travel | $ 1,780.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:   NTS/12/04/021

| | |
|---|---|
| Amount Due | $ 10,261.67 |

CONFIDENTIAL

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/05/031 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 5/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 53546 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for May 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from April 27, 2012 - May 26, 2012 James Heaney - 3.4hrs | $ 1,870.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA routing #021000089; SWIFT CODE: CITIUS33
a/c #: 0:ac #: 30654603
Please quote:     NTS/12/05/031

| | |
|---|---|
| **Amount Due** | $ 2,286.67 |

CONFIDENTIAL

IT00014485

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/06/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 6/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 95642 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATEI | Prorated Annual Fee for June 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from May 27, 2012 - June 26, 2012 James Heaney: 3.4hrs | $ 1,870.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:     NTS/12/06/018

| | |
|---|---|
| Amount Due | $ 2,286.67 |

CONFIDENTIAL

IT00014486

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/07/030 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 7/27/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 110215 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for July 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from June 27, 2012 - July 26, 2012 James Heaney - 1hr | $ 550.00 |
| EXPENS,RE | Travel expenses for Mediation in Toronto | $ 1,794.20 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:  NTS/12/07/030

| | |
|---|---|
| **Amount Due** | $ 2,760.87 |

CONFIDENTIAL

IT00014487

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/08/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 8/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 112302 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for August 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from<br>July 27, 2012 - August 26, 2012<br>James Heaney - 2.5hrs<br>Anthony Bocchino - 4.9hrs | $ 4,070.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:        NTS/12/08/018

| | |
|---|---|
| Amount Due | $ 4,486.67 |

IT00014488

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:
   Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/09/011 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 9/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 98654 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for September 2012 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for case time from August 27, 2012 - September 26, 2012 James Heaney - 4.2hrs | $ 2,310.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
 A cumulative late charge of 2% will be assessed each month on invoices
 outstanding in excess of 30 days.
 Wire transfer payment instructions:
 JP Morgan Chase Bank, NA
 New York, NY 10004
 Sort code:
 Please reference:
 ABA routing #021000021; SWIFT CODE: CHASUS33
 ac #: 428456359
 Please quote:    NTS/12/09/011

| | |
|---|---|
| **Amount Due** | $ 2,726.67 |

CONFIDENTIAL

IT00014489

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/10/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 10/29/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 99685 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for October 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from September 27, 2012 - October 26, 2012<br>James Heaney: 7.7hrs<br>Michael Smith: 0.7hrs | $ 4,620.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004

Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/10/014

| Amount Due | $ 5,036.67 |
|---|---|

CONFIDENTIAL

IT00014490

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/12/12/017 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 12/28/2012 |
| **Contact Name** | HEANEY |
| **Trust Code** | 98652 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for December 2012 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from December 1, 2012 - December 31, 2012<br>Thomas Mussara - 0.5hrs<br>James Heaney - 2.7hrs | $ 1,760.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**
 A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/12/12/017

| Amount Due | $ 2,176.67 |
|---|---|

CONFIDENTIAL

IT00014491

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

**Nortel**

| | |
|---|---|
| **Invoice No** | NTS/13/01/016* |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 1/30/2013 |
| **Contact Name** | HEANEY |
| **Trust Code** | 114214 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for January 31, 2013 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from January 1, 2013 - January 26, 2013 James Heaney - 58.5hrs | $ 32,175.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**
 A cumulative late charge of 2% will be assessed each month on invoices
 outstanding in excess of 30 days.
 Wire transfer payment instructions:
 JP Morgan Chase Bank, NA
 New York, NY 10004
 Sort code:
 Please reference:
 ABA routing #021000021; SWIFT CODE: CHASUS33
 ac #: 428456359
 Please quote:     NTS/13/01/016*

| | |
|---|---|
| Amount Due | $ 32,591.67 |

CONFIDENTIAL

IT00014492

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/13/02/018 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 2/28/2013 |
| **Contact Name** | HEANEY |
| **Trust Code** | 98564 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Feef or February 2013 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from January 27, 2013 - February 26, 2013 James Heaney - 4.6hrs | $ 2,946.67 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:     NTS/13/02/018

| | |
|---|---|
| Amount Due | $ 3,363.34 |

CONFIDENTIAL

IT00014493

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/13/03/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 3/29/2013 |
| **Contact Name** | HEANEY |
| **Trust Code** | 95462 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for March 2013 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from February 27, 2013 - March 26, 2013 James Heaney - 4hrs | $ 2,200.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
 A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
 Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/13/03/014

| | |
|---|---|
| **Amount Due** | $ 2,616.67 |

CONFIDENTIAL

IT00014494

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/13/04/014 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 4/29/2013 |
| **Contact Name** | HEANEY |
| **Trust Code** | 65324 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for April 2013 | $ 416.67 |
| EXTRA ORD | Extraordinary fees and expenses for case time from March 27, 2013 - April 26, 2013 James Heaney - 3.3hrs | $ 1,815.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card**.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:     NTS/13/04/014

| | |
|---|---|
| Amount Due | $ 2,231.67 |

CONFIDENTIAL

IT00014495

# Law Debenture

Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY 10017
Tel:   (212) 750 6474
Fax:   (212) 750 1361
Email: new.york@lawdeb.com
www.lawdeb.com

To:

Nortel

| | |
|---|---|
| **Invoice No** | NTS/13/05/039 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 5/29/2013 |
| **Contact Name** | HEANEY |
| **Trust Code** | 96532 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED FOR | Prorated Annual Fee for May 2013 | $ 416.67 |
| EXTRA ORDINARY | Extraordinary fees and expenses for case time from May 1, 2013 - May 31, 2013<br>James Heaney - 6.0hrs | $ 3,300.00 |

**Payment due 30 days from invoice date in US$, by check, or major credit card.**
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
Citibank N.A.
330 Madison Avenue
New York. New York 10017
Please reference:
ABA Routing #021000089; SWIFT CODE: CITIUS33
ac #:30654603
Please quote:   NTS/13/05/039

| | Amount Due | $ 3,716.67 |
|---|---|---|

US SOP Long History Invoice Ver. 02.09.14

CONFIDENTIAL

IT00014496

# Law Debenture Trust Company of New York

400 Madison Avenue, 4th Floor, New York, New York 10017
Telephone:212 750 6474 Fax: 212 750 1361 email: new.york@lawdeb.com

*file*

To:
**Nortel**

| | |
|---|---|
| **Invoice No** | NTS/13/06/023 |
| **Customer No** | TSNO262 |
| **Date (Tax Point)** | 6/30/2013 |
| **Contact Name** | HEANEY |
| **Trust Code** | 95462 |

| Code | Description | Charges |
|---|---|---|
| PRO-RATED | Prorated Annual Fee for June 2013 | $ 416.67 |
| EXTRA ORI | Extraordinary fees and expenses for June 2013<br>James Heaney - 4.4 hrs<br>Frank Godino - .5 hrs | $ 2,695.00 |

Payment due 30 days from invoice date in US$, by check, or major credit card.
A cumulative late charge of 2% will be assessed each month on invoices
outstanding in excess of 30 days.
Wire transfer payment instructions:
JP Morgan Chase Bank, NA
New York, NY 10004
Sort code:
Please reference:
ABA routing #021000021; SWIFT CODE: CHASUS33
ac #: 428456359
Please quote:    NTS/13/06/023

| Amount Due | $ 3,111.67 |
|---|---|

CONFIDENTIAL

IT00014497