UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
*In re*                                                     : Chapter 11
                                                            :
NORTEL NETWORKS, INC., et al.,                              : Case No. 09-10138 (KG)
                                                            : (Jointly Administered)
Debtors.[1]                                                 :
------------------------------------------------------------x

## NOTICE OF DEPOSITION OF JAMES D. HEANEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, Solus Alternative Asset Management LP and PointState Capital LP, in their capacities as holders of certain fixed rate senior notes due June 15, 2026, issued by Nortel Networks Capital Corporation f/k/a Northern Telecom Corporation and Nortel Networks Limited f/k/a Northern Telecom Limited, and guaranteed by NNL, pursuant to an Indenture, dated February 15, 1996, by and through its undersigned counsel will take the deposition upon oral examination of James D. Heaney, commencing at 1:00 p.m. (prevailing Eastern Time) on February 24, 2017, at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, or such other time and place as the parties may agreed.

The deposition will be conducted under oath before a court reporter, notary

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

public, or other person authorized by law to administer oaths and take depositions. The deposition will be recorded by stenographic and videographic means, and will continue from time to time until complete or adjourned.

Dated: Wilmington, Delaware
      February 22, 2017                     */s/ Joanne P. Pinckney*
                                          Joanne Pileggi Pinckney (DE No. 3344)
                                          Seton C. Mangine (DE No. 5574)

                                          **PINCKNEY, WEIDINGER, URBAN & JOYCE LLC**
                                          (302) 504 1497 (Telephone)
                                          3711 Kennett Pike, Suite 210
                                          Greenville, Delaware 19807

                                                           -and-

                                          /s/ *James C. Tecce*
                                          James C. Tecce (admitted pro hac)
                                          Daniel S. Holzman (admitted pro hac)
                                          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                          52 Madison Avenue, 22nd Floor
                                          (212) 849-7000 (Telephone)
                                          New York, New York  10010

                                          *Counsel to Solus Alternative Asset*
                                          *Management LP and PointState Capital LP*