IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                                              : SS:
NEW CASTLE COUNTY  :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 22, 2017, the following was served:

**AFFIDAVIT OF SANDRA E. HORWITZ**
[D.I. 17942]

**AFFIDAVIT OF JAMES D. HEANEY**
[D.I. 17944]

Service was completed upon the all registered parties through the Court's CM/ECF system, and also electronically upon counsel listed on the attached service list.

Dated: February 23, 2017

/s/ William W. Weller
William W. Weller

SWORN AND SUBSCRIBED before me this 23rd day of February, 2017.

_____
Notary Public
My commission expires: APRIL 14, 2019

9155716/

**VIA E-MAIL**
Joanne Pileggi Pinckney, Esq.
Seton C. Mangine, Esq.
Pinckney, Weidinger, Urban & Joyce LLC
3711 Kennett Pike, Suite 210
Greenville, Delaware 19807
[Counsel to Solus Alternative Asset Management LP, PointState Capital LP, and Macquarie Capital (USA) Inc.]

**VIA E-MAIL**
James C. Tecce, Esq.
Daniel S. Holzman, Esq.
Quinn, Emanuel, Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
[Counsel to Solus Alternative Asset Management LP, PointState Capital LP, and Macquarie Capital (USA) Inc.]

9155716/