```
               IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                        )    Case No.  09-10138(KG)
                              )    (Jointly Administered)
                              )
NORTEL NETWORKS, INC.,        )    Chapter 11
            ET AL,            )
                              )    Courtroom 3
                              )    824 Market Street
            Debtors.          )    Wilmington, Delaware
                              )
                              )    February 22, 2017
                              )    2:57 p.m.
```

```
                  TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE
```

TELEPHONIC APPEARANCES:

For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY:  DEREK ABBOTT, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          302-351-9200


ECRO:                     GINGER MACE

Transcription Service:    DIAZ TRANSCRIPTION SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diaztrans.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

TELEPHONIC APPEARANCES:
(Continued)

For Official Committee
Of Unsecured Creditors:    Whiteford Taylor Preston
                           BY: CHRISTOPHER M. SAMIS, ESQ.
                           The Renaissance Centre, Ste. 500
                           405 N. King Street
                           Wilmington, DE  19801-3700
                           302-357-3266


For Law Debenture,
Trustee:                   Morris James LLP
                           BY:  ERIC MONZO, ESQ.
                           BY:  STEPHEN MILLER, ESQ.
                           500 Delaware Avenue, Suite 1500
                           Wilmington, DE 19801
                           302-888-6853

For Solus Alternative
Asset Management:          Pinckney Weidinger Urban & Joyce
                           BY:  JOANNE PINCKNEY
                           3711 Kennett Pike
                           Kennett Pike, DE 19807
                           302-504-1498


For Law Debenture,
Trustee:                   Patterson Belknap Webb & Tyler
                           BY:  JAMES MASELLA, ESQ.
                           BY:  DANIEL A. LOWENTHAL, ESQ.
                           BY:  ROBERT T. SCHMIDT
                           BY:  DANIEL M. EGGERMANN, ESQ.
                           1133 Avenue of the Americas
                           New York, NY  10036
                           (212) 336-2720


For Solus Alternative
Asset Management:          Quinn Emanuel Urquhart & Sullivan
                           BY: JAMES TECCE, ESQ.
                           BY:  COREY WORCESTER, ESQ.
                           212-849-7000


For Interested Party:      Reorg Research
                           BY:  JASON B. SANJANA, ESQ.
                           212-588-8890

1

1  WILMINGTON, DELAWARE, THURSDAY, FEBRUARY 22, 2017, 2:57 P.M.

2           THE COURT:  Good afternoon, counsel.  I called

3  this teleconference because yesterday my chambers received a

4  call about submitting documents, and I wanted to get to the

5  bottom of that request, and also to inform people about the

6  hearing on the 28th and also to answer questions or hear

7  from you, and let me just begin by saying we have a one-day

8  hearing, which will run from 9 to 5 on February 28th, and I

9  thought we would run from 9 to 1 with a 15-minute break

10  about 10:30, and then the hearing will continue beginning at

11  2.  That'll give us an hour break for lunch, lasting until 5

12  with a 15-minute break around 3:#0, and of course, counsel

13  is always free to ask me for additional breaks.  And this

14  means that the hearing time will be about six and a half

15  hours, which is three hours and 15 minutes per side, and we

16  will begin with the Fee Applicant.

17           I thought I would accept affidavits as direct

18  testimony and the Affiant would then be available for cross-

19  examination, and hopefully we could avoid what I would call

20  a document dump on the Court because I'm not going to have

21  time to review thousands of documents without the parties'

22  guidance.

23           So those are my comments, and now I will hear from

24  you as to your comments and questions.

25           MR. TECCE:  Sure.

1          THE COURT:  Mister --

2          MR. TECCE:  Good afternoon, Judge Gross.  This is

3  James Tecce from Quinn Emanuel.

4          THE COURT:  Yes, Mr. Tecce.

5          MR. TECCE:   -- on behalf of Solus Alternative

6  Asset Management and PointState Capital, the NNCC

7  Noteholders.

8          Your Honor, we have the same thinking as the Court

9  in terms of how to proceed.  It would be our request to

10  proceed without opening statements, go directly into

11  witnesses, which would be the cross-examination of the

12  Affiants, and thereafter to have closing arguments, and Your

13  Honor's allocated three hours and 15 minutes per side.

14  That's something we can figure out with the other side of

15  how that shakes out in terms of dividing the time between

16  the two, sort of a chess-clock approach, which is fine by

17  us.

18          THE COURT:  Do you think, Mr. Tecce, that --

19          MR. TECCE:  In terms of where things stand, we

20  produced our documents timely and in accordance with the

21  Court's Order.  We have one Affiant who will be submitting

22  an affidavit at 5 o'clock today as ordered by the Court, and

23  that's Mr. Steven Blauner.  He'll be our single witness at

24  the trial.  He will be made available for deposition on

25  Friday.  As the Court ordered, Mr. Shapiro will be made

1  available for deposition on Monday.

2          In terms of the witnesses of the other side, I

3  will attempt to wait to hear from counsel for the Trustee.

4  We won't know who it will be yet but presumably their

5  affidavit will be filed this afternoon and we'll know then

6  or possibly sooner.

7          MR. MASELLA:  Good --

8          MR. TECCE:  Sorry.  Go ahead.

9          THE COURT:  Why don't you finish, Mr. Tecce?  Mr.

10  Tecce, why don't you finish?

11          MR. TECCE:  Thank you.  In terms of what happens

12  thereafter, Your Honor, I imagine we'll take the depositions

13  of the Affiants of the Trustee on, you know, Friday,

14  Saturday, Sunday.  Over the weekend we'll be prepared to do

15  that so they're deposed in advance of the trial as was

16  ordered at the last conference.

17          In terms of the filing of the Briefs, I'm mindful

18  of the Court's admonition that you don't want a document

19  dump.  I think the one thing that we need to work through

20  with counsel for the other side is how documents will be

21  filed, whether they will be filed under seal.  Our view of

22  the world is that nothing needs to be filed under seal with

23  one exception, which I'll speak to in a second, but the day

24  notes, our emails, they're marked "confidential" but we're

25  fine with those being filed on the docket.

1          There is a document in existence that is not our

2    client's that has pricing information.  That is something we

3    think is highly irrelevant but that is probably the single

4    document that was produced by a third party in the case, our

5    former client, that we think should be sealed.  We don't

6    believe it's relevant but that's the one issue.

7          And that, I think, puts us where we are.  I just

8    wanted to let the Court know in terms of where things stand.

9    We had an all-day mediation with Judge Farnan on the 6th of

10   February, went from, you know, 9 or 10 in the morning until

11   7 at night or so.  My understanding is that Judge Farnan is

12   still working very diligently to try to reach a settlement

13   in this matter, and I say it's my understanding because he's

14   been in contact with the principals.  I have not been

15   involved in those discussions.  But that's the lay of the

16   land from our perspective.

17         THE COURT:  All right.  Let me ask you this

18   question.  The pricing information document that you don't

19   think is relevant, why would you be filing that?

20         MR. TECCE:  I would not, Your Honor.  It would be

21   the Trustee that would be filing it.  Just to give you a

22   back story here, we did not produce the document.  It was

23   produced by -- Macquarie was our -- Your Honor may remember

24   that Macquarie was the other member of this two-member

25   group.

1          THE COURT:  That's right.

2          MR. TECCE:  Macquarie since exited its position

3  and PointState is now the other member of this group, and

4  Macquarie produced the document in response to a subpoena

5  from the Trustee.  We were copied on it because it was a

6  third-party subpoena, so I'm aware of the existence of the

7  document.  I don't know if the Trustee intends to use it but

8  my point simply is, I gave you a rather blanket statement

9  that we don't really care about emails and our documents if

10  the Trustee wants to file those with his Pleadings, that's

11  fine, but I didn't want that to be construed as an admission

12  by us that, number one, that document is relevant, or B,

13  that it can be filed, because we don't want that document

14  filed.  Our own documents don't have pricing information

15  because we didn't agree to give that to the Trustee.  This

16  comes from a third party.

17          THE COURT:  All right.

18          MR. TECCE:  Our former client.

19          THE COURT:  I understand better now.  Thank you,

20  Mr. Tecce.

21          Who for the Trustee?

22          MR. MASELLA:  Good afternoon, Judge.  This is

23  Jamie Masella, and I have here with me my colleague, Dan

24  Lowenthal.

25          THE COURT:  Yes, sir.

1          MR. MASELLA:  Let me start out with the things

2   that I don't think should be at issue.  We agreed that

3   nothing should be under seal.  We do not intend to submit

4   the Macquarie documents either today or with our Brief

5   although we likely will use them for deposition testimony,

6   but that would not be filed so that should not raise any

7   issues, I wouldn't think.

8          I guess one area of potential disagreement might

9   be the way we should start the day.  We think that it may be

10  prudent to have a 10- to 15-minute opening remark period for

11  two reasons, Your Honor.  First, otherwise I think that

12  there's going to be a temptation on behalf of the litigators

13  on this ball to file Reply Briefs, and I think it would make

14  sense for us to have a rule that we will not file Reply

15  Briefs but that we will reply verbally to the extent that

16  they reply as necessary.  And second, I think it would be

17  appropriate to let the Court know our view of the world

18  before the hearing starts.  So I would suggest that we have

19  no Reply Briefs but we have a 10- to 15-minute period for

20  opening remarks.  Other than that, Your Honor, I don't think

21  that there's any disagreement at all.

22          THE COURT:  Well, I do agree.  I would like to

23  have openings, 15 minutes a side, and --

24          MR. TECCE:  That's fine with us, Your Honor.  That

25  makes perfect sense.  And we'll agree no Reply Briefs

1  either.  That's fine.

2         THE COURT:  Good.  All right.  Well, you've made

3  this fairly simple for me, and obviously if anything comes

4  up between now and the 28th, you'll call and we'll get on

5  the phone, but otherwise I will see you on the 28th.

6         MR. MASELLA:  Thank you, Your Honor.  One other

7  thing.  It's Jamie Masella again if I might just ask?

8         THE COURT:  Yes, sir.

9         MR. MASELLA:  Which side would you like to do

10 their opening first?

11        THE COURT:  I would say it should be you, Mr.

12 Masella.

13        MR. MASELLA:  Fair enough.

14        THE COURT:  Yes.  Do you agree with that, Mr.

15 Tecce?

16        MR. TECCE:  Your Honor, we'll proceed however you

17 want.  That's fine with us.

18        THE COURT:  All right.  That's how we'll proceed

19 then, and I appreciate it, and I appreciate --

20        MR. ABBOTT:  Your Honor?

21        THE COURT:  Yes?

22        MR. ABBOTT:  Sorry.  Derek Abbott here for the

23 Debtors on probably the most mundane of points, but just to

24 be clear, obviously the Debtors aren't really involved in

25 this proceeding.  We'll probably monitor obviously because

1  it may have an impact on how things go when the effective

2  date comes but could I prevail upon the Objectors' counsel

3  perhaps to get the Court a Hearing Agenda and binders since

4  they will have all the unredacted information and that sort

5  of thing to save a little bit of money and frankly make our

6  lives a little bit easier?

7          MR. TECCE:  That's fine.  This is James Tecce.

8  We'll send down the Notice of Hearing, the Agenda Letter,

9  and I imagine both sides will be submitting exhibits, so

10  we'll handle that, yes.

11          THE COURT:  Thank you, Mr. Tecce, and thank you,

12  Mr. Abbott.

13          MR. ABBOTT:  Much appreciated.  Thanks to Jamie,

14  and thank you, Your Honor.  That's all I have.

15          THE COURT:  All right.

16          MR. WORCESTER:  This is Corey Worcester from Quinn

17  Emanuel.  I have one other housekeeping matter.

18          I'll be taking any depositions that need to be

19  taken, and I have a *pro hac* application on file.  I just

20  wanted to bring that to the Court's attention.

21          THE COURT:  Oh, very well.  Thank you.  All right.

22          MR. MONZO:  Your Honor, one more housekeeping

23  matter.  This is Eric Monzo.  With regards to -- probably in

24  line with Mr. Abbott's comments.  With regard to the

25  exhibits, particularly the Affidavits and the Briefs, I

1   understand that Mr. Tecce is going to send them over as part

2   of a binder, the hearing binder.  Does Your Honor want those

3   -- depending on volume, would you want them in the form of a

4   disk or paper, or how would you prefer to have it?  I

5   understand there's a quick turnaround period between now and

6   the hearing next Tuesday.

7           THE COURT:  I would say that having the documents

8   on a disk would be helpful to me.

9           MR. MONZO:  Okay.

10          THE COURT:  So if you could do that, that would be

11  much appreciated.

12          MR. MONZO:  Okay.  We can do that.

13          THE COURT: Okay.  Good.  All right, everyone.

14  With that, we'll stand in recess, and I wish you all day and

15  see you on the 28th.

16          (Whereupon at 3:07 p.m., the hearing was

17  adjourned.)

18                          CERTIFICATION

19          I certify that the foregoing is a correct

20  transcript from the electronic sound recording of the

21  proceedings in the above-entitled matter.

22

23
24  _____        February 23, 2017
25  Florence E. Blantz, Transcriber          Date
26  Diaz Transcription Services

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **15-minute**(4) 3:9  3:12  8:10  8:19 | | **between**(3) 4:15  9:4  11:5 | | **disagreement**(2) 8:8  8:21 | | **half**(1) 3:14 | |

**15-minute**(4) 3:9 3:12 8:10 8:19
**abbott**(6) 1:26 9:20 9:22 9:22 10:12 10:13
**abbott's**(1) 10:24
**about**(5) 3:4 3:5 3:10 3:14 7:9
**above-entitled**(1) 11:21
**accept**(1) 3:17
**accordance**(1) 4:20
**additional**(1) 3:13
**adjourned**(1) 11:17
**administered**(1) 1:6
**admission**(1) 7:11
**admonition**(1) 5:18
**advance**(1) 5:15
**affiant**(2) 3:18 4:21
**affiants**(2) 4:12 5:13
**affidavit**(2) 4:22 5:5
**affidavits**(2) 3:17 10:25
**afternoon**(4) 3:2 4:2 5:5 7:22
**again**(1) 9:7
**agenda**(2) 10:3 10:8
**agree**(4) 7:15 8:22 8:25 9:14
**agreed**(1) 8:2
**ahead**(1) 5:8
**all**(11) 6:17 7:17 8:21 9:2 9:18 10:4 10:14
 10:15 10:21 11:13 11:14
**all-day**(1) 6:9
**allocated**(1) 4:13
**also**(2) 3:5 3:6
**alternative**(2) 2:19 2:36 4:5
**although**(1) 8:5
**always**(1) 3:13
**americas**(1) 2:32
**and**(48) 3:4 3:5 3:6 3:7 3:8 3:10 3:12
 3:13 3:14 3:15 3:15 3:18 3:19 3:23 3:24
 4:6 4:12 4:12 4:13 4:20 4:22 5:5 6:7 6:13
 7:3 7:3 7:9 7:23 8:13 8:16 8:23 8:25 9:3
 9:4 9:4 9:19 9:19 10:3 10:4 10:5 10:9
 10:11 10:14 10:19 10:25 11:5 11:14 11:14
**answer**(1) 3:6
**any**(3) 8:6 8:21 10:18
**anything**(1) 9:3
**appearances**(2) 1:23 2:1
**applicant**(1) 3:16
**application**(1) 10:19
**appreciate**(2) 9:19 9:19
**appreciated**(2) 10:13 11:11
**approach**(1) 4:16
**appropriate**(1) 8:17
**are**(2) 3:23 6:7
**area**(1) 8:8
**aren't**(1) 9:24
**arguments**(1) 4:12
**around**(1) 3:12
**arsht**(1) 1:25
**ask**(3) 3:13 6:17 9:7
**asset**(3) 2:20 2:37 4:6
**attempt**(1) 5:3
**attention**(1) 10:20
**available**(3) 3:18 4:24 5:1
**avenue**(2) 2:16 2:32
**avoid**(1) 3:19
**aware**(1) 7:6
**back**(1) 6:22
**ball**(1) 8:13
**bankruptcy**(2) 1:1 1:20
**because**(7) 3:3 3:20 6:13 7:5 7:13 7:15
 9:25
**been**(2) 6:14 6:14
**before**(2) 1:19 8:18
**begin**(2) 3:7 3:16
**beginning**(1) 3:10
**behalf**(2) 4:5 8:12
**being**(1) 5:25
**believe**(1) 6:6
**belknap**(1) 2:27
**better**(1) 7:19

**between**(3) 4:15 9:4 11:5
**binder**(2) 11:2 11:2
**binders**(1) 10:3
**bit**(2) 10:5 10:6
**blanket**(1) 7:8
**blantz**(1) 11:25
**blauner**(1) 4:23
**both**(1) 10:9
**bottom**(1) 3:5
**break**(3) 3:9 3:11 3:12
**breaks**(1) 3:13
**brief**(1) 8:4
**briefs**(6) 5:17 8:13 8:15 8:19 8:25 10:25
**bring**(1) 10:20
**but**(14) 5:4 5:23 5:24 6:3 6:6 6:15 7:7
 7:11 8:6 8:15 8:19 9:5 9:23 10:2
**call**(3) 3:4 3:19 9:4
**called**(1) 3:2
**can**(3) 4:14 7:13 11:12
**capital**(1) 4:6
**care**(1) 7:9
**case**(2) 1:5 6:4
**centre**(1) 2:7
**certification**(1) 11:18
**certify**(1) 11:19
**chambers**(1) 3:3
**chapter**(1) 1:8
**chess-clock**(1) 4:16
**christopher**(1) 2:6
**clear**(1) 9:24
**client**(2) 6:5 7:18
**client's**(1) 6:2
**closing**(1) 4:12
**colleague**(1) 7:23
**comes**(3) 7:16 9:3 10:2
**comments**(3) 3:23 3:24 10:24
**committee**(1) 2:4
**conference**(1) 5:16
**confidential**(1) 5:24
**construed**(1) 7:11
**contact**(1) 6:14
**continue**(1) 3:10
**continued**(1) 2:2
**copied**(1) 7:5
**corey**(2) 2:39 10:16
**correct**(1) 11:19
**could**(3) 3:19 10:2 11:10
**counsel**(5) 3:2 3:12 5:3 5:20 10:2
**course**(1) 3:12
**court**(31) 1:1 3:2 3:20 4:1 4:4 4:8 4:18
 4:22 4:25 5:9 6:8 6:17 7:1 7:17 7:19 7:25
 8:17 8:22 9:2 9:8 9:11 9:14 9:18 9:21
 10:3 10:11 10:15 10:21 11:7 11:10 11:13
**court's**(4) 4:21 5:18 10:20
**courtroom**(1) 1:10
**creditors**(1) 2:5
**cross**(1) 3:18
**cross-examination**(1) 4:11
**dan**(1) 7:23
**daniel**(2) 2:29 2:31
**date**(2) 10:2 11:25
**day**(3) 5:23 8:9 11:14
**debenture**(2) 2:12 2:26
**debtors**(4) 1:12 1:25 9:23 9:24
**delaware**(4) 1:2 1:12 2:16 3:1
**depending**(1) 11:3
**deposed**(1) 5:15
**deposition**(3) 4:24 5:1 8:5
**depositions**(2) 5:12 10:18
**derek**(2) 1:26 9:22
**diaz**(1) 1:33
**did**(1) 6:22
**didn't**(2) 7:11 7:15
**diligently**(1) 6:12
**direct**(1) 5:19
**directly**(1) 4:10

**disagreement**(2) 8:8 8:21
**discussions**(1) 6:15
**disk**(2) 11:4 11:8
**district**(1) 1:2
**dividing**(1) 4:15
**docket**(1) 5:15
**document**(10) 3:20 5:18 6:1 6:4 6:18 6:22
 7:4 7:7 7:12 7:13
**documents**(8) 3:4 3:21 4:20 5:20 7:9 7:14
 8:4 11:7
**does**(1) 11:2
**don't**(11) 5:9 5:10 5:18 6:5 6:18 7:7 7:9
 7:13 7:14 8:2 8:20
**down**(1) 10:8
**dump**(2) 3:20 5:19
**easier**(1) 10:6
**ecro**(1) 1:31
**effective**(1) 10:1
**eggermann**(1) 2:31
**either**(2) 8:4 9:1
**electronic**(2) 1:39 11:20
**emails**(2) 5:24 7:9
**emanuel**(3) 2:37 4:3 10:17
**enough**(1) 9:13
**eric**(2) 2:14 10:23
**esq**(10) 1:26 2:6 2:14 2:15 2:28 2:29 2:31
 2:38 2:39 2:43
**everyone**(1) 11:13
**examination**(1) 3:19
**exception**(1) 5:23
**exhibits**(2) 10:9 10:25
**existence**(2) 6:1 7:6
**exited**(1) 7:2
**extent**(1) 8:15
**fair**(1) 9:13
**fairly**(1) 9:3
**farnan**(2) 6:9 6:11
**february**(5) 1:14 3:1 3:8 6:10 11:24
**fee**(1) 3:16
**figure**(1) 4:14
**file**(4) 7:10 8:13 8:14 10:19
**filed**(8) 5:5 5:21 5:21 5:22 5:25 7:13 7:14
 8:6
**filing**(3) 5:17 6:19 6:21
**fine**(7) 4:16 5:25 7:11 8:24 9:1 9:17 10:7
**finish**(2) 5:9 5:10
**first**(2) 8:11 9:10
**floor**(1) 1:27
**florence**(1) 11:25
**for**(22) 1:2 1:25 2:4 2:12 2:19 2:26 2:36
 2:42 3:11 3:13 3:18 4:24 5:1 5:3 5:20
 7:21 8:5 8:10 8:14 8:19 9:3 9:22
**foregoing**(1) 11:19
**form**(1) 11:3
**former**(2) 6:5 7:18
**frankly**(1) 10:5
**free**(1) 3:13
**friday**(2) 4:25 5:13
**from**(12) 3:7 3:8 3:9 3:23 4:3 5:3 6:10
 6:16 7:5 7:16 10:16 11:20
**gave**(1) 9:4
**get**(3) 3:4 9:4 10:3
**ginger**(1) 1:31
**give**(3) 3:11 6:21 7:15
**going**(3) 3:20 8:12 11:1
**good**(6) 3:2 4:2 5:7 7:22 9:2 11:13
**gross**(2) 1:19 4:2
**group**(2) 6:25 7:3
**guess**(1) 8:8
**guidance**(1) 3:22
**hac**(1) 10:19
**had**(1) 6:9

**half**(1) 3:14
**handle**(1) 10:10
**happens**(1) 5:11
**harrisburg**(1) 1:35
**has**(1) 6:2
**have**(19) 3:7 3:20 4:8 4:12 4:21 6:14 7:14
 7:23 8:10 8:14 8:18 8:18 8:19 8:23 10:1 10:4
 10:14 10:17 10:19 11:4
**having**(1) 11:7
**he'll**(1) 4:23
**he's**(1) 6:13
**hear**(3) 3:6 3:23 5:3
**hearing**(10) 3:6 3:8 3:10 3:14 8:18 10:3
 10:8 11:2 11:6 11:16 11:16
**helpful**(1) 11:8
**here**(3) 6:22 7:23 9:22
**highly**(1) 6:3
**his**(1) 7:10
**honor**(13) 4:8 5:12 6:20 6:23 8:11 8:20
 8:24 9:6 9:16 9:20 10:14 10:22 11:2
**honor's**(1) 4:13
**honorable**(1) 1:19
**hopefully**(1) 3:19
**hour**(1) 3:11
**hours**(3) 3:15 3:15 4:13
**housekeeping**(2) 10:17 10:22
**how**(6) 4:9 4:15 5:20 9:18 10:11 11:4
**however**(1) 9:16
**i'll**(2) 5:23 10:18
**i'm**(3) 3:20 5:17 7:6
**imagine**(2) 5:12 10:9
**impact**(1) 10:1
**inc**(1) 1:8
**inform**(1) 3:5
**information**(4) 6:2 6:18 7:14 10:4
**intend**(1) 8:3
**intends**(1) 7:7
**interested**(1) 2:42
**into**(1) 4:10
**involved**(2) 6:15 9:24
**irrelevant**(1) 6:3
**issue**(2) 6:6 8:2
**issues**(1) 8:7
**it's**(3) 6:6 6:13 9:7
**its**(1) 7:2
**james**(5) 2:13 2:28 2:38 4:3 10:7
**jamie**(3) 7:23 9:7 10:13
**jason**(1) 2:43
**joanne**(1) 2:21
**jointly**(1) 1:6
**joyce**(1) 2:20
**judge**(6) 1:19 1:20 4:2 6:9 6:11 7:22
**just**(6) 3:7 6:7 6:21 9:7 9:23 10:19
**kennett**(2) 2:22 2:23
**kevin**(1) 1:19
**king**(1) 2:8
**know**(7) 5:4 5:5 5:13 6:8 6:10 7:7 8:17
**land**(1) 6:16
**last**(1) 5:16
**lasting**(1) 3:11
**law**(2) 2:12 2:26
**lay**(1) 6:15
**let**(5) 3:7 6:8 6:17 8:1 8:17
**letter**(1) 10:8
**like**(2) 8:22 9:9
**likely**(1) 8:5
**line**(1) 10:24
**litigators**(1) 8:12
**little**(2) 10:5 10:6
**lives**(1) 10:6
**llp**(2) 1:25 2:13
**lowenthal**(2) 2:29 7:24
**lunch**(1) 3:11
**mace**(1) 1:31
**macquarie**(5) 6:23 6:24 7:2 7:4 8:4
**made**(3) 4:24 4:25 9:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| make(2) 8:13 10:5 | | people(1) 3:5 | | sense(2) 8:14 8:25 | | the(123) 1:1 1:2 1:19 2:7 2:32 3:2 3:4 3:5 |
| makes(1) 8:25 | | per(2) 3:15 4:13 | | service(2) 1:33 1:40 | | 3:6 3:10 3:14 3:16 3:18 3:20 3:21 4:1 |
| management(3) 2:20 2:37 4:6 | | perfect(1) 8:25 | | services(1) 1:33 | | 4:4 4:6 4:8 4:8 4:11 4:11 4:14 4:15 4:16 |
| marked(1) 5:24 | | perhaps(1) 10:3 | | settlement(1) 6:12 | | 4:18 4:20 4:22 4:24 4:25 5:2 5:2 5:3 5:9 |
| market(2) 1:11 1:27 | | period(3) 8:10 8:19 11:5 | | shakes(1) 4:15 | | 5:12 5:13 5:13 5:14 5:15 5:16 5:17 5:17 |
| masella(10) 2:28 5:7 7:22 7:23 8:1 9:6 | | perspective(1) 6:16 | | shapiro(1) 4:25 | | 5:18 5:19 5:20 5:22 5:23 5:25 6:3 6:4 6:6 |
| 9:7 9:9 9:12 9:13 | | phone(1) 9:5 | | should(6) 6:5 8:2 8:3 8:6 8:9 9:11 | | 6:8 6:9 6:10 6:14 6:15 6:15 6:17 6:18 |
| | | pike(2) 2:22 2:23 | | side(7) 3:15 4:13 4:14 5:2 5:20 8:23 9:9 | | 6:21 6:22 6:24 7:1 7:3 7:4 7:5 7:6 7:6 |
| matter(4) 6:13 10:17 10:23 11:21 | | pinckney(2) 2:20 2:21 | | sides(1) 10:9 | | 7:7 7:10 7:11 7:17 7:19 7:21 7:25 8:1 8:4 |
| may(3) 6:23 8:9 10:1 | | pleadings(1) 7:10 | | simple(1) 9:3 | | 8:9 8:9 8:12 8:15 8:17 8:17 8:18 8:22 |
| means(1) 3:14 | | point(1) 7:8 | | simply(1) 7:8 | | 9:2 9:4 9:5 9:8 9:11 9:14 9:18 9:21 |
| mediation(1) 6:9 | | points(1) 9:23 | | since(2) 7:2 10:3 | | 9:22 9:23 9:24 10:1 10:2 10:3 10:4 10:8 |
| member(2) 6:24 7:3 | | pointstate(2) 4:6 7:3 | | single(2) 4:23 6:3 | | 10:8 10:11 10:15 10:20 10:21 10:24 10:25 |
| might(2) 8:8 9:7 | | position(1) 7:2 | | sir(2) 7:25 9:8 | | 10:25 11:2 11:3 11:6 11:7 11:7 11:10 |
| miller(1) 2:15 | | possibly(1) 5:6 | | six(1) 3:14 | | 11:13 11:15 11:16 11:19 11:20 11:20 11:21 |
| mindful(1) 5:17 | | potential(1) 8:8 | | solus(3) 2:19 2:36 4:5 | | |
| minutes(3) 3:15 4:13 8:23 | | prefer(1) 11:4 | | something(2) 4:14 6:2 | | their(2) 5:4 9:10 |
| mister(1) 4:1 | | prepared(1) 5:14 | | sooner(1) 5:6 | | them(3) 8:5 11:1 11:3 |
| monday(1) 5:1 | | preston(1) 2:5 | | sorry(2) 5:8 9:22 | | then(4) 3:10 3:18 5:5 9:19 |
| money(1) 10:5 | | presumably(1) 5:4 | | sort(2) 4:16 10:4 | | there(1) 6:1 |
| monitor(1) 9:25 | | prevail(1) 10:2 | | sound(2) 1:39 11:20 | | there's(3) 8:12 8:21 11:5 |
| monzo(5) 2:14 10:22 10:23 11:9 11:12 | | pricing(3) 6:2 6:18 7:14 | | speak(1) 5:23 | | thereafter(2) 4:12 5:12 |
| more(1) 10:22 | | principals(1) 6:14 | | stand(3) 4:19 6:8 11:14 | | they(3) 5:21 8:16 10:4 |
| morning(1) 6:10 | | pro(1) 10:19 | | start(2) 8:1 8:9 | | they're(2) 5:15 5:24 |
| morris(2) 1:25 2:13 | | probably(4) 6:3 9:23 9:25 10:23 | | starts(1) 8:18 | | thing(3) 5:19 9:7 10:5 |
| most(1) 9:23 | | proceed(4) 4:9 4:10 9:16 9:18 | | statement(1) 7:8 | | things(4) 4:19 6:8 8:1 10:1 |
| much(2) 10:13 11:11 | | proceeding(1) 9:25 | | statements(1) 4:10 | | think(13) 4:18 5:19 6:3 6:5 6:7 6:19 8:2 |
| mundane(1) 9:23 | | proceedings(3) 1:18 1:39 11:21 | | states(2) 1:1 1:20 | | 8:7 8:9 8:11 8:13 8:16 8:20 |
| necessary(1) 8:16 | | produce(1) 6:22 | | ste(1) 2:7 | | |
| need(2) 5:19 10:18 | | produced(5) 1:40 4:20 6:4 6:23 7:4 | | stephen(1) 2:15 | | thinking(1) 4:8 |
| needs(1) 5:22 | | prudent(1) 8:10 | | steven(1) 4:23 | | third(2) 6:4 7:16 |
| networks(1) 1:8 | | puts(1) 6:7 | | still(1) 6:12 | | third-party(1) 7:6 |
| new(1) 2:33 | | question(1) 6:18 | | story(1) 6:22 | | this(16) 3:3 3:13 4:2 5:5 6:13 6:17 6:24 |
| next(1) 11:6 | | questions(2) 3:6 3:24 | | street(3) 1:11 1:34 2:8 | | 7:3 7:15 7:22 8:13 9:3 9:25 10:7 10:16 |
| nichols(1) 1:25 | | quick(1) 11:5 | | submit(1) 8:3 | | 10:23 |
| night(1) 6:11 | | quinn(3) 2:37 4:3 10:16 | | submitting(3) 3:4 4:21 10:9 | | those(5) 3:23 5:25 6:15 7:10 11:2 |
| nnce(1) 4:6 | | raise(1) 8:6 | | subpoena(2) 7:4 7:6 | | thought(2) 3:9 3:17 |
| nortel(1) 1:8 | | rather(1) 7:8 | | suggest(1) 8:18 | | thousands(1) 3:21 |
| north(1) 1:27 | | reach(1) 6:12 | | suite(1) 2:16 | | three(2) 3:15 4:13 |
| not(9) 3:20 6:1 6:14 6:20 6:22 8:3 8:6 | | really(2) 7:9 9:24 | | sullivan(1) 2:37 | | through(1) 5:19 |
| 8:6 8:14 | | reasons(1) 8:11 | | sunday(1) 5:14 | | thursday(1) 3:1 |
| | | received(1) 3:3 | | sure(1) 3:25 | | time(3) 3:14 3:21 4:15 |
| noteholders(1) 4:7 | | recess(1) 11:14 | | take(1) 5:12 | | timely(1) 4:20 |
| notes(1) 5:24 | | recorded(1) 1:39 | | taken(1) 10:19 | | today(2) 4:22 8:4 |
| nothing(2) 5:22 8:3 | | recording(2) 1:39 11:20 | | taking(1) 10:18 | | transcriber(1) 11:25 |
| notice(1) 10:8 | | regard(1) 10:24 | | taylor(1) 2:5 | | transcript(3) 1:18 1:40 11:20 |
| now(5) 3:23 7:3 7:19 9:4 11:5 | | regards(1) 10:23 | | tecce(23) 2:38 3:25 4:2 4:3 4:4 4:5 4:18 | | transcription(1) 1:33 1:33 1:40 |
| number(1) 7:12 | | relevant(3) 6:6 6:19 7:12 | | 4:19 5:8 5:9 5:10 5:11 6:20 7:2 7:18 7:20 | | trial(2) 4:24 5:15 |
| o'clock(1) 4:22 | | remark(1) 8:10 | | 8:24 9:15 9:16 10:7 10:7 10:11 11:1 | | trustee(10) 2:13 2:27 5:3 5:13 6:21 7:5 |
| objectors(1) 10:2 | | remarks(1) 8:20 | | | | 7:7 7:10 7:15 7:21 |
| obviously(3) 9:3 9:24 9:25 | | remember(1) 6:23 | | teleconference(1) 3:3 | | |
| official(1) 2:4 | | renaissance(1) 2:7 | | telephonic(2) 1:23 2:1 | | try(1) 6:12 |
| okay(3) 11:9 11:12 11:13 | | reorg(1) 2:42 | | temptation(1) 8:12 | | tuesday(1) 11:6 |
| one(9) 4:21 5:19 5:23 6:6 7:12 8:8 9:6 | | reply(6) 8:13 8:14 8:15 8:16 8:19 8:25 | | terms(4) 4:9 4:15 4:19 5:2 5:11 5:17 6:8 | | tunnell(1) 1:25 |
| 10:17 10:22 | | request(3) 4:5 4:9 | | testimony(2) 3:18 8:5 | | turnaround(1) 11:5 |
| | | research(1) 2:42 | | than(1) 8:20 | | two(2) 4:16 8:11 |
| one-day(1) 3:7 | | response(1) 7:4 | | thank(7) 5:11 7:19 9:6 10:11 10:11 10:14 | | two-member(1) 6:24 |
| opening(4) 4:10 8:10 8:20 9:10 | | review(1) 3:21 | | 10:21 | | tyler(1) 2:27 |
| openings(1) 8:23 | | right(8) 6:17 7:1 7:17 9:2 9:18 10:15 | | | | under(3) 5:21 5:22 8:3 |
| order(1) 4:21 | | 10:21 11:13 | | thanks(1) 10:13 | | understand(3) 7:19 11:1 11:5 |
| ordered(3) 4:22 4:25 5:16 | | robert(1) 2:30 | | that(52) 3:5 3:14 4:15 4:18 5:15 5:18 | | understanding(2) 6:11 6:13 |
| other(8) 4:14 5:2 5:20 6:24 7:3 8:20 9:6 | | rule(1) 8:14 | | 5:19 5:22 6:1 6:2 6:2 6:3 6:4 6:5 6:7 | | united(2) 1:1 1:20 |
| 10:17 | | run(2) 3:8 3:9 | | 6:11 6:18 6:19 6:21 6:24 7:9 7:11 7:12 | | unredacted(1) 10:4 |
| | | same(1) 4:8 | | 7:12 7:13 7:13 7:15 8:2 8:2 8:6 8:6 8:9 | | unsecured(1) 2:5 |
| otherwise(2) 8:11 9:5 | | samis(1) 2:6 | | 8:11 8:14 8:15 8:18 8:18 8:20 8:21 8:24 | | until(2) 3:1 3:10 6:10 |
| our(15) 4:9 4:20 4:23 5:21 5:24 6:1 6:4 | | sanjana(1) 2:43 | | 9:14 10:4 10:10 10:10 10:20 11:1 11:7 | | upon(1) 10:2 |
| 6:16 6:23 7:9 7:14 7:18 8:4 8:17 10:5 | | saturday(1) 5:14 | | 11:10 11:11 11:12 11:14 11:14 11:19 | | urban(1) 2:20 |
| out(3) 4:14 4:15 8:1 | | save(1) 10:5 | | | | urquhart(1) 2:37 |
| over(2) 5:14 11:1 | | say(3) 6:13 9:11 11:7 | | that'll(1) 3:11 | | use(2) 7:7 8:5 |
| own(1) 7:14 | | saying(1) 3:7 | | that's(12) 4:14 4:23 6:6 6:15 7:1 7:10 | | verbally(1) 8:15 |
| p.m(3) 1:15 3:1 11:16 | | schmidt(1) 2:30 | | 8:24 9:1 9:17 9:18 10:7 10:14 | | very(2) 6:12 10:21 |
| paper(1) 11:4 | | schuylkill(1) 1:34 | | | | view(2) 5:21 8:17 |
| part(1) 11:1 | | seal(3) 5:21 5:22 8:3 | | | | volume(1) 11:3 |
| particularly(1) 10:25 | | sealed(1) 6:5 | | | | wait(1) 5:3 |
| parties(1) 3:21 | | second(2) 5:23 8:16 | | | | want(6) 5:8 7:11 7:13 9:17 11:2 11:3 |
| party(3) 2:42 6:4 7:16 | | see(2) 9:5 11:15 | | | | wanted(3) 3:4 6:8 10:20 |
| patterson(1) 2:27 | | send(2) 10:8 11:1 | | | | wants(1) 7:10 |
| pennsylvania(1) 1:35 | | | | | | was(7) 5:15 6:4 6:22 6:23 6:24 7:5 11:16 |

NORTEL 02.22.17 DAILY.FEB.DOC

| Word | Page:Line |
|------|-----------|

**way**(1) 8:9
**we'll**(11) 5:5 5:12 5:14 8:25 9:4 9:16 9:18
 9:25 10:8 10:10 11:14

**we're**(1) 5:24
**webb**(1) 2:27
**weekend**(1) 5:14
**weidinger**(1) 2:20
**well**(3) 8:22 9:2 10:21
**went**(1) 6:10
**were**(1) 7:5
**what**(2) 3:19 5:11
**when**(1) 10:1
**where**(3) 4:19 6:7 6:8
**whereupon**(1) 11:16
**whether**(1) 5:21
**which**(6) 3:8 3:15 4:11 4:16 5:23 9:9
**whiteford**(1) 2:5
**who**(3) 4:21 5:4 7:21
**why**(3) 5:9 5:10 6:19
**will**(19) 3:8 3:10 3:14 3:16 3:23 4:21 4:24
 4:25 5:3 5:4 5:5 5:20 5:21 8:5 8:14 8:15
9:5 10:4 10:9

**wilmington**(5) 1:12 1:28 2:9 2:17 3:1
**wish**(1) 11:14
**with**(21) 3:9 3:12 3:16 4:14 4:20 5:20
5:22 5:25 6:9 6:14 7:10 7:23 8:1 8:4 8:24
 9:14 9:17 10:23 10:24 10:24 11:14

**without**(2) 3:21 4:10
**witness**(1) 4:23
**witnesses**(2) 4:11 5:2
**won't**(1) 5:4
**worcester**(3) 2:39 10:16 10:16
**work**(1) 5:19
**working**(1) 6:12
**world**(2) 5:22 8:17
**would**(22) 3:9 3:17 3:18 3:19 4:9 4:11
6:19 6:20 6:20 6:21 8:6 8:13 8:16 8:18
8:22 9:9 9:11 11:3 11:4 11:7 11:8 11:10

**wouldn't**(1) 8:7
**www.diaztrans.com**(1) 1:37
**yes**(6) 4:4 7:25 9:8 9:14 9:21 10:10
**yesterday**(1) 3:3
**yet**(1) 5:4
**york**(1) 2:33
**you**(30) 3:7 3:24 4:18 5:9 5:10 5:11 5:13
5:18 6:10 6:17 6:18 6:19 6:21 7:8 7:19
9:5 9:6 9:9 9:11 9:14 9:16 10:11 10:11
10:14 10:21 11:3 11:4 11:10 11:14 11:15

**you'll**(1) 9:4
**you've**(1) 9:2
**your**(15) 3:24 4:8 4:12 5:12 6:20 6:23
8:11 8:20 8:24 9:6 9:16 9:20 10:14 10:22
11:2