## **EXHIBIT 1**

**7.875% Notes Indenture Trustee - Accrued Fees and Expenses**
*(through January 31, 2017)*

| Firm | Role | Fees | Expenses | Agreed Reduction | Total |
|---|---|---|---|---|---|
| Law Debenture Trust Company of New York | Indenture Trustee (through Dec. 2016) | $379,892.86 | $1,809.26 | | **$381,702.12** |
| Delaware Trust Company | Indenture Trustee (Dec. 2016 - present) | $38,875 | $167.00 | | **$39,042.00** |
| Dewey & LeBoeuf LLP[1] | Lead Counsel (through Apr. 2012) | $2,707,644.50 | $36,377.52 | (**$60,000.00**) | **$2,684,022.02** |
| Patterson Belknap Webb & Tyler LLP | Lead Counsel (May 2012 - present) | $4,134,423.00 | $52,720.82 | (**$84,471.50**) | **$4,102,672.32** |
| Morris James LLP | Delaware Counsel (May 2012 - present) | $393,748.50 | $5,900.82 | | **$399,649.32** |
| Canada (combined; converted to USD) | Canadian Counsel | $553,247.12 | $7,233.29 | | **$560,480.41** |
| *Fasken Martineau DuMoulin LLP* | | CAD 13,298.00 | CAD 38.82 | | |
| *Borden Ladner Gervais LLP* | | CAD 683,413.50 | CAD 8,958.36 | | |
| *Weir Foulds LLP* | | CAD 21,791.25 | CAD 396.70 | | |
| **TOTAL** | | **$8,207,830.98** | **$104,208.71** | (**$144,471.50**) | **$8,167,568.19** |

The Trustee and each of its current and former professionals reserve the right to revise these amounts as necessary and reserve all rights with respect to all fees and expenses incurred before or after January 31, 2017, including any fees and expenses incurred in connection with defending themselves against the Fee Objectors' challenge to the reasonableness of the fees and expenses listed above. *See* Section V.

---

[1] Pursuant to the confirmed plan of liquidation in Dewey & LeBoeuf's chapter 11 case, which is pending in the United States Bankruptcy Court for the Southern District of New York (Case No. 12-12321 (MG)), the interests of Dewey & LeBoeuf's secured lenders are represented by the Dewey & LeBoeuf Secured Lender Trust.

9588889v.2