## **EXHIBIT 2**

9588889v.2

**Summary of Fee Objectors' Objections to Fees and Trustee's Responses**

| Firm | Committee Service (Yellow) | Allocation (Pink) | Billing (Blue) | Duplication (Red) | Transition (Green) | TOTAL | RESPONSE |
|---|---|---|---|---|---|---|---|
| **Law Debenture Trust Company of New York** | $221,301.61 | | | $32,022.56 | | $253,324.17 | The time spent by Law Debenture in connection with the Trustee's service on the Committee was prudent and reasonable and inured to the benefit of all holders of 7.875% Notes.<br><br>The Trustee disputes that the entries identified by the Fee Objectors are duplicative. |
| **Patterson Belknap Webb & Tyler LLP** | $748,406.00 | $1,121,454.00 | $84,471.50 | $69,148.00 | | $2,023,479.50 | The time spent by Patterson Belknap in connection with the Trustee's service on the Committee was prudent and reasonable and inured to the benefit of the Fee Objectors.<br><br>The time spent by Patterson Belknap on allocation issues was prudent and reasonable, was not duplicative of the services provided by other professionals for the benefit of other stakeholders, and inured to the benefit of all holders of 7.875% Notes.<br><br>Patterson Belknap has agreed to write off $84,471.50 associated with billing.<br><br>The Trustee disputes that the Patterson Belknap time entries identified by the Fee Objectors are duplicative. |
| **Dewey LeBoeuf LLP** | $1,648,928.00 | $141,766.00 | | | $105,976.00 | $1,896,670.00 | The time spent by Dewey in connection with the Trustee's service on the Committee was prudent and reasonable and inured to the benefit of all holders of 7.875% Notes.<br><br>The time spent by Dewey on allocation issues was prudent and reasonable, was not duplicative of the services provided by other professionals for the benefit of other stakeholders, and inured to the benefit of |

| Firm | Committee Service (Yellow) | Allocation (Pink) | Billing (Blue) | Duplication (Red) | Transition (Green) | TOTAL | RESPONSE |
|---|---|---|---|---|---|---|---|
| | | | | | | | all holders of 7.875% Notes. The representatives of the bankruptcy estate of Dewey & LeBoeuf LLP have already agreed to reduce its fees, which totaled $2,744,022.02 at the conclusion of its engagement, by $60,000. |
| **Borden Ladner Gervais LLP** | $6,652.80 | $181,275.71 | | | | $187,928.51 | The Trustee disputes that the time entries identified by the Fee Objectors pertain to the Trustee's service on the Committee. BLG did not advise the Trustee in connection with its service on the Committee. The time spent by BLG on allocation issues was prudent and reasonable, was not duplicative of the services provided by other professionals for the benefit of other stakeholders, and inured to the benefit of all holders of 7.875% Notes. |
| **Morris James LLP** | | | | | | $0.00 | The Fee Objectors have not objected to any fees or expenses incurred by Morris James. Accordingly, the Trustee respectfully submits that those fees and expenses should be approved in full. |
| **Delaware Trust Company** | | | | | | $0.00 | The Fee Objectors have not objected to any fees or expenses incurred by Delaware Trust. Accordingly, the Trustee respectfully submits that those fees and expenses should be approved in full. |
| **TOTAL** | $2,625,288.41 | $1,444,495.71 | $84,471.50 | $101,170.56 | $105,976.00 | $4,361,402.18 | |

9588889v.2