## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date:  February 28, 2017 at 9:00 a.m.**<br>**Re: D.I. 17957** |

## AFFIDAVIT OF ERIC J. MONZO

State of Delaware          :
                          : ss.
County of New Castle       :

Eric J. Monzo, being duly sworn, deposes and says:

1.      I am a partner of the law firm of Morris James LLP.  I submit this affidavit in support of the *Indenture Trustee Delaware Trust Company's Brief in Support of Payment of Fees and Expenses* and to put before the Court certain documents cited therein.  The statements made herein are true and correct to the best of my knowledge and belief.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter (with attachments) from James Tecce to Daniel Lowenthal and James Masella dated February 3, 2017.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a Reuters news article dated January 24, 2017 and titled "Nortel cleared to end bankruptcy, distribute $7 billion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

9159315/

to creditors" available at  http://www.reuters.com/article/us-nortelnetworks-bankruptcy-idUSKBN1582TO.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a Wall Street Journal news article dated January 24, 2017 and titled "Nortel Networks Wins Approval to Distribute $7.3 Billion to Creditors," available at  https://www.wsj.com/articles/nortel-networks-wins-approval-to-distribute-7-3-billion-to-creditors-1485296882.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the 132nd Report of the Monitor dated November 16, 2016.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the January 12, 2017 Order of Justice Newbould approving the 1988 Bond Claims in the Canadian Debtors' cases.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the transcript of the hearing held before this Court on January 25, 2017.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the *Amended Appointment of Official Committee of Unsecured Creditors*, dated September 6, 2012, *In re: MF Global Holdings Ltd., et al.*, Case No. 11-15059 (Bankr. S.D.N.Y.) [D.I. 819].

9.      Attached hereto as **Exhibit H** is a true and correct copy of the *Second Amended Appointment of Official Committee of Unsecured Creditors*, dated March 5, 2010, In re Motors Liquidation Company et al., f/k/a General Motors Corp. et al., Case No. 09-50026 (Bankr. S.D.N.Y.) [D.I. 5201].

10.      Attached hereto as **Exhibit I** is a true and correct copy of the *Third Amended Appointment of Committee of Unsecured Creditors*, dated February 9, 2010, *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (Bankr. S.D.N.Y.) [D.I. 7034].

9159315/

11.    Attached hereto as **Exhibit J** is a true and correct copy of the *Notice of Appointment of Committee of Unsecured Creditors*, dated October 15, 2008, *In re: Washington Mutual, Inc., et al.*, Case No. 08-12229 (Bankr. D. Del.) [D.I. 78].

12.    Attached hereto as **Exhibit K** is a true and correct copy of the *Third Amended Notice of Appointment of Committee of Unsecured Creditors*, dated July 20, 2016, *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979 (Bankr. D. Del.) [D.I. 8955].

13.    Attached hereto as **Exhibit L** is a true and correct copy of the *Notice of Appointment of Committee of Unsecured Creditors*, dated May 13, 2014, *In re: Energy Future Holdings Corp., et al.,* Case No. 14-10979 (Bankr. D. Del.) (Bank of New York Mellon, Law Debenture and Wilmington Savings Fund Society) [D.I. 420].

14.    Attached hereto as **Exhibit M** is a true and correct copy of the *Appointment of Official Committee of Unsecured Creditors*, dated December 5, 2011, *In re: AMR Corporation, et al.*, Case No. 11-15463 (Bankr. S.D.N.Y.) [D.I. 128].

15.    Attached hereto as **Exhibit N** is a true and correct copy of the *Appointment of Official Committee of Unsecured Creditors*, dated January 25, 2012, *In re: Eastman Kodak Company, et al.*, Case No. 12-10202 (Bankr. S.D.N.Y.) [D.I. 115].

16.    Attached hereto as **Exhibit O** is a true and correct copy of the *Order Granting Motion of Law Debenture Trust Company of New York, in Its Capacity as Indenture Trustee, for Entry of an Order Partially Allowing and Liquidating Proof of Claim for Fees and Expenses; Incurred From April 11, 2012 Through and Including June 30, 2012*, dated July 26, 2012, *In re: Washington Mutual, Inc., et al.*, Case No. 08-12229 (MFW)(Bankr. D. Del.) [D.I. 10461].

17.     Attached hereto as **<u>Exhibit P</u>** is a true and correct copy of the Transcript of Deposition of John McConnell dated April 4, 2014.

18.     Attached hereto as **<u>Exhibit Q</u>** is a true and correct copy of the transcript of the hearing held before this Court on January 24, 2017.

19.     Attached hereto as **<u>Exhibit R</u>** is a true and correct copy of the transcript of the hearing held before this Court on February 9, 2017.

20.     Attached hereto as **<u>Exhibit S</u>** is a true and correct copy of an e-mail from Steve Blauner to Daniel Lowenthal dated December 26, 2012 at 10:38 a.m. and a response from Daniel Lowenthal to Steven Blauner dated December 28, 2012 at 12:09 p.m., produced in this action as IT00003102 - IT00003104.

21.     Attached hereto as **<u>Exhibit T</u>** is a true and correct copy of an e-mail from James Tecce to Daniel Lowenthal dated June 29, 2016 at 7:25 a.m., produced in this action as IT00003634.

22.     Attached hereto as **<u>Exhibit U</u>** is a true and correct copy of an e-mail from James Tecce to Daniel Lowenthal dated June 29, 2016 at 8:35 a.m., produced in this action as IT00003635.

23.     Attached hereto as **<u>Exhibit V</u>** is a true and correct copy of an e-mail from Craig Dent to James Tecce dated June 29, 2016 at 10:11 a.m., produced in this action as IT00003642 – IT00003644.

24.     Attached hereto as **<u>Exhibit W</u>** is a true and correct copy of an e-mail from Daniel Holzman to Brian Guiney, Lisa Schweitzer, Daniel Lowenthal and James Tecce dated November 17, 2016 at 3:19 p.m., produced in this action as IT00014584 - IT00014589.

25.    Attached hereto as **Exhibit X** is a true and correct copy of an e-mail from Daniel Holzman to Daniel Lowenthal and Brian Guiney dated December 22, 2016 at 12:22 p.m., produced in this action as IT00014601.

26.    Attached hereto as **Exhibit Y** is a true and correct copy of an e-mail from Brian Guiney to Daniel Holzman dated December 22, 2016 at 3:11 p.m., produced in this action as IT00014602 – IT00014603.


Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.   Executed on February 24, 2017

_____
Eric J. Monzo

SWORN TO AND SUBSCRIBED to me this 24th day of February, 2017.

_____
Notary Public

JESSICA KATHRYN FARENSKI
MY COMMISSION
EXPIRES
JUNE 21, 2017
NOTARY PUBLIC
STATE OF DELAWARE

9159315/

5