# Exhibit A-2

## LAW DEBENTURE TRUST COMPANY OF NEW YORK – NORTEL NETWORKS INC. ET AL. CCAA PROCEEDINGS

### Compendium of Borden Ladner Gervais LLP Accounts

### October 2012 to October 2016 (Canadian $)

| Tab | Billing Period | Account Date and Invoice # | Fees | Disbursements | Total |
|-----|----------------|---------------------------|------|---------------|-------|
| 1. | October 1, 2012 to March 31, 2013 | March 31, 2013 696970802 | $36,590.50 | $624.10 | $37,214.00 |
| 2. | April 1, 2013 to July 31, 2013 | August 14, 2013 697007189 | $23,106.00 | $236.40 | $23,342.40 |
| 3. | August 1, 2013 to June 30, 2014 | July 22, 2014 697119510 | $196,538.00 | $978.40 | $197,516.40 |
| 4. | July 1, 2014 to August 31, 2014 | October 3, 2014 697141690 | $141,114.50 | $2,784.85 | $143,899.35 |
| 5. | September 1, 2014 to October 31, 2014 | November 26, 2014 697159315 | $100,291.00 | $616.50 | $100,907.50 |
| 6. | November 1, 2014 to November 30, 2014 | December 17, 2014 697169093 | $10,774.00 | $150.65 | $10,924.65 |
| 7. | December 1, 2014 to December 31, 2014 | December 31, 2014 697177890 | $9,024.00 | $40.74 | $9,064.74 |
| 8. | January 1, 2015 to January 31, 2015 | February 23, 2015 697193344 | $4,793.00 | $69.20 | $4,862.20 |
| 9. | February 1, 2015 to February 28, 2015 | March 26, 2015 697202643 | $24,450.00 | $94.80 | $25,544.80 |
| 10. | March 1, 2015 to March 31, 2015 | April 27, 2015 697212648 | $24,828.50 | $1,149.02 | $25,977.52 |
| 11. | April 1, 2015 to May 31, 2015 | June 26, 2015 697231479 | $53,010.00 | $1,327.80 | $54,337.80 |
| 12. | June 1, 2015 to July 31, 2015 | August 21, 2015 697248528 | $45,955.00 | $663.00 | $46,618.00 |
| 13. | August 1, 2015 to December 31, 2015 | December 31, 2015 697300016 | $7,410.00 | $120.00 | $7,530.00 |

9951374.1

| Tab | Billing Period | Account Date and Invoice # | Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 14. | January 1, 2016 to June 30, 2016 | July 18, 2016 697360673 | $4,365.00 | $102.90 | $4,467.90 |
| 15. | July 1, 2016 to July 31, 2016 | August 12, 2016 697368695 | $1,164.00 | NIL | $1,164.00 |
| 16. | August 1, 2016 to August 31, 2016 | September 7, 2016 697374704 | NIL | NIL | NIL |
| | **TOTALS (CANADIAN DOLLARS):** | | **$683,413.50** | **$8,958.36** | **$692,371.86** |

Additional Accounts

| Tab | Billing Period | Account Date and Invoice # | Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 17. | April 1, 2012 to August 31, 2012 | September 7, 2012 670250 | $13,298.00 USD | $38.82 | $13,336.82 |
| 18. | July 1, 2016 to July 31, 2016 | August 12, 2016 697368695 | $4,260.00 | $35.10 | $4,853.46 |

9951374.1



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 31, 2013

Invoice # 696970802
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to March 31, 2013 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 36,590.50 |
| Disbursements | | 624.10 |
| Total this Invoice | **CAD** | **$ 37,214.60** |
| If Paid in US Dollars | **USD** | **$ 37,685.67** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to March 31, 2013

| Date | Person | Hours | Description |
|---|---|---|---|
| Oct 9, 2012 | E.F.B. Lamek | 0.50 | Telephone call with Dan Lowenthal regarding amended Proofs of Claim and process for filing same in the CCAA proceedings. |
| Oct 24, 2012 | E.F.B. Lamek | 1.80 | Reviewing original proofs of claim and Lowenthal drafts of amendments; email to Dan Lowenthal re same. |
| Dec 5, 2012 | E.F.B. Lamek | 0.40 | Call with Dan Lowenthal regarding Nortel mediation Jan 14 et seq. |
| Jan 10, 2013 | E.F.B. Lamek | 1.70 | Reviewing and commenting on amendments to Law Debenture PoC; reviewing CAA Claims Procedure materials; exchange of emails with Dan Lowenthal. |
| Jan 14, 2013 | E.F.B. Lamek | 4.00 | Attend day one of Nortel Mediation; follow up emails with Dan Lowenthal. |
| Jan 15, 2013 | E.F.B. Lamek | 1.50 | Email exchanges with Shayne Kukulowicz for UCC regarding EMEA strategy; emails with Dan Lowenthal re update on day 2 of Nortel mediation. |
| Jan 16, 2013 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal regarding update on Nortel mediation. |
| Jan 17, 2013 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal regarding update on Nortel Mediation. |
| Jan 18, 2013 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal regarding update on Nortel Mediation. |
| Feb 6, 2013 | E.F.B. Lamek | 1.20 | Email exchanges and call with Dan Lowenthal; email exchanges with Fraser Milner regarding list of outstanding issues. |
| Feb 7, 2013 | E.F.B. Lamek | 2.00 | Draft letter to Mr. Justice Morawetz; email exchanges with Dan Lowenthal and Craig Dent regarding timing issues. |
| Feb 8, 2013 | E.F.B. Lamek | 3.00 | Working on Canadian materials for filing statement of outstanding issues; related discussions with Craig Dent and Scott Lemke; emails to Mr. Justice Morawetz submitting list of outstanding issues. |
| Feb 8, 2013 | S. Lemke | 1.80 | Received instructions from Edmond Lamek; reviewed emails from American legal counsel; completed affidavit of service and package to be filed with the commercial court. |
| Feb 11, 2013 | E.F.B. Lamek | 0.70 | Serving and filing statement of outstanding issues. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Feb 14, 2013 | E.F.B. Lamek | 0.40 | Email exchange with Dan Lowenthal regarding Scheduling Orders. |
| Feb 28, 2013 | E.F.B. Lamek | 1.50 | Email exchanges and conference call with Dan Lowenthal and Craig Dent regarding current status of proposal to have indenture trustees added as core parties to allocation motion; various follow up emails with J. Szumski. |
| Feb 28, 2013 | J. Szumski | 0.60 | Prepared for and attended on a call with Daniel Lowenthal and Edmond Lamek concerning proceeding to fix core parties in the allocation negotiation. |
| Mar 1, 2013 | E.F.B. Lamek | 0.40 | Exchange of emails with Daniel Lowenthal and James Szumski regarding materials to be filed in Canada and the US on March 4. |
| Mar 1, 2013 | J. Szumski | 0.80 | Reviewed emails and draft statement of law prepared by Daniel Lowenthal; email to Edmond Lamek re same. |
| Mar 2, 2013 | J. Szumski | 1.50 | Research on standing in Canadian CCAA proceedings in connection with motion to have Law Debenture Trust Company of New York added to the Nortel allocation protocol as a core party. |
| Mar 3, 2013 | J. Szumski | 1.30 | Reviewed background material on the Nortel proceeding, the allocation protocol and the issue of core parties; reviewed the revised statement of law prepared by Daniel Lowenthal; email from Dan concerning status of Canadian submissions; prepared a framework for Canadian submissions. |
| Mar 4, 2013 | E.F.B. Lamek | 4.50 | Working on submissions to Ontario Court regarding Core Parties; emails and calls with Patterson Belknap regarding same; call with Sheryl Siegel of McMillan regarding BNY submissions. |



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
File No: 030185/000001
Page 4

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Mar 4, 2013 | J. Szumski | 6.10 | Research in connection with standing of parties in Canadian CCAA proceedings; emails with Edmond Lamek concerning factum of other noteholder trustee; reviewed same; reviewed further revised US statement of law; prepared a factum addressing status of Law Debenture Trust Company of New York as a core party in the allocation protocol; meeting with Edmond Lamek to receive comments re same; prepared a Notice of Appearance for Law Debenture Trust Company of New York; exchanged emails with Daniel Lowenthal and Craig Dent re comments on the Canadian factum; revised factum to take into account comments received; further emails and revisions; finalized factum; served Notice of Appearance and factum on the service list; prepared an affidavit of service; arranged to file materials with the Court office. |
| Mar 5, 2013 | E.F.B. Lamek | 1.00 | Engaged conference call with Daniel Lowenthal and Brian Guiney; reviewing parties' supplementary submissions to the courts. |
| Mar 5, 2013 | L. White | 0.30 | Attended at the Commercial Court to pay for a Notice of Appearance. |
| Mar 6, 2013 | E.F.B. Lamek | 1.90 | Reading additional submissions, the IFSA, Cross Border Protocol, proposed US Allocation Protocol and other background documents; update emails with Daniel Lowenthal and Brian Guiney. |
| Mar 7, 2013 | E.F.B. Lamek | 5.50 | Attend joint hearing before Mr. Justice Morawetz and Judge Gross regarding allocation protocol. |
| Mar 8, 2013 | E.F.B. Lamek | 0.70 | Telephone attendance to receive Judge's reasons on Allocation Protocol motion; follow up emails with Patterson Belknap and Heenan Blaikie. |
| Mar 12, 2013 | E.F.B. Lamek | 0.50 | Monitor core party correspondence; email with Daniel Lowenthal. |
| Mar 12, 2013 | J. Szumski | 0.20 | Reviewed endorsement of the Canadian Court in connection with the core-party application. |
| Mar 19, 2013 | E.F.B. Lamek | 0.40 | Reviewing latest correspondence from lawyers for Monitor and PCUK. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

March 31, 2013
Invoice # 696970802
Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 5

| Mar 19, 2013 | J. Szumski | 0.40 | Reviewed a letter from the UK Pension Administrator concerning the proposed schedule for the allocation protocol and valuing their proof of claim. |
| Mar 20, 2013 | E.F.B. Lamek | 0.30 | Reviewing US Debtors' correspondence regarding Litigation timetable. |

TO OUR FEES                                                      $ 36,590.50

DISBURSEMENTS:

Non-Taxable
    Binding Charges                          $7.00
    Copies                                   515.10
    Notice of Appearance & Intent            102.00

Total Non-Taxable Disbursements                      624.10

Total Disbursements                                                      624.10

Total Fees and Disbursements                                             37,214.60

TOTAL THIS INVOICE                          CAD          $ 37,214.60

If Paid in US Dollars                       USD          $ 37,685.67



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 31, 2013
Invoice # 696970802
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 36,590.50 |
| Disbursements | | 624.10 |
| Total this Invoice | **CAD** | **$ 37,214.60** |
| If Paid in US Dollars | **USD** | **$ 37,685.67** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 31, 2013
Invoice # 696970802
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:
ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1 3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

 

**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017
USA

August 14, 2013

Invoice # 697007189
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to July 31, 2013 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 23,106.00 |
| Disbursements | 236.40 |
| **Total this Invoice**     **CAD** | **$ 23,342.40** |
| If Paid in US Dollars     **USD** | **$ 23,054.22** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 14, 2013
Invoice # 697007189
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to July 31, 2013

| Date | Name | Hours | Description |
|---|---|---|---|
| Apr 4, 2013 | E.F.B. Lamek | 2.50 | Attend meeting at Goodmans to discuss Litigation Protocol among Core parties. |
| Apr 15, 2013 | E.F.B. Lamek | 1.20 | Reviewing latest correspondence and related draft litigation timetable/allocation protocol. |
| Apr 17, 2013 | E.F.B. Lamek | 0.80 | Reviewing latest motion materials and allocation protocol materials from Goodmans and Cleary. |
| Apr 23, 2013 | E.F.B. Lamek | 1.80 | Reviewing materials received from various Core Parties for tomorrow's hearing; email exchanges with Dan Lowenthal and John Salmas re US Debtor's Statement. |
| Apr 24, 2013 | E.F.B. Lamek | 1.60 | Email exchanges regarding the submissions of the US Debtors and the Canadian Only Bonds. |
| Apr 30, 2013 | E.F.B. Lamek | 1.50 | Reviewing Court of Appeal materials and confidentiality stipulation materials and related email traffic. |
| May 1, 2013 | E.F.B. Lamek | 1.80 | Reviewing latest circulated allocation protocol materials. |
| May 2, 2013 | E.F.B. Lamek | 1.00 | Reviewing orders and endorsements regarding Allocation Motion protocol and Confidentiality Order. |
| May 15, 2013 | E.F.B. Lamek | 1.40 | Reviewing latest Allocation Motion materials; email exchange with Dan Lowenthal regarding Law Debenture Joinder and next steps and timing. |
| May 16, 2013 | E.F.B. Lamek | 2.70 | Drafting, serving and filing Canadian Joinder of Law Debenture as indenture trustee. |
| May 17, 2013 | E.F.B. Lamek | 1.50 | Reviewing other parties' Allocation Motion submissions. |
| May 21, 2013 | J.L. Francis | 0.40 | Filed a Joinder of Law at the Commercial List Office. |
| May 22, 2013 | E.F.B. Lamek | 1.30 | Reviewing Allocation materials and email exchanges. |
| May 27, 2013 | E.F.B. Lamek | 0.30 | Reviewing various Core Party documents received; email exchange with Dan Lowenthal. |
| May 29, 2013 | E.F.B. Lamek | 4.00 | Reviewing other Core Parties' Responses and Replies; preparing and serving Law Debenture reply. |
| Jun 3, 2013 | E.F.B. Lamek | 1.30 | Exchange of emails with Dan Lowenthal regarding Thursday's meeting; reviewing materials as they get emailed. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 14, 2013
Invoice # 697007189
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | | |
|---|---|---|---|
| Jun 12, 2013 | L. White | 0.40 | Filed a Joiner of Law Debenture at the Commercial Court. |
| Jul 25, 2013 | E.F.B. Lamek | 0.80 | Email exchange with D. Lowenthal; reviewing draft response to CCC reservation regarding identity of Bondholders. |

TO OUR FEES                                    $ 23,106.00

DISBURSEMENTS:

Non-Taxable
    Copies                                    $236.40

Total Non-Taxable Disbursements               236.40

Total Disbursements                                          236.40

Total Fees and Disbursements                                 23,342.40

TOTAL THIS INVOICE                    **CAD**        **$ 23,342.40**

If Paid in US Dollars                  **USD**        **$ 23,054.22**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017
USA

August 14, 2013
Invoice # 697007189
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds                    File No:  030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 23,106.00 |
| Disbursements | | 236.40 |
| Total this Invoice | **CAD** | **$ 23,342.40** |
| If Paid in US Dollars | **USD** | **$ 23,054.22** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 14, 2013
Invoice # 697007189
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 22, 2014

Invoice # 697119510
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to June 30, 2014 in connection with the above matter as described in the attached.

Fees                                                        $ 196,538.00
Disbursements                                                     978.40

Total this Invoice                    **CAD**          **$ 197,516.40**

If Paid in US Dollars                 **USD**          **$ 187,574.93**

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:
    Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No:  030185/000001
Page 2

PROFESSIONAL SERVICES RENDERED to June 30, 2014

| Jan 10, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
|---|---|---|---|
| Jan 17, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Jan 24, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Jan 31, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 7, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 14, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 21, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Feb 28, 2014 | E.F.B. Lamek | 2.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Mar 5, 2014 | E.F.B. Lamek | 0.30 | Email exchanges with Dan Lowenthal regarding meeting at Goodman's next week; reviewing latest draft Trial Protocol. |
| Mar 7, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Mar 14, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Mar 21, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510

Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| Mar 28, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 4, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 11, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 18, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| Apr 25, 2014 | E.F.B. Lamek | 3.00 | Weekly review of Nortel Allocation Trial emails and related correspondence, protocols, and draft court motion and trial documentation. |
| May 2, 2014 | E.F.B. Lamek | 2.40 | Initial organization and review of Pre-Trial Briefs; emails with Patterson Belknap regarding filing of Law Debenture Joinder by May 6. |
| May 5, 2014 | E.F.B. Lamek | 3.40 | Telephone calls and exchange of emails with Patterson Belknap regarding proposed Joinder and related issues; begin drafting Canadian Joinder; reviewing Pre-trial briefs. |
| May 6, 2014 | E.F.B. Lamek | 4.50 | Reading Pre-trial Briefs; finalizing Law Debenture Joinder, serving and filing same; emails exchanged with Patterson Belknap re same. |
| May 7, 2014 | J.L. Francis | 0.40 | Filed a Joinder of Law Debenture at the Commercial List Office. |
| May 7, 2014 | E.F.B. Lamek | 4.00 | Conference call with Patterson Belknap regarding attendance at trial; continue reading Pre-trial Briefs; calls with J. Stam, R. Swan, S. Seigel, all regarding logistics. |
| May 8, 2014 | E.F.B. Lamek | 2.50 | Reading Pre-trial Briefs; trial protocols, MRDA, IFSA, FCFSA. |
| May 9, 2014 | E.F.B. Lamek | 4.50 | Reviewing additional Pre-trial documents and various email exchanges with Patterson Belknap, Bennett Jones and Cassels Brock. |
| May 12, 2014 | E.F.B. Lamek | 8.80 | Reviewing latest documents received and attend Day 1 of Nortel Allocation Trial. |



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510
File No:  030185/000001
Page 4

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| May 13, 2014 | E.F.B. Lamek | 7.50 | Attend Day 2 of Nortel Allocation Trial; review emailed exhibits and Court filed documents. |
| May 14, 2014 | E.F.B. Lamek | 8.30 | Attend Day 3 of Nortel Allocation Trial; review Hamilton Affidavit and related materials. |
| May 15, 2014 | E.F.B. Lamek | 6.70 | Attend Day 4 of Nortel Allocation Trial. |
| May 20, 2014 | E.F.B. Lamek | 7.00 | Review weekend email correspondence and attend day 5 of Nortel Trial. |
| May 21, 2014 | E.F.B. Lamek | 7.50 | Attend day 6 of Nortel Trial. |
| May 22, 2014 | E.F.B. Lamek | 6.80 | Attend day 7 of Nortel Trial (afternoon by Live Stream). |
| May 28, 2014 | E.F.B. Lamek | 3.00 | Attend Nortel Trial by Live Stream. |
| May 29, 2014 | E.F.B. Lamek | 2.00 | Attend Nortel Trial by Live Stream. |
| May 30, 2014 | E.F.B. Lamek | 5.80 | Attend Nortel Trial by Live Streaming. |
| Jun 5, 2014 | E.F.B. Lamek | 5.50 | Morning court attendance at Nortel Trial, and by Live Streaming in the afternoon. |
| Jun 6, 2014 | E.F.B. Lamek | 7.80 | Court attendance at Nortel Trial and follow up meeting with Justice Newbould and other core parties. |
| Jun 13, 2014 | E.F.B. Lamek | 3.80 | Calls and emails with Patterson Belknap regarding McConnell Report; reviewing McConnell Report and deposition transcript; conference call with Aiken Gump regarding plan for McConnell re-examination if NNNC Binds raised by UKPC. |
| Jun 16, 2014 | E.F.B. Lamek | 6.50 | Attend allocation trial. |
| Jun 17, 2014 | E.F.B. Lamek | 7.00 | Attend Allocation Trial. |
| Jun 18, 2014 | E.F.B. Lamek | 7.50 | Attend Allocation Trial. |
| Jun 19, 2014 | E.F.B. Lamek | 9.50 | Attend Allocation Trial; working on pre filing interest memorandum to the Judges; various emails and reviews and comments on drafts of same. |
| Jun 20, 2014 | E.F.B. Lamek | 3.00 | Attend Nortel Allocation Trial. |
| Jun 23, 2014 | E.F.B. Lamek | 5.50 | Attend Allocation Trial and Oral Submissions on Post Filing Interest issue. |
| Jun 24, 2014 | E.F.B. Lamek | 6.50 | Attend final day of Allocation Trial; reviewing Judges comments on Post Filing Interest; email exchanges with Lowenthal and Seigel; reviewing principal cases on CCAA Post Filing Interest, making summary notes of issues of concern. |
| Jun 25, 2014 | E.F.B. Lamek | 6.20 | Working on Post Filing Interest issue most of day; lengthy discussion with Sheryl Siegel. |



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 22, 2014
Invoice # 697119510
File No:  030185/000001
Page 5

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | | |
|---|---|---|---|
| Jun 26, 2014 | E.F.B. Lamek | 5.80 | Begin outlining arguments on Monitor's requested Post Filing Interest motion; further research of cases. |
| Jun 27, 2014 | E.F.B. Lamek | 7.40 | Attend on 9:30 am Judges call regarding scheduling of Post Filing Interest motion (July 25) and subsequent conference call with Siegel, Riela, Lowenthal regarding strategies and possible joinder with Ad Hock Bondholders' committee; continue working on outline of issues and arguments. |
| Jun 30, 2014 | E.F.B. Lamek | 2.00 | Reviewing materials and cases from Sheryl Seigel regarding various post filing interest and costs issues. |

TO OUR FEES                                         $  196,538.00

DISBURSEMENTS:

Non-Taxable
    Binding Charges                      $26.00
    Copies                               708.90
    Westlaw Searches                     243.50

Total Non-Taxable Disbursements          978.40

Total Disbursements                                             978.40

Total Fees and Disbursements                                197,516.40

TOTAL THIS INVOICE          **CAD**          **$  197,516.40**

If Paid in US Dollars          **USD**          **$  187,574.93**

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 22, 2014
Invoice # 697119510
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 196,538.00 |
| Disbursements | | 978.40 |
| Total this Invoice | **CAD** | **$ 197,516.40** |
| If Paid in US Dollars | **USD** | $ 187,574.93 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 22, 2014
Invoice # 697119510
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**FILE COPY**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

October 3, 2014

Invoice # 697141690
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to August 31, 2014 in connection with the above matter as
described in the attached.

| | | |
|---|---|---|
| Fees | | $ 141,114.50 |
| Disbursements | | 2,784.85 |
| Total this Invoice | CAD | $ 143,899.35 |
| If Paid in US Dollars | USD | $ 130,639.45 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690

Law Debenture Trust Company of New York       File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds       Page 2

PROFESSIONAL SERVICES RENDERED to August 31, 2014

| Jul 2, 2014 | E.F.B. Lamek | 2.80 | Calls and emails with Richard Swan regarding next steps and Joint Submissions on Post Filing Interest and related legal issues and concerns. |
| Jul 3, 2014 | E.F.B. Lamek | 3.80 | Call with Sheryl Seigel, working on Joint Brief submissions regarding Post Filing Interest. |
| Jul 4, 2014 | E.F.B. Lamek | 6.80 | Conference call with Bennett Jones and Sheryl Seigel; working most of day on Post Filing Interest and related research and drafting of argument. |
| Jul 7, 2014 | E.F.B. Lamek | 5.30 | Working on Post Filing Interest and related research of issues that may arise in Monitor's brief. |
| Jul 8, 2014 | E.F.B. Lamek | 1.80 | Working on brief related notes. |
| Jul 10, 2014 | E.F.B. Lamek | 2.50 | Working on brief and telephone calls with Bennett Jones. |
| Jul 11, 2014 | E.F.B. Lamek | 3.50 | Working on Post Filing Interest submissions and exchange of emails with Bennett Jones regarding various legal and strategic issues. |
| Jul 12, 2014 | E.F.B. Lamek | 1.50 | Review latest draft Post Filing Interest brief from Bennett Jones; call and several emails with Gavin Finlayson. |
| Jul 14, 2014 | E.F.B. Lamek | 4.80 | Drafting revisions to Bennett Jones' weekend draft of Canadian Brief; call with Sheryl Seigel; call with Bennett Jones. |
| Jul 15, 2014 | E.F.B. Lamek | 6.50 | Reviewing latest draft of Bennett Jones Canadian Law submissions; calls with Richard Swan; providing final comments and emails with D. Lowenthal regarding Law Debenture approval to join Bennett Jones Brief; begin reviewing cases on Monitor's Book of Authorities. |
| Jul 15, 2014 | J.D. Marshall | 2.00 | Confer with E. Lamek and C. Hill re: interest submissions; review facta. |
| Jul 16, 2014 | E.F.B. Lamek | 3.50 | Reviewing Brief and Facta from Monitor, CCC, UKPC, UCC, US Debtor. |
| Jul 17, 2014 | E.F.B. Lamek | 7.20 | Research of issues raised by the Monitor and drafting responding Bondholder submissions to Monitors Canadian Law Factum points. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Date | Name | Hours | Description |
|---|---|---|---|
| Jul 18, 2014 | E.F.B. Lamek | 4.50 | Calls with Sheryl Seigel and Rick Orzy; reviewing Sheryl Seigel's notes on legal points; revising Law Debenture insertions for Bennett Jones. |
| Jul 21, 2014 | E.F.B. Lamek | 5.30 | Working on Canadian Law Brief; reviewing draft US Law Brief; revising inherent jurisdiction case law; call with Sheryl Seigel re same. |
| Jul 21, 2014 | J.D. Marshall | 3.00 | Read factums and authorities for hearing on post-filing interest. |
| Jul 22, 2014 | E.F.B. Lamek | 6.80 | Providing final comments on Bondholder/indenture trustee Canadian Reply brief; reviewing reply briefs of the Monitor, CCC, UKPC, discuss with John Marshall; various emails to Bennett Jones. |
| Jul 23, 2014 | E.F.B. Lamek | 5.80 | Continue review of Reply Briefs and accompanying authorities; discussing arguments and issues with John Marshall; calls with Sheryl Seigel, Gavin Finlayson and Richard Swan; working on argument with John Marshall. |
| Jul 23, 2014 | J.D. Marshall | 10.00 | Review factums on PPI issue; confer with E. Dadouch and prepare for argument. |
| Jul 24, 2014 | E.F.B. Lamek | 7.30 | Reviewing and replying to Sheryl Seigel comments regarding issues to avoid/stop judge from ruling on extraneous issues; conference call with Bennett Jones and McMillan with John Marshall; conference court call regarding US Estate BNY settlement; follow up calls with D. Lowenthal and Bennett Jones regarding implications of the US settlement. |
| Jul 24, 2014 | J.D. Marshall | 9.00 | Review materials for hearing of post-filing interest issue; conference call with counsel for other noteholders to prepare for hearing; telephone case conference with U.S. Judge Gross and counsel for all parties re: settlement of U.S. hearing on interest issue; continue review of materials and preparation for hearing. |
| Jul 25, 2014 | J.D. Marshall | 6.00 | Appear on motion before Newbould J. re: post-filing interest (9:00am - 2:00pm); report to client and E. Lamek; confer with U.S. counsel. |
| Aug 5, 2014 | E.F.B. Lamek | 1.80 | Emails with Dan Lowenthal re closing brief - reviewing Monitor's motion re US PFI settlement and US Debtors' response. |



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001

Page 4

| | | | |
|---|---|---|---|
| Aug 6, 2014 | E.F.B. Lamek | 2.20 | Call with Sheryl Seigel re PFI motion and joinders in Allocation Trial; reviewing drafts of Ad Hoc Brief and US Interests PFI briefs; email with Lowenthal re next steps on our part and status of PFI settlement in the US. |
| Aug 7, 2014 | E.F.B. Lamek | 6.50 | Emails with Dan Lowenthal, reviewing Patterson Belknap draft of post trial brief and providing comments on same, reviewing further drafts and various emails re same; organizing filing, etc. in Canada. |
| Aug 8, 2014 | J.L. Francis | 0.40 | Filed sealed material with the Commercial List Office. |
| Aug 8, 2014 | E.F.B. Lamek | 3.50 | Arranging filing Law Debenture Brief and reading Post Filing Brief of Monitor. |
| Aug 11, 2014 | E.F.B. Lamek | 5.50 | Reading Post Allocation Trial Briefs of US Interests and other Canadian Side parties. |
| Aug 19, 2014 | E.F.B. Lamek | 2.30 | Working on Appeal Grounds and factum paragraphs; emails re costs. |
| Aug 19, 2014 | J.D. Marshall | 3.00 | Receive and review Newbould J. decision re: post-application interest; consider appeal issues and confer with E. Lamek re: same. |
| Aug 20, 2014 | E.F.B. Lamek | 3.50 | Reviewing PFI decision of Justice Newbould and calls with Seigel and Swan re same; emails with John Marshall and Dan Lowenthal. |
| Aug 20, 2014 | J.D. Marshall | 2.00 | Confer with E. Lamek re: appeal issues; review procedural points and main authorities relied on by Newbould J. |
| Aug 21, 2014 | E.F.B. Lamek | 5.50 | Working on appeal grounds, calls with Swan, Lowenthal and Seigel re same. |
| Aug 21, 2014 | J.D. Marshall | 1.80 | Consider appeal issues; advise re: currency conversion issues. |
| Aug 22, 2014 | E.F.B. Lamek | 2.70 | Call with Sheryl Seigel and reviewing her notes for leave to appeal, working on legal arguments for appeal/leave. |
| Aug 27, 2014 | J.D. Marshall | 0.30 | Correspondence re: costs. |
| Aug 28, 2014 | E.F.B. Lamek | 3.40 | Several emails with Lowenthal and Guiney re interpretation of the Trust Indenture; reviewing Trust Indenture and memo to Lowenthal re sale; working on PFI appeal recommendation email to client. |



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

October 3, 2014
Invoice # 697141690
File No: 030185/000001

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

Page 5

| | | | |
|---|---|---|---|
| Aug 28, 2014 | J.D. Marshall | 1.00 | Confer re: appeal issues; review Newbould J. reasons and consider form of order; read law re: appeal issues. |

TO OUR FEES                                        $ 141,114.50

DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $71.75 |
| Conference Calls | 28.20 |
| Copies | 2,385.90 |
| Westlaw Searches | 299.00 |
| Total Non-Taxable Disbursements | 2,784.85 |

Total Disbursements                                        2,784.85

Total Fees and Disbursements                               143,899.35

TOTAL THIS INVOICE                          CAD    $ 143,899.35

If Paid in US Dollars                        USD    $ 130,639.45



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

October 3, 2014
Invoice # 697141690
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds            File No: 030185/000001

### REMITTANCE COPY

| | | |
|---|---|---:|
| Fees | | $ 141,114.50 |
| Disbursements | | 2,784.85 |
| Total this Invoice | **CAD** | **$ 143,899.35** |
| If Paid in US Dollars | **USD** | **$ 130,639.45** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

October 3, 2014
Invoice # 697141690
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**




**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

November 26, 2014

Invoice # 697159315
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to October 31, 2014 in connection with the above matter as
described in the attached.

| | | |
|---|---|---|
| Fees | | $ 100,291.00 |
| Disbursements | | 616.50 |
| Total this Invoice | **CAD** | **$ 100,907.50** |
| If Paid in US Dollars | **USD** | **$ 90,883.09** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York                              File No: 030185/000001
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds                          Page 2

PROFESSIONAL SERVICES RENDERED to October 31, 2014

| Date | Lawyer | Hours | Description |
|---|---|---|---|
| Sep 2, 2014 | J.L. Francis | 0.40 | Delivered a Joinder of Law Debenture to Justice Newbould at Osgoode Hall. |
| Sep 2, 2014 | E.F.B. Lamek | 1.40 | Discussions with Dan Lowenthal and John Marshall regarding Tactical and legal implications of being or not being a co leave applicant in PFI proceedings. |
| Sep 2, 2014 | E.F.B. Lamek | 1.20 | Working on procedural memo to Law Debenture and Patterson Belknap regarding status on appeal and cost related issues; calls with Finlayson of BJ and Seigel of McMillan re same and additional comments on Notice of Motion for Leave. |
| Sep 2, 2014 | J.D. Marshall | 2.00 | Research re: appeal and procedural issues. |
| Sep 3, 2014 | E.F.B. Lamek | 3.30 | Calls and emails with Bennett Jones and McMillan regarding PFI motion costs positions and implications for leave motion; emails with DJ Miller regarding UKPC position letter on costs; emails with Lowenthal regarding Leave/appeal timing issues. |
| Sep 3, 2014 | E.F.B. Lamek | 1.70 | Conference call with Vedder Price, Patterson Belknap, McMillan and John Marshall regarding clients' considerations regarding participating as leave applicant; follow up emails with Lowenthal. |
| Sep 3, 2014 | J.D. Marshall | 2.50 | Research re procedural issues on appeal; confer with E. Lamek; conference call with other counsel. |
| Sep 4, 2014 | E.F.B. Lamek | 0.40 | Discussion with DJ Miller regarding her letter regarding costs of indenture trustees. |
| Sep 4, 2014 | J.D. Marshall | 3.00 | Review draft order & notice of motion for leave to appeal; confer with E. Lamek re: same; read caselaw re: appeal. |
| Sep 5, 2014 | E.F.B. Lamek | 2.50 | Emails and calls with Dan Lowenthal; John Marshall regarding standing issues and comments of Dennis O'Connor; call with Gavin Finlayson. |
| Sep 5, 2014 | J.D. Marshall | 0.80 | Confer with E. Lamek re: revisions to notice of motion for leave to appeal. |
| Sep 8, 2014 | E.F.B. Lamek | 0.80 | Telephone call with Gavin Finlayson regarding Notice of Motion for Leave and related issues; conference call with Lowenthal, Riela, Seigel re same; many follow up email exchanges. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1 3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315
Law Debenture Trust Company of New York                    File No: 030185/000001
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 3

| Sep 8, 2014 | J.D. Marshall | 0.60 | Advising on ramifications of not filing appeal and standing at S.C.C. |
| Sep 9, 2014 | E.F.B. Lamek | 2.20 | Emails with Lowenthal, Swan, Finlayson regarding service of Motion for Leave; working on appeal factum arguments to discuss with Bennett Jones. |
| Sep 10, 2014 | A. Hodhod | 0.50 | Filed documents at Commercial List and Judge's Reception at Osgoode Hall for Edmond Lamek. |
| Sep 10, 2014 | E.F.B. Lamek | 0.80 | Email memo to Bennett Jones regarding preference issues in a subsequent bankruptcy of Nortel Networks Limited. |
| Sep 11, 2014 | A. Hodhod | 3.10 | Read Endorsement of Justice Newbould; read Notice of Motion for Leave to Appeal; drafted email to Edmond Lamek re procedural steps involved in appealing the decision of Justice Newbould. |
| Sep 11, 2014 | E.F.B. Lamek | 3.60 | Working on issues relating to form of order proposed by Goodmans and Bennett Jones; materials to be delivered to Justice Newbould; strategy for dealing with Trustee claims issues; drafting email memo to Sheryl Seigel. |
| Sep 11, 2014 | J.D. Marshall | 0.50 | Review amended endorsement of Newbould J. |
| Sep 12, 2014 | A. Hodhod | 0.50 | Drafted follow-up email re procedural steps following a notice of motion for leave to appeal. |
| Sep 12, 2014 | E.F.B. Lamek | 1.60 | Two calls with Bennett Jones; call with D. Lowenthal, S. Seigel, Reila regarding Indenture Trustee Fees and the endorsement; call with Bennett Jones re same. |
| Sep 15, 2014 | E.F.B. Lamek | 2.20 | Reviewing latest version of draft Post Filing Interest order; email memo to Bennett Jones; call with Sheryl Seigel; follow up emails with Bennett Jones. |
| Sep 16, 2014 | E.F.B. Lamek | 1.30 | Drafting Annotated Post Filing Interest Order; emails and call with Bennett Jones re same. |
| Sep 19, 2014 | E.F.B. Lamek | 0.80 | Calls with Sheryl Seigel and Gavin Finlayson re BLG form of Post Filing Interest Order and approaches to Graham Smith at Goodman's. |
| Sep 21, 2014 | E.F.B. Lamek | 1.30 | Conference call re settling form of order and related matters. |
| Sep 22, 2014 | E.F.B. Lamek | 7.50 | Closing Arguments on Allocation Trial; emails with Seigel and Finlayson re Post Filing Interest Order. |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315
File No: 030185/000001
Page 4

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Sep 23, 2014 | E.F.B. Lamek | 8.50 | Allocation Trial closing Arguments day 2; numerous follow up emails with Dan Lowenthal regarding his submissions tomorrow. |
| Sep 24, 2014 | E.F.B. Lamek | 3.70 | Day 3 of Allocation Trial closing arguments. |
| Sep 25, 2014 | E.F.B. Lamek | 3.30 | Researching cases on CCAA Stay extensions and drafting email memo to Bennett Jones; follow up email exchanges and call with Finlayson. |
| Sep 26, 2014 | E.F.B. Lamek | 1.30 | Calls and emails with Shayne Kululowicz and Scott Bomhoff regarding Stay Extension motion position and related strategic matters. |
| Sep 30, 2014 | E.F.B. Lamek | 2.20 | Emails with Torys re Post Filing Interest Order; call with Sheryl Seigel re PFI Order wording and related issues; conference call with Bennett Jones, Sheryl, Mike Riela and Dan Lowenthal re PFI Order and Stay extension request; follow up call with Lowenthal re all of the foregoing. |
| Sep 30, 2014 | E.F.B. Lamek | 1.50 | Various email exchanges over day regarding form of PFI order and positions of other parties; call with Finlayson and Swan re tomorrow's attendance before Newbould. |
| Oct 1, 2014 | E.F.B. Lamek | 2.00 | Attend Nortel Stay Extension Motion and motion to settle form of Post Filing Interest order to be appealed; follow up discussion with Bennett Jones; follow up email exchange with Dan Lowenthal. |
| Oct 2, 2014 | A. Hodhod | 0.30 | Responded to email re timing of factum submission. |
| Oct 2, 2014 | E.F.B. Lamek | 0.50 | Email exchanges with Dan Lowenthal and Andrew Hodhod regarding timing of leave application reply materials. |
| Oct 8, 2014 | E.F.B. Lamek | 5.50 | Reviewing draft Factum of Bondholder and providing comments to BJ re same; numerous follow up email exchanges on various drafting and substantive points; email exchange with Dan Lowenthal re PFI Order; further email exchanges in evening with Swan and Seigel. |
| Oct 9, 2014 | E.F.B. Lamek | 4.70 | Working on comments on Factum for Leave to Appeal of Ad Hocs, many email exchanges with Sheryl Seigel and Gavin Finlayson. |



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315
File No: 030185/000001

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

Page 5

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| Oct 14, 2014 | E.F.B. Lamek | 2.30 | Working on Leave Motion factum and related research and review of Nortel court filings. |
| Oct 16, 2014 | E.F.B. Lamek | 2.00 | Working on sections for Responding Factum for leave to appeal. |
| Oct 20, 2014 | E.F.B. Lamek | 2.30 | Working on Court of Appeal Leave Factum - call with Sheryl Seigel re same;- email exchange with Dan Lowenthal re same. |
| Oct 27, 2014 | E.F.B. Lamek | 4.20 | Working on Factum for Ad Hoc Leave motion. |
| Oct 28, 2014 | E.F.B. Lamek | 3.70 | Continue work on factum; calls with Sheryl Seigel, John Marshall. |
| Oct 29, 2014 | E.F.B. Lamek | 4.80 | Conference call with US Counsel to go over Factum Comments and next steps; emails with Dan Lowenthal and Sheryl Seigel; discussion with John Marshall re factum points on prove vs receive. |
| Oct 30, 2014 | E.F.B. Lamek | 5.00 | Working on Joint Factum - calls with Bennett Jones re their comments and follow up calls and emails with Sheryl Seigel and John Marshall; emails with Dan Lowenthal re same. |
| Oct 31, 2014 | A. Hodhod | 2.40 | Received instructions re service of factum; served factum on service list; went through receipt confirmations; updated service list; drafted Affidavit of Service; read through instructions re filing of factum; looked at rules of Civil Procedure re colour of backpage. |
| Oct 31, 2014 | E.F.B. Lamek | 5.80 | Finalizing Joint Factum; dealing with service and filing logistics; reviewing US Interests Factum and related materials. |

TO OUR FEES                                    $ 100,291.00

DISBURSEMENTS:

Non-Taxable

Binding Charges                               $22.90

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

November 26, 2014
Invoice # 697159315

Law Debenture Trust Company of New York          File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 6

| | | |
|---|---:|---:|
| Copies | 502.20 | |
| Westlaw Searches | 84.50 | |
| Miscellaneous Expense - VENDOR: Marie Pacheco; INVOICE#: 20140917A; DATE: 9/17/2014 - Purchase of 4 GB USB Flash drive to download court documents for Justice Newbould | 6.90 | |
| Total Non-Taxable Disbursements | 616.50 | |
| Total Disbursements | | 616.50 |
| Total Fees and Disbursements | | 100,907.50 |
| TOTAL THIS INVOICE | **CAD** | **$ 100,907.50** |
| If Paid in US Dollars | **USD** | **$ 90,883.09** |


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017
USA

November 26, 2014
Invoice # 697159315
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

## REMITTANCE COPY

| | | |
|---|---|---:|
| Fees | | $ 100,291.00 |
| Disbursements | | 616.50 |
| Total this Invoice | **CAD** | **$ 100,907.50** |
| If Paid in US Dollars | **USD** | **$ 90,883.09** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

November 26, 2014
Invoice # 697159315
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments



**Borden Ladner Gervais**

FILE COPY

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 17, 2014

Invoice # 697169093
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

---

PROFESSIONAL SERVICES rendered to November 30, 2014 in connection with the above matter as described in the attached.

| | |
|---|---|
| Fees | $ 10,774.00 |
| Disbursements | 150.65 |

| | | |
|---|---|---|
| Total this Invoice | CAD | $ 10,924.65 |
| If Paid in US Dollars | USD | $ 9,574.63 |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 17, 2014
Invoice # 697169093
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

**PROFESSIONAL SERVICES RENDERED to November 30, 2014**

| | | | |
|---|---|---|---|
| Nov 3, 2014 | A. Hodhod | 1.00 | Made amendment to Affidavit of Service; prepared documents for filing at Court of Appeal and filed factum at Court of Appeal. |
| Nov 3, 2014 | E.F.B. Lamek | 2.50 | Reviewing other parties responding factum and emails with Lowenthal, Swan and Seigel re same. |
| Nov 4, 2014 | E.F.B. Lamek | 3.10 | Drafting language for Bondholder's reply factum relating to misnomers in CCAA regarding surplus, etc.; related emails with Finlayson and Seigel; call with Orzy. |
| Nov 5, 2014 | E.F.B. Lamek | 1.30 | Call with Seigel and call with Finlayson re reply factum points. |
| Nov 9, 2014 | E.F.B. Lamek | 2.70 | Reviewing draft Bennett Jones Factum and providing revisions and comments to Finlayson and Swan. |
| Nov 13, 2014 | E.F.B. Lamek | 0.50 | Calls with Seigel and Bennett Jones re finalizing Reply Factum. |
| Nov 28, 2014 | E.F.B. Lamek | 1.00 | Revising court of appeal leave decision; emails with Lowenthal, Marshal, Seigel re same. |

TO OUR FEES                                              $  10,774.00

DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $54.05 |
| Copies | 96.60 |
| Total Non-Taxable Disbursements | 150.65 |

Total Disbursements                                                      150.65

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 17, 2014
Invoice # 697169093

Law Debenture Trust Company of New York      File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 3

| | | |
|---|---|---|
| Total Fees and Disbursements | | 10,924.65 |
| | | |
| TOTAL THIS INVOICE | CAD | $ 10,924.65 |
| If Paid in US Dollars | USD | $ 9,574.63 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017
USA

December 17, 2014
Invoice # 697169093
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

**REMITTANCE COPY**

| | | |
|---|---|---|
| Fees | | $ 10,774.00 |
| Disbursements | | 150.65 |
| **Total this Invoice** | **CAD** | **$ 10,924.65** |
| If Paid in US Dollars | **USD** | $ 9,574.63 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 17, 2014
Invoice # 697169093
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

FILE COPY



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2014

Invoice # 697177890
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No:  030185/000001

PROFESSIONAL SERVICES rendered to December 31, 2014 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 9,024.00 |
| Disbursements | | 40.74 |
| Total this Invoice | **CAD** | **$ 9,064.74** |
| If Paid in US Dollars | **USD** | **$ 7,972.51** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2014
Invoice # 697177890
File No:  030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

---

PROFESSIONAL SERVICES RENDERED to December 31, 2014

| Dec 4, 2014 | E.F.B. Lamek | 3.20 | Reviewing and revising Bennett Jones Notice of Appeal; call with Seigel to discuss my and her proposed changes; email to Orzy and Call with him; follow up emails. |
| Dec 5, 2014 | E.F.B. Lamek | 2.40 | Conference call with Seigel, Orzy, Peltoma, Bell; follow up call with Orzy; reviewing and commenting on revised draft Notice of Appeal. |
| Dec 8, 2014 | E.F.B. Lamek | 1.20 | Working on arguments for Ad Hoc Appeal Factum regarding No Plan Distribution point; emails with Bennett Jones and Seigel. |
| Dec 10, 2014 | E.F.B. Lamek | 1.30 | Reviewing Newbould UKPC claim decision emails with Marshall and Lowenthal regarding same. |
| Dec 18, 2014 | E.F.B. Lamek | 1.50 | Reviewing Judge Gross' PFI Settlement reasons and emails with Lowenthal regarding same. |

TO OUR FEES                                    $ 9,024.00

DISBURSEMENTS:

Non-Taxable

| | | |
|---|---|---|
| Conference Calls | $17.04 | |
| Copies | 23.70 | |
| Total Non-Taxable Disbursements | 40.74 | |

Total Disbursements                                          40.74

Total Fees and Disbursements                              9,064.74


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2014
Invoice # 697177890
File No:  030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | |
|---|---|---|
| TOTAL THIS INVOICE | CAD | $ 9,064.74 |
| If Paid in US Dollars | USD | $ 7,972.51 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2014
Invoice # 697177890
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 9,024.00 |
| Disbursements | | 40.74 |
| Total this Invoice | **CAD** | **$ 9,064.74** |
| If Paid in US Dollars | **USD** | $ 7,972.51 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2014
Invoice # 697177890
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

# FILE COPY

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

February 23, 2015

Invoice # 697193344
Page 1

Attention:  Mr. James D. Heaney
Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to January 31, 2015 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 4,793.00 |
| Disbursements | 69.20 |
| Total this Invoice          **CAD** | **$ 4,862.20** |
| If Paid in US Dollars          **USD** | **$ 3,954.94** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By: _____

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

February 23, 2015
Invoice # 697193344
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to January 31, 2015

| | | | |
|---|---|---|---|
| Jan 5, 2015 | E.F.B. Lamek | 1.60 | Reviewing draft Appeal Factum of Ad Hoc Bondholders' Group. |
| Jan 6, 2015 | E.F.B. Lamek | 1.60 | Emails with Bennett Jones regarding LawDeb debenture terms and related matters for Appeal factum. |
| Jan 8, 2015 | A. Hodhod | 0.20 | Responded to email re timing of delivery of factum. |
| Jan 16, 2015 | A. Hodhod | 0.20 | Responded to question re timing of submission of materials. |
| Jan 16, 2015 | E.F.B. Lamek | 1.00 | Conf Call regarding Joint Responding Factum; follow up calls with Lowenthal, Seigel and Harrison; emails to Bennett Jones. |
| Jan 21, 2015 | E.F.B. Lamek | 0.70 | Conference call with Gavin Finlayson and Brett Harrison re contents of Indenture Trustees' factum. |

TO OUR FEES                                            $ 4,793.00

DISBURSEMENTS:

Non-Taxable

| | |
|---|---|
| Binding Charges | $8.00 |
| Copies | 61.20 |
| Total Non-Taxable Disbursements | 69.20 |

Total Disbursements                                          69.20

Total Fees and Disbursements                              4,862.20

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

February 23, 2015
Invoice # 697193344
File No:  030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | | |
|---|---|---|
| TOTAL THIS INVOICE | CAD | $ 4,862.20 |
| If Paid in US Dollars | USD | $ 3,954.94 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

February 23, 2015
Invoice # 697193344
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No:  030185/000001

**REMITTANCE COPY**

| | | |
|---|---|---:|
| Fees | | $ 4,793.00 |
| Disbursements | | 69.20 |
| Total this Invoice | **CAD** | **$ 4,862.20** |
| If Paid in US Dollars | **USD** | $ 3,954.94 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

February 23, 2015
Invoice # 697193344
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

**FILE COPY**

March 26, 2015

Invoice # 697202643
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to February 28, 2015 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 24,450.00 |
| Disbursements | 94.80 |

| | | |
|---|---|---:|
| Total this Invoice | **CAD** | **$ 24,544.80** |
| If Paid in US Dollars | **USD** | **$ 20,168.28** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 26, 2015
Invoice # 697202643

Law Debenture Trust Company of New York                        File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds              Page 2

PROFESSIONAL SERVICES RENDERED to February 28, 2015

| Date | | Hours | Description |
|---|---|---|---|
| Dec 15, 2014 | J.D. Marshall | 1.00 | Review case law for appeal argument on appeal from Newbould J. order. |
| Dec 16, 2014 | J.D. Marshall | 1.00 | Consider draft facta and revisions thereto re: appeal of Newbould J. Decision on "interest stops" rule. |
| Feb 4, 2015 | E.F.B. Lamek | 2.00 | Working on Responding Factum Arguments and possible approaches; emails with McMillan and BJ. |
| Feb 10, 2015 | E.F.B. Lamek | 2.60 | Working on factum, email exchanges with Finlayson and Harrison re possible factum arguments. |
| Feb 11, 2015 | E.F.B. Lamek | 3.60 | Working on Reply Factum on PFI Appeal. |
| Feb 22, 2015 | E.F.B. Lamek | 2.00 | Researching cases following Sammi Atlas decision and treatments of creditors in CCAA plans that have been approved; calls and email exchanges with Finlayson. |
| Feb 23, 2015 | E.F.B. Lamek | 3.80 | Working on Responding Factum and related research. |
| Feb 24, 2015 | E.F.B. Lamek | 2.80 | Working on PFI appeal responding factum and emails with Harrison and Finlayson. |
| Feb 25, 2015 | E.F.B. Lamek | 5.70 | Working most of day on next version of Responding PFI Factum, numerous emails with Finlayson and Harrison. |
| Feb 27, 2015 | E.F.B. Lamek | 1.50 | Working on revisions to BH revisions to Factum. |

TO OUR FEES                                          $ 24,450.00

DISBURSEMENTS:

Non-Taxable
      Copies                                          $94.80

Total Non-Taxable Disbursements                            94.80

Total Disbursements                                       94.80



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

March 26, 2015
Invoice # 697202643
File No:  030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| | |
|---|---|
| Total Fees and Disbursements | 24,544.80 |

| | | |
|---|---|---|
| TOTAL THIS INVOICE | CAD | $ 24,544.80 |
| If Paid in US Dollars | USD | $ 20,168.28 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 26, 2015
Invoice # 697202643
EFBL/EFBL

---

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

**REMITTANCE COPY**

| | |
|---|---:|
| Fees | $ 24,450.00 |
| Disbursements | 94.80 |
| Total this Invoice          CAD | $ 24,544.80 |
| If Paid in US Dollars          USD | $ 20,168.28 |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

March 26, 2015
Invoice # 697202643
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.3% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

**FILE COPY**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017
USA

April 27, 2015

Invoice # 697212648
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to March 31, 2015 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 24,828.50 |
| Disbursements | | 1,149.02 |
| Total this Invoice | **CAD** | **$ 25,977.52** |
| If Paid in US Dollars | **USD** | **$ 21,811.52** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By: Edmond F.B. Lamek

---

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

April 27, 2015
Invoice # 697212648
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to March 31, 2015

| | | | |
|---|---|---|---|
| Mar 2, 2015 | E.F.B. Lamek | 3.40 | Working on Court of Appeal Factum; emails with Finlayson and Harrison. |
| Mar 4, 2015 | E.F.B. Lamek | 1.50 | Emails with BJ regarding Monitor's advice to court that CCAA stay extension was on consent and follow up discussions and email exchanges with BJ and McMillan; email re delivery of Monitor's factum. |
| Mar 5, 2015 | E.F.B. Lamek | 5.50 | Several calls with Finlayson and Harrison re factum revisions; drafting and circulating revised version for comment; emails with Lowenthal. |
| Mar 5, 2015 | J.D. Marshall | 0.40 | Review draft factum. |
| Mar 6, 2015 | J.D. Marshall | 0.50 | Review Law Debenture draft factum on approval of Newbould, J. Order. |
| Mar 9, 2015 | E.F.B. Lamek | 7.00 | Incorporating final comments from McMillan and BJ; emails with Lowenthal and Riela; discussions with Arthur Nahas regarding filing requirements; serving Factum; revising per court of appeal directions and re serving/filing. |
| Mar 9, 2015 | A. Nahas | 1.60 | Filed a factum and accompanying materials at the Court of Appeal for Edmond Lamek. |
| Mar 10, 2015 | E.F.B. Lamek | 2.00 | Emails and calls with BJ regarding court of appeal decision on striking paragraphs and related issues including response from Goodmans. |
| Mar 23, 2015 | E.F.B. Lamek | 3.70 | Reviewing Responding Factums of Monitor, CCC and Wilmington Trust; emails with Bennett Jones and McMillan. |
| Mar 24, 2015 | E.F.B. Lamek | 0.30 | Emails with Bennett Jones re Monitor's Factum contents. |
| Mar 27, 2015 | E.F.B. Lamek | 1.60 | Emails with BJ and McMillan - working on arguments for court of appeal. |

TO OUR FEES                                                                    $  24,828.50

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

April 27, 2015
Invoice # 697212648
File No:  030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

DISBURSEMENTS:

Non-Taxable

| | | |
|---|---|---|
| Binding Charges | $64.20 | |
| Copies | 1,072.80 | |
| Quicklaw Searches | 12.02 | |
| Total Non-Taxable Disbursements | 1,149.02 | |

Total Disbursements                                                1,149.02

Total Fees and Disbursements                          25,977.52

TOTAL THIS INVOICE                    CAD      $ 25,977.52

If Paid in US Dollars                       USD      $ 21,811.52



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

April 27, 2015
Invoice # 697212648
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds      File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 24,828.50 |
| Disbursements | | 1,149.02 |
| Total this Invoice | **CAD** | **$ 25,977.52** |
| If Paid in US Dollars | **USD** | **$ 21,811.52** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

April 27, 2015
Invoice # 697212648
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**FILE COPY**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

June 26, 2015

Invoice # 697231479
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to May 31, 2015 in connection with the above matter as described in the attached.

| | |
|---|---|
| Fees | $ 53,010.00 |
| Disbursements | 1,327.80 |
| Total this Invoice | **CAD**   **$ 54,337.80** |
| If Paid in US Dollars | **USD**   **$ 44,862.78** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

June 26, 2015
Invoice # 697231479

Law Debenture Trust Company of New York          File No: 030185/000001
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 2

PROFESSIONAL SERVICES RENDERED to May 31, 2015

| Apr 1, 2015 | E.F.B. Lamek | 0.70 | emails with Goodmans, Bennett Jones, McMillan regarding allocation of court time to Law Debenture and BNY Mellon. |
| Apr 6, 2015 | E.F.B. Lamek | 2.30 | working on Court of Appeal arguments and reviewing cases in responding casebooks. |
| Apr 15, 2015 | E.F.B. Lamek | 2.80 | Reviewing UK Law on Pari Passu Principle. |
| Apr 17, 2015 | E.F.B. Lamek | 2.70 | reviewing UK caselaw on Pari Passu principle in restructurings - conference call with BJ and McMillan re April 29 appeal. |
| Apr 22, 2015 | E.F.B. Lamek | 2.40 | call with Dan Lowenthal re appeal; call with Gavin Finlayson re appeal; working on complimentary arguments to Ad Hocs' position. |
| Apr 28, 2015 | E.F.B. Lamek | 3.80 | call with Bennett Jones re Costs issues and final positions on certain points; working on arguments to fill in Ad Hoc arguments' gaps. |
| Apr 29, 2015 | E.F.B. Lamek | 9.50 | final argument prep for, and attend Post Filing Interest Appeal |
| May 12, 2015 | E.F.B. Lamek | 1.00 | initial skim of Newbould and Gross Allocation decisions; emails with Lowenthal. |
| May 13, 2015 | E.F.B. Lamek | 4.50 | in depth review of Newbould and Gross Allocation decisions; reviewing McInness on the Law of Guarantees; emails with Lowenthal. |
| May 14, 2015 | E.F.B. Lamek | 1.80 | reviewing Capstone financial model and various emails with Lowenthal. |
| May 15, 2015 | E.F.B. Lamek | 0.50 | emails with Lowenthal regarding Appeal timing and related matters. |
| May 19, 2015 | E.F.B. Lamek | 0.40 | emails with Lowenthal regarding timing of leave to appeal motion. |
| May 20, 2015 | E.F.B. Lamek | 1.40 | working on Guarantee claim issue; call with Dan Lowenthal regarding latest activity in US Case; reviewing draft of US Debtor's reconsideration Motion. |
| May 21, 2015 | E.F.B. Lamek | 2.60 | researching cases relating to the law of Guarantees a in insolvency and line of cases leading to O&Y. |
| May 22, 2015 | E.F.B. Lamek | 0.40 | call with Gavin Finlayson of BJ regarding Ad Hocs views of appeal and reconsideration. |



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

June 26, 2015
Invoice # 697231479
File No: 030185/000001

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

Page 3

| | | | |
|---|---|---|---|
| May 25, 2015 | E.F.B. Lamek | 4.70 | reviewing latest Capstone analysis and begin drafting Notice of Motion for Leave to Appeal guarantee proof point.; discussing guarantee cases with Ted Flett; reviewing same |
| May 26, 2015 | E.F.B. Lamek | 6.20 | calls all day on appeal issues and reconsideration issues; drafting reconsideration motion and reviewing applicable case law to support request for reconsideration; emails with Lowenthal, etc. |
| May 27, 2015 | E.F.B. Lamek | 5.80 | working all day on leave motion, reconsideration motion, calls with Torys' Bennett, Lowenthal. |
| May 29, 2015 | E.F.B. Lamek | 2.30 | Attend 9am hearing of US Debtors motion requisition extension of time for leave to appeal application; follow up email exchanges with Lowenthal and Tecce |

TO OUR FEES                                    $ 53,010.00

<u>DISBURSEMENTS:</u>

<u>Non-Taxable</u>

| | |
|---|---|
| Binding Charges | $28.20 |
| Copies | 1,299.60 |
| Total Non-Taxable Disbursements | 1,327.80 |

Total Disbursements                                    1,327.80

Total Fees and Disbursements                          54,337.80

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

June 26, 2015
Invoice # 697231479

Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 4

| | | |
|---|---|---:|
| TOTAL THIS INVOICE | CAD | **$ 54,337.80** |
| If Paid in US Dollars | USD | **$ 44,862.78** |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

June 26, 2015
Invoice # 697231479
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds                    File No:  030185/000001

REMITTANCE COPY

| | |
|---|---:|
| Fees | $ 53,010.00 |
| Disbursements | 1,327.80 |
| | |
| Total this Invoice           **CAD** | **$ 54,337.80** |
| | |
| If Paid in US Dollars        **USD** | **$ 44,862.78** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT<br>MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017
USA

June 26, 2015
Invoice # 697231479
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 21, 2015

Invoice # 697248528
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to July 31, 2015 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 45,955.00 |
| Disbursements | 663.00 |
| **Total this Invoice**          **CAD** | **$ 46,618.00** |
| If Paid in US Dollars          **USD** | **$ 36,329.49** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDER LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 21, 2015
Invoice # 697248528

Law Debenture Trust Company of New York          File No: 030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          Page 2

PROFESSIONAL SERVICES RENDERED to July 31, 2015

| Date | Name | Hours | Description |
|---|---|---|---|
| Jun 1, 2015 | E.F.B. Lamek | 3.00 | Working on Notice of Motion for Clarification/Reconsideration; emails with Bennett Jones re same. |
| Jun 2, 2015 | E.F.B. Lamek | 1.80 | Call with Dan Lowenthal re Solus; reviewing Nortel 1997 Financial Statements; conf call with Quinn Emannuel and Patterson Belknap; call with Gavin Finlayson of Bennett Jones re Canadian proceedings. |
| Jun 3, 2015 | E.F.B. Lamek | 1.70 | Various emails and calls with Torys and Bennett Jones re reconsideration motion. |
| Jun 4, 2015 | E.F.B. Lamek | 1.70 | Calls with Bennett Jones and Torys re motion and Newbould directions re timing of delivery of materials, emails with Lowenthal re same. |
| Jun 5, 2015 | E.F.B. Lamek | 2.70 | Working on Notice of Motion, circulating to Lowenthal and Quinn Emannuel. |
| Jun 8, 2015 | T. Flett | 1.00 | Delivery of motion to 330 University Ave for E. Lamek. |
| Jun 8, 2015 | E.F.B. Lamek | 8.50 | Working all day on factum on reconsideration motion and related court materials, emails with Tecce and Lowenthal re same; serving and filing; reviewing US Debtors' factum and other materials served today. |
| Jun 9, 2015 | L. White | 0.40 | Attended at the Commercial Court and paid for a Motion Record. |
| Jun 12, 2015 | E.F.B. Lamek | 0.70 | Begin review of reconsideration motion responding briefs, etc. |
| Jun 22, 2015 | J.L. Francis | 0.40 | Filed a Reply Factum at the Commercial List Office. |
| Jun 22, 2015 | E.F.B. Lamek | 1.00 | Conf call with Patterson Belknap and Quinn Emmanuel; revising draft Factum, email with Heaney; serve Factum and file. |
| Jun 22, 2015 | E.F.B. Lamek | 0.60 | Drafting Notice of Filing of US Reply Brief, emails with Lowenthal. |
| Jun 23, 2015 | E.F.B. Lamek | 1.80 | Dealing with service and filing of US court documents in Canada and numerous related emails. |
| Jun 23, 2015 | L. White | 0.40 | Filed Motion material at the Commercial Court. |
| Jun 24, 2015 | E.F.B. Lamek | 4.50 | Calls with Lowenthal and Finlayson; assembling and final review of court materials for tomorrow's reconsideration motion. |



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 21, 2015
Invoice # 697248528
File No: 030185/000001
Page 3

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

| Jun 25, 2015 | E.F.B. Lamek | 9.50 | Attend all day Cross Border Allocation Opinion Reconsideration Motion; follow up emails with Lowenthal and others. |
| Jul 5, 2015 | E.F.B. Lamek | 0.50 | Reviewing UCC Notice of Appeal, related emails to Lowenthal. |
| Jul 6, 2015 | E.F.B. Lamek | 2.00 | Reviewing US and Canadian Decisions on Reconsideration Motions, various emails with Lowenthal regarding impact of separate debtor allocation ruling. |
| Jul 7, 2015 | E.F.B. Lamek | 2.40 | Calls x2 with Dan Lowenthal re separate allocation omission in Gross Opinion, interim distributions, appeals, etc; call with James Tecce re next steps in Canada and the US; follow up email with Lowenthal. |
| Jul 9, 2015 | E.F.B. Lamek | 0.60 | Conference call with Finlayson and Harrison re appeal position of the non NNCC Bondholders. |
| Jul 13, 2015 | E.F.B. Lamek | 1.20 | Email exchange and call with Dan Lowenthal regarding PGBC claim allocation and reconsideration motion opinion and related matters. |
| Jul 20, 2015 | E.F.B. Lamek | 1.70 | Reviewing multiple US appeal court filings made today. |
| Jul 23, 2015 | E.F.B. Lamek | 1.40 | Reviewing draft Lockbox allocation Order proposed by Torys. et al for appeal perfection - call with Dan Lowenthal re same - reviewing definitions, etc in Allocation Protocols to match to/understand language in Tory's draft. |
| Jul 27, 2015 | E.F.B. Lamek | 0.60 | Reviewing latest appeal materials and updates. |

TO OUR FEES                                           $ 45,955.00


DISBURSEMENTS:


Non-Taxable

| Binding Charges | $92.00 |
| Copies | 444.00 |

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1 0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 21, 2015
Invoice # 697248528
Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 4

| | | |
|---|---|---|
| Filing Fees | 127.00 | |
| Total Non-Taxable Disbursements | 663.00 | |
| Total Disbursements | | 663.00 |
| Total Fees and Disbursements | | 46,618.00 |
| TOTAL THIS INVOICE | **CAD** | **$ 46,618.00** |
| If Paid in US Dollars | **USD** | **$ 36,329.49** |



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017                                    August 21, 2015
USA                                               Invoice # 697248528
                                                        EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 45,955.00 |
| Disbursements | | 663.00 |
| Total this Invoice | **CAD** | **$ 46,618.00** |
| If Paid in US Dollars | **USD** | **$ 36,329.49** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 21, 2015
Invoice # 697248528
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
GST/HST REGISTRATION # R869096974RT0001



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2015

Invoice # 697300016
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to December 31, 2015 in connection with the above matter as
described in the attached.

| | | |
|---|---|---|
| Fees | | $ 7,410.00 |
| Disbursements | | 120.00 |
| Total this Invoice | **CAD** | **$ 7,530.00** |
| If Paid in US Dollars | **USD** | **$ 5,524.58** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2015
Invoice # 697300016
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds

---

PROFESSIONAL SERVICES RENDERED to December 31, 2015

| | | | | |
|---|---|---|---|---|
| Aug 5, 2015 | E.F.B. Lamek | 0.70 | reviewing latest correspondence among parties relating to form of order and issues of disagreement among the parties. |
| Aug 10, 2015 | E.F.B. Lamek | 0.70 | reviewing latest correspondence regarding Newbould Judgment wording disputes between Goodmans and US Side parties; email with Lowenthal. |
| Aug 24, 2015 | E.F.B. Lamek | 0.50 | reviewing factums and supplemental factums of appellants on motions for leave to appeal Newbould Allocation Judgment. |
| Aug 28, 2015 | E.F.B. Lamek | 0.50 | reviewing EMEA Debtors' claims process orders and related court reasons from UK Court. |
| Sep 30, 2015 | E.F.B. Lamek | 0.40 | update call with Dan Lowenthal of Patterson Belknap. |
| Oct 13, 2015 | E.F.B. Lamek | 2.50 | reviewing court of appeal decision on interest stops and discussing it with Shayne Kululowicz of Cassels Brock; emails with Lowenthal and Heaney. |
| Oct 16, 2015 | E.F.B. Lamek | 2.00 | reviewing various parties' shared mediation statements and related correspondence. |
| Dec 9, 2015 | E.F.B. Lamek | 0.50 | Emails with Dan Lowenthal regarding mediation in NYC and related matters. |

TO OUR FEES                               $ 7,410.00

DISBURSEMENTS:

Non-Taxable
       Copies                                   $120.00

Total Non-Taxable Disbursements             120.00

Total Disbursements                          120.00


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

December 31, 2015
Invoice # 697300016

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

File No: 030185/000001
Page 3

| Total Fees and Disbursements | | 7,530.00 |
|---|---|---|
| TOTAL THIS INVOICE | **CAD** | **$ 7,530.00** |
| If Paid in US Dollars | **USD** | **$ 5,524.58** |



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2015
Invoice # 697300016
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds        File No: 030185/000001

### REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 7,410.00 |
| Disbursements | | 120.00 |
| Total this Invoice | **CAD** | **$ 7,530.00** |
| If Paid in US Dollars | **USD** | **$ 5,524.58** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP



Borden Ladner Gervais

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

December 31, 2015
Invoice # 697300016
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 1.0% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 18, 2016

Invoice # 697360673
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to June 30, 2016 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 4,365.00 |
| Disbursements | | 102.90 |
| Total this Invoice | **CAD** | **$ 4,467.90** |
| If Paid in US Dollars | **USD** | **$ 3,511.12** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

July 18, 2016
Invoice # 697360673
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to June 30, 2016

| | | | |
|---|---|---|---|
| Jan 8, 2016 | E.F.B. Lamek | 0.40 | Update Call with Dan Lowenthal. |
| Feb 8, 2016 | E.F.B. Lamek | 2.00 | Reviewing various parties responding records opposing Ad Hoc Bondholders' application for Leave to SCC. |
| Feb 12, 2016 | E.F.B. Lamek | 1.20 | Reviewing US Appeal opposition briefs being served today. |
| Feb 17, 2016 | E.F.B. Lamek | 0.50 | Reviewing AD Hoc Bondholders' SCC leave application reply memorandum and related communications, etc. |
| Mar 11, 2016 | E.F.B. Lamek | 0.40 | Reviewing various parties' appeal reply briefs. |

TO OUR FEES                                    $ 4,365.00

DISBURSEMENTS:

Non-Taxable
    Copies                                    $102.90

Total Non-Taxable Disbursements               102.90

Total Disbursements                                          102.90

Total Fees and Disbursements                                 4,467.90

TOTAL THIS INVOICE              **CAD**      **$ 4,467.90**

If Paid in US Dollars              **USD**    **$ 3,511.12**

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

July 18, 2016
Invoice # 697360673
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds      File No:  030185/000001

### REMITTANCE COPY

| | | |
|---|---|---:|
| Fees | | $ 4,365.00 |
| Disbursements | | 102.90 |
| Total this Invoice | **CAD** | **$ 4,467.90** |
| If Paid in US Dollars | **USD** | **$ 3,511.12** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY   10017                                July 18, 2016
USA                                                 Invoice # 697360673
                                                    EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 12, 2016

Invoice # 697368695
Page 1

Attention:  Mr. James D. Heaney
            Managing Director

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

PROFESSIONAL SERVICES rendered to July 31, 2016 in connection with the above matter as described in the attached.

| | | |
|---|---|---|
| Fees | | $ 1,164.00 |
| Disbursements | | 0.00 |
| Total this Invoice | **CAD** | **$ 1,164.00** |
| If Paid in US Dollars | **USD** | **$ 918.27** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:

Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 12, 2016
Invoice # 697368695
File No: 030185/000001
Page 2

Law Debenture Trust Company of New York
Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds

PROFESSIONAL SERVICES RENDERED to July 31, 2016

| Jul 5, 2016 | E.F.B. Lamek | 1.20 | Conference call with lawyers for main NNCC bondholder; follow up discussion with Dan Lowenthal; follow up call with Daniel Holtzman. |

TO OUR FEES                                         $ 1,164.00


Total Fees and Disbursements                                    1,164.00


TOTAL THIS INVOICE                          **CAD**    **$ 1,164.00**

If Paid in US Dollars                         **USD**      **$ 918.27**


PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 12, 2016
Invoice # 697368695
EFBL/EFBL

Re: Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No: 030185/000001

## REMITTANCE COPY

| | | |
|---|---|---|
| Fees | | $ 1,164.00 |
| Disbursements | | 0.00 |
| Total this Invoice | **CAD** | **$ 1,164.00** |
| If Paid in US Dollars | **USD** | **$ 918.27** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP


**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

August 12, 2016
Invoice # 697368695
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to:The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

August 12, 2016

**Change of Address**

This letter is to inform you of our new mailing address.  Please be advised that our Toronto office is moving on October 17, 2016.

Our new address will be:

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Please update your records accordingly.

Thank you for your attention to this matter.

---

**Changement d'adresse**

La présente vise à vous informer de notre nouvelle adresse postale. Veuillez prendre note que notre bureau de Toronto déménage le 17 octobre 2016.

Voici notre nouvelle adresse :

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Veuillez mettre vos registres à jour.

Nous vous remercions de votre attention.



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

September 7, 2016

**Change of Address**

This letter is to inform you of our new mailing address.  Please be advised that our Toronto office is moving on October 17, 2016.

Our new address will be:

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Please update your records accordingly.

Thank you for your attention to this matter.

---

**Changement d'adresse**

La présente vise à vous informer de notre nouvelle adresse postale. Veuillez prendre note que notre bureau de Toronto déménage le 17 octobre 2016.

Voici notre nouvelle adresse :

Bay Adelaide Centre, East Tower
22 Adelaide Street West
Toronto, ON M5H 4E3

Veuillez mettre vos registres à jour.

Nous vous remercions de votre attention.



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

September 7, 2016

Invoice # 697374704
Page 1

Attention:  Mr. James D. Heaney
Managing Director

---

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

PROFESSIONAL SERVICES rendered to August 31, 2016 in connection with the above matter as described in the attached.

| | |
|---|---:|
| Fees | $ 0.00 |
| Disbursements | 0.00 |
| | |
| Total this Invoice                              **CAD** | **$ 0.00** |

THIS IS OUR ACCOUNT - E. & O.E.

**BORDEN LADNER GERVAIS LLP**

By:
        Edmond F.B. Lamek

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000   F 416.367.6749
blg.com

September 7, 2016
Invoice # 697374704

Law Debenture Trust Company of New York                    File No:  030185/000001
Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds                    Page 2

Total Disbursements                                                           0.00

Total Fees and Disbursements                                                 0.00

TOTAL THIS INVOICE                          **CAD**              **$ 0.00**



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

September 7, 2016
Invoice # 697374704
EFBL/EFBL

Re:  Nortel Networks Capital Corporation 7.875% 2026 Bonds          File No:  030185/000001

---

### REMITTANCE COPY

| | |
|---|---|
| Fees | $ 0.00 |
| Disbursements | 0.00 |
| | |
| **Total this Invoice**    CAD | **$ 0.00** |

PLEASE RETURN THIS COPY WITH YOUR PAYMENT
MAKE CHEQUES PAYABLE TO BORDEN LADNER GERVAIS LLP



**Borden Ladner Gervais**

Borden Ladner Gervais LLP
Lawyers | Patent & Trade-mark Agents
Scotia Plaza, 40 King St W
Toronto, ON, Canada  M5H 3Y4
T 416.367.6000  F 416.367.6749
blg.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY  10017
USA

September 7, 2016
Invoice # 697374704
EFBL/EFBL

Alternatively, payment may be wired or electronic fund transferred (EFT) to: The Bank of Nova Scotia
Toronto Business Support Centre
20 Queen Street West, 4th Floor
Toronto, Ontario
M5H 3R3

Bank #:  002
Bank Transit #:  47696
Swift Code:  NOSCCATT
General Canadian Fund Account#:  80002 14221 11
U.S. Fund Account #:  80002 51181 15
ABA number 026002532

**Please email payment details to:**
**ReceiptsTOR@blg.com**
Contact:  Accounts Receivable Toronto (416) 367-6703
Please include our invoice number(s) with all payments

PAYABLE ON RECEIPT
INTEREST AT THE RATE OF 0.8% PER ANNUM MAY BE CHARGED ON ACCOUNTS WHICH ARE OVERDUE
**GST/HST REGISTRATION # R869096974RT0001**

**Fasken Martineau DuMoulin LLP**
Barristers and Solicitors
Patent and Trade-mark Agents

333 Bay Street, Suite 2400
Bay Adelaide Centre, Box 20
Toronto, ON M5H 2T6

416 366 8381 Telephone
416 364 7813 Facsimile



Date:  September 7, 2012
Matter #:  291255.00001
Invoice #:  670520

**Law Debenture Trust Company of New York**
**400 Madison Avenue**
**New York NY 10017**
**United States of America**

Attention:  James Heaney

**For Professional Services rendered through 08/31/2012 in connection with this matter:**

Re:     **Nortel Networks Capital Corporation 7.875% 2026 Bonds**

| | |
|---|---|
| Total Fees | $ 13,298.00 |
| Total Disbursements | 38.82 |
| **Total Amount Owing This Bill** | **USD $ 13,336.82** |

Fasken Martineau DuMoulin LLP

Per:  Edmond F.B. Lamek
E. & O. E.

Terms: payment due upon receipt. Pursuant to the *Solicitors Act*, interest will be charged at the rate of 1.3% per annum on unpaid fees, charges or disbursements calculated from a date that is one month after this statement is delivered. Any disbursement not posted to your account on the date of this statement will be billed later.

Vancouver      Calgary      Toronto      Ottawa      Montréal      Québec City      London      Paris      Johannesburg



**FASKEN MARTINEAU**

Page 2

Matter #: 291255.00001
Invoice #: 670520

Re:    **Nortel Networks Capital Corporation 7.875% 2026 Bonds**

| | | |
|---|---|---|
| 04/23/12 | Prepare for and Attendance at meeting with Law Debenture and Dewey& Leboeuf re Nortel; | |
| | Aubrey Kauffman | $ 1,925.00 |
| 04/23/12 | Nortel mediation background discussion with Lawrence Miller; Mohsin Khambati and James Heaney at our offices. | |
| | Edmond F.B. Lamek | $ 790.00 |
| 04/24/12 | Attending Nortel mediation intro meetings at Metropolitan Hotel. | |
| | Edmond F.B. Lamek | $ 2,370.00 |
| 05/01/12 | Email exchanges with Mohsin Khambati regarding filing amended proofs of claim in Nortel CCAA and Ch 11 proceedings. | |
| | Edmond F.B. Lamek | $ 553.00 |
| 05/01/12 | Negotiating language for assignment agreement with Marc Mercier. | |
| | Edmond F.B. Lamek | $ 395.00 |
| 05/30/12 | Call and emails with Dan Lowenthal regarding Nortel Mediation and amending proof of claim. | |
| | Edmond F.B. Lamek | $ 790.00 |
| 05/31/12 | Email exchange with Dan Lowenthal. | |
| | Edmond F.B. Lamek | $ 237.00 |
| 06/01/12 | Instructions from E. Lamek; reviewed background materials; began researching interest stops rule; | |
| | Conor O'Neill | $ 2,016.00 |
| 06/01/12 | Discussion with Conor O'Neil regarding research on post liquidation interest and no call damages. | |
| | Edmond F.B. Lamek | $ 316.00 |
| 06/20/12 | Case law research; | |
| | Conor O'Neill | $ 420.00 |
| 06/21/12 | Case law research; | |
| | Conor O'Neill | $ 252.00 |
| 07/03/12 | Researched case law re interest stop rule and pre-payment premiums; drafting of notes re same; | |
| | Conor O'Neill | $ 1,050.00 |
| 07/04/12 | Research and notes on post-filing interest claims under the CCAA; | |



**FASKEN**
**MARTINEAU**

Page 3

Matter #:  291255.00001
Invoice #:  670520

**Re:    Nortel Networks Capital Corporation 7.875% 2026 Bonds**

|  |  |  |
|---|---|---|
| | Conor O'Neill | $ 924.00 |
| 07/05/12 | Case law research on prepayment premiums and no-call provisions; Conor O'Neill | $ 840.00 |
| 07/06/12 | Finalized notes re interest stops rule and prepayment premiums; Conor O'Neill | $ 420.00 |

**Professional Summary**

| Professional | Rate | Hours | Fees |
|---|---|---|---|
| Edmond F.B. Lamek | 790.00 | 6.90 | 5,451.00 |
| Aubrey Kauffman | 770.00 | 2.50 | 1,925.00 |
| Conor O'Neill | 420.00 | 14.10 | 5,922.00 |
| | Total | 23.50 | USD 13,298.00 |



Page 4

Matter #:  291255.00001
Invoice #:  670520

Re:     **Nortel Networks Capital Corporation 7.875% 2026 Bonds**

| | | |
|---|---|---|
| **Our Fees** | $ 13,298.00 | |
| Total Fees | | $ 13,298.00 |
| **Disbursements** | | |
| Non-Taxable | | |
| Printing/Copies | 38.82 | |
| Total Disbursements | 38.82 | |
| Total Disbursements | | $ 38.82 |
| **Total Fees & Disbursements** | | **USD $ 13,336.82** |

**Fasken Martineau DuMoulin LLP**
Barristers and Solicitors
Patent and Trade-mark Agents

333 Bay Street, Suite 2400
Bay Adelaide Centre, Box 20
Toronto, ON M5H 2T6

416 366 8381 Telephone
416 364 7813 Facsimile



Date:  September 7, 2012
Matter #:  291255.00001
Invoice #:  670520

**Law Debenture Trust Company of New York**
**400 Madison Avenue**
**New York NY 10017**
**United States of America**

R E M I T T A N C E   C O P Y
Please return with your payment

---

**For Professional Services rendered through 08/31/2012 in connection with this matter:**

Re:     **Nortel Networks Capital Corporation 7.875% 2026 Bonds**

| | |
|---|---|
| Total Fees | $ 13,298.00 |
| Total Disbursements | 38.82 |
| **Total Amount Owing This Bill** | **USD $ 13,336.82** |

SCOTIABANK, 20 Queen Street West, 4th Floor, Toronto, Ontario, M5H 3R3
Account Name:  Fasken Martineau DuMoulin LLP
USD$ Account No:  476960664111, Transit No. 47696
SWIFT code: NOSCCATT, ABA No. 026002532

Vancouver     Calgary     Toronto     Ottawa     Montréal     Québec City     London     Paris     Johannesburg

# INVOICE

**WeirFoulds** LLP

| | |
|---|---|
| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | T: 416-365-1110  F: 416-365-1876 |
| | www.weirfoulds.com |

November 15, 2016
Invoice 260564
Page 1

Law Debenture Trust Company of New York
Attention: James D. Heaney
400 Madison Avenue, 4th Floor
New York, NY 10017

Our Matter # 17900.00001 Nortel Networks Capital Corporation, Nortel Networks Limited, Nortel Networks, Inc., et al.

For Professional Services through October 31, 2016

| | |
|---|---:|
| FEES | $4,260.00 |
| DISBURSEMENTS (Taxable) | $35.10 |
| DISBURSEMENTS (Non Taxable) | None |
| HST | $558.36 |
| **TOTAL FOR THIS INVOICE** | **$4,853.46** |
| **TOTAL DUE** | **$4,853.46** |

# INVOICE

## WeirFoulds LLP

| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | T: 416-365-1110  F: 416-365-1876 |
| --- | --- |
| | www.weirfoulds.com |

November 15, 2016
Invoice 260564
Page 2

Below is a description of the services rendered through October 31, 2016 with respect to our File No. 17900.00001

### Fee Detail

| Date | Description | Name | Hours | Rate | Fees |
| --- | --- | --- | --- | --- | --- |
| 20/09/16 | Conducted New York corporate profiles regarding Law Debenture Trust Company of New York, Law Debenture Corporate Services and Law Denture Holdings Inc.; | Ruth DeSousa | 0.40 | 200.00 | 80.00 |
| 14/10/16 | Reviewing Monitor's Motion Record, Report and enclosed final form of Plan Support and Settlement Agreement; | Edmond Lamek | 1.80 | 950.00 | 1,710.00 |
| 17/10/16 | Reviewing Monitor's motion record to approve distribution of Sale Proceeds escrow and related relief; | Edmond Lamek | 0.30 | 950.00 | 285.00 |
| 26/10/16 | Reviewing draft of CCAA Plan and Chapter 11 Plan in preparation for call next week; | Edmond Lamek | 2.30 | 950.00 | 2,185.00 |

| | |
| --- | --- |
| Total Fees for Professional Services ............................................................................. | $4,260.00 |
| HST ............................................................................................................................. | $553.80 |
| Total Fees including HST............................................................................................. | $4,813.80 |

### Disbursements

Taxable Disbursements

| | Prints BW | 35.10 | |
| --- | --- | --- | --- |
| Total Taxable Disbursements | | 35.10 | |
| Total Disbursements ......................................................................................... | | | $35.10 |
| HST ................................................................................................................... | | | $4.56 |
| Total Disbursements and HST for this Invoice.................................................... | | | $39.66 |

**INVOICE**

# WeirFoulds LLP

| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | T: 416-365-1110  F: 416-365-1876 |
| --- | --- |
| | www.weirfoulds.com |

November 15, 2016
Invoice 260564
Page 3

**Totals For This Matter**

| | |
| --- | --- |
| Total Fees Including HST............................................................... | $4,813.80 |
| Total Disbursements Including HST................................................. | $39.66 |
| Total Fees and Disbursements Including HST................................... | $4,853.46 |
| Amount Applied From Trust............................................................ | $0.00 |
| **Total Due For This Matter** | $4,853.46 |

**Summary**

| Name | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Edmond Lamek | 4.40 | 950.00 | 4,180.00 |
| Ruth DeSousa | 0.40 | 200.00 | 80.00 |
| **Total Summary** | **4.80** | | **$4,260.00** |

**INVOICE**

**WeirFoulds** LLP

| 4100 - 66 Wellington Street West, PO Box 35, Toronto-Dominion Centre, Toronto, ON, Canada. M5K 1B7 | **T: 416-365-1110   F: 416-365-1876** |
| --- | --- |
| | www.weirfoulds.com |

November 15, 2016
Invoice 260564
Page 4

THIS IS OUR ACCOUNT HEREIN.

WeirFoulds LLP
Per

Edmond Lamek

Account Payable upon receipt. In accordance with Section 33 of the Solicitors Act, interest will be charged at 3.0% per annum calculated from 30 days after delivery of this account. A receipted account will not be mailed unless requested by you

GST/HST REG.NO.
R119427177RT0001