# Exhibit C

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/nortel-networks-wins-approval-to-distribute-7-3-billion-to-creditors-1485296882

BUSINESS

# Nortel Networks Wins Approval to Distribute $7.3 Billion to Creditors

The credit-repayment deal ends 8 years of wrangling over the telecommunications company



PHOTO: THE CANADIAN PRESS/ASSOCIATED PRESS

By PEG BRICKLEY

Updated Jan. 25, 2017 3:43 p.m. ET

Nortel Networks Corp. won approval to start distributing $7.3 billion to

creditors, a major step in the long-running demise of the telecommunications company.

Judges in Canada and the U.S. on Tuesday cleared Nortel to open up the lockbox containing $7.3 billion raised by selling its businesses and patents in bankruptcy.

While most Canadian creditors will collect less than half of what they are owed under the plan, bondholders with claims against both Nortel in Canada and its U.S. unit expect to recover 95% or more of what they're owed. Checks should go out in the next couple of months, according to Lisa Schweitzer, lawyer for Nortel's U.S. unit.

Once the pride of Canada's technology community, Nortel filed for insolvency protection in its home country, the U.S. and elsewhere in January 2009, unable to compete with the new crop of technology firms and contend with a global recession.

At Tuesday's joint hearing of the Ontario Superior Court of Justice and a U.S. Bankruptcy Court, judges signed off on pacts that say how the last of Nortel's wealth will be apportioned among creditors around the globe.

Justice Frank Newbould, in Canada, noted the rulings approving the creditor repayment plans will mean money for "people who desperately need it."

The session marked the end of an eight-year period during which bankruptcy lawyers and advisers were paid monthly while creditors waited for their share. Professional fees have topped the $2 billion mark, making Nortel's bankruptcy one of the most expensive on record, according to figures compiled

by Diane Urqhart, a Canadian financial analyst.

"People are suffering and it's time to make payment," Judge Kevin Gross said at Tuesday's hearing in the U.S. Bankruptcy Court in Wilmington, Del.

After a short effort to survive, Nortel began liquidating in 2009. Sales took a few years, but the fight over the money, which pitted Nortel U.S. against the Canadian parent company and pensioners, lasted half a decade, ending with a deal struck last summer.

In the prolonged and pricey litigation that led up to the settlement, Nortel's insolvency proceeding became a focus of criticism. Lawyers in other bankruptcy cases that appeared headed toward extensive litigation cited Nortel as a warning about the wastefulness of court fights.

The plight of some 350 disabled Nortel employees in Canada, as well as the toll taken on retirees left with incomes cut by as much as 40%, made the former telecommunications giant's bankruptcy a political sore spot in that country.

Yet as long as there was no agreement over how to divide the sale cash, Nortel's riches remained locked away from creditors. Nortel U.S. lost a court fight over the money but appealed, dragging out the legal proceedings.

Canadian creditors won't be made whole under Nortel's scheme of arrangement, but at least the wait for funds is nearing an end, lawyers said.

Approval Tuesday of repayment plans means Canadian creditors will get from 41 to 45 cents for each dollar they're owed. U.S. creditors would collect a recovery of about 55 to 61 cents on the dollar, according to estimates in court documents.

Canadian creditors include some 14,000 former employees, retirees and dependents who have been waiting for things like severance pay or left in reduced circumstances by the company's failure.

Bondholders owed $4 billion will do well out of Nortel's bankruptcy, collecting from both the Canadian parent and the U.S. unit. Trading prices on Nortel's debt climbed after Nortel Canada and its U.S. foe came to terms over how to split the sale proceeds. By the time of Tuesday's hearing, Nortel bonds were selling at prices of 95 cents on the dollar or higher, according to the Financial Industry Regulatory Authority website.

**Write to** Peg Brickley at peg.brickley@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.