# Exhibit E

Court File No. 09-CL-7950

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE MR. JUSTICE | ) | THURSDAY, THE 12TH DAY OF |
| | ) | |
| NEWBOULD | ) | JANUARY, 2017 |
| | ) | |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION, NORTEL NETWORKS TECHNOLOGY CORPORATION, NORTEL COMMUNICATIONS INC., ARCHITEL SYSTEMS CORPORATION AND NORTHERN TELECOM CANADA LIMITED

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

### ORDER
**(Resolution of 1988 Bonds Claim)**

**THIS MOTION** made by Nortel Networks Corporation ("**NNC**"), Nortel Networks Limited ("**NNL**"), Nortel Networks Technology Corporation, Nortel Networks Global Corporation, Nortel Networks International Corporation, Nortel Communications Inc., Architel Systems Corporation and Northern Telecom Canada Limited (collectively, the "**Canadian Debtors**") jointly with Ernst & Young Inc. in its capacity as monitor of the Canadian Debtors (the "**Monitor**") for the relief set out in the Notice of Motion dated January 6, 2017, was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the One Hundred and Thirty Fourth Report of the Monitor dated January 6, 2017 (the "**Report**"), and on hearing submissions of counsel for the Monitor and counsel for those other parties present, no one appearing for any other person on the service

- 2 -

list although duly served as appears from the affidavit of Christopher Armstrong sworn January 9, 2017, filed.

**SERVICE**

1. **THIS COURT ORDERS** that the time for the service of the Notice of Motion and the Motion Record is hereby abridged and validated so that this motion is properly returnable today and hereby dispenses with further service thereof.

2. **THIS COURT ORDERS** that capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Report or the Plan (as defined in the Report).

**RESOLUTION OF 1988 BONDS CLAIM**

3. **THIS COURT ORDERS** that in full and final settlement of the 1988 Bonds Claim, the 1988 Bonds Trustee shall have a Proven Affected Unsecured Claim against the Canadian Estate on account of the 1988 Bonds in the total amount of US$212,229,861 (the "**Accepted Claim**").

4. **THIS COURT ORDERS** that the Accepted Claim shall constitute the entire claim against the Canadian Estate in respect of the 1988 Bonds, and neither the 1988 Bonds Trustee nor any other person shall have any further or other claim against the Canadian Estate or any of the Canadian Debtors in respect of the 1988 Bonds, whether arising pursuant to the 1988 Bonds Indenture or otherwise.

5. **THIS COURT ORDERS** that, subject to the occurrence of the Plan Implementation Date, the Canadian Estate shall make a distribution on US$7,150,000 of the Accepted Claim (the "**Fee and Expense Component**") at the anticipated distribution rate for the Initial Distribution under the Plan within five (5) Business Days of the Plan Implementation Date. Such distribution (and all other distributions on account of the Accepted Claim) shall be subject to all provisions of the Plan in respect of distributions to Affected Unsecured Creditors.

- 3 -

6. **THIS COURT ORDERS** that the distribution contemplated pursuant to paragraph 5 hereof shall constitute the Initial Distribution in respect of the Fee and Expense Component of the Accepted Claim pursuant to the Plan. In light of the foregoing, no distribution shall be made on account of the Fee and Expense Component of the Accepted Claim on the Initial Distribution Date, it being understood that: (i) a distribution on the balance of the Accepted Claim shall be made on the Initial Distribution Date; and (ii) a distribution on the entire Accepted Claim (including the Fee and Expense Component) shall be made on each subsequent Distribution Date pursuant to the Plan.

**MISCELLANEOUS**

7. **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the United States, the United Kingdom or elsewhere, to give effect to this Order and to assist the Canadian Debtors, the Monitor and their respective agents in carrying out the terms of this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Canadian Debtors and to the Monitor, as an officer of this Court, as may be necessary or desirable to give effect to this Order, to grant representative status to the Monitor in any foreign proceeding, or to assist the Canadian Debtors and the Monitor and their respective agents in carrying out the terms of this Order.

8. **THIS COURT ORDERS** that each of the Canadian Debtors and the Monitor be at liberty and are hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order.

_____

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO:

JAN 1 3 2017

PER / PAR:

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED
AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION et al.

Court File No. 09-CL-7950

ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

Proceeding commenced at Toronto

ORDER
(Resolution of 1988 Bonds Claim)

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

**Jay A. Carfagnini** LSUC#: 22293T
**Joseph Pasquariello** LSUC#: 38390C
**Christopher G. Armstrong** LSUC#: 55148B

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

6648335

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION et al.

Court File No. 09-CL-7950

January 10, 2017

*[handwritten notes and signature]*

January 12, 2017

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

Proceeding commenced at Toronto

### MOTION RECORD
(Resolution of 1988 Bonds Claim)

**GOODMANS LLP**
Barristers & Solicitors
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, ON M5H 2S7

**Jay A. Carfagnini** LSUC#: 22293T
jcarfagnini@goodmans.ca
**Joseph Pasquariello** LSUC#: 38390C
jpasquariello@goodmans.ca
**Christopher G. Armstrong** LSUC#: 55148B
carmstrong@goodmans.ca

Tel: 416.979.2211
Fax: 416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

6649344

*[Court filing stamp: JAN 30 2017]*