# Exhibit G

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re: :  Chapter 11
 :
 : Case No. 11 B 15059 (MG)
**MF Global Holdings Ltd., <u>et al.</u>,** :
 : (Jointly Administered)
Debtors. :
-----------------------------------------------------------x

### AMENDED APPOINTMENT OF
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of MF Global Holdings Ltd., and affiliated debtors in possession:

1. Wilmington Trust Company
   50 South Sixth Street - Suite 1290
   Minneapolis, Minnesota 55402-1544
   Attention: Julie J. Becker - Vice President
   Telephone: (612) 217-5626
   Fax: (612) 217-5651

2. JP Morgan Chase Bank, N.A.
   383 Madison Avenue - 23rd Floor
   New York, New York 10179
   Attention: Charles Freedgood
   Telephone: (212) 622-4513
   Fax: (212) 622-4557

3. Caplin Systems Ltd.
   5 Penn Plaza - Suite 1982
   New York, New York 10001
   Attention: Jose Cadalzo, General Manager, Americas
   Telephone: (212) 835-1574
   Fax: (212) 806-2388

5. J.E. Meuret Grain Co., Inc.
   101 Franklin St.
   P.O. Box 146
   Brunswick, NE 68720
   Attn: James P. Meuret
   Telephone: (402) 842-2515
   Fax: (402) 842-3115

Dated: New York, New York
September 6, 2012

                        TRACY HOPE DAVIS
                        UNITED STATES TRUSTEE

By:    /s/ Elisabetta G. Gasparini
      Elisabetta G. Gasparini
      Trial Attorney
      33 Whitehall Street, 21st Floor
      New York, New York 10004
      Tel. No. (212) 510-0500