# Exhibit H

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                             :     Chapter 11
                                                                   :
**MOTORS LIQUIDATION COMPANY** *et al.*,:     Case No. 09-50026 (REG)
f/k/a **GENERAL MOTORS CORP.** *et al.*,    :
                                                                   :     (Jointly Administered)
                                                    **Debtors.**  :
------------------------------------------------------------x

**SECOND AMENDED APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

As of March 5, 2010, Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Motors Liquidation Company, and affiliated debtors in possession.

1. Wilmington Trust Company
   Rodney Square North
   1100 North Market Street
   Wilmington, Delaware 19890
   Attention: James J. McGinley
   Telephone: (302) 636-6019
   Fax: (302) 636-4140

2. Law Debenture Trust Company of New York
   400 Madison Avenue, 4th Floor
   New York, NY 10017
   Attention: Robert Bice, Senior Vice President
   Telephone: (646) 747-1254
   Fax: (212) 750-1361

3. The Industrial Division of Communications Workers of America, AFL-CIO
   2701 Dayton Road
   Dayton, Ohio 45439
   Attention: James Clark, President, IUE-CWA
   Telephone: (937) 298-9984
   Fax: (937) 298-6338

4.  International Union UAW
    8000 East Jefferson Avenue
    Detroit, Michigan 48214
    Attention: Niraj R. Ganatra, Associate General Counsel
    Telephone: (313) 926-5216
    Fax: (313) 926-6240

5.  United Steelworkers
    Five Gateway Center, Room 807
    Pittsburgh, Pennsylvania 15222
    Attention: David R. Jury, Associate General Counsel
    Telephone: (412) 562-2545
    Fax: (412) 562-2429

6.  Inteva Products, LLC
    1401 Crooks Road
    Troy, Michigan 48084
    Attention: Lance Lis, General Counsel
    Telephone: (248) 655-8900
    Fax: (866) 741-1744

7.  Serra Chevrolet of Birmingham, Inc.
    Post Office Box 59120
    Birmingham, Alabama 35259
    Attention: Quentin Brown, Vice President/General Counsel
    Telephone: (205) 706-5359
    Fax: (205) 212-3901

8.  Genoveva Bermudez
    c/o Cohen & Associates
    8710 E. Vista Bonita Drive
    Scottsdale, Arizona 85255
    Attention: Larry E. Cohen, Esq.
    Telephone: (480) 515-4745

9. Kevin Schoenl
   99 Maretta Road
   Rochester, New York 14624
   Telephone: (215) 751-2050

Dated: New York, New York
       March 5, 2010

                                        DIANA G. ADAMS
                                        UNITED STATES TRUSTEE

By:  /s/ Brian S. Masumoto
      Brian S. Masumoto
      Trial Attorney
      33 Whitehall Street, 21st Floor
      New York, New York 10004
      Tel. No. (212) 510-0500