# Exhibit I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                 :

In re                                             :   Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,    :   Case No. 08-13555 (JMP)
*et al.*,
                                             :   (Jointly Administered)

                    Debtors.    :

------------------------------------------------------------x

# THIRD AMENDED
## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc.:

1. Wilmington Trust Company, as
   Indenture Trustee
   520 Madison Avenue, 33d Floor
   New York, New York  10022
   Attn: James J. McGiniey, Managing Debtor
   Phone Number (212) 415-0522
   Fax Number (212) 415-0513

2. The Bank of NY Mellon
   101 Barclay - 8 W
   New York, New York  10286
   Attn: Gerard Facendola, Vice President Corporate Trust
   Phone Number (212) 815-5373

3. Mizuho Corporate Bank, Ltd. as Agent
   1251 Avenue of the Americas
   New York, New York  10020-1104
   Attn: Noel P. Purcell, Senior Vice President
   Phone Number (212) 282-3486
   Fax Number (212) 282-4490

4. Metlife
   10 Park Avenue, P.O. Box 1902
   Morristown, New Jersey 07962-1902
   Attn: David Yu, Director
   Phone Number (973) 355-4581
   Fax Number (973) 355-4230

5. The Vanguard Group Inc.
   P.O. Box 2600, V31
   Valley Forge, Pennsylvania 19482
   Attn: Stewart Hosansky, Principal/Senior Analyst
   Phone Number (800) 523-1036 x13346
   Fax Number (610) 407-2875

6. U.S. Bank. N.A.
   Corporate Trust Services
   One Federal Street, 3d Floor
   Boston, MA 02110
   Attn: Laura L. Moran, Vice President
   Phone Number (617) 603-6429
   Fax Number (617) 603-6640

7. Elliott Management Corp.
   712 Fifth Avenue
   New York, NY 10019
   Attn: Ed Joel
   Phone Number (212) 506-2999
   Fax Number (212) 974-2092

Dated:  New York, New York            Respectfully submitted,
        February 9, 2010              DIANA G. ADAMS
                                      UNITED STATES TRUSTEE

                               By:    */s/ Andrew D. Velez-Rivera*
                                      Trial Attorney
                                      33 Whitehall Street, 21st Floor
                                      New York, New York 10004
                                      Tel. No. (212) 510-0500
                                      Fax No. (212) 668-2255