# Exhibit J

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-12229 (MFW) |
| Washington Mutual, Inc., *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| ---------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **The Bank of New York Mellon, as Indenture Trustee**, Attn: Gary Bush, 101 Barclay Street, Floor 8 West, New York, NY 10286, Phone: 212-815-2747, Fax: 732-667-4734

2. **Law Debenture Trust Company of New York, as Indenture Trustee,** Attn: James Heaney, 400 Madison Avenue, 4th Floor, New York, NY 10017, Phone: 212-750-6474, Fax: 212-750-1361

3. **Wells Fargo Bank, N.A., as Indenture Trustee,** Attn: Thomas M. Korsman, 625 Marquette Avenue, Minneapolis, MN 55479, Phone: 612-466-5890, Fax: 866-680-1777

4. **Wilmington Trust Company, as Indenture Trustee,** Attn: James McGinley, Managing Director, 520 Madison Avenue, 33rd Floor, New York, NY 10022, Phone: 212-415-0522, Fax: 212-415-0513

5. **Verizon Services Corp.**, Attn: William M. Vermette, Assistant General Counsel, Verizon Business, 22001 Loudon County Parkway, Room E1-3-115, Ashburn, VA 20147, Phone: 703-886-6616, Fax: 703-886-0011

      ROBERTA A. DEANGELIS
      Acting United States Trustee, Region 3

      /s/ Joseph J. McMahon, Jr. for
      WILLIAM K. HARRINGTON
      ASSISTANT UNITED STATES TRUSTEE

DATED: October 15, 2008

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701

0812229081015000000000005