# Exhibit L

# UNITED STATES DEPARTMENT OF JUSTICE
# OFFICE OF THE UNITED STATES TRUSTEE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., *et al.* | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| ---------------------------- | : | CREDITORS* |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Pension Benefit Guaranty Corporation** Attn: Craig Yamaoka, Senior Financial Analyst, 1200 K Street NW, Washington, DC 20005; Phone: 202-234-4070 x3614; Fax: 202-842-2643.

2. **HCL America, Inc.,** Attn: Raghu Raman Lakshmanan, 330 Potrero Avenue, Sunnyvale, CA 94085; Phone: 408-523-8331; Fax: 408-733-0482.

3. **The Bank of New York Mellon,** Attn: Dennis J. Roemlein, 601 Travis, 16th Floor, Houston, TX 77002, Phone: 713-483-6531; Fax: 713-483-6979.

4. **Law Debenture Trust Company of New York,** Attn: Frank Godino, VP, 400 Madison Avenue, New York, NY 10017. Phone: 646-747-1251; Fax: 212-750-1361.

5. **Holt Texas LTD, d/b/a Holt Cat**, Attn: Michael Puryear, Esquire, General Counsel, 3302 South W.W. White Road, San Antonio, TX 78222, Phone: 210-648-8921; Fax: 210-648-3559.

6. **ADA Carbon Solutions (Red River),** Attn: Peter Hansen, Esquire, General Counsel, 1460 W. Canal Court, Suite 100, Littleton, CO 80120; Phone: 303-962-1988; Fax: 303-962-1970.

7. **Wilmington Savings Fund Society,** Attn: Patrick J. Healy, 500 Delaware Avenue, Wilmington, DE 19801; Phone: 302-888-7420

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Richard L. Schepacarter for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

Dated: May 13, 2014

*The official committee of unsecured creditors is composed of creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH LLC" and, together with EFCH and TCEH LLC's direct and indirect subsidiaries, the "TCEH Debtors") and EFH Corporate Services Company. The committee represents the interests of the unsecured creditors of only the TCEH Debtors and EFH Corporate Services Company and of no other debtors.

Attorney assigned to this Case: Richard L. Schepacarter, Phone: (302) 573-6491; Fax: (302) 573-6497.
Debtors' Counsel: Daniel DeFranceschi, Phone: (302) 651-7700; Fax: (302) 651-7701.