# Exhibit M

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re: : Chapter 11
 :
AMR Corporation, et al., : Case No. 11-15463 (SHL)
 :
 Debtors. : Jointly Administered
------------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. Allied Pilots Association
   14600 Trinity Boulevard - Suite 500
   Fort Worth, Texas 76155
   Attention: James E. Eaton
   Telephone: (202) 712-3431

2. Transport Workers Union of America - AFL-CIO
   1791 Hurstview Drive
   Hurst, Texas 76054
   Attention: Robert Gless, Deputy Director
   Telephone: (817) 282-2544
   Fax: (817) 282-1906

3. Association of Professional Flight Attendants
   1004 West Euless Blvd.
   Euless, Texas 76040
   Attention: Laura Glading, President
   Telephone: (817) 540-0108
   Fax: (817) 540-2077

4. Manufacturers and Traders Trust Company
   25 South Charles Street - 11th Floor
   Baltimore, Maryland 21201
   Attention: Robert D. Brown, Vice-President
   Telephone: (410) 244-4238
   Fax: (410) 244-4236

5. Wilmington Trust Company
   Rodney Square North
   1100 North Market Street
   Wilmington, Delaware 19890-1615
   Attention: Steven Cimalore, Vice-President
   Telephone: (302) 636-6058
   Fax: (302) 636-4149

6. The Bank of New York Mellon
   101 Barclay Street - 8 West
   New York, New York 10286
   Attention: John Guiliano, Vice-President
   Telephone: (212) 815-5441
   Fax: (732) 667-9239

7. Pension Benefit Guaranty Corporation
   1200 K Street NW,
   Washington, DC 20005-4026
   Attention: Suzanne Kelly, Senior Financial Analyst
   Telephone: (202) 326-4070, Ext. 6367
   Fax: (202) 842-2643

8. Hewlett-Packard Enterprise Services, LLC
   5400 Legacy Drive
   Plano, Texas 75024
   Attention: Ayala Hassell, Senior Attorney
   Telephone: (972) 605-5507
   Fax: (972) 605-5616

9.  Boeing Capital Corporation
    500 Naches Avenue SW - 3rd Floor
    Renton, Washington 98057
    Attention: Jordan S. Weltman, VP Senior Managing Director
    Telephone: (425) 965-4052
    Fax: (425) 965-4065

Dated: New York, New York
       December 5, 2011

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

By:   /s/ Brian S. Masumoto
       Brian S. Masumoto
       Trial Attorney
       33 Whitehall Street, 21st Floor
       New York, New York 10004
       Tel. No. (212) 510-0500