# Exhibit N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

EASTMAN KODAK COMPANY., *et al*.,

Debtors.

Chapter 11

Case No. 12-10202 (ALG)

(Jointly Administered)

-----------------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, United States Trustee for Region 2, hereby appoints the following creditors to the Official Committee of Unsecured Creditors in the referenced case, pursuant to sections 1102(a) and 1102(b) of the Bankruptcy Code:

1. Pension Benefit Guaranty Corporation
   1200 K Street, N.W.
   Washington, DC 20005-4026
   Phone: (202) 326-4070 ext 3810
   Fax: (202) 380-2074
   Attn: Dana Cann

2. KPP Trustees Limited
   c/o Secretary to the Trustees of the Kodak Pension Plan
   Aon Hewitt, Abbey View, St. Albans
   AL1 2QU United Kingdom
   Phone: 44 1727 88 82 00
   Attn:   Ben Harris

3. U.S. Bank National Association
   60 Livingston Avenue
   St. Paul, MN 55107
   Phone: (651) 495-3959
   Fax: (651) 495-8100
   Attn: Timothy Sandell

4. Sony Pictures Entertainment Inc.
   10202 West Washington Blvd
   Culver City, CA 90232
   Phone: (310) 244-6890
   Fax: (310) 244-2169
   Attn: John Fukunaga

5. Strategic Procurement Group
   PO Box 1107
   36 Harbor Park Drive
   Port Washington, NY 11050
   Phone: 516-479-3723
   Fax: 516-626-5141
   Attn: Donna Kay

6. Walmart Stores, Inc.
   1301 SE 10th Street
   Bentonville, AR 72716-0185
   Phone: (479) 204-2574
   Fax: (888) 715-4184
   Attn: Christopher Nanos

7. Primax Electronics Ltd.
   No 669, Ruey-Kuang Road
   Neihu 114, Taipei, Taiwan, 114 R.O.C.
   Phone: (886) 2-2798-1040
   Fax: (886) 2-2657-8955
   Attn: Simon Hwang

Dated: New York, New York
       January 25, 2012

                                      Respectfully submitted,

                                      TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                        By:   /s/ *Susan Golden*
                              Susan D. Golden
                              Brian S. Masumoto
                              Trial Attorneys
                              33 Whitehall Street, 21st Floor
                              New York, New York 10004
                              Tel. No. (212) 510-0500

Fax. No. (212) 668-2255