# Exhibit O

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered<br><br>Re: D.I. 10426 |

## ORDER GRANTING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER PARTIALLY ALLOWING AND LIQUIDATING PROOF OF CLAIM FOR FEES AND EXPENSES INCURRED FROM APRIL 1, 2012 THROUGH AND INCLUDING JUNE 30, 2012

Upon consideration of the Motion of Law Debenture Trust Company of New York ("Law Debenture"), in its capacity as indenture trustee for the Senior Subordinated Notes, for entry of an order partially allowing and liquidating a portion of a proof of claim (the "Motion"),[1] and upon consideration of any and all objections and responses, if any, filed regarding the Motion, and it appearing that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and (iii) notice of the Motion and the hearing was sufficient under the circumstances; and upon the record herein; and after due deliberation, good and sufficient cause exists for the relief requested;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

---

[1] Unless otherwise stated, capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

0812229120727000000000002

2. Claim No. 3807 is hereby partially allowed and liquidated in an additional amount of $97,521.36 for Law Debenture's fees and expenses incurred during the Fifth Fee Period.

3. The Liquidating Trustee is hereby directed to pay $97,521.36 to Law Debenture.

4. Nothing contained herein shall be deemed a determination with respect to the fees and expenses that Law Debenture has incurred and will incur from July 1, 2012 through the conclusion of these cases. The reasonableness of such fees and expenses shall be subject to further Order of this Court.

5. This Court shall retain jurisdiction with respect to all matters arising out of or related to the implementation of this Order.

Dated: July 26, 2012
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2