# Exhibit S

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 12/28/2012 12:09:18 PM |
| **To**: | Stephen Blauner [sblauner@soluslp.com] |
| **CC**: | James.Heaney@LAWDEB.COM; javier.schiffrin@malekschiffrin.com; Ryan Cunningham [rcunningham@soluslp.com] |
| **Subject**: | Re: Nortel |

Steve,

This replies to your e-mail below.

Law Debenture does not have a list of holders and amounts. Thus, Law Debenture cannot easily confirm the amount of your firm's holdings. Your firm and the other firms that Javier represents should provide evidence of their respective holdings. Jim Heaney's letter to you dated May 9, 2012 identified the type of documents that would be helpful: bank or broker statements conclusively evidencing each party's beneficial ownership of the notes.

In addition, we understand that you would like to have a "general protocol" in place regarding communications with Law Debenture and actions it might take in the Nortel cases. Law Debenture will consider your request for a "general protocol" -- and specifically what that might entail -- once it receives evidence of the holdings, as discussed above. Nevertheless, my colleagues and I are always available to speak with you and Javier. In fact, as I'm sure you know, Javier came to my office last spring, and he and I spoke at length by phone earlier this week.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Dec 26, 2012, at 10:38 AM, "Stephen Blauner" <sblauner@soluslp.com> wrote:

Mitch and Jim – I was more than a little surprised to see on the Nortel docket the Motion for Leave to Amend Proof of Claim filed by Law Debenture in advance of any discussion with us (Solus) or counsel. To cut to the chase: Solus owns more than a majority of the NNCC notes, and Javier represents holders of more than 2/3 in amount of the notes. Law Debenture can easily confirm this.

As a consequence, it would be (at best) inappropriate for Law Debenture to act in any way with respect to the Notes without checking with Solus. If there is a need to discuss this general protocol, we are available.

Steve

IT00003103