# Exhibit T

Message

| | |
|---|---|
| **From**: | James Tecce [jamestecce@quinnemanuel.com] |
| **Sent**: | 6/29/2016 7:25:20 AM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Daniel Holzman [danielholzman@quinnemanuel.com] |

Dan and Brian. Did you submit any papers arguing for the no call. I thought you might have. If so can you please send them to us this morning. Thanks.

CONFIDENTIAL                                                                                                                           IT00003634