# Exhibit U

Message

| | |
|---|---|
| **From**: | James Tecce [jamestecce@quinnemanuel.com] |
| **Sent**: | 6/29/2016 8:35:22 AM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb] |
| **CC**: | Daniel Holzman [danielholzman@quinnemanuel.com]; James Tecce [jamestecce@quinnemanuel.com] |
| **Subject**: | Nortel |

Dan. Do you guys have any memos of law you submitted on the makewhole in Nortel? If so, can you please send them to us this morning. I though you wrote about it one of the briefs. Thanks in advance.


JAMES C. TECCE
Partner - Bankruptcy & Restructuring
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7199 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jamestecce@quinnemanuel.com
www.quinnemanuel.com

CONFIDENTIAL                                                                                                                  IT00003635