# Exhibit V

Message

| | |
|---|---|
| **From**: | Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=DENTC] |
| **Sent**: | 6/29/2016 10:10:52 AM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; James Tecce [jamestecce@quinnemanuel.com] |
| **CC**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Daniel Holzman [danielholzman@quinnemanuel.com] |
| **Subject**: | RE: Nortel |
| **Attachments**: | LawDeb - Supplemental Opening Brief.pdf; LawDeb - Supplemental Reply Brief.pdf |

Jamie,

I have attached copies of:

1. A *Supplemental Opening Brief* that Law Debenture filed on July 15, 2014 in connection with the Monitor's attempt to have the bankruptcy court determine the Nortel bondholders' entitlement to post-petition interest; and

2. A *Supplemental Reply Brief* that Law Debenture filed on July 22, 2014 in response to the opening brief of the Monitor and the Canadian Debtors.

These briefs discuss the potential no-call claims with respect to the NNCC notes and the related caselaw.

Best regards,
Craig

**Craig Dent**

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY 10036

Tel: (212) 336-2864

Fax: (212) 336-2222

cdent@pbwt.com

CONFIDENTIAL                                                                                     IT00003642

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Wednesday, June 29, 2016 8:45 AM
**To:** James Tecce
**Cc:** Guiney, Brian P. (x2305); Daniel Holzman
**Subject:** Re: Nortel


Jamie,


We've mentioned in papers that the claim includes a no-call, but the issue has not yet been briefed.

Daniel A. Lowenthal

Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas

New York, NY  10036

Direct: 212-336-2720

Cell: 914-523-7585

Fax: 212-336-1253

dalowenthal@pbwt.com



On Jun 29, 2016, at 8:35 AM, James Tecce <jamestecce@quinnemanuel.com> wrote:

Dan.  Do you guys have any memos of law you submitted on the makewhole in Nortel?  If so, can you please send them to us this morning.  I though you wrote about it one of the briefs.  Thanks in advance.


JAMES C. TECCE
Partner - Bankruptcy & Restructuring
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7199 Direct
212-849-7000 Main Office Number

CONFIDENTIAL                                                                                                  IT00003643

212-849-7100 FAX
jamestecce@quinnemanuel.com
www.quinnemanuel.com

CONFIDENTIAL

IT00003644