# Exhibit X

Message

| | |
|---|---|
| **From**: | Daniel Holzman [danielholzman@quinnemanuel.com] |
| **Sent**: | 12/22/2016 12:22:06 PM |
| **To**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd]; Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb] |
| **Subject**: | Nortel - Voting |

Dan and Brian,

Is it correct that the Indenture Trustee will be voting the bond claims on behalf of the bondholders?

Kind regards,

Daniel

**Daniel Holzman**

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: (212) 849-7242

Main Fax: (212) 849-7100
E-mail: danielholzman@quinnemanuel.com

CONFIDENTIAL                                                                                                                                                    IT00014601