# Exhibit Y

Message
| | |
|---|---|
| **From**: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=GUINEYB] |
| **Sent**: | 12/22/2016 3:11:14 PM |
| **To**: | Daniel Holzman [danielholzman@quinnemanuel.com] |
| **CC**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=lowenthd] |
| **Subject**: | RE: Nortel - Voting |

Daniel,

With respect to the U.S. plan, the indenture trustee does not vote on the plan. Each beneficial holder should receive a beneficial holder ballot from its bank or broker which it needs to complete and return to the bank or broker in advance of whatever deadline is established by the bank or broker (typically a few days before the voting deadline to give the bank or broker sufficient time to complete and return its master ballot). If your clients have not yet received beneficial ballots, I encourage you to reach out to the Debtors' balloting agent (with whom I'd be happy to put you in touch if needed).

I believe the voting process is similar with respect to the Canadian plan, but I'd be happy to put you in touch with Law Debenture's Canadian counsel if you would like to have any more detail in respect of that process.

Brian

Brian P. Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
P. (212) 336.2305
F. (212) 336.1256
E. bguiney@pbwt.com

**From:** Daniel Holzman [mailto:danielholzman@quinnemanuel.com]
**Sent:** Thursday, December 22, 2016 12:22 PM
**To:** Lowenthal, Daniel A. (x2720); Guiney, Brian P. (x2305)
**Subject:** Nortel - Voting

Dan and Brian,

CONFIDENTIAL                                                                                                                    IT00014602

Is it correct that the Indenture Trustee will be voting the bond claims on behalf of the bondholders?

Kind regards,

Daniel

**Daniel Holzman**

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: (212) 849-7242

Main Fax: (212) 849-7100
E-mail: danielholzman@quinnemanuel.com

CONFIDENTIAL                                                                                                                                                           IT00014603