# EXHIBIT A

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
February 24, 2017

In Reference To:  Nortel Employee Benefits Issues (January 1-31, 2017)

Invoice #  3384

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Fee/Employment Applications

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2017 | Harold Ashner | Telephone conference with Matt Livingston re draft disclosure of related party client | 0.20 $980.00/hr | $196.00 |
| 1/11/2017 | Harold Ashner | Telephone conference with Jim Bromley re issues relating to possible related party retention | 0.10 $980.00/hr | $98.00 |
| 1/12/2017 | Harold Ashner | Telephone conference with Jim Bromley (follow-up) re issues relating to possible related party retention | 0.10 $980.00/hr | $98.00 |
| 1/18/2017 | Harold Ashner | Review and sign disclosure of related party client and send to Matt Livingston with cover email and attachments | 0.20 $980.00/hr | $196.00 |
| 1/25/2017 | Harold Ashner | Telephone conference with Tammy Minnott re fee application issues | 0.10 $980.00/hr | $98.00 |
| 1/26/2017 | Harold Ashner | Telephone conference with Judith Scarborough re fee application issues | 0.20 $980.00/hr | $196.00 |
|  | Harold Ashner | Prepare draft of seventh interim fee application, including review of key file documents from application period to develop summary of services performed therein (work performed on January 25 and 26) | 0.50 $980.00/hr | $490.00 |
| 1/30/2017 | Harold Ashner | Telephone conference with Tammy Minnott re fee application issues | 0.10 $980.00/hr | $98.00 |
|  | Harold Ashner | Review and edit K&A bill (work performed on January 25 and 30) | 0.30 $980.00/hr | $294.00 |
|  | Harold Ashner | Final review of and edits to seventh interim fee application, and sign and submit same to Tammy Minnott for review and for filing and service | 0.30 $980.00/hr | $294.00 |

SUBTOTAL:  [ 2.10  $2,058.00]

For professional services rendered  2.10  $2,058.00