**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
*In re*                                                : Chapter 11
                                                       :
NORTEL NETWORKS, INC., et al.,                         : Case No. 09-10138 (KG)
                                                       : (Jointly Administered)
Debtors.[1]                                            :
------------------------------------------------------------x

**DECLARATION OF JAMES C. TECCE IN SUPPORT OF MEMORANDUM
OF LAW IN SUPPORT OF OBJECTION OF SOLUS ALTERNATIVE ASSET
MANAGEMENT LP AND POINTSTATE CAPITAL LP TO ASSERTED
FEES AND EXPENSES OF INDENTURE TRUSTEE**

I, JAMES C. TECCE, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to the NNCC Noteholders in the above-captioned proceeding.

2. I submit this supplemental declaration in support of the Memorandum of Law in Support of Objection of Solus Alternative Asset Management LP and Pointstate Capital LP to Asserted Fees and Expenses of Indenture Trustee . Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Memorandum and supporting papers.

3. Attached to this declaration as Exhibits 1 – 35 are true and correct copies of the following documents:

| Exhibit No. | Document |
|---|---|
| 1. | Law Debenture Trust Company of NY Invoices for February 2009 through September 2016 (with markup). |
| 2. | Dewey & LeBoeuf LLP Invoices for January 2009 through April 2012 (with markup). |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

1

| Exhibit No. | Document |
|---|---|
| 3. | Direction Letter to Law Debenture dated May 4, 2012 (QE_0000589). |
| 4. | Letter from Law Debenture to S. Blauner dated May 9, 2012 (QE_0000594). |
| 5. | Email from S. Blauner to A. Pisa (Milbank) dated May 10, 2012 (QE_0015083). |
| 6. | Email from S. Blauner to J. Ray (Nortel) dated May 15, 2012 (QE_0015087). |
| 7. | Email from D. Lowenthal to L. Sheikh dated Aug. 30, 2012 (IT00007287). |
| 8. | Email from D. Lowenthal to L. Sheikh dated September 7, 2012 (IT0003890). |
| 9. | Patterson Belknap Webb & Tyler LLP Invoices for May 2012 through September 2016 (with markup). |
| 10. | Email from J. Schiffrin to D. Lowenthal dated May 10, 2012 (IT00000008). |
| 11. | Email from D. Lowenthal to D. Lowenthal dated January 16, 2013 (IT00000321). |
| 12. | Borden Ladner Gervais LLP Engagement Letter (IT00007564). |
| 13. | Borden Ladner Gervais LLP Invoices for May 2012 through December 2016 (with markup). |
| 14. | Email from D. Lowenthal to J. Tecce dated September 10, 2014 (QE_0014553). |
| 15. | Email from R. Cunningham to S. Blauner dated December 8, 2011 (QE_0000038). |
| 16. | Email from S. Blauner to J. Ray dated January 13, 2012 (QE_0000040). |
| 17. | Email from D. Holzman to L. Schweitzer dated March 4, 2014 (QE_0011736). |
| 18. | Email from C. Armstrong to L. Schweitzer et al. dated Oct. 15, 2014 (QE_0009484). |

| Exhibit No. | Document |
|---|---|
| 19. | Email from D. Lowenthal to D. Holzman dated July 8, 2016 (QE_0005573). |
| 20. | Email from D. Lowenthal to D. Holzman dated October 13, 2016 (QE_0001071). |
| 21. | Letter Requesting Invoices dated October 14, 2016 (QE_0000743). |
| 22. | Email from J. Tecce to D. Lowenthal dated November 4, 2016 (QE_0001186). |
| 23. | Letter from D. Lowenthal to J. Tecce dated November 14, 2016 (QE_0001178 ). |
| 24. | Letter from J. Tecce to D. Lowenthal dated November 22, 2016 (QE_0001089). |
| 25. | Select Portions Of Tr., Jan. 24, 2017 Hearing. |
| 26. | Email from D. Lowenthal to J. Heaney dated November 21, 2014 (IT0000306). |
| 27. | Email from D. Lowenthal to B. Guiney and C. Dent dated December 24, 2012 (IT00000320). |
| 28. | Email from D. Lowenthal to J. Heaney dated February 1, 2013 (IT00000272). |
| 29. | Email from D. Lowenthal to J. Heaney dated February 4, 2013 (IT00009292). |
| 30. | Email from J. Schiffrin to D. Lowenthal dated February 8, 2013 (IT00000053). |
| 31. | Final Executed Confidentiality Agreement, dated June 10, 2016 (QE_0010376) |
| 32. | Email from D. Lowenthal to J. Tecce dated September 11, 2014 (QE_0012687). |
| 33. | Email from D. Lowenthal to J. Tecce dated October 21, 2014 (QE_0014910). |

4

| Exhibit No. | Document |
|---|---|
| 34. | Email from J. Tecce to D. Lowenthal dated July 15, 2015 (QE_0006653). |
| 35. | Email from D. Lowenthal to J. Heaney dated August 28, 2015 (IT0000309). |

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
February 24, 2017

By: /s/ James C. Tecce
James C. Tecce