# **<u>Exhibit 5</u>**

From: Stephen Blauner
Sent: Thu 5/10/2012 2:21 PM (GMT-04:00)
To: Pisa, Albert A.
Cc: Javier Schiffrin; Ryan Cunningham; Stephen Blauner; MFaltas@nokota.com
Bcc:
Subject: Nortel

Al - Just a quick update on the NNCC 7.875% notes. We (Solus) now own $68,388,000 of the issue; Nokota Capital owns $9,895,000 of the notes; and Citi owns about $10MM (these numbers are for your internal use only). All three of us are represented by Malek Schiffrin (Javier Schiffrin).

Last week we sent a direction letter to the Trustee (Law Debentures) directing the replacement of Dewey & LeBoeuf (for obvious reasons) with K&E. Instead, Law Debentures retained Patterson Belknap (Dan Lowenthal). A little surprising given that we are speaking for almost 60% of the issue, but that's why we love indenture trustees.

Anyhow, I am sending this so you are aware of these developments. Javier has been working with us for the past ten months on this name and is fully up to speed. He will be our representative (not Law Debenture). Given the loss of Dewey and the trustee's selection of a law firm with no background, I expect Javier to play a much more active role in the matter.

Needless to say, your cooperation is appreciated.

Best.

Steve

Stephen J. Blauner

Managing Director

CONFIDENTIAL
QE_0015083

Solus Alternative Asset Management LP

410 Park Avenue

New York, NY 10022

Tel 212-373-1562

Fax 212-284-4320

Cell 917-968-8874

CONFIDENTIAL
QE_0015084