# **Exhibit 6**

From: Stephen Blauner
Sent: Tue 5/15/2012 12:47 PM (GMT-04:00)
To: John Ray
Cc:
Bcc:
Subject: Nortel

John - After a ton of back and forth with Law Debenture regarding counsel (much of which you would have enjoyed), I am resigned to the fact that they simply don't care about the majority holders and will use their new firm (Patterson Belknap). Since about 60% of the holders of the NNCC notes are separately represented by Malek & Schiffrin (Jaffier Schiffrin), I consider Law Debenture irrelevant. (As a sad aside, the new lawyers can't get up to speed because they can't seem to get whatever work product Dewey produced). Anyhow, I have passed this info on to Milbank. Hopefully we haven't missed much in the last few weeks. Schiffrin is reaching out to Al Pisa today.

We are being shown a bunch of severance claims (list of employees below), which we would buy if I can confirm that the persons were not offered alternative employment. Is there someone on your team with this information?

Finally, I heard that someone may be looking to buy a chunk of the Canadian pension claims. Just an FYI.

Steve

James Moore, III

William Peavey, Jr.

David Thibodeaux

Arlene Robbins

Raymond Chang

CONFIDENTIAL

Michael Klebsch

Raymond Owens

Robert M. Piper

Jeffrey Peterson

David Frame

Donald Koehler

Peter Durkee

Dustin Warner

Renae Buckser

Avonda Felix

Rui Xiong

Gordon Taylor

Robert Lavzon

Anjali Varma

Timothy Mendonca

Kristi Legnante

Svjatha Ganapathiraman

Gilbert Vigreux

Krystn Messer

Angelique Farmer

Peter Moyse

Robert Watson

Patricia Walton

CONFIDENTIAL
QE_0015088

Stephanie Green

John Morse

Robert Mark Junor

Charles Grote

Joel McCauley

Ka Wai Chan

Gary Clouse

Lucinda M. Alejo

Paul Klingler

Tim Fischer

Tim Fischer

Jessie Perkins

Andy Dent

Michael Gray

Gary Filippi

Susan Ellis

Charles Grote

Robert Johnson

Blake Crawford

Asia Fazal

Hesham Elbakoury

Jer Jiann Liaw

Carrie French

CONFIDENTIAL
QE_0015089

Stephen J. Blauner

Managing Director

Solus Alternative Asset Management LP

410 Park Avenue

New York, NY 10022

Tel 212-373-1562

Fax 212-284-4320

Cell 917-968-8874

CONFIDENTIAL

QE_0015090