# **Exhibit 7**

Message

| | |
|---|---|
| **From**: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| **Sent**: | 8/30/2012 1:52:06 PM |
| **To**: | 'lsheikh@teamtogut.com' [lsheikh@teamtogut.com] |
| **CC**: | Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| **Subject**: | Nortel -- Dewey Files |
| **Attachments**: | Nortel.pdf |

Lara,

As you know, we represent Law Debenture Trust Company of New York in the Nortel Networks, Inc. bankruptcy case. Law Debenture had originally retained Dewey for the case. But Law Debenture terminated Dewey in May and retained Patterson Belknap. Since then, we have sought to obtain Law Debenture's files located at Dewey. We understand that Dewey has less than a box of documents and also electronic files on a thumb drive. But Dewey is refusing to provide the documents and thumb drive unless Dewey's fees and expenses for its work on the Nortel case are paid.

Attached to this e-mail is Dewey's engagement letter with Law Debenture (which Law Debenture has authorized me to send you). The letter states, "Law Debenture shall only be responsible for payment of Dewey & LeBoeuf invoices, at such time as recoveries are available for purposes of paying Law Debenture and its advisors' fees and expenses incurred in this matter." (Letter at 2.) No recoveries are yet available in the Nortel case. As a result, Dewey cannot be paid at this time.

I would appreciate it if you would explain the situation to Dewey personnel and instruct them to send us the documents and thumb drive. Alex Campbell at Dewey conveyed to my colleague, Craig Dent (copied), Dewey's refusal to send the documents and thumb drive.

Please also let me know if you have any questions or need additional information.

Thanks in advance for your assistance with this.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585

CONFIDENTIAL
IT00007287

Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

CONFIDENTIAL

IT00007288

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019-5389

Lawrence E. Miller, Esq.
Tel : 212-424-8111
Fax: 212-649-0480
Email: lmiller@deweyleboeuf.com

February 18, 2010

**PRIVILEGED AND CONFIDENTIAL**

**BY FEDERAL EXPRESS**

Law Debenture Trust Company of New York
400 Madison Avenue--4th Floor,
New York, NY 10017
Attn: Mr. Robert L. Bice II, Senior Vice President

> Re:  Engagement of Dewey & LeBoeuf, LLP in *In re Nortel Networks, Inc.* pending in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 and *Nortel Networks Limited* (collectively, "Nortel") pending in the Ontario Superior Court of Justice (Commercial List)

Dear Mr. Bice:

This letter will confirm the engagement of Dewey & LeBoeuf LLP to represent Law Debenture Trust Company of New York ("Law Debenture"), effective January 30, 2009, to act as counsel in above-referenced Nortel bankruptcy cases. We understand that you are authorized to engage our firm on behalf of Law Debenture. This engagement letter addresses (1) identification of our client; (2) our services and fees; (3) conclusion of our representation; and (4) conflicts of interests. We have a long history of working together and we look forward to working with you in this matter.

**1.  Client**

The client in this engagement will be Law Debenture and our duty of loyalty will be only to Law Debenture. We will not be representing any parents, subsidiaries, affiliates, officers, directors, or employees of Law Debenture, and those other entities or individuals will be deemed to have separate interests from Law Debenture with respect to this matter and any future matter.

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | BEIJING | BOSTON | BRUSSELS | CHICAGO | DOHA | DUBAI
FRANKFURT | HONG KONG | HOUSTON | JOHANNESBURG (PTY) LTD. | LOS ANGELES | MADRID | MILAN | MOSCOW
PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | SILICON VALLEY | WARSAW

CONFIDENTIAL
IT00007289

Mr. Robert L. Bice, II
February 18, 2010
Page 2

## 2. Services, Fees and Staffing

We will represent Law Debenture in all bankruptcy-related matters in the above-referenced cases and coordinate our efforts with any other agents and representatives of Law Debenture, including conflicts counsel and co-counsel (in the NNL Canadian proceedings) involved in this matter. Specifically, our services for this engagement shall include monitoring and appearing in the Nortel cases, preserving and/or litigating Law Debenture's rights, claims, interests and defenses, as applicable, in the Nortel cases, and providing such other services as may be appropriate or may be requested in connection with this matter from time to time.

We will provide legal services to you in connection with this engagement. You are not relying on us for, and we are not providing, any business, investment, or accounting decisions. We will represent Law Debenture by using lawyers and other professional staff who are suited to handle issues as they arise. Our bills for our professional services will be based upon the hourly rates for our lawyers and professional staff in effect at the time the services are rendered. The lawyers who will work on this matter currently have hourly billing rates ranging from $650 to $850 per hour. From time to time, we will also be using paraprofessionals, who currently have hourly billing rates from $225 to $265 per hour. Our bills also include charges for our out-of-pocket expenses (such as travel, postage, fees for overtime work, and temporary services) and for our non-professional services (such as messenger delivery, telephone calls, library services, telecopying, computerized research facilities, and document duplication) in connection with our representation of you. Extraordinary or significant out-of-pocket expenses (for transcripts, experts, or consultants) may be billed to you directly by the provider of those services.

For the present, the Dewey & LeBoeuf team will consist of myself, Lewis S. Rosenbloom, Maria A. Dantas, and Mohsin N. Khambati. From time to time, and as the need arises, I may rely upon one or more additional attorneys.

Law Debenture shall only be responsible for payment of the Dewey & LeBoeuf invoices, at such time as recoveries are available for purposes of paying Law Debenture and its advisors' fees and expenses incurred in this matter. If you have any questions or comments concerning our services or charges during the course of our representation, please bring them to my attention so that any problems can be quickly resolved.

## 3. Conclusion of Representation

Law Debenture has the right to terminate our representation at any time upon written notice. We reserve the right to withdraw from the representation at any time consistent with the rules of professional responsibility.

Mr. Robert L. Bice, II
February 18, 2010
Page 3

### 4. Conflicts of Interests/Other Clients

We have a long-standing relationship with Law Debenture, and done our standard check to assure that no new client raises a conflict issue. Dewey & LeBoeuf LLP is a global law firm with 27 offices in over 12 countries. We represent a broad spectrum of clients spanning several different industries. Our work for Law Debenture shall not preclude the Firm from representing other clients who may have business dealings with or interests adverse to the Nortel Debtors or Law Debenture, provided that the Firm does not represent such other clients adversely to Law Debenture. We will notify you promptly if we agree to represent another creditor or party-in-interest relating to the Nortel Debtors. Confidential information obtained from Law Debenture will not be shared with any other current or future client of the Firm.

Please signify your agreement to these terms of engagement by signing this letter on the line indicated below on behalf of Law Debenture, and returning it to me. Upon your acceptance, these terms and conditions shall apply retroactively to the date we first performed services on your behalf in the above-referenced matter.

As noted above, we have a long and successful history of working with you and Law Debenture. We value this relationship and are very pleased to have this opportunity to serve you again. If you have any questions regarding this letter, please feel free to call me.

Very truly yours,

Lawrence E. Miller

Agreed:

Law Debenture Trust Company of New York

By: _____

Robert L. Bice II
Senior Vice President

CONFIDENTIAL                                                                                     IT00007291