Page 6
Invoice No. 785183
November 20, 2013
L0353-000007

| 10/23/13 | BPG | Follow-up C. Dent and D. Lowenthal re: deposition coverage (.2); review clawback notices and follow-up (.1); attention to e-mails related to scheduling (.1). | 0.40 | $266.00 |
| 10/23/13 | CWD | E-mails re deposition schedule, OC B. Guiney re same (.2). | 0.20 | $101.00 |
| 10/23/13 | DAL | Review depositions scheduled and determine which to monitor (.9); monitor David Davis deposition (1.5). | 2.40 | $2,064.00 |
| 10/24/13 | BPG | Prepare for and participate on weekly Committee call (.5). | 0.50 | $332.50 |
| 10/24/13 | CWD | Monitoring Binning deposition, e-mails w/D. Lowenthal and B. Guiney re same, TC D. Lowenthal re same (3.7). | 3.70 | $1,868.50 |
| 10/24/13 | DAL | Committee call (.5); review Dinning deposition summary (.5). | 1.00 | $860.00 |
| 10/25/13 | BPG | Monitor Beatty deposition, for part (3.2); work on summaries for next week's depositions (.4); review claim objection, TC D. Lowenthal re: same, TC B. Kahn re: same, follow-up re: same (.9). | 4.50 | $2,992.50 |
| 10/25/13 | CWD | TC D. Lowenthal re claims objection, begin reviewing same, OC same re same (1.0). | 1.00 | $505.00 |
| 10/25/13 | DAL | Review hearing Agenda (.2); initial review of WT proof of claim objection (.8); e-mail J. Heaney re same (.2). | 1.20 | $1,032.00 |
| 10/27/13 | DAL | E-mails with M. Riela, F. Hodara, and D. Botter re WT objection (.3). | 0.30 | $258.00 |
| 10/28/13 | BPG | Exchange e-mails re: WT motion, OC D. Lowenthal re: same and follow-up (.8); work on letter to J. Gross re: same (3.6); finalize and circulate same (.5). | 4.90 | $3,258.50 |
| 10/28/13 | CWD | E-mails re WT objection, OC B. Guiney re same, reviewing draft letter to J. Gross re same (.9); e-mails re depositions, OC B. Guiney re same (.2). | 1.10 | $555.50 |

Page 7
Invoice No. 785183
November 20, 2013
L0353-000007

| 10/28/13 | DAL | Outline issues for research re WT claims objection (.7); e-mail to M. Riela, F. Hodara, and D. Botter re WT objection (.1); review scheduled depositions (.1); outline draft letter to J. Gross (.2); conf. call re WT objection (.6); follow-up re same (.9). | 2.60 | $2,236.00 |
|---|---|---|---|---|
| 10/29/13 | BPG | TC D. Lowenthal and J. Schiffrin re: claim objection, follow-up re: same, OC D. Lowenthal re: same and additional follow-up (.8); revise letter to J. Gross and re-circulate (.6); review docket and 9019 motions (.2). | 1.60 | $1,064.00 |
| 10/29/13 | CWD | Reviewing docket (.1); reviewing draft letter to J. Gross, OC B. Guiney re same (.3); monitoring omnibus hearing (for part) (1.2). | 1.60 | $808.00 |
| 10/30/13 | CWD | E-mails re revised letter to J. Gross, reviewing same, follow-up re same (.4). | 0.40 | $202.00 |
| 10/30/13 | DAL | Draft response to WT claim objection (2.0); TC with bondholder's counsel (.2); memos to J. Heaney (1.0). | 3.20 | $2,752.00 |
| 10/31/13 | BPG | Work on letter to J. Gross (.4); prepare for and participate on weekly Committee call, follow-up re: same (1.0). | 1.40 | $931.00 |
| 10/31/13 | CWD | Monitoring Stevenson deposition (for part), e-mails re same w/D. Lowenthal and B. Guiney (3.7); e-mails re draft letter to J. Gross, revising same (.2). | 3.90 | $1,969.50 |
| 10/31/13 | DAL | TC with holder's counsel (.5); Committee call (1.3); e-mails with S. Miller re WT objection (.2); work on response to WT objection (.1). | 2.10 | $1,806.00 |

Total Services    119.30    $86,596.00

| Daniel A Lowenthal | 55.70 | hours at | $860.00 | $47,902.00 |
|---|---|---|---|---|
| Craig W. Dent | 22.50 | hours at | $505.00 | $11,362.50 |
| Brian P. Guiney | 41.10 | hours at | $665.00 | $27,331.50 |

Page 8
Invoice No. 785183
November 20, 2013
L0353-000007

Filing Fees/Index Fees                263.00
Lexis Electronic Research              42.36
Outside Professional Services          58.00
Reproduction                            4.35

                    Total Expenses            $367.71

                    Total This Invoice        $86,963.71

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 787409
December 13, 2013
FEI No. 13-5622951

Re: NORTEL

L0353-000007

CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
November 30, 2013 In Connection With The Following:

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/1/13 | BPG | Confer with D. Lowenthal and S. Miller re: objection, follow-up re: same, consider same (.5). | 0.50 | $332.50 |
| 11/1/13 | CWD | Monitoring Stevenson deposition (for part), e-mails re same w/D. Lowenthal and B. Guiney (1.9); reviewing Agenda for 11/5 hearing, e-mails re same w/D. Lowenthal (.1). | 2.00 | $1,010.00 |
| 11/1/13 | DAL | Prepare for and participate in call with re Akin, Milbank, and Latham re WT objection (1.0); analysis re WT objection with B. Guiney and S. Miller (for part) (2.7); e-mails with holder's counsel re next steps re WT (.3); updated legal research assignment for response to WT objection (.2). | 4.20 | $3,612.00 |
| 11/3/13 | BPG | Work on letter per D. Lowenthal, research additional issues (1.9); follow-up re: deposition schedule (.2). | 2.10 | $1,396.50 |
| 11/3/13 | CWD | E-mails re letter to J. Gross and related research (.2). | 0.20 | $101.00 |
| 11/3/13 | DAL | E-mails with B. Guiney and C. Dent re legal research (.1); revise letter to J. Gross (.6). | 0.70 | $602.00 |
| 11/4/13 | BPG | Attention to deposition of D. Drinkwater (.2); OC C. Dent re: open issues and follow-up (.3); TC D. Lowenthal re: same (.3); follow-up re: Drinkwater deposition (.2). | 1.00 | $665.00 |

Page 2
Invoice No. 787409
December 13, 2013
L0353-000007

| | | | | |
|---|---|---|---|---|
| 11/4/13 | CWD | OC B. Guiney re Nortel research, follow-up re same (1.8). | 1.80 | $909.00 |
| 11/4/13 | DAL | Work on WT issues (1.2); review depositions this week (.5). | 0.70 | $602.00 |
| 11/5/13 | BPG | Monitor Orlando deposition, (for part), circulate notes re: same (2.2); TC D. Lowenthal re: open issues and follow-up (.3); TC C. Dent re: research issues and follow-up (.2); follow-up same re: briefing (.1); additional follow-up C. Dent re: research issues, review certain cases re: same (.5). | 3.30 | $2,194.50 |
| 11/5/13 | CWD | Reviewing docket, OC D. Lowenthal re 11/5 hearing (.2); follow-up research re claim objection, OC B. Guiney re same, drafting summary e-mail to same and D. Lowenthal re same (2.3); follow-up re post-petition interest issues (.6). | 3.10 | $1,565.50 |
| 11/5/13 | DAL | TC F. Hodara re call to discuss WT objection (.2); leave detailed messages for A. Pisa and M. Riela (.1); multiple e-mails with Akin, Milbank, and Latham re adjournment of call (.2); monitor Court hearing (.7); attention to discovery issue with C. Dent (.1); memo to team re next steps re WT objection (.4); analyze PPI case law and WT objection (4.7). | 6.40 | $5,504.00 |
| 11/6/13 | BPG | OC D. Lowenthal re: PPI objection and follow-up (.6); participate on call re: response to WT motion, follow-up re: same (.8); identify certain cases and follow-up (.2); additional research per D. Lowenthal (.6); begin drafting brief (1.2). | 3.40 | $2,261.00 |
| 11/6/13 | CWD | Monitoring Orlando deposition (for part), e-mails re same w/D. Lowenthal and B. Guiney (1.7); OC D. Lowenthal re WT objection and related issues (.2); follow-up re caselaw re WT objection, OC L. Carvalho re same (.7). | 2.60 | $1,313.00 |

Page 3
Invoice No. 787409
December 13, 2013
L0353-000007

| | | | | |
|---|---|---|---|---|
| 11/6/13 | DAL | Confer with B. Guiney and C. Dent re WT objection (1.2); review case law (3.8);TCs with other counsel re WT objection (.5); memo to J. Heaney (.5); revise arguments; e-mails with Akin re call to discuss next steps (.2). | 6.20 | $5,332.00 |
| 11/6/13 | LC | Organization of documents in connection with WT objection as per request of C. Dent (5.0). | 5.00 | $1,175.00 |
| 11/7/13 | BPG | Work on WT brief (.5); continue working on WT brief (.8); TC re: objection with D. Lowenthal and Akin team, follow-up D. Lowenthal re: same (.8); continue working on brief (2.2); participate on weekly Committee call (.5); follow-up re: objection, confer D. Lowenthal re: same, C. Dent re: same (.3). | 5.10 | $3,391.50 |
| 11/7/13 | CWD | OC B. Guiney re brief research, follow-up re same (.6); Committee call (for part), OC D. Lowenthal re same (.3). | 0.90 | $454.50 |
| 11/7/13 | DAL | Review case law re WT objection (1.0); TC Akin re WT objection (.2); e-mails and tc M. Riela re same (.2); e-mail WT's counsel suggesting a meet and confer (.2); outline objection issues with B. Guiney (for part) (.4); review upcoming depositions to monitor (.5); review letter from NNUK Pension Plan's counsel to Monitor's counsel re alleged conflict of interest (.2); prepare for and participate in Committee call (1.0); work further on WT issues (.7). | 4.40 | $3,784.00 |
| 11/7/13 | LC | Organization of documents in connection with WT objection as per request of C. Dent (7.6). | 7.60 | $1,786.00 |
| 11/8/13 | BPG | TC C. Dent re: depositions (.1); follow-up D. Lowenthal re: objection and other issues (.2). | 0.30 | $199.50 |
| 11/8/13 | CWD | Reviewing docket (.1); TC Ellen Grauer re depositions, OC D. Lowenthal re same and follow-up re same (.3); OC D. Lowenthal re WT objection (.1). | 0.50 | $252.50 |

Page 4
Invoice No. 787409
December 13, 2013
L0353-000007

| 11/8/13 | DAL | E-mails with counsel to set up conference call re WT claim (.3); review Goodman's letter re conflict issues (.2); work on draft response to WT objection (2.7). | 3.20 | $2,752.00 |
|---|---|---|---|---|
| 11/10/13 | DAL | Draft response to WT claim objection (2.00). | 2.00 | $1,720.00 |
| 11/11/13 | BPG | Prepare for and participate on conference call re: objection, follow-up re: same (.8); follow-up C. Dent re: same (.1); obtain PPI brief and begin outlining same (.2); work on deposition calendar (.5). | 1.60 | $1,064.00 |
| 11/11/13 | CWD | OC B. Guiney re WT call (.1); e-mails re depositions (.1). | 0.20 | $101.00 |
| 11/11/13 | DAL | Conf call with WT's counsel and counsel for the US Debtors, Committee, BNY Mellon and ad hocs to discuss WT objection and follow-up with B. Guiney (1.0); work on fee statement (.5); draft response to WT claim objection (3.4); TC holders' counsel re WT objection issues (.2). | 5.10 | $4,386.00 |
| 11/12/13 | BPG | Monitor deposition of P. Look (for part) (1.8); TC D. Lowenthal re: same and re: open issues (.1); review e-mails and follow-up B. Kahn re: conference (.2); work on PPI brief (1.4); work on procedural brief (1.2); follow-up D. Lowenthal re: same (.2). | 4.90 | $3,258.50 |
| 11/12/13 | DAL | Draft opposition to WT claim objection (3.6); review draft motion to adjourn and e-mails with counsel for Committee counsel re same (.4). | 4.00 | $3,440.00 |
| 11/13/13 | BPG | Review revised motion, consider same with D. Lowenthal, follow-up re: same, attention to issuer question (.6); work on PPI brief, follow-up D. Lowenthal re: same (1.2); TC D. Lowenthal re: e-mails related to status conference (.1). | 1.90 | $1,263.50 |

| | | | | |
|---|---|---|---|---|
| 11/13/13 | DAL | Review updated motion to adjourn and work on response to objection (2.6); e-mails with holders' counsel re WT status conference (.1); review response to WT claims objection and prepare for Court status conference (1.2); confer with B. Guiney re court hearing (.2). | 4.10 | $3,526.00 |
| 11/14/13 | BPG | Prepare for and participate on weekly committee call, follow-up re: same, follow-up re: conference (1.5); review draft motion and extended timetable (.2); participate on conference call re: status conference and follow-up re: same (.5); follow-up re: Monitor's reservation of rights (.1); OC C. Dent re: open issues (.1). | 2.40 | $1,596.00 |
| 11/14/13 | DAL | Court hearing (.2); Committee call; group call re status conference (.5); review Monitor's reservation of rights (.2); review updated hearing Agenda (.1). | 2.20 | $1,892.00 |
| 11/15/13 | BPG | Review docket (.1); OC D. Lowenthal re: conference (.2); follow-up re: same (.2). | 0.50 | $332.50 |
| 11/15/13 | DAL | Prepare for and participate in Court status conference and follow-up with J. Heaney and counsel for holder (2.3); review report from Committee's counsel (.1); attend to deposition issues (.6). | 3.00 | $2,580.00 |
| 11/16/13 | BPG | Review docket, review emails related to discovery and other issues (.3); update deposition chart (.8). | 1.10 | $731.50 |
| 11/17/13 | DAL | Review summaries of upcoming depositions to consider which to monitor/attend (.9); review letters from Canadian counsel re alleged conflict issue and US Debtors' response (.3); e-mail to B. Guiney and C. Dent re deposition issue (.1). | 1.30 | $1,118.00 |

Page 6
Invoice No. 787409
December 13, 2013
L0353-000007

| 11/18/13 | BPG | Attention to deposition issues (.1); review docket (.1); follow-up D. Lowenthal re: deposition schedule (.1); review objection to motion, follow-up re: same, attention to e-mails re: same, follow-up C. Dent and D. Lowenthal re: same (.6). | 0.90 | $598.50 |
| 11/18/13 | CWD | E-mails re depositions (.1); reviewing docket (.1); e-mails and follow-up re clawback requests (.2); revising fee statement (.4); reviewing Ad Hoc Bondholder Group's objection to motion to amend allocation protocol, e-mails re same, OC D. Lowenthal re same (.7). | 1.50 | $757.50 |
| 11/18/13 | DAL | Review hearing Agenda (.2); work on deposition issues (.4); review papers in preparation for Court hearing (.3); confer with B. Guiney re upcoming depositions and Court hearing (.2); review bondholder response to motion to extend trial schedule and follow-up (.7); e-mail J. Heaney re same (.1); e-mail Committee re same (.1); TC Akin re bondholders' opposition (.2); e-mail update to J. Heaney (.3); confer with C. Dent (.5); memo to files re Court hearing on WT's claim objection (.2); prepare for Court hearing (.2). | 3.40 | $2,924.00 |
| 11/19/13 | BPG | Follow-up re: hearing (.1); attention to report from hearing, attention to fee issues and follow-up (.4); additional follow-up related to same, including e-mails with D. Lowenthal and OC C. Dent (.5). | 1.00 | $665.00 |
| 11/19/13 | CWD | E-mails from Committee re hearing and bondholder issues (.2); reviewing e-mails re deposition calendar (.2); reviewing docket (.1); TC D. Lowenthal and S. Miller re 11/19 hearing and fee issues, follow-up re same, TC E. Lamek and J. Heaney re same, e-mails re same w/accounting department, TC B. Kahn and D. Lowenthal re same, drafting e-mail to Goodmans re same, e-mails w/same re same, OC B. Guiney re same (2.8); OC D. Lowenthal re 11/19 hearing (.2). | 3.50 | $1,767.50 |

Page 7
Invoice No. 787409
December 13, 2013
L0353-000007

| 11/19/13 | DAL | Prepare for and attend Court hearing and related follow-up (7.5); detailed work to obtain and produce fee information requested by J. Morawetz, including confer with S. Miller, TCs and e-mails with B. Guiney and C. Dent, and review draft e-mail to Goodmans (3.0). | 10.50 | $9,030.00 |
| --- | --- | --- | --- | --- |
| 11/20/13 | CWD | Follow-up re clawback requests (.1); reviewing docket and UK Pension letter to J. Gross (.2); e-mails w/S. Miller re fee certification (.2); TC C. Armstrong re fee certification, OC B. Guiney re same, TC D. Lowenthal re same, drafting letter to Goodmans re same (1.9); revising fee statement, e-mail to D. Lowenthal re same (.2). | 2.60 | $1,313.00 |
| 11/20/13 | DAL | Work on billing issues (.2); review UK Pension claimants' pleading (.4); attention to J. Morawetz's request for fee information, including e-mail from C. Dent and TC with C. Dent reporting on his call with C. Armstrong (.4); revise and complete letter to Goodmans re fees billed for allocation proceeding per request for J. Morawetz (1.0). | 2.00 | $1,720.00 |
| 11/21/13 | BPG | Participate on weekly Committee call and follow-up (1.0); follow-up C. Dent re: submission to J. Morawetz, review same (.2). | 1.20 | $798.00 |
| 11/21/13 | CWD | Reviewing docket (.2); Committee call, OC D. Lowenthal and B. Guiney re same (1.0). | 1.20 | $606.00 |
| 11/21/13 | DAL | Committee call (1.0); follow-up with Akin re deposition summaries (.1); review revised litigation schedule (.7); work on fee statement (.8). | 2.60 | $2,236.00 |
| 11/22/13 | BPG | Review docket, review order on litigation timetable (.1); confer D. Lowenthal re: fees and expenses (.2); follow-up re: upcoming depositions (.1). | 0.40 | $266.00 |
| 11/22/13 | CWD | E-mails re fee filing, reviewing same, OC D. Lowenthal re same (.4). | 0.40 | $202.00 |

Page 8
Invoice No. 787409
December 13, 2013
L0353-000007

| | | | | |
|---|---|---|---|---|
| 11/22/13 | DAL | Review proposed Order amending allocation trial schedule and e-mail same to J. Heaney (1.6); review deposition schedule to determine which to monitor (.9); analysis of fee report (1.6). | 4.10 | $3,526.00 |
| 11/25/13 | BPG | Monitor Weisz deposition (for part) (2.3); continue monitoring same (1.6); continue monitoring same and circulate notes re: same (.3). | 4.40 | $2,926.00 |
| 11/25/13 | DAL | Review e-mails re amended scheduling Order (.3). | 0.30 | $258.00 |
| 11/26/13 | BPG | Follow-up re: Weisz depo (.1); follow-up re: McDonald depo and other issues (.1). | 0.20 | $133.00 |
| 11/26/13 | DAL | Monitor the Monitor's deposition (6.8); e-mails with F. Hodara re deposition summaries (.1). | 6.90 | $5,934.00 |
| 11/27/13 | DAL | Deposition analysis (.6); review scheduling Order re Canadian employees' motion to file late filed claims (.3); review hearing Agenda and related matters (.4); review updated schedule re allocation proceeding (.8). | 2.10 | $1,806.00 |

|  |  | Total Services | 148.70 | $105,670.50 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Daniel A Lowenthal | 79.40 | hours at | $860.00 | $68,284.00 |
| Craig W. Dent | 20.50 | hours at | $505.00 | $10,352.50 |
| Brian P. Guiney | 36.20 | hours at | $665.00 | $24,073.00 |
| Leonardo Carvalho | 12.60 | hours at | $235.00 | $2,961.00 |

| | |
|---|---|
| Deposition Transcripts | 86.00 |
| Filing Fees/Index Fees | 402.00 |
| Lexis Electronic Research | 604.18 |
| Outside Professional Services | 105.70 |
| Tvl. Transportation/Lodging | 277.00 |

|  | Total Expenses | $1,474.88 |
|---|---|---|

|  | Total This Invoice | $107,145.38 |
|---|---|---|

6591987v.3

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Re: NORTEL

Invoice No. 789520
January 14, 2014
FEI No. 13-5622951

L0353-000007

## CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
December 31, 2013 In Connection With The Following:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/2/13 | BPG | Review docket (.1); confer C. Dent re: open issues (.1); review notes from McDonald deposition (.1); update deposition summary spreadsheet and follow-up D. Lowenthal re: same (.9). | 1.20 | $798.00 |
| 12/2/13 | CWD | Reviewing docket (.4); reviewing Core Party e-mails re revised scheduling Order (.2); TC D. Lowenthal re omnibus hearing, follow-up re same (.2); TC and OC B. Guiney re depositions, follow-up re deposition calendar (.5). | 1.30 | $656.50 |
| 12/2/13 | DAL | Attention to deposition issues (3.1). | 3.10 | $2,666.00 |
| 12/3/13 | BPG | Attention to deposition schedule, consider same with C. Dent and D. Lowenthal (.1); confer C. Dent re: clawback notices (.1). | 0.20 | $133.00 |
| 12/3/13 | CWD | TC B. Guiney re clawback request issue (.1); e-mails re Committee call and deposition calendar (.1). | 0.20 | $101.00 |
| 12/3/13 | DAL | Work on project list (.2). | 0.20 | $172.00 |
| 12/5/13 | BPG | Prepare for and participate on Committee call, follow-up re: same (1.4); follow-up re: depositions, other open issues (.5); monitor Doolittle deposition (for part), circulate notes re: same (2.3). | 4.20 | $2,793.00 |

6623490v.3

Page 2
Invoice No. 789520
January 14, 2014
L0353-000007

| 12/5/13 | CWD | Monitoring Doolittle deposition (for part), e-mails re same to D. Lowenthal and B. Guiney, OC B. Guiney re same (1.7). | 1.70 | $858.50 |
|---------|-----|------|------|---------|
| 12/5/13 | DAL | Review update re Committee call and deposition report (1.1). | 1.10 | $946.00 |
| 12/6/13 | BPG | Attention to e-mails re: discovery (.2). | 0.20 | $133.00 |
| 12/6/13 | CWD | E-mails re clawback requests and Doolittle deposition (.1). | 0.10 | $50.50 |
| 12/6/13 | DAL | Work on escrowed funds issue (.8); review Third Circuit decision (1.5); attention to fee issues (.3). | 2.60 | $2,236.00 |
| 12/9/13 | CWD | Reviewing docket (.1); revising monthly fee statement, note to accounting department re same (.2). | 0.30 | $151.50 |
| 12/11/13 | BPG | Attention to e-mails re: meet and confer, representative party depositions (.2); confer C. Dent re: same (.1); confer D. Lowenthal re: same (.1). | 0.40 | $266.00 |
| 12/11/13 | CWD | E-mails re representative party depositions and meet and confer (.5); reviewing docket (.1). | 0.60 | $303.00 |
| 12/11/13 | DAL | Attention to representative party depositions, including review of multiple e-mails re same and upcoming allocation trial scheduling issues (2.8); prepare for Committee call (.5). | 3.30 | $2,838.00 |
| 12/12/13 | BPG | Attention to e-mails re: meet and confer, representative party depositions (.2); review agenda and prepare for Committe call (.1); participate on Committee call and follow-up (1.5); follow-up C. Dent re: trial protocol, Ray deposition, review trial protocol and follow-up re: same (.4); additional e-mails and follow-up re: trial preparation and depositions (.2). | 2.40 | $1,596.00 |

Page 3
Invoice No. 789520
January 14, 2014
L0353-000007

| 12/12/13 | CWD | E-mails re meet and confer and representative party depositions (.3); TC B. Guiney re Committee call, TC D. Lowenthal re depositions and allocation trial, follow-up re same (.3); reviewing trial protocol and litigation timetable re same, leave message for M. Riela re same, TC R. Johnson re same, TC M. Riela re same, OC B. Guiney re same (1.2); finalizing fee statement (.2). | 2.00 | $1,010.00 |
| 12/12/13 | DAL | Attention to deposition issues and trial scheduling issues (2.7); Committee call (1.0). | 3.70 | $3,182.00 |
| 12/13/13 | BPG | Attention to e-mails re: settlement, review same and follow-up (.6); follow-up re: Ray deposition (.2). | 0.80 | $532.00 |
| 12/13/13 | CWD | Monitoring Ray deposition (for part), e-mails re same w/D. Lowenthal and B. Guiney (2.5); e-mails from Committee re EMEA settlement; reviewing docket and Agenda for upcoming omnibus hearing, TC D. Lowenthal re same (.1); e-mails re representative party depositions and question lists (.3). | 2.90 | $1,464.50 |
| 12/13/13 | DAL | Work on fee statement (1.0); review draft settlement agreement with EMEA Debtors and UK Pension parties (1.6). | 2.60 | $2,236.00 |
| 12/14/13 | CWD | E-mails and follow-up re representative party deposition question lists (.3). | 0.30 | $151.50 |
| 12/15/13 | CWD | E-mails re representative party depositions (.1). | 0.10 | $50.50 |
| 12/16/13 | BPG | Review revised motion and settlement agreement (.3); confer C. Dent re: open issues (.1); review e-mails re: representative witnesses (.1); attention to final version of EMEA settlement, follow-up e-mails re: same (.2). | 0.70 | $465.50 |
| 12/16/13 | CWD | E-mails re representative party depositions, reviewing amended list re same (.3); revising draft trial protocol, e-mails re same w/D. Lowenthal and M. Riela (.5); reviewing docket (.1). | 0.90 | $454.50 |

Page 4
Invoice No. 789520
January 14, 2014
L0353-000007

| 12/16/13 | DAL | Review updated EMEA settlement papers, e-mail Law Debenture and Akin re same, review Goodmans and WT e-mail re trial protocol, e-mail Law Debenture re same; TC and e-mails with C. Dent re same; e-mail M. Riela re same (1.3). | 1.30 | $1,118.00 |
| 12/17/13 | BPG | Review C. Dent changes to trial protocol and follow-up (.3); follow-up C. Dent re: same, re: other open issues (.3); review e-mails re: discovery, follow-up re: meet and confer (.2); review docket (.1); additional follow-up C. Dent re: trial protocol and review comments to same (.2); review Cleary draft trial protocol and follow-up re: same (.6). | 1.70 | $1,130.50 |
| 12/17/13 | CWD | Revising Canadian Debtors' draft trial protocol, OC B. Guiney re same, e-mails re same w/D. Lowenthal, B. Guiney, M. Riela and J. Rosenthal, TC D. Lowenthal re same (.8); reviewing US Debtors' draft protocol, e-mails re same w/D. Lowenthal and B. Guiney (.9). | 1.70 | $858.50 |
| 12/17/13 | DAL | Review US Debtors' settlement motion with EMEA Debtors and UK Pension parties (.5); revise trial protocol (1.1); send draft to US Debtors and Committee counsel (.5); review US Debtors' trial protocol (.7). | 2.80 | $2,408.00 |
| 12/18/13 | BPG | Review docket, attention to e-mails re: trial protocol (.2); review letters related to discovery and representative witness depositions (.4); follow-up re: trial protocol (.1). | 0.70 | $465.50 |
| 12/18/13 | CWD | TC D. Lowenthal re draft trial protocols and related issues (.1); reviewing e-mails and letters re representative party depositions, OC D. Lowenthal re same (.3). | 0.40 | $202.00 |
| 12/18/13 | DAL | Attention to Debtors' draft trial protocol (1.6); TC and e-mails with Debtors' counsel re same (.2); e-mail J. Heaney re upcoming meet and confer re trial protocol (.8); review letters re deposition witnesses (.2). | 2.80 | $2,408.00 |

Page 5
Invoice No. 789520
January 14, 2014
L0353-000007

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/13 | BPG | Review e-mails re: meet and confer, follow-up re: same (.2); review agenda for Committee call, participate on same, circulate notes re: same (.7); follow-up C. Dent and D. Lowenthal re: meet and confer (.1); additional follow-up re: same (.2). | 1.20 | $798.00 |
| 12/19/13 | CWD | E-mails re representative party depositions and letters re same (.3); group call re trial protocols, TC D. Lowenthal re same (1.6); e-mails re Committee call (.1). | 2.00 | $1,010.00 |
| 12/19/13 | DAL | Core Parties' call re trial protocol (2.2); e-mail to J. Heaney re same (.2). | 2.40 | $2,064.00 |
| 12/20/13 | BPG | Confer C. Dent re: quarterly client update, draft same, follow-up re: same (1.8). | 1.80 | $1,197.00 |
| 12/20/13 | CWD | OC B. Guiney re client update, follow-up re same, revising same (1.2); reviewing docket (.2). | 1.40 | $707.00 |
| 12/21/13 | CWD | Revising case update, e-mails re same (.2). | 0.20 | $101.00 |
| 12/22/13 | DAL | Revise client update (1.0). | 1.00 | $860.00 |
| 12/23/13 | BPG | Review final version of quarterly client update (.1); review letters to Court and correspondence re: same, follow-up re: same (.6). | 0.70 | $465.50 |
| 12/23/13 | CWD | OC B. Guiney re representative party depositions and Court filings (.1); reviewing docket (.1). | 0.20 | $101.00 |
| 12/24/13 | BPG | Review additional letters to Court, follow-up re: hearing (.5). | 0.50 | $332.50 |
| 12/24/13 | CWD | Reviewing e-mails and letters re representative party depositions and 1/7 hearing (.2). | 0.20 | $101.00 |
| 12/30/13 | BPG | Review docket (.1); review e-mails re: meet and confer, re: motion to Canadian Court, TC C. Dent re: same, follow-up D. Lowenthal re: same (.3); review M. Riela comments to trial protocol, follow-up re: same (.3). | 0.70 | $465.50 |
| 12/30/13 | CWD | TC B. Guiney re trial protocol, e-mails re same (.1). | 0.10 | $50.50 |

Page 6
Invoice No. 789520
January 14, 2014
L0353-000007

| 12/31/13 | BPG | Confer D. Lowenthal re: status and follow-up (.1); review US Debtors' motion in Canada, review e-mails related to same (.4). | 0.50 | $332.50 |
| 12/31/13 | DAL | Attention to US Debtors' motion re representative party depositions (.3). | 0.30 | $258.00 |

|  |  | Total Services | 61.70 | $43,678.50 |

| Daniel A. Lowenthal | 27.20 | hours at | $860.00 | $23,392.00 |
| Craig W. Dent | 16.60 | hours at | $505.00 | $8,383.00 |
| Brian P. Guiney | 17.90 | hours at | $665.00 | $11,903.50 |

| Deposition Transcripts | 925.00 |
| Filing Fees/Index Fees | 30.00 |
| Local Travel & Fares | 132.16 |
| Outside Professional Services | 5,988.00 |
| Reproduction | 11.00 |
| Tvl. Transportation/Lodging | 10.30 |

Total Expenses          $7,096.46

Total This Invoice          $50,774.96

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 791320
February 14, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

---

## CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
January 31, 2014 In Connection With The Following:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/14 | CWD | Reviewing BNY mark-up of draft trial protocol and OC D. Lowenthal re same (.8); reviewing docket and Court calendar, follow-up re 1/7 hearing (.1); reviewing letters re motion to dispense with representative party discovery (.3). | 1.20 | $684.00 |
| 1/2/14 | DAL | Attention to upcoming meet and confer and Court hearing with C. Dent (for part) (.3). | 0.30 | $268.50 |
| 1/3/14 | BPG | Review pleadings and e-mails i/c/w representative party depositions (1.2); review docket, review Canadian pleadings related to settlement agreement (.5). | 1.70 | $1,173.00 |
| 1/3/14 | CWD | Reviewing e-mails and factums re representative party depositions (.3); reviewing Canadian estate's supplemental response and limited objection to U.S.-EMEA settlement, e-mails re same w/D. Lowenthal (.3). | 0.60 | $342.00 |
| 1/3/14 | DAL | Attention to US Debtors' motion re representative party depositions, including review of multiple pleadings filed by Core Parties in both Delaware and Toronto (4.4); review motion papers and responses re US Debtors' motion to settle with EMEA (2.0); review hearing Agenda (.2); e-mails with S. Miller re hearing (.1). | 6.70 | $5,996.50 |

Page 2
Invoice No. 791320
February 14, 2014
L0353-000007

| 1/6/14 | BPG | Review CCC e-mails from D. Lowenthal (.2); review leave to file reply and proposed reply, follow-up (.3); review Committee joinder, follow-up re: same (.2); OC D. Lowenthal re: open issues (.2); confer C. Dent re: trial protocol, meet and confer, other open issues (.2); review U.S. Debtors' letter re: representative party depositions (.3); review Agenda, follow-up re: hearing, follow-up re: Court Call (.1). | 1.50 | $1,035.00 |
| 1/6/14 | CWD | Reviewing e-mails and filings re January 7 hearing, TC D. Lowenthal re same, OC D. Lowenthal and B. Guiney re same (1.4); reviewing docket (.4). | 1.80 | $1,026.00 |
| 1/6/14 | DAL | Review additional motion papers filed re US Debtors'-EMEA settlement and US Debtors' motion to eliminate representative party depositions (4.5); TC S. Miller January 7 Court hearing (.3); review Agenda (.2); e-mail Core Parties re meet and confer (.2); email J. Heaney re Court hearing (.2); prepare for same (.8). | 6.20 | $5,549.00 |
| 1/7/14 | BPG | Attention to hearing, follow-up re: reservation, TC Court Call re: same, confer D. Lowenthal re: same, confer C. Dent re: same (.5); monitor hearing and follow-up re: same (4.9); follow-up re: meet and confer, review e-mails re: same (.1); review docket, review MOR (.2). | 5.70 | $3,933.00 |
| 1/7/14 | CWD | Reviewing docket (.2); e-mails w/D. Lowenthal and B. Guiney re 1/7 hearing, OC B. Guiney re same (.2); monitoring hearing (for part) (3.3); follow-up re 1/8 hearing, TC D. Lowenthal re same (.2). | 3.90 | $2,223.00 |
| 1/7/14 | DAL | Court hearing in Delaware (9.3); e-mail J. Heaney re same (.1). | 9.40 | $8,413.00 |

Page 3
Invoice No. 791320
February 14, 2014
L0353-000007

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/8/14 | BPG | Follow-up re: hearing, obtain Court Call reservation (.1); confer C. Dent re: same (.1); attention to e-mails re: trial protocol (.1); monitor Court hearing and follow-up re: same (1.0); review e-mails related to same, follow-up, review docket (.2). | 1.50 | $1,035.00 |
| 1/8/14 | CWD | E-mails re trial protocol, reviewing Wilmington Trust comments re same (.1); monitoring hearing, OC D. Lowenthal and B. Guiney re same (.9). | 1.00 | $570.00 |
| 1/8/14 | DAL | Attention to January 10 meet and confer (.2); Court hearing and follow-up (2.3); review comments to draft Trial Protocol (.2). | 2.70 | $2,416.50 |
| 1/9/14 | BPG | Review docket, review fee application (.2); review e-mails re: expert witnesses (.3); review materials for Committee call, prepare for and participate on same and follow-up C. Dent re: same (1.0); follow-up D. Lowenthal re: same (.5). | 2.00 | $1,380.00 |
| 1/9/14 | CWD | Reviewing e-mails and letters re expert designations (.3); Committee call, OC B. Guiney re same (.7); OC D. Lowenthal re meet and confer (.2); revising monthly fee statement, note to accounting department re same (.3). | 1.50 | $855.00 |
| 1/9/14 | DAL | Review expert witness designations (.5); Committee call (.5); work on fee issues (1.2). | 2.20 | $1,969.00 |
| 1/10/14 | BPG | Update with D. Lowenthal re: meet and confer, review docket, review and consider update from D. Botter re: allocation and follow-up, review Capstone declaration and follow-up (.6) | 0.60 | $414.00 |
| 1/10/14 | CWD | E-mails from Committee re EMEA settlement discussions (.1). | 0.10 | $57.00 |
| 1/10/14 | DAL | Meet and confer at Cleary re joint trial protocol and representative depositions (7.9). | 7.90 | $7,070.50 |
| 1/13/14 | BPG | Review docket (.1); confer D. Lowenthal re: trial protocol and meeting re: same (.3); follow-up C. Dent re: same (.1). | 0.50 | $345.00 |

Page 4
Invoice No. 791320
February 14, 2014
L0353-000007

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 1/13/14 | CWD | TC D. Lowenthal re allocation meet and confer (.3). | 0.30 | $171.00 |
| 1/13/14 | DAL | Follow-up re trial protocol (.6). | 0.60 | $537.00 |
| 1/14/14 | BPG | Follow-up re: deposition summaries (.2); attention to trial protocol (.3). | 0.50 | $345.00 |
| 1/14/14 | CWD | Revising monthly fee statement, e-mails re same w/D. Lowenthal (.2); reviewing docket (.1); e-mails re deposition summaries and trial preparation, TC D. Lowenthal re same, OC B. Guiney re same (.5); reviewing revised trial protocol (.6). | 1.40 | $798.00 |
| 1/14/14 | DAL | Attention to fact depositions (.1); attention to fee statement and draft trial protocol (1.0). | 1.10 | $984.50 |
| 1/15/14 | CWD | Reviewing docket (.1); leave message for C. Doniak re deposition summaries (.2); e-mails re trial protocol w/D. Lowenthal, follow-up re same (.3). | 0.60 | $342.00 |
| 1/15/14 | DAL | Attention to draft trial protocol revisions (3.1). | 3.10 | $2,774.50 |
| 1/16/14 | BPG | Review agenda, confer D. Lowenthal and prepare for (.3); and participate on weekly Committee call and follow-up re: same (1.1). | 1.40 | $966.00 |
| 1/16/14 | CWD | Reviewing e-mails re clawback requests and trial protocol (.2); Committee call, TC D. Lowenthal re same, OC B. Guiney re same (1.1); reviewing docket (.1); begin reviewing draft expert report (.2). | 1.60 | $912.00 |
| 1/16/14 | DAL | Prepare for and participate in Committee call (1.4); attention to fee statement (.3); e-mails with M. Riela re meeting (.1); attention to expert report (.3). | 2.10 | $1,879.50 |
| 1/17/14 | CWD | Emails re expert report, finish reviewing same (.5). | 0.50 | $285.00 |
| 1/17/14 | DAL | Review draft Committee expert report (1.6). | 1.60 | $1,432.00 |
| 1/19/14 | CWD | Reviewing UKP and EMEA Debtors' comments to trial protocol, e-mails re same w/D. Lowenthal and B. Guiney (.3). | 0.30 | $171.00 |

Page 5
Invoice No. 791320
February 14, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| 1/20/14 | BPG | Review e-mails re: trial protocol, re: expert reports and follow-up (.4). | 0.40 | $276.00 |
| 1/20/14 | CWD | E-mails re trial protocol, reviewing UKP comments re same (.2). | 0.20 | $114.00 |
| 1/20/14 | DAL | Attention to expert reports, including TC and e-mails with A. Qureshi, L. Schweitzer and M. Riela (.5). | 0.50 | $447.50 |
| 1/21/14 | BPG | Review draft Committee expert report, e-mail D. Lowenthal and C. Dent re: same (1.7); review e-mails related to debtor expert reports and follow-up (.1); follow-up e-mails re: same (.2). | 2.00 | $1,380.00 |
| 1/21/14 | CWD | E-mails re Debtors'and Committee's expert reports, call re same w/L. Schweitzer, A. Qureshi and M. Riela, reviewing reports at Akin re same, OC A. Qureshi re same (3.4); TC C. Doniak re deposition summaries, e-mails re same w/D. Lowenthal and B. Guiney (.3). | 3.70 | $2,109.00 |
| 1/21/14 | DAL | Attention to draft expert reports, including TC with L. Schweitzer and M. Riela and review of draft reports at Akin (4.3). | 4.30 | $3,848.50 |
| 1/22/14 | BPG | Review docket (.1); TC D. Lowenthal re: expert reports, follow-up (.3); TC C. Dent re: same and follow-up (.2); review e-mails re: trial protocol / meet and confer and follow-up re: same (.2); review additional e-mails re: same, follow-up re: same and confer C. Dent re: same (.3). | 1.10 | $759.00 |
| 1/22/14 | CWD | OC B. Guiney re Debtors'expert reports and deposition summaries (.2); e-mails re trial protocol, reviewing revised version of same, TC D. Lowenthal and B. Guiney re same (.9). | 1.10 | $627.00 |
| 1/22/14 | DAL | Attention to expert reports (1.4); attention to trial protocol (1.6). | 3.00 | $2,685.00 |

| 1/23/14 | BPG | Review fee reports (.2); prepare for and participate on weekly Committee call and follow-up re: same (1.0); review trial protocol and follow-up C. Dent and D. Lowenthal re: same (.5); review additional e-mails re: same (.2); follow-up, prepare for and participate on call re: trial protocol (1.3). | 3.20 | $2,208.00 |
| 1/23/14 | CWD | Preparing for and participating in Committee call (.7); e-mails re Debtors' expert reports, reviewing same at Akin (2.9); e-mails re revised trial protocol, reviewing same, OC D. Lowenthal and B. Guiney re same (2.5). | 6.10 | $3,477.00 |
| 1/23/14 | DAL | Attention to expert reports, including detailed review of US Debtors' reports at Akin and e-mails with A. Qureshi re same (4.2); Committee call and related follow-up (1.0). | 5.20 | $4,654.00 |
| 1/24/14 | BPG | E-mails re: trial protocol, follow-up re: same (.2); confer C. Dent and D. Lowenthal re: same, follow-up re: same (.3); review docket, review filed version of trial protocol and cover letter, follow-up re: same (.3). | 0.80 | $552.00 |
| 1/24/14 | CWD | E-mails re revised trial protocol, reviewing same, OC B. Guiney re same, TC D. Lowenthal re same, follow-up re same w/managing clerk's office (.9); reviewing letters to Courts re trial protocol (.3); e-mails re expert reports (.2). | 1.30 | $741.00 |
| 1/24/14 | DAL | Attention to trial protocol (2.0); review upcoming discovery and case issues with M. Riela (for part) (1.5); attention to expert reports (1.0). | 4.50 | $4,027.50 |
| 1/25/14 | BPG | Begin downloading and reviewing expert reports, review EMEA expert reports (2.2). | 2.20 | $1,518.00 |
| 1/27/14 | BPG | Review US Debtors' expert reports (3.2); follow-up re: hearing (.1); review docket (.1). | 3.40 | $2,346.00 |
| 1/27/14 | CWD | TC D. Lowenthal re expert reports, OC B. Guiney re same, follow-up re same (.5), begin reviewing same (3.5); reviewing docket and Agenda for 1/29 hearing (.1). | 4.10 | $2,337.00 |

Page 7
Invoice No. 791320
February 14, 2014
L0353-000007

| 1/27/14 | DAL | Review trial protocol filed with the Courts and related filings by the CCC, the UKPC and EMEA, the Canadian Monitor and the Canadian Debtors, the Order Amending Litigation Schedule in the Joint Cross-Border Proceedings, and the Court Agenda for the January 29 hearing (3.5); review expert reports (1.0). | 4.50 | $4,027.50 |
|---|---|---|---|---|
| 1/28/14 | BPG | Follow-up re: hearing, e-mails and TCs re: same (.3); reviewing UKP expert reports (2.5); review submission from Canadian Monitor re: trial protocol and follow-up (.3). | 3.10 | $2,139.00 |
| 1/28/14 | CWD | Reviewing docket and hearing schedule, e-mails re same w/managing clerk's office (.2); continue reviewing expert reports re allocation, e-mails w/D. Lowenthal re same (2.4); reviewing Canadian Debtors' filing re trial protocol and related issues (.2). | 2.80 | $1,596.00 |
| 1/28/14 | DAL | Analyze trial protocol issues and drafts and tc S. Miller re same (4.9); TC F. Hodara re case issue and follow-up e-mail to J. Heaney (.7). | 5.60 | $5,012.00 |
| 1/29/14 | BPG | Attention to pre-trial conference, change Court Call reservation, monitor same, follow-up re: same (3.2); review e-mail re: same (.1). | 3.30 | $2,277.00 |
| 1/29/14 | CWD | Monitoring hearing (for part), OC B. Guiney re same, OC D. Lowenthal re same, reviewing e-mail from Committee re same (2.3); reviewing docket (.2). | 2.50 | $1,425.00 |
| 1/29/14 | DAL | Court hearing (8.9); e-mail update to J. Heaney (.7). | 9.60 | $8,592.00 |
| 1/30/14 | BPG | Prepare for and participate on weekly Committee call, follow-up re: same with D. Lowenthal and C. Dent (1.2); review e-mails and drafts re: pre-trial memorandum (.4); follow-up D. Lowenthal re: expert reports (.2); review Canadian allocation materials (2.4). | 4.20 | $2,898.00 |

Page 8
Invoice No. 791320
February 14, 2014
L0353-000007

| 1/30/14 | CWD | E-mails re expert reports (.2); Committee call (.9), OC D. Lowenthal and B. Guiney re same and expert reports (.4); reviewing post-hearing memorandum, follow-up w/managing clerk's office re same (.2); reviewing docket (.1); reviewing expert reports re allocation (.9). | 2.70 | $1,539.00 |
|---|---|---|---|---|
| 1/30/14 | DAL | Review expert reports (1.6); Committee call and related follow-up (2.0). | 3.60 | $3,222.00 |
| 1/31/14 | BPG | Complete review of expert reports, prepare chart summarizing same and prepare issues list (2.9). | 2.90 | $2,001.00 |
| 1/31/14 | CWD | E-mails re meet and confer and revised pre-trial conference memorandum, reviewing same (.2); reviewing Agenda for 2/4 hearing (.1); e-mails re bondholder group request re discovery documents (.1); reviewing docket (.1). | 0.50 | $285.00 |
| 1/31/14 | DAL | Review updated draft memorandum re status conference results (.7); review bondholder request re protective Order and e-mail to J. Heaney re same (.1); review hearing Agenda (.2); review J. Rosenthal suggestions to memorandum (.4). | 1.40 | $1,253.00 |

|  |  | Total Services | 167.90 | $128,725.50 |
|---|---|---|---|---|

| Daniel A Lowenthal | 86.10 | hours at | $895.00 | $77,059.50 |
|---|---|---|---|---|
| Brian P. Guiney | 42.00 | hours at | $690.00 | $28,980.00 |
| Craig W. Dent | 39.80 | hours at | $570.00 | $22,686.00 |

| Deposition Transcripts | 1,165.50 |
|---|---|
| Outside Professional Services | 1,278.75 |
| Reproduction | 0.45 |
| Tvl. Transportation/Lodging | 125.18 |

|  | Total Expenses | $2,569.88 |
|---|---|---|

|  | Total This Invoice | $131,295.38 |
|---|---|---|

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas     New York, NY 10036-6710     212.336.2000     fax 212.336.2222     www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 793408
March 18, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

### CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
February 28, 2014 In Connection With The Following:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/3/14 | BPG | Follow-up re: expert reports, finalize table re: same and circulate (.9). | 0.90 | $621.00 |
| 2/3/14 | CWD | Reviewing revisions to pre-trial conference Memorandum re: Trial Protocol, e-mails re same (.2); reviewing docket (.1); e-mails re expert reports (.1). | 0.40 | $228.00 |
| 2/3/14 | DAL | Review chart re expert reports (.7). | 0.70 | $626.50 |
| 2/4/14 | BPG | Review e-mails re: Trial Protocol, follow-up re: same (.2). | 0.20 | $138.00 |
| 2/4/14 | CWD | E-mails re pre-trial conference Memorandum re: Trial Protocol (.1); reviewing docket (.1). | 0.20 | $114.00 |
| 2/4/14 | DAL | Court hearing (.4); review updated draft of Memorandum memorializing Court hearing on the Trial Protocol and e-mails with J. Heaney re same (.3); review expert reports (1.0). | 1.70 | $1,521.50 |
| 2/5/14 | BPG | Review e-mails re: meet and confer, follow-up D. Lowenthal re: same, follow-up C. Dent re same (.5); follow-up re: list of deponents and consider follow-up with Akin (.3); review additional e-mails re: discovery, trial (.2). | 1.00 | $690.00 |
| 2/5/14 | CWD | Reviewing docket (.1); e-mails re final pre-trial conference Memorandum re: Trial Protocol, reviewing same (.1); e-mails re document productions and March meet and confer (.1); TC B. Guiney re deposition summaries (.1). | 0.40 | $228.00 |

6772473v.1

Page 2
Invoice No. 793408
March 18, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| 2/5/14 | DAL | Attention to possible meet and confer (.1); review Memorandum and attachments re January 29 hearing (.5). | 0.50 | $447.50 |
| 2/6/14 | BPG | Prepare for and participate on weekly Committee call, follow-up re: same (.8); work on list of deponent summaries, consider Akin summaries and other materials in connection with same (1.1). | 1.90 | $1,311.00 |
| 2/6/14 | CWD | Committee call, TC D. Lowenthal and B. Guiney re same (.8); reviewing docket (.1); e-mails re meet and confer (.2); revising monthly fee statement, note to accounting department re same (.5). | 1.60 | $912.00 |
| 2/6/14 | DAL | Committee call (.8). | 0.80 | $716.00 |
| 2/7/14 | BPG | Finalize and follow-up re: list of deponents, circulate same (.4); follow-up J. Sorkin re: expert reports, confer C. Dent re: same (.2). | 0.60 | $414.00 |
| 2/7/14 | CWD | E-mails re Canadian proceedings (.1); e-mails re Akin deposition summaries, OC B. Guiney re same (.5); e-mails re meet and confer (.1). | 0.70 | $399.00 |
| 2/7/14 | DAL | Review expert reports (2.0). | 2.00 | $1,790.00 |
| 2/10/14 | BPG | Review docket (.1); follow-up C. Dent re: deposition transcripts (.1). | 0.20 | $138.00 |
| 2/10/14 | CWD | Reviewing docket (.2); finalizing fee statement (.4); e-mails re depositions (.1). | 0.70 | $399.00 |
| 2/10/14 | DAL | Review expert reports (7.6). | 7.60 | $6,802.00 |
| 2/11/14 | BPG | Review docket, follow-up re: e-mails related to ongoing litigation, follow-up re: internally re: expert reports and deposition summaries (.4). | 0.40 | $276.00 |
| 2/11/14 | CWD | E-mails w/Akin re deposition summaries (.1); TC B. Guiney re rebuttal expert reports and related deadlines, follow-up re same (.2). | 0.30 | $171.00 |
| 2/11/14 | DAL | Review expert reports (1.3). | 1.30 | $1,163.50 |

Page 3
Invoice No. 793408
March 18, 2014
L0353-000007

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 2/12/14 | BPG | Follow-up J. Sorkin re: expert rebuttal reports (.2); confer D. Lowenthal re: same, review agenda, follow-up re: new Canadian Judge, confer C. Dent re: same (.5). | 0.70 | $483.00 |
| 2/12/14 | CWD | E-mails re rebuttal expert reports, OC B. Guiney re same (.1); reviewing docket (.1); e-mails from Committee re Committee call and Canadian trial schedule, e-mails w/D. Lowenthal re same, OC B. Guiney re same (.2); e-mails re Akin deposition summaries, reviewing same (.2). | 0.60 | $342.00 |
| 2/13/14 | BPG | E-mails w/D. Lowenthal and C. Dent re: deposition summaries and expert rebuttal reports (.1); follow-up J. Sorkin re: same, follow-up D. Lowenthal re: same and prepare for Committee call (.3); participate on same and follow-up (.8). | 1.20 | $828.00 |
| 2/13/14 | CWD | Preparing for and participating in Committee call, OC D. Lowenthal re same (1.2). | 1.20 | $684.00 |
| 2/13/14 | DAL | Committee call and related follow-up (1.4); review expert reports (2.2). | 3.60 | $3,222.00 |
| 2/14/14 | BPG | E-mails with C. Dent and D. Lowenthal re: trial preparation; other issues (.3). | 0.30 | $207.00 |
| 2/14/14 | CWD | OC B. Guiney re Akin deposition summaries, e-mails re same (.2); e-mail from Committee re Dentons conflicts waivers (.1). | 0.30 | $171.00 |
| 2/14/14 | DAL | Work on fee statement (1.0); attention to Canadian Committee counsel issue (.1); review expert reports (.3). | 1.40 | $1,253.00 |
| 2/16/14 | DAL | Review expert reports (1.5); work on fee statement (.1). | 1.60 | $1,432.00 |
| 2/17/14 | DAL | Attention to document production received from Canada (.1). | 0.10 | $89.50 |
| 2/18/14 | BPG | Follow-up D. Lowenthal and C. Dent re: next steps (.1); confer C. Dent re: same (.1); OC D. Lowenthal and C. Dent re: same (.5); reviewing deposition summaries (2.7). | 3.40 | $2,346.00 |

Page 4
Invoice No. 793408
March 18, 2014
L0353-000007

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/18/14 | CWD | Reviewing docket (.2); e-mails re deposition summaries and expert reports, meeting re same w/D. Lowenthal and B. Guiney (.8). | 1.00 | $570.00 |
| 2/18/14 | DAL | Attention to fact depositions and expert reports with B. Guiney and C. Dent (for part) (.7). | 0.70 | $626.50 |
| 2/19/14 | BPG | Finish reviewing deposition summaries (.9); confer C. Dent re: same (.2); follow-up J. Sorkin re: expert reports (.1); TC D. Lowenthal re: same and re: open issues (.3); additional follow-up re: expert reports (.1). | 1.60 | $1,104.00 |
| 2/19/14 | CWD | Reviewing docket (.1); TC B. Guiney re depositions, reviewing Akin summaries re same (.7). | 0.80 | $456.00 |
| 2/19/14 | DAL | Review expert reports (2.5). | 2.50 | $2,237.50 |
| 2/20/14 | BPG | Follow-up D. Lowenthal re: status (.2); TC J. Sorkin re: reports (.2); follow-up D. Lowenthal re: same (.1); participate on weekly Committee call (.5); TC B. Kahn re: docket, follow-up re: same, confer C. Dent re: same (.3). | 1.30 | $897.00 |
| 2/20/14 | CWD | Reviewing docket and agenda re Committee call (.2); Committee call (.5); OC B. Guiney re docket, e-mails re same (.3). | 1.00 | $570.00 |
| 2/20/14 | DAL | Committee call and related follow-up (1.2); review expert reports (2.5). | 3.70 | $3,311.50 |
| 2/21/14 | BPG | TC C. Dent re: open issues (.4). | 0.40 | $276.00 |
| 2/21/14 | CWD | TC B. Guiney re open issues (.4); reviewing docket (.1). | 0.50 | $285.00 |
| 2/21/14 | DAL | Attention to expert reports (1.7). | 1.70 | $1,521.50 |
| 2/24/14 | BPG | Confer C. Dent, D. Lowenthal re: expert reports (.2). | 0.20 | $138.00 |
| 2/24/14 | CWD | OC B. Guiney re meet and confer, reviewing docket (.1). | 0.10 | $57.00 |
| 2/25/14 | BPG | Confer J. Sorkin re: expert reports, follow-up C. Dent re: same, follow-up D. Lowenthal re: same (.6). | 0.60 | $414.00 |

6772473v.1

Page 5
Invoice No. 793408
March 18, 2014
L0353-000007

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/25/14 | CWD | Reviewing docket (.2); OC B. Guiney and D. Lowenthal re expert reports (.3); reviewing Navigant rebuttal expert report (.3). | 0.80 | $456.00 |
| 2/25/14 | DAL | Review draft expert rebuttal report (.2). | 0.20 | $179.00 |
| 2/26/14 | BPG | Review Navigant report, confer C. Dent re: same, follow-up re: same (1.2); OC D. Lowenthal and C. Dent re: same, TC J. Sorkin re: same, additional follow-up re: same (1.6); additional e-mails and follow-up re: same (.3). | 3.10 | $2,139.00 |
| 2/26/14 | CWD | OC B. Guiney re Navigant report (.2); reviewing docket (.1); meeting w/D. Lowenthal and B. Guiney re expert reports, TC J. Sorkin re same, follow-up re same, e-mails re same w/Akin (2.0). | 2.30 | $1,311.00 |
| 2/26/14 | DAL | Attention to expert reports (3.3); attention to escrowed proceeds (.3). | 3.60 | $3,222.00 |
| 2/27/14 | BPG | Confer D. Lowenthal re: expert reports, follow-up re: same (.5); prepare for and participate on Committee call, follow-up re: same (.5); additional follow-up re: same (.2) TC J. Sorkin, follow-up re: revised report, review same (1.1). | 2.30 | $1,587.00 |
| 2/27/14 | CWD | OC B. Guiney re expert reports, TC same re same (.2); reviewing docket (.1); Committee call, OC D. Lowenthal and B. Guiney re same (.5); e-mails and calls w/Akin re Committee expert reports, TC D. Lowenthal re same, OC B. Guiney re same (.5); reviewing revised Navigant report (.3). | 1.70 | $969.00 |
| 2/27/14 | DAL | Attention to upcoming meet and confer (1.3); Committee call and related follow-up (1.2); attention to Committee rebuttal expert reports (2.1). | 4.60 | $4,117.00 |
| 2/28/14 | BPG | OC D. Lowenthal and C. Dent re: expert reports, other open issues, follow-up re: same (.5); review revised expert report from J. Sorkin re: same, follow-up re: same, confer C. Dent and D. Lowenthal re: same (1.0); multiple additional TCs and e-mails re: same, additional follow-up re: same (1.4). | 2.90 | $2,001.00 |

Page 6
Invoice No. 793408
March 18, 2014
L0353-000007

| 2/28/14 | CWD | Reviewing docket and Agenda for 3/4 hearing, TC D. Lowenthal re same (.2); meeting w/D. Lowenthal and B. Guiney re expert reports and depositions, e-mails and follow-up re same w/Cleary (.9); reviewing revised Navigant report, e-mails re same, TC J. Sorkin re same, internal calls re same (1.6). | 2.70 | $1,539.00 |
| 2/28/14 | DAL | Detailed attention to rebuttal expert reports, including review of draft Committee expert reports, e-mails with Committee counsel, e-mails with US Debtors' counsel, analysis of revisions with B. Guiney and C. Dent (6.4). | 6.40 | $5,728.00 |

|  |  | Total Services | 85.20 | $65,875.50 |

| Daniel A Lowenthal | 44.70 | hours at | $895.00 | $40,006.50 |
| Brian P. Guiney | 23.20 | hours at | $690.00 | $16,008.00 |
| Craig W. Dent | 17.30 | hours at | $570.00 | $9,861.00 |

| Outside Professional Services | 2,486.00 |  |
| Tvl - Meals | 48.47 |  |
| Tvl. Transportation/Lodging | 428.18 |  |
|  | Total Expenses | $2,962.65 |

Total This Invoice     $68,838.15

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 795642
April 7, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

### CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
March 31, 2014 In Connection With The Following:

| | | | | |
|---|---|---|---|---|
| 3/1/14 | BPG | Attention to expert reports, review Kilimnik report and summarize (1.1). | 1.20 | $828.00 |
| 3/2/14 | CWD | E-mails re rebuttal expert reports (.1) | 0.10 | $57.00 |
| 3/2/14 | DAL | Attention to Trial Protocol meet and confer (1.0); begin review of rebuttal expert reports (1.0). | 2.00 | $1,790.00 |
| 3/3/14 | BPG | Finalize Kilimnick summary, e-mail D. Lowenthal and C. Dent re: same and re: other expert reports (.4); begin reviewing Kinrich report (.9); confer C. Dent re: expert reports and other issues (.2); confer D. Lowenthal re: same (.1); finish reviewing Kinrich and begin summary of same (.6); begin reviewing C. Bazelon report (.8). | 3.00 | $2,070.00 |
| 3/3/14 | CWD | E-mails re expert reports, follow-up re same, OC B. Guiney re same (1.3); reviewing docket (.1); e-mails re expert deposition schedule (.1); reviewing amendment and supplement to trial protocol, e-mails re same w/B. Guiney (.3). | 1.80 | $1,026.00 |
| 3/3/14 | DAL | Prepare for meet and confer and travel to Toronto for same (7.8); review letter to Canadian Court re trial (.3); review expert reports (.9). | 9.00 | $8,055.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/14 | BPG | Finish reviewing Bazelon report (.5); begin reviewing Green report (1.2); finalize summary of Kinrich reports (.9); confer C. Dent re: expert reports (.2); follow-up D. Lowenthal re: meet and confer (.1). | 2.90 | $2,001.00 |
| 3/4/14 | CWD | E-mails re meet and confer, OC B. Guiney re same and Amendment Trial Protocol, e-mails w/D. Lowenthal re same (.5); reviewing docket (.1); e-mails w/D. Lowenthal and B. Guiney re rebuttal expert reports, follow-up re same (.7). | 1.30 | $741.00 |
| 3/4/14 | DAL | Attend meet and confer in Toronto and return to NY (11.0). | 11.00 | $9,845.00 |
| 3/5/14 | BPG | Attention to Trial Protocol issues, confer C. Dent re: same (.2); finish reviewing Green report, review Bereskin report (2.3). | 2.50 | $1,725.00 |
| 3/5/14 | CWD | Reviewing docket (.2); e-mails re meet and confer and amendment to Trial Protocol (.2). | 0.40 | $228.00 |
| 3/5/14 | DAL | Memo to J. Heaney re meet and confer (1.5); review updated Amendment and Supplement to Trial Protocol and provide comments to counsel for other Core Parties (3.4); confer with B. Guiney re Amendment and Supplement (.1) | 5.00 | $4,475.00 |
| 3/6/14 | BPG | Review expert rebuttal chart, prepare for call (.2); confer C. Dent and D. Lowenthal (for part) re: expert reports (.2); prepare for and participate on weekly Committee call, follow-up re: same (1.2); work on Bazelon summary (.7); work on Bereskin summary (.5). | 2.80 | $1,932.00 |
| 3/6/14 | CWD | Reviewing docket (.1); OC B. Guiney and D. Lowenthal re expert reports (.4); Committee call, OC D. Lowenthal re same (1.3). | 1.80 | $1,026.00 |
| 3/6/14 | DAL | Committee call (1.3); attention to Amendment and Supplement to Trial Protocol (1.0); review motion to modify recognition Order (.2). | 2.50 | $2,237.50 |

Page 3
Invoice No. 795642
April 7, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| 3/7/14 | BPG | Finalize Bereskin summary (.2); confer C. Dent re: expert depositions, open issues (.2); review e-mail related to Trial Protocol and follow-up (.2). | 0.60 | $414.00 |
| 3/7/14 | CWD | Reviewing docket (.1); e-mails re rebuttal expert reports (.2); reviewing Amendment and Supplement to Trial Protocol, e-mails re same (.3); OC B. Guiney re expert witness depositions (.1). | 0.70 | $399.00 |
| 3/7/14 | DAL | Attention to upcoming status conference (.2); review revised Amendment and Supplement to Trial Protocol (1.4); memo to J. Heaney re same (.5). | 2.10 | $1,879.50 |
| 3/9/14 | BPG | Attention to e-mails re: Trial Protocol, review revised versions, follow-up re: same (.5). | 0.50 | $345.00 |
| 3/9/14 | CWD | E-mails re revised Amendment and Supplement to Trial Protocol, reviewing drafts re same (.2). | 0.20 | $114.00 |
| 3/9/14 | DAL | Emails with J. Stam re Trial Protocol (.2); review rebuttal expert reports (4.3). | 4.50 | $4,027.50 |
| 3/10/14 | BPG | Draft summary of Green report (2.3); attention to revised protocol, e-mails D. Lowenthal re: same (.3); attention to additional e-mails re: same (.2). | 2.80 | $1,932.00 |
| 3/10/14 | CWD | E-mails re Amendment and Supplement to Trial Protocol (.2); e-mails re expert depositions (.2); reviewing docket and Agenda for 3/12 hearing, follow-up re same (.1). | 0.50 | $285.00 |
| 3/10/14 | DAL | Attention to Trial Protocol revisions and update to J. Heaney (.4); review expert reports and deposition schedule (2.2); further review of additional updates to Amendment and Supplement to Trial Protocol and multiple letters/statements filed by Core Parties in US and Canadian Courts re unresolved issues (1.6). | 4.20 | $3,759.00 |

Page 4
Invoice No. 795642
April 7, 2014
L0353-000007

| 3/11/14 | BPG | Confer C. Dent re: expert reports, expert depositions, follow-up re: same (.2); review e-mails related to discovery (.1); follow-up D. Lowenthal re: hearing, confer C. Dent re: same (.1); review additional e-mails re: Trial Protocol and re: same (.2); begin reviewing Huffard Report (.9). | 1.50 | $1,035.00 |
| 3/11/14 | CWD | Reviewing docket (.1); TC D. Lowenthal re 3/12 hearing, OC B. Guiney re same and expert depositions (.2); reviewing Milbank 2019 (.1). | 0.40 | $228.00 |
| 3/11/14 | DAL | Review emails and updates to Amendment and Supplement to Trial Protocol and letters to the Courts (1.5); TC S. Miller re multiple March 12 pre-trial conference (.3); prepare for same (.8); memo to J. Heaney re: filed Amendment and Supplement (1.0); review updated Amendment and Supplement and send to J. Heaney (.4). | 4.00 | $3,580.00 |
| 3/12/14 | BPG | Prepare for and monitor court conference (for part) (1.0); follow-up D. Lowenthal re: same (.1); review Malackowski report and work on summary (1.4). | 2.50 | $1,725.00 |
| 3/12/14 | CWD | Reviewing docket (.1); follow-up re monthly fee statement (.2); e-mails re 3/12 hearing (.1). | 0.40 | $228.00 |
| 3/12/14 | DAL | Prepare for and attend Court hearing in Delaware (8.5); memo to J. Heaney re same (1.0); review letter from UKPC to Monitor (.3). | 9.80 | $8,771.00 |
| 3/13/14 | BPG | Confer D. Lowenthal and C. Dent re: hearing and other open issues, follow-up re: same (.4); prepare for and participate on weekly Committee call, follow-up re: expert depositions (1.1); follow-up C. Dent re: expert reports (.2). | 1.70 | $1,173.00 |
| 3/13/14 | CWD | E-mails re expert reports (.1); OC D. Lowenthal and B. Guiney re 3/12 hearing (.2); Committee call (for part), OC D. Lowenthal and B. Guiney re expert depositions (.9); reviewing letter re Canadian claims mediation (.1). | 1.30 | $741.00 |

Page 5
Invoice No. 795642
April 7, 2014
L0353-000007

| 3/13/14 | DAL | Follow-up to March 12 pretrial conference (.6); prepare for and participate in Committee call (2.0). | 2.60 | $2,327.00 |
|---------|-----|------|------|------|
| 3/14/14 | CWD | Reviewing docket and Agenda for 3/18 hearing, e-mails re same w/D. Lowenthal (.1); revising monthly fee statement, e-mails w/D. Lowenthal re same (.3); e-mails re letters re Canadian mediation (.1); TC D. Lowenthal re expert deposition schedule for upcoming week (.1); e-mails w/Akin re US Debtors' correspondence, TC D. Lowenthal re same (.1); reviewing expert deposition protocol (.1). | 0.80 | $456.00 |
| 3/14/14 | DAL | Review hearing Agenda (.1); work on fee statement (.4); review letters from US Debtors' counsel and UKPC's counsel re Canadian mediation issue, and send same to J. Heaney (.8); emails with Akin re Committee issues (1.0); review letter from Goodmans and send to J. Heaney (.1). | 2.40 | $2,148.00 |
| 3/16/14 | DAL | Review e-mail from US Debtors counsel re filing on docket of letters (.1); review letter from Monitor's Canadian counsel re mediation issue (.2); work on fee statement (1.0); plan for expert depositions (.3). | 1.40 | $1,253.00 |
| 3/17/14 | CWD | E-mails re various case issues (.1); reviewing docket (.1); follow-up w/accounting dept. re monthly fee statement, TC D. Lowenthal re same (.2) | 0.40 | $228.00 |
| 3/17/14 | DAL | Work on fee statement (.4); e-mails with J. Heaney re Committee issue (1.4); review filing by US Debtors re letters concerning possible mediation in Canada (.1); finalize and send fee statement to Law Debenture (.4); review letter from UKPC counsel to J. Morawetz (.9). | 3.20 | $2,864.00 |
| 3/18/14 | CWD | E-mails re expert depositions, including Malackowski deposition, OC D. Lowenthal re same (.3); revising fee statement, e-mail to D. Lowenthal re same (.1); e-mails re Antoon report withdrawal, TC D. Lowenthal re same (.2). | 0.60 | $342.00 |

Page 6
Invoice No. 795642
April 7, 2014
L0353-000007

| 3/18/14 | DAL | Deposition details and preparation (1.4). | 1.40 | $1,253.00 |
|---------|-----|-------------------------------------------|------|-----------|
| 3/19/14 | CWD | E-mails re expert depositions (.2). | 0.20 | $114.00 |
| 3/19/14 | DAL | Attend Malackowski deposition at Cleary (9.0). | 9.00 | $8,055.00 |
| 3/20/14 | CWD | Prepare for and participate in Committee call (.6); OC D. Lowenthal re expert deposition schedule (.1); TC D. Lowenthal re Order amending Trial Protocol, reviewing same (.1); reviewing docket (.1). | 0.90 | $513.00 |
| 3/20/14 | DAL | Committee call (.5); tc K. Dine re Trial Protocol and related follow-up (.4); review letter from CCC's counsel to Courts (.2); review letter from US Debtors to J. Gross (.2). | 1.30 | $1,163.50 |
| 3/21/14 | CWD | OC D. Lowenthal re Trial Protocol, e-mails re same from Committee (.2); reviewing docket (.1). | 0.30 | $171.00 |
| 3/21/14 | DAL | Review updated Trial Protocol (.2); review J. Newbould scheduling Order (.2). | 0.40 | $358.00 |
| 3/22/14 | BPG | Attention to e-mails re: Trial Protocol Order, follow-up re: same (.4). | 0.40 | $276.00 |
| 3/24/14 | BPG | Confer C. Dent re: expert depositions (.1); follow-up re: Trial Protocol Order (.2); attention to submission to US court re: allocation of trial time and follow-up re: same (.3); confer D. Lowenthal and C. Dent re: expert depositions (.2). | 0.80 | $552.00 |
| 3/24/14 | CWD | OC B. Guiney re expert deposition schedule, OC D. Lowenthal re same (.3); reviewing docket (.1). | 0.40 | $228.00 |
| 3/24/14 | DAL | Review US Debtors' letter to J. Gross re trial-time allocations (.4). | 0.40 | $358.00 |