| 3/25/14 | BPG | Review discovery-related e-mails, review letter to J. Newbould and follow-up (.2); attention to e-mails re: EMEA settlement and follow-up (.4); additional follow-up (.1); TC R. Johnson re: B&C depositions, follow-up re: same (.2); confer D. Lowenthal re: same (.2); review Burshtein report, summarize same and follow-up (1.7). | 2.80 | $1,932.00 |
| 3/25/14 | CWD | TC B. Guiney re rebuttal expert reports (.1); e-mail from Committee re settlement proposal, OC D. Lowenthal re same (.5). | 0.60 | $342.00 |
| 3/25/14 | DAL | Review CCC's letter to Judge Gross and Justice Newbould and send to J. Heaney (.1); review e-mail from F. Hodara re settlement proposal and analyze same (.9); confer with C. Dent re same (.4); TC F. Hodara re same (.4); e-mail update to J. Heaney (.4); review Torys and Lax O'Sullivan respective letters re deposition issue (.2); review proposed settlement chart (.5). | 2.90 | $2,595.50 |
| 3/26/14 | BPG | Review e-mails and letters related to expert discovery (.2); monitor Berenblut deposition and summary of same, confer D. Lowenthal re: same (4.3); finalize and circulate Burshtein summary (.2); monitor Berenblut deposition (for part) (2.5). | 7.20 | $4,968.00 |
| 3/26/14 | CWD | E-mails re expert depositions, reviewing docket, reviewing correspondence re Canadian rebuttal report (.1). | 0.10 | $57.00 |
| 3/26/14 | DAL | Review letter from Canadian firms to Goodmans re sur-reply expert report (.3); email F. Hodara re settlement issues (.1); review settlement proposal (.4); review letters to J. Gross (.1); email update to J. Heaney (.3). | 1.20 | $1,074.00 |
| 3/27/14 | BPG | Prepare for weekly Committee call, review power point presentation, review EMEA settlement materials, e-mails with R. Johnson re: Berenblut deposition (.6); participate on weekly Committee call and follow-up (1.3). | 1.90 | $1,311.00 |

Page 8
Invoice No. 795642
April 7, 2014
L0353-000007

| 3/27/14 | CWD | Committee call, OC D. Lowenthal and B. Guiney re same (1.3); reviewing docket (.2). | 1.50 | $855.00 |
|---------|-----|---|------|---------|
| 3/27/14 | DAL | Prepare for and participate in Committee call (1.7). | 1.70 | $1,521.50 |
| 3/28/14 | BPG | Confer D. Lowenthal re: trial, depositions, follow-up re: same (.3); attention to e-mails (.1). | 0.40 | $276.00 |
| 3/28/14 | DAL | Attention to depositions (.2). | 0.20 | $179.00 |
| 3/30/14 | CWD | E-mails re exhibit designations (.1). | 0.10 | $57.00 |
| 3/31/14 | BPG | Attention to e-mails re: Burshtein report, Bereskin report, other discovery materials (.5); confer C. Dent re: periodic update (.1); begin working on status report (.5). | 1.10 | $759.00 |
| 3/31/14 | CWD | OC B. Guiney re Law Debenture status report (.1); reviewing docket (.1). | 0.20 | $114.00 |
| 3/31/14 | DAL | Review letters from counsel for Core Parties re document disclosure issues (.3); attend Green deposition (9.0). | 9.30 | $8,323.50 |

|  |  | Total Services | 143.10 | $115,696.50 |
|---|---|---|---|---|

| Daniel A Lowenthal | 91.50 | hours at | $895.00 | $81,892.50 |
|---|---|---|---|---|
| Brian P. Guiney | 36.60 | hours at | $690.00 | $25,254.00 |
| Craig W. Dent | 15.00 | hours at | $570.00 | $8,550.00 |

| Filing Fees/Index Fees | 508.00 |  |
|---|---|---|
| Local Travel & Fares | 9.00 |  |
| Outside Professional Services | 262.50 |  |
| Tvl. Transportation/Lodging | 855.64 |  |
| Total Expenses |  | $1,635.14 |

Total This Invoice                $117,331.64

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 797955
May 23, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
April 30, 2014 In Connection With The Following:

| | | | | |
|---|---|---|---|---|
| 4/1/14 | BPG | Work on periodic report to client (2.6); review e-mails to Core Parties (.1); confer D. Lowenthal re: Trial Protocol deadlines, review protocols and attention to dates (.5); confer C. Dent re: same (.2); additional follow-up re: same with D. Lowenthal and e-mail Akin team re: same (.4); additional follow-up re: same (.2); follow-up D. Lowenthal re: identification of fact witnesses, prepare letter re: same and follow-up (.3). | 4.30 | $2,967.00 |
| 4/1/14 | CWD | OC B. Guiney re allocation litigation (.2); reviewing draft case update (.2); e-mail from Committee re settlement (.1); e-mails w/Akin re witness designations (.1). | 0.60 | $342.00 |
| 4/1/14 | DAL | Review multiple e-mails re witness designations (.6); attention to deposition issues with B. Guiney (for part) (.8); letter to other Core Parties (1.0). | 2.40 | $2,148.00 |
| 4/2/14 | BPG | Review e-mails related to depositions (.1); follow-up re: client update (.2); begin reviewing McConnell report in preparation for deposition (.4); prepare for and meet with D. Lowenthal and C. Dent re: open issues (.3); follow-up re: McConnell deposition (.2) | 1.20 | $828.00 |
| 4/2/14 | CWD | OC D. Lowenthal and B. Guiney re upcoming depositions and trial schedule (.3). | 0.30 | $171.00 |

Page 2
Invoice No. 797955
May 23, 2014
L0353-000007

| 4/2/14 | DAL | Review e-mails by counsel for Core Parties re depositions (.2); e-mails with E. Lamek re trial (.3); review and revise client update (1.7); confer with colleagues on upcoming depositions (.3) | 2.50 | $2,237.50 |
|--------|-----|-----|------|------|
| 4/3/14 | BPG | Prepare for weekly Committee call, review agenda and witness list (.2); participate on same and follow-up re: same (1.1). | 1.30 | $897.00 |
| 4/3/14 | CWD | TC B. Guiney re deposition logistics (.1). | 0.10 | $57.00 |
| 4/3/14 | DAL | Bazelon deposition (4.5); Committee call (1.0); e-mail J. Heaney re designation of witnesses (.2). | 5.60 | $5,012.00 |
| 4/4/14 | BPG | Prepare for, travel to, attend and return from McConnell deposition (9.8). | 9.80 | $6,762.00 |
| 4/4/14 | CWD | E-mails re expert depositions, follow-up re same, OC D. Lowenthal re same, TC B. Guiney re same (.6); reviewing docket (.1); revising monthly fee statement, note to accounting department re same (.5). | 1.20 | $684.00 |
| 4/4/14 | DAL | Follow-up re Bazelon deposition (.2); attention to McConnell deposition, including TC with B. Guiney re questions at deposition (2.2). | 2.40 | $2,148.00 |
| 4/7/14 | BPG | TC D. Lowenthal re: McConnell deposition, follow-up re: same (.6); review D. Lowenthal e-mail to J. Heaney re: same, follow-up re: same (.3); confer C. Dent re: Kinrich depo, follow-up re: same (.2). | 1.10 | $759.00 |
| 4/7/14 | CWD | E-mails re expert depositions, OC B. Guiney re same (.3); finalizing fee statement, e-mails re same w/D. Lowenthal (.2); reviewing status report (.1). | 0.60 | $342.00 |
| 4/7/14 | DAL | Attention to McConnell deposition follow-up (1.7); work on fee statement (.6). | 2.30 | $2,058.50 |
| 4/8/14 | BPG | Prepare for and monitor Kinrich deposition (for part) (4.2); continue monitoring deposition (for part) (2.1). | 6.30 | $4,347.00 |

Page 3
Invoice No. 797955
May 23, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| 4/8/14 | CWD | Monitoring Kinrich deposition (for part), OC B. Guiney re same, e-mails re same (1.2); reviewing docket (.1). | 1.30 | $741.00 |
| 4/8/14 | DAL | Work on fee statement (.1). | 0.10 | $89.50 |
| 4/9/14 | BPG | Follow-up D. Lowenthal re: Kinrich deposition, prepare executive summary and circulate (.5); attention to letter re: McConnell deposition (.1); confer C. Dent re: case e-mails (.1); attention to 4/17 hearing (.1). | 0.80 | $552.00 |
| 4/9/14 | CWD | E-mails re Kinrich deposition and Canadian expert reports (.3); reviewing letter from UKPC counsel re McConnell deposition, reviewing protocol re same, TC B. Guiney re same (.3); reviewing correspondence re Burshtein report (.1); reviewing docket (.2); follow-up re fee statement (.1). | 0.90 | $513.00 |
| 4/9/14 | DAL | Attention to expert reports (1.3). | 1.30 | $1,163.50 |
| 4/10/14 | BPG | Prepare for and participate on weekly Committee call, follow-up re: same (1.2); attention to litigation calendar and follow-up re: same (.4). | 1.60 | $1,104.00 |
| 4/10/14 | CWD | Committee call (for part), OC B. Guiney re allocation litigation issues (.9); reviewing docket (.1); e-mails w/Akin re witness designations (.1). | 1.10 | $627.00 |
| 4/10/14 | DAL | Review deposition summary (.1); review notes and e-mails re Committee call (.1). | 0.20 | $179.00 |
| 4/11/14 | BPG | Prepare e-mail per Trial Protocol, follow-up re: same (.3); attention to materials for 4/17 hearing (.2); follow-up C. Dent re: open issues (.1). | 0.60 | $414.00 |
| 4/11/14 | CWD | E-mails re courtroom logistics and Burshstein report (.1); e-mails re witness designations and affidavits (.2); reviewing motion to strike Bereskin report (.1). | 0.40 | $228.00 |

Page 4
Invoice No. 797955
May 23, 2014
L0353-000007

| 4/12/14 | BPG | Begin reviewing core party witness designations, and attention to affidavits (1.3); review Canadian Debtors' motion to strike Bereskin report (.8). | 2.10 | $1,449.00 |
|---------|-----|-----|------|-----------|
| 4/12/14 | CWD | E-mails re trial logistics and Committee call (.1); e-mails re trial witness designations (.2). | 0.30 | $171.00 |
| 4/14/14 | BPG | Continue reviewing fact witness affidavits, follow-up re: same (.9); attention to e-mails re: trial protocol, follow-up re: same (.3); finish reviewing affidavits, attention to trial-related e-mails, follow-up re: same (1.1). | 2.30 | $1,587.00 |
| 4/14/14 | CWD | OC B. Guiney re trial designations and expert cross-examinations (.2); reviewing docket (.1). | 0.30 | $171.00 |
| 4/15/14 | BPG | Attention to e-mails from Monitor, review Factum and related materials for 4/22 hearing (.7); follow-up re: CGSH request to change motion deadline (.3); additional follow-up re: same, attention to additional e-mails (.2); attention to additional e-mails, follow-up re: extension of time, follow-up re: 4/17 and 4/22 hearings (.4); review objection to motion to shorten and follow up re: same (.4). | 2.00 | $1,380.00 |
| 4/15/14 | CWD | E-mails re pre-trial motion schedule, OC B. Guiney re same (.2); reviewing docket and Agenda re 4/17 hearing (.1). | 0.40 | $228.00 |
| 4/15/14 | DAL | Attention to Trial Protocol issues (.2). Attention to UST letter (.2). | 0.40 | $358.00 |
| 4/16/14 | BPG | Review reply in support of motion to shorten (.2); review additional e-mails re: hearing, other issues (.2); follow-up M. Fagen and J. Heaney re: Committee call (.1); confer C. Dent re: hearing (.1); follow-up re: same (.1); attention to order denying motion to shorten, follow-up re: same (.2); attention to e-mails re: hearing, discovery, other pre-trial issues (.2). | 1.10 | $759.00 |

Page 5
Invoice No. 797955
May 23, 2014
L0353-000007

| 4/16/14 | CWD | Reviewing motions and response re Bereskin and Stratton reports (.2); e-mails from Committee re hearing and call, TC B. Guiney re same (.2); reviewing e-mails and letter re McConnell report (.1); reviewing docket (.2). | 0.70 | $399.00 |
|---|---|---|---|---|
| 4/17/14 | BPG | Review letter re courtroom logistics, follow-up re: same (.2); prepare list of trial dates per D. Lowenthal, follow-up re: same (1.1); monitor joint hearing and follow-up re: same (2.1); prepare for and participate on weekly Committee call, follow-up re: same (.6); draft and send update to D. Lowenthal (.6); review draft motion to strike (.7). | 5.30 | $3,657.00 |
| 4/17/14 | CWD | Reviewing letters re trial logistics and exhibit lists (.1); monitoring hearing (for part), OC B. Guiney re same (1.5); Committee call, OC B. Guiney re same (.5); OC B. Guiney re trial schedule (.2). | 2.30 | $1,311.00 |
| 4/18/14 | CWD | Reviewing letters re pre-trial disclosures (.2). | 0.20 | $114.00 |
| 4/19/14 | CWD | E-mails re pre-trial motions (.2). | 0.20 | $114.00 |
| 4/21/14 | BPG | Attention to e-mails, designations, other trial and discovery related matters (.4); confer C. Dent re: open issues (.2); follow-up A. Hanrahan re: UKPC designations (.2); review revised motion to strike (.5); confer D. Lowenthal re: pre-trial conference, other open issues, follow-up re: same (.4); confer C. Dent re: trial issues, pre-trial conference (.2); review UKPC designations of McConnell testimony, follow-up re: same (.7); follow-up D. Lowenthal re: same, confer A. Qureshi re: same (.2). | 2.80 | $1,932.00 |

Page 6
Invoice No. 797955
May 23, 2014
L0353-000007

| 4/21/14 | CWD | OC B. Guiney re expert designations and trial, follow-up re same (.8); OC D. Lowenthal re same (.2); reviewing Canadian Debtors' outline re pre-trial conference, e-mails re same w/B. Guiney (.3); reviewing Canadian Debtors' motion re EMEA expert reports (.1); reviewing letter from Canadian Debtors re bond claims, e-mails re same w/D. Lowenthal (.1); reviewing letters and motions to strike expert reports (.3). | 1.80 | $1,026.00 |
| --- | --- | --- | --- | --- |
| 4/21/14 | DAL | Review Agenda and letters filed with the Courts re April 22 pretrial conference and attention to issues to be considered pre-trial (3.2); prepare for hearing (.6). | 3.80 | $3,401.00 |
| 4/22/14 | BPG | Follow-up D. Lowenthal re: hearing, deliver Trial Protocol notice and follow-up, confer C. Dent re: open issues, letter re: bond claims (.5); attention to various motions in limine (1.1); attention to misc. e-mails re: Trial Protocol, discovery and other issues (.3); review summary of pre-trial hearing, follow-up re: same (.2); e-mails with D. Lowenthal and C. Dent re: open items, agenda for meeting (.2) | 2.30 | $1,587.00 |
| 4/22/14 | CWD | E-mails re motions in limine and bond claims letter from Canadian Debtors, OC B. Guiney re same (.5); OC D. Lowenthal re hearing, e-mails re same (.2). | 0.70 | $399.00 |
| 4/22/14 | DAL | Prepare for and attend Court hearing and related follow-up (8.0). | 8.00 | $7,160.00 |
| 4/23/14 | BPG | Confer C. Dent re: open issues, review e-mails and prepare for meeting with D. Lowenthal (.5); confer D. Lowenthal and C. Dent re: trial issues, follow-up re: same (1.5); attention to e-mails (.2); prepare staffing template, confer C. Dent and D. Lowenthal re: same (.6). | 2.80 | $1,932.00 |

Page 7
Invoice No. 797955
May 23, 2014
L0353-000007

| 4/23/14 | CWD | E-mails re pre-trial motions and trial exhibits (.1); OC B. Guiney re trial schedule and related matters (.3); reviewing docket (.1); preparing for and meeting w/D. Lowenthal and B. Guiney re trial schedule, pre-trial briefs and logistics, follow-up re same w/J. Stam and A. Cordo (2.6). | 3.10 | $1,767.00 |
|---------|-----|-----|------|------|
| 4/23/14 | DAL | Work on pretrial brief (1.0); strategy session re trial preparation with B. Guiney and C. Dent (1.5); TC BNYM's counsel re trial preparation and follow-up (.4). | 2.90 | $2,595.50 |
| 4/24/14 | BPG | Review materials for weekly Committee call, attention to e-mails (.3); work on letter (.3); participate on Committee call and follow-up re: same (.9); follow-up re: letter (.1); attention to e-mails (.1); begin working on opening brief / joinder (.4) | 2.10 | $1,449.00 |
| 4/24/14 | CWD | Committee call, OC D. Lowenthal and B. Guiney re letter to Canadian Debtors (.9); reviewing draft letter to Canadian Debtors' re bonds (.1). | 1.00 | $570.00 |
| 4/24/14 | DAL | Committee call (1.1); e-mail counsel re pre-trial briefs (1.3); letter to counsel re bond claims (1.0); review brief re motion to exclude expert report (.8); review US Debtors' e-mail re courtroom logistics (.1). | 4.20 | $3,759.00 |
| 4/25/14 | BPG | Attention to e-mails, other open issues, follow-up re: joinder (.5). | 0.50 | $345.00 |
| 4/25/14 | CWD | E-mails re expert designations, trial logistics, and response affidavits (.2) | 0.20 | $114.00 |
| 4/25/14 | DAL | E-mails with professionals re possible call (.1); TC re bond claims (6). | 0.70 | $626.50 |
| 4/27/14 | CWD | TC B. Guiney re pre-trial joinder and pre-trial motions (.2). | 0.20 | $114.00 |

Page 8
Invoice No. 797955
May 23, 2014
L0353-000007

| 4/28/14 | BPG | Review materials filed and served on April 25 deadline, follow-up re: same (1.2); additional follow-up re: joinder, next steps, confer C. Dent and D. Lowenthal re: same (.4); review response to motion in limine (.5); TC D. Lowenthal re: trial staffing, other open issues (.3) | 2.40 | $1,656.00 |
|---|---|---|---|---|
| 4/28/14 | CWD | E-mails re pre-trial motions, OC D. Lowenthal and B. Guiney re same (.2); reviewing docket (.1). | 0.30 | $171.00 |
| 4/28/14 | DAL | Attention to trial brief and related issues (.6); confer with B. Guiney and C. Dent re same (.3); review draft brief (.6). | 1.50 | $1,342.50 |
| 4/29/14 | BPG | Attention to responses to motions in limine, other open issues (1.3); review e-mails related to discovery and pre-trial issues (.2); attention to R. Johnson e-mail re: objection (.2); confer D. Lowenthal and C. Dent re: open trial, briefing and other open issues (.2). | 1.90 | $1,311.00 |
| 4/29/14 | CWD | OC D. Lowenthal and B. Guiney re pre-trial brief (.2). | 0.20 | $114.00 |
| 4/29/14 | DAL | Attention to pre-trial brief (.6). | 0.60 | $537.00 |
| 4/30/14 | BPG | Review US interests' motion to strike Canadian exhibit/deposition objections (.4); attention to e-mails (.1); TC A. Qureshi re: open issues, follow-up re: same (.3); update D. Lowenthal and C. Dent re: same and follow-up (.3); confer D. Lowenthal re: bondholder brief, follow-up re: same (.2). | 1.30 | $897.00 |
| 4/30/14 | CWD | E-mails re trial witnesses, TC B. Guiney and D. Lowenthal re same and trial logistics (.4). | 0.40 | $228.00 |

|  | Total Services | 113.60 | $84,102.50 |
|---|---|---|---|

| Daniel A. Lowenthal | 38.90 | hours at | $895.00 | $34,815.50 |
|---|---|---|---|---|
| Brian P. Guiney | 55.90 | hours at | $690.00 | $38,571.00 |
| Craig W. Dent | 18.80 | hours at | $570.00 | $10,716.00 |

Page 9
Invoice No. 797955
May 23, 2014
L0353-000007

| | | |
|---|---|---|
| Outside Professional Services | 155.00 | |
| Tvl. Transportation/Lodging | 929.10 | |
| Total Expenses | | $1,084.10 |
| Total This Invoice | | $85,186.60 |

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 800039
June 17, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

## CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
May 31, 2014 In Connection With The Following:

| | | | | |
|---|---|---|---|---|
| 5/1/14 | BPG | Review bondholder draft brief (1.1); confer C. Dent, D. Lowenthal re: draft joinder, follow-up re: same (.4); prepare for and participate on committee call, follow-up re: same (.6); tc D. Lowenthal re: same and re: brief (.3); begin reviewing Akin/Cleary brief (1.6); work on joinder (2.3); TCs R. Johnson and A. Miller re: same, follow-up re: same (.4). | 6.70 | $4,623.00 |
| 5/1/14 | CWD | E-mails re trial witnesses (.2). | 0.20 | $114.00 |
| 5/2/14 | BPG | Continue reviewing opening brief (.9); tc D. Lowenthal re: joinder, confer C. Dent re: same, revise same (.7); follow-up re: same, send to D. Lowenthal (.3). | 1.90 | $1,311.00 |
| 5/2/14 | CWD | OC B. Guiney re joinder, reviewing same (.5); e-mails re trial logistics (.2). | 0.70 | $399.00 |
| 5/2/14 | DAL | Draft pre-trial brief (1.3). | 1.30 | $1,163.50 |
| 5/3/14 | BPG | Tc D. Lowenthal re: joinder, trial, other open issues (.4); revise joinder and follow-up re: same (.3). | 0.70 | $483.00 |
| 5/4/14 | BPG | E-mails re: joinder, trial and logistics re: same (.3); continue reviewing opening briefs of all core parties (.9). | 1.20 | $828.00 |
| 5/4/14 | DAL | Draft pre-trial brief (2.3); review briefs filed by other Core Parties (.3). | 2.60 | $2,327.00 |

Page 2
Invoice No. 800039
June 17, 2014
L0353-000007

| 5/5/14 | BPG | Continue reviewing opening briefs (.8); OC D. Lowenthal re: trial, joinder, other open issues (.9); confer D. Lowenthal re: Akin proposed changes to joinder, revise same (.6); follow-up re: same (.2); follow-up re: logistics, TC A. Cordo re: same, multiple e-mails and TCs re: same (.8); follow-up D. Lowenthal re: joinder (.2). | 3.50 | $2,415.00 |
| --- | --- | --- | --- | --- |
| 5/5/14 | CWD | E-mails re joinder (.2).; leave message for A. Cordo re courtroom logistics (.1). | 0.30 | $171.00 |
| 5/5/14 | DAL | Pre-trial work, including revisions to pre-trial brief, confer with B. Guiney, emails with S. Miller, E. Lamek, Milbank, Akin and Cleary, tc F. Hodara, and M. Riela (4.9). | 4.90 | $4,385.50 |
| 5/6/14 | BPG | Attention to e-mails regarding joinder, trial logistics; review and revise joinder and follow-up D. Lowenthal re: same (.5); additional follow-up re: same, confer D. Lowenthal re: next steps (.4); confer A. Cordo re: courtroom testing (.1). | 1.00 | $690.00 |
| 5/6/14 | CWD | E-mails re joinder, reviewing same (.3); e-mails re trial witnesses and motion practice (.2). | 0.50 | $285.00 |
| 5/6/14 | DAL | Work on pre-trial brief, including emails with S. Miller, E. Lamek, J. Rosenthal (2.8); review pre-trial briefs (.8). | 3.60 | $3,222.00 |
| 5/7/14 | BPG | Tc D. Lowenthal and E. Lamek, follow-up re: trial logistics (.7); TC D. Lowenthal and S. Miller re: trial logistics, follow-up re: same (.8). | 1.50 | $1,035.00 |
| 5/7/14 | CWD | E-mails re pre-trial motion practice (.2). | 0.20 | $114.00 |
| 5/7/14 | DAL | Attention to trial logistics (1.3). | 1.30 | $1,163.50 |
| 5/8/14 | BPG | Monitor pre-trial hearing (for part), confer D. Lowenthal re: same (.6); follow-up D. Lowenthal re: same (.1); attention to e-mails re: trial logistics, coordinate travel to DE (.4) | 1.10 | $759.00 |
| 5/8/14 | CWD | E-mails re trial schedule (.1). | 0.10 | $57.00 |

| 5/9/14 | BPG | Participate on weekly call (for part) follow-up re: same (.7); follow-up re: same, follow-up re: trial logistics (.3); confer D. Lowenthal re: development (.4). | 1.40 | $966.00 |
|---|---|---|---|---|
| 5/9/14 | DAL | Court hearing (1.5); tc D. Botter and M. Riela re case issues (.4). | 1.90 | $1,700.50 |
| 5/11/14 | BPG | Travel to Wilmington for allocation trial (2.5). | 2.50 | $1,725.00 |
| 5/11/14 | DAL | Trial preparation (2.6). | 2.60 | $2,327.00 |
| 5/12/14 | BPG | Prepare for, attend, return from allocation trial (10.5). | 10.50 | $7,245.00 |
| 5/12/14 | CWD | E-mails re trial (.2). | 0.20 | $114.00 |
| 5/12/14 | DAL | Trial and follow-up analysis with colleagues and Committee counsel (2.0). | 2.00 | $1,790.00 |
| 5/13/14 | BPG | Monitor opening statements (for part), attention to e-mails, follow-up C. Dent re: trial (.8); prepare for and participate on weekly call, follow-up re: same (1.0). | 1.80 | $1,242.00 |
| 5/13/14 | CWD | E-mails re Nortel hearing schedule, OC B. Guiney re same (.2); follow-up re 5/16 hearing date (.1); reviewing Capstone presentation re Ad Hoc Group's proposal (.3); Committee call (.9). | 1.50 | $855.00 |
| 5/13/14 | DAL | Prepare for opening and attend allocation trial (8.5). | 8.50 | $7,607.50 |
| 5/14/14 | BPG | Obtain witness affidavits per D. Lowenthal (.1); attention to e-mails, updates re: trial, coordinate 5/15 trip to DE (.4). | 0.50 | $345.00 |
| 5/14/14 | CWD | OC B. Guiney re trial logistics (.2); reviewing docket (.2). | 0.40 | $228.00 |
| 5/14/14 | DAL | Attend allocation trial (7.0). | 7.00 | $6,265.00 |
| 5/15/14 | BPG | Travel to, attend, and return from allocation trial (9.8). | 9.80 | $6,762.00 |
| 5/15/14 | CWD | E-mails re Nortel trial w/B. Guiney (.2); reviewing docket (.1); reviewing trial transcript (.4). | 0.70 | $399.00 |

Page 4
Invoice No. 800039
June 17, 2014
L0353-000007

| 5/16/14 | BPG | Confer D. Lowenthal and C. Dent re: open issues, follow-up re: same (.5); additional follow-up C. Dent re: same (.1). | 0.60 | $414.00 |
|---------|-----|---------|------|---------|
| 5/16/14 | CWD | Meeting w/D. Lowenthal and B. Guiney re trial issues (.6); reviewing docket, follow-up re trial transcripts (.3); revising monthly fee statement, note to accounting department re same (.3). | 1.20 | $684.00 |
| 5/16/14 | DAL | Review updated list of fact witnesses (.2); analyze trial issues with B. Guiney and C. Dent (for part) (.9). | 1.10 | $984.50 |
| 5/19/14 | BPG | Attention to e-mails re: open issues, trial (.2); confer D. Lowenthal re: same (.2). | 0.40 | $276.00 |
| 5/20/14 | BPG | Correspondence with D. Lowenthal re: support agreement, monitor allocation trial (for part) (.5); review EMEA/UKPC witness statements for Thursday's testimony (1.0); attention to e-mails re: allocation trial (.1); tc D. Lowenthal re: staffing, open issues (.2). | 1.80 | $1,242.00 |
| 5/20/14 | CWD | Reviewing docket (.1); e-mails w/D. Lowenthal re trial and proofs of claim (.1); e-mails re trial schedule (.1). | 0.30 | $171.00 |
| 5/20/14 | DAL | Attend allocation trial (8.5). | 8.50 | $7,607.50 |
| 5/21/14 | BPG | Attention to e-mails, prepare for and coordinate travel to hearing (.3). | 0.30 | $207.00 |
| 5/21/14 | CWD | Emails re trial, follow-up re same (.2) | 0.20 | $114.00 |
| 5/21/14 | CWD | Reviewing docket, e-mails w/D. Lowenthal re trial (.1). | 0.10 | $57.00 |
| 5/21/14 | DAL | Attend allocation trial (8.00); summary to colleagues (.4). | 8.40 | $7,518.00 |
| 5/22/14 | BPG | Travel to, attend and return from Nortel hearing, follow-up re: same, coordinate re: same (6.5). | 6.50 | $4,485.00 |
| 5/22/14 | CWD | Participate on Committee call, emails re same w/D. Lowenthal and B. Guiney (1.1); emails re allocation trial (.2); TC B. Guiney re hearing schedule (.1). | 1.40 | $798.00 |

Page 5
Invoice No. 800039
June 17, 2014
L0353-000007

| 5/23/14 | BPG | TC D. Lowenthal and C. Dent re: staffing and trial (.3). | 0.30 | $207.00 |
|---------|-----|----------------------------------------------------------|------|---------|
| 5/23/14 | CWD | OC D. Lowenthal re trial issues and Committee call (.2); reviewing docket (.1); finalizing fee statement, OC D. Lowenthal re same (.3). | 0.60 | $342.00 |
| 5/23/14 | DAL | Work on fee statement (.4); confer with B. Guiney and C. Dent re trial issues (.8). | 1.20 | $1,074.00 |
| 5/27/14 | CWD | E-mails re Clark/Westbrook settlement and trial issues (.1); reviewing docket (.1). | 0.20 | $114.00 |
| 5/27/14 | DAL | Review emails re upcoming trial issues and logistics (.5). | 0.50 | $447.50 |
| 5/28/14 | DAL | Attend allocation trial (10.3). | 10.30 | $9,218.50 |
| 5/29/14 | BPG | Tc D. Lowenthal, C. Dent re: hedge, UCC call (.2); attention to e-mails re: allocation trial (.1); follow-up re: staffing (.1); prepare for and participate on Nortel UCC call (.7). | 1.10 | $759.00 |
| 5/29/14 | CWD | Emails re trial (.1). | 0.10 | $57.00 |
| 5/29/14 | DAL | Attend allocation trial and related follow-up (8.1). | 8.10 | $7,249.50 |
| 5/30/14 | DAL | Attend allocation trial (9.0). | 9.00 | $8,055.00 |

Total Services    146.80    $117,198.00

| Daniel A Lowenthal | 82.80 | hours at | $895.00 | $74,106.00 |
|--------------------|-------|----------|---------|------------|
| Brian P. Guiney | 55.10 | hours at | $690.00 | $38,019.00 |
| Craig W. Dent | 8.90 | hours at | $570.00 | $5,073.00 |

Page 6
Invoice No. 800039
June 17, 2014
L0353-000007

| | | |
|---|---|---|
| Local Travel & Fares | 402.91 | |
| Outside Professional Services | 1,320.00 | |
| Reproduction | 1.50 | |
| Tvl - Meals | 202.25 | |
| Tvl. Transportation/Lodging | 2,517.41 | |
| Total Expenses | | $4,444.07 |
| Total This Invoice | | $121,642.07 |

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 801900
July 16, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

### CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
June 30, 2014 In Connection With The Following:

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 6/2/14 | BPG | Attention to e-mails re: trial, coordinate for Thursday and Friday (.2); review e-mails re: order of witnesses (.2); begin reviewing expert reports for June 5 and 6 (.3). | 0.70 | $483.00 |
| 6/2/14 | DAL | Attend allocation trial and related follow-up(11.6); TC A. LeBlanc re update on developing issues (.2). | 11.80 | $10,561.00 |
| 6/3/14 | BPG | Attention to transcript (.1); other trial updates (.1); OC D. Lowenthal and C. Dent re: trial, open issues (.4). | 0.60 | $414.00 |
| 6/3/14 | DAL | Memo to J. Heaney re update on talks with bondholders' counsel (.3); update on trial with colleagues (.5). | 0.80 | $716.00 |
| 6/4/14 | BPG | Coordinate logistics for trial attendance, confer D. Lowenthal re: settlement issues, review e-mails re: same, follow-up re: order of witnesses (.5); prepare for and participate on Committee call, follow-up re: same (.7); update D. Lowenthal re: same and follow-up (.2); travel to Wilmington, DE for hearing (2.1). | 3.50 | $2,415.00 |
| 6/5/14 | BPG | Attend Nortel allocation trial (morning session) (3.5); attend Nortel allocation trial (afternoon session) (3.2). | 6.70 | $4,623.00 |
| 6/5/14 | DAL | Review email from J. Gross re case conference and forward to Law Debenture (.3). | 0.30 | $268.50 |

| 6/6/14 | BPG | Attend allocation trial (3.6); return travel from same (3.3); e-mails re: chambers conference (.2). | 7.10 | $4,899.00 |
|--------|-----|---|------|-----------|
| 6/6/14 | DAL | Attend allocation trial (5.7). | 5.70 | $5,101.50 |
| 6/9/14 | BPG | Prepare for and participate on conf. call, follow-up D. Lowenthal re: same, follow-up C. Dent re: same (1.6). | 1.60 | $1,104.00 |
| 6/9/14 | CWD | Reviewing docket (.1). | 0.10 | $57.00 |
| 6/9/14 | DAL | Memo re court conference (1.3); work on settlement issues in advance of conference with US professionals (1.4); settlement conference and follow-up (3.5). | 6.20 | $5,549.00 |
| 6/10/14 | BPG | Confer D. Lowenthal re: settlement discussions, follow-up re: same (.4); e-mails re: same (.1). | 0.50 | $345.00 |
| 6/10/14 | DAL | Review settlement scenarios prepared by Capstone (.8); attention to settlement issues (.3). | 1.10 | $984.50 |
| 6/11/14 | BPG | TC re: settlement issues wit D. Botter, D. Lowenthal, C. Kearns and M. Riela, follow-up D. Lowenthal re: same (.5). | 0.50 | $345.00 |
| 6/11/14 | DAL | Attention to settlement, including TC with Akin and Vedder (1.5); attention to trial preparation, including review of US expert reports (2.4). | 3.90 | $3,490.50 |
| 6/12/14 | BPG | Prepare for and participate on weekly Committee call and follow-up D. Lowenthal re: same (1.2); follow-up re: McConnell deposition, trial preparation (.4); follow-up D. Lowenthal re: same (.1); follow-up A. Qureshi re: same and schedule call (.1). | 1.80 | $1,242.00 |
| 6/12/14 | CWD | Follow-up re McConnell expert report, TC B. Guiney re same, e-mails w/Akin re same (.4); TC D. Lowenthal re trial schedule, follow-up re same, OC same re same (.2). | 0.60 | $342.00 |

Page 3
Invoice No. 801900
July 16, 2014
L0353-000007

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 6/12/14 | DAL | Memo to J. Heaney re settlement update (.8); trial preparation, including review of expert reports re US case, focus on McConnell testimony, and order of witnesses (2.5); attention to settlement update with Akin and colleagues (for part) (.5); assist J. Heaney with Committee issue re same (.2); TC S. Miller re settlement discussion update and upcoming witnesses slated for trial (.4). | 4.40 | $3,938.00 |
| 6/13/14 | BPG | Follow-up re: McConnell expert report (.2); confer D. Lowenthal re: trial staffing, logistics re: same (.2); TC D. Lowenthal and E. Lamek re: McConnell testimony, follow-up re: same (.6); TC J. Sorkin and J. Yecies re: McConnell, follow-up re: same (.3). | 1.30 | $897.00 |
| 6/13/14 | DAL | Work on settlement, including emails with J. Heaney, A. LeBlanc, and Akin (.2); prepare for trial next week (.4); TC D. Crichlow re settlement talks (.2); email re same (.1); TC E. Lamek and B. Guiney re trial witness preparation (.6); TC Akin, E. Lamek, and B. Guiney re McConnell preparation (.5). | 1.50 | $1,342.50 |
| 6/15/14 | DAL | Work on settlement re Judges' request re settlement amounts (1.1); review CCC and UKP offers to settle (.3). | 1.40 | $1,253.00 |
| 6/16/14 | BPG | Travel to, prepare for and attend allocation trial (7.0). | 7.00 | $4,830.00 |
| 6/16/14 | DAL | Attend Court conference and allocation trial (8.8); work on fee statement (.2). | 9.00 | $8,055.00 |
| 6/17/14 | BPG | Prepare for, attend and return from allocation trial (10.8). | 10.80 | $7,452.00 |
| 6/17/14 | DAL | Attention to trial issues, including multiple e-mails with B. Guiney re witness testimony (.8); finalize fee statement and send to J. Heaney (.2); TC B. Guiney re trial and other case issues (.4). | 1.40 | $1,253.00 |

Page 4
Invoice No. 801900
July 16, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| 6/18/14 | BPG | Confer with D. Lowenthal, attention to PPI issues, work on draft pleading re: same (2.3); additional follow-up re: same and re: law of the case (.9); review demonstrative for UKPC cross and follow-up (.2); review McConnell, Ryan demonstratives (.1). | 3.50 | $2,415.00 |
| 6/18/14 | CWD | E-mails and follow-up re WT PPI motion, OC B. Guiney re same (.9); e-mails re McConnell testimony and exhibits (.2). | 1.10 | $627.00 |
| 6/18/14 | DAL | Attend allocation trial (12:0); work on response to request that Court reconsider PPI ruling (1.5). | 13.50 | $12,082.50 |
| 6/18/14 | TK | Confer with D. Lowenthal and B. Guiney re allocation trial and PPI issues (.3). | 0.30 | $199.50 |
| 6/19/14 | BPG | Work on submission to Courts (1.1); multiple e-mails re: same, research re: same, continue revising same (1.7); additional e-mails about and research re: same (.6); follow-up e-mails and continue working on same (.8); e-mails with D. Lowenthal re: changes to draft (.4); continue revising same, e-mails and TCs D. Lowenthal re: same, confer E. Lamek re: same, circulate final draft to U.S. parties, follow-up re: same (1.8); additional follow-up an e-mails re: same (.4); attention to Akin/Milbank draft, multiple e-mails re: same (.7). | 7.50 | $5,175.00 |
| 6/19/14 | CWD | E-mails re PPI response, follow-up re same, reviewing same (1.3); reviewing Capstone presentation in preparation for Committee call, participating in same, e-mails re same w/D. Lowenthal and B. Guiney (1.1); call w/Committee, bondholders and the US Debtors re draft responses (.4). | 2.80 | $1,596.00 |
| 6/19/14 | DAL | Attend allocation trial (9.5); work on response to request for reconsideration of PPI (4.0). | 13.50 | $12,082.50 |
| 6/19/14 | TK | Confer with D. Lowenthal and B. Guiney re allocation trial and PPI issues (.1). | 0.10 | $66.50 |

Page 5
Invoice No. 801900
July 16, 2014
L0353-000007

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 6/20/14 | BPG | Review revised pleading, multiple e-mails re: same (.7); begin reviewing PPI brief and follow-up D. Lowenthal re: same (.3); additional e-mails and follow-up re: same (.5); work on quarterly update (1.0); OC D. Lowenthal re: allocation client trial, open issues (.2). | 2.70 | $1,863.00 |
| 6/20/14 | DAL | Finalize letter to Judges (1.0); attend allocation trial (7.5). | 8.50 | $7,607.50 |
| 6/23/14 | BPG | Review submissions to court on PPI issues, follow-up re: same, follow-up re: logistics (.5); monitor McConnell testimony, for part (.4); follow-up D. Lowenthal re: same, confer C. Dent re: same (.3); monitor allocation trial, for part (.8). | 2.00 | $1,380.00 |
| 6/23/14 | DAL | Attend allocation trial (7.5). | 7.50 | $6,712.50 |
| 6/24/14 | BPG | Review e-mail from E. Lamek (.1); follow-up re: PPI, monitor testimony for part (.3); follow-up re: Committee call (.1); follow-up D. Lowenthal re: PPI issue, begin updating brief re: same (1.1); follow-up re: same (.2); TC D. Lowenthal re: hearing, re: briefing schedule (.4). | 2.20 | $1,518.00 |
| 6/24/14 | CWD | E-mails re trial, reviewing transcript (.3). | 0.30 | $171.00 |
| 6/24/14 | DAL | Attend allocation trial and related follow-up (9.0). | 9.00 | $8,055.00 |
| 6/25/14 | BPG | Review e-mails (.1); follow-up re: briefing schedule (.1). | 0.20 | $138.00 |
| 6/25/14 | DAL | TC Committee counsel re possible PPI briefing schedule (.1). | 0.10 | $89.50 |
| 6/26/14 | BPG | Review e-mails re: briefing schedule (.1); confer D. Lowenthal re: PPI and briefing and follow-up re: same (.5); follow-up same re: same and attention to e-mails re: same (.2). | 0.80 | $552.00 |
| 6/26/14 | CWD | Reviewing bond pricing report, e-mails re same w/B. Guiney (.2); e-mails re 6/27 Court conference, TC B. Guiney and D. Lowenthal re same (.4); reviewing docket (.1). | 0.70 | $399.00 |

Page 6
Invoice No. 801900
July 16, 2014
L0353-000007

| 6/26/14 | DAL | Work on scheduling and PPI briefing (5.6). | 5.60 | $5,012.00 |
|---|---|---|---|---|
| 6/27/14 | BPG | Participate on pre-call re hearing, re PPI issues, monitor chambers conference, follow-up D. Lowenthal and C. Dent re: same, OC L. Russo and C. Dent re: same, work on notice to holders, work on PPI brief (3.6); tc D. Lowenthal, follow-up C. Dent re: same (.6); OC L. Russo re: research, follow-up re: same, review case law (.7). | 4.90 | $3,381.00 |
| 6/27/14 | CWD | Monitoring Court conference, OC B. Guiney re same, TC D. Lowenthal re same (1.3); follow-up re same (.3); reviewing and revising notice to holders, e-mails re same w/D. Lowenthal and B. Guiney, e-mail to J. Heaney re same (.4). | 2.00 | $1,140.00 |
| 6/27/14 | DAL | Prepare for and participate in Court teleconference (.9); related follow-up (.9); outline schedule for counsel in Delaware and Canada (.2); memo to J. Heaney (.8); leave detailed message for holder's counsel re briefing schedules and TC and emails with holder's counsel re same (.4); coordinate with BNYM's US and Canadian counsel, including conf. calls re same (1.9); work on brief (2.3). | 7.40 | $6,623.00 |
| 6/29/14 | BPG | Research re: no-call (1.7); TC D. Lowenthal re: brief and other open issues (1.0). | 2.70 | $1,863.00 |
| 6/29/14 | DAL | Work on interest issues (1.1). | 1.10 | $984.50 |
| 6/30/14 | BPG | Research re: post-petition interest, follow-up L. Russo re: same and certain cases (1.4); continue reviewing case law re: no-call (.6); revise notice to holders and follow-up (.3) TC D. Lowenthal and C. Dent re: briefing, follow-up re: same with C. Dent (.5). | 2.80 | $1,932.00 |
| 6/30/14 | DAL | Work on interest issues, including TCs with A. LeBlanc and colleagues, revising notice to holders, and review e-mails from Canadian counsel (1.0). | 1.00 | $895.00 |

Page 7
Invoice No. 801900
July 16, 2014
L0353-000007

|  | | Total Services | 194.10 | $156,520.50 |
|---|---|---|---|---|

| Daniel A Lowenthal | 114.70 | hours at | $895.00 | $102,656.50 |
|---|---|---|---|---|
| Brian P. Guiney | 71.40 | hours at | $690.00 | $49,266.00 |
| Todd Keithley | 0.40 | hours at | $665.00 | $266.00 |
| Craig W. Dent | 7.60 | hours at | $570.00 | $4,332.00 |

| Lexis Electronic Research | 55.10 |
|---|---|
| Local Travel & Fares | 265.19 |
| Outside Professional Services | 1,482.00 |
| Reproduction | 2.65 |
| Tvl. Transportation/Lodging | 4,507.66 |

Total Expenses $6,312.60

Total This Invoice $162,833.10

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 804007
August 20, 2014
FEI No. 13-5622951

Re: NORTEL

L0353-000007

## CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
July 31, 2014 In Connection With The Following:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 7/1/14 | BPG | Confer D. Lowenthal re: briefing (.2); review Indenture, Prospectus and Prospectus Supplement, follow-up C. Dent re: same (.8); TC D. Lowenthal re: open issues (.1); review and follow-up re: C. Dent e-mails and e-mails re: components of claim (.3). | 1.40 | $966.00 |
| 7/1/14 | CWD | E-mails re notice to holders (.1); follow-up re Indenture and offering documents, e-mails re same, OC B. Guiney re same, TC JC Lanza re same (2.0). | 2.10 | $1,197.00 |
| 7/1/14 | DAL | Attention to PPI briefing, including TC with J. Tecce (.3). | 0.30 | $268.50 |
| 7/1/14 | JCL | Review of e-mail correspondence and vmails; conf. call w/ C. Dent re: review of precedent materials and need to analyze claim positions; began review of Prospectus Supplement and Indenture (1.8). | 1.80 | $1,251.00 |
| 7/2/14 | BPG | Follow-up re: PPI brief, other issues (.2); confer D. Lowenthal re: same, confer C. Dent re: same (.6); consider Support Agreement issues and follow-up (.3); OC D. Lowenthal re: brief, including tc with F. Hodara, A. Qureshi and M. Riela re: same (1.1). | 2.20 | $1,518.00 |
| 7/2/14 | CWD | OC D. Lowenthal and B. Guiney re PPI brief and related issues, follow-up re same (1.2); TC JC Lanza re Indenture issues (.4). | 1.60 | $912.00 |

| 7/2/14 | DAL | Work on PPI, including TCs with T. Kreller, Akin and M. Riela to discuss go-forward plan for ad hocs, ITs and Committee (3.7). | 3.70 | $3,311.50 |
|--------|-----|---|------|-----------|
| 7/2/14 | JCL | Continued review of Prospectus Supplement, Indenture and related documentation; attended to review of C. Dent e-mail TCs correspondence re: same; conf. call w/ C. Dent re: review of claims, etc (2.9). | 2.90 | $2,015.50 |
| 7/3/14 | DAL | Work on interest issues, including review of cases for briefs (5.2). | 5.20 | $4,654.00 |
| 7/7/14 | BPG | Reviewing case law for pleading (.8); TC D. Lowenthal re: same and follow-up re: same (.9); review e-mail re: brief, confer C. Dent re: same (.3). | 2.00 | $1,380.00 |
| 7/7/14 | CWD | OC B. Guiney re PPI brief, e-mails re same and contact w/holder's counsel (.4). | 0.40 | $228.00 |
| 7/7/14 | DAL | Work on PPI analysis and briefing, including review of case law and TC with J. Tecce (3.0). | 3.00 | $2,685.00 |
| 7/8/14 | BPG | E-mails re: brief (.3); work on outline re: same (.5); OC D. Lowenthal re: same and follow-up re: same (1.2). | 2.00 | $1,380.00 |
| 7/8/14 | CWD | Reviewing case law re claim issues, TC B. Guiney re same (.4); reviewing docket (.1). | 0.50 | $285.00 |
| 7/8/14 | DAL | Work on PPI analysis for brief (6.9). | 6.90 | $6,175.50 |
| 7/9/14 | BPG | Confer D. Lowenthal re: open issues, brief (.5); work on Indenture summary (1.0); work on insert for brief (1.9); confer C. Dent re: Indenture and Prospectus, OC D. Lowenthal re: same, follow-up C. Dent and D. Lowenthal re: same, follow-up D. Lowenthal re: same (1.1); finalize insert for brief, circulate (.6). | 5.10 | $3,519.00 |
| 7/9/14 | CWD | OC B. Guiney re PPI brief issues, meeting re same w/D. Lowenthal (.9); follow-up re same (.4). | 1.30 | $741.00 |
| 7/9/14 | DAL | Work on PPI brief, including review of Indenture documents and case law (5.8). | 5.80 | $5,191.00 |

Page 3
Invoice No. 804007
August 20, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| 7/10/14 | BPG | Review Milbank opening brief (1.2); follow-up D. Lowenthal re: same, confer C. Dent re: same (.4); prepare for and participate on Committee call, follow-up re: same, confer C. Dent re: same (.7); review Committee brief and follow-up (.9); OC D. Lowenthal re: briefing issues (.3); prepare issues list per same (.4); continue reviewing rider, revising same, multiple TCs and e-mails with D. Lowenthal re: same (.7); continue reviewing briefs and related case law (.8). | 5.40 | $3,726.00 |
| 7/10/14 | CWD | Reviewing draft Milbank brief and draft Akin brief, e-mails re same w/D. Lowenthal and B. Guiney (.8); Committee call (.5); OC D. Lowenthal and B. Guiney re PPI briefs (.3); revising monthly fee statement, note to accounting department re same (.3). | 1.90 | $1,083.00 |
| 7/10/14 | DAL | Work on PPI brief, including TCs with T. Kreller and Akin re brief issues, draft brief, review case law, review Milbank's and Akin's draft briefs, and e-mails with Canadian counsel re briefing status (5.8). | 5.80 | $5,191.00 |
| 7/11/14 | BPG | Confer D. Lowenthal re: brief, OC Akin team re: same, work on revisions to rider, attention to e-mails re: same (.9); e-mails re: same, prepare supplemental brief per D. Lowenthal (1.1); review Canadian brief (.6). | 2.60 | $1,794.00 |
| 7/11/14 | CWD | E-mails re PPI brief, TC D. Lowenthal re same (.6); reviewing docket (.1); reviewing Canadian PPI brief, TC B. Guiney re same (.4); reviewing and revising Law Debenture supplemental brief, e-mails re same w/D. Lowenthal and B. Guiney (1.1). | 2.20 | $1,254.00 |
| 7/11/14 | DAL | Work on PPI brief including communications with Milbank, Quinn, Akin and Canadian counsel re brief issues in the US and Canada (3.6). | 3.60 | $3,222.00 |

Page 4
Invoice No. 804007
August 20, 2014
L0353-000007

| 7/12/14 | CWD | Reviewing revised PPI briefs from ad hoc group (US and Canada) and Committee, e-mails re same w/D. Lowenthal and B. Guiney (.9). | 0.90 | $513.00 |
|---------|-----|---|------|---------|
| 7/13/14 | BPG | Review briefs, review e-mails re: same, work on comments to same (1.6). | 1.60 | $1,104.00 |
| 7/13/14 | DAL | Review draft bondholder and Committee Interest Issues briefs (1.4). | 1.40 | $1,253.00 |
| 7/14/14 | BPG | Review all briefs and confer D. Lowenthal re: same (.9); review and revise Milbank brief, TC S. Vora re: same, follow-up re: same (1.3); follow-up D. Lowenthal re: Supplemental Brief, multiple TCs and e-mails re: same (1.8); follow-up re: cross-border claims Order, review same, confer with D. Lowenthal re: same (.5). | 4.50 | $3,105.00 |
| 7/14/14 | CWD | E-mails re PPI briefs, reviewing revised draft of Law Debenture supplemental brief, OC B. Guiney re same (.2); reviewing draft holder brief (.2); finalizing monthly fee statement, e-mails re same w/D. Lowenthal (.2). | 0.60 | $342.00 |
| 7/14/14 | DAL | Work on PPI briefing including review of case law, review of Milbank-led brief, Committee brief, and coordinate with holders' counsel (5.0). | 5.00 | $4,475.00 |
| 7/15/14 | BPG | Review and revise Milbank brief, review and revise PBWT brief, review Canadian brief, follow-up re: all, multiple TCs and e-mails with S. Vora, D. Lowenthal, M. Riela, C. Kunz and others re: same (2.9); follow-up re: same, attention to finalizing and filing both briefs, multiple TCs and e-mails with D. Lowenthal and C. Dent re: same (1.6); begin reviewing opening briefs of other core parties, consider same with D. Lowenthal (1.0). | 5.50 | $3,795.00 |
| 7/15/14 | CWD | E-mails re PPI briefs, OC B. Guiney re same, reviewing same (.6); reviewing docket (.1). | 0.70 | $399.00 |

Page 5
Invoice No. 804007
August 20, 2014
L0353-000007

| 7/15/14 | DAL | Work on PPI brief including review of case law, multiple TCs and e-mails with Canadian and Delaware counsel, colleagues, counsel for holders, Milbank and Akin, and revisions to draft briefs (6.8). | 6.80 | $6,086.00 |
|---------|-----|---|------|-----------|
| 7/16/14 | BPG | Continue reviewing opening briefs (.7); confer D. Lowenthal and C. Dent re: same (.3); review case law cited in Monitor's opening brief and work on reply brief (3.6); attention to e-mail re: potential settlement and follow-up (.5). | 5.10 | $3,519.00 |
| 7/16/14 | CWD | OC D. Lowenthal and B. Guiney re PPI response briefing, reviewing draft LawDeb response re same (.5); follow-up re same, reviewing Indenture re same, TC B. Guiney re same (.8); e-mails re settlement discussions, reviewing Indenture re same, follow-up research re Indenture issues re same and e-mails re same w/D. Lowenthal (.4). | 1.70 | $969.00 |
| 7/16/14 | DAL | Review PPI briefs and work on reply brief and related issues, including review case law and briefs, TCs with Milbank and M. Riela, memos to J. Heaney, and confer with colleagues (5.2); work on fee statement and send to J. Heaney (.4). | 5.60 | $5,012.00 |
| 7/17/14 | BPG | Prepare for and participate on weekly call, follow-up D. Lowenthal re: settlement issues, confer C. Dent re: same (1.5); review revised reply brief, confer D. Lowenthal and C. Dent re: same, revise same (.5). | 2.00 | $1,380.00 |
| 7/17/14 | CWD | OC B. Guiney re 9019 legal issues, TC L. Russo re same, follow-up re same, OC same re same (1.1); reviewing revised PPI response, TC D. Lowenthal and B. Guiney re same (.6). | 1.70 | $969.00 |
| 7/17/14 | DAL | Review and revise draft brief on Interest Issues, including TCs and e-mails with J. Heaney, S. Miller, and E. Lamek (5.5); review proposed settlement agreement, including TCs with M. Riela and Milbank (1.0), M. Riela re settlement issues (.5). | 7.00 | $6,265.00 |

Page 6
Invoice No. 804007
August 20, 2014
L0353-000007

| 7/18/14 | BPG | Review case law re: settlements, review proposed settlement, OC D. Lowenthal and C. Dent re: same, follow-up re: same (2.2); revise reply per S. Miller comments (.1). | 2.30 | $1,587.00 |
|---------|-----|---|------|-----------|
| 7/18/14 | CWD | Reviewing case law re settlement issues, e-mails re same w/B. Guiney and L. Russo (.6); reviewing draft settlement agreement, OC B. Guiney re same, meeting re same w/D. Lowenthal and B. Guiney (1.7). | 2.30 | $1,311.00 |
| 7/18/14 | DAL | Review draft settlement agreement and analyze Indenture and case law re same; email same to J. Heaney; TCs and emails with Milbank and M. Riela (3.9). | 3.90 | $3,490.50 |
| 7/21/14 | BPG | Review revised Committee brief, follow-up D. Lowenthal re: same, confer C. Dent re: same, input changes re: same and follow-up re: open issues (1.3); review Milbank draft, TC D. Lowenthal re: same and follow-up (1.1); review Canadian brief (.4); participate on Committee call and follow-up D. Lowenthal and C. Dent re: same (1.2). | 4.00 | $2,760.00 |
| 7/21/14 | CWD | OC B. Guiney re PPI response and related issues (.1); reviewing draft Milbank response and revisions to Committee reponse (.3); reviewing Indenture and related caselaw re response brief (.7); Committee call, OC D. Lowenthal and B. Guiney re same and Friday hearing (1.1). | 2.20 | $1,254.00 |
| 7/21/14 | DAL | Work on reply briefing, including review draft Committee brief and draft Milbank-led brief, TC with Milbank with comments, and review of draft Canadian brief,TCs M. Riela, and multiple tcs and e-mails with J. Heaney, S. Miller, E. Lamek, Milbank, and NNCC holders' counsel (6.2). | 6.20 | $5,549.00 |

Page 7
Invoice No. 804007
August 20, 2014
L0353-000007

| 7/22/14 | BPG | Review revised Akin PPI brief (.3); review and revise Milbank/PBWT brief (1.6); confer D. Lowenthal and C. Dent re: same, additional follow-up re: same (.4); attention to revised Supplemental Brief, confer D. Lowenthal and C. Dent re: same (.6); TC D. Lowenthal re: hearing (.5); attention to revised Milbank/PBWT brief, follow-up re: same (.3); confer D. Lowenthal re: same (.1); follow-up re: supplemental brief (.1); attention to reply briefs (.8); TC D. Lowenthal re: settlement, attention to e-mails re: same (.4); follow-up re: settlement, confer D. Lowenthal and C. Dent re: same (.4). | 5.50 | $3,795.00 |
|---------|-----|---|------|-----------|
| 7/22/14 | CWD | Reviewing and revising supplemental brief re PPI issues, e-mails w/colleagues re same (.5); reviewing revised joint bondholder-trustee brief re same and revising same, e-mails re same w/colleagues (.7); reviewing docket (.3); follow-up re 7/25 hearing (.1). | 1.60 | $912.00 |
| 7/22/14 | DAL | Work on revising and finalizing Law Debenture's Interest Issues brief and brief filed with ad hoc bondholders and BNYM, along with multiple tcs and emails with J. Heaney, Milbank, S. Miller, E. Lamek, Akin, and NNCC holders' re briefs and possible settlement, and initial review of reply briefs. | 8.00 | $7,160.00 |
| 7/23/14 | BPG | Confer D. Lowenthal and C. Dent re: settlement, follow-up re: same (.4); continue reviewing reply briefs and preparing for hearing (.6); TC D. Lowenthal re: hearing (.4); follow-up re: same (.1); follow-up research per D. Lowenthal (.3). | 1.80 | $1,242.00 |
| 7/23/14 | CWD | E-mails re settlement discussions, OC D. Lowenthal and B. Guiney re same (.8); follow-up re documents for 7/25 hearing (.2). | 1.00 | $570.00 |

Page 8
Invoice No. 804007
August 20, 2014
L0353-000007

| 7/23/14 | DAL | Multiple TCs and e-mails M. Riela, J. Heaney, S. Miller, Milbank, NNCC holders' counsel, and Akin re PPI issues, oral argument and settlement, along with review of updated settlement agreement, case law and preparation for July 25 hearing (7.6). | 7.60 | $6,802.00 |
|---|---|---|---|---|
| 7/24/14 | BPG | Confer D. Lowenthal re: hearing, settlement (.5); participate on weekly Committee call and follow-up (1.0); monitor court conference and follow-up D. Lowenthal and C. Dent re: same (1.0); review 9019 motion, follow-up re: same (.5). | 3.00 | $2,070.00 |
| 7/24/14 | CWD | Preparing for Committee call, participating in same, OC D. Lowenthal and B. Guiney re same (1.0); follow-up re Court conference (.2); monitoring hearing (for part), OC D. Lowenthal and B. Guiney re same (.7). | 1.90 | $1,083.00 |
| 7/24/14 | DAL | Work on PPI settlement, multiple TCs and e-mails with J. Heaney, M. Riela, Akin, and holders' counsel (3.0); prepare for oral argument at July 25 hearing (3.1); participate in Court hearing by CourtCall and related follow-up (2.0); work on billing (.4). | 8.50 | $7,607.50 |
| 7/25/14 | BPG | Review 7/24 transcript, follow-up re: same (.2); monitor hearing (for part) follow-up re: same (1.0); follow-up D. Lowenthal re: same (.1). | 1.30 | $897.00 |
| 7/25/14 | CWD | E-mails re hearing, OC D. Lowenthal re same (.3). | 0.30 | $171.00 |
| 7/25/14 | DAL | Review hearing transcript from July 24 hearing and send to J. Heaney, Delaware and Canadian counsel; holders' counsel (1.2); monitor Canadian hearing on PPI issues (5.0); e-mails with J. Heaney, Canadian counsel and holders' counsel re same (1.3). | 7.50 | $6,712.50 |
| 7/28/14 | BPG | Confer D. Lowenthal re: open issues, follow-up re: same (.8); prepare notice to holders re: 9019 and follow-up D. Lowenthal re: same (.7). | 1.50 | $1,035.00 |
| 7/28/14 | CWD | Reviewing docket, e-mails re post-trial brief (.1); reviewing draft of notice to holders (.1). | 0.20 | $114.00 |

| 7/28/14 | DAL | Work on post-hearing issues re allocation and PPI settlement, including TC with R. Johnson re post-trial proposed findings of fact and conclusions of law (1.3); review and revise notice of holders (1.3). | 2.60 | $2,327.00 |
| 7/29/14 | BPG | Follow-up re: notice to holders (.2); follow-up D. Lowenthal re: closing brief (.2). | 0.40 | $276.00 |
| 7/29/14 | CWD | Reviewing revised notice to holders, reviewing docket (0.1). | 0.10 | $57.00 |
| 7/29/14 | DAL | Draft notice to holders and send to F. Godino (.9). | 0.90 | $805.50 |
| 7/30/14 | BPG | Follow-up re: post-trial brief (.1); confer D. Lowenthal and C. Dent re: 9019 motion and UCC response (.2); attention to discovery re: 9019 and follow-up re: same (.3). | 0.60 | $414.00 |
| 7/30/14 | CWD | E-mails re POC motion w/D. Lowenthal, B. Guiney and Law Debenture (.2); reviewing docket (.1). | 0.30 | $171.00 |
| 7/30/14 | CWD | E-mails re Committee call and post-hearings allocation brief, OC D. Lowenthal and B. Guiney re same (.2); reviewing docket, e-mails re 9019 discovery w/D. Lowenthal and B. Guiney (.4). | 0.60 | $342.00 |
| 7/30/14 | DAL | E-mails with Committee counsel and tc J. Rosenthal re post-trial proposed findings of fact and conclusions of law (.7); review deposition notices and TC M. Riela res same.(.6). | 1.30 | $1,163.50 |
| 7/31/14 | BPG | Review motion to adjourn / preliminary 9019 objection, follow-up re: same (.5); follow-up re: deadlines (.1) | 0.60 | $414.00 |
| 7/31/14 | CWD | Reviewing Monitor's preliminary objection to 9019 (.2); e-mails re US findings of fact (.1). | 0.30 | $171.00 |
| 7/31/14 | DAL | Review Monitor's motion to adjourn settlement hearing and expedited discovery, send same to J. Heaney, F. Godino, and holders' counsel (2.2); review post-trial brief (.3). | 2.50 | $2,237.50 |

Page 10
Invoice No. 804007
August 20, 2014
L0353-000007

| | | | | |
|---|---|---|---|---|
| | Total Services | 200.60 | $157,635.00 | |

| | | | | |
|---|---|---|---|---|
| Daniel A Lowenthal | 109.10 | hours at | $895.00 | $97,644.50 |
| Jean-Claude Lanza | 4.70 | hours at | $695.00 | $3,266.50 |
| Brian P. Guiney | 60.40 | hours at | $690.00 | $41,676.00 |
| Craig W. Dent | 26.40 | hours at | $570.00 | $15,048.00 |

| | |
|---|---|
| Filing Fees/Index Fees | 107.00 |
| Lexis Electronic Research | 129.17 |
| Local Travel & Fares | 15.36 |
| Misc. | 51.00 |
| Tvl. Transportation/Lodging | 951.00 |

Total Expenses                     $1,253.53

Total This Invoice            $158,888.53