Page 4
Invoice No. 1014341
February 17, 2017
D1584-000002

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/17 | DAL | Prepare for confirmation hearing (.7); Committee call re TCC settlement and confirmation hearing (.5); tc and emails with E. Lamek re confirmation hearing (.2); tc and emails with S. Miller re same (.2); conf. C. Dent re same (.2); in preparation for confirmation hearing, review UST's objection, BNYM's response, updated confirmation order, and holders' reply, and outline statements re support of confirmation for the NNCC Trustee, response to UST and exculpation and holders' issues (4.0). | 5.80 | $5,916.00 |
| 01/23/17 | BPG | Attention to e-mails and tc D. Lowenthal re: confirmation hearing (.6). | 0.60 | $468.00 |
| 01/24/17 | DAL | Prepare for and participate in Confirmation hearing before J. Gross (7.5); travel to NY (3.0). | 10.50 | $10,710.00 |
| 01/24/17 | BPG | Attention to UST inquiry and follow-up (.5); monitor hearing (for part) (3.0); confer D. Lowenthal (.5); confer C. Dent (.5). | 4.50 | $3,510.00 |
| 01/24/17 | CWD | E-mails and follow up re trustee succession issues w/UST, OC and TC B. Guiney re same, e-mails re confirmation hearing (1.1). | 1.10 | $808.50 |
| 01/25/17 | DAL | Detailed work post-confirmation, including Court call with J. Gross and holders' counsel, multiple tcs confs, and emails with other counsel and colleagues re next steps for mediation before J. Farnan and discovery. | 5.20 | $5,304.00 |
| 01/25/17 | BPG | Client call and follow-up re: same, prepare for Court call (1.2); conference call with Court (.5); follow-up D. Lowenthal, C. Dent and T. Kirklin re: same (1.4); OC D. Lowenthal, C. Dent and T. Kirklin re: discovery, follow-up re: same (1.1); confer S. Miller and D. Lowenthal re: court order and respond to Quinn Emanuel re: same (.6); review and revise draft doc requests from T. Kirklin (.4). | 5.20 | $4,056.00 |
| 01/25/17 | CWD | Meeting (for part) re noteholder discovery and related matters w/D. Lowenthal, B. Guiney and T. Kirklin (.6). | 0.60 | $441.00 |
| 01/25/17 | JTK | T/c with B. Guiney and D. Lowenthal re strategy for litigation over fee dispute (.2); review and analyze correspondence with Quinn Emanuel and related documents concerning fee dispute (1.6); meeting with D. Lowenthal, B. Guiney and C. Dent re discovery strategy and related issues (1.0); draft email to B. Guiney re document requests to debtors and objecting parties (.5); draft document requests (1.2); analysis of local rules and local bankruptcy rules regarding discovery requests (.5). | 5.00 | $3,550.00 |

CONFIDENTIAL                                                                                                                    IT00014634

Page 5
Invoice No. 1014341
February 17, 2017
D1584-000002

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/17 | DAL | Tcs and emails with J. Tecce, S. Miller and J. Farnan (1.0); outline issues for discovery (1.0); tc S. Horwitz (.1); update client re same (.4); review Court Orders re mediation and send to counsel (.3); review and revise document requests and tc colleagues re changes (1.0); attention to confirmation hearing transcript (.5); tc S. Miller re mediation (.5). | 4.80 | $4,896.00 |
| 01/26/17 | BPG | UCC call (.5); reviewing confirmation order and other related materials (.4); working on document requests (.6); confer D. Lowenthal re: mediation issue, TCs with S. Miller and J. Tecce (for part) (.5); working on issues list and other matters pertaining to mediation (.7); OC with D. Lowenthal (incl. tc with J. Farnan et al., for part) (1.2); e-mails pertaining to discovery, confer D. Lowenthal re: mediation (1.1). | 5.00 | $3,900.00 |
| 01/26/17 | CWD | Reviewing draft discovery requests re noteholder dispute, e-mails re same (.3). | 0.30 | $220.50 |
| 01/26/17 | JM | Review background materials to understand background of fee dispute. | 4.00 | $3,820.00 |
| 01/26/17 | JTK | Review and analyze scheduling order (.1); continue to draft discovery requests to debtors (1.0); continue to draft discovery requests to Solus (1.0); emails with B. Guiney and C. Dent re discovery (.1); draft clawback agreement (.7); draft subpoena to Macquarie (.3); revise discovery requests and confer with B. Guiney re same (.9); t/c wtih D. Lowenthal and B. Guiney re revisions to document requests (.2); revise document requests and subpoena to Macquarie (.8). | 5.10 | $3,621.00 |
| 01/27/17 | DAL | Tc B. Popeo and S. Horwitz re mediation (.5); work on document production requests (.5); tc D. Botter re case issues (.3); leave detailed message for K. Coleman (.1); leave detailed message for J. Bromley (.1); emails with S. Miller re hearing transcript (.2); emails with L. Schweitzer re document requests (.2). | 1.90 | $1,938.00 |
| 01/27/17 | BPG | Attention to finalizing and serving document requests (2.2); multiple TCs and e-mails: re: same, confer D. Lowenthal re: mediation strategy (.9). | 3.10 | $2,418.00 |
| 01/27/17 | CWD | E-mails re discovery requests (.1). | 0.10 | $73.50 |
| 01/27/17 | JTK | Draft discovery requests to Macquarie, Canadian Debtors and PointState (.6); numerous emails with B. Guiney re discovery requests (.2); emails with S. Miller re service (.2); t/c with S. Miller re service and strategy for discovery (.3); meeting with B. Guiney re service and discovery strategy (.2); revise and finalize discovery requests (.7). | 2.20 | $1,562.00 |

9555614v.1

CONFIDENTIAL                                                                                                         IT00014635

Page 6
Invoice No. 1014341
February 17, 2017
D1584-000002

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/28/17 | BPG | Review document requests from Quinn and tc D. Lowenthal re: same, attention to e-mails re: same (1.5). | 1.50 | $1,170.00 |
| 01/28/17 | JTK | Emails with D. Lowenthal and B. Guiney re service of Noteholders' document requests (.4); review and analysis of Noteholders' document requests (.4). | 0.80 | $568.00 |
| 01/29/17 | BPG | Review docket (.1); begin outlining brief (.4). | 0.50 | $390.00 |
| 01/30/17 | DAL | Team meeting re discovery, mediation, and evidentiary hearing (2.0); emails with L. Schweitzer re meet and confer (.2); tc B. Popeo and S. Horwitz re strategy (.5); review and revise subpoena to Macquarie (.6); outline issues for mediation (.7); emails with T. Musarra re document responses (.1); arrange meeting with B. Popeo and S. Horwitz (.1); emails with S. Horwitz re Law Debenture and J. Heaney (.2). | 4.40 | $4,488.00 |
| 01/30/17 | BPG | OC with D. Lowenthal, J. Masella and T. Kirklin re: discovery, mediation and trial (2.2); follow-up e-mails pertaining to same (.8); attention to discovery issues (.2); attention to issues pertaining to Macquarie subpoena (.3); consider research issues and follow-up D. Lowenthal and J. Masella re: same (.6); e-mails R. Schwartz re: same (.1); gathering and delivering certain invoices to Quinn (.4); consider mediation issues, expert witness issues with D. Lowenthal (for part) (1.1). | 5.70 | $4,446.00 |
| 01/30/17 | CWD | Reviewing document requests, OC B. Guiney re same, TC T. Kirklin re Law Debenture files (.2). | 0.20 | $147.00 |
| 01/30/17 | JM | Meet with team (1.8); review materials (3.0); attention to discovery issues (1.4). | 6.20 | $5,921.00 |
| 01/30/17 | JTK | Further review and analysis of Noteholders' document requests, and analysis of strategy for response (.5); meeting with B. Guiney, D. Lowenthal, and J. Masella re strategy for discovery and hearing (1.6); prepare subpoena to Macquarie (.6); research issues relating to response time for interrogatories, t/c with J. Masella re same, and email to J. Masella re same (.3); t/c with E. Monzo re Macquarie subpoena (.1); emails with Practice Support re document collection and technical issues (.4); tcs with J. Masella re Macquarie subpoena (.3); revise Macquarie subpoena (1.5); tcs with B. Guiney re Macquarie subpoena (.4); additional emails and tc with J. Masella re Macquarie subpoena (.2); further revisions to Macquarie subpoena, and email to D. Lowenthal and J. Masella re same (.4). | 6.20 | $4,402.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/31/17 | DAL | Emails with DT re document issues (.1); review and revise document requests to Macquaire (.2); emails with Law Debenture and Delaware Trust re next steps (.2); tc with J. Heaney and email update to clients (.3); meet and confer with Debtors' counsel and follow-up with colleagues re same (1.0); review and revise draft letter to holders' counsel and send same to clients (.5); email L. Schweitzer re discovery issues (.2); tc R. Johnson re discovery (.1). | 2.10 | $2,142.00 |
| 01/31/17 | BPG | Prepare for and OC R. Schwartz re: research, follow-up re: same (.9); tc with Cleary re: discovery, confer D. Lowenthal re: same (.7); follow-up J. Masella re: same and draft e-mail (.8); attention to objections and responses from Quinn (.4); follow-up e-mails re: document production and review (.3); mediation preparation, confer accounting re: same (.7). | 3.80 | $2,964.00 |
| 01/31/17 | JM | Draft letter to opposing counsel (.6); review Jan. 23 and Jan. 25th transcripts (1.1); communication with team members re: discovery from others (.4); review draft emails (.3); begin reviewing email communication for production in discovery (.8). | 3.20 | $3,056.00 |
| 01/31/17 | JTK | Revise subpoena to Macquarie (.3); tcs with J. Masella re Macquarie subpoena (.2); draft correspondence to J. Tecce re discovery responses (.5); review and analyze documents and correspondence in preparation for production (1.0); coordination with Practice Support, and tcs and emails with D. Lowenthal, re coordination of document review and production (.5); draft email to E. Munzo re service of Macquarie subpoena and pro hac for J. Masella (.2); prepare responses and objections to Noteholders' document requests and interrogatories (1.1); analysis of Noteholders' responses and objections to document requests (.5); emails with D. Lowenthal, B. Guiney and J. Masella re document collection and review (.5). | 4.80 | $3,408.00 |
| 01/31/17 | RS | Meet with BPG to discuss research; conduct legal research regarding the standard for reasonable attorneys' fees for indenture trustees. | 3.00 | $1,935.00 |
| | | Total Services | 232.40 | $203,032.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel A Lowenthal | 92.50 hours at | $1,020.00 | $94,350.00 |
| James (Jamie) Masella | 13.40 hours at | $955.00 | $12,797.00 |
| Brian P. Guiney | 84.00 hours at | $780.00 | $65,520.00 |
| Craig W. Dent | 15.40 hours at | $735.00 | $11,319.00 |
| J. Taylor Kirklin | 24.10 hours at | $710.00 | $17,111.00 |
| Rachel Schwartz | 3.00 hours at | $645.00 | $1,935.00 |

Page 8
Invoice No. 1014341
February 17, 2017
D1584-000002

| | |
|---|---:|
| Electronic Legal Research | $76.88 |
| Total Expenses | $76.88 |
| Total This Invoice | $203,108.88 |

CONFIDENTIAL    IT00014638