# **Exhibit 11**

## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Wednesday, January 16, 2013 10:57 AM |
| **To:** | Lowenthal, Daniel A. (x2720) |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel - Memo to Files (Confidential) |

Confidential
Attorney Work Product

This memo memorializes calls I've had with Javier Schiffrin, counsel for Solus, over the past several weeks. Brian also participated in several of the calls.

Javier first called me about the motion we filed seeking leave to amend LawDeb's claim. Steve Blauner later sent Jim Heaney and me an e-mail on the same subject. Javier and Steve said they were surprised to see the motion without having received prior notice. They said Solus deserved notice since, they asserted, it is a majority holder of the NNCC bonds. In response, I informed them that Solus had yet to comply with Jim Heaney's May 9, 2012 letter to Steve that set forth the type of information LawDeb wanted to receive demonstrating that Solus is a majority holder. In response, they then sent us information purporting to show that Solus holds a majority of the bonds.

Javier and Steve both said they want a "general protocol" with us and LawDeb concerning how we can "coordinate" efforts in the case. Javier made clear that Solus doesn't want to give us a direction letter. I made clear that we will ask Solus periodically to update the evidence of Solus' holdings. Javier suggested that we share information with them "to the extent we can." He acknowledged that we can't share any confidential information, including information we receive as a Committee member and during the mediation. ▇▇▇REDACTED - ATTORNEY WORK▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

As a result of this understanding, I relayed the following to Javier. At the time, we were negotiating with Cleary revised language to the Order approving the motion to amend. (In fact, over several calls, I mentioned this to Javier four times. He didn't ask to see the draft language before it was finalized, and I have heard nothing from him about the Order after Judge Gross signed the final version.) I said our counsel in Canada would be filing a similar amended claim in Canada. And I said that Jim Heaney and I would be attending the mediation in Toronto the week of January 14.

I asked Javier if had any anything to share with us. He said he was working on a confidentiality agreement with the US Debtors. He said he and Solus had asked if they could participate in the mediation and were told they couldn't. I have heard nothing more from him about the status of the confidentiality agreement.

1

Finally, Javier also said he represents other (unspecified) holders that, together with Solus, hold 2/3 of the NNCC bonds.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

2

CONFIDENTIAL

IT00000322