# **<u>Exhibit 12</u>**

Edmond Lamek
T 416.367.6311
F 416.361.7067
elamek@blg.com

Borden Ladner Gervais LLP
Scotia Plaza, 40 King St W
Toronto, ON, Canada M5H 3Y4
T 416.367.6000
F 416.367.6749
blg.com


Borden Ladner Gervais

April 11, 2013

**Via Email**

Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, New York
10017

Attention: James D. Heaney, Managing Director

Dear Sirs:

Re:   **Nortel Networks Capital Corporation, Nortel Networks Limited, Nortel Networks, Inc., et al.**

Law Debenture Trust Company of New York (**"Law Debenture"** or **"You"**), not individually, but as trustee for holders of certain bonds (the **"NNCC Bonds"**) has asked us to provide legal services with respect to the insolvency filings of Nortel Networks Limited and certain of its affiliated entities (collectively **"Nortel"**) under one or more of the *Companies' Creditors Arrangement Act* (the **"CCAA"**), Chapters 11 or 15 of the *United States Bankruptcy Code* and the United Kingdom *Insolvency Act 1986* (collectively the **"Nortel Insolvency Proceedings"**). In particular you have asked us to provide you with Canadian law advice in respect of the mediation process being undertaken in the Nortel Insolvency Proceedings to deal principally with the issue of allocation of the proceeds of realization of the global assets of Nortel, as between the Canadian, U.S. and EMEA Nortel Estates and with recovery/distribution issues concerning Law Debenture's claim(s) in Canada.

*Other Nortel Retainers*

Given the size of our firm and the scope of the Nortel Insolvency Proceedings we do have various retainers from other persons in relation to Nortel, including creditors of, and suppliers to, Nortel in relation to the Nortel Insolvency Proceedings, the majority of which have developed into "watching briefs" by this stage in the Nortel Insolvency Proceedings.

We confirm your agreement to retain us notwithstanding these other retainers on the following basis:

1.   We are at liberty to continue to act for existing clients and other parties in respect of the Nortel Insolvency Proceedings, such as creditors, suppliers, potential equity investors and purchasers. In this regard, we will be at liberty to disclose to another client that you are

**BLG**
Borden Ladner Gervais

also our client in relation to the Nortel Insolvency Proceedings in relation to a retainer or prospective retainer to work for such client.

2. No lawyer or staff member involved in your retainer will be involved in any of the other retainers relating to the Nortel Insolvency Proceedings without your consent, except that the same lawyers and staff members may act for other suppliers and creditors, including you, where it does not appear to be prejudicial to your interests.

3. Information relating to the Nortel Insolvency Proceedings that may be obtained by any of our lawyers and staff pursuant to a retainer with another client in relation to the Nortel Insolvency Proceedings will not be disclosed to you. Similarly, information relating to the Nortel Insolvency Proceedings obtained pursuant to your retainer will not be disclosed to anyone, including other firm clients, without your consent.

4. In the event that during the course of the Nortel Insolvency Proceedings, we conclude that we can no longer provide you with the representation we feel is required as a consequence of the fact that the interests of any other client are in conflict with your interests, we reserve the right to withdraw and terminate this retainer, subject on our part to applicable rules of professional conduct. The termination of this retainer will not prohibit our continued representation of such other client or any other clients. We will provide whatever reasonable assistance you or your new counsel might require as a result of our withdrawal. Upon such termination, we will remain entitled to be paid for all services rendered and expenses incurred on your behalf prior to the date of such termination and which are reasonably necessary thereafter, in accordance with, and subject to, the terms of this letter.

*Personnel*

I will be responsible for the overall conduct of the matter. Please raise with me any comments or concerns relating to the matter or our performance in it with me. I will be assisted from time to time by other members of the Borden Ladner Gervais Toronto Insolvency & Restructuring Group (the "Toronto IRG"). Specific tasks may be assigned to other Borden Ladner Gervais lawyers outside of the Toronto IRG where their expertise is required. The current Canadian Dollar hourly rates for the members of the Toronto IRG likely to become involved are as follows:

|  | Year of Call | Hourly Rate (CAD) |
|---|---|---|
| Edmond Lamek (Partner) | 1992 | $900.00 |
| Mary Arzoumanidis (Associate) | 2007 | $450.00 |
| James Szumski (Associate) | 2009 | $415.00 |

Our hourly rates are adjusted periodically, usually on January 1st of each year. You will be notified of changes in rates in your account statement.

2

CONFIDENTIAL

*Fees and Billings*

Borden Ladner Gervais understands and agrees that its fees and expenses incurred in this representation will be paid exclusively from the following sources: (a) funds (if any) held by Law Debenture Trust Company of New York in its capacity as trustee (the "Trustee") under the indenture pursuant to which the NNCC Bonds were issued (the "Reserve Funds"), (b) recoveries on any of Trustee's claims against any Nortel Debtor or any other party relating to the NNCC Bonds, and (c) amounts paid to the Trustee by Nortel Networks Inc., Nortel Networks Capital Corporation (the bond issuer), Nortel Networks Limited (guarantor), or any other party in reimbursement of such fees and disbursements with respect to the NNCC Bonds ((b) and (c), the "Recoveries"). Borden Ladner Gervais shall not be compensated unless and until there are funds in the Reserve Funds or there are Recoveries. In no event will Law Debenture be personally liable for the payment of Borden Ladner Gervais fees and expenses to the extent that the funds in the Reserve Funds (if any) or the Recoveries are insufficient, for any reason, to satisfy such fees and expenses. Borden Ladner Gervais' sole recourse for payment of any fees and expenses shall be limited to the Reserve Funds (if any) and the Recoveries.

In order to keep you apprised of the status of our fees, we propose to provide you with regular account statements for our fees and expenses, based on the applicable hourly billing rates for the time spent and expenses incurred during the period covered by the statement.

We look forward to working with you.

Yours truly,

**BORDEN LADNER GERVAIS LLP**

Per:

Edmond F.B. Lamek

The foregoing terms and conditions governing the provision of legal services by Borden Ladner Gervais LLP are agreed to this 16 day of April, 2013.

**Law Debenture Trust Company of New York**

Per:

James D. Heaney
Managing Director

TOR01: 5100046: v1

3

CONFIDENTIAL                                                                                                                    IT00007566