# **Exhibit 14**

From:     Lowenthal, Daniel A. (x2720)
Sent:     Wed 9/10/2014 2:56 PM (GMT-04:00)
To:       James Tecce
Cc:
Bcc:
Subject: RE: Nortel -- Draft Joinder (Confidential)


Thanks.



**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Wednesday, September 10, 2014 2:55 PM
**To:** Lowenthal, Daniel A. (x2720)
**Subject:** RE: Nortel -- Draft Joinder (Confidential)



Looks good. Thank you for sharing.



**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Wednesday, September 10, 2014 11:50 AM
**To:** James Tecce
**Subject:** Nortel -- Draft Joinder (Confidential)



COMMON INTEREST


Jamie,


Post-trial reply briefs for the allocation trial are due today at 4 pm.


We've reviewed drafts of Milbank's and Cleary's/Akin's briefs.


Our draft Joinder to those briefs is attached.

CONFIDENTIAL

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

---------------------------------------------------
Privileged/Confidential Information may be contained in this message.  If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone.  In such case, you
should destroy this message and kindly notify the sender by reply email.  Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

============================================================================
=