# **<u>Exhibit 15</u>**

From: Ryan Cunningham
Sent: Thu 12/08/2011 3:59 PM (GMT-05:00)
To: Stephen Blauner
Cc: Chris Pucillo (Blackberry); Craig Chobor
Bcc:
Subject: Re: Nortel

Thanks Steve. I agree we will need to be involved with mediation with respect to our 7.875s. My sense is that participation in mediation likely means we need to get restricted (this is what FTI has intimated). Regardless, I think when Judge Gross ruling comes out it's a good time to revisit the position (potentially add back cross guaranteed bonds) and make a determination on how how we want to approach mediation heading into January.

Sent from my iPad

On Dec 8, 2011, at 12:36 PM, "Stephen Blauner" <sblauner@soluslp.com> wrote:


Had a call from John Ray (CRO for Nortel) asking if we (me) would participate in the mediation that is likely to begin in January. May involve getting restricted, so I asked John to confer with Cleary as to how long/blow-out mechanism. Told me that Tenor Capital has gotten restricted and that Goldman/Monarch/Carval are jointly represented by Michael Leffell (DK), who is also restricted. Aurelius is also planning on getting restricted to participate in the mediation.


We definitely want to participate in the mediation, although I am not convinced that we need to get restricted. On the other hand, my view will not matter if that is the ground rule. The mediation will not commence until Judge Gross rules on the EMEA claims into Nortel, which is likely to happen before Christmas. So we have some time to consider this.

CONFIDENTIAL

Stephen J. Blauner

Managing Director

Solus Alternative Asset Management LP

410 Park Avenue

New York, NY 10022

Tel 212-373-1562

Fax 212-284-4320

Cell 917-968-8874

CONFIDENTIAL

QE_0000039