# **Exhibit 16**

From:     Stephen Blauner
Sent:     Fri 1/13/2012 2:18 PM (GMT-05:00)
To:       John Ray
Cc:
Bcc:
Subject: Nortel

John - Seems to me that I owe you a response to a conversation we had prior to Christmas - yes, we (I) would be pleased to participate in mediation as a holder of the NNCC 7 7/8% bonds.


Best.


Steve


Stephen J. Blauner

Managing Director

Solus Alternative Asset Management LP

410 Park Avenue

New York, NY 10022

Tel 212-373-1562

Fax 212-284-4320

Cell 917-968-8874

CONFIDENTIAL

QE_0000040