# **<u>Exhibit 17</u>**

From:     Daniel Holzman
Sent:     Tue 6/24/2014 11:38 AM (GMT-04:00)
To:       'lschweitzer@cgsh.com'; 'jopolsky@cgsh.com'
Cc:       James Tecce
Bcc:
Subject: RE: Nortel - Confidentiality Agreement


Lisa and Jeremy,

We would like to wrap up the confidentiality agreement. Do you think we can accomplish that this week?



Kind regards,
Daniel


**Daniel Holzman**

**Quinn Emanuel Urquhart & Sullivan, LLP**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Direct: (212) 849-7242**

**Main Fax:  (212) 849-7100**
**E-mail:  danielholzman@quinnemanuel.com**



**From:** Daniel Holzman
**Sent:** Friday, May 02, 2014 5:22 PM
**To:** 'lschweitzer@cgsh.com'; 'jopolsky@cgsh.com'
**Cc:** James Tecce
**Subject:** Re: Nortel - Confidentiality Agreement



Lisa and Jeremy,

Do you have any update when you will respond to our mark-up of the confidentiality agreement or let us know that you are signed off?

Kind regards,
Daniel

CONFIDENTIAL
QE_0011736

**From:** Daniel Holzman
**Sent:** Wednesday, April 23, 2014 11:38 AM
**To:** Schweitzer, Lisa M. <lschweitzer@cgsh.com>; Opolsky, Jeremy R. <jopolsky@cgsh.com>
**Cc:** James Tecce
**Subject:** RE: Nortel - Confidentiality Agreement

Lisa and Jeremy,

Attached are our comments to the Confidentiality Agreement.

Kind regards,

Daniel

**Daniel Holzman**

**Quinn Emanuel Urquhart & Sullivan, LLP**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Direct: (212) 849-7242**

**Main Fax: (212) 849-7100**
**E-mail: danielholzman@quinnemanuel.com**

**From:** Opolsky, Jeremy R. [mailto:jopolsky@cgsh.com]
**Sent:** Wednesday, April 16, 2014 5:39 PM
**To:** James Tecce; Daniel Holzman
**Cc:** Schweitzer, Lisa M.
**Subject:** RE: Nortel - Confidentiality Agreement

James and Daniel,

Please find attached our revisions to the NDA for further discussion. I have attached our comments in a clean copy and blacklined against your draft of March 2014.

CONFIDENTIAL

Best,

Jeremy

Jeremy Opolsky
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jvitale@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2924 | f: +1 212 225 3999
www.clearygottlieb.com | jopolsky@cgsh.com

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, April 15, 2014 8:08 PM
**To:** Schweitzer, Lisa M.; Daniel Holzman
**Cc:** Opolsky, Jeremy R.
**Subject:** RE: Nortel - Confidentiality Agreement

Thank you.  We look forward to your comments.

Best,

**From:** Schweitzer, Lisa M. [mailto:lschweitzer@cgsh.com]
**Sent:** Tuesday, April 15, 2014 3:49 PM
**To:** James Tecce; Daniel Holzman
**Cc:** Opolsky, Jeremy R.
**Subject:** RE: Nortel - Confidentiality Agreement

Sorry folks – we will get you the draft back tomorrow on the NDA.  As previously discussed, this agreement sits in parallel to the protective order entered in the cases, and the comments will reflect that.

CONFIDENTIAL
QE_0011738

Lisa

---

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: cverga@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com | lschweitzer@cgsh.com


**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Tuesday, April 08, 2014 10:38 AM
**To:** Daniel Holzman; Schweitzer, Lisa M.
**Subject:** RE: Nortel - Confidentiality Agreement


Hi Lisa.


Following up on Daniel's email, can we try to work through the document this week?  I realize you're busy, but we would like to finish this given it's been outstanding for some time.


Thank you in advance.


**From:** Daniel Holzman
**Sent:** Thursday, April 03, 2014 11:03 AM
**To:** lschweitzer@cgsh.com
**Cc:** James Tecce
**Subject:** RE: Nortel - Confidentiality Agreement


Lisa,


Is there any update as to when we can expect to receive a revised draft of the Confidentiality Agreement?

CONFIDENTIAL
QE_0011739

Kind regards,

Daniel


**Daniel Holzman**

**Quinn Emanuel Urquhart & Sullivan, LLP**
**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**Direct: (212) 849-7242**

**Main Fax: (212) 849-7100**
**E-mail: danielholzman@quinnemanuel.com**


**From:** Daniel Holzman
**Sent:** Friday, March 07, 2014 12:44 PM
**To:** 'lschweitzer@cgsh.com'
**Cc:** James Tecce
**Subject:** Nortel - Confidentiality Agreement


Lisa,

I am following up to make sure that you received the draft confidentiality agreement I emailed to you earlier this week.

Kind regards,

Daniel


**Daniel Holzman**

CONFIDENTIAL
QE_0011740

**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: **(212) 849-7242**

Main Fax: **(212) 849-7100**
E-mail: danielholzman@quinnemanuel.com

**From:** Daniel Holzman
**Sent:** Tuesday, March 04, 2014 2:58 PM
**To:** 'lschweitzer@cgsh.com'
**Subject:** Nortel - Confidentiality Agreement

Lisa,

Following up on the conversation you had last week with Jamie, please find attached a draft confidentiality agreement.

Kind regards,

Daniel

**Daniel Holzman**

**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: **(212) 849-7242**

Main Fax: **(212) 849-7100**
E-mail: danielholzman@quinnemanuel.com

CONFIDENTIAL                                                                                          QE_0011741

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

CONFIDENTIAL

QE_0011742