# **Exhibit 18**

From: Schweitzer, Lisa M.
Sent: Wed 10/15/2014 7:56 PM (GMT-04:00)
To: carmstrong@goodmans.ca; Stam, Jennifer; Lipner, Louis A.
Cc: jpasquariello@goodmans.ca; brent.r.beekenkamp@ca.ey.com; aleblanc@milbank.com; Daniel Holzman; James Tecce
Bcc:
Subject: RE: Nortel - Quinn Emmanuel Confidentiality Agreement

Chris –

That is a disappointing response, especially given that Quinn's clients are members of the ad hoc bondholder group, the Monitor has entered into similar arrangements with other members of the bondholder group and where the request has been outstanding and not responded to for several months. I'm copying the attorneys from Quinn Emanuel and Andy Leblanc on this email so they can decide how to proceed in light of your position.

Lisa

---

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lgiambatista@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com | lschweitzer@cgsh.com

**From:** Armstrong, Christopher [mailto:carmstrong@goodmans.ca]
**Sent:** Wednesday, October 15, 2014 5:26 PM
**To:** Schweitzer, Lisa M.; Stam, Jennifer; Lipner, Louis A.
**Cc:** jpasquariello@goodmans.ca; brent.r.beekenkamp@ca.ey.com
**Subject:** RE: Nortel - Quinn Emmanuel Confidentiality Agreement

Lisa,

We have had an opportunity to speak with the Monitor regarding the proposed CA. At present, the Monitor is not prepared to enter into a CA with Quinn Emmanuel as it does not see any particular purpose for doing so at this stage of the proceedings, nor does it see involving another bondholder advisor as helpful or constructive to the process at this juncture. To the extent our views changes as matters progress, we can engage with Quinn Emmanuel at the appropriate time.

CONFIDENTIAL
QE_0009484

Regards,

Chris

***** Attention *****

This communication is intended solely for the named addressee(s) and may contain information that is privileged, confidential, protected or otherwise exempt from disclosure. No waiver of confidence, privilege, protection or otherwise is made. If you are not the intended recipient of this communication, or wish to unsubscribe, please advise us immediately at privacyofficer@goodmans.ca and delete this email without reading, copying or forwarding it to anyone. Goodmans LLP, 333 Bay Street, Suite 3400, Toronto, ON, M5H 2S7, www.goodmans.ca. You may unsubscribe to certain communications by clicking here.

**Chris Armstrong**

Goodmans LLP

416.849.6013

carmstrong@goodmans.ca

goodmans.ca

**From:** Schweitzer, Lisa M. [mailto:lschweitzer@cgsh.com]
**Sent:** Sunday, October 12, 2014 10:24 PM
**To:** Stam, Jennifer; Lipner, Louis A.
**Cc:** Armstrong, Christopher; Pasquariello, Joe; brent.r.beekenkamp@ca.ey.com
**Subject:** RE: Nortel - Quinn Emmanuel Confidentiality Agreement

Folks – when can we expect a response on this? Thanks. Lisa

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
Assistant: lgiambatista@cgsh.com

CONFIDENTIAL
QE_0009485

One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999 | m: +1 646 610 1096
www.clearygottlieb.com | lschweitzer@cgsh.com

**From:** Stam, Jennifer [mailto:Jennifer.Stam@gowlings.com]
**Sent:** Tuesday, October 07, 2014 6:52 PM
**To:** Lipner, Louis A.
**Cc:** Schweitzer, Lisa M.; carmstrong@goodmans.ca; jpasquariello@goodmans.ca; brent.r.beekenkamp@ca.ey.com
**Subject:** Re: Nortel - Quinn Emmanuel Confidentiality Agreement


Louis - I'm out for a bit longer - someone from Goodmans will get back to you

**Jennifer Stam**
Partner
T 416-862-5697
**gowlings.com**


On Oct 6, 2014, at 8:57 AM, "Lipner, Louis A." <llipner@cgsh.com> wrote:

> Hi Jenny –
>
> Hope you enjoyed your time out of the office. We wanted to follow-up on the attached confi agreement with Quinn Emmanuel. Quinn is asking whether the Canadian Debtors/Monitor are ready to sign off on it. We reached out to Goodmans last week (since you were out) but from our conversations with them it sounded like you were primarily handling.
>
> Happy to discuss live if that would be helpful.
>
> Thanks,
> Louis
>
> ---
>
> Louis A. Lipner
> Cleary Gottlieb Steen & Hamilton LLP
> Assistant: mdargenio@cgsh.com<mailto:mdargenio@cgsh.com>
> One Liberty Plaza, New York NY 10006
> t: +1 212 225 2536 | f: +1 212 225 3999
> www.clearygottlieb.com | <http://www.clearygottlieb.com>
> llipner@cgsh.com<mailto:%22Louis%20A.%20Lipner%22%20%3cllipner@cgsh.com%3e>
>
> From: Lipner, Louis A.
> Sent: Tuesday, July 22, 2014 4:26 PM
> To: Stam, Jennifer;

CONFIDENTIAL
QE_0009486

carmstrong@goodmans.ca<mailto:carmstrong@goodmans.ca>
Cc: Schweitzer, Lisa M.;
jpasquariello@goodmans.ca<mailto:jpasquariello@goodmans.ca>
Subject: RE: Nortel - Quinn Emmanuel Confidentiality Agreement

Jenny and Chris,

Further to Jenny's conversation with Lisa, attached is a redline of the Quinn confidentiality agreement against the Portage NDA (Leffell).

Thanks,
Louis

---

Louis A. Lipner
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdargenio@cgsh.com<mailto:mdargenio@cgsh.com>
One Liberty Plaza, New York NY 10006
t: +1 212 225 2536 | f: +1 212 225 3999
www.clearygottlieb.com | <http://www.clearygottlieb.com>
llipner@cgsh.com<mailto:%22Louis%20A.%20Lipner%22%20%3cllipner@cgsh.com%3e>
From: Stam, Jennifer [mailto:Jennifer.Stam@gowlings.com]
Sent: Tuesday, July 22, 2014 10:05 AM
To: Lipner, Louis A.;
carmstrong@goodmans.ca<mailto:carmstrong@goodmans.ca>
Cc: Schweitzer, Lisa M.;
jpasquariello@goodmans.ca<mailto:jpasquariello@goodmans.ca>
Subject: RE: Nortel - Quinn Emmanuel Confidentiality Agreement

Louis

We are considering this request – can you provide us with more information about the circumstances of how this arose and what they are looking to get and what conversations you anticipate taking place. Also, can you please send a blackline of this to the form you say this is similar to and let me know which one it was based on. Thanks.

Jennifer Stam
Partner
T 416-862-5697
gowlings.com<https://urldefense.proofpoint.com/v1/url?u=http://www.gowlings.com&k=1nx%2BB1gWoYv8tdrGR7hiwg%3D%3D%0A&r=Ybi%2Ba32S3c%2B34QAY77iAsQ%3D%3D%0A&m=CDe5GoeNbiqe%2BqAmbkUkT5M5ohU4y632PFc6CYQT7O4%3D%0A&s=711b608a56e3bbce2841a88355c43671c2bc19f2603161e8b21ca78688552c47>

CONFIDENTIAL
QE_0009487

From: Lipner, Louis A. [mailto:llipner@cgsh.com]
Sent: July-15-14 7:49 PM
To: Stam, Jennifer; carmstrong@goodmans.ca<mailto:carmstrong@goodmans.ca>
Cc: Schweitzer, Lisa M.
Subject: Nortel - Quinn Emmanuel Confidentiality Agreement

Jenny and Chris,

Hope you are both doing well.

Attached is a draft NDA with Quinn Emmanuel (acting as counsel to Macquarie and Solus). We are ok with this draft, which is similar to NDAs signed by other bondholders to date. In light of the pending issues, Quinn would like to get this signed up as soon as possible.

We are happy to discuss any questions or comments.

Thanks,
Louis

---

Louis A. Lipner
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mdargenio@cgsh.com<mailto:mdargenio@cgsh.com>
One Liberty Plaza, New York NY 10006
t: +1 212 225 2536 | f: +1 212 225 3999
www.clearygottlieb.com | <http://www.clearygottlieb.com>
llipner@cgsh.com<mailto:%22Louis%20A.%20Lipner%22%20%3cllipner@cgsh.com%3e>

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.


IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the

employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Gowlings immediately by email at postmaster@gowlings.com<mailto:postmaster@gowlings.com>. Thank you.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

<Change-Pro Redline - Nortel-Portage NDA and NEWYORK Quinn Confidentialit....pdf>

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.