# Exhibit 19

From:     Lowenthal, Daniel A. (x2720)
Sent:     Fri 7/08/2016 2:05 PM (GMT-04:00)
To:       Daniel Holzman
Cc:       James Tecce
Bcc:
Subject: Re: Nortel - Trustee's Contact Information

Ok.  I'll relay that.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Jul 8, 2016, at 10:04 AM, Daniel Holzman <danielholzman@quinnemanuel.com> wrote:

> Dan, Solus would like to know the total amount of the Trustee's fees.
>
> -------- Original message --------
> From: "Lowenthal, Daniel A. (x2720)" <dalowenthal@pbwt.com>
> Date: 7/8/16 8:41 AM (GMT-05:00)
> To: Daniel Holzman <danielholzman@quinnemanuel.com>
> Subject: Re: Nortel - Trustee's Contact Information
>
> Daniel,
>
> He's away on vacation this week and next.
>
> What's the question?  Perhaps we can help.
>
> Dan
>
> Daniel A. Lowenthal
> Patterson Belknap Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY  10036
> Direct: 212-336-2720
> Cell: 914-523-7585
> Fax: 212-336-1253
> dalowenthal@pbwt.com

CONFIDENTIAL

QE_0005573

On Jul 7, 2016, at 5:13 PM, Daniel Holzman
<danielholzman@quinnemanuel.com> wrote:

> Hi Dan,

> Could you provide me with the name and phone number of the
> Trustee?  Steve wants to give him a quick call.

> Kind regards,

> Daniel

_____ Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

_____

_____ Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

_____

CONFIDENTIAL