# **<u>Exhibit 20</u>**

From: Lowenthal, Daniel A. (x2720)
Sent: Thu 10/13/2016 2:27 PM (GMT-04:00)
To: Daniel Holzman
Cc: James Tecce; Guiney, Brian P. (x2305)
Bcc:
Subject: Nortel (Confidential)
Attachments: Nortel - Fees and Expenses (through Sept 30 2016).xlsx

Daniel,

Per your request, attached is a spreadsheet showing the fees and disbursements of Law Debenture and its professionals from January 2009 through September 2016.

Also, should you or your clients ever want to speak with our client, just let me know and we'll set up a call.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

_____  Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

_____

CONFIDENTIAL                                                                                                       QE_0001071

Produced in Native Format

**Nortel Bankruptcy**
**Law Debenture - Estimated Fees and Expenses**
*as of September 30, 2016*

|  | Fees | Expenses | Total |
|---|---|---|---|
| Law Debenture | $376,709.52 | $1,809.26 | **$378,518.78** |
| Dewey | $2,707,644.50 | $36,377.52 | **$2,744,022.02** |
| Patterson Belknap | $3,717,293.50 | $51,542.69 | **$3,768,836.19** |
| Morris James | $331,560.50 | $5,533.15 | **$337,093.65** |
| *Fasken Martineau* | CAD 13,231.62 | | |
| *Borden Ladner Gervais* | CAD 691,207.86 | | |
| Canada (combined and converted to USD) | | | **$535,375** |
| **TOTAL** | | | **$7,763,845.64** |

The amounts set forth above are estimates. Law Debenture and its professionals reserve the right to revise these amounts as necessary and reserve all rights with respect to all fees and expenses incurred after September 30, 2016.