# **Exhibit 21**

From:          James Tecce
Sent:          Fri 10/14/2016 11:56 AM (GMT-04:00)
To:            dalowenthal@pbwt.com
Cc:            Stephen Blauner; Mark Shapiro; Daniel Holzman
Bcc:
Subject:       Nortel Networks
Attachments: 8460371_1.pdf


Dan.  As discussed.  Please see the attached.



Best,



JAMES C. TECCE
**Partner - Bankruptcy & Restructuring**
**Quinn Emanuel Urquhart & Sullivan, LLP**

**51 Madison Avenue, 22nd Floor**
**New York, NY 10010**
**212-849-7199 Direct**
**212-849-7000 Main Office Number**
**212-849-7100 FAX**
jamestecce@quinnemanuel.com
www.quinnemanuel.com

**CONFIDENTIAL**                                                                                    **QE_0000743**

quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL: (212) 849-7000 FAX: (212) 849-7100

October 14, 2016

VIA ELECTRONIC MAIL

Mr. Robert L. Bice II
Senior Vice President
Law Debenture Trust Company of New York
c/o Daniel Lowenthal, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

Re:    **Nortel Networks, Inc., et al., Case No. 09-10138 (KG) (Bankr. D. Del.)**

Dear Mr. Bice:

        We are counsel to Solus Alternative Asset Management LP, on behalf of certain funds and managed accounts ("Solus"), and PointState Capital LP ("PointState"), in their capacities as holders of certain fixed rate senior notes due June 15, 2026 (the "7.875% Notes") issued by Nortel Networks Capital Corporation f/k/a Northern Telecom Corporation and Nortel Networks Limited f/k/a Northern Telecom Limited ("NNL"), and guaranteed by NNL, pursuant to an Indenture, dated February 15, 1996 (the "Indenture"). Collectively, Solus and PointState hold more than 90% of the 7.875% Notes. Solus and PointState understand that Law Debenture Trust Company of New York, as successor Trustee to The Bank of New York under the Indenture ("Law Debenture"), asserts expenses incurred between January 14, 2009 and September 30, 2016 in connection with the above-captioned chapter 11 cases totaling $7,763,845.64 (the "Asserted Expenses"). Section 606 of the Indenture requires that the Trustee's expenses, including the "charges and expenses of its counsel," must be "reasonable and documented." Accordingly, Solus and PointState hereby request that the Trustee provide copies of the invoices (including day-note detail) relating to the Asserted Expenses.

        We look forward to your response.

Very truly yours,

James C. Tecce

cc:    Stephen Blauner (Solus)
       Mark Shapiro (PointState)

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

**CONFIDENTIAL**