# **Exhibit 25**

```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                            )   Case No. 09-10138(KG)
                                  )   (Jointly Administered)
                                  )
NORTEL NETWORKS, INC., et al.,)       Chapter 11
                                  )
                                  )   Courtroom 3
                                  )   824 Market Street
         Debtors.                 )   Wilmington, Delaware
                                  )
                                  )   January 24, 2017
                                  )   10:00 a.m.


                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:          Morris Nichols Arsht & Tunnell, LLP
                      BY: DEREK C. ABBOTT, ESQ.
                      BY: ANDREW R. REMMING, ESQ.
                      302-351-9200

                      Cleary Gottlieb Steen & Hamilton
                      BY: JAMES BROMLEY, ESQ.
                      BY: JEFFREY ROSENTHAL, ESQ.
                      BY: LISA SCHWEITZER, ESQ.
                      BY: BEN BELLER, ESQ.
                      BY: PHILIP CANTWELL, ESQ.
                      BY: ANGELA WU, ESQ.
                      BY: RICK D'AMATO, ESQ.
                      BY: ASHLEY GRAHAM, ESQ.
                      212-225-2000

ECRO:                 GINGER MACE

Transcription Service: DIAZ TRANSCRIPTION SERVICES
                       331 Schuylkill Street
                       Harrisburg, Pennsylvania 17110
                       (717) 233-6664
                       www.diaztranscription.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
 (Continued)

For Official Creditor's
Committee:                     Akin Gump Strauss Hauer & Feld
                               BY: DAVID BOTTER, ESQ.
                               BY: BRAD KAHN, ESQ.
                               BY: ABID QURESHI, ESQ.
                               One Bryant Park
                               Bank of America Tower
                               New York, NY  10036
                               212-872-1000

                               Whiteford Taylor Preston, LLP
                               BY: CHRISTOPHER SAMIS, ESQ.
                               405 North King Street
                               Wilmington, DE  19801
                               302-357-3266

For the PBGC:                  Pension Benefit Guaranty Corp.
                               BY: VINCENT M. MURRELL, ESQ.
                               1200 K Street, N.W.
                               Washington, DC 20005
                               202-326-4020

For the EMEA Debtors:          Hughes Hubbard & Reed
                               BY: GABRIELLE GLEMANN, ESQ.
                               BY: CHARLES HUBERTY, ESQ.
                               One Battery Park Plaza
                               New York, NY  10004-1482
                               212-837-6000

                               Young Conaway Stargatt &
                               Taylor LLP
                               BY: JAIME CHAPMAN, ESQ.
                               Rodney Square
                               1000 North King Street
                               Wilmington, DE  19801
                               302-571-5030

For SNMP Research:             Cole Schotz Meisel Forman &
                               Leonard, P.A.
                               BY: PATRICK REILLY, ESQ.
                               BY: NORMAN PERNICK, ESQ.
                               500 Delaware Ave., #1410
                               Wilmington, DE  19801
                               302 652-3131
```

```
APPEARANCES:
 (Continued)

For Joint Alternative Asset     Quinn Emanuel Urquhart &
Management:                     Sullivan
                                BY: JAMES C. TEECE, ESQ.
                                51 Madison Avenue, 22nd Fl.
                                New York, NY  10010
                                212-849-7000

For U.K. Pension Claimants:     Bayard, P.C.
                                BY: SARA BUSSIERE, ESQ.
                                222 Delaware Avenue, Suite 200
                                Wilmington, DE  19899
                                302-655-5000

                                Willkie Farr & Gallagher, P.C.
                                BY: BRIAN O'CONNOR, ESQ.
                                BY: ANDREW HANRAHAN, ESQ.
                                787 Seventh Avenue
                                New York, NY  10019
                                212-728-8200

For Ad Hoc Bondholder Group:    Milbank Tweed Hadley & McCloy
                                BY: ANDREW LEBLANC, ESQ.
                                BY: NICK BASSETT, ESQ.
                                2029 Century Park East
                                33rd Floor
                                Los Angeles, CA  90067
                                424-386-4000

                                Pachulski Stang Ziehl & Jones
                                BY: PETER KEANE, ESQ.
                                919 N. Market St., #1700
                                Wilmington, DE  19801
                                302-652-2100

For the Monitor/CAD Debtors:    Allen & Overy
                                BY: KEN COLEMAN, ESQ.
                                BY: JOSEPH BADTKE-BERKOW, ESQ.
                                1221 Avenue of the Americas
                                New York, NY  10020
                                212-610-6300

For Nortel Trade Class          Fox Rothschild
Consortium:                     BY: JEFFREY SCHLERF, ESQ.
                                919 N. Market St., Suite 300
                                Wilmington, DE  19899
                                302-654-7444
```

```
APPEARANCES:
 (Continued)
                               BROWN RUDNICK
                               BY: STEVEN POHL, ESQ.
                               BY: CHRISTOPHER FLOYD, ESQ.
                               One Financial Center
                               Boston, MA  02111
                               617-856-8200

For the Monitor:               Buchanan Ingersoll & Rooney,PC
                               BY: KATHLEEN MURPHY, ESQ.
                               919 N. Market St., Ste. 1500
                               Wilmington, DE  19801-3046
                               302-552-4214

For NNCC Trustee:              Morris James, LLP
                               BY: STEPHEN MILLER, ESQ.
                               500 Delaware Avenue
                               Suite 1500
                               Wilmington, DE  19899
                               302-888-6959

                               Patterson Belknap
                               BY: DANIEL LOWENTHAL, ESQ.
                               1133 Avenue of the Americas
                               New York, NY  10036
                               212-336-2000

For U.S. Trustee:              U.S. Trustee
                               BY: MARK KENNEY, ESQ.
                               844 King Street, Suite 2207
                               Wilmington, DE  19801
                               302-573-6565

For Stephen Taylor             Skadden Arps Slate, Meagher &
Conflicts Administrator:       Flom
                               BY: MATTHEW BEEBE, ESQ.
                               BY: ROBERT WEBER, ESQ.
                               BY: SUSAN SALTZSTEIN, ESQ.
                               One Rodney Square
                               920 North King Street
                               Wilmington, DE  19801
                               302-651-3000
```

```
APPEARANCES:
 (Continued)

For Solus Alternative Asset:   Pinckney Weidinger Urban &
                               Joyce
                               BY: JOANNE PINCKNEY, ESQ.
                               1220 North Market Street
                               Wilmington, DE  19801
                               (302) 504-1499

For the Bank of New            Duane Morris, LLP
York Mellon:                   BY: MICHAEL LASTOWSKI, ESQ.
                               222 Delaware Avenue
                               Suite 1600
                               Wilmington, DE  19801-1659
                               (302) 657-4928

                               Tannenbaum Helpern Syracuse &
                               Hirschtritt
                               BY: MICHAEL RIELA, ESQ.
                               900 Third Avenue
                               New York, NY 10022
                               212-508-6700

For CCC:                       DLA Piper
                               BY: TIMOTHY HOEFFNER, ESQ.
                               1251 Avenue of the Americas
                               New York, NY 10020-1104
                               212-335-43841

TELEPHONIC APPEARANCES:

For U.K. Pension Trust:        Willkie Farr & Gallagher, P.C.
                               BY: MARC ABRAMS, ESQ.
                               212-728-8000

For Joint Administrators:      Herbert Smith
                               BY: PHILLIPI LIS, ESQ.
                               302-571-6710
                               BY: KEVIN PULLEN, ESQ.
                               302-571-6710

                               Hughes Hubbard & Reed, LLP
                               BY: CAROLINE BEAUDRIES, ESQ.
                               BY: DEREK ADLER, ESQ.
                               212-837-6000
```

```
TELEPHONIC APPEARANCES:
(Continued)

                              Ernest & Young, LLP
                              BY: DAN MINDEL, ESQ.
                              724-321-1296


                              BY: STEPHEN HARRIS, ESQ.
                              BY: JO HEWITT, ESQ.
                              302-571-6710

For Ad Hoc Bondholder Group:  Milbank Tweed Hadley & McCloy
                              BY: ERIC WEISS, ESQ.
                              212-530-5420

For Official Creditor's       Akin Gump Strauss Hauer & Feld
Committee:                    BY: ROBERT JOHNSON, ESQ.
                              212-872-1000

For Contrarian Capital        Contrarian Capital Management
Management:                   BY: KIMBERLY GLANIS, ESQ.
                              203-862-8250

For Law Debenture Trust       Patterson Belknap
Company of New York:          BY: BRIAN GUINEY, ESQ.
                              212-336-2305

For Nortel Trade Class        Brown Rudnick
Consortium:                   BY: CHRISTOPHER FLOYD, ESQ.
                              617-856-8200

For Interested Party,         Reorg Research, Inc.
Reorg Research, Inc.:         BY: JASON B. SANJANA, ESQ.
                              212-588-8890

For Interested Party,         Dow Jones & Co.
Dow Jones:                    BY: PEG A. BRICKLEY, ESQ.
                              215-482-0953

For Interested Party,         Huron Consulting Group
Nortel Networks:              BY: COLEY BROWN, ESQ.
                              312-880-5643

For SNMP:                     Cole Schotz, P.C.
                              BY: DAVID DEAN, ESQ.
                              410-528-2972

For Interested Party,         Fortang Consulting, LLC
```

```
TELEPHONIC APPEARANCES:
 (Continued)


Chaim Fortang:                 BY: CHAIM FORTANG, ESQ.
                               914-925-3410


For Interested party,          DLA Piper US, LLP
Canadian Creditors Committee:  BY: SELINDA A. MELNIK, ESQ.
                               302-357-5305


For Creditor, Liquidity        Andrews Kurth, LLP
Solution:                      BY: JEREMY RECKMEYER, ESQ.
                               212-850-2851


For Creditor, Matt Doheny:     HSBC Bank
                               BY: JONATHAN REHM, ESQ.
                               212-525-0875


For Interested Party,          Skadden Arps Slate Meagher &
Stephen Taylor, Conflicts      Flom (New York)
Administrator                  BY: ABIGAIL SHEEHAN, ESQ.
                               212-735-3579


For Interested Party,          Tory's LLP
Nortel Networks:               BY: ADAM S. STAVENS, ESQ.
                               416-865-7333


For Debtor, Nortel Networks:   Cleary Gottlieb Steen &
                               Hamilton
                               BY: MARGOT GLANIS, ESQ.
                               212-225-2386


For Real Party In Interest,    Barclays
Barclays:                      BY: ASHUTOSH HABBU, ESQ.
                               212-412-1316

For Interested Party,          Merger Market
Debtwire:                      BY: PATRICK HOLOHAN, ESQ.
                               656-412-5336


For Interested Party, CCC:     CCC, Inc.
                               BY: ROBERT HOME, ESQ.
                               404-374-5277


For Interested Party,          Silverport Capital, LP
Silverport Capital             BY: TIMOTHY LAVELLE, ESA.
                               203-542-4230
```

```
TELEPHONIC APPEARANCES:
 (Continued)

For Interested Party,           Faralion Capital Management
Faralion Capital Management:    BY: MICHAEL G. LINN, ESQ.
                                415-421-2132

For Interested Party,           Cantor Fitzgerald
Cantor Fitzgerald:              BY: ANDREW M. THAU, ESQ.
                                212-915-1232

For Interested Party, UK        Hogan Lovells US, LLP
Pension Trust, Limited:         BY: JOHN TILMAN, ESQ.
                                414-659-2733

For Interested Party,           Bank of America
Bank of America:                BY: MICHAEL J. WALSH, ESQ.
                                646-855-8154

For Interested Party,           Bloomberg, LP
Bloomberg, LP:                  BY: JULIA M. WINTERS, ESQ.
                                212-617-6592

For Creditor, Official          Cassels Brock & Blackwell, LLP
Committee of Unsecured          BY: MICHAEL J. WUNDER, ESQ.
Creditors:                      416-860-6484
```

```
 1  WILMINGTON, DELAWARE, TUESDAY, JANUARY 24, 2017, 10:09 A.M.
 2              THE CLERK:  Please rise.
 3              THE COURT:  Good morning, everyone.  Thank you.
 4  You may be seated.  And we'll just wait for Justice
 5  Newbould.
 6              MR. ABBOTT:  Good morning, Your Honor.
 7              THE COURT:  Good morning, Mr. Abbott.
 8              JUSTICE NEWBOULD:  Good morning, Judge Gross.
 9              THE COURT:  Good morning.  We're ready to begin
10  here.  Mr. Abbott was going to --
11              JUSTICE NEWBOULD:  Just -- we're having trouble
12  hearing you.
13              THE COURT:  Oh.  Any better?
14              JUSTICE NEWBOULD:  Yes.
15              THE COURT:  Okay.  I'll speak into the mic more
16  thoughtfully.
17              JUSTICE NEWBOULD:  All right.  I think we've
18  agreed, Judge Gross, that the Canadian proceedings will
19  start and then your proceedings will follow?
20              THE COURT:  That's right.  Mr. Abbott is standing
21  at the podium and maybe has something to address.
22              MR. ABBOTT:  Your Honor, Mr. Justice Newbould,
23  Judge Gross, Derek Abbott from Morris Nichols.  I was just
24  wanting to confirm that we expected that was likely going to
25  be the course of action, so I'll cede the podium, and when
```

1   and Canada.  So there was -- there's nobody that spoke for
2   the entire universe of those cross-over bondholders, not even
3   the UCC which focused on U.S.-only creditors.  Obviously,
4   very vigorous negotiations, at least four mediations with
5   three different mediators.  We were involved in all of them
6   as Indenture Trustee.  And no party to these proceedings has
7   objected to the scope of the exculpation except for the
8   United States Trustee.  No economic party-in-interest has
9   objected.

10              The Bank of New York is not just a -- any old
11  party that wants to be part of an exculpation that would not
12  have any duties otherwise.  I think the Objection of WaMu and
13  Tribune and others, we're talking about situations where some
14  parties who don't actually have duties to creditors want to
15  be part of the exculpation.  Under the Indentures, the
16  Indenture Trustees do have duties to their bondholders and
17  the scope of the exculpation is very similar to the scope of
18  the duties and the scope of the exculpations that are in our
19  Indenture that we -- we attached the relevant provisions of
20  the Indentures as an exhibit.  There really is not much of a
21  change from what we would argue be protected under the
22  Indenture versus what the exculpation provision of the Plan
23  would already provide.

24              With respect to the Bank of New York's individual
25  contributions to the case as Indenture Trustee, I would point

1  to the facts that we have been involved in the entire case
2  for over eight years now.  We worked very closely with the
3  Unsecured Creditors Committee certainly and the Ad Hoc
4  Bondholder Group, provided input as Indenture Trustee as
5  needed, obviously tried to keep our own legal fees and
6  expenses to a minimum, which legal fees and expenses, just
7  like for Law Debenture and Delaware Trust, have not been paid
8  to date.  We've not seen a penny since the beginning of the
9  case.  We've certainly had an active role in the allocation
10 litigation.  We made submissions during the trial.  As
11 Indenture Trustee, we appealed both this Court's Decision and
12 the Canadian Court's Decision and we have the pending appeals
13 both before the Canadian Supreme Court and the Third Circuit
14 here.  We also negotiated the Plan provisions, helped
15 negotiate the Plan provisions dealing with voting and
16 distributions to make sure that the bondholders are getting
17 the distributions that they're entitled to and then were able
18 to vote.  And we -- let's see, what else do we have here.
19 There are a bunch of other things that have already been
20 discussed here so I don't want to belabor the points.  The
21 U.S. Trustee also mentioned that the Court could make a
22 finding under Section 1125(e) of the Bankruptcy Code that we
23 participate in the solicitation in good faith and I think
24 there's plenty on the record to at least support that finding
25 as well.  Unless you have any other questions, Your Honor, I

1 am done.

2           THE COURT:  Thank you.

3           MR. RIELA:  Thank you.

4           THE COURT:  Thank you.  Mr. Lowenthal?

5           MR. LOWENTHAL:  Yes, Your Honor, Daniel Lowenthal,

6 Patterson, Belknap, Webb & Tyler, for Delaware Trust, the

7 NNCC Trustee.  Your Honor, I've already discussed today all

8 the work that we have done, as Mr. Riela just did.  I won't

9 repeat that.  Bank of New York took the lead in outlining the

10 arguments with respect or in response to the U.S. Trustee's

11 Objection on exculpation.  We join all of those arguments,

12 Your Honor.  Thank you.

13           THE COURT:  Thank you.  Thank you, Mr. Lowenthal.

14 I guess it's Mr. Kenney's turn.  Mr. Kenney, good afternoon.

15           MR. KENNEY:  Good afternoon, Your Honor, and good

16 afternoon, Mr. Justice Newbould.  Your Honor, I'm not sure

17 which to start with first because I feel like I'm getting

18 attacked from all sides but let me start with exculpation

19 because that seems to be the one everybody's concerned with.

20 All of the parties that are claiming exculpation are already

21 receiving some kind of Releases anyway, which is itself

22 questionable, but in the Third Circuit they're generally

23 allowed.  What I'm basically hearing from everybody about

24 exculpation is I was at the table and, therefore, I want to

25 be exculpated.  I worked hard.  I want to be exculpated.  I