# **Exhibit 26**

## Lowenthal, Daniel A. (x2720)

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Friday, November 21, 2014 12:15 PM
**To:** James Heaney
**Cc:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Subject:** Nortel -- Holders' Motion to Estimate (Confidential)

Attorney-Client Communication
Privileged and Confidential

Jim,

I just spoke with Jamie Tecce.

> He and Cleary haven't been discussing the motion. He assumes they'll speak before the December 5 objection deadline.
>
> Jamie also assumes many parties will object to their motion, including the US Debtors, the Monitor and Canadian Debtor, and the US Creditors' Committee.
>
> If Judge Gross doesn't rule on the bondholders' settlement before January 7, Jamie will likely adjourn his clients' motion again.
>
> I told Jamie that we have a Committee meeting on Monday and anticipate that Akin might ask us to leave the room if/when his holders' motion is discussed.
>
> Allen & Overy (Monitor's counsel) told Jamie they think the Support Agreement is ambiguous and will want discovery.
>
> Jamie said no discovery should be necessary. The US Debtors should decide if they will amend their schedules. If so, then that should take care of the prepetition amount due. What's due post-petition is a legal question.
>
> I asked Jamie what they plan to do about the no-call. Jamie said he would discuss that with Steve Blauner. Jamie speculated that if his clients get everything else then they might drop the no-call.

**REDACTED - ATTORNEY-CLIENT PRIVILEGE**

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

1