# **Exhibit 27**

Lowenthal, Daniel A. (x2720)

**From:** Lowenthal, Daniel A. (x2720)
**Sent:** Monday, December 24, 2012 10:37 AM
**To:** Guiney, Brian P. (x2305); Dent, Craig W. (x2864)
**Cc:** Lowenthal, Daniel A. (x2720)
**Subject:** Nortel (Highly Confidential)

Spoke to Javier. **REDACTED - ATTORNEY WORK PRODUCT**

Short report:

They saw POC:

They (he and Blauner) are upset we didn't consult them first -- they have a majority and can direct us. He said LawDeb knew this last spring. I said they never proved their holdings. He said they're not "making this up" -- that they have a majority and we should assume so and they can supply evidence if LawDeb wants it. I said this isn't a point to debate. They either have a majority or they don't.

He said he just had "minor comments" and "nothing significant" about POC.

He wanted to know why we filed last week -- I said the motion explains that it took months to get whatever docs Dewey would send us.

He said Blauner and Dewey had e-mail correspondence about amending the POC. It led to a paragraph in the draft amended claim about the Support Agreement. He asked why our POC didn't say more about the Support Agreement. I said I'm virtually certain we haven't seen the e-mail correspondence. I said the POC references the Support Agreement and that that's sufficient at this time.

Finally, he asked if LawDeb is going to the mediation. I said Jim and I plan to go. I said we've been told that the mediator expects us to be there and we're going as a Committee member. He said he heard that mediation is to deal with cross-border issues and that inter-creditor issues might not be a part of it, and thus perhaps we shouldn't go.

He accepted all of my comments and concluded by wishing me a happy holiday season and saying we'll talk further next year.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

1