# **<u>Exhibit 29</u>**

Message

| | |
|---|---|
| From: | Lowenthal, Daniel A. (x2720) [/O=PATTERSON/OU=NYC/CN=RECIPIENTS/CN=LOWENTHD] |
| Sent: | 2/4/2013 4:42:59 PM |
| To: | 'James Heaney' [James.Heaney@LAWDEB.COM] |
| CC: | Guiney, Brian P. (x2305) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=guineyb]; Dent, Craig W. (x2864) [/O=PATTERSON/OU=NYC/cn=Recipients/cn=dentc] |
| BCC: | _L0353_000007_ THE LAW DEBENTURE CORPORATION PLC _ NORTEL 00_ Emails _L0353_000007 <{F1310637}.iNYC01@s1ics03.pbwt.local> [{F1310637}.iNYC01@s1ics03.pbwt.local] |
| Subject: | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

I write to update you on today's Committee call and a later call I had with Javier Schiffrin, counsel for Solus.



I spoke this afternoon with Javier. He had sent me an e-mail saying he wanted to confirm that "(1) the indenture trustee will be filing an issues list on behalf of the 2026s, either separately or as a joinder to a common submission; and (2) [Patterson] will provide us with a draft prior to filing, with confidential information redacted as necessary." I told Javier that Judge Gross and Justice Morawetz likely don't expect parties to list their individual, parochial issues. Rather, they likely want a list of the big, common issues, such as allocation. I also said that it might make sense for the Committee to indicate in its submission that each Committee member joins in and supports the joint list submitted by the Committee, the US Debtors, and the Ad Hocs. In response, Javier said that Solus requests that Law Debenture submit its own statement to Judge Gross. The statement can "me too" the US Debtors'/Committee/Ad Hocs' filing and not list any issues. But Solus believes that the 2026 holders should have their own voice in the case. "The symbolism is real," Javier said, and added that the Committee "doesn't speak for [the 2026 holders]" and that "optically, it would be extremely negative not to do this." In addition, Javier said Steve Blauner would throw a s--tfit if the trustee for the 2026 notes doesn't file even a one-page statement. Finally, Javier told me that while Solus is a member of the Ad Hoc group, there's "hostility" between Solus and Milbank, and comments Milbank has made have put Solus "on guard."

I told Javier that I would review all of this with Law Debenture and inform him in a day or two how Law Debenture will proceed.

Please let me know when you have time to discuss.

Thanks.

Dan
Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
Direct:  212-336-2720
Cell:  914-523-7585
Fax:  212-336-1253

dalowenthal@pbwt.com
www.pbwt.com

HIGHLY CONFIDENTIAL
IT00009293