# **<u>Exhibit 30</u>**

Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| From: | Javier Schiffrin <javier.schiffrin@malekschiffrin.com> |
| Sent: | Friday, February 08, 2013 2:25 PM |
| To: | Lowenthal, Daniel A. (x2720) |
| Subject: | RE: Nortel |
| Attachments: | Law Debenture (Nortel)_ Post-Mediation Statement to B Ct (Comparison).doc.docx |

Dan – My comments attached, with elaboration below:

1. Para. 3: There should be no reference to the Official Committee in this submission, which your client is filing in its capacity as Indenture Trustee. While the current reference is to a fact, there is a risk that the Court will mistakenly infer that the interests of your constituents are represented by the Official Committee, which they manifestly are not. Dewey did not make a reference to the Official Committee in the mediation statement, precisely for this reason, and you should not either – it is confusing and potentially detrimental to the interests of NNCC bondholders.

2. Para 6: I think you should state simply in this first reference to timing that the court should set the most expeditious schedule that is practicable consistent with the demands on the Court. We are all trying to get this Court to move on a case that has gone on too long, without good reason. The litigation needs to be a priority, and it seems to me that the current language suggests that it need not be. You do make the point in Para.7, so why don't we strengthen the language in Para. 6.

Best,

Javier

Javier Schiffrin | MALEK SCHIFFRIN LLP
340 Madison Avenue | New York, New York 10173 | Office: (212) 220-9388 | Fax: (212) 220-9504 | Mobile: (917) 495-1676 | javier.schiffrin@malekschiffrin.com

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Tax Advice Disclaimer

Any tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

From: Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
Sent: Friday, February 08, 2013 1:15 PM
To: 'Javier Schiffrin'
Subject: Nortel

1

CONFIDENTIAL                                                                                                                                        IT00000053

Javier,

Here's the statement that Law Debenture has authorized us to file and serve today.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com
www.pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

CONFIDENTIAL                                                                    IT00000054