# **<u>Exhibit 32</u>**

From: Lowenthal, Daniel A. (x2720)
Sent: Thu 9/11/2014 4:31 PM (GMT-04:00)
To: James Tecce
Cc:
Bcc:
Subject: Nortel

Jamie,

Depositions have been scheduled re the other bondholders' settlement of PPI:

September 15: John Ray

September 18: Mike Katzenstein

At first blush, I have assumed we wouldn't attend since the NNCC holders didn't settle. But John Ray might be asked why he didn't settle with the NNCC holders. Do you or your clients have a view about whether it would be worthwhile to attend? If so, I will take that into consideration with Law Debenture in recommending whether to staff this or not.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

------------------------------------------

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

============================================================================

CONFIDENTIAL                                                                QE_0012687