# **Exhibit 33**

From: Lowenthal, Daniel A. (x2720)
Sent: Tue 10/21/2014 2:20 PM (GMT-04:00)
To: James Tecce
Cc:
Bcc:
Subject: Re: Nortel

Thanks.

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

On Oct 21, 2014, at 2:19 PM, "James Tecce" <jamestecce@quinnemanuel.com> wrote:

> Thanks.  I'm not planning on it.  I went to John Ray's deposition,
> but did not go to Katzenstein's.
>
>
>
> **From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
> **Sent:** Tuesday, October 21, 2014 2:05 PM
> **To:** James Tecce
> **Subject:** Nortel
>
>
>
> Subject to Common Interest
>
> Jamie,
>
> I called you during my lunch break at court. I'll try you again later. I know you tried me first last week, but I have a question for you. Do you plan to attend Wertheim's deposition tomorrow in the case? I don't plan to go because Law Debenture's not a party to the PPI settlement. We'll monitor the matter but don't plan to do more than that. But I know the Monitor responded to the statement you submitted for your clients on the settlement, and Wertheim's report mentions the NNCC notes as well. In case we don't connect today, also know that I'm not suggesting that you do or don't attend, but am just curious as to your plans.
>
> Thanks.

CONFIDENTIAL

QE_0014910

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

_____ Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.