# **<u>Exhibit 34</u>**

From: Lowenthal, Daniel A. (x2720)
Sent: Wed 7/15/2015 3:08 PM (GMT-04:00)
To: James Tecce
Cc: Edmond F.B. Lamek (elamek@blg.com); Daniel Holzman
Bcc:
Subject: RE: Nortel Appeals

Thank you.

**From:** James Tecce [mailto:jamestecce@quinnemanuel.com]
**Sent:** Wednesday, July 15, 2015 2:16 PM
**To:** Lowenthal, Daniel A. (x2720)
**Cc:** Edmond F.B. Lamek (elamek@blg.com); Daniel Holzman
**Subject:** RE: Nortel Appeals

Confirmed.

**From:** Lowenthal, Daniel A. (x2720) [mailto:dalowenthal@pbwt.com]
**Sent:** Tuesday, July 14, 2015 4:34 PM
**To:** James Tecce
**Cc:** Edmond F.B. Lamek (elamek@blg.com); Daniel Holzman
**Subject:** Nortel Appeals

Subject to Common Interest

Jamie,

In Canada, the deadline for Edmond to file leave to appeal of Justice Newbould's allocation ruling, dated May 12, 2015, and his reconsideration ruling, dated July 6, 2015, as amended, is this Thursday, July 16. In the US, the deadline for us to file a notice of appeal of Judge Gross's allocation decision and order, also dated May 12, 2015, and his two reconsideration orders (one of which relates just to Law Debenture's reconsideration motion), also dated July 6, 2015, is Monday, July 20.

You informed both Edmond and me by phone last week that your clients, Solus Alternative Asset Management LP and Macquarie Capital (USA) Inc., would prefer that Law Debenture, as Indenture Trustee, neither seek leave to appeal in Canada nor file a notice of appeal in the US.

In order that we can all have a written record of this, we would appreciate it if you would confirm by reply email that Solus and Macquarie do not want Law Debenture to appeal in either the US or Canada.

Thanks in advance.

Dan

CONFIDENTIAL

QE_0006653

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

_____ Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.