# **<u>Exhibit 35</u>**



## Lowenthal, Daniel A. (x2720)

| | |
|---|---|
| **From:** | Lowenthal, Daniel A. (x2720) |
| **Sent:** | Friday, August 28, 2015 1:43 PM |
| **To:** | James Heaney |
| **Cc:** | Guiney, Brian P. (x2305); Dent, Craig W. (x2864) |
| **Subject:** | Nortel (Confidential) |

Attorney-Client Communication
Privileged and Confidential

Jim,

Jamie Tecce called me about Wednesday's mediation.

He said it's important that I attend mediation sessions because NNCC must have its own voice there. He said I need to be there if Milbank is there. And, given the Debtors' potential conflicts, it's also important that I'm there along with Cleary. Of course, Jamie knows that a mediator can exclude certain parties, but that I should push to be included.

Jamie asked what parties are doing to prepare for Wednesday's session with MJ Thynge. I said her Order requires parties to confer before then about mediation logistics and other issues. I said we've spoken with Akin but no one else. Jamie thinks I should speak with at least Akin, Cleary, and Milbank before Wednesday and participate in planning discussions.

He said he would call me again on Monday afternoon to find out if I have additional information that I can share with him.

Dan

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Direct: 212-336-2720
Cell: 914-523-7585
Fax: 212-336-1253
dalowenthal@pbwt.com

1