**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, | Case Nos. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 28, 2017 AT 9:00 A.M.**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtSolutions. Please visit their website at www.Court-Solutions.com and create an account, this must be done at least one hour prior to the hearing. CourtSolutions will not accept reservations after the extended deadline has passed. Please do not contact chambers prior to the expiration of the extended deadline.

**MATTER GOING FORWARD**

1. Objection to Confirmation of Plan, Statement with Respect to (I) First Amended Joint Chapter 11 Plan Of Nortel Networks Inc. And Certain Of Its Affiliated Debtors (II) Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) And Federal Rule Of Bankruptcy Procedure 9019 Approving Settlement And Plan Support Agreement and Objection Asserted Fees and Expenses of Indenture Trustee (ECF No. 17687, filed January 9, 2017)

   **Responses Received**:

   a) Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (ECF No. 17731, filed January 19, 2017)

   b) Indenture Trustee Delaware Trust Company's (A) Response to Statement of Solus Alternative Asset Management LP and PointState Capital LP with Respect to (I) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors and (II) Debtors' Motion for Entry of An Order Pursuant to 11 U.S.C. Sections 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement Agreement and Plan Support Agreement and Objection to Asserted Fees and Expenses of Indenture Trustee and (B) Joinder and Reservation of Rights (ECF No. 17741, Filed January 19, 2017)

**Related Pleading**:

a) Reply of Solus Alternative Asset Management LP And Pointstate Capital LP With Respect To (I) NNC Noteholders Statement Concerning Plan and SPSA And Objection to Asserted Fees and Expenses of Indenture Trustee And (II) Indenture Trustees Response To Fee Objection (ECF No. 17747, Filed January 20, 2017)

b) Order Regarding Hearing on Fee Objection (ECF No. 17805, Filed January 26, 2017)

c) Order Appointing Mediator Judge Joseph J. Farnan (ECF No. 17809, Filed January 26, 2017)

d) Telephonic Pretrial Conference Held February 22, 2017 at 3:00 p.m. before The Honorable Judge Kevin Gross (ECF No. 17938, Filed February 22, 2017)

e) Affidavit of Sandra E. Horwitz Filed by Delaware Trust Company, as Indenture Trustee (ECF No. 17942, Filed February 22, 2017)

f) Affidavit of James D. Heaney Filed by Delaware Trust Company, as Indenture Trustee, Law Debenture Trust Company of New York (ECF No. 17944, Filed February 22, 2017)

g) Affidavit Of Stephen Blauner In Support Of Objection Of NNCC Noteholders To Asserted Fees And Expenses Of Indenture Trustee (ECF No. 17945, Filed February 22, 2017)

h) **Indenture Trustee Delaware Trust Company's Brief in Support of Payment of Fees and Expenses (ECF No. 17957, Filed February 24, 2017)**

i) **Affidavit of Eric J. Monzo (related document(s)[17957]) Filed by Delaware Trust Company, as Indenture Trustee (ECF No. 17958, Filed February 24, 2017**

j) **Memorandum of Law/Brief In Support Of Objection of Solus Alternative Asset Management LP and PointState Capital LP to Asserted Fees and Expenses of Indenture Trustee (ECF No. 17961, Filed February 24, 2017)**

k) **Declaration Of James C. Tecce In Support Of Memorandum Of Law In Support Of Objection Of Solus Alternative Asset Management LP And PointState Capital LP To Asserted Fees And Expenses Of Indenture Trustee (related document(s)[17961]) (ECF No. 17963, Filed February 24, 2017)**

Status: The hearing on this matter will go forward.

Dated: February 27, 2017

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

*/s/ Joanne P. Pinckney*
Joanne P. Pinckney, Esq. (DE No. 3344)
3711 Kennett Pike, Suite 210
Greenville, DE 19807
Telephone: (302) 504-1497

Co-*Counsel to Counsel to Solus Alternative Asset Management LP and PointState Capital LP*