**Exhibit B**

4851-3369-5811.1

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Kennedy,Diana Lynn (US012436403) | Brkft: Breakfast while out of town for Nortel Project status meeting | 11/17/2016 | $12.12 |
| Kennedy,Diana Lynn (US012436403) | Brkft: Breakfast while out of town for Nortel Project status meeting | 11/18/2016 | $16.74 |
| Lowery,Kristie L (US011686190) | Brkft: Houston meetings with RLKS team on budget and fees going forward. | 11/16/2016 | $12.00 |
| Lowery,Kristie L (US011686190) | Brkft: Houston meetings with RLKS team on budget and fees going forward. | 11/17/2016 | $8.00 |
| Lowery,Kristie L (US011686190) | Brkft: Houston meetings with RLKS team on budget and fees going forward. | 11/18/2016 | $6.60 |
| Wood,Jeffrey T (US013081390) | Brkft: Withholding tax compliance and project update meetings | 11/17/2016 | $10.47 |
| Wood,Jeffrey T (US013081390) | Brkft: Withholding tax compliance and project update meetings | 11/18/2016 | $3.50 |
| Wood,Jeffrey T (US013081390) | Brkft: Withholding tax compliance and project update meetings | 11/16/2016 | $10.88 |
| Beakey III,Andrew M (US011131290) | Dinner meeting to discuss year end tax analysis/tax reserve and current year 2017 claims process with Kathy Schultea (RLKS), Richard Lydecker (RLKS), Andy Beakey (EY), Jeff Wood (EY), Diana Kennedy (EY) and Kristi Lowery (EY). | 11/17/2016 | $335.00 |
| Beakey III,Andrew M (US011131290) | Dinner with Andy Beakey (EY), Doug Abbott (EY), Richard Lydecker (RLKS), and Kathy Schultea (RLKS) to discuss 2017 tax outsourcing and process for before and after emergence. | 10/12/2016 | $165.67 |
| Kennedy,Diana Lynn (US012436403) | Dinner: Dinner while out of town for Nortel Project status meeting | 11/17/2016 | $23.89 |
| Wood,Jeffrey T (US013081390) | Dinner: Withholding tax compliance and project update meetings. Pre-client meeting planning dinner with Kristie Lowry, Diana Kennedy, Andy Beaky and Jeff Wood | 11/16/2016 | $134.51 |
| Wood,Jeffrey T (US013081390) | Lodge: Hotel for 2 nights in Houston for Withholding tax compliance and project update meetings\\WLEGHF | 11/18/2016 | $536.54 |
| Lowery,Kristie L (US011686190) | Lodge: Hotel for 2 nights in Houston while attending meetings with RLKS team on budget and fees going forward.\\XXOGVJ | 11/19/2016 | $528.84 |
| Lowery,Kristie L (US011686190) | Mileage: Houston meetings with RLKS team on budget and fees going forward.\\to from CLT RT | 12/14/2016 | $13.50 |
| Beakey III,Andrew M (US011131290) | Mileage: Travel to Houston for Tax and claims meeting\\SA to Houston | 11/16/2016 | $297.00 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Mileage: Withholding tax compliance and project update meetings\\Airport to home | 11/18/2016 | $5.94 |
| Wood,Jeffrey T (US013081390) | Mileage: Withholding tax compliance and project update meetings\\Home to airport | 11/16/2016 | $5.94 |
| Lowery,Kristie L (US011686190) | Misc: Houston meetings with RLKS team on budget and fees going forward. Housekeeping, valet | 11/18/2016 | $20.00 |
| Beakey III,Andrew M (US011131290) | Misc: valet parking ticket for Richard Lydecker after lunch meeting | 10/12/2016 | $12.00 |
| Lowery,Kristie L (US011686190) | Parking: Houston meetings with RLKS team on budget and fees going forward. | 11/18/2016 | $52.00 |
| Beakey III,Andrew M (US011131290) | Parking: Lunch meeting to discuss year end tax analysis/tax reserve and current year 2017 claims process with Kathy Schultea (RLKS), Richard Lydecker (RLKS), Andy Beakey (EY), Jeff Wood (EY), Diana Kennedy (EY) and Kristi Lowery (EY) - valet | 11/17/2016 | $5.00 |
| Beakey III,Andrew M (US011131290) | Parking: Nortel meeting - parking | 11/16/2016 | $34.64 |
| Kennedy,Diana Lynn (US012436403) | Parking: Parking at the airport while in Houston for the Nortel Project status meeting | 11/18/2016 | $32.00 |
| Wood,Jeffrey T (US013081390) | Parking: Withholding tax compliance and project update meetings | 11/18/2016 | $36.00 |
| Miscellaneous (ZZ00000014) | Printing charges for Client deliverables in Houston | 12/30/2016 | $2.75 |
| Lowery,Kristie L (US011686190) | Taxi: Houston meetings with RLKS team on budget and fees going forward. car service to downtown Houston from airport\\IAH to Downtown Houston | 11/16/2016 | $70.35 |
| Lowery,Kristie L (US011686190) | Taxi: Houston meetings with RLKS team on budget and fees going forward. Car service to meeting with RLKS team \\EY Houston to RLKS meeting | 11/17/2016 | $51.14 |
| Lowery,Kristie L (US011686190) | Taxi: Houston meetings with RLKS team on budget and fees going forward.\\EY Houston to IAH | 11/18/2016 | $72.00 |
| Kennedy,Diana Lynn (US012436403) | Taxi: Taxi from hotel to airport after Project status meeting in Houston\\Hotel & Airport | 11/18/2016 | $13.44 |
| Wood,Jeffrey T (US013081390) | Taxi: Withholding tax compliance and project update meetings\\Office to airport | 11/18/2016 | $35.35 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Tolls: Nortel meeting - tolls\\San Antonio to Houston | 11/16/2016 | $16.00 |
| | | | |
| | | Totals | $2,579.81 |