# EXHIBIT B



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2008138**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| February 24, 2017 | 046992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

|  |  |
|---|---|
| Professional Fees | $   42,260.50 |
| Disbursements | 225.56 |
| **Total Amount Due** | **$   42,486.06** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____

Expiry Date: _____ Amount: _____

Cardholder Name: _____

Signature: _____

CASSELS BROCK & BLACKWELL LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

## Invoice Detail

### TO PROFESSIONAL SERVICES RENDERED up to and including 12/31/2016

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/1/2016 | MS | 8 | Prepare for Canadian court hearing regarding approval of CCAA plan of arrangement. | 0.7 |
| 12/1/2016 | MS | 8 | Attending Canadian court hearing regarding CCAA plan. | 1.8 |
| 12/1/2016 | MS | 31 | Reporting to Cassels lawyers regarding Canadian court hearing. | 0.4 |
| 12/1/2016 | RSK | 22 | Review plan confirmation/sanction timeline (partial). | 0.3 |
| 12/1/2016 | RSK | 8 | Attend cross border hearing regarding plan and information circular filing and meetings order. | 1.1 |
| 12/1/2016 | MWU | 31 | Review Canadian court filing by Monitor including legal brief, book of authorities and revised CCAA meetings order. | 1.9 |
| 12/1/2016 | MWU | 31 | Review Canadian court filings including revised plan, information circular, and CCAA meetings order, analyze changes, and report to UCC advisors. | 2.4 |
| 12/1/2016 | MWU | 8 | Attend to U.S. court hearing (telephonically) regarding plan and disclosure statement. | 1.8 |
| 12/1/2016 | MWU | 31 | Confer with Cassels team to prepare for Canadian court hearing. | 0.4 |
| 12/1/2016 | MWU | 31 | Report to UCC advisors regarding evening filed court material, confer with Cassels team and Canadian counsel for U.S. debtors. | 0.8 |
| 12/1/2016 | MWU | 31 | Confer with Cassels lawyers to receive report regarding Canadian court hearing. | 0.2 |
| 12/2/2016 | MS | 7 | Attend Committee call. | 0.9 |
| 12/2/2016 | RSK | 7 | Participated in Committee call. | 0.9 |
| 12/3/2016 | MWU | 7 | Attend on Committee call. | 0.9 |
| 12/3/2016 | MWU | 22 | Review and analyze U.S. debtors' response to PBGC objection. | 0.6 |
| 12/3/2016 | MWU | 31 | Review Monitor's motion record regarding approval of fees of Monitor and counsel, and prepare for next Canadian court attendance regarding same. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-3-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/5/2016 | MS | 29 | Review court filings regarding settlement transactions, and analyze for Canadian issues. | 2.2 |
| 12/6/2016 | RSK | 31 | Review of draft UCC Canadian notice to appear and serve on Canadian service list. | 1.1 |
| 12/6/2016 | RSK | 31 | Exchange email correspondence with Akin Gump and office conference with M. Wunder regarding filing notice to appear for UCC. | 0.4 |
| 12/6/2016 | RSK | 31 | Review multiple Canadian notices of intention to appear on motion to pass accounts of the Monitor and its counsel. | 1.3 |
| 12/6/2016 | MWU | 31 | Review Canadian court filings by multiple parties in connection with Canadian motion and report to Committee advisors regarding same. | 0.7 |
| 12/6/2016 | MWU | 31 | Prepare notice of intention to appear for Committee for Canadian motion and confer with Cassels team regarding service and filing with court. | 0.7 |
| 12/6/2016 | MWU | 31 | Report to Committee regarding Canadian motion status and court filings. | 0.5 |
| 12/7/2016 | MS | 31 | File notice of intention to appear on behalf of the UCC at the Canadian court. | 2.2 |
| 12/7/2016 | RSK | 31 | Review notice of intention to appear in CCAA proceedings from EMEA debtors. | 0.1 |
| 12/7/2016 | RSK | 31 | Review email correspondence regarding passing of accounts of Monitor and its counsel. | 0.2 |
| 12/7/2016 | RSK | 31 | Affidavit of service regarding notice to appear for Monitor fee approval motion. | 0.5 |
| 12/7/2016 | MWU | 31 | Email correspondence with Committee advisors regarding Canadian motion and court filings. | 0.4 |
| 12/7/2016 | MWU | 29 | Review correspondence to U.S. Court regarding appeal issues. | 0.3 |
| 12/8/2016 | MS | 31 | Canadian legal research law regarding cross-border allocation issues. | 3.1 |
| 12/8/2016 | RSK | 31 | Review Monitor's notice of post-filing claims procedure. | 0.2 |
| 12/8/2016 | RSK | 7 | Participate in Committee call. | 0.5 |
| 12/8/2016 | MWU | 31 | Prepare for presentation to UCC regarding Canadian case status and review material to prepare for status call. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-4-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/8/2016 | MWU | 7 | Attend on UCC call. | 0.5 |
| 12/8/2016 | MWU | 12 | Review notice regarding post-petition claims process for Canadian debtors. | 0.2 |
| 12/9/2016 | RSK | 29 | Review draft UCC objection to TCC reconsideration motion. | 0.2 |
| 12/9/2016 | MWU | 29 | Review draft Committee response regarding TCC motion. | 0.4 |
| 12/9/2016 | RJA | 31 | Review Monitor response to fee approval objections. | 0.8 |
| 12/11/2016 | RSK | 31 | Review Monitor's submissions on passing of accounts. | 0.7 |
| 12/11/2016 | MWU | 31 | Review Canadian court filing by Monitor regarding motion to approve fees of Monitor and its counsel, and forward report to Committee advisors regarding same. | 0.8 |
| 12/12/2016 | RSK | 31 | Review report on Canadian court scheduling conference. | 0.2 |
| 12/12/2016 | MWU | 31 | Review Canadian court filings to prepare for Canadian court attendance. | 0.3 |
| 12/12/2016 | MWU | 8 | Attend to Canadian court scheduling conference, and report to Committee advisors regarding same. | 1.8 |
| 12/12/2016 | MWU | 31 | Review Canadian plan conditions and motion record for Canadian plan sanction. | 2.7 |
| 12/13/2016 | RSK | 12 | Review court filings in response to motions to reconsider PPI settlement order. | 0.6 |
| 12/13/2016 | MWU | 29 | Review court filings regarding settlement agreement approval including TCC and LSI objections. | 1.2 |
| 12/14/2016 | MWU | 31 | Review notices regarding Canadian creditors meeting, and forward update to Committee advisors. | 0.4 |
| 12/14/2016 | MWU | 29 | Review court filings regarding TCC motion. | 1.2 |
| 12/15/2016 | RSK | 7 | Participated in Committee call. | 1 |
| 12/15/2016 | MWU | 7 | Attend on UCC call. | 1.00 |
| 12/15/2016 | MWU | 29 | Review and analyze court filings regarding settlement motion. | 1.2 |
| 12/16/2016 | RSK | 22 | Review of U.S. debtors' motion to approve settlement and plans support agreement. | 1.1 |
| 12/16/2016 | MWU | 29 | Review and analyze court filings regarding settlement motion. | 1.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 12/16/2016 | RJA | 7 | Review court filings for settlement approval motion. | 1.1 |
| 12/20/2016 | MWU | 8 | Attend to U.S. court hearing (telephonically) regarding TCC motion. | 1.7 |
| 12/21/2016 | RSK | 12 | Review of U.S. order regarding mediation of SNMP claims. | 0.2 |
| 12/21/2016 | RSK | 12 | Review of order denying TCC motion for reconsideration of U.S. PPI settlement order. | 0.2 |
| 12/21/2016 | MWU | 7 | Review material for Committee call and prepare for Canadian status presentation. | 0.3 |
| 12/22/2016 | RSK | 12 | Review of BRG analysis of proposed settlement of PBGC claims and related email correspondence. | 0.4 |
| 12/22/2016 | RSK | 7 | Participate in Committee call. | 0.8 |
| 12/22/2016 | MWU | 7 | Attend on Committee call. | 0.6 |
| 12/22/2016 | MWU | 12 | Review court filings regarding PBGC settlement and claims litigation. | 1.6 |
| | | | **Total** | **54.9** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-6-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 29.70 | $835.00 | $24,799.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 11.30 | $420.00 | $4,746.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 1.90 | $850.00 | $1,615.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 12.00 | $925.00 | $11,100.00 |
| TOTAL | | | | 54.90 | | $ 42,260.50 |

**TOTAL PROFESSIONAL FEES**　　　　　　　　　　　　　　$ 42,260.50

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 133.00 |
| Travel / Ground Transportation | 8.00 |
| Agency Fees and Disbursements | 81.59 |
| Telephone / Long Distance Charges | 2.97 |

**Total Disbursements and Tax**　　　　　　　　　　　　　　**225.56**

**Total Fees, Disbursements & Tax**　　　　　　　　　**$ 42,483.06 CDN**

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0007 | Creditors Committee Meetings | 8.50 | 1,028.50 |
| 0008 | Court Hearings | 8.90 | 6,493.00 |
| 0012 | General Claims Analysis/Claims Objections | 3.20 | 2,798.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 2.00 | 1,796.00 |
| 0029 | Intercompany Analysis | 7.90 | 5,701.50 |
| 0031 | Canadian Proceedings/Matters | 24.40 | 18,443.50 |
| | | | |
| TOTAL | | 54.9 | $42,260.50 |

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 12/1/2016 | Copies | 72 | 7.20 |
| 12/1/2016 | Copies | 62 | 6.20 |
| 12/1/2016 | Copies | 61 | 6.10 |
| 12/1/2016 | Copies | 3 | 0.30 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 59 | 5.90 |
| 12/1/2016 | Copies | 207 | 20.70 |
| 12/1/2016 | Copies | 71 | 7.10 |
| 12/1/2016 | Copies | 74 | 7.40 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 6 | 0.60 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 13 | 1.30 |
| 12/1/2016 | Copies | 27 | 2.70 |
| 12/1/2016 | Copies | 3 | 0.30 |
| 12/1/2016 | Copies | 2 | 0.20 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/5/2016 | Copies | 8 | 0.80 |
| 12/5/2016 | Copies | 11 | 1.10 |
| 12/5/2016 | Copies | 17 | 1.70 |
| 12/5/2016 | Copies | 4 | 0.40 |
| 12/5/2016 | Copies | 4 | 0.40 |
| 12/5/2016 | Copies | 14 | 1.40 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 3 | 0.30 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 9 | 0.90 |
| 12/5/2016 | Copies | 3 | 0.30 |
| 12/6/2016 | Telephone - Bell Conferencing Inc. Invoice #112358741 Nov. 11/16 | 1 | 0.18 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-9-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138  
Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/6/2016 | Agency Fees and Disbursements - Bell Conferencing Inc. Invoice #112358741 Nov. 11/16 | 1 | 1.59 |
| 12/6/2016 | Telephone - Bell Conferencing Inc. Invoice #112345860 Nov. 7/16 | 1 | 2.22 |
| 12/6/2016 | Copies | 3 | 0.30 |
| 12/6/2016 | Copies | 3 | 0.30 |
| 12/6/2016 | Copies | 7 | 0.70 |
| 12/6/2016 | Copies | 2 | 0.20 |
| 12/6/2016 | Copies | 6 | 0.60 |
| 12/6/2016 | Copies | 2 | 0.20 |
| 12/6/2016 | Copies | 10 | 1.00 |
| 12/6/2016 | Copies | 5 | 0.50 |
| 12/6/2016 | Copies | 5 | 0.50 |
| 12/6/2016 | Copies | 17 | 1.70 |
| 12/6/2016 | Copies | 2 | 0.20 |
| 12/6/2016 | Copies | 5 | 0.50 |
| 12/6/2016 | Copies | 13 | 1.30 |
| 12/7/2016 | Copies | 2 | 0.20 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 4 | 0.40 |
| 12/7/2016 | Copies | 2 | 0.20 |
| 12/7/2016 | Copies | 5 | 0.50 |
| 12/7/2016 | Copies | 4 | 0.40 |
| 12/7/2016 | Copies | 11 | 1.10 |
| 12/7/2016 | Copies | 10 | 1.00 |
| 12/7/2016 | Copies | 6 | 0.60 |
| 12/7/2016 | Copies | 7 | 0.70 |
| 12/7/2016 | Copies | 6 | 0.60 |
| 12/7/2016 | Copies | 4 | 0.40 |
| 12/7/2016 | Copies | 2 | 0.20 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/8/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138  
Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/8/2016 | Copies | 4 | 0.40 |
| 12/8/2016 | Copies | 7 | 0.70 |
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/12/2016 | Copies | 2 | 0.20 |
| 12/12/2016 | Copies | 10 | 1.00 |
| 12/12/2016 | Copies | 57 | 5.70 |
| 12/12/2016 | Copies | 3 | 0.30 |
| 12/12/2016 | Copies | 3 | 0.30 |
| 12/12/2016 | Travel - M. Wunder, Taxi from Scotia Plaza to Toronto Court - INV # 8816 | 1 | 8.00 |
| 12/13/2016 | Copies | 3 | 0.30 |
| 12/13/2016 | Copies | 2 | 0.20 |
| 12/13/2016 | Copies | 53 | 5.30 |
| 12/13/2016 | Copies | 38 | 3.80 |
| 12/13/2016 | Copies | 4 | 0.40 |
| 12/13/2016 | Copies | 2 | 0.20 |
| 12/13/2016 | Copies | 5 | 0.50 |
| 12/13/2016 | Copies | 2 | 0.20 |
| 12/13/2016 | Copies | 6 | 0.60 |
| 12/13/2016 | Copies | 4 | 0.40 |
| 12/13/2016 | Copies | 36 | 3.60 |
| 12/13/2016 | Copies | 14 | 1.40 |
| 12/13/2016 | Copies | 5 | 0.50 |
| 12/15/2016 | Telephone - Bell Conferencing Inc. Invoice #112358741 Nov. 11/16 | 1 | 0.57 |
| 12/15/2016 | Copies | 3 | 0.30 |
| 12/22/2016 | Copies | 2 | 0.20 |
| 12/22/2016 | Copies | 29 | 2.90 |
| 12/30/2016 | Reliable Process Servers Inc. - Invoice # 76461 | 1 | 80.00 |
| | **Total** | | **225.56** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.