# EXHIBIT C

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2016
### (All Amounts in Canadian Dollars)

| | | |
|---|---|---|
| <u>Non-Taxable Disbursements</u> | | |
| Copies | $ | 133.00 |
| Travel / Ground Transportation | $ | 8.00 |
| Agency Fees and Disbursements | $ | 81.59 |
| Telephone / Long Distance Charges | $ | <u>2.97</u> |
| | | |
| Total Non-Taxable Disbursements | $ | **225.56 CDN.** |