# EXHIBIT D

-8-

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/1/2016 | Copies | 72 | 7.20 |
| 12/1/2016 | Copies | 62 | 6.20 |
| 12/1/2016 | Copies | 61 | 6.10 |
| 12/1/2016 | Copies | 3 | 0.30 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 59 | 5.90 |
| 12/1/2016 | Copies | 207 | 20.70 |
| 12/1/2016 | Copies | 71 | 7.10 |
| 12/1/2016 | Copies | 74 | 7.40 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 6 | 0.60 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/1/2016 | Copies | 13 | 1.30 |
| 12/1/2016 | Copies | 27 | 2.70 |
| 12/1/2016 | Copies | 3 | 0.30 |
| 12/1/2016 | Copies | 2 | 0.20 |
| 12/1/2016 | Copies | 17 | 1.70 |
| 12/5/2016 | Copies | 8 | 0.80 |
| 12/5/2016 | Copies | 11 | 1.10 |
| 12/5/2016 | Copies | 17 | 1.70 |
| 12/5/2016 | Copies | 4 | 0.40 |
| 12/5/2016 | Copies | 4 | 0.40 |
| 12/5/2016 | Copies | 14 | 1.40 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 3 | 0.30 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 2 | 0.20 |
| 12/5/2016 | Copies | 9 | 0.90 |
| 12/5/2016 | Copies | 3 | 0.30 |
| 12/6/2016 | Telephone - Bell Conferencing Inc. Invoice #112358741 Nov. 11/16 | 1 | 0.18 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138  
Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/6/2016 | Agency Fees and Disbursements - Bell Conferencing Inc. Invoice #112358741 Nov. 11/16 | 1 | 1.59 |
| 12/6/2016 | Telephone - Bell Conferencing Inc. Invoice #112345860 Nov. 7/16 | 1 | 2.22 |
| 12/6/2016 | Copies | 3 | 0.30 |
| 12/6/2016 | Copies | 3 | 0.30 |
| 12/6/2016 | Copies | 7 | 0.70 |
| 12/6/2016 | Copies | 2 | 0.20 |
| 12/6/2016 | Copies | 6 | 0.60 |
| 12/6/2016 | Copies | 2 | 0.20 |
| 12/6/2016 | Copies | 10 | 1.00 |
| 12/6/2016 | Copies | 5 | 0.50 |
| 12/6/2016 | Copies | 5 | 0.50 |
| 12/6/2016 | Copies | 17 | 1.70 |
| 12/6/2016 | Copies | 2 | 0.20 |
| 12/6/2016 | Copies | 5 | 0.50 |
| 12/6/2016 | Copies | 13 | 1.30 |
| 12/7/2016 | Copies | 2 | 0.20 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 4 | 0.40 |
| 12/7/2016 | Copies | 2 | 0.20 |
| 12/7/2016 | Copies | 5 | 0.50 |
| 12/7/2016 | Copies | 4 | 0.40 |
| 12/7/2016 | Copies | 11 | 1.10 |
| 12/7/2016 | Copies | 10 | 1.00 |
| 12/7/2016 | Copies | 6 | 0.60 |
| 12/7/2016 | Copies | 7 | 0.70 |
| 12/7/2016 | Copies | 6 | 0.60 |
| 12/7/2016 | Copies | 4 | 0.40 |
| 12/7/2016 | Copies | 2 | 0.20 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/7/2016 | Copies | 3 | 0.30 |
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/8/2016 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008138

Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/8/2016 | Copies | 4 | 0.40 |
| 12/8/2016 | Copies | 7 | 0.70 |
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/8/2016 | Copies | 2 | 0.20 |
| 12/12/2016 | Copies | 2 | 0.20 |
| 12/12/2016 | Copies | 10 | 1.00 |
| 12/12/2016 | Copies | 57 | 5.70 |
| 12/12/2016 | Copies | 3 | 0.30 |
| 12/12/2016 | Copies | 3 | 0.30 |
| 12/12/2016 | Travel - M. Wunder, Taxi from Scotia Plaza to Toronto Court - INV # 8816 | 1 | 8.00 |
| 12/13/2016 | Copies | 3 | 0.30 |
| 12/13/2016 | Copies | 2 | 0.20 |
| 12/13/2016 | Copies | 53 | 5.30 |
| 12/13/2016 | Copies | 38 | 3.80 |
| 12/13/2016 | Copies | 4 | 0.40 |
| 12/13/2016 | Copies | 2 | 0.20 |
| 12/13/2016 | Copies | 5 | 0.50 |
| 12/13/2016 | Copies | 2 | 0.20 |
| 12/13/2016 | Copies | 6 | 0.60 |
| 12/13/2016 | Copies | 4 | 0.40 |
| 12/13/2016 | Copies | 36 | 3.60 |
| 12/13/2016 | Copies | 14 | 1.40 |
| 12/13/2016 | Copies | 5 | 0.50 |
| 12/15/2016 | Telephone - Bell Conferencing Inc. Invoice #112358741 Nov. 11/16 | 1 | 0.57 |
| 12/15/2016 | Copies | 3 | 0.30 |
| 12/22/2016 | Copies | 2 | 0.20 |
| 12/22/2016 | Copies | 29 | 2.90 |
| 12/30/2016 | Reliable Process Servers Inc. - Invoice # 76461 | 1 | 80.00 |
| | **Total** | | **225.56** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.