**EXHIBIT E**

Legal*40166358.3

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 29.70 | $835.00 | $24,799.50 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 11.30 | $420.00 | $4,746.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 1.90 | $850.00 | $1,615.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 12.00 | $925.00 | $11,100.00 |
| | | | | | | |
| TOTAL | | | | 54.90 | | $ 42,260.50 |