# EXHIBIT B

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | .50 | $475.00 |
| Akin Gump Fee Applications/Monthly Billing Reports | 11.10 | $6,382.50 |
| Other Professionals' Fee Applications/Reports | 2.20 | $1,535.00 |
| Creditors' Committee Meetings | 44.10 | $38,371.00 |
| Court Hearings | 47.40 | $43,918.00 |
| General Claims Analysis/Claims Objections | 68.40 | $70,845.50 |
| Canadian Proceedings/Matters | 6.60 | $7,554.00 |
| Tax Issues | .50 | $452.50 |
| Plan, Disclosure Statement and Plan Related Documentation | 245.90 | $248,454.50 |
| Travel | 15.55 | $17,375.50 |
| Intercompany Analysis | 19.00 | $19,010.00 |
| **TOTAL** | **461.25** | **$454,373.50** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1702688 |
| Invoice Date | 02/24/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/17 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.50 | $475.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 11.10 | $6,382.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.20 | $1,535.00 |
| 0007 | Creditors Committee Meetings | 44.10 | $38,371.00 |
| 0008 | Court Hearings | 47.40 | $43,918.00 |
| 0012 | General Claims Analysis/Claims Objections | 68.40 | $70,845.50 |
| 0014 | Canadian Proceedings/Matters | 6.60 | $7,554.00 |
| 0018 | Tax Issues | 0.50 | $452.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 245.90 | $248,454.50 |
| 0025 | Travel | 15.55 | $17,375.50 |
| 0029 | Intercompany Analysis | 19.00 | $19,010.00 |
| | TOTAL | 461.25 | $454,373.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                        Page 2
Bill Number: 1702688                                                                                            02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 01/31/17 | BMK | 0002 | Call with committee member re: status | 0.20 |
| 01/31/17 | BMK | 0002 | Call with creditor re: case status | 0.30 |
| 01/05/17 | AL | 0003 | Review fee examiner report (1.2); prepare fee application (2.0). | 3.20 |
| 01/06/17 | AL | 0003 | Prepare fee application (2.2); review prebill for confidentiality and privilege (1.5). | 2.70 |
| 01/10/17 | AL | 0003 | Prepare fee application. | 0.30 |
| 01/20/17 | AL | 0003 | Prepare fee application. | 0.10 |
| 01/21/17 | AL | 0003 | Review prebill for confidentiality and privilege (2.8); prepare fee application (1.1). | 3.90 |
| 01/27/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.50 |
| 01/30/17 | AL | 0003 | Review fee examiner report. | 0.40 |
| 01/12/17 | DHB | 0004 | Review fee examiner response (.2) and communication with B. Kahn re: same (.2). | 0.40 |
| 01/18/17 | AL | 0004 | Review fee application (.7) and fee reports (.4) of other professionals. | 1.10 |
| 01/19/17 | AL | 0004 | Review fee applications of other professionals. | 0.70 |
| 01/04/17 | RAJ | 0007 | Emails with Akin team re: development of agenda items for Committee call (.2, .1). | 0.30 |
| 01/04/17 | AQ | 0007 | Emails re: UCC call agenda. | 0.20 |
| 01/04/17 | DHB | 0007 | Review Committee call agenda and communications re: same. | 0.20 |
| 01/04/17 | AL | 0007 | Prepare agenda for Committee call (1.2); prepare for same (.7). | 1.90 |
| 01/05/17 | RAJ | 0007 | Attend Committee call (.2); post-call discussion with Akin team (.2). | 0.40 |
| 01/05/17 | AQ | 0007 | Attend Committee Call (.2); prepare for same (.2). | 0.40 |
| 01/05/17 | DHB | 0007 | Prepare for Committee meeting (.3); attend same (.2) and follow-up emails (.2). | 0.70 |
| 01/05/17 | AME | 0007 | Attend Committee Call with D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring. | 0.20 |
| 01/05/17 | AL | 0007 | Prepare for (.7) and attend (.2) Committee call. | 0.90 |
| 01/11/17 | RAJ | 0007 | Emails re: agenda items for Committee call. | 0.30 |
| 01/11/17 | DHB | 0007 | Review and revise Committee call agenda and emails re: same. | 0.20 |
| 01/11/17 | BMK | 0007 | Review and comment on committee call agenda. | 0.20 |
| 01/11/17 | AL | 0007 | Prepare agenda for Committee call (1.1); internal communication re: same (.3); prepare for same (1.2). | 2.60 |
| 01/12/17 | RAJ | 0007 | Attend Committee call (portion). | 0.50 |
| 01/12/17 | AQ | 0007 | Attend Committee call. | 0.80 |
| 01/12/17 | DHB | 0007 | Prepare for Committee call (1.2); attend same (.8). | 2.00 |
| 01/12/17 | BMK | 0007 | Prep for Committee call (1.1); attend same (0.8). | 1.90 |
| 01/12/17 | AME | 0007 | Attend Committee Call with D. Botter, A. Qureshi, B. Kahn, A. Loring. | 0.80 |
| 01/12/17 | AL | 0007 | Prepare for (.2) and attend (.8) Committee call. | 1.00 |
| 01/17/17 | RAJ | 0007 | Attend Committee call. | 0.80 |
| 01/17/17 | DHB | 0007 | Review term sheets and prepare for Committee call (.7); attend same and follow-up (.8); follow-up with Committee members re: same (.3). | 1.80 |
| 01/17/17 | AME | 0007 | Attend Committee Call with D. Botter, R. Johnson, A. Loring. | 0.80 |
| 01/17/17 | AL | 0007 | Prepare for (.3) and attend (.8) call with Committee. | 1.10 |
| 01/18/17 | RAJ | 0007 | Emails re: agenda items for Committee call. | 0.20 |
| 01/18/17 | AL | 0007 | Prepare Committee call agenda (.7); prepare for same (1.7). | 2.40 |
| 01/19/17 | RAJ | 0007 | Attend Committee call (.4); post-call communications with Akin team (.2). | 0.60 |
| 01/19/17 | AQ | 0007 | Attend Committee call. | 0.40 |
| 01/19/17 | DHB | 0007 | Prepare for Committee call (.7); attend same (.4); follow-up with Committee members re: same (.3). | 1.40 |
| 01/19/17 | BMK | 0007 | Prepare for committee call (0.3); attend committee call (0.4); follow up emails re: same (0.4). | 1.10 |
| 01/19/17 | AME | 0007 | Attend Committee Call with D. Botter, A. Qureshi, B. Kahn, R. Johnson, | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                              Page 3
Bill Number: 1702688                                                                 02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | A. Loring (.4); prepare for same (.1). | |
| 01/19/17 | AL | 0007 | Prepare for (1.2) and attend (.4) Committee call. | 1.60 |
| 01/22/17 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 01/22/17 | AQ | 0007 | Attend Committee call re: NTCC settlement (.6); prepare for same (.1). | 0.70 |
| 01/22/17 | DHB | 0007 | Prepare for Committee call (.2); attend same (.6) and follow-up communications (.3). | 1.10 |
| 01/22/17 | AME | 0007 | Attend Committee Call. | 0.60 |
| 01/22/17 | AL | 0007 | Prepare for (.3) and attend (.6) call with Committee. | 0.90 |
| 01/23/17 | RAJ | 0007 | Attend Committee call. | 0.50 |
| 01/23/17 | AQ | 0007 | Attend Committee call. | 0.50 |
| 01/23/17 | DHB | 0007 | Prepare for Committee call (.5); attend same (.5). | 1.00 |
| 01/23/17 | AME | 0007 | Attend Committee Call with D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring. | 0.50 |
| 01/23/17 | AL | 0007 | Prepare for (.7) and attend (.5) call with Committee. | 1.20 |
| 01/25/17 | RAJ | 0007 | Emails re: agenda items for Committee call. | 0.30 |
| 01/25/17 | DHB | 0007 | Communications with A. Loring re: agenda items for call (.1); review and revise agenda (.1). | 0.20 |
| 01/25/17 | BMK | 0007 | Review committee call agenda | 0.20 |
| 01/25/17 | AL | 0007 | Prepare for Committee call (3.0); prepare agenda for same (1.1). | 4.10 |
| 01/26/17 | RAJ | 0007 | Attend Committee call. | 0.50 |
| 01/26/17 | DHB | 0007 | Prepare for Committee call (.4); attend same (.5). | 0.90 |
| 01/26/17 | BMK | 0007 | Prepare for committee call (0.3); attend committee call (0.5) | 0.80 |
| 01/26/17 | AME | 0007 | Attend Committee Call. | 0.50 |
| 01/26/17 | AL | 0007 | Prepare for (.3) and attend (.5) Committee call. | 0.80 |
| 01/03/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/04/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 01/05/17 | AL | 0008 | Prepare for hearing on PBGC settlement. | 0.20 |
| 01/05/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/06/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/09/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/12/17 | AL | 0008 | Prepare for confirmation hearing. | 0.40 |
| 01/12/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/13/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/17/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/18/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/19/17 | AL | 0008 | Prepare for confirmation hearing. | 2.20 |
| 01/20/17 | AL | 0008 | Prepare for confirmation hearing. | 1.20 |
| 01/23/17 | AL | 0008 | Prepare for confirmation hearing. | 1.00 |
| 01/23/17 | SAD | 0008 | Review docket for updates and circulate. | 0.50 |
| 01/24/17 | RAJ | 0008 | Attend Confirmation hearing (telephonic)(partial) (3.1, 2.5). | 5.60 |
| 01/24/17 | AQ | 0008 | Prepare for confirmation hearing and review unresolved objections (1.3); attend Court hearing (6.0). | 7.30 |
| 01/24/17 | DHB | 0008 | Continue prep for confirmation hearing and oral argument (3.9); attend same (6.0). | 9.90 |
| 01/24/17 | BMK | 0008 | Attend confirmation hearing (6.0); prep for same (.8). | 6.80 |
| 01/24/17 | AL | 0008 | Prepare for (3.0) and attend (6.0) confirmation hearing. | 9.00 |
| 01/24/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/25/17 | DHB | 0008 | Attend telephonic hearing re: IT fee dispute (.6); follow-on emails re: same (.1); communication with B. Kahn re: same (.1). | 0.80 |
| 01/25/17 | SAD | 0008 | Review docket for updates and circulate. | 0.50 |
| 01/26/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 01/27/17 | SAD | 0008 | Review docket for updates and circulate. | 0.40 |
| 01/30/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 01/30/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 01/01/17 | AL | 0012 | Prepare statement in support of 9019 motion to settle PBGC claims objection. | 1.20 |
| 01/02/17 | AL | 0012 | Prepare statement in support of 9019 motion to approve settlement of | 2.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Page 4

Bill Number: 1702688

02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | | PBGC claims. | |
| 01/03/17 | RAJ | 0012 | Emails with Akin team re: Committee statement in support of 9019 motion for approval of PBGC claims settlement agreement (.3, .1); analyze issues for 9019 statement (1.2); review and comment on draft statement (1.0); emails with Akin team re: further comments to draft (.3, .2, .2); reconcile edits to draft statement (1.3); emails with Cleary re: SNMP depositions (.2); review SNMP deposition transcripts (1.0). | 5.80 |
| 01/03/17 | DHB | 0012 | Review PBGC claims settlement motion and agreement and precedent (.8); review and rewrite Committee statement in support (1.2); emails with team re: same (.1); review B. Kahn comments to PBGC (.4) and emails re: same (.2). | 2.70 |
| 01/03/17 | BMK | 0012 | Review and comment on statement in support of PBGC claims settlement. | 1.30 |
| 01/03/17 | AL | 0012 | Prepare statement in support of settlement of PBGC claims (1.2); revise same (1.1); internal communication re: same (.4). | 2.70 |
| 01/04/17 | RAJ | 0012 | Multiple edits to draft Committee statement in support of 9019 motion re: PBGC claims settlement (.8, .5, .2); multiple emails with Akin team, Committee members, Delaware counsel re: Committee statement in support (.5, .3, .1); emails re: denial of reconsideration of allowance of Crossover Bonds claims (.2); review transcript of reconsideration hearing (.5); review notice of temporary allowance of claims for voting purposes (.2); related emails with Akin team (.2, .1); call with PBGC re: temporary allowance for voting (.1); review prior PBGC statements re: voting stipulation (.4 ); emails re: expert reports in SNMP claims adversary proceeding (.3). | 4.40 |
| 01/04/17 | AQ | 0012 | Review and edit revised statement in support of PBGC claims settlement (.2); Emails re: SNMP mediation (.2). | 0.40 |
| 01/04/17 | DHB | 0012 | Review and redraft revised PBGC statement (.7); emails re: same (.1); final revisions (.3) and communication with A. Loring re: same (.1); review Committee member comments to same (.1) (.1); team meeting re: confirmation prep (.5); email communications re: temporary allowance of PBGC claim (.1). | 2.00 |
| 01/04/17 | AL | 0012 | Revise statement in support of settlement of PBGC claims (1.4); review discovery letters related to SNMP claims adversary proceeding (.2). | 1.60 |
| 01/05/17 | RAJ | 0012 | Emails to finalize edits to Committee statement in support of 9019 motion to approve PBGC claims settlement (.5, .3); review PBGC statement in support of 9019 motion and related emails (.2); analyze expert damages reports in SNMP claims adversary proceeding (1.5). | 2.50 |
| 01/05/17 | AQ | 0012 | Final review of revised PBGC claims settlement joinder. | 0.20 |
| 01/05/17 | AL | 0012 | Review claim objection. | 0.20 |
| 01/06/17 | RAJ | 0012 | Emails with Akin team re: mediation of TCC claims (.3, .1); call with D. Herrington re: SNMP (.5); further analyze damages issues for SNMP claims adversary proceeding (1.8); emails with D. Botter re: TCC, SNMP (.2); emails re: certification of counsel re: 9019 of PBGC settlement (.2); review order approving settlement (.1). | 3.20 |
| 01/09/17 | RAJ | 0012 | Communicate with D. Botter re: SNMP claims issues (.2, .3); emails and call with D. Herrington re: SNMP strategies (.1, .3); draft recommendations to Akin team re: SNMP mediation (.6); review SNMP expert reports (.8). | 2.30 |
| 01/10/17 | RAJ | 0012 | Review SNMP claims issues for mediation (1.4); review SNMP docket and filings (1.2); prepare for mediation (1.0). | 3.60 |
| 01/10/17 | AL | 0012 | Review claims settlement. | 0.10 |
| 01/11/17 | RAJ | 0012 | Further analyze SNMP expert reports in claims adversary proceeding (2.4. 1.5); analyze SNMP deposition transcripts (1.2); emails with BRG re: SNMP (.1, .1); call with BRG re: same (.2); emails with D. Botter re: SNMP issues (.2); analyze potential settlement scenarios (.4); review filings re: notices of settlement of claims (.1). | 6.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                        Page 5
Bill Number: 1702688                                                                            02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 01/11/17 | AL | 0012 | Review 9019 motion to approve claim settlement (.9); internal communication re: same (.2); review claim objection (.4). | 1.50 |
| 01/12/17 | RAJ | 0012 | Meeting with Cleary and Chilmark teams re: SNMP claims mediation (.7); attend and participate in mediation sessions (8.1); analyze terms of SNMP agreement re: disputed claims reserve (.5); multiple emails with Akin and BRG teams re: SNMP scenarios (.4). | 9.70 |
| 01/12/17 | DHB | 0012 | Communications re: Sanmina claims settlement. | 0.10 |
| 01/12/17 | AL | 0012 | Review document related to SNMP claims adversary proceeding. | 0.30 |
| 01/13/17 | RAJ | 0012 | Emails re: SNMP claims mediation (.2, .1); call with L. Schweitzer re: SNMP (.2); draft report to Committee re: SNMP mediation and litigation issues (1.8, .5). | 2.80 |
| 01/16/17 | RAJ | 0012 | Multiple emails re: TCC claims mediation (.2, .1). | 0.30 |
| 01/17/17 | RAJ | 0012 | Analyze publicly-filed term sheets re: TCC claims mediation (.3); emails with Akin team re: TCC issues (.2, .1). | 0.60 |
| 01/22/17 | RAJ | 0012 | Analyze terms of proposed settlement of TCC claims (.2); emails with Akin team re: same (.2, .1); draft analysis for Committee of as-filed Notice of Resolution (.3). | 0.80 |
| 01/23/17 | RAJ | 0012 | Analyze filings re: transfers of claims involving SPCP (.3); emails with D. Botter, Debtors' counsel re: SPCP claims trading (.2); review SNMP discovery (.6). | 1.10 |
| 01/24/17 | RAJ | 0012 | Emails re: SNMP claims adversary proceeding. | 0.10 |
| 01/25/17 | RAJ | 0012 | Emails re: NNCC bondholder fee dispute (.2); review Solus and Delaware Trust briefs (.6); email re: SNMP discovery (.1). | 0.90 |
| 01/26/17 | RAJ | 0012 | Review mediation order re: NNCC (.1); review and comment on joint status report for PPI appeal (.1); related emails (.1). | 0.30 |
| 01/27/17 | RAJ | 0012 | Follow-up emails with other parties re: joint status report on PPI appeals (.2); emails re: NNCC fee dispute mediation (.2). | 0.40 |
| 01/27/17 | AQ | 0012 | Emails re: Delaware Trust Fee dispute and related mediation. | 0.20 |
| 01/27/17 | DHB | 0012 | Telephone call with D. Lowenthal re: NNCC mediation (.2); emails with team re: same (.1). | 0.30 |
| 01/27/17 | AL | 0012 | Review discovery request in fee dispute. | 0.30 |
| 01/28/17 | DHB | 0012 | Email communications re: NNCC bonds discovery (.1); begin review of document requests (.2). | 0.30 |
| 01/30/17 | RAJ | 0012 | Review NNCC Noteholders' discovery requests to indenture trustee (.3); emails re: same (.1); emails with Cleary team re: SNMP depositions (.2). | 0.60 |
| 01/30/17 | AQ | 0012 | Review and analyze discovery requests to Delaware Trust fee dispute and consider privilege issues. | 0.20 |
| 01/30/17 | DHB | 0012 | Review of NNCC noteholder document requests and interrogatories re: privilege issues (.4); communication with A. Qureshi re: same (.1); telephone call with D. Lowenthal re: same (.3). | 0.80 |
| 01/30/17 | AL | 0012 | Review memorandum of law in SNMP claims adversary proceeding (.5); review order granting Sanmina claims settlement (.4). | 0.90 |
| 01/31/17 | RAJ | 0012 | Review SNMP deposition schedule and related emails (.2); analyze Debtors' response to SNMP motion to amend proofs of claim (1.3); emails with Akin team re: SNMP proofs of claim (.2); analyze discovery issues re: NNCC Noteholder fee dispute (.5); multiple follow-up emails re: same (.2, .1). | 2.50 |
| 01/31/17 | DHB | 0012 | Email communications with R. Johnson re: SNMP status (.1); begin review of latest SNMP pleadings (.5); communication with R. Johnson re: discovery issue related to NNCC (.2); emails re: same (.2). | 1.00 |
| 01/04/17 | RAJ | 0014 | Review docket items for Canadian proceedings re: bar date for post-filing claims, meeting order, Canadian fees (.6); review filing re: Dunn appeal and related emails (.3). | 0.90 |
| 01/05/17 | RAJ | 0014 | Review Canadian filings re: motion for passing of accounts, with related emails. | 0.40 |
| 01/06/17 | RAJ | 0014 | Review multiple CCAA filings re: passing of accounts and other procedural matters. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Bill Number: 1702688

Page 6
02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 01/10/17 | RAJ | 0014 | Review developments in Canadian proceedings and related emails. | 0.40 |
| 01/10/17 | DHB | 0014 | Review memo on pending Canadian issues and email re: same. | 0.40 |
| 01/17/17 | RAJ | 0014 | Review update on Canadian meeting of creditors. | 0.20 |
| 01/19/17 | RAJ | 0014 | Review draft Canadian sanction order and related emails. | 0.20 |
| 01/20/17 | RAJ | 0014 | Multiple emails re: Canadian sanction motion record and proposed order (.2); briefly review motion record (.2). | 0.40 |
| 01/23/17 | RAJ | 0014 | Review facta for CCAA sanction hearing and related emails. | 0.50 |
| 01/25/17 | RAJ | 0014 | Review Canadian sanction and escrow orders. | 0.30 |
| 01/27/17 | RAJ | 0014 | Review endorsement of Justice Newbould re: passing of accounts (.4); emails re: same (.1). | 0.50 |
| 01/27/17 | DHB | 0014 | Review Canadian order re: Monitor (.5); emails re: same (.1); emails re: Canadian issues (.1). | 0.70 |
| 01/30/17 | RAJ | 0014 | Review Canadian court statement of reasons for sanction of the Plan and SPSA. | 0.60 |
| 01/30/17 | DHB | 0014 | Review Canadian sanction order (.5); emails re: same (.3). | 0.70 |
| 01/10/17 | KMR | 0018 | Review tax issues in connection with the plan of reorganization. | 0.50 |
| 01/02/17 | DHB | 0022 | Review plan supplement documents. | 0.50 |
| 01/03/17 | RAJ | 0022 | Analyze confirmation issues (1.2); analyze proposed TCC briefing schedule for pending appeals (.2); analyze jurisdiction issues (1.5). | 2.90 |
| 01/03/17 | AQ | 0022 | Review and analyze draft 9019 joinder and related emails (.3); emails re: TCC appeal schedule (.2). | 0.50 |
| 01/03/17 | JYY | 0022 | Review settlement updates. | 0.20 |
| 01/03/17 | AL | 0022 | Prepare for Plan confirmation logistics meeting. | 0.30 |
| 01/04/17 | RAJ | 0022 | Review Plan, milestones to confirmation, and docket (1.3); meeting with Akin team re: next steps in preparation for confirmation (.5). | 1.80 |
| 01/04/17 | AQ | 0022 | Team meeting re: TCC objections and appeals and potential confirmation objection (.5); consider evidentiary issues related to plan confirmation (.2). | 0.70 |
| 01/04/17 | BMK | 0022 | Call with D. Botter, A. Qureshi, R. Johnson, A. Loring re: confirmation issues (.5); begin outlining confirmation brief section (1.5). | 2.00 |
| 01/04/17 | AL | 0022 | Prepare for (.5) and attend (.5) call on Plan issues. | 1.00 |
| 01/05/17 | RAJ | 0022 | Analyze confirmation issues (.8); review pro se objection to confirmation (.1). | 0.90 |
| 01/05/17 | AQ | 0022 | Communicate with team re: confirmation issues (.2); call with BRG re: confirmation evidence (.2). | 0.40 |
| 01/05/17 | DHB | 0022 | Review proposed 3rd Circuit allocation appeals letter (.5); emails re: same (.3); revise same (.5); review further comments (.4). | 1.70 |
| 01/05/17 | DHB | 0022 | Telephone call with L. Schweitzer re: next mediation (.3); communicate with team re: same (.1); further emails re: same (.2); review Plan Administration agreement (.3). | 0.90 |
| 01/05/17 | JYY | 0022 | Review confirmation updates. | 0.10 |
| 01/05/17 | AME | 0022 | Communicate re: Plan with D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring before and after Committee Call (.3); correspondence re: filings related to objection deadline (.1) | 0.40 |
| 01/06/17 | RAJ | 0022 | Analyze 1129 issues for confirmation (1.1); emails with D. Botter re: solicitation and voting (.1); review confirmation objection from Iowa Dept. of Revenue (.2). | 1.40 |
| 01/06/17 | AQ | 0022 | Emails re: TCC and SMNP mediations (.3); review and analyze materials related to TCC mediation. | 1.10 |
| 01/06/17 | DHB | 0022 | Draft email to Committee re: TCC mediation (.3); emails with team re: same (.2); review new 3rd Circuit letter (.5); emails re: same (.2); office conference with A. Loring re: research for mediation (.2); consider settlement scenarios (.5); communication with B. Kahn re: same and potential objections (.4); emails with team re: same (.2) and consider SPSA issues (.2); review of same (.4). | 3.10 |
| 01/06/17 | BMK | 0022 | Draft outline for confirmation brief | 1.60 |
| 01/06/17 | JYY | 0022 | Review confirmation updates. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE

Bill Number: 1702688

Page 7<br>02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 01/06/17 | AME | 0022 | Correspondence re: update on TCC mediation. | 0.10 |
| 01/06/17 | AL | 0022 | Conduct research re: Plan confirmation issues (1.1); confer with D. Botter re: same (.2). | 1.30 |
| 01/08/17 | DHB | 0022 | Consider Plan and emails related thereto. | 0.40 |
| 01/09/17 | RAJ | 0022 | Review emails re: Wilmington objection (.2, .1); call with Cassels team re: Wilmington objection and fee issues (.4); review confirmation objections filed by multiple parties (.4, .3, .1); multiple emails with Akin team re: same (.2, .1); analyze confirmation issues (1.4); analyze divestiture of jurisdiction issues (1.7). | 4.90 |
| 01/09/17 | AQ | 0022 | Communicate with team and with Capstone re: TCC mediation (.2); review and analyze UST confirmation objection (.5); review and analyze TCC confirmation objection (.7); review and analyze Solus confirmation objection (.3); communicate with team re: mediation (.2). | 1.90 |
| 01/09/17 | DHB | 0022 | Telephone call with L. Schweitzer and D. Harrington re: SNMP mediation (.2); follow-up communication with R. Johnson re: same (.2); telephone call with AG & Cassels teams re: plan-related issues (.4); telephone call with C. Kearns re: same (.5); communication with A. Qureshi re: same (.3); telephone call with D. Lowenthal re: confirmation objections (.3); meet with A. Loring and C. Samis re: confirmation issues (.4); begin review of confirmation objections (2.3); communications re: same (.2) (.2); review 3rd Circuit letter (.4); office conference with R. Johnson re: SNMP (.2); email to L. Schweitzer re: same (.1). | 5.70 |
| 01/09/17 | BMK | 0022 | Begin review of confirmation objections | 1.60 |
| 01/09/17 | JYY | 0022 | Review settlement updates. | 0.10 |
| 01/09/17 | AME | 0022 | Communicate with J. Yecies re: case update (.1); review objections to plan confirmation (.4). | 0.50 |
| 01/09/17 | AL | 0022 | Review Plan objections (1.2); conduct research re: Plan issues (3.2); prepare memo re: same (1.1); meet with D. Botter and C. Samis re: same (.4). | 5.90 |
| 01/10/17 | RAJ | 0022 | Review TCC letter to Third Circuit re: pending appeal (.2); meeting with Akin team re: confirmation issues (1.3); follow-up communication with A. Evans re: divestiture of jurisdiction (.1); analyze issues of constitutional mootness (1.6); call with Cleary re: confirmation hearing planning (.6); review press coverage of plan confirmation objections (.3); analyze confirmation issues raised by potential settlement agreement (.5). | 4.80 |
| 01/10/17 | AQ | 0022 | Team meeting re: responses to confirmation objections (1.3); call with Cleary re: response to confirmation objection (.6); call with BRG re: confirmation evidence (.2); review and analyze BRG declaration materials and emails re: same (.7). | 2.80 |
| 01/10/17 | DHB | 0022 | Meet with team re: confirmation prep (1.3); review BRG exhibits and emails re: same (.3); various communications with A. Loring re: research re: confirmation issues (.2) (.1); consider same (.5); call with Cleary re: confirmation prep (.6); consider 9019 issues and precedent (.4); call with C. Kearns re: confirmation prep (.2) (.2); emails re: voting on Plan (.1). | 3.90 |
| 01/10/17 | BMK | 0022 | Review confirmation objections (.8); attend team meeting re: confirmation brief (1.3); review confirmation brief research issue (.6). | 2.70 |
| 01/10/17 | JYY | 0022 | Review confirmation updates. | 0.20 |
| 01/10/17 | AME | 0022 | Meet with D. Botter, A. Qureshi, R. Johnson, B. Kahn, A. Loring re: brief for confirmation hearing and responses to objections (1.3); confer with R. Johnson re: confirmation brief (.2); review divestiture of jurisdiction memo and TCC objection (2.3). | 3.80 |
| 01/10/17 | AL | 0022 | Conduct research re: confirmation issues (3.5); prepare memorandum re: same (3.4); attend meeting re: confirmation issues (1.3); attend call with Cleary re: same (.6). | 8.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 8
Bill Number: 1702688                                                       02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 01/10/17 | KBK | 0022 | Conduct research re: Plan issues. | 1.20 |
| 01/11/17 | RAJ | 0022 | Review draft memorandum analyzing confirmation issues (.4); emails with Akin team re: same (.2); review research re: 9019 (.5). | 1.10 |
| 01/11/17 | AQ | 0022 | Review and analyze draft memo re: confirmation research issues (.3); call with Capstone re: confirmation evidence (.2). | 0.50 |
| 01/11/17 | DHB | 0022 | Review and revise memo to Committee re: potential disparate treatment issues (1.2); emails re: same (.1); review revised version (.5); emails re: SNMP issues affecting distributions and consider same (.4); continue review and consideration of confirmation issues and objections (.6). | 2.80 |
| 01/11/17 | BMK | 0022 | Review and comment on memo re: plan issue. | 1.80 |
| 01/11/17 | JYY | 0022 | Review confirmation updates. | 0.10 |
| 01/11/17 | AME | 0022 | Review case law in TCC objection (.2); review memo on disparate treatment (.3) | 0.50 |
| 01/11/17 | AL | 0022 | Prepare memorandum on confirmation issues (2.1); internal communications re: same (.4); revise same (2.5). | 5.00 |
| 01/12/17 | RAJ | 0022 | Analyze Disclosure Statement recovery scenarios (.7, .5). | 1.20 |
| 01/12/17 | AQ | 0022 | Communicate with team re: confirmation brief (.1). | 0.10 |
| 01/12/17 | DHB | 0022 | Continuing emails re: SNMP and effect on distributions (.2); email communications re: status and mediation (.2); review SNMP notices and emails re: same (.2); further consideration of settlement possibilities (.4); review case law re: 9019 and disparate treatment issues (.6); emails with Committee members re: briefing issues (.1). | 1.70 |
| 01/12/17 | BMK | 0022 | Analysis of confirmation issues for brief. | 2.20 |
| 01/12/17 | JYY | 0022 | Review confirmation hearing updates. | 0.10 |
| 01/12/17 | AME | 0022 | Review divestiture rule case law (1.8); communicate with D. Botter, A. Qureshi, B. Kahn, A. Loring re: prep for confirmation hearing (.2). | 2.00 |
| 01/12/17 | AL | 0022 | Conduct research re: brief in support of confirmation (1.1); prepare same (1.6). | 2.70 |
| 01/13/17 | RAJ | 0022 | Analyze caselaw re: divestiture of jurisdiction and mootness (1.3); emails with A. Evans re: same (.2); review statement of facts for draft confirmation brief (.7); emails with Akin team re: same (.1); review draft confirmation order (.8). | 3.10 |
| 01/13/17 | AQ | 0022 | Review and analyze case law re: confirmation issues. | 0.50 |
| 01/13/17 | DHB | 0022 | Further emails re: SNMP status (.2); review memo to Committee re: same (.2); emails with L. Schweitzer re: mediation issues (.2); review case law re: potential mediation issues (.6). | 1.20 |
| 01/13/17 | JYY | 0022 | Review settlement updates. | 0.30 |
| 01/13/17 | AME | 0022 | Review divestiture rule case law (2.2); review update on SNMP mediation (.1); review draft confirmation brief (.2); correspond with B. Kahn and R. Johnson re: same (.3). | 2.80 |
| 01/13/17 | AL | 0022 | Prepare portion of confirmation brief. | 4.00 |
| 01/14/17 | RAJ | 0022 | Analyze confirmation issues (.7); emails with Akin team re: 9019 issues (.2). | 0.90 |
| 01/14/17 | DHB | 0022 | Consider possible settlement scenarios (.4); emails with team and C. Samis re: same (.2). | 0.60 |
| 01/14/17 | BMK | 0022 | Review and comment on confirmation brief inserts. | 1.70 |
| 01/14/17 | AME | 0022 | Correspond with D. Botter, R. Johnson, B. Kahn re: TCC mediation, draft confirmation brief | 0.30 |
| 01/14/17 | AL | 0022 | Conduct research re: confirmation issues. | 0.50 |
| 01/15/17 | RAJ | 0022 | Draft and edit confirmation brief (2.1, 1.7); emails with Akin team re: confirmation brief (.3, .2). | 4.30 |
| 01/15/17 | AQ | 0022 | Review and analyze draft confirmation brief (.5); emails re: TCC mediation (.2). | 0.70 |
| 01/15/17 | DHB | 0022 | Further emails re: settlement scenarios with team and C. Samis (.2); A. Leblang (.2); prep for mediation, including review of TCC arguments (2.0). | 2.40 |
| 01/15/17 | AME | 0022 | Correspond with R. Johnson, B. Kahn, A. Loring re: confirmation brief, | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                Page 9
Bill Number: 1702688                                                                                     02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | review parts of draft brief | |
| 01/15/17 | AL | 0022 | Prepare brief in support of Plan confirmation. | 3.00 |
| 01/16/17 | RAJ | 0022 | Further edits to confirmation brief (1.2, .5). | 1.70 |
| 01/16/17 | AQ | 0022 | Attend TCC mediation. | 8.30 |
| 01/16/17 | DHB | 0022 | Prep for mediation (1.0); attend same (8.5); follow-up communications re: same (.4). | 9.90 |
| 01/16/17 | AME | 0022 | Review draft confirmation brief (.8); correspond with D. Botter, R. Johnson, A. Qureshi, B. Kahn re: same (.2); correspond with D. Botter, R. Johnson, A. Qureshi, B. Kahn re: TCC mediation (.3). | 1.30 |
| 01/17/17 | RAJ | 0022 | Communicate with D. Botter re: next steps in confirmation (.2); edit draft confirmation brief (1.4, 2.2); call with L. Schweitzer (Cleary) re: confirmation hearing (.7); communicate with A. Evans re: same (.2); analyze evidentiary issues (.5); multiple emails with Akin team re: further edits to draft confirmation brief (.3, .2, .4); review and revise draft Kearns declaration and exhibits (1.3); emails with BRG re: exhibits to Kearns declaration (.2); emails with Akin team re: confirmation trial witnesses (.3). | 7.90 |
| 01/17/17 | AQ | 0022 | Review and edit draft Kearns declaration in support of confirmation (.3); call with BRG re: Kearns declaration (.2); review and edit draft confirmation brief (.9); emails re: confirmation brief (.2). | 1.60 |
| 01/17/17 | DHB | 0022 | Review and revise confirmation brief (2.2); communications with team re: same (.2); continue work re: brief (.7); conference call with Cleary re: hearing prep (.7). | 3.80 |
| 01/17/17 | BMK | 0022 | Review and comment on confirmation order (1.5); call with Cleary team re: confirmation prep (0.7). | 2.20 |
| 01/17/17 | JYY | 0022 | Review settlement updates. | 0.10 |
| 01/17/17 | AME | 0022 | Review drafts of confirmation briefs (1.2); correspond with D. Botter, A. Qureshi, B. Kahn, R. Johnson, A. Loring re: same (.4); review docket for citations for confirmation brief (1.0); call with Cleary and Akin re: plan for confirmation briefs and hearing (.7). | 3.30 |
| 01/17/17 | AL | 0022 | Prepare for (.2) and attend (.7) call with Cleary re: Plan confirmation issues; review blowout materials from mediation (.7). | 1.60 |
| 01/18/17 | RAJ | 0022 | Review comments from Akin team to confirmation brief (.4, .5); further edits to brief (1.3); review case law re: confirmation issues (.4); confer with D. Botter re: further edits (.2); multiple emails with Akin team re: final edits to confirmation brief (.3, .1); confer with Delaware counsel re: procedural issues (.2); email to Committee re: confirmation brief (.1); review confirmation objections (.4); review and comment on Debtors' draft confirmation brief (2.7); emails with Akin team re: same (.2); review and comment on draft FOF/COL (1.8); further edits to draft Kearns declaration (.3); emails with Akin team and with Debtors' counsel re: evidentiary and procedural issues (.2); review trial record for further edits in confirmation brief (.8); multiple emails with Akin team re: Debtors' brief (.3); email to Debtors' counsel re: same (.1). | 10.30 |
| 01/18/17 | AQ | 0022 | Review and edit revised confirmation brief (.4); review and analyze draft Cleary confirmation brief (1.1); review and edit revised PJT declaration and emails re: same (.3). | 1.80 |
| 01/18/17 | DHB | 0022 | Review and revise new draft of confirmation brief (1.7); communications with team re: continuing comments (.4); review new draft and sign off for Committee distribution (.7); telephone call with J. Ray re: settlement discussions (.2); work re: confirmation order (1.7); begin review of Debtors' draft brief (.8); communications re: briefs and declaration (.2) (.2); review local rule re: evidence and office conference with R. Johnson re: same (.2); communications re: same (.1). | 6.20 |
| 01/18/17 | BMK | 0022 | Review and comment on updated confirmation brief. | 1.20 |
| 01/18/17 | AME | 0022 | Review drafts of confirmation briefs (.6); correspondence with D. Botter, A. Qureshi, R. Johnson, B. Kahn re: confirmation briefs and | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 10
Bill Number: 1702688                                                        02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | related issues (1.0) | |
| 01/19/17 | RAJ | 0022 | Further edits to confirmation brief (1.4, 1.2); review Debtors' comments to draft confirmation brief (.4, .2, .3); review further comments to proposed FOF/COL (.3); review proposed waiver of SPSA condition re: NNIII (.1); analyze SPSA conditions and waiver procedure (.2); draft summary and recommendation to Committee re: SPSA condition waiver (.4); follow-up emails with Committee members (.2); final edits to confirmation brief (1.3); review Sullivan Declaration (Epiq) re: Plan voting results (.2); multiple emails with Debtors' counsel re: revisions to brief and proposed FOF/COL (.2, .1); review as-filed version of Debtors' brief in support of confirmation (.4); draft analysis of final modifications to brief (.4); review Bondholder Group joinder in confirmation brief (.1); review indenture trustees' statements in connection with confirmation (1.2). | 8.60 |
| 01/19/17 | AQ | 0022 | Review and analyze revised confirmation briefs (.8); emails re: C. Kearns' testimony (.2). | 1.00 |
| 01/19/17 | DHB | 0022 | Continue review of draft confirmation order (1.4); brief (1.5); meet with team re: comments to same (.5); review NNIII waiver agreement (.2); email communications re: Canadian sanction order (.2); work to finalize memo of law (1.0); begin review of responsive pleadings (.6). | 5.40 |
| 01/19/17 | BMK | 0022 | Review and comment on confirmation order (0.5); finalize confirmation brief (1.1) | 1.60 |
| 01/19/17 | JYY | 0022 | Review settlement updates. | 0.20 |
| 01/19/17 | AME | 0022 | Communicate with D. Botter, B. Kahn, R. Johnson, A. Loring re: confirmation briefs and related issues (.7); review and revise draft confirmation brief (1.6); communicate with J. Cuatt and S. Sin re: preparing TOC and Table of Authorities for brief (.5); review correspondence to Committee re: issues related to confirmation (.2. | 3.00 |
| 01/20/17 | RAJ | 0022 | Emails re: preparations for confirmation (.4, .2, .3); analyze filings re: confirmation (1.3); multiple emails with Cleary, Akin teams re: confirmation (.3, .2, .2); review draft declarations for confirmation hearing witnesses (.7); call with Cleary and Akin teams re: hearing preparations (.8); follow-up emails with Akin team re: witness declarations and exhibit (.3). | 4.70 |
| 01/20/17 | AQ | 0022 | Review and analyze draft John Ray declaration (.4); review and analyze draft Kennedy declaration (.2); call with Cleary re: confirmation evidence (.8); review revised draft Kearns declaration (.2). | 1.60 |
| 01/20/17 | BMK | 0022 | Review confirmation docs in preparation for confirmation hearing. | 2.20 |
| 01/20/17 | JYY | 0022 | Review updates re: confirmation. | 0.40 |
| 01/20/17 | AME | 0022 | Correspondence re: case updates. | 0.10 |
| 01/20/17 | AL | 0022 | Prepare for (.5) and attend (.8) call with Cleary re: Plan issues. | 1.30 |
| 01/21/17 | AQ | 0022 | Review and analyze revised NTCC term sheet (.3); call with Cleary re: NTCC term sheet (.2); call with BRG re: revised NTCC term sheet (.2); emails with team and with Cleary re: NTCC settlement (.2). | 0.90 |
| 01/21/17 | DHB | 0022 | Email communications re: settlement discussions with Cleary (.4); consider same (.4) and emails with team re: same (.2). | 1.00 |
| 01/22/17 | AQ | 0022 | Attend Akin pre-call (.2); call with Cleary and Chilmark re: NTCC settlement (.5); review and analyze BRG analysis of settlement numbers (.2); review and analyze Debtors' filing re: settlement (.3). | 1.20 |
| 01/22/17 | DHB | 0022 | Review and consider settlement term sheet (.3); pre-call with AG and BRG (.2); call with U.S. Debtors (.5); further communications re: same (.2); review BRG sheet analysis (.3); begin prep for confirmation hearing and oral argument (1.2); emails re: notice of settlement (.2). | 2.90 |
| 01/22/17 | JYY | 0022 | Review correspondence re: settlement. | 0.10 |
| 01/23/17 | RAJ | 0022 | Review witness list for confirmation hearing (.2); analyze procedural issues for plan confirmation (.3, .5); call with Committee member re: confirmation hearing (.3); review status of confirmation objections (.8); | 5.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1702688

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | analyze revisions in Plan and proposed Confirmation Order to embody TCC settlement (.5); review blacklines of revised Plan and proposed Confirmation Order (1.1); review revised declarations for confirmation hearing (.6); review filings re: TCC change in voting (.2, .1); review confirmation brief (.4). | |
| 01/23/17 | AQ | 0022 | Review and analyze 3d. Circuit scheduling order (.2); review and analyze amended Plan (.4); emails re: confirmation order (.2); emails re: TCC settlement (.2). | 1.00 |
| 01/23/17 | DHB | 0022 | Review notice re: NTCC settlement (.4); emails re: same (.1); review 3rd Circuit order on NTCC appeal (.2); emails re: same (.2); review new plan provisions in detail (.7); email communications re: same (.2) (.1); continue prep for confirmation hearing (2.5). | 4.40 |
| 01/23/17 | JYY | 0022 | Review updates re: confirmation and settlement. | 0.20 |
| 01/23/17 | KMR | 0022 | Review documents relating to the approval of the plan of reorganization. | 0.50 |
| 01/23/17 | AME | 0022 | Correspondence re: Plan. | 0.20 |
| 01/23/17 | AL | 0022 | Review declarations in support of Plan confirmation. | 0.60 |
| 01/24/17 | RAJ | 0022 | Last-minute emails re: final items for confirmation hearing (.4, .3); final review of revised proposed FOF/COL (.8); emails with Akin team re: confirmation hearing (.5); multiple emails with counsel for other parties re: same (1.1). | 3.10 |
| 01/24/17 | DHB | 0022 | Communications re: UST issues re: Delaware Trust (.2); telephone call with C. Samis re: same (.1). | 0.30 |
| 01/24/17 | JYY | 0022 | Review confirmation updates. | 0.40 |
| 01/24/17 | AME | 0022 | Attend portion of confirmation hearing (by phone). | 5.00 |
| 01/25/17 | RAJ | 0022 | Review terms in final signed Confirmation Order (.6); emails with Akin team re: same (.2); analyze Effective Date conditions in U.S. Plan, Canadian Plan, SPSA (1.4); review items in rough transcript of hearing (.5). | 2.70 |
| 01/25/17 | DHB | 0022 | Consider effective date next steps (.2); emails with team re: same (.1). | 0.30 |
| 01/25/17 | JYY | 0022 | Review confirmation updates; communicate with A. Evans re: same. | 0.40 |
| 01/25/17 | AME | 0022 | Communicate with J. Yecies re: outcome of settlement. | 0.30 |
| 01/26/17 | RAJ | 0022 | Analyze timing and conditions for Effective Date. | 0.70 |
| 01/26/17 | AQ | 0022 | Review District Court status report and emails re: same. | 0.20 |
| 01/30/17 | JYY | 0022 | Review confirmation updates. | 0.10 |
| 01/31/17 | BMK | 0022 | Review of plan implementation issues. | 0.70 |
| 01/11/17 | RAJ | 0025 | Travel to Knoxville for SNMP mediation (non-working portion only) (actual time 2.2). | 1.10 |
| 01/12/17 | RAJ | 0025 | Travel from SNMP mediation in Knoxville (non-working portion only)(actual time 4.0). | 2.00 |
| 01/16/17 | AQ | 0025 | Travel to Wilmington (actual time 3.5); travel DE to NY (actual time 2.5). | 3.00 |
| 01/16/17 | DHB | 0025 | Non-working travel to and from Delaware (actual time 4.0). | 2.00 |
| 01/24/17 | AQ | 0025 | Travel NY to Wilmington (actual time 2.4); travel Wilmington to NY (actual time 2.5). | 2.45 |
| 01/24/17 | DHB | 0025 | Non-working travel to and from hearing in Wilmington (actual time 3.0). | 1.50 |
| 01/24/17 | BMK | 0025 | Travel to/from confirmation hearing in Wilmington (actual time 4.0). | 2.00 |
| 01/24/17 | AL | 0025 | Travel to and from Wilmington for confirmation hearing (actual time 3.0). | 1.50 |
| 01/04/17 | AL | 0029 | Review motions to reconsider allocation decision. | 0.50 |
| 01/05/17 | RAJ | 0029 | Review and comment on Debtors' draft joint letter to Third Circuit re: pending allocation appeals (.7); multiple emails with Akin team re: Third Circuit issues (.4, .2, .2); edit draft letter to Third Circuit (1.6); email to Debtors and Bondholder Group counsel re: revised draft letter (.3). | 3.40 |
| 01/05/17 | AQ | 0029 | Review and analyze draft Cleary letter to 3d. Circuit re: allocation appeals briefing (.3); edit Cleary letter to 3d. Circuit and emails with | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                           Page 12
Bill Number: 1702688                                                              02/24/17

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | team re: same (.3). | |
| 01/05/17 | ZJC | 0029 | Review and provide comment on draft letter to Third Circuit re: status of and briefing for pending allocation appeals. | 1.30 |
| 01/06/17 | RAJ | 0029 | Review Debtors' revised draft joint letter re: allocation appeals to Third Circuit (.3); emails with Akin team re: revisions and comments (.2); emails with other parties to Third Circuit appeals re: letter to court (.2). | 0.70 |
| 01/06/17 | AQ | 0029 | Review revised letter to 3d. Circuit re: allocation appeals. | 0.30 |
| 01/06/17 | ZJC | 0029 | Review further Cleary draft of letter to Third Circuit re: pending appeals of allocation decision. | 0.30 |
| 01/06/17 | AL | 0029 | Review reconsideration pleadings re: allocation decision. | 0.20 |
| 01/09/17 | AL | 0029 | Review allocation documents. | 0.40 |
| 01/10/17 | RAJ | 0029 | Review and comment on draft letter to Third Circuit re: allocation appeals (.4); emails with Akin team re: revisions to draft letter (.2, .1); emails with U.S. Debtors and with Monitor re: revisions to draft letter (.2, .2); multiple emails with Akin team re: appellate issues (.5). | 1.40 |
| 01/10/17 | DHB | 0029 | Detailed review of 3rd Circuit allocation appeals letter (.5); communications with team re: same (.2) (.2); continue review and revisions re: same and other party comments (.5). | 1.40 |
| 01/10/17 | AME | 0029 | Review letter to Third Circuit re: allocation appeals and correspondence re: same. | 0.30 |
| 01/10/17 | ZJC | 0029 | Review confirmation drafts of allocation appeal status letters to be filed in Third Circuit. | 1.10 |
| 01/11/17 | AQ | 0029 | Review TCC letter to 3d. Circuit and emails re: same. | 0.20 |
| 01/23/17 | RAJ | 0029 | Multiple emails with Akin and Cleary teams re: Third Circuit issues (.2, .1, .2); analyze appellate procedural issues (.4, .3). | 1.20 |
| 01/23/17 | ZJC | 0029 | Review Third Circuit briefing order re: allocation appeals and Third Circuit local rules re: dispositive motions practice. | 0.70 |
| 01/24/17 | AQ | 0029 | Review and analyze draft letter to 3d. Circuit re: allocation appeals briefing and emails re: same. | 0.20 |
| 01/25/17 | RAJ | 0029 | Review and comment on further revised letter to Third Circuit re: suspension of briefing in allocation appeals (.3, .2); communicate with Akin team re: same (.2, .2); confer with Delaware counsel re: Third Circuit (.2). | 1.10 |
| 01/25/17 | AQ | 0029 | Review revised letter to 3d. Circuit re: allocation appeals and emails re: same. | 0.20 |
| 01/25/17 | DHB | 0029 | Review revised 3rd Circuit allocation appeals letter and emails re: revisions to same (.4) (.2); communications re: same (.1). | 0.70 |
| 01/25/17 | ZJC | 0029 | Revise joint letter from parties to Third Circuit allocation appeal re: stay of briefing schedule. | 1.50 |
| 01/26/17 | DHB | 0029 | Review final 3rd Circuit letter re: status of allocation appeals (.2); review joint status report and emails re: same (.2). | 0.40 |
| 01/27/17 | DHB | 0029 | Email communications re: joint status report (.2); review of same (.1). | 0.30 |
| 01/30/17 | RAJ | 0029 | Review Third Circuit order staying allocation appeals and related emails. | 0.20 |
| 01/30/17 | AME | 0029 | Correspondence re: update on 3rd circuit allocation appeal. | 0.10 |
| 01/30/17 | AL | 0029 | Review Third Circuit order staying briefing in Allocation Appeals. | 0.30 |

Total Hours                                                                        461.25

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| R A  JOHNSON | 146.60 | at | $1105.00 | = | $161,993.00 |
| A  QURESHI | 45.05 | at | $1250.00 | = | $56,312.50 |
| D H  BOTTER | 95.00 | at | $1250.00 | = | $118,750.00 |
| B M  KAHN | 36.30 | at | $950.00 | = | $34,485.00 |
| K M  ROWE | 1.00 | at | $905.00 | = | $905.00 |
| J Y  YECIES | 3.10 | at | $825.00 | = | $2,557.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Bill Number: 1702688

Page 13
02/24/17

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Z CHEN | 4.90 | at | $760.00 | = | $3,724.00 |
| A M EVANS | 30.00 | at | $665.00 | = | $19,950.00 |
| A LORING | 95.10 | at | $575.00 | = | $54,682.50 |
| S A D'ADDESE | 3.00 | at | $240.00 | = | $720.00 |
| K B KENNEDY | 1.20 | at | $245.00 | = | $294.00 |

Current Fees — $454,373.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis - in contract 30% discount | $304.68 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,349.12 |
| Courier Service/Messenger Service- Off Site | $210.00 |
| Court Cost | $37.00 |
| Document Retrieval | $528.80 |
| Duplication - In House | $740.90 |
| Meals - Business | $229.95 |
| Meals (100%) | $729.44 |
| Travel - Airfare | $630.00 |
| Travel - Ground Transportation | $794.55 |
| Travel - Lodging (Hotel, Apt, Other) | $167.08 |
| Travel - Train Fare | $1,553.00 |

Current Expenses — $7,274.52

**Total Amount of This Invoice** — **$461,648.02**

**Prior Balance Due** — $1,013,884.29

**Total Balance Due Upon Receipt** — $1,475,532.31