# EXHIBIT C

**DISBURSEMENT SUMMARY**
**JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $1,653.80 |
| Courier Service/Messenger Service – Off-Site | $210.00 |
| Court Cost | $37.00 |
| Document Retrieval | $528.80 |
| Duplication – In House | $740.90 |
| Meals – Business | $229.95 |
| Meals (100%) | $729.44 |
| Travel – Airfare | $630.00 |
| Travel – Ground Transportation | $794.55 |
| Travel – Lodging (Hotel, Apt, Other) | $167.08 |
| Travel – Train Fare | $1,553.00 |
| **TOTAL** | **$7,274.52** |