# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
8601 SIX FORKS ROAD  
SUITE 400  
RALEIGH, NC  27615  

| | |
|---|---|
| Invoice Number | 1702688 |
| Invoice Date | 02/24/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/17 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 12/16/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 554936.0 DATE: 12/16/2016 NAME: BOTTER DAVID H TICKET #: 1.0121619E7 DEPARTURE DATE: 12/20/2016 ROUTE: NYP WIL NYP Business fare - reduced | $396.00 |
| 12/16/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 554936.0 DATE: 12/16/2016 NAME: BOTTER DAVID H TICKET #: 6.98518652E8 DEPARTURE DATE: 12/20/2016 ROUTE: UNKNOWN | $32.00 |
| 12/19/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 555522.0 DATE: 12/19/2016 NAME: KAHN BRAD MICHAEL TICKET #: 1.0090621E7 DEPARTURE DATE: 12/20/2016 ROUTE: NYP WIL NYP  Business fare - reduced | $396.00 |
| 12/19/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 555522.0 DATE: 12/19/2016 NAME: KAHN BRAD MICHAEL TICKET #: 6.98557652E8 DEPARTURE | $32.00 |

| Date | Description | Amount |
|---|---|---|
| 12/19/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 555782.0 DATE: 12/19/2016 NAME: KAHN BRAD MICHAEL TICKET #: 6.98570542E8 DEPARTURE DATE: 12/20/2016 ROUTE: UNKNOWN | $32.00 |
| 12/20/16 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 555966.0 DATE: 12/20/2016 NAME: LORING ANTHONY TICKET #: 6.98582932E8 DEPARTURE DATE: 12/20/2016 ROUTE: UNKNOWN | $32.00 |
| 01/04/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 561790.0 DATE: 1/4/2017 NAME: BOTTER DAVID H TICKET #: 6.98945734E8 DEPARTURE DATE: 01/09/2017 ROUTE: UNKNOWN | $32.00 |
| 01/05/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1578527401091703 DATE: 1/9/2017 Taxi/Car Service/Public Transport, 01/05/17, Late Taxi Home., Uber | $21.51 |
| 01/05/17 | Meals (100%)  1/05/17 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800475; DATE: 1/5/2017 Committee call - 8 people | $140.99 |
| 01/05/17 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2569303 DATE: 1/8/2017 Anthony Loring - Bella Vita 43rd/8th) - 01/05/2017 | $25.06 |
| 01/09/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1587004501201601 DATE: 1/20/2017 Taxi/Car Service/Public Transport, 01/09/17, Late taxi home., Uber | $21.55 |
| 01/09/17 | Document Retrieval  IN VARIOUS COURTS VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q42016; DATE: 1/9/2017 | $528.80 |
| 01/09/17 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LORING ANTHONY Date: 1/9/2017 AcctNumber: 1000193694 ConnectTime: 0.0 | $73.87 |
| 01/09/17 | Computerized Legal Research - Westlaw - in contract 30% discount  User: ACKER-RAMIREZ REFUGIO Date: 1/9/2017 AcctNumber: 1003389479 ConnectTime: 0.0 | $93.28 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 3
Bill Number: 1702688  02/24/17

| | | |
|---|---|---|
| 01/10/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1587004501201601 DATE: 1/20/2017 Taxi/Car Service/Public Transport, 01/10/17, Late taxi home., Uber | $11.65 |
| 01/10/17 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LORING ANTHONY Date: 1/10/2017 AcctNumber: 1000193694 ConnectTime: 0.0 | $590.99 |
| 01/10/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: ACKERRAMIREZ  REFUGIO; Charge Type: LA DOCUMENT ACCESS; Quantity: 18.0 | $25.20 |
| 01/10/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS ADVANCE; Employee: KENNEDY KRISTEN; Charge Type: LA ACCESS CHARGE; Quantity: 1.0 | $56.76 |
| 01/10/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: KENNEDY  KRISTEN; Charge Type: LA DOCUMENT ACCESS; Quantity: 16.0 | $23.00 |
| 01/11/17 | Travel - Ground Transportation VENDOR: BRAD M. KAHN INVOICE#: 1586217001122301 DATE: 1/12/2017 Taxi/Car Service/Public Transport, 01/11/17, Late Uber Car Service from office to home after late night office work re Nortel, Uber Car Service | $28.12 |
| 01/11/17 | Travel - Airfare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Airfare, 01/11/17, Travel to Knoxville, TN  First Class - reduced | $430.00 |
| 01/11/17 | Travel - Lodging (Hotel, Apt, Other) VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Hotel - Lodging, 01/11/17, Hotel stay at The Oliver Hotel, The Oliver Hotel | $167.08 |
| 01/11/17 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Taxi/Car Service/Public Transport, 01/11/17, Taxi to Newark Airport, Uber | $17.38 |
| 01/11/17 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Taxi/Car Service/Public Transport, | $18.27 |

| Date | Description | Amount |
|---|---|---|
| | 01/11/17, Taxi from Knoxville Airport., Uber | |
| 01/11/17 | Meals - Business  VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Lunch, 01/11/17, Lunch at Airport re: travels, Proof Oasis, Robert Johnson | $29.88 |
| 01/11/17 | Meals - Business  VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Dinner, 01/11/17, Dinner in Knoxville before SNMP Mediation, Oliver Royale, Robert Johnson | $45.15 |
| 01/11/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1587004501201601 DATE: 1/20/2017 Taxi/Car Service/Public Transport, 01/11/17, Late taxi home., Uber | $22.14 |
| 01/11/17 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LORING ANTHONY Date: 1/11/2017 AcctNumber: 1000193694 ConnectTime: 0.0 | $443.24 |
| 01/12/17 | Duplication - In House  Photocopy - User # 990100, NY, 2016 page(s) | $201.60 |
| 01/12/17 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Taxi/Car Service/Public Transport, 01/12/17, Taxi ride from Knoxville, TN to Alcoa, TN, Uber | $15.65 |
| 01/12/17 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Taxi/Car Service/Public Transport, 01/12/17, Taxi from Newark, NJ to Wayne, Jersey City, NJ, Uber | $15.71 |
| 01/12/17 | Meals - Business  VENDOR: ROBERT A. JOHNSON INVOICE#: 1588166701181805 DATE: 1/18/2017 Dinner, 01/12/17, Dinner at Knoxville Airport after SNMP Mediation, Ruby Tuesday, Robert Johnson | $15.61 |
| 01/12/17 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1597230701231741 DATE: 1/23/2017 Taxi/Car Service/Public Transport, 01/12/17, Prepay for car to JFK (from Quogue on MLK day)., Carmel Limo | $186.00 |
| 01/12/17 | Meals (100%)  1/10/17 - ANTHONY LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800476; DATE: 1/12/2017 Committee call - 8 people | $65.00 |

| Date | Description | Amount |
|---|---|---|
| 01/12/17 | Meals (100%) 1/12/17 - ANITA GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800476; DATE: 1/12/2017 Committee call - 8 people | $140.99 |
| 01/14/17 | Travel - Airfare  VENDOR: ABID QURESHI INVOICE#: 1597230701231741 DATE: 1/23/2017 Airfare, 01/14/17, Travel from NYC to Philly (actual trip on Jan. 16th). First Class - reduced | $200.00 |
| 01/14/17 | Computerized Legal Research - Westlaw - in contract 30% discount  User: LORING ANTHONY Date: 1/14/2017 AcctNumber: 1000193694 ConnectTime: 0.0 | $73.87 |
| 01/15/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $21.36 |
| 01/15/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $34.17 |
| 01/15/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $11.04 |
| 01/16/17 | Meals - Business  VENDOR: DAVID H. BOTTER INVOICE#: 1591342201202204 DATE: 1/20/2017 Dinner, 01/16/17, Dinner re: mediation in Delaware., Faber Stores, David Botter | $11.26 |
| 01/16/17 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1597230701231741 DATE: 1/23/2017 Taxi/Car Service/Public Transport, 01/16/17, Taxi from NY Penn Station to Home., NYC Taxi Cab | $9.36 |
| 01/16/17 | Meals - Business  VENDOR: ABID QURESHI INVOICE#: 1597230701231741 DATE: 1/23/2017 Dinner, 01/16/17, Travel Meal on Amtrack for mediation, Amtrak Food Service, Abid Qureshi | $21.25 |
| 01/16/17 | Travel - Train Fare  VENDOR: ABID QURESHI INVOICE#: 1597230701231741 DATE: 1/23/2017 Rail Fare, 01/16/17, Train from DE to NYC., Amtrak  Business Fare - reduced | $198.00 |
| 01/16/17 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1597230701231741 DATE: 1/23/2017 | $51.01 |

| Date | Description | Amount |
|---|---|---|
| 01/16/17 | Taxi/Car Service/Public Transport, 01/16/17, Taxi cab from Philly to Wilmington., Uber Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1227494 DATE: 1/25/2017 Vendor: Dial Car Voucher #: A4200725 Date: 01/16/2017 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4200725 Date: 01/16/2017 Name: David Botter | $133.50 |
| 01/16/17 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1227494 DATE: 1/25/2017 Vendor: Dial Car Voucher #: A4450923 Date: 01/16/2017 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: A4450923 Date: 01/16/2017 Name: David Botter | $123.21 |
| 01/17/17 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2576900 DATE: 1/22/2017 Brad Kahn - Mee Noodle Shop 9th Ave) - 01/17/2017 | $25.54 |
| 01/17/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $32.05 |
| 01/17/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $51.26 |
| 01/17/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $16.55 |
| 01/18/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $10.68 |
| 01/18/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: LEXIS LEGAL SERVICES; Employee: 1663MK  CUI; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $17.09 |
| 01/18/17 | Computerized Legal Research - Lexis - in contract 30% discount  Service: SHEPARD'S SERVICE; Employee: 1663MK  CUI; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $5.52 |
| 01/19/17 | Duplication - In House  Photocopy - Loring, Anthony, NY, 1264 page(s) | $126.40 |

| Date | Description | Amount |
|---|---|---|
| 01/19/17 | Court Cost  VENDOR: COURTCALL LLC INVOICE#: 7997498 DATE: 1/19/2017<br>12/2/16 U.S. Bankruptcy Court-Delaware | $37.00 |
| 01/19/17 | Computerized Legal Research - Westlaw - in contract 30% discount  User: EVANS ANNIE Date: 1/19/2017 AcctNumber: 1000193694 ConnectTime: 0.0 | $73.87 |
| 01/19/17 | Meals (100%)  1/17/17 - A. LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800477; DATE: 1/19/2017   Plan meeting - 6 people | $65.00 |
| 01/19/17 | Meals (100%)  1/17/17 - A. LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800477; DATE: 1/19/2017  Plan meeting - 6 people | $84.60 |
| 01/19/17 | Meals (100%)  1/19/17 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800477; DATE: 1/19/2017  Committee call - 8 people | $182.26 |
| 01/20/17 | Duplication - In House  Photocopy - User # 990100, NY, 2057 page(s) | $205.70 |
| 01/20/17 | Duplication - In House  Photocopy - User # 990100, NY, 920 page(s) | $92.00 |
| 01/20/17 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 63672 DATE: 1/31/2017 SENDER'S NAME: D. Botter; JOB NUMBER: 1118005; PICKUP: One Bryant Park; DESTINATION: 9 Kodiak Drive; DATE: 01/20/2017 | $210.00 |
| 01/22/17 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1227494 DATE: 1/25/2017<br> Vendor: Dial Car Voucher #: A4490063 Date: 01/22/2017 Name: Brad Kahn‖Car Service, Vendor: Dial Car Voucher #: A4490063 Date: 01/22/2017 Name: Brad Kahn | $70.02 |
| 01/23/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1612668402021901 DATE: 2/2/2017<br>Taxi/Car Service/Public Transport, 01/23/17, Late taxi home., Uber | $25.51 |
| 01/23/17 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017<br>Taxi/Car Service/Public Transport, 01/23/17, Car from NY Penn Station to Home after Nortel hearing., NYC Taxi Cab | $9.95 |
| 01/23/17 | Travel - Train Fare  VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017 | $198.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1702688

Page 8  
02/24/17

| Date | Description | Amount |
|---|---|---|
| 01/24/17 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017 Rail Fare, 01/23/17, Train fare from NY to DE for Nortel hearing., Amtrak Business fare - reduced | $7.92 |
| 01/24/17 | Travel - Ground Transportation VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017 Taxi/Car Service/Public Transport, 01/24/17, Car from home to NY Penn Station, Uber | $6.09 |
| 01/24/17 | Travel - Train Fare VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017 Taxi/Car Service/Public Transport, 01/24/17, Car from Station to Bankruptcy Court for D. Botter, A. Qureshi, B. Kahn and A. Loring., Uber | $205.00 |
| 01/24/17 | Travel - Train Fare VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017 Rail Fare, 01/24/17, Train fare from DE to NY after Nortel hearing., Amtrak Business fare - reduced | |
| 01/24/17 | Meals - Business VENDOR: ABID QURESHI INVOICE#: 1613210402022104 DATE: 2/2/2017 Lunch, 01/24/17, Working Lunch (for Qureshi, Botter, Kahn, Loring and Riela) during Court Hearing., Ernest & Scott Taproom, Abid Qureshi, David Botter, Brad Kahn, Anthony Loring | $106.80 |
| 01/26/17 | Duplication - In House  Photocopy - Loring, Anthony, NY, 1152 page(s) | $115.20 |

Current Expenses $7,274.52

**Total Amount of This Invoice** **$461,648.02**

**Prior Balance Due** $1,013,884.29

**Total Balance Due Upon Receipt** $1,475,532.31