# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| David H. Botter | Partner for 15 years; Admitted in 1990; Financial Restructuring Department | $1,220 | $1,250 | 95.00 | $118,750.00 |
| Robert A. Johnson | Partner for 20 years; Admitted in 1988; Litigation Department | $1,050 | $1,105 | 146.60 | $161,993.00 |
| Brad M. Kahn | Partner for 1 year; Admitted in 2008; Financial Restructuring Department | $900 | $950 | 36.30 | $34,485.00 |
| Abid Qureshi | Partner for 9 years; Admitted in 1995; Financial Restructuring Department | $1,175 | $1,250 | 45.05 | $56,312.50 |
| Kevin M. Rowe | Senior Counsel for 16 years; Admitted in 1985; Tax Department | $860 | $905 | 1.00 | $905.00 |
| Julius Chen | Counsel for 3 years; Admitted in 2010; Litigation Department | $700 | $760 | 4.90 | $3,724.00 |
| Jacqueline Y. Yecies | Counsel for 4 years; Admitted in 2009; Litigation Department | $785 | $825 | 3.10 | $2,557.50 |
| Anne M. Evans | Associate for 4 years; Admitted in 2014; Litigation Department | $580 | $665 | 30.00 | $19,950.00 |
| Anthony Loring | Associate for 2 years; Admitted in 2016; Financial Restructuring Department | $455 | $575 | 95.10 | $54,682.50 |
| Sarah A. D'Addese | Legal Assistant for 4 years; Financial Restructuring Department | $225 | $240 | 3.00 | $720.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2016 Hourly Billing Rate | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Kristen Kennedy | Research Specialist for 1 year. | $230 | $245 | 1.20 | $294.00 |

Total Amount of Fees:        **$454,373.50**
Total Number of Hours:      461.25
Blended Hourly Rate:        **$985.09**