# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |

## NOTICE OF THIRTY-SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:        Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:   Official Committee of Unsecured Creditors

Date of Retention:         March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:   November 1, 2016 through January 31, 2017[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $1,276,925.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $17,552.76

This is (a)n:  _X_  interim    ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November 2016, December 2016, and January 2017 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 2/8/17 Docket No. 17877 | 11/1/16 – 11/30/16 | $470,824.50 | $4,091.59 | Pending Obj. Deadline $376,659.60 | Pending Obj. Deadline $4,091.59 | $94,164.90 |
| Date Filed: 2/21/17 Docket No. 17935 | 12/1/16 – 12/31/16 | $351,727.50 | $6,186.65 | Pending Obj. Deadline $281,382.00 | Pending Obj. Deadline $6,186.65 | $70,345.50 |
| Date Filed: 2/27/17 Docket No. 17969 | 1/1/17 – 1/31/17 | $454,373.50 | $7,274.52 | Pending Obj. deadline $363,498.80 | Pending Obj. deadline $7,274.52 | $90,874.70 |
| **TOTALS:** | | $1,276,925.50 | $17,552.76 | $1,021,540.40[3] | $17,552.76[4] | $255,385.10 |

Summary of any Objections to Fee Applications: None.

Dated: February 27, 2017
    New York, New York

_____
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2