# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., <u>et al.</u>,[1]<br><br>                      Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) Jointly Administered<br>)<br>) **Hearing Date: To Be Determined**<br>) |

**THIRTY-SECOND QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF NOVEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

E&Y LLP hereby submits its thirty-first quarterly fee application request (the "<u>Request</u>") for the period November 1, 2016 through and including December 31, 2016 (the "<u>Compensation Period</u>").

| E&Y LLP seeks approval of the following fee application:<br>**Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 1/20/17 | 11/1/16 – 11/30/16 | $441,541.00 | $2,481.71 | 2/14/17 [17905] | $353,232.80 | $2,481.71 | $88,308.20 |
| 2/27/17 | 12/1/16 – 12/31/16 | $656,693.25 | $2,579.81 | None | $525,354.60 | $2,579.81 | $131,338.65 |
| **TOTAL** |  | **$1,098,234.25** | **$5,061.52** |  | **$878,587.40** | **$5,061.52** | **$219,646.85** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: February 28, 2017          Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**COMPENSATION BY PROFESSIONAL**
**THROUGH DECEMBER 31, 2016**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $700 | 19.0 | $13,300.00 |
| Adams, Elizabeth Trimble | Senior | $365 | 68.2 | $24,893.00 |
| Beakey III, Andrew M. | Partner | $700 | 21.2 | $12,740.00 |
| Blum, Matthew S. | Executive Director | $700 | 4.1 | $2,870.00 |
| Bott, Kimberly Mitchell | Senior Manager | $600 | 1.5 | $900.00 |
| Boulus, Albert | Manager | $510 | 0.5 | $255.00 |
| Breton, Kristina | Senior | $365 | 65.0 | $23,725.00 |
| Cannataro, Francis A. | Senior | $365 | 0.2 | $73.00 |
| Carver, Gregory | National Partner | $750 | 10.0 | $7,500.00 |
| Clark, Randy | Senior Manager | $600 | 3.0 | $1,800.00 |
| Danowitz, Steven M. | Partner | $700 | 1.0 | $700.00 |
| Davidson, Robin M. | Staff | $225 | 4.0 | $900.00 |
| Davison, Garrett M. | Manager | $510 | 20.0 | $10,200.00 |
| Dean, Emily | Senior | $365 | 8.0 | $2,920.00 |
| DeVincenzo, Jennie Harrison | Senior Manager | $600 | 208.2 | $124,920.00 |
| Dudrear Jr., David J. | Executive Director | $700 | 1.0 | $700.00 |
| Evans, Mary Kathleen Goodwin | Staff | $225 | 28.4 | $6,390.00 |
| Fox, George Gleason | Executive Director | $700 | 6.5 | $4,550.00 |
| Fuentes, Teresita | Partner | $700 | 2.0 | $1,400.00 |
| Galicia, Berta A. | Staff | $225 | 133.8 | $30,105.00 |
| Garlett, Philip | Executive Director | $700 | 5.0 | $3,500.00 |
| Garlock, David C. | Partner | $700 | 2.0 | $1,400.00 |
| Gentile, Matthew Donald | Senior Manager | $600 | 39.7 | $23,820.00 |
| Gouri, Amit | Senior | $365 | 2.0 | $730.00 |
| Graham, Eric G. | Staff | $225 | 242.0 | $54,450.00 |
| Gray, Taylor A. | Staff | $225 | 31.6 | $7,110.00 |
| Hamood, Mary | Senior | $365 | 22.1 | $8,066.50 |

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hancock, John Justice | Executive Director | $700 | 2.5 | $1,750.00 |
| Hansen, Stephen T. | Staff | $225 | 80.7 | $18,157.50 |
| Harris, Erik S. | Executive Director | $700 | 0.5 | $350.00 |
| Higaki, Shiho | Manager | $510 | 3.5 | $1,785.00 |
| Hines, Herbert Bell | Senior Manager | $600 | 1.0 | $600.00 |
| Joseph, Carl A. | Partner | $700 | 1.0 | $700.00 |
| Keating, Paige | Staff | $700 | 0.7 | $490.00 |
| Kennedy, Diana Lynn | Senior Manager | $600 | 77.5 | $43,500.00 |
| Korman, William H. | Executive Director | $700 | 0.5 | $350.00 |
| Leja, Michael Edward | Senior | $365 | 8.5 | $3,102.50 |
| Lendino, Morgan Brickley | Manager | $510 | 13.0 | $6,630.00 |
| Lowery, Kristie L. | National Partner | $750 | 151.2 | $108,900.00 |
| Manrique Romero, Juan Pablo | Staff | $225 | 11.6 | $2,610.00 |
| Matthews, McKay H | Senior | $225 | 19.7 | $4,432.50 |
| Matthews, McKay H* | Senior | $365 | 17.1 | $6,241.50 |
| Mayberry, Paul Anthony | Senior Manager | $600 | 0.5 | $300.00 |
| Mills, Rebecca Hinson | Manager | $510 | 217.1 | $110,721.00 |
| Montgomery, Jessica Lynn | Manager | $510 | 0.8 | $408.00 |
| Moore, Meredith M. | Senior | $365 | 0.8 | $292.00 |
| Morris, John Richard | Executive Director | $700 | 0.5 | $350.00 |
| Oliver, Angel L. | Senior | $365 | 18.8 | $6,862.00 |
| Owen, Karen | Staff | $225 | 0.5 | $112.50 |
| Peabody, Brian A. | Partner | $700 | 1.9 | $1,330.00 |
| Penrith, Daniel R. | Senior Manager | $600 | 0.5 | $300.00 |
| Petrozzi, Gino V. | Senior Manager | $600 | 1.4 | $840.00 |
| Plieger, Deborah | Partner | $700 | 1.0 | $700.00 |
| Quigley, Nicholas W. | Manager | $510 | 27.8 | $14,178.00 |
| Riordon, Paige Bell | Senior Manager | $600 | 0.5 | $300.00 |
| Risman, David L. | Senior | $365 | 34.6 | $11,552.25 |

4851-0022-2019.1

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Rowe, Joanna H. | Staff | $225 | 1.2 | $270.00 |
| Rutter, Donna R. | Executive Director | $700 | 1.4 | $980.00 |
| Schmierer, Richard D. | Manager | $510 | 2.3 | $1,173.00 |
| Scott, James E. | Partner | $700 | 45.4 | $31,780.00 |
| Shapiro, Ari J. | Senior | $365 | 59.1 | $21,571.50 |
| Slinkard, Jennifer Renee | Senior | $365 | 1.2 | $438.00 |
| Snider, Russell A. | Executive Director | $700 | 1.0 | $700.00 |
| Sorrells, Courtney Scruggs | Manager | $510 | 1.4 | $714.00 |
| Spencer, Angela K. | Senior Manager | $600 | 1.0 | $600.00 |
| Spieler, Kathryn | Staff | $225 | 0.6 | $135.00 |
| Spyker, Deborah J. | National Executive Director | $750 | 12.8 | $9,600.00 |
| Sukumaran, Anil K. | Senior Manager | $600 | 3.5 | $2,100.00 |
| Tovar, Erika | Staff | $225 | 2.7 | $607.50 |
| Trombley, Tarryn Kate Gurney | Manager | $510 | 135.8 | $69,258.00 |
| Tufino, Salvatore J. | National Executive Director | $750 | 4.0 | $2,950.00 |
| Walters, Sarah E. | Staff | $225 | 61.5 | $13,837.50 |
| Welsch, Anthony F. | Senior | $365 | 2.2 | $803.00 |
| Wolpert Samantha | Staff | $225 | 3.1 | 697.50 |
| Wood, Jeffrey T. | Executive Director | $700 | 237.6 | $162,120.00 |
| Wren, Kaitlin Doyle | Senior | $365 | 163.8 | $59,787.00 |
| Yaghmour, Michael | Partner | $700 | 0.5 | $350.00 |
| **TOTAL** | | | **2,387.8** | **$1,098,234.25** |

\* Employee received a promotion during the quarterly period.

4851-0022-2019.1

**COMPENSATION BY PROJECT CATEGORY**
**THROUGH DECEMBER 31, 2016**

| Project Category[1] | Total Hours | Total Fees |
|---|---:|---:|
| Employment Tax | 1,035.3 | $497,158.00 |
| Federal Compliance | 33.0 | $11,116.00 |
| Federal Consulting | 1,116.4 | $490,582.30 |
| International Consulting | 41.4 | $23,187.50 |
| State and Local Consulting | 157.0 | $75,007.00 |
| State and Local Compliance | 4.7 | $1,183.50 |
| **TOTAL** | **2,387.8** | **$1,098,234.25** |

**EXPENSE SUMMARY**
**THROUGH DECEMBER 31, 2016**

| Expense Category | Total Expenses |
|---|---:|
| Air[2] | $1,370.66 |
| Copy Charges | $22.00 |
| Lodging | $1,065.38 |
| Meals | $1,404.56 |
| Mileage | $329.40 |
| Miscellaneous | $352.46 |
| Parking | $159.64 |
| Shipping | $70.37 |
| Taxis | $271.05 |
| Tolls | $16.00 |
| **TOTAL** | **$5,061.52** |

---

[1] Two additional categories were added on August and September fee statements which include International Compliance and NC Alternate Appt.

[2] All air expenses are coach/economy class.

4