# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION:** 3
**DATE:** 2/28/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Tecce | Quinn Emanuel | SNMP Nominees Asst / Bond Steer Cyr |
| Corey Wolbert | " | " |
| Joanne Pinckney | Pinckney Weidinger Urban & Joyce | " |
| Dante Loretta | Pattesa Belknap | Indenture Trustee (Law Debenture Delaware Trust Co.) |
| James Mapelli | " | " |
| Taylor Kirklin | " | " |
| Stephen Miller | Morris James LLP | " |
| Robert Schmidt | Kramer Levin | Dewey LeBoeuf Secured Lenders |
| David Botter | Akin Gump | Creditors' Committee |
| Katherine Good | Whiteford Taylor | " |

Judge: Kevin Gross / United States Bankruptcy Court for the District of Delaware

Report Date: 02/28/2017 07:55 AM

Call Date: 02/28/2017 09:00 AM

Call Participants: 6

| Case No: | 09-10138 | 09-10138 |
|---|---|---|
| Case Name: | Nortel Networks Inc. | Nortel Networks Inc. |
| Name: | Sanjana, Jason | Somerstein, Mark |
| Address: | 11 East 26th Street, New York, NY, 10010 | 1211 Avenue of the Americas, New York, NY, 10036 |
| Participation Type: | Listen Only | Listen Only |
| Email: | jsanjana@reorg-research.com | mark.somerstein@ropesgray.com |
| User Type: | Attorney | Attorney |
| Office No: | (646) 390-5738 | (212) 596-9000 |
| Client: | Reorg Research, Inc. | Ropes & Gray LLP |
| Case No: | 09-10138 | 09-10138 |
| Case Name: | Nortel Networks, Inc. | Nortel Networks, Inc. et al., |
| Name: | Alberto, Justin | Dine, Karen |
| Address: | 222 Delaware Ave., Wilmington, DE, 19801 | 575 Madison Avenue, New York, NY, 10022 |
| Participation Type: | Live Participation | Live Participation |
| Email: | jalberto@bayardlaw.com | karen.dine@kattenlaw.com |
| User Type: | Attorney | Attorney |
| Office No: | (302) 429-4226 | (212) 940-8772 |
| Client: | Andrew Hanrahan | Wilmington Trust |
| Case No: | 09-10138 | 09-10138-KG |
| Case Name: | Nortel Networks, Inc., et al. | Nortel Networks Inc., et al. |
| Name: | Feder, Benjamin | Fisher, Peter |
| Address: | 101 Park Avenue, New York, NY, 10178 | 40 W 57th Street, New York, NY, 10019 |
| Participation Type: | Listen Only | Listen Only |
| Email: | bfeder@kelleydrye.com | peter.fisher@pointstate.com |
| User Type: | Attorney | Non-Attorney |
| Office No: | (212) 808-7974 | (212) 830-7012 |
| Client: | Interested Party | |