IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Hearing Date: TBD** |

# THIRTY-SECOND QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2016 THROUGH JANUARY 31, 2017

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Thirty-Second Quarterly Fee Application Request (the "Request") for the period November 1, 2016 through and including January 31, 2017 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November 2016 [D.I. 17604], December 2016 [D.I. 17843] and January 2017 [D.I. 17960] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Fee App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 12/20/16 [D.I. 17604] | 11/1/16- 11/30/16 | $2,244,891.00 | $738,076.60 | 01/10/17 [D.I. 17694] | $738,076.60 | $1,795,912.80 | $738,076.60 | $448,978.20 |
| 01/31/17 [D.I. 17843] | 12/1/16 – 12/31/16 | $2,430,492.50 | $1,389,651.45 | 02/22/17 [D.I. 17939] | $1,389,651.45 | $1,944,394.00 | $1,389,651.45 | $486,098.50 |
| 02/24/17 [D.I. 17960] | 1/1/17 – 1/31/17 | $1,885,356.50 | $1,761,111.29 | Pending | $1,761,111.29 | $1,508,285.20 | $1,761,111.29 | $377,071.30 |
| TOTAL | | $6,560,740.00 | $3,888,839.34 | | $3,888,839.34 | $5,248,592.00 | $3,888,839.34 | $1,312,148.00 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 28, 2017  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ James L. Bromley  
James L. Bromley  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2016 through January 31, 2017

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DAVID H. HERRINGTON | Counsel – Litigation (called to the bar in 1993; 13 years in position)/ Partner – Litigation (less than 1 year in current position)[6] | $945.00 / $1,040.00 | 506.30 | $512,055.00 |
| LISA M. SCHWEITZER | Partner - Bankruptcy, Litigation (called to the bar in 1996; 11 years in current position) | 1,255.00 | 485.80 | 610,483.00 |
| DANIEL MONTGOMERY | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 485.00 | 475.30 | 230,236.50 |
| PHILIP A. CANTWELL | Associate - Bankruptcy, Litigation (called to the bar in 2013; 3 years in current position) | 760.00 / 785.00 | 459.40 | 353,541.50 |
| MATTHEW LIVINGSTON | Associate - Bankruptcy (called to the bar in 2016; 1 year in current position) | 565.00 / 585.00 | 445.40 | 254,909.00 |
| RYAN S. REDWAY | Associate - Litigation (called to the bar in 2016; less than 1 year in current position) | 565.00 / 585.00 | 436.90 | 248,469.00 |
| STEPHANIE WU | Associate - Litigation (called to the bar in 2015; 1 year in current position) | 650.00 / 675.00 | 428.20 | 280,930.00 |

---

[3] Arranged in descending order according to Total Billed Hours.

[4] Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

[5] Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown. Additionally, adjustments for seniority for partners and other timekeepers (other than associates) and related billing rates, together with any applicable annual increase in billing rates for all timekeepers, became effective January 1, 2017.

[6] Effective January 1, 2017, David H. Herrington was elevated from Counsel to Partner.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BENJAMIN S. BELLER | Associate - Bankruptcy (called to the bar in 2014; less than 1 year in current position) | 720.00 / 745.00 | 418.40 | 305,393.00 |
| ERIN C. GALLAGHER | Associate - Litigation (called to the bar in 2016; 1 year in current position) | 565.00 585.00 | 360.50 | 205,416.50 |
| NATHANIEL E. JEDREY | Associate - Litigation (called to the bar in 2009; 8 years in current position) | 965.00 | 351.60 | 339,294.00 |
| ELYSE MCKAY | Paralegal | 295.00 / 305.00 | 346.70 | 103,367.50 |
| ESTHER LIFSHITZ | Associate - Litigation (called to the bar in 2015; 2 years in current position) | 650.00 | 313.40 | 203,710.00 |
| PAUL KLEIST | Associate - Litigation (called to the bar in 2013; less than 1 year in current position) | 720.00 / 745.00 | 287.80 | 210,126.00 |
| RICHARD D'AMATO | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 485.00 | 285.30 | 138,598.50 |
| ELIZABETH M. HANLY | Associate - Litigation (called to the bar in 2014; 2 years in current position) | 720.00 / 745.00 | 277.60 | 202,187.00 |
| ANGELA Y. WU | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 485.00 | 274.70 | 133,327.50 |
| KATHERINE M. SHERIDAN | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 800.00 | 249.50 | 198,449.00 |
| LUCAS HAKKENBERG | Associate - Litigation (called to the bar in 2015; 1 year in current position) | 565.00 / 585.00 | 242.10 | 138,884.50 |
| EMILY R. SCHERKER | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 485.00 | 213.10 | 103,167.00 |
| ASHLEY GRAHAM | Staff Attorney - Litigation (called to the bar in 2011; 1 year in current position) | 380.00 / 385.00 | 198.30 | 75,540.00 |
| JAMES L. BROMLEY | Partner - Bankruptcy, Litigation (called to the bar in 1990; 18 years in current position) | 1,265.00 | 192.60 | 242,509.50 |
| JOHN PLANAMENTO | Paralegal | 265.00 / 285.00 | 176.30 | 47,879.50 |
| MARGOT A. GIANIS | Associate - Litigation (called to the bar in 2013; 3 years in current position) | 720.00 / 745.00 | 175.80 | 127,183.50 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BENAZIR D. ROZAN | Paralegal | 355.00 / 365.00 | 174.40 | 62,613.00 |
| MATTHEW M. KARLAN | Associate - Litigation (called to the bar in 2012; 3 years in current position) | 790.00 | 173.40 | 136,986.00 |
| SRI K. KUEHNLENZ | Associate - Litigation (called to the bar in 2014; 3 years in current position) | 720.00 | 168.10 | 121,032.00 |
| AVRAM E. LUFT | Counsel - Litigation (called to the bar in 2000; 9 years in current position) | 1,040.00 / 1,075.00 | 158.10 | 165,691.00 |
| ANGELA LUIS | Paralegal | 265.00 / 285.00 | 150.10 | 40,076.50 |
| JOHN R. P. PEREZ | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 485.00 | 134.20 | 65,080.50 |
| EDUARDO GONZALEZ | Paralegal | 265.00 / 285.00 | 130.10 | 34,825.50 |
| MATTHEW L. RAPPOPORT | Associate - Bankruptcy (called to the bar in 2015; 2 years in current position) | 650.00 / 675.00 | 126.60 | 83,290.00 |
| JENNIFER M. PALMER | Associate - Litigation (called to the bar in 2008; 7 years in current position) | 810.00 | 116.10 | 94,041.00 |
| DARRYL G. STEIN | Associate - Litigation (called to the bar in 2012; 5 years in current position) | 800.00 | 106.50 | 85,647.00 |
| JUSTIN CAVANAGH | Temp. Attorney | 205.00 | 105.10 | 21,545.50 |
| BRENT M. TUNIS | Associate - Litigation (called to the bar in 2013; 4 years in current position) | 760.00 | 100.80 | 76,608.00 |
| KIRA SETREN | Paralegal | 265.00 / 285.00 | 96.80 | 25,944.00 |
| ANASTASIYA LOBACHEVA | Paralegal | 265.00 / 285.00 | 64.30 | 17,326.50 |
| ALEXANDER RAHN | Associate - Corporate (called to the bar in 2015; 4 years in current position) | 760.00 / 785.00 | 63.30 | 48,333.00 |
| EVA PASCALE S. BIBI | Associate - Litigation (called to the bar in 2015; 2 years in current position) | 720.00 | 38.60 | 27,792.00 |
| JOHN GATTI | Temp. Attorney | 205.00 | 34.60 | 7,093.00 |
| JEFFREY A. ROSENTHAL | Partner - Litigation (called to the bar in 1992; 16 years in current position) | 1,272.50 | 24.90 | 31,503.00 |
| HEE SON HONG | Temp. Attorney | 205.00 | 24.00 | 4,920.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JENNA HONG | Staff Attorney - Litigation (called to the bar in 2008; 2 years in current position) | 380.00 | 22.80 | 8,664.00 |
| INGRID D. FRANCOIS | Associate - Litigation (called to the bar in 2016; 2 years in current position) | 650.00 | 22.00 | 14,300.00 |
| BRENDA BARRETO | Temp. Attorney | 205.00 | 16.00 | 3,280.00 |
| JODI R. ERICKSON | Staff Attorney - Litigation (called to the bar in 2006; 7 years in current position) | 380.00 | 16.00 | 6,080.00 |
| LAURA J. PIERCE | Temp. Attorney | 205.00 | 16.00 | 3,280.00 |
| STEPHANIE DARIGAN | Temp. Attorney | 205.00 | 16.00 | 3,280.00 |
| STEVEN J. DARSON | Temp. Attorney | 205.00 | 16.00 | 3,280.00 |
| VICTOR DE LA FLOR | Temp. Attorney | 205.00 | 16.00 | 3,280.00 |
| VINI LASHAY | Litigation Technology Project Manager | 265.00 | 15.00 | 3,975.00 |
| MARVIN J. LOWENTHAL | Associate - Litigation (called to the bar in 2012; 4 years in current position) | 790.00 | 14.10 | 11,139.00 |
| CRAIG B. BROD | Partner - Corporate (called to the bar in 1981; 28 years in current position) | 1,265.00 | 13.10 | 16,420.00 |
| ALEXANDRA EBER | Associate - Litigation (called to the bar in 2015; 2 years in current position) | 662.50 | 13.00 | 8,575.00 |
| TIMOTHY J. VOGELER | Associate - Litigation (called to the bar in 2014; 3 years in current position) | 720.00 | 12.40 | 8,928.00 |
| HUGH K. MURTAGH | Associate - Litigation, Bankruptcy (called to the bar in 2012; 4 years in current position) | 820.00 | 11.80 | 9,676.00 |
| COREY M. GOODMAN | Partner - Tax (called to the bar in 2008; 1 year in current position) | 915.00 | 10.00 | 9,150.00 |
| KARA A. HAILEY | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 8 years in current position) | 1,000.00 | 9.70 | 9,700.00 |
| LISA M. MILANO | Litigation Technology Specialist | 265.00 | 8.40 | 2,226.00 |
| PATRICK W. LANG | Litigation Technology Specialist | 225.00 | 7.80 | 1,755.00 |
| YVONNE DOMPIERRE | Project Attorney - Litigation (called to the bar in 2010; 1 year in current position) | 380.00 | 7.00 | 2,660.00 |
| ALEKSANDR ABELEV | Senior Litigation Technology Specialist | 265.00 | 6.40 | 1,696.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DANIEL ESANNASON | Associate - Corporate (called to the bar in 2017; less than 1 year in current position) | 480.00 | 6.30 | 3,024.00 |
| JESSICA C. REPOND | Law Clerk - Corporate (not yet called to the bar; 1 year in current position) | 585.00 | 5.90 | 3,451.50 |
| LAURA CARO RUIZ | Paralegal | 265.00 | 5.20 | 1,378.00 |
| CONNIE CHANG | Associate - Real Estate (called to the bar in 2014; 3 years in current position) | 745.00 | 5.00 | 3,725.00 |
| ARTHUR H. KOHN | Partner - Employee Benefits (called to the bar in 1987; 22 years in current position) | 1,295.00 | 1.40 | 1,813.00 |
| | **TOTAL HOURS:** | | **9,884.30** | |
| | **GRAND TOTAL:** | | | **$6,560,740.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2016 through January 31, 2017

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Case Administration | 136.60 | $96,744.00 |
| Claims Administration and Objections | 419.90 | 268,055.50 |
| Employee Matters | 1,126.90 | 779,339.50 |
| Plan of Reorganization and Disclosure | 2,307.40 | 1,636,672.00 |
| Tax | 18.10 | 16,099.00 |
| Fee and Employment Applications | 255.60 | 116,432.00 |
| Litigation | 4,622.10 | 3,044,497.50 |
| Real Estate | 16.90 | 13,529.50 |
| Nortel Networks India International Inc. ("NN III") | 109.30 | 70,451.00 |
| Allocation/Claims Litigation | 871.50 | 518,920.00 |
| **TOTAL** | **9,884.30** | **$6,560,740.00** |

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2016 through January 31, 2017

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $1,157.73 |
| Travel – Transportation | | 18,336.60 |
| Travel – Lodging | | 6,941.71 |
| Travel – Meals | | 1,387.08 |
| Mailing and Shipping Charges | | 952.77 |
| Duplicating Charges (at $0.10/page) | | 15,381.00 |
| Color Duplicating/Printing Charges (at $0.65/page) | | 200.20 |
| Legal Research | Lexis | 22,569.56 |
| | Westlaw | 60,958.92 |
| | PACER | 3,496.30 |
| Late Work – Meals | | 10,065.04 |
| Late Work – Transportation | | 21,539.18 |
| Conference Meals | | (15,246.96) |
| Other Charges | | 38,612.82 |
| Expert Expenses | | 3,702,487.39 |
| **Grand Total Expenses** | | **$3,888,839.34** |