# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Hearing Date: TBD** |
|  | ) **Related Docket Nos.: 17534, 17785 & 17878** |

## NINTH INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH JANUARY 31, 2017

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | November 1, 2016 through January 31, 2017 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $181,906.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $293.53 |

This is a(n):  __ monthly     X  interim     __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667); and Nortel Networks India International Inc. (8667).

1

## SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
## NOVEMBER 1, 2016 THROUGH JANUARY 31, 2017

| Date Filed | | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 17534 Date Filed: 12/5/16 | 11/1/16 - 11/30/16 | $53,349.50 | $193.97 | $42,679.60 | $193.97 | $10,669.90 |
| Docket No. 17785 Date Filed: 1/23/17 | 12/1/16 - 12/31/16 | $47,852.50 | $6.90 | $38,282.00 | $6.90 | $9,570.50 |
| Docket No. 17878 Date Filed: 2/8/17 | 1/1/17 - 1/31/17 | $80,704.00 | $92.66 | $64,563.20 | $92.66 | $16,140.80 |
| **TOTALS:** | | **$181,906.00** | **$293.53** | **$145,524.80** | **$293.53** | **$36,381.20** |

Summary of Any Objections to Fee Applications: None

Dated: February 28, 2017
    Wilmington, Delaware

*/s/ L. Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*