# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Ashurst LLP<br><br>[Docket No. 17863] | 1/1/17 - 1/31/17 | £7,876.50 (Fees)<br><br>£2.22 (Expenses) | £6,301.20 (Fees @ 80%)<br><br>£2.22 (Expenses @ 100%) | 2/6/17 | 2/27/17 |