# EXHIBIT B



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2008549**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| February 28, 2017 | 046992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 99,959.00 |
| Disbursements | | 356.84 |
| **Total Amount Due** | **$** | **100,315.84** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

### Invoice Detail

### TO PROFESSIONAL SERVICES RENDERED up to and including 01/31/2017

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/2/2017 | RSK | 31 | Review of motion record of Frank Dunn for Canadian appeal of claims officer's decision. | 0.4 |
| 1/2/2017 | RSK | 22 | Review U.S. plan supplement. | 0.6 |
| 1/3/2017 | MWU | 12 | Review Canadian motion record filed by counsel for F. Dunn, report to UCC advisors, and email correspondence with Canadian counsel for U.S. debtors. | 0.8 |
| 1/3/2017 | MWU | 12 | Analyze Canadian court orders and related documents for disputed claims against Canadian debtors and claims officer process. | 1.4 |
| 1/3/2017 | MWU | 3 | Prepare November 2016 fee account. | 2.8 |
| 1/3/2017 | MWU | 29 | Review U.S. court order regarding PBGC settlement and TCC motions. | 0.6 |
| 1/4/2017 | RSK | 22 | Review exhibits to U.S. plan supplement and provide comments. | 0.9 |
| 1/4/2017 | MWU | 31 | Review case time line summary and analyze Canadian case issues. | 0.3 |
| 1/4/2017 | MWU | 22 | Review and analysis of Canadian plan and condition precedents for plan implementation and creditor distributions. | 1.8 |
| 1/4/2017 | JDI | 22 | Review U.S. plan supplement and email correspondence to M. Wunder regarding same. | 0.4 |
| 1/5/2017 | RSK | 12 | Review email correspondence from Torys regarding resolution of bonds claim against Canadian estate. | 0.2 |
| 1/5/2017 | RSK | 31 | Review Monitor's factum in support of fee approvals. | 0.5 |
| 1/5/2017 | RSK | 7 | Participated in Committee call. | 0.4 |
| 1/5/2017 | MWU | 12 | Multiple email correspondence and calls with Akin Gump and Canadian counsel for U.S. debtors regarding Wilmington claim in Canadian estate. | 0.8 |
| 1/5/2017 | MWU | 12 | Review Canadian claims orders settlement agreement for analysis relating to proposed Wilmington claim settlement. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/5/2017 | MWU | 31 | Review CCAA Monitor's legal brief and related case authority regarding Canadian motion. | 1 |
| 1/5/2017 | MWU | 3 | Prepare November 2016 fee account. | 0.8 |
| 1/5/2017 | MWU | 7 | Attend on Committee call. | 0.4 |
| 1/5/2017 | RJA | 12 | Review email correspondence from Monitor's counsel, Cleary and Akin Gump teams regarding Wilmington Trust claim allowance. | 0.4 |
| 1/5/2017 | RJA | 12 | Review cross border claims protocol and consider Wilmington Trust claim allowance. | 1.1 |
| 1/5/2017 | RJA | 12 | Email correspondence with Akin Gump regarding Wilmington Trust claim allowance. | 0.3 |
| 1/5/2017 | RJA | 12 | Call with Canadian counsel for U.S. debtors regarding Wilmington Trust claim allowance. | 0.2 |
| 1/6/2017 | RSK | 12 | Review email correspondence from Akin Gump regarding Wilmington settlement and fee resolution. | 0.3 |
| 1/6/2017 | RSK | 31 | Review email correspondence from Akin Gump regarding approval of Monitor's accounts. | 0.3 |
| 1/6/2017 | RSK | 31 | Review Monitor's motion record regarding resolution of 1988 bonds claim. | 1.7 |
| 1/6/2017 | RSK | 31 | Review motion record by U.S. debtors regarding Canadian recognition of orders for joint administration of NN India and approving plan disclosure statement and related procedures. | 0.7 |
| 1/6/2017 | RSK | 31 | Review affidavit of CCC regarding motion to approve Monitor's accounts. | 0.3 |
| 1/6/2017 | MWU | 12 | Review and analyze Canadian motion record for Wilmington indenture claim settlement, Monitor's report, and draft approval order. | 2.1 |
| 1/6/2017 | MWU | 31 | Review and analyze Canadian motion record filed by U.S. debtors for Canadian CCAA recognition proceeding. | 0.9 |
| 1/6/2017 | MWU | 31 | Review affidavit of Canadian employee representative and Monitor legal brief for Canadian fee approval motion, and report to Committee advisors. | 1.3 |
| 1/6/2017 | MWU | 3 | Prepare December 2016 fee account. | 2.6 |
| 1/6/2017 | RJA | 12 | Review filed CCAA motion record regarding Wilmington claim. | 1.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/7/2017 | RSK | 31 | Review email correspondence with Akin Gump regarding recognition motion and Wilmington fee settlement. | 0.4 |
| 1/7/2017 | MWU | 31 | Continue review of multiple Canadian motion records and forward report to Committee advisors regarding same. | 1.3 |
| 1/7/2017 | MWU | 3 | Prepare December 2016 fee account. | 0.9 |
| 1/8/2017 | RSK | 31 | Exchange email correspondence with M. Wunder and R. Jacobs regarding Wilmington claim resolution. | 0.3 |
| 1/8/2017 | MWU | 31 | Multiple email correspondence to and from Akin Gump and Cassels regarding multiple Canadian motions and analysis regarding same. | 0.7 |
| 1/8/2017 | RJA | 31 | Email correspondence with Cassels team regarding Wilmington claims and Monitor motion. | 0.3 |
| 1/9/2017 | RSK | 31 | Review "Notice of Particulars" filed by counsel for BNY regarding Monitor fee approval motion. | 0.3 |
| 1/9/2017 | RSK | 12 | Office conference with M. Wunder regarding email correspondence report on fees and expenses under bond claim. | 0.3 |
| 1/9/2017 | RSK | 12 | Conference call with Akin Gump regarding resolution of Wilmington bond claim. | 0.6 |
| 1/9/2017 | RSK | 12 | Further review of Canadian motion for resolution of bond claim including indenture terms. | 0.4 |
| 1/9/2017 | MWU | 12 | Email correspondence with Monitor's counsel regarding Canadian claims issues. | 0.2 |
| 1/9/2017 | MWU | 31 | Review SPSA conditions precedent. | 0.6 |
| 1/9/2017 | MWU | 31 | Review Canadian court filing by BNY Mellon regarding Canadian motion. | 0.3 |
| 1/9/2017 | MWU | 31 | Prepare detailed report to Committee regarding Canadian motions and confer with Cassels lawyers regarding same. | 1.6 |
| 1/9/2017 | MWU | 31 | Conference call with Akin Gump and Cassels lawyers to discuss Canadian motions. | 0.4 |
| 1/9/2017 | RJA | 12 | Conference call with Akin Gump and Cassels team regarding Wilmington Trust claim settlement. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/9/2017 | RJA | 12 | Review and comment on draft email memo to UCC regarding Wilmington Trust claim settlement. | 0.2 |
| 1/10/2017 | RSK | 31 | Review Canadian legal brief filed by NNI regarding CCAA recognition motions. | 0.3 |
| 1/10/2017 | RSK | 12 | Review Canadian claims officer decision regarding Dunn claims. | 0.4 |
| 1/10/2017 | RSK | 22 | Review objections filed in respect of U.S. plan confirmation. | 1.1 |
| 1/10/2017 | MWU | 12 | Review Dunn Canadian claims decision and forward to Akin Gump with report. | 1.1 |
| 1/10/2017 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian motions. | 0.2 |
| 1/10/2017 | MWU | 31 | Complete report to Committee regarding Canadian motions and confer with Cassels lawyers regarding same. | 0.2 |
| 1/10/2017 | MWU | 22 | Review and analyze plan objections. | 1.4 |
| 1/11/2017 | RSK | 12 | Review memo from Akin Gump regarding creditor treatment. | 0.4 |
| 1/11/2017 | RSK | 31 | Email correspondence with M. Wunder regarding claims meeting of Canadian creditors to vote on Canadian plan. | 0.3 |
| 1/11/2017 | MWU | 31 | Email correspondence with Canadian counsel for multiple parties regarding Canadian motions. | 0.2 |
| 1/11/2017 | MWU | 31 | Reporting to Committee advisors regarding Canadian motions. | 0.2 |
| 1/11/2017 | MWU | 31 | Prepare for Canadian court hearings. | 0.4 |
| 1/12/2017 | RSK | 7 | Participate in Committee call. | 0.8 |
| 1/12/2017 | RSK | 31 | Email correspondence with Cassels lawyers regarding Canadian court hearing. | 0.2 |
| 1/12/2017 | MWU | 8 | Attend to Canadian court hearings. | 2.4 |
| 1/12/2017 | MWU | 31 | Review issued Canadian court order and endorsement. | 0.1 |
| 1/12/2017 | MWU | 7 | Attend on Committee call. | 0.8 |
| 1/12/2017 | MWU | 31 | Reporting to Committee advisors regarding Canadian motions. | 0.2 |
| 1/13/2017 | RSK | 31 | Review objection to Canadian plan sanction by LTD employee creditors. | 0.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/13/2017 | MWU | 31 | Multiple email correspondence to and from Committee advisors regarding litigation status and plan approval creditors meeting. | 0.6 |
| 1/14/2017 | MWU | 12 | Review detailed summary of SNMP litigation status and analyze Canadian issues and Canadian court filings. | 1.2 |
| 1/16/2017 | RSK | 31 | Review notice and related documents regarding meeting of creditors to vote on Canadian Plan. | 0.9 |
| 1/16/2017 | MWU | 31 | Email correspondence to and from Committee advisors including notice of Canadian creditors meeting for CCAA plan vote and instructions to Cassels lawyer regarding attendance at meeting. | 0.8 |
| 1/16/2017 | MWU | 31 | Prepare and send update to Committee advisors regarding status of Dunn Canadian claim decision appeal. | 0.2 |
| 1/16/2017 | MWU | 12 | Continue review Canadian claims officer decision for Dunn claims. | 1.1 |
| 1/17/2017 | MS | 22 | Preparation for creditors meeting. | 0.6 |
| 1/17/2017 | MS | 22 | Attend Canadian creditors meeting to vote on CCAA plan. | 2.4 |
| 1/17/2017 | RSK | 7 | Report to Committee on meeting of creditors to vote on Canadian Plan. | 0.3 |
| 1/17/2017 | RSK | 31 | Confer with M. Sassi regarding Canadian meeting of creditors and provided summary to Akin Gump. | 0.5 |
| 1/17/2017 | RSK | 7 | Participated in Committee call regarding status of mediation of trade consortium claims. | 0.7 |
| 1/17/2017 | MWU | 22 | Email correspondence with NNI's Canadian counsel regarding CCAA plan sanction hearing. | 0.2 |
| 1/17/2017 | MWU | 22 | Review and analyze SPSA regarding terms relating to plan sanction and approval hearings in Canada and the U.S. | 0.7 |
| 1/17/2017 | MWU | 31 | Review update regarding Canadian creditors meeting and vote for CCAA plan. | 0.2 |
| 1/18/2017 | RSK | 31 | Initial review of Canadian plan sanction order and Canadian escrow release order. | 0.5 |
| 1/18/2017 | RSK | 31 | Review and exchange email correspondence with Akin Gump and Torys regarding Canadian court hearing for sanction of Canadian plan. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/18/2017 | RSK | 22 | Review draft legal brief for U.S. plan confirmation hearing. | 0.5 |
| 1/18/2017 | MWU | 22 | Review draft Committee statement of support for U.S. plan confirmation. | 1.1 |
| 1/18/2017 | MWU | 22 | Correspondence to NNI's Canadian counsel and Cassels lawyers regarding Canadian CCAA plan approval motion. | 0.3 |
| 1/18/2017 | MWU | 31 | Review correspondence and draft Canadian orders regarding plan approval and related matters, and forward update correspondence to Committee advisors and instructions to Cassels team. | 0.4 |
| 1/19/2017 | MS | 22 | Review and analyze draft Canadian order regarding plan sanction. | 3.7 |
| 1/19/2017 | MS | 22 | Meeting with S. Kukulowicz to discuss Canadian order regarding Canadian plan sanction. | 0.6 |
| 1/19/2017 | RSK | 31 | Office conference with M. Sassi regarding Canadian plan sanction order. | 0.7 |
| 1/19/2017 | RSK | 31 | Review mark-up of sanction order by counsel for the U.S. debtors. | 0.4 |
| 1/19/2017 | RSK | 31 | Detailed review of CCAA plan sanction order including consistency with settlement and support agreement and mark-up of U.S. confirmation order. | 1.8 |
| 1/19/2017 | RSK | 7 | Participated in Committee call. | 0.7 |
| 1/19/2017 | MWU | 22 | Review and analyze draft Canadian court order for CCAA plan sanction, and escrow release, and provide comments to Cassels team, and email correspondence with Cassels lawyers regarding same. | 1.3 |
| 1/19/2017 | MWU | 22 | Review revised draft Canadian orders and correspondence to Canadian counsel for NNI. | 0.3 |
| 1/19/2017 | MWU | 22 | Review revised Canadian orders with comments from NNI, UCC and bonds. | 0.4 |
| 1/19/2017 | MWU | 22 | Email correspondence with Akin Gump regarding plan approval issues. | 0.2 |
| 1/19/2017 | MWU | 29 | Review waiver for inter-company matters and reporting to Committee. | 0.4 |
| 1/19/2017 | MWU | 7 | Attend on UCC call. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/19/2017 | JDI | 31 | Review and analyze CCAA plan sanction order. | 0.5 |
| 1/20/2017 | RSK | 31 | Review Canadian motion record for CCAA plan sanction and Canadian escrow release order. | 2.1 |
| 1/20/2017 | RSK | 31 | Review mark-up of sanction order including bond group comments and related email correspondence with Canadian counsel. | 0.4 |
| 1/20/2017 | MWU | 22 | Review and analyze Canadian motion record for CCAA plan sanction and Canadian escrow release order, and forward report to UCC advisors with explanatory comments. | 2.6 |
| 1/20/2017 | MWU | 22 | Review revised draft Canadian court orders including CCAA plan sanction. | 0.4 |
| 1/20/2017 | MWU | 22 | Email correspondence with Akin Gump regarding CCAA plan approval issues. | 0.3 |
| 1/21/2017 | MWU | 29 | Review U.S. court filings regarding SPSA and U.S. plan confirmation settlements. | 1.4 |
| 1/22/2017 | RSK | 31 | Review Monitor's factum regarding CCAA plan sanction. | 0.9 |
| 1/22/2017 | RSK | 12 | Review draft TCC settlement term sheet. | 0.2 |
| 1/22/2017 | RSK | 7 | Participate in Committee call. | 0.7 |
| 1/22/2017 | MWU | 31 | Review Canadian motion record for CCAA plan sanction including notice of motion, Monitor's report, and draft orders. | 1.3 |
| 1/22/2017 | MWU | 22 | Review and analyze CCAA plan conditions precedent and proposed timing for distributions. | 1.4 |
| 1/22/2017 | MWU | 7 | Attend on Committee call to discuss status of plan confirmation motion and trade claims consortium proposal. | 0.7 |
| 1/23/2017 | RSK | 31 | Continue review of Monitor's Canadian motion record regarding CCAA plan sanction. | 1.1 |
| 1/23/2017 | RSK | 31 | Review factum filed in support of plan sanction by CCC. | 0.4 |
| 1/23/2017 | RSK | 7 | Participate in Committee call regarding TCC settlement and plan approval hearings. | 0.7 |
| 1/23/2017 | MWU | 22 | Review Canadian court filings to prepare for CCAA sanction hearing including Monitor's motion record, Monitor's factum, and factum of Canadian former employees, and reporting to Committee advisors. | 2.4 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 1/23/2017 | MWU | 7 | Attend on Committee call. | 0.7 |
| 1/23/2017 | MWU | 12 | Review proposed settlement for trade claims consortium claims, and email correspondence with Committee advisors regarding same. | 0.9 |
| 1/24/2017 | RSK | 8 | Prepare for and attend joint hearing to sanction Canadian plan and confirm U.S. plan. | 7.7 |
| 1/24/2017 | MWU | 8 | Attend to CCAA court sanction hearing for CCAA plan, and joint hearing with U.S. Court for U.S. plan confirmation (partial). | 6.5 |
| 1/24/2017 | RJA | 8 | Participate in portion of plan confirmation hearing (telephonically). | 4.4 |
| 1/25/2017 | MWU | 31 | Review issued Canadian court orders. | 0.2 |
| 1/26/2017 | RSK | 31 | Review court transcript from joint hearing. | 0.5 |
| 1/26/2017 | RSK | 7 | Participated in Committee call. | 0.6 |
| 1/26/2017 | RSK | 31 | Review issued and entered CCAA sanction order and Canadian escrow release order. | 0.2 |
| 1/26/2017 | MWU | 7 | Attend on UCC call. | 0.6 |
| 1/26/2017 | MWU | 22 | Review plan and SPSA regarding conditions for plan implementation. | 1.2 |
| 1/27/2017 | RSK | 31 | Review CCAA court endorsement regarding passing of Monitor's accounts and related email correspondence with UCC advisors. | 0.7 |
| 1/29/2017 | MWU | 31 | Review Canadian court decision regarding approval of Canadian fees of Monitor and its counsel and correspondence to and from UCC advisors. | 0.6 |
| 1/30/2017 | RSK | 31 | Review CCAA endorsement in support of sanction of CCAA plan. | 0.5 |
| 1/30/2017 | MWU | 31 | Review Canadian court decision regarding approval of CCAA plan, and report to the Committee and advisors with commentary. | 0.6 |
| 1/31/2017 | MWU | 3 | Prepare November 2016 fee application. | 2.4 |
| | | | **Total** | **119.4** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.90 | $695.00 | $625.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 66.00 | $835.00 | $55,110.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 7.30 | $420.00 | $3,066.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 8.70 | $850.00 | $7,395.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 36.50 | $925.00 | $33,762.50 |
| | | | | | | |
| **TOTAL** | | | | **119.40** | | **$ 99,959.00** |

**TOTAL PROFESSIONAL FEES**                                     $  99,959.00

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 199.30 |
| Travel / Ground Transportation | 146.34 |
| Binding, Tabs, Disks, etc | 7.93 |
| Telephone / Long Distance Charges | 3.27 |

**Total Disbursements and Tax**                                          356.84

**Total Fees, Disbursements & Tax**                            $ 100,315.84 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2008549

Matter # 046992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 9.50 | 7,932.50 |
| 0007 | Creditors Committee Meetings | 8.80 | 7,789.00 |
| 0008 | Court Hearings | 21.00 | 18,294.00 |
| 0012 | General Claims Analysis/Claims Objections | 17.30 | 14,757.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 26.80 | 19,571.50 |
| 0029 | Intercompany Analysis | 2.40 | 2,004.00 |
| 0031 | Canadian Proceedings/Matters | 33.60 | 29,610.50 |
| | | | |
| **TOTAL** | | **119.4** | **$99,959.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.