**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JANUARY 1 TO JANUARY 31, 2017
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Copies | $ 199.30 |
| Travel / Ground Transportation | $ 146.34 |
| Binding, Tabs, Disks, etc | $ 7.93 |
| Telephone / Long Distance Charges | $ 3.27 |
| | |
| Total Non-Taxable Disbursements | **$ 356.84 CDN.** |