# EXHIBIT D

CASSELS BROCK & BLACKWELL LLP                    Invoice # 2008549
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                    Matter # 046992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|------|-----------|---------:|-------:|
| 1/3/2017 | Copies | 340 | 34.00 |
| 1/3/2017 | Copies | 4 | 0.40 |
| 1/5/2017 | Copies | 2 | 0.20 |
| 1/5/2017 | Copies | 3 | 0.30 |
| 1/5/2017 | Copies | 2 | 0.20 |
| 1/5/2017 | Copies | 2 | 0.20 |
| 1/5/2017 | Copies | 3 | 0.30 |
| 1/5/2017 | Copies | 2 | 0.20 |
| 1/5/2017 | Copies | 45 | 4.50 |
| 1/6/2017 | Copies | 4 | 0.40 |
| 1/6/2017 | Copies | 15 | 1.50 |
| 1/6/2017 | Copies | 2 | 0.20 |
| 1/6/2017 | Copies | 188 | 18.80 |
| 1/6/2017 | Copies | 2 | 0.20 |
| 1/6/2017 | Copies | 123 | 12.30 |
| 1/6/2017 | Copies | 89 | 8.90 |
| 1/6/2017 | Copies | 4 | 0.40 |
| 1/6/2017 | Binding, Tabs, Disks, etc | 1 | 4.58 |
| 1/6/2017 | Binding, Tabs, Disks, etc | 1 | 3.35 |
| 1/9/2017 | Copies | 4 | 0.40 |
| 1/9/2017 | Copies | 5 | 0.50 |
| 1/9/2017 | Copies | 3 | 0.30 |
| 1/9/2017 | Copies | 4 | 0.40 |
| 1/9/2017 | Copies | 3 | 0.30 |
| 1/9/2017 | Copies | 89 | 8.90 |
| 1/9/2017 | Copies | 3 | 0.30 |
| 1/9/2017 | Copies | 11 | 1.10 |
| 1/9/2017 | Copies | 3 | 0.30 |
| 1/9/2017 | Copies | 5 | 0.50 |
| 1/9/2017 | Copies | 4 | 0.40 |
| 1/9/2017 | Copies | 3 | 0.30 |
| 1/10/2017 | Copies | 3 | 0.30 |
| 1/10/2017 | Copies | 11 | 1.10 |
| 1/10/2017 | Copies | 2 | 0.20 |
| 1/10/2017 | Copies | 2 | 0.20 |
| 1/10/2017 | Copies | 85 | 8.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                      Invoice # 2008549
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                          Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 1/10/2017 | Copies | 3 | 0.30 |
| 1/10/2017 | Copies | 3 | 0.30 |
| 1/10/2017 | Copies | 50 | 5.00 |
| 1/10/2017 | Copies | 50 | 5.00 |
| 1/10/2017 | Copies | 2 | 0.20 |
| 1/11/2017 | Copies | 2 | 0.20 |
| 1/11/2017 | Copies | 2 | 0.20 |
| 1/11/2017 | Copies | 8 | 0.80 |
| 1/12/2017 | Copies | 5 | 0.50 |
| 1/12/2017 | Copies | 123 | 12.30 |
| 1/12/2017 | Copies | 2 | 0.20 |
| 1/12/2017 | Copies | 7 | 0.70 |
| 1/12/2017 | Copies | 36 | 3.60 |
| 1/12/2017 | Copies | 3 | 0.30 |
| 1/12/2017 | Taxi from Eglinton to Toronto Court - Inv. # 217 dated 01/16/17 | 1 | 30.00 |
| 1/12/2017 | Taxi from Toronto Court to Scotia Plaza - Inv. # 217 dated 01/16/17 | 1 | 9.00 |
| 1/17/2017 | Taxi from Scotia Plaza to International Centre, Mississauga (to attend creditors meeting) | 1 | 34.08 |
| 1/17/2017 | Taxi from International Centre, Mississauga to Scotia Plaza | 1 | 34.26 |
| 1/19/2017 | Copies | 30 | 3.00 |
| 1/19/2017 | Copies | 28 | 2.80 |
| 1/19/2017 | Copies | 5 | 0.50 |
| 1/19/2017 | Copies | 30 | 3.00 |
| 1/20/2017 | Copies | 2 | 0.20 |
| 1/20/2017 | Copies | 5 | 0.50 |
| 1/23/2017 | Copies | 56 | 5.60 |
| 1/23/2017 | Copies | 36 | 3.60 |
| 1/23/2017 | Copies | 39 | 3.90 |
| 1/24/2017 | Copies | 23 | 2.30 |
| 1/24/2017 | Copies | 28 | 2.80 |
| 1/24/2017 | Copies | 2 | 0.20 |
| 1/24/2017 | Copies | 2 | 0.20 |
| 1/24/2017 | Copies | 2 | 0.20 |
| 1/24/2017 | Copies | 15 | 1.50 |
| 1/24/2017 | Copies | 15 | 1.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                        Invoice # 2008549
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                         Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|------|-----------|----------|--------|
| 1/24/2017 | Copies | 16 | 1.60 |
| 1/24/2017 | Copies | 2 | 0.20 |
| 1/24/2017 | Copies | 3 | 0.30 |
| 1/24/2017 | Copies | 12 | 1.20 |
| 1/24/2017 | Taxi from Toronto Court to CBB Inv. # 417 dated 01/24/17 | 1 | 9.00 |
| 1/24/2017 | Taxi to Toronto Court Inv. # 417 dated 01/24/17 | 1 | 30.00 |
| 1/25/2017 | Telephone - Bell Conferencing Inc.. - Inv. # 112463806 Jan 13/17 | 1 | 3.27 |
| 1/25/2017 | Copies | 2 | 0.20 |
| 1/26/2017 | Copies | 14 | 1.40 |
| 1/26/2017 | Copies | 2 | 0.20 |
| 1/27/2017 | Copies | 5 | 0.50 |
| 1/27/2017 | Copies | 29 | 2.90 |
| 1/27/2017 | Copies | 29 | 2.90 |
| 1/27/2017 | Copies | 14 | 1.40 |
| 1/30/2017 | Copies | 18 | 1.80 |
| 1/30/2017 | Copies | 25 | 2.50 |
| 1/30/2017 | Copies | 20 | 2.00 |
| 1/30/2017 | Copies | 7 | 0.70 |
| 1/30/2017 | Copies | 51 | 5.10 |
| 1/30/2017 | Copies | 18 | 1.80 |
| 1/30/2017 | Copies | 25 | 2.50 |
| 1/31/2017 | Copies | 11 | 1.10 |
| 1/31/2017 | Copies | 4 | 0.40 |
| 1/31/2017 | Copies | 2 | 0.20 |
| | **Total** | | **356.84** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.