# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## JANUARY 1, 2017 THROUGH JANUARY 31, 2017
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.90 | $695.00 | $625.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 66.00 | $835.00 | $55,110.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 7.30 | $420.00 | $3,066.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 8.70 | $850.00 | $7,395.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 36.50 | $925.00 | $33,762.50 |
| | | | | | | |
| TOTAL | | | | 119.40 | | $99,959.00 |