# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC [Docket No. 17878] | 1/1/17 - 1/31/17 | $80,704.00 (Fees) $92.66 (Expenses) | $64,563.20 (Fees @ 80%) $92.66 (Expenses @ 100%) | 2/8/2017 | 2/28/2017 |

2236207v1