IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD** |

## NOTICE OF TWELTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Cassels Brock & Blackwell LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 17, 2014, *Nunc Pro Tunc* to March 4, 2014 |
| Period for which compensation and reimbursement is sought: | November 1, 2016 through January 31, 2017[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | CDN. $240,052.00 Equivalent to USD $182,055.44[3] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | CDN. $1,205.84 Equivalent to USD $914.51[3] |

This is (a)n: __X__ interim   ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's November, 2016, December, 2016 and January, 2017 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on February 28, 2017 was CDN. $1.00 U.S. $0.7584

Legal*40286367.1

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested Fees | Expenses | Approved Fees (80%) | Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Date Filed: 2/10/17 Docket No. 17892 | 11/1/16 –11/30/16 | $97,832.50 | $623.44 | $78,266.00 Pending Obj. Deadline March 3, 2017 | $623.44 Pending Obj. Deadline March 3, 2017 | $19,566.50 |
| Date Filed: 2/27/17 Docket No. 17968 | 12/1/16 - 12/31/16 | $42,260.50 | $225.56 | $33,808.40 Pending Obj. Deadline March 20, 2017 | $225.56 Pending Obj. Deadline March 20, 2017 | $8,452.10 |
| Date Filed: 2/28/17 Docket No. 17978 | 1/1/17 - 1/31/17 | $99,959.00 | $356.84 | $79,967.20 Pending Obj. Deadline March 21, 2017 | $356.84 Pending Obj. Deadline March 21, 2017 | $19,991.80 |
| TOTALS: | All amounts in CDN.$ | $240,052.00 | $1,205.84 | $192,041.60[4] | $1,205.84[5] | $48,010.40 |

Summary of any Objections to Fee Applications: None.

Dated: February 28, 2016
Toronto, Ontario

*[signature]*

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.