# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2016 through January 31, 2017

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Application - US | 4.60 | $1,709.00 |
| Wanland | 2.80 | $2,030.50 |
| Litigation | 4.40 | $4,477.50 |
| **TOTAL** | **11.80** | **$8,217.00** |

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15089519 | 11/10/2016 | 001830 | Almy, Monique D. | Partner | 2.50 | 1,825.00 | Review Wanland preliminary approval motion documents (Preliminary Approval Motion and Brief, Rodriguez Declaration, Declaration- Ex B, Declaration Ex. A- Settlement Agreement, proposed order, Notice) for filing in the bankruptcy court. |
| 15088376 | 11/10/2016 | 003245 | Burton, Emma K. | Counsel | 0.30 | 205.50 | Review and respond to correspondence from Mr. Livingston re preliminary approval motion (0.1); review draft preliminary approval motion (0.1); confer with Ms. Almy re same (0.1). |
|  |  |  |  |  | 2.80 | $ 2,030.50 | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  Proforma 1039313
Matter: 105185.0000189 / Fee/Employment Application - US  2/28/2017

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15137865 | 11/30/2016 | 001830 | Almy, Monique D. | Partner | 1.20 | 876.00 | Review and approve 71st Interim (August, September, & October) (0.6); review and approve Fee Examiner Spreadsheet (0.3); review and approve 30th Quarterly (0.2); and review and approve Exhibit A Order (0.1). |
| 15136180 | 11/30/2016 | 002444 | Perales, Olegario | Specialist | 1.20 | 294.00 | Draft seventy-first interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 15136181 | 11/30/2016 | 002444 | Perales, Olegario | Specialist | 0.20 | 49.00 | Prepare order approving fees for August 1, 2016 through October 31, 2016 fee statements. |
| 15136182 | 11/30/2016 | 002444 | Perales, Olegario | Specialist | 1.50 | 367.50 | Prepare seventy-first interim fee application for August 1, 2016 through October 31, 2016. |
| 15136183 | 11/30/2016 | 002444 | Perales, Olegario | Specialist | 0.50 | 122.50 | Prepare thirtieth quarterly application. |
|  |  |  |  |  | 4.60 | $ 1,709.00 | **Professional Services Total** |

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 1038815 and 1044257  
2/28/2017

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15090987 | 11/9/2016 | 000302 | Regan, James J. | Partner | 0.40 | 408.00 | Review and analyze information request (0.2); confer with Ms. Almy re same (0.2). |
| 15109518 | 11/14/2016 | 000302 | Regan, James J. | Partner | 0.30 | 306.00 | Review and respond to Nortel UK correspondence. |
| 15102328 | 11/16/2016 | 001474 | Supko, Mark M. | Partner | 0.10 | 88.00 | Correspondence with Recommind and Cleary re data hosting invoice. |
| 15109834 | 11/18/2016 | 000302 | Regan, James J. | Partner | 0.60 | 612.00 | Review correspondence from court (0.4); exchange emails with Crowell team re same (0.2). |
| 15125738 | 11/21/2016 | 000302 | Regan, James J. | Partner | 0.40 | 408.00 | Review court request for a hearing. |
| 15203727 | 12/14/2016 | 000302 | Regan, James J. | Partner | 0.70 | 714.00 | Attention to court filing (0.4); confer with Ms. Almy re same (0.2). |
| 15197748 | 12/17/2016 | 001474 | Supko, Mark M. | Partner | 0.10 | 88.00 | Review Recommind invoice for accuracy and correspond with Ms. Perez re same. |

**2.60    $ 2,624.00    Professional Services Total**

Client: 105185 / Nortel Networks, Inc.  
Matter: 105185.0000206 / Litigation

Proforma 1049541  
2/28/2017

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15250623 | 1/4/2017 | 000302 | Regan, James J. | Partner | 0.50 | 535.00 | Review court filing. |
| 15280691 | 1/19/2017 | 001474 | Supko, Mark M. | Partner | 0.50 | 462.50 | Review/approve Recommind invoice for database hosting services (0.1); research re status of litigations in which third-party discovery requests had been served on Nortel (0.3); correspondence with Ms. Graham of Cleary re suggestion to take database down or transfer responsibility solely to Cleary (0.1). |
| 15307968 | 1/25/2017 | 000302 | Regan, James J. | Partner | 0.80 | 856.00 | Meeting with Ms. Almy re status of litigations (0.2); review reports re same (0.4); exchange emails with Messrs. Supko and Plevin re same (0.2). |
| | | | | | **1.80** | **$ 1,853.50** | **Professional Services Total** |