# EXHIBIT B

# EXHIBIT B
## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**February 1 - 28, 2017**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 2,231.20 |
| Travel – Lodging | 2,636.34 |
| Travel – Transportation | 1,100.02 |
| Travel – Meals | 283.36 |
| Office Expenses | 2,313.95 |
| TOTAL | $ 8,564.87 |
| | |

Nortel Expense Report

**PERIOD:** February 1 - 28, 2017

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 2/1/2017 | IT Support Items | | | | | $ 2,313.95 | RLKS | Web Domain renewal ($689.74); Software support renewal ($1,624.21) |
| 2/7/2017 | Travel to Raleigh/Onsite Client Mtgs | $348.70 | $372.22 | $105.00 | $81.21 | | Kathryn Schultea | Economy airfare; One night hotel stay; car service to airport; dinner - MC, KS |
| 2/7/2017 | Travel to Client Site | $348.70 | $370.95 | $216.26 | $3.50 | | Mary Cilia | A-Economy Airfare; T - Car Service from Home Office to Airport, Hotel Parking and Avis Rental Car; M-L=$3.50 |
| 2/8/2017 | Onsite NNI - Raleigh | | $372.22 | | $48.91 | | Kathryn Schultea | One night hotel stay: Lunch - MC, KS, TR, KP |
| 2/8/2017 | Onsite Client Site - Raleigh | | $370.95 | $90.01 | | | Mary Cilia | T - Hotel Parking and Avis Rental Car |
| 2/9/2017 | Onsite Client Mtgs/Travel from Raleigh | $348.70 | | $130.00 | $55.00 | | Kathryn Schultea | Economy airfare; car service from airport; lunch - MC, KS, TR, KP |
| 2/9/2017 | Travel from Client Site | $348.70 | | $183.75 | | | Mary Cilia | A-Economy Airfare; T - Avis Rental Car and Car Service from Airport to Home Office; |
| 2/14/2017 | Travel from IAH to NYC Client Mtgs | $418.20 | $575.00 | $105.00 | $38.77 | | Kathryn Schultea | Economy airfare; One night hotel stay; car service to airport; dinner |
| 2/15/2017 | Onsite at Cleary re: NNI Client Mtgs | | $575.00 | $45.00 | $55.97 | | Kathryn Schultea | One night hotel stay; cab to/from office; dinner |
| 2/16/2017 | Travel from NYC to IAH | $418.20 | | $225.00 | | | Kathryn Schultea | Economy airfare; car service to/from airport |
| | | $ 2,231.20 | $ 2,636.34 | $ 1,100.02 | $ 283.36 | $ 2,313.95 | | |