**UNITED STATES BANKRUPTCY COURT**
District of Delaware

| | | |
|---|---|---|
| In re.: | ) | |
| | ) | |
| **Nortel Networks Inc., et al.**, et al., Jointly Administered | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. «Case Number» |
| | ) | |
| | ) | |
| _____) | | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **Tannor Partners Credit Fund, LP**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, New York 10601

**New Address**
Tannor Partners Credit Fund, LP
555 Theodore Fremd Avenue, Suite C209
Rye, New York 10580
914-509-5000

By:     /s/ Robert Tannor

Title:  General Partner

Date:  2/27/2017