# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>RE: D.I. 17903 |

## ~~ORDER~~ Corrected GRANTING STIPULATED WITHDRAWAL OF CLAIMS

THIS MATTER having come before the Court on the attached Stipulated Withdrawal of Claims (the "Stipulation"), the Court having reviewed the Stipulation, and being otherwise fully advised in the premises, finds cause exists to grant the Stipulation. Accordingly, it is –

ORDERED that the attached Stipulation is approved in its entirety.

Dated: March 2, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Kevin Gross

4823-9426-2594.2