# Notice Recipients

District/Off: 0311−1            User: Al                      Date Created: 3/3/2017
Case: 09−10138−KG               Form ID: ntcBK                Total: 67

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Andrew John Roth−Moore | aroth−moore@mnat.com |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Christopher M. Samis | csamis@wtplaw.com |
| aty | David H Herrington | dherrington@cgsh.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | James L. Patton | bankfilings@ycst.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Joseph Badtke−Berkow | joseph.badtkeberkow@allenovery.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond H. Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Tamara K. Minott | tminott@mnat.com |

TOTAL: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard | Richardson, TX 75082 | | |
| frep | Allen & Overy LLP, | 1221 Avenue of the Americas | New York, NY 10020 | | |
| db | Nortel Networks India International Inc. | 4001 E. Chapel Hill − Nelson Hwy. | Research Triangle Park, NC 27709 | | |
| aty | Adam M. Slavens | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto ON, M5K 1N2 CANADA |
| aty | Alexandra S. McCown | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Andrew Gray | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto ON, M5K 1N2 CANADA |
| aty | Ann Nee | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Avram E. Luft | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Bradley S. Pensyl | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | Brent M. Tunis | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Claire N. Rajan | Allen & Overy LLP | 1101 New York Avenue, NW | 11th Floor | Washington, DC 20005 |
| aty | Daniel D. Queen | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Danni Byam | Clearly Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Darryl G. Stein | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Derek J.T. Adler | Hughes Hubbard & Reed LLP | One Battery Park Plaza | New York, NY 10004 | |
| aty | Elizabeth C. Block | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Eva Pascale Bibi | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Inna Rozenberg | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | J. Anne Marie Beisler | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Jacob S. Pultman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | James Gotowiec | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto ON, M5K 1N2 CANADA |
| aty | Jane VanLare | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Jeffrey A. Rosenthal | Cleary, Gottlieb, Steen & Hamilton | One Liberty Plaza | New York, NY 10006−1470 | |
| aty | Ken Coleman | Allen & Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Lucas Hakkenberg | Cleary Gottlieb Steen Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Margot Gianis | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Mark D. Plevin | Crowell & Moring LLP | 1001 Pennsylvania Avenue, N.W. | Washington, DC 20004–2595 | |
| aty | Mark S Supko | Crowell & Moring LLP | 1001 Pennsylvania Avenue N.W. | Washington, DC 20004 | |
| aty | Mark S. Grube | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Matthew J Livingston | Cleary Gottlieb Steen Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Michelle Parthum | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Molly Reynolds | 79 Wellington Street West | 30th Floor | Box 270, TD Centre | Toronto ON, M5K 1N2 CANADA |
| aty | Nathaniel Jedrey | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Nora K Abularach | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Philip A. Cantwell | Cleary Gottlieb Steen & Hamilton LLP | One Liberty Plaza | New York, NY 10006 | |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street | Suite 1900 | New Orleans, LA 70130 |
| aty | Scott A. Bomhof | Torys LLP | 79 Wellington Street West | 30th Floor | Box 270, TD Centre Toronto, ON M5K 1N2 |
| aty | Sheila R. Block | 79 Wellington Street West | 30th Floor | Box 270 TD Centre | Toronto ON, M5K 1N2 CANADA |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 | |

TOTAL: 41