# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 17877] | 11/1/16 - 11/30/16 | $470,824.50 (Fees)<br><br>$4,091.59 (Expenses) | $376,659.60 (Fees @ 80%)<br><br>$$4,091.59 (Expenses @ 100%) | 2/8/17 | 2/28/17 |

2236944.1