# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP  [Docket No. 17892] | 11/1/16 - 11/30/16 | CDN$97,832.50 (Fees)  CDN$623.44 (Expenses) | CDN$78,266.00 (Fees @ 80%)  CDN$623.44 (Expenses @ 100%) | 2/10/17 | 3/3/17 |

2236947.1