**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 12/1/2016 through 12/31/2016

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 12/13/2016 | J. Hyland | 0.2 | Reviewed status of allocation matter from Counsel and public sources. |
| 12/14/2016 | J. Hyland | 2.3 | Analyzed a proceeds allocation matter. |
| 12/14/2016 | J. Hyland | 2.2 | Continued analyzing a proceeds allocation matter. |
| 12/14/2016 | J. Hyland | 0.3 | Participated in call with B. Kahn (Counsel) re: proceeds allocation matter. |
| 12/14/2016 | J. Hyland | 0.2 | Reviewed case timeline and allocation matters from Counsel. |
| **Task Code Total Hours** | | **5.2** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 12/12/2016 | A. Cowie | 0.8 | Reviewed November time reporting. |
| 12/19/2016 | J. Blum | 0.5 | Prepared the November monthly fee application. |
| 12/21/2016 | J. Hyland | 0.6 | Reviewed November time entry detail. |
| 12/27/2016 | J. Blum | 0.9 | Prepared November monthly fee application. |
| 12/29/2016 | J. Hyland | 0.6 | Updated the November 2016 fee application. |
| **Task Code Total Hours** | | **3.4** | |
| **06. Attend Hearings/Related Activities** | | | |
| 12/20/2016 | A. Cowie | 0.8 | Attended hearing on Nortel claims in Wilmington. |
| 12/20/2016 | C. Kearns | 0.8 | Attended portion of hearing on consortium motion to reconsider. |
| **Task Code Total Hours** | | **1.6** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 12/1/2016 | J. Borow | 1.1 | Met with UCC and professionals to UCC re: creditor recoveries. |
| 12/1/2016 | C. Kearns | 0.5 | Met with individual Committee member to discuss status of confirmation process. |

Berkeley Research Group, LLC

Invoice for the 12/1/2016 - 12/31/2016 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 12/2/2016 | A. Cowie | 1.1 | Prepared discussion points for weekly UCC call re: creditor recoveries. |
| 12/2/2016 | C. Kearns | 0.8 | Participated in Committee call to debrief DS hearing and discuss next steps re: plan objections. |
| 12/2/2016 | J. Hyland | 0.8 | Participated in UCC calls with members and professionals. |
| 12/5/2016 | C. Kearns | 0.2 | Participated in telecom with A. Qureshi (Counsel) on possible response to service noticed by TCC. |
| 12/7/2016 | C. Kearns | 0.2 | Emailed with Counsel re: third circuit status and latest Canada docket. |
| 12/8/2016 | J. Borow | 0.6 | Participated in meetings with UCC and professionals to UCC. |
| 12/8/2016 | J. Hyland | 0.6 | Participated in weekly UCC call with UCC members and professionals discussing UCC matters. |
| 12/8/2016 | C. Kearns | 0.5 | Participated in portion of UCC call re: status of confirmation process and related issues. |
| 12/15/2016 | J. Borow | 0.9 | Met with UCC and professionals to UCC. |
| 12/15/2016 | C. Kearns | 0.9 | Participated in call with the Committee re: confirmation process and upcoming mediation. |
| 12/15/2016 | J. Hyland | 0.9 | Participated in weekly UCC call with professionals and members re: case matters. |
| 12/22/2016 | J. Borow | 0.6 | Met with UCC and professionals to UCC. |
| 12/22/2016 | J. Hyland | 0.6 | Participated in weekly UCC call with members and professionals re: current case issues and settlements. |
| 12/22/2016 | C. Kearns | 0.4 | Participated in a portion of a Committee call to discuss PBGC claims settlement. |
| **Task Code Total Hours** | | **10.7** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/8/2016 | J. Borow | 0.5 | Reviewed claim recoveries by claimant category. |
| 12/12/2016 | A. Cowie | 2.6 | Analyzed creditor recovery scenarios. |
| 12/13/2016 | A. Cowie | 2.9 | Analyzed creditor recovery scenarios. |
| 12/13/2016 | A. Cowie | 1.8 | Continued to analyze creditor recovery scenarios. |
| 12/14/2016 | A. Cowie | 2.9 | Analyzed recovery scenarios for creditors. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 12/14/2016 | A. Cowie | 2.8 | Continued to analyzed recovery scenarios for creditors. |
| 12/14/2016 | A. Cowie | 1.8 | Analyzed creditor recovery objections. |
| 12/14/2016 | A. Cowie | 0.7 | Continued to analyze creditor recovery objections. |
| 12/15/2016 | A. Cowie | 2.9 | Analyzed creditor recovery scenarios for all estates. |
| 12/15/2016 | A. Cowie | 2.6 | Continued to analyze creditor recovery scenarios for all estates. |
| 12/15/2016 | A. Cowie | 1.8 | Continued to analyze creditor recovery scenarios for all estates. |
| 12/15/2016 | A. Cowie | 0.9 | Prepared claim recovery analysis for the UCC. |
| 12/15/2016 | C. Kearns | 0.5 | Reviewed waterfall recovery scenarios in advance of PBGC mediation. |
| 12/16/2016 | A. Cowie | 2.9 | Calculated creditor recovery scenarios. |
| 12/16/2016 | A. Cowie | 2.8 | Continued calculating creditor recovery scenarios. |
| 12/16/2016 | A. Cowie | 2.7 | Continued calculating creditor recovery scenarios. |
| 12/16/2016 | C. Kearns | 0.4 | Reviewed possible recovery waterfall requested by Counsel to resolve plan objections. |
| 12/17/2016 | A. Cowie | 2.9 | Prepared creditor recoveries by claimant and estate. |
| 12/17/2016 | A. Cowie | 2.7 | Continued to prepare creditor recoveries by claimant and estate. |
| 12/18/2016 | A. Cowie | 2.9 | Analyzed estates' creditor recoveries. |
| 12/18/2016 | A. Cowie | 2.8 | Continued to analyze estates' creditor recoveries. |
| 12/19/2016 | A. Cowie | 2.9 | Analyzed scenarios for creditor recoveries. |
| 12/20/2016 | J. Hyland | 2.3 | Analyzed proceeds allocation assumptions and recovery outcomes. |
| 12/23/2016 | J. Hyland | 2.8 | Reviewed claim recovery calculations based upon assumptions. |
| **Task Code Total Hours** | | **52.8** | |
| **11. Claim Analysis/Accounting** | | | |
| 12/1/2016 | J. Hyland | 0.8 | Reviewed PBGC's Motion to Extend Date to Extend Evidentiary Hearing. |
| 12/2/2016 | J. Hyland | 1.0 | Reviewed the Debtors' second amended discovery request to the PBGC. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 12/2/2016 | J. Hyland | 0.9 | Reviewed and analyzed Innings Telecom Europe's motion and related declaration to amend it's claim. |
| 12/2/2016 | J. Hyland | 0.7 | Reviewed the Debtors' response to the PBGC's motion to extend the evidentiary hearing. |
| 12/2/2016 | J. Hyland | 0.1 | Reviewed motion denying the PBGC's motion to extend the evidentiary hearing and Counsel's summary. |
| 12/4/2016 | J. Hyland | 1.4 | Analyzed Counsel's summary of a claim. |
| 12/6/2016 | J. Emerson | 1.0 | Prepared notes trading prices presentation for Unsecured Creditors Committee. |
| 12/6/2016 | H. Parekh | 0.5 | Updated Nortel debt security pricing. |
| 12/7/2016 | J. Hyland | 2.1 | Reviewed the Debtors' objection motion to a claim and Counsel's summary of the Debtors' motion. |
| 12/9/2016 | J. Hyland | 2.4 | Reviewed claim analysis and analyzed related matters. |
| 12/9/2016 | J. Hyland | 2.3 | Continued reviewing claim analysis and analyzed related matters. |
| 12/12/2016 | J. Hyland | 2.7 | Analyzed positions for a claimant. |
| 12/12/2016 | J. Hyland | 2.0 | Continued analyzing positions for a claimant. |
| 12/13/2016 | C. Kearns | 0.2 | Emailed with Counsel re: upcoming mediation with PBGC and discovery issues. |
| 12/14/2016 | J. Borow | 1.7 | Reviewed claims issues. |
| 12/14/2016 | M. Yastrebova | 1.0 | Pulled historical credit ratings for Nortel bonds. |
| 12/14/2016 | C. Kearns | 0.8 | Reviewed and analyzed issues re: PBGC claim in advance of upcoming mediation. |
| 12/15/2016 | J. Hyland | 2.9 | Reviewed terms and conditions for a bond issuance. |
| 12/15/2016 | M. DeSalvio | 1.4 | Analyzed bond indenture agreement. |
| 12/15/2016 | J. Hyland | 1.4 | Continued reviewing terms and condition's for a bond issuance. |
| 12/15/2016 | J. Hyland | 0.2 | Reviewed facts regarding a claimant. |
| 12/15/2016 | J. Hyland | 0.1 | Reviewed information related to a claim. |
| 12/16/2016 | J. Hyland | 2.7 | Analyzed bond indenture agreement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 12/16/2016 | J. Hyland | 2.0 | Continued analyzing bond indenture agreement. |
| 12/16/2016 | C. Kearns | 0.8 | Participated in call with Counsel (D. Botter, B. Kahn, F. Hodara) re: issues in advance of upcoming PBGC mediation. |
| 12/17/2016 | C. Kearns | 0.8 | Reviewed scenarios for possible proposal re: upcoming PBGC mediation. |
| 12/17/2016 | C. Kearns | 0.3 | Participated in telecom with D. Botter (Counsel) re: PBGC mediation. |
| 12/19/2016 | J. Emerson | 1.8 | Prepared notes trading prices presentation for Unsecured Creditors Committee. |
| 12/19/2016 | J. Hyland | 1.3 | Analyzed 12/6/2016 Canadian estate claim file. |
| 12/19/2016 | C. Kearns | 1.0 | Reviewed and summarized possible proposal discussed with Counsel re: U.S. creditor mediation. |
| 12/20/2016 | R. Cohen | 0.4 | Updated the Nortel bond prices as of 12/19/16. |
| 12/21/2016 | C. Kearns | 0.3 | Reviewed model to analyze potential outcomes re: PBGC claim settlement. |
| 12/22/2016 | J. Hyland | 1.4 | Reviewed the PBGC 9019 settlement motion and related documentation. |
| 12/22/2016 | C. Kearns | 0.4 | Reviewed analysis requested by counsel re: proposed claims settlement with PBGC. |
| **Task Code Total Hours** | | **40.8** | |
| **13. Intercompany Transactions/Balances** | | | |
| 12/1/2016 | J. Hyland | 0.9 | Reviewed October 2016 Restructuring Manager's Report. |
| 12/12/2016 | A. Cowie | 2.3 | Analyzed APAC and CALA reporting. |
| **Task Code Total Hours** | | **3.2** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 12/2/2016 | J. Hyland | 0.6 | Reviewed NNL's 11/27/2016 cash forecast. |
| 12/9/2016 | A. Cowie | 1.8 | Analyzed updated global cash and escrow statements. |
| 12/22/2016 | A. Cowie | 0.3 | Analyzed current estate cash reporting. |
| 12/22/2016 | J. Hyland | 0.3 | Reviewed CCAA cash forecast as of 12/18/2016. |
| **Task Code Total Hours** | | **3.0** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 12/1/2016 | J. Hyland | 2.7 | Reviewed TCC's Motion to Reconsider and Vacate the Settlement Order as it relates to the Plan. |
| 12/1/2016 | J. Hyland | 2.7 | Reviewed updated Plan and Disclosure Statement. |
| 12/1/2016 | A. Cowie | 2.6 | Prepared analysis of substantive consolidation issues. |
| 12/1/2016 | J. Hyland | 2.2 | Analyzed objections to the Courts' proceeds allocation Plan Settlement Order. |
| 12/1/2016 | A. Cowie | 2.1 | Analyzed legal production subpoena. |
| 12/1/2016 | A. Cowie | 1.9 | Continued to prepare analysis of substantive consolidation issues. |
| 12/1/2016 | C. Kearns | 1.3 | Attended Disclosure Statement hearing. |
| 12/1/2016 | C. Kearns | 0.5 | Participated in post-hearing discussion with Counsel re: next steps related to confirmation. |
| 12/1/2016 | C. Kearns | 0.4 | Reviewed issues per TCC's Plan objection and related next steps. |
| 12/2/2016 | A. Cowie | 2.9 | Analyzed legal production subpoena. |
| 12/2/2016 | A. Cowie | 2.3 | Continued to analyze legal production subpoena. |
| 12/2/2016 | A. Cowie | 0.9 | Prepared analysis of substantive consolidation issues. |
| 12/5/2016 | A. Cowie | 2.9 | Analyzed legal production subpoena. |
| 12/5/2016 | J. Hyland | 2.8 | Reviewed SPSA for potential Plan dispute matters. |
| 12/5/2016 | A. Cowie | 1.6 | Prepared analysis of substantive consolidation of the US estate. |
| 12/5/2016 | A. Cowie | 1.4 | Continued to analyze legal production subpoena. |
| 12/6/2016 | A. Cowie | 2.9 | Analyzed legal production subpoena related to the Plan. |
| 12/6/2016 | J. Hyland | 2.4 | Analyzed alternatives for potential SPSA Plan dispute matters. |
| 12/6/2016 | A. Cowie | 2.1 | Prepared analysis of sub con for the Plan. |
| 12/7/2016 | A. Cowie | 2.9 | Analyzed subpoena for production of documentation. |
| 12/7/2016 | A. Cowie | 2.8 | Analyzed appeals documents. |
| 12/7/2016 | A. Cowie | 2.4 | Prepared analysis of substantive consolidation issues. |
| 12/7/2016 | J. Hyland | 0.6 | Reviewed the UCC's draft SPSA letter. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 12/8/2016 | A. Cowie | 2.9 | Prepared documents for legal production subpoena. |
| 12/8/2016 | A. Cowie | 2.8 | Analyzed appeal documents based upon subpoena. |
| 12/8/2016 | J. Hyland | 2.8 | Analyzed dispute resolution approaches with SPSA and Plan dispute matters. |
| 12/8/2016 | A. Cowie | 1.3 | Continued to analyze appeals documents. |
| 12/9/2016 | A. Cowie | 2.8 | Analyzed documents related to appeal. |
| 12/9/2016 | A. Cowie | 1.6 | Analyzed documents re: appeals and related requests. |
| 12/9/2016 | A. Cowie | 1.3 | Analyzed Trade Consortium response documents. |
| 12/9/2016 | A. Cowie | 0.4 | Continued to analyze Trade Consortium response documents. |
| 12/9/2016 | J. Hyland | 0.4 | Reviewed LSI's Motion, Plan Objection and Joinder to the TCC's Motion for Reconsideration. |
| 12/9/2016 | J. Hyland | 0.3 | Reviewed the UCC's draft response to the LSI motion, Plan objection and joinder to the TCC's motion for reconsideration. |
| 12/13/2016 | J. Hyland | 0.1 | Reviewed updates status on Plan allocation disputes from Counsel. |
| 12/16/2016 | C. Kearns | 0.3 | Participated in telecom with D. Botter (Counsel) re: possible framework to resolve remaining U.S. Plan objections. |
| 12/19/2016 | J. Hyland | 2.1 | Reviewed the Debtors' 9019 motion to approve the SPSA and related Plan matters. |
| 12/19/2016 | C. Kearns | 0.8 | Participated in call with Counsel (D. Botter, F. Hodara), Cleary (Schweitzer) and Chilmark (M. Kennedy) to prepare for U.S. mediation and discussed possible settlement framework for the Plan. |
| 12/20/2016 | C. Kearns | 2.9 | Attended mediation session with U.S. creditors, noteholders' representatives and Debtors re: Plan. |
| 12/20/2016 | A. Cowie | 2.9 | Attended Nortel claims mediation for the Plan in Wilmington. |
| 12/20/2016 | A. Cowie | 2.9 | Continued to attend Nortel claims mediation for the Plan in Wilmington. |
| 12/20/2016 | J. Hyland | 2.5 | Analyzed Plan proceeds allocation scenarios for mediation. |
| 12/20/2016 | A. Cowie | 2.4 | Continued to attend Nortel claims mediation for the Plan in Wilmington. |
| 12/20/2016 | J. Borow | 1.5 | Reviewed issues pertaining to claims settlements in regards to the Plan. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 12/20/2016 | J. Hyland | 1.3 | Continued analyzing Plan proceeds allocation scenarios for mediation. |
| 12/20/2016 | A. Cowie | 1.1 | Analyzed historical claims and settlement information in regard to Nortel claims and Plan mediation in Wilmington. |
| 12/21/2016 | C. Kearns | 2.9 | Continued to attend mediation session related to the Plan with U.S. creditors, noteholders' representatives and Debtors. |
| 12/21/2016 | A. Cowie | 2.9 | Continued to prepare Plan settlement analysis for the UCC. |
| 12/21/2016 | A. Cowie | 2.9 | Prepared Plan settlement analysis for the UCC. |
| 12/21/2016 | J. Borow | 1.3 | Reviewed issues related to claims settlement discussions for the Plan. |
| 12/21/2016 | A. Cowie | 1.1 | Continued to prepare Plan settlement analysis for the UCC. |
| 12/22/2016 | A. Cowie | 2.9 | Continued to prepare Plan proceeds allocation settlement analysis for the UCC. |
| 12/22/2016 | A. Cowie | 2.9 | Prepared Plan proceeds allocation settlement analysis for the UCC. |
| 12/22/2016 | C. Kearns | 2.4 | Continued to attend Plan mediation session with U.S. creditors, noteholders' representatives and Debtors. |
| 12/22/2016 | A. Cowie | 1.7 | Continued to prepare Plan proceeds allocation settlement analysis for the UCC. |
| 12/22/2016 | J. Borow | 0.6 | Analyzed Plan settlement matters. |
| 12/28/2016 | C. Kearns | 0.2 | Emailed with Counsel re: status of plan process. |
| 12/30/2016 | A. Cowie | 1.3 | Analyzed Nortel plan supplement document. |
| 12/31/2016 | C. Kearns | 0.5 | Reviewed U.S. Plan supplement. |
| **Task Code Total Hours** | | **108.3** | |
| **Total Hours** | | **229.0** | |