**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 12/1/2016 through 12/31/2016

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 12/9/2016 | C. Kearns | $317.00 | Roundtrip train from NYC - DE on 11/30/16, returning 12/01/2016 for Disclosure Statement hearing in Wilmington. |
| 12/28/2016 | A. Cowie | $445.00 | Roundtrip train from NYC- DE on 12/20/2016 for mediation in Wilmington. |
| *Expense Category Total* | | *$762.00* | |
| **08. Travel - Hotel/Lodging** | | | |
| 12/9/2016 | C. Kearns | $438.90 | Hotel for 12/30/2016 in Wilmington for Disclosure Statement hearing. |
| *Expense Category Total* | | *$438.90* | |
| **Total Expenses** | | **$1,200.90** | |

Berkeley Research Group, LLC

Invoice for the 12/1/2016 - 12/31/2016 Period