# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2017 through February 28, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 2/1/17 | 2/28/17 |
| **Enter Billing Rate/Hr:** | 800.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 3.5 | $800.00 | $2,800.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | | | |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 10.9 | $800.00 | $8,720.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 90.1 | $800.00 | $72,080.00 |
| 10 | Non-Working Travel | 4.8 | $400.00 | $1,920.00 |
| 11 | Fee Application | 7.6 | $800.00 | $6,080.00 |
| | **Hours/Billing Amount for Period:** | **116.9** | | **$91,600.00** |

**Nortel TIME SHEET**  116.9
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 2/1/17 | Claims matters; distribution work preparation | John Ray | 9 | 1 | 0 | 6 | 0 | 5.0 |
| 2/1/17 | Matters related to reinvestment of cash | John Ray | 9 | 1 | 0 | 1 | 30 | 0.5 |
| 2/2/17 | Prepare January fee app | John Ray | 11 | 1 | 0 | 5 | 30 | 4.5 |
| 2/3/17 | Nortel RTP lease matter | John Ray | 3 | 1 | 0 | 4 | 30 | 3.5 |
| 2/3/17 | Claims matters; distribution work preparation | John Ray | 9 | 1 | 0 | 7 | 30 | 6.5 |
| 2/3/17 | Review and file January fee app | John Ray | 11 | 1 | 0 | 1 | 15 | 0.3 |
| 2/6/17 | Review closing list and documents | John Ray | 9 | 1 | 0 | 4 | 50 | 3.8 |
| 2/6/17 | Investment of cash pending closing | John Ray | 9 | 1 | 0 | 2 | 30 | 1.5 |
| 2/6/17 | Matters related to Verizon claim | John Ray | 9 | 1 | 0 | 4 | 30 | 3.5 |
| 2/6/17 | Call with Cleary re pending matters; update | John Ray | 9 | 1 | 0 | 1 | 30 | 0.5 |
| 2/6/17 | Review and execute escrow agreement amendment re investment of cash | John Ray | 9 | 1 | 0 | 2 | 0 | 1.0 |
| 2/7/17 | NAC liquidation review and execute docs | John Ray | 8 | 1 | 0 | 4 | 45 | 3.8 |
| 2/7/17 | Ciena settlement matters | John Ray | 8 | 1 | 0 | 1 | 50 | 0.8 |
| 2/8/17 | Review of EY tax agreements; disclosures and schedules | John Ray | 8 | 1 | 0 | 5 | 30 | 4.5 |
| 2/8/17 | Cash update re flow of funds; distribution mechanics | John Ray | 9 | 1 | 0 | 6 | 45 | 5.8 |
| 2/9/17 | Further closing docs review | John Ray | 9 | 1 | 0 | 3 | 50 | 2.8 |
| 2/10/17 | Tax matters review | John Ray | 9 | 1 | 0 | 5 | 45 | 4.8 |
| 2/10/17 | Review share nominee trust agreement | John Ray | 9 | 1 | 0 | 3 | 0 | 2.0 |
| 2/11/17 | Review claims status; distribution reserves | John Ray | 9 | 1 | 0 | 6 | 30 | 5.5 |
| 2/13/17 | Administrative matters re insurance renewal | John Ray | 8 | 1 | 0 | 2 | 45 | 1.8 |
| 2/13/17 | Banking matters; documentation for post effective liquidations | John Ray | 9 | 1 | 0 | 6 | 30 | 5.5 |
| 2/14/17 | Fly to NY for meetings re effective date; post effective date | John Ray | 10 | 1 | 0 | 5 | 50 | 4.8 |
| 2/14/17 | Review various claims and other reserves; prepare for meeting re post closing matters | John Ray | 9 | 1 | 0 | 6 | 30 | 5.5 |
| 2/15/17 | Meeting with Chilmark and RLKS re closing mattters | John Ray | 9 | 1 | 0 | 4 | 45 | 3.8 |
| 2/15/17 | Follow up meeting with EY, Chilmark and Cleary and RLKS re tax matters (2.0) and follow up analysis (1.5) | John Ray | 9 | 1 | 0 | 4 | 30 | 3.5 |
| 2/21/17 | Claims matters; distribution model | John Ray | 9 | 1 | 0 | 6 | 0 | 5.0 |
| 2/21/17 | Canadian appeal status; review filings | John Ray | 9 | 1 | 0 | 2 | 15 | 1.3 |
| 2/22/17 | Further claims and distribution model; reserve establishment; closing prep | John Ray | 9 | 1 | 0 | 7 | 0 | 6.0 |
| 2/23/17 | Distribution work in advance of closing | John Ray | 9 | 1 | 0 | 6 | 30 | 5.5 |
| 2/24/17 | Review 3rd circuit letter | John Ray | 9 | 1 | 0 | 1 | 30 | 0.5 |
| 2/24/17 | Prepare and file quarterly fee app | John Ray | 11 | 1 | 0 | 3 | 45 | 2.8 |
| 2/27/17 | Review NNIII plan matters | John Ray | 9 | 1 | 0 | 5 | 45 | 4.8 |
| 2/28/17 | Distribution matters for post effective date | John Ray | 9 | 1 | 0 | 6 | 30 | 5.5 |