# EXHIBIT B

## EXPENSE SUMMARY/DETAIL

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2017 through February 28, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## Nortel Networks, Inc.

**EXPENSE SUMMARY**
**February 1, 2017 through February 28, 2017**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 453.20 |
| Travel – Lodging | | 846.60 |
| Travel – Transportation | | 119.50 |
| Travel – Meals | | 100.00 |
| Travel - Parkig | | 20.00 |
| TOTAL | | $ 1,539.30 |
| | | |

John Ray Time and Expense--Nortel

PERIOD: February 1, 2017 through February 28, 2017

| Date | Description | Air | Lodging | Transportation | Meals | Parking | Professional |
|---|---|---|---|---|---|---|---|
| 2/14/17 | New York - airfare | $ 453.20 | | | | | John Ray |
| 2/14/17 | New York - car service LGA to hotel | | | $ 68.90 | | | John Ray |
| 2/15/17 | New York - care service | | | $ 23.80 | | | John Ray |
| 2/15/17 | New York - care service | | | $ 26.80 | | | John Ray |
| 2/15/17 | New York - hotel | | $ 846.60 | | | | John Ray |
| 2/15/17 | New York - working dinner (2) | | | | $ 100.00 | | John Ray |
| 2/16/17 | New York - parknig | | | | | $ 20.00 | John Ray |