**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re Dkt. Nos: 17687, 17741** |

## ORDER

Solus Alternative Asset Management LP and Point State Capital LP, as noteholders of the 7.875% rate senior notes due June 15, 2006, which Nortel Networks Capital Corporation and Nortel Networks Limited issued, objected to the fees which the Nortel Networks Capital Corporation Bonds Indenture Trustee (the "Indenture Trustee") asserts.  For the reasons contained in the accompanying Opinion of even date, the following amounts are deducted from the fees which the Indenture Trustee asserts (which amounts include voluntary reductions):

| | |
|---|---|
| Dewey & LeBoeuf LLP | $641,295.70 |
| Patterson Belknap Webb & Tyler LLP | $272,641.00 |

The total amount of the reduction is $913,936.00.  The Indenture Trustee's and its lawyers' fees are otherwise approved.

SO ORDERED.

Dated: March 8, 2017

_____
KEVIN GROSS, U.S.B.J.