**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------x | | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| **NORTEL NETWORKS, INC., <u>et al.</u>,** | : | |
| | : | |
| Debtors.[1] | : | Related ECF Nos.: 17965 |
| ------------------------------------------------------x | | |

## <u>NOTICE OF SERVICE</u>

I, Joanne P. Pinckney, hereby certify that on the 27th day of February, 2017, a copy of the *Amended Notice of Agenda of Matters Scheduled for Hearing on February 28, 2017 at 9:00 a.m.* was served upon all parties receiving notice via CM/ECF, and upon the person(s) listed on the service list attached hereto as Exhibit A via first-class mail, postage pre-paid:

Dated: March 9, 2017        PINCKNEY, WEIDINGER, URBAN
                                              & JOYCE LLC

                                              */s/ Joanne P. Pinckney*
                                              Joanne P. Pinckney, Esq. (DE No. 3344)
                                              3711 Kennett Pike, Suite 210
                                              Greenville, DE 19807
                                              Telephone: (302) 504-1497

                                              Co-*Counsel to Counsel to Solus Alternative Asset Management LP and PointState Capital LP*

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).