# EXHIBIT A



# Affidavit of Service

Firm: *Pinckney*          Reference No. *552*

I, *Deborah Boyce*, declare as follows:

**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action.  I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801.  I am an authorized representative of Parcels, Inc.

The following document(s), *#17965*, in the following case, *09-10138*, was/were delivered by the following method(s):

*Quantity Sent (Check any that apply):*

☑ *256*      First Class Mail

☐ _____      Priority Mail

☐ _____      Express Mail

☑ *9*      International Mail

☐ _____      Federal Express

☐ _____      Hand Delivery

☐ _____      Fax

I declare, under penalty of perjury, that the above statements are true and correct.  The above action(s) was/were executed on *2-27-17* in Wilmington, DE.

*Deborah Boyce* Parcels, Inc., Representative.

*(Employee Signature)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.,* | Case Nos. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 28, 2017 AT 9:00 A.M.**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtSolutions. Please visit their website at www.Court-Solutions.com and create an account, this must be done at least one hour prior to the hearing. CourtSolutions will not accept reservations after the extended deadline has passed. Please do not contact chambers prior to the expiration of the extended deadline.

## MATTER GOING FORWARD

1. Objection to Confirmation of Plan, Statement with Respect to (I) First Amended Joint Chapter 11 Plan Of Nortel Networks Inc. And Certain Of Its Affiliated Debtors (II) Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) And Federal Rule Of Bankruptcy Procedure 9019 Approving Settlement And Plan Support Agreement and Objection Asserted Fees and Expenses of Indenture Trustee (ECF No. 17687, filed January 9, 2017)

   **Responses Received**:

   a) Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (ECF No. 17731, filed January 19, 2017)

   b) Indenture Trustee Delaware Trust Company's (A) Response to Statement of Solus Alternative Asset Management LP and PointState Capital LP with Respect to (I) First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors and (II) Debtors' Motion for Entry of An Order Pursuant to 11 U.S.C. Sections 105(a) and 363(b) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement Agreement and Plan Support Agreement and Objection to Asserted Fees and Expenses of Indenture Trustee and (B) Joinder and Reservation of Rights (ECF No. 17741, Filed January 19, 2017)

**Related Pleading**:

a) Reply of Solus Alternative Asset Management LP And Pointstate Capital LP With Respect To (I) NNC Noteholders Statement Concerning Plan and SPSA And Objection to Asserted Fees and Expenses of Indenture Trustee And (II) Indenture Trustees Response To Fee Objection (ECF No. 17747, Filed January 20, 2017)

b) Order Regarding Hearing on Fee Objection (ECF No. 17805, Filed January 26, 2017)

c) Order Appointing Mediator Judge Joseph J. Farnan (ECF No. 17809, Filed January 26, 2017)

d) Telephonic Pretrial Conference Held February 22, 2017 at 3:00 p.m. before The Honorable Judge Kevin Gross (ECF No. 17938, Filed February 22, 2017)

e) Affidavit of Sandra E. Horwitz Filed by Delaware Trust Company, as Indenture Trustee (ECF No. 17942, Filed February 22, 2017)

f) Affidavit of James D. Heaney Filed by Delaware Trust Company, as Indenture Trustee, Law Debenture Trust Company of New York (ECF No. 17944, Filed February 22, 2017)

g) Affidavit Of Stephen Blauner In Support Of Objection Of NNCC Noteholders To Asserted Fees And Expenses Of Indenture Trustee (ECF No. 17945, Filed February 22, 2017)

h) **Indenture Trustee Delaware Trust Company's Brief in Support of Payment of Fees and Expenses (ECF No. 17957, Filed February 24, 2017)**

i) **Affidavit of Eric J. Monzo (related document(s)[17957]) Filed by Delaware Trust Company, as Indenture Trustee (ECF No. 17958, Filed February 24, 2017**

j) **Memorandum of Law/Brief In Support Of Objection of Solus Alternative Asset Management LP and PointState Capital LP to Asserted Fees and Expenses of Indenture Trustee (ECF No. 17961, Filed February 24, 2017)**

k) **Declaration Of James C. Tecce In Support Of Memorandum Of Law In Support Of Objection Of Solus Alternative Asset Management LP And PointState Capital LP To Asserted Fees And Expenses Of Indenture Trustee (related document(s)[17961]) (ECF No. 17963, Filed February 24, 2017)**

Status: The hearing on this matter will go forward.

Dated: February 27, 2017             PINCKNEY, WEIDINGER, URBAN
                                        & JOYCE LLC

                                    */s/ Joanne P. Pinckney*
                                    Joanne P. Pinckney, Esq. (DE No. 3344)
                                    3711 Kennett Pike, Suite 210
                                    Greenville, DE 19807
                                    Telephone: (302) 504-1497

                                    Co-*Counsel to Counsel to Solus Alternative Asset*
                                    *Management LP and PointState Capital LP*

**File a Notice:**

09-10138-KG Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (Delaware) |
| Assets: y | Judge: KG | |

Case Flag: CLMSAGNT, LEAD, MEGA, APPEAL, Exhibits, CONFIRMED, FeeDue, SealedDoc(s)

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Joanne P. Pinckney entered on 2/27/2017 at 9:50 AM EST and filed on 2/27/2017
**Case Name:**     Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent
**Case Number:**   09-10138-KG
**Document Number:** 17965

**Docket Text:**
Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[17955]) Filed by Solus Alternative Asset Management LP and PointState Capital LP. Hearing scheduled for 2/28/2017 at 09:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. (Pinckney, Joanne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Amended Notice of Agenda for Hearing February 28, 2017 (00183129xB5CB3).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/27/2017] [FileNumber=14353373-0
] [02ce6c456fd51ca9984e7330e95e7f774b52497a13c69445f8ba99c98af0d87a611
5184d172b7bb67f75032206b28e5d1c04f8092e83c798184e082a577adfcb]]

**09-10138-KG Notice will be electronically mailed to:**

Derek C. Abbott on behalf of 3rd Party Plaintiff Nortel Networks Inc., et al.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Debtor Nortel Networks (CALA) Inc.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Debtor Nortel Networks Inc., et al.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Defendant Nortel Networks Inc.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

Derek C. Abbott on behalf of Interested Party Nortel Networks Inc., et al.
dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

Justin R. Alberto on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Justin R. Alberto on behalf of Interested Party Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund
jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Justin R. Alberto on behalf of Interested Party UK Pension Trust Limited
jalberto@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com

Gayle H. Allen on behalf of Creditor Bell Aliant Regional Communications Limited
gallen@verilldana.com, rmoon@verilldana.com;dkariotis@verilldana.com

Elihu Ezekiel Allinson, III on behalf of Creditor Motorola Solutions, Inc., formerly Motorola, Inc.
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com

ACUSHNET COMPANY
ATTN: CREDIT DEPT
TITLEIST & FOOTJOY, PO BOX 965
FAIRHAVEN, MA 02719

ADAMS, LAURIE
217 RIDGE CREEK DRIVE
MORRISVILLE, NC 27560

AIKEN, SANDRA
3166 TUMP WILKINS ROAD
STEM, NC 27581

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED S. HODARA, RYAN C. JACOBS,
DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN
ONE BRYANT PARK
NEW YORK, NY 10036

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: SUSAN R. FUERTES, ESQ.
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX 77032

ALLEN & OVERY LLP
ATTN: KEN COLEMAN, ESQ. & DANIEL GUYDER, ESQ.
1221 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10020

APC WORKFORCE SOLUTIONS LLC
ATTN: DOUG GOIN CFO
420 SOUTH ORANGE AVENUE, 6TH FL
ORLANDO, FL 32801

ARDENT LAW GROUP, P.C.
ATTN: HUBERT H. KUO ESQ.
2301 DUPONT DR STE 510
IRVINE, CA 92612

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ.
171 17TH ST NW, STE 2100
ATLANTA, GA 30363-1031

ASHBY & GEDDES P.A.
ATTN: RICARDO PALACIO ESQ.
500 DELAWARE AVE
WILMINGTON, DE 19801

ASSISTANT ATTORNEY GENERAL
ATTN: LAURA L. MCCLOUD ESQ.
P.O. BOX 20207
NASHVILLE, TN 37202

BAKER BOTTS L.L.P.
JUDITH W. ROSS, ESQ.
COUNSEL TO GENBAND, INC.
2001 ROSS AVENUE
DALLAS, TX 75201

BALLARD SPAHR
ATTN: LESLIE HEILMAN ESQ.
919 MARKET ST, 12TH FL
WILMINGTON, DE 19801

BALLARD SPAHR ANDREWS & INGERSOLL LLP
ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ.
51ST FL MELLON BANK CTR, 1735 MARKET ST
PHILADELPHIA, PA 19103

BALLARD SPAHR LLP
ATTN: DUSTIN P. BRANCH ESQ.
2029 CENTURY PARK EAST, STE 800
LOS ANGELES, CA 90067-2909

BALLARD SPAHR LLP
ROBERT MCL. BOOTE, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

BALLARD SPAHR, LLP
TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ.
COUNSEL TO WESTCHESTER FIRE INSURANCE CO.
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN ESQ.
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

BAYARD, P.A.
CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. &
DANIEL A. O'BRIEN, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19899

BELL MICROPRODUCTS INC
ATTN: DAVID L. URANGA
201 MONROE STREET, SUITE 300
MONTGOMERY, AL 36104

BENNETT, STEVEN E.
37052 CHESTNUT STREET
NEWARK, CA 94560

BERNSTEIN, SHUR, SAWYER & NELSON
ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.;
DANIEL J. MURPHY, ESQ.
COUNSEL TO AD HOC COMMITTEE
100 MIDDLE STREET
P.O. BOX 9729
PORTLAND, ME 04104-5029

BERTRAM FREDRICK THOMAS FLETCHER
35 BROOMHILL COURT
CLAYTON, NC 27527

BIALSON BERGEN & SCHWAB
ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA ESQ.
PATRICK M. COSTELLO ESQ.
633 MENLO AVENUE, SUITE 100
MENLO PARK, CA 94025

BIFFERATO LLC
IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ;
KEVIN G. COLLINS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
1007 N ORANGE ST FL 4
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE, ESQ.
COUNSEL TO CABLE NEWS NETWORK, INC.
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
ATTN: BONNIE GLANTZ FATELL, ESQ.;
VICTORIA A. GUILFOYLE, ESQ.
COUNSEL TO AD HOC COMMITTEE
1201 NORTH MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BOYER, BONNIE J.
346 BLACKPEPPER LOOP
LITTLE RIVER, SC 29566-8535

BOYLAN BROWN
ATTN: DEVIN LAWTON PALMER
145 CULVER ROAD
ROCHESTER, NY 14620-1678

BRACEWELL & GUILIANI LLP
ATTN: JENNIFER FELDSHER
1251 AVENUE OF THE AMERICAS 49TH FL
NEW YORK, NY 10020-1104

BRENDA L. ROHRBAUGH
2493 ALSTON DRIVE
MARIETTA, GA 30062

BRENT E. BEASLEY
541 AMMONS RD
DUNN, NC 28334

BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN ESQ.
6 NORTH BROAD ST, STE 1000
WOODBURY, NJ 08096

BROWN MCCAROLL LLP
ATTN: AFTON SANDS-PURYEAR
KELL C. MERCER; AFTON SANDS-PURYEAR
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

BROWN RUDNICK LLP
STEVEN D. POHL, ESQ.
COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
EDWARD S. WEISFELNER & BENNETT S. SILVERBERG
COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN, REMAJOS
2353 SWORD DRIVE
GARLAND, TX 75044

BRUCE FRANCIS
5506 LAKE ELTON RD.
DURHAM, NC 27713

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: ERIC S. PREZANT ESQ.
161 N CLARK ST, STE 4300
CHICAGO, IL 60601

BRYAN CAVE LLP
ATTN: CULLEN K. KUHN ESQ.
211 N BROADWAY, STE 3600
ST. LOUIS, MO 63102

BUCHALTER NEMER
ATTN: SHAWN M. CHRISTIANSON ESQ.
55 SECOND STREET, 17TH FL
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ.
919 N MARKET ST STE 1500
WILMINGTON, DE 19801-3046

CAROL F. RAYMOND
7962 S.W. 185 STREET
MIAMI, FL 33157

CAROLINE UNDERWOOD
1210 PULITZER LN
DURHAM, NC 27703-8396

CARR, BARBARA
145 GRECIAN PKWY
ROCHESTER, NY 14626

CARTER LEDYARD & MILBURN LLP
ATTN: JAMES GADSDEN
2 WALL STREET
NEW YORK, NY 10005

CASSELS BROCK & BLACKWELL LLP
ATTN: MICHAEL J. WUNDER, R. SNAYNE KUKULOWICZ, AND
RYAN C. JACOBS
SUITE 2100 SCOTIA PLAZA
40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA

CHAD SORAINO
894 HICKORY AVE.
HESPERIA, CA 92345

CHAMBERS, LOTTIE EDITH
2716 DALFORD CT.
RALEIGH, NC 27604

CHIPMAN BROWN CICERO & COLE, LLP
1313 N MARKET ST STE 5100
ATTN: W. CHIPMAN, M. OLIVERE & A. KASHISHIAN
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
WILMINGTON, DE 19801

CLEARY GOTTLIEB STEEN & HAMILTON LLP
COUNSEL FOR THE DEBTOR
ATTN: JAMES L. BROMLEY AND LISA M. SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COLE SCHOTZ P.C.
N. PERNICK, S. BHATNAGAR & N. BRANNICK
COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP
RESEARCH INC.
300 E. LOMBARD STREET, SUITE 1450
BALTIMORE, MD 21202

COMMONWEALTH OF PENNSLYVANIA
CAROL E. MOMJIAN
OFFICE OF THE ATTORNEY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION
C/O MARK K. AMES
TAX AUTHORITY CONSULTING SERVICES P.C.
PO BOX 31800
RICHMOND, VA 23294-1800

CONNOLLY BOVE
ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ.
THE NEMOURS BUILDING, 1007 N ORANGE ST
WILMINGTON, DE 19801

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ.
58 SOUTH SERVICE ROAD, SUITE 200
MELVILLE, NY 11747

COWLES & THOMPSON, PC
ATTN: STEPHEN C. STAPLETON
COUNSEL TO GTCI
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
P.O. BOX 1380
WILMINGTON, DE 19899-1380

CULLEN, EMILY D
100 TELMEW CT
CARY, NC 27518

CURTIS MALLET-PREVOST COLT & MOSLE LLP
ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ.
101 PARK AVENUE
NEW YORK, NY 10178-0061

CYNTHIA ANN SCHMIDT
P.O. BOX 119
OREGON HOUSE, CA 95962

DAVID LITZ
316 N MANUS DRIVE
DALLAS, TX 75224

DAVID, DANIEL D.
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

DELAWARE TRUST COMPANY
ATTN: SANDRA HORWITZ
2711 CENTREVILLE ROAD
WILMINGTON, DE 19808

DEMEL, ERNEST
530 W. 55TH STREET, APT. 13K
NEW YORK, NY 10019

DENTONS CANADA LLP
KENNETH KRAFT
JOHN SALMAS
77 KING STREET WEST,
SUITE 400, TD CENTRE
TORONTO, ON M5K 0A1
CANADA

DEWEY & LEBOEUF, LLP
LAWRENCE E. MILLER, ESQ.
125 W 55TH STREET
NEW YORK, NY 10019

DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ.
6225 SMITH AVENUE
BALTIMORE, MD 21209

DLA PIPER LLP (US)
ATTN: SELINDA A. MELNIK
COUNSEL FOR THE CANADIAN CREDITORS COMMITTEE
1201 NORTH MARKET STREET, SUITE 2100
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
COUNSEL TO SANMINA CORPORATION
ATTN: HOWARD A. COHEN, ESQ.
222 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801-1621

DRINKER BIDDLE & REATH LLP
COUNSEL TO SANMINA CORPORATION
ATTN: ROBERT K. MALONE, ESQ.
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

DUANE MORRIS LLP
MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ.
COUNSEL TO GENBAND INC.
222 DELAWARE AVENUE
SUITE 1600
WILMINGTON, DE 19801-1659

DURANT, FRED
708 EAST H STREET
LEOTI, KS 67861

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

ELLIOTT GREENLEAF
ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA;
SHELLY A. KINSELLA
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM
DISABILITY PLAN PARTICIPANTS
1105 N. MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

EMC CORPORATION
RONALD ROWLAND, ESQ.
C/O RECEIVABLE MANAGEMENT SERVICES
305 FELLOWSHIP RD STE 100
MOUNT LAUREL, NJ 08054-1232

ESTELLE LOGGINS
6707 LATTA STREET
DALLAS, TX 75227

EXPORT DEVELOPMENT CANADA
ATTN: DEREK AUSTIN
151 O'CONNOR STREET
OTTOWA, ON K1A 1K3
CANADA

FAIRCLOTH, DEBORAH
227 MARIE ST
JACKSONVILLE, NC 28546-5142

FLEXTRONICS INTERNATIONAL
ATTN: STEVEN JACKMAN, VICE PRESIDENT
847 GIBRALTAR DRIVE
MILPITAS, CA 95035

FOX ROTHSCHILD LLP
JEFFREY M. SCHLERF, ESQ.
COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM
919 NORTH MARKET STREET, SUITE 300
CITIZENS BANK CENTER
WILMINGTON, DE 19801

FPL LAW DEPARTMENT
ATTN: RACHEL S. BUDKE ESQ.
700 UNIVERSE BLVD
JUNO BEACH, FL 33408

FRANCHISE TAX BOARD
ATTN: DELAWARE DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE 19903

FRANCIS, BRUCE
5506 LAKE ELTON ROAD
DURHAM, NC 27713

FREDDIE WORMSBAKER
327 LOCUST ST.
TWIN FALLS, ID 83301

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER ESQ.
ATTN: DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DR, STE 3000
COUNSEL TO MERCER (US) INC.
CHICAGO, IL 60606

FRIEDLANDER & GORRIS, P.A.
1201 N. MARKET STREET
SUITE 2200
WILMINGTON, DE 19801

FULBRIGHT & JAWORSKI LLP
ATTN: DAVID A. ROSENZWEIG ESQ.
666 5TH AVE
NEW YORK, NY 10103-3198

GAMBOURG & BORSEN LLP
ATTN: ROMAN GAMBOURG, ESQ.
COUNSEL TO MERA NETOWRKS
2160 N CENTRAL RD STE 201
FORT LEE, NJ 07024

GARRETT, GARY W.
4093 HOGAN DRIVE UNIT 4114
TYLER, TX 75709

GERALD R. UTPADEL
4627 GREENMEADOWS AVENUE
TORRANCE, CA 90505

GIBBONS P.C.
ATTN: DAVID N. CRAPO ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN
JANET WEISS, ESQ.
COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS
200 PARK AVENUE
NEW YORK, NY 10166-0193

GOODMANS LLP
ATTN: CHRIS ARMSTRONG
333 BAY STREET, SUITE 3400
TORONTO, ON M5H 2S7
CANADA

GOULD & RATNER LLP
ATTN: CHRISTOPHER J. HORVAY ESQ.
222 N LASALLE ST, STE 800
CHICAGO, IL 60601

GOWLING LAFLEUR HENDERSON
ATTN: JENNIFER STAM; DERRICK TAY
1 FIRST CANADIAN PLACE
100 KING STREET WEST, SUITE 1600
TORONTO, ON M5X 1G5
CANADA

GUEVARRA JR., EDWARD
11007 SCRIPPS RANCH BLVD
SAN DIEGO, CA 92131

GUSSIE H. ANDERSON
109 GUMPOND BELL RD
LUMBERTON, MS 39455

HAHN LOESER & PARKS LLP
ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ.
200 PUBLIC SQUARE, STE 2800
CLEVELAND, OH 44114

HEINBAUGH, ALLAN
165 BLOSSOM HILL ROAD
SPC 14
SAN JOSE, CA 95123-5902

HEISLER, SUSAN ANN
133 ANNA ROAD BOX 194
BLAKESLEE, PA 18610

HERBERT PRESTON STANSBURY
3193 US HIGHWAY 15
STEM, NC 27581

HERBERT SMITH
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREEET
LONDON, EC2A 2HS
UNITED KINGDOM

HINCKLEY ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN ESQ.
28 STATE ST
BOSTON, MA 02109

HODGES, RICHARD
12804 PAMPLONA DR
WAKE FOREST, NC 27587

HOLBROOK, MARY L.
1181 GREY FOX COURT
FOLSOM, CA 95630

HP COMPANY
ATTN: RAMONA NEAL ESQ.
11307 CHINDEN BLVD, MS 314
BOISE, ID 83714

HUGHES HUBBARD & REED LLP
CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

HUNTON & WILLIAMS
ATTN: LYNNETTE R. WARMAN
1445 ROSS AVE, ROUNTAIN PLACE STE 3700
DALLAS, TX 75202-2799

IBM CORPORATION/IBM CREDIT LLC
ATTN: BANKRUPTCY COORDINATOR
275 VIGER EAST 4TH FLOOR
MONTREAL, QC H3G 2W6
CANADA

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IOWA DEPARTMENT OF REVENUE
JOHN WATERS, ATTORNEY AT LAW
COLLECTIONS SECTION
P.O. BOX 10457
DES MOINES, IA 50306

J. SCOTT DOUGLASS ESQ.
1811 BERING DRIVE
SUITE 420
HOUSTON, TX 77057-3186

JACOBS, WANDA
801 DUPREE STREET
DURHAM, NC 27701

JAMES HUNT
8903 HANDEL LOOP
LAND O LAKES, FL 34637

JAMES LEE
1310 RICHMOND STREET
EL CERRITO, CA 94530

JANETTE M. HEAD
16 GLENEAGLE DRIVE
BEDFORD, NH 03110

JD THOMPSON LAW
JUDY T. THOMPSON, ESQ.
P.O. BOX 33127
CHARLOTTE, NC 28233

JOHN J. ROSSI
1568 WOODCREST DRIVE
WOOSTER, OH 44691

JOHN MERCER
2123 - 14 STREET
MOLINE, IL 61265

JONES DAY
ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ.
1420 PEACHTREE ST NE, STE 800
ATLANTA, GA 30309

KATTEN MUCHIN ROSENMAN LLP
ATTN: CRAIG BARBAROSH; DAVID CRICHLOW; KAREN DINE
KEVIN BAUM
575 MADISON AVENUE
COUNSEL FOR WILMINGTON TRUST, NATIONAL ASSOCIATION
NEW YORK, NY 10022-2585

KAUSHIK PATEL
5665 ARAPAHO RD. #1023
DALLAS, TX 75248

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
KRISTIN S. ELLIOTT, ESQ.
COUNSEL TO CYPRESS COMMUNICATIONS, INC.;
TATA AMERICAN INTERNATIONAL CORP.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER
COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION
101 PARK AVENUE
NEW YORK, NY 10178

KENNETH MURRAY
PO BOX 3043
MCKEESPORT, PA 15134

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067-6049

KLEHR HARRISON
ATTN: JOANNE B. WILLS ESQ.
919 MARKET ST, STE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS FRANKEL LLP
ERNSEST S. WECHSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KUMAR, RAHUL
C-701 NEELACHAL APT. PLOT NO 3
SECTOR 4, DWARKA
NEW DELHI, 110078
INDIA

L.A. COUNTY TREASURER & TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA 90054-0110

LANDIS RATH & COBB LLP
ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.;
J. LANDON ELLIS, ESQ.
COUNSEL TO ASM CAPITAL III, L.P.
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LATHROP & GAGE LLP
ATTN: STEPHEN K. DEXTER ESQ.
1515 WYNKOOP STREET, SUITE 600
DENVER, CO 80202

LAW OFFICE OF VIVIAN HOUGHTON
ATTN: VIVIAN A. HOUGHTON, ESQ.
COUNSEL TO MERA NETWORKS
800 WEST STREET
WILMINGTON, DE 19801

LECLAIRRYAN LLP
ROBERT S. MCWHORTER
COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD.
400 CAPITOL MALL STE 1500
SACRAMENTO, CA 95814-4406

LEWIS AND ROCA LLP
ATTN: SCOTT K. BROWN ESQ.
201 E WASHINGTON ST STE 1200
PHOENIX, AZ 85004

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN ESQ.
P.O. BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DAVID G. AELVOET ESQ.
TRAVIS BLDG SUITE 300, 711 NAVARRO
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ.
2777 N. STEMMONS FREEWAY; STE 1000
DALLAS, TX 75207

LONG, VERNON
4929 KELSO LANE
GARLAND, TX 75043

LOWENSTEIN SANDLER PC
ATTN: VINCENT A. D'AGOSTINO ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MADDRY, SHIRLEY
1607 SUMMIT DRIVE
ROCKINGHAM, NC 28379-3960

MAGNOZZI & KYE, LLP
ATTN: AMISH R. DOSHI, ESQ.
COUNSEL TO ORACLE AMERICA, INC.
23 GREEN STREET, SUITE 302
HUNTINGTON, NY 11743

MANN, WENDY BOSWELL
4913 SUMMIT PLACE DR. NW,
APT. 404
WILSON, NC 27896

MARILYN DAY
2020 FOX GLEN DRIVE
ALLEN, TX 75013

MARILYN GREEN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

MARK R. JANIS
193 VIA SODERINI
APTOS, CA 95003

MARTEL, ROBERT JOSEPH
200 LIGHTHOUSE LANE APT B3
SWANSBORO, NC 28584

MASSENGILL, TERRY D.
126 KERI DRIVE
GARNER, NC 27529

MAYER BROWN LLP
ATTN: MELISSA A. MICKEY
71 S. WACKER DRIVE
CHICAGO, IL 60604-1404

MAYER BROWN LLP
ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.;
AMIT K. TREHAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

MCCAFFREY, LEAH
7139 DEBBE DR.
DALLAS, TX 75252

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ.
1750 TYSONS BLVD, STE 1800
MCLEAN, VA 22102-4215

MCGUIREWOODS LLP
ATTN: JAMES E. VAN HORN
7 SAINT PAUL STREET
SUITE 1000
BALTIMORE, MD 21202

MD DEPARTMENT OF LABOR LICENSING & REG.
OFFICE OF UNEMPLOYMENT
INSURANCE CONTRIBUTIONS DIVISION
1100 N. EUTAW STREET, ROOM 401
SUITE 3000
BALTIMORE, MD 21201

MEYERS LAW GROUP P.C.
ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ.
44 MONTGOMERY STREET, STE 1010
SAN FRANCISCO, CA 94104

MICHAEL P. ALMS
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ.
ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ.
28 LIBERTY STREET
NEW YORK, NY 10005

MISSOURI DEPT OF REVENUE
ATTN: SHERYL L. MOREAU ESQ.
P.O. BOX 475, BANKRUPTCY DIVISION
JEFFERSON CITY, MO 65105-0475

MONARCH ALTERNATIVE CAPITAL LP
ATTN: ANDREW HERENSTEIN
535 MADISON AVE.
NEW YORK, NY 10022

MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A.
ATTN: RACHEL B. MERSKY ESQ.
1201 N ORANGE ST, STE 400
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: BRETT D. FALLON ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

MORRIS JAMES LLP
ATTN: MICHAEL J. CUSTER ESQ.
500 DELAWARE AVE, STE 1500
WILMINGTON, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
COUNSEL FOR THE DEBTORS
ATTN: DEREK ABBOTT AND ERIC SCHWARTZ
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19801

MORRISON, PAUL EDWARD
2241 COLLEGE AVENUE
QUINCY, IL 62301

MULLETT, REID
266 CAMDEN TRL
DALLAS, GA 30157-8716

MUNICIPAL OPERATIONS
ATTN: MAX TAYLOR ASST. CITY ATTY.
201 W. COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202-5332

NAJAM UD DEAN
6 AUGUSTA DRIVE
MILLBURY, MA 01527

NETWORK ENGINEERING INC.
C/O EVAN A MCCORMICK ESQUIRE
1900 NW EXPRESSWAY SUITE 450
50 PENN PLACE
OKLAHOMA CITY, OK 73118

NEUMANN, JANE
11730 CO. ROAD 24
WATERTOWN, MN 55388

NIXON PEABODY LLP
ATTN: LOUIS J. CISZ, III
ONE EMBARCADERO CENTER, 18TH FLOOR
SAN FRANCISCO, CA 94111

NORTEL NETWORKS, INC.
P.O. 13010
RESEARCH TRIANGLE PARK, NC 27709

NORTON ROSE
ATTN: TONY REYES
ROYAL BANK PLAZA SOUTH TOWER
200 BAY ST., SUITE 3800
TORONTO, ON M5J 2Z4
CANADA

OFFICE OF THE U.S. TRUSTEE
ATTN: MARK KENNEY
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801-3519

OFFICE OF UNEMPLOYMENT INSURANCE
CONTRIBUTIONS DIVISION
MD DEPT. OF LABOR LICENSING & REG.
1100 N. EUTAW STREET, ROOM 401
BALTIMORE, MD 21201

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA JR ESQ, LAURA D METZGER ESQ
WESTON T. EGUCHI ESQ.
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

OWENBY, DANNY
2136 SAPELO CT
FERNANDINA BEACH, FL 32034

PA DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A MERTZ, TAX AGENT
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184

PA SENIOR DEPUTY ATTY GEN
ATTN: CAROL E. MOMJIAN ESQ.
21 S 12TH ST, 3RD FL
PHILADELPHIA, PA 19107-3603

PACHULSKI STANG
ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS
919 N. MARKET ST. 17TH FL.
WILMINGTON, DE 19899-8705

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY
LAW DEBENTURE TRUST COMPANY OF NEW YORK
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

PATTERSON HARKAVY
225 E WORTHINGTON AVE STE 200
CHARLOTTE, NC 28203-4886

PAUL WEISS RIFKIND WHARTON & GARRISON
STEPHEN J. SHIMSHAK; MARILYN SOBEL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

PENSION BENEFIT GUARANTY CORP
ATTN: VICENTE MATIAS MURRELL,
STEPHEN D. SCHREIBER, PAULA J. CONNELLY,
GARTH D. WILSON AND JENNIFER MESSINA
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW
WASHINGTON, DC 20005-4026

PEPPER HAMILTON LLP
ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ
1313 MARKET ST, STE 5100
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
ATTN: HENRY JAFFE ESQ.
1313 MARKET ST, STE 5100
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
EVELYN J. MELTZER, ESQ.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
PO BOX 1709
WILMINGTON, DE 19899-1709

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA ESQ.
500 E BORDER ST STE 640
ARLINGTON, TX 76010-7457

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
ATTN: JOANNE P. PINCKNEY, ESQ.
COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

POLSINELLI PC
ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ
222 DELAWARE AVENUE, STE 1101
WILMINGTON, DE 19801

POST & SCHELL P.C.
ATTN: BRIAN W. BISIGNANI ESQ.
17 N 2ND ST, 12TH FL
HARRISBURG, PA 17101-1601

POYNER SPRUILL LLP
ATTN: SHANNON E. HOFF
301 S. COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

PRYOR CASHMAN LLP.
ATTN: RONALD S. BEACHER, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036

QUINN EMANUEL URQUHART & SULLIVAN, LLP
SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND
DANIEL S. HOLZMAN, ESQ.
COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

RAY QUINNEY & NEBEKER P.C.
ATTN: STEPHEN C. TINGEY, ESQ.
36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY, UT 84145-0385

REED SMITH LLP
ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

REESE, KATHLEEN
200 CARNEGIE DRIVE
MILPITAS, CA 95035

RICHARD LYNN ENGLEMAN
1505 NEVADA DRIVE
PLANO, TX 75093

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH JR. ESQ.
1001 4TH AVE, STE 4500
SEATTLE, WA 98154-1192

ROBERT DALE DOVER
2509 QUAIL RIDGE RD.
MELISSA, TX 75454

ROBERT JOSEPH MARTEL
200 LIGHTHOUSE LANE; APT. B3
SWANSBORO, NC 28584

ROBINSON BRADSHAW & HINSON P.A.
ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ.
101 NORTH TRYON ST, STE 1900
CHARLOTTE, NC 28246

RONALD J. ROSE JR.
26 PHEASANT RUN
BALLSTON SPA, NY 12020

ROOB, CHAE S.
8584 CHANHASSEN HILLS DR. SOUTH,
CHANHASSEN, MN 55317

ROPES & GRAY LLP
ATTN: ANNE H. PAK
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROPES & GRAY LLP
JAMES M. WILTON, ESQ.
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

SANDNER, CHARLES
1970 N. LESLIE #3779
PAHRUMP, NV 89060

SAUL EWING LLP
ATTN: JOYCE A. KUHNS
500 E. PRATT STREET, 8TH FLOOR
BALTIMORE, MD 21202

SCOTT GENNETT
16 WILDWOOD DRIVE
LAKE GROVE, NY 11755

SEC NY REGIONAL OFFICE
ATTN: ALISTAR BAMBACH
BANKRUPTCY DIV_STE 400
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1022

SEC NY REGIONAL OFFICE
ATTN ANDREW CALAMARI
BROOKFIELD PLACE STE 400
200 VESEY STREET
NEW YORK, NY 10281-1022

SECRETARY OF STATE
ATTN: BANKRUPTCY / FRANCHISE TAX DEPT.
TOWNSEND BUILDING
SUITE 1
401 FEDERAL STREET
DOVER, DE 19901

SECRETARY OF TREASURY
820 SILVERLAKE BLVD., SUITE 100
DOVER, DE 19904

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE
WASHINGTON, DC 20549

SEGURA, MANUEL
215 SHERIDAN APT. #B-43
PERTH AMBOY, NJ 08861

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ
30 ROCKEFELLER PLAZA, 24TH FL
NEW YORK, NY 10112

SIRLIN GALLOGLY & LESSER, P.C.
ATTN: DANA S. PLON ESQ.
123 SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PA 19109

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: ROBERT A. WEBER, ESQ.
COUNSEL FOR STEPHEN TAYLOR
CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA
ONE RODNEY SQUARE
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: GEORGE A. ZIMMERMAN, ESQ. &
SUSAN L. SALTZSTEIN, ESQ.
COUNSEL FOR STEPHEN TAYLOR,
CONFLICTS ADMINISTRATOR FOR NORTEL NETWORKS SA
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN
LLP, ATTN: AMOS U. PRIESTER IV ESQ.
ANNA B. OSTERHOUT ESQ.
P.O. BOX 2611
RALEIGH, NC 27602-2611

SPECTRUM GROUP MANAGEMENT LLC
ATTN: DAVID D.R. BULLOCK
1250 BROADWAY, 19TH FLOOR
NEW YORK, NY 10001

STEMPEL BENNETT CLAMAN & HOCHBERG P.C.
ATTN: EDMOND P. O'BRIEN ESQ.
675 THIRD AVE, 31ST FL
NEW YORK, NY 10017

STEVEN S. HONIGMAN
ATTORNEY FOR SUPERIOR AVIATION BEIJING CO. LTD
500 EAST 77TH STREET
NEW YORK, NY 10162

STEWART, MIRIAM L.
2615 BAILEY'S CROSSROADS RD.
BENSON, NC 27504

STUTTS, MICHAEL
1616 HASTINGS BLUFF
MCKINNEY, TX 75070

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN ESQ.
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

SUMITOMO ELECTRIC
ATTN: CHRIS FINCH CREDIT MANAGER
201 S. ROGERS LANE, STE. 100
RALEIGH, NC 26710

SWARTZ CAMPBELL LLC
ATTN: NICHOLAS SKILES ESQ.
300 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
MICHAEL J. RIELA
US COUNSEL FOR THE BANK OF NEW YORK MELLON
900 THIRD AVENUE
NEW YORK, NY 10022

THE BANK OF NEW YORK MELLON
ATTN: MARTIN FEIG, V.P.
101 BARCLAY STREET - 8 WEST
NEW YORK, NY 10286

THE INTECH GROUP INC.
ATTN: ERNIE HOLLING PRESIDENT
305 EXTON COMMONS
EXTON, PA 19341

THOMPSON, MICHAEL R.
564 OLD CANDIA ROAD
CANDIA, NH 03034

TISHLER & WALK, LTD.
JEFFREY B. ROSE
801 SKOKIE BLVD STE 100
NORTHBROOK, IL 60062

TOTMAN, CARMEL TURLINGTON
1821 DORA AVE APT 228
TAVARES, FL 32778-5770

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR, STE 400
LITTLETON, CO 80124

U.S. DEPT OF JUSTICE CIVIL DIV
ATTN: SETH B. SHAPIRO ESQ.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNISYS CORPORATION
ATTN: JANET FITZPATRICK
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNIVERSAL SERVICE ADMINISTRATIVE CO
ATTN: DAVID CAPOZZI,ACTING GENERAL COUNSEL
700 12TH ST NW STE 900
WASHINGTON, DC 20005-3948

UPHOLD, LOIS DIANE
201 CAMDEN PARK DRIVE
GOLDSBORO, NC 27530

US ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON, DE 19801

US DEPARTMENT OF LABOR
FRANCES PERKINS BUILDING
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

VEDDER PRICE P.C.
COUNSEL TO MIKE ZAFIROVSKI
ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ
222 NORTH LASALLE STREET, SUITE 2600
CHICAGO, IL 60601

VEGA, DEBRA
818 GLENCO ROAD
DURHAM, NC 27703

VIDMER, CLAUDIA
213 ORCHARD LANE
GLEN ELLYN, IL 60137

VONBRIESEN & ROPER S.C.
ATTN: RANDALL D. CROCKER ESQ.
411 E WISCONSIN AVE, STE 700
MILWAUKEE, WI 53202

VORYS, SATER, SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ.
BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ;
BRIAN M. WALKER, ESQ.
COUNSEL TO GOOGLE INC. AND RANGER INC.
51 WEST 52ND STREET
NEW YORK, NY 10019

WADLOW, JERRY
PO BOX 722
STRATFORD, OK 74872

WATSON, THELMA
PO BOX 971
BATH, SC 29816

WEIR & PARTNERS LLP
JEFFREY S. CIANCIULLI, ESQ.
COUNSEL TO ACME PACKET, INC.
824 MARKET STREET, SUITE 800
WILMINGTON, DE 19801-4939

WERB & SULLIVAN
ATTN: DUANE D. WERB ESQ.
300 DELAWARE AVE, 13TH FL
WILMINGTON, DE 19801

WHITEFORD TAYLOR & PRESTON LLC
CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
THE RENAISSANCE CENTER
405 NORTH KING STREET, SUITE 500
WILMINGTON, DE 19801

WICK PHILLIPS GOULD & MARTIN, LLP
ANDREW M. GOULD, ESQ.
COUNSEL FOR ERICSSON INC. AND TELEFONAKTIEBOLAGET
LM ERICSSON (PUBL.)
3131 MCKINNEY DRIVE
SUITE 100
DALLAS, TX 75204-2430

WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ.
787 7TH AVE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ;
SAMEER ADVANI, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
ATTN: MARK G. LEDWIN ESQ.
3 GANNETT DR
WHITE PLAINS, NY 10604

WOLFE, PAUL DOUGLAS
113 RED DRUM LANE
GLOUCESTER, NC 28528

WOLFF & SAMSON PC
ATTN: ROBERT E. NIES ESQ.
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ.
COUNSEL TO GOOGLE INC. AND RANGER INC.
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

WREAD, BRENDA L.
3408A WATER VISTA PARKWAY
LAWRENCEVILLE, GA 30044

YATES, KIM M.
207 TOMATO HILL ROAD
LEESBURG, FL 34748

YOUNG CONAWAY
ATTN: JAMES L. PATTON AND EDWIN J. HARRON
1000 NORTH KING STREET
WILMINGTON, DE 19801