# Exhibit A

NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Retention and Fee Applications | Brown, Coley P | 2/3/2017 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 600 | $ 1,200.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 2/13/2017 | Reviewed and updated quarterly fee application documents and exhibits. | 2.0 | 600 | $ 1,200.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 2/3/2017 | Nortel - review and approve January fee application send for filing | 0.4 | 850 | $ 340.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 2/13/2017 | Nortel - review and sign-off quarterly fee application | 0.2 | 850 | $ 170.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/6/2017 | Reviewed the status of the plan confirmation and related effective date. | 1.5 | 600 | $ 900.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/8/2017 | Reviewed and updated plan analysis and underlying documentation. | 1.7 | 600 | $ 1,020.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/13/2017 | Analyzed the plan and related requirements to go effective. | 1.5 | 600 | $ 900.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/14/2017 | Updated analysis for certain conditions to go effective per the plan. | 1.5 | 600 | $ 900.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/15/2017 | Reconciled the plan language to underlying analysis and documented notes accordingly. | 1.6 | 600 | $ 960.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/16/2017 | Reviewed the plan language and documented notes accordingly. | 1.5 | 600 | $ 900.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/17/2017 | Updated plan analysis and related effective date procedures. | 1.7 | 600 | $ 1,020.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/17/2017 | Updated plan analysis and documented notes accordingly. | 1.8 | 600 | $ 1,080.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/20/2017 | Reconciled plan analysis against language to adjust accordingly. | 1.8 | 600 | $ 1,080.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/21/2017 | Reconciled language in the plan against analysis prior to going effective. | 1.8 | 600 | $ 1,080.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/22/2017 | Analyzed the plan language and related claim information and documented notes. | 2.2 | 600 | $ 1,320.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/24/2017 | Documented notes for analysis regarding the plan and conditions to go effective. | 1.6 | 600 | $ 960.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/27/2017 | Reviewed and updated plan confirmation analysis for effective date purposes. | 1.7 | 600 | $ 1,020.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 2/28/2017 | Reviewed and updated plan analysis for conditions precedent to go effective. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/1/2017 | Analyzed various employee claims and updated analyses accordingly. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/1/2017 | Reconciled employee claims analysis and provided comments to Epiq. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/1/2017 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/1/2017 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/2/2017 | Analyzed employee claims database and updated underlying analyses. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/2/2017 | Reconciled employee claims against the claims register and updated analysis. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/2/2017 | Analyzed underlying claims information and updated analyses accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/2/2017 | Updated employee claims analysis based on comments from Cleary. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/3/2017 | Updated various employee claims analyses based on review. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/3/2017 | Updated employee claims analysis based on comments from Cleary. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/6/2017 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/6/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/7/2017 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/7/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/7/2017 | Analyzed employee claims database and updated underlying analyses. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/8/2017 | Corresponded with A. Tsai and B. Hunt of Epiq regarding claims register. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/8/2017 | Analyzed employee claims database and updated underlying analyses. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/9/2017 | Updated various employee claims analyses based on review. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/9/2017 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/9/2017 | Reconciled employee claims analysis and provided comments to Epiq. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/9/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/10/2017 | Reconciled employee claims analysis and provided comments to Epiq. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/10/2017 | Call with Huron MD regarding claims and future workstreams. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/10/2017 | Analyzed employee claims report and updated analyses accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/10/2017 | Updated various employee claims analyses based on review. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/13/2017 | Updated various employee claims analyses based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/14/2017 | Reconciled employee claims against the claims register and updated analysis. | 0.3 | 600 | $ 180.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/14/2017 | Reviewed employee claims against the claims register and updated analysis. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/14/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/15/2017 | Reconciled and updated employee claims analysis based on revised Nortel notes. | 0.9 | 600 | $ 540.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/15/2017 | Updated various employee claims analyses based on review of supporting documents. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/15/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/16/2017 | Updated various employee claims analyses based on review. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/16/2017 | Investigated certain employee claims matters per request from Cleary. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/16/2017 | Analyzed underlying claims information and updated analyses accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/16/2017 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/17/2017 | Reviewed employee claim documents and documented notes. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/17/2017 | Investigated certain employee claims matters per request from Cleary. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/20/2017 | Updated various employee claims analyses based on review of supporting documents. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/20/2017 | Analyzed employee claims report and updated analyses accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/20/2017 | Reviewed correspondence regarding certain claims and documented notes accordingly. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/21/2017 | Analyzed various employee claims and updated analyses accordingly. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/21/2017 | Analyzed employee claims report and updated analyses accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/21/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/21/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/22/2017 | Analyzed employee claims database and updated underlying analyses. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/22/2017 | Reviewed and updated employee claims analysis and documented notes accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/22/2017 | Updated various employee claims analyses based on review of supporting documents. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/23/2017 | Updated employee claims analysis based on comments from Cleary. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/23/2017 | Reviewed terms of the litigation settlement reached between creditors and impact on claims analysis. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/23/2017 | Analyzed employee claims database and updated underlying analyses. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/23/2017 | Reconciled employee claims analysis against claims database | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/23/2017 | Updated employee claims analysis and circulated to working team. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/24/2017 | Worked with A. Tsai and B. Hunt of Epiq to update the claims register for certain items. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/24/2017 | Corresponded with A. Tsai of Epiq regarding the claims register and docket. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/24/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/27/2017 | Updated employee claims analysis based on comments from Cleary. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/27/2017 | Nortel - call with Huron director re status of claims review outlook on work streams | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/27/2017 | Reconciled employee claims against the claims register and updated analysis. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/28/2017 | Nortel - call with Huron director re status of claims review outlook on work streams | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/28/2017 | Updated employee claims analysis based on revised Nortel notes. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 2/28/2017 | Updated employee claims analysis based on comments from Cleary. | 1.3 | 600 | $ 780.00 |