# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | |