**<u>EXHIBIT A</u>**

## Exhibit A

### Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ARCHIVE AMERICA, INC C/O CONTRACT ADMINISTRATION 3455 NW 54 STREET MIAMI, FL 33142 | 6903 1/25/10 09-10138 Nortel Networks Inc. | $16,622.67 (S) - (A) - (P) - (U) $16,622.67 (T) | $2,936.31 (S) - (A) - (P) - (U) $2,936.31 (T) | | Partially Satisfied Claim.  Claim should be modified as certain invoices related to the claim were paid pursuant to one or more of the Payment Orders and/or in the ordinary course of business.  Invoices 885495 in the amount of $2,555.08, 890557 in the amount of $2,737.27, 893375 in the amount of $2,828.37, 896242 in the amount of $2,737.27 and 899023 in the amount of $2,828.37 were paid by ACH on 4/15/2010.  The total amount of the ACH on 4/15/2010 was $30,474.38, which also included payment for invoices not relevant to this claim. |
| BISCHOFF, MANFRED, DR. PRINZENWEG 7 STARNBERG 82319 GERMANY | 2139 8/24/09 09-10138 Nortel Networks Inc. | Unspecified* | Disallowed | | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor.  Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases.The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| BRUNELLE, GUY 1142 AV.DES NENUPHARS LAVAL, PQ H7Y 2H3 CANADA | 8457 2/5/13 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $107,079.00 (U) $107,079.00 (T) | Disallowed | | The Claim asserts liability for certain termination benefits for which the Debtors are not liable.  Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| HURLY, GEOFFREY 243 BYRNE PLACE SW EDMONTON, AB  T6W 1E3  CANADA | 3193 9/18/09 NO DEBTOR | - (S) - (A) - (P) $34,238.64 (U) $34,238.64 (T) | Disallowed | | The Claim asserts liability for certain termination benefits for which the Debtors are not liable.  Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| JACKSON, PALMA 553 FIRST AVE PETROLIA, ON  N0N 1R0  CANADA | 2057 8/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $347.00 (U) $347.00 (T) | Disallowed | | The claim asserts liability for retiree life insurance benefits.  Pursuant to the Retiree Welfare Settlement Agreement, this/these claim(s) was/were previously disallowed and expunged. See D.I. 9938.  The claim asserts liability for pension benefits.  Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| NETAS TELEKOMUNIKASYON A.S. YENISEHIR MAH. OSMANLI BULVARI NO:11 34912 KURTK™Y-PENDIK ISTANBUL  TURKEY | 8037 11/3/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $87,760.50 (U) $87,760.50 (T) | Disallowed | | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NETAS TELEKOMUNIKASYON A.S. YENISEHIR MAH. OSMANLI BULVARI NO:11 34912 KURTK™Y-PENDIK ISTANBUL  TURKEY | 8038 11/3/11 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $14,261,663.01 (U) $14,261,663.01 (T) | Disallowed | | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released. |
| NORTEL NETWORKS NETAS TELEKOMUNIKASYON A.S. ALEMDAG CADDESI NO. 171 UMRANIYE ISTANBUL  34768  TURKEY | 2875 9/10/09 09-10138 Nortel Networks Inc. | - (S) $87,760.50 (A) - (P) - (U) $87,760.50 (T) | Disallowed | | Claim is redundant of claim 8037 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.

Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released. |
| NORTEL NETWORKS NETAS TELEKOMUNIKASYON A.S. ALEMDAG CADDESI NO. 171 UMRANIYE ISTANBUL  34768  TURKEY | 2877 9/10/09 09-10138 Nortel Networks Inc. | - (S) $14,261,663.01 (A) - (P) - (U) $14,261,663.01 (T) | Disallowed | | Claim is redundant of claim 8038 filed by the claimant or an affiliate of the claimant asserting the same underlying liability.

Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and
Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| NORTEL NETWORKS NETAS TELEKOMUNIKASYON A.S. ALEMDAG CADDESI NO. 171 UMRANIYE ISTANBUL  34768  TURKEY | 2878 9/10/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $14,261,663.01 (U) $14,261,663.01 (T) | Disallowed | | Claim is redundant of claim 8038 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released. |
| NORTEL NETWORKS, NETAS TELEKOMUNIKASYON A.S. ALEMDAG CADDESI  NO 171 UMRANIYE ISTANBUL  34768  TURKEY | 2876 9/10/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $87,760.50 (U) $87,760.50 (T) | Disallowed | | Claim is redundant of claim 8037 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released. |
| OWENS, WILLIAM A. C/O EDWIN K. SATO BUCKNELL STEHLIK SATO & STUBNER, LLP 2003 WESTERN AVENUE, #400 SEATTLE, WA  98121 | 703 3/24/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $2,179,606.00 (U) $2,179,606.00 (T) | Disallowed | | The Claim asserts liability for pension benefits. Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

### Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, # 400<br>SEATTLE, WA 98121 | 2506<br>9/2/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$2,278,679.00 (U)<br>$2,278,679.00 (T) | Disallowed | | The Claim asserts liability for pension benefits.<br><br>Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| TANDBERG INC<br>C/O BIALSON BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/KENNETH LAW<br>633 MENLO AVE, STE 100<br>MENLO PARK, CA 94025 | 8815<br>9/28/16<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$297,650.76 (A)<br>- (P)<br>- (U)<br>$297,650.76 (T) | Disallowed | | Claim is redundant of claim 1646 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. |
| ZAFIROVSKI, MIKE<br>1291 N. GREEN BAY ROAD<br>LAKE FOREST, IL 60045 | 5533<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$12,250,543.48 (U)<br>$12,250,543.48 (T) | Disallowed | | The Claim asserts liability for termination benefits.<br><br>Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |
| ZAFIROVSKI, MIKE<br>1291 N. GREEN BAY ROAD<br>LAKE FOREST, IL 60045 | 8044<br>11/11/11<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The Claim asserts liability for termination benefits.<br><br>Non-Debtor Liability Claim. Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases and appear to relate to transactions with an affiliate which is not a Debtor in these chapter 11 cases. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| **Totals:** | **16 Claims** | **$16,622.67 (S)** | **$2,936.31 (S)** | | |
| | | **$14,647,074.27 (A)** | **- (A)** | | |
| | | **- (P)** | **- (P)** | | |
| | | **$45,549,340.14 (U)** | **- (U)** | | |
| | | **$60,213,037.08 (T)** | **$2,936.31 (T)** | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed