# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 Through February 28, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.9 | $3,098.50 |
| Creditor Communications and Meetings | .4 | 220.00 |
| Fee Applications (MNAT- Filing) | 9.7 | 3,560.00 |
| Fee Applications (Others – Filing) | 65.4 | 29,554.50 |
| Fee Applications (MNAT- Objections) | .3 | 114.00 |
| Fee Applications (Others- Objections) | 7.2 | 3,040.00 |
| Executory Contracts/Unexpired Leases | .3 | 187.50 |
| Other Contested Matters | 28.7 | 17,602.50 |
| Non-Working Travel | 2.0 | 550.00 |
| Tax Matters | 4.1 | 2,255.00 |
| Court Hearings | 16.1 | 7,001.50 |
| Claims Objections and Administration | 6.9 | 3,597.00 |
| Plan and Disclosure Statement | 32.6 | 21,090.50 |
| Litigation/Adversary Proceedings | 18.3 | 10,141.00 |
| Professional Retention (MNAT-Filing) | .4 | 220.00 |
| Professional Retention (Others-Filing) | 1.7 | 662.00 |
| General Corporate Matters | 58.9 | 31,531.00 |
| Schedules/SOFA/U.S. Trustee Reports | 2.1 | 975.00 |
| Allocation | 6.7 | 3,790.00 |
| **TOTAL** | **267.7** | **$139,190.00** |