# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP  [Docket No. 17935] | 12/1/16 - 12/31/16 | $351,727.50 (Fees)  $6,186.65 (Expenses) | $281,382.00 (Fees @ 80%)  $6,186.65 (Expenses @ 100%) | 2/21/17 | 3/13/17 |

2237958.1