```
                   IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                         )       Case No.  09-10138(KG)
                               )       (Jointly Administered)
                               )
NORTEL NETWORKS, INC.,         )       Chapter 11
          ET AL,               )
                               )       Courtroom 3
                               )       824 Market Street
          Debtors.             )       Wilmington, Delaware
                               )
                               )       March 3, 2017
                               )       10:58 a.m.



                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                 UNITED STATES BANKRUPTCY JUDGE


TELEPHONIC APPEARANCES:

For Debtors:                   Morris Nichols Arsht & Tunnell, LLP
                               BY:  DEREK ABBOTT, ESQ.
                               BY:  ANDREW R. REMMING, ESQ.
                               1201 North Market St., 18th Floor
                               Wilmington, DE  19899-1347
                               302-351-9200

                               Cleary Gottlieb Steen & Hamilton
                               BY:  DAVID HERRINGTON
                               BY:  NATHANIEL JEDREY
                               One Liberty Plaza
                               New York, NY 10006
                               212-225-2266


ECRO:                          GINGER MACE

Transcription Service:         DIAZ TRANSCRIPTION SERVICES
                               331 Schuylkill Street
                               Harrisburg, Pennsylvania 17110
                               (717) 233-6664
                               www.diaztrans.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

TELEPHONIC APPEARANCES:
(Continued)

For SNMP Research, Inc.    Cole Schotz, P.C.
                          BY:  DAVID DEAN, ESQ.
                          BY:  NICHOLAS J. BRANNICK
                          410-528-2972

For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld, LLP
                          BY: DAVID BOTTER, ESQ.
                          BY:  ROBERT JOHNSON, ESQ.
                          One Bryant Park
                          Bank of America Tower
                          New York, NY  10036-6745
                          212-872-1000

                          Whiteford Taylor Preston
                          BY: CHRISTOPHER M. SAMIS, ESQ.
                          The Renaissance Centre, Ste. 500
                          405 N. King Street
                          Wilmington, DE  19801-3700
                          302-357-3266

For Interested Party:     Reorg Research
                          BY:  JASON B. SANJANA, ESQ.
                          212-588-8890

1

1    WILMINGTON, DELAWARE, FRIDAY, MARCH 3 2017, 10:58 A.M.

2        THE COURT:  Good morning, counsel, it's Judge

3    Gross on the telephone, and we're here of course in the SNMP

4    Research International and SNMP Research Inc. versus Nortel

5    Network's case, the adversary proceeding, and we have a

6    couple of Discovery disputes.

7        I've read your letters very carefully but I always

8    want to give parties an opportunity to expand on those or to

9    point me more directly to them, and I'm giving you that

10   opportunity now.  I think we ought to take first Mr. Ray's

11   deposition issue, and that of course is an issue that

12   basically I think -- I'm trying to remember who raised it

13   first, but whoever raised it first has the opportunity to

14   speak first.

15       MR. DEAN:  Good morning, Your Honor.  This is

16   David Dean on behalf of the SNMP party.

17       THE COURT:  Yes, Mr. Dean.

18       MR. DEAN:  Thanks for hearing from us this

19   morning, Your Honor.  The John Ray Motion is our motion, and

20   as we detailed in the letter, we're requesting the right to

21   depose Mr. Ray, who is the Debtors' principal officer, in

22   connection with his knowledge or potential knowledge of

23   various issues in the litigation.  These issues include but

24   are not necessarily limited to his knowledge of SNMP

25   Research, the Business Line Sales generally, and Nortel's

1    handling of third-party software both within the business

2    generally and as part of Business Line Sales.

3         The Debtors admittedly provided no Rule 30(d)(6)

4    witness on any of these topics, and in fact, they produced

5    only a single witness, David Kozar, on a small handful of

6    topics, and during Mr. Kozar's deposition last year, Your

7    Honor, I specifically asked him, who else besides you has

8    employment or consulting agreements with Nortel at this

9    time, and I was referring to the U.S. Debtors.  He mentioned

10   a gentleman named Tim Ross, who's another finance person who

11   would have duplicative knowledge of Mr. Kozar, and someone

12   named Kim Ponder, who he described as an administrative

13   person.  He made no mention of Mr. Ray.

14        The purpose of this line of questioning, Your

15   Honor, was for us to assess what other potential Rule

16   30(b)(6) witnesses Nortel might have, and based on these

17   answers and the Debtors' failure to designate anyone else

18   with knowledge on the deposition topics, we concluded at

19   that time that the Debtor didn't have the ability to compel

20   anyone else to testify on these additional non-duplicative

21   topics other than the handful of topics that Mr. Kozar

22   testified on relating to financials.  That was in late

23   December, a few days before Christmas, Your Honor, and it

24   was at that time that Mr. Ray was disclosed to us as being a

25   representative of Nortel, who would participate in our

1    January Mediation, and shortly after the Mediation

2    concluded, we put the Debtors on notice of our intent to

3    depose Mr. Ray, and the Debtors have objected, and that's

4    what brings us here today.

5         The Debtors' objections to producing Mr. Ray fall

6    into two basic categories:  a purported lack of knowledge

7    and a purported attempt to harass Mr. Ray.  I'm going to

8    address both of these issues in turn, Your Honor.

9         Regarding counsel's representation that Mr. Ray

10   has no relevant knowledge, we think the record, which we

11   reviewed after learning of Mr. Ray's involvement in the

12   Mediation, suggests otherwise.  As recently as January of

13   2017, Mr. Ray submitted a Declaration for the Plan

14   Confirmation that says "As the principal officer, I oversee

15   and am familiar with all affairs of the Debtors."  The

16   Debtors' position in response to this Declaration is that

17   while Mr. Ray may know things now, he wasn't familiar at all

18   with the affairs of the Debtors during the relevant time

19   period, and I'd like to make three separate points in

20   response to this argument relating to Mr. Ray's purported

21   lack of knowledge, Your Honor.

22        First, even if the Debtors' representations were

23   true, given the submission of this Plan Confirmation

24   Declaration we should be entitled to examine Mr. Ray to test

25   these statements.  Counsel's offer to prepare in their

1    letter for the first time to deal with this Declaration

2    through another Declaration of Mr. Ray that would clean up

3    what he said in his prior Declaration is not the same as

4    being allowed to test the veracity of those statements of

5    Mr. Ray live in a deposition.

6            The second point I want to make, Your Honor, about

7    the purported lack of knowledge is that the record in the

8    Bankruptcy cases even before Plan Confirmation does not

9    support Mr. Ray's total lack of knowledge on relevant issues

10   at the time of the Business Line Sales themselves, and I'm

11   going to give you an example of this.  In preparation for

12   the Hearing and in response to the Debtors' arguments, I

13   took a look at the transcript of the Sale Hearing in

14   connection with the Genband sale, which is one of the two

15   sales that we address in our letter and that the Debtors

16   have responded to, and during that Hearing, counsel for the

17   Debtors said, "The corporate group is focused on a number of

18   key functions including the completion of sale, exploring

19   strategic alternatives with respect to the intellectual

20   property portfolio, running the tax returns, making sure

21   that the books and records are being filed, the audited

22   financials are accomplished, and oversight of the Claims

23   Reconciliation process working very closely with Mr. Ray,

24   the principal officer, in response of the NNI issues."  This

25   statement truly demonstrates that there's a good chance that

1    Mr. Ray might have relevant knowledge.

2         The third and final point I want to raise on

3    purported lack of knowledge, Your Honor, is that if it turns

4    out to be true that Mr. Ray lacks knowledge, we think that's

5    also relevant.  We think that the head of Nortel, the

6    principal officer, if he lacks knowledge about how third-

7    party software was conducted, how these Business Line Sales

8    were conducted, that we should be entitled to show that, and

9    Nortel may have counter arguments to why the principal

10   officer in this particular situation should not have that

11   type of knowledge, but these are arguments for trial, not

12   something that would block our right to depose him.  Your

13   Honor, so that's the purported knowledge.

14        I now want to turn to the second and final issue I

15   want to address with respect to the John Ray Motion, and

16   that's the Debtors' argument that the motion is some attempt

17   to harass Mr. Ray.  There's very simply no legitimate basis

18   to infer that SNMP is trying to harass Mr. Ray, and the

19   Debtors have offered nothing but mere speculation about

20   SNMP's subjective intentions.  But in response to this

21   argument, Your Honor, I want to raise two points.  One, had

22   we known about Mr. Ray's continued involvement with the

23   Debtors earlier, we would have asked to depose earlier.  We

24   received deposition testimony from Nortel's sole 30(b)(6)

25   witness in October identifying the only other two people

1    with employment or consulting contracts with Nortel.  Maybe

2    he didn't understand the question but that was the question

3    that was asked.  We reasonably relied on that testimony and

4    did not press the Debtors for additional 30(b)(6) witnesses.

5    Once we learned in late December that Mr. Ray was still

6    involved with the Debtors and was actually the client

7    representative who will be participating in the mediation

8    itself, we began to look into the issue further and promptly

9    asked at the Mediation and before the expiration of

10   Discovery to take back the depositions, we advised them of

11   our desire to depose Mr. Ray.

12            THE COURT:  Let me ask you, Mr. Dean.  Are you

13   telling the Court that it was not until December that you

14   knew about Mr. Ray's involvement with Nortel?

15            MR. DEAN:  That is absolutely true.

16            THE COURT:  All right.

17            MR. DEAN:  We are not knowledgeable of everything

18   that goes in the main case.  Nortel has said we should have

19   known but I'm telling you what we actually did know and

20   didn't know.  You can conclude that we should have inferred

21   this or should have known it or should have gone and looked,

22   but I'm just telling you we actually did not know until that

23   point.

24            THE COURT:  Okay.  All right.

25            MR. DEAN:  Okay?

1          THE COURT:  Yes.

2          MR. DEAN:  The second point, Your Honor, is that

3    there's a lot of irony here about the Debtors' allegation of

4    harassment.  The Debtors -- and you'll hear this next -- are

5    coming to court today demanding that Dr. Case, the head of

6    SNMP, be made available for a sixth day of depositions in

7    the overall Nortel dispute and did not want to put their own

8    chief executive up for even one day.  In a request to depose

9    Mr. Ray for one day either in his home state or some other

10   agreed-upon location is by no means harassment, and for

11   these reasons, Your Honor, we respectfully ask that the

12   Court permit us to take Mr. Ray's deposition.

13          THE COURT:  All right.  Thank you, Mr. Dean.

14          Is it going to be Mr. Herrington who I hear from?

15          MR. HERRINGTON:  Yes, Your Honor.

16          MR. ABBOTT:  Yes, Your Honor.  David, give me one

17   second.  I apologize.  I am waiting for another hearing so

18   Mr. Remming is on the phone with me as well.  I may need to

19   leave the call before it's over but Mr. Herrington will

20   carry the ball so that shouldn't be a problem, Your Honor.

21   I just wanted to let you know.

22          THE COURT:  All right.  Thank you, Mr. Abbott.

23          All right, Mr. Herrington.  Yes?

24          MR. HERRINGTON:  Good morning, and good to speak

25   with you again.

1        Your Honor, the simple fact with Mr. Ray is that

2   he does not have knowledge of the things that SNMP Research

3   is asking about that Mr. Dean described in his remarks this

4   morning.  There's no basis to claim that he does, but apart

5   from that, the bottom line is he doesn't, and we are

6   explaining that to SNMP Research.  We're very much willing

7   to provide a Declaration to their satisfaction to confirm

8   that.  As we state in our letter, if for some reason there's

9   any difficulty in getting there, we're happy to come back to

10  the Court, and the Court may not be happy to see us.  We're

11  trying very hard to avoid that.  As SNMP says in its letter,

12  if Mr. Ray indeed doesn't have the knowledge that they're

13  talking about, then the deposition will be short.  Well, the

14  fact is, as many courts have held, when it's established

15  that somebody doesn't have experience, there really

16  shouldn't be a deposition at all, and there's just no reason

17  to have people incur the expense, the burden to find whoever

18  we would have to travel to all assemble for a deposition

19  just to establish that he doesn't know anything about what

20  they want to ask him about.

21        That's the bottom line, but I'm happy to take a

22  few minutes to talk about some of the things that Mr. Dean

23  raised.

24        THE COURT:  Yes.  Why don't you?

25        MR. HERRINGTON:  Okay.  Number one, the two sales

1   that they talk about in their letter, one is the Enterprise

2   Sale to Avaya.  We pointed out in our letter there's been no

3   response to this.  Mr. Ray wasn't even attached to Nortel

4   when that Sale Agreement was signed when the Court held the

5   Sales Hearing and approved it.  He arrived in December.  His

6   retention was approved in January nunc pro tunc back to

7   December, but even if you look at his arrival date, that was

8   just 11 days before closing, and the idea that he would've

9   been engaged in and had something to do with SNMP really

10  just doesn't make sense, and again, it's confirmed that he

11  didn't have any involvement with them and doesn't have any

12  knowledge about them in connection with that sale.

13          And the same thing is true of Genband.  That Sale

14  Agreement was signed just a few days after he arrived.  The

15  Sales Hearing was a few weeks after he arrived, and then the

16  closing was in May.  Mr. Dean talked about some statement

17  that was made at Hearing about all of the various things the

18  Debtors were doing, which was quite broad and they were

19  coordinating with Mr. Ray as, you know, the principal

20  officer, the principal restructuring as we're doing all

21  these things, but none of that changes the fact that he

22  didn't have any involvement with things like third-party

23  vendors, with things like Sale Agreements and schedules.  As

24  Your Honor will know because Your Honor went through this as

25  did the Nortel team and all the various counsel, back then

1  Nortel consisted of thousands of employees including many

2  employees dedicated to the M&A process who handled all the

3  various details of the Sale Agreements, Sales Hearings, the

4  schedules, the hundreds of vendors that needed to be

5  coordinated with.  That's not something that a principal

6  officer who's been on the job for days or even weeks is

7  suddenly going to thrust into and is going to be, you know,

8  writing schedules and talking about third-party vendors.  It

9  doesn't make any sense that that would be the case, and it

10  simply is not the case.  And again, Mr. Ray is very much

11  willing to confirm that.

12         Your Honor, SNMP didn't really talk about the case

13  law but again, courts consistently addressed situations like

14  this when it is established or can be established through a

15  Declaration that a senior executive doesn't have knowledge

16  of the topics that somebody says they want to explore that

17  there shouldn't be a deposition.  Again, we can handle this

18  through a Declaration.

19         And that's even more important, you know, under

20  the Rule 26 that was adopted in recent years that really

21  stresses the importance of before ordering Discovery, really

22  assessing the burden versus the value, and here when the

23  issue is lack of knowledge that can easily be confirmed

24  through a Declaration, there's just no justification for the

25  burden of bringing people together for a deposition to

1   establish a lack of knowledge.

2           A comment on the 30(b)(6) notice and what Mr. Dean

3   said about the one witness who testified.

4           THE COURT:  Yes.

5           MR. HERRINGTON:  A 30(b)(6) notice was served by

6   SNMP in August of 2016.  That's more than six years after

7   the divestiture of all the various lines of business, and as

8   I think Your Honor knows, in 2016, there's nobody left --

9   essentially nobody left.  There were three regular

10  consultants.  Mr. Kozar was one of them.  We were very much

11  willing to provide him on the topic that he can speak out.

12  He was a finance guy, and he could speak to some of the

13  issues of how Nortel's finance system worked, and he was

14  deposed and we had no problem with that.  Mr. Dean talks

15  about well, he was asked who are the other employees at

16  Nortel, the U.S. Debtors, and he identified the other two

17  consultants.  Mr. Ray is not an employee.  I don't know what

18  the question was but I think it was a correct answer if he

19  was asking who are the other employees, and he didn't

20  identify Mr. Ray.  And again, Mr. Ray is in a different

21  role, in a different perspective, and the employees or

22  consultants who were left to us at that time.

23          Mr. Dean talked about Mr. Ray's Declaration in

24  January of this year, you know, last month, or two months

25  ago now, and it's the same timing point.  To say that now

1  since we know employees when, you know, the issues are

2  things like the resolution of the Allocation issues, there's

3  a Plan Confirmation and all that, that of course Mr. Ray can

4  and did say, you know, I'm familiar with what the Debtors

5  are doing at present.  That changes nothing and has nothing

6  to do with the state of affairs back when these sales

7  happened in 2009 and 2010.

8           And finally, on the issue of harassment, I mean,

9  that's not something that we can be sure of that that's the

10  motivation but the timing is awfully suspicious, and an

11  explanation of saying well, we just didn't know about Mr.

12  Ray before, for one thing, the Retention Motion that SNMP

13  relies on heavily in their letter was published.  Anybody

14  who has anything to do with Nortel and cares to look into it

15  would know that who their principal officer is.  And most

16  pointedly, Your Honor, as part of our Declaration -- I'm

17  sorry -- our Objection to SNMP's claims in this case, Mr.

18  Ray as principal officer provided a routine Declaration

19  that, you know, talks about, you know, his role as principal

20  officer.  It didn't have to do with the details of the claim

21  but just the role of principal officer but that was served

22  on SNMP.  So I don't see how anybody on behalf of SNMP can

23  say we never knew anything about Mr. Ray.  This was served

24  back in 2009 and we never knew anything about Mr. Ray until

25  the Mediation in 2016.

1          But again, the Court doesn't need to resolve, you

2    know, what is their intent or state of mind.  The simple

3    fact is, he doesn't have knowledge of the issues that they

4    want to ask him about, and he confirm that through his

5    Declaration.  Thank you.

6          THE COURT:  All right.  Anything further, Mr.

7    Dean?

8          MR. DEAN:  I just want to briefly address this

9    issue of whether we knew or should have known about Mr.

10   Ray's involvement.

11         THE COURT:  Yes.

12         MR. DEAN:  I was made aware last night that Mr.

13   Ray had signed the Declaration in support of SNMP's Claim

14   objection, and I obviously have reviewed this before and

15   reviewed the Genband transcript that I quoted to you, but to

16   be honest with you, it was not anything that I ever focused

17   on, and even if it was, these documents were done long ago

18   so for us to have any knowledge that Mr. Ray may not have

19   been involved with Nortel anymore, I just don't know

20   documents from five or six years could have shown that Mr.

21   Ray was currently still involved with the Debtors even if he

22   was back then, and I'll also note that I'm only speaking for

23   myself, Your Honor, because SNMP -- I've been involved in

24   the case for two and a half years or a little less, and

25   obviously SNMP had other bankruptcy counsel for me.  Perhaps

1  they may have known about Mr. Ray's involvement at that

2  time.  I just don't know.  So I was only speaking for myself

3  personally when I saw the email from Mr. Herrington on

4  December 22nd.  I had no idea what Mr. Ray's involvement was

5  until I started looking it up, and the Retention Application

6  is something that I looked up after I learned about this,

7  and Mr. Herrington said well, you should have known about

8  that, but this is a case with over 18,000 docket entries.

9  You can't expect a party to start looking back seven years

10 in every filing that's ever been made to try to figure this

11 out when the witness in the 30(b)(6) deposition was asked a

12 very direct question, and Mr. Herrington says well, maybe

13 that was right and maybe it wasn't because of his role but

14 Mr. Kozar certainly knew what the purpose of the question

15 was, in my opinion, Your Honor.  I was trying to examine who

16 else might be available witness.

17        And the other point I'll raise is that not only

18 did Nortel not produce a 30(b)(6) witness on most of the

19 topics, and Mr. Kozar testified as he did on employees and

20 consultants, it's also telling, Your Honor, that in Nortel's

21 Rule 26 Disclosures filed in this case, Mr. Ray wasn't

22 disclosed.  Now, Mr. Herrington may say well, that's because

23 he doesn't have any knowledge because that's their position,

24 but there was certainly no reason for us to believe that he

25 was a potential witness in this case until we learned about

1   -- or at least I personally learned about his continued

2   involvement on December 22nd of last year.  I don't want to

3   belabor this anymore, Your Honor, I did feel like I need to

4   address that point a little bit further.  So I have nothing

5   further.

6           THE COURT:  All right.  Mr. Herrington, I assume

7   that Mr. Ray will not be submitting an Affidavit in

8   connection with a Motion for Summary Judgment or be a

9   witness at trial?

10          MR. HERRINGTON:  That's correct, Your Honor.

11          THE COURT:  Okay.  Well, here's what we're going

12  to do.  I understand from the letters that the Debtors are

13  saying that Mr. Ray knows nothing about the sales of the

14  businesses to Avaya and/or Genband beyond, of course, that

15  they happened and the amount of money perhaps that was

16  exchanged and that sort of thing, but the Debtors have

17  offered a Declaration here, and I want the Debtors to give

18  Mr. Dean that Declaration, and with the Declaration in hand,

19  if SNMP Research chooses to take Mr. Ray's deposition and if

20  the deposition testimony confirms what it is in the

21  Declaration, that Mr. Ray knows nothing of substance about

22  the sales, then I would expect that the Debtors will seek

23  sanctions from SNMP research, you know, the time including

24  travel, preparation, the deposition, the preparation for the

25  Motion for Sanctions and that sort of thing, and the reason

1    I'm saying that is, I want Mr. Dean to take very seriously

2    the representation that -- and it will be in a Declaration

3    -- that Mr. Ray doesn't know anything about the sales, and

4    if SNMP Research then wants to test that and the test proves

5    negative, then I think sanctions would be appropriate.

6            So I will not issue a Protective Order to Nortel

7    against the taking of the deposition but if the deposition

8    is taken and it confirms what the Declaration says, then I

9    would expect a Motion for Sanctions.

10           MR. DEAN:  Your Honor, may I ask a clarifying

11   question about your ruling, please?

12           THE COURT:  Yes, yes.

13           MR. DEAN:  I just -- if SNMP decides it wants to

14   go forward with this deposition to test the Declaration and

15   my client agrees to pay the cost, I would like to try to

16   avoid a Motion for Sanction.  You've already indicated that

17   you would award sanctions and so the analysis in my mind to

18   the client is, are you willing to pay for this based on your

19   ruling.  So I don't think there would be a need to come back

20   to court and have a Sanction Hearing, in my mind, because

21   the way that I would present this to the client, we're going

22   to pay for this or we're not.  So I just want to make sure

23   that you're not requiring the Debtors to file a Motion for

24   Sanctions if we actually agree to pay the costs.

25           MR. HERRINGTON:  Your Honor, let me just speak to

1  that.  It's not just a question of out-of-pocket expense.

2  It's, you know, the burden of traveling, the burden of

3  finding time in one's schedule, and it is a burden and we

4  believe it's harassment again that to take a deposition when

5  the full stated facts meaning lack of knowledge is fully

6  established in the Declaration, and I think Your Honor's

7  ruling puts both parties to their word.  You know, if we're

8  wrong, then they take the deposition and we've got no basis

9  to complain about it.  If they're wrong, they take the

10  deposition and they should recognize the consequences.  The

11  idea to say well, we'll pay but we still get to impose on

12  you, we would submit is not appropriate.

13         THE COURT:  I agree, Mr. Herrington.  I think

14  look, if at the end the Debtors want to take a payment from

15  SNMP Research, certainly they're entitled to do that, but

16  otherwise I think I am not going to forestall the Debtors

17  from filing a Motion for Sanctions under the circumstances.

18         MR. DEAN:  Thank you for that clarification, Your

19  Honor.  I appreciate it.

20         THE COURT:  Okay.  All right.  So that takes care

21  of the Ray deposition, and now we have Dr. Case's continued

22  depositions, or depositions, I should say, not continued,

23  and tell me this, Mr. Herrington.  How many days has Dr.

24  Case thus far been deposed?

25         MR. HERRINGTON:  Just one day, less than seven

1    hours, probably around six hours.

2              THE COURT:  Okay.

3              MR. HERRINGTON:  The Canadian Debtors in their

4    separate suit back two years in 2015, a year and a half ago,

5    they took a deposition.  Their case was active at that time.

6    We sent a junior associate to sit in and watch but we had

7    nothing to do -- we didn't ask any questions, we didn't

8    guide any questions.  We were just there as an observer, and

9    that was before our case even became active, and frankly,

10   you know, some very general background may overlap with our

11   case but there's really nothing -- let's put it this way.

12   If the ask from SNMP had been okay, this transcript will be

13   available to you but you have to give up a day in your

14   deposition time in your suit, we would never have agreed to

15   that.  I just wanted to touch on that.

16             But yes, the answer is just one day, less than a

17   day, has taken place so far, and it mainly focused on issues

18   that came out of the Declaration from Dr. Case that SNMP

19   provided in support of their Motion to Amend.

20             THE COURT:  And I want to get to that Motion in a

21   Amend in a minute but you want to take two more days or

22   three more days of Dr. Case?

23             MR. HERRINGTON:  Just two more days, Your Honor.

24   Again, he's playing three roles.  He's a fact witness, and

25   without trying to be pejorative, he really seems to be

1    injecting himself into every single facet of the case

2    including commenting on negotiations, communications, emails

3    that he didn't write or receive or even get cc'd on, and

4    that makes it especially difficult to try to anticipate what

5    we may try to do at trial because with a normal witness, you

6    know what they may talk about because they're copied on the

7    emails but he seems to be attempting to inject himself into

8    everything, but that's a fact witness.  Then he's a 30(b)(6)

9    witness on all 67 topics not only for Inc., which is his

10   employer, but also for International, which is the other

11   Plaintiff in the case, and candidly, just trying to cover

12   all those in one day is going to be a real challenge.

13          And of course, the baseline presumption is you're

14   a fact witness and then in addition you're a 30(b)(6)

15   witness, that's two days right there.  And in fact, each

16   additional 30(b)(6) witness would be yet another day, but

17   we're really kind of getting canned by the fact that SNMP

18   has decided well, we're going to have one person cover

19   everything and that means you just get seven hours and 36

20   depositions.  But those are the two days that come from

21   that, and then in addition, he's a Rule 26 expert that they

22   disclosed on five different topics, and Rule 26 provides a

23   separate basis that if somebody's disclosed as a Rule 26

24   expert, the other side's entitled to a deposition about

25   that.  That's the reason why there's three different roles

1   and we've had one day, and we're just asking for two more

2   days, meaning a day for each of those other two roles.

3           THE COURT:  And I assume asking for the two days

4   is based upon Dr. Case being somewhat cooperative at the

5   deposition.

6           MR. HERRINGTON:  Yes, Your Honor, and we're going

7   to need to be a little more efficient than we were the first

8   day, and again, I don't want to cast stones, and Your Honor

9   wasn't there to watch, but just from our perspective, it

10  took longer than it should have because of the way that

11  answers were given, and again, I'm not trying to cast blame

12  but some depositions move very efficiently and some don't,

13  and our experience on day didn't move very efficiently.

14  It's going to be a challenge to finish it in the two days

15  that we're asking for.  We're going to work hard and work

16  efficiently, and I think the SNMP lawyers would have to

17  admit that when taking expert depositions, we don't waste

18  time.  If we don't have to, we don't even take the full

19  seven hours.  So we're not asking for something just because

20  we like to sit in a conference room and spend time, you

21  know, with a witness on the other side.  We're really only

22  asking because we think we need it.

23          THE COURT:  Okay.  All right.

24          Mr. Dean, your response is what, besides what was

25  in the letter?

1              MR. DEAN:  Yes, Your Honor.  I won't repeat what's

2    in my letter but I just want to address as a threshold

3    matter the point that Dr. Case was only deposed for less

4    than seven hours, six hours, approximately.  The way that

5    the depositions have proceeded in this case, Your Honor --

6    and I'm not casting blame solely on the Debtors here because

7    we have done it too, but I just want you to understand, it's

8    not really six hours.  It's more like ten hours to get

9    through six hours of actual record, so to suggest that Dr.

10   Case hadn't already been subjected to a lot of deposition

11   time because the on-the-record time was six hours is just

12   not -- it's not accurate.

13              But I do want to make mention of what Mr.

14   Herrington said about the Canadian deposition agreement.

15   The Canadian depositions that took place in Canada where Dr.

16   Case was deposed for three days on the same dispute -- I

17   mean, the only difference was the Debtors against which

18   claim was filed because we had to break the case up based on

19   prior rulings.  So the Debtors in the U.S. approached us and

20   said we'd like to participate, and by participate, I mean

21   sit in.  They said we don't want to ask questions but we'd

22   like to sit in and take notes, understand what's going on,

23   et cetera.  So when the Debtors say in their letter that

24   they didn't participate in the deposition, it's a little

25   misleading.  They did actually come to the deposition.  They

1  just didn't ask questions because it was under Canadian law,

2  number one.  Number two, the Debtors in the U.S. asked us

3  many, many times to agree that the Canadian depositions

4  after they had been done and they had to chance to look at

5  the transcript be used in the U.S., and we resisted for some

6  time because the rules are different and the objections are

7  different, and we needed to make sure that objections that

8  weren't made in Canada were still preserved in the U.S.

9  There's a lot of procedural back and forth about this, but

10 we wanted to try to work with them on this, and the reason

11 we wanted to work with them on this is because we wanted to

12 reduce the time of Dr. Case's deposition here, and the

13 Debtors assured us that if we made this agreement that it

14 wasn't a day-for-day kind of agreement -- I agree with Mr.

15 Herrington on that point -- but there was an understanding,

16 and we had this discussion many times, that it would reduce

17 the time needed to take Dr. Case's deposition here, and then

18 once we made the agreement and started fighting over the

19 amount of time here, the goalposts shift:  oh, well, the

20 deposition in Canada wasn't that important at that point

21 because now we're using it as a basis to reduce the time

22 here, so we do think that the depositions that took place in

23 Canada on the same dispute that the Debtors [indiscernible]

24 many times and for which we did agree to allow them used

25 here are very important.

1          The last thing I want to address, Your Honor, is

2   this notion that -- I'm sorry, I was just getting an echo so

3   it was a little distracting.  Let me start over, Your Honor.

4          I want to address the notion that Dr. Case is

5   proceeding in all these different capacities.  We cite the

6   cases in our letter so I won't go over them in detail but

7   just alleging that somebody's a fact witness on a Rule

8   30(b)(b) witness and also happens to have filed a very

9   limited expert disclosure is not enough to entitle you to

10  three days of depositions.  There has to be a showing that

11  the fact versus 30(b)(6) or the 30(b)(6) versus the expert

12  capacity gives rise to a need for more time, and I want to

13  address first the fact versus 30(b)(6) issue.  The

14  categories in the 30(b)(6) are so broad that virtually every

15  question that Mr. Herrington asked Dr. Case was covered by

16  the 30(b)(6).  There were only a very limited number of

17  times during the first day of depositions where we indicated

18  that there was an objection to a question being outside the

19  scope of 30(b)(6) or subject to an objection to one of the

20  30(b)(6) topics where we said but if Dr. Case knows, he can

21  answer in his individual capacity, but otherwise the

22  questions are exactly the same.  So the fact that they've

23  noted him individually in a 30(b)(6) capacity has no impact

24  on the amount of time the deposition should take, so we

25  don't think that should be a consideration at all.

1          Number two, on the expert issue, and our cases

2   address this, just because a client or a fact witness who's

3   not a retained expert is also an expert witness on various

4   items does not necessarily entitle you to more time.  You

5   have to make a showing as to what was the expert disclosure,

6   how much time do we think that expert disclosure is going to

7   take, and why we want more time, but they don't do any of

8   that.  All they do is make this general argument that

9   because there's an expert disclosure that that entitles us

10  to three days automatically.  That's just not the law, Your

11  Honor.  So we don't think that should be the driving force

12  here.

13          The last point I want to raise, Your Honor, is we

14  have gone down this road before, before you.  You may recall

15  that a few months ago, SNMP, we came to you and said we want

16  to take the deposition of a very important fact witness

17  who's a former Nortel employee, John Nee [ph], and Nortel

18  said I want equal time, and so that would have limited our

19  deposition time to three and a half hours, and we came

20  before Your Honor and said Your Honor, it's not fair, we

21  need to get more time, and give us a full day and then

22  Nortel can have a full day, and if I objected and Nortel

23  sort of sat on the sidelines and said we don't care, and you

24  denied our Motion, and the way you denied our Motion was you

25  said that we could come back to you at the end of the first

1   day or the end of our three and a half hours and that you

2   would take a phone call from us if we couldn't get an

3   agreement.  So what did that force us to do?  And by the

4   way, the reason why we were concerned because this was a

5   deposition on the West Coast in California and we were

6   worried about not getting an advanced ruling from you could

7   cause us to have to fly back to California again to do the

8   deposition for a second day.  That's why we felt it was

9   important to go to you in that circumstance and ask for an

10  advance order.  But what that did was, it forced us to

11  sharpen our pencils and we were able to get the deposition

12  in within the time allotted and we never had to come back to

13  the Court, and I told the Court this story because if you're

14  not willing to do what we're asking, that is, to limit the

15  deposition to one more full seven-hour day, I think it would

16  be appropriate for you to adopt that same approach here, and

17  it's particularly appropriate in this case because unlike

18  the situation in California where we worried about an

19  additional trip to the West Coast to do this, which would

20  have been very burdensome on everybody, here, the parties

21  have already reserved the second day that Nortel is seeking.

22  So we've already agreed that subject to you telling us that

23  we have to go forward with another day or an agreement, we

24  will all be there in Knoxville on the 23rd ready to go

25  forward with the second day of the deposition.  But you

1  shouldn't give them a blank check before we see how the next

2  day goes and figure out how much ground they need to cover.

3         So Your Honor, those are the comments that I have,

4  and we would respectfully ask that the Motion be denied and

5  limited to one day, and if you're not willing to do that,

6  then adopt the approach that you had adopted in denying our

7  prior request with respect to the allotments, Your Honor.

8         THE COURT:  Anything further from you, Mr.

9  Herrington?

10        MR. HERRINGTON:  Yes, Your Honor.  I'd like to

11 address some of the things that Mr. Dean said.  First off,

12 when he talks about the issue of Dr. Case's deposition in

13 the Canadian proceeding, number one, if there is any

14 suggestion that we were asked to or agreed to give up time

15 in the U.S., that simply did not happen, and we would not

16 have agreed to that.  That wasn't our deposition.  It would

17 make no sense for us to say what somebody else did is going

18 to cost us time.  We would never agree to that.

19        Second, by the way, SNMP, it was a mutual

20 agreement that Canadian procedures that are called the

21 undertaking, or the implied undertaking, and it simply means

22 that unless the Court orders otherwise, which is not

23 difficult to get a court in Canada to do, discovery in a

24 Canadian proceeding shouldn't be used in other proceedings,

25 and both sides simply agreed.  Both sides agreed that the

1  implied undertaking rule wouldn't bar the use of whatever

2  comes out of Canada.  That was a simple agreement, and there

3  was never a suggestion that we were forfeiting time in the

4  U.S. to take the deposition of Dr. Case.

5          Second, on the 30(b)(6) topic, Mr. Dean said they

6  cited cases on that issue.  I don't find any cases or even

7  any discussion of 30(b)(6) in your letter at all, and that's

8  not surprising because again when somebody serves as a fact

9  witness and a 30(b)(6) witness, the default rule is, that's

10 two days right there because they're serving in different

11 capacities, and the 30(b)(6) witness is required to go

12 beyond his own knowledge, his or her own knowledge, and

13 collect and represent knowledge of the party represented.

14 And here, that's especially important because Dr. Case is an

15 employee of Inc. and yet he's been designated as a witness

16 for International.  It was International that was the party

17 to the agreement with Nortel that's at issue in this case,

18 that negotiated that agreement that's at issue in this case,

19 and by definition, his testimony on behalf of International

20 goes beyond his personal knowledge and his role as a fact

21 witness.  So those are two days right there before we even

22 get to his expert testimony, and on his role as an expert,

23 we didn't just say oh, he's serving as an expert and that's

24 all you need to know.  We set out the five different topics

25 that he is testifying about, and they're very substantial

1    topics that we need to explore, and all the other experts

2    are sitting for at least a day of deposition as appropriate,

3    and we need to have that time with Dr. Case as well.  It's

4    something they've chosen to put him forward on beyond being

5    a fact witness and beyond being a 30(b)(6) witness.

6              Now, finally, the comparison to the third-party

7    fact depositions that Mr. Dean mentioned really proves the

8    point.  In that case, there was a third party, not a party,

9    and that third-party witness was serving solely as a fact

10   witness, solely in one capacity, and if that's all we had

11   here, we wouldn't be asking for more than a seven-hour day.

12   We feel challenged by a seven-hour day but I don't think

13   we'd come to the Court in advance and ask for more, but here

14   what we're running into is Dr. Case being put forward in

15   these three different roles and then being told that unless

16   we get leave by the Court, we're going to be limited to two

17   days or maybe limited unless we get Your Honor's attention.

18             So again, we're not going to waste time.  If we

19   can get it done in shorter than two days, you know, we're

20   going to do that, but I think the regular procedure and

21   rules should be followed here with a session each for each

22   of the three roles, and even that's going to be challenging

23   to us but we're willing to work within that.  That's all we

24   have, Your Honor.

25             THE COURT:  All right.  Thank you, Mr. Herrington.

1          Well, you know, I'm a little surprised to be

2   hearing this dispute, frankly, because -- and I'll call them

3   collectively SNMP Research brought this case, and to be

4   arguing over a day of depositions seems to me to be a little

5   bit strange.  I'll put it that way.

6          Now, Dr. Case has represented that he is a fact

7   witness, he is a 30(b)(6) witness, and he is an expert

8   witness, and the Debtors are entitled to depose him on all

9   those areas, and the 30(b)(6) deposition will take a day and

10  perhaps the expert deposition will take a day, but they're

11  entitled to two days of deposition of Dr. Case under these

12  circumstances, so I will certainly order that Dr. Case

13  appear for two days of deposition.  He's already been

14  deposed the one day, and the two days is certainly

15  appropriate here, and that's the Court's ruling.  But he's

16  like a party.  He's not a third-party witness, and he has to

17  take some responsibility under these circumstances to give

18  his testimony in deposition, and I'm not going to hold the

19  Debtors to one day under these circumstances.  So that is

20  the Court's ruling, and I will issue an Order to that

21  effect.

22          MR. HERRINGTON:  Thank you, Your Honor.  I think

23  it was clear from Your Honor's remarks that two additional

24  days beyond the --

25          THE COURT:  Two additional days, yes.  He's

1  already been deposed one day, and these will be two

2  additional days of deposition, and look, the Court is always

3  available for a call from the deposition if there is a

4  problem, so don't hesitate to do that, either side.

5        MR. HERRINGTON:  Thank you, Your Honor.  And Your

6  Honor did mention the Motion to Amend, and I just wanted to

7  touch on that.

8        THE COURT:  Yes, please.  Thank you for reminding

9  me.  What is the status of that?

10        MR. HERRINGTON:  Well, we are working together

11  cooperatively with SNMP to try to get a hearing date and a

12  date for their reply.  You know, they put it in their papers

13  and we put it in our Opposition and we put in a Supplemental

14  Opposition yesterday.  And what we've been discussing with

15  SNMP in addition is that Motion to Amend is addressed almost

16  entirely but it's not entirely to a claim related to

17  products that maybe are becoming familiar to Your Honor now.

18  It's called a base back PSERS Ethernet switch.

19        THE COURT:  Yes.

20        MR. HERRINGTON:  And there's a basic issue there

21  of whether those were licensed under something which is

22  called Schedule I, and we think that can be teed up in a day

23  or less of hearing time, and so what we've been discussing

24  with SNMP is -- and by the way, Your Honor, we've agreed

25  with SNMP that rather than make summary judgment motions and

1    incur the delay and expense of that, given that this is a

2    bench trial, we're prepared to get the issues to Your Honor

3    as quickly as possible in the form of a bench trial, and

4    also given that it's a bench trial, if some key drivers can

5    be addressed earlier rather than later, we're thinking that

6    would make sense.  And I think SNMP is agreeable at least to

7    the aspect that we're suggesting be combined with the Motion

8    to Amend with Schedule I.  We're targeting or trying to work

9    out exactly how we would procedurally frame what we're doing

10   but I think they're open to it.  And we'll get back to you,

11   Your Honor, hopefully with a little agreement on that, but a

12   date that we were targeting or range of dates would be

13   toward the end of the week of May 8th, so I think that's

14   probably, you know, the 10th, 11th or 12th, if the Court

15   might have time for us to set aside a day, maybe a day and a

16   half.

17          And just to back up, on the Motion to Amend, SNMP

18   has said they intend to make that an Evidentiary Hearing so

19   they plan to call a witness or two on that, so that's why we

20   were -- and if we're going to assemble for an Evidentiary

21   Hearing anyway and it's a Motion to Amend that's primarily

22   addressed in this product, why don't we also address this

23   other key issue relating to that product?

24          THE COURT:  I understand that, and I have May 11

25   and 12 available.  Are those -- should I now reserve those

1  two days for Nortel for this matter?

2          MR. HERRINGTON:  I think that would be great, Your

3  Honor.

4          THE COURT:  Is that fine with you, Mr. Dean?

5          MR. DEAN:  Yes, but I would like to address a

6  couple of the points that he raised about this just so the

7  record's clear because we're open to -- we would greatly

8  appreciate it if you would reserve those dates for us but I

9  just want to make it clear that we're open to this concept

10 but we want to -- but it's subject to us agreeing to a final

11 Scheduling Order that'll detail all of the procedural things

12 that have to happen, and I really would like to take a

13 minute to explain that to you because it'll be helpful when

14 you see the order come across hopefully in an agreed forum.

15          This evidentiary issue on Schedule I, it's not the

16 subject of a Claim Objection.  It's not -- it's an issue

17 that relates to our Prepetition Claims and it's an issue

18 that relates to a certain portion of our Postpetition Claims

19 too, so one thing we're trying to do is figure out a way to

20 avoid piecemeal appeals potentially and so what we're

21 thinking about is scheduling that Evidentiary Hearing with a

22 combined Hearing with the Motion to Amend in the main case

23 but making it applicable in the adversary proceeding so that

24 any Order on the evidentiary Schedule I issue would be an

25 Interlocutory Order so we wouldn't be in a position of

1  appealing merits issues before the main trial.

2            And the other issue that I want to raise with the

3  Court is that we got -- this issue on Schedule I that we're

4  trying to frame is -- you know, we're working on the

5  language, we're working with Mr. Herrington on language, but

6  it's essentially whether certain products, the EF switches,

7  were licensed after a certain date, and we have a witness,

8  another fact witness in addition to Dr. Case who would

9  travel from Tennessee to be at this Hearing, and then each

10  of us has an expert on licensing practices.  You may recall

11  we had this Hearing on their expert's untimely submission of

12  the report, and you allowed the report to come in and gave

13  us time to respond, so that's what this is about.  So those

14  two witnesses on licensing practices would be potential

15  witnesses in this case but we just took their expert

16  deposition yesterday, and we haven't had a chance to review

17  the transcript, but one of the things we have to decide

18  before this Hearing is whether we're going to file a

19  Prehearing Motion [indiscernible] as we told you we might do

20  before when we had this prior hearing.  And the other issue

21  that could be a prehearing issue is that we -- SNMP's belief

22  and contention that the contract, the Schedule I issue, is

23  clear and unambiguous on its face, and we may ask the Court

24  to make a prehearing ruling with some oral argument as to

25  whether extrinsic evidence is admissible because the

1   contract is governed by New York law, and New York law says

2   that the Court cannot consider extrinsic evidence on a clear

3   contract.  So there's a couple of procedural things that we

4   have to work into this before we're going to agree to it, so

5   I just wanted to give the Court a little bit of a preview

6   for that, and to let you know that we're working in good

7   faith with the Debtor and we hope to be able to give you an

8   agreed Order on this.

9           THE COURT:  I heard a lot of, you know, a lot of

10  things going on there, but I'm going to mark you down for

11  May 11 and 12.

12          MR. DEAN:  Okay.

13          THE COURT:  And be prepared to work with that as

14  far as these other issues are concerned and to bring them

15  before the Court in a timely fashion.

16          MR. HERRINGTON:  Agreed, Your Honor.  We

17  appreciate it.

18          THE COURT:  And we'll start at 9:30 on the 11th.

19          MR. HERRINGTON:  Terrific.

20          THE COURT:  And we'll see how, you know, what kind

21  of progress we make, and then we have, of course, the 12th

22  as well in case there's spillover.

23          MR. HERRINGTON:  That's perfect, Your Honor.

24          THE COURT:  All right.  And I understand from Mr.

25  Dean his position that some of these issues may not be

1   appropriate to take place but we'll see more later.

2            MR. DEAN:  Great.  Thank you very much, Your

3   Honor.  We appreciate your time today.

4            THE COURT:  And let me ask, well, do we need a

5   trial date?

6            MR. DEAN:  Yes, we do, and we -- it's been very

7   difficult to get -- we're working on a trial date right now.

8   Actually what we anticipate doing is submitting a

9   Supplemental Scheduling Order in the near future.  I send a

10  draft to Mr. Herrington.  And it'll formally extend the

11  Discovery deadline through Dr. Case's deposition just as a

12  matter of procedure, and we have in the Scheduling Order

13  that the parties are currently negotiating a proposed trial

14  date, and as soon as we get that trial date, which I hope

15  happens in the near future, we're going to bring it back to

16  Your Honor and then do another Scheduling Order that will

17  govern proposed pretrial filing deadlines.  So that's the

18  current game plan.

19           THE COURT:  How much time are you going to need

20  for trial, do you think?

21           MR. DEAN:  I know Nortel has taken the position

22  they think they can happen in a week.  We think it's not

23  realistic to have this trial in a week with six experts on

24  each side, so we think it might take between a week and two

25  weeks, but some of this may be dictated by how much progress

 1  we make on this other Hearing in May.  It may shorten it by

 2  a couple of days.

 3        THE COURT:  Okay.  All right.

 4        MR. HERRINGTON:  Your Honor, let me speak to that.

 5  We've been -- part of the reason we proposed foregoing

 6  Summary Judgment is to get this teed up for trial as soon as

 7  possible, and we actually proposed the week of May 8th for a

 8  full trial if that was workable for SNMP, and I understand

 9  it isn't, and I'm not questioning that at all, and as Mr.

10  Dean alluded to, finding another date on the calendar for

11  even a week, much less more, is proving a challenge, so

12  we're working hard to figure out the soonest, earlier week

13  that could work and then we'll come to you and hope that it

14  might also work for you, but we do want to get that on your

15  calendar so that, you know, we can all target that date as

16  soon as possible.

17        THE COURT:  That's right.  I mean, look, I like to

18  have trials run consecutively, and that gets difficult to

19  do, but we can move hearings and the like, but the sooner

20  you get to me with a trial date or a request for a trial

21  date, the better.

22        MR. HERRINGTON:  Very good.

23        THE COURT:  All right.

24        MR. DEAN:  Thank you, Your Honor.

25        THE COURT:  All right, everyone.  I appreciate

1    your arguments in the Hearing, and with that, we'll stand in

2    recess.

3              MR. HERRINGTON:  Thank you, Your Honor.

4              THE COURT:  Good day now.  I'll issue an Order.

5              (Whereupon at 11:53 a.m., the hearing was

6    adjourned.)

7                          CERTIFICATION

8              I certify that the foregoing is a correct

9    transcript from the electronic sound recording of the

10   proceedings in the above-entitled matter.

11

12
13   _____          March 10, 2017
14   Florence E. Blantz, Transcriber          Date
15   Diaz Transcription Services

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**30(b)(6)**(25) 4:16 7:24 8:4 13:2 13:5 16:1 16:12 18:21 21:14 21:16 25:11 25:11 25:13 25:14 25:16 25:19 25:20 25:23 29:5 29:7 29:9 29:11 30:5 31:7 31:9

**30(b)(b)**(1) 25:8

**30(d)(6)**(1) 4:3

**a.m.**(3) 1:15 3:1 39:5

**abbott**(3) 1:26 9:16 9:22

**ability**(1) 4:19

**able**(2) 27:11 36:7

**about**(47) 6:6 7:6 7:19 7:22 8:4 9:3 10:3 10:13 10:19 10:20 10:22 11:1 11:12 11:16 11:17 12:8 12:12 13:3 13:15 13:23 14:11 14:19 14:23 14:24 15:4 15:9 16:1 16:6 16:7 16:25 17:1 17:13 17:21 18:3 18:11 19:9 21:6 21:24 23:14 24:9 27:6 27:18 28:12 29:25 34:6 34:21 35:13

**above-entitled**(1) 39:10

**absolutely**(1) 8:15

**accomplished**(1) 6:22

**accurate**(1) 23:12

**across**(1) 34:14

**active**(2) 20:5 20:9

**actual**(1) 23:9

**actually**(7) 8:6 8:19 8:22 18:24 23:25 37:8 38:7

**addition**(4) 21:14 21:21 32:15 35:8

**additional**(7) 4:20 8:4 21:16 27:19 31:23 31:25 32:2

**address**(5) 5:8 6:15 7:15 15:8 17:4 23:2 25:1 25:4 25:13 26:2 28:11 33:5 33:22

**addressed**(4) 12:13 32:15 33:5 33:22

**adjourned**(1) 39:6

**administered**(1) 1:6

**administrative**(1) 4:12

**admissible**(1) 35:25

**admit**(1) 22:17

**admittedly**(1) 4:3

**adopt**(2) 27:16 28:6

**adopted**(2) 12:20 28:6

**advance**(2) 27:10 30:13

**advanced**(1) 27:6

**adversary**(2) 3:5 34:23

**advised**(1) 8:10

**affairs**(3) 5:15 5:18 14:6

**affidavit**(1) 17:7

**after**(8) 5:11 11:14 11:15 13:6 16:6 24:4 35:7

**again**(14) 9:25 11:10 12:10 12:13 12:17 13:20 15:1 19:4 20:24 22:8 22:11 27:7 29:8 30:18

**against**(3) 18:7 23:17

**ago**(4) 13:25 15:17 20:4 26:15

**agree**(7) 18:24 19:1 24:3 24:14 24:24 28:18 36:4

**agreeable**(1) 33:6

**agreed**(10) 20:14 27:22 28:14 28:16 28:25 28:25 32:24 34:14 36:8 36:16

**agreed-upon**(1) 9:10

**agreeing**(1) 34:10

**agreement**(13) 11:4 11:14 23:14 24:13 24:14 24:18 27:3 27:23 28:20 29:2 29:17 29:18 33:11

**agreements**(3) 4:8 11:23 12:3

**agrees**(1) 18:15

**akin**(1) 2:10

**ali**(39) 5:15 5:17 8:16 8:24 9:13 9:22 9:23 10:16 10:18 11:17 11:20 11:25 12:2 13:7 14:3 15:6 17:6 19:20 21:9 21:12 22:23 23:25 25:25 25:25 26:8 27:24 29:7 29:24 30:1 30:10 30:23 30:25 31:8 34:11 36:24 38:3 38:9 38:15 38:23 38:25

**allegation**(1) 9:3

**alleging**(1) 25:7

**allocation**(1) 14:2

**allotments**(1) 28:7

**allotted**(1) 27:12

**allow**(1) 24:24

**allowed**(2) 6:4 35:12

**alluded**(1) 38:10

**almost**(1) 32:15

**already**(6) 18:16 23:10 27:21 27:22 31:13 32:1

**also**(9) 7:5 15:22 16:20 21:10 25:8 26:3 33:4 33:22 38:14

**alternatives**(1) 6:19

**always**(2) 3:7 32:2

**amend**(8) 20:19 20:21 32:6 32:15 33:8 33:17 33:21 34:22

**america**(1) 2:14

**amount**(3) 17:15 24:19 25:24

**analysis**(1) 18:17

**and**(286) 3:3 3:4 3:5 3:9 3:11 3:19 3:25 4:2 4:4 4:6 4:9 4:11 4:16 4:17 4:23 5:1 5:3 5:3 5:7 5:15 5:19 6:10 6:12 6:15 6:16 6:21 6:22 7:2 7:8 7:14 7:15 7:18 8:3 8:6 8:8 8:19 8:21 9:4 9:7 9:10 9:24 10:15 10:10 10:16 11:5 11:8 11:9 11:10 11:11 11:13 11:15 11:18 11:23 11:25 12:7 12:8 12:9 12:10 12:19 12:22 13:2 13:7 13:12 13:13 13:13 13:14 13:16 13:19 13:20 13:21 13:25 14:3 14:4 14:5 14:7 14:8 14:10 14:14 14:15 14:24 15:4 15:14 15:14 15:17 15:22 15:24 15:24 16:5 16:7 16:12 16:13 16:17 16:19 16:19 17:15 17:16 17:17 17:18 17:22 17:25 18:2 18:3 18:4 18:8 18:14 18:17 18:20 19:3 19:3 19:6 19:8 19:10 19:21 19:23 20:6 20:8 20:9 20:17 20:20 20:24 21:3 21:11 21:13 21:14 21:15 21:19 21:19 21:21 21:22 22:1 22:1 22:3 22:6 22:8 22:11 22:12 22:13 22:15 22:16 22:20 23:6 23:19 23:20 23:22 24:4 24:5 24:6 24:7 24:9 24:10 24:12 24:16 24:17 24:18 24:24 25:8 25:12 26:1 26:7 26:15 26:17 26:18 26:19 26:20 26:21 26:21 26:22 26:22 26:23 26:23 26:24 27:1 27:1 27:3 27:5 27:9 27:11 27:12 27:13 27:16 28:2 28:4 28:4 28:5 28:15 28:21 28:23 29:2 29:7 29:9 29:11 29:12 29:13 29:14 29:15 29:19 29:20 29:22 29:23 29:25 30:1 30:3 30:5 30:9 30:10 30:13 30:15 30:20 30:22 31:2 31:3 31:7 31:8 31:9 31:9 31:14 31:15 31:16 31:18 31:20 32:1 32:2 32:5 32:6 32:11 32:13 32:13 32:14 32:20 32:22 32:23 32:24 32:25 33:1 33:3 33:6 33:10 33:15 33:17 33:20 33:21 33:24 33:25 34:12 34:17 34:20 35:2 35:7 35:9 35:12 35:16 35:20 35:22 35:23 35:23 36:1 36:6 36:7 36:15 36:16 36:18 36:20 36:21 36:24 37:4 37:6 37:8 37:13 37:14 37:16 37:24 37:38 38:7 38:8 38:9 38:9 38:13 38:13 38:18 38:19 39:1

**and/or**(1) 17:14

**anderson**(1) 1:27

**another**(8) 4:10 6:2 9:17 21:16 27:23 35:8 37:16 38:10

**answer**(3) 13:18 20:16 25:21

**answers**(2) 4:17 22:11

**anticipate**(2) 13:14 37:8

**any**(15) 4:4 10:9 11:11 11:11 11:22 12:9 15:18 16:23 20:7 20:8 26:7 28:13 29:6 29:7 34:24

**anybody**(2) 14:13 14:22

**anymore**(2) 15:19 17:3

**anyone**(2) 4:17 4:20

**anything**(8) 10:19 14:14 14:23 14:24 15:6 15:16 18:3 28:8

**anyway**(1) 33:21

**apart**(1) 10:4

**apologize**(1) 9:17

**appealing**(1) 35:1

**appeals**(1) 34:20

**appear**(1) 31:13

**appearances**(2) 1:23 2:1

**applicable**(1) 34:23

**application**(1) 16:5

**appreciate**(5) 19:19 34:8 36:17 37:3 38:25

**approach**(2) 27:16 28:6

**approached**(1) 23:19

**appropriate**(7) 18:5 19:12 27:16 27:17 30:2 31:15 37:1

**approved**(2) 11:5 11:6

**approximately**(1) 23:4

**are**(31) 3:24 6:21 6:22 7:11 8:12 8:17 9:4 10:5 13:15 13:19 14:1 14:5 17:12 18:18 21:20 24:6 24:6 24:25 25:14 25:22 28:3 28:20 29:21 30:2 31:8 32:10 32:17 33:25 36:14 37:13 37:19

**areas**(1) 31:9

**arguing**(1) 31:34

**argument**(5) 5:20 7:16 7:21 26:8 35:24

**arguments**(6) 6:12 7:9 7:11 39:1

**around**(1) 20:1

**arrival**(1) 11:7

**arrived**(3) 11:5 11:14 11:15

**arsht**(1) 1:25

**aside**(1) 33:5

**ask**(14) 8:12 9:11 10:20 15:4 18:10 20:7 20:12 23:21 24:1 27:9 28:4 30:13 35:23 37:4

**asked**(5) 4:7 7:23 8:3 8:9 13:15 16:11 24:2 25:15 28:14

**asking**(9) 10:3 13:19 22:1 22:3 22:15 22:19 22:22 27:14 30:11

**aspect**(1) 33:7

**assemble**(2) 10:18 33:20

**assess**(1) 4:15

**assessing**(1) 12:22

**associate**(1) 20:6

**assume**(2) 17:6 22:3

**assured**(1) 24:13

**attached**(1) 11:3

**attempt**(2) 5:7 7:16

**attempting**(1) 21:7

**attention**(1) 30:17

**audited**(1) 6:21

**august**(1) 13:6

**automatically**(1) 26:10

**available**(5) 9:6 16:16 20:13 32:3 33:25

**avaya**(2) 11:2 17:14

**avoid**(3) 10:11 18:16 34:20

**award**(1) 18:17

**aware**(1) 9:12

**awfully**(1) 14:10

**back**(18) 8:10 10:9 11:6 11:25 14:6 14:24 15:22 16:9 18:19 20:4 24:9 26:25 27:7 27:12 32:18 33:10 33:17 37:15

**background**(1) 20:10

**ball**(1) 9:20

**bank**(1) 2:14

**bankruptcy**(4) 1:1 1:20 6:8 15:25

**bar**(1) 29:1

**base**(1) 32:18

**based**(4) 4:16 18:18 22:4 23:18

**baseline**(1) 21:13

**basic**(2) 5:6 32:20

**basically**(1) 3:12

**basis**(5) 7:17 10:4 19:8 21:23 24:21

**became**(1) 20:9

**because**(30) 11:24 15:23 16:13 16:22 16:23 18:20 21:5 21:6 22:10 22:19 22:22 23:6 23:11 23:18 24:1 24:6 24:11 24:21 26:2 26:9 27:7 27:17 29:8 29:10 29:14 31:2 34:7 34:13 35:25

**becoming**(1) 32:17

**been**(18) 11:2 11:9 12:6 15:19 15:23 16:10 19:24 20:12 23:10 24:4 27:20 29:15 31:13 32:1 32:14 32:23 37:6 38:5

**before**(20) 1:19 4:23 6:8 8:9 9:19 11:8 12:21 14:12 15:14 20:9 26:14 26:14 26:20 28:1 29:21 35:1 35:18 35:20 36:4 36:15

**began**(1) 8:8

**behalf**(3) 3:16 14:22 29:19

**being**(9) 4:24 6:4 6:21 22:4 25:18 30:4 30:5 30:14 30:15

**belabor**(1) 17:3

**belief**(1) 35:21

**believe**(2) 16:24 19:4

**bench**(3) 32:3 33:3 33:4

**besides**(2) 4:7 22:24

**better**(1) 38:21

**between**(1) 37:24

**beyond**(6) 17:14 29:12 29:20 29:20 30:4 30:5 31:24

**bit**(3) 17:4 31:5 36:5

**blame**(2) 22:11 23:6

**blank**(1) 28:1

**blantz**(1) 39:14

**block**(1) 7:12

**blue**(1) 28:1

**books**(1) 6:5

**both**(5) 4:1 5:8 19:7 28:25 28:25

**botter**(1) 2:11

**bottom**(2) 10:5 10:21

**brannick**(1) 2:6

**break**(1) 23:18

**briefly**(1) 15:8

**bring**(2) 36:4 37:15

**bringing**(1) 12:25

**brings**(1) 5:4

**broad**(2) 11:18 25:14

**brought**(1) 31:3

**bryant**(1) 2:13

**burden**(6) 10:17 12:22 12:25 19:2 19:2 19:3

**burdensome**(1) 27:20

**business**(6) 3:25 4:1 4:2 6:10 7:7 13:7

**businesses**(1) 17:14

**but**(75) 3:7 3:13 3:23 7:11 7:19 7:22 8:2 8:19 8:22 9:19 10:4 10:21 11:7 11:21 12:13 13:18 14:8 14:21 14:21 15:1 15:15 16:8 16:13 16:24 17:16 18:7 19:11 19:15 20:6 20:11 20:13 20:16 20:21 21:7 21:8 21:10 21:16 21:20 22:9 22:12 23:2 23:7 23:13 23:21 24:15 25:6 25:20 26:21 26:22 27:5 30:12 30:13 30:20 30:23 31:10 31:15 32:16 33:10 33:11 34:5 34:8 34:16 34:19 35:5 35:15 35:17 36:10 37:1 37:25 38:14 38:19 38:18 38:19

**calendar**(3) 38:10 38:15

**california**(3) 27:5 27:7 27:18

**call**(5) 9:19 27:2 31:12 32:3 33:19

**called**(3) 28:20 32:18 32:22

**came**(3) 20:18 26:15 26:19

**can**(16) 8:20 12:14 12:17 12:23 13:11 14:3 14:9 14:22 25:20 26:22 30:19 32:22 33:4 37:22 38:15 38:19

**can't**(1) 16:9

**canada**(6) 23:15 24:8 24:20 24:23 28:23 29:2

**canadian**(8) 20:3 23:14 23:15 24:1 24:3 28:13 28:20 28:24

**candidly**(1) 21:11

**canned**(1) 21:17

**cannot**(1) 36:2

**capacities**(2) 25:5 29:11

**capacity**(4) 25:12 25:21 25:23 30:10

**care**(2) 19:20 26:23

**carefully**(1) 3:7

**carrie**(1) 1:44

**carry**(1) 9:20

**case**(45) 1:5 3:5 8:18 9:5 12:9 12:10 12:12 14:17 15:24 16:8 16:21 16:25 19:24 20:5 20:9 20:11 20:18 20:22 21:1 21:11 22:4 23:3 23:5 23:10 23:16 23:18 25:4 25:15 25:20 27:17 29:4 29:14 29:17 29:18 30:8 30:14 31:3 31:6 31:11 31:12 34:22 35:8 35:15 36:22

**case's**(5) 19:21 24:12 24:17 28:12 37:11

**cases**(3) 16:21 26:1 29:6 29:6

**cast**(2) 22:8 22:11

**casting**(1) 23:6

**categories**(2) 5:6 25:14

**cause**(1) 27:7

**cc'd**(1) 21:3

**centre**(1) 22:20

**certain**(3) 34:18 35:6 35:7

**certainly**(6) 14:12 16:24 19:15 31:12 31:14

**certification**(1) 39:7

**certify**(1) 39:8

**cetera**(1) 23:23

**challenge**(3) 21:12 22:14 38:11

**challenged**(1) 30:12

**challenging**(1) 30:22

**chance**(3) 6:25 24:4 35:16

**changes**(2) 11:21 14:5

**chapter**(1) 1:8

**check**(1) 28:1

**chief**(1) 9:8

**chooses**(1) 17:19

**chosen**(1) 30:4

**christmas**(1) 4:23

**christopher**(1) 2:19

**circumstance**(1) 27:9

**circumstances**(4) 19:17 31:12 31:17 31:19

**cite**(1) 25:5

**cited**(1) 29:6

**claim**(6) 10:4 14:20 15:13 23:18 32:16 34:16

**claims**(4) 6:22 14:17 34:17 34:18

**clarification**(1) 19:18

**clarifying**(1) 18:10

**clean**(1) 6:2

**clear**(5) 31:23 34:7 34:9 35:23 36:2

**cleary**(1) 1:32

**client**(5) 8:6 18:15 18:18 18:21 26:2

**closely**(1) 6:23

**closing**(2) 11:8 11:16

**coast**(2) 27:5 27:19

**cole**(1) 2:4

**collect**(1) 29:13

**collectively**(1) 31:3

**combined**(2) 33:7 34:22

**come**(10) 10:9 18:19 21:20 23:25 26:25 27:12 30:13 33:10 33:12 38:13

**comes**(1) 29:2

**coming**(1) 9:5

**comment**(1) 13:2

**commenting**(1) 21:2

**comments**(1) 28:3

**committee**(1) 2:9

**communications**(1) 21:2

**comparison**(1) 30:6

**compel**(1) 4:19

**complain**(1) 6:18

**completion**(1) 6:18

**concept**(1) 34:9

**concerned**(2) 27:4 36:14

**conclude**(1) 8:20

**concluded**(2) 4:18 5:2

**conducted**(2) 7:7 7:8

**conference**(1) 22:20

**confirm**(3) 10:7 12:11 15:4

**confirmation**(4) 5:14 5:23 6:8 14:3

**confirmed**(2) 11:10 12:23

**confirms**(2) 17:20 18:8

**connection**(4) 3:22 6:14 11:12 17:8

**consecutively**(1) 38:18

**consequences**(1) 19:10

**consider**(1) 36:2

**consideration**(1) 25:25

**consisted**(1) 12:1

**consistently**(1) 12:3

**consultants**(4) 13:10 13:17 13:22 16:20

**consulting**(2) 4:8 8:1

**contention**(1) 25:6

**continued**(5) 2:2 7:22 17:1 19:21 19:22

**contract**(3) 35:22 36:1 36:3

**contracts**(1) 4:8

**cooperative**(1) 32:44

**cooperatively**(1) 32:11

**coordinated**(1) 12:5

**coordinating**(1) 11:19

**copied**(1) 21:6

**copy**(1) 38:18

**corporate**(1) 6:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| correct(3) 13:18 17:10 39:8 | | did(16) 8:4 8:19 8:22 9:7 11:25 14:4 16:18 16:19 17:3 23:25 24:24 27:3 27:10 28:15 28:17 32:6 | | expert's(1) 35:11 | | given(4) 5:23 22:11 33:1 33:4 | |
| cost(2) 18:15 28:18 | | | | experts(2) 30:1 37:23 | | gives(1) 25:12 | |
| costs(1) 18:24 | | | | expiration(1) 8:9 | | giving(1) 3:9 | |
| could(6) 13:12 15:20 26:25 27:6 35:21 38:13 | | didn't(16) 4:19 8:2 8:20 11:11 11:22 12:12 13:19 14:11 14:20 20:7 20:7 21:3 22:13 23:24 24:1 29:23 | | explain(1) 34:13 | | goalposts(1) 24:19 | |
| couldn't(1) 27:2 | | | | explaining(1) 10:6 | | goes(3) 8:18 28:2 29:20 | |
| counsel(4) 6:2 11:6 11:25 15:25 | | difference(1) 23:17 | | explanation(1) 14:11 | | going(28) 5:7 6:11 9:14 12:7 17:11 18:21 19:16 | |
| counsel's(2) 5:9 5:25 | | different(10) 13:20 13:21 21:22 21:25 24:6 24:7 25:5 | | explore(2) 12:16 30:1 | | 21:12 21:18 22:6 22:14 22:25 23:22 26:6 28:17 | |
| counter(1) 7:9 | | 29:10 29:24 30:15 | | exploring(1) 6:18 | | 30:16 30:18 30:20 30:22 31:18 33:20 35:18 36:4 | |
| couple(4) 3:6 34:6 36:3 38:2 | | | | extend(1) 37:10 | | 36:10 36:10 37:15 37:19 | |
| course(6) 9:3 3:11 14:3 17:14 17:24 21:13 36:21 | | difficult(4) 21:4 28:23 37:7 38:18 | | extrinsic(2) 35:25 36:2 | | | |
| court(02) 1:1 3:2 3:17 8:12 8:13 8:16 8:24 9:5 | | difficulty(1) 10:9 | | face(1) 35:23 | | gone(2) 8:21 26:14 | |
| 9:12 9:13 9:22 10:10 10:10 10:24 11:4 13:4 15:1 | | direct(1) 16:12 | | facet(1) 7:21 | | good(8) 3:2 5:15 6:25 9:24 9:24 36:6 38:22 39:4 | |
| 15:6 15:11 17:6 17:11 18:12 18:19 20:2 20:19 20:2 | | directly(1) 3:9 | | fact(23) 4:4 10:1 10:14 11:21 15:3 20:24 21:8 21:14 | | got(2) 19:8 35:3 | |
| 20:20 22:3 22:23 27:13 27:13 28:8 28:22 28:23 | | disclosed(4) 4:24 16:22 21:22 21:23 | | 21:15 21:17 25:7 25:11 25:13 25:22 26:2 26:16 29:8 | | gottlieb(1) 1:32 | |
| 30:13 30:16 30:25 31:25 32:2 32:8 32:19 33:14 | | disclosure(1) 25:9 26:5 26:6 26:9 | | 29:20 30:5 30:7 30:9 31:6 35:8 | | govern(1) 37:17 | |
| 33:24 34:4 35:3 35:23 36:2 36:5 36:9 36:13 36:15 | | disclosures(1) 16:21 | | | | governed(1) 36:1 | |
| 36:18 36:20 36:24 37:4 37:19 37:18 38:3 38:17 38:23 | | discovery(3) 3:6 8:10 12:21 28:23 37:11 | | facts(1) 19:5 | | great(2) 34:2 37:2 | |
| 38:25 39:4 | | discussing(2) 32:14 32:23 | | failure(1) 4:17 | | greatly(1) 34:7 | |
| | | discussion(2) 24:16 29:7 | | fair(1) 26:20 | | gross(2) 1:19 3:3 | |
| court's(2) 31:15 31:20 | | dispute(4) 9:7 23:16 24:23 31:2 | | faith(1) 36:7 | | ground(1) 28:2 | |
| courtroom(1) 1:10 | | disputes(1) 3:6 | | fall(1) 5:5 | | group(1) 6:17 | |
| courts(2) 10:14 12:13 | | distracting(1) 25:3 | | familiar(4) 5:15 5:17 14:4 32:17 | | guide(1) 20:8 | |
| cover(3) 31:11 21:18 28:2 | | district(1) 1:2 | | far(3) 19:24 20:17 36:14 | | gump(1) 2:10 | |
| covered(1) 25:15 | | divestiture(1) 13:7 | | fashion(1) 36:15 | | guy(1) 13:12 | |
| creditors(1) 2:10 | | docket(1) 16:8 | | feel(2) 17:3 30:12 | | | |
| current(1) 37:18 | | documents(1) 25:17 15:20 | | feld(1) 2:10 | | had(19) 7:21 11:9 13:14 15:13 15:25 16:4 20:6 | |
| currently(2) 17:21 37:13 | | does(4) 6:8 10:2 10:4 26:4 | | felt(1) 27:8 | | 20:12 22:1 23:18 24:4 24:4 24:16 27:12 28:6 30:10 | |
| date(14) 11:7 32:11 32:12 33:12 35:7 35:7 37:7 | | doesn't(12) 10:5 10:12 10:15 10:19 11:10 11:11 12:9 | | few(4) 4:23 10:22 11:14 11:15 26:15 | | 35:11 35:16 35:20 | |
| 37:14 37:14 38:10 38:16 38:20 38:21 39:14 | | 12:15 15:1 15:3 16:23 18:3 | | fighting(1) 24:18 | | | |
| | | | | figure(4) 16:10 28:2 34:19 38:12 | | hadn't(1) 23:10 | |
| dates(2) 33:12 34:8 | | doing(5) 11:18 11:20 14:5 33:9 37:8 | | file(2) 18:23 35:18 | | half(5) 15:24 20:4 26:19 27:1 33:16 | |
| david(6) 1:33 2:5 2:11 3:16 4:5 9:16 | | don't(21) 10:24 13:17 14:22 15:19 16:2 17:2 18:19 | | filed(6) 4:21 16:21 23:18 25:8 | | hamilton(1) 1:32 | |
| day(37) 9:6 9:8 9:9 19:25 20:13 20:16 20:17 21:12 | | 22:8 22:12 22:17 22:18 22:18 23:21 25:25 26:7 | | filing(3) 16:10 19:17 37:17 | | hand(1) 17:18 | |
| 21:16 22:1 22:2 22:8 22:13 25:17 26:21 26:22 27:1 | | 26:11 26:23 29:6 30:12 32:4 33:22 | | final(3) 7:2 7:14 34:10 | | handful(2) 4:5 4:21 | |
| 27:8 27:15 27:21 27:23 27:25 28:2 28:5 30:2 30:15 | | | | finally(2) 14:8 30:6 | | handle(1) 12:17 | |
| 30:12 31:4 31:9 31:10 31:14 31:19 32:1 32:22 33:15 | | done(4) 15:17 23:7 24:4 30:19 | | finance(3) 4:10 13:12 13:13 | | handled(1) 12:12 | |
| 33:15 39:4 | | down(2) 26:14 36:10 | | financials(2) 4:22 6:22 | | handling(1) 4:1 | |
| | | draft(1) 37:10 | | find(2) 10:17 29:6 | | happen(3) 28:15 34:12 37:22 | |
| day-for-day(1) 24:14 | | drivers(1) 13:4 | | finding(2) 19:3 38:10 | | happened(2) 14:7 17:15 | |
| days(28) 4:23 11:8 11:14 12:6 19:23 20:21 20:22 | | driving(1) 26:11 | | fine(1) 34:4 | | happens(2) 25:8 37:15 | |
| 20:23 21:15 21:20 22:2 22:3 22:14 23:16 25:10 | | duplicative(1) 4:11 | | finish(1) 22:14 | | happy(3) 10:9 10:10 10:10 | |
| 26:10 29:10 29:20 30:17 30:19 31:11 31:13 31:14 | | during(4) 4:6 5:18 6:16 25:17 | | first(11) 3:10 3:13 3:13 3:14 5:22 6:11 22:7 25:13 | | harass(3) 5:7 7:17 7:18 | |
| 31:24 31:25 32:2 34:1 38:2 | | each(6) 21:15 22:2 30:1 30:5 35:9 37:24 | | 25:17 26:25 28:11 | | harassment(4) 9:4 9:10 14:8 19:4 | |
| | | earlier(4) 7:23 7:23 33:5 38:12 | | | | hard(3) 10:11 22:15 38:12 | |
| deadline(1) 37:11 | | easily(1) 12:23 | | five(3) 15:20 21:22 29:24 | | harrisburg(1) 1:44 | |
| deadlines(1) 37:17 | | echo(1) 25:2 | | floor(1) 1:28 | | has(16) 3:13 4:7 5:10 8:18 14:5 14:14 19:23 20:17 | |
| deal(1) 6:1 | | ecro(1) 1:40 | | florence(1) 39:14 | | 21:18 25:10 25:23 31:6 31:16 33:18 35:10 37:21 | |
| dean(39) 2:5 3:15 3:16 3:17 3:18 8:12 8:15 8:17 | | effect(1) 31:21 | | fly(1) 27:7 | | | |
| 8:25 9:2 9:13 10:3 10:22 11:16 13:2 13:14 13:22 | | efficient(1) 22:7 | | focused(3) 6:17 15:16 20:17 | | hauer(1) 2:10 | |
| 15:7 15:8 15:12 17:18 18:1 18:10 18:13 19:18 22:24 | | efficiently(3) 22:12 22:13 22:16 | | followed(1) 30:21 | | have(70) 3:5 4:11 4:16 4:19 5:3 6:16 7:1 7:9 7:10 | |
| 23:1 28:11 29:5 30:7 34:4 34:5 36:12 36:25 37:2 | | either(2) 9:9 32:4 | | for(79) 1:2 1:25 2:4 2:9 2:25 3:18 4:15 5:13 6:1 | | 7:19 7:23 8:18 8:20 8:21 8:21 10:2 10:12 10:14 | |
| 37:6 37:21 38:10 38:24 | | electronic(2) 1:48 39:9 | | 6:11 6:16 7:11 8:4 9:6 9:9 9:10 9:17 10:8 10:18 | | 10:15 10:17 10:18 11:11 11:14 14:2 14:20 16:23 | |
| | | else(5) 4:7 4:17 4:20 16:16 28:17 | | 12:6 12:24 12:25 14:12 15:18 15:22 15:24 15:25 | | 15:3 15:9 15:14 15:18 15:20 16:1 16:7 16:23 | |
| debtor(2) 4:19 36:7 | | email(1) 16:3 | | 16:2 16:24 17:8 17:24 17:25 18:9 18:16 18:18 18:22 | | 17:4 17:16 18:20 19:21 20:13 20:14 21:18 22:10 | |
| debtors(44) 1:12 1:25 3:21 4:3 4:9 4:17 5:2 5:3 5:5 | | emails(2) 21:2 21:7 | | 18:23 19:17 19:18 21:19 21:10 22:1 22:2 22:3 22:15 | | 22:16 22:18 23:5 23:7 25:8 26:5 26:14 26:18 26:22 | |
| 5:15 5:16 5:18 5:22 6:12 6:15 6:17 7:16 7:19 7:23 | | employee(3) 13:17 26:17 29:15 | | 22:19 23:3 23:16 24:5 24:24 25:12 27:8 27:9 27:16 | | 27:7 27:20 27:21 27:23 28:3 28:16 30:3 30:4 30:15 | |
| 8:4 8:6 9:3 9:4 11:18 13:16 14:2 15:21 17:12 17:16 | | employees(7) 12:1 12:12 13:15 13:19 13:21 14:1 16:19 | | 28:17 29:16 30:2 30:11 30:13 30:21 31:13 32:3 32:8 | | 32:7 35:7 35:17 36:4 36:21 37:12 37:23 38:18 | |
| 17:17 17:22 18:23 19:14 19:16 20:3 23:6 23:17 | | employer(1) 21:10 | | 32:12 33:15 33:20 34:1 34:1 34:8 36:6 36:10 37:20 | | | |
| 23:19 23:23 24:2 24:13 24:23 31:6 31:19 | | employment(2) 4:8 8:1 | | 38:6 38:7 38:8 38:10 38:14 38:20 | | haven't(1) 35:16 | |
| | | end(4) 19:14 26:25 27:1 33:13 | | | | he's(10) 20:24 20:24 21:8 21:21 29:15 29:23 31:13 | |
| december(7) 4:23 8:5 8:13 11:5 11:7 16:4 17:2 | | engaged(1) 11:9 | | force(2) 26:11 27:3 | | 31:15 31:16 31:25 | |
| decide(1) 35:17 | | enough(1) 25:9 | | forced(1) 27:10 | | | |
| decided(2) 21:18 | | enterprise(1) 11:1 | | foregoing(2) 38:5 39:8 | | head(2) 7:5 9:5 | |
| decides(1) 18:13 | | entirely(2) 32:16 32:16 | | forestall(1) 19:16 | | hear(2) 9:4 9:14 | |
| declaration(24) 5:13 5:16 5:24 6:1 6:2 6:3 10:7 | | entitle(2) 25:9 26:4 | | forfeiting(1) 39:3 | | hear(1) 36:9 | |
| 12:15 12:18 12:24 13:23 14:16 14:18 15:5 15:18 | | entitled(6) 5:24 7:8 19:15 21:24 31:8 31:11 | | form(1) 33:3 | | hearing(18) 3:18 6:12 6:13 6:16 9:17 11:5 11:15 | |
| 17:17 17:18 17:18 17:21 18:2 18:18 18:14 19:6 20:18 | | entitles(1) 26:19 | | formally(1) 37:10 | | 11:17 18:20 31:12 32:11 32:23 33:18 33:21 34:21 | |
| | | entries(1) 16:8 | | former(1) 26:17 | | 34:22 35:9 35:11 35:18 35:20 38:1 39:1 39:5 | |
| dedicated(1) 12:2 | | equal(1) 26:18 | | forth(1) 24:9 | | | |
| default(1) 29:9 | | especially(2) 21:4 29:14 | | forum(1) 34:14 | | hearings(2) 12:3 38:19 | |
| definition(1) 29:19 | | esq(7) 1:26 1:27 2:5 2:11 2:12 2:19 2:26 | | forward(5) 34:4 34:12 37:23 27:25 30:4 30:14 | | heavily(1) 14:13 | |
| delaware(3) 1:2 1:12 3:1 | | essentially(2) 13:9 35:6 | | frame(2) 33:9 35:4 | | held(2) 10:14 11:4 | |
| delay(1) 33:1 | | establish(2) 10:19 13:1 | | frankly(2) 20:9 31:2 | | helpful(1) 34:13 | |
| demanding(1) 9:7 | | established(4) 10:14 12:14 12:14 19:6 | | friday(1) 3:1 | | her(1) 29:12 | |
| demonstrates(1) 6:25 | | ethernet(1) 32:18 | | from(22) 3:18 7:24 9:14 10:5 15:20 16:3 17:12 | | here(19) 3:3 5:4 9:3 12:22 17:17 23:6 24:12 24:17 | |
| denied(3) 26:24 26:24 28:4 | | even(16) 5:22 6:8 9:8 11:3 11:7 12:6 12:19 15:17 | | 17:23 19:14 19:17 20:2 20:18 21:20 22:9 27:2 27:6 | | 24:19 24:22 24:25 26:12 27:16 27:20 29:10 30:11 | |
| denying(1) 28:6 | | 15:21 20:9 21:3 22:18 29:16 29:21 30:22 38:11 | | 28:8 31:23 32:3 35:9 36:24 39:4 | | 30:13 30:21 31:16 | |
| depose(7) 3:21 5:3 7:12 7:23 8:11 9:8 31:8 | | | | | | | |
| deposed(6) 13:8 23:4 23:23 23:16 31:14 32:1 | | ever(2) 15:16 16:10 | | full(6) 19:5 22:18 26:21 26:22 27:15 38:8 | | here's(1) 17:11 | |
| deposition(54) 3:11 4:6 4:18 6:5 7:24 9:12 10:13 | | every(3) 16:11 21:15 21:14 | | fully(1) 19:5 | | herrington(40) 11:33 9:14 9:15 9:19 9:23 9:24 10:25 | |
| 10:16 10:18 12:17 12:25 16:11 17:19 17:20 17:24 | | everybody(1) 27:20 | | functions(1) 6:18 | | 13:5 16:3 16:7 16:12 16:22 17:6 17:10 18:25 19:13 | |
| 18:7 18:7 18:14 19:4 19:8 19:10 19:21 20:5 20:14 | | everyone(1) 38:25 | | further(5) 8:8 15:6 17:4 17:5 28:8 | | 19:23 19:25 20:3 20:23 22:6 23:14 24:5 25:15 28:9 | |
| 24:20 25:24 26:16 29:4 30:2 31:9 31:10 31:11 31:15 | | everything(3) 8:17 21:8 21:19 | | future(2) 37:9 37:15 | | 28:10 30:25 31:2 32:10 32:20 34:2 35:5 36:16 | |
| 27:25 28:12 28:16 29:4 30:2 31:9 31:10 31:15 31:3 | | evidence(2) 35:25 36:2 | | game(1) 35:12 | | 36:19 36:23 37:10 38:4 38:22 39:3 | |
| 31:18 32:2 32:3 35:16 37:13 | | evidentiary(5) 33:18 33:20 34:15 34:21 34:24 | | gave(1) 35:12 | | | |
| | | exactly(2) 25:22 33:9 | | genband(4) 6:14 11:13 15:15 17:14 | | hesitate(1) 32:4 | |
| depositions(15) 8:10 9:6 19:22 19:22 21:20 22:12 | | examine(2) 5:24 16:15 | | general(2) 20:10 26:8 | | him(8) 4:7 7:12 10:20 13:11 15:4 25:23 30:4 31:8 | |
| 22:17 23:5 23:15 24:3 24:22 25:10 25:17 30:7 31:4 | | example(1) 6:11 | | generally(3) 3:25 4:2 | | himself(2) 21:1 21:7 | |
| | | exchanged(1) 17:16 | | gentleman(1) 4:10 | | his(22) 3:22 3:24 6:3 9:9 10:5 11:5 11:7 14:19 15:4 | |
| derek(1) 1:26 | | executive(2) 4:9 12:8 | | get(21) 19:11 20:20 21:3 21:19 23:8 26:21 27:2 | | 16:13 17:1 21:9 21:21 29:12 29:12 29:19 29:20 | |
| described(2) 4:12 10:3 | | expand(1) 3:8 | | 27:11 28:23 29:8 30:16 30:17 30:19 32:11 33:2 | | 29:20 29:22 29:22 31:18 36:25 | |
| designate(1) 4:17 | | expect(3) 16:9 17:22 18:9 | | 33:10 37:7 37:14 38:6 38:14 38:20 | | | |
| designated(1) 29:15 | | expense(5) 10:17 19:1 33:1 | | | | hold(1) 31:18 | |
| desire(1) 8:1 | | experience(2) 10:15 22:13 | | gets(1) 38:18 | | home(1) 9:9 | |
| detail(2) 25:6 34:11 | | experi(18) 21:21 21:24 22:17 25:9 25:11 26:1 26:3 | | getting(4) 10:9 21:17 25:2 27:6 | | honest(1) 15:16 | |
| detailed(1) 4:1 | | 26:3 26:5 26:6 26:9 29:22 29:22 29:23 31:7 31:10 | | ginger(1) 1:40 | | | |
| details(2) 12:3 14:20 | | 35:10 35:15 | | give(11) 3:8 6:11 9:16 17:17 20:13 26:21 28:1 28:14 | | |
| diaz(1) 1:42 | | | | 31:17 36:5 36:7 | | |
| dictated(1) 37:25 | | | | | | | |

| Word | Page:Line |
|------|-----------|
| honor(60) 3:15 3:19 4:7 4:15 4:23 5:8 5:21 6:6 7:3 7:13 7:21 9:2 9:11 9:15 9:16 9:20 10:1 11:6 11:24 12:12 13:8 14:16 15:3 15:23 16:15 16:20 17:3 17:10 18:10 18:25 19:19 20:23 22:6 22:8 23:1 23:5 25:1 25:3 26:11 26:13 26:20 26:23 28:7 28:10 30:24 31:22 32:5 32:6 32:17 32:24 33:2 33:11 34:3 36:16 36:23 37:3 37:16 38:4 38:24 39:3 | |
| honor's(3) 19:6 30:17 31:23 | |
| honorable(1) 1:19 | |
| hope(3) 36:7 37:14 38:13 | |
| hopefully(2) 33:11 34:14 | |
| hours(12) 20:1 20:1 21:19 22:19 23:4 23:4 23:8 23:9 23:11 26:19 27:1 | |
| how(12) 7:6 7:7 13:3 14:12 19:23 26:6 28:1 28:2 33:9 36:20 37:19 37:25 | |
| hundreds(1) 12:4 | |
| i'd(2) 5:19 28:10 | |
| i'll(5) 15:22 16:17 31:2 31:5 39:4 | |
| i'm(18) 3:9 3:12 5:7 6:10 8:19 8:22 10:21 14:4 14:16 15:22 18:1 22:11 23:6 25:2 31:1 31:18 36:10 38:9 | |
| i've(2) 3:7 15:23 | |
| idea(3) 11:8 16:4 19:11 | |
| identified(1) 13:16 | |
| identify(1) 13:20 | |
| identifying(1) 7:25 | |
| impact(1) 25:23 | |
| implied(2) 28:21 29:1 | |
| importance(1) 12:21 | |
| important(6) 12:19 24:20 24:25 26:16 27:9 29:14 | |
| impose(1) 19:11 | |
| inc(5) 1:34 3:4 3:4 21:9 29:15 | |
| include(1) 3:23 | |
| including(4) 6:18 12:1 17:23 21:2 | |
| incur(2) 10:17 33:1 | |
| indeed(1) 10:12 | |
| indicated(2) 18:16 25:17 | |
| indiscernible(2) 24:23 35:19 | |
| individual(1) 25:23 | |
| individually(1) 25:23 | |
| infer(1) 7:18 | |
| inferred(1) 8:20 | |
| inject(1) 21:7 | |
| injecting(1) 5:11 | |
| intellectual(1) 6:19 | |
| intend(1) 33:18 | |
| intent(2) 5:2 15:2 | |
| intentions(1) 7:20 | |
| interested(1) 2:25 | |
| interlocutory(1) 34:25 | |
| international(5) 3:4 21:10 29:16 29:16 29:19 | |
| into(5) 5:6 8:8 12:7 14:14 21:1 21:7 30:14 36:4 | |
| involved(4) 8:6 15:19 15:21 15:23 | |
| involvement(9) 5:11 7:22 8:14 11:11 11:22 15:10 16:1 16:4 17:2 | |
| irony(1) 9:3 | |
| isn't(1) 38:9 | |
| issue(27) 3:11 3:11 7:14 8:8 12:23 14:8 15:9 18:6 25:13 26:1 28:12 29:6 29:17 29:18 31:20 32:20 33:23 34:15 34:16 34:17 34:24 35:2 35:3 35:21 35:22 39:4 | |
| issues(14) 3:23 3:23 5:8 6:9 6:24 13:13 14:1 14:2 15:3 20:17 33:22 35:1 36:14 36:25 | |
| it'll(2) 34:13 37:10 | |
| it's(29) 3:12 9:19 10:14 11:10 13:25 16:20 19:1 19:2 19:4 22:14 23:7 23:8 23:12 23:24 26:20 27:17 30:3 32:16 32:18 33:4 33:21 34:10 34:15 34:16 34:16 34:17 35:6 37:6 37:22 | |
| items(1) 26:4 | |
| its(2) 10:11 35:23 | |
| itself(1) 8:8 | |
| january(4) 5:1 5:12 11:6 13:24 | |
| jason(1) 1:24 | |
| jeffery(1) 1:34 | |
| job(1) 12:6 | |
| john(3) 3:19 7:15 26:17 | |
| johnson(1) 2:12 | |
| jointly(1) 1:6 | |
| judge(3) 1:19 1:20 3:2 | |
| judgment(3) 17:8 32:25 38:6 | |
| junior(1) 20:6 | |
| just(43) 8:22 9:21 10:16 10:19 11:8 11:10 11:14 12:24 14:11 14:21 15:8 15:19 16:13 18:22 18:25 19:1 19:25 20:8 20:15 20:16 20:23 21:11 21:19 22:1 22:9 22:19 23:2 23:22 23:25 25:7 25:22 26:2 26:10 29:23 32:6 33:17 34:6 34:9 35:15 36:5 37:11 | |
| justification(1) 12:24 | |
| kevin(1) 1:19 | |
| key(3) 6:18 33:4 33:23 | |
| kim(1) 1:34 | |
| kind(3) 21:17 24:14 36:20 | |
| king(1) 1:24 | |

| Word | Page:Line |
|------|-----------|
| knew(5) 8:14 14:23 14:24 15:9 16:14 | |
| know(40) 5:17 8:19 8:20 8:22 9:21 10:19 11:19 11:24 12:7 12:19 13:17 13:24 14:1 14:1 14:4 14:11 14:15 14:19 14:19 15:2 15:16 16:2 17:23 18:3 19:2 19:7 20:10 21:6 22:21 22:24 30:9 31:1 32:12 33:14 35:4 36:6 36:9 36:20 37:21 38:15 | |
| knowledge(30) 3:22 3:22 3:24 4:1 4:18 5:6 5:10 5:21 6:7 6:9 7:1 7:3 7:4 7:6 7:11 7:13 10:2 10:12 11:12 12:15 12:23 13:1 15:3 15:18 16:23 19:5 29:12 29:12 29:13 29:20 | |
| knowledgeable(1) 8:17 | |
| known(6) 7:22 8:19 8:21 15:9 16:1 16:7 | |
| knows(4) 13:8 17:13 17:21 25:20 | |
| knoxville(1) 27:24 | |
| kozar(4) 4:5 4:11 4:21 13:10 16:14 16:19 | |
| kozar's(1) 4:6 | |
| lack(5) 5:6 5:21 6:7 6:9 7:3 12:23 13:1 19:5 | |
| lacks(2) 7:4 7:6 | |
| language(2) 35:5 35:5 | |
| last(6) 4:6 13:24 15:12 17:2 25:1 26:13 | |
| late(2) 4:22 8:5 | |
| later(2) 33:5 37:1 | |
| law(5) 12:13 24:1 26:10 36:1 36:1 | |
| lawyers(1) 22:16 | |
| learned(4) 8:5 16:6 16:25 17:1 | |
| learning(1) 5:11 | |
| least(3) 17:1 30:2 33:6 | |
| leave(2) 9:19 30:16 | |
| left(3) 13:8 13:9 13:22 | |
| legitimate(1) 7:17 | |
| less(6) 15:24 19:25 20:16 23:3 32:23 38:11 | |
| let(5) 9:12 9:21 18:25 25:3 36:6 37:4 38:6 | |
| let's(1) 20:11 | |
| letter(13) 3:20 6:1 6:15 10:8 10:11 11:1 11:2 14:13 22:25 23:2 23:23 25:6 29:7 | |
| letters(2) 3:7 17:12 | |
| liberty(1) 1:35 | |
| licensed(1) 2:3 | |
| licensing(2) 35:10 35:14 | |
| like(17) 5:19 11:22 11:23 12:13 14:2 17:3 18:15 22:20 23:8 23:20 23:22 28:10 31:16 34:5 34:12 38:17 38:19 | |
| limit(1) 27:14 | |
| limited(7) 3:24 25:9 25:16 26:18 28:5 30:16 30:17 | |
| line(7) 3:25 4:2 4:14 6:10 7:7 10:5 10:21 | |
| lines(1) 13:7 | |
| litigation(1) 3:23 | |
| little(9) 15:24 17:4 22:7 23:24 25:3 31:1 31:4 34:1 36:5 | |
| live(1) 6:5 | |
| llp(2) 1:25 2:10 | |
| location(1) 9:10 | |
| long(1) 15:17 | |
| longer(1) 22:10 | |
| look(8) 6:13 8:8 11:7 14:11 14:19 14:24 32:2 38:17 | |
| looked(2) 8:21 16:6 | |
| looking(2) 16:5 16:9 | |
| lot(5) 9:3 23:10 24:9 36:9 | |
| ma (1) 12:6 | |
| mace(1) 1:40 | |
| made(8) 4:13 9:6 11:17 15:12 16:10 24:8 24:13 | |
| main(3) 8:18 34:22 35:1 | |
| mainly(1) 20:17 | |
| makes(1) 21:4 | |
| making(2) 6:20 34:23 | |
| many(7) 10:14 12:1 19:23 24:3 24:3 24:16 24:24 | |
| march(3) 1:14 3:1 39:13 | |
| mark(1) 36:10 | |
| market(2) 1:11 17:8 | |
| matter(4) 23:3 34:1 37:12 39:10 | |
| may(23) 5:17 7:9 9:18 10:10 11:6 11:22 16:22 18:10 20:10 21:15 21:6 24:14 33:13 33:24 35:10 35:23 36:11 36:25 37:25 38:1 38:1 38:7 | |
| maybe(8) 8:1 16:12 16:13 30:17 32:17 33:15 | |
| mean(4) 14:8 23:17 23:20 38:17 | |
| meaning(2) 19:5 22:2 | |
| means(3) 9:10 21:19 28:21 | |
| mediation(4) 5:1 5:12 8:7 8:9 14:25 | |
| mention(3) 4:13 23:13 32:6 | |
| mentioned(2) 4:9 30:7 | |
| mere(1) 7:19 | |
| merits(1) 35:1 | |
| might(7) 4:16 7:1 16:16 33:15 35:19 37:24 38:14 | |
| mind(3) 15:2 18:17 18:20 | |
| minute(2) 24:1 34:13 | |
| minutes(1) 10:22 | |
| misleading(1) 24:23 | |
| money(1) 17:15 | |
| month(1) 13:24 | |
| months(3) 13:24 26:15 | |

| Word | Page:Line |
|------|-----------|
| more(18) 3:9 12:19 13:6 20:21 20:22 20:23 22:1 22:7 23:8 25:12 26:4 26:7 26:21 27:15 30:11 30:13 37:1 38:11 | |
| morning(5) 3:2 3:15 3:19 9:24 10:4 | |
| morris(1) 1:25 | |
| most(2) 14:15 16:18 | |
| motion(23) 3:9 3:19 7:15 7:16 14:12 17:8 17:25 18:9 18:16 18:23 19:17 20:19 20:20 26:24 26:24 28:4 32:6 33:15 33:17 33:21 34:22 35:19 | |
| motions(1) 32:25 | |
| motivation(1) 14:10 | |
| move(3) 22:12 22:13 38:19 | |
| much(9) 10:6 12:10 13:10 26:6 28:2 37:2 37:19 37:25 38:11 | |
| mutual(1) 28:19 | |
| myself(2) 15:23 16:2 | |
| named(2) 4:10 4:12 | |
| nathaniel(1) 1:34 | |
| near(2) 37:9 37:15 | |
| necessarily(2) 3:24 26:4 | |
| nec(1) 1:26 | |
| need(14) 9:18 15:1 17:3 18:19 22:7 22:22 25:12 26:21 28:2 29:24 30:1 30:3 37:4 37:19 | |
| needed(2) 12:4 24:7 24:17 | |
| negative(1) 18:5 | |
| negotiated(1) 29:18 | |
| negotiating(1) 37:13 | |
| negotiations(1) 21:2 | |
| network's(1) 3:5 | |
| networks(1) 1:8 | |
| never(6) 1:42 14:24 20:14 27:12 28:18 29:3 | |
| new(4) 1:36 21:5 36:1 36:1 | |
| next(2) 9:4 28:1 | |
| nicholas(1) 1:26 | |
| nichols(1) 1:25 | |
| night(1) 15:12 | |
| nni(1) 6:12 | |
| nobody(2) 13:8 13:9 | |
| non-duplicative(1) 4:20 | |
| none(1) 11:21 | |
| normal(1) 21:5 | |
| nortel(27) 1:8 3:4 4:8 4:16 4:25 7:5 7:9 8:1 8:14 8:18 9:7 11:3 11:25 12:1 13:16 14:14 15:19 16:18 16:21 16:22 16:22 26:22 26:22 27:21 29:17 34:1 37:21 | |
| nortel's(4) 3:25 7:3 14:13 16:20 | |
| north(1) 1:28 | |
| not(57) 3:24 6:3 6:8 7:10 7:11 8:4 8:13 8:17 8:22 9:7 10:2 10:10 12:6 12:20 13:17 14:9 15:16 15:18 16:17 16:18 17:7 18:6 18:22 18:3 19:1 19:12 19:16 19:22 21:9 22:11 22:19 23:8 23:12 23:12 25:9 26:3 26:4 26:16 26:20 27:6 27:14 28:5 28:15 28:15 28:22 29:8 30:8 31:16 31:18 32:16 34:15 34:16 36:25 37:22 38:9 | |
| note(1) 15:22 | |
| noted(1) 25:23 | |
| notes(1) 23:22 | |
| nothing(5) 7:19 14:5 14:5 17:4 17:13 17:21 20:7 20:11 | |
| notice(3) 5:2 13:2 13:5 | |
| notion(2) 25:2 25:4 | |
| now(14) 3:10 5:7 7:14 13:25 13:25 16:22 19:21 24:21 30:6 31:6 32:7 33:22 34:25 37:3 39:4 | |
| number(6) 6:17 10:25 24:2 24:2 25:16 26:1 28:13 | |
| nunc(1) 11:6 | |
| objected(2) 5:3 26:22 | |
| objection(5) 14:7 17:16 25:18 25:19 34:16 | |
| objections(3) 5:5 24:6 24:7 | |
| observer(1) 20:8 | |
| obviously(2) 15:14 15:25 | |
| october(1) 7:25 | |
| off(1) 28:11 | |
| offer(1) 5:25 | |
| offered(1) 7:19 17:17 | |
| officer(11) 3:21 5:14 6:24 7:6 7:10 11:20 12:6 14:15 14:18 14:20 14:21 | |
| official(1) 2:9 | |
| okay(9) 8:24 8:25 10:25 17:11 19:20 20:2 20:12 22:23 36:12 38:3 | |
| on-the-record(1) 23:11 | |
| once(2) 8:5 24:18 | |
| one(28) 1:35 2:13 6:14 7:21 9:9 9:9 9:16 10:25 11:1 13:3 13:10 14:12 19:25 20:16 21:12 21:18 22:1 24:2 25:19 27:15 28:5 28:13 30:10 31:14 31:19 32:1 34:19 35:17 | |
| one's(1) 19:3 | |
| only(10) 4:5 7:25 15:22 16:2 16:17 21:9 22:21 23:3 23:17 25:16 | |
| open(3) 33:10 34:7 34:9 | |
| opinion(1) 16:15 | |

| Word | Page:Line |
|------|-----------|
| opportunity(3) 3:8 3:10 3:13 | |
| opposition(2) 32:13 32:14 | |
| oral(1) 35:24 | |
| order(13) 18:6 27:10 31:12 31:20 34:11 34:14 34:24 34:25 36:8 37:9 37:12 37:16 39:4 | |
| ordering(1) 12:21 | |
| orders(1) 28:22 | |
| other(20) 4:15 4:21 7:25 9:9 13:15 13:16 13:19 15:25 16:17 21:10 21:24 22:2 22:21 28:24 30:1 33:23 35:2 35:20 36:14 38:1 | |
| otherwise(4) 5:12 19:16 25:21 28:2 | |
| ought(1) 3:10 | |
| our(26) 3:19 4:25 5:2 6:15 7:12 8:11 10:8 11:2 14:16 14:17 20:9 20:10 22:9 22:13 25:6 26:1 26:18 26:24 26:24 27:1 27:11 28:6 28:16 32:13 34:17 34:18 | |
| out(11) 7:4 11:2 13:11 16:11 16:11 20:18 28:7 28:22 29:2 29:24 33:9 34:19 38:12 | |
| out-of-pocket(1) 19:1 | |
| outside(1) 25:18 | |
| over(6) 9:19 16:8 24:18 25:3 25:6 31:4 | |
| overall(1) 9:7 | |
| overlap(1) 20:10 | |
| oversee(1) 5:14 | |
| oversight(1) 6:22 | |
| own(3) 9:7 29:12 29:12 | |
| p.c(1) 2:4 | |
| papers(1) 32:12 | |
| park(1) 2:13 | |
| part(3) 4:2 14:16 38:5 | |
| participate(4) 4:25 23:20 23:20 23:24 | |
| participating(1) 8:7 | |
| particular(1) 7:10 | |
| particularly(1) 27:17 | |
| parties(4) 3:8 19:7 27:20 37:13 | |
| party(9) 2:25 3:16 7:7 16:9 29:13 29:16 30:8 30:8 31:16 | |
| pay(5) 18:15 18:18 18:22 18:24 19:11 | |
| payment(1) 19:14 | |
| pejorative(1) 23:21 | |
| pencils(1) 27:11 | |
| pennsylvania(1) 1:44 | |
| people(3) 7:25 10:17 12:25 | |
| perfect(1) 36:23 | |
| perhaps(3) 15:25 17:15 31:10 | |
| period(1) 5:19 | |
| permit(1) 9:12 | |
| person(3) 4:10 4:13 21:18 | |
| personal(1) 29:20 | |
| personally(2) 16:3 17:1 | |
| perspective(3) 13:21 22:9 | |
| phone(2) 9:18 27:2 | |
| piecemeal(1) 34:9 | |
| place(4) 20:17 23:15 24:22 37:1 | |
| plaintiff(1) 31:11 | |
| plan(6) 5:13 5:23 6:8 14:3 33:19 37:18 | |
| playing(1) 20:24 | |
| plaza(1) 1:35 | |
| please(2) 18:11 32:8 | |
| point(13) 3:9 6:6 7:2 8:23 9:2 13:25 16:17 17:4 23:3 24:15 24:20 26:13 30:8 | |
| pointed(1) 11:2 | |
| pointedly(1) 14:16 | |
| points(3) 5:19 7:21 34:6 | |
| ponder(1) 4:12 | |
| portfolio(1) 6:20 | |
| position(1) 31:18 | |
| position(5) 5:16 16:23 34:25 36:25 37:21 | |
| possible(3) 33:3 38:7 38:16 | |
| postpetition(1) 34:18 | |
| potential(4) 3:22 4:15 16:25 35:14 | |
| potentially(1) 34:20 | |
| practices(2) 35:10 35:14 | |
| prehearing(3) 35:19 35:21 35:24 | |
| preparation(3) 6:11 17:24 17:24 | |
| prepare(1) 5:25 | |
| prepared(2) 33:2 36:13 | |
| prepetition(1) 34:17 | |
| present(2) 14:5 18:21 | |
| preserved(1) 24:8 | |
| press(1) 8:4 | |
| preston(1) 2:18 | |
| presumption(1) 21:13 | |
| pretrial(1) 37:17 | |
| preview(1) 36:5 | |
| primarily(1) 33:21 | |
| principal(12) 3:21 5:14 6:24 7:6 7:9 11:19 11:20 12:5 14:15 14:18 14:19 14:21 | |
| prior(4) 6:3 23:19 28:7 35:20 | |
| pro(1) 11:6 | |
| probably(2) 20:1 33:14 | |
| problem(3) 9:20 13:14 32:4 | |
| procedural(2) 24:9 34:11 36:3 | |

Page : 3                                                                 03/14/17 09:45:27

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| procedurally(1) 33:9 | | represented(2) 29:13 31:6 | | shorter(1) 30:19 | | switches(1) 35:6 | |
| procedure(2) 30:20 37:12 | | request(3) 9:8 28:7 38:20 | | shortly(1) 5:1 | | system(1) 13:13 | |
| procedures(1) 28:20 | | requesting(1) 3:20 | | should(17) 5:24 7:8 7:10 8:18 8:20 8:21 8:21 15:9 | | take(25) 3:10 8:10 9:12 10:21 17:19 18:1 19:4 19:8 | |
| proceeded(1) 23:5 | | required(1) 29:11 | | 19:12 19:22 22:10 25:24 25:25 26:11 30:21 | | 19:9 19:14 20:21 22:18 23:22 24:17 25:24 26:7 | |
| proceeding(3) 3:5 25:5 28:13 28:24 34:23 | | requiring(1) 18:23 | | 33:25 | | 26:16 27:2 29:4 31:9 31:10 31:17 34:12 37:1 37:24 | |
| proceedings(4) 1:18 1:48 28:24 39:10 | | research(12) 2:4 2:25 3:4 3:4 3:25 10:2 10:6 17:19 | | shouldn't(5) 9:20 10:16 12:17 28:1 28:24 | | | |
| process(2) 6:23 12:2 | | 17:23 18:4 19:15 31:3 | | show(1) 7:8 | | taken(3) 18:8 20:17 37:21 | |
| produce(1) 16:18 | | | | showing(2) 25:10 26:5 | | takes(1) 19:20 | |
| produced(2) 1:49 4:4 | | reserve(2) 33:25 34:8 | | shown(1) 15:20 | | taking(2) 18:7 22:17 | |
| producing(1) 5:5 | | reserved(1) 27:21 | | side(3) 25:10 26:5 | | talk(4) 10:22 11:1 12:12 21:6 | |
| product(2) 33:22 33:23 | | resisted(1) 24:5 | | side's(1) 21:24 | | talked(3) 11:16 13:23 | |
| products(2) 32:17 35:6 | | resolution(1) 14:2 | | sidelines(1) 26:23 | | talking(2) 10:13 12:8 | |
| progress(2) 36:21 37:25 | | resolve(1) 15:1 | | sides(2) 28:25 28:25 | | talks(3) 13:14 14:19 28:12 | |
| promptly(1) 8:8 | | respect(3) 6:19 7:15 28:7 | | signed(3) 11:4 11:14 15:13 | | target(1) 38:15 | |
| property(1) 6:20 | | respectfully(2) 9:11 28:4 | | simple(3) 10:1 15:2 29:2 | | targeting(2) 33:8 33:12 | |
| proposed(4) 37:13 37:17 38:5 38:7 | | respond(1) 35:13 | | simply(5) 7:17 12:10 28:15 28:21 28:25 | | tax(1) 6:20 | |
| protective(1) 18:6 | | responded(1) 6:16 | | since(1) 14:1 | | taylor(1) 2:18 | |
| proves(2) 18:4 30:7 | | response(5) 5:16 5:20 6:12 6:24 7:20 11:3 22:24 | | single(2) 4:5 21:1 | | team(1) 11:25 | |
| provide(2) 10:7 13:11 | | responsibility(1) 31:17 | | sit(4) 20:6 22:20 23:21 23:22 | | teed(2) 32:22 38:6 | |
| provided(3) 4:3 14:18 20:19 | | restructuring(1) 11:8 | | sitting(1) 30:2 | | telephone(1) 3:3 | |
| provides(1) 21:22 | | retained(1) 26:3 | | situation(2) 7:10 27:18 | | telephonic(1) 1:23 2:1 | |
| proving(1) 38:11 | | retention(3) 11:16 14:12 16:5 | | situations(1) 12:13 | | ten(1) 23:8 | |
| psers(1) 32:18 | | returns(1) 6:20 | | six(8) 13:6 15:20 20:1 23:4 23:8 23:9 23:11 37:23 | | telling(5) 8:13 8:19 8:22 16:20 27:22 | |
| published(1) 14:13 | | review(1) 35:6 | | sixth(1) 9:6 | | tennessee(1) 35:9 | |
| purported(6) 5:6 5:7 5:20 6:7 7:3 7:13 | | reviewed(3) 5:11 15:14 15:15 | | small(1) 4:5 | | terrific(1) 36:19 | |
| purpose(2) 4:14 16:14 | | right(22) 3:20 7:12 8:16 8:24 9:13 9:22 9:23 15:6 | | smp(37) 2:4 3:3 3:4 3:16 3:24 7:18 9:6 10:2 10:6 | | test(5) 5:24 6:4 18:4 18:4 18:14 | |
| put(9) 5:2 9:7 20:11 30:4 30:14 31:5 32:22 32:13 | | 16:13 17:6 19:20 21:15 22:23 29:10 29:21 30:25 | | 10:11 11:9 12:12 13:6 14:22 14:22 15:23 15:25 | | testified(3) 4:22 13:3 16:19 | |
| 32:13 | | 36:24 37:7 38:3 38:17 38:23 38:25 | | 17:19 17:23 18:4 18:13 19:15 20:12 20:18 21:17 | | testify(1) 4:20 | |
| | | | | 22:16 26:15 28:19 31:3 32:11 32:15 32:24 32:25 | | testifying(1) 29:25 | |
| puts(1) 19:19 | | rise(1) 25:12 | | 33:6 33:17 38:8 | | testimony(6) 7:24 8:3 17:20 29:19 29:22 31:18 | |
| question(9) 8:2 8:2 13:18 16:12 16:14 18:11 19:1 | | road(1) 26:14 | | | | than(11) 4:21 13:6 19:25 20:16 22:7 22:10 23:4 | |
| 25:15 25:18 | | robert(1) 2:12 | | smp's(4) 7:20 14:17 15:13 35:21 | | 30:11 30:19 32:25 33:5 | |
| | | role(6) 13:21 14:19 14:21 16:13 19:20 29:22 | | software(2) 4:1 7:7 | | | |
| questioning(2) 4:14 38:9 | | roles(5) 20:24 21:25 22:2 30:15 30:22 | | sole(1) 7:24 | | thank(11) 9:13 9:22 15:5 19:18 30:25 31:22 32:5 | |
| questions(5) 20:7 20:8 23:21 24:1 25:22 | | room(1) 22:20 | | soles(3) 23:6 30:9 30:10 | | 32:8 37:2 38:24 39:3 | |
| quickly(1) 33:3 | | ross(1) 4:10 | | some(16) 7:16 9:9 10:8 10:22 11:16 13:12 20:10 | | | |
| quite(1) 11:18 | | routine(1) 14:18 | | 22:12 22:12 24:5 28:1 31:17 33:4 35:24 36:25 | | thanks(1) 3:18 | |
| quoted(1) 15:15 | | rule(10) 4:3 4:15 12:20 16:21 21:21 21:22 21:23 | | 37:25 | | that(279) 3:9 3:11 3:11 4:19 4:19 4:21 4:22 4:24 | |
| raise(5) 7:2 7:2 7:21 16:17 26:13 35:2 | | 25:7 29:1 29:9 | | somebody(4) 10:15 12:16 28:17 29:8 | | 4:24 5:9 5:14 5:16 6:2 6:7 6:15 6:15 6:16 6:25 6:25 | |
| raised(4) 3:12 3:13 10:23 34:6 | | | | somebody's(2) 21:23 25:7 | | 6:25 7:3 7:4 7:5 7:8 7:8 7:10 7:12 7:16 7:18 8:2 8:3 | |
| range(1) 33:2 | | rules(2) 24:6 30:21 | | someone(1) 4:11 | | 8:3 8:5 8:13 8:13 8:15 8:18 8:20 8:22 9:2 9:5 9:11 | |
| rather(1) 32:25 33:5 | | ruling(7) 18:11 18:19 19:7 27:6 31:15 31:20 35:24 | | something(12) 11:9 12:5 14:9 16:6 22:19 30:4 | | 9:20 10:1 10:2 10:3 10:4 10:5 10:6 10:8 10:11 10:12 | |
| ray(44) 3:19 3:21 4:13 4:24 5:3 5:5 5:7 5:9 5:13 | | rulings(1) 23:19 | | 32:21 | | 10:15 10:19 10:22 11:1 11:4 11:7 11:8 11:10 11:12 | |
| 5:17 5:24 6:2 6:5 6:23 7:1 7:4 7:15 7:17 7:18 8:5 | | run(1) 38:18 | | | | 11:13 11:17 11:21 11:22 12:4 12:5 12:9 12:9 12:11 | |
| 8:11 9:9 10:1 10:12 11:3 11:19 12:10 13:17 13:20 | | running(2) 6:20 30:14 | | somewhat(1) 22:4 | | 12:15 12:16 12:16 12:20 12:20 12:23 13:11 13:14 | |
| 13:20 14:3 14:12 14:18 14:23 14:24 15:5 15:13 15:18 | | said(17) 6:3 6:17 8:18 13:3 16:7 23:14 23:20 23:21 | | soon(3) 37:14 38:6 38:16 | | 13:22 13:25 14:3 14:3 14:5 14:9 14:9 14:12 14:15 | |
| 15:21 16:21 17:7 17:13 17:21 18:3 19:21 | | 25:20 26:15 26:18 26:20 26:23 26:25 28:11 29:5 | | sooner(1) 38:9 | | 14:19 14:21 15:3 15:4 15:12 15:15 15:16 15:18 | |
| | | 33:18 | | sooner(1) 38:12 | | 15:20 15:22 16:1 16:6 16:8 16:13 16:17 16:20 16:24 | |
| ray's(12) 3:10 5:11 5:20 6:9 7:22 8:14 9:12 13:23 | | | | sorry(2) 14:17 25:2 | | 17:4 17:7 17:12 17:13 17:14 17:15 17:16 17:18 | |
| 15:10 16:1 16:4 17:19 | | sale(9) 6:13 6:14 6:18 11:2 11:4 11:12 11:13 11:23 | | sort(3) 17:16 17:25 26:23 | | 17:21 17:22 17:25 18:1 18:2 18:3 18:4 18:16 18:21 | |
| | | 12:3 | | sound(2) 1:48 39:9 | | 18:23 19:1 19:4 19:15 19:18 19:20 20:5 20:9 20:15 | |
| read(1) 3:7 | | | | speak(6) 3:14 9:24 13:11 13:12 18:25 38:4 | | 20:15 20:16 20:18 20:20 21:3 21:4 21:17 21:19 | |
| ready(1) 27:24 | | sales(13) 3:25 4:2 6:10 6:15 7:7 10:25 11:5 11:15 | | speaking(2) 15:22 16:2 | | 21:20 21:21 21:21 21:23 21:25 22:10 22:15 22:17 | |
| real(1) 21:12 | | 12:3 14:6 17:13 17:22 18:3 | | specifically(1) 4:7 | | 23:3 23:4 23:9 23:15 23:23 24:2 24:7 24:7 24:13 | |
| realistic(1) 37:23 | | | | speculation(1) 7:19 | | 24:13 24:15 24:16 24:20 24:20 24:22 24:22 24:23 | |
| really(12) 10:15 11:9 12:12 12:20 12:20 20:11 20:25 | | same(4) 6:3 11:13 13:25 23:16 24:23 25:22 27:16 | | spend(1) 32:20 | | 25:2 25:4 25:7 25:10 25:14 25:15 25:18 25:22 25:25 | |
| 21:17 22:21 23:8 30:7 34:12 | | samis(1) 2:19 | | spillover(1) 36:22 | | 26:6 26:8 26:9 26:9 26:11 26:15 26:18 26:25 | |
| | | sanction(3) 18:16 18:20 | | stand(1) 39:1 | | 27:1 27:5 27:10 27:14 27:16 27:21 27:22 27:22 | |
| reason(8) 10:8 10:16 16:24 17:25 21:25 24:10 27:4 | | sanctions(7) 17:23 17:25 18:5 18:9 18:17 18:21 19:7 | | start(3) 16:9 25:3 36:18 | | 28:3 28:4 28:5 28:6 28:6 28:11 28:13 28:14 28:15 28:16 28:16 | |
| 38:5 | | sanjana(1) 2:26 | | started(2) 16:5 24:18 | | 28:18 28:20 28:20 28:22 28:25 29:2 29:3 29:6 29:16 | |
| | | sat(1) 26:23 | | state(4) 9:9 10:8 14:6 15:2 | | 29:18 29:18 29:25 30:1 30:3 30:7 30:8 30:9 30:15 | |
| reasonably(1) 8:3 | | satisfaction(1) 10:7 | | stated(1) 19:5 | | 30:20 30:23 31:5 31:16 31:12 31:19 31:20 31:23 32:4 | |
| reasons(1) 9:11 | | saw(1) 16:3 | | statement(2) 5:25 11:16 | | 32:7 32:9 32:15 32:17 32:22 32:25 33:1 33:1 33:4 | |
| recall(2) 26:14 35:10 | | say(9) 13:25 14:4 14:23 16:22 19:11 19:22 23:23 | | statements(2) 5:25 6:4 | | 33:5 33:7 33:11 33:12 33:18 33:19 33:23 33:24 34:2 | |
| receive(1) 21:3 | | 28:17 29:23 | | states(2) 1:11 1:20 | | 34:4 34:6 34:9 34:12 34:13 34:17 34:18 34:21 34:23 | |
| received(1) 7:24 | | | | status(1) 32:9 | | 35:2 35:3 35:3 35:21 35:21 35:22 36:2 36:3 36:6 | |
| recent(1) 12:20 | | saying(3) 14:11 17:13 18:1 | | ste(1) 2:20 | | 36:6 36:13 36:25 37:13 37:14 37:16 38:4 38:8 38:9 | |
| recently(1) 5:12 | | says(6) 5:14 10:11 12:16 16:12 18:8 36:1 | | steen(1) 13:24 | | 38:13 38:13 38:14 38:15 38:15 38:18 39:1 39:8 | |
| recess(1) 39:2 | | schedule(7) 19:3 32:22 33:8 34:15 34:24 35:3 35:22 | | still(4) 8:5 15:21 19:11 24:8 | | | |
| | | schedules(3) 11:23 12:4 12:8 | | stones(1) 22:8 | | | |
| recognize(1) 19:10 | | scheduling(5) 34:11 34:21 37:9 37:12 37:16 | | story(1) 27:13 | | that'll(1) 34:11 | |
| reconciliation(1) 6:23 | | schotz(1) 2:4 | | strange(1) 31:5 | | that's(36) 5:3 7:4 7:13 7:16 10:21 12:5 12:19 13:6 | |
| record(3) 5:10 6:7 23:9 | | schuylkill(1) 1:43 | | strategic(1) 6:19 | | 14:9 14:9 16:10 16:22 16:23 17:10 18:5 21:15 21:25 | |
| record's(1) 34:7 | | scope(1) 25:19 | | strauss(1) 2:10 | | 26:10 27:8 29:7 29:9 29:14 29:17 29:18 29:23 30:10 | |
| recorded(1) 1:48 | | second(6) 6:14 9:2 9:17 27:8 27:21 27:25 28:19 | | street(3) 1:11 1:43 2:21 | | 30:22 30:23 31:15 33:13 33:19 33:21 35:13 36:23 | |
| recording(2) 1:48 39:9 | | 29:5 | | stresses(1) 12:21 | | 37:17 38:17 | |
| records(1) 6:21 | | | | subject(4) 25:19 27:22 34:10 34:16 | | | |
| reduce(3) 24:12 24:16 24:21 | | see(6) 10:10 14:22 28:1 34:14 36:20 37:1 | | subjected(1) 23:10 | | | |
| referring(1) 4:9 | | seek(1) 17:22 | | subjective(1) 7:20 | | | |
| regarding(1) 5:9 | | seeking(1) 27:21 | | submission(5) 5:23 35:11 | | | |
| regular(2) 13:9 30:20 | | seems(3) 20:25 21:7 31:4 | | submit(1) 19:12 | | | |
| related(1) 32:16 | | send(1) 37:9 | | submitted(1) 5:13 | | | |
| relates(2) 34:17 34:18 | | senior(1) 12:15 | | submitting(2) 37:7 37:8 | | | |
| relating(3) 4:22 5:20 33:23 | | sense(4) 11:10 12:9 28:17 33:6 | | substance(1) 17:21 | | | |
| relevant(5) 5:10 5:18 6:9 7:1 7:5 | | sent(1) 20:6 | | substantial(1) 29:25 | | | |
| relied(1) 8:3 | | separate(3) 5:19 20:4 21:23 | | suddenly(1) 12:7 | | | |
| relies(1) 14:13 | | seriously(1) 18:1 | | suggest(1) 23:9 | | | |
| remarks(2) 10:3 31:23 | | served(3) 13:5 14:21 14:23 | | suggesting(1) 33:7 | | | |
| remember(1) 3:12 | | serves(1) 29:8 | | suggestion(2) 28:14 29:3 | | | |
| reminding(1) 32:8 | | service(2) 1:42 1:49 | | suggests(1) 5:12 | | | |
| remming(1) 1:27 9:18 | | services(1) 1:42 | | suit(2) 20:4 20:14 | | | |
| renaissance(1) 2:20 | | serving(3) 29:10 29:23 30:9 | | summary(3) 17:8 32:25 38:6 | | | |
| reorg(1) 2:25 | | session(1) 30:1 | | supplemental(2) 32:13 37:9 | | | |
| repeat(1) 23:1 | | set(2) 29:24 33:15 | | support(3) 6:9 15:13 20:19 | | | |
| reply(1) 32:12 | | seven(5) 16:9 19:25 21:19 22:19 23:4 | | sure(4) 6:20 14:9 18:22 24:7 | | | |
| report(2) 35:12 35:12 | | seven-hour(3) 27:15 30:11 30:12 | | surprised(1) 31:1 | | | |
| represent(1) 29:13 | | sharpen(1) 17:17 | | surprising(1) 39:8 | | | |
| representation(2) 5:9 18:2 | | shift(1) 24:19 | | suspicious(1) 14:10 | | | |
| representations(1) 5:22 | | short(1) 10:13 | | switch(1) 32:18 | | | |
| representative(2) 4:25 8:7 | | shorten(1) 38:1 | | | | | |

| Word | Page:Line |
|---|---|

**the(301)** 1:1 1:2 1:19 2:20 3:2 3:3 3:3 3:5 3:13 3:16 3:17 3:19 3:20 3:20 3:21 3:23 3:25 4:1 4:3 4:9 4:14 4:17 4:18 4:19 4:19 4:21 5:1 5:2 5:3 5:5 5:10 5:11 5:13 5:14 5:15 5:15 5:18 5:18 5:18 5:22 5:23 6:1 6:3 6:4 6:6 6:7 6:7 6:7 6:10 6:10 6:12 6:13 6:14 6:14 6:15 6:16 6:17 6:18 6:19 6:20 6:21 6:21 6:22 6:24 6:24 7:2 7:5 7:13 7:14 7:15 7:16 7:16 7:18 7:22 7:25 8:2 8:2 8:4 8:6 8:6 8:7 8:8 8:9 8:9 8:10 8:12 8:13 8:16 8:18 8:24 9:1 9:2 9:3 9:4 9:5 9:7 9:11 9:13 9:18 9:19 9:20 9:22 10:1 10:2 10:5 10:10 10:10 10:12 10:13 10:13 10:17 10:17 10:21 10:22 10:24 10:25 11:1 11:4 11:4 11:8 11:13 11:14 11:15 11:17 11:17 11:19 11:20 11:21 11:25 11:25 12:2 12:2 12:3 12:3 12:4 12:6 12:9 12:10 12:12 12:16 12:20 12:21 12:22 12:22 12:24 13:2 13:3 13:4 13:7 13:7 13:11 13:12 13:15 13:16 13:16 13:18 13:19 13:21 13:25 14:1 14:2 14:2 14:4 14:6 14:8 14:9 14:10 14:20 14:20 14:24 14:25 15:1 15:2 15:3 15:6 15:11 15:13 15:15 15:21 15:24 16:3 16:5 16:11 16:11 16:14 16:17 16:18 17:6 17:11 17:12 17:12 17:13 17:15 17:16 17:17 17:18 17:20 17:20 17:22 17:22 17:23 17:24 17:24 17:25 18:2 18:3 18:4 18:7 18:7 18:8 18:12 18:14 18:15 18:17 18:18 18:21 18:21 18:23 18:24 19:2 19:2 19:5 19:6 19:8 19:9 19:10 19:10 19:13 19:14 19:14 19:16 19:17 19:20 19:20 20:2 20:3

**the(174)** 24:19 24:21 24:22 24:23 24:23 25:1 25:4 25:5 25:11 25:11 25:11 25:13 25:13 25:16 25:17 25:18 25:19 25:21 25:22 25:22 25:24 25:24 26:1 26:5 26:10 26:11 26:13 26:16 26:23 26:24 26:25 26:25 27:1 27:3 27:4 27:5 27:7 27:11 27:12 27:13 27:13 27:14 27:18 27:19 27:21 27:22 27:25 27:25 28:1 28:3 28:4 28:6 28:7 28:8 28:11 28:12 28:13 28:15 28:19 28:20 28:21 28:22 28:25 29:1 29:3 29:4 29:9 29:10 29:17 29:24 30:1 30:6 30:6 30:7 30:13 30:16 30:20 30:22 30:25 31:8 31:9 31:10 31:14 31:14 31:15 31:18 31:20 31:24 31:25 32:2 32:3 32:6 32:8 32:9 32:14 32:15 33:2 33:3 33:7 33:7 33:13 33:13 33:14 33:14 33:17 33:24 34:6 34:11 34:14 34:15 34:22 34:22 34:23 34:24 34:24 35:1 35:2 35:3 35:4 35:6 35:7 35:9 35:12 35:12 35:17 35:17 35:20 35:22 35:22 35:23 35:25 35:42 36:5 36:7 36:16 36:18 36:18 36:20 36:24 37:4 37:4 37:7 37:10 37:12 37:13 37:15 37:17 37:19 37:21 38:3 38:5 38:7 39:4 39:5 38:17 38:19 38:19 38:21 38:23 38:25 39:1 39:4 39:5 39:8 39:9 39:9 39:10

**their(17)** 5:25 9:7 10:7 11:1 14:13 14:15 15:2 16:23 19:7 20:3 20:5 20:19 21:22 32:12 32:15 35:11 35:15

**them(12)** 3:9 8:10 11:11 11:12 13:10 24:10 24:11 24:24 25:6 28:1 31:2 36:14

**themselves(1)** 6:10

**then(20)** 10:13 11:15 11:25 15:22 17:22 18:4 18:5 18:8 19:8 21:14 21:24 24:17 26:21 28:6 35:9 36:21 37:16 38:13

**there(12)** 10:9 10:15 12:17 13:9 16:24 18:19 20:8 21:15 22:9 24:15 25:10 25:16 25:18 27:24 28:13 29:2 29:10 29:10 30:8 32:3 32:20 36:9

**there's(17)** 6:25 7:17 9:3 10:4 10:8 10:16 11:2 12:24 13:8 14:2 20:11 24:5 24:9 26:9 32:20 36:3

**these(20)** 3:23 4:4 4:16 4:20 5:8 5:25 7:7 7:11 9:11 11:21 14:6 15:17 25:5 30:15 31:11 31:17 31:19 32:1 32:11

**they(29)** 4:4 10:20 11:1 11:18 12:16 15:3 16:1 17:15 19:8 19:9 19:10 20:5 21:6 21:21 23:21 23:24 23:25 24:4 24:4 24:6 28:2 29:5 32:12 33:18 33:19 37:22 37:24

**they're(8)** 10:12 19:9 19:15 21:6 29:10 29:25 31:10 36:3

**they've(2)** 25:22 30:4

**thing(6)** 11:13 14:12 17:16 17:25 25:1 34:19

**things(13)** 5:17 10:2 10:22 11:17 11:21 11:22 11:23 14:2 28:11 34:3 36:6 36:10

**think(31)** 3:10 3:12 5:10 7:4 7:5 13:8 13:18 18:5 18:19 19:6 19:13 19:16 22:16 22:22 24:22 25:25 26:6 26:11 27:15 30:12 30:20 32:6 33:5 33:6 33:10 33:13 34:3 34:22 37:22 37:22 37:24

**thinking(2)** 33:5 34:21

**third(3)** 7:2 7:6 30:8

**third-party(6)** 4:1 11:22 12:8 30:6 30:9 31:16

**this(75)** 3:15 3:18 4:8 4:14 5:16 5:20 5:23 6:1 6:11 6:24 7:10 7:20 8:21 9:4 10:3 11:3 11:24 12:14 12:17 13:24 14:17 14:23 15:8 15:14 16:6 16:8 16:10 16:21 16:25 17:3 18:14 18:18 18:21 18:22 19:23 20:1 20:12 23:8 24:9 24:10 24:11 24:14 24:16 25:2 26:2 26:8 26:14 27:4 27:13 27:17 27:19 27:19 29:18 31:2 31:13 31:17 33:22 33:22 34:2 34:9 34:15 35:3 35:9 35:11 35:13 35:15 35:18 35:20 36:4 36:8 37:23 37:25 38:1 38:6

**those(13)** 3:8 6:4 21:12 21:20 22:2 28:3 29:21 31:9 32:21 33:25 33:25 34:8 35:13

**thousands(1)** 12:1

**three(12)** 5:19 13:9 20:22 20:24 21:25 23:16 25:10 26:10 26:19 27:1 30:15 30:22

**threshold(1)** 23:2

**through(8)** 6:2 11:24 12:14 12:18 12:24 15:4 23:9 37:11

**thrust(1)** 12:7

**thus(1)** 19:24

**tim(1)** 4:10

**time(40)** 4:9 4:19 4:24 5:18 6:1 6:10 13:22 16:2 17:23 19:3 20:5 20:14 22:18 22:20 23:11 23:11 24:6 24:12 24:17 24:19 24:19 24:21 25:12 25:24 26:4 26:6 26:7 26:18 26:19 26:21 27:12 28:14 28:18 29:3 30:3 30:18 32:23 33:15 35:13 37:19

**timely(1)** 36:15

**times(4)** 23:24 24:16 24:24 25:17

**timing(2)** 13:25 14:10

**today(3)** 5:4 9:5 37:3

**together(2)** 12:25 32:10

**told(3)** 27:13 30:15 35:19

**too(2)** 23:7 34:19

**took(6)** 6:13 20:5 22:10 23:15 24:22 35:15

**topic(2)** 13:11 29:5

**topics(12)** 4:4 4:6 4:18 4:21 4:21 12:16 16:19 21:9 21:22 25:20 29:24 30:1

**total(1)** 6:9

**touch(2)** 23:5 32:7

**toward(1)** 33:13

**tower(1)** 2:14

**traditional(1)** 34:19

**transcribing(1)** 39:14

**transcript(8)** 1:18 1:49 6:13 15:15 20:12 24:5 35:17 39:8

**transcription(3)** 1:42 1:42 1:49

**travel(3)** 10:18 17:24 35:9

**traveling(1)** 19:2

**trial(17)** 7:11 17:9 21:15 33:2 33:3 33:4 35:1 37:5 37:7 37:13 37:14 37:20 37:23 38:6 38:8 38:20 38:20

**trials(1)** 33:18

**trip(1)** 27:19

**true(4)** 5:23 7:4 8:15 11:13

**truly(1)** 6:25

**try(6)** 16:10 18:15 21:4 21:5 24:10 32:11

**trying(10)** 3:12 7:18 10:11 16:15 20:25 21:11 22:11 33:18 34:19 35:4

**tune(1)** 11:6

**tunnell(1)** 1:25

**turn(2)** 5:8 7:14

**turns(1)** 7:3

**two(33)** 5:6 6:14 7:21 7:25 10:25 13:16 13:24 15:24 20:4 20:21 20:23 21:15 21:20 22:1 22:2 22:3 22:14 24:2 26:1 29:10 29:21 30:16 30:19 31:1 31:14 31:23 31:25 32:1 33:19 34:1 35:14 37:24

**type(1)** 7:1

**u.s(8)** 4:9 13:16 23:19 24:2 24:5 24:8 28:15 29:4

**unambiguous(1)** 35:23

**under(8)** 12:1 24:1 31:11 31:17 31:19 32:21 32:21 38:7

**understand(7)** 8:7 17:12 23:7 23:22 33:24 36:24 38:8

**understanding(1)** 24:13

**undertaking(3)** 28:21 28:21 29:1

**united(2)** 1:1 1:20

**unless(3)** 28:22 30:15 30:17

**unlike(1)** 2:10

**unsecured(1)** 2:10

**until(5)** 8:13 8:22 14:24 16:5 16:25

**untimely(1)** 35:11

**upon(1)** 22:4

**use(1)** 29:1

**used(3)** 24:5 24:24 28:24

**using(1)** 24:21

**value(1)** 12:23

**various(6)** 3:23 11:17 11:25 12:3 13:7 26:3

**vendors(3)** 11:23 12:4 12:8

**veracity(1)** 6:4

**versus(5)** 3:4 12:22 25:11 25:11 25:13

**very(31)** 3:7 6:23 7:17 10:6 10:11 12:10 13:10 16:12 18:1 20:10 22:12 22:13 24:5 25:8 25:16 26:16 27:20 29:25 37:2 37:6 38:22

**virtually(1)** 25:14

**waiting(1)** 9:17

**want(34)** 3:8 6:6 7:2 7:14 7:15 7:21 9:7 10:20 12:16 15:4 15:8 17:2 17:17 18:1 18:22 19:14 20:20 20:21 22:23 22:23 23:1 23:13 23:21 25:1 25:4 25:12 26:7 26:13 26:15 26:18 34:9 34:10 35:2 38:14

**wanted(7)** 9:21 20:15 24:10 24:11 24:11 32:6 36:5

**wants(2)** 18:4 18:13

**was(74)** 4:9 4:15 4:22 4:24 4:24 7:7 8:2 8:3 8:5 8:6 8:13 11:4 11:6 11:7 11:14 11:15 11:16 11:17 11:18 12:20 13:5 13:10 13:12 13:13 13:15 13:18 13:18 13:19 14:13 14:21 14:23 15:12 15:16 15:17 15:21 15:22 16:2 16:4 16:5 16:15 16:15 16:20 16:24 16:25 17:15 20:5 20:9 22:24 23:3 23:7 24:15 24:25 25:2 25:5 25:13 25:18 26:11 26:12 26:13 27:4 27:8 27:10 28:19 29:2 29:3 29:16 29:16 30:8 30:9 31:23 38:8 39:5

**wasn't(8)** 5:17 11:3 16:13 16:21 22:9 24:14 24:20 28:16

**waste(2)** 22:17 30:18

**watch(2)** 20:6 22:9

**way(10)** 18:21 20:11 22:10 23:4 26:24 27:4 28:19 31:5 32:24 34:19

**we'd(3)** 23:20 23:21 30:13

**we'll(7)** 19:11 33:10 36:18 36:20 37:1 38:13 39:1

**we're(44)** 3:13 3:20 10:6 10:9 10:10 11:20 17:11 18:21 18:22 19:7 21:11 21:18 22:1 22:6 22:15 22:25 22:19 22:21 24:21 27:14 30:14 30:16 30:18 30:19 30:23 33:2 33:5 33:7 33:8 33:9 33:20 34:7 34:9 34:9 34:13 34:14 35:4 35:5 35:18 36:4 36:6 37:7 37:15 38:12

**we've(7)** 19:8 22:1 27:22 32:14 32:23 32:24 38:5

**week(7)** 33:13 37:22 37:23 37:24 38:7 38:11 38:12

**weeks(3)** 11:5 12:6 37:25

**well(16)** 9:18 10:13 13:15 14:11 16:7 16:12 16:22 17:11 19:11 21:18 24:19 30:3 31:1 32:10 36:22 37:4

**went(1)** 11:24

**were(22)** 5:22 7:8 11:18 11:18 13:9 13:10 13:22 15:17 20:8 22:7 22:11 24:8 25:16 27:4 27:5 27:11 28:14 29:3 32:11 33:12 33:20 35:7

**weren't(1)** 24:8

**west(2)** 27:5 27:19

**what(33)** 4:15 5:4 6:3 8:19 10:19 13:2 13:17 14:4 15:2 16:4 16:14 17:11 17:20 18:8 21:4 21:6 22:24 22:24 23:13 26:5 27:3 27:10 27:14 28:17 30:14 32:9 32:14 32:23 33:9 34:20 35:13 36:20 37:8

**what's(2)** 23:1 23:22

**whatever(1)** 29:1

**when(16)** 10:14 11:4 11:4 12:14 12:22 14:1 14:6 16:3 16:11 19:4 22:23 28:12 29:8 34:13 35:20

**where(4)** 23:15 25:17 25:20 27:18

**whereupon(1)** 39:5

**whether(5)** 15:9 32:21 35:6 35:18 35:25

**which(11)** 5:10 6:14 11:18 21:9 21:10 23:17 24:24 27:19 28:22 32:21 37:14

**while(1)** 5:17

**whiteford(1)** 2:18

**who(17)** 3:12 3:21 4:7 4:10 4:12 4:25 8:7 9:14 12:2 13:3 13:15 13:19 13:22 14:14 14:15 14:15 35:8

**who's(4)** 4:10 12:6 26:2 26:17

**whoever(2)** 3:13 10:17

**why(8)** 7:9 10:24 21:25 26:7 27:4 27:8 33:19 33:22

**will(16)** 8:7 9:19 10:13 11:24 17:7 17:22 18:2 18:6 20:12 27:24 31:9 31:10 31:12 31:20 32:7 37:16

**willing(7)** 10:6 12:11 13:11 18:18 27:14 28:5 30:23

**wilmington(4)** 1:12 1:29 2:22 3:1

**with(67)** 3:22 4:8 4:18 5:15 5:18 6:1 6:14 6:19 6:23 7:15 7:22 8:1 8:1 8:6 8:14 9:18 9:25 10:1 11:9 11:11 11:12 11:19 11:22 11:23 12:5 13:14 14:4 14:6 14:14 14:20 15:16 15:19 15:21 16:8 17:18 17:18 18:14 20:10 21:5 22:21 24:10 24:11 24:14 27:23 27:25 28:7 29:17 30:3 30:21 32:11 32:14 32:24 32:25 33:7 33:8 33:11 34:1 34:21 34:22 35:2 35:5 35:24 36:7 36:13 37:23 38:20 39:1

**within(3)** 4:1 27:12 30:23

**without(1)** 20:25

**witness(38)** 4:4 4:5 7:25 13:3 16:11 16:16 16:18 16:25 17:9 20:24 21:5 21:8 21:9 21:14 21:15 21:16 22:21 25:7 25:8 26:2 26:3 26:16 29:9 29:11 29:15 29:21 30:5 30:5 30:9 30:10 31:7 31:7 31:8 31:16 33:19 35:7 35:8

**witnesses(4)** 4:16 8:4 35:14 35:15

**won't(2)** 23:1 25:6

**word(1)** 19:7

**work(10)** 22:15 22:15 24:10 24:11 30:23 33:8 36:4 36:13 38:13 38:14

**workable(1)** 38:8

**worked(1)** 13:13

**working(7)** 6:23 32:10 35:4 35:5 36:6 37:7 38:12

**worried(2)** 27:6 27:18

**worry(2)** 19:8 19:9

**would(39)** 4:11 4:25 6:2 7:12 7:23 10:18 12:9 14:15 17:22 18:5 18:9 18:15 18:17 18:19 18:22 19:12 20:14 21:16 22:16 24:16 24:17 25:3 27:2 27:15 27:19 28:4 28:15 28:16 28:18 33:6 33:9 33:12 34:2 34:5 34:7 34:8 34:12 34:24 35:8 35:14

**would've(1)** 11:8

**wouldn't(3)** 29:1 30:11 34:25

**write(1)** 21:3

**writing(1)** 12:8

**wrong(2)** 19:8 19:9

**www.diaztrans.com(1)** 1:46

**year(4)** 4:6 13:24 17:2 20:4

**years(6)** 12:20 13:6 15:20 15:24 16:9 20:4

**yes(19)** 3:17 9:1 9:15 9:16 9:23 10:24 13:4 15:11 18:12 18:12 20:16 22:6 23:1 28:10 31:25 32:8 32:19 34:5 37:6

**yesterday(2)** 32:14 35:16

**yet(2)** 21:16 29:15

**york(4)** 1:36 2:15 36:1 36:1

**you(94)** 3:9 4:7 6:11 8:12 8:12 8:13 8:19 8:20 9:13 9:21 9:22 9:25 10:24 11:7 11:19 12:7 12:19 13:24 14:1 14:4 14:19 14:19 15:1 15:5 15:15 15:16 16:7 16:9 17:23 18:17 18:18 19:2 19:7 19:12 19:18 20:10 20:13 20:13 20:25 21:19 22:20 23:7 25:9 26:4 26:4 26:14 26:14 26:15 26:23 26:24 26:24 26:25 27:1 27:6 27:9 27:22 27:25 28:6 28:8 29:24 30:19 30:25 31:1 31:22 32:5 32:8 32:12 33:10 33:14 34:4 34:8 34:13 34:14 35:4 35:10 35:12 35:19 36:6 36:7 36:9 36:10 36:20 37:1 37:19 37:20 38:10 38:14 38:15 38:20 38:24 39:3

**you'll(1)** 9:4

**you're(5)** 18:23 21:13 21:14 27:13 28:5

**you've(3)** 3:7 3:15 3:19 4:6 4:14 4:23 5:8 5:21 6:6 7:3 7:12 7:21 9:2 9:11 9:15 9:16 9:20 10:1 11:24 11:24 12:13 13:8 14:16 15:23 16:5 16:6 17:3 17:10 18:10 18:11 18:18 18:25 19:6 19:18 20:13 20:14 20:23 21:22 22:23 23:1 23:5 25:1 25:3 26:10 26:13 26:20 26:20 28:7 28:10 29:7 30:17 30:24 31:22 31:23 32:5 32:17 32:24 33:2 33:11 34:2 36:16 36:23 37:2 37:13 37:16 38:14 38:24 39:3

03/14/17 09:45:27