See Attached for Exhibits A through H

3

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include,  operating budget oversight, treasury  management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project | Project Description |
|---|---|
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project | Project Description |
|---|---|
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| | Fees | Expenses | Total |
|---|---|---|---|
| For the period of February 1, 2017 through February 28, 2017 | $ 127,347.00 | $      - | $ 127,347.00 |

Exhibit C                                                                                      Page 5 of 14

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include,  operating budget oversight, treasury  management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down.  Employee Benefits and Pension Investment Committee member. | 174.00 |
| Kim Ponder | Non-Officer | Associate - General accounting  & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 166.50 |

**Hours for the period of  February 1, 2017 through February 28, 2017**                                    **340.50**

Billing Rate                                                                                                       $      374.00

**Fees for the period of February 1, 2017 through February 28, 2017**                               **$  127,347.00**

**Exhibit E**

**The Mergis Group**
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project | Project Description | Hours | Fees |
|---------|---------------------|-------|------|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 14.00 | $ 5,236.00 |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. | 53.50 | $ 20,009.00 |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 12.50 | $ 4,675.00 |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. | 8.00 | $ 2,992.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. | 4.00 | $ 1,496.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents.  Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 3.00 | $ 1,122.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 15.50 | $ 5,797.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 105.00 | $ 39,270.00 |
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | - | $ - |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | - | $ - |

# Exhibit E

## The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. | 3.00 | $  1,122.00 |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. | 20.50 | $  7,667.00 |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 11.50 | $  4,301.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | - | $          - |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 22.75 | $  8,508.50 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 67.25 | $  25,151.50 |
| Travel | Authorized travel to support Debtors projects. | - | $          - |
| **For the period of February 1, 2017 through February 28, 2017** | | **340.50** | **$ 127,347.00** |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project ⸱ Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 2/16/2017 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 4.00 |
| 2/17/2017 | Timothy C. Ross | Prepared Debtors monthly operating report. | 3.00 |
| 2/20/2017 | Timothy C. Ross | Continued preparation of Debtors monthly operating report. | 6.00 |
| 2/21/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (MC) | 1.00 |
| **Bankruptcy Reporting Total** | | | **14.00** |
| | | | |
| **Cash Management** | | | |
| 2/1/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/1/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/1/2017 | Timothy C. Ross | Reviewed and authorized wire transfer | 0.50 |
| 2/2/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/2/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.50 |
| 2/2/2017 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary disbursements | 0.50 |
| 2/3/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/3/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtors foreign subsidiary disbursements | 1.00 |
| 2/3/2017 | Timothy C. Ross | Worked Debtors foreign entity banking issue | 1.00 |
| 2/6/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/6/2017 | Kim Ponder | Reviewed cash accounts and followed up with Citibank regarding wire transfer. | 1.00 |
| 2/7/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/7/2017 | Kim Ponder | Communications and package to M. Subramanian. | 1.00 |
| 2/7/2017 | Kim Ponder | Request to Citibank re:  change of bank signatories. | 0.50 |
| 2/8/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/8/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/8/2017 | Timothy C. Ross | Conference call with Debtors financial institution (MAA) | 0.50 |
| 2/9/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/9/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/9/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 2/9/2017 | Kim Ponder | Initiated funds transfer re:  second interim distribution. | 0.50 |
| 2/10/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/10/2017 | Timothy C. Ross | Conference call with Debtors banking professionals (MAA) and consultant (MC) | 1.00 |
| 2/10/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements | 0.50 |
| 2/10/2017 | Timothy C. Ross | Worked Debtors banking and treasury management matters | 2.00 |
| 2/13/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/13/2017 | Timothy C. Ross | Worked Debtors banking and treasury management matters | 3.00 |
| 2/13/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 2/13/2017 | Timothy C. Ross | Researched and responded to Debtors counsel (LS) | 1.00 |
| 2/13/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 2/15/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/15/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 2.00 |
| 2/15/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements | 0.50 |
| 2/16/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/16/2017 | Kim Ponder | Communications with Citibank. | 1.00 |
| 2/17/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/17/2017 | Timothy C. Ross | Reviewed, authorized, and released Debtors disbursements. | 2.00 |
| 2/17/2017 | Timothy C. Ross | Prepared cash analysis and released and authorized Debtors foreign subsidiary disbursements | 1.00 |
| 2/17/2017 | Kim Ponder | Follow up with Citibank India. | 0.50 |
| 2/20/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/20/2017 | Kim Ponder | Monitored cash balances. | 0.50 |
| 2/21/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/22/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/22/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 2/22/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 2/22/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 2/23/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/23/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 4.00 |
| 2/24/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/24/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements | 0.50 |
| 2/24/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 2/27/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/27/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue | 1.00 |
| 2/27/2017 | Kim Ponder | Monitored bank balances. | 0.50 |
| 2/28/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 2/28/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursement | 0.50 |
| **Cash Management Total** | | | **53.50** |
| | | | |
| **Claims Administration** | | | |
| 2/1/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax professional (JW) | 0.50 |
| 2/1/2017 | Kim Ponder | Researched former expat status. | 1.00 |
| 2/2/2017 | Timothy C. Ross | Researched and responded to request from Debtors consultant (KS) | 2.00 |
| 2/2/2017 | Kim Ponder | Posted cash transfers and voids. | 1.00 |
| 2/2/2017 | Kim Ponder | Various correspondence and phone calls re:  former employee matters. | 1.00 |
| 2/3/2017 | Kim Ponder | Posted cash transfer and voids. | 0.50 |
| 2/6/2017 | Kim Ponder | Received, reviewed and scanned jurisdiction communications to EY. | 1.00 |

# Exhibit F

## The Mergis Group
## Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project ⸱ Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 2/6/2017 | Kim Ponder | Follow up communication to LexisNexis. | 0.50 |
| 2/9/2017 | Kim Ponder | Posted cash transfer. | 0.50 |
| 2/15/2017 | Kim Ponder | Cash account maintenance. | 0.50 |
| 2/15/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 2/22/2017 | Kim Ponder | Weekly follow up with LexisNexis. | 0.50 |
| 2/23/2017 | Timothy C. Ross | Reviewed and responded to Debtors consultant request (KS) | 0.50 |
| 2/23/2017 | Kim Ponder | Processed cash transfers, funding request and void checks. | 1.00 |
| 2/27/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 2/28/2017 | Kim Ponder | Processed cash transfers and monthly journal entry. | 1.00 |
| **Claims Administration Total** | | | **12.50** |

**Compensation Application**

| | | | |
|---|---|---|---|
| 2/3/2017 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/3/2017 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/6/2017 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 3.00 |
| 2/10/2017 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/10/2017 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.00 |
| 2/10/2017 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/17/2017 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/17/2017 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/24/2017 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 2/24/2017 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **8.00** |

**Discovery**

| | | | |
|---|---|---|---|
| 2/8/2017 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification(s) | 0.50 |
| 2/9/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification(s). | 0.50 |
| 2/21/2017 | Timothy C. Ross | Reviewed and responded to Debtors settlement matters | 1.00 |
| 2/28/2017 | Timothy C. Ross | Researched and responded to Debtors counsel (PC) | 2.00 |
| **Discovery Total** | | | **4.00** |

**Electronic Data and Document Preservation**

| | | | |
|---|---|---|---|
| 2/6/2017 | Kim Ponder | Document retention. | 3.00 |
| **Electronic Data and Document Preservation Total** | | | **3.00** |

**Entity Liquidation and Wind Down**

| | | | |
|---|---|---|---|
| 2/3/2017 | Timothy C. Ross | Reviewed documents from Debtors foreign counsel (AS) | 1.00 |
| 2/3/2017 | Timothy C. Ross | Reviewed and responded to Debtors affiliate (AB) | 0.50 |
| 2/6/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary matters | 1.00 |
| 2/7/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matter | 1.00 |
| 2/9/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR, RR) | 1.00 |
| 2/10/2017 | Kim Ponder | Provided franchise tax data per RLKS (M Cilia) request. | 1.50 |
| 2/13/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 1.00 |
| 2/14/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 2/23/2017 | Timothy C. Ross | Conference call with Debtors Counsel (MR) | 0.50 |
| 2/24/2017 | Timothy C. Ross | Updated Debtors foreign subsidiary liquidation cash flow budget | 3.00 |
| 2/24/2017 | Timothy C. Ross | Reviewed and provided comments to Debtors counsel (MR) | 1.00 |
| 2/27/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign professional (AB) fees documentation | 0.50 |
| 2/27/2017 | Timothy C. Ross | Reviewed and prepared response to Debtors foreign professional (SM) | 1.00 |
| 2/27/2017 | Timothy C. Ross | Reviewed and responded to Debtors counsel (MR) | 0.50 |
| 2/28/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 1.00 |
| 2/28/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign professionals (LM) | 0.50 |
| **Entity Liquidation and Wind Down Total** | | | **15.50** |

**Finance and General Accounting**

| | | | |
|---|---|---|---|
| 2/1/2017 | Timothy C. Ross | Worked Debtors financial closing | 4.00 |
| 2/1/2017 | Kim Ponder | Month end close. | 2.00 |
| 2/1/2017 | Kim Ponder | Normal course payables | 1.00 |
| 2/1/2017 | Kim Ponder | Correspondence with Deloitte GTQ. | 1.00 |
| 2/1/2017 | Kim Ponder | Intercompany billing. | 2.00 |
| 2/2/2017 | Kim Ponder | Normal course payables | 5.50 |
| 2/2/2017 | Kim Ponder | Month end close | 5.50 |
| 2/3/2017 | Timothy C. Ross | Reviewed and authorized Debtors invoices for disbursement. | 1.00 |
| 2/3/2017 | Kim Ponder | Month end close. | 5.50 |
| 2/6/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 2/6/2017 | Kim Ponder | Normal course payables | 1.50 |
| 2/7/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 2/7/2017 | Timothy C. Ross | Worked Debtors financial closing | 2.00 |
| 2/7/2017 | Kim Ponder | Month end close. | 4.50 |
| 2/7/2017 | Kim Ponder | Normal course payables | 1.00 |
| 2/8/2017 | Kim Ponder | Normal course payables | 1.50 |
| 2/9/2017 | Timothy C. Ross | Worked Debtors financial closing | 3.00 |
| 2/9/2017 | Kim Ponder | Normal course payables | 2.00 |
| 2/10/2017 | Timothy C. Ross | Reviewed and authorized Debtors invoices for disbursement. | 1.00 |
| 2/10/2017 | Kim Ponder | Posted cash receipts. | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project ⋅ Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 2/10/2017 | Kim Ponder | Month end close. | 2.50 |
| 2/10/2017 | Kim Ponder | Provided reconciliation detail to M Cilia. | 0.50 |
| 2/13/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 2/13/2017 | Kim Ponder | Month end close. | 4.00 |
| 2/13/2017 | Kim Ponder | Intercompany reporting. | 3.00 |
| 2/14/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 2/14/2017 | Kim Ponder | Month end close. | 2.50 |
| 2/14/2017 | Kim Ponder | Month end close | 1.00 |
| 2/15/2017 | Timothy C. Ross | Prepared Interco/affiliate AR/AP reporting and reconciled balancing. | 4.00 |
| 2/15/2017 | Kim Ponder | Month end close. | 3.00 |
| 2/15/2017 | Kim Ponder | Normal course payables | 1.50 |
| 2/15/2017 | Kim Ponder | Normal course payables | 1.50 |
| 2/16/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank account reconciliations. | 3.00 |
| 2/16/2017 | Kim Ponder | Normal course payables | 3.00 |
| 2/16/2017 | Kim Ponder | Month end cash reporting. | 2.50 |
| 2/17/2017 | Timothy C. Ross | Review and authorize Debtors invoice for payment. | 1.00 |
| 2/17/2017 | Timothy C. Ross | Prepared 2017 monthly budget file for load to QB. | 1.00 |
| 2/17/2017 | Kim Ponder | Normal course payables | 1.25 |
| 2/17/2017 | Kim Ponder | GL reconciliations. | 3.50 |
| 2/20/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 2/20/2017 | Kim Ponder | Normal course payables | 1.00 |
| 2/20/2017 | Kim Ponder | QB vendor maintenance. | 0.50 |
| 2/21/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 2/21/2017 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliations | 4.00 |
| 2/21/2017 | Kim Ponder | Normal course payables | 2.25 |
| 2/23/2017 | Timothy C. Ross | Loaded 2017 monthly budget file to QB. | 3.00 |
| 2/23/2017 | Kim Ponder | Posted cash receipts. | 0.50 |
| 2/23/2017 | Kim Ponder | Intercompany reporting. | 1.50 |
| 2/23/2017 | Kim Ponder | Normal course payables | 5.00 |
| 2/24/2017 | Kim Ponder | Normal course payables | 1.00 |
| 2/27/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 2/27/2017 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 2/27/2017 | Kim Ponder | Conference call with Citibank re:  Guatemala. | 1.00 |
| 2/28/2017 | Timothy C. Ross | Reconciled and authorized Debtors consultant time report. | 0.50 |
| 2/28/2017 | Kim Ponder | Month end close. | 1.00 |
| 2/28/2017 | Kim Ponder | Communication with Verizon re:  continued erroneous invoicing for service to discontinued locations. | 0.50 |
| **Finance and General Accounting Total** | | | **105.00** |

### Insurance & Risk Management

| | | | |
|---|---|---|---|
| 2/7/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance broker (SK) | 0.50 |
| 2/13/2017 | Timothy C. Ross | Worked request from Debtors insurance broker (RS) | 1.00 |
| 2/15/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance broker (RS) | 0.50 |
| 2/27/2017 | Timothy C. Ross | Worked Debtors insurance matters with broker (RS) | 1.00 |
| **Insurance & Risk Management Total** | | | **3.00** |

### Plan of Reorganization

| | | | |
|---|---|---|---|
| 2/2/2017 | Timothy C. Ross | Conference call with Debtors bank personnel (MAA, BR, SW) and consultant (MC) | 1.00 |
| 2/2/2017 | Timothy C. Ross | Conference call with Debtors consultant (MC) | 0.50 |
| 2/3/2017 | Timothy C. Ross | Prepared for meeting with consultant (KS,MS) | 2.00 |
| 2/6/2017 | Timothy C. Ross | Prepared for meeting with consultant (KS,MS) | 2.00 |
| 2/7/2017 | Timothy C. Ross | Meeting with Debtors consultants (KS, MC) | 2.00 |
| 2/8/2017 | Timothy C. Ross | Meeting with Debtors consultants (KS, MC) | 4.00 |
| 2/14/2017 | Timothy C. Ross | Worked Debtors plan effective matters | 4.00 |
| 2/14/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (MC) | 1.00 |
| 2/16/2017 | Timothy C. Ross | Worked Debtors plan effective matters | 1.00 |
| 2/21/2017 | Timothy C. Ross | Reviewed and responded to Debtors professional engagement matter | 1.00 |
| 2/22/2017 | Timothy C. Ross | Reviewed and actioned Debtors service of process notification(s). | 1.00 |
| 2/22/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors consultant (KS) | 0.50 |
| 2/28/2017 | Timothy C. Ross | Reviewed and responded to Debtors affiliate (TW) | 0.50 |
| **Plan of Reorganization Total** | | | **20.50** |

### Professional Fee Applications

| | | | |
|---|---|---|---|
| 2/1/2017 | Kim Ponder | Processed fee applications filed by Professionals including Fee Examiner adjustments. | 1.00 |
| 2/2/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 2/6/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 2/10/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 2/14/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 2/16/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 2/20/2017 | Kim Ponder | Reconciled quarterly fee applications and open AP balances to 31st omnibus order. | 3.50 |
| 2/22/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 2/23/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 2/27/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| **Professional Fee Applications Total** | | | **11.50** |

### Residual Business Operations

| | | | |
|---|---|---|---|
| 2/2/2017 | Timothy C. Ross | Conference call with Debtors consultant firm | 1.00 |
| 2/3/2017 | Kim Ponder | Weekly postal delivery and processing. | 1.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Project ⸱ Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 2/7/2017 | Kim Ponder | Prepare for transition discussion with RLKS. | 1.00 |
| 2/8/2017 | Kim Ponder | Transition meetings with T Ross, K Schultea and M Cilia. | 1.50 |
| 2/8/2017 | Kim Ponder | Transition meeting and cross training with RLKS (M Cilia). | 6.00 |
| 2/9/2017 | Kim Ponder | Transition meetings with RLKS (M Cilia). | 3.50 |
| 2/14/2017 | Kim Ponder | Weekly postal delivery and processing. | 2.00 |
| 2/16/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 2/20/2017 | Timothy C. Ross | Prepared environmental reserve analysis and authorized professional fees for payment. | 1.00 |
| 2/21/2017 | Kim Ponder | Weekly postal delivery and processing. | 1.00 |
| 2/22/2017 | Timothy C. Ross | Reviewed Debtors settlement filing | 1.00 |
| 2/23/2017 | Kim Ponder | Postal pickup. | 0.75 |
| 2/28/2017 | Kim Ponder | Postal delivery and processing;  includes box renewal. | 1.50 |
| **Residual Business Operations Total** | | | **22.75** |

**Tax Matters**

| | | | |
|---|---|---|---|
| 2/1/2017 | Timothy C. Ross | Updated foreign bank account balances analysis | 1.00 |
| 2/2/2017 | Timothy C. Ross | Researched and responded to Debtors tax professional (KL) | 1.00 |
| 2/3/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign tax professional (NV) | 0.50 |
| 2/6/2017 | Timothy C. Ross | Reviewed and executed Debtors tax matters | 1.00 |
| 2/6/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors foreign subsidiary tax matters | 1.00 |
| 2/7/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax consultant (EG) | 0.50 |
| 2/7/2017 | Timothy C. Ross | Researched and responded to Debtors tax professional (JW) | 1.00 |
| 2/7/2017 | Timothy C. Ross | Reviewed and signed Debtors tax matters | 0.50 |
| 2/8/2017 | Timothy C. Ross | Researched and responded to Debtors tax professional (RM) | 1.00 |
| 2/8/2017 | Timothy C. Ross | Downloaded foreign bank account balances | 0.50 |
| 2/9/2017 | Timothy C. Ross | Meeting with Debtors tax professionals (AB, JS, JW) and consultants (MC, KS) | 1.50 |
| 2/9/2017 | Kim Ponder | Meeting with Debtors tax professionals (AB, JS, JW) and consultants (MC, KS) | 1.50 |
| 2/10/2017 | Timothy C. Ross | Worked Debtors request from tax professional (RM) | 1.00 |
| 2/10/2017 | Kim Ponder | Processed annual report payments requested by EY. | 1.50 |
| 2/13/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors foreign subsidiary service agreement | 0.50 |
| 2/13/2017 | Kim Ponder | Online filing 2016 reports to Delaware required to emerge. | 1.75 |
| 2/14/2017 | Timothy C. Ross | Reviewed and responded to Debtors counsel (KH) | 1.00 |
| 2/14/2017 | Timothy C. Ross | Reviewed and authorized debtors foreign subsidiary tax matters | 1.00 |
| 2/14/2017 | Timothy C. Ross | Reviewed and responded to Debtors tax professional (RM) | 0.50 |
| 2/14/2017 | Kim Ponder | Online filing 2017 reports to Delaware required to emerge. | 1.50 |
| 2/15/2017 | Timothy C. Ross | Downloaded foreign bank account balances | 0.50 |
| 2/15/2017 | Timothy C. Ross | Reviewed and executed Debtors tax related matters | 0.50 |
| 2/15/2017 | Kim Ponder | Coordinated and posted amended annual report filing. | 1.00 |
| 2/16/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors tax professional (RM) | 0.50 |
| 2/16/2017 | Kim Ponder | Conference call with EY (J Wood & N Quigley), Whiteford (K Good), MNAT (T Minott) and Cassels Brock (M Wunderling). | 0.50 |
| 2/17/2017 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.00 |
| 2/20/2017 | Timothy C. Ross | Follow-up with counsel (RB) | 0.50 |
| 2/20/2017 | Timothy C. Ross | Received and responded to EY request for state jurisdiction information. | 0.50 |
| 2/20/2017 | Kim Ponder | Prepared analysis requested by EY. | 2.00 |
| 2/21/2017 | Kim Ponder | Prepared analysis requested by EY. | 4.00 |
| 2/21/2017 | Kim Ponder | Online franchise tax filings. | 2.00 |
| 2/22/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 1.00 |
| 2/22/2017 | Timothy C. Ross | Reviewed and responded to Debtors tax professional (PS) | 0.50 |
| 2/22/2017 | Kim Ponder | Prepared analysis requested by EY. | 5.00 |
| 2/22/2017 | Kim Ponder | Certified mailing of tax documents. | 1.00 |
| 2/23/2017 | Timothy C. Ross | Reviewed materials and prepared for meeting with Debtors tax professionals | 0.50 |
| 2/24/2017 | Timothy C. Ross | Downloaded foreign bank account balances | 1.00 |
| 2/24/2017 | Timothy C. Ross | Reviewed and provided comments to Debtors counsel (KH) | 1.00 |
| 2/24/2017 | Timothy C. Ross | Researched and prepared response to Debtors tax professional (JW) | 2.00 |
| 2/24/2017 | Kim Ponder | Prepared analysis requested by EY. | 5.00 |
| 2/24/2017 | Kim Ponder | Online tax filings. | 1.00 |
| 2/27/2017 | Timothy C. Ross | Researched and prepared response to Debtors tax professional (EG) | 3.00 |
| 2/27/2017 | Kim Ponder | Prepared analysis requested by EY. | 5.00 |
| 2/28/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors tax matters | 0.50 |
| 2/28/2017 | Timothy C. Ross | Researched request from Debtors tax professional (JW) | 3.00 |
| 2/28/2017 | Kim Ponder | Prepared analysis requested by EY. | 2.00 |
| 2/28/2017 | Kim Ponder | Received, researched and responded to EY inquiries. | 3.00 |
| **Tax Matters Total** | | | **67.25** |

**For the period of February 1, 2017 through February 28, 2017** | | | <u>**340.50**</u>

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of February 1, 2017 through February 28, 2017

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | - |
| Professional | - |
| Miscellaneous | - |
| **For the period of February 1, 2017 through February 28, 2017** | **$        -** |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of February 1, 2017 through February 28, 2017

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | | **$    -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | | **$    -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | |
| | Miscellaneous | | | - |
| | **Total** | | | **$    -** |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | **Total** | | | **$    -** |

| | | | | |
|---|---|---|---|---|
| **For the period of February 1, 2017 through February 28, 2017** | | | | **$    -** |