UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.,*<br><br>　　　　　　　　　Debtors.[1]<br><br>——————————————————<br><br>SNMP Research International, Inc., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br>**Related to Docket Nos. 17432, 17433, 17836, 17838**<br><br>Adv. No. 11-53454 (KG) |

CERTIFICATION OF COUNSEL REGARDING
SCHEDULING ORDER CONCERNING MOTION TO
AMEND PROOFS OF CLAIM AND SCHEDULE 1 ISSUE

The undersigned counsel for plaintiffs, SNMP Research International, Inc. and SNMP Research, Inc. (together, "**SNMP Research**"), hereby certify as follows:

1. On November 23, 2016, SNMP Research filed the Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [Docket No. 17432] (the "**Motion to Amend**") and the Declaration of Dr. Jeffrey D. Case in Support of Motion to Amend [Docket No. 17433].

2. On January 30, 2017, the Debtors filed the Debtors' Memorandum of Law in Opposition to the Motion to Amend [Docket No. 17836] and Declaration of Paul C. Kleist, Jr. in Support of the Debtors' Opposition to the Motion to Amend [Docket No. 17838].

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (together, the "Debtors").

3. The U.S. Debtors and SNMP Research (together, the "**Parties**") have agreed that an evidentiary hearing on the Motion to Amend shall take place on May 11 and 12, 2017 (the "**Hearing**"), which the Court previously scheduled in this matter during a March 3, 2017 discovery hearing.

4. In addition to the specific relief requested in the Motion to Amend, the parties have agreed that the Hearing will also be an evidentiary hearing on the underlying merits issue of whether the SNMP Research software was licensed for use or distribution under Schedule 1A of the Nortel license agreement with respect to any products after June 20, 2003, pursuant to the terms of the proposed Scheduling Order Concerning the Motion to Amend Proofs of Clam and Schedule 1 Issue (the "**Scheduling Order**"), attached hereto as Exhibit 1.

5. Accordingly, the Parties respectfully request that the Scheduling Order be entered at the earliest convenience of the Court.

Dated: March 16, 2017

| | |
|---|---|
| **OF COUNSEL** | **COLE SCHOTZ P.C.** |
| Richard S. Busch, Esq.<br>**King & Ballow Law Offices**<br>315 Union Street, Suite 1100<br>Nashville, TN 37201<br>(615) 259-3456 (Phone)<br>(615) 726-5417 (Fax)<br>rbusch@kingballow.com | */s/ Nicholas J. Brannick*<br>Norman L. Pernick (No. 2290)<br>Nicholas J. Brannick (No. 5721)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 651-2002 (Phone)<br>(302) 652-3117 (Fax)<br>npernick@coleschotz.com<br>nbrannick@coleschotz.com |
| -and- | -and- |
| John L. Wood, Esq.<br>**Egerton, McAfee, Armistead & Davis, P.C.**<br>900 S. Gay Street<br>Knoxville, TN 37902<br>(865) 546-0500 (Phone)<br>(865) 525-5293 (Fax)<br>jwood@emlaw.com | G. David Dean, Esq.<br>300 E. Lombard Street, Suite 1450<br>Baltimore, MD 21202<br>410-230-0660 (Phone)<br>410-230-0667 (Fax)<br>ddean@coleschotz.com<br><br>*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.* |