**EXHIBIT 1**

53651/0001-14261322v1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.,* | Case No. 09-10138 (KG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: DI 17432, 17433, 17836, 17838 and ____** |
| SNMP Research International, Inc., et al., | |
| Plaintiffs, | Adv. No. 11-53454 (KG) |
| v. | **Re: Adv. DI ____** |
| Nortel Networks Inc., et al., | |
| Defendants. | |

## SCHEDULING ORDER CONCERNING MOTION TO
## AMEND PROOFS OF CLAIM AND SCHEDULE 1 ISSUE

This Scheduling Order governs the hearing on the Motion of SNMP Research, Inc. and

SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc.

as Claimant [D.I. 17432] (the "Motion to Amend") and a merits hearing on the "Schedule 1

Issue," as defined below.[2]  Upon agreement of the parties, and finding that good cause exists to

enter this Order, IT IS ORDERED that:

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (together, the "Debtors").

[2] All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Motion to Amend.

1.      The Hearing and its Scope.  Subject to paragraph 3 below, an evidentiary hearing on the Motion to Amend shall take place on May 11 and 12, 2017 (the "Hearing").  In addition to the specific relief requested by SNMP Research in the Motion to Amend, the Court also will address the underlying merits issue of whether the SNMP Research Software was licensed for use or distribution under Schedule 1A of the Nortel License ("Schedule 1") with respect to any products after June 20, 2003 (the "Schedule 1 Issue") in order to make a determination concerning the Schedule 1 Issue, for purposes of both the proof of claim and the adversary proceeding, pursuant to Fed. R. Bankr. P. 7042(b) and Fed. R. Civ. P. 42(b).[3]  All other issues relating to the Schedule 1 Issue shall be reserved for trial in the Adversary Proceeding and/or a hearing as to the proof of claim, as appropriate.  For the avoidance of doubt, the Hearing shall not include consideration of what products might be covered by Schedule 1 if the Court were to determine that any license rights under Schedule 1 did not terminate on June 20, 2003.

2.      Reply Deadline.  The deadline for SNMP Research to file its reply in connection with the Motion to Amend is April 5, 2017.

3.      Pre-Hearing Motion(s).  The deadline to file any pre-Hearing motion, including for: a ruling that Schedule 1A is unambiguous and should be interpreted without extrinsic or parol evidence; the disqualification of any expert witness or portions of an expert's testimony; or the exclusion of any evidence at the Hearing (each a "Pre-Hearing Motion"), shall be filed by April 10, 2017 at 5:00 p.m. (ET).  The opposition to any Pre-Hearing Motion shall be filed by

---

[3] The parties' agreement to conduct an evidentiary Hearing on the Schedule 1 Issue shall not prevent SNMP Research from making a motion seeking to exclude extrinsic evidence concerning Schedule 1, which the U.S. Debtors would oppose.

2

April 20, 2017, at 5:00 p.m. (ET), and any reply in connection with a Pre-Hearing Motion shall be filed by April 27, 2017 at 5:00 p.m. (ET).

       4.    <u>Argument on Pre-Hearing Motion(s)</u>.  If a Pre-Hearing Motion(s) is filed, the Court shall hold oral argument on the Pre-Hearing Motion(s) on May ___, 2017 at ___:____ _.m.

       5.    <u>Exhibits, Deposition Designations, Witness Lists and Hearing Briefs</u>.  The deadline to pre-file with the Court and serve (i) exhibits and deposition designations to be used for any purpose other than for impeachment or rebuttal, (ii) exhibit lists and (iii) witness lists, for the Hearing is May 4, 2017 at 5:00 p.m. (ET).  Any objections to the admissibility of filed exhibits and deposition designations shall be filed and served by May 9, 2017 at 5:00 p.m. (ET).  If no objection is filed to a particular exhibit or deposition designation, the exhibit or deposition designation shall be deemed admitted for the purpose of the Hearing, absent a showing of good cause for failing to object.  In addition, the parties may file Hearing briefs concerning the Schedule 1 Issue on or before May 4, 2017 at 5:00 p.m. (ET).

Dated: March _____, 2017
       Wilmington, Delaware

                                  _____
                                    THE HONORABLE KEVIN GROSS
                                    UNITED STATES BANKRUPTCY JUDGE