## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Docket No. 18020** |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | **Related to Adv. Docket No. 540** |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on March 17, 2017, I caused a copy of the **Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue** to be served via First-Class and electronic mail on the following parties:

Derek C. Abbot, Esq. (dabbott@mnat.com)
Andrew R. Remming, Esq. (aremming@mnat.com)
Tamara Minott, Esq. (tminott@mnat.com)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Lisa M. Schweitzer, Esq. (lschweitzer@cgsh.com)
David H. Herrington, Esq. (dherrington@cgsh.com)
Philip A. Cantwell, Esq. (pcantwell@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Pauline Z. Ratkowiak, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 17th day of March, 2017

NOTARY PUBLIC

**SUSAN L. WILLIAMS**
Notary Public State of Delaware
My Commission Expires August 13, 2017

53651/0001-13579712v2