# **EXHIBIT A**

```
******************************************************************************************Page 1 of (18)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                       PROFORMA NUMBER: 619169    LAST DATE BILLED 03/06/17

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                     NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001         NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                       AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                              ONE BRYANT PARK
                                                                              BANK OF AMERICA TOWER
                                                                              NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ___/___/___
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13354574 | 02/01/17 | | REVIEW 96TH CLEARY FEE APPLICATION. | S20 | | .50 | 01762 | CMS | 275.00 | 275.00 |
| 13354576 | 02/01/17 | | REVIEW 7TH KEIGHTLEY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 440.00 |
| 13354577 | 02/01/17 | | REVIEW MEMO OF LAW IN OPPOSITION TO SNMP CLAIM AMENDMENT AND RELATED DOCUMENTS. | S9 | | 3.10 | 01762 | CMS | 1,705.00 | 2,145.00 |
| 13354762 | 02/01/17 | | PREPARE DRAFT OF WTP'S TWENTY-FIFTH MONTHLY FEE APPLICATION. | S19 | | .90 | 01831 | CL | 229.50 | 2,374.50 |
| 13364502 | 02/01/17 | | REVIEW SCOTT SUPPLEMENTAL DECLARATION IN SUPPORT OF E&Y RETENTION | S18 | | .10 | 01761 | LKG | 52.50 | 2,427.00 |
| 13364503 | 02/01/17 | | REVIEW RLKS JANUARY MONTHLY FEE APPLICATION | S20 | | .30 | 01761 | LKG | 157.50 | 2,584.50 |
| 13404194 | 02/01/17 | | REVIEW AND ANALYZE MEMORANDUM OF LAW IN OPPOSITION TO SNMP CLAIM AMENDMENT AND RELATED PLEADINGS | S9 | | 2.70 | 01761 | LKG | 1,417.50 | 4,002.00 |
| 13355882 | 02/02/17 | | RETURN CALLS TO CREDTIORS RE: TIMING OF DISTRIBUTIONS (.2 X 6). | S6 | | 1.20 | 01762 | CMS | 660.00 | 4,662.00 |
| 13355889 | 02/02/17 | | ATTEND 2/2/17 COMMITTEE CALL. | S3 | | .40 | 01762 | CMS | 220.00 | 4,882.00 |
| 13355890 | 02/02/17 | | PREPARE FOR 2/2/17 COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 275.00 | 5,157.00 |
| 13355904 | 02/02/17 | | REVIEW/REVISE JANUARY 2017 BILLING PRO FORMA FOR ACCURACY AND CONFIDENTIALITY. | S19 | | .80 | 01762 | CMS | 440.00 | 5,597.00 |
| 13355911 | 02/02/17 | | E-MAIL TO D. BOTTER RE: 2/6/17 MEDIATION. | S16 | | .10 | 01762 | CMS | 55.00 | 5,652.00 |
| 13364468 | 02/02/17 | | ATTEND WEEKLY COMMITTEE CALL | S3 | | .40 | 01761 | LKG | 210.00 | 5,862.00 |
| 13396168 | 02/02/17 | | REVIEW AND REVISE JANUARY PROFORMA. | S19 | | .70 | 01831 | CL | 178.50 | 6,040.50 |
| 13404188 | 02/02/17 | | REVIEW/REVISE JANUARY BILLING PRO FORMA FOR ACCURACY AND CONFIDENTIALITY | S19 | | .60 | 01761 | LKG | 315.00 | 6,355.50 |

```
**********************************************************************************Page 2 of (18)
                                  WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT       AS OF 3/16/2017 10:45:36 AM
                                  PROFORMA NUMBER: 619169         LAST DATE BILLED 03/06/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13356248 | 02/03/17 | | REVIEW 69TH APPLICATION OF RLKS. | S20 | | .30 | 01762 | CMS | 165.00 | 6,520.50 |
| 13356249 | 02/03/17 | | REVIEW 10TH SUPPLEMENTAL DECLARATION OF J. SCOTT IN SUPPORT OF E&Y RETENTION. | S18 | | .60 | 01762 | CMS | 330.00 | 6,850.50 |
| 13356250 | 02/03/17 | | PREPARE FOR 2/6/17 MEDIATION. | S16 | | 1.10 | 01762 | CMS | 605.00 | 7,455.50 |
| 13356253 | 02/03/17 | | REVIEW 96TH HURON FEE APPLICAITON. | S20 | | .30 | 01762 | CMS | 165.00 | 7,620.50 |
| 13357506 | 02/03/17 | | REVIEW AGENDA CANCELING 2/7 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 7,673.00 |
| 13358988 | 02/03/17 | | REVIEW HURON JANUARY FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 105.00 | 7,778.00 |
| 13358989 | 02/03/17 | | REVIEW COTELSA LETTER TO BANKRUPTCY COURT | S1 | | .10 | 01761 | LKG | 52.50 | 7,830.50 |
| 13358990 | 02/03/17 | | REVIEW JOHN RAY JANUARY FEE APPLICATION | S20 | | .30 | 01761 | LKG | 157.50 | 7,988.00 |
| 13365522 | 02/03/17 | | REVIEW 2/7/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 8,013.50 |
| 13358192 | 02/06/17 | | PREPARE FOR 2/6/17 MEDIATION. | S16 | | 1.30 | 01762 | CMS | 715.00 | 8,728.50 |
| 13358193 | 02/06/17 | | ATTEND 2/6/17 MEDIATION. | S16 | | 7.00 | 01762 | CMS | 3,850.00 | 12,578.50 |
| 13358194 | 02/06/17 | | E-MAIL TO D. BOTTER RE: PREPARATION FOR 2/16/17 MEDIATION. | S16 | | .10 | 01762 | CMS | 55.00 | 12,633.50 |
| 13358197 | 02/06/17 | | MEET W/ D. BOTTER RE: 2/16/17 MEDIATION. | S16 | | .30 | 01762 | CMS | 165.00 | 12,798.50 |
| 13358204 | 02/06/17 | | RETURN CALLS TO CREDITORS RE: TIMING OF DISTRIBUTIONS (.2 X 2). | S6 | | .40 | 01762 | CMS | 220.00 | 13,018.50 |
| 13361613 | 02/06/17 | | FILE ASHURST'S 96TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 13,095.00 |
| 13361614 | 02/06/17 | | CONFER WITH DLS RE SERVICE OF ASHURST'S 96TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 13,120.50 |
| 13361615 | 02/06/17 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED ASHURST'S 96TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 13,146.00 |
| 13361629 | 02/06/17 | | REVISE COMMITTEE'S PROFESSIONALS' FEES AND | S20 | | .50 | 01831 | CL | 127.50 | 13,273.50 |

```
*********************************************************************************Page 3 of (18)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                    PROFORMA NUMBER: 619169       LAST DATE BILLED 03/06/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | EXPENSES TO PROPOSED INTERIM FEE ORDER. | | | | | | | |
| 13362992 | 02/06/17 | | PREPARE UPDATED LIST OF POTENTIAL PARTIES IN INTEREST FOR PURPOSES OF PREPARING AMENDED SAMIS DECLARATION IN SUPPORT OF WTP RETENTION. | S17 | | 3.90 | 01771 | KE | 1,462.50 | 14,736.00 |
| 13364488 | 02/06/17 | | REVIEW ASHURST JANUARY MONTHLY FEE APPLICATION (.3); EMAIL X2 TO C. LANO RE: PREPARATION AND FILING OF SAME (.1); EMAIL TO A. LORING RE: SAME (.1); REVIEW/SIGN NOTICE AND COS FOR SAME (.1) | S20 | | .60 | 01761 | LKG | 315.00 | 15,051.00 |
| 13364490 | 02/06/17 | | REVIEW FEE EXAMINER'S REPORT RE: PUNTER SOUTHALL FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 15,103.50 |
| 13364493 | 02/06/17 | | REVIEW UPDATE REGARDING EFFECTIVE DATE | S6 | | .10 | 01761 | LKG | 52.50 | 15,156.00 |
| 13366303 | 02/06/17 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .80 | 41315 | CM | 160.00 | 15,316.00 |
| 13404193 | 02/06/17 | | MEETING WITH K. EKINER RE: SUPPLEMENTAL SAMIS DECLARATION IN SUPPORT OF WTP RETENTION | S17 | | .20 | 01761 | LKG | 105.00 | 15,421.00 |
| 13361584 | 02/07/17 | | PREPARE AND EMAIL PROPOSED FEE ORDER TO COMMITTEE PROFESSIONALS. | S20 | | .20 | 01831 | CL | 51.00 | 15,472.00 |
| 13361585 | 02/07/17 | | FILE ASHURST'S THIRTY-SIXTH INTERIM FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 15,574.00 |
| 13361586 | 02/07/17 | | CONFER WITH DLS RE SERVICE OF ASHURST'S THIRTY-SIXTH INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 15,599.50 |
| 13361587 | 02/07/17 | | EMAIL US TRUSTEE AND FEE EXAMINER ASHURST'S THIRTY-SIXTH INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 15,625.00 |
| 13361588 | 02/07/17 | | CONFER WITH K. GOOD RE PROPOSED FEE ORDER. | S20 | | .10 | 01831 | CL | 25.50 | 15,650.50 |
| 13363004 | 02/07/17 | | PREPARATION OF SUPPLEMENTAL DECLARATION OF CHRISTOPHER M. SAMIS IN SUPPORT OF APPLICATION FOR RETENTION OF WTP PURSUANT TO ADDITIONAL IDENTIFIED PARTIES IN INTEREST. | S17 | | 2.90 | 01771 | KE | 1,087.50 | 16,738.00 |

```
******************************************************************************Page 4 of (18)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT       AS OF 3/16/2017 10:45:36 AM
                                         PROFORMA NUMBER: 619169         LAST DATE BILLED 03/06/17
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13364481 | 02/07/17 | | REVIEW HP ELECTION UNDER SECTION 365(N) | S4 | | .10 | 01761 | LKG | 52.50 | 16,790.50 |
| 13364482 | 02/07/17 | | REVIEW RLKS INTERIM FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 16,843.00 |
| 13364483 | 02/07/17 | | REVIEW REVISED EXHIBIT FOR INTERIM FEE ORDER (.4); MEETING WITH C. LANO RE: SAME (.1) | S20 | | .50 | 01761 | LKG | 262.50 | 17,105.50 |
| 13364484 | 02/07/17 | | REVIEW ASHURST INTERIM FEE APPLICATION (.1); EMAIL TO A. LORING RE: SAME (.1); EMAIL X2 TO C. LANO RE: SAME (.1); REVIEW COS RE: SAME (.1) | S20 | | .40 | 01761 | LKG | 210.00 | 17,315.50 |
| 13361555 | 02/08/17 | | REVISE WTP'S TWENTY-FIFTH MONTHLY FEE APPLICATION. | S19 | | 1.30 | 01831 | CL | 331.50 | 17,647.00 |
| 13361564 | 02/08/17 | | FILE AKIN GUMP'S NOVEMBER 2017 FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 17,749.00 |
| 13361567 | 02/08/17 | | FILE WTP'S JANUARY 2017 FEE APPLICATION. | S19 | | .40 | 01831 | CL | 102.00 | 17,851.00 |
| 13361568 | 02/08/17 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP AND WTP FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 17,876.50 |
| 13361569 | 02/08/17 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED AKIN GUMP AND WTP FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 17,902.00 |
| 13366827 | 02/08/17 | | PREPARE SUPPLEMENTAL DECLARATION OF CHRISTOPHER M. SAMIS IN SUPPORT OF APPLICATION FOR RETENTION OF WTP PURSUANT TO ADDITIONAL IDENTIFIED PARTIES IN INTEREST. | S17 | | 2.90 | 01771 | KE | 1,087.50 | 18,989.50 |
| 13367296 | 02/08/17 | | PREPARE AND CIRCULATE DAILY DOCKET DISTRIBUTIONS. | S1 | | .20 | 41315 | CM | 40.00 | 19,029.50 |
| 13364451 | 02/09/17 | | ATTEND WEEKLY COMMITTEE CALL (.3); MEETING WITH C. SAMIS RE: SAME (.1) | S3 | | .40 | 01761 | LKG | 210.00 | 19,239.50 |
| 13364453 | 02/09/17 | | REVIEW DECEMBER MOR (.3); REVIEW PERIODIC REPORT OF VALUE OF NONDEBTOR SUBSIDIARIES (.4 ) | S12 | | .70 | 01761 | LKG | 367.50 | 19,607.00 |
| 13364457 | 02/09/17 | | REVIEW NNCC BONDHOLDER LETTER TO JUDGE GROSS RE: DISCOVERY DISPUTE (.1); REVIEW DELAWARE TRUST BONDHOLDER LETTER RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 105.00 | 19,712.00 |

```text
```

```
********************************************************************************Page 5 of (18)
                              WHITEFORD, TAYLOR & PRESTON    THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                              PROFORMA NUMBER:  619169    LAST DATE BILLED 03/06/17
```

CLIENT 091281       OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                    NORTEL NETWORKS, INC.
MATTER 00001        NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13364458 | 02/09/17 | | REVIEW STIPULATION OF DISMISSAL OF PPI APPEAL | S16 | | .10 | 01761 | LKG | 52.50 | 19,764.50 |
| 13384238 | 02/09/17 | | PREPARE FOR WEEKLY COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 275.00 | 20,039.50 |
| 13384239 | 02/09/17 | | PARTICIPATE IN WEEKLY COMMITTEE CALL. | S3 | | .30 | 01762 | CMS | 165.00 | 20,204.50 |
| 13384243 | 02/09/17 | | REVIEW LETTERS RELEVANT TO 2/9/17 DISCOVERY CONFERENCE. | S10 | | .30 | 01762 | CMS | 165.00 | 20,369.50 |
| 13384244 | 02/09/17 | | PREPARE FOR 2/9/17 TELECONFERENCE WITH COURT. | S10 | | .30 | 01762 | CMS | 165.00 | 20,534.50 |
| 13384247 | 02/09/17 | | PARTICIPATE IN 2/9/17 TELECONFERENCE WITH COURT. | S10 | | .30 | 01762 | CMS | 165.00 | 20,699.50 |
| 13384249 | 02/09/17 | | E-MAILS TO D. BOTTER RE: 2/9/17 TELECONFERENCE WITH COURT (.1 X 4). | S10 | | .40 | 01762 | CMS | 220.00 | 20,919.50 |
| 13384254 | 02/09/17 | | E-MAILS TO A. REMMING RE: 2/9/17 COURT TELECONFERENCE (.1 X 2). | S10 | | .20 | 01762 | CMS | 110.00 | 21,029.50 |
| 13384255 | 02/09/17 | | E-MAIL TO K. GOOD RE: PREPARATION FOR WEEKLY COMMITTEE CALL. | S3 | | .10 | 01762 | CMS | 55.00 | 21,084.50 |
| 13384258 | 02/09/17 | | E-MAIL TO C. LANO RE: PREPARATION FOR 2/9/17 TELEPHONIC HEARING. | S10 | | .10 | 01762 | CMS | 55.00 | 21,139.50 |
| 13384261 | 02/09/17 | | E-MAILS TO D. ABBOTT AND B. KAHN RE: PPI LITIGATION DISMISSAL (.1 X 2). | S16 | | .20 | 01762 | CMS | 110.00 | 21,249.50 |
| 13363936 | 02/10/17 | | COORDINATE D. BOTTER'S AND C. SAMIS' 2/9/17 TELEPHONIC APPEARANCES. | S10 | | .30 | 01831 | CL | 76.50 | 21,326.00 |
| 13363951 | 02/10/17 | | FILE CASSELS BROCK'S THIRTY-THIRD MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 21,428.00 |
| 13363952 | 02/10/17 | | CONFER WITH DLS RE SERVICE OF CASSELS BROCK'S THIRTY-THIRD MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 21,453.50 |
| 13363953 | 02/10/17 | | EMAIL FILED UST AND FEE EXAMINER CASSELS BROCK'S THIRTY-THIRD MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 21,479.00 |

```
**********************************************************************************Page 6 of (18)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                       PROFORMA NUMBER: 619169       LAST DATE BILLED 03/06/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13363957 | 02/10/17 | | EMAIL M. WUNDER FILED CASSELS BROCK NOVEMBER FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 21,504.50 |
| 13364443 | 02/10/17 | | REVIEW MERGIS GROUP JANUARY STAFFING REPORT (.2); REVIEW CHILMARK PARTNERS DECEMBER FEE APPLICATION (.2); EMAIL TO C. LANO RE: CASSELS BROCK NOVEMBER FEE APPLICATION (.1) | S20 | | .50 | 01761 | LKG | 262.50 | 21,767.00 |
| 13364444 | 02/10/17 | | REVIEW MOTION TO APPROVE COMPROMISE OF CIENA CLAIMS | S9 | | .70 | 01761 | LKG | 367.50 | 22,134.50 |
| 13367805 | 02/10/17 | | REVIEW CASSELS NOVEMBER FEE APPLICATION FOR COMPLIANCE WITH LOCAL RULES | S20 | | .20 | 01797 | CDM | 68.00 | 22,202.50 |
| 13384281 | 02/10/17 | | E-MAILS TO A. REMMING RE: INDENTURE TRUSTEE FEE DISPUTE (.1 X 2). | S16 | | .20 | 01762 | CMS | 110.00 | 22,312.50 |
| 13384282 | 02/10/17 | | REVIEW FINAL FORM OF STIPULATION OF DISMISSAL OF ALLOCATION APPEAL. | S16 | | .20 | 01762 | CMS | 110.00 | 22,422.50 |
| 13384283 | 02/10/17 | | E-MAIL TO A. REMMING RE: AUTHORITY TO FILE STIPULATION OF DISMISSAL FOR ALLOCATION APPEAL. | S16 | | .10 | 01762 | CMS | 55.00 | 22,477.50 |
| 13384286 | 02/10/17 | | E-MAIL TO R. JOHNSON RE: AUTHORITY TO FILE STIPULATION OF DISMISSAL FOR ALLOCATION APPEAL. | S16 | | .10 | 01762 | CMS | 55.00 | 22,532.50 |
| 13364432 | 02/12/17 | | EMAIL X2 TO C. MCCLAMB RE: TAX FORM INQUIRY FROM FOREIGN PROFESSIONALS (.1); EMAIL TO M. WUNDER RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 22,637.50 |
| 13384294 | 02/12/17 | | E-MAIL TO K. GOOD RE: TAX FORMS FOR CASSELS FROM COMPANY. | S15 | | .10 | 01762 | CMS | 55.00 | 22,692.50 |
| 13376766 | 02/13/17 | | PHONE CALL TO T. MINOTT RE: CASSELS PAYMENTS | S20 | | .20 | 01797 | CDM | 68.00 | 22,760.50 |
| 13376903 | 02/13/17 | | REVIEW COMMITTEE'S RESPONSES TO PROPOSED FEE ORDER AND EMAIL GROUP RE SAME. | S20 | | .20 | 01831 | CL | 51.00 | 22,811.50 |
| 13377287 | 02/14/17 | | REVIEW PLAN, CONFIRMATION ORDER AND PLAN ADMINISTRATOR AGREEMENT FOR FINAL FEE APPLICATION | S20 | | .40 | 01797 | CDM | 136.00 | 22,947.50 |

```
***************************************************************************Page 7 of (18)
                                    WHITEFORD, TAYLOR & PRESTON    THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                         PROFORMA NUMBER: 619169   LAST DATE BILLED 03/06/17
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |

CLIENT 091281         OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                      NORTEL NETWORKS, INC.
MATTER 00001          NORTEL
CASE ID

PROVISIONS

| INDEX | DATE | CA | PROFESSIONAL SERVICES | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13377293 | 02/14/17 | | PHONE CALL WITH T. MINOTT RE: FINAL FEE APPLICATIONS | S20 | | .10 | 01797 | CDM | 34.00 | 22,981.50 |
| 13377295 | 02/14/17 | | PHONE CALL WITH A. LORING RE: FINAL FEE APPLICATIONS | S20 | | .10 | 01797 | CDM | 34.00 | 23,015.50 |
| 13377297 | 02/14/17 | | EMAILS WITH C. SAMIS AND K. GOOD RE: FINAL FEE APPLICATION PROCEDURES | S20 | | .20 | 01797 | CDM | 68.00 | 23,083.50 |
| 13377298 | 02/14/17 | | EMAILS WITH K. GOOD AND M. WUNDER RE: CALL TO EY REGARDING INFORMATION REQUEST | S1 | | .60 | 01797 | CDM | 204.00 | 23,287.50 |
| 13377299 | 02/14/17 | | EMAILS WITH T. MINOTT RE: COORDINATING CALL WITH EY AND CASSELS | S1 | | .40 | 01797 | CDM | 136.00 | 23,423.50 |
| 13377305 | 02/14/17 | | EMAIL X2 TO C. MCCLAMB RE: TAX REPORTING BY CANADIAN FIRMS (.2); EMAIL TO M. WUNDER RE: SAME (.1) | S15 | | .30 | 01761 | LKG | 157.50 | 23,581.00 |
| 13377404 | 02/14/17 | | REVISE COMMITTEE'S PROFESSIONALS FEE EXHIBIT. | S20 | | .30 | 01831 | CL | 76.50 | 23,657.50 |
| 13377412 | 02/14/17 | | EMAIL M. MADDOX PROPOSED COMMITTEE'S PROFESSIONALS' PROPOSED FEE EXHIBIT. | S20 | | .10 | 01831 | CL | 25.50 | 23,683.00 |
| 13377468 | 02/14/17 | | REVIEW DOCKET AND PREPARE CNO TO WTP'S TWENTY-FOURTH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 23,759.50 |
| 13384322 | 02/14/17 | | E-MAILS TO C. MCCLAMB RE: ADDRESSING COMMITTEE FEE APPLICATIONS AND RELATED TAX REPORTING BY DEBTORS (.1 X 3). | S15 | | .30 | 01762 | CMS | 165.00 | 23,924.50 |
| 13384323 | 02/14/17 | | REVIEW PRO SE APPEAL OF CANADIAN CONFIRMATION ORDER. | S6 | | .80 | 01762 | CMS | 440.00 | 24,364.50 |
| 13384328 | 02/14/17 | | E-MAILS TO T. MINOTT RE: PAYMENT OF COMMITTEE PROFESSIONAL FEES (.1 X 2). | S20 | | .20 | 01762 | CMS | 110.00 | 24,474.50 |
| 13398614 | 02/14/17 | | MEETING WITH C. MCCLAMB RE: FOREIGN PROFESSIONALS | S20 | | .20 | 01761 | LKG | 105.00 | 24,579.50 |

```
*****************************************************************************************Page 8 of (18)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 3/16/2017 10:45:36 AM
                                    PROFORMA NUMBER: 619169         LAST DATE BILLED 03/06/17
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF | | | | | | |
| | | | NORTEL NETWORKS, INC. | | | | | | |
| MATTER 00001 | | | NORTEL | | | | | | |
| CASE ID | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAX REPORTING ISSUE AND CASSELS BROCK | | | | | | | |
| 13398620 | 02/14/17 | | REVIEW MOTION FOR LEAVE TO APPEAL CANADIAN SANCTION ORDER | S6 | | .40 | 01761 | LKG | 210.00 | 24,789.50 |
| 13398637 | 02/14/17 | | REVIEW PROPOSED FUNDS FLOW ANALYSIS | S6 | | .20 | 01761 | LKG | 105.00 | 24,894.50 |
| 13398639 | 02/14/17 | | EMAIL TO M. WUNDER RE: FOREIGN PROFESSIONALS TAX REPORTING ISSUE (.1); EMAIL X2 TO C. MCCLAMB RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 24,999.50 |
| 13398641 | 02/14/17 | | EMAIL TO A. LORING RE: EXHIBIT FOR INTERIM FEE ORDER (.1); EMAIL TO M. MADDOX RE: SAME (.1); MEETING WITH AND EMAIL TO C. LANO RE: SAME (.1) | S20 | | .30 | 01761 | LKG | 157.50 | 25,157.00 |
| 13373196 | 02/15/17 | | CONFER WITH K. GOOD RE STATUS OF CNO TO ASHURST'S NINETY-FIFTH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 25,182.50 |
| 13373199 | 02/15/17 | | REVIEW DOCKET AND PREPARE CNO RE ASHURST'S NINETY-FIFTH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 25,259.00 |
| 13377787 | 02/15/17 | | ATTEND COMMITTEE CALL RE: CANADIAN APPEAL | S3 | | .50 | 01761 | LKG | 262.50 | 25,521.50 |
| 13384389 | 02/15/17 | | REVIEW 70TH MONTHLY TORYS FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 25,686.50 |
| 13384390 | 02/15/17 | | REVIEW 97TH MNAT FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 25,851.50 |
| 13398604 | 02/15/17 | | REVIEW TORYS JANUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 25,956.50 |
| 13398606 | 02/15/17 | | REVIEW MNAT JANUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 26,061.50 |
| 13378248 | 02/16/17 | | TELEPHONE CALL WITH M. WUNDER, K. PONDER, J. WOOD, N. QUIGLEY, T. MINOTT RE: TAX REPORTING REQUIREMENTS ON CASSELS FEES | S15 | | .40 | 01761 | LKG | 210.00 | 26,271.50 |
| 13378337 | 02/16/17 | | EMAIL TO L. ROBERTS, I. KHAN RE: CNO FOR ASHURST 95TH MONTHLY FEE APPLICATION (.1); REVIEW/REVISE SAME (.1); MEETING WITH C. LANO RE: REVISIONS AND FILING OF SAME (.1) | S20 | | .30 | 01761 | LKG | 157.50 | 26,429.00 |

```
*********************************************************************************Page 9 of (18)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                    PROFORMA NUMBER: 619169          LAST DATE BILLED 03/06/17
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MATTER 00001 | | | NORTEL | | | | | | |
| CASE ID | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13378352 | 02/16/17 | | REVIEW AGENDA FOR 2/21 HEARING (.1); EMAIL TO C. LANO RE: SAME (.1) | S10 | | .20 | 01761 | LKG | 105.00 | 26,534.00 |
| 13378439 | 02/16/17 | | REVIEW 2/21/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 26,559.50 |
| 13378440 | 02/16/17 | | CONFER WITH K. GOOD RE 2/21/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 26,585.00 |
| 13384010 | 02/16/17 | | REVIEW 32ND QUARTERLY FEE APPLICATION OF MNAT (.1); REVIEW 25TH QUARTERLY FEE APPLICATION OF TORYS (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 26,690.00 |
| 13384363 | 02/16/17 | | REVIEW CIENA 9019 MOTION. | S9 | | 1.20 | 01762 | CMS | 660.00 | 27,350.00 |
| 13384364 | 02/16/17 | | REVIEW 82ND CHILMARK FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 27,515.00 |
| 13384365 | 02/16/17 | | REVIEW AZB PARTNERS STATEMENT. | S20 | | .20 | 01762 | CMS | 110.00 | 27,625.00 |
| 13384366 | 02/16/17 | | REVIEW 68TH RLKS PARTNERS FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 27,790.00 |
| 13384367 | 02/16/17 | | REVIEW DECEMBER 2016 MOR. | S12 | | .60 | 01762 | CMS | 330.00 | 28,120.00 |
| 13384368 | 02/16/17 | | REVIEW DECEMBER 2016 2015.3 REPORT. | S12 | | .70 | 01762 | CMS | 385.00 | 28,505.00 |
| 13395349 | 02/16/17 | | REVIEW DOCKET AND PREPARE CNO TO ASHURST'S DECEMBER 2016 FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 28,581.50 |
| 13379123 | 02/17/17 | | REVIEW AMENDED 2/21/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 28,607.00 |
| 13386007 | 02/17/17 | | PREPARE AND CIRCULATE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 1.20 | 41315 | CM | 240.00 | 28,847.00 |
| 13396228 | 02/17/17 | | REVIEW AGENDA CANCELING 2/21 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 28,899.50 |
| 13396957 | 02/17/17 | | REVIEW DOCKET AND REVISE CRITICAL DATES. | S1 | | .30 | 01831 | CL | 76.50 | 28,976.00 |
| 13395835 | 02/18/17 | | REVIEW MONITOR'S MOTION FOR LEAVE TO EXPEDITE THE CANADIAN APPEAL OF THE SANCTION ORDER (.3); REVIEW ANALYSIS AND RECOMMENDATION FROM M. WUNDER RE: SAME (.1) | S6 | | .40 | 01761 | LKG | 210.00 | 29,186.00 |

```
*********************************************************************************************Page 10 of (18)
                                         WHITEFORD, TAYLOR & PRESTON    THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                           PROFORMA NUMBER: 619169       LAST DATE BILLED 03/06/17
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13384402 | 02/20/17 | | RETURN CALLS TO CREDITORS RE: EFFECT OF CONFIRMATION, EFFECTIVE DATE AND DISTRIBUTIONS TO CREDITORS (.2 X 4). | S6 | | .80 | 01762 | CMS | 440.00 | 29,626.00 |
| 13381530 | 02/21/17 | | COORDINATE WITH COURT SOLUTIONS RE D. BOTTER'S AND C. SAMIS' 3/22/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 29,677.00 |
| 13381534 | 02/21/17 | | FILE AKIN GUMP'S 95TH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 29,779.00 |
| 13381535 | 02/21/17 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP'S 95 MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 29,804.50 |
| 13381536 | 02/21/17 | | EMAIL US TRUSTEE AND FEE EXAMINER AKIN GUMP'S 95TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 29,830.00 |
| 13381548 | 02/21/17 | | CONFER WITH A. LORING RE D.BOTTER'S 2/22/17 TELEPHONIC APPEARANCE. | S10 | | .10 | 01831 | CL | 25.50 | 29,855.50 |
| 13381549 | 02/21/17 | | REVIEW C. SAMIS' 3/22/17 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 29,881.00 |
| 13384456 | 02/21/17 | | CALLS FROM CREDITORS RE: EFFECTIVE DATE, IMPACT AND TIMING OF DISTRIBUTIONS (.2 X 8). | S6 | | 1.60 | 01762 | CMS | 880.00 | 30,761.00 |
| 13384457 | 02/21/17 | | REVIEW CANADIAN FACTUM OF COMMITTEE AGAINST LTD CLAIMANTS MOTION FOR LEAVE TO APPEAL. | S6 | | .30 | 01762 | CMS | 165.00 | 30,926.00 |
| 13384473 | 02/21/17 | | E-MAILS TO D. BOTTER AND C. LANO RE: PREPARATION FOR 2/22/17 STATUS CONFERENCE (.1 X 4). | S10 | | .40 | 01762 | CMS | 220.00 | 31,146.00 |
| 13395461 | 02/21/17 | | REVIEW AKIN GUMP DECEMBER FEE APPLICATION (.3); EMAIL X2 TO C. LANO RE: SAME (.2); EMAIL TO A. LORING RE: SAME (.1) | S20 | | .60 | 01761 | LKG | 315.00 | 31,461.00 |
| 13384426 | 02/22/17 | | RETURN CALLS TO CLAIMS TRADERS AND CREDITORS RE: EFFECTIVE DATE AND TIMING OF DISTRIBUTIONS. | S6 | | 1.20 | 01762 | CMS | 660.00 | 32,121.00 |
| 13384436 | 02/22/17 | | CALL TO E. MONZO RE: 2/28/17 HEARING. | S10 | | .20 | 01762 | CMS | 110.00 | 32,231.00 |
| 13384437 | 02/22/17 | | CALL TO D. BOTTER RE: 2/27/17 HEARING. | S10 | | .20 | 01762 | CMS | 110.00 | 32,341.00 |

```
*****************************************************************************************Page 11 of (18)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED   BILLING REPORT   AS OF 3/16/2017 10:45:36 AM
                                          PROFORMA NUMBER: 619169        LAST DATE BILLED 03/06/17
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13384438 | 02/22/17 | | PARTICIPATE IN 2/22/17 STATUS CONFERENCE. | S10 | | .30 | 01762 | CMS | 165.00 | 32,506.00 |
| 13384439 | 02/22/17 | | PREPARE FOR 2/22/17 STATUS CONFERENCE. | S10 | | .20 | 01762 | CMS | 110.00 | 32,616.00 |
| 13384441 | 02/22/17 | | E-MAILS TO D. BOTTER RE: PREPARATION 2/28/17 (.1 X 2). | S10 | | .20 | 01762 | CMS | 110.00 | 32,726.00 |
| 13384446 | 02/22/17 | | E-MAIL TO D. BOTTER RE: INDENTURE TRUSTEE FEE DEPOSITIONS. | S16 | | .10 | 01762 | CMS | 55.00 | 32,781.00 |
| 13387306 | 02/22/17 | | EMAIL FEE EXAMINER REQUEST RE ASHURST'S NOVEMBER FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 32,806.50 |
| 13387309 | 02/22/17 | | EMAIL L. ROBERTS RE FEE EXAMINER'S REQUEST FOR SUPPLEMENTAL DOCUMENTATION TO ASHURST'S NOVEMBER FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 32,832.00 |
| 13383916 | 02/23/17 | | REVIEW NOTICE OF 3/3/17 TELEPHONIC HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 32,857.50 |
| 13383917 | 02/23/17 | | CONFER WITH M. MADDOX RE STATUS OF 3/3/17 TELEPHONIC HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 32,883.00 |
| 13383918 | 02/23/17 | | EMAIL FEE EXAMINER REQUESTED ASHURST'S FEE APPLICATION DOCUMENTATION. | S20 | | .10 | 01831 | CL | 25.50 | 32,908.50 |
| 13383922 | 02/23/17 | | COORDINATE WITH COURT CALL RE C. SAMIS' AND D. BOTTER'S 3/3/17 TELEPHONIC APPEARANCES. | S10 | | .30 | 01831 | CL | 76.50 | 32,985.00 |
| 13383923 | 02/23/17 | | REVIEW C. SAMIS' AND D. BOTTER'S 3/3/17 TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 33,010.50 |
| 13384482 | 02/23/17 | | RETURN CALLS TO CREDITORS RE: TIMING OF DISTRIBUTIONS AND STATUS OF CLAIMS (.2 X 13). | S6 | | 2.60 | 01762 | CMS | 1,430.00 | 34,440.50 |
| 13389910 | 02/23/17 | | REVIEW CHILMARK 28TH QUARTERLY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 34,493.00 |
| 13384411 | 02/24/17 | | REVIEW 8TH KIEGHTLEY FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 34,658.00 |
| 13384412 | 02/24/17 | | REVIEW HORWITZ AFFIDAVIT. | S16 | | .80 | 01762 | CMS | 440.00 | 35,098.00 |

```
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                       PROFORMA NUMBER: 619169       LAST DATE BILLED 03/06/17
```

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13384413 | 02/24/17 | | REVIEW HEANEY AFFIDAVIT. | S16 | | .80 | 01762 | CMS | 440.00 | 35,538.00 |
| 13384414 | 02/24/17 | | REVIEW BLAUNER AFFIDAVIT. | S16 | | .50 | 01762 | CMS | 275.00 | 35,813.00 |
| 13384415 | 02/24/17 | | REVIEW 29TH FEE APPLICATION OF JOHN RAY. | S20 | | .30 | 01762 | CMS | 165.00 | 35,978.00 |
| 13388142 | 02/24/17 | | REVIEW AGENDA FOR 2/28 HEARING ON INDENTURE TRUSTEE FEE DISPUTE | S10 | | .10 | 01761 | LKG | 52.50 | 36,030.50 |
| 13388146 | 02/24/17 | | REVIEW JOHN RAY 29TH QUARTERLY FEE APPLICATION (.1) | S20 | | .10 | 01761 | LKG | 52.50 | 36,083.00 |
| 13388309 | 02/24/17 | | PREPARE AND CIRCULATE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 2.40 | 41315 | CM | 480.00 | 36,563.00 |
| 13388339 | 02/24/17 | | REVIEW 2/28/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 36,588.50 |
| 13388427 | 02/24/17 | | CONFER WITH K. GOOD RE 2/28/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 36,614.00 |
| 13389911 | 02/24/17 | | REVIEW KEIGHTLY & ASHNER JANUARY FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 105.00 | 36,719.00 |
| 13389912 | 02/24/17 | | REVIEW BRIEF OF NNCC NOTEHOLDERS RE: INDENTURE TRUSTEE FEE DISPUTE | S16 | | 1.20 | 01761 | LKG | 630.00 | 37,349.00 |
| 13389914 | 02/24/17 | | REVIEW CLEARY JANUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 37,454.00 |
| 13389915 | 02/24/17 | | REVIEW INDENTURE TRUSTEE'S BRIEF RE: FEE DISPUTE | S16 | | 1.00 | 01761 | LKG | 525.00 | 37,979.00 |
| 13393774 | 02/24/17 | | PREPARATION OF 2/28/17 HEARING BINDERS. | S10 | | 1.40 | 01831 | CL | 357.00 | 38,336.00 |
| 13388798 | 02/25/17 | | REVIEW SOLUS BRIEF IN SUPPORT OF OBJECTION TO ASSERTED FEES AND EXPENSES OF INDENTURE TRUSTEE. | S16 | | 2.30 | 01762 | CMS | 1,265.00 | 39,601.00 |
| 13392160 | 02/27/17 | | REVIEW AMENDED 2/28/17 AGENDA. | S17 | | .10 | 01831 | CL | 25.50 | 39,626.50 |
| 13392167 | 02/27/17 | | CONTINUED PREPARATION OF 2/28/17 HEARING BINDER. | S10 | | 2.70 | 01831 | CL | 688.50 | 40,315.00 |
| 13392174 | 02/27/17 | | FILE CASSELS BROCK'S DECEMBER 2016 FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 40,417.00 |

```
***********************************************************************************Page 13 of (18)
                                    WHITEFORD, TAYLOR & PRESTON       THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 3/16/2017 10:45:36 AM
                                    PROFORMA NUMBER: 619169        LAST DATE BILLED 03/06/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13392175 | 02/27/17 | | FILE AKIN GUMP'S JANUARY 2017 FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 40,519.00 |
| 13392176 | 02/27/17 | | CONFER WITH DLS RE SERVICE OF AKIN GUMP'S AND CASSELS BROCK'S MONTHLY FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 40,544.50 |
| 13392177 | 02/27/17 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 40,570.00 |
| 13395426 | 02/27/17 | | REVIEW E&Y DECEMBER FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 40,675.00 |
| 13395430 | 02/27/17 | | EMAIL TO M. WUNDER RE: CASSELS DECEMBER FEE APPLICATION (.1); REVIEW SAME (.3); EMAIL X2 TO C. LANO RE: FILING SAME (.1); REVIEW AKIN JANUARY FEE APPLICATION (.3); EMAIL TO A. LORING RE: SAME (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.1) | S20 | | 1.00 | 01761 | LKG | 525.00 | 41,200.00 |
| 13395431 | 02/27/17 | | EMAIL TO A. LORING RE: AKIN GUMP INTERIM FEE APPLICATION (.1); REVIEW, DRAFT COS AND EFILE SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .30 | 01761 | LKG | 157.50 | 41,357.50 |
| 13395436 | 02/27/17 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .10 | 01761 | LKG | 52.50 | 41,410.00 |
| 13395439 | 02/27/17 | | REVIEW AMENDED AGENDA FOR 2/28 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 41,462.50 |
| 13393122 | 02/28/17 | | REVIEW 35TH MONTHLY FEE APPLICATION FROM CASSELS BROCK IN PREPARATION FOR FILING WITH THE COURT. | S20 | | .20 | 01847 | KFS | 60.00 | 41,522.50 |
| 13394504 | 02/28/17 | | E-MAIL TO D. BOTTER RE: COVERAGE FOR 2/28/17 HEARING. | S10 | | .10 | 01762 | CMS | 55.00 | 41,577.50 |
| 13394506 | 02/28/17 | | REVIEW 58TH E&Y FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 220.00 | 41,797.50 |
| 13394510 | 02/28/17 | | REVIEW CANADIAN MOTION RECORD ON CIENNA SETTLEMENT, RESOLUTE SETTLEMENT AND EXECUTIVE CLAIMS SETTLEMETNS AND CASSELS RECOMMENDATIONS RELATED THERETO. | S9 | | 1.20 | 01762 | CMS | 660.00 | 42,457.50 |
| 13394512 | 02/28/17 | | E-MAIL TO K. GOOD RE: COVERAGE OF 2/28/17 HEARING. | S10 | | .10 | 01762 | CMS | 55.00 | 42,512.50 |

```
*****************************************************************************************Page 14 of (18)
                                           WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 3/16/2017 10:45:36 AM
                                             PROFORMA NUMBER: 619169        LAST DATE BILLED 03/06/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13394516 | 02/28/17 | | E-MAIL TO C. LANO RE: PREPARATION FOR 2/28/17 HEARING. | S10 | | .10 | 01762 | CMS | 55.00 | 42,567.50 |
| 13394605 | 02/28/17 | | REVIEW DOCKET AND PREPARE CNO TO ASHURST'S JANUARY 2017 FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 42,644.00 |
| 13394606 | 02/28/17 | | REVISE WTP NINTH INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 51.00 | 42,695.00 |
| 13394607 | 02/28/17 | | REVIEW DOCKET AND PREPARE CNO TO WTP'S JANUARY 2017 FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 42,771.50 |
| 13394619 | 02/28/17 | | FILE WTP 9TH INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 51.00 | 42,822.50 |
| 13394620 | 02/28/17 | | FILE CASSELS 35TH MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 42,924.50 |
| 13394621 | 02/28/17 | | FILE CASSELS BROCK'S INTERIM FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 43,001.00 |
| 13394622 | 02/28/17 | | CONFER WITH DLS RE SERVICE OF MONTHLY FEE APPLICATIONS AND INTERIM APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 43,026.50 |
| 13394623 | 02/28/17 | | CONFER WITH C. MCCLAMB RE STATUS OF CASSELS BROCK'S JANUARY 2017 FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 43,052.00 |
| 13394624 | 02/28/17 | | CONFER WITH K. GOOD RE STATUS OF INTERIM FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 43,077.50 |
| 13394625 | 02/28/17 | | PREPARE CNO TO ASHURST'S FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 43,128.50 |
| 13394626 | 02/28/17 | | FILE CNO TO ASHURST'S MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 43,179.50 |
| 13394627 | 02/28/17 | | REVIEW DOCKET AND PREPARE CNO TO WTP JANUARY 2017 FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 43,256.00 |
| 13394628 | 02/28/17 | | CONFER WITH C. SAMIS RE STATUS OF CNO TO WTP JANUARY 2017 FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 43,281.50 |
| 13394629 | 02/28/17 | | FILE CNO TO WTP'S JANUARY 2017 FEE APPLICATION. | S19 | | .20 | 01831 | CL | 51.00 | 43,332.50 |
| 13394634 | 02/28/17 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 43,358.00 |

```
****************************************************************************************Page 15 of (18)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT     AS OF 3/16/2017 10:45:36 AM
                                     PROFORMA NUMBER: 619169         LAST DATE BILLED 03/06/17
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 13394660 | 02/28/17 | | PREPARE FOR AND ATTEND 2/28 HEARING ON FEE DISPUTE | S10 | | 4.20 | 01761 | LKG | 2,205.00 | 45,563.00 |
| 13394662 | 02/28/17 | | REVIEW/SIGN CNO FOR WTP JANUARY FEE APPLICATION (.1) | S19 | | .10 | 01761 | LKG | 52.50 | 45,615.50 |
| 13394663 | 02/28/17 | | REVIEW CASSELS JANUARY FEE APPLICATION (.2); EMAIL TO M. WUNDER RE: SAME (.1); EMAIL X2 TO C. LANO RE: FILING SAME (.1); REVIEW CASSELS INTERIM FEE APPLICATION (.1); EMAIL X2 TO C. LANO RE; FILING SAME (.1); EMAIL TO M. WUNDER RE: SAME (.1) | S20 | | .70 | 01761 | LKG | 367.50 | 45,983.00 |
| 13394666 | 02/28/17 | | REVIEW/SIGN CNO FOR ASHURST JANUARY FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 46,035.50 |
| 13394669 | 02/28/17 | | REVIEW CLEARY 32ND QUARTERLY FEE APPLICATION (.1); REVIEW E&Y 32ND QUARTERLY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 46,140.50 |
| 13394671 | 02/28/17 | | REVIEW CROWELL & MORING 77TH MONTHLY FEE APPLICATION (.2); REVIEW CROWELL & MORING 32ND QUARTERLY FEE APPLICATION (.1) | S20 | | .30 | 01761 | LKG | 157.50 | 46,298.00 |

```
                                                         102.70**TIME VALUE TOTAL**       46,298.00
```