# **EXHIBIT B**

```
*********************************************************************************************Page 16 of (18)
                                           WHITEFORD, TAYLOR & PRESTON      THRU 02/28/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 3/16/2017 10:45:36 AM
                                           PROFORMA NUMBER: 619169          LAST DATE BILLED 03/06/17

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

***DISBURSEMENTS ***
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | 6.50 | |
| 5627483 | 02/13/17 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH P/U AND DELIVERY/BANKRUPTCY COURT | 48.00 | |
| 5627482 | 02/13/17 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED P/U AND DELIVERY-BANKRUPTCY COURT | 56.00 | |
| 5627481 | 02/13/17 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH/JUDGE GROSS; P/U | 37.00 | |
| 5627484 | 02/14/17 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH/BANKRUPTCY COURT | 20.00 | |
| | | | *101 | | | COURIER EXPENSE | | 161.00 |
| 5627485 | 02/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-PRINT/COPY; ENVELOPES; HAND DELIVERY W BANKRUPTCY SERVICE | 52.75 | |
| 5627489 | 02/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 56.89 | |
| 5627488 | 02/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 174.95 | |
| 5627490 | 02/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; POSTAGE | 54.11 | |
| 5627486 | 02/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY MEDIUM LIT; RING BINDERS; TBAS; PUNCH PAPER FOR INSERTION | 189.57 | |
| 5627487 | 02/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY MEDIUM LIT; RING BINDERS; PUNCH PAPER FOR INSERTION; TABS | 648.66 | |
| | | | *44 | | | COPIES | | 1,176.93 |
| | | | | | | *TOTAL DISBURSEMENTS* | 1,344.43 | |

```
-------- DISBURSEMENT SUMMARY ---------        --------------- ATTORNEY SUMMARY ---------------
```