# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 17969] | 1/1/17 - 1/31/17 | $454,373.50 (Fees)<br><br>$7,274.52 (Expenses) | $363,498.80 (Fees @ 80%)<br><br>$7,274.52 (Expenses @ 100%) | 2/27/17 | 3/20/17 |

2238696.1