# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 17968] | 12/1/16 - 12/31/16 | CDN$42,260.50 (Fees)<br><br>CDN$225.56 (Expenses) | CDN$33,808.40 (Fees @ 80%)<br><br>CDN$225.56 (Expenses @ 100%) | 2/27/17 | 3/20/17 |

2238707.1