# EXHIBIT A

**NORTEL NETWORKS INC.,** *et al.*
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP<br><br>[Docket No. 17978] | 1/1/17 - 1/31/17 | CDN$99,959.00 (Fees)<br><br>CDN$356.84 (Expenses) | CDN$79,967.20 (Fees @ 80%)<br><br>CDN$356.84 (Expenses @ 100%) | 2/28/17 | 3/20/17 |

2238709.1