IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
:
In re : Chapter 11
:
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
:
: D.I. 17997
------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.
COUNTY OF NEW YORK )

Beth Verdekal, being duly sworn, deposes and says:

1. I am employed by Kurtzman Carson Consultants, LLC as a Senior Project Manager, am over the age of 18, and not a party to this case.

2. On March 10, 2017, I caused to be served the "Debtors' Motion Pursuant to Section 502(c) and 105(a) of the Bankruptcy Code for Entry of an Order Estimating the Wanland Claim for Purposes of Allowance and Distribution Under the Plan," dated March 7, 2017, to which was attached the "Notice of Debtors' Motion Pursuant to Section 502(c) and 105(a) of the Bankruptcy Code for Entry of an Order Estimating the Wanland Claim for Purposes of Allowance and Distribution Under the Plan," dated March 7, 2017 [Docket No. 17997], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to all members of the Wanland class, as such class was identified for purposes of serving the preliminary approval motion in the New Jersey Court.

Dated: 3/22/2017

                                                                                         Beth Verdekal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Marin

Subscribed and sworn to (or affirmed) before me on this 22 day of March, 20 17, by Beth Verkdekal
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)          Signature _____