IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: D.I. 17997** |

---

## CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO SECTION 502(C) AND 105(A) OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER ESTIMATING THE WANLAND CLAIM FOR PURPOSES OF ALLOWANCE AND DISTRIBUTION UNDER THE PLAN

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Motion Pursuant to Section 502(c) and 105(a) of the Bankruptcy Code for Entry of an Order Estimating the Wanland Claim for Purposes of Allowance and Distribution Under the Plan** (the "Motion") (Docket No. 17997), filed on March 7, 2017.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 21, 2017 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International In. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 23, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>and<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |

10906479