# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 02/02/2017 | Request time entries (0.1); attention to hearing dates and court deadlines (0.2) | 0.3 | 267.00 | 14175703 14175703 |
| Bauer | Alison D. | 08/02/2017 | attention to draft quarterly omnibus order | 0.2 | 178.00 | 14183052 |
| Bauer | Alison D. | 09/02/2017 | Review of monthly time for fee application | 0.4 | 356.00 | 14185042 |
| Bauer | Alison D. | 15/02/2017 | Review and comment upon monthly fee application | 0.6 | 534.00 | 14193759 |
| Bauer | Alison D. | 16/02/2017 | Attention to draft quarterly fee application, mark up and respond to MNAT inquiries and communications regarding final fee application | 0.5 | 445.00 | 14197693 14197693 14197693 |
| Bauer | Alison D. | 27/02/2017 | Review and mark up draft final and monthly fee application (.4); confer with W. Gray on fee application (.2); confer with K. Fleary (.3) | 0.9 | 801.00 | 14216836 14216836 14216836 |
| Fleary | Kristina | 06/02/2017 | review monthly and quarterly fee applications | 1.5 | 427.50 | 14174017 |
| Fleary | Kristina | 07/02/2017 | review fee application | 1.0 | 285.00 | 14176224 |
| Fleary | Kristina | 13/02/2017 | review fee application (1.0); review and update quarterly fee application (0.5) | 1.5 | 427.50 | 14187135 14187135 |
| Fleary | Kristina | 27/02/2017 | Confer with A. Bauer | 0.3 | 85.50 | 14239315 |
| Gray | William | 01/02/2017 | Review quarterly and monthly fee application | 0.6 | 585.00 | 14172267 |
| Gray | William | 09/02/2017 | Review quarterly fee application | 0.4 | 390.00 | 14185229 |
| Gray | William | 13/02/2017 | Review fee application | 0.3 | 292.50 | 14189680 |
| Gray | William | 16/02/2017 | Work on final and quarterly fee application formatting issues | 0.4 | 390.00 | 14200916 14200916 |
| Gray | William | 22/02/2017 | Work on final fee application presentation | 0.8 | 780.00 | 14213192 |
| Gray | William | 27/02/2017 | Work on final fee application (0.3); Confer with A.Bauer re same (0.2) | 0.5 | 487.50 | 14218412 14218412 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 06/02/2017 | email correspondence with M. Dillon re Supreme Court of Canada communications and notice of discontinuance (0.2); reviewing SPSA closing checklist (0.5); | 0.7 | 553.00 | 14176941 |
| Slavens | Adam | 06/02/2017 | email correspondence with Goodmans team and Cleary team re claims of ACE Insurance; | 0.4 | 316.00 | 14176970 |
| Slavens | Adam | 03/02/2017 | reviewing information re claim of ACE Insurance (0.1); email correspondence with Cleary team re same (0.3); | 1.3 | 1,027.00 | 14176971 |
| Slavens | Adam | 05/02/2017 | reviewing draft motion materials re discontinuance of Supreme Court of Canada appeals (0.5); reviewing SPSA and plan documents re same and considering same (1.3); | 1.8 | 1,422.00 | 14177010 |
| Slavens | Adam | 07/02/2017 | reviewing Supreme Court of Canada rules and directions re discontinuance of leave applications (2.3); telephone call and email correspondence with M. Dillon re same (0.5); | 2.8 | 2,212.00 | 14179279 |
| Slavens | Adam | 08/02/2017 | reviewing Supreme Court of Canada rules and directions re discontinuance of leave applications (1.5); email correspondence with Goodmans team re same (0.8); email correspondence with M. Dillon re same (0.4); reviewing draft notice of discontinuance (0.5); | 3.2 | 2,528.00 | 14186129 |
| Slavens | Adam | 09/02/2017 | telephone call and email correspondence with J. Opolsky and S. Bomhof re status of UKP appeal (0.2); reviewing monitor's website re same (0.5); | 0.7 | 553.00 | 14186270 |
| Slavens | Adam | 09/02/2017 | preparing notice of discontinuance (1.5); email correspondence with M. Dillon and Goodmans team re same (0.5); | 2.0 | 1,580.00 | 14186349 |
| Slavens | Adam | 10/02/2017 | preparations re SPSA closing and review of checklist; | 3.5 | 2,765.00 | 14187922 |
| Slavens | Adam | 12/02/2017 | preparations re SPSA closing and review of checklist; | 1.3 | 1,027.00 | 14188077 |
| Slavens | Adam | 13/02/2017 | telephone call with L. Schweitzer re SPSA closing matters (0.3); reviewing appeal timelines and LTD objection (1.5); email correspondence with C. Armstrong re same (0.1); closing preparations (2.0); | 3.9 | 3,081.00 | 14189410 |
| Slavens | Adam | 13/02/2017 | revising notice of discontinuance (0.5); preparing email to leave applicants re same (0.4); email correspondence with Goodmans team and leave applicants re same (0.5); email correspondence with Cleary team re same (0.2); | 1.6 | 1,264.00 | 14189660 |
| Slavens | Adam | 14/02/2017 | reviewing LTD leave motion (1.0); conference call with debtor estates re same (0.5); conference call with J. Ray, Cleary team, MNAT team and Chilmark team re same (0.5); reviewing appeal timelines and related procedural issues (2.5); | 4.5 | 3,555.00 | 14191759 |
| Slavens | Adam | 14/02/2017 | email correspondence and telephone calls with leave applicants re notice of discontinuance (0.4); email correspondence with Goodmans team and leave applicants re same (0.1); closing preparations (0.6); | 1.1 | 869.00 | 14191858 |
| Slavens | Adam | 16/02/2017 | preparing responding factum re LTD motion for leave to appeal; | 5.7 | 4,503.00 | 14197865 |
| Slavens | Adam | 15/02/2017 | reviewing monitor's motion record re LTD motion | 3.5 | 2,765.00 | 14198174 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | for leave to appeal and considering next steps (2.5); telephone calls with L. Schweitzer and G. Finlayson re same (0.5); conference call with Nortel estates re same (0.5); | | | 14198174 |
| Slavens | Adam | 15/02/2017 | preparing responding factum re LTD motion for leave to appeal; | 2.8 | 2,212.00 | 14198178 |
| Slavens | Adam | 15/02/2017 | email correspondence and telephone calls with leave applicants re notice of discontinuance; | 0.2 | 158.00 | 14198726 |
| Slavens | Adam | 18/02/2017 | preparing responding factum re LTD motion for leave to appeal (1.9); email correspondence with S. Bomhof, Bennett Jones team and Cassels team (0.4); | 2.3 | 1,817.00 | 14199982 |
| Slavens | Adam | 20/02/2017 | email correspondence with Bennett Jones team and Cassels team re joint responding factum and comments on same; | 0.4 | 316.00 | 14199983 |
| Slavens | Adam | 17/02/2017 | attending, and preparing for, Court of Appeal motion to expedite leave motion; | 1.4 | 1,106.00 | 14201050 |
| Slavens | Adam | 17/02/2017 | preparing responding factum re LTD motion for leave to appeal (4.5); email correspondence and telephone calls with Cleary team, Bennett Jones team and Cassels team (1.0); | 5.5 | 4,345.00 | 14201051 |
| Slavens | Adam | 21/02/2017 | preparing responding factum re LTD motion for leave to appeal and coordinating service of same (7.0); email correspondence and telephone calls with Cleary team, Bennett Jones team and Cassels team (1.3); | 8.3 | 6,557.00 | 14206234 |
| Slavens | Adam | 22/02/2017 | coordinating filing of joint responding factum re LTD motion for leave to appeal (2.3); reviewing factums filed by responding parties re LTD motion for leave to appeal (3.4); | 5.7 | 4,503.00 | 14206409 |
| Slavens | Adam | 23/02/2017 | reviewing factums filed by responding parties re LTD motion for leave to appeal and related correspondence with the Court of Appeal (0.8); analyzing Court of Appeal historical timelines and reviewing Rules re same (3.6); | 4.4 | 3,476.00 | 14210062 |
| Slavens | Adam | 24/02/2017 | reviewing reply factum re LTD motion for leave to appeal (1.0); conducting Canadian legal research re same (2.3); | 3.3 | 2,607.00 | 14213137 |
| Slavens | Adam | 28/02/2017 | reviewing filed appeal documents and email correspondence re same; | 1.7 | 1,343.00 | 14218802 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/02/2017 | reviewing closing agenda regarding plan support and litigation document (.2); participate inclosing preparation call with counsel to US debtors, EMEA debtors and Canadian debtors (1.0); reviewing draft motion to Supreme Court of Canada regarding dismissal of application for leave to appeal allocation decision (.5); | 1.7 | 1,657.50 | 14180841 |
| Bomhof | Scott A. | 09/02/2017 | discuss Supreme Court appeal dismissal materials with A. Slavens; | 0.3 | 292.50 | 14183649 |
| Bomhof | Scott A. | 14/02/2017 | reviewing leave to appeal materials and telephone call with Goodmans and Cleary to discuss appeal of CCAA sanction order (.8); telephone call with Cleary and J. Roy to discuss CCAA sanction order appeal issues (.5); | 1.3 | 1,267.50 | 14193227 |
| Bomhof | Scott A. | 15/02/2017 | telephone call with counsel to US debtors, Canadian debtors and EMEA debtors to discuss leave to appeal application (.8); reviewing CCAA debtors' motion to expedite appeal (.4); | 1.2 | 1,170.00 | 14193229 |
| Bomhof | Scott A. | 20/02/2017 | reviewing and providing comments on US debtors' factum regarding LTD leave to appeal (.4); reviewing CCAA debtors' motion record for leave to appeal application (1.0); reviewing law on rest for leave to appeal (.3); | 1.7 | 1,657.50 | 14205306 |
| Bomhof | Scott A. | 21/02/2017 | reviewing final US Debtor/UCC/Bond factum on LTD leave to appeal (.3); reviewing leave to appeal materials filed by CCAA debtors, CCC and EMEA debtors (1.0); reviewing leave to appeal motion record (1.3); | 2.6 | 2,535.00 | 14205309 |
| Bomhof | Scott A. | 24/02/2017 | Review Reply Factum of LTD objectors seeking leave to appeal Sanction Order (0.5); review Motion Record of CCAA Debtors re: settlement of certain claims (0.6); | 1.1 | 1,072.50 | 14214641 |
| Bomhof | Scott A. | 27/02/2017 | Review L. Schweitzer email and respond to same re: Reply Factum on LTD motion for leave to appeal (0.2); review Confidential Litigation Document for March 3rd CCAA motion (0.3); | 0.5 | 487.50 | 14214650 |
| Bomhof | Scott A. | 28/02/2017 | reviewing email from M. Wunder and reviewing insurance litigation motion materials; | 0.3 | 292.50 | 14220845 |
| DeMarinis | Tony | 02/02/2017 | review materials on plan sanction and recognition; | 0.4 | 424.00 | 14171682 |
| DeMarinis | Tony | 03/02/2017 | reviewing motion record, factum and brief for recognition of Chapter 11 plan; | 0.7 | 742.00 | 14173707 |
| DeMarinis | Tony | 08/02/2017 | reviewing issued recognition order and related materials; | 0.2 | 212.00 | 14181405 |
| DeMarinis | Tony | 09/02/2017 | reviewing information and materials in connection with plan implementation and completion; | 0.5 | 530.00 | 14185430 |
| DeMarinis | Tony | 17/02/2017 | review materials relating to expedited leave to appeal and planning for completion; | 0.7 | 742.00 | 14202643 |
| DeMarinis | Tony | 21/02/2017 | reviewing leave applicants' materials and multi-party responding materials; | 1.3 | 1,378.00 | 14202649 |
| Opolsky | Jeremy | 09/02/2017 | corresponding with Cleary Gottlieb re: CCAA proceedings; | 0.2 | 128.00 | 14184932 |
| Opolsky | Jeremy | 10/02/2017 | correspondence with Cleary Gottlieb re: CCAA proceedings; | 0.2 | 128.00 | 14188094 |
| Slavens | Adam | 01/02/2017 | preparing CCAA recognition motion materials re | 1.5 | 1,185.00 | 14169236 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---:|---:|---|
| | | | chapter 11 plan confirmation order; | | | 14169236 |
| Slavens | Adam | 02/02/2017 | preparing factum and brief of authorities re CCAA recognition motion; | 3.2 | 2,528.00 | 14172607 14172607 |
| Slavens | Adam | 03/02/2017 | finalizing factum, brief of authorities and motion record re motion returnable February 7, 2017 (2.5); coordinating the service and filing of same (1.5); | 4.0 | 3,160.00 | 14176964 14176964 14176964 14176964 |
| Slavens | Adam | 07/02/2017 | attending motion returnable February 7, 2017, and preparing for same (1.8); email correspondence with M. Gottlieb, S. Bomhof and Cleary team re same (0.2); | 2.0 | 1,580.00 | 14179293 14179293 14179293 14179293 |
| Slavens | Adam | 08/02/2017 | email correspondence with service list re CCAA recognition order; | 0.3 | 237.00 | 14185434 14185434 |
| Slavens | Adam | 24/02/2017 | reviewing motion record re motion returnable March 3, 2017; | 1.1 | 869.00 | 14213168 14213168 |
| Slavens | Adam | 26/02/2017 | email correspondence with S. Bomhof and M. Wunder re motion returnable March 3, 2017; | 0.2 | 158.00 | 14213232 14213232 |
| Slavens | Adam | 27/02/2017 | reviewing notice of constitutional question and related filed appeal documents (1.8); email correspondence with J. Ray, M. Kenendy, L. Schweitzer and S. Bomhof re same and motion returnable March 3, 2017 (0.6); reviewing confidential appendices re same (1.2); email correspondence with M. Wunder re same (0.2); | 3.8 | 3,002.00 | 14218658 14218658 14218658 14218658 14218658 14218658 14218658 |
| Slavens | Adam | 28/02/2017 | email correspondence with M. Wunder, G. Finlayson and S. Bomhof re motion returnable March 3, 2017; | 0.3 | 237.00 | 14218805 14218805 14218805 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 09/02/2017 | reviewing chapter 11 case court documents; | 0.8 | 632.00 | 14186406 |
| Slavens | Adam | 21/02/2017 | email correspondence with P. Cantwell re monthly operating report; | 0.3 | 237.00 | 14206226 14206226 |
| Slavens | Adam | 23/02/2017 | reviewing chapter 11 case court documents; | 1.3 | 1,027.00 | 14210057 |