# **<u>EXHIBIT B</u>**

**Nortel**
**February 2017 Disbursements**

| | | | | |
|---|---|---|---|---|
| 270 | Process Server Picking Up/Delivering | 07/02/2017 | 7.69 | picking up order from Court; |
| | | | **$ 7.69** | |
| 271 | Process Server Filing | 03/02/2017 | 26.90 | filing motion record, factum, brief of |
| 271 | Process Server Filing | 03/02/2017 | | authorities, affidavit of service and USB key |
| 271 | Process Server Filing | 03/02/2017 | | containing motion record, factum, brief of |
| 271 | Process Server Filing | 03/02/2017 | | authorities and word copy of factum; |
| 271 | Process Server Filing | 22/02/2017 | 26.90 | filing responding factum of Nortel and |
| 271 | Process Server Filing | 22/02/2017 | | affidavit of service; |
| | | | **$ 53.80** | |
| 303 | Taxi & Travel | 07/02/2017 | 6.86 | Taxi & Travel |
| 303 | Taxi & Travel | 07/02/2017 | | Slavens, Adam; Taxi/Car Service - 330 University |
| 303 | Taxi & Travel | 07/02/2017 | | court |
| | | | **$ 6.86** | |
| 314 | Corporate Searches | 17/02/2017 | 6.15 | Corporate Searches |
| 314 | Corporate Searches | 17/02/2017 | | Kristina Milne, Cheque#1476, Receiver General |
| 314 | Corporate Searches | 17/02/2017 | | for Canada |
| | | | **$ 6.15** | |
| 375 | Miscellaneous | 09/02/2017 | 122.96 | Miscellaneous - - VENDOR: Donaldson Law Clerk |
| 375 | Miscellaneous | 09/02/2017 | | Services ADAM SLAVENS- INV. # 92630-FILE NO. |
| 375 | Miscellaneous | 10/02/2017 | 5.42 | Miscellaneous - - VENDOR: Grand & Toy Limited |
| 375 | Miscellaneous | 10/02/2017 | | USB KEY |
| 375 | Miscellaneous | 10/02/2017 | 5.42 | Miscellaneous - - VENDOR: Grand & Toy Limited |
| 375 | Miscellaneous | 10/02/2017 | | USB KEY |
| 375 | Miscellaneous | 09/02/2017 | | 09-CL-7951-JANUARY 09, 2017- |
| | | | **$ 133.80** | |
| 399 | Process Servers | 09/02/2017 | 49.95 | Process Servers - - VENDOR: Donaldson Law Clerk |
| 399 | Process Servers | 09/02/2017 | | Services ADAM SLAVENS- INV. # 92630- FILE NO. |
| 399 | Process Servers | 09/02/2017 | | 09-CL-7951-JANUARY 09, 2017- |
| 399 | Process Servers | 09/02/2017 | 34.58 | Process Servers - - VENDOR: Donaldson Law Clerk |
| 399 | Process Servers | 09/02/2017 | | Services ADAM SLAVENS- INV. # 92630- FILE NO. |
| 399 | Process Servers | 09/02/2017 | | 09-CL-7951-JANUARY 10, 2017 |
| | | | **$ 96.53** | |
| 801 | Copies | 03/02/2017 | 15.00 | Copies |
| 801 | Copies | 06/02/2017 | 157.00 | Copies |
| 801 | Copies | 21/02/2017 | 2.00 | Copies |
| 801 | Copies | 22/02/2017 | 3.00 | Copies |
| | | | **$ 181.00** | |
| 808 | Laser Printing | 02/02/2017 | 54.90 | Laser Printing |
| 808 | Laser Printing | 03/02/2017 | 11.90 | Laser Printing |
| 808 | Laser Printing | 06/02/2017 | 59.50 | Laser Printing |
| 808 | Laser Printing | 08/02/2017 | 1.40 | Laser Printing |
| 808 | Laser Printing | 10/02/2017 | 0.70 | Laser Printing |
| 808 | Laser Printing | 13/02/2017 | 1.40 | Laser Printing |
| 808 | Laser Printing | 14/02/2017 | 2.20 | Laser Printing |
| 808 | Laser Printing | 15/02/2017 | 45.10 | Laser Printing |
| 808 | Laser Printing | 16/02/2017 | 1.30 | Laser Printing |
| 808 | Laser Printing | 17/02/2017 | 0.20 | Laser Printing |
| 808 | Laser Printing | 21/02/2017 | 0.30 | Laser Printing |
| 808 | Laser Printing | 21/02/2017 | 12.80 | Laser Printing |
| 808 | Laser Printing | 22/02/2017 | 0.10 | Laser Printing |
| 808 | Laser Printing | 22/02/2017 | 3.60 | Laser Printing |

**Nortel**
**February 2017 Disbursements**

| | | | |
|---|---|---|---|
| 4808 Laser Printing | 15/02/2017 | 0.10 | Laser Printing |
| 4808 Laser Printing | 15/02/2017 | 1.90 | Laser Printing |
| 4808 Laser Printing | 15/02/2017 | 0.70 | Laser Printing |
| 4808 Laser Printing | 15/02/2017 | 0.20 | Laser Printing |
| 4808 Laser Printing | 15/02/2017 | 0.90 | Laser Printing |
| 4808 Laser Printing | 27/02/2017 | 1.90 | Laser Printing |
| 4808 Laser Printing | 27/02/2017 | 0.10 | Laser Printing |
| | | **$ 201.20** | |
| 811 Binding Charges | 03/02/2017 | 13.83 | Binding Charges |
| 811 Binding Charges | 03/02/2017 | | Feb-03-17, C Pellegreeni, Binding Charges, x6, |
| 811 Binding Charges | 03/02/2017 | | TINA WOO |
| | | **$ 13.83** | |
| 844 Exhibit Tabs | 03/02/2017 | 2.69 | Exhibit Tabs |
| 844 Exhibit Tabs | 03/02/2017 | | Feb-03-17, C Pellegreeni, Exhibit Tabs, x14, |
| 844 Exhibit Tabs | 03/02/2017 | | TINA WOO |
| | | **$ 2.69** | |
| 954 Copy Preparation | 03/02/2017 | 15.37 | Copy Preparation labour; |
| 954 Copy Preparation | 03/02/2017 | | Feb-03-17, C Pellegreeni, Hand Labour, 30 min., |
| 954 Copy Preparation | 03/02/2017 | | TINA WOO |