**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 1/1/2017 through 1/31/2017

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 1/4/2017 | A. Cowie | 0.8 | Analyzed November billing. |
| 1/6/2017 | A. Cowie | 2.6 | Analyzed November fee application. |
| 1/9/2017 | J. Blum | 0.4 | Prepared the eighteenth monthly fee application. |
| 1/11/2017 | J. Hyland | 0.1 | Prepared analysis of December fees for Counsel. |
| 1/16/2017 | J. Hyland | 0.4 | Reviewed November 2016 final fee application. |
| 1/16/2017 | J. Blum | 0.3 | Prepared the November monthly fee application. |
| 1/19/2017 | J. Hyland | 0.2 | Finalized November 2016 fee application and sent to Counsel. |
| 1/19/2017 | J. Blum | 0.1 | Finalized November monthly fee application. |
| 1/24/2017 | J. Blum | 0.7 | Prepared the December monthly fee application. |
| 1/26/2017 | A. Cowie | 2.3 | Reviewed December invoice. |
| **Task Code Total Hours** | | **7.9** | |
| **06. Attend Hearings/Related Activities** | | | |
| 1/16/2017 | C. Kearns | 2.9 | Continued to attend mediation with Judge Farnan, Debtors, trade consortium, ad hoc bonds, Counsel and Whiteford Taylor. |
| 1/16/2017 | C. Kearns | 1.5 | Attended mediation with Judge Farnan, Debtors, trade consortium, ad hoc bonds, Counsel and Whiteford Taylor. |
| 1/16/2017 | C. Kearns | 1.5 | Continued to attend mediation with Judge Farnan, Debtors, trade consortium, ad hoc bonds, Counsel and Whiteford Taylor. |
| 1/24/2017 | C. Kearns | 2.5 | Attended confirmation hearing. |
| 1/24/2017 | C. Kearns | 2.5 | Continued to attended confirmation hearing. |
| 1/24/2017 | J. Hyland | 1.7 | Continued participating on POR confirmation hearing. |
| 1/24/2017 | J. Hyland | 1.7 | Participated in POR confirmation hearing. |

Berkeley Research Group, LLC

Invoice for the 1/1/2017 - 1/31/2017 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **06. Attend Hearings/Related Activities** | | | |
| 1/24/2017 | J. Hyland | 1.3 | Continued participating on POR confirmation hearing. |
| 1/24/2017 | J. Hyland | 0.6 | Continued participating on POR confirmation hearing. |
| **Task Code Total Hours** | | **16.2** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 1/5/2017 | J. Borow | 0.6 | Met with UCC and professionals to UCC. |
| 1/5/2017 | J. Hyland | 0.6 | Participated in weekly UCC call with UCC members and professionals re: case matters. |
| 1/12/2017 | C. Kearns | 0.7 | Participated in Committee call to discuss Plan objections and SNMP claim. |
| 1/12/2017 | J. Hyland | 0.7 | Participated in weekly UCC call with UCC professionals and members re: case matters. |
| 1/12/2017 | A. Cowie | 0.7 | Prepared discussion points for weekly UCC call re: plan confirmation. |
| 1/17/2017 | J. Hyland | 0.8 | Participated in call with UCC members and professionals re: status of TCC negotiations. |
| 1/17/2017 | J. Borow | 0.8 | Participated in meeting with UCC and advisors to the UCC. |
| 1/17/2017 | C. Kearns | 0.5 | Participated in a portion of a call with the Committee to debrief on the mediation with the trade consortium. |
| 1/19/2017 | J. Borow | 0.4 | Met with the UCC and advisors to the UCC. |
| 1/19/2017 | J. Hyland | 0.4 | Participated in the weekly UCC call with UCC members and professionals re: case status. |
| 1/19/2017 | C. Kearns | 0.1 | Emailed with Counsel re: Plan confirmation. |
| 1/22/2017 | J. Borow | 0.6 | Met with UCC and professionals to UCC. |
| 1/22/2017 | J. Hyland | 0.6 | Participated in UCC call with members and professionals re: TCC claim settlement. |
| 1/23/2017 | J. Borow | 0.4 | Met with UCC and professionals to UCC. |
| 1/23/2017 | C. Kearns | 0.4 | Participated in Committee call re: Plan confirmation and settlement with trade consortium. |
| 1/23/2017 | J. Hyland | 0.4 | Participated in UCC call re: TCC settlement. |
| 1/24/2017 | C. Kearns | 0.3 | Responded to Counsel information requests to prepare for confirmation hearing. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 1/25/2017 | J. Borow | 1.6 | Reviewed documents in preparation for meeting with UCC. |
| 1/26/2017 | J. Borow | 1.4 | Reviewed documents in preparation for meeting with UCC. |
| 1/26/2017 | A. Cowie | 1.3 | Prepared supporting notes for weekly UCC call re: creditor recoveries. |
| 1/26/2017 | J. Borow | 0.5 | Attended meeting with UCC and professionals to UCC. |
| 1/26/2017 | C. Kearns | 0.5 | Participated in Committee call to debrief after confirmation hearing. |
| 1/26/2017 | J. Hyland | 0.5 | Participated in weekly UCC call with UCC members and professionals re: Plan confirmation matters. |
| **Task Code Total Hours** | | **14.8** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 1/11/2017 | C. Kearns | 1.2 | Analyzed potential recovery outcomes sensitized for changes to claims and Canada recoveries. |
| 1/23/2017 | A. Cowie | 2.8 | Analyzed claim recoveries. |
| 1/23/2017 | A. Cowie | 2.3 | Continued to analyze claim recoveries. |
| **Task Code Total Hours** | | **6.3** | |
| **11. Claim Analysis/Accounting** | | | |
| 1/3/2017 | J. Hyland | 0.2 | Reviewed information related to Canadian disabled workers' allocation claim. |
| 1/5/2017 | J. Hyland | 1.9 | Analyzed claim and related motions. |
| 1/12/2017 | A. Cowie | 2.7 | Analyzed SNMP claim issues. |
| 1/12/2017 | A. Cowie | 1.9 | Analyzed proposed claim settlement. |
| 1/12/2017 | J. Hyland | 0.9 | Analyzed a claim in the U.S. estate for Counsel. |
| 1/13/2017 | C. Kearns | 0.1 | Read email from Counsel re: status of SNMP claims issue. |
| 1/18/2017 | J. Hyland | 1.0 | Analyzed the Sanmia 9019 motion. |
| 1/22/2017 | A. Cowie | 2.3 | Prepared analysis of potential claim settlement. |
| 1/22/2017 | A. Cowie | 1.8 | Prepared presentation for the UCC in regard to potential claim settlement. |
| 1/23/2017 | A. Cowie | 2.9 | Prepared analysis of potential claim settlement for UCC. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| *Task Code Total Hours* | | **15.7** | |
| **13. Intercompany Transactions/Balances** | | | |
| 1/16/2017 | J. Hyland | 0.8 | Reviewed December 2016 Restructuring Manager's report. |
| *Task Code Total Hours* | | **0.8** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 1/16/2017 | J. Hyland | 0.2 | Reviewed the CCAA's 1/2017 cash forecast. |
| 1/20/2017 | J. Hyland | 0.1 | Analyzed global cash balances as of 1/13/2017. |
| 1/23/2017 | J. Hyland | 0.1 | Reviewed 1/15/2017 CCAA cash forecast. |
| *Task Code Total Hours* | | **0.4** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 1/3/2017 | J. Hyland | 2.9 | Reviewed the Plan Supplement to the First Amended Plan. |
| 1/3/2017 | J. Hyland | 1.7 | Reviewed the U.S. wind-down budget. |
| 1/3/2017 | A. Cowie | 1.1 | Analyzed estate reporting on Plan recoveries. |
| 1/3/2017 | J. Hyland | 0.3 | Conducted call with Chilmark (M. Kennedy) re: U.S. budget. |
| 1/3/2017 | J. Hyland | 0.1 | Conducted call with Counsel (A. Loring) re: U.S. budget. |
| 1/4/2017 | J. Hyland | 1.0 | Analyzed U.S. wind-down budget. |
| 1/5/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for UCC. |
| 1/5/2017 | A. Cowie | 1.2 | Continued to prepare expert declaration in support of Plan for UCC. |
| 1/5/2017 | C. Kearns | 0.7 | Outlined possible expert testimony in support of plan confirmation. |
| 1/6/2017 | A. Cowie | 2.8 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/6/2017 | C. Kearns | 0.2 | Emailed with Counsel re: upcoming mediation with the trade consortium. |
| 1/9/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/9/2017 | A. Cowie | 2.8 | Continued to prepare expert declaration in support of the Plan for the UCC. |
| 1/9/2017 | C. Kearns | 0.4 | Outlined possible declaration/ expert report in support of Plan confirmation. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 1/9/2017 | C. Kearns | 0.4 | Participated in telecom with Counsel (D. Botter) re: trade consortium issues and related upcoming mediation. |
| 1/10/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/10/2017 | A. Cowie | 2.8 | Continued to prepare expert declaration in support of the Plan for the UCC. |
| 1/10/2017 | A. Cowie | 2.6 | Continued to prepare expert declaration in support of the Plan for the UCC. |
| 1/10/2017 | J. Hyland | 2.2 | Reviewed the Monitor's factum re: CCAA professional fees. |
| 1/10/2017 | C. Kearns | 2.0 | Drafted possible declaration in support of Plan confirmation. |
| 1/10/2017 | J. Hyland | 2.0 | Reviewed motion record for resolution of 1988 bonds claim. |
| 1/10/2017 | J. Hyland | 0.3 | Reviewed Affidavit of M. A. Campbell, former Nortel Employee, re: Monitor's fees in CCAA POA. |
| 1/11/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/11/2017 | A. Cowie | 2.8 | Continued to prepare expert declaration in support of the Plan for the UCC. |
| 1/11/2017 | C. Kearns | 0.6 | Drafted possible expert declaration. |
| 1/11/2017 | J. Hyland | 0.5 | Reviewed NTCC's letter and U.S. Debtors' letter re: proposed briefing schedule. |
| 1/11/2017 | J. Hyland | 0.4 | Reviewed Counsel's analysis of allocation approaches. |
| 1/11/2017 | C. Kearns | 0.2 | Participated in telecom with Counsel (D. Botter, A. Qureshi) re: status of plan confirmation related issues. |
| 1/12/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/12/2017 | J. Hyland | 1.4 | Analyzed issues and related motions re: SNMP objection. |
| 1/12/2017 | C. Kearns | 0.8 | Drafted possible declaration related to Plan confirmation. |
| 1/13/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/13/2017 | A. Cowie | 2.8 | Continued to prepare expert declaration in support of the Plan for the UCC. |
| 1/13/2017 | C. Kearns | 2.2 | Drafted declaration for Plan confirmation. |
| 1/13/2017 | A. Cowie | 1.2 | Continued to prepare expert declaration in support of the Plan for the UCC. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 1/16/2017 | J. Hyland | 2.4 | Reviewed Plan confirmation objections. |
| 1/16/2017 | C. Kearns | 1.0 | Met with Debtors (J. Ray, M. Kennedy, D. Abbott, L. Schweitzer) and Counsel (D. Botter, A. Qureshi) prior to start of mediation to discuss concepts and potential positions. |
| 1/16/2017 | C. Kearns | 1.0 | Prepared for mediation with trade consortium. |
| 1/16/2017 | J. Hyland | 0.1 | Reviewed CCAA Plan voting documents and notices for unsecured creditors. |
| 1/17/2017 | A. Cowie | 2.9 | Prepared expert declaration in support of the Plan for the UCC. |
| 1/17/2017 | A. Cowie | 2.8 | Continued to prepare expert declaration in support of the Plan for the UCC. |
| 1/17/2017 | A. Cowie | 0.7 | Prepared edits to declaration report. |
| 1/17/2017 | C. Kearns | 0.5 | Reviewed latest draft declaration for possible testimony at Plan confirmation. |
| 1/18/2017 | A. Cowie | 1.3 | Prepared update to C. Kearns' draft declaration document. |
| 1/18/2017 | C. Kearns | 0.5 | Finalized possible declaration in support of Plan confirmation. |
| 1/18/2017 | C. Kearns | 0.2 | Participated in telecom with Counsel (D. Botter) re: status of discussions between Debtors and trade consortium. |
| 1/19/2017 | J. Hyland | 2.5 | Reviewed C. Kearns' potential confirmation hearing affidavit and related recovery calculations. |
| 1/19/2017 | C. Kearns | 0.4 | Participated in Committee call re: Plan confirmation. |
| 1/21/2017 | J. Hyland | 2.4 | Analyzed potential confirmation hearing affidavit recovery analyses. |
| 1/22/2017 | C. Kearns | 0.8 | Analyzed proposed settlement between Debtors and trade consortium. |
| 1/22/2017 | C. Kearns | 0.8 | Reviewed draft analysis requested by Counsel for the Committee re: proposed settlement with trade consortium. |
| 1/22/2017 | C. Kearns | 0.6 | Participated in a call with Counsel (D. Botter), Cleary (L. Schweitzer), Chilmark (M. Kennedy) and J. Ray (Nortel CRO) regarding proposed settlement with trade consortium. |
| 1/22/2017 | C. Kearns | 0.6 | Participated in call with the Committee to review proposed settlement between Debtors and trade consortium. |
| 1/22/2017 | J. Hyland | 0.4 | Reviewed analysis of potential TTC claim settlement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 1/22/2017 | C. Kearns | 0.2 | Participated in a call with Counsel (D. Botter, A. Qureshi, K. Kahn) to discuss term sheet between Debtors and trade consortium. |
| 1/23/2017 | J. Hyland | 2.4 | Reviewed the U.S. Debtors' Confirmation brief. |
| 1/23/2017 | J. Hyland | 1.0 | Reviewed D.E. Trust response to Solus motion. |
| 1/23/2017 | J. Hyland | 1.0 | Reviewed the Debtors' Voting Declaration. |
| 1/23/2017 | C. Kearns | 0.3 | Emailed with Counsel (D. Botter) re: confirmation prepared. |
| 1/23/2017 | J. Hyland | 0.3 | Reviewed TCC settlement term sheet motion. |
| 1/23/2017 | J. Hyland | 0.2 | Reviewed the Bondholders Plan confirmation joinder. |
| 1/24/2017 | A. Cowie | 2.9 | Continued to provide analytical support for confirmation hearing. |
| 1/24/2017 | A. Cowie | 2.9 | Provided analytical support for confirmation hearing. |
| 1/24/2017 | C. Kearns | 1.5 | Reviewed motions and analyses in preparation for the confirmation hearing. |
| 1/24/2017 | A. Cowie | 0.7 | Continued to provide analytical support for confirmation hearing. |
| 1/24/2017 | C. Kearns | 0.5 | Reviewed declarations supporting Plan confirmation. |
| 1/25/2017 | J. Hyland | 0.9 | Reviewed Plan confirmation order. |
| 1/25/2017 | J. Hyland | 0.9 | Reviewed the conditions to effective date for the Plan and SPSA. |
| 1/25/2017 | J. Hyland | 0.8 | Reviewed the CCAA Sanction Order. |
| 1/25/2017 | J. Hyland | 0.2 | Reviewed Canadian escrow release order. |
| 1/25/2017 | J. Hyland | 0.2 | Reviewed the order approving the SPSA. |
| 1/30/2017 | A. Cowie | 1.3 | Analyzed CDN court confirmation documents and Third Circuit findings. |
| **Task Code Total Hours** | | **97.9** | |
| **Total Hours** | | **160.0** | |