**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 1/1/2017 through 1/31/2017

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 1/24/2017 | C. Kearns | $192.00 | Change fee for return train trip on 12/20/16 due to change of plans. |
| 1/24/2017 | C. Kearns | $376.00 | Roundtrip train ticket from N.Y. to D.C. on 12/20/16. |
| *Expense Category Total* | | *$568.00* | |
| **Total Expenses** | | **$568.00** | |

Berkeley Research Group, LLC

Invoice for the 1/1/2017 - 1/31/2017 Period