United States Bankruptcy Court
For the District of Delaware

| | |
|---|---|
| **Nortel Networks Inc.** | } Chapter 11 <br> } <br> } <br> } <br> } <br> } <br> } Case No. 09-10138 |
| Debtor | } |

### NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for Docket No. 8316 filed by Liquidity Solutions, Inc. is hereby withdrawn.

By:/s/ Jeffrey Caress
Liquidity Solutions, Inc.
(201) 968-0001