**EXHIBIT A**

**Debtors' Thirty-First Ordinary Course Professional Quarterly Statement for July 1, 2016 – September 30, 2016**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $4,560.00 | $0.00 | $5,200.00 | $0.00 | $5,400.00 | $0.00 | $0.00 | $0.00 | **$15,160.00** |