## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Thirty-First Ordinary Course Professional Quarterly Statement** was caused to be made on March 28, 2017, in the manner indicated upon the entities identified on the attached service list.

Dated: March 28, 2017      */s/ Tamara K. Minott*
       Wilmington, DE      Tamara K. Minott (No. 5643)