**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 </br> ) </br> ) Case No. 09-10138 (KG) </br> ) </br> ) (Jointly Administered) </br> ) </br> ) **Re: Docket No. 17996** |
| Nortel Networks Inc., et al.,[1] | |
| Debtors. | |

**CERTIFICATE OF NO OBJECTION REGARDING NINETEENTH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 [DOCKET NO. 17996] (NO ORDER REQUIRED)**

The undersigned hereby certifies that she has received no answer, objection or any other responsive pleading with respect to the Nineteenth Monthly Fee Application for Compensation and Reimbursement of Expenses (the "Application") of Berkeley Research Group, LLC (the "Applicant") listed on Exhibit A attached hereto. The undersigned further certifies that she has received the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226) ; and Nortel Networks India International Inc. (8667).

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

2239636.1

Pursuant to the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered February 4, 2009* [Docket No. 222] (the "Interim Compensation Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: March 28, 2017
      Wilmington, Delaware

/s/ L. Katherine Good
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*