# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 17996] | 12/1/16 - 12/31/16 | $158,465.00 (Fees)<br><br>$1,200.90 (Expenses) | $126,772.00 (Fees @ 80%)<br><br>$1,200.90 (Expenses @ 100%) | 3/6/17 | 3/27/17 |

2239636.1