# Court Conference

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross (Nortel Trial Only)

Calendar Date: **03/30/2017**

Calendar Time: **11:00 AM ET**

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8248290 | Andrew R. Remming | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |

*Derek Abbott*

*David Herrington*