**Exhibit B**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Lodge: Nortel meeting in Raleigh with RLKS for 1 night. \\KHFYGS | 11/16/2016 | $264.42 |
| Risman,David L. (US013723550) | Air: Trip to Raleigh North Carolina to work on Nortel Basis Study\\HTXVQC | 12/8/2016 | $581.20 |
| Risman,David L. (US013723550) | Brkft: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/8/2016 | $7.00 |
| Risman,David L. (US013723550) | Dinner: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/11/2016 | $36.09 |
| Risman,David L. (US013723550) | Brkft: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/12/2016 | $10.24 |
| Risman,David L. (US013723550) | Dinner: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/12/2016 | $50.00 |
| Risman,David L. (US013723550) | Lunch: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/12/2016 | $28.61 |
| Risman,David L. (US013723550) | Brkft: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/13/2016 | $10.24 |
| Risman,David L. (US013723550) | Dinner: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/13/2016 | $18.06 |
| Risman,David L. (US013723550) | Parking: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/13/2016 | $48.00 |
| Risman,David L. (US013723550) | Rental Car: Trip to Raleigh North Carolina to work on Nortel Basis Study\\HTXVQC | 12/13/2016 | $81.56 |
| Risman,David L. (US013723550) | Ticket fee: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/13/2016 | $7.00 |
| Risman,David L. (US013723550) | Ticket fee: Trip to Raleigh North Carolina to work on Nortel Basis Study | 12/14/2016 | $50.00 |
| Shapiro,Ari J (US013597642) | Misc.: Snacks for Nortel meeting with Jeff Wood, Matt Gentile, Diana Kennedy, Tarryn Trombley, Ari Shapiro, Eric Graham, and Sarah Walters. PPEDD approval from Jeff Wood. | 12/15/2016 | $43.67 |
| Wood,Jeffrey T (US013081390) | Mileage: \\Office to client and back for client meeting. | 1/4/2017 | $10.70 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Flight to Charlotte to meet with Kathy S, Leticia B, Kristie L and Rebecca M for Form W-2 processing.\\AKUFXI | 1/10/2017 | $7.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Flight to Charlotte to meet with Kathy S, Leticia B, Kristie L and Rebecca M for Form W-2 processing.\\AKUFXI | 1/10/2017 | $234.66 |
| Lowery,Kristie L (US011686190) | Lunch: Lunch with Kristie Lowery -partner, Rebecca Mills - Mgr., and K. Wrenn - Staff to work through lunch on Nortel items necessary for year end employment tax filings. | 1/10/2017 | $42.86 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Lowery,Kristie L (US011686190) | Dinner: Deposit for dinner with RLKS team January 26.to discuss interim distribution and items needed for solicitation.  Attendees:  Kathryn Schultea - President of restructuring for RLKS, Leticia Barrios - Sr. Mgr. RLKS, Felicia Buenstro - Senior RLKS; Kaitlin Wrenn - EY Sr., Jennie DeVincenzo - EY Sr. Mgr., Kristie Lowery - EY Partner, Rebecca Mills - EY Mgr. | 1/11/2017 | $100.00 |
| Lowery,Kristie L (US011686190) | Snacks and Cake catering for Nortel meeting on 1/26 in Charlotte with RLKS team.  Discussed Forms W-2 and 1099 year end compliance.  Attendees:  RLKS:  Schultea, Barrios, Buenestro.  EY:  Lowery, Devincenzo, Mills, Wrenn, Hanson, Galacia | 1/17/2017 | $49.80 |
| DeVincenzo,Jennie Harrison (US011772771) | Breakfast: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports | 1/25/2017 | $12.65 |
| DeVincenzo,Jennie Harrison (US011772771) | Dinner: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports | 1/25/2017 | $30.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports\\Home to airport | 1/25/2017 | $13.38 |
| DeVincenzo,Jennie Harrison (US011772771) | Taxi: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports\\Charlotte airport to EY office | 1/25/2017 | $30.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports\\home to airport | 1/25/2017 | $6.60 |
| DeVincenzo,Jennie Harrison (US011772771) | Breakfast: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports | 1/26/2017 | $19.63 |
| Lowery,Kristie L (US011686190) | Nortel lunch during meeting to discuss year end Forms W-2.  Lunch for Buenstro and Barrios | 1/26/2017 | $20.92 |
| Lowery,Kristie L (US011686190) | working lunch while discussing year end compliance issues for Forms W-2 with RLKS team.  Attendees:  Kathryn Schultea (RLKS President); Kristie Lowery (EY Ptr); Jennie Devincenoz (EY Sr Mgr), Rebecca Mills (EY Mgr); Kaitlin Wrenn (EY Sr); Stephen Hanson (EY Staff), Berta Galacia (EY Staff) | 1/26/2017 | $61.16 |
| DeVincenzo,Jennie Harrison (US011772771) | Airport Parking: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports | 1/27/2017 | $117.00 |

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Breakfast: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports | 1/27/2017 | $13.93 |
| DeVincenzo,Jennie Harrison (US011772771) | Mileage: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports\\Home to airport | 1/27/2017 | $13.38 |
| DeVincenzo,Jennie Harrison (US011772771) | Taxi: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports\\EY office to airport | 1/27/2017 | $16.98 |
| DeVincenzo,Jennie Harrison (US011772771) | Tolls: Trip to Charlotte NC to meet with RLKS, Kathy S., Leticia B. and Felicia for 2016 year-end tax reports\\home to airport | 1/27/2017 | $6.60 |
| * All air was booked with economy fares. | | | |
| | | Totals | $2,043.84 |