# CERTIFICATE OF SERVICE

I hereby certify, that on this 31st day of March, 2017, the Pension Benefit Guaranty Corporation's Joinder in Debtors' Forty-Seventh Omnibus Objection (Substantive) to, *Inter Alia*, Claims in Exhibit A that are No-Basis Pension Claims (Dkt. No. 18009) was served on the following:

| | |
|---|---|
| **Derek C. Abbott**<br>**Eric D. Schwartz**<br>**Thomas F. Driscoll**<br>**Tamara K. Minott**<br>**Andrew R. Remming**<br>**Andrew John Roth-Moore**<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br><br>**via CM/ECF** | **James L. Bromley**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>**via CM/ECF** |
| **Elihu Ezekiel Allinson, III**<br>Sullivan Hazeltine Allinson, LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Sheila R. Block**<br>**Scott A. Bomhof**<br>**James Gotowiec**<br>**Andrew Gray**<br>**Molly Reynolds**<br>**Adam M. Slavens**<br>Torys, LLP<br>79 Wellington Street West, 30th Floor<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2<br>Canada<br><br>**via Federal Express** |
| **Mona A. Parikh**<br>Buchanan Ingersoll & Rooney, PC<br>1105 North Market Street, Suite 1900<br>Wilmington, DE 19801-1228<br><br>**via CM/ECF** | **Kevin M. Capuzzi**<br>**Jennifer R. Hoover**<br>**Sarah R. Stafford**<br>Benesch Friedlander Coplan & Aronoff, LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br><br>**via CM/ECF** |

| | |
|---|---|
| **Mary Caloway**<br>**Peter James Duhig**<br>**Kathleen A. Murphy**<br>Buchanan Ingersoll & Rooney, PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228<br><br>**via CM/ECF** | **Shelley A. Kinsella**<br>**Rafael Xavier Zahralddin-Aravena**<br>**Jonathan M. Stemerman**<br>**Eric Michael Sutty**<br>Elliott Greenleaf<br>1105 North Market Street, 17th Floor<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Nancy G. Everett**<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>**via CM/ECF** | **Raymond Howard Lemisch**<br>Klehr Harrison Harvey Branzburg, LLP<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Mark D. Plevin**<br>**Mark S. Supko**<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br><br>**via Federal Express** | **Christopher M. Samis**<br>**L. Katherine Good**<br>Whiteford Taylor & Preston, LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Joseph Badtke-Berkow**<br>Allen & Overy, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>**via CM/ECF** | **Derek J.T. Adler**<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>**via Federal Express** |
| **Rene E. Thorne**<br>Jackson Lewis, LLP<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130<br><br>**via Federal Express** | **Christine Doniak**<br>**Robert A. Johnson**<br>**Brad M. Kahn**<br>Akin Gump Strauss Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br><br>**via CM/ECF** |
| **James L. Patton**<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Ryan Jacobs**<br>**Shayne Kukulowicz**<br>**Michael Wunder**<br>Cassels Brock & Blackwell, LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2<br><br>**via Federal Express** |

| | |
|---|---|
| **Drew G. Sloan**<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br><br>**via Federal Express** | **Mark S. Kenney**<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Richard K. Milin**<br>Togut Segal & Segal, LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>**via Federal Express** | **Joseph J. Farnan, Jr.**<br>Farnan Law, LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **William E. Chipman, Jr.**<br>**Mark D. Olivere**<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Karen B. Dine**<br>Katten Muchin Roseman, LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br><br>**via CM/ECF** |
| **Susan P. Johnston**<br>Carter Ledyard & Milburn, LLP<br>2 Wall Street<br>New York, NY 10005<br><br>**via CM/ECF** | **Ann M. Kashishian**<br>Chipman Brown Cicero & Cole, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **D. Ross Martin**<br>Ropes & Gray, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br><br>**via CM/ECF** | **Chantelle D'nae McClamb**<br>Ballard Spahr, LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br><br>**via CM/ECF** |

       /s/ Vicente Matias Murrell
       Vicente Matias Murrell
       Attorney