# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br> Jointly Administered |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
### AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:   Clerk of the Court
       United States Bankruptcy Court
       District of Delaware
       824 Market Street
       Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky McLaughlin and Browder, P.A as counsel for William A. Owens ("Owens").  Owens is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

> Rachel B. Mersky, Esquire
> MONZACK MERSKY McLAUGHLIN and
> BROWDER, P.A.
> 1201 N. Orange Street, Suite 400
> Wilmington, DE  19801
> Telephone:   (302) 656-8162
> Facsimile:   (302) 656-2769
> E-mail:   rmersky@monlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

{00181879.DOCX; 1}

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Jacobson's rights: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Owens is or may be entitled, in law or in equity, all of which Owens expressly reserve.

Dated: April 3, 2017

        **MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

        */s/ Rachel B. Mersky*
        Rachel B. Mersky, Esquire (DE #2049)
        1201 N. Orange Street, Suite 400
        Wilmington, DE 19801-1155
        Telephone:   (302) 656-8162
        Facsimile:    (302) 656-2769
        Email:         rmersky@monlaw.com

        *Attorneys for William A. Owens*