# EXHIBIT D

REFERENCE/ID NUMBER 26765

## NOTICE OF DISALLOWANCE (PROOF OF CLAIM)

Regarding Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation

(collectively, the "Debtors")

TO:  William A. Owens
     c/o Shaun Laubman
     Lax O'Sullivan Scott Lisus LLP
     145 King Street West - Suite 1920
     Toronto, ON    M5H 1J8

RE:  Owens, William A. - Reference / ID Numbers: 16054/16055/16056/16057/16058

   Proof of Claim filed by you against one or more of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation (collectively, the "Debtors") and/or their respective Officers and Directors

Ernst & Young Inc., in its capacity as Monitor of the Debtors, hereby gives you notice that it has reviewed your Proof of Claim, and has disallowed your claim against one or more of the Debtors as set out therein or any part thereof as follows:

|  | Proof of Claim amount as submitted | | Amount disallowed by Monitor | Amount allowed by Monitor |
|---|---|---|---|---|
|  | Original Currency Amount | in Canadian dollars | in Canadian dollars | in Canadian dollars |
| A. Unsecured Claim | $2,278,679.00 | $2,780,558.05 | Entire Claim | NIL |
| B. Secured Claim |  |  |  |  |
| C. Section 136 Claim |  |  |  |  |
| D. Restructuring Claim |  |  |  |  |
| E. Directors/Officers Claim | Unknown | Unknown | Entire Claim | NIL |
| F. Total Claim | $2,278,679.00 | $2,780,558.05 | Entire Claim | NIL |

Page 1

**Reasons for Disallowance:**

You have filed a claim for severance.

This claim has been disallowed in its entirety.

According to the Debtors' records, you were not an employee of any of the Debtors at the time of your termination and therefore are not eligible for a claim for severance against the Debtors.

Accordingly, your Claim has been disallowed in full for all purposes under the Compensation Claims Process and methodology approved by Orders of the Canadian Court granted October 6, 2011, including voting and distribution under any Plan of Compromise and Arrangement.

You have also filed an indemnification claim for any claims made against you as a former Director or Officer of the Debtors.

This claim has been disallowed in its entirety as it is a duplicate of the claim filed by Osler Hoskin & Harcourt for the same matter dated December 9, 2011.

<u>**Next Steps**</u>

If you do not agree with this Notice of Disallowance (Proof of Claim), please take notice of the following:

1. If you dispute this Notice of Disallowance (Proof of Claim), you must, no later than 4:00 p.m. (Eastern Time) on **December 13, 2016** being twenty-eight (28) calendar days after this Notice of Disallowance (Proof of Claim) was sent to you by the Monitor, and in accordance with paragraph 28 of the Compensation Claims Procedure Order dated October 6, 2011, notify the Monitor of your intention to dispute this Notice of Disallowance (Proof of Claim) by delivery of a Dispute Notice (Proof of Claim). The form of Dispute Notice (Proof of Claim) is enclosed.

2. If you do not deliver a Dispute Notice (Proof of Claim), your claim shall be deemed to be as set out in this Notice of Disallowance (Proof of Claim).

**IF YOU FAIL TO TAKE ACTION WITHIN THE PRESCRIBED TIME PERIOD, THIS NOTICE OF DISALLOWANCE (PROOF OF CLAIM) WILL BE BINDING UPON YOU.**

**DATED** at Toronto, November 15, 2016

**ERNST & YOUNG INC.**, Court-appointed Monitor of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation.

NOTE that copies of this Notice of Disallowance (Proof of Claim) and any Dispute Notice received by the Monitor will be sent to your Representative Legal Counsel.

# DISPUTE NOTICE (PROOF OF CLAIM)

**Regarding Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation and Nortel Networks Technology Corporation**

**Name of claimant:** _____

**Reference/ID Number[1]:** _____

I hereby give you notice of my intention to dispute the Notice of Disallowance/Partial Disallowance (Proof of Claim).

**Reasons for Dispute** (attach additional sheet and copies of all supporting documentation if necessary):

_____

_____

_____

_____

_____

_____

_____    _____

(Signature of individual completing this Dispute Notice)    Date

_____

(Please print name)

Telephone Number:    (_____) _____

E-mail Address:         _____

Facsimile Number:    (_____) _____

---

[1] This is the number that appears at the top of the page of the Notice sent to you.

Page 1

Full Mailing Address: _____

_____

_____

**THIS FORM IS TO BE RETURNED BY ORDINARY MAIL, COURIER, PERSONAL DELIVERY OR ELECTRONIC OR DIGITAL TRANSMISSION AND MUST BE RECEIVED BY THE MONITOR NO LATER THAN 4:00 P.M. ON THE DAY THAT IS TWENTY-EIGHT (28) CALENDAR DAYS AFTER THE NOTICE OF DISALLOWANCE/PARTIAL DISALLOWANCE (PROOF OF CLAIM) WAS SENT TO YOU BY THE MONITOR, TO:**

**ERNST & YOUNG INC.**
Court-appointed Monitor of Nortel Networks Corporation & others
222 Bay Street, P.O. Box 251
Toronto, Ontario
Canada M5K 1J7

Attention:     Nortel Claims
Telephone:   1-416-943-4439 or 1-866-942-7177
E-mail:         nortel.monitor@ca.ey.com
Fax:             1-416-943-2808

Please note: A copy of this Dispute Notice (Proof of Claim) will also be sent to your Representative Legal Counsel.