# CERTIFICATE OF SERVICE

I, Rachel B. Mersky, certify that I am not less than 18 years of age, and that service of the

**Response of William A. Owens in Opposition to Debtors' Forty-Seventh Omnibus Objection** was made on April 3, 2017 upon all parties shown in the manner indicated:

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Derek C. Abbott, Esquire | James L. Bromely, Esquire |
| Tamara K. Minott, Esquire | Lisa M. Schweitzer, Esquire |
| Morris, Nichols, Arsht & Tunnell LLP | Cleary Gottlieb Steen & Hamilton LLP |
| 1201 North Market Street | One Liberty Plaza |
| P.O. Box 1347 | New York, NY 10006 |
| Wilmington, DE 19801 | |

I further certify that all parties were also served electronically on the CM/ECF System.

Dated: April 3, 2017

**MONZACK, MERSKY, MCLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Tel:   (302) 656-8162
Fax:   (302) 656-2769
Email: *rmersky@monlaw.com*

**ATTORNEY FOR WILLIAM A. OWENS**