IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
                    Debtors.                             :   Jointly Administered
                                                         :
                                                         :   **Re: D.I. 18009**
                                                         :
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' FORTY-SEVENTH
OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT
TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1
(NON-DEBTOR CLAIMS, MODIFIED, RECLASSIFIED AND ALLOWED
CLAIMS, NO-BASIS AND RELEASED CLAIMS, NO-BASIS EQUITY
CLAIMS, NO-BASIS RETIREE CLAIMS AND REDUNDANT CLAIMS)**

I, Tamara K. Minott, counsel to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims)* [D.I. 18009] (the "Objection")[2]:

1. On March 10, 2017, the Debtors filed the Objection.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

2. Prior to the hearing on the Objection scheduled for April 11, 2017, the Debtors received informal comments from (i) William A. Owens ("Owens") and (ii) NETAS Telekomunikasyon A.S. ("NETAS," and together with Owens, the "Respondents") relating to the Objection. The Debtors extended the response deadline for Owens to April 3, 2017 at 4:00 p.m. (ET) and extended the response deadline for NETAS to April 14, 2017 at 4:00 p.m. (ET).

3. On March 31, 2017, the Pension Benefit Guaranty Corporation filed the *Pension Benefit Guaranty Corporation's Jointer in Debtors' Forty-Seventh Omnibus Objection (Substantive) to, inter alia, Claims in Exhibit A that are No-Basis Pension Claims* [D.I. 18050].

4. On April 3, 2017, Owens filed the *Response of William A. Owens in Opposition to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims)* [D.I. 18056].

5. The Objection, as it pertains to Owens, is being continued to the hearing scheduled for April 25, 2017 at 10:00 a.m. (ET). The Objection, as it pertains to NETAS, is being continued to the hearing scheduled for May 16, 2017 at 10:00 a.m. (ET). These adjournments are addressed within the revised proposed order (the "Revised Proposed Order") relating to the Objection attached hereto as **Exhibit 1**.

6. The Revised Proposed Order, attached hereto as **Exhibit 1**, reflects: (i) the continuation of the Objection as it relates to the Respondents; and (ii) the approval of the Objection, with respect to all claims identified in Exhibit A to the Objection other than those claims held by the Respondents. A redline of the Revised Proposed Order highlighting the changes made to the proposed order filed with the Objection is attached hereto as **Exhibit 2**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order attached hereto as **Exhibit 1** at its earliest convenience and grant such other relief as may be just and proper.

Dated:  April 3, 2017
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

10941459.1