**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,                          :   Case No. 09-10138 (KG)
                                                         :
                    Debtors.                             :   Jointly Administered
                                                         :
---------------------------------X

**OMNIBUS HEARING ORDER**

   **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| **DATE** | **TIME** |
|---|---|
| July 19, 2017 | 10:00 a.m. (Eastern Time) |
| August 16, 2017 | 10:00 a.m. (Eastern Time) |
| September 12, 2017 | 10:00 a.m. (Eastern Time) |
| October 25, 2017 | 10:00 a.m. (Eastern Time) |
| November 15, 2017 | 10:00 a.m. (Eastern Time) |
| December 13, 2017 | 10:00 a.m. (Eastern Time) |