IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: April 17, 2017 at 4:00 p.m. (ET)** |

---

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2017 THROUGH MARCH 31, 2017.**

Exhibit A:    Summary of Professionals
Exhibit B:    Summary of Projects and Project Descriptions
Exhibit C:    Summary of Fees and Expenses
Exhibit D:    Summary of Time by Professional
Exhibit E:    Summary of Fees by Project
Exhibit F:    Time Description Detail by Project
Exhibit G:    Summary of Expenses by Category
Exhibit H:    Expense Detail

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, March 1, 2017 through March 31, 2017, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $147,543.00. Mergis incurred $294.00 in expenses during this period.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: April 4, 2017  
      Raleigh, North Carolina

THE MERGIS GROUP

Logan Dubois

*Managing Director*

**See Attached for Exhibits A through H**

**See Attached for Exhibits A through H**

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project | Project Description |
| --- | --- |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
### Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of March 1, 2017 through March 31, 2017 | $ 147,543.00 | $ 294.00 | $ 147,837.00 |

Exhibit C                                                                                                                                    Page 1 of 1

# Exhibit D

## The Mergis Group
### Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 198.00 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 196.50 |

| | |
|---|---|
| Hours for the period of March 1, 2017 through March 31, 2017 | 394.50 |
| Billing Rate | $ 374.00 |
| Fees for the period of March 1, 2017 through March 31, 2017 | $ 147,543.00 |

# Exhibit E

**The Mergis Group**
**Summary of Fees by Project**

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 14.00 | $ 5,236.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 75.00 | $ 28,050.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 25.00 | $ 9,350.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 10.50 | $ 3,927.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 1.00 | $ 374.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 2.00 | $ 748.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 9.00 | $ 3,366.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 116.25 | $ 43,477.50 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 4.00 | $ 1,496.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | 3.50 | $ 1,309.00 |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.50 | $ 935.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project | Project Description | Hours | Fees |
|---|---|---:|---:|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | 8.00 | $ 2,992.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 3.50 | $ 1,309.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 26.00 | $ 9,724.00 |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 94.25 | $ 35,249.50 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| For the period of March 1, 2017 through March 31, 2017 | | 394.50 | $ 147,543.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 3/6/2017 | Timothy C. Ross | Worked Debtors reporting matters | 0.50 |
| 3/13/2017 | Timothy C. Ross | Prepared Debtors monthly operating report. | 2.00 |
| 3/15/2017 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 3.00 |
| 3/16/2017 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report (continued). | 1.00 |
| 3/20/2017 | Timothy C. Ross | Prepared Debtors monthly operating report (continued). | 7.00 |
| 3/23/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors consultant (RP) | 0.50 |
| **Bankruptcy Reporting Total** | | | **14.00** |
| **Cash Management** | | | |
| 3/1/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/1/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 3/2/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/2/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 3.00 |
| 3/3/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/3/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements | 0.50 |
| 3/6/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/6/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors banking issue | 1.00 |
| 3/7/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/7/2017 | Kim Ponder | Communication to Bank of America. | 0.50 |
| 3/8/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/8/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions (includes transition cross training with MC). | 3.00 |
| 3/9/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/9/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 3.00 |
| 3/9/2017 | Timothy C. Ross | Working session with Debtors consultant (MC) | 2.00 |
| 3/10/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/10/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/10/2017 | Kim Ponder | VEBA deposit. | 0.50 |
| 3/13/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/13/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 3/13/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 3/14/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/14/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements | 0.50 |
| 3/14/2017 | Timothy C. Ross | Analyzed disbursement account volumes | 1.00 |
| 3/14/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 3/15/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/15/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 3/15/2017 | Timothy C. Ross | Researched and corrected Debtors wire issue | 1.00 |
| 3/16/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/16/2017 | Timothy C. Ross | Analyzed cash receipts and disbursement variance to budget / published results to US Principal Officer. | 4.00 |
| 3/16/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 3/17/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/17/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/17/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements. | 3.00 |
| 3/17/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 3/20/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/20/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 3/20/2017 | Kim Ponder | Settled intercompany balances. | 1.00 |
| 3/21/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/21/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors intercompany settlements. | 0.50 |
| 3/21/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements | 0.50 |
| 3/21/2017 | Timothy C. Ross | Prepared for and conducted conference call with Debtors bank representative (DQ) | 1.00 |
| 3/21/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors subsidiary banking matter | 0.50 |
| 3/21/2017 | Kim Ponder | FCB deposit. | 1.00 |
| 3/21/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 3/22/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/22/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 3/22/2017 | Timothy C. Ross | F/U with bank representative (RR) | 0.50 |
| 3/22/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 3/23/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/23/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/23/2017 | Timothy C. Ross | Worked Debtors banking matter | 2.00 |
| 3/23/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue | 1.00 |
| 3/24/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/24/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements. | 3.00 |
| 3/24/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.50 |
| 3/27/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/27/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/27/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements | 1.00 |
| 3/28/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/29/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/29/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 3/29/2017 | Timothy C. Ross | Worked Debtors banking matter | 0.50 |
| 3/29/2017 | Kim Ponder | FCB deposit. | 1.00 |
| 3/30/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 3/30/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/30/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements. | 3.00 |
| 3/30/2017 | Timothy C. Ross | Worked Debtors banking matter | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/30/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 3/31/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 3/31/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 3/31/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| **Cash Management Total** | | | **75.00** |

### Claims Administration

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/1/2017 | Kim Ponder | Follow up communication to LexisNexis. | 0.50 |
| 3/8/2017 | Kim Ponder | Various phone calls and emails re: claim administration | 1.00 |
| 3/8/2017 | Kim Ponder | Scanned and sent jurisdiction communications to EY. | 0.50 |
| 3/9/2017 | Timothy C. Ross | Set up new system users | 1.00 |
| 3/10/2017 | Timothy C. Ross | Conference call with Debtors counsel (LB, LS, HK) and consultants (MC, KS) | 0.50 |
| 3/10/2017 | Kim Ponder | Voided claims checks in QB. | 0.50 |
| 3/10/2017 | Kim Ponder | Notarized payroll tax documents. | 0.50 |
| 3/13/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 3/14/2017 | Kim Ponder | Posted cash transfers. | 1.00 |
| 3/15/2017 | Timothy C. Ross | Researched and responded to Debtors counsel (RD) | 1.00 |
| 3/15/2017 | Timothy C. Ross | Conference call with Debtors counsel (RD) | 0.50 |
| 3/15/2017 | Kim Ponder | Research re: claim. | 1.50 |
| 3/17/2017 | Timothy C. Ross | Researched and responded to Debtors counsel (RD) | 1.00 |
| 3/17/2017 | Kim Ponder | Posted cash transfers. | 1.00 |
| 3/20/2017 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.00 |
| 3/20/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 3/24/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 3/27/2017 | Timothy C. Ross | Worked Debtors claims administration matter | 1.00 |
| 3/27/2017 | Kim Ponder | Received, scanned and forwarded jurisdiction communications to EY. | 1.50 |
| 3/27/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 3/28/2017 | Kim Ponder | Claims research. | 3.00 |
| 3/29/2017 | Kim Ponder | Claims research. | 1.00 |
| 3/29/2017 | Kim Ponder | Posted cash transfers. | 0.50 |
| 3/30/2017 | Kim Ponder | Claims research. | 4.00 |
| 3/31/2017 | Kim Ponder | Received, reviewed and forwarded jurisdiction notices to EY. | 0.50 |
| **Claims Administration Total** | | | **25.00** |

### Compensation Application

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/3/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/3/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/6/2017 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 4.00 |
| 3/10/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/10/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/14/2017 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.00 |
| 3/17/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/17/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/24/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/24/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/28/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors counsel (MM) | 0.50 |
| 3/31/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 3/31/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **10.50** |

### Discovery

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/6/2017 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification(s). | 0.50 |
| 3/8/2017 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification(s). | 0.50 |
| **Discovery Total** | | | **1.00** |

### Electronic Data and Document Preservation

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/2/2017 | Timothy C. Ross | Document management | 1.00 |
| 3/21/2017 | Timothy C. Ross | Document management | 1.00 |
| **Electronic Data and Document Preservation Total** | | | **2.00** |

### Entity Liquidation and Wind Down

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/2/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 1.00 |
| 3/3/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary professional (SM) | 0.50 |
| 3/9/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR, RR) | 1.00 |
| 3/14/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 1.00 |
| 3/16/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) and foreign liquidation professional (AB) | 1.00 |
| 3/20/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) and foreign liquidation professional (AB) | 1.50 |
| 3/21/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary professional (AB) correspondences | 1.00 |
| 3/27/2017 | Timothy C. Ross | Updated NTEC engagement tracker for payments | 1.00 |
| 3/29/2017 | Timothy C. Ross | Reviewed Debtors foreign subsidiary materials from tax professionals (ND) | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **9.00** |

### Finance and General Accounting

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/1/2017 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 3/1/2017 | Kim Ponder | Normal course payables | 1.00 |
| 3/2/2017 | Timothy C. Ross | Reviewed and responded to Debtors affiliate (MF) | 0.50 |
| 3/2/2017 | Timothy C. Ross | Reviewed and responded to Debtors consultant (MC) | 0.50 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/2/2017 | Kim Ponder | Normal course payables | 1.00 |
| 3/2/2017 | Kim Ponder | Normal course payables | 1.75 |
| 3/2/2017 | Kim Ponder | Intercompany billing. | 1.00 |
| 3/3/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 3/6/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 3/6/2017 | Kim Ponder | Transition planning and training with RLKS. | 9.00 |
| 3/7/2017 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoices for payment | 1.00 |
| 3/7/2017 | Timothy C. Ross | Working session with Debtors consultant (MC) | 3.00 |
| 3/7/2017 | Kim Ponder | QB vendor maintenance. | 0.50 |
| 3/7/2017 | Kim Ponder | Transition training with RLKS. | 8.00 |
| 3/8/2017 | Timothy C. Ross | Working session with Debtors consultant (MC) | 3.00 |
| 3/8/2017 | Kim Ponder | Normal course payables | 1.50 |
| 3/8/2017 | Kim Ponder | Normal course payables | 1.00 |
| 3/8/2017 | Kim Ponder | Transition training with RLKS. | 4.00 |
| 3/9/2017 | Kim Ponder | Normal course payables | 2.00 |
| 3/9/2017 | Kim Ponder | Transition training with RLKS. | 3.00 |
| 3/9/2017 | Kim Ponder | Communications with Verizon. | 0.50 |
| 3/10/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 3/10/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank reconciliations. | 3.00 |
| 3/10/2017 | Kim Ponder | Month end close. | 4.50 |
| 3/13/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 3/13/2017 | Timothy C. Ross | Worked Debtors financial closing | 3.00 |
| 3/13/2017 | Kim Ponder | Month end close. | 5.00 |
| 3/13/2017 | Kim Ponder | Normal course payables | 1.00 |
| 3/14/2017 | Kim Ponder | Month end close. | 6.00 |
| 3/14/2017 | Kim Ponder | Scanned and stored bank statements. | 0.50 |
| 3/15/2017 | Kim Ponder | Normal course payables | 1.50 |
| 3/17/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 3/17/2017 | Kim Ponder | Normal course payables | 3.00 |
| 3/20/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 3/20/2017 | Kim Ponder | Normal course payables | 1.00 |
| 3/20/2017 | Kim Ponder | Posted cash receipts. | 1.00 |
| 3/20/2017 | Kim Ponder | NTEC financials. | 1.50 |
| 3/22/2017 | Kim Ponder | Normal course payables | 1.50 |
| 3/22/2017 | Kim Ponder | NTIII | 1.50 |
| 3/23/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 3/23/2017 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary invoice(s) for payment | 1.00 |
| 3/23/2017 | Kim Ponder | Normal course payables | 2.00 |
| 3/24/2017 | Kim Ponder | GL reconciliations. | 4.00 |
| 3/27/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 3/27/2017 | Kim Ponder | Normal course payables | 1.00 |
| 3/27/2017 | Kim Ponder | GL reconciliations. | 3.50 |
| 3/28/2017 | Timothy C. Ross | Working meetings with Debtors consultant (KS) | 4.00 |
| 3/28/2017 | Kim Ponder | NTEC month end processing. | 2.00 |
| 3/29/2017 | Kim Ponder | Posted cash receipts. | 1.00 |
| 3/29/2017 | Kim Ponder | Normal course payables | 1.50 |
| 3/29/2017 | Kim Ponder | Document retention. | 1.50 |
| 3/29/2017 | Kim Ponder | Researched and prepared communication to Verizon. | 2.50 |
| 3/30/2017 | Kim Ponder | Normal course payables | 2.50 |
| 3/31/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.50 |
| 3/31/2017 | Kim Ponder | Month end close. | 1.00 |
| 3/31/2017 | Kim Ponder | Reviewed and updated foreign tracker. | 4.00 |
| **Finance and General Accounting Total** | | | **116.25** |

### Human Resources

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/14/2017 | Timothy C. Ross | Conference call with Debtors bank representative (JO) | 0.50 |
| 3/14/2017 | Timothy C. Ross | Reviewed materials and responded to Debtors consultant (KS) | 0.50 |
| 3/14/2017 | Timothy C. Ross | Received, reviewed and actioned Debtors former employee matter | 0.50 |
| 3/14/2017 | Timothy C. Ross | Reviewed historical VEBA trust termination materials | 2.00 |
| 3/14/2017 | Timothy C. Ross | Received, reviewed and actioned Debtors matter former employee benefit matter | 0.50 |
| **Human Resources Total** | | | **4.00** |

### Information Technology

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/2/2017 | Timothy C. Ross | Worked Debtors system issue with vendor technical support | 1.00 |
| 3/13/2017 | Timothy C. Ross | Reviewed and worked Debtors service provider (FA) matter | 0.50 |
| 3/14/2017 | Timothy C. Ross | Prepared and issued Debtors invoice(s) | 1.00 |
| 3/23/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors IT vendor matter (FA) | 0.50 |
| 3/30/2017 | Timothy C. Ross | Worked system access issue. | 0.50 |
| **Information Technology Total** | | | **3.50** |

### Insurance & Risk Management

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/17/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors insurance broker | 0.50 |
| 3/28/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors insurance matters (SK) | 0.50 |
| 3/30/2017 | Timothy C. Ross | Prepared for and attended conference call with Debtors insurance broker (KS) and consultant (KS) | 1.00 |
| 3/31/2017 | Timothy C. Ross | Reviewed and responded to Debtors insurance matter | 0.50 |
| **Insurance & Risk Management Total** | | | **2.50** |

### Professional Fee Applications

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/2/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 3/8/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |

# Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/14/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 3/20/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
| 3/22/2017 | Kim Ponder | Draft OCP. | 3.00 |
| 3/24/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| 3/30/2017 | Kim Ponder | Processed fee applications filed by Professionals. | 1.00 |
| **Professional Fee Applications Total** | | | **8.00** |

**Real Estate Management**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/3/2017 | Timothy C. Ross | Reviewed correspondence from Debtors counsel (SH) | 0.50 |
| 3/6/2017 | Timothy C. Ross | Reviewed Debtors consultant agreement | 0.50 |
| 3/7/2017 | Timothy C. Ross | Reviewed and authorized Debtors foreign subsidiary rental agreement | 1.00 |
| 3/29/2017 | Timothy C. Ross | Reviewed Debtors former property related materials from counsel (BB) | 1.00 |
| 3/29/2017 | Timothy C. Ross | Conference call with Debtors property management SME (AL) | 0.50 |
| **Real Estate Management Total** | | | **3.50** |

**Residual Business Operations**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/2/2017 | Timothy C. Ross | Prepared environmental reserve analysis and authorized professional fees for payment. | 1.00 |
| 3/10/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 3/14/2017 | Timothy C. Ross | Reviewed and responded to Debtors consultant (KS) | 1.00 |
| 3/14/2017 | Kim Ponder | Reviewed and responded to RLKS re: unclaimed property. | 0.50 |
| 3/15/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 3/20/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 3/21/2017 | Kim Ponder | Packaging and shipment of DC laptop. | 1.00 |
| 3/22/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors consultant (MC) and counsel (BB) | 0.50 |
| 3/22/2017 | Kim Ponder | Communications re: document retention. | 0.50 |
| 3/23/2017 | Kim Ponder | Document retention. | 6.00 |
| 3/24/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 3/27/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 3/28/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors residual business matters | 0.50 |
| 3/28/2017 | Kim Ponder | Transition planning and meeting with RLKS. | 4.00 |
| 3/29/2017 | Timothy C. Ross | Researched and responded to Debtors payables issue | 2.00 |
| 3/31/2017 | Timothy C. Ross | Finalized Debtors payables issue | 2.00 |
| 3/31/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| **Residual Business Operations Total** | | | **26.00** |

**Tax Matters**

| Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/1/2017 | Timothy C. Ross | Completed researched and responded to request from Debtors tax professional (JW) | 4.00 |
| 3/1/2017 | Timothy C. Ross | Updated foreign bank account balances analysis | 1.00 |
| 3/1/2017 | Kim Ponder | Prepared analysis requested by EY. | 7.50 |
| 3/2/2017 | Kim Ponder | Prepared analysis requested by EY. | 4.25 |
| 3/3/2017 | Timothy C. Ross | Downloaded foreign bank account balances | 1.00 |
| 3/3/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 4.00 |
| 3/3/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR) and foreign tax professional (PS) | 0.50 |
| 3/3/2017 | Kim Ponder | Prepared analysis requested by EY. | 7.50 |
| 3/6/2017 | Timothy C. Ross | Prepared for and attended conference call with Debtors foreign subsidiary tax professional (NS) | 1.50 |
| 3/7/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 2.00 |
| 3/7/2017 | Timothy C. Ross | Conference call with Debtors foreign tax professional (SK) | 1.00 |
| 3/8/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors tax related matters | 0.50 |
| 3/8/2017 | Timothy C. Ross | Reviewed and responded to Debtors tax matters | 0.50 |
| 3/8/2017 | Kim Ponder | Initiated EFTs to IRS. | 0.50 |
| 3/9/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 2.00 |
| 3/9/2017 | Kim Ponder | Prepared analysis requested by EY. | 4.00 |
| 3/10/2017 | Timothy C. Ross | Downloaded and validate foreign bank account balances | 1.00 |
| 3/10/2017 | Timothy C. Ross | Reviewed and executed Debtors state/local withholding documents. | 1.00 |
| 3/10/2017 | Kim Ponder | Coordinated tax meeting with EY and RLKS. | 0.50 |
| 3/13/2017 | Timothy C. Ross | Attended conference call with Debtors tax professionals (JW, AG) and consultant (MC, KP) | 0.50 |
| 3/13/2017 | Kim Ponder | Conference call with EY & RLKS re: tax issues. | 0.50 |
| 3/13/2017 | Kim Ponder | Prepared and posted certified mailings | 1.00 |
| 3/14/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 1.00 |
| 3/14/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 1.00 |
| 3/15/2017 | Kim Ponder | Prepared analysis requested by EY. | 4.00 |
| 3/16/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary banking issue | 1.50 |
| 3/16/2017 | Timothy C. Ross | Researched and responded to Debtors tax professional (EG) | 1.00 |
| 3/16/2017 | Kim Ponder | Prepared analysis requested by EY. | 7.50 |
| 3/17/2017 | Timothy C. Ross | Researched and responded to Debtors counsel (KH, RB) | 1.00 |
| 3/17/2017 | Kim Ponder | Prepared analysis requested by EY. | 3.00 |
| 3/20/2017 | Kim Ponder | Responded to EY query re: data provided. | 0.50 |
| 3/21/2017 | Timothy C. Ross | F/U with Debtors tax professional (TF) | 0.50 |
| 3/21/2017 | Kim Ponder | Prepared analysis requested by EY. | 4.00 |
| 3/21/2017 | Kim Ponder | Online CA and TN tax filings. | 1.50 |
| 3/21/2017 | Kim Ponder | Certified mailing of annual reports. | 1.00 |
| 3/22/2017 | Timothy C. Ross | Reconciled Debtors subsidiary tax refund and prepared associated accounting entries | 3.00 |
| 3/22/2017 | Timothy C. Ross | Prepared correspondence to Debtors subsidiary tax professional (SK) | 0.50 |
| 3/22/2017 | Kim Ponder | Prepared analysis requested by EY. | 2.00 |
| 3/23/2017 | Timothy C. Ross | F/U with Debtors affiliate representative (BB) | 0.50 |
| 3/24/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter | 1.50 |
| 3/24/2017 | Timothy C. Ross | Researched and responded to Debtors tax matters | 2.00 |
| 3/27/2017 | Timothy C. Ross | Received, researched and responded to Debtors foreign tax professional (SK) | 2.00 |
| 3/27/2017 | Timothy C. Ross | Researched and prepared status follow-up correspondence | 1.50 |
| 3/27/2017 | Timothy C. Ross | Received, reviewed, and responded to Debtors counsel (MR) and foreign tax professional (SK) | 1.00 |
| 3/28/2017 | Timothy C. Ross | Prepared for and attended conference call with Debtors counsel (MR) and foreign tax professional (NV) | 1.00 |

Exhibit F

## The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 3/28/2017 | Timothy C. Ross | Researched Debtors foreign subsidiary professional payment issue | 1.00 |
| 3/30/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter | 1.00 |
| 3/31/2017 | Timothy C. Ross | Reviewed and approved Debtors foreign subsidiary tax matters | 1.00 |
| 3/31/2017 | Timothy C. Ross | Reviewed and provided comments to Debtors counsel (MR) | 1.00 |
| 3/31/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 0.50 |
| 3/31/2017 | Timothy C. Ross | Download and validate foreign bank account balances | 1.00 |
| **Tax Matters Total** | | | **94.25** |

For the period of March 1, 2017 through March 31, 2017                    394.50

Exhibit G

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of March 1, 2017 through March 31, 2017

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 294.00 |
| Professional | - |
| Miscellaneous | - |
| **For the period of March 1, 2017 through March 31, 2017** | **$ 294.00** |

## Exhibit H

### The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of March 1, 2017 through March 31, 2017

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 03/17/17 | Kim Ponder | Postage, Office Supplies, XROS Tax Filing | | Local | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | US Post Office, Staples, CA Sec of State Website | | | 262.20 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 262.20 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 03/31/17 | Kim Ponder | Certified tax return mailing | | Local | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | US Post Office | | | 6.80 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 6.80 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| 03/31/17 | Kim Ponder | Sonoma tax filing | | Local | |
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | CA Sec of State Website | | | 25.00 |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | 25.00 |

| Date (s) Incurred | Name of Professional | Purpose | | Location Visited | |
|---|---|---|---|---|---|
| | Expense Category | Vendor | | | Expenses |
| | Airfare | | | | - |
| | Lodging | | | | - |
| | Meals | | | | - |
| | Parking | | | | - |
| | Ground Transportation | | | | - |
| | Office Expense | | | | - |
| | Professional | | | | - |
| | Miscellaneous | | | | - |
| | Total | | | $ | - |

For the period of March 1, 2017 through March 31, 2017                                           $   294.00