**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>Nortel Networks Inc., *et al.*,<br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Re: DI 17432, 17433, 17836, 17838 and 18020 |

**TRANSMITTAL AFFIDAVIT OF NICHOLAS J. BRANNICK IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO AMEND PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT**

STATE OF DELAWARE　　　　)
　　　　　　　　　　　　　) SS
COUNTY OF NEW CASTLE　　)

BEFORE ME, the undersigned authority, personally appeared Nicholas J. Brannick, who first being duly sworn, deposes and states as follows:

1.　I am an attorney at the law firm of Cole Schotz P.C., counsel for SNMP Research, Inc. and SNMP Research International, Inc. in the above-captioned action. I am of legal age, competent to make this affidavit, and admitted to practice before the Court.

2.　I submit this affidavit in support of the Reply Brief in Support of the *Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* filed contemporaneously herewith.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

3. Attached hereto as <u>Exhibit A</u> and filed under seal is a true and correct copy of excerpts from the Expert Report of Ian Ratner, CPA, ABV, ASA, CFE dated November 2, 2016 and amended November 11, 2016.

4. Attached hereto as <u>Exhibit B</u> and filed under seal is a true and correct copy of exhibits to the Rebuttal Expert Report of Justin N. McLean dated December 15, 2016.

Further, Affiant sayeth not.

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2006 (Phone)
(302) 574-2106 (Fax)
nbrannick@coleschotz.com

*Counsel for SNMP Research, Inc. and SNMP Research International, Inc.*

Dated: April 5, 2017

Subscribed and sworn to before me
This 5th day of April, 2017.

*/s/ Mary E. VanDermark*
Notary Public
Mary E. VanDermark
Notary Public State of Delaware
My Commission Expires August 5, 2017

2