## EXHIBIT A

Excerpts from the Expert Report of Ian Ratner, CPA, ABV, ASA, CFE dated November 2, 2016 and amended November 11, 2016

FILED UNDER SEAL