## **EXHIBIT B**

Exhibits to the Rebuttal Expert Report of Justin N. McLean dated December 15, 2016

FILED UNDER SEAL