# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2017 - February 28, 2017**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Feb 2017 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 25.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 11.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | 131.0 |
| | **TOTAL** | 180.0 |

**Summary of Services Rendered by Professional**

| Name | Feb 2017 Hours |
|:---|---:|
| Michael Kennedy, Member | 176.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 4.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 180.0 |

**Nortel Networks, Inc**
February 1, 2017 - February 28, 2017 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Feb 2017 Hours | Code |
|------|---------------------|----------------|------|
| 2/1/2016 | Review RM Report | 2.0 | 1 |
| 2/1/2017 | Calls and communications with creditor representatives | 3.0 | 7 |
| 2/1/2017 | Follow-up communications with debtor professionals re: creditor call | 1.0 | 7 |
| 2/1/2017 | Calls, communications, review material re: confirmation & effective date matters | 3.0 | 16 |
| 2/2/2017 | Follow-up communications with debtor professionals re: creditor call | 2.0 | 7 |
| 2/2/2016 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 2/2/2017 | Calls, communications, review material re: confirmation & effective date matters | 7.0 | 16 |
| 2/3/2017 | Calls and communications with RLKS re: effective date issues | 3.0 | 16 |
| 2/3/2017 | Follow-up communications with debtor professionas re: creditor call | 2.0 | 7 |
| 2/3/2017 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| 2/3/2017 | Calls and communications with creditor representatives | 1.0 | 7 |
| 2/6/2017 | Communications with monitor representatives re: escrows | 3.0 | 16 |
| 2/6/2017 | Calls and communications with creditor representatives | 3.0 | 7 |
| 2/6/2017 | Calls, communications, review material re: confirmation & effective date matters | 2.0 | 16 |
| 2/6/2017 | Calls and communications with RLKS re: post-effective date issues | 1.0 | 1 |
| 2/7/2017 | Calls, communications, review material re: confirmation & effective date matters | 7.0 | 16 |
| 2/8/2017 | Communications with monitor representatives re: escrows | 3.0 | 16 |
| 2/8/2017 | Calls, communications, review material re: confirmation & effective date matters | 2.0 | 16 |
| 2/8/2017 | Calls and communications with creditor representatives | 1.0 | 7 |
| 2/9/2017 | Calls, communications, review material re: confirmation & effective date matters | 5.0 | 16 |
| 2/9/2017 | Calls, communications, prepare material re:claim litigation matters and strategy | 4.0 | 14 |
| 2/10/2017 | Communications with monitor representatives re: escrows | 3.0 | 16 |
| 2/10/2017 | Calls, communications, review material re: confirmation & effective date matters | 6.0 | 16 |
| 2/13/2017 | Calls, communications, review material re: confirmation & effective date matters | 7.0 | 16 |
| 2/14/2017 | Calls, communications, review material re: confirmation & effective date matters | 4.0 | 16 |
| 2/14/2017 | Review and communications with other professionals re: taxes | 2.0 | 14 |
| 2/15/2017 | Travel to NY | 4.0 | 15 |
| 2/15/2017 | Review draft material, calls & communications re: claims matters | 2.0 | 7 |
| 2/15/2017 | Meeting with Cleary & other estate professionals re: plan issues and effective date | 5.0 | 16 |
| 2/16/2017 | Calls, communications, review material re: confirmation & effective date matters | 5.0 | 16 |
| 2/16/2017 | Travel to Chicago | 4.0 | 15 |
| 2/17/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 2/17/2017 | Calls, communications, review material re: Candian objections | 8.0 | 16 |
| 2/17/2017 | Communications with monitor representatives re: Cala region | 1.0 | 7 |
| 2/20/2017 | Calls and communications with creditor representatives | 1.0 | 7 |
| 2/20/2017 | Follow-up communications with debtor professionals re: creditor call | 2.0 | 7 |
| 2/20/2017 | Calls, communications, review material re: confirmation & effective date matters | 3.0 | 16 |
| 2/20/2017 | Calls, communications, review material re: Candian objections | 5.0 | 16 |
| 2/21/2017 | Calls and communications with creditor representatives | 3.0 | 7 |
| 2/21/2017 | Calls, communications, review material re: Candian objections | 8.0 | 16 |
| 2/21/2017 | Communications with Clearyr representatives re: Cala region claims | 1.0 | 7 |
| 2/22/2017 | Calls, communications, review material re: confirmation & effective date matters | 5.0 | 16 |
| 2/23/2017 | Calls, communications, review material re: confirmation & effective date matters | 6.0 | 16 |
| 2/23/2017 | Calls, communications, review material re:NNIII  POR &DS matters | 4.0 | 16 |
| 2/24/2017 | Calls, communications, review material re: confirmation & effective date matters | 2.0 | 16 |
| 2/24/2017 | Calls, communications, review material re: Candian objections | 3.0 | 16 |
| 2/24/2017 | Calls, communications, review material re:NNIII  POR &DS matters | 5.0 | 16 |
| 2/27/2017 | Calls, communications, review material re: confirmation & effective date matters | 2.0 | 16 |
| 2/27/2017 | Calls and communications with RLKS re: effective date issues | 3.0 | 16 |
| 2/27/2017 | Calls, communications, review material re: Candian objections | 4.0 | 16 |
| 2/27/2017 | Calls, communications, prepare material re:claim litigation matters | 1.0 | 14 |
| 2/28/2017 | Calls, communications, review material re: confirmation & effective date matters | 3.0 | 16 |
| 2/28/2017 | Calls, communications, review material re: Candian objections | 2.0 | 16 |
| 2/28/2017 | Calls, communications, review material re:NNIII  POR &DS matters | 3.0 | 16 |
| | **Feb 2017 Total** | **176.0** | |

**Nortel Networks, Inc**
February 1, 2017 - February 28, 2017 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Feb 2017 Hours | Code |
|------|---------------------|----------------|------|
| 2/1/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| 2/7/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| 2/16/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| 2/23/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| | **Feb 2017 Total** | **4.0** | |