# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 Through February 28, 2017

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 2/15/2017 | Flight to New York, NY | $ 997.33 |
| Mike Kennedy | 2/15/2017 | Ground Transportation | $ 174.48 |
| Mike Kennedy | 2/15/2017 | Breakfast | $ 15.00 |
| Mike Kennedy | 2/15/2017 | Dinner | $ 30.00 |
| **Total Expenses** | | | **$ 1,216.81** |

Note: All airfare is being charged at a coach class rate.