IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
:
            Debtors. : Jointly Administered
:
----------------------------------------------------------X

**OMNIBUS HEARING ORDER**

      **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| July 19, 2017 | 10:00 a.m. (Eastern Time) |
| August 16, 2017 | 10:00 a.m. (Eastern Time) |
| September 12, 2017 | 10:00 a.m. (Eastern Time) |
| October 25, 2017 | 10:00 a.m. (Eastern Time) |
| November 15, 2017 | 10:00 a.m. (Eastern Time) |
| December 13, 2017 | 10:00 a.m. (Eastern Time) |

**Dated: April 7th, 2017**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**