**EXHIBIT A**

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:**  **RLKS Executive Solutions LLC**

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **3/1/2017** | **3/31/2017** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 136.90 | $590.00 | $80,771.00 |
| 2 | Document Management and Research Support, Call Center | 113.70 | $590.00 | $67,083.00 |
| 3 | Human Resources - Former Employee Related Projects | 42.60 | $590.00 | $25,134.00 |
| 4 | Fee Apps | 45.00 | $590.00 | $26,550.00 |
| 5 | Non-working travel | 20.00 | $295.00 | $5,900.00 |
| 6 | Claims Administration & Reconciliation, Distribution Support | 693.60 | $590.00 | $409,224.00 |
| 7 | Tax/Finance Matters and Budget Projects | 162.90 | $590.00 | $96,111.00 |
| 8 | Misc Debtor Issues and Communications | 18.20 | $590.00 | $10,738.00 |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 361.90 | $590.00 | $213,521.00 |
| | **Hours/Billing Amount for Period:** | **1,594.80** | | **$935,032.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/1/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 3.7 |
| 3/1/2017 | IT infrastructure support | Raj Perubhatla | 1 | 4.2 |
| 3/2/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 2.4 |
| 3/2/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.7 |
| 3/3/2017 | Troubleshooting Ubuntu server after power outage / fixing configuration and disk mounts | Brandon Bangerter | 1 | 4.6 |
| 3/4/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 1.0 |
| 3/6/2017 | Troubleshooting Ubuntu server after power outage / fixing configuration and disk mounts | Brandon Bangerter | 1 | 4.6 |
| 3/6/2017 | Correspondence re: Cala destruction estimate | Kathryn Schultea | 1 | 0.5 |
| 3/6/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 3/7/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 3.3 |
| 3/7/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 3/8/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 2.2 |
| 3/9/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 3.7 |
| 3/10/2017 | Troubleshooting NAS server errors / NetBackup restarts and monitoring | Brandon Bangerter | 1 | 2.3 |
| 3/13/2017 | IT infrastructure support | Raj Perubhatla | 1 | 4.5 |
| 3/14/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 1.3 |
| 3/14/2017 | IT infrastructure support | Raj Perubhatla | 1 | 2.5 |
| 3/15/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 1.0 |
| 3/15/2017 | IT infrastructure support | Raj Perubhatla | 1 | 1.5 |
| 3/16/2017 | Correspondence re: Media destruction update | Kathryn Schultea | 1 | 1.0 |
| 3/16/2017 | IT infrastructure support | Raj Perubhatla | 1 | 4.7 |
| 3/17/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 3.7 |
| 3/17/2017 | IT infrastructure support | Raj Perubhatla | 1 | 2.7 |
| 3/20/2017 | Data center server hardware checks / preparations for UKA transfer / hardware spare inventory | Brandon Bangerter | 1 | 4.8 |
| 3/20/2017 | Correspondence re: NNI Domain | Kathryn Schultea | 1 | 0.8 |
| 3/20/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 3/21/2017 | Preparation for and meeting with UK on hardware / NetBackup monitoring | Brandon Bangerter | 1 | 2.4 |
| 3/21/2017 | Correspondence re: storage tape details | Kathryn Schultea | 1 | 1.0 |
| 3/21/2017 | Call with UKA | Raj Perubhatla | 1 | 0.7 |
| 3/21/2017 | IT infrastructure support | Raj Perubhatla | 1 | 1.3 |
| 3/22/2017 | Shared folder updates / troubleshooting access rights / Box file system cleanup and organization | Brandon Bangerter | 1 | 3.7 |
| 3/23/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 3.5 |
| 3/23/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 3/24/2017 | NetBackup changes to policies, restarts, disk space issues / fixes | Brandon Bangerter | 1 | 3.6 |
| 3/25/2017 | NetBackup monitoring and restarts, updates to policies | Brandon Bangerter | 1 | 1.1 |
| 3/26/2017 | IT infrastructure support | Raj Perubhatla | 1 | 2.5 |
| 3/27/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 3.3 |
| 3/28/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 5.6 |
| 3/28/2017 | IT infrastructure support | Raj Perubhatla | 1 | 8.0 |
| 3/29/2017 | IT infrastructure support | Raj Perubhatla | 1 | 3.7 |
| 3/30/2017 | IT infrastructure support | Raj Perubhatla | 1 | 3.7 |
| 3/31/2017 | Data center troubleshooting NAS server for disk copy / NetBackup adjustments to policies | Brandon Bangerter | 1 | 2.4 |
| 3/31/2017 | IT infrastructure support | Raj Perubhatla | 1 | 1.7 |
| 3/1/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 3/1/2017 | Open/scan/log mail (W4s and address changes),  research returns via internet and research software and follow-up calls | Felicia Buenrostro | 2 | 5.5 |
| 3/2/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 3.8 |
| 3/3/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 5.6 |
| 3/3/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/6/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.5 |
| 3/6/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |
| 3/6/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 4.5 |
| 3/6/2017 | Correspondence re: distribution follow up calls | Kathryn Schultea | 2 | 2.5 |
| 3/7/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 3.5 |
| 3/7/2017 | Research returned mail | Felicia Buenrostro | 2 | 1.8 |
| 3/7/2017 | Correspondence re: Iron Mountain retrieval requests | Kathryn Schultea | 2 | 1.3 |
| 3/8/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 3.8 |
| 3/9/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 3.3 |
| 3/9/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 2.7 |
| 3/9/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 2.3 |
| 3/9/2017 | Correspondence re: Lexis Nexus | Felicia Buenrostro | 2 | 0.5 |
| 3/10/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 3.3 |
| 3/10/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 2.7 |
| 3/10/2017 | Correspondence re: Iron Mountain retrieval requests | Kathryn Schultea | 2 | 1.3 |
| 3/13/2017 | Research returned tax forms/address verifications; remails and call logs | Felicia Buenrostro | 2 | 4.4 |
| 3/13/2017 | Follow-up IM requests and research in database | Felicia Buenrostro | 2 | 3.5 |
| 3/14/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 3.5 |
| 3/14/2017 | Correspondence re: Iron Mountain retrieval requests | Kathryn Schultea | 2 | 1.3 |
| 3/16/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 1.0 |
| 3/20/2017 | Research returned mail; log calls and forward for returns | Felicia Buenrostro | 2 | 1.8 |
| 3/21/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 2.0 |
| 3/22/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes | Felicia Buenrostro | 2 | 6.3 |
| 3/23/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 2.0 |
| 3/23/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 3.6 |
| 3/24/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 1.8 |
| 3/24/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 2.8 |
| 3/27/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 5.5 |
| 3/27/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 1.5 |
| 3/27/2017 | Correspondence - Iron Mountain Request | Felicia Buenrostro | 2 | 1.6 |
| 3/27/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 3/28/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 4.5 |
| 3/28/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.5 |
| 3/29/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 3.5 |
| 3/29/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 3.0 |
| 3/29/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.5 |
| 3/1/2017 | Correspondence re: W4 federal and state forms for 2017 Solicitation | Kathryn Schultea | 3 | 1.5 |
| 3/1/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.0 |
| 3/2/2017 | Correspondence re: NNI EE address changes; reviews and updates | Kathryn Schultea | 3 | 1.5 |
| 3/2/2017 | Correspondence re: Withholding tax on employee distributions; W2/W3 matters | Kathryn Schultea | 3 | 2.0 |
| 3/3/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.0 |
| 3/3/2017 | Correspondence re: W4 addresses | Kathryn Schultea | 3 | 2.5 |
| 3/6/2017 | Correspondence re: NNI Retirees | Kathryn Schultea | 3 | 1.0 |
| 3/7/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 3.0 |
| 3/8/2017 | Correspondence re: NNI EE address changes; reviews and updates | Kathryn Schultea | 3 | 3.5 |
| 3/9/2017 | Correspondence re: Work state verification | Kathryn Schultea | 3 | 1.3 |
| 3/9/2017 | Correspondence re: Deceased claimants | Kathryn Schultea | 3 | 2.5 |
| 3/9/2017 | Correspondence re: QDRO claimants | Kathryn Schultea | 3 | 1.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/9/2017 | Correspondence re: NNI EE address changes; reviews and updates | Kathryn Schultea | 3 | 1.0 |
| 3/13/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.0 |
| 3/16/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 3 | 1.0 |
| 3/17/2017 | Correspondence re: W4 federal and state forms for 2017 Solicitation | Kathryn Schultea | 3 | 2.0 |
| 3/21/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.3 |
| 3/22/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.0 |
| 3/23/2017 | Correspondence re: Request for employment information | Kathryn Schultea | 3 | 2.0 |
| 3/23/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.5 |
| 3/29/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 1.5 |
| 3/31/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.0 |
| 3/1/2017 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 3/3/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/3/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/3/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/4/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.5 |
| 3/4/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/4/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/10/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/10/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/10/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 3/10/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/11/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.5 |
| 3/11/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/11/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/17/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/17/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/17/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 3/17/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/18/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 3/18/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/18/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/24/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/24/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/24/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 3/24/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/25/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 3/25/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/25/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 3/31/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 3/31/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 3/31/2017 | Fee application | David Kantorczyk | 4 | 1.0 |
| 3/31/2017 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 3.5 |
| 3/31/2017 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 3/31/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 3/31/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 3/5/2017 | Non-Working Travel:  Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 3/9/2017 | Non-Working Travel:  Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 3/27/2017 | Non-Working travel (Houston to Raleigh) | Kathryn Schultea | 5 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/29/2017 | Non-Working travel (Raleigh to Houston) | Kathryn Schultea | 5 | 5.0 |
| 3/1/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, taxation, etc. | Brandon Bangerter | 6 | 4.4 |
| 3/1/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.6 |
| 3/1/2017 | Receiving, analyzing and recording in the Domestic and Foreign EY tax templates information received from claimants tax forms and declarations.. Corresponding with claimants regarding same. | David Kantorczyk | 6 | 3.5 |
| 3/1/2017 | Contacting claimants to review and confirm "Convenience Class" election and corresponding reduction of their claim amount. | David Kantorczyk | 6 | 1.5 |
| 3/1/2017 | Correspondence re: Lexis Nexis | Kathryn Schultea | 6 | 0.5 |
| 3/1/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 7.2 |
| 3/1/2017 | Follow up research, documentation and e-mails related to open claims and planned omnibus objection | Mary Cilia | 6 | 5.1 |
| 3/2/2017 | Claims administration meeting with EY on taxes, distributions, solicitations, upcoming events and planning | Brandon Bangerter | 6 | 1.1 |
| 3/2/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.8 |
| 3/2/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.9 |
| 3/2/2017 | Receiving, analyzing and recording in the Domestic and Foreign EY tax templates information received from claimants tax forms and declarations.. Corresponding with claimants regarding same. | David Kantorczyk | 6 | 3.0 |
| 3/2/2017 | Receiving, analyzing and recording in the Foreign tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 6 | 2.0 |
| 3/2/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.3 |
| 3/2/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 6.7 |
| 3/2/2017 | Follow up research and e-mails related to open claims and settlements | Mary Cilia | 6 | 0.8 |
| 3/3/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.2 |
| 3/3/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.4 |
| 3/3/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 2.5 |
| 3/3/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 6.5 |
| 3/3/2017 | Employee Claims Distribution - Send address changes to Epic and EY for W-4 claimant responses | Leticia Barrios | 6 | 1.3 |
| 3/6/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.7 |
| 3/6/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 12.8 |
| 3/6/2017 | Receiving, analyzing and recording in the Domestic tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 6 | 7.0 |
| 3/6/2017 | Employee Claims Distribution - research returns for void/reissue | Kathryn Schultea | 6 | 2.0 |
| 3/6/2017 | Correspondence re: W9 discussion | Kathryn Schultea | 6 | 1.5 |
| 3/6/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 6.5 |
| 3/6/2017 | Employee Claims Distribution - Send address changes to Epic and EY for W-4 claimant responses | Leticia Barrios | 6 | 2.7 |
| 3/6/2017 | Read, review, research and respond to e-mails re:  open claims | Mary Cilia | 6 | 1.2 |
| 3/7/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 5.3 |
| 3/7/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 11.7 |
| 3/7/2017 | Receiving, analyzing and recording in the Foreign tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 6 | 6.0 |
| 3/7/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 3.5 |
| 3/7/2017 | Correspondence re: Returned checks | Kathryn Schultea | 6 | 0.5 |
| 3/7/2017 | Review the W-4 layout file with W-4's received from 2017 tax solicitation | Kathryn Schultea | 6 | 1.5 |
| 3/7/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 7.2 |
| 3/7/2017 | Claims database updates | Raj Perubhatla | 6 | 4.5 |
| 3/8/2017 | Preparation for and meeting with EY on Gross to Net Calculation / Claims status updates | Brandon Bangerter | 6 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/8/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 5.8 |
| 3/8/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.8 |
| 3/8/2017 | Receiving, analyzing and recording in the Foreign tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 6 | 2.0 |
| 3/8/2017 | Contacting claimants to review and confirm "Convenience Class" election and corresponding reduction of their claim amount and summarizing responses | David Kantorczyk | 6 | 1.5 |
| 3/8/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 3.0 |
| 3/8/2017 | Correspondence re: Lexis Nexis | Kathryn Schultea | 6 | 1.0 |
| 3/8/2017 | Emails received, read, researched, responded re: specific claimant matters (deceased) | Kathryn Schultea | 6 | 2.5 |
| 3/8/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 7.3 |
| 3/8/2017 | Prepare omnibus objection review file and template file for EPIQ; related e-mails with J. Ray, EPIQ and Cleary | Mary Cilia | 6 | 3.3 |
| 3/9/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.4 |
| 3/9/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.9 |
| 3/9/2017 | Contacting claimants to review and confirm "Convenience Class" election and corresponding reduction of their claim amount and summarizing responses. | David Kantorczyk | 6 | 2.5 |
| 3/9/2017 | Correspondence read, review, responded on claim distribution processing | Kathryn Schultea | 6 | 2.0 |
| 3/9/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation including address changes | Leticia Barrios | 6 | 8.5 |
| 3/9/2017 | Review and revisions to omnibus objection exhibits and related e-mails | Mary Cilia | 6 | 1.4 |
| 3/10/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 9.8 |
| 3/10/2017 | Receiving, analyzing and recording in the Foreign tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 6 | 1.0 |
| 3/10/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 2.0 |
| 3/10/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation including address changes | Leticia Barrios | 6 | 5.2 |
| 3/10/2017 | Former EE matters - research last known work address issues | Leticia Barrios | 6 | 2.8 |
| 3/10/2017 | Conference call with T. Ayres re:  cross-border claims; related follow up research and e-mails | Mary Cilia | 6 | 1.8 |
| 3/12/2017 | Correspondence re: Foreign claims from LSI | Kathryn Schultea | 6 | 1.0 |
| 3/13/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.8 |
| 3/13/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 4.3 |
| 3/13/2017 | Contacting claimants to review and confirm "Convenience Class" election and corresponding reduction of their claim amount and summarizing responses. | David Kantorczyk | 6 | 2.0 |
| 3/13/2017 | Receiving, analyzing and recording in the Foreign tax template information received from claimants tax forms and declarations. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 6 | 1.5 |
| 3/13/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 2.5 |
| 3/13/2017 | Employee Claims Distribution - Address changes for W2 | Kathryn Schultea | 6 | 3.0 |
| 3/14/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 4.3 |
| 3/14/2017 | Review of claimant's inquiries forwarded by EPIQ | David Kantorczyk | 6 | 0.5 |
| 3/14/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 4.0 |
| 3/14/2017 | Correspondence re: Unclaimed funds | Kathryn Schultea | 6 | 1.5 |
| 3/14/2017 | Correspondence re: Interim distribution checks | Kathryn Schultea | 6 | 0.5 |
| 3/14/2017 | Employee Claims Distribution - Review all CA SIT calculations, W-4's submitted by claimants and update W-4 layout file | Leticia Barrios | 6 | 8.3 |
| 3/14/2017 | Analysis regarding unclaimed non-employee liabilities and related documentation for distribution model | Mary Cilia | 6 | 4.5 |
| 3/15/2017 | Preparation for and meeting with EY on Employment Tax and Nortel Calculation discussion | Brandon Bangerter | 6 | 1.8 |
| 3/15/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 4.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/15/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 3.4 |
| 3/15/2017 | Responding by phone to claimant's inquiries. | David Kantorczyk | 6 | 2.5 |
| 3/15/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 6.5 |
| 3/15/2017 | Review Test T1 and T2 Employee Claims for FIT and SIT calculations | Kathryn Schultea | 6 | 4.5 |
| 3/15/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations | Leticia Barrios | 6 | 8.7 |
| 3/15/2017 | Former EE matters - research last known work address issues | Leticia Barrios | 6 | 2.4 |
| 3/15/2017 | Continued analysis regarding unclaimed non-employee liabilities and related documentation for distribution model | Mary Cilia | 6 | 5.3 |
| 3/15/2017 | Research of open claims and review of settlement documents; related e-mails | Mary Cilia | 6 | 1.6 |
| 3/16/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 8.2 |
| 3/16/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 2.3 |
| 3/16/2017 | Testing and analyst support for case model and distribution | Daniel Tollefsen | 6 | 9.8 |
| 3/16/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 6.5 |
| 3/16/2017 | Review Test T1 and T2 Employee Claims for FIT and SIT calculations | Kathryn Schultea | 6 | 4.5 |
| 3/16/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 2.5 |
| 3/16/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations | Leticia Barrios | 6 | 9.2 |
| 3/17/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.4 |
| 3/17/2017 | Testing and analyst support for case model and distribution | Daniel Tollefsen | 6 | 6.3 |
| 3/17/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 6.3 |
| 3/17/2017 | Correspondence re:  Sun Life Annuity | Kathryn Schultea | 6 | 0.5 |
| 3/17/2017 | Review Test T1 and T2 Employee Claims for FIT and SIT calculations | Kathryn Schultea | 6 | 3.3 |
| 3/17/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations | Leticia Barrios | 6 | 7.5 |
| 3/20/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.4 |
| 3/20/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.6 |
| 3/20/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 6.5 |
| 3/20/2017 | Correspondence re: LSI foreign distribution | Kathryn Schultea | 6 | 0.5 |
| 3/20/2017 | Correspondence re: NNI claims processing matters | Kathryn Schultea | 6 | 0.5 |
| 3/20/2017 | Correspondence re: Claim payments and W9 Forms | Kathryn Schultea | 6 | 1.5 |
| 3/20/2017 | Determine FICA exemptions for all pension claimants using the Northern Trust payment register and code in W-4 Layout | Leticia Barrios | 6 | 9.5 |
| 3/20/2017 | Updates to claims database and compilation of updated reports and reconciliations | Mary Cilia | 6 | 4.8 |
| 3/20/2017 | R24 Recovery Model run | Raj Perubhatla | 6 | 3.5 |
| 3/21/2017 | Running BOXI reports for claim individuals / Employment verifications, etc. | Brandon Bangerter | 6 | 2.8 |
| 3/21/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.8 |
| 3/21/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 6.7 |
| 3/21/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 5.5 |
| 3/21/2017 | Correspondence re: Lexis Nexis | Kathryn Schultea | 6 | 0.5 |
| 3/21/2017 | Correspondence re: Follow up on employment records review for addresses | Kathryn Schultea | 6 | 1.3 |
| 3/21/2017 | Employee Claims Distribution - research returns for void/reissue | Kathryn Schultea | 6 | 2.0 |
| 3/21/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 3.0 |
| 3/21/2017 | Determine FICA exemptions for all pension claimants using the Northern Trust payment register and code in W-4 Layout | Leticia Barrios | 6 | 7.2 |
| 3/21/2017 | Follow up research and e-mails re: settlement of open claims | Mary Cilia | 6 | 2.7 |
| 3/22/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.6 |
| 3/22/2017 | Preparation for and meeting with EY on Employment Tax and Nortel Calculation discussion | Brandon Bangerter | 6 | 1.4 |
| 3/22/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.9 |
| 3/22/2017 | Review FICA exemptions for all pension claimants using the Northern Trust payment register | Kathryn Schultea | 6 | 4.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/22/2017 | Determine FICA exemptions for all pension claimants using the Northern Trust payment register and code in W-4 Layout | Leticia Barrios | 6 | 6.7 |
| 3/22/2017 | Former EE matters - research last known work address issues | Leticia Barrios | 6 | 3.2 |
| 3/23/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 5.3 |
| 3/23/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.4 |
| 3/23/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 3.0 |
| 3/23/2017 | Correspondence re: W4 addresses | Kathryn Schultea | 6 | 2.0 |
| 3/23/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 1.0 |
| 3/23/2017 | Follow up research and e-mails re: settlement of open claims | Mary Cilia | 6 | 1.6 |
| 3/24/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.8 |
| 3/24/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.9 |
| 3/24/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 2.5 |
| 3/24/2017 | Correspondence re: distribution follow up calls | Kathryn Schultea | 6 | 2.5 |
| 3/24/2017 | Correspondence re: Work state verification | Kathryn Schultea | 6 | 1.5 |
| 3/24/2017 | Conference Call re: Nortel weekly debrief | Kathryn Schultea | 6 | 1.0 |
| 3/24/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 8.0 |
| 3/27/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 5.1 |
| 3/27/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.8 |
| 3/27/2017 | Correspondence re: Unclaimed property | Kathryn Schultea | 6 | 0.5 |
| 3/27/2017 | Employee Claims Distribution - research returns for void/reissue | Kathryn Schultea | 6 | 1.5 |
| 3/27/2017 | Employee Claims Distribution - Determine FICA exemptions for all pension claimants using the Northern Trust payment register and code in W-4 Layout | Leticia Barrios | 6 | 6.7 |
| 3/28/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.3 |
| 3/28/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.6 |
| 3/28/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 2.3 |
| 3/28/2017 | Employee Claims Distribution - Populate the W-4 Layout file with Federal and State W-4's received including address changes | Leticia Barrios | 6 | 7.3 |
| 3/29/2017 | FICA taxation issues with Northern Trust Group verifications and research on payments | Brandon Bangerter | 6 | 2.6 |
| 3/29/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 2.3 |
| 3/29/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.3 |
| 3/29/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.4 |
| 3/29/2017 | Review Test T1 and T2 Employee Claims for FIT and SIT calculations | Kathryn Schultea | 6 | 2.5 |
| 3/29/2017 | Employee Claims Distribution - Provide a list of RIPR claimants in stream and not in stream from the Northern Trust Registry Report to determine FICA exemptions | Leticia Barrios | 6 | 8.8 |
| 3/30/2017 | Preparation for and meeting with EY on Employment Tax and Nortel Calculation discussion | Brandon Bangerter | 6 | 1.1 |
| 3/30/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 2.8 |
| 3/30/2017 | FICA taxation issues with Northern Trust Group verifications and research on payments | Brandon Bangerter | 6 | 2.4 |
| 3/30/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 4.3 |
| 3/30/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 9.7 |
| 3/30/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 5.5 |
| 3/30/2017 | Review Test T1 and T2 Employee Claims for FIT and SIT calculations | Kathryn Schultea | 6 | 3.0 |
| 3/30/2017 | Research foreign claimant matters | Kathryn Schultea | 6 | 0.8 |
| 3/30/2017 | Correspondence re: RIPR Claimants | Kathryn Schultea | 6 | 1.5 |
| 3/30/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Leticia Barrios | 6 | 5.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/30/2017 | Employee Claims Distribution - Determine FICA exemptions for all pension claimants using the Northern Trust payment registry and code in W-4 Layout | Leticia Barrios | 6 | 2.7 |
| 3/31/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 2.8 |
| 3/31/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.8 |
| 3/31/2017 | Respond to claimant's inquiries regarding distributions | David Kantorczyk | 6 | 1.0 |
| 3/31/2017 | Support - Test T1 and T2 Employee Claims for FIT and SIT calculations | Felicia Buenrostro | 6 | 6.0 |
| 3/31/2017 | Review Test T1 and T2 Employee Claims for FIT and SIT calculations | Kathryn Schultea | 6 | 4.0 |
| 3/31/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Leticia Barrios | 6 | 6.7 |
| 3/1/2017 | Review EY fee analysis | Kathryn Schultea | 7 | 1.0 |
| 3/2/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.7 |
| 3/2/2017 | Correspondence re: tax withholding matters | Kathryn Schultea | 7 | 1.3 |
| 3/2/2017 | Transition planning and QuickBooks review for upcoming meetings in Raleigh | Mary Cilia | 7 | 3.9 |
| 3/3/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.4 |
| 3/3/2017 | Continued transition planning and QuickBooks review for upcoming meetings in Raleigh | Mary Cilia | 7 | 4.5 |
| 3/3/2017 | EY tax update call JS,JW,DA,AB | Richard Lydecker | 7 | 0.5 |
| 3/5/2017 | EY Jan invoice review/comments | Richard Lydecker | 7 | 0.8 |
| 3/6/2017 | Review re: M&T Bank Statements | Kathryn Schultea | 7 | 0.3 |
| 3/6/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 7.5 |
| 3/6/2017 | Reconciliation of February bank accounts and related reporting | Mary Cilia | 7 | 2.8 |
| 3/7/2017 | Follow-up Correspondence re: Canadian tax withholding | Kathryn Schultea | 7 | 1.5 |
| 3/7/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 10.4 |
| 3/7/2017 | Continued reconciliation of February bank accounts and related reporting | Mary Cilia | 7 | 2.2 |
| 3/8/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 7.6 |
| 3/9/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 6.8 |
| 3/10/2017 | Voids/Re-Issues; M&T validation and clearing review | Kathryn Schultea | 7 | 2.5 |
| 3/10/2017 | Correspondence re: Signature forms (SUI) | Kathryn Schultea | 7 | 0.8 |
| 3/10/2017 | Follow up work flows and documentation re:  Finance/ Accounting transition and QuickBooks | Mary Cilia | 7 | 6.4 |
| 3/10/2017 | Call re tax work status | Richard Lydecker | 7 | 0.3 |
| 3/13/2017 | Correspondence re: Distribution withholding matters - research and respond | Kathryn Schultea | 7 | 2.5 |
| 3/13/2017 | Prepare February reconciliation of tax accrual account and related research | Mary Cilia | 7 | 1.8 |
| 3/13/2017 | Conference call with EY re: intercompany settlements and tax returns; related follow up research, documentation and e-mails. | Mary Cilia | 7 | 1.9 |
| 3/13/2017 | E-mails and calls re:  treasury investments and proposed maturities | Mary Cilia | 7 | 0.7 |
| 3/13/2017 | Research, development of reporting template and e-mails re:  unclaimed property | Mary Cilia | 7 | 2.8 |
| 3/14/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 6.5 |
| 3/14/2017 | Follow-up Correspondence re: Canadian tax payments | Kathryn Schultea | 7 | 2.0 |
| 3/14/2017 | Correspondence re: tax withholding matters | Kathryn Schultea | 7 | 1.5 |
| 3/14/2017 | Conference call with D. Kantorczyk re:  unclaimed property project, review of template; related prep and follow up | Mary Cilia | 7 | 0.9 |
| 3/15/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 4.0 |
| 3/15/2017 | Correspondence re: Tax reconciliation | Kathryn Schultea | 7 | 1.5 |
| 3/15/2017 | Review of payment proposal and direction letters to the bank and preparation of files as part of finance/accounting transition project | Mary Cilia | 7 | 2.2 |
| 3/16/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 4.5 |
| 3/16/2017 | Correspondence re: tax withholding matters | Kathryn Schultea | 7 | 1.0 |
| 3/16/2017 | Preparation of intercompany balance reports from QuickBooks and reconciliation to distributions model as part of accounting/finance transition | Mary Cilia | 7 | 4.1 |
| 3/16/2017 | Read, review and respond to e-mails re:  foreign affiliate issues, cash activity and other finance/accounting issues | Mary Cilia | 7 | 1.4 |
| 3/17/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 8.0 |
| 3/17/2017 | Conference calls, research and e-mails re: treasury maturities | Mary Cilia | 7 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/20/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 7.0 |
| 3/20/2017 | Correspondence re: M&T Bank and related follow up | Kathryn Schultea | 7 | 1.0 |
| 3/20/2017 | Tax agency payments | Kathryn Schultea | 7 | 2.0 |
| 3/20/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.0 |
| 3/20/2017 | Review preliminary results of unclaimed property research completed by D. Kantorczyk and documentation from prior claims | Mary Cilia | 7 | 2.4 |
| 3/21/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 7.0 |
| 3/21/2017 | Read, review, research and respond to various e-mails re:  MOR, claims distributions, etc. | Mary Cilia | 7 | 1.1 |
| 3/21/2017 | Review of draft MOR, related support and recreation of files as part of finance/accounting transition project | Mary Cilia | 7 | 5.4 |
| 3/22/2017 | Prepare schedule of unclaimed property by state for Debtor entities | David Kantorczyk | 7 | 6.0 |
| 3/22/2017 | Review re: M&T Bank and related follow-up | Kathryn Schultea | 7 | 1.0 |
| 3/24/2017 | Correspondence re: federal and state tax withholding matters | Kathryn Schultea | 7 | 2.0 |
| 3/24/2017 | Read, review, research and respond to e-mails re:  treasury maturities | Mary Cilia | 7 | 0.8 |
| 3/24/2017 | Tax work/projects JS,JW,AB,KL,KS,DA | Richard Lydecker | 7 | 0.5 |
| 3/27/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.8 |
| 3/27/2017 | Read, review and respond to e-mails re:  foreign affiliate issues, treasury maturities and other finance/accounting issues | Mary Cilia | 7 | 1.2 |
| 3/27/2017 | Review of final results of unclaimed property research and development of plan for next steps | Mary Cilia | 7 | 2.4 |
| 3/28/2017 | Finalize review of results of unclaimed property research, development of plan for next steps, summarize findings and send e-mail to J. Ray and others | Mary Cilia | 7 | 4.8 |
| 3/28/2017 | Read, review, research and respond to various issues, re:  foreign affiliate issues, accounting/finance transition and distributions | Mary Cilia | 7 | 1.1 |
| 3/28/2017 | Review of open bank accounts and comments re: post-emergence account closings and transitions | Mary Cilia | 7 | 0.8 |
| 3/30/2017 | Review EY fee analysis | Kathryn Schultea | 7 | 0.5 |
| 3/30/2017 | Correspondence re: RLKS/EY Engagement letter | Kathryn Schultea | 7 | 0.8 |
| 3/30/2017 | Research and respond to various e-mails re:  anticipated cash activity and timing and settlement receipts | Mary Cilia | 7 | 0.7 |
| 3/30/2017 | Review Feb invoice tax | Richard Lydecker | 7 | 0.5 |
| 3/31/2017 | Conference Call re: Weekly Debrief | Kathryn Schultea | 7 | 0.5 |
| 3/31/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.5 |
| 3/31/2017 | Calls and e-mails re: trust account for NNCC bonds | Mary Cilia | 7 | 0.8 |
| 3/2/2017 | Correspondence re: Zurich follow-up | Kathryn Schultea | 8 | 0.8 |
| 3/3/2017 | Correspondence re: NNI D&O Update | Kathryn Schultea | 8 | 0.5 |
| 3/8/2017 | Correspondence re: VEBA Trust, Plan Termination | Kathryn Schultea | 8 | 2.6 |
| 3/10/2017 | Conference call re: VEBA Trust, Plan Termination | Kathryn Schultea | 8 | 1.5 |
| 3/14/2017 | Correspondence re: VEBA Trust, Plan Termination | Kathryn Schultea | 8 | 1.8 |
| 3/28/2017 | Onsite (Raleigh at client site) - Meeting with T. Ross and K. Ponder to go over transition, tasks, and set goals for wind down; and follow-up | Kathryn Schultea | 8 | 9.0 |
| 3/30/2017 | Conference Call re: NNI Excess D&O and Excess Fiduciary Quotation | Kathryn Schultea | 8 | 0.5 |
| 3/30/2017 | Correspondence re: NNI D&O; follow-up on materials and historical documents | Kathryn Schultea | 8 | 1.5 |
| 3/1/2017 | Read, review, research and respond to creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.4 |
| 3/1/2017 | Follow up research and e-mails related to tax withholding templates for non-employee claims distributions | Mary Cilia | 9 | 2.7 |
| 3/1/2017 | Read, review and respond to e-mails re:  MOR | Mary Cilia | 9 | 0.3 |
| 3/1/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 7.5 |
| 3/2/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 3/2/2017 | Meeting with RLKS and EY team members to discuss Distribution pay dates, testing, Foreign claimants, W-4 layout file, and Registrations | Felicia Buenrostro | 9 | 1.0 |
| 3/2/2017 | Meeting with RLKS and EY team members to discuss Distribution pay dates, testing, Foreign claimants, W-4 layout file, and Registrations, and related action item follow-ups | Kathryn Schultea | 9 | 3.4 |
| 3/2/2017 | Meeting with RLKS and EY team members to discuss Distribution pay dates, testing, Foreign claimants, W-4 layout file, and Registrations | Leticia Barrios | 9 | 1.0 |
| 3/2/2017 | Review, calculations and documentation for first revision of draft distribution model | Mary Cilia | 9 | 3.2 |
| 3/2/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.3 |
| 3/2/2017 | Read, review, research and respond to e-mails re:  claims distributions | Mary Cilia | 9 | 0.8 |
| 3/2/2017 | Creditor calls re: convenience class rescissions | Mary Cilia | 9 | 1.4 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/2/2017 | R23 Distribution Model development | Raj Perubhatla | 9 | 6.2 |
| 3/3/2017 | Follow up calls and e-mails re:  convenience class rescissions | Mary Cilia | 9 | 1.3 |
| 3/3/2017 | Continued review, calculations and documentation for first revision of draft distribution model | Mary Cilia | 9 | 1.4 |
| 3/3/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 11.2 |
| 3/4/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 10.5 |
| 3/5/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.8 |
| 3/5/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 11.2 |
| 3/6/2017 | Integration Model development | Raj Perubhatla | 9 | 3.5 |
| 3/6/2017 | Reissuing checks for D1.2 | Raj Perubhatla | 9 | 1.0 |
| 3/6/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 1.5 |
| 3/8/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 3/8/2017 | Meeting with RLKS and EY team members to discuss 2017 Distribution planning and testing, Registrations, and Work plan review | Felicia Buenrostro | 9 | 1.0 |
| 3/8/2017 | Meeting with RLKS and EY team members to discuss 2017 Distribution planning and testing, Registrations, and Work plan review; and related follow-up items | Leticia Barrios | 9 | 3.0 |
| 3/8/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.9 |
| 3/8/2017 | Weekly Status Call | Raj Perubhatla | 9 | 0.8 |
| 3/8/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 8.5 |
| 3/8/2017 | Working session call with EY | Raj Perubhatla | 9 | 1.0 |
| 3/9/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 10.5 |
| 3/10/2017 | Research e-mails and documentation related to Effective Date planning | Kathryn Schultea | 9 | 1.0 |
| 3/10/2017 | Conference call with K. Schultea and Cleary re:  VEBA account and claims distributions; related follow up | Mary Cilia | 9 | 0.6 |
| 3/10/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 9.5 |
| 3/11/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 9.7 |
| 3/12/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 11.5 |
| 3/13/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.1 |
| 3/13/2017 | Conference call with D. Kantorczyk re:  status of tax withholding on distributions project, convenience class rescissions and various other project updates; related prep and follow up | Mary Cilia | 9 | 1.6 |
| 3/13/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 5.5 |
| 3/14/2017 | Research related to distributions on crossover claims; related e-mails and calls | Mary Cilia | 9 | 1.8 |
| 3/14/2017 | Follow up research re: VEBA account and related e-mail | Mary Cilia | 9 | 0.6 |
| 3/14/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.4 |
| 3/14/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 7.8 |
| 3/15/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 3/15/2017 | Meeting with RLKS and EY team members to discuss Effective Date Distribution, Post-emergence Distribution, Local Taxes, Foreign Claimants, Registrations, and Work plan review | Felicia Buenrostro | 9 | 1.0 |
| 3/15/2017 | Correspondence re: Claim withholding model | Kathryn Schultea | 9 | 0.8 |
| 3/15/2017 | Meeting with RLKS and EY team members to discuss effective date distribution, post-emergence distribution, local taxes, foreign claimants, registrations, and project work plan, and related action item follow-ups | Kathryn Schultea | 9 | 3.3 |
| 3/15/2017 | Meeting with RLKS and EY team members to discuss Effective Date Distribution, Post-emergence Distribution, Local Taxes, Foreign Claimants, Registrations, and Work plan review | Leticia Barrios | 9 | 1.0 |
| 3/15/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.1 |
| 3/15/2017 | R23 Distribution Model development | Raj Perubhatla | 9 | 6.5 |
| 3/15/2017 | Weekly Status Call | Raj Perubhatla | 9 | 1.0 |
| 3/16/2017 | Analysis regarding unclaimed employee liabilities and related documentation for distribution model | Mary Cilia | 9 | 3.6 |
| 3/16/2017 | R23 Distribution Model development | Raj Perubhatla | 9 | 4.5 |
| 3/16/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 1.5 |
| 3/17/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.3 |
| 3/17/2017 | Review, reconcile and comment on revised distribution model reports with new format | Mary Cilia | 9 | 5.1 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/17/2017 | Read, review, research and respond to e-mails re: taxation on employee pension distributions | Mary Cilia | 9 | 0.8 |
| 3/17/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 5.2 |
| 3/18/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 10.0 |
| 3/19/2017 | Prepare revised structure chart for distribution model and send to R. Perubhatla | Mary Cilia | 9 | 4.7 |
| 3/19/2017 | Review final results of convenience class rescission project and update structure chart accordingly | Mary Cilia | 9 | 1.2 |
| 3/19/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 10.0 |
| 3/20/2017 | Correspondence re: Nortel Plan follow up | Kathryn Schultea | 9 | 0.8 |
| 3/20/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.2 |
| 3/21/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.2 |
| 3/21/2017 | R24 Recovery Model run | Raj Perubhatla | 9 | 7.5 |
| 3/22/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 3/22/2017 | Meeting with RLKS and EY team members to discuss Distribution planning, testing, open items, and work plan dates | Felicia Buenrostro | 9 | 1.0 |
| 3/22/2017 | Meeting with RLKS and EY team members to discuss distribution planning, testing, open items, and project work plan dates, and related action item follow-ups | Kathryn Schultea | 9 | 2.3 |
| 3/22/2017 | Meeting with RLKS and EY team members to discuss Distribution planning, testing, open items, and work plan dates | Leticia Barrios | 9 | 1.0 |
| 3/22/2017 | Review and reconciliation of distribution model reports from revised run | Mary Cilia | 9 | 6.3 |
| 3/22/2017 | Prepare summary of changes and related e-mail to J. Ray and M. Kennedy with revised run of distribution model reports | Mary Cilia | 9 | 1.3 |
| 3/22/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.4 |
| 3/22/2017 | Read, review and respond to e-mails re:  pension payments and related tax calculations | Mary Cilia | 9 | 0.8 |
| 3/22/2017 | Weekly Status Call | Raj Perubhatla | 9 | 1.0 |
| 3/23/2017 | Meeting with RLKS and EY team members to discuss employee claim type mapping for pension plans and FICA exemptions | Felicia Buenrostro | 9 | 1.0 |
| 3/23/2017 | Meeting with RLKS and EY team members to discuss employee claim type mapping for pension plans and FICA exemptions and related action item follow-up | Kathryn Schultea | 9 | 2.8 |
| 3/23/2017 | Correspondence re: Nortel closing documents | Kathryn Schultea | 9 | 1.0 |
| 3/23/2017 | Meeting with RLKS and EY team members to discuss employee claim type mapping for pension plans and FICA exemptions; and related research follow-up | Leticia Barrios | 9 | 4.5 |
| 3/23/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.1 |
| 3/23/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 3.7 |
| 3/24/2017 | Read, review and respond to e-mails re:  pension payments and related tax calculations | Mary Cilia | 9 | 0.6 |
| 3/24/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.8 |
| 3/24/2017 | G2N Multiple distributions development - MD Taxes | Raj Perubhatla | 9 | 8.0 |
| 3/25/2017 | G2N Multiple distributions reports | Raj Perubhatla | 9 | 10.2 |
| 3/26/2017 | G2N Multiple distributions reports | Raj Perubhatla | 9 | 7.5 |
| 3/27/2017 | Review of revised domestic tax template from EY, comments and preparation of updates for distribution database | Mary Cilia | 9 | 4.1 |
| 3/27/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.6 |
| 3/27/2017 | G2N Multiple distributions reports | Raj Perubhatla | 9 | 10.0 |
| 3/28/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.4 |
| 3/29/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.6 |
| 3/29/2017 | Research and analysis on non-qualified pension claims related to tax withholdings on distributions; related e-mails. | Mary Cilia | 9 | 1.9 |
| 3/29/2017 | Review of revised foreign tax template from EY, comments and preparation of updates for distribution database | Mary Cilia | 9 | 5.8 |
| 3/29/2017 | Call to discuss FICA impact on distributions | Raj Perubhatla | 9 | 0.5 |
| 3/29/2017 | G2N development for generating Manual Claims | Raj Perubhatla | 9 | 2.3 |
| 3/29/2017 | G2N development for RIPR FICA | Raj Perubhatla | 9 | 5.6 |
| 3/30/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 3/30/2017 | Meeting with RLKS and EY team members to discuss 2017 Distribution dates, tax solicitations, address changes, Testing T1 and T2, Foreign claimants, and FICA tax exemptions for pension claimants | Felicia Buenrostro | 9 | 1.0 |
| 3/30/2017 | Conference Call re: Effective date update | Kathryn Schultea | 9 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/30/2017 | Meeting with RLKS and EY team members to discuss status update for Gross to Net Tax Project with 2017 distribution planning and testing, Canada registrations, and project work plan | Kathryn Schultea | 9 | 1.5 |
| 3/30/2017 | Correspondence re: Nortel closing documents | Kathryn Schultea | 9 | 1.3 |
| 3/30/2017 | Meeting with RLKS and EY team members to discuss 2017 Distribution dates, tax solicitations, address changes, Testing T1 and T2, Foreign claimants, and FICA tax exemptions for pension claimants | Leticia Barrios | 9 | 1.0 |
| 3/30/2017 | Conference call with J. Ray, M. Kennedy and K. Schultea re: plan emergence and distributions, related prep and follow up | Mary Cilia | 9 | 0.8 |
| 3/30/2017 | Due diligence analysis on distribution model | Mary Cilia | 9 | 5.4 |
| 3/30/2017 | Follow up research, review and e-mails re: non-qualified pension distributions and related tax withholding | Mary Cilia | 9 | 0.9 |
| 3/30/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 3/30/2017 | Weekly Status Call | Raj Perubhatla | 9 | 1.0 |
| 3/30/2017 | G2N development for RIPR FICA | Raj Perubhatla | 9 | 6.5 |
| 3/31/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.1 |
| 3/31/2017 | Continued due diligence analysis on distribution model | Mary Cilia | 9 | 5.8 |
| 3/31/2017 | G2N development for RIPR FICA | Raj Perubhatla | 9 | 6.5 |