# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**March 1 - 31, 2017**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 1,392.50 |
| Travel – Lodging | 2,211.04 |
| Travel – Transportation | 1,059.42 |
| Travel – Meals | 290.58 |
| Office Expenses | 358.27 |
| TOTAL | $ 5,311.81 |
| | |

## Nortel Expense Report

**PERIOD:** March 1 - 31, 2017

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 3/5/2017 | Travel to Client Site | $348.70 | $348.40 | $193.83 | $7.00 | | Mary Cilia | A-Economy Airfare; T - Car Service from Home Office to Airport, Hotel Parking and Avis Rental Car; M-D=$7.00 |
| 3/6/2017 | Work at Client Site | | $370.95 | $80.08 | $46.18 | | Mary Cilia | T - Hotel Parking and Avis Rental Car; M-L=$13.24; D=$32.94 |
| 3/7/2017 | Work at Client Site | | $393.50 | $80.08 | $58.97 | | Mary Cilia | T - Hotel Parking and Avis Rental Car; M-L=$14.49; D=$44.48 |
| 3/8/2017 | Work at Client Site | | $393.50 | $80.08 | $65.88 | | Mary Cilia | T - Hotel Parking and Avis Rental Car; M-D=$65.88 |
| 3/9/2017 | Travel from Client Site | $348.70 | | $173.82 | $35.10 | | Mary Cilia | A-Economy Airfare; T - Avis Rental Car and Car Service from Airport to Home Office; M-L=$35.10 |
| 3/8/2017 | Raleigh - Regus | | | | | $270.00 | Kathryn Schultea | Nortel weekly office space rental (M. Cilia) |
| 3/23/2017 | Postage | | | | | $88.27 | Kathryn Schultea | SUI mailing |
| 3/27/2017 | Travel to Raleigh for Client meeting | $347.55 | $341.63 | $190.51 | $32.00 | | Kathryn Schultea | Economy airfare; One night hotel stay; car service to airport, hotel parking, car rental, dinner |
| 3/28/2017 | Onsite in NC for client work | | $363.06 | $85.51 | $45.45 | | Kathryn Schultea | One night hotel stay, hotel parking, car rental, dinner |
| 3/29/2017 | Travel from Raleigh to Houston | $347.55 | | $175.51 | | | Kathryn Schultea | Economy airfare; car rental, car service from airport |
| | | $ 1,392.50 | $ 2,211.04 | $ 1,059.42 | $ 290.58 | $ 358.27 | | |