# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 18022] | 2/1/17 - 2/28/17 | $46,298.00 (Fees)  $1,344.43 (Expenses) | $37,038.40 (Fees @ 80%)  $1,344.43 (Expenses @ 100%) | 3/17/2017 | 4/6/2017 |

2236207v1