# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2017 through March 31, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 3/1/17   End Date 3/31/17

**Enter Billing Rate/Hr:** 800.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 34.6 | $800.00 | $27,680.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | | | |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | 4.5 | $800.00 | $3,600.00 |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 31.0 | $800.00 | $24,800.00 |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 4.3 | $800.00 | $3,440.00 |
| | **Hours/Billing Amount for Period:** | **74.4** | | **$59,520.00** |

**Nortel TIME SHEET** — 74.4
John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Enter Start Time Hour (1-23) | Enter Start Time Minutes (1-59) | Enter End Time Hour (1-23) | Enter End Time Minutes (1-59) | Hours/ Minutes Worked |
|---|---|---|---|---|---|---|---|---|
| 3/1/17 | Works related to distribution and claims | John Ray | 9 | 1 | 0 | 3 | 0 | 2.0 |
| 3/2/17 | Claims reconciliation review; distribution model | John Ray | 3 | 1 | 0 | 3 | 30 | 2.5 |
| 3/3/17 | Claims reconciliation; review model | John Ray | 3 | 1 | 0 | 3 | 30 | 2.5 |
| 3/6/17 | Call re appeals (.5) and further model review (3.0) | John Ray | 9 | 1 | 0 | 4 | 30 | 3.5 |
| 3/6/17 | Prepare February fee app | John Ray | 11 | 1 | 0 | 5 | 0 | 4.0 |
| 3/7/17 | Review omnibus objection; comments | John Ray | 3 | 1 | 0 | 3 | 45 | 2.8 |
| 3/7/17 | Review and file February fee app | John Ray | 11 | 1 | 0 | 1 | 15 | 0.3 |
| 3/8/17 | Omnibus objection review; claims review | John Ray | 3 | 1 | 0 | 4 | 30 | 3.5 |
| 3/9/17 | Model update review | John Ray | 9 | 1 | 0 | 3 | 50 | 2.8 |
| 3/10/17 | Approve and execute omnibus objection | John Ray | 3 | 1 | 0 | 3 | 0 | 2.0 |
| 3/13/17 | Update related to appeals; review of model | John Ray | 9 | 1 | 0 | 4 | 0 | 3.0 |
| 3/14/17 | Claims update and analysis; comment | John Ray | 3 | 1 | 0 | 4 | 30 | 3.5 |
| 3/15/17 | Review leter to district court (.3) and update models (3.0) | John Ray | 9 | 1 | 0 | 4 | 20 | 3.3 |
| 3/16/17 | Distribution model update review | John Ray | 9 | 1 | 0 | 3 | 0 | 2.0 |
| 3/17/17 | Distribution model changes | John Ray | 9 | 1 | 0 | 3 | 20 | 2.3 |
| 3/20/17 | MOR review and signature (.7); claims update (1.8) | John Ray | 3 | 1 | 0 | 3 | 30 | 2.5 |
| 3/21/17 | Various administrative matters | John Ray | 8 | 1 | 0 | 5 | 30 | 4.5 |
| 3/22/17 | Wanland claims matter and distribution preparation | John Ray | 9 | 1 | 0 | 5 | 0 | 4.0 |
| 3/23/17 | Lease claim review and proposal for resolution; review materials | John Ray | 3 | 1 | 0 | 5 | 30 | 4.5 |
| 3/24/17 | Review Canada appeal matter; review documents from counsel | John Ray | 9 | 1 | 0 | 5 | 45 | 4.8 |
| 3/27/17 | Further review of appeals matter; communications from counsel re same | John Ray | 9 | 1 | 0 | 4 | 15 | 3.3 |
| 3/28/17 | Claims and distribution model review | John Ray | 3 | 1 | 0 | 3 | 0 | 2.0 |
| 3/29/17 | Claims and distribution model testing | John Ray | 3 | 1 | 0 | 3 | 30 | 2.5 |
| 3/30/17 | Call re claims; distribution preparation | John Ray | 3 | 1 | 0 | 4 | 20 | 3.3 |
| 3/31/17 | Claims update and analysis; comment; (2.0) insurance matters (1.0) | John Ray | 3 | 1 | 0 | 4 | 0 | 3.0 |