# EXHIBIT B

**EXPENSE SUMMARY/DETAIL**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

March 1, 2017 through March 31, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**Nortel Networks, Inc.**

**EXPENSE SUMMARY**
**March 1, 2017 through March 31, 2017**

**John Ray**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $   - |
| Travel – Lodging | | - |
| Travel – Transportation | | - |
| Travel – Meals | | - |
| Travel - Parkig | | - |
| TOTAL | | $   - |
| | | |