# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Sixty-Fifth Monthly Application of John Ray, as Principal Officer of Nortel Networks, Inc. for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2017 through March 31, 2017** was caused to be made on April 11, 2017, in the manner indicated upon the entities identified below:

Date:   April 11, 2017  
       Wilmington, DE

                    */s/ Tamara K. Minott*  
                Tamara K. Minott (No. 5120)

**VIA HAND DELIVERY**

Christopher M. Samis, Esq.  
L. Katherine Good, Esq.  
Whiteford Taylor & Preston LLC  
The Renaissance Center  
405 N. King Street, Suite 500  
Wilmington, DE  19801  
(Counsel for Official Committee Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207, Lockbox 35  
Wilmington, DE  19801-3519  
Email:  Mark.Kenney@usdoj.gov  
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA  
Master, Sidlow & Associates, P.A.  
2002 West 14th Street  
Wilmington, DE  19806  
Email:  jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.  
Attn: Accounts Payable  
8601 Six Forks Rd.  
Suite 400  
Raleigh, NC 27615  
(Debtor)

Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  
(Counsel for Official Committee Of Unsecured Creditors)

4078212.49