**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>Nortel Networks Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br>**Re: DI 17432, 17836, 18069 & 18088** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
CONCERNING MOTION OF SNMP RESEARCH, INC. AND
SNMP RESEARCH INTERNATIONAL, INC. TO AMEND PROOFS
OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT**

The undersigned counsel for plaintiffs, SNMP Research International, Inc. and SNMP Research, Inc. (together, "**SNMP Research**"), hereby certify as follows:

1. On November 23, 2016, SNMP Research filed the *Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket No. 17432] (the "**Motion**").

2. On January 30, 2017, the U.S. Debtors filed the *Debtors' Memorandum of Law in Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket No. 17836].

3. On April 5, 2017, SNMP Research filed its *Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket Nos. 18069 (sealed) & 18088 (redacted)] (the "**Reply**").

4. The Reply exceeds the page limit applicable under section 2(a)(vi) of the *General Chambers Procedures* for the United States Bankruptcy Court for the District of Delaware,

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "U.S. Debtors").

53651/0001-14370138v1

which applies the 20-page limit for replies under Local Rule 7007-2(a)(iv) in adversary proceedings to contested matters.

5. The parties have entered into a stipulation (the "**Stipulation**") (1) agreeing that the Reply may exceed the applicable page limit as filed and (2) that the U.S. Debtors may file a sur-reply.

6. A copy of the Stipulation and the proposed order approving same are attached hereto as **Exhibit 1**.

7. SNMP Research requests that the Court enter an order approving the Stipulation substantially in the form attached hereto at the Court's earliest convenience.

Dated: April 12, 2017

**OF COUNSEL**

Richard S. Busch, Esq.
Andrew Coffman, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com
acoffman@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*