**<u>EXHIBIT 1</u>**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Nortel Networks Inc., *et al.,*<br><div align="right">Debtors.[1]</div> | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br>**Re: DI 17432, 17836, 18069 & 18088** |

## STIPULATION CONCERNING MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO AMEND <u>PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT</u>

SNMP Research International, Inc. and SNMP Research, Inc. (together, "<u>SNMP Research</u>"), and the above-captioned U.S. Debtors (together with SNMP Research, the "<u>Parties</u>"), by their undersigned counsel hereby stipulate and agree as follows:

### <u>Recitals</u>

A.    On November 23, 2016, SNMP Research filed the *Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket No. 17432].

B.    On January 30, 2017, the U.S. Debtors filed the *Debtors' Memorandum of Law in Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket No. 17836].

C.    On April 5, 2017, SNMP Research filed its *Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket Nos. 18069 (sealed) & 18088 (redacted)] (the "<u>Reply</u>").

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "<u>U.S. Debtors</u>").

D.     The Reply exceeds the page limit applicable under section 2(a)(vi) of the *General Chambers Procedures* for the United States Bankruptcy Court for the District of Delaware, which applies the 20-page limit for replies under Local Rule 7007-2(a)(iv) in adversary proceedings to contested matters.

**<u>Stipulation</u>**

The Parties hereby stipulate and agree as follows:

1.     Subject to the entry of an order approving this Stipulation, the U.S. Debtors consent to the Reply exceeding the applicable page limit.

2.     Subject to the entry of an order approving this Stipulation, SNMP Research consents to the U.S. Debtors' filing of a surreply to the Reply on or before April 26, 2017.  The surreply shall not exceed 15 pages in length (Times New Roman, 12 point font, double-spaced).

[*Signature Page to Follow*]

2

**STIPULATED AND AGREED TO THIS 12th DAY OF APRIL, 2017.**

<table>
<tr>
<td></td>
<td>COLE SCHOTZ P.C.</td>
</tr>
<tr>
<td><u>OF COUNSEL</u></td>
<td><u>/s/  Nicholas J. Brannick</u></td>
</tr>
<tr>
<td>
Richard S. Busch, Esq.<br>
<b>King & Ballow Law Offices</b><br>
315 Union Street, Suite 1100<br>
Nashville, TN 37201<br>
(615) 259-3456 (Telephone)<br>
(615) 726-5417 (Facsimile)<br>
     -and-
</td>
<td>
Norman L. Pernick (No. 2290)<br>
Nicholas J. Brannick (No. 5721)<br>
500 Delaware Avenue, Suite 1410<br>
Wilmington, DE 19801<br>
(302) 651-2002 (Telephone)<br>
(302) 652-3117 (Facsimile)<br>
<br>
     -and-
</td>
</tr>
<tr>
<td>
John L. Wood, Esq.<br>
<b>Egerton, McAfee, Armistead &<br>
Davis, P.C.</b><br>
900 S. Gay Street<br>
Knoxville, TN 37902<br>
(865) 546-0500 (Telephone)<br>
(865) 525-5293 (Facsimile)
</td>
<td>
G. David Dean, Esq.<br>
300 E. Lombard Street, Suite 1450<br>
Baltimore, MD 21202<br>
(410) 230-0660 (Telephone)<br>
(410) 230-0667 (Facsimile)<br>
<br>
<i>Counsel for SNMP Research, Inc. and SNMP<br>
Research International, Inc.</i>
</td>
</tr>
<tr>
<td></td>
<td>
<b>MORRIS, NICHOLS, ARSHT &<br>
   TUNNELL LLP</b>
</td>
</tr>
<tr>
<td><u>OF COUNSEL</u></td>
<td><u>/s/  Tamara K. Minott</u></td>
</tr>
<tr>
<td>
Lisa M. Schweitzer<br>
David H. Herrington<br>
Philip A. Cantwell<br>
<b>Cleary Gottlieb Steen & Hamilton LLP</b><br>
One Liberty Plaza<br>
New York, New York 10006<br>
(212) 225-2000 (Telephone)<br>
(212) 225-3999 (Facsimile)
</td>
<td>
Derek C. Abbott (No. 3376)<br>
Andrew R. Remming (No. 5120)<br>
Tamara K. Minott (No. 5643)<br>
Andrew J. Roth-Moore (No. 5988)<br>
1201 North Market Street<br>
P.O. Box 1347<br>
Wilmington, Delaware 19801<br>
(302) 658-9200 (Telephone)<br>
(302) 658-3989 (Facsimile)<br>
<br>
<i>Counsel to the Debtors and Debtors-in-<br>
Possession</i>
</td>
</tr>
</table>

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.,* | |
| Debtors.[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| | **Re: DI _____** |

### ORDER APPROVING STIPULATION CONCERNING MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO AMEND PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT

The Parties[2] having entered into a *Stipulation Concerning Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* (the "**Stipulation**"), the Court having reviewed the Stipulation and determined that the proposed Stipulation will promote the efficient administration of these matters, it is ORDERED that:

1.      The Stipulation, attached hereto as <u>Exhibit A</u>, is approved.

2.      The filing of the Reply in excess of the page limit set forth in Local Rule 7007-2(a)(iv), made applicable to this contested matter through the Court's General Chambers Procedures, is approved.

3.      The U.S. Debtors may file a sur-reply to the Reply on or before April 26, 2017, not to exceed 15 pages in length.

Dated: _____, 2017
      Wilmington, Delaware

                              _____
                              Honorable Kevin Gross
                              United States Bankruptcy Judge

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "<u>U.S. Debtors</u>").

[2] Capitalized terms used but not defined in this Order shall have the meaning given those terms in the Stipulation.

## **EXHIBIT A**

*Stipulation*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Nortel Networks Inc., *et al.,*<br><div align="right">Debtors.[1]</div> | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br>**Re: DI 17432, 17836, 18069 & 18088** |

### STIPULATION CONCERNING MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO AMEND PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT

SNMP Research International, Inc. and SNMP Research, Inc. (together, "SNMP Research"), and the above-captioned U.S. Debtors (together with SNMP Research, the "Parties"), by their undersigned counsel hereby stipulate and agree as follows:

### Recitals

A.    On November 23, 2016, SNMP Research filed the *Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket No. 17432].

B.    On January 30, 2017, the U.S. Debtors filed the *Debtors' Memorandum of Law in Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket No. 17836].

C.    On April 5, 2017, SNMP Research filed its *Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* [Docket Nos. 18069 (sealed) & 18088 (redacted)] (the "Reply").

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "U.S. Debtors").

D.      The Reply exceeds the page limit applicable under section 2(a)(vi) of the *General Chambers Procedures* for the United States Bankruptcy Court for the District of Delaware, which applies the 20-page limit for replies under Local Rule 7007-2(a)(iv) in adversary proceedings to contested matters.

## **Stipulation**

The Parties hereby stipulate and agree as follows:

1.      Subject to the entry of an order approving this Stipulation, the U.S. Debtors consent to the Reply exceeding the applicable page limit.

2.      Subject to the entry of an order approving this Stipulation, SNMP Research consents to the U.S. Debtors' filing of a surreply to the Reply on or before April 26, 2017.  The surreply shall not exceed 15 pages in length (Times New Roman, 12 point font, double-spaced).

[*Signature Page to Follow*]

**STIPULATED AND AGREED TO THIS 12th DAY OF APRIL, 2017.**

**COLE SCHOTZ P.C.**

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Telephone)
(615) 726-5417 (Facsimile)
   -and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead &
Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Telephone)
(865) 525-5293 (Facsimile)

*/s/  Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Telephone)
(302) 652-3117 (Facsimile)

   -and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Telephone)
(410) 230-0667 (Facsimile)

*Counsel for SNMP Research, Inc. and SNMP
Research International, Inc.*

**MORRIS, NICHOLS, ARSHT &
   TUNNELL LLP**

**OF COUNSEL**

Lisa M. Schweitzer
David H. Herrington
Philip A. Cantwell
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, New York 10006
(212) 225-2000 (Telephone)
(212) 225-3999 (Facsimile)

*/s/  Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
(302) 658-9200 (Telephone)
(302) 658-3989 (Facsimile)

*Counsel to the Debtors and Debtors-in-
Possession*