**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>Nortel Networks Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br>Re: DI  18093 |

## ORDER APPROVING STIPULATION CONCERNING MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO AMEND PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT

The Parties[2] having entered into a *Stipulation Concerning Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant* (the "**Stipulation**"), the Court having reviewed the Stipulation and determined that the proposed Stipulation will promote the efficient administration of these matters, it is ORDERED that:

1. The Stipulation, attached hereto as Exhibit A, is approved.

2. The filing of the Reply in excess of the page limit set forth in Local Rule 7007-2(a)(iv), made applicable to this contested matter through the Court's General Chambers Procedures, is approved.

3. The U.S. Debtors may file a sur-reply to the Reply on or before April 26, 2017, not to exceed 15 pages in length.

Dated: April 13, 2017
Wilmington, Delaware

_____
Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "U.S. Debtors").

[2] Capitalized terms used but not defined in this Order shall have the meaning given those terms in the Stipulation.