# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 18035] | 1/1/17 - 1/31/17 | $120,985.50 (Fees)<br><br>$568.00 (Expenses) | $96,788.40 (Fees @ 80%)<br><br>$568.00 (Expenses @ 100%) | 3/23/17 | 4/12/17 |

2241829.1