# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

March 1, 2017 Through March 31, 2017

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Photos/Art/Spec. Duplicating | Out of Office | $1,047.73 |
| Transcripts | | 1,128.40 |
| Messenger Services | | 95.00 |
| Courier/Delivery Service | | 127.13 |
| Computer Research | Westlaw | 345.23 |
| In House Duplicating | | 278.40 |
| Postage | | 47.67 |
| Pacer | | 160.00 |
| Conference Calls | | 140.00 |
| **Total Expenses** | | **$3,369.56** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1485930 | 02/26/17 | B | 941.40 | Transcripts - TSG REPORTING, INC. - TRANSCRIP OF DEPOSITION - JAMES HEANEY - 2/26/17 | 506 | 971 | 223907 |
| 1487211 | 03/14/17 | B | 187.00 | Transcripts - DIAZ DATA SERVICES - 14-DAY - CASE 09-10138 - 3/14/17 | 506 | 971 | 224016 |
| 1485931 | 02/22/17 | B | 30.05 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 2/22/17 | 510 | 546 | 223908 |
| 1489029 | 02/24/17 | B | 96.25 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY - BANKRUPTCY SERVICE - 02/24/2017 | 510 | 684 | 224066 |
| 1492779 | 03/28/17 | B | 921.43 | Photos/Art/Spec Duplicating-Out of Office - D DISCOVERY` BANKRUPTCY SERVICE - 03/28/2017 | 510 | 684 | 224302 |
| 1483519 | 02/27/17 | B | 5.00 | Messenger Service - to USBC | 513S | 971 | |
| 1483520 | 02/27/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 971 | |
| 1483543 | 03/01/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1483544 | 03/01/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1483545 | 03/01/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1483551 | 03/01/17 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1483554 | 03/01/17 | B | 5.00 | Messenger Service - to USBC | 513S | 684 | |
| 1483562 | 03/02/17 | B | 5.00 | Messenger Service - to Trustee | 513S | 684 | |
| 1483569 | 03/02/17 | B | 5.00 | Messenger Service - to Whiteford Taylor | 513S | 684 | |
| 1490586 | 03/08/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 684 | |
| 1490608 | 03/10/17 | B | 5.00 | Messenger Service - TRUSTEE` | 513S | 684 | |
| 1490635 | 03/15/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 684 | |
| 1490984 | 03/16/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 684 | |
| 1490985 | 03/16/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 684 | |
| 1491077 | 03/23/17 | B | 5.00 | Messenger Service - USBC | 513S | 546 | |
| 1491078 | 03/24/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 684 | |
| 1493698 | 03/30/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 684 | |
| 1493713 | 03/31/17 | B | 5.00 | Messenger Service - TRUSTEE | 513S | 971 | |
| 1493714 | 03/31/17 | B | 5.00 | Messenger Service - USBC | 513S | 971 | |
| 1485432 | 02/24/17 | B | 31.85 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 223865 |
| 1488576 | 02/27/17 | B | 19.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 224043 |

Nortel Networks, Inc.  PRO FORMA  418798  AS OF 03/31/17  INVOICE# ******
63989-DIP
DATE: 04/11/17 09:30:18

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1488563 | 03/03/17 | B | 33.04 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 224043 |
| 1492663 | 03/09/17 | B | 22.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 224298 |
| 1491115 | 03/16/17 | B | 20.70 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 224181 |
| 1483131 | 03/03/17 | B | 37.62 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1483132 | 03/03/17 | B | 18.81 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1485723 | 03/06/17 | B | 56.43 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1485724 | 03/06/17 | B | 157.13 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1485725 | 03/07/17 | B | 18.81 | Computer Research - Westlaw Search Performed by: MINOTT,TAMARA | 515 | 000 | |
| 1485726 | 03/07/17 | B | 56.43 | Computer Research - Westlaw Search Performed by: ROTH-MOORE,ANDREW | 515 | 000 | |
| 1480292 | 02/27/17 | B | 0.20 | In-House Duplicating | 519 | 626 | |
| 1485476 | 03/10/17 | B | 0.10 | In-House Duplicating | 519 | 971 | |
| 1491571 | 03/29/17 | B | 63.60 | In-House Duplicating | 519 | 684 | |
| 1492182 | 03/31/17 | B | 7.60 | In-House Duplicating | 519 | 971 | |
| 1483334 | 03/01/17 | B | 4.20 | Postage | 520 | 684 | |
| 1483337 | 03/02/17 | B | 4.83 | Postage | 520 | 684 | |
| 1490430 | 03/08/17 | B | 4.20 | Postage | 520 | 684 | |
| 1490438 | 03/10/17 | B | 4.20 | Postage | 520 | 684 | |
| 1490447 | 03/15/17 | B | 6.09 | Postage | 520 | 684 | |
| 1490462 | 03/16/17 | B | 3.57 | Postage | 520 | 684 | |
| 1490503 | 03/24/17 | B | 4.20 | Postage | 520 | 684 | |
| 1492820 | 03/29/17 | B | 8.19 | Postage | 520 | 684 | |
| 1493664 | 03/30/17 | B | 8.19 | Postage | 520 | 684 | |
| 1486328 | 02/28/17 | B | 160.00 | Pacer charges for the month of February | 529 | 000 | |
| 1481522 | 03/01/17 | B | 18.00 | In-House Printing - black & white Call time: 21:33; to | 541 | 623 | |
| 1481523 | 03/02/17 | B | 35.20 | In-House Printing - black & white Call time: 15:06; to | 541 | 684 | |
| 1483647 | 03/06/17 | B | 4.10 | In-House Printing - black & white Call time: 10:57; to | 541 | 221 | |
| 1483648 | 03/06/17 | B | 0.20 | In-House Printing - black & white Call time: 10:57; to | 541 | 221 | |
| 1483649 | 03/06/17 | B | 4.10 | In-House Printing - black & white Call time: 10:59; to | 541 | 221 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. 63989-DIP | | | | PRO FORMA  418798 | AS OF 03/31/17 | | INVOICE# ****** |
| DATE: 04/11/17 09:30:18 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1483650 | 03/06/17 | B | 0.10 | In-House Printing - black & white Call time: 10:59; to | 541 | 221 | |
| 1483651 | 03/06/17 | B | 6.30 | In-House Printing - black & white Call time: 17:26; to | 541 | 034 | |
| 1484269 | 03/07/17 | B | 11.50 | In-House Printing - black & white Call time: 17:51; to | 541 | 605 | |
| 1484270 | 03/07/17 | B | 4.40 | In-House Printing - black & white Call time: 17:05; to | 541 | 034 | |
| 1484768 | 03/08/17 | B | 5.00 | In-House Printing - black & white Call time: 14:02; to | 541 | 684 | |
| 1484769 | 03/08/17 | B | 2.50 | In-House Printing - black & white Call time: 11:30; to | 541 | 961 | |
| 1484770 | 03/08/17 | B | 0.10 | In-House Printing - black & white Call time: 11:30; to | 541 | 961 | |
| 1484771 | 03/08/17 | B | 2.20 | In-House Printing - black & white Call time: 08:48; to | 541 | 684 | |
| 1484772 | 03/08/17 | B | 0.10 | In-House Printing - black & white Call time: 08:48; to | 541 | 684 | |
| 1484773 | 03/08/17 | B | 0.60 | In-House Printing - black & white Call time: 10:53; to | 541 | 603 | |
| 1484774 | 03/08/17 | B | 0.80 | In-House Printing - black & white Call time: 10:53; to | 541 | 603 | |
| 1484775 | 03/08/17 | B | 1.00 | In-House Printing - black & white Call time: 10:54; to | 541 | 603 | |
| 1484776 | 03/08/17 | B | 0.80 | In-House Printing - black & white Call time: 10:54; to | 541 | 603 | |
| 1484777 | 03/08/17 | B | 0.40 | In-House Printing - black & white Call time: 10:55; to | 541 | 603 | |
| 1484778 | 03/08/17 | B | 0.50 | In-House Printing - black & white Call time: 10:55; to | 541 | 603 | |
| 1484779 | 03/08/17 | B | 0.30 | In-House Printing - black & white Call time: 10:55; to | 541 | 603 | |
| 1484780 | 03/08/17 | B | 0.30 | In-House Printing - black & white Call time: 10:55; to | 541 | 603 | |
| 1484781 | 03/08/17 | B | 0.30 | In-House Printing - black & white Call time: 10:56; to | 541 | 603 | |
| 1484782 | 03/08/17 | B | 0.20 | In-House Printing - black & white Call time: 10:56; to | 541 | 603 | |
| 1484783 | 03/08/17 | B | 1.40 | In-House Printing - black & white Call time: 10:57; to | 541 | 603 | |
| 1485128 | 03/09/17 | B | 1.90 | In-House Printing - black & white Call time: 17:55; to | 541 | 605 | |
| 1485129 | 03/09/17 | B | 0.40 | In-House Printing - black & white Call time: 17:55; to | 541 | 605 | |
| 1485130 | 03/09/17 | B | 13.00 | In-House Printing - black & white Call time: 18:25; to | 541 | 605 | |
| 1485477 | 03/10/17 | B | 4.00 | In-House Printing - black & white Call time: 18:25; to | 541 | 605 | |
| 1485478 | 03/10/17 | B | 0.10 | In-House Printing - black & white Call time: 18:25; to | 541 | 605 | |
| 1486262 | 03/13/17 | B | 31.00 | In-House Printing - black & white Call time: 19:14; to | 541 | 605 | |
| 1486461 | 03/15/17 | B | 8.00 | In-House Printing - black & white Call time: 18:04; to | 541 | 605 | |
| 1486462 | 03/15/17 | B | 4.20 | In-House Printing - black & white Call time: 17:05; to | 541 | 605 | |
| 1486942 | 03/16/17 | B | 2.10 | In-House Printing - black & white Call time: 18:05; to | 541 | 605 | |
| 1486943 | 03/16/17 | B | 0.10 | In-House Printing - black & white Call time: 18:05; to | 541 | 605 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/11/17 09:30:18

PRO FORMA 418798     AS OF 03/31/17     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1488083 | 03/20/17 | B | 4.40 | In-House Printing - black & white Call time: 10:53; to | 541 | 684 | |
| 1488619 | 03/21/17 | B | 5.00 | In-House Printing - black & white Call time: 11:06; to | 541 | 034 | |
| 1488620 | 03/21/17 | B | 0.10 | In-House Printing - black & white Call time: 11:06; to | 541 | 034 | |
| 1489506 | 03/23/17 | B | 16.00 | In-House Printing - black & white Call time: 17:34; to | 541 | 605 | |
| 1491572 | 03/29/17 | B | 10.10 | In-House Printing - black & white Call time: 16:28; to | 541 | 684 | |
| 1491573 | 03/29/17 | B | 0.10 | In-House Printing - black & white Call time: 16:28; to | 541 | 684 | |
| 1491934 | 03/30/17 | B | 5.80 | In-House Printing - black & white Call time: 12:14; to | 541 | 684 | |
| 1491935 | 03/30/17 | B | 0.20 | In-House Printing - black & white Call time: 12:14; to | 541 | 684 | |
| 1485092 | 02/09/17 | B | 70.00 | Conference Calls - CITIZENS BANK - COURT SOLUTIONS - D. ABBOTT - TELEPHONIC APPEARANCE 2/9/17 | 552H - | 000 | 223845 |
| 1485100 | 02/22/17 | B | 70.00 | Conference Calls - CITIZENS BANK - COURT SOLUTIONS - D. ABBOTT - TELEPHONIC APPEARANCE 2/22/17 | 552H - | 000 | 223845 |
| | | | 3,369.56 | | | | |