**Exhibit A**

Claim No. 2876

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | |
| In Re:<br>Nortel Networks Inc., et al.<br>          Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>Case No. of Debtor | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)   0000002876 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor):
NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000011959******
NORTEL **NETWORKS**
NETAS **TELEKOMUNIKASYON A.S.**
ALEMDAG CADDESI NO 171 **ÜMRANIYE**
ISTANBUL **34768**
TURKEY

Telephone number: **+9(0)216 5222331** Email Address: **seniat@netas.com.tr**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number: _____ Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ **87,760.50**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** **Services performed**
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** **5110**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $ _____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____

   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   **Amount entitled to priority:**

   $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED SEP 1 0 2009 CLAIMS PROCESSING CENTER USBC, SDNY

| Date:<br>4 September 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>ilker — C Nortel Networks-Netas Telekomunikasyon Schwiecke, CFO Alemdag Cd.No:171 Ümraniye 34768 Istanbul Controller<br>Tel: Fax:0216 5600000<br>Ticaret Sicil No: 94955/40304 | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court for the District of Delaware | PROOF OF CLAIM |
|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | |

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000011959******
NORTEL *NETWORKS*
NETAS *TELEKOMUNIKASYON A.S.*
ALEMDAG CADDESI NO 171 *UMRANIYE*
ISTANBUL *34768*
TURKEY

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Telephone number: +9(0)216 5222331   Email Address: senit@netas.com.tr

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number:   Email Address:

1. Amount of Claim as of Date Case Filed: $ **87,760.50**

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Services performed.**
    (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **5110**
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
    Describe: _____
    Value of Property: $ _____   Annual Interest Rate _____ %

    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $_____   Basis for perfection: _____

    Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

RECEIVED
SEP 10 2009
CLAIMS PROCESSING CENTER
USBC, SDNY   4

| Date:<br>4 September 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>ilker Galyspan/CFO   Senit Tarmcan Schwiede, Controller |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SUMMARY SHEET

| Ref | Period | Entity | Customer Name | Category | Netas SAP Contract | Nortel PO number | Invoice Number | Invoice Description | Invoice Date | Invoice amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Before 14th Jan | 5110 | NNM0000018 | NORTEL NETWORKS INC. | EXPAT EXPENSES | 45000296 | 4320001361 | 90003450 | HOTEL AND TRANS FOR 14 DAYS/10 PERSONS | 28.11.2007 | 5,898.00 | USD |
| 2 | Before 14th Jan | 5110 | NNM0000018 | NORTEL NETWORKS INC. | COE TRAINING | 45000883 | 4320059990 | 90008923 | NETAS / TELECOM EGYPT DMS TRAINING | 30.12.2008 | 81,862.50 | USD |

87,760.50

NOTE: There are 8 papers (including the summary sheet) in this claim file

RECEIVED
SEP 10 2009
U.S. BANKRUPTCY COURT, SDNY

# NORTEL

## Purchase Order

| Purchase Order No: | 4320001361 | Order Date: | 05.09.2007 |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: | 16.10.2007 |
| | | | Page 2 of 2 |

| Supplier Contact: | Supplier No: | 128580 |
|---|---|---|
| Omer Seyrek | Contract No: | |

**Supplier:**
Netas
Alemdağ Caddesi
Ümraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
NN
Nortel
1 GABALEYYA STREET, ZAMALEK
CAIRO
11211
EGYPT

| Buyer: | Telephone No: 9112443.... | Fax: |
|---|---|---|
| Anil Venkatasan | | |

**Bill to:**
NORTEL NETWORKS INC. (5110)
EGYPT BRANCH
1 GABALEYYA STREET
ZAMALEK
CAIRO, EGYPT

| Payment Terms: | | | | | |
|---|---|---|---|---|---|
| 70 days after date of invoice | | | | | |

| Item No. | Qty | UOM | Part No | Description | Incoterms: DDP | Ship Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|---|

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel.

| | Page Total | USD | 0,00 |
|---|---|---|---|
| | Total Amount | USD | 29.490,00 |

Anil Venkatasan
BUYER

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

3 of

# N⊘RTEL

| | | | | Supplier No: 128580 |
|---|---|---|---|---|
| | | | | Contract No: |
| | | | | Last Change Date: 16.10.2007    Page 1 of 2 |

This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244, ISTANBUL,
Telephone No: 6 335 3827

**Supplier Contact:**
Omer Seyrek

**Ship to:**
NN
Nortel
1 GABALEYYA STREET, ZAMALEK
CAIRO
11211
EGYPT

**Bill to:**
NORTEL NETWORKS INC. (5110)
EGYPT BRANCH
1 GABALEYYA STREET
ZAMALEK
CAIRO, EGYPT

| Carrier Number/Carrier Name: | | Incoterms: DDP | Payment Terms: 70 days after date of invoice | Buyer: Anil Venkatasan | Telephone No: 911244342148 Fax: |
|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | SET | | **Header text**<br>ORDER PLACED ON BEHALF OF HANY TOLBA(GABA) 202 2735 4994<br>Start Date - 18.10.2007<br>End Date - 01.12.2007<br>SUPPLIER CONTACT: Omer Seyrek (NORTEL NETAS)<br>"PLEASE NOTE: THIS SERVICES/TRAINING IS SUPPOSE TO START ON 22ND OCTOBER AND WILL CONTIUNE FOR 14 DAYS ONLY. HOWEVER, THIS SERVICE DATE CAN BE SHIFTED BASED ON THE COURSE AVAILABILITY"<br>COMPANY CODE TO CHARGE: 511050I002, GL ACCOUNT: 765000<br>NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.<br>START DATE: 18/10/2007 END DATE:01/12/2007<br>Hotel and Trans for 14 days/ 10 pers | 18.10.2007 | 29490.00 | 29.490,00 |

| | Page Total | USD | 29.490,00 |
|---|---|---|---|

Anil Venkatasan
BUYER

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

Nortel Networks IP/2007-077/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**

T.C. MALİYE BAKANLIĞI
İl Kodu : 34

SERİ SIRA NO.: AZ 481970

Payment Information
Doc. No./Date 90003450/ 28.11.2007
Order No./Date 45000296/ 27.11.2007
Customer NNM0000018
Currency USD
29.490,00

NORTEL NETWORKS INC.
(EGYPT BRANCH)
1 GABALEYYA STREET
ZAMALEK
CAIRO
D- EGYPT

Ship-To Address
NORTEL NETWORKS INC.
(EGYPT BRANCH)
1 GABALEYYA STREET
ZAMALEK
CAIRO
D- EGYPT

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| | | | |

| Nortel Networks Netaş No./Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |
|---|---|---|---|
| | | | |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: HOTEL AND TRANS FOR 14 DAYS/10 PERSON IN NOVEMBER 2007 | 29.490,00 | | 29.490,00 |

Total(USD) 29.490,00
Invoice Amount 29.490,00

ONLY* TWENTY-NINE THOUSAND FOUR HUNDRED NINETY * USD AND % ZERO * USD

$ 23.592 is paid !

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS. CITIBANK - İstanbul M

20009055 - USD HS.

# NORTEL

## Purchase Order

| Purchase Order No: 4320059990 | Order Date: 04.11.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 04.11.2008 |
| | Page 1 of 3 |

| Supplier: | Ship to: | Supplier Contact: | Supplier No: 128580 |
|---|---|---|---|
| Netas | NN | S. HALUK SERIM | Contract No: |
| Alemdağ Caddesi | Nortel | | |
| Umraniye | 1 GABALEYYA STREET, ZAMALEK | | |
| TR-81244 ISTANBUL | CAIRO | | |
| Telephone No: 6 335 3827 | EGYPT | | |

| | Bill to: | | |
|---|---|---|---|
| | NORTEL NETWORKS INC. (5110) | | |
| | EGYPT BRANCH | | |
| | 1 GABALEYYA STREET | | |
| | ZAMALEK | | |
| | CAIRO, EGYPT | | |

| Carrier Number/Carrier Name: | Incoterms: DDP | Payment Terms: 70 days after date of invoice | Ship Date | Buyer: Anil Venkatasan | Telephone No: 911244342148 Fax: |
|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|
| | | | | **Header text** | | | |
| | | | | Start Date - 14.12.2008 | | | |
| | | | | End Date - 23.12.2008 | | | |
| | | | | ORDER PLACED ON BEHALF OF MAHMOUD AL SAHHAR (GABA) 20227354994 | | | |
| | | | | DELIVER TO: MAHMOUD AL SAHHAR (GABA) 20227354994 | | | |
| | | | | SUPPLIER CONTACT: S.HALUK SERIM | | | |

| | Page Total | USD | 0,00 |
|---|---|---|---|

Anil Venkatasan
BUYER

Nortel Networks Inc (Egypt Branch)    Nortel Networks IP/2007-077/EN
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320059990 | Order Date: 04.11.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 04.11.2008 |
| | Page 3 of 3 |
| Supplier Contact: S.HALUK SERIM | Supplier No: 128580 |
| | Contract No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
NN
Nortel
1 GABALEYYA STREET, ZAMALEK
CAIRO
EGYPT

**Bill to:**
NORTEL NETWORKS INC. (5110)
EGYPT BRANCH
1 GABALEYYA STREET
ZAMALEK
CAIRO, EGYPT

| | | |
|---|---|---|
| Incoterms: DDP | Buyer: Anil Venkatasan | Telephone No: 91124434 2148 Fax: |
| Payment Terms: 70 days after date of invoice | Ship Date | UnitPrice |

| Item No. | Qty | UOM | Part No | Description | | | Extended Total |
|---|---|---|---|---|---|---|---|

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel.

| | Page Total | USD | 0,00 |
|---|---|---|---|
| | Total Amount | USD | 81.862,50 |

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

Anil Venkatasan
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

**NORTEL NETAŞ**
Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

# FATURA
# INVOICE

T.C. MALİYE BAKANLIĞI
İl Kodu : 34

SERİ SIRA NO.: DM 874749

Payment Information
Doc. No./Date 90008923/ 30.12.2008
Order No./Date 45000883/ 30.12.2008
Customer NNM0000018
Currency USD
Invoice Amount 81.862,50

ORTEL NETWORKS INC.
EGYPT BRANCH)
GABALEYYA STREET
AMALEK
AIRO
- EGYPT

Ship-To Address
NORTEL NETWORKS INC.
(EGYPT BRANCH)
1 GABALEYYA STREET
ZAMALEK
CAIRO
0- EGYPT

ergi Dairesi :
ergi Numarası:

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| | | | |
| **Nortel Networks Netaş No./ Number** | **Ambalaj Şekli / Packed in** | **Brüt Ağırlığı / Gross Weight** | **Net ağırlığı / Net Weight** |
| | | | |

| Miktar | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | NETAŞ / TELECOM EGYPT DMS TRAINING | 81.862,50 | | 81.862,50 |
| | | | | PO NO: 4320059990 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | Toplam(USD) | | | 81.862,50 |
| | | | | Toplam EXW | | | 81.862,50 |

NLY* EIGHTY-ONE THOUSAND EIGHT HUNDRED SIXTY-TWO * USD AND % FIFTY * USD

anka Hesap Numaralarımız:
ARANTI BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383 6202203 TRY Hs.
ARANTI BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383 9007512 USD Hs.
kbank Doğu Kurumsal Şubesi / İSTANBUL Şube Kodu : 798 0046112 EURO Hs.