## Exhibit B

Claim No. 2878

# PROOF OF CLAIM

<table>
<tr><td>United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075</td></tr>
</table>

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)      0000002878

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100790140*****
NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL 34768
TURKEY

Telephone number: +9(0)216 5222331  Email Address: seniat@netas.com.tr

Name and address where payment should be sent (if different from above)

Telephone number:      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **14,261,663.01**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Services performed**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **2001**
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED
SEP 10 2009
CLAIMS PROCESSING CENTER
USBC, SDNY     4

Date:
4 September 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Ilker _____ Schriede Controller
Nortel Networks Netas Telekomünikasyon A.S.
Alemdağ Cad.No.171 Ümraniye 34768 İstanbul
Ticaret Sicil No: 94955/40304

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | |
|---|---|---|---|
| 09-10138 | Nortel Networks Inc. | 09-10146 | Nortel Networks Applications Management Solutions Inc. |
| 09-10139 | Nortel Networks Capital Corporation | 09-10147 | Nortel Networks Optical Components Inc. |
| 09-10140 | Nortel Altsystems Inc. | 09-10148 | Nortel Networks HPOCS Inc. |
| 09-10141 | Nortel Altsystems International Inc. | 09-10149 | Architel Systems (U.S.) Corporation |
| 09-10142 | Xros, Inc. | 09-10150 | Nortel Networks International Inc. |
| 09-10143 | Sonoma Systems | 09-10151 | Northern Telecom International Inc. |
| 09-10144 | Qtera Corporation | 09-10152 | Nortel Networks Cable Solutions Inc. |
| 09-10145 | CoreTek, Inc. | | |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2.Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

**DEFINITIONS**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
**Nortel Networks Inc. Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5075**
**New York, NY 10150-5075**

**Canadian Debtors**
The Canadian Debtors are Nortel Netwoks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation, or Nortel Networks Technology Corporation.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the

property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**INFORMATION**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://chapter11.epiqsystems.com/nortel) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| United States Bankruptcy Court for the District of Delaware | **PROOF OF CLAIM** |
|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | |

| In Re:<br>Nortel Networks Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).**

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100790140*****
NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL 34768
TURKEY

Telephone number: **+9(0)216 5222331** Email Address: **seniat@netas.com.tr**

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim for damages any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number:        Email Address:

1. **Amount of Claim as of Date Case Filed: $** _14,261,663.01_

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** _Services performed_
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _2001_
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim (See instruction #4 on reverse side.)**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____

   Value of Property: $_____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $_____ Basis for perfection: _____

   **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   **Amount entitled to priority:**

   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED
SEP 10 2009
CLAIMS PROCESSING CENTER
USBC, SDNY        4

| Date:<br>4 September<br>2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_Ilker Ogastch_, CFO        _Seniz Toriman Schmiede_<br>                                              _Controller_ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SUMMARY SHEET

| REF | Period | Entity | Customer | Name | Category | Nortel SAP Contract number | Nortel PO number | Invoice number | Invoice Description | Invoice Date | Invoice amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | GITA MACLEAN in Dec 2008 | 12.12.2008 | 4,420.00 | USD |
| 2 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | GITA MACLEAN in Nov 2008 | 12.12.2008 | 315.27 | USD |
| 3 | After 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | GITA MACLEAN in Dec 2008 | 01.01.2009 | 88.09 | USD |
| 4 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | GITA MACLEAN in Jan 2009 | 12.12.2008 | 16,408.02 | USD |
| 5 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | LOT 1 MASTERBLACKBELT | 30.12.2008 | 16,408.02 | USD |
| 6 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | LOT 1 MASTERBLACKBELT | 30.12.2008 | 16,408.02 | USD |
| 7 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | SHIFT PREMIUM PAY 30.12.2008 | 30.12.2008 | 3,003.30 | USD |
| 8 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | SHIFT PREMIUM PAY 23.12.2008 | 23.12.2008 | 13,160.81 | USD |
| 9 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | SERGE CARON in Q2 and Q3 | 01.12.2008 | 23,865.00 | USD |
| 10 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | SERGE CARON in Q2 and Q3 | 01.12.2008 | 13,160.81 | USD |
| 11 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | DAVID STONEHOUSE | 01.12.2008 | 2,720.43 | USD |
| 12 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | R&D HC | | | | NETAS SSL Design Sub | 30.05.2008 | 107,468.07 | USD |
| 13 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | R&D TAX | | | | NETAS T&L expense | 25.11.2008 | 285.54 | USD |
| 14 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | ELIZABETH BARNES in Nov | 12.11.2008 | 8,987.60 | USD |
| 15 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | BOB JONES in Dec 2008 | 23.12.2008 | 4,853.12 | USD |
| 16 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | LOT 1  CS2100 GNR 35 | 30.10.2008 | 1,383.40 | USD |
| 17 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE OTHER | | | | Istanbul Eng Travel to US | 30.10.2008 | 7,664.00 | USD |
| 18 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE OTHER | | | | Istanbul Eng Travel to US | 31.10.2008 | 23,378.02 | USD |
| 19 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE OTHER | | | | Istanbul Eng Service | 31.10.2008 | 2,807.27 | USD |
| 20 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | NETAS for NANTS Enterprise | 18.12.2008 | 10,332.00 | USD |
| 21 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | NETAS for NANTS Enterprise | 18.12.2008 | 83,125.00 | USD |
| 22 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | NETAS for NANTS Enterprise | 18.12.2008 | 10,332.00 | USD |
| 23 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | NETAS for NANTS Enterprise | 18.12.2008 | 15,437.50 | USD |
| 24 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | NETAS for NANTS Enterprise | 18.12.2008 | 15,437.50 | USD |
| 25 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE TAX | | | | Recruitment Costs | 31.10.2008 | 1,259,550.00 | USD |
| 26 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | R&D TAX | | | | CoE NETAS ISTANBUL | 17.12.2008 | 1,408,140.00 | USD |
| 27 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | R&D TAX | | | | CoE NETAS ISTANBUL | 17.12.2008 | 1,211,250.00 | USD |
| 28 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | CoE NETAS ISTANBUL | 28.11.2008 | 24,584.50 | USD |
| 29 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | CoE NETAS ISTANBUL | 28.11.2008 | | USD |
| 30 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | NETAS for NANTS Enterprise | 28.11.2008 | 83,125.00 | USD |
| 31 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | NETAS for NANTS Enterprise | 31.10.2008 | 15,437.50 | USD |
| 32 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | NETAS for NANTS Enterprise | 31.10.2008 | 15,437.50 | USD |
| 33 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | 3 Netas Resources | 28.11.2008 | 15,376.00 | USD |
| 34 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | 3 Netas Resources | 28.11.2008 | 15,376.00 | USD |
| 35 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | 3 Netas Resources | 28.11.2008 | 6,718.87 | USD |
| 36 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | OIA-Remmit. Patch | 28.11.2008 | 10,361.87 | USD |
| 37 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE OTHER | | | | SVE TO PROVIDE A.B | 28.11.2008 | 464,407.50 | USD |
| 38 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | NANTS PIC for Istanbul | 19.12.2008 | 496,750.00 | USD |
| 39 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | NANTS PIC for Istanbul | 19.12.2008 | 387,125.00 | USD |
| 40 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | COE HC | | | | EMR Services for Turkey | 17.11.2008 | 11,654.84 | USD |
| 41 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | JAN 1-13 NETAS + ENT | 16.01.2009 | 8,104.00 | USD |
| 42 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | Sergeş Mark expat | 04.11.2008 | 50,000.00 | USD |
| 43 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | Sergeş Mark expat | 04.11.2008 | 50,000.00 | USD |
| 44 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | Sergeş Mark expat | 04.11.2008 | 3,581.31 | USD |
| 45 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | EMR Support for Turkey | 28.02.2009 | 20,150.00 | USD |
| 46 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | CoE NETAS ISTANBUL R&D | 02.2009 | 7,155.28 | USD |
| 47 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | CoE NETAS ISTANBUL R&D | 01.2009 | 60,129.64 | USD |
| 48 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | Sergeş Mark Expat Expense | 23.12.2008 | 48,461.35 | USD |
| 49 | After 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | Sergeş Mark Expat Expense | 23.12.2008 | 24,437.30 | USD |
| 50 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | October Direct Charging | 01.2009 | 2,574,109.22 | USD |
| 51 | After 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | October Direct Charging | 30.12.2008 | 2,542,041.87 | USD |
| 52 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | ADD.OCT / 08 DIRECT CHARGE | 30.12.2008 | 1,023,913.52 | USD |
| 53 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | PAUL ROY DIRECT CHARGE | 30.12.2008 | 90,158.35 | USD |
| 54 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | DIRECT INVOICE | | | | PAUL ROY DIRECT CHARGE | 30.12.2008 | 77,042.26 | USD |
| 55 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | Scot Wocdui & Sergeş & Mark | 30.01.2009 | 8,784.40 | USD |
| 56 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | EXPAT EXPENSES | | | | Scot Wocdui & Sergeş & Mark | 30.01.2009 | 16,780.00 | USD |
| 57 | Before 14th Jan 2001 | NNNN0000003 | Nortel Networks Inc | Nortel Networks Inc | R&D HC | | | | Paul Roy Expat Expenses | 30.01.2009 | 3,400.28 | USD |



RECEIVED
SEP 10 2009
U.S. BANKRUPTCY COURT, SDNY



→ Pre-filing portion of the invoice.

NOTES: 1)There is no REF 191
2)There are 181 pages (including the summary sheet) in this claim file

# NORTEL

## Purchase Order

| Purchase Order No: 4320003967 | Order Date:      25.09.2007 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 15.04.2008 | Page 1 of 6 |

Supplier:
Nortel Netas
Alemdag Cad. Umraniye 81244
TR- ISTANBUL
Fax No: 90 216-522-2222



Ship to:
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

Supplier Contact:
Lleman Arca

| Supplier No: 442038 |
|---|
| Contract No: |

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 5252626B712
Fax:



Carrier Number/Carrier Name:

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Buyer: Patricia Ramirez | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

PO Delivery Date - 25.09.2007
**Header text**
APRIL 15, 2008 - CHANGE ORDER # 1 - ISSUED TO EXTEND THIS PO TO DECEMBER 31, 2008. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

PO TOTAL NOT TO EXCEED $301,467.30 CAD

| | | |
|---|---|---|
| Page Total | CAD | 0,00 |

Patricia Ramirez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# N⊘RTEL ⬤rchase Order

| | |
|---|---|
| Purchase Order No: 4320‑‑‑7 | Order Date: 25.09.2007 · Last Change Date: 15.04.2008 · Page 2 of 6 |

This number must appear on all invoices, packages, packing slips and customs forms.

| | |
|---|---|
| Supplier Contact: Leman Arca | Supplier No: 442038 · Contract No: |

**Supplier:**
Nortel Netas
Alemdag Cad. Umraniye 81244
TR- ISTANBUL
Fax No: 90 216-522-2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: | Buyer: | Telephone No: 525526268712 |
|---|---|---|
| Within 70 days Due net | Patricia Ramirez | Fax: |

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

**Terms of delivery**
   THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE

   ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE
   THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL.  SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH
   INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL
   EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT
   SUCH INFORMATION.

   IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
   NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

   NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE
   DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
   PURCHASE ORDER.

   THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.  THESE STANDARD TERMS AND CONDITIONS
   HAVE BEEN INCLUDED WITH THIS TRANSMISSION ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
   WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| 00010 | 1 | EA | | NETAS for Gita Maclean | 25.09.2007 | 301467,30 | T5 | 0,00 | 301.467,30 |

| | | | | | | Page Total | | CAD | 301.467,30 |

M

Patricia Ramirez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer



# N◯RTEL

## PurasOrder

| Purchase Order No. 4320003967 | Order Date: 25.09.2007 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 15.04.2008 | Page 3 of 6 |

| Supplier Contact: | Supplier No: 442038 |
|---|---|
| Leman Arca | Contract No: |

**Supplier:**
Nortel Netas
Alemdag Cad. Umraniye 81244
TR- ISTANBUL
Fax No: 90 216-522-2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | Payment Terms: Within 70 days Due net | | Buyer: Patricia Ramirez | | Telephone No: 525526268712 Fax: |
|---|---|---|---|---|---|

Goods Recipient: BODDIE ROBIN
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CAD | CAD | CAD | |
| | | | | | Page Total | | | | | 0.00 |
| | | | | | Tax Amount Total Amount | | | CAD CAD | 0.00 301.467,30 | |

| Carrier Number/Carrier Name: | | | | |
|---|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Patricia Ramirez
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# N◯RTEL NETAŞ

ortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00- Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

ortel Networks Inc.
ccounts Payables Dept.
0 BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO : CM **192112**

Payment Information
Doc. No./Date          90008312/ 11/12/2008
Order No./Date         45000223/ 09/26/2007
Customer               NNN0000003
Currency               USD
                                        473.00

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320003967 (GITA MACLEAN) | 473.00 | | 473.00 |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)          473.00
Invoice Amount      473.00

ONLY% FOUR HUNDRED SEVENTY-THREE * USD  AND % ZERO * USD

# N⊕RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304



**FATURA**
**INVOICE**


İl Kodu: **34**

SERİ SIRA NO.: DM **874634**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008920/ 12/23/2008 |
| Order No./Date | 45000223/ 09/26/2007 |
| Customer | NNN0000003 |
| Currency | USD |
| | 315.27 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320003967 (GITA MACLEAN) | 315.27 | | 315.27 |
| | | | | IN DECEMBER 2008 | | | |
| | | | | | Total(USD) | | 315.27 |
| | | | | | Invoice Amount | | 315.27 |

ONLY* THREE HUNDRED FIFTEEN * USD   AND % TWENTY-SEVEN * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İİ Kodu : **34**

SERİ SIRA NO.: DM **874971**

Payment Information
Doc. No./Date          90009118/ 01/28/2009
Order No./Date         45000223/ 09/26/2007
Customer               NNN0000003
Currency               USD
                                        89.99

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320003967 (GITA MACLEAN) | 89.99 | | 89.99 |
| | | | | IN JANUARY 2009 | | | |
| | | | | | Total (USD) | | 89.99 |
| | | | | | Invoice Amount | | 89.99 |

ONLY* EIGHTY-NINE * USD  AND % NINETY-NINE * USD

# N⊘RTEL

## Purchase Order

| Purchase Order No: 4320027575 | Order Date: 26.02.2008 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 27.02.2008 | Page 1 of 5 |

| Supplier Contact: Michael McGann | |
| Supplier No: 128580 | |
| Contract No: | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-3010

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

COE -009-COE-00

REF: 4-5

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Buyer: Mayte Hernandez | Ship Date | UnitPrice | Tax Code | Tax Value | Telephone No: 5255262268947 Fax: | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Start Date** - 01.02.2008 | | | | | | | | |

**Header text**
*********************CHANGE ORDER# 1 ON FEB/27/2008*******************
ISSUED TO INCREASE PO BY $87,487.50 TRY ($75,000.00 USD) NEW TOTAL NOT TO EXCEED $237,487.50
***********************************************************************

NOTE: THIS PO WILL COVER NIHAT KURKCU MASTER BLACK BELT IN TRAINING AND WILL SUPPORT BLACK BELTS IN TURKEY
COE IN NORTEL'S GLOBAL OPERATIONS ORGANIZATION

TOTAL AMOUNT NOT TO EXCEED $150,000.00 TRY

**Header note**
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT AT
(naapexp1@nortel.com)

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME. IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.

| Page Total | TRY | 0,00 |

_signature_

Mayte Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

8 of

M

# NORTEL

## Purchase Order

| Purchase Order No. 4320027575 | | Order Date:  26.02.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 27.02.2008 | Page 2 of 5 |

| Supplier Contact: | Supplier No: 128580 |
|---|---|
| Michael McGann | Contact No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-3010

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: | Telephone No: 5255263668947 |
|---|---|
| Mayte Hernandez | Fax: |

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | | MasterBlackBelt it support Turkey Co | | 01.02.2008 | 237.487,5 | TS | 0,00 | 237.487,50 |
| | | | | | Goods Recipient: | | | TRY | TRY | | |
| | | | | | This purchase order is subject to the Nortel Networks standard PO Terms & Conditions unless specified by Nortel. | | | | | | |

| | | Page Total | | TRY | | 237.487,50 |
|---|---|---|---|---|---|---|
| | | Tax Amount | | TRY | | 0,00 |
| | | Total Amount | | | | 237.487,50 |

Carrier Number/Carrier Name:

*[signature: Shull Verda]*

Mayte Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN         Nortel is an Equal Opportunity / Affirmative Action Employer

# N**Q**RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdeğ Cad. 171 Ümreniye 34766 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Slc. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu : **34**

SERI SIRA NO.: CM **191915**

Payment Information
Doc. No./Date        90000123/ 10/31/2008
Order No./Date       45000440/ 02/29/2008
Customer             NNI0000003
Currency             USD
                                  16,406.02

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: MASTERBLACKBELT SUPPORT TURKEY EUE | 16,406.02 | | 16,406.02 |
| | | | | PO NO: 4320027575 | | | |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)        16,406.02
Invoice Amount    16,406.02

ONLY* SIXTEEN THOUSAND FOUR HUNDRED SIX * USD  AND % TWO * USD

# N**O**RTEL NETAŞ

Nortel Networks Netaş Telekomünİkasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu : **34**

SERİ SIRA NO.: CM **192311**

Payment Information
Doc. No./Date        90008481/ 11/28/2008
Order No./Date       45000440/ 02/29/2008
Customer             NUM0000003
Currency             USD

16,406.02

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no: | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: MASTERBLACKBELT SUPPORT TURKEY CDE | 16,406.02 | | 16,406.02 |
| | | | | PO NO: 4320027975 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)        16,406.02
Invoice Amount    16,406.02

ONLY* SIXTEEN THOUSAND FOUR HUNDRED SIX * USD  AND % TWO * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34766 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA / INVOICE


İl Kodu: 34

SERİ SIRA NO: CM **182509**

Payment information
Doc. No./Date       90008727 / 12/19/2008
Order No./Date      45000440 / 02/29/2008
Customer            NNM0000003
Currency            USD
                    16,406.02

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No / Number | Ambalaj Şekli / Packed in | Brüt Ağırlık / Gross Weight | Net Ağırlık / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: MASTERBLACKBELT SUPPORT TURKEY COD | 16,406.02 | | 16,406.02 |
| | | | | PO NO: 4320027575 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total (USD)            16,406.02
Invoice Amount         16,406.02

 : SIXTEEN THOUSAND FOUR HUNDRED SIX * USD  AND * TWO * USD

# N❂RTEL  Purch❂ Order

**Purchase Order No.:** 4320023739
This number must appear on all invoices, packages, packing slips and customs forms.

| Order Date: | 04.03.2008 |
|---|---|
| Last Change Date: | 04.03.2008 |

Page 1 of 6

**Supplier Contact:**
BAHADIR CINAR

| Supplier No.: | 126580 |
|---|---|
| Contract No: | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Telephone No:** 52552826805
**Fax:**

| Carrier Number/Carrier Name: | | Incoterms: | | Payment Terms: Within 70 days Due net | | Buyer: Marisol Fondado Al | | | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | Start Date - 04.03.2008 End Date - 04.03.2008 | | | | | | | | |
| | | | | | Page Total | | USD | | 0,00 |

Marisol Fondado Al
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# NØRTEL

## Purchase Order

| Purchase Order No: 4320028739 | Order Date: 04.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 04.03.2008 |
| | Page 3 of 6 |

| Supplier Contact: | Supplier No: 128580 |
| BAHADIR CINAR | Contract No: |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

NN
Nortel
4004 E. CHAPEL-HILL, NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: | | Payment Terms: Within 70 days Due net | Buyer: Marisol Fondado Al | | Telephone No: 5255262688055 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | 2008 Shift Premium Pay for NA CoE Is | 04.03.2008 | 100.000,0 | T1 | 6.750,00 | 100.000.000,00 |
| | | 4 250% State | | | | | | | |
| | | 2 500% Country | | | | | | | |
| | | | | | | | | | |

Service Text:

HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

This is a PO to cover the shift
premium Headcount pay for 2008.

Nortel Netas
Alemdag Caddesi No: 171 34768
Umraniye Istanbul Turkey
Att: Lehman Arca   882-2492
Fax: 90 216 522 2222

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | | Page Total | | | USD | 100.000,00 |
|---|---|---|---|---|---|---|---|---|
| | | | | Tax Amount | | | USD | 6.750,00 |
| | | | | Total Amount | | | USD | 106.750,00 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

_Marisol Fondado Al_
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 1P/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Jemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00 Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
ic. Sic. No.: 94955/40304

## FATURA INVOICE


İl Kodu :**34**

SERİ SIRA NO.: CM **191907**

Payment Information
Doc. No./Date        90008113/ 10/30/2008
Order No./Date       45009447/ 03/06/2008
Customer             NNM0000003
Currency             USD

                              9,782.93

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-to Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müş. Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2008 SHIFT PREMIUM PAY FOR NA COE. IS | 9,782.93 | | 9,782.93 |
| | | | | PO NO: 4320028739 | | | |
| | | | | IN SEPTEMBER 2008 | | | |

                                          Total(USD)      9,782.93
                                          Invoice Amount  9,782.93

ONLY# NINE THOUSAND SEVEN HUNDRED EIGHTY-TWO # USD  AND # NINETY-THREE # USD



# N**O**RTEL NETAŞ

NortelNetworks Netaş Telekomünikasyon A.Ş.

Vemdeş Cad. 121 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



SERİ SIRA NO.: CM **192293**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008467/ 11/28/2008 |
| Order No./Date | 45000447/ 03/06/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 3,903.30 |

İl Kodu: **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2008 SHIFT PREMIUM PAY FOR NA CDE  IS | 3,903.30 | | 3,903.30 |
| | | | | PO NO: 4320028739 | | | |
| | | | | IN NOVEMBER 2008 | | | |

| | |
|---|---|
| Total(USD) | 3,903.30 |
| Invoice Amount | 3,903.30 |

ONLY% THREE THOUSAND NINE HUNDRED THREE $ USD  AND % THIRTY # USD



Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# N⦿RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel.:(0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874637**

Payment Information
Doc. No./Date          90009823/ 12/23/2008
Order No./Date         45000447/ 03/06/2008
Customer               NNM0000003
Currency               USD
                                13,160.81

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2008 SHIFT PREMIUM PAY FOR NA COE  I8 | 13,160.81 | | 13,160.81 |
| | | | | PO NO: 4320020739 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)      13,160.81
Invoice Amount  13,160.81

ONLY * THIRTEEN THOUSAND ONE HUNDRED SIXTY * USD   AND * EIGHTY-ONE * USD

REF:40

18 of 161

# NORTEL Purchase Order

| Purchase Order No: 4320028761 | Order Date: 04.03.2008 | Page 1 of 7 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.07.2008 | |

Supplier Contact: BAHADIR CINAR
Supplier No: 128580
Contract No:

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Payment Terms: Within 70 days Due net
Incoterms: DDP
Buyer: Victor Figueroa T
Telephone No: 525526268479
Fax: 525526268686

| Item No. | Qty | UOM | Carrier Number/Carrier Name: | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|

Start Date - 01.07.2008
End Date - 31.12.2008
Header text
*THIS IS A PURCHASE CHANGE ORDER. PURCHASE ORDER NOW READS AS FOLLOWS:
***CHANGE ORDER #2 07/07/2008*** ISSUED TO INCREASE TOTAL PO VALUE FROM $300,000.00 USD BY $150,000.00 USD
TO A NEW TOTAL NOT TO EXCEED $450,000.00 USD AS IT WAS REQUESTED IN PR # 4000047791.
************************************************************
APRIL 04, 2008 - CHANGE ORDER # 1 - ISSUED TO INCREASE PO FOR $150,000.00 USD FOR PAYMENT FOR Q2. ALL OTHER
TERMS ANDC CONDITIONS REMAIN UNCHANGED.
NEW PO TOTAL NOT TO EXCEED $300,000.00 USD
---
PO TOTAL NOT TO EXCEED $150,000.00 USD
REFERENCE: EMAIL CONFIRMATION ON EXPATS.

Page Total    USD    0,00

Victor Figueroa T
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN

# NORTEL Purchase Order

| Purchase Order No: 4320028761 | Order Date: 04.03.2008 | Page 2 of 7 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.07.2008 | |

| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 |
|---|---|
| | Contract No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 2805
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | Buyer: Victor Figueroa T | Telephone No: 5255262684799<br>Fax: 525526268686 |
|---|---|---|

| Carrier Number/Carrier Name: | | Incoterms: DDP | | | | | |
|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE | | | | | |
| | | | | ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION. | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | | Expat Charges for Serge Caron | 01.07.2008 | 150.000,0 | T4 | 0,00 | 150.000,00 |
| | | | | This is the QI Expenses for Serge Caron and | | | | | |
| | | | | Page Total | | | USD | | 150.000,00 |



_(signature)_

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

13 of 161

20 of 161

# N☉RTEL   Purc☉ Order

| Purchase Order No: 4320028761 ⚫ | Order Date: 04.03.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.07.2008 |
| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 |
| | Contract No: |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:     Please See Delivery Address at Line Item

Bill to:     Nortel Networks Incorporated  (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Incoterms: DDP | Payment Terms: Within 70 days Due net | Buyer: Victor Figueroa T | Telephone No: 5252626479 Fax: 5252626686 |

| Carrier Number/Carrier Name: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00020 | 1.000 | EA | | Mark MacLean in Turkey. Serge works for Mark MacLean and is the Development Manager for the COE in Netas for VoIP and TDM. Mark MacLean works for Aif Deardenas and is the overall R&D Leader for the COE in Netas Turkey. | | | | | |
| | | | | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | | | | | |
| | | | | Q2 Netas Expat Mark and Serge | 03.03.2008 | 150.000,0 | I1 | 0,00 | 150.000,00 |
| | | | | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | | | | | |
| 00030 | 1.000 | EA | | Q3 2008 VoIP Management Central ((43-  ↳ Mark McLean – 75.00)  – Serge Coron – 75.000 | 01.04.2008 | 150.000,0 | I1 | 0,00 | 150.000,00 |

| | | | Page Total | | USD | 300.000,00 | | M |

_[signature]_
Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

21 of 161

# NORTEL

## Purchase Order

| | Order Date: 04.03.2008 | |
|---|---|---|
| | Last Change Date: 07.07.2008 | Page 4 of 7 |

Purchase Order No: 4320028761
This number must appear on all invoices, packages, packing slips and customs forms.

Supplier No: 128580
Contract No:

Supplier Contact:
BAHADIR CINAR

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:    Please See Delivery Address at Line Item

Bill to:

Nortel Networks Incorporated ·(0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228 ·

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Victor Figueroa T | | | Telephone No: 525526268479 Fax: 525526268686 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | | Tax Code | Tax Value | Extended Total |

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
NC 27709-0000

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| Page Total | USD | 0.00 |
| Tax Amount | USD | 0.00 |
| Total Amount | USD | 450.000,00 |

M

*Victor Figueroa T*
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N⦶RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874933**

Payment Information
Doc. No./Date        90009081/ 01/26/2009
Order No./Date       450004456/ 03/10/2008
Customer             NNM0000003
Currency             USD
                                    23,865.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABC

Ship-To Address
Nortel Networks Inc. .
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABC

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO NO: 4320029751 (SERGE CARON) | 23,865.00 | | 23,865.00 |
| | | | | SERGE CARON IN Q2 AND Q3 2008 | | | |
| | | | | | Total(USD) | | 23,865.00 |
| | | | | | Invoice Amount | | 23,865.00 |

ONLY* TWENTY-THREE THOUSAND EIGHT HUNDRED SIXTY-FIVE * USD  AND % ZERO * USD

# N❂RTEL

**Purchase Order**

| Purchase Order No. 4320029907 | Order Date: 11.03.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 11.03.2008 |
| | Page 2 of 6 |

Supplier:
Netas
Alemdag Caddesi   No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

Supplier Contact:
Leman Arcas

Ship to:
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Supplier No: 442038 |
|---|
| Contact No: |

| Telephone No: 525262268712 |
|---|

Carrier Number/Carrier Name:

Incoterms: DDP

Payment Terms:
Within 70 days Due net

Buyer:
Patricia Ramirez

Telephone No: 525262268712
Fax:

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery**<br>THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE | | | | | |
| | | | | ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION. | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | | Expat Charges for David Stonehouse | 01.01.2008 | 75.000,00 | T4 | 0,00 | 75.000,00 |
| | | | | | Page Total | | | USD | 75.000,00 |

Patricia Ramirez
BUYER

---

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

REF: 11

23

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320029907 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | |

| Order Date: 11.03.2008 | Page 1 of 6 |
|---|---|
| Last Change Date: 11.03.2008 | |

**Supplier:**
Netas
Alemdag Caddesi  No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

**Supplier Contact:**
Leman Arcas

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL, NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

| Supplier No: 442038 |
|---|
| Contract No: |

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Buyer:**
Patricia Ramirez

Telephone No: 52552626&712

**Fax:**

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

Payment Terms:
Within 70 days Due net

Start Date - 01.01.2008
End Date - 31.03.2008
**Header text**
PO TOTAL NOT TO EXCEED $75,000.00 USD

| | | Page Total | | USD | | 0,00 |
|---|---|---|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Patricia Ramirez
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

# N⊙RTEL

## Purchase Order



| | |
|---|---|
| Purchase Order No: 4320029907 | Order Date: 11.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 11.03.2008 |
| | Page 3 of 6 |

**Supplier:**
Netas
Alemdag Caddesi No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

**Supplier Contact:**
Leman Arcas

**Ship to:** NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Supplier No:** 442038
**Contract No:**

| Carrier Number/Carrier Name: | | | | IncoTerms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Patricia Ramirez | | | Telephone No: 5252626712 Fax: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | | Description | | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Goods Recipient: | | | | | | | |
| | | | | | This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.. | | | | | | | |
| | | | | | | | | Page Total | | USD | | 0,00 |
| | | | | | | | | Tax Amount | | USD | | 0,00 |
| | | | | | | | | Total Amount | | USD | | 75.000,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Patricia Ramirez
BUYER

25 of

# NØRTEL NETAŞ

rtel Networks Netaş Telekomünikasyon A.Ş.

mdağ Cad. 171 Ümraniye 34768 İstanbul
l: (0216) 522 20 00   Fax: (0216) 522 22 22
ydk Mükellefler V.D.: 6320001061
. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu : **34**

SERİ SIRA NO. CM **192098**

rtel Networks Inc.
counts Payables Dept.
  BOX 280510 NASHVILLE TN, US 3722
SHVILLE USA
D

| Payment Information | |
|---|---|
| Doc. No./Date | 90008298/ 11/12/2008 |
| Order No./Date | 45000457/ 03/12/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 14,052.66 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320029907 (DAVID STONEHOUSE) | 14,052.66 | | 14,052.66 |
| | | | | IN NOVEMBER 2008 | | | |

Total (USD)   14,052.66
Invoice Amount   14,052.66

NLY* FOURTEEN THOUSAND FIFTY-TWO * USD   AND % SIXTY-SIX * USD

anka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

26 of 161

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874625**

Payment Information
Doc. No./Date          90008811/ 12/23/2008
Order No./Date         45000457/ 03/12/2008
Customer               NNN0000003
Currency               USD
                                      2,720.43

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320029907 (DAVID STONEHOUSE) | 2,720.43 | | 2,720.43 |
| | | | | IN DECEMBER 2008 | | | |

|  | Total (USD) | 2,720.43 |
|---|---|---|
| | Invoice Amount | 2,720.43 |

ONLY* TWO THOUSAND SEVEN HUNDRED TWENTY * USD  AND % FORTY-THREE * USD

Banka Hesap Numaralarınız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798   0046112 EURO Hs.

# N❍RTEL

## P❍♦S Order




452003205₁ REP

RD - 2492

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Purchase Order No: 4320032D | | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | |
| Supplier Contact: BAHADIR CINAR | | |

| Order Date: 26.03.2008 | | |
|---|---|---|
| Last Change Date: 18.06.2008 | | Page 1 of 9 |
| Supplier No: 128680 | | |
| Contract No: MOU CONTRACT | | |

**Carrier Number/Carrier Name:**

| Item No. | Qty | UOM | Part No | Incoterms: | Description | Payment Terms: Within 70 days Due net | Buyer: Susana Alfaro | Telephone No: 5255626268713 Fax: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
| | | | | | Start Date - 01.07.2008<br>End Date - 30.09.2008<br>**Header text**<br>*****************CHANGE ORDER #02 06/18/2008 ***********************<br>ISSUED TO ADD LOTS #40-80 TO COVER Q308 SERVICES FROM NETAS AND EXTEND END DATE TO 09/30/2008.<br>NEW P.O. TOTAL AMOUNT NOT TO EXCEED $ 631,360.00 USD<br><br>******* CHANGE ORDER #1 *****<br>MAY 2, 2008<br>ISSUED TO INCREASE PO. THE ADDITIONAL FUNDS ARE FOR FILLING DESIGN FUNCTIONS FOR THE SSL PROGRAM IN Q2 2008<br>ORIGINAL PO VALUE $107.47K<br>ADDITIONAL FUNDS $208.21K<br>NEW VALUE 315.67K<br><br>NORTEL CONTACT: ARNOLD KENT | | | | | |

Susana Alfaro
BUYER

| | | | | | | Page Total | | USD | | | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

28

# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No: 4320032C | Order Date: 26.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.06.2008 |
| | Page 3 of 9 |

**Supplier Contact:**
BAHADIR CINAR

| Supplier No: 128680 |
| Contract No: MOU CONTRACT |

Please See Delivery Address at Line Item

**Ship to:**

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O.Box 280510
Nashville, TN 37228

Telephone No: 5255262688713
Fax:

**Payment Terms:**
Within 70 days Due net

**Supplier:**
Netas
Alemdag Caddesi
Umraniye-
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Carrier Number/Carrier Name: | | | Incoterms: | | |
|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 Netas SSL Design | 01.07.2008 | 107.470,0 | T4 | 0,00 | 107.470,00 |
| 00020 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 Netas SSL Design Supplement | 26.03.2008 | 20.150,00 | T4 | 0,00 | 20.150,00 |
| 00030 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 Netas SSL Design Supplement1b | 15.04.2008 | 154.480,0 | T4 | 0,00 | 154.480,00 |

| | | | Page Total | USD | 282.100,00 |
|---|---|---|---|---|---|

**Buyer:**
Susana Alfaro

Susana Alfaro
BUYER

ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M

290f

# NORTEL

## Purchase Order

| Purchase Order No: 4320032051 | Order Date: 26.03.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.06.2008    Page 4 of 9 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Supplier Contact: | Supplier No: 128580 |
|---|---|
| BAHADIR CINAR | Contract No: MOU CONTRACT |

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 5255268713
Fax:

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| **Carrier Number/Carrier Name:** | | | | **Incoterms:** | **Payment Terms:** Within 70 days Due net | **Buyer:** Susana Alfaro | | | |
| 00040 | 1.000 | LOT | | Netas SSL Design - Supplement 2a | 15.04.2008 | 13.430,00 | I1 | 1.307,98 | 13.430,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | 1 | 000% | District | | | | | | |
| | | | NN | | | | | | |
| | | | Nortel | | | | | | |
| | | | 2221 LAKESIDE BLVD | | | | | | |
| | | | RICHARDSON TX 75082-4399 | | | | | | |
| 00050 | 1.000 | LOT | | Netas SSL Design - Supplement 2b | 10.06.2008 | 20.150,00 | I1 | 1.662,38 | 20.150,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | 1 | 000% | District | | | | | | |
| | | | NN | | | | | | |
| | | | Nortel | | | | | | |
| | | | 2221 LAKESIDE BLVD | | | | | | |
| | | | RICHARDSON TX 75082-4399 | | | | | | |
| 00060 | 1.000 | LOT | | Q3-Netas SSL Design - Supplement 2c | 10.06.2008 | 6.720,00 | I1 | 554,40 | 6.720,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | | | | | Page Total | USD | | | 40.300,00 |

Susana Alfaro
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN                Nortel is an Equal Opportunity / Affirmative Action Employer

# N(2)RTEL

## Purchase Order

| Purchase Order No. 4320032C<sup>INC</sup> This number must appear on all invoices, packages, packing slips and customs forms. | Order Date: 28.03.2008 Last Change Date: 18.06.2008 | Page 5 of 9 |
|---|---|---|

| Supplier Contact: BAHADIR CINAR | Supplier No. 126580 Contract No: MOU CONTRACT |
|---|---|

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:** Please See Delivery Address at Line Item

**Bill to:** Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Buyer: Susana Alfaro | Telephone No: 5255626 8713 Fax: |
|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Payment Terms:** Within 70 days Due net | | | | | |
| 00070 | 1.000 | LOT 6 250% State 1 000% City 1 000% District | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Q3-Netas SSL Design - Supplement 2d | 01.07.2008 | 194.780,0 | I1 | 16.069,35 | 194.780,00 |
| 00080 | 1.000 | LOT 6 250% State 1 000% City 1 000% District | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Q3-Netas SSL Design - Supplement 2e | 01.07.2008 | 114.180,0 | I1 | 9.419,85 | 114.180,00 |
| | 1 000% District | | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | | | | | |

| | Carrier Number/Carrier Name: | | Incoterms: | | Page Total | | USD | | 308.960,00 |
|---|---|---|---|---|---|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Susana Alfaro
BUYER

# N⊘RTEL   Purchase Order

| Purchase Order No: 4320032051 | Order Date: 26.03.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.06.2008 | Page 6 of 9 |
| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 | |
| | Contract No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | | | | | Buyer: Susana Alfaro | | | Telephone No: 5255262687713 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Incoterms: | Description | Payment Terms: Within 70 days Due net | Ship Date | Unit Price | Tax Code | Tax Value |

**Carrier Number/Carrier Name:**

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by
Nortel.

NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399

| | Extended Total |
|---|---|
| Page Total | USD | 0.00 |
| Tax Amount | USD | 28.813,96 |
| Total Amount | USD | 660.173,96 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Susana Alfaro
BUYER

Nortel Networks 1P/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

32

# NØRTEL

## Purchase Order

| Purchase Order No: 4320032051 | Order Date: 26.03.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.05.2008 | Page 1 of 7 |
| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 | |
| | Contract No: | |

Ship to:
Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

RD-02492-015 Lot 1

RD-02492-020 → Lot 2
RD-02492-09 → Lot 3

RDC
RD-24

| Buyer: Andrea Tellechea L | | Telephone No: 5255262268708 Fax: |
|---|---|---|



| Carrier Number/Carrier Name: | | | | Incoterms: | | Payment Terms: Within 70 days Due net | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

**Header text**
***** CHANGE ORDER #1 *****
Start Date - 15.04.2008
End Date - 30.06.2008
MAY 2 2008
ISSUED TO INCREASE PO. THE ADDITIONAL FUNDS ARE FOR FILLING DESIGN FUNCTIONS FOR THE SSL PROGRAM IN Q2 2008
ORIGINAL PO VALUE $107.47K
ADDITIONAL FUNDS $208.21K
NEW VALUE 315.67K

NORTEL CONTACT: ARNOLD KENT

| | Page Total | | |
|---|---|---|---|
| | | USD | 0.00 |

Andrea Tellechea L
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

NNM 0000003

# NØRTEL   Purchase Order

| Purchase Order No: 4320032051 | Order Date: 26.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.05.2008 |  Page 3  of 7 |

| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 |
| | Contract No: |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: Andrea Tellechea L | Telephone No: 52552626B708  Fax: |

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrier Number/Carrier Name: | | | | | Incoterms: | | | | | |
| 00010 | 1.000 | EA | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design | | 15.04.2008 | 107.470,0 | T4 | 0,00 | 107.470,00 |
| 00020 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design Supplement | | 26.03.2008 | 20.150,00 | T4 | 0,00 | 20.150,00 |
| 00030 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design Supplement1b | | 15.04.2008 | 154.480,0 | T4 | 0,00 | 154.480,00 |
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | | |
| | | | | Page Total | | | USD | | | 282.100,00 |

Andrea Tellechea L
BUYER

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1109 N Orange Street
Wilmington, DE 19801-1120
USA

# N☯RTEL Purchase Order

| | |
|---|---|
| Purchase Order No: 4320032051 | Order Date:      26.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.05.2008 |
| | Page 4 of 7 |

| Supplier Contact: | Supplier No: 126580 |
|---|---|
| BAHADIR CINAR | Contract No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:** Please See Delivery Address at Line Item

**Bill to:** Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: | Telephone No: 52552626B708 |
|---|---|
| Andrea Tellechea L | Fax: |

| Item No. | Qty | UOM | Part No | Incoterms: | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|

| Carrier Number/Carrier Name: | | | | | Payment Terms:<br>Within 70 days Due net | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

| | | | |
|---|---|---|---|
| Page Total | USD | | 0,00 |
| Tax Amount | USD | | 0,00 |
| Total Amount | USD | | 282.100,00 |

Andrea Tellechea L
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Case 09-10138-MFW   Doc 18098-2   Filed 04/24/17   Page 40 of 165

İl Kodu : **34**

| | | | Doc. No./Date | 90008301/ 05/30/2008 |
| Order No./Date | 45000504 / 03/28/2008 |
| Customer | NNR0000003 |
| Currency | USD |
| | 107,466.67 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|
| | | | Lot1, Netas SSL Design Supplement ib | 107,466.67 | | 107,466.67 |
| | | | PO NO: 4320032051 | | | |
| | | | IN APRIL & MAY 2008 | | | |

Total(USD)    107,466.67
Invoice Amount    107,466.67

ONLY* ONE HUNDRED SEVEN THOUSAND FOUR HUNDRED SIXTY-SIX * USD  AND % SIXTY-SEVEN * USD

Banka Hesap Numaralarımız HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

36 of 161

# NORTEL Purch**O** Order



| | |
|---|---|
| Purchase Order No: 4320032398 | Order Date: 27.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 | Page 1 of 10 |

| | |
|---|---|
| Supplier Contact: | Supplier No: 128580 |
| Bahadir Cinar | Contact No: MOU |

Ship to: **Please See Delivery Address at Line Item**

Bill to: Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Carrier Number/Carrier Name:

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | Ship Date | Telephone No: ESN:470-8708 Fax: 60 11 5255 2626 8708 | | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date  - 01.07.2008
End Date  - 31.12.2008
**Header text**
\*\*\*\*\*\*\*\*\*\*CHANGE ORDER 2 \*\*\*21/07/2008\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ISSUED TO ADD LOTS 70 TO 130 BY $1,407,140.00 USD
PLEASE DO NOT EXCEED NEW PO TOTAL AMOUNT

\*\*\*\*\*\*\*\*\*\* CHANGE ORDER 1 \*\*\*\*\*\*\*\* 5/27/2008
ISSUED TO ADD LOTS 20 TO 60 BY $1 581 770 USD

DO NOT EXCEED P.O. TOTAL AMOUNT.

REFER TO SCHEDULE A FOR "AS5200 Design & PV's Project" DATED DECEMBER, 8TH, 2007 FOR SCOPE OF WORK AND
PRICING ONLY.

NORTEL'S CONTACT: KENT ARNOLD
EMAIL ADDRESS: KARNOLD@nortel.com
**Header note.**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5996
Check invoice and payment status at: www.nortel.com/naapinquiry

| | Page Total | | | USD | 0.00 |
|---|---|---|---|---|---|

Buyer:
Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

RD-2492
RD-2858
RD-2859

REF: 14
37

# N⊘RTEL  Purchase Order



| Purchase Order No. 4320032398 | Order Date: 27.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008  Page 2  of 10 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
| | Contract No: MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

**Buyer:** Stephanie Trujillo
Telephone No: ESN-470-8708
Fax: 60 11 5255 2628 8708

Carrier Number/Carrier Name:

Incoterms: DDP

Payment Terms: Within 70 days Due net

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT | | | | | |
| | | | | NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | | |
| | | | | THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| | | | | THIS PURCHASE ORDER IS TAX EXEMPT. THE PRODUCT AND/OR SERVICE WILL BE USED IN A MANUFACTURING PROCESS AS DEFINED IN TEXAS STATUTE 151.318(a).(2) AND (d) AND (p). | | | | | |
| | | | | THIS IS A PURCHASE CHANGE ORDER. PURCHASE ORDER NOW READS AS FOLLOWS: | | | | | |
| 00010 | 1.000 | EA | | Netas AS5200 Design & PV | 01.07.2008 | 1.702.680 | T4 | 0.00 | 1702680.00 |
| | | | | This cart authorizes $1.702,680 in Q108 for Netas to provide design & PV functions for the AS5200 program in Q108. This will include release content, PV, lab services, | | | | | |

Page Total | | | | | | | USD | | 1.702.680,00

Nortel Networks Inc
The Corporati Test Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N❍RTEL  Purch❍ Order



| Purchase Order No: 4320032398 | | Order Date: 27.03.2008 | |
| --- | --- | --- | --- |
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 22.07.2008 | Page 3 of 10 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
| --- | --- |
| | Contract No: MOU |

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Carrier Number/Carrier Name: | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | Telephone No. ESN:470-8708 Fax: 60 11 5255 2628 6708 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Incoterms: DDP

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00020 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | sys eng, pre GA, GNPS and related functions for AS5200 6.0 SP1 and SP2. They will provide other, similar functions later in the year in supplements to this PO. | 01.01.2008 | 497.030,0 | T4 | 0,00 | 497.030,00 |
| 00030 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | 01.01.2008 | 322.400,0 | T4 | 0,00 | 322.400,00 |
| 00040 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | 01.05.2008 | 298.890,0 | T4 | 0,00 | 298.890,00 |
| | | | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | 01.05.2008 | | | | |
| | | | | | Page Total | | USD | | 1.118.320,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

M

# NORTEL

## Purchase Order

| Purchase Order No: 4320032398 | Order Date: 27.03.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 | Page 4 of 10 |

| Supplier Contact: Bahadir Cinar | Supplier No: 126580 |
|---|---|
| | Contract No: MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| | Buyer: Stephanie Trujillo |
|---|---|
| | Telephone No: ESN/470-8708<br>Fax: 60 11 5255 2626 8708 |

| Carrier Number/Carrier Name: | Incoterms: DDP | Payment Terms: Within 70 days Due net |
|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00050 | 1.000 | LOT | | NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399<br><br>Netas AS5200 Design & PV Supplement | 01.05.2008 | 436.580,0 | T4 | 0,00 | 436.580,00 |
| 00060 | 1.000 | LOT | | NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399<br><br>Netas AS5200 Design & PV Supplement | 01.05.2008 | 26.870,00 | T4 | 0,00 | 26.870,00 |
| 00070 | 1.000 | LOT | | NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399<br><br>Netas AS5200 Design & PV - Q3 Supp 2 | 01.05.2008 | 60.450,00 | T4 | 0,00 | 60.450,00 |
| | | | | | Page Total | USD | | | 523.900,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel Networks INF/2007-07/EN            Nortel is an Equal Opportunity / Affirmative Action Employer            M



# NORTEL  Purch⬤Order

| Purchase Order No: 4320032398 | | Order Date: 27.03.2008 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 22.07.2008 | Page 5  of 10 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
| | Contract No: MOU |

**Ship to:**  Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Telephone No: ESN:470-8708
Fax: 60 11 5255 2626 8708

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00100 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | Netas AS5200 Design & PV - Q3 Supp 2 | 01.07.2008 | 201.500,0 | T4 | 0,00 | 201.500,00 |
| 00090 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | Netas AS5200 Design & PV - Q3 Supp 2 | 01.07.2008 | 161.200,0 | T4 | 0,00 | 161.200,00 |
| 00080 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | Netas AS5200 Design & PV - Q3 Supp 2 | 01.07.2008 | 100.750,0 | T4 | 0,00 | 100.750,00 |
| | | | | | | Page Total | | USD | | 463.450,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

# NORTEL

## Purchase Order

| Order Date: | 27.03.2008 | |
|---|---|---|
| Last Change Date: | 22.07.2008 | Page 6 of 10 |

| Purchase Order No. 4320032398 | |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | |
| Supplier Contact: Bahadir Cinar | Supplier No:  128580 |
| | Contact No: MOU |

Ship to:  **Please See Delivery Address at Line Item**

Bill to:  Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer: Stephanie Trujillo

Telephone No: ESN 470-8708
Fax:  60 11 5255 2626 8708

Supplier:  Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | | | |
| 00110 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV - Q3 Supp 2 | 01.07.2008 | 507.110,0 | T4 | 0,00 | 507.110,00 |
| 00120 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV - Q3 Supp 2 | 01.07.2008 | 181.350,0 | I1 | 14.961,38 | 181.350,00 |
| | | 6 250% | State | | | | | | |
| | | 1 000% | City | | | | | | |
| | | 1 000% | District | | | | | | |
| 00130 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV - Q3 Supp 2 | 01.07.2008 | 194.780,0 | T4 | 0,00 | 194.780,00 |
| | | | | | Page Total | USD | | | 883.240,00 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN       Nortel is  Equal Opportunity / Affirmative Action Employer

# N⊘RTEL Purchase Order



| Purchase Order No: 4320023398 | Order Date: 27.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 |
| | Page 7 of 10 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
| | Contact No: MOU |

Ship to:    Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| | Buyer: Stephanie Trujillo | Telephone No: ESN 470-6708 Fax: 60 11 5255 2626 8708 |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | | USD | | USD | |

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel.

Carrier Number/Carrier Name:

| Incoterms: DDP | Payment Terms: Within 70 days Due net |

| | Page Total | USD | 0.00 |
| | Tax Amount | USD | 14.961,38 |
| | Total Amount | USD | 4.706.551,38 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

43 of

| 4320032398 | | | | | | |
|---|---|---|---|---|---|---|
| Lot80 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 80 | PO 432003239BLOT 8-RDC | | 100.750,00 |
| Lot90 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 90 | PO 432003239BLOT 9-RDC | | 161.200,00 |
| LoT100 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 100 | PO 432003239BLOT 10-RDC | | 201.500,00 |
| Lot110 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 110 | PO 432003239BLOT 11-RDC | | 507.110,00 |
| Lot110 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 110 | PO 432003239BLOT 11-RDA | | 40.300,00 |
| Lot120 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 120 | PO 432003239BLOT 12-RDA | | 181.350,00 |
| Lot130 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 130 | PO 432003239BLOT 13-RDA | | 194.780,00 |

# NORTEL NETAS

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İi Kodu : **34**

**SERİ SIRA NO.: DM 874704**

Payment Information
Doc. No./Date          90008883/ 12/26/2008
Order No./Date         45000538/ 04/15/2008
Customer               NNM0000003
Currency               USD

8,967.47

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO 4320032398 T&L expenses | 8,967.47 | | 8,967.47 |
| | | | | PO NO: 4320032398 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total (USD)      8,967.47
Invoice Amount   8,967.47

ONLY % EIGHT THOUSAND NINE HUNDRED SIXTY-SEVEN % USD   AND % FORTY-SEVEN % USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL            Şube Kodu : 798   0046112 EURO Hs.



# NORTEL

## Pur●●e Order

| Purchase Order No. 4320034040 | | Order Date: 07.04.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 07.04.2008 | Page 1 of 6 |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335.3827
Fax No: 0090 216 522 2222

| Supplier Contact: | |
|---|---|
| Bahadir Cinar | |

| Supplier No: 128580 | |
|---|---|
| Contact No: | |

Ship to:

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Ana Karanny M | | Telephone No: Fax: |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Header text** | | | | | |
| | | | | PO NOT EXCEED $116,508.00 USD | | | | | |
| | | | | Start Date - 20.03.2008 | | | | | |
| | | | | End Date - 20.09.2008 | | | | | |
| | | | | REFERENCE: Cost Estimate - International Assignment Relocation FROM GLOBAL MOBILITY FOR PRICING ONLY | | | | | |

| | | Page Total | USD | 0,00 |
|---|---|---|---|---|



| Nortel Networks Inc. |
|---|
| The Corporation Trust Company |
| 1209 N Orange Street |
| Wilmington, DE 19801-1120 |
| USA |

Ana Karanny M
BUYER

Nortel Networks IP/2007-077/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

# N**O**RTEL **se Order**

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 43200304040 | | Order Date: 07.04.2008 Last Change Date: 07.04.2008 | Page 3 of 6 |
|---|---|---|---|

This number must appear on all invoices, packages, packing slips and customs forms.

Supplier Contact: Bahadir Cinar

Supplier No: 128580 Contract No:

Ship to:
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Incoterms: DDP | | Payment Terms: Within 70 days Due net | Buyer: Ana Karanny M | | Telephone No: Fax: | |
|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | AN AUTHORIZED NORTEL EMPLOYEE. | | | | | | |
| 00010 | 1.000 | LOT | | Six Month CoE expat PO for Bob Jonhn | 20.03.2008 | 116.508,0 | T1 | 0,00 | 116.508,00 |
| | | | | Service Text: | | | | | |
| | | | | Nortel Netas Alemdag Caddesi No: 171 34768 Umraniye Istanbul Turkey Attention: Leman Arca 882-2492 FAX no : 90 216 522 2222 | | | | | |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |

| | | | | | Page Total | | USD | | 116.508,00 |
| | | | | | Tax Amount Total Amount | | USD USD | | 0,00 116.508,00 |

*(signature)*

Ana Karanny M
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M Z

# NORTEL NETAŞ

**FATURA**
**INVOICE**



İl Kodu : **34**

Nortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00 · Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
ic. Sic. No.: 94955/40304

ortel Networks Inc.
rccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90098311/ 11/12/2008 |
| Order No./Date | 45000558/ 04/30/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 10,039.60 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşt. Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320034040 (BOB JONES) | 10,039.60 | | 10,039.60 |
| | | | | IN NOVEMBER 2008 | | | |

|  | |
|---|---|
| Total(USD) | 10,039.60 |
| Invoice Amount | 10,039.60 |

ONLY* TEN THOUSAND THIRTY-NINE * USD  AND * SIXTY * USD



Banka Hesap Numaralarımız HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

SERİ SIRA NO.: DM **874633**

Payment Information
Doc. No./Date          90008919/ 12/23/2008
Order No./Date         45000559/ 04/30/2008
Customer               NNN0000003
Currency               USD
                                          285.84

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD



| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320034040 (BOB JONES) | 285.84 | | 285.84 |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)            285.84
Invoice Amount        285.84

ONLY* TWO HUNDRED EIGHTY-FIVE * USD  AND % EIGHTY-FOUR * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
I-bank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798   0046112 EURO Hs.

43 of 161

# NORTEL

## Purchase Order

| Purchase Order No. 4320034044 | Order Date:        07.04.2008 |
| This number must appear on all invoices, packages, | Last Change Date: 07.04.2008 | Page 3  of 6 |
| packing slips and customs forms. | | |

**Supplier:**
Netas
Alemdag Caddesi
Unraniye
TR-81244 ISTANBUL
Telephone: 0090 216 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Supplier Contact:**
Bahadir Cinar

| Supplier No: 128580 |
| Contract No: |

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | : Incoterms:<br>· DDP | | | Payment Terms:<br>Within 70 days Due net | | Buyer:<br>Ana Karanny M | | Telephone No:<br>Fax: | | |

| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | | 01.01.2008 | 139.779,0 | T1 | 0,00 | 139.779,00 |
| | | | | Service Text: | | | | | |
| | | | | Six Month CoE expat for Elizabeth Ba | | | | | |
| | | | | WILL NOT BE OBLIGATED TO PAY FOR WORK PERFORMED OR MATERIAL SHIPPED PRIOR TO OBTAINING A PURCHASE ORDER FROM AN AUTHORIZED NORTEL EMPLOYEE. | | | | | |
| | | | | Goods Recipient:<br>This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |
| | | | | Nortel Netas<br>Alemdag Caddesi No: 171 34768<br>Umraniye Istanbul Turkey<br>Attention: Leman Arca 882-2492<br>FAX no : 90 216 522 2222 | | | | | |

| | Page Total | | | | USD | 139.779,00 |
| | Tax Amount | | | | USD | 0,00 |
| | Total Amount | | | | USD | 139.779,00 |

Ana Karanny M
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 17/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M 2



# N⊘RTEL

## Pu⬤se Order

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| | |
|---|---|
| Order Date: 07.04.2008 | |
| Last Change Date: 07.04.2008 | Page 1 of 6 |

| Supplier No: 128580 | |
| Contract No: | |

**Purchase Order No: 432003404** ⬤ es, packages,
This number must appear on all in — ves, packages,
packing slips and customs forms.

Supplier Contact:
Bahadir Cinar

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms:<br>DDP | | Payment Terms:<br>Within 70 days Due net | | Buyer:<br>Ana Karanny M | | Telephone No:<br>Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Description | | | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
| | Start Date - 01.01.2008<br>End Date - 30.06.2008<br>**Header text**<br>PO NOT EXCEED $139,779.00 USD<br>REFERENCE: Cost Estimate - International Assignment Relocation FROM GLOBAL MOBILITY FOR PRICING ONLY | | | | | | | | | | |
| | | | | Page Total | | | | USD | | | 0,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

*Ana Karanny M*

Ana Karanny M
BUYER

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

emdağ Cad. 171 Ümraniye 34768 İstanbul
l: (0216) 522 20 00   Fax: (0216) 522 22 22
İyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERI SIRA NO.: CM **192110**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008310/ 11/12/2008 |
| Order No./Date | 45000557/ 04/30/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 4,653.12 |

İl Kodu : **34**

ortel Networks Inc.
ccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

Ship-To Address

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No. | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Netaş Networks Netaş No / Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320034044 (ELIZABETH BARNES) | | | 4,653.12 | | 4,653.12 |
| | | | | IN NOVEMBER 2008 | | | | | |

|  |  |
|---|---|
| Total(USD) | 4,653.12 |
| Invoice Amount | 4,653.12 |

ONLY* FOUR THOUSAND SIX HUNDRED FIFTY-THREE * USD  AND * TWELVE * USD

anka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

52 of 161

# N⦶RTEL

## P⦶⦶se Order

| Purchase Order No: 4320053... |
| :--- |
| This number must appear on all invoices, packages, packing slips and customs forms. |

| Order Date: | 16.04.2006 |
| :--- | :--- |
| Last Change Date: 16.04.2006 | Page 1 of 6 |

| Supplier Contact: | Supplier No: 128580 |
| :--- | :--- |
| Tolga Gures | Contact No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
NN
Nortel
2370 PERFORMANCE DRIVE
RICHARDSON TX  75082-4333
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | | Incoterms:<br>DDP | Payment Terms:<br>Within 70 days Due net | | Buyer:<br>Susana Alfaro | Telephone No: 5252526266713<br>Fax: | |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |

| Item<br>No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| | | | Start Date  - 24.03.2008<br>End Date  - 23.04.2009<br>**Header text**<br>NORTEL CONTACT: Michael Sly | | | | | | |
| | | | | | Page Total | | USD | | | 0,00 |

coe-005-CPA-06
06

Tolga Enterprise



Susana Alfaro
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN       Nortel is an Equal Opportunity / Affirmative Action Employer

REF: 18

53 of

# NORTEL Purchase Order

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Purchase Order No: 4320035322 | Order Date: 16.04.2008 | Page 3 of 6 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 16.04.2008 | |

| Supplier No: 128580 |
|---|
| Contract No: |

**Ship to:**

Supplier Contact:
Tolga Gureş

**Bill to:**

NN
Nortel
2370 PERFORMANCE DRIVE
RICHARDSON TX  75082-4333
USA

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | Buyer: Susana Alfaro | Telephone No: 5252626 8713 Fax: |
|---|---|---|

**Carrier Number/Carrier Name:** | **Incoterms:** DDP

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | | CS 2100 GNPS Support | 24.03.2008 | 35.000,00 | T3 | 2.887,50 | 35.000,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | 1 | 000% | District | | | | | | |
| 00020 | 1.000 | EA | | Netas CS 2100 and SL-100 GNPS suppor | 24.03.2008 | 35.000,00 | T3 | 2.887,50 | 35.000,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | 1 | 000% | District | | | | | | |
| | | | | Goods Recipient: This purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel. | | | | | |

| | | |
|---|---|---|
| Page Total | USD | 70.000,00 |
| Tax Amount | USD | 5.775,00 |
| Total Amount | USD | 75.775,00 |

*[signature]*

Susana Alfaro
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

**FATURA**

**INVOICE**

SERI SIRA NO: CM 191919

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304



İl Kodu : **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008127/ 10/31/2008 |
| Order No./Date | 45009543/ 04/18/2008 |
| Customer | NNH0000003 |
| Currency | USD |
| | 5,145.83 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

**Ship-To Address**
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müş. Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: CS2100 GNPS SUPPORT | 5,145.83 | | 5,145.83 |
| | | | | PO NO: 4320033522 | | | |
| | | | | IN OCTOBER 2008 | | | |

| | |
|---|---|
| Total(USD) | 5,145.83 |
| Invoice Amount | 5,145.83 |

ONLY* FIVE THOUSAND ONE HUNDRED FORTY-FIVE * USD  AND * EIGHTY-THREE * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK. - İstanbul Merkez Şb. 20009055 - USD HS

REF: 20-21-22

| | |
|---|---|
| **From:** | Scott FROEHLICH |
| **Sent:** | Perşembe 07 Ağustos 2008 15:27 |
| **To:** | Emel TANRIOVER |
| **Subject:** | RE: Missing PO for Nortel Istanbul engineers in Richardson |

Emel,

That is all I am able to see·of the PO, I would recommend you contact whoever usually send the PO from the Nortel side to get a copy.

Regards,
Scott....

**From:** Emel TANRIOVER
**Sent:** Thursday, August 07, 2008 3:07 PM
**To:** Scott FROEHLICH
**Subject:** FW: Missing PO for Nortel Istanbul engineers in Richardson

Scott,
Do you have the PDF of the PO below? There are some information I need and this screen shot does not contain them ( PO start date, end date e.g.) I put all PO's hard copies in a file as well. So it would be better to have PDF.

Thanks

PO 4320037767



File | Edit | View | Favorites | Tools | Help

Back

Address https://selfservice.us.nortel.com/

Google istanbul weather

NORTEL.COM | FEEDBACK | SEARCH    OSM | PHONE | PRODUCTS | HR | NEWS | IT

# Employee/Manager Self-Service

## Welcome SCOTT FROEHLICH

Home | Employee Self-Service | Manager Self-Service | My Inbox | Enterprise Buyer

Go Shopping | AP Invoice Approver

### Monitor Shopping Cart

**Detailed Navigation**

- Shopping Overview
- Shop
- Order Status
- Confirm Goods
- Approval
- Monitor Shopping Cart

| Purchase Order: 4320037767 | |
|---|---|
| Item Number | 10 |
| Requirement Tracking Number | 1000153661 |
| Quantity Ordered | 1.000 Activity unit |
| Net Price | 104,000.00 US Dollar Per 1 Activity unit |
| Net Value | 104,000.00 US Dollar |
| Purchase Order Date | 08/05/05 |
| Delivery Date | 08/03/25 |
| Plant | AO167 |
| Material Group | 86000000 |
| Vendor | 128580 Netas |
| Order Acknowledgment | |
| Purchasing Organization | 2010 |
| Purchasing Group | A39 |
| Account Assignment | Cost Center 2001501885 |
| Company Code | 2001 |

Area Pu

**Additional Specifications**

Regards,
Scott.....

**To:** Joe Constantino
**Cc:** Neslihan GUVEN; LAURA SINISE-6167; Scott FROEHLICH; Floyd Parkinson-2329
**Subject:** Missing PO for Nortel Istanbul engineers in Richardson

Hi Joe,

Our Finance dept informed us that they have not received the PO yet. Who generated that PO on your side? Could you please provide the contact name? Finance dept needs a PO starting with 43200....

Regards,
Mesut

---

**From:** Constantino, Joe (NCRTP:3301) [mailto:ingrjc1@nortel.com]
**Sent:** Monday, April 28, 2008 5:48 PM
**To:** Scott FROEHLICH; Floyd Parkinson-2329
**Cc:** Neslihan GUVEN; Mesut CIGAY; LAURA SINISE-6167
**Subject:** RE: HOTELs in RICHARDSON

It is approved.  I can only past a view of the PO.  Here it is:



**From:** Scott FROEHLICH [mailto:scfroeh@nortelnetas.com.tr]
**Sent:** Monday, April 28, 2008 9:33 AM
**To:** Parkinson, Floyd (RICH1:2329); Constantino, Joe (NCRTP:3301)
**Cc:** Neslihan GUVEN; Mesut CIGAY; SINISE, LAURA (RICH1:6167)
**Subject:** RE: HOTELs in RICHARDSON

Joe,

Can you confirm that the travel PO has cleared and if yes, send a copy out to this distribution.

Floyd,

Lets make sure to put them up in the long term places as that is a better cost savings to us. Netas finance should be able to set a PYP number against this travel if the PO has not cleared. That way we can move forward with the travel.

-----Original Message-----
**From:** Froehlich, Scott (NCRTP:2752) [mailto:sfroeh@nortel.com]
**Sent:** Monday, April 28, 2008 2:46 PM
**To:** Scott FROEHLICH
**Subject:** FW: HOTELs in RICHARDSON

------------------------------------

**From:** Parkinson, Floyd (RICH1:2329)
**Sent:** Monday, April 28, 2008 7:45:57 AM
**To:** SINISE, LAURA (RICH1:6167)
**Cc:** Guven, Neslihan NETAS (External:NTTR:CTB7);
Cigay, Mesut NETAS (External:NTTR:CTA5); Froehlich, Scott (NCRTP:2752)
**Subject:** RE: HOTELs in RICHARDSON
**Auto forwarded by a Rule**

Laura;

Will NA TAS be funding the travel for the Istanbul Engineer if so is there a PO number.

Regards;

Floyd Parkinson
Mgr CDMA TAS
Nortel NETAS
Alemdag Caddesi 171
34768 Umraniye
Istanbul - Turkey.

Tel : 011 (90)- 216-522-5235 (dialing from the U.S.)
Cell: 011 (90)- 554-777-5871 (dialing from the U.S.)
Local U.S. Number 972-362-1233
yahoo Id:  floydp75098

------------------------------------

**From:**  SINISE, LAURA (RICH1:6167)
**Sent:**  Thursday, April 24, 2008 7:06 PM
**To:**   Parkinson, Floyd (RICH1:2329)
**Subject:**   HOTELs in RICHARDSON

Floyd,

1) Here is the list of the closest hotels and are all negotiated as 'preferred Nortel hotels':

HYATT REGENCY NORTH DALLAS   - this one is the closest; just at the
end of Lakeside
701 E CAMPBELL RD
Richardson, TX 75081
Negotiated Rate: $100 USD

RADISSON DALLAS NORTH   -  this one is located just the other side of
Central Expwy.at campbell; under 1 mile away from campus.

1981 N CENTRAL EXPRESSWAY
Richardson, TX 75080

Negotiated Rate: $75 USD

HAMPTON RICHARDSON   - this one is located on the other side of Central Expwy and south 1.5 miles
1577 GATEWAY BLVD
Richardson, TX 75080
Negotiated Rate: $74 USD

NON-NEGOTIATED, however, for extended stays, and are $ 60-80 per night (and .5 miles this side of central expressway - 75 Hwy)

Homestead Studio Suites Dallas - Richardson
901 E. Campbell Rd.
Richardson, TX 75081
Telephone: 972-479-0500
Fax: 972-231-5066
RDN@extendedstay.com
MAP to it from Nortel building:
<< File: map to Homestead Studio Suites.gif >>

2) Here are all of the **Preferred Chain Partners** - these are rates specifically negotiated to benefit **Sales** and other Nortel communities where there is insufficient demand to obtain deep discounts. Chains participating are:

- o **Choice** - Comfort Inn and Suites, Quality Inn, Sleep Inn, Clarion
- o **InterContinental** - InterContinental Hotels and Resorts, Crowne Plaza Hotels & Resorts, Holiday Inn, Holiday Inn Express, Staybridge Suites, Hotel Indigo and Candlewood Suites
- o **Marriott** - Marriott, Renaissance Hotels, Courtyard, Residence Inn, Fairfield In
- o **Starwood** - Sheraton, Westin, Four Points, St Regis

The hotels are not listed on these pages, and rates are not published as the number of properties is vast. Details can be obtained from American Express Business Travel.

---

**From:** Parkinson, Floyd (RICH1:2329)
**Sent:** Thursday, April 24, 2008 2:10 AM
**To:** SINISE, LAURA (RICH1:6167)
**Cc:** Sparks, Russell (RICH1:6193); Tammana, Nalini-Mohan (RICH1:6761); Alapati, Srinath (RICH1:6193); Guven, Neslihan NETAS (External:NTTR:CTB7); Cigay, Mesut NETAS (External:NTTR:CTAS); Power, Patrick (RICH1:6193); Froehlich, Scott (NCRTP:2752); Eker, Abdurrahman Taha NETAS (External:NTTR:CTA4)

**Subject:**   Istanbul Engineer visit to NA

Laura;

My Voice Core Engineer has a multi year VISA and will be making flight arrangement to Arrive in Richardson Sunday May 11th. Since he is a Voice Core Engineer it would be nice if he can be placed close to his peers / mentors Mohan / Srinath should be able to assist you there.

We will be looking for a stay of 6 weeks could you please let me know what living accommodations we are using in Richardson.

The access guys still working on initial VISA so I don't have a target date yet.

I will let you know the flight information once I have this secured.

Regards;

# N**O**RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Jamdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
İc. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: CM **191906**

Payment Information
Doc. No./Date        90008112/ 10/30/2008
Order No./Date       45000685/ 08/08/2008
Customer             NNM0000003
Currency             USD

                                    1,383.40

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|
| Nortel Networks Netaş No./Number | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Istanbul Eng Travel to US for Training Richardon/Texas | 1,383.40 | | 1,383.40 |
| | | | | PO NO: 4320037757 | | | |
| | | | | IN OCTOBER 2008 | | | |



Total(USD)        1,383.40
Invoice Amount    1,383.40

ONLY% ONE THOUSAND THREE HUNDRED EIGHTY-THREE % USD  AND % FORTY % USD



# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Vemdağı Cad. 121 Ümraniye 34788 İstanbul
Tel: (0216) 522 20 00. Fax: (0216) 522 22 22
30yük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**

SERİ SIRA NO.: CM **132232**

Il Kodu: **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008464/ 11/28/2008 |
| Order.No./Date | 45000685/ 08/08/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 7,964.00 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | İstanbul Eng Travel to US for Training Richardon/Texas | 7,964.00 | | 7,964.00 |
| | | | | PO NO: 4320032767 | | | |
| | | | | IN NOVEMBER 2008 | | | |



|  | |
|---|---|
| Total(USD) | 7,964.00 |
| Invoice Amount | 7,964.00 |

ONLY* SEVEN THOUSAND NINE HUNDRED SIXTY-FOUR * USD  AND * ZERO * USD

# NORTEL NETAS

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: DM **875439**



İl Kodu : **34**

Payment Information
Doc. No./Date      90009522/ 03/04/2009
Order No./Date     45000685/ 08/08/2008
Customer           NNM0000003
Currency           USD
                                23,378.02

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Istanbul Eng Travel to US for Training Richardon/Texas | 23,378.02 | | 23,378.02 |
| | | | | PO NO: 4320037767 | | | |
| | | | | IN 2008 Prefiling | | | |

Total(USD)      23,378.02
Invoice Amount  23,378.02

ONLY* TWENTY-THREE THOUSAND THREE HUNDRED SEVENTY-EIGHT * USD  AND % TWO * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798  0046112 EURO Hs.

Mgr CDMA TAS
Nortel NETAS
Alemdag Caddesi 171
34768 Umraniye
Istanbul - Turkey.

Tel : 011 (90)- 216-522-5235 (dialing from the U.S.)
Cell: 011 (90)- 554-777-5871 (dialing from the U.S.)
Local U.S. Number 972-362-1233
yahoo Id:  floydp75098

---

**From:**  SINISE, LAURA (RICH1:6167)
**Sent:**  Tuesday, April 22, 2008 4:55 PM
**To:**  Parkinson, Floyd (RICH1:2329)
**Subject:**      RE: Shipped To: Floyd Parkinson

Floyd,

Excellent.  If they'll need my assistance here with cube or supplies / needs, please let me know.  If you know whom their mentors will be while they are here, this will help me very much, also.

Thanks,
Laura

---

**From:**  Parkinson, Floyd (RICH1:2329)
**Sent:**  Tuesday, April 22, 2008 2:38 AM
**To:**  SINISE, LAURA (RICH1:6167)
**Cc:**  Cigay, Mesut NETAS (External:NTTR:CTA5); Guven, Neslihan NETAS (External:NTTR:CTB7); Froehlich, Scott (NCRTP:2752)

**Subject:**      RE: Shipped To: Floyd Parkinson

Laura;

I have received all the letters and we will start the VISA process. I will let you know when completed.

Thanks;

Floyd Parkinson
Mgr CDMA TAS
Nortel NETAS
Alemdag Caddesi 171
34768 Umraniye
Istanbul - Turkey.

Tel : 011 (90)- 216-522-5235 (dialing from the U.S.)
Cell: 011 (90)- 554-777-5871 (dialing from the U.S.)
Local U.S. Number 972-362-1233
yahoo Id:  floydp75098

---

**From:**  SINISE, LAURA (RICH1:6167)
**Sent:**  Monday, April 21, 2008 4:49 PM
**To:**  Parkinson, Floyd (RICH1:2329)

Floyd,

For your info.

Laura

---

**From:** Rich, Shipping (RICH1:RB20)
**Sent:** Monday, April 21, 2008 8:41 AM
**To:** SINISE, LAURA (RICH1:6167)
**Subject:** Shipped To: Floyd Parkinson

Your package was sent via DHL. The tracking number is: 9263411894
You can track your package online at http://www.dhl-usa.com/home/home.asp
or by calling 800 225 5345

**Marco Cortez**
**Ikon @ Nortel - Real Estate Distribution Services**
Ikon - Shipping Dept
tel: 972-684-5363 (ESN 444)
fax:972-684-3801(ESN 444)
e-mail: richship@nortel.com




# N❂RTEL  Pu❂❂ Order

DEF : 23

COE - 005 - CPA - O⬚

miracige

| Purchase Order No: 4320042⬚❂❂❂ This number must appear on all invoices, packages, packing slips and customs forms. | | Order Date:  05.06.2008 Last Change Date: 05.06.2008 | Page 1 of 6 |
|---|---|---|---|
| Supplier Contact: Bahadir Cinar | | Supplier No: 128580 Contract No: | |

**Ship to:**

NN
Nortel
Sourav Mukherjee
2201 LAKESIDE BLVD.
RICHARDSON TX  75082-4399
USA

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | | Payment Terms: Within 70 days Due net | Buyer: Ana Karanny M | | | | Telephone No: Fax: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | | | Start Date  - 01.07.2008 End Date   - 31.12.2008 **Header text** PO NOT TO EXCEED $16,790.00 USD REFERENCE: NORTEL SCHEDULE A AGREEMENT FOR PRICING ONLY | | | | | | | |

| | Page Total | USD | 0.00 |
|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Ana Karanny M
BUYER

Nortel Networks 1P/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M



67

# N○RTEL ●cha○ Order

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
Sourav Mukherjee
2201 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**
Nortel Networks Incorporated  (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Purchase Order No: 432... | | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | |
| Order Date:   05.06.2008 | | |
| Last Change Date: 05.06.2008 | | Page 3  of 6 |
| Supplier Contact: Bahadir Cinar | Supplier No: 128680 | |
| | Contract No: | |

| Payment Terms: Within 70 days Due net | | Buyer: Ana Karanny M | | Telephone No: Fax: | | |
|---|---|---|---|---|---|---|

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| 00010 | 1.000 | EA | | IP2BSC # IOS Service Agent | 01.07.2008 | 16.790,00 | T4 | 0,00 | 16.790,00 |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |

| | | Page Total | USD | | 16.790,00 |
|---|---|---|---|---|---|
| | | Tax Amount | USD | | 0,00 |
| | | Total Amount | USD | | 16.790,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Ana Karanny M
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA INVOICE**



İl Kodu: **34**

SERI SIRA NO.: CM **192320**

Payment Information
Doc. No./Date      900084907 11/28/2008
Order No./Date     45000842/ 11/27/2008
Customer           NNM0000003
Currency           USD

7,718.75

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | IP2825# IDS Service Agent | 7,718.75 | | 7,718.75 |
| | | | | PO NO: 4320042292 | | | |
| | | | | IN OCTOBER / NOVEMBER 2008 | | | |
| | | | | | Total(USD) | | 7,718.75 |
| | | | | | Invoice Amount | | 7,718.75 |

ONLY* SEVEN THOUSAND SEVEN HUNDRED EIGHTEEN * USD  AND % SEVENTY-FIVE * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS.

69 of 161

# N✸RTEL

## Pu✸✸ Order

| | Purchase Order No: 4320042555 | Order Date: 09.06.2008 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 06.08.2008 | Page 1 of 7 |
| | Supplier Contact: BAHADIR CINAR | Supplier No: 128680 |
| | | Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: FCA ORIGIN | | Payment Terms: Within 70 days Due net | | Telephone No: ESN:470-8708 Fax: 60 11 5235 2626 8708 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | | Buyer: Stephanie Trujillo | | | |
| | | | | | | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

Start Date  - 06.08.2008
End Date  - 31.12.2008
**Header text**
************CHANGE ORDER #01 06/08/2008*******************
ISSUED TO ADD LOT 30 FOR $40,300 AND LOT 40 FOR $45,300
DO NOT EXCEED NEW PO TOTAL $166,200.00
*****************************************************
P.O. TOTAL NOT TO EXCEED $ 80,600.00 USD
**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

*(handwritten)* 83 { LOT3 — RD- 02860-009 — RDF
{ LOT4  RD- 02860-010 — RDF

| | | Page Total | USD | 0,00 |

Stephanie Trujillo
BUYER

**Supplier:**
Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

# N❍RTEL

## Purchase Order

| Purchase Order No: 4320042559 | Order Date:  09.06.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date:  06.08.2008 |
| | Page 2  of 7 |

| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 |
| | Contract No: MOU CONTRACT |

Ship to: **Please See Delivery Address at Line Item**

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA ORIGIN | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | Telephone No: ESN-470-8708 Fax: 60 11 5255 2626 8708 |
|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | THIS PURCHASE ORDER IS TAX EXEMPT IN ACCORDANCE WITH DIRECT PAY PERMIT #00383 ISSUED UNDERN.C.G.S. 105-164.27A. THE PERMIT AUTHORIZES THE SUPPLIER, TO WHOM II IS PRESENTED, TO SELL TANGIBLE PERSONAL PROPERTY TO THE BUSINESS NAMED ON THE PERMIT WITHOUT COLLECTING SALES TAX ON THE SALE. THE BUSINESS NAMED ON THE PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF THE PERMIT. | | | | | |
| | | | | PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.  THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION.  ANY CHANGES (ADDITIONS (DELETIONS, DELETIONS, RATES, DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. THIS IS A PURCHASE CHANGE ORDER.  PURCHASE ORDER NOW READS AS FOLLOWS: | | | | | |
| 00010 | 1.000 | EA | | Q2 Netas CICM Support | 06.08.2008 | 40.300,00 | T4 | 0,00 | 40.300,00 |
| | | | | | **Page Total** | | USD | | 40.300,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN

Stephanie Trujillo
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

M 2

# N⊘RTEL

## Purchase Order



**Purchase Order No:** 4320042550
This number must appear on all invoices, packing slips and customs forms.

| Order Date: | 09.06.2008 | |
|---|---|---|
| Last Change Date: | 06.08.2008 | Page 3 of 7 |

**Supplier No:** 128580
**Contract No:** MOU CONTRACT

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
BAHADIR CINAR

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Ship to:
Please See Delivery Address at Line Item

**Buyer:** Stephanie Trujillo

**Telephone No:** ESN-470-8708
**Fax No:** 60 11 5255 2626 8708

| Carrier Number/Carrier Name: | | | **Incoterms:** FCA ORIGIN | | **Payment Terms:** Within 70 days Due net | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00020 | 1.000 | EA | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | Q2 Netas funding for CICM support and #149137; CICM: XML & Enhanced QOS reporting using H.248 for QCA | Q2 Netas CICM feature #149137 | 08.06.2008 | 40.300,00 | T4 | 0,00 | 40.300,00 |
| 00030 | 1.000 | EA | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | Q2 Netas funding for CICM support and #149137; CICM: XML & Enhanced QOS reporting using H.248 for QCA | Q3 Netas CICM | 08.06.2008 | 40.300,00 | T4 | 0,00 | 40.300,00 |
| | | | | | Page Total | | | USD | | 80.600,00 |

Stephanie Trujillo
**BUYER**

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 1P/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M Z

72

# N☉RTEL    Purchase Order

| | |
|---|---|
| Purchase Order No: 4320042559<br>This number must appear on all invoices, packages,<br>packing slips and customs forms. | Order Date:   09.06.2008<br>Last Change Date:  06.08.2008 | Page 4  of 7 |
| Supplier Contact:<br>BAHADIR CINAR | Supplier No: 128580<br>Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**  Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms:<br>Within 70 days Due net | | Buyer:<br>Stephanie Trujillo | | | Telephone No: ESN:470-8708<br>Fax: 60 11 5255 2626 8708 | |
|---|---|---|---|---|---|---|

| Item<br>No. | Qty | UOM | Part No | Incoterms:<br>FCA ORIGIN | Description | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | NN<br>Nortel<br>4004 E. CHAPEL-HILL NELSON HWY.<br>RESEARCH TRIANGLE PARK<br>NC 27709-0000 | | | | | | | |
| 00040 | 1.000 | EA | | | Q3 Netas CICM HC and Expense | 06.08.2008 | 45.300,00 | T4 | 0,00 | 45.300,00 |
| | | | NN<br>Nortel<br>4004 E. CHAPEL-HILL NELSON HWY.<br>RESEARCH TRIANGLE PARK<br>NC 27709-0000 | | | | | | | |
| | | | | | Goods Recipient:<br>This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by<br>Nortel. | | | | | |

| | | | |
|---|---|---|---|
| | Page Total | USD | 45.300,00 |
| | Tax Amount | USD | 0,00 |
| | Total Amount | USD | 166.200,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks TP/2007-07/EN

M Z

# N⦿RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO: DM **874703**

Payment Information
Doc. No./Date       90008882/ 12/26/2008
Order No./Date      450006197 06/16/2008
Customer            NNN0000003
Currency            USD
                              2,807.27

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO 4320042559 SIP (RD-2060) ICIN MALZEME ALIMI | 2,807.27 | | 2,807.27 |
| | | | | PO NO: 4320042559 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)        2,807.27
Invoice Amount    2,807.27

ONLY% TWO THOUSAND EIGHT HUNDRED SEVEN * USD  AND % TWENTY-SEVEN * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798  0046112 EURO Hs.

REF: BW 2S.29(WC

# N⊘RTEL  Purchase Order

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer     M

| Purchase Order No: 4320049364 | Order Date:    30.07.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 30.07.2008 |



| | Page 1 of 6 |
|---|---|

| Supplier Contact: Emel Yilmaz | Supplier No: 128580 |
|---|---|
| | Contract No: |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to:
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Item No. | Qty | UOM | Part No | Incoterms: FCA Origin | Description | Payment Terms: Within 70 days Due net | Buyer: Mario Romero | Ship Date | Unit Price | Tax Code | Tax Value | Telephone No: Fax: | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

Start Date  - 30.07.2008
End Date  - 31.12.2008

| | | | Page Total | | USD | | 0,00 |
|---|---|---|---|---|---|---|---|

Mario Romero
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

75

76 of 161

# NORTEL   Purchase Order

| | | |
|---|---|---|
| Order Date: | 30.07.2008 | Page 3 of 6 |
| Last Change Date: | 30.07.2008 | |

**Purchase Order No:** 43204
This number must appear on all invoices, packages, packing slips and customs forms.

| | |
|---|---|
| Supplier No: | 128580 |
| Contract No: | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Supplier Contact:**
Emel Yilmaz

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | |
|---|---|
| Buyer: | Mario Romero |
| Telephone No: | |
| Fax: | |

**Payment Terms:**
Within 70 days Due net

| Carrier Number/Carrier Name: | | | | Incoterms: FCA Origin | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | Istanbul Requirements - GPS / Blackw | 30.07.2008 | 8.861.412 | T5 | 0,00 | 8.861.412,00 |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel. | | | | | |
| | | | | | **Page Total** | | USD | | 8.861.412,00 |
| | | | | | **Tax Amount** | | USD | | 0,00 |
| | | | | | **Total Amount** | | USD | | 8.861.412,00 |

Mario Romero
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07//EN     Nortel is an Equal Opportunity / Affirmative Action Employer    M

# N**O**RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu : **34**

SERİ SIRA NO.: DM **874638**

Payment Information
Doc. No./Date       90008824/ 12/23/2008
Order No./Date      45000679/ 08/01/2008
Customer            NNM0000003
Currency            USD

24,584.60

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | COE NETAS ISTANBUL REQUIREMENTS EPS-BLACK H2 | 24,584.60 | | 24,584.60 |
| | | | | PO NO: 4320049364 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)     24,584.60
Invoice Amount  24,584.60

ONLY * TWENTY-FOUR THOUSAND FIVE HUNDRED EIGHTY-FOUR * USD   AND % SIXTY * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL           Şube Kodu : 798  0046112 EURO Hs.

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
ic. Slc. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu : **34**

Payment Information
Doc. No./Date      90008125/ 10/31/2008
Order No./Date     45000679/ 08/01/2008
Customer           NNN0000003
Currency           USD
                   1,259,950.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE NETAS ISTANBUL REQUIREMENTS 8PS-BLACK H2 | 1259950.00 | | 1259950.00 |
| | | | | PO NO: 4320049364 | | | |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)      1,259,950.00
Invoice Amount  1,259,950.00

ONLY* ONE MILLION TWO HUNDRED FIFTY-NINE THOUSAND NINE HUNDRED FIFTY * USD  AND * ZERO * USD



anka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : 34

SERİ SIRA NO.: CM **192481**

Payment Information
Doc. No./Date          96008653/ 12/15/2008
Order No./Date         45000679/ 09/01/2008
Customer               NNH0000003
Currency               USD
                                  1,211,250.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship To Address:
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE NETAS ISTANBUL REQUIREMENTS BPS-BLACK H2 | 1211250.00 | | 1211250.00 |
| | | | | PO NO: 4320045364 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)      1,211,250.00
Invoice Amount  1,211,250.00

ONLY% ONE MILLION TWO HUNDRED ELEVEN THOUSAND TWO HUNDRED FIFTY % USD  AND % ZERO % USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu = **34**

SERI SIRA NO.: CM **192313**

Payment Information
Doc. No./Date      90009483/ 11/28/2008
Order No./Date     45000579/ 08/01/2008
Customer           NNM0000003
Currency           USD
                   1,498,140.40

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE NETAS ISTANBUL REQUIREMENTS GPS-BLACK H2 | 1498140.40 | | 1498140.40 |
| | | | | PO NO: 4520049364 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)      1,498,140.40
Invoice Amount  1,498,140.40

ONLY* ONE MILLION FOUR HUNDRED NINETY-EIGHT THOUSAND ONE HUNDRED FORTY * USD  AND % FORTY *

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

80 of 161

# N RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Jemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00  Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
ic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu : **34**

SERI SIRA NO. : CM **192200**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008392/ 11/21/2008 |
| Order No./Date | 45000679/ 08/01/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 319,176.00 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no: | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CGE-777-DUM-073 CPAI2 ISRAEL TRA. M.KAYA | 319,176.00 | | 319,176.99 |
| | | | | CGE-777-DUM-109 CPAI2 ENT.,VO. BCM DJT TR. | | | |
| | | | | CGE-777-DUM-G9list,SelfSer.GPS-HireeATR(R.T.) | | | |
| | | | | CGE-777-DUM-058 LOCAL DELL EQUIPMENT | | | |
| | | | | CGE-777-DUM-102 CGE Enter. Data Lab-R.Koz | | | |
| | | | | CGE-777-DUM-105 LAB Installation-R.Koz | | | |
| | | | | CGE-777-DUM-110 Multimedia Lab inst. | | | |
| | | | | CGE-777-DUM-115 CGE GPS ENTERPRISE-CPA | | | |
| | | | | CGE-777-DUM-140 Enter. Data GPSlab(Equip.) | | | |
| | | | | CGE-777-DUM-147 Soft. lic.and app.for 10 L.Tops(K.T.) | | | |
| | | | | CGE-777-DUM-G9? CGE PHASE 2 FOUND. TRA. | | | |
| | | | | CGE-904-CED-005 Recruitment Costs | | | |
| | | | | CGE-777-DUM-157 3th. Supp. Party Expens. | | | |
| | | | | CGE-777-DUM-083 ML. Cust. Waiting Charges | | | |
| | | | | PO NO: 4320049564  IN NOVEMBER 2008 | | | |

| | Total(USD) | 319,176.00 |
|---|---|---|
| | Invoice Amount | 319,176.00 |

ONLY : THREE HUNDRED NINETEEN THOUSAND ONE HUNDRED SEVENTY-SIX * USD  AND % ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL: HS
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

# N⊘RTEL  Purc◯Order

| Purchase Order No: 4320050219 | Order Date: 06.08.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 06.08.2008 |

| | Supplie No: 128580 | Page 1 of 6 |
| | Contract No: MOU | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Bahadir Cinar

**Ship to:**
NN
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P. O. Box 280510
Nashville, TN 37228

RD - 2848

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 67 days Due net | Buyer: Stephanie Trujillo | | Telephone No: ESN 470-8708 Fax: 60 11 5255 2626 8708 | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

Start Date - 06.08.2008
End Date - 31.12.2008
**Header text**
PO NOT TO EXCEED $54.410 USD
NORTEL CONTACT PERSON: MILLIE LUNA, 972-684-7002,mlluna@nortel.com
**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

RD-02848-085 — 31.000 $ — RDF
COE-005-CPA-073 — 10.000 $ — CPA
RD-02848-086 — 13.410 $ — RDA

| | Page Total | USD | | 0,00 |
|---|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks IP7/2007-077/EN

M

# N⊘RTEL ● Purcha⌒ Order

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 4⬤0219 | | Order Date: 06.08.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs form | | Last Change Date: 06.08.2008 | Page 3 of 6 |

| Supplier Co⌐ ⌐ar ⌐ar | | | Supplier No: 128580 |
|---|---|---|---|
| Bahadir | | | Contract No: MOU |

Ship to:
NN
Nortel
2201 LAKE⌐ ; BLV
RICHARDSO⌐ ⌐X 75⌐ 399
USA

Bill to:
Nortel Networks ⌐ porated (0501
Attention: Accou⌐ Payable 001)
P.O. Box 280510
Nashville, TN 37⌐

| Telephone No: ESN:470-8708 |
|---|
| Fax: 60 11 5255 2626 8708 |

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 67 days Due net | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | E⌐ ⌐or: Stephanie Trujillo | Unit ⌐. | Ship Date | Tax Code | Tax Value | Extended Total |
| | | | | DISCRETION IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | | |
| | | | | THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. | | | | | | |
| | | | | THIS PURCHASE ORDER IS TAX EXEMPT. THE PRODUCTAND/OR SERVICE WILL BE USED IN A MANUFACTURINGPROCESS AS DEFINED IN TEXAS STATUTE 151.318(a)(2)AND (d) AND (p). | | | | | | |
| 00010 | 1.000 | EA | | 3Q08 Neuf INAP TDP3 Interworking (NE | | 54.410,00 | 06.08.2008 | T4 | 0,00 | 54.410,00 |
| | | | | Goods Recipient:<br>This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | | |
| | | | | | Page Total | | | USD | | 54.410,00 |
| | | | | | Tax Amount | | | USD | | 0,00 |
| | | | | | Total Amount | | | USD | | 54.410,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Truj⌐
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N⦿RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


Il Kodu : **34**

SERİ SIRA NO.: CM **192316**

Payment Information
Doc. No./Date        900004867/ 11/28/2008
Order No./Date       45000697/ 08/25/2008
Customer             NNM0000003
Currency             USD
                                2,361.24

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 3Q2008 NEUF INAP TDP3 Interworking | 2,361.24 | | 2,361.24 |
| | | | | PO NO: 4320050219 | | | |
| | | | | IN OCTOBER + NOVEMBER 2008 | | | |

                                    Total(USD)       2,361.24
                                    Invoice Amount   2,361.24

ONLY: TWO THOUSAND THREE HUNDRED SIXTY-ONE $ USD  AND $ TWENTY-FOUR $ USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

# N✪RTEL Purcha✪ Order

| Purchase Order Noc: 4320052219 | Order Date:  26.08.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date:  26.08.2008 | Page 2  of 6 |

| Supplier Contact: Bahadir Cinar | |
|---|---|
| Supplier No.  128580 | Contract No.  MOU CONTRACT |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-34244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention:Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Telephone No:  ESN: 470-848 | |
|---|---|
| Fax: | |

| Buyer: Fernando Williams | |
|---|---|

| Carrier Number/Carrier Name: | | | Incoterms: DDP | Payment Terms: Within 67 days Due net | | | | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | Netas For NA Enterprise for 2008 | 26.08.2008 | 361.732,0 | T5 | 0,00 | 361.732,00 |

**Terms of delivery**

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT
NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED
HEREIN.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | USD | 361.732,00 |
|---|---|---|---|

Fernando Williams
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN       Nortel is an Equal Opportunity / Affirmative Action Employer

Ref:34.32

# NØRTEL Purchase Order

| Purchase Order No: 4320052219 | Order Date: 26.08.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 26.08.2008 | Page 1 of 6 |

| Supplier No: 126580 |
| Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Supplier Contact:**
Bahadir Cinar

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Buyer:**
Fernando Williams

Telephone No: ESN: 470-848
Fax:

| Carrier Number/Carrier Name: | Incoterms: DDP | Payment Terms: Within 67 days Due net |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

Start Date - 26.08.2008
End Date - 31.12.2008
**Header text**
P.O. TOTAL NOT TO EXCEED $361.732,00 USD.

Nortel contact person is:
Brown, MA. Adrian
adrianb@nortel.com
613-763-5706

**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexp1@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

| | Page Total | | USD | 0,00 |

Fernando Williams
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IPY/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

COE-042-CTC-00

NA NTS Enterpri's

# NORTEL NETAŞ
Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



İl Kodu : **34**

SERİ SIRA NO: CM **192308**

Payment Information
Goz. No./Date          70009476/ 11/28/2008
Order No./Date         450007237 09/02/2008
Customer               NNN0000003
Currency               USD
                                83,125.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas for NA NTS Enterprise for 2008 | 83,125.00 | | 83,125.00 |
| | | | | PO NO: 4320052219 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)          83,125.00
Invoice Amount      83,125.00

ONLY* EIGHTY-THREE THOUSAND ONE HUNDRED TWENTY-FIVE * USD  AND % ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - Istanbul Merkez Şb. 20009055 - USD HS

# N⬤RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu 34

**SERİ SIRA NO: CM 192576**

Payment Information
Doc. No./Date          90008715/ 12/19/2008
Order No./Date         45000723/ 09/02/2008
Customer               NRN0C00003
Currency               USD
                                    10,332.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed In | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas for NA NTS Enterprise for 2008 | 10,332.00 | | 10,332.00 |
| | | | | PO NO: 4320052219 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)          10,332.00
Invoice Amount       10,332.00

Y* TEN THOUSAND THREE HUNDRED THIRTY-TWO * USD  AND % ZERO * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# N⊙RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu **34**

SERİ SIRA NO. CM **192586**

Payment Information
Doc. No./Date          900097247  12/19/2008
Order No./Date         45000723   09/02/2008
Customer               NNN0000003
Currency               USD
                                  116,275.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No/Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas for HA NTS Enterprise for 2008 Recruitment | 116,275.00 | | 116,275.00 |
| | | | | PO NO: 4320052219 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | Total(USD) | | | 116,275.00 |
| | | | | Invoice Amount | | | 116,275.00 |

ONLY: ONE HUNDRED SIXTEEN THOUSAND TWO HUNDRED SEVENTY FIVE * USD  AND % ZERO & USD

Banka Hesap Numaralarımız HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL  HS
CITIBANK - İstanbul Merkez Sb. 20009055 - USD/HS

# N⊘RTEL Purcha● Order

| Purchase Order No: 4320052415 | Order Date:    27.08.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 27.08.2008 |
| | Page 1 of 6 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
|---|---|
| | Contract No: MOU |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL,
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

JANET PERRY
Nortel
4004 E. CHAPEL-HILL, NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | Telephone No: ESN 470-8708 Fax: 60 11 5255 2626 8708 |
|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

Start Date  - 27.08.2008
End Date - 31.12.2008
**Header text**
PO NOT TO EXCEED $ 108,000 USD
NORTEL CONTACT PERSON: JANET PERRY 919-905-3696 japerry@nortel.com

**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexp1@nortel.com
Fax invoice: 615-432-5956
Check invoice and payment status at: www.nortel.com/naapinquiry

| | Page Total | USD | 0,00 |
|---|---|---|---|

Stephanie Trujillo
BUYER



Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IF/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

# NØRTEL   Purchase Order

| Purchase Order No: 4320052415 | |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | |
| Order Date: 27.08.2008 | |
| Last Change Date: 27.08.2008   Page 2  of 6 | |

| Supplier No: 128580 |
|---|
| Contract No: MOU |

**Supplier:**

Netas
Alemdag Caddesi
Umaniye ISTANBUL
TR-34768 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

Supplier Contact:
Bahadir Cinar

JANET PERRY
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | | | | | Buyer: Stephanie Trujillo | | Telephone No:   ESN:470-8708 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fax: 60 11 5255 2626 8708 | |

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | Payment Terms: Within 70 days Due net | | | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |

SOFTWARE AGREEMENTS ARE SUBJECT TO APPROVAL BY NORTEL AND SUPPLIER LEGAL DEPARTMENTS.
LICENSOR SHALL INDEMNIFY AND SAVE EACH NORTEL COMPANY AND ITS SUBSIDIARIES AND AFFILIATES HARMLESS FROM
LIABILITY OR CLAIM (INCLUDING, WITHOUT LIMITATION, THE COSTS AND REASONABLE ATTORNEY FEES IN CONNECTION
THEREWITH) THAT MAY BE MADE ALLEGING THAT THE USE OF SUCH SOFTWARE INFRINGES ANY PATENT,
TRADEMARK, TRADE SECRET, COPYRIGHT, OR ANY OTHER PROPRIETARY OR INTELLECTUAL RIGHT.
FOR ALL SOFTWARE PURCHASES AND SOFTWARE DEVELOPMENT:  (A) LICENSOR/SUPPLIER WARRANTS THAT ALL PRODUCTS AND
RELATED DOCUMENTATION CONFORMS TO ALL AGREED UPON SPECIFICATION(S) AS STATED BELOW AND SHALL CONTAIN NO
"VIRUSES", "TIME BOMBS", "LOCK-UP DEVICES", "BACK DOORS", OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED
ACCESS TO THE SYSTEM(S) THAT ARE LOADED WITH SAID SOFTWARE.  (B) SOFTWARE PATCHES WHEN REQUIRED, SHALL
RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER
INCLUDES DOCUMENTATION THAT DESCRIBES PROCEDURES FOR TESTING, INSTALLING, AND APPLYING SAID PATCHES.  BUYER
OBLIGATION OR LIABILITY (INCLUDING PAYMENT).

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS

| | Page Total | | USD | | | 0.00 |
|---|---|---|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1129 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

# N⚙RTEL Purchase Order

| Purchase Order No.: 4320052415 This number must appear on all invoices, packages, packing slips and customs forms. | Order Date:  27.08.2008 Last Change Date:  27.08.2008 | Page 3  of 6 |
|---|---|---|

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 Contact No: MOU |
|---|---|

**Supplier:**
Netas
Alemdag Caddesi
Unraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
JANET PERRY
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention:Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Telephone No: ESN:470-8708 Fax: 60 11 5255 2626 8708 |
|---|

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Stephanie Trujillo | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE ORDER. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN THIS PURCHASE ORDER IS TAX EXEMPT IN ACCORDANCE WITH NORTEL PERMIT #00383 ISSUED UNDER M C.G.S. 105-164.27A. THE PERMIT AUTHORIZES THE SUPPLIER TO WHOM IT IS PRESENTED TO SELL TANGIBLE PERSONAL PROPERTY TO THE BUSINESS NAMED ON THE PERMIT WITHOUT COLLECTING SALES TAX ON THE SALE. THE BUSINESS NAMED ON THE PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF THE PERMIT. | | | | |
| 00010 | 1.000 | EA | | 3 Netas Resources | 27.08.2008 | 108.000,0 | T5 | 0,00 | 108.000,00 |
| | | | | Goods Recipient: This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |

| | Page Total | | | 108.000,00 |
|---|---|---|---|---|
| | | Tax Amount Total Amount | USD USD | 0,00 108.000,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Buyer
Stephanie Trujillo

Nortel Networks 1P/2007-07/EN       Nortel is an Equal Opportunity / Affirmative Action Employer

# Terms and Conditions

## NORTEL NETWORKS INC. ("PURCHASER")

## PURCHASE ORDER TERMS AND CONDITIONS

**1. Acceptance**

Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchaser, the shipment of goods or the commencement of services to be performed hereunder. Purchaser shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Purchaser.

**2. Price and Payment**

Supplier shall not be invoiced at a price(s) higher than stated on the face of this Order ("Price(s)"). Supplier represents that the Price(s) is (are) the lowest price(s) charged by Supplier to buyers of a class similar to Purchaser under similar terms of purchase. Any reduction made by Supplier in the price of the goods or services covered by this Order which is instituted before delivery of the goods or commencement of services shall be applicable to this Order. Payment terms are 70 days (Payment Period) measured from the later of Purchaser's acceptance of the goods and/or services or Purchaser's receipt of an undisputed invoice therefore. Notwithstanding the preceding, conditioned upon the advance approval of Purchaser's finance group, on the face of this purchase order Purchaser may agree with Supplier to a special term of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period, but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued

**3. Taxes and Charges**

Unless otherwise stated on the face of this Order, the Price(s) is deemed to include (a) all applicable federal, state and local taxes and (b) the charges for insurance, import duties, packaging, transportation and any other fee or expense relating to the provision of the goods or services ordered. If required by law, Purchaser will withhold taxes and pay them over to the applicable taxing authority, in which case Purchaser will pay to Supplier the balance of the price, after deducting the withholding.

**4. Changes**

Purchaser may, at any time by written amendment to this Order, increase or decrease the ordered quantities of the goods or make a change in any one or more of the following:
(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with the Purchaser provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery or performance.
If such a change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing accompanied by an estimate of the cost or the additional time required for performance of the change within 20 days from the receipt by Supplier of notification of the change.

**5. Setoff**

**6. Termination, Breach and Time for Performance**

Purchaser may at any time, whether or not Supplier is in breach hereof, terminate this Order in whole or in part by written notice or verbal notice confirmed in writing. If this Order is terminated without breach by Supplier, Supplier shall be entitled solely to reimbursement of the reasonable cost Supplier has incurred in the performance of this Order prior to the effective date of termination, but in no event shall such reimbursement exceed the Price(s). If this Order is terminated by Purchaser for Supplier's breach or as a result of force majeure (as specified in paragraph 13) affecting Supplier's performance, including, but not limited to Supplier's delay in delivery of the goods or performance of services, Supplier shall not be entitled to any reimbursement. In addition to any other remedy provided in this Order for a breach of any term of this Order, Purchaser may pursue cumulatively against Supplier any or all available remedies at law or equity. In no event shall Purchaser be liable for any incidental, indirect or consequential special or punitive damages of any nature whatsoever, including loss of income, profit, use, or goodwill, for any reason whatsoever.

**7. Assignment/Subcontracting**

Supplier shall not (a) assign this Order, any interest herein or any rights hereunder or (b) subcontract any obligation to be performed hereunder, without the prior written consent of Purchaser.

**8. Indemnification and Insurance**

Supplier shall indemnify and hold Purchaser and/or its customers harmless against any loss, damage, liability or claim (including, without limitation, costs and attorney's fees in connection therewith) that may be made alleging that the goods and/or deliverable items or work product in connection with services infringe any patent, trademark, trade secret, copyright or any other proprietary right, and against any loss, damage, liability or claim attributable to the possession, use or transfer of the goods or the performance of services (including, without limitation, costs and attorney's fees in connection therewith) that may be suffered by and/or be the subject of a claim by a third party against, Purchaser and/or its customers, including, without limitation, any loss, damage, liability or claim arising from injury or death to persons or damage to property due to Supplier's breach of the terms of this Order or Supplier's negligence or due to strict liability or negligence per se. Supplier shall, prior to commencement of performance, transmit to Purchaser a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:
(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $1,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million; and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance shall name Purchaser as an additional insured and contain a clause reading as follows: "The insurance provided by these policies shall not be materially changed or cancelled without at least 30 days prior written notice being given to Director, Risk Management, Nortel Networks Inc., 4008 E. Chapel Hill-Nelson Highway, Research Triangle Park, NC 27709. At Purchaser's written request, Supplier shall maintain greater coverage amounts or other types of insurance."

**9. Laws and Regulations**

Upon notice to Supplier, Purchaser may deduct from the amount due Supplier under this order either damages for any breach of this Order or amounts otherwise due Purchaser from Supplier, irrespective of whether the deduction is related to the goods or services covered by this Order.

# Terms and Conditions

Supplier shall comply with and obtain all applicable governmental licenses and permits relating to the goods or services, and Supplier shall comply with and assist Purchaser in complying with all applicable laws and governmental orders and regulations in effect at the time of delivery(ies) or performance of services, including without limitation, (a) the following United States laws and regulations: Comprehensive Environmental Response, Compensation and Liability Act of 1980, Consumer Product Safety Act, Toxic Substances Control Act, Occupational Safety and Health Act of 1970, Radiation Control for Health & Safety Act of 1968, Resource Conservation and Recovery Act of 1976, Clean Air Act, Clean Water Act, including the following obligations under the following U.S. Equal Employment Opportunity /Affirmative Action/Employment regulations: 41 C.F.R. §§60-1.4(a), 60-250.5(a), 60-741.5(a) and 29 C.F.R. part 470.

and,

(b) the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Seller must be able to demonstrate to Nortel Network's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by the RoHS Directive used or provided by Seller in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law. Company reserves the right to inspect the Seller's facilities to ensure compliance with laws. Supplier hereby indemnifies, defends, and holds Company harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with laws, orders and/or regulations (e.g., the WEEE and RoHS directives). Supplier understands that failure by Supplier to follow requirements mandated by law, order or regulation may expose Purchaser and Purchaser employees to criminal liability and as a consequence any failure to comply may therefore be considered as a material breach of the terms governing this Order.

## 10. Disclosure of Information

Unless otherwise expressly agreed to in writing, all information disclosed by Purchaser to Supplier or to which Supplier otherwise obtains access in the course of performance of this Order shall be maintained in confidence by Supplier, shall remain Purchaser's property and shall be returned to Purchaser upon request. Supplier shall not disclose any such information to third persons without the prior written consent of Purchaser. Such information shall be used by Supplier solely for purposes of performance of this Order. Any Purchaser intellectual property or proprietary information provided to Supplier under this Order may be used only for purposes of providing goods and/or services under this Order.

## 11. Notice

Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the U.S. mail.

## 12. Use of Purchaser's Name

Supplier shall not in any advertising, sales promotion materials, press releases, public statements or any other publicity matters use the name of Purchaser, Purchaser's parent, any affiliate or subsidiary of Purchaser or any variation thereof or language from which the connection of said names may be implied without Purchaser's prior written approval.

## 13. Force Majeure

Neither Purchaser nor Supplier shall be liable for delays due to causes beyond the control and without the fault or negligence of the party whose performance is affected, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes or unusually severe weather. In the event any such cause affects Supplier's performance for a period of 10 or more days, Purchaser shall have the right to terminate this Order for its convenience pursuant to paragraph 6.

## 14. Governing Law

This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

## 15. Paragraph Headings

Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 16. Waiver

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

## 17. Purchases Pursuant to Master Agreement

In the event the terms of this Order conflict with the terms of any master purchase and sale agreement or master services agreement between Purchaser, the parent of Purchaser or any affiliate or subsidiary of Purchaser and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

## 18. Entire Agreement

This Order constitutes the entire agreement between the parties on the subject matter hereof and supercedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. This Order may not be modified or waived orally and may be modified only in a writing signed by a duly authorized representative of the party to be charged with an obligation under such modification. Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 19. Business Ethics — by its acceptance of this Order Supplier represents that as a company it conforms to Purchaser's published supplier business conduct guidelines and standards, as they may be revised from time to time, and which guidelines and standards Supplier may access at Purchaser's web page at Nortel.com.

## 20. Time of the Essence

Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

GOODS – If this Order is for goods, the following paragraphs are also included in this Order:

## G1.Quantity

Unless otherwise specified on the face of this Order, each Order shall be shipped complete. Purchaser shall not be obligated to accept any shipment of goods in excess of the quantity specified in this Order. Any excess quantity will be held at Supplier's risk and expense for a reasonable time awaiting return shipping instructions from Supplier. Risk of loss and return shipping charges for any excess quantity shall be borne by Supplier.

## G2.Warranty

# Terms and Conditions

Supplier warrants that for the period of one year or such other period specified on the face of this Order following acceptance of the goods that they (i) shall conform to the description and specifications as provided on the face of this Order, (ii) shall be free of any liens or encumbrances, (iii) shall be of new material and good workmanship, merchantable and free from both defects and (iv) shall be fit for the purposes intended. All goods which use electrical power shall comply with Underwriter's Laboratory (UL) requirements. In the event Supplier breaches any warranty, Supplier shall promptly remove any such liens and encumbrances, repair or replace the defective or nonconforming goods at no cost to Purchaser. In the event Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## G3.Special Products

Unless otherwise provided on the face of this Order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the goods shall be furnished by Supplier and at no cost to Purchaser. Purchaser, at its option, may at any time reimburse Supplier for Supplier's reasonable cost for such drawings, dies, tools or patterns, and shall as a result, become the owner and entitled to possession of same upon Purchaser's request thereof.

## G4.Title/Risk of Loss

Title and risk of loss or damage to the goods shall pass to Purchaser when the goods are delivered based on the incoterm indicated by Purchaser on the face of this Order.

## G5.Delivery

Goods delivered prior to the reported delivery date shall, at Purchaser's option, not be required to be accepted by Purchaser and shall be returnable to Supplier at Supplier's sole risk and expense.

## G6.Free Trade Certificates of Origin

Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement ("NAFTA"). If goods qualify, Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Purchaser. Purchaser may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

## G7.Packing

All goods shall be suitably packed for shipment to prevent damage.

**SERVICES** – If this Order is for services, the following paragraphs are also included in this Order:

## S1.Warranty

Supplier warrants that for the period of one year or such other period specified on the face of this Order following the completion of the services that the services and/or any deliverable items or work product in connection with services shall (i) conform to the description of the services ordered and (ii) be performed in a professional manner conforming to generally accepted practices for the performance of such services. In the event within one year or such other period specified on the face of this Order after the completion of the services the deliverable items or work product thereof is or becomes defective, Supplier at no cost to Purchaser shall correct such defect. Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## S2.Services to be Rendered at Purchaser's Premises

Supplier shall take such steps as may be necessary to prevent personal injury or property damage during the performance of the services. Purchaser reserves the right for any reason to require Supplier to remove any employee of Supplier, its agents or subcontractors, performing at Purchaser's premises and have Supplier replace such individual with an employee acceptable to Purchaser.

## S3. Security Rules/Procedures

Supplier shall comply with all rules and procedures in effect at the site where the services will be performed. Purchaser may, at its discretion, require Supplier to implement and maintain a drug and alcohol procedure ("DAP") for those of its employees who will or may be assigned to perform services hereunder. If Purchaser elects to do so, Supplier's DAP shall be equivalent to Purchaser's DAP and shall be subject to Purchaser's approval, and Supplier at its expense, shall cause each of its employees who will or may be assigned to perform services to be tested prior to assignment for the illegal use of drugs, in accordance with Purchaser's DAP. Supplier shall not assign any person to perform services who refuse to be tested or whose test results are positive. A copy of Purchaser's DAP may be obtained upon request.

## S4. Disruption of Business

Unless otherwise specified on the face of this Order, services shall be provided during Purchaser's normal workday and be provided with minimum disruption to Purchaser's business operations. Supplier shall be responsible for all cleanup costs and costs of restoring Purchaser's premises to its original condition.

## S5.Waiver of Lien

At Purchaser's request, Supplier shall, prior to being entitled to receive payment, supply Purchaser with evidence of payment in full of Supplier's employees, suppliers and/or subcontractors.

## S6. Independent Contractor

Supplier shall provide the services as an independent contractor and not as an agent, servant or employee of Purchaser.

## S7. Title

Supplier hereby sells, transfers, assigns and conveys to Purchaser all the right, title and interest to all the results and/or items produced or to be produced exclusively for Purchaser by Supplier by performance of the services, including, without limitation, all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Purchaser, any documents required to evidence and/or secure Purchaser's exclusive ownership therein in any and all countries. To the extent that results and/or items produced exclusively for Purchaser as part of services contain property owned by Supplier, Supplier hereby grants Purchaser a non-exclusive, royalty-free license to utilize such Supplier owned property, but only as embodied in the results or items produced as part of the services.

# NORTEL NETAŞ

ortel Networks Netaş TelekomÜnikasyon A.Ş.

emdaş Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00  Fax: (0216) 522 22 22
Oyûk Mükellefler V.D.: 6320001061
ic. Sic. No.: 94855/40304

**FATURA**
**INVOICE**



İl Kodu: **34**

SERI SIRA NO: CM **191320**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008128/ 10/31/2008 |
| Order No./Date | 45000719/ 08/29/2008 |
| Customer | NMN0000093 |
| Currency | USD |
| | 15,437.50 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
USD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 3 Netas Resources | 15,437.50 | | 15,437.50 |
| | | | | PO NO: 4320652415 | | | |
| | | | | IN OCTOBER 2008 | | | |

| | | |
|---|---|---|
| | Total (USD) | 15,437.50 |
| | Invoice Amount | 15,437.50 |

ONLY* FIFTEEN THOUSAND FOUR HUNDRED THIRTY-SEVEN * USD  AND * FIFTY * USD



anka Hesap Numaralarınız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

96 of 169

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : 34

SERİ SIRA NO.: CM **192315**

Payment Information
Doc. No./Date        900094857/ 11/28/2008
Order No./Date       A5000719/ 08/29/2008
Customer             NNN0000003
Currency             USD

                                    15,437.50

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 3 Netas Resources | 15,437.50 | | 15,437.50 |
| | | | | PO NO: 4320052415 | | | |
| | | | | IN NOVEMBER 2008 | | | |

                                        Total (USD)      15,437.50
                                        Invoice Amount   15,437.50

ONLY * FIFTEEN THOUSAND FOUR HUNDRED THIRTY-SEVEN * USD  AND % FIFTY * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



İl Kodu : 34

SERİ SIRA NO. : CM **192483**

Payment Information
Doc. No./Date          90008455/ 12/15/2008
Order No./Date         450007192/ 08/29/2008
Customer               NNN0000003
Currency               USD
                                    15,375.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 3 Netas Resources | 15,375.00 |  | 15,375.00 |
|  |  |  |  | PO NO: 4320052415 |  |  |  |
|  |  |  |  | IN DECEMBER 2008 |  |  |  |

Total(USD)          15,375.00
Invoice Amount      15,375.00

ONLY * FIFTEEN THOUSAND THREE HUNDRED SEVENTY-FIVE * USD  AND * ZERO * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

98 of 161

# N♦RTEL

## Pur♦se Order

| Purchase Order No: 4320055028 | Order Date: 18.09.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.09.2008 | Page 1 of 7 |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Supplier Contact:
Bahadir Cinar

Ship to:
Randy Ellis
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA, NC 27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Supplier No: 126580 |
|---|
| Contract No: MOU |

**4320055028**

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | | | Telephone No: ESN 470-8708 Fax: 60 11 5255 2626 8708 |
|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Buyer: Stephanie Trujillo | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Start Date – 20.08.2008 | | | | | | |
| | | | | End Date – 31.12.2008 | | | | | | |
| | | | | **Header text** | | | | | | |
| | | | | PO NOT TO EXCEED $104,105.00 USD | | | | | | |
| | | | | NORTEL CONTACT PERSON; ELLIS RANDY, 919-991-7105 rellis@nortel.com | | | | | | |
| | | | | **Header note** | | | | | | |
| | | | | Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228 | | | | | | |
| | | | | Email invoices to: naapexp1@nortel.com | | | | | | |
| | | | | Fax invoice: 615-432-5995 | | | | | | |
| | | | | Check invoice and payment status at: www.nortel.com/naapinquiry | | | | | | |

RD-2848 RDF
CPA

RD-02848-094
COE-005-CPA-079

| | Page Total | | | USD | 0,00 |
|---|---|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

# N⊘RTEL Purchase Order

| | |
|---|---|
| Order Date: 18.09.2008 | Last Change Date: 18.09.2008 | Page 4 of 7 |
| Supplier No: 128580 | Contract No: MOU |

**Purchase Order No: 4320050205**
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
Supplier Contact:
Bahadir Cinar

Randy Ellis
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: ESN:470-8708
Fax: 60 11 5255 2626 8708

Payment Terms: Within 70 days Due net

Buyer: Stephanie Trujillo

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | | | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF THE PERMIT. | | | | | |
| 00010 | 1.000 | EA | | Netas: Q3/Q4 330546 - IPCR Feature A | 20.08.2008 | 104.105,0 | T4 | 0,00 | 104.105,00 |
| | | | | This is a BT Warranty development item that is against project 45446 | | | | | |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel. | | | | | |

| | | USD | | | | | Page Total | | 104.105,00 |
| | | USD | | | | | Tax Amount | | 0,00 |
| | | USD | | | | | Total Amount | | 104.105,00 |

M

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: CM 192318**

Payment information
Doc. No./Date      900084486/ 11/28/2008
Order No./Date     45000762/ 09/25/2008
Customer           NNM0000003
Currency           USD
                              7,718.75

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas 03/04 330546- IPCR Feature A | 7,718.75 | | 7,718.75 |
| | | | | PO NO: 4320055028 | | | |
| | | | | IN OCTOBER + NOVEMBER 2008 | | | |

Total(USD)        7,718.75
Invoice Amount    7,718.75

ONLY* SEVEN THOUSAND SEVEN HUNDRED EIGHTEEN * USD  AND * SEVENTY-FIVE * USD

101 of 161

# N⦿RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA INVOICE



Il Kodu : **34**

SERİ SIRA NO.: DM **874706**

Payment Information
Doc. No./Date        90008886/ 12/26/2008
Order No./Date       45000782/ 09/25/2008
Customer             NNR0000003
Currency             USD
                              6,716.67

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netaş 93/04 330546- IPCR Feature 6 | 6,716.67 | | 6,716.67 |
| | | | | PO NO: 4320055028 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | Total(USD) | | | 6,716.67 |
| | | | | Invoice Amount | | | 6,716.67 |

ONLY* SIX THOUSAND SEVEN HUNDRED SIXTEEN * USD  AND % SIXTY-SEVEN * USD

Banka Hesap Numaralarınız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798  0046112 EURO Hs.

102 of 161

DEF: 39

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No.: 4320055397 | Order Date: 22.09.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.09.2008 |
| | Page 1 of 7 |

| Supplier Contact: | Supplier No: 128680 |
|---|---|
| Bahadir Cinar | Contract No: MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
Steve Norton
2201 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Telephone No: ESN:470-8708 Fax: 60 11 5255 2626 8708 |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | | Description | Buyer: Stephanie Trujillo | | |
|---|---|---|---|---|---|---|---|---|

Start Date  - 22.09.2008
End Date  - 31.12.2008
**Header text**
PO NOT TO EXCEED: $13,433,33 USD

**Header note**
NORTEL CONTACT PERSON: DEBBIE STANFORD, 972-685-2339, debbie@nortel.com
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

| | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|
| Page Total | | | COE-005-CPA-081 | USD | 0,00 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

103

104 of 161

# NORTEL Purchase Order

| | |
|---|---|
| Order Date: | 22.09.2008 |
| Last Change Date: | 22.09.2008 |
| Supplier No: | 128580 |
| Contract No: | MOU |

Page 4 of 7

Purchase Order No: 4320 397
This number must appear on all invoices, packages, packing slips and customs forms.

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:
Supplier Contact:
Bahadir Cinar

NN
Nortel
Steve Norton
2201 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | |
|---|---|
| Payment Terms: | Within 70 days Due net |
| Incoterms: | DDP |

Buyer:
Stephanie Trujillo

Telephone No: ESN:470-8708
Fax: 60 11 5255 2626 8708

| Carrier Number/Carrier Name: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| 00010 | 1.000 | EA | | T1-OM-Renaming Patch | 22.09.2008 | 13.433,33 | T4 | 0,00 | 13.433,33 |

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | | |
|---|---|---|
| Page Total | USD | 13.433,33 |
| Tax Amount | USD | 0,00 |
| Total Amount | USD | 13.433,33 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N⭘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: CM 192319**

Payment information

| | |
|---|---|
| Doc. No./Date | Y0008489/ 11/28/2008 |
| Order No./Date | 4S0008841/ 11/27/2008 |
| Customer | NNH0000003 |
| Currency | USD |
| | 10,291.67 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | TL-DM-Renaming Patch | 10,291.67 | | 10,291.67 |
| | | | | PO NO: 4320055397 | | | |
| | | | | IN OCTOBER + NOVEMBER 2008 | | | |

| | |
|---|---|
| Total(USD) | 10,291.67 |
| Invoice Amount | 10,291.67 |

ONLY* TEN THOUSAND TWO HUNDRED NINETY-ONE * USD  AND % SIXTY-SEVEN * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL: HS.
CİTİBANK - İstanbul Merkez Şb. 20009055 - USD HS

105 of 161

# NØRTEL

## Purch● Order

| | |
|---|---|
| Purchase Order No. 4320055958 | Order Date: 25.09.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 25.09.2008 |
| | Page 3 of 7 |

| Supplier Contact: | Supplier No: 128580 |
|---|---|
| Emil Tanrıöver | Contact No: |

**Ship to:**
NN
Nortel
4001 E CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Buyer: | Telephone No: 5255262689647 |
|---|---|
| Mayte Hernandez | Fax: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Carrier Number/Carrier Name:

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Service Text:

This is the Q4 requisition for headcount
charges for the NA CoE team. The
NTS team the headcount is 90 for Q4 2008
and the agreed upon LLR for 2008 is $61,750 per year. This PO is for
Q4 only

Nortel Netas
Alemdag Caddesi No: 171 34768
Umraniye Istanbul Turkey
Attention: Emil Tanrıöver 882-2100
FAX no : 90 216 522 2222

No quote, but amount is calculated by
HC * LLR/quarter =
LLR = $61,750 per year
(6175/4)* 90 = $1,389,375 per
quarter

CoE - 001 - CTA - 009

| | Page Total | | USD | | | 0,00 |
|---|---|---|---|---|---|---|

Mayte Hernandez
BUYER

*[signature]*

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

REF:40-

Q1 08 - 4320
Q2 08 - 4320
Q3 08 - 4320
Q4 08 - 4320

# NORTEL

## Purchase Order

| Purchase Order No: 4320055968 | Order Date: 25.09.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 25.09.2008 | Page 2 of 7 |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

Supplier Contact:
Emil Tanriover

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Supplier No: 128580 |
|---|
| Contract No: |

| Buyer: Mayte Hernandez | Telephone No: 5252626894? Fax: |
|---|---|

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | THE TERMS AND CONDITIONS OF THIS PURCHASE ORDER ARE COVERED BY THE CONTRACT REFERENCED HEREIN AND FILE WITH NORTEL NETWORKS SUPPLY MANAGMENT | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE ORDER REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. | | | | | |
| | | | | PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT AT (naapexp@nortel.com) | | | | | |
| | | | | NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRITION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | Q4 2008 NA NTS HC for Istanbul CoE | 01.10.2008 | 1.389.375 | T1 | 0.00 | 1.389.375,00 |
| | | | | | Page Total | 1.389.375 | USD | | 1.389.375,00 |

Nortel Networks Inc.
The Corporation Trust Company
1129 N Orange Street
Wilmington, DE 19801-1120
USA

Mayte Hernandez
BUYER

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

emdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00   Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

ortel Networks Inc.
ccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

## FATURA
## INVOICE



Il Kodu : **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 9000B119/ 10/30/2008 |
| Order No./Date | 45060766/ 10/06/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 404,937,50 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no: | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Q4 2008 NA NTS HC for Istanbul COE | 404,937.50 | | 404,937.50 |
| | | | | PO NO: 4320055958 | | | |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)    404,937,50
Invoice Amount    404,937,50

ONLY* FOUR HUNDRED FOUR THOUSAND NINE HUNDRED THIRTY-SEVEN * USD  AND * FIFTY * USD

anka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb: 20009055 - USD HS

108 of 161

# N⊘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: CM 192306**

Payment Information
Doc. No./Date          90008473/ 11/28/2008
Order No./Date         450007667 10/06/2008
Customer               NNM0000003
Currency               USD
                                        496,375.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Q4 2008 NA MTS HC for Istanbul CoE | 496,375.00 | | 496,375.00 |
| | | | | PO NO: 4320005975B | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)          496,375.00
Invoice Amount      496,375.00

ONLY* FOUR HUNDRED NINETY-SIX THOUSAND THREE HUNDRED SEVENTY-FIVE * USD  AND % ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb.. 20009055 - USD HS

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

SERİ SIRA NO: CM **192584**

Payment Information
Doc. No./Date          90008722/ 12/19/2008
Order No./Date         45000766/ 10/06/2008
Customer               NNM0000003
Currency               USD
                       387,125.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Q4 2008 N4 NTS HC for Istanbul COE | 387,125.00 | | 387,125.00 |
| | | | | PO NO: 4320005593B | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)        387,125.00
Invoice Amount :    387,125.00

SLY: THREE HUNDRED EIGHTY-SEVEN THOUSAND ONE HUNDRED TWENTY-FIVE % USD  AND % ZERO % USD

Banka Hesap Numaralarımız HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL HS
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

# N⊙RTEL

## Purch⊙ Order

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Purchase Order No: 4320058724 | | Order Date:    31.10.2008 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 31.10.2008 |
| | | Page 1 of 6 |

| Supplier Contact: | Supplier No: 464564 |
|---|---|
| Emel Tanriover | Contract No: MOU CONTRACT |

**Ship to:**
Joseph Kramar
Nortel
4016 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P. O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: FCA | | | Payment Terms: Net 70 Days | | Buyer: Luis Castillo Aldu | | Telephone No: 52552626884 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | Start Date - 31.10.2008 | | | | | | | | |
| | End Date  - 30.11.2008 | | | | | | | | |
| | **Header text** | | | | | | | | |
| | PO NO. EXCEED $289,473.00 USD | | | | | | | | |
| | REFERENCE. ER Purchase Order | | | | | | | | |
| | DATED: OCTOBER 20, 2008. | | | | | | | | |
| | FOR PRICING ONLY | | | | | | | | |

COE-777-DWM-083
150
COE-001-CTA-010
099

| | | Page Total | | |
|---|---|---|---|---|
| | | | USD | 0.00 |

Luis Castillo Aldu
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

DEF:43-46

111 of

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320059724<br>This number must appear on all invoices, packages,<br>packing slips and customs forms. | Order Date: 31.10.2008<br>Last Change Date: 31.10.2008    Page 2 of 6 |
| Supplier Contact:<br>Emel Tanrıöver | Supplier No: 484564<br>Contract No: MOU CONTRACT |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to:

Joseph Kramar
Nortel
4100 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-4000

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P Box 280510
Nashville, TN 37228

| | | |
|---|---|---|
| Buyer:<br>Luis Castillo Aldu | | Telephone No: 525262688854<br>Fax: |

| Carrier Number/Carrier Name: | | Incoterms:<br>FCA | | Payment Terms:<br>Net 70 Days | | | | |
|---|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax<br>Code | Tax<br>Value | Extended Total |

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | ER Services for Turkey CoE | 31.10.2008 | 289.473,0 | T5 | 0,00 | 289.473,00 |

**Terms of delivery**
1. THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE
2. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND
   CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION.ANY CHANGES (ADDITIONS DELETIONS RATES,
   DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS AUTHORIZED BY THE BUYER AS IDENTIFIED HEREIN.
3. ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL
   BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH
   INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL
   EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTEL'S INTEREST IN, OR EXPLOIT
   SUCH INFORMATION.
4. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING
   SHALL BE FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
5. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT TO ACCOUNTS PAYABLE
   napapi@nortel.com ALL QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO
   PAYMENT AT 1-800-684-2228 OR www.nortel.com/naapinquiry
6 IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE
   ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING
   INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
7. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS
   SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY
   THIS PURCHASE ORDER.

| | Page Total | | USD | 289.473,00 |
|---|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Sreet
Wilmington, DE 19801-1120
USA

Nortel Networks IPT2007-017/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

Luis Castillo Aldu
BUYER

# N⊘RTEL

## Purc⬤ Order

| Purchase Order No: 4320059724 | Order Date: 31.10.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 31.10.2008 | Page 3 of 6 |
| Supplier Contact: | Supplier No: 464564 | |
| Emel Tanriover | Contract No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL,
Telephone No: 6 335 3827

**Ship to:**
Joseph Kramer
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: FCA | | Payment Terms: Net 70 Days | | | Buyer: Luis Castillo Aldu | | | Telephone No: 5255262688854 Fax: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |
| | | | | | | | | | |
| | | | | Page Total | | | USD | | 0.00 |
| | | | | Tax Amount | | | USD | | 0,00 |
| | | | | Total Amount | | | USD | | 289.473,00 |

Luis Castillo Aldu
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP7/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

# N�RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

emdağ Cad. 171 Ümraniye 34768 İstanbul
l: (0216) 522 20 00  Fax: (0216) 522 22 22
yük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERI SIRA NO.: CM **192142**

Payment Information
Doc. No./Date        90008340/ 11/17/2008
Order No./Date       45000817/ 11/11/2008
Customer             NNA0000003
Currency             USD
                              222,973.00

rtel Networks Inc.
ccounts Payables Dept.
) BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

Ship To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | ER Services for Turkey | 222,973.00 | | 222,973.00 |
| | | | | (COE-777-DEN-083 - 150 - 099) | | | |
| | | | | (COE-001-ETA-010) | | | |
| | | | | PO NO: 4320057924 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)        222,973.00
Invoice Amount    222,973.00

NLY* TWO HUNDRED TWENTY-TWO THOUSAND NINE HUNDRED SEVENTY-THREE * USD  AND % ZERO * USD

anka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

114 of 161

# N🌐RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu : **34**

SERI SIRA NO.: CM **192569**

Payment Information
Doc. No./Date          90008708/ 12/19/2008
Order No./Date         45000817/ 11/11/2008
Customer               NNM0000003
Currency               USD
                                        66,500.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks/Netaş No/ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs.No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | ER Services for Turkey | 66,500.00 | | 66,500.00 |
| | | | | PO NO: 4320059724 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)    66,500.00
Invoice Amount    66,500.00

Y: SIXTY-SIX THOUSAND FIVE HUNDRED * USD  AND % ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - Istanbul Merkez Şb. 20009055 - USD.HS

115 of 161

# N⌀RTEL   Purch⬤Order

| Purchase Order No: 4320061895 | Order Date: 21.11.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 21.11.2008 | Page 1 of 6 |
| Supplier Contact: | Supplier No: 464564 |
| Emel Tanriover | Contract No: MOU CONTRACT |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**

Carl Selensky
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P. O. Box 280510
Nashville, TN 37228

COE-777-DUM-

HaSan

| Carrier Number/Carrier Name: | | | | Incoterms:<br>FCA | Payment Terms:<br>Net 70 Days | Buyer:<br>Luis Castillo Aldu | | Telephone No: 5255262688854<br>Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
| | | | | Start Date  -  10.11.2008<br>End Date   -  21.11.2008<br>**Header text**<br>PO NOT TO EXCEED $5,000.00 USD<br><br>**Header note**<br>Buisness Travel to Maidenhead | | | | | | |
| | | | | | | **Page Total** | | USD | | 0.00 |

Luis Castillo Aldu
**BUYER**

# NØRTEL

## Purchase Order

| Purchase Order No: 4320061895 | Order Date: | 21.11.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: | 21.11.2008 | Page 2 of 6 |

| | |
|---|---|
| Supplier No: 464564 | Supplier No: 464564 |
| Contact No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
Carl Selensky
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Supplier Contact:
Emel Taniover

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: FCA | | Payment Terms: Net 70 Days | | Buyer: Luis Castillo Aldu | | Telephone No: 5252626268854 Fax: |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | . | T&I FYP COE-777-DUM-168 | 10.11.2008 | 5.000,00 | T5 | 412,50 | 5.000,00 |
| | | | | | Page Total | | | | 5.000,00 |
| | | | | | | | | USD | |

**Terms of delivery**

1. THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE
2. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
3. ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION
4. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
5. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT TO naapex1@nortel.com ALL QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO ACCOUNTS PAYABLE DEPARTMENT AT 1-800-684-2228 OR www.nortel.com/naapinquiry
6. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
7. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

Luis Castillo Aldu
BUYER

Nortel Networks Inc.
The Corporate Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN         Nortel is an Equal Opportunity / Affirmative Action Employer         M



**N≡RTEL** Purch●Order

| | | |
|---|---|---|
| Purchase Order No: 4320061895 | Order Date: 21.11.2008 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 21.11.2008 | Page 3 of 6 |

| Supplier Contact: | Supplier No: 464564 |
|---|---|
| Emel Tanriover | Contract No: MOU CONTRACT |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to:

Carl Selensky
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms:<br>FCA | | Payment Terms:<br>Net/70 Days | | Buyer:<br>Luis Castillo Aldu | | Telephone No: 5252626854<br>Fax: |
|---|---|---|---|---|---|---|---|---|---|

| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | 6 250% State<br>1 000% City<br>1 000% District | | | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| Page Total | USD | 0,00 |
| Tax Amount | USD | 412,50 |
| Total Amount | USD | 5.412,50 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Luis Castillo Aldu
BUYER



*118*

# N⦿RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad: 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu : **34**

SERİ SIRA NO.: DM **874990**

Payment Information
Doc. No./Date          90009127/ 01/29/2009
Order No./Date         45000931/ 11/24/2008
Customer               NNM0000003
Currency               USD
                                    3,561.31

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar. Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | England Senay Ozturk T/L COE-777-DUN-168 | 3,561.31 | | 3,561.31 |
| | | | | PO NO: 4520061895 | | | |
| | | | | IN JANUARY 2009 Pre-filing | | | |
| | | | | Total(USD) | | | 3,561.31 |
| | | | | Invoice Amount | | | 3,561.31 |

ONLY* THREE THOUSAND FIVE HUNDRED SIXTY-ONE * USD  AND % THIRTY-ONE * USD

Banka Hesap Numaralarınız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798  0046112 EURO Hs.

# N⬤RTEL

## Purch⬤ Order

DEF: 46

| Order Date: | 29.12.2008 | | |
|---|---|---|---|
| Last Change Date: 29.12.2008 | | | Page 1 of 6 |

Purchase Order No: 4320065868
This number must appear on all invoices, packages, packing slips and customs forms.

| Supplier No: | 126580 |
|---|---|
| Contract No: | MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

NN

**Ship to:**
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-1010

Supplier Contact:
Bahadir Cinar

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: ESN:470-8708
Fax: 60 11 5255 2626 8708

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | | | | | |
| | | | | | | | | | | |

Start Date - 01.01.2009
End Date  - 31.12.2009

**Header text**
PO NOT TO EXCEED $293,585.00 TRY

NORTEL CONTACT PERSON: Patricia Pl. Lukaszewski, 919-905-3740, plukasze@nortel.com

**Header note**
Mail invoices to: Nortel Networks Inc. Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

Nihat CLR

17-1246/12 → 14,270,5

| | Page Total | TRY | 0.00 |
|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA



# N✪RTEL    Purcha✪ Order

| | |
|---|---|
| Order Date: | 29.12.2008 |
| Last Change Date: | 29.12.2008 |

Page 3 of 6

Purchase Order No: 4320●●68
This number must appear on all invoices, packages,
packing slips and customs forms.

Supplier No: 128580
Contract No: MOU

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-3010

Supplier Contact:
Bahadir Cinar

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms:<br>DDP | | | Payment Terms:<br>Within 70 days Due net | | | Telephone No: ESN470-8708<br>Fax: 60 11 5255 2626 8708 | |
|---|---|---|---|---|---|---|---|---|---|

| Item<br>No. | Qty | UOM | Part No | Description | | Buyer:<br>Stephanie Trujillo | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Ship Date | Unit Price | Tax<br>Code | Tax<br>Value | Extended Total |

PURCHASE ORDER.
ORDER MUST SHIP 100% COMPLETE ON OR BEFORE THE SHIP DATE INDICATED ON THIS PURCHASE ORDER. SUPPLIER AGREES
TO ADVISE PURCHASER IMMEDIATELY IF REQUESTED SHIP DATE CANNOT BE MET.
THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION
AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES.
FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,/TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
THIS PURCHASE ORDER IS TAX EXEMPT IN ACCORDANCE WITH DIRECT PAY PERMIT #00383 ISSUED UNDER,C.G.S.,
105-164.27A. THE PERMIT AUTHORIZES THE SUPPLIER, TO WHOM IT IS PRESENTED, TO SELL TANGIBLE PERSONAL PROPERTY
PERMI THE BUSINESS NAMED ON THE PERMIT WITHOUT COLLECTING SALES TAX ON THE SALE. THE BUSINESS NAMED ON THE
PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF
THE PERMIT.

| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | MBB support for Turkey CoE (Nihat Ku | 01.01.2009 | 293.585,0 | T5 | 0,00 | 293.585,00 |

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | |
|---|---|---|---|
| Page Total | | TRY | 293.585,00 |
| Tax Amount | | TRY | 0,00 |
| Total Amount | | TRY | 293.585,00 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Stret
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N⊙RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34766 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: DM **874980**


İl Kodu : **34**

Payment Information
Doc. No./Date      99009132/ 01/29/2009
Order No./Date    45000897/ 01/12/2009
Customer          NNI0000003
Currency          USD

7,135.26

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No / Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | RBB Support for Turkey CDE (Nihat Kurkcu) | 7,135.26 | | 7,135.26 |
| | | | | PO NO: 4320045868 | | | |
| | | | | in Jan 2009 Prefiling | | | |

Total (USD)          7,135.26
Invoice Amount        7,135.26

ONLY% SEVEN THOUSAND ONE HUNDRED THIRTY-FIVE * USD  AND % TWENTY-SIX * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL              Şube Kodu : 798   0046112 EURO Hs.

192 of 161

# NORTEL  Purch●Order 

| Purchase Order No: 4320068052 | Order Date: 29.01.2009 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 29.01.2009 | Page 1 of 7 |
| Supplier Contact: Emel Yilmaz | Supplier No: 128580 | |
| | Contract No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
TN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | | Telephone No: ESN470-8834 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | Payment Terms: Within 70 days Due net | Buyer: Alberto Jorge B O | | |
| | | | | | | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

Start Date - 22.01.2009
End Date - 31.12.2009
**Header text**
PO NOT TO EXCEED $658,711.00 USD

NORTEL CONTACT PERSON: Adrian Brown adrian@nortel.com

**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexp1@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

| | Page Total | USD | 0.00 |
|---|---|---|---|

Alberto Jorge B O
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

# N🌐RTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320068052 | Order Date:  29.01.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 29.01.2009    Page 4 of 7 |

| Supplier Contact: | Supplier No: 128580 |
|---|---|
| Emel Yilmaz | Contract No: MOU CONTRACT |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | | Buyer:<br>Alberto jorge B O | | Telephone No: ESN470-8834<br>Fax: | | |
|---|---|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Incoterms:<br>DDP | Payment Terms:<br>Within 70 days Due net | | | | |
| | | | | Description | Ship Date | Unit Price | Tax<br>Code | Tax<br>Value | Extended Total |
| 00010 | 1.000 | LOT | | Istanbul Requirements - GPS / Blackw | 22.01.2009 | 658.711,0 | T5 | 0,00 | 658.711,00 |

RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER
OBLIGATION OR LIABILITY (INCLUDING PAYMENT).

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | | |
|---|---|---|---|---|
| | Page Total | | USD | 658.711,00 |
| | Tax Amount | | USD | 0,00 |
| | Total Amount | | USD | 658.711,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Alberto jorge B O
BUYER

Nortel Networks IP/2007-07/EN         Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

**FATURA**
**INVOICE**

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304



İl Kodu : **34**

**SERİ SIRA NO.: DM 875015**

Payment Information
Doc. No./Date          90009148/ 02/02/2009
Order No./Date         45000919/ 02/02/2009
Customer               NNM0000003
Currency               USD

641,380.64

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | COE NETAS ISTANBUL REQUIREMENTS GPS-BLACK PREFILING | 641,380.64 | | 641,380.64 |
| | | | | PO NO: 4320048052 | | | |
| | | | | IN JANUARY 2009 PREFILING | | | |

Total(USD)        641,380.64
Invoice Amount    641,380.64

ONLY* SIX HUNDRED FORTY-ONE THOUSAND THREE HUNDRED EIGHTY * USD  AND % SIXTY-FOUR * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL              Şube Kodu : 798   0046112 EURO Hs.

02t:48

*(handwritten)* 27 HC per month

27 × 6 × 4931,25

= 798862 $

# NORTEL  Purc●Order

| Purchase Order No: 4320068529 | Order Date: 05.02.2009 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05.02.2009 | Page 1 of 8 |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Supplier Contact:
Emel Tanriover

Supplier No: 128580
Contract No: MOU

Ship to:
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Net 70 Days | | Buyer: David Hernandez | | Telephone No: 52552626871G | |
|---|---|---|---|---|---|

*(handwritten)* COE - 111- CTA - 002

| Item No. | Carrier Number/Carrier Name: | | Incoterms: DDP | | | |
|---|---|---|---|---|---|---|
| | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

*(handwritten)* 133.143,75 × 6

Start Date - 05.02.2009
End Date - 30.07.2009

*(handwritten)* 133.143,75 × 6

| | Page Total | USD | 0,00 |
|---|---|---|---|

*(signature)* David Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL

## Purchase Order

| | | |
|---|---|---|
| Order Date: | 05.02.2009 | |
| Last Change Date: | 05.02.2009 | Page 3 of 8 |

| | |
|---|---|
| Supplier No: | 128580 |
| Contract No: | MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Purchase Order No:** 4320068529
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier Contact:**
Emel Tanriover

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | Incoterms: DDP | | Payment Terms: Net 70 Days | Buyer: David Hernandez | | Telephone No: 52552626871G Fax: |
|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DELIVERY EXPEDITE IS REQUESTED. GOODS AND / OR SERVICES ARE REQUIRED AS SOON AS POSSIBLE. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. THE NORTEL PART NUMBER AND COUNTRY OF ORIGIN MUST APPEAR ON ALL COMPONENT PACKAGES, PACKING SLIPS, AND INVOICES TO ENSURE PROPER RECEIVING AND PAYMENT ALL SHIPMENTS MUST BE DELIVERED TO SHIPPING AND RECEIVING WITH A PACKING SLIP THAT NOTES THE PURCHASE ORDER NUMBER. FAILURE TO COMPLY WILL RESULT IN DELAYED PAYMENT. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. ORDER/MUST SHIP 100% COMPLETE ON OR BEFORE THE SHIP DATE INDICATED ON THIS PURCHASE ORDER. SUPPLIER AGREES TO ADVISE PURCHASER IMMEDIATELY IF REQUESTED SHIP DATE CANNOT BE MET. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | 2009 Q1 and Q2 NA GTAC CoE HC Paymen | 05.02.2009 | 798.862,5 | T1 | 0, 00 | 798.862,50 |
| | | | | | Page Total | | | USD | 798.862,50 |

David Hernandez
BUYER

**Nortel Networks Inc.**
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

127 of 161

# N❂RTEL Purc❂ Order

| Purchase Order No: 4320068529 | Order Date: 05.02.2009 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05.02.2009 | Page 5 of 8 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Emel Tanriover

Supplier No: 128580
Contract No: MOU

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RSEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Net 70 Days | | Buyer: David Hernandez | | Telephone No: 525526268716 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
| | | | | Umraniye Istanbul Turkey Attention: Emil Tanriover  882-2100 FAX no : 90 216 522 2222 | | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | | | | | Page Total | USD | | | 0,00 |
| | | | | | | | Tax Amount | USD | | | 0,00 |
| | | | | | | | Total Amount | USD | | | 798.862,50 |

_David Hernandez_
David Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **875068**

Payment Information
Doc. No./Date          90004198/ 02/06/2009
Order No./Date         45000932/ 02/06/2009
Customer               NNM0000003
Currency               USD
                                          60,129.44

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight | | |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount | |
| | | | | 2009 Q1 and Q2 HA OTAC HC Payments | | | 60,129.44 | | 60,129.44 | |
| | | | | PO NO: 4320068529 | | | | | | |
| | | | | in Jan 2009 Prefiling | | | | | | |
| | | | | | | | Total(USD) | | 60,129.44 | |
| | | | | | | | Invoice Amount | | 60,129.44 | |

ONLY* SIXTY THOUSAND ONE HUNDRED TWENTY-NINE * USD  AND % FORTY-FOUR * USD

# NORTEL

## Purchase Order

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| | |
|---|---|
| Purchase Order No: 4320068631 This number must appear on all invoices, packages, packing slips and customs forms. | Order Date: 05.02.2009 Last Change Date: 05.02.2009 |
| | Supplier No: 128580 Contract No: MOU |

Page 1 of 7

Ship to:
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

*Handwritten notes:* 52 HC per month
62 x6x 4931,25 =
1538 550

*Handwritten:* 256.425 × 6

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Net 70 Days | | Buyer: David Hernandez | | Telephone No: 52552626871 6 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | Start Date - 05.02.2009 End Date - 30.07.2009 | | | | | | | | |

*Handwritten:* COE-111-CTA-001

| | | | |
|---|---|---|---|
| Page Total | USD | | 0,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

David Hernandez
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

*Handwritten:* 130 of 161

# N🜏RTEL  Purcha�e Order

| | |
|---|---|
| **Purchase Order No:** 4320068531 | **Order Date:** 05.02.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | **Last Change Date:** 05.02.2009    **Page 3 of 7** |
| | **Supplier No:** 128580 |
| | **Contract No:** MOU |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Emel Tanriover

**Ship to:**

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDP | | | Payment Terms: Net 70 Days | **Buyer:** David Hernandez | **Telephone No:** 5255262268716  **Fax:** |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE ORDER REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. THE NORTEL PART NUMBER AND COUNTRY OF ORIGIN MUST APPEAR ON ALL COMPONENT PACKAGES, PACKING SLIPS, AND INVOICES TO ENSURE PROPER RECEIVING AND PAYMENT. ALL SHIPMENTS MUST BE DELIVERED TO SHIPPING AND RECEIVING WITH A PACKING SLIP THAT NOTES THE PURCHASE ORDER NUMBER.  FAILURE TO COMPLY WILL RESULT IN DELAYED PAYMENTS. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. ORDER MUST SHIP 100% COMPLETE ON OR BEFORE THE SHIP DATE INDICATED ON THIS PURCHASE ORDER. SUPPLIER AGREES TO ADVISE PURCHASER IMMEDIATELY IF REQUESTED SHIP DATE CANNOT BE MET. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.  THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION.  ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | 2009 Q1 & Q2 NA NTS CoE HC payments | 05.02.2009 | 1.538.550 | T1 | 0,00 | 1.538.550,00 |
| | | | | Page Total | | | | USD | 1.538.550,00 |

_signature_

David Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

131 of 161

# N**O**RTEL

## Purcha**●** Order

| Purchase Order No: 4320068531 | | Order Date:    05.02.2009 | Page 4 of 7 |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 05.02.2009 | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 0 90 216 335 3827
Fax No: 0090 216 522 2222

Supplier Contact:
Emel Tanriover

Supplier No:  128580
Contract No:  MOU

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Net 70 Days | | Buyer: David Hernandez | | | Telephone No: 525526268716 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | Ship Date | UnitPrice | | Tax Code | Tax Value | Extended Total |

Service Text:

Vendor Text:
Nortel Netas
Alemdag Caddesi No: 171 34768
Umraniye Istanbul Turkey
Attention: Emil Tanriover 882-2100
FAX no : 90 216 522 2222

No quote, but amount is calculated by
HC * LLR/half year =
LLR = $59,175 per year  HC = 52
($9175/2)* 52 = $1,538,550 per half
year

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | |
|---|---|---|---|
| Page Total | USD | | 0,00 |
| Tax Amount | USD | | 0,00 |
| Total Amount | USD | | 1.538.550,00 |

David Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M

132 of 161

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **875067**

Payment Information
Doc. No./Date          90009197/ 02/06/2009
Order No./Date         45000931/ 02/06/2009
Customer               NHM0000003
Currency               USD
                                       115,804.84

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2009 Q1 and Q2 HA NTS Coe HC Payments | 115,804.84 | | 115,804.84 |
| | | | | PO NO: 4320068531 | | | |
| | | | | in Jan 2009 Prefiling | | | |
| | | | | | Total(USD) | | 115,804.84 |
| | | | | | Invoice Amount | | 115,804.84 |

*% ONE HUNDRED FIFTEEN THOUSAND EIGHT HUNDRED FOUR % USD   AND % EIGHTY-FOUR % USD

REF: 50

*(handwritten)* İlhan Alpay
Refik Gülbübü

134 of 161

# NORTEL

## Purchase Order

| Purchase Order No. 4320071675 | |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | |
| Order Date: 14.03.2009 | Page 1 of 6 |
| Last Change Date: 13.03.2009 | |
| Supplier No: 442038 | |
| Contract No: | |

Order Date: 14.03.2009
Last Change Date: 13.03.2009
Page 1 of 6

**Supplier:**
Netas
Alemdag Caddesi  No 171
Umranlye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

Incoterms: DDP

**Ship to:**
Supplier Contact:
Emel Tanriover

NN
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN  37228

Payment Terms:
Within 70 days Due net

Buyer:
Victor Figueroa T

Telephone No: 5255263268479
Fax: 5255263268686

| Carrier Number/Carrier Name: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

Start Date - 14.01.2009
End Date -  31.01.2009
**Header text:**
NORTEL CONTACT FOR SERVICE IS Joseph Kramar.
PHONE #613-763-3995. EMAIL: kramar@nortel.com
P.O. TOTAL NOT TO EXCEED $15,932.00 USD.

*(handwritten)* ROE - 111- CIA-001
CIA 002

| | | |
|---|---|---|
| Page Total | USD | 0.00 |

*(signature)* Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M Z

# N⊂RTEL    Purchase Order

| | | Order Date: | 14.03.2009 | Page 2 of 6 |
| Purchase Order No. 4320071675 | | Last Change Date: 13.03.2009 | | |
| This number must appear on all invoices, packages, packing slips and customs forms. | | | | |

Supplier Contact:
Emel Tanriover

| Supplier No: | 442038 |
| Contract No: | |

**Ship to:**

Supplier:
Netas
Alemdag Caddesi No 171
Umraniye 34768
TR-ISTANBUL
Telephone No: 90 216 520 2222

NN
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: | | Buyer: | Telephone No: 525526268479 |
| Within 70 days Due net | | Victor Figueroa T | Fax: 525526268686 |

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | 1. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT | | ALL PRICING | | | |
| | | | | 2. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT | | | | | |
| | | | | SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | | |
| | | | | 3. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE | | | | | |
| | | | | ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING | | | | | |
| | | | | INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. | | | | | |
| | | | | 4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS | | | | | |
| | | | | SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY | | | | | |
| | | | | THIS PURCHASE ORDER. | | | | | |
| | | | | 5. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION | | | | | |
| | | | | AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. | | | | | |
| | | | | FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. | | | | | |
| | | | | 6. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND | | | | | |
| | | | | CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, | | | | | |
| | | | | DOLLAR TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| | | | | 7. THIS PURCHASE ORDER IS ISSUED AFTER THE MATERIAL OR WORK HAS BEEN RECEIVED BY NORTEL. IN THE FUTURE, | | | | | |
| | | | | NORTEL WILL NOT BE OBLIGATED TO PAY FOR WORK PERFORMED OR MATERIAL SHIPPED PRIOR TO OBTAINING A PURCHASE | | | | | |
| | | | | ORDER FROM AN AUTHORIZED NORTEL EMPLOYEE. | | | | | |
| 00010 | 1.000 | LOT | | Jan 1-13: NETAS 4 ENT ENG | 01.01.2009 | 9.104,00 | T5 | 0,00 | 9.104,00 |
| 00020 | 1.000 | LOT | | Jan 14-31: NETAS 4 ENT ENG | 14.01.2009 | 6.828,00 | T5 | 0,00 | 6.828,00 |
| | | | | | Page Total | | USD | | 15.932,00 |

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

135 of 161

# NORTEL

## Purchase Order

| | Purchase Order No: 4320071675<br>This number must appear on all invoices, packages, packing slips and customs forms. | Order Date: 14.03.2009<br>Last Change Date: 13.03.2009 | Page 3 of 6 |
|---|---|---|---|

**Supplier:**
Netas
Alemdag Caddesi   No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

**Ship to:**
Supplier Contact:
Emel Tanriover

NN
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-0000

Supplier No: 442038
Contract No:

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms:<br>DDP | | Payment Terms:<br>Within 70 days Due net | | Buyer:<br>Victor Figueroa T | | Telephone No: 5255262684479<br>Fax: 525526268686 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Page Total | | | USD | | | | 0.00 |
| | Tax Amount<br>Total Amount | | | USD<br>USD | | | | 0.00<br>15.932.00 |

*[signature]*

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# **ORTEL NETAŞ**

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu: **34**

SERİ SIRA NO.: DM **875576**

Payment Information
Doc. No./Date          900096327 03/16/2009
Order No./Date         45000972/ 03/16/2009
Customer               NNM0000003
Currency               USD

                                  9,104.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | JAN 1-13 NETAS 4 ENT EMS Prefiling | 9,104.00 | | 9,104.00 |
| | | | | PO NO: 4320071675 | | | |
| | | | | | Total(USD) | | 9,104.00 |
| | | | | | Invoice Amount | | 9,104.00 |

ONLY* NINE THOUSAND ONE HUNDRED FOUR * USD   AND % ZERO * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798   0046112 EURO Hs.

**Emel TANRIOVER**                                    REF: Btw 51-65 (including)

| | |
|---|---|
| **From:** | Santillan, Carmine (RICH1:6888) [carmines@nortel.com] |
| **Sent:** | Cuma 12 Eylül 2008 18:09 |
| **To:** | Yasemin KESEBI |
| **Cc:** | Fabrice Jestin-1135; Berkant METE; Bahadir CINAR; Serge CARON; Ilker CALISKAN; Emel TANRIOVER; Yvonne Lukas-6888; Mark MacLean-RND3; Jane Simms-3Z16; Randy Ellis-JA10 |
| **Subject:** | RE: Direct charging, netas |

Direct Charging

That's great news!

Thanks,
Carmine

-----Original Message-----
From: Yasemin KESEBI [mailto:yisik@NETAS.com.tr]
Sent: Friday, September 12, 2008 10:06 AM
To: Santillan, Carmine (RICH1:6888)
Cc: Jestin, Fabrice (CAR:6885); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Cinar, Bahadir NETAS (NORTELTR:NTTR:R10); Serge CARON; Ilker CALISKAN; Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Subject: RE: Direct charging, netas

I thought we agreed on it.

We will start invoicing process with the  project reference and see what will happen.. =)

You do not need to start Q4 PO s

Yasemin.

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com]
Sent: Friday, September 12, 2008 5:26 PM
To: Ilker CALISKAN; Yasemin KESEBI; Emel TANRIOVER
Cc: Fabrice Jestin-1135; Berkant METE; Bahadir CINAR; Serge CARON
Subject: RE: Direct charging, netas

Any updates on this yet?

We really need to have an answer ASAP as we have not started any Pos for Q4. And if this is something you can't do, then we need to know ASAP.

Please advise.

Thanks,
Carmine

-----Original Message-----
From: Ilker CALISKAN [mailto:caliskan@NETAS.com.tr]
Sent: Tuesday, September 09, 2008 3:40 PM
To: Santillan, Carmine (RICH1:6888); Yasemin KESEBI; Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Cc: Jestin, Fabrice (CAR:6885); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Cinar, Bahadir NETAS (NORTELTR:NTTR:R10); Serge CARON
Subject: RE: Direct charging, netas

Yasemin

Please confirm this is doable by us.

Thanks

Ilker

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com]

Sent: 09 Eylül 2008 Salı 18:15
To: Yasemin KESEBI; Ilker CALISKAN; Emel TANRIOVER
Cc: Fabrice Jestin-1135; Berkant METE; Bahadir CINAR; Serge CARON
Subject: RE: Direct charging, netas

Comments provided below:

-----Original Message-----
From: Yasemin KESEBI [mailto:yisik@NETAS.com.tr]
Sent: Tuesday, September 09, 2008 8:12 AM
To: Ilker CALISKAN; Santillan, Carmine (RICH1:6888); Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Cc: Jestin, Fabrice (CAR:6885); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Cinar, Bahadir NETAS (NORTELTR:NTTR:R10); Serge CARON
Subject: RE: Direct charging, netas


Hi All,

I need to understand the following items before giving my view. ..

-Will we continue with the Netas project numbers or start to use Nortel Project numbers.

We will give you a list of Nortel MIPPS R&D project numbers to charge your costs to (whereas you were charging to a PO before, now you will charge to a Nortel MIPPS R&D project number). 

-This table should be updated continuously . Will my group have access to the table?

We will given you an updated list every month.

-This table covers only Core and GWC activities. MCS, PV, Custom Funded projects are not included here. Are there other tables.

This process doesn't cover all the groups.  This SCA process only covers Mark Maclean's programs.

Yasemin

-----Original Message-----
From: Ilker CALISKAN
Sent: Monday, September 08, 2008 5:16 PM
To: Carmine Santillan-6888; Emel TANRIOVER; Berkant METE; Yasemin KESEBI
Cc: Fabrice Jestin-1135
Subject: Re: Direct charging, netas

Berkant/ Yasemin

I need your view asap. This is realy important for us to have a better process and accordinlgy better financialsa

Please give your feedbak by the end of tomoorow morning

Thanks

Ilker
--------------------------
Sent using BlackBerry


----- Original Message -----
From: Santillan, Carmine (RICH1:6888) <carmines@nortel.com>
To: Emel TANRIOVER; Berkant METE; Yasemin KESEBI
Cc: Fabrice Jestin-1135; Ilker CALISKAN
Sent: Mon Sep 08 17:09:32 2008
Subject: RE: Direct charging, netas

We need to come to a decision by tomorrow on this.  If this process is rejected, we will need to start writing the Q4 POs right away.  It's already the 2nd week of September and we have very little time to generate the Q4 POs.

Please let me know your decision.

Thanks,
Carmine

---

From: Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Sent: Monday, September 08, 2008 5:42 AM
To: Santillan, Carmine (RICH1:6888); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Yasemin KESEBI
Cc: Jestin, Fabrice (CAR:6885); Ilker CALISKAN
Subject: RE: Direct charging, netas

Carmine,
There is no obstraction about invoicing, I can manage invoicing process with this project reference. No problem.

But Yasemin and Berkant, should tell us whether they can manage their department and project (RD-2848) detail on RD side and provide me confirmation about HC and new project numbers which I will receive from you...

Thanks

Emel Tanriover
ESN 882 2100

---

From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com]
Sent: Friday, September 05, 2008 7:23 PM
To: Emel TANRIOVER
Cc: Fabrice Jestin-1135; Ilker CALISKAN; Berkant METE; Yasemin KESEBI
Subject: RE: Direct charging, netas

Emel,

There will not be any reference to a shopping cart or PO#, that is being replaced by the project #.

As you can see in the attached spreadsheet, we will tell you exactly how many heads and how much dollars are planned in each of the project numbers. You will do your billing based on that.

Is that not acceptable?

Thanks,
Carmine

<<Netas Q3-Q4 JPC profile.xls>>

---

From:    Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Sent:    Friday, September 05, 2008 2:57 AM
To:      Santillan, Carmine (RICH1:6888)
Cc:      Jestin, Fabrice (CAR:6885); Ilker CALISKAN; Mete, Berkant NETAS (NORTELTR:NTTR:7000); Yasemin KESEBI
Subject:      RE: Direct charging, netas

Hi Carmine,

Berkant and I have investigated your data and we have some concerns about project numbers;

*        There must be at least 1 reference number to find related HC and amounts. The reference was PO number by now, what will it be in Q4 ( Does HC2/CLIP-SC# change line by line, can it be a reference? And what does HC2/CLIP-SC# mean?)

<< OLE Object: Picture (Metafile) >>
Actually I am not expecting any problem at finance side as long as I receive correct invoicing data from R&D.

Yasemin / Berkant,
If you have any comment please add.

Regards


Emel Tanriover
ESN 882 2100

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com <mailto:carmines@nortel.com> ]
Sent: Thursday, September 04, 2008 6:35 PM
To: Ilker CALISKAN
Cc: Emel TANRIOVER; Fabrice Jestin-1135
Subject: RE: Direct charging, netas

Any updates on this?  The group is anxious to know if we will need to cut Q4 Pos or not.

Thanks,
Carmine

-----Original Message-----
From: Ilker CALISKAN [mailto:caliskan@NETAS.com.tr <mailto:caliskan@NETAS.com.tr> ]
Sent: Friday, August 29, 2008 12:43 AM
To: Santillan, Carmine (RICH1:6888)
Cc: Tanriover, Emel NETAS (NORTELTR:NTTR:7000); Jestin, Fabrice (CAR:6885)
Subject: RE: Direct charging, netas

I am going to assess the process with Emel today or latest early next week and come back to you.

İlker

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com <mailto:carmines@nortel.com> ]
Sent: 28 Ağustos 2008 Perşembe 22:42
To: Ilker CALISKAN
Cc: Emel TANRIOVER; Fabrice Jestin-1135
Subject: RE: Direct charging, netas

Ilker,

What's your feedback?  Is the SCA process for Q4 going to be acceptable to you?

Please advise ASAP.

Thanks,
Carmine

-----Original Message-----
From: Santillan, Carmine (RICH1:6888)
Sent: Wednesday, August 27, 2008 9:12 AM
To: Ilker CALISKAN
Cc: Tanriover, Emel NETAS (NORTELTR:NTTR:7000); Jestin, Fabrice (CAR:6885)
Subject: RE: Direct charging, netas

Ilker,

The attached shows the project # and PO information for the Q3 and Q4 spending.

So, basically, how it works right now is that you receive a PO# from us telling you how much to invoice for each PO.  In the proposed model from Q4'08 going forward, we will tell you how much dollars has been planned for each Mipps project # and how much you will have to invoice accordingly.

As you can see in the attached, each PO# is mapped to a unique project #.

This will certainly simplify the process for everyone.  You will just need to send the invoices to Fabrice Jestin (and I will confirm amounts to Fabrice) and Fabrice can book these as monthly costs directly in MIPPS or SAP.

Please advise.

Thanks,
Carmine


-----Original Message-----
From: Ilker CALISKAN [mailto:caliskan@NETAS.com.tr <mailto:caliskan@NETAS.com.tr> ]
Sent: Wednesday, August 27, 2008 12:19 AM
To: Caron, Serge (NTTR:SC00); Santillan, Carmine (RICH1:6888)
Cc: Ellis, Randy (NCRTP:JA10); MacLean, Mark (NTTR:RND3); Simms, Jane (NCRTP:3Z16); Tanriover, Emel NETAS (NORTELTR:NTTR:7000)

Subject: Re: Direct charging, netas

Serge

Carmine was going to send some info which we were assesing whether it was doable. But I haven't seen anything yet. Therefore I can't guarantee whether we can be able to go direct charging in Q4.

Ilker
--------------------------
Sent using BlackBerry


----- Original Message -----
From: Caron, Serge (NTTR:SC00) <scaron@nortel.com>
To: Carmine Santillan-6888; Ilker CALISKAN
Cc: Randy Ellis-JA10; Mark MacLean-RND3; Jane Simms-3Z16
Sent: Tue Aug 26 22:21:24 2008
Subject: Direct charging, netas

Ilker, Carmine,

      As we are approaching very rapidely Q4, could it be possible to confirm if we have in place the direct charging system for Netas as teams did not open Netas Pos for Q4.

Please let me know

Thanks for your help
Serge

# N**Q**RTEL NETAŞ

ortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00  Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu : **34**

**SERI SIRA NO.: CM 191344**

Payment Information
Doc. No./Date        900008136/ 11/04/2008
Order No./Date       45000801/ 11/04/2008
Customer             NNH0000063
Currency             USD
                              120,000.00

ortel Networks Inc.
ccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
BD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV. Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Direct Charging Serge Caron Oct 2008 | 120,000.00 | | 120,000.00 |
| | | | | Serge "Catch up" expat charges | | | |
| | | | | in Oct 2008 | | | |

Total(USD)        120,000.00
Invoice Amount    120,000.00

ONLY* ONE HUNDRED TWENTY THOUSAND * USD  AND % ZERO * USD



# N❂RTEL NETAŞ

ortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00   Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

lortel Networks Inc.
lccounts Payables Dept.
.0. BOX 280510 NASHVILLE TN, US 3722
lASHVILLE USA
lBD

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: CM **191945**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008137/ 11/04/2008 |
| Order No./Date | 45000802/ 11/04/2008 |
| Customer | KHN0000003 |
| Currency | USD |
| | 50,000.00 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Direct Charging Serge Caron and Mark Maclean Oct 2008 | 50,000.00 | | 50,000.00 |
| | | | | Serge Mark expat | | | |
| | | | | in Oct 2008 | | | |

Total(USD)        50,000.00
Invoice Amount    50,000.00

ONLY FIFTY THOUSAND * USD  AND % ZERO * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

SERİ SIRA NO.: CM **101348**

Payment Information
Doc. No./Date          90008138/ 11/04/2008
Order No./Date         45000799/ 10/30/2008
Customer               NNM0000003
Currency               USD
                       20,150.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | E2001 ADD. OCT.08 DIRECT CHARGING | 20,150.00 | | 20,150.00 |
| | | | | IN OCTOBER 2008 | | | |



Total(USD)          20,150.00
Invoice Amount      20,150.00

ONLY* TWENTY THOUSAND ONE HUNDRED FIFTY * USD  AND % ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - Istanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAS

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad, 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

**SERI SIRA NO. CM 192329**

Payment Information
Doc. No./Date          90008499/ 12/01/2008
Order No./Date         43000802/ 11/04/2008
Customer               NNH0000003
Currency               USD
                                      50,000.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | SERGE&MARK EXPAT EXPENSES DIRECT CHARGING | 50,000.00 | | 50,000.00 |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)            50,000.00
Invoice Amount        50,000.00

ONLY* FIFTY THOUSAND * USD  AND % ZERO * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

SERİ SIRA NO.: DM **874727**

Payment Information
Doc. No./Date          90008903/ 12/29/2008
Order No./Date         45000785/ 10/17/2008
Customer               NNM0000003
Currency               USD

253,579.43

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | E2001 EXPAT TAX INVOICING (2007-2008) | 253,579.43 | | 253,579.43 |
| | | | | IN JULY - DECEMBER 2008 | | | |

Total(USD)      253,579.43
Invoice Amount  253,579.43

ONLY* TWO HUNDRED FIFTY-THREE THOUSAND FIVE HUNDRED SEVENTY-NINE * USD  AND * FORTY-THREE *
USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798  0046112 EURO Hs.

# N⊕RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**


İi Kodu : **34**

SERİ SIRA NO.: DM **874729**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008908/ 12/29/2008 |
| Order No./Date | 45000802/ 11/04/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 49,481.35 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| İlşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| | | | |
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |
| | | | |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Sergat Mark Expat Expenses Direct Charging | 49,481.35 | | 49,481.35 |
| | | | | PO NO: PROJ# 43547 | | | |
| | | | | IN DECEMBER 2008 | | | |

|  |  |
|---|---|
| Total(USD) | 49,481.35 |
| Invoice Amount | 49,481.35 |

% FORTY-NINE THOUSAND FOUR HUNDRED EIGHTY-ONE % USD  AND % THIRTY-FIVE % USD

# N⊕RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874730**

Payment Information
Doc. No./Date          90008909/ 12/29/2008
Order No./Date         45000B001/ 11/04/2008
Customer               NNM0000003
Currency               USD

90,158.35

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD



| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli /·Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Serge Catch-up | 90,158.35 |  | 90,158.35 |
|  |  |  |  | PO NO: PROJ# 43547 |  |  |  |
|  |  |  |  | IN NOVEMBER 2008 |  |  |  |

Total(USD)          90,158.35
Invoice Amount       90,158.35

Y* NINETY THOUSAND ONE HUNDRED FIFTY-EIGHT * USD   AND % THIRTY-FIVE * USD

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874731**

Payment Information

Doc. No./Date        90008910/ 12/29/2008
Order No./Date       45000876/ 12/25/2008
Customer             NNM0000003
Currency             USD

124,812.90

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
| | | | | Paul Roy Expat Expenses | 124,812.90 | | 124,812.90 |
| | | | | PO NO: PROJ# 43547 | | | |
| | | | | IN OCTOBER - NOVEMBER - DECEMBER 2008 | | | |

Total(USD)        124,812.90
Invoice Amount     124,812.90

ONLY* ONE HUNDRED TWENTY-FOUR THOUSAND EIGHT HUNDRED TWELVE * USD  AND * NINETY * USD

# N◎RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu : **34**

SERİ SIRA NO.: DM **874742**

Payment Information
| | |
|---|---|
| Doc. No./Date | 900008912/ 12/30/2008 |
| Order No./Date | 43000845/ 11/28/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 2,574,106.22 |

Nortel Networks Inc.
Accounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
BD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Mik. | Brm. Üüit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | NOV. 08 DIRECT CHARGING | 2574106.22 | | 2574106.22 |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)   2,574,106.22
Invoice Amount   2,574,106.22

NLY* TWO MILLION FIVE HUNDRED SEVENTY-FOUR THOUSAND ONE HUNDRED SIX * USD  AND * TWENTY-TWO
USD



anka Hesap Numaralarımız:
ARANTI BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
ARANTI BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
kbank Doğu Kurumsal Şubesi / İSTANBUL              Şube Kodu : 798  0046112 EURO Hs.

# N⊘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874743**

Payment Information
Doc. No./Date          90008913/ 12/30/2008
Order No./Date         45000881/ 12/30/2008
Customer               NNH0000003
Currency               USD
                       2,542,041.87

ortel Networks Inc.
ccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|
|  | | | DEC. 08 DIRECT CHARGING | 2542041.87 | | 2542041.87 |
| | | | 14 DECEMBER 2008 | | | |

Total(USD)     2,542,041.87
Invoice Amount     2,542,041.87

ONLY* TWO MILLION FIVE HUNDRED FORTY-TWO THOUSAND FORTY-ONE * USD   AND * EIGHTY-SEVEN * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798  0046112 EURO Hs.

# N🌜RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



T.C. MALİYE BAKANLIĞI

İl Kodu: **34**

SERİ SIRA NO.: DM **875009**

Payment Information
Doc. No./Date          90009142/ 01/30/2009
Order No./Date         45000918/ 01/30/2009
Customer               NNM0000003
Currency               USD
                       2,250,626.13

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | JANUARY 2009 DIRECT CHARGING | 2250626.13 | | 2250626.13 |

Total(USD)     2,250,626.13
Invoice Amount  2,250,626.13

*ONLY* TWO MILLION TWO HUNDRED FIFTY THOUSAND SIX HUNDRED TWENTY-SIX * USD  AND * THIRTEEN *
USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL            Şube Kodu : 798   0046112 EURO Hs.

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: DM **876670**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90010661/ 06/16/2009 |
| Order No./Date | 45000802/ 11/04/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 8,764.40 |

**MALİYE T.C. BAKANLIĞI**

İl Kodu: **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cd.No:171 Ümraniye 34768 İstanbul
Büyük Mükellefler V.D.Başkanlığı:6320001061
Ticaret Sicil No: 94955/40304

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Scot Woodal & Serge & Mark expat Prefiling | 8,764.40 | | 8,764.40 |
| | | | | Total(USD) | | | 8,764.40 |
| | | | | Invoice Amount | | | 8,764.40 |

ONLY* EIGHT THOUSAND SEVEN HUNDRED SIXTY-FOUR * USD  AND % FORTY * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL       Şube Kodu : 798   0046112 EURO Hs.

# N⊘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: **DM** 876597

Payment Information

| | |
|---|---|
| Doc. No./Date | 90010580/ 06/15/2009 |
| Order No./Date | 45000876/ 12/25/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 9,383.69 |

(MALİYE BAKANLIĞI T.C.)
İl Kodu: **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | GWC, SAM21/CCA/Storm Product management Q2 Prefiling | 9,383.69 | | 9,383.69 |

Total(USD)        9,383.69
Invoice Amount    9,383.69

ONLY* NINE THOUSAND THREE HUNDRED EIGHTY-THREE * USD   AND % SIXTY-NINE * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798   0046112 EURO Hs.

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: **DM 875007**

Payment Information
Doc. No./Date          900091417 01/30/2009
Order No./Date         45000876/ 12/25/2008
Customer               NNM0000003
Currency               USD

                                    17,402.28

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Paul Roy Expat Expenses | 17,402.28 | | 17,402.28 |
| | | | | IN JANUARY 2009 | | | |

                                    Total(USD)        17,402.28
                                    Invoice Amount    17,402.28

ONLY* SEVENTEEN THOUSAND FOUR HUNDRED TWO * USD  AND % TWENTY-EIGHT * USD

# N**Ø**RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: DM  875006**

Payment Information
Doc. No./Date        90009140/ 01/30/2009
Order No./Date       45000802/ 11/04/2008
Customer             NNM0000003
Currency             USD

                                  16,780.00

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Sergei Mark Expat Expenses Direct Charging | 16,780.00 | | 16,780.00 |
| | | | | IN JANUARY 2009 | | | |
| | | | | | Total(USD) | | 16,780.00 |
| | | | | | Invoice Amount | | 16,780.00 |

ONLY* SIXTEEN THOUSAND SEVEN HUNDRED EIGHTY * USD  AND % ZERO * USD



KD-2805 – RD-2025 –P2822 2P2011

NETWORKS

CCS2K

SIP

Page no. 1

01/31/2007

Change no.

Order date

Change date

**Bill to**

NORTEL NETWORKS INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE, TN USA 37228-0510
AP CUST SVC: 1-800-684-2228

NORTEL NETWORKS INC.
ATTN: PURCHASING DEPT
3500 CARLING AVE
OTTAWA ON CA
K2H 8E9

(This no. must appear on all invoices, packages, packing slips and customs forms.)

Purchase order no.    USC504093

**Ship to**

NORTEL NETWORKS INC.
ATTN: RECEIVING DEPT
35 DAVIS DRIVE
RTP, NC USA
27709-3010

NETAS
ALEMDAG CADDESI
UMRANIYE
ISTANBUL
81244, TURKEY

Attn: MICHAEL ARMSTRONG

Contract release no.

13134001    Dept    Mail stop    Carrier    Requisition no.    INCOTERM
GUERIN      3M00    4959                     2417373

| Qu. | Quantity | Unit | Description |
|---|---|---|---|
| | 1 | | Order Confirmed on 01/31/2007 with MICHAEL ARMSTRONG. Supplier please address all queries to SUSANA ALFARO CALDERSN |

REFERENCE SCHEDULE A "GWC,CS2K,SAM21,STORM,CCA,
MG9K SUSTAINING" FOR SCOPE OF WORK AND PRICING
ONLY.
P.O. TOTAL NOT TO EXCEED $1,186,250.00 USD.

THIS PURCHASE ORDER IS ISSUED AFTER THE MATERIAL
OR WORK HAS BEEN RECEIVED BY NORTEL NETWORKS.
IN FUTURE, NORTEL NETWORKS WILL NOT BE OBLIGATED
TO PAY FOR WORK PERFORMED OR MATERIALS SHIPPED
PRIOR TO OBTAINING A PURCHASE ORDER FROM AN
AUTHORIZED NORTEL NETWORKS PURCHASING AGENT.
DO NOT DUPLICATE. THIS IS A CONFIRMING ORDER.
********DO NOT DUPLICATE - CONFIRMATION ORDER.
********MATERIAL/SERVICES ALREADY RECEIVED*******

Total for this Page

| Date | Financial | Charge to | Extended cost | Region | CLIP no. |
|---|---|---|---|---|---|
| | +5255 | | 26268713. | | |

Total Amount    **************    .00

NET 70

Currency
USD

Consider this fax copy to be the original Purchase Order, no other copies will follow.
Nortel Networks is an Equal Opportunity / Affirmative...

(for the supplier)

...der and confirm it is subject to the terms and conditions supplied.

05-2009 (97fax/US

158 of 161

NETWORKS

01/31/2007 Page no. 4

Change no.

NORTEL NETWORKS INC.
ATTN: PURCHASING DEPT
3500 CARLING AVE
OTTAWA ON CA
K2H 8E9

(This no. must appear on all invoices, packages, packing slips and customs forms.)

Purchase order no.

USC504093

Order date

Change date

**Bill to**

NORTEL NETWORKS INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE, TN USA 37228-0510
AP CUST SVC: 1-800-684-2228

NETAS
ALEMDAG CADDESI
UMRANIYE
ISTANBUL
81244, TURKEY

**Ship to**

NORTEL NETWORKS INC.
ATTN: RECEIVING DEPT
35 DAVIS DRIVE
RTP, NC USA
27709-3010

Attn: MICHAEL ARMSTRONG

Contract release no.        Carrier        INCOTERM

13134001

GUERIN

Dept. 3M00    Mail stop 4959    Requisition no. 2417373

| No. | Quantity | Unit | Description | Date | Unit cost | Extended cost | Region | T.. | Asset no.. | CLIP no. |
|-----|----------|------|-------------|------|-----------|---------------|--------|-----|-----------|----------|
| 3 | 33 | EA | Q1-07: L&T: 33 STAFF FOR LINES & TRUNKS DEVELOPMENT AND SUSTAINING PROGRAM 2316 START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | 536250.00U | | E | 6 | |
| 4 | 13 | EA | Q1-07: CCS2K: 13 STAFF FOR CCS2K DEVELOPMENT AND SUSTAINING PROGRAM 2622 START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | 211250.00U | | E | 6 | |

THIS PURCHASE ORDER HAS BEEN FAXED AND IS
SUBJECT TO NORTEL NETWORKS STANDARD TERMS AND
CONDITIONS INCLUDED WITH THIS FAX TRANSMISSION.
ANY CONFLICT BETWEEN THIS PURCHASE ORDER AND THE
STANDARD TERMS AND CONDITIONS WILL BE RESOLVED IN
FAVOR OF THE STANDARD TERMS AND CONDITIONS.

**Total Amount** $**1186250.00

TAXES
See explanation of letters
supplied with this PO.

Currency USD    Agreed shipping date

NET 70

order and confirm it is subject to the terms and conditions supplied.

MANAGER
ANDRES-LIBARDO RAMIREZ

(for the supplier)

Consider this fax copy to be the original Purchase Order; no other copies will follow.
Nortel Networks is an Equal Opportunity / Affirmative Action Employer

BUYER:
SUSANA ALFARO CASTRO

Subject to terms and conditions supplied with this PO

395-2003-09/rev-US

NETWORKS

Page no. 3

01/31/2007

Change no.

Order date

Change date

Purchase order no. USC504093

(This no. must appear on all invoices, packages, packing slips and customs forms.)

NORTEL NETWORKS INC.
ATTN: PURCHASING DEPT
3500 CARLING AVE
OTTAWA ON CA
K2H 8E9

Ship to

NORTEL NETWORKS INC.
ATTN: RECEIVING DEPT
35 DAVIS DRIVE
RTP, NC USA
27709-3010

Bill to

NORTEL NETWORKS INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE, TN USA 37228-0510
AP CUST SVC: 1-800-684-2228

NETAS
ALEMDAG CADDESI
UMRANIYE
ISTANBUL
81244, TURKEY

Attn: MICHAEL ARMSTRONG

Contract release no.

INCOTERM

Requisition no
2447373

3134001

GUERIN

Dept: 3M00

Mail stop
4959

Carrier

| Quantity | Unit | Description | Date | Unit cost | Financial | Charge to | Extended cost | Region | Tax | Asset no. | CLIP no. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PROCUREMENT, REFERENCE THIS PURCHASE ORDER NUMBER ABOVE., AND MUST BE SUBMITTED WITHIN 90 DAYS OF PURCHASE ORDER. IF THE QUANTITY AND PRICE ON YOUR INVOICE AND PACKING SLIP DO NOT MATCH THIS ORDER EXACTLY, NOTIFY THE BUYER IMMEDIATELY. INVOICES SUBMITTED WITHOUT REFERENCE TO THE PURCHASE ORDER NUMBER ARE SUBJECT TO DELAY OF PAYMENT. | | | | | | | | | |
| 1 | 8EA | Q1-07: SIP: 8 STAFF FOR SIP DEVELOPMENT AND 2623 SUSTAINING PROGRAM START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | | | 130000.00U | 6 | E | | |
| 2 | 19EA | Q1-07: MG9K: 19 STAFF FOR MG9K DEVELOPMENT AND 2905 SUSTAINING PROGRAM START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | | | 308750.00U | 6 | E | | |
| | | Total for this Page | | | | | 438750.00 | | | | |

NET 70

Currency
USD

Agreed shipping date

Total Amount **************

TAXES
See explanation of letters
supplied with this PO.

Subject to terms and conditions

(for the supplier)

order and confirm it is subject to the terms and conditions supplied.

Consider this fax copy to be the original Purchase Order, no other copies will follow.
Nortel Networks is an Equal Opportunity / Affirmative Action Employer

995-2003-09/fax-US

1b0 of 1b1

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: AZ **480607**



İl Kodu : **34**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90002222/ 09/26/2007 |
| Order No./Date | 45000020/ 06/23/2007 |
| Customer | NNM0000003 |
| Currency | USD |
| | 3,400.26 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE, TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| 404093 | / / | | |
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |
| | | | |

| Miktar | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 2 | 3,400.26 | | 3,400.26 |
| | | | | IN SEPTEMBER 2007 | | | |
| | | | | PO NO: USC 504093 | | | |

Total(USD)          3,400.26
Invoice Amount          3,400.26

ONLY* THREE THOUSAND FOUR HUNDRED * USD   AND % TWENTY-SIX * USD



Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.    CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS.

Basım Yeri UMUR Basım ve Kırtasiye San. ve Tic. A.Ş. 02.03.2007/002 Esenşehir Mah. Ördüklü Org. San. Böl. 2. Cad. No: 8  34776  Ümraniye/İST.  Tel.: (0.216) 420 04 00 Anadolu Kurumlar V.D.Bşk. 892 000 9512 Basım Yılı 2007  UMUR 6003