**CERTIFICATE OF SERVICE**

I, Christopher A. Ward, Esq., of Polsinelli PC, hereby certify that on the 14th day of April, 2017, I caused to be served a copy of the **Response and Objection of Netas Telekomunikasyon A.S. to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Retiree Claims and Redundant Claims)** upon the parties listed below in the manner indicated.

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Via First Class Mail*

Derek C. Abbott
Tamara K. Minott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
*Via Hand Delivery*

    */s/ Christopher A. Ward*
    Christopher A. Ward (Del. Bar No. 3877)