# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., <u>et al</u>.,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys listed below enter their appearance, pursuant to section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2090-1, on behalf of Netas Telekomunikasyon A.S. ("**Netas**") in the above-captioned case. The attorneys below request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them. Pursuant to Bankruptcy Rule 7005 and Local Bankruptcy Rule 5005-4(c), counsel opts-in to electronic service at the email addresses set forth below:

Christopher A. Ward, Esq.<br>
Jarrett Vine, Esq.<br>
<b>POLSINELLI PC</b><br>
222 Delaware Avenue, Suite 1101<br>
Wilmington, Delaware 19801<br>
Facsimile: (302) 252-0921<br>
cward@polsinelli.com<br>
jvine@polsinelli.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (20763), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

58285827.1

-and-

Zachary D. Rosenbaum, Esq.
Paul Kizel, Esq.
Michael Papandrea, Esq.
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Facsimile: (973) 597-2400
zrosenbaum@lowenstein.com
pkizel@lowenstein.com
mpapandrea@lowenstein.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Netas' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Netas is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: April 14, 2017<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>_/s/ Christopher A. Ward_<br>Christopher A. Ward (Del. Bar No. 3877)<br>Jarrett Vine (Del. Bar No. 5400)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jvine@polsinelli.com<br><br>-and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Zachary D. Rosenbaum, Esq.<br>Paul Kizel, Esq.<br>Michael Papandrea, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>zrosenbaum@lowenstein.com<br>pkizel@lowenstein.com<br>mpapandrea@lowenstein.com<br><br>_Counsel for Netas Telekomunikasyon A.S._ |