**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                      Chapter <u>11</u>

                                   Case No. <u>09</u>-<u>10138</u> (<u>KG</u>)

Debtor: <u>Nortel Networks Inc., et al.</u>

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of <u>Paul Kizel</u> to represent <u>Netas Telekomunikasyon A.S.</u> in this action.

                                 /s/ Christopher A. Ward

                                   Firm Name: Polsinelli PC
                                   Address: 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801
                                   Phone: 302-252-0920
                                   Email: cward@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York and New Jersey</u> and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                   /s/ Paul Kizel

                                   Firm Name: Lowenstein Sandler LLP
                                   Address: 65 Livingston Avenue, Roseland, NJ 07068
                                   Phone: 973-597-2500
                                   Email: pkizel@lowenstein.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April 17th, 2017
Wilmington, Delaware

                                   **KEVIN GROSS**
                                   **UNITED STATES BANKRUPTCY JUDGE**

Local Form 105