**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                       Chapter __11__

                                 Case No. __09__-__10138__ (__KG__)

Debtor: __Nortel Networks Inc., et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Michael Papandrea__ to represent __Netas Telekomunikasyon A.S.__ in this action.

/s/ Christopher A. Ward

Firm Name: Polsinelli PC
Address: 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801
Phone: 302-252-0920
Email: cward@polsinelli.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York and New Jersey__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Michael Papandrea

Firm Name: Lowenstein Sandler LLP
Address: 65 Livingston Avenue, Roseland, NJ 07068
Phone: 973-597-2500
Email: mpapandrea@lowenstein.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April 17th, 2017
Wilmington, Delaware

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105