# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 38.20 | $22,817.00 |
| Other Professionals' Fee Applications/Reports | 1.10 | $1,307.50 |
| Creditors' Committee Meetings | 14.10 | $11,919.00 |
| Court Hearings | 11.40 | $9,934.50 |
| General Claims Analysis/Claims Objections | 41.50 | $45,866.00 |
| Canadian Proceedings/Matters | 14.00 | $16,220.00 |
| Plan, Disclosure Statement and Plan Related Documentation | 3.00 | $3,383.50 |
| Travel | 8.10 | $9,748.00 |
| Intercompany Analysis | 2.00 | $2,311.50 |
| **TOTAL** | **133.40** | **$123,507.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
8601 SIX FORKS ROAD  
SUITE 400  
RALEIGH, NC  27615

Invoice Number 1709390  
Invoice Date 04/12/17  
Client Number 687147  
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/17 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 38.20 | $22,817.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.10 | $1,307.50 |
| 0007 | Creditors Committee Meetings | 14.10 | $11,919.00 |
| 0008 | Court Hearings | 11.40 | $9,934.50 |
| 0012 | General Claims Analysis/Claims Objections | 41.50 | $45,866.00 |
| 0014 | Canadian Proceedings/Matters | 14.00 | $16,220.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 3.00 | $3,383.50 |
| 0025 | Travel | 8.10 | $9,748.00 |
| 0029 | Intercompany Analysis | 2.00 | $2,311.50 |
| | TOTAL | 133.40 | $123,507.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                            Page 2
Bill Number: 1709390                                                                04/12/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/01/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.30 |
| 02/02/17 | AL | 0003 | Review prebill for confidentiality and privilege (.5); prepare fee application (1.7). | 2.20 |
| 02/03/17 | AL | 0003 | Review prebill for confidentiality and privilege (1.0); prepare fee application (1.9). | 2.90 |
| 02/04/17 | BMK | 0003 | Review and comment on fee app. | 0.80 |
| 02/04/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 5.00 |
| 02/06/17 | AL | 0003 | Review prebill for confidentiality and privilege (1.2); prepare fee application (1.6). | 2.80 |
| 02/07/17 | AL | 0003 | Prepare fee application. | 0.50 |
| 02/08/17 | AL | 0003 | Prepare fee application (1.0); prepare for filing (.5). | 1.50 |
| 02/11/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.40 |
| 02/13/17 | AL | 0003 | Review fee order (.3); prepare fee application (.5). | 0.80 |
| 02/14/17 | AL | 0003 | Prepare fee application (.7); review fee exhibit (.5); internal communication re: fees (.5). | 1.70 |
| 02/15/17 | AL | 0003 | Prepare fee application. | 1.50 |
| 02/16/17 | AL | 0003 | Prepare fee applications (.7); prepare schedules (.9). | 1.60 |
| 02/17/17 | AL | 0003 | Revise fee application. | 0.30 |
| 02/19/17 | DHB | 0003 | Review and revise ninety-fifth fee app. | 0.50 |
| 02/20/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.50 |
| 02/21/17 | AL | 0003 | Revise fee application (1.7); review prebill for confidentiality and privilege (.3). | 2.00 |
| 02/22/17 | AL | 0003 | Review prebill for confidentiality and privilege (.2); prepare fee application (.1). | 0.30 |
| 02/23/17 | AL | 0003 | Prepare fee application and schedules. | 5.00 |
| 02/24/17 | DK | 0003 | Communicate with A. Loring re additional information necessary for fee application (.1); research the above (.4); follow up with attorney re above (.1). | 0.60 |
| 02/24/17 | AL | 0003 | Prepare fee application. | 2.80 |
| 02/27/17 | DHB | 0003 | Review and revise January fee application. | 0.50 |
| 02/27/17 | AL | 0003 | Prepare fee application (1.8); prepare interim fee application (.9). | 2.70 |
| 02/07/17 | DHB | 0004 | Review all November fee application documents. | 1.00 |
| 02/07/17 | AL | 0004 | Review fee applications of other professionals. | 0.10 |
| 02/01/17 | RAJ | 0007 | Emails re agenda items for Committee call. | 0.30 |
| 02/01/17 | AL | 0007 | Prepare agenda for Committee call (.7); prepare for same (1.5). | 2.20 |
| 02/02/17 | RAJ | 0007 | Attend Committee call. | 0.40 |
| 02/02/17 | DHB | 0007 | Prepare for Committee call (.3); attend same (.4). | 0.70 |
| 02/02/17 | AME | 0007 | Attend Committee Call with D. Botter, R. Johnson, A. Loring (.4); prepare for same (.1). | 0.50 |
| 02/02/17 | AL | 0007 | Prepare for (.5) and attend (.4) Committee call. | 0.90 |
| 02/08/17 | RAJ | 0007 | Multiple emails with Akin team re Committee agenda items. | 0.20 |
| 02/08/17 | DHB | 0007 | Emails re agenda for Committee call (.1). | 0.10 |
| 02/08/17 | AL | 0007 | Prepare Committee call agenda (.8); prepare for same (.5). | 1.30 |
| 02/09/17 | RAJ | 0007 | Attend Committee call. | 0.30 |
| 02/09/17 | AQ | 0007 | Attend Committee call. | 0.30 |
| 02/09/17 | DHB | 0007 | Prepare for Committee call (.3); attend same (.3). | 0.60 |
| 02/09/17 | DHB | 0007 | Communications with Canada re: distribution and mechanics. | 0.10 |
| 02/09/17 | BMK | 0007 | Attend committee call (0.3); prepare for same (0.2). | 0.50 |
| 02/09/17 | AL | 0007 | Prepare for (.4) and attend (.3) Committee call. | 0.70 |
| 02/15/17 | RAJ | 0007 | Committee call (.5); prepare for same (.1). | 0.60 |
| 02/15/17 | AQ | 0007 | Attend Committee call. | 0.50 |
| 02/15/17 | DHB | 0007 | Prepare for Committee call (.7); attend same (.5). | 1.20 |
| 02/15/17 | BMK | 0007 | Attend committee call (0.5); prepare for same (0.2). | 0.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                         Page 3
Bill Number: 1709390                                                             04/12/17

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 02/15/17 | AL | 0007 | Prepare for (.8) and attend (.5) Committee call. | 1.30 |
| 02/28/17 | AL | 0007 | Prepare agenda for Committee call. | 0.70 |
| 02/01/17 | AL | 0008 | Review dockets for updates. | 0.40 |
| 02/03/17 | AL | 0008 | Review hearing cancellation. | 0.20 |
| 02/06/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 02/08/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/09/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/10/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/13/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/14/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/15/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/16/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/17/17 | AL | 0008 | Review docket for updates. | 0.20 |
| 02/21/17 | AL | 0008 | Prepare for telephonic hearing related to NNCC trustee fee dispute. | 0.40 |
| 02/21/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/22/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 02/23/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 02/24/17 | AL | 0008 | Review agenda for 2-28 hearing. | 0.50 |
| 02/27/17 | AL | 0008 | Review agenda for 2-28 hearing (.8); prepare for same (.5). | 1.30 |
| 02/27/17 | SAD | 0008 | Review docket for updates and circulate. | 0.30 |
| 02/28/17 | DHB | 0008 | Prep for (1.2) and attend NNCC hearing (4.7). | 5.90 |
| 02/28/17 | AL | 0008 | Prepare for hearing. | 0.70 |
| 02/28/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 02/01/17 | RAJ | 0012 | Analyze SNMP issues re motion to amend proofs of claim. | 1.20 |
| 02/02/17 | RAJ | 0012 | Emails with D. Herrington re SNMP claim issues (.1); draft letter to NNCC Noteholders' counsel re document request (.3); communicate with D. Botter re same (.2); revise draft letter (.2). | 0.80 |
| 02/02/17 | DHB | 0012 | Continue review of SNMP pleading in claims litigation (.8); review and revise letter re NNCC discovery (.2); telephone call with D. Lowenthal re NNCC mediation (.2). | 1.20 |
| 02/02/17 | AL | 0012 | Review claims determination motion. | 0.10 |
| 02/03/17 | RAJ | 0012 | Further emails re SNMP claims adversary proceeding. | 0.10 |
| 02/03/17 | DHB | 0012 | Email communications re Canadian recognition motions (.2); review of same (.3). | 0.50 |
| 02/05/17 | DHB | 0012 | Telephone call with D. Lowenthal re NNCC fee dispute mediation (.2); begin prep for same (.4). | 0.60 |
| 02/06/17 | RAJ | 0012 | Review SNMP expert reports in claims adversary proceeding (.6); emails re NNCC mediation re: fee dispute (.1). | 0.70 |
| 02/06/17 | DHB | 0012 | Prepare for NNCC fee dispute mediation (.5); attend same (7.0). | 7.50 |
| 02/07/17 | RAJ | 0012 | Emails re SNMP expert witness depositions (.2); review issues for expert witness depositions (.5); call with indenture trustee counsel re: fee dispute (.1). | 0.80 |
| 02/08/17 | RAJ | 0012 | Call with D. Herrington re SNMP discovery (.1); communicate with D. Botter re same and re damages analysis (.2). | 0.30 |
| 02/08/17 | DHB | 0012 | Communication with R. Johnson re SNMP claims adversary proceeding (.1); emails re same (.1); litigation dismissal stips (.1). | 0.30 |
| 02/09/17 | DHB | 0012 | Review discovery letters re NNCC dispute (.3); attend hearing re discovery (.2); review PPI dismissed stipulation and emails re same (.1) and litigation dismissed (.1). | 0.70 |
| 02/21/17 | RAJ | 0012 | Call with B. Guiney re privilege in fee dispute (.1); analyze issues re protective order and use of deposition and trial testimony (.7); communicate with C. Doniak re same (.2); follow-up emails with Akin team (.2). | 1.20 |
| 02/21/17 | CDD | 0012 | Review docket and eroom for McConnell testimony re: NNCC fee dispute (.8); communicate with A. Evans and R. Johnson re confidentiality issues re same (.3). | 1.10 |
| 02/21/17 | AME | 0012 | Pull expert deposition transcript in NNCC fee dispute, correspond with | 0.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | A. Loring re: same (.2); review record for confidentiality designations, communicate with C. Doniak re: same (.6). | |
| 02/22/17 | RAJ | 0012 | Review affidavits filed in connection with NNCC fee dispute. | 0.30 |
| 02/22/17 | DHB | 0012 | Emails re hearing on NNCC fee dispute (.1); telephone call with C. Samis re same (.1); begin review of affidavits related thereto (.7). | 0.90 |
| 02/22/17 | AL | 0012 | Review affidavits in connection with fee dispute. | 0.70 |
| 02/23/17 | RAJ | 0012 | Emails with Akin team re NNCC fee dispute (.2); multiple emails with Patterson lawyers re depositions in same (.2, .1); review exhibits filed in litigation (.4). | 0.90 |
| 02/23/17 | DHB | 0012 | Email communications re NNCC fee dispute discovery (.2); continue review of affidavits re dispute (.3). | 0.50 |
| 02/24/17 | RAJ | 0012 | Analyze filings in NNCC litigation for issues pertinent to Creditors' Committee re: fee dispute (1.2); multiple emails with J. Masella (Patterson) re NNCC depositions (.2, .3); prepare for depositions of Delaware Trust witnesses (1.1). | 2.30 |
| 02/24/17 | DHB | 0012 | Communications re NNCC fee dispute hearing (.1); begin review of pleadings re same (.5). | 0.60 |
| 02/24/17 | BMK | 0012 | Review briefs re: NNCC indenture trustee fee dispute. | 2.20 |
| 02/24/17 | AL | 0012 | Review pleadings in fee dispute. | 0.70 |
| 02/26/17 | RAJ | 0012 | Review further filings in NNCC fee dispute litigation (1.5); attend Heaney deposition (4.3); emails re NNCC depositions (.2, .1). | 6.10 |
| 02/26/17 | DHB | 0012 | Begin review of NNCC fee dispute briefs (1.0); emails re deposition (.1). | 1.10 |
| 02/27/17 | RAJ | 0012 | Review Horwitz affidavit and exhibits re: fee disputes (.6); prepare for Horwitz deposition (.3); appear at Horwitz deposition (.7); emails with Akin team re NNCC issues (.2). | 1.80 |
| 02/27/17 | DHB | 0012 | Continue review of NNCC fee dispute pleadings (2.8); communicate with R. Johnson re same and depositions (.4); review hearing notice and communicate with A. Loring re missing documents (.1). | 3.30 |
| 02/28/17 | RAJ | 0012 | Emails re NNCC fee dispute (.2, .1); review status of SNMP claims litigation (.3); review Debtors' and SNMP's correspondence to court re discovery disputes (.4); emails with Cleary and Akin teams re same (.2). | 1.20 |
| 02/28/17 | AL | 0012 | Review letters regarding discovery dispute in SNMP claims adversary proceeding. | 1.00 |
| 02/01/17 | RAJ | 0014 | Review Justice Newbould opinion on passing of accounts and related emails. | 0.30 |
| 02/14/17 | RAJ | 0014 | Review LTD claimants' motion for leave to appeal Canadian Sanction order, with related emails. | 0.20 |
| 02/14/17 | AQ | 0014 | Review and analyze emails regarding Canadian appeal from confirmation order (.2); call with Cleary and Milbank regarding Canadian appeal and impact on closing (.5); communicate with D. Botter and B. Kahn regarding Canadian appeal and possible escrow (.2). | 0.90 |
| 02/14/17 | DHB | 0014 | Review Canadian motion for leave (.7); communicate with B. Kahn re same (.2); conference call with US Debtors and Bonds re same (.6); follow-up emails with B. Kahn and A. Qureshi (.2); emails with Cassels re same (.2). | 1.90 |
| 02/14/17 | BMK | 0014 | Review Canadian LTD motion for leave to appeal sanction order | 2.00 |
| 02/15/17 | AQ | 0014 | Review and analyze emails with Canadian counsel re notice of appeal and related options re closing (.2); review and analyze Canadian stay pleadings (.3); communicate with team regarding Canadian stay and potential options (.2). | 0.70 |
| 02/15/17 | DHB | 0014 | Review Monitor materials re leave (.5); email communications re same (.2) (.1); further review of motion (.2); communications re same (.2) (.2); Canadian legal issues (.2) (.2); review new JPM instructions and emails re same (.2); latest from Canadian court of appeal (.1). | 2.10 |
| 02/15/17 | BMK | 0014 | Review of Canadian appeal of sanction order. | 1.30 |
| 02/17/17 | RAJ | 0014 | Review filings in Canadian appeal and related emails. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Bill Number: 1709390  04/12/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/17/17 | AQ | 0014 | Emails regarding Canadian appeal and related procedures and timing considerations. | 0.20 |
| 02/17/17 | DHB | 0014 | Email communications re: Canadian leave to appeal. | 0.30 |
| 02/18/17 | DHB | 0014 | Email communications re Canadian leave to appeal. | 0.10 |
| 02/20/17 | DHB | 0014 | Email communications re Canadian leave filing (.1); review same (.2). | 0.30 |
| 02/21/17 | RAJ | 0014 | Review emails and court filings re Canadian LTD appeal. | 0.30 |
| 02/21/17 | AQ | 0014 | Review and analyze Canadian pleading re appeal and emails regarding same. | 0.30 |
| 02/21/17 | DHB | 0014 | Email communications re Canadian pleading. | 0.30 |
| 02/24/17 | RAJ | 0014 | Review filings re Canadian LTD appeal of sanction. | 0.40 |
| 02/26/17 | RAJ | 0014 | Emails with Canadian counsel re motions pending in Canada. | 0.30 |
| 02/26/17 | DHB | 0014 | Communications re Canadian motion issues and analysis of same (.4); review Monitor report re same (.4); further communications re same (.2). | 1.00 |
| 02/28/17 | RAJ | 0014 | Review report on Canadian claims settlements (.2); review Zarnett letter to Court of Appeal re LTD appellants' late notice of constitutional question (.1). | 0.30 |
| 02/28/17 | DHB | 0014 | Review Canadian status email (.5); emails re same (.1). | 0.60 |
| 02/01/17 | RAJ | 0022 | Review conditions to Effective Date of Plan. | 0.40 |
| 02/01/17 | DHB | 0022 | Email communications re Plan. | 0.20 |
| 02/03/17 | RAJ | 0022 | Review draft litigation stipulations of dismissal pursuant to SPSA and Plan, with related emails. | 0.10 |
| 02/06/17 | RAJ | 0022 | Multiple emails re conditions to effective date and escrow issues. | 0.30 |
| 02/06/17 | DHB | 0022 | Email communications re Plan effective date and escrow release issues (.1); review Tecce letter re same (.1). | 0.20 |
| 02/06/17 | BMK | 0022 | Emails re: Plan effective date issues. | 0.40 |
| 02/09/17 | RAJ | 0022 | Emails re Effective Date conditions and Plan provisions. | 0.30 |
| 02/10/17 | RAJ | 0022 | Emails re dismissal of allocation appeals. | 0.10 |
| 02/13/17 | RAJ | 0022 | Emails re escrows and closing. | 0.10 |
| 02/13/17 | DHB | 0022 | Review JPM escrow letter (.2); emails re same (.1) and distributions (.1) (.1). | 0.50 |
| 02/15/17 | RAJ | 0022 | Analyze SPSA provisions re closing conditions and waiver. | 0.10 |
| 02/28/17 | RAJ | 0022 | Multiple emails with Akin team re issues before Effective Date. | 0.30 |
| 02/06/17 | DHB | 0025 | Non-working travel to and from Wilmington (actual time 2.5). | 2.50 |
| 02/26/17 | RAJ | 0025 | Travel to/from Philadelphia for Heaney deposition (non-working portion only) (actual time 2.6). | 2.60 |
| 02/28/17 | DHB | 0025 | Nonworking travel to and from Wilmington (actual time 3.0). | 3.00 |
| 02/08/17 | RAJ | 0029 | Follow up with Cleary re stipulations of dismissal of allocation appeals. | 0.10 |
| 02/26/17 | DHB | 0029 | Review 3rd Circuit letter draft (.2); emails re same (.2). | 0.40 |
| 02/27/17 | RAJ | 0029 | Review and comment on draft letter to Third Circuit re: allocation appeals (.2, .1); multiple emails with D. Botter, Akin team re same (.2, .1); confer with P. Cantwell re letter to court (.1); revise draft letter (.1); follow-up emails with counsel for other appellants (.4). | 1.20 |
| 02/28/17 | DHB | 0029 | Review new draft of Third Circuit letter re: allocation appeals and emails re same (.2) (.1). | 0.30 |

Total Hours  133.40

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| R A JOHNSON | 27.10 | at | $1105.00 | = | $29,945.50 |
| A QURESHI | 2.90 | at | $1250.00 | = | $3,625.00 |
| D H BOTTER | 41.50 | at | $1250.00 | = | $51,875.00 |
| B M KAHN | 7.90 | at | $950.00 | = | $7,505.00 |
| A M EVANS | 1.30 | at | $665.00 | = | $864.50 |
| A LORING | 49.20 | at | $575.00 | = | $28,290.00 |
| C D DONIAK | 1.10 | at | $680.00 | = | $748.00 |
| D KRASA-BERSTELL | 0.60 | at | $370.00 | = | $222.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                          Page 6
Bill Number: 1709390                                                                                              04/12/17

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| S A D'ADDESE | 1.80 | at | $240.00 | = | $432.00 |

|  |  |
|---|---|
| Current Fees | $123,507.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Courier Service/Messenger Service- Off Site | $154.77 |
| Duplication - In House | $73.20 |
| Meals - Business | $19.00 |
| Meals (100%) | $887.53 |
| Travel - Ground Transportation | $46.73 |
| Travel - Train Fare | $1,434.00 |

| | |
|---|---|
| Current Expenses | $2,615.23 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$126,122.23** |
| **Prior Balance Due** | $255,385.10 |
| **Total Balance Due Upon Receipt** | $381,507.33 |