# EXHIBIT C

**DISBURSEMENT SUMMARY**

**FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| | |
|---|---:|
| Courier Service/Messenger Service – Off-Site | $154.77 |
| Duplication – In House | $73.20 |
| Meals – Business | $19.00 |
| Meals (100%) | $887.53 |
| Travel – Ground Transportation | $46.73 |
| Travel – Train Fare | $1,434.00 |
| **TOTAL** | **$2,615.23** |