# EXHIBIT D



| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1709390 |
| ATTN: JOHN DOLITTLE | Invoice Date 04/12/17 |
| 8601 SIX FORKS ROAD | Client Number 687147 |
| SUITE 400 | Matter Number 0001 |
| RALEIGH, NC 27615 | |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/17 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 02/02/17 | Duplication - In House Photocopy - Loring, Anthony, NY, 592 page(s) | $59.20 |
| 02/02/17 | Meals (100%) 2/2/17 - A.GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800480; DATE: 2/2/2017 Committee call - 8 people | $140.99 |
| 02/02/17 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 64118 DATE: 2/15/2017 SENDER'S NAME: DAVID BOTTER; JOB NUMBER: 1121968; PICKUP: One Bryant Park; DESTINATION: ONE LIBERTY PLAZA; DATE: 02/02/2017 | $15.75 |
| 02/03/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1631347402102302 DATE: 2/10/2017 Taxi/Car Service/Public Transport, 02/03/17, Late taxi home., Uber | $13.20 |
| 02/03/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 587496 DATE: 2/3/2017 NAME: BOTTER DAVID H TICKET #: 0010083293 DEPARTURE DATE: | $554.00 |

| Date | Description | Amount |
|---|---|---|
| 02/03/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 587496 DATE: 2/3/2017 NAME: BOTTER DAVID H TICKET #: 0700296808 DEPARTURE DATE: 02/06/2017 ROUTE: UNKNOWN 02/06/2017 ROUTE: NYP WIL NYP Business fare - reduced | $32.00 |
| 02/07/17 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 64118 DATE: 2/15/2017 SENDER'S NAME: BRAD KAHN; JOB NUMBER: 1123284; PICKUP: One Bryant Park; DESTINATION: ONE LIBERTY PLAZA; DATE: 02/07/2017 | $17.75 |
| 02/09/17 | Meals (100%)  1/20/17 - A. LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800479; DATE: 1/26/2017 Committee call - 8 people | $112.79 |
| 02/09/17 | Meals (100%)  1/24/17 - A. LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800479; DATE: 1/26/2017 Committee call - 8 people | $112.79 |
| 02/09/17 | Meals (100%)  1/26/17 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800479; DATE: 1/26/2017 Committee call - 8 people | $140.99 |
| 02/09/17 | Meals (100%)  2/9/17 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800481; DATE: 2/9/2017 Committee call - 8 people | $140.99 |
| 02/11/17 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E077A DATE: 2/18/2017 TRACKING #: 1Z02E52E6656086689; PICKUP DATE: 02/11/2017; SENDER: BRAD KAHN/E.L.; RECEIVER: AKIN GUMP STRAUSS HAUER & FELD - GOODMANS LLP; | $19.32 |
| 02/11/17 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E077A DATE: 2/18/2017 TRACKING #: 1Z02E52E6656086689; PICKUP DATE: 02/11/2017; SENDER: BRAD KAHN/E.L.; RECEIVER: AKIN GUMP STRAUSS HAUER & FELD - GOODMANS LLP; | $0.96 |
| 02/13/17 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 64118 DATE: 2/15/2017 SENDER'S NAME: D. Botter; JOB NUMBER: 1125131; PICKUP: One | $9.75 |

| Date | Description | Amount |
|---|---|---|
| 02/14/17 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 64118 DATE: 2/15/2017 SENDER'S NAME: David Botter; JOB NUMBER: 1125411; PICKUP: One Bryant Park; DESTINATION: One Liberty Plaza; DATE: 02/14/2017 | $21.75 |
| 02/15/17 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC INVOICE#: 64118 DATE: 2/15/2017 SENDER'S NAME: D. Botter; JOB NUMBER: 1126018; PICKUP: One Bryant Park; DESTINATION: One Liberty Plaza; DATE: 02/15/2017 | $14.75 |
| 02/16/17 | Duplication - In House  Photocopy - Panton, Kae, NY, 140 page(s) | $14.00 |
| 02/17/17 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E087A DATE: 2/25/2017 TRACKING #: 1Z02E52E4457025775; PICKUP DATE: 02/17/2017; SENDER: Anita Gomez; RECEIVER: GUEST: David Botter - The Miami Beach Edition Hotel; | $36.13 |
| 02/17/17 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E087A DATE: 2/25/2017 TRACKING #: 1Z02E52E4457025775; PICKUP DATE: 02/17/2017; SENDER: Anita Gomez; RECEIVER: GUEST: David Botter - The Miami Beach Edition Hotel; | $16.00 |
| 02/17/17 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E087A DATE: 2/25/2017 TRACKING #: 1Z02E52E4457025775; PICKUP DATE: 02/17/2017; SENDER: Anita Gomez; RECEIVER: GUEST: David Botter - The Miami Beach Edition Hotel; | $2.61 |
| 02/23/17 | Meals (100%)  2/23/17 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800483; DATE: 2/23/2017 | $238.98 |
| 02/25/17 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1658069403012203 DATE: 3/1/2017 Rail Fare, 02/25/17, Amtrak from Newark to Philadelphia re: Heaney deposition., Amtrak | $106.00 |
| 02/26/17 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1658069403012203 DATE: | $14.27 |

| Date | Description | Amount |
|---|---|---|
| 02/26/17 | 3/1/2017 Taxi/Car Service/Public Transport, 02/26/17, Car to Newark train Station re: (Heaney deposition, Nortel), Uber Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON INVOICE#: 1658069403012203 DATE: 3/1/2017 Taxi/Car Service/Public Transport, 02/26/17, Car from Newark train station to home re: (Heaney deposition, Nortel), Uber | $19.26 |
| 02/26/17 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1658069403012203 DATE: 3/1/2017 Rail Fare, 02/26/17, Return Amtrak from Philadelphia to Newark re: Heaney deposition, Amtrak | $141.00 |
| 02/27/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 606189 DATE: 2/27/2017 NAME: BOTTER DAVID H TICKET #: 0010091560 DEPARTURE DATE: 02/28/2017 ROUTE: NYP WIL NYP | $533.00 |
| 02/27/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 606189 DATE: 2/27/2017 NAME: BOTTER DAVID H TICKET #: 0701295061 DEPARTURE DATE: 02/28/2017 ROUTE: UNKNOWN | $32.00 |
| 02/28/17 | Meals - Business  VENDOR: DAVID H. BOTTER INVOICE#: 1678177403231603 DATE: 3/23/2017 Lunch, 02/28/17, Lunch re: hearing in Wilmington, Delaware., La Fia, David Botter | $19.00 |
| 02/28/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 607475 DATE: 2/28/2017 NAME: BOTTER DAVID H TICKET #: 0701358680 DEPARTURE DATE: 02/28/2017 ROUTE: UNKNOWN | $32.00 |
| 02/28/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 607475 DATE: 2/28/2017 NAME: BOTTER DAVID H TICKET #: 0935044727 DEPARTURE DATE: 02/28/2017 ROUTE: NYP WIL NYP | $4.00 |

|  |  |  |
|---|---|---|
| Current Expenses | | $2,615.23 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$126,122.23** |
| **Prior Balance Due** | $255,385.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Bill Number: 1709390  04/12/17

**Total Balance Due Upon Receipt**  $381,507.33