# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 15 years; Admitted in 1990; Financial Restructuring Department | $1,250 | 41.50 | $51,875.00 |
| Robert A. Johnson | Partner for 20 years; Admitted in 1988; Litigation Department | $1,105 | 27.10 | $29,945.50 |
| Brad M. Kahn | Partner for 1 year; Admitted in 2008; Financial Restructuring Department | $950 | 7.90 | $7,505.00 |
| Abid Qureshi | Partner for 9 years; Admitted in 1995; Financial Restructuring Department | $1,250 | 2.90 | $3,625.00 |
| Anne M. Evans | Associate for 4 years; Admitted in 2014; Litigation Department | $665 | 1.30 | $864.50 |
| Anthony Loring | Associate for 2 years; Admitted in 2016; Financial Restructuring Department | $575 | 49.20 | $28,290.00 |
| Christine D. Doniak | Senior Practice Attorney for 6 years; Admitted in 1998; Litigation Department | $680 | 1.10 | $748.00 |
| Sarah A. D'Addese | Legal Assistant for 4 years; Financial Restructuring Department | $240 | 1.80 | $432.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $370 | 0.60 | $222.00 |

Total Amount of Fees: **$123,507.00**
Total Number of Hours: 133.40
Blended Hourly Rate: **$925.84**