## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | **Related to Docket No. _____** |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | **Related to Adv. Docket No. _____** |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO EXCLUDE EXTRINSIC EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE THE TESTIMONY OF DR. RICHARD RAZGAITIS

Upon the *Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis* (the "Motion to Exclude");[2] the Court having consider the Motion to Exclude, any opposition thereto submitted by the U.S. Debtors; and any reply submitted by SNMP Research, and the Court having concluded that the relief requested in the Motion is proper, it is hereby ORDERED that:

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

[2] All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Motion to Exclude.

1. The Motion to Exclude is GRANTED.

2. ORDERED that no extrinsic fact or expert evidence will be admitted or considered by the Court in ruling on the Schedule 1 Issue.

3. The Court's ruling on the Schedule 1 Issue shall be limited to the four corners of the Nortel License.

Dated: May __, 2017
       Wilmington, DE

                                                          Hon. Kevin Gross
United States Bankruptcy Judge