# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | **Related to Docket Nos. 18020 and 18086** |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | **Related to Adv. Docket Nos. 540 and 542** |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

**TRANSMITTALL AFFIDAVIT OF NICHOLAS J. BRANNICK IN SUPPORT OF MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO EXCLUDE EXTRINSIC EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE THE TESTIMONY OF DR. RICHARD RAZGAITIS**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

BEFORE ME, the undersigned authority, personally appeared Nicholas J. Brannick, who first being duly sworn, deposes and states as follows:

1. I am an attorney at the law firm of Cole Schotz P.C., counsel for SNMP Research, Inc. and SNMP Research International, Inc. in the above-captioned action. I am of legal age, competent to make this affidavit, and admitted to practice before the Court.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "U.S. Debtors"). The term "Nortel" as used herein refers to the U.S. Debtors and their affiliates, including those in insolvency proceedings in Canada and Europe.

2

2. I submit this affidavit in support of the *Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis* filed contemporaneously herewith.

3. Attached hereto as <u>Exhibit A</u> and filed under seal[2] is a true and correct copy of a License Agreement between SNMP Research, Incorporated and SynOptics Communications, Inc. dated June 27, 1994, along with its amendments and related Software Service Agreements.

4. Attached hereto as <u>Exhibit B</u> and filed under seal is a true and correct unsigned copy of a Temporary License Agreement between SNMP Research, Inc. and Nortel Networks Corporation.

5. Attached hereto as <u>Exhibit C</u> and filed under seal is a true and accurate copy of a License Agreement, with schedules, between SNMP Research International, Inc. and Nortel Networks Corporation effective as of December 23, 1999 (the "Nortel License"). This is the version of the Nortel License filed with the Second Amended Complaint, except that the last page of the Nortel License (the second page of Schedule 74) was omitted from the Second Amended Complaint and thus has been added to Exhibit C.

6. Attached hereto as <u>Exhibit D</u> and filed under seal are excerpts from the transcript of Dr. Richard Razgaitis dated March 2, 2017.

7. Attached hereto as <u>Exhibit E</u> and filed under seal is the Expert Report of Dr. Richard Razgaitis dated December 15, 2016 (with a revised Attachment C).

---

[2] The exhibits to this Transmittal Affidavit are being filed under seal pursuant to section V.F of the *Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials* [Adv. D.I. 237-1].

Further, Affiant sayeth not.

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2006 (Phone)
(302) 574-2106 (Fax)
nbrannick@coleschotz.com

*Counsel for SNMP Research, Inc. and SNMP Research International, Inc.*

Dated: April 10, 2017

Subscribed and sworn to before me
This 10th day of April, 2017.

_____
Notary Public

SUSAN L. WILLIAMS
Notary Public State of Delaware
My Commission Expires August 13, 2017

3

53651/0001-14356203v1