## <u>EXHIBIT A</u>

License Agreement, with amendments, between SNMP Research, Incorporated and SynOptics Communications, Inc. dated June 27, 1994

FILED UNDER SEAL