## **EXHIBIT B**

Temporary License Agreement between SNMP Research, Inc. and Nortel Networks Corporation

FILED UNDER SEAL