**EXHIBIT C**

License Agreement, with schedules, between SNMP Research International, Inc. and Nortel Networks Corporation effective as of December 23, 1999

FILED UNDER SEAL