# **EXHIBIT D**

Excerpts from the Transcript of Dr. Richard Razgaitis dated March 2, 2017.

FILED UNDER SEAL