## **EXHIBIT E**

Expert Report of Dr. Richard Razgaitis dated December 15, 2016 (with a revised Attachment C)

FILED UNDER SEAL