**Exhibit B**

**Nortel Networks, Inc.**
**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Houston TX to meet with RLKS team for the 2/15/17 distribution to employees at the request of Kathy Schultea - AMEX ticket fee | 2/2/2017 | $7.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Houston TX to meet with RLKS team for the 2/15/17 distribution to employees at the request of Kathy Schultea\\JMYYUY | 2/2/2017 | $669.20 |
| DeVincenzo,Jennie Harrison (US011772771) | Air: Trip to Houston TX to meet with RLKS team for the 2/15/17 distribution to employees at the request of Kathy Schultea- process fee | 2/3/2017 | $3.95 |
| Wood,Jeffrey T (US013081390) | Mileage: Meetings with RLKS\\Office to meeting | 2/8/2017 | $4.28 |
| Scott,James E (US011119307) | Mileage: Re: Mileage for meeting at Nortel.\\EY/Nortel | 2/8/2017 | $9.10 |
| Scott,James E (US011119307) | Dinner: Coquette ~ Re: Dinner meeting to discuss distribution requirements. Attendees: Kathy Schultea, Mary Celia (Nortel), Andy Beakey, Jeff Wood and Jim Scott (EY). | 2/8/2017 | $250.00 |
| Wood,Jeffrey T (US013081390) | Mileage: Meetings with Tim Ross and Kim Ponder\\Office to client and back | 2/9/2017 | $7.49 |
| Scott,James E (US011119307) | Mileage: Re: Mileage for meeting at Regus office.\\EY / Regus office | 2/9/2017 | $12.31 |
| Scott,James E (US011119307) | Air: AMEX Ticket Fee\\VXJDXT | 2/9/2017 | $7.00 |
| Wood,Jeffrey T (US013081390) | Parking: Meetings with John Ray, RLKS and Cleary | 2/14/2017 | $9.00 |
| Wood,Jeffrey T (US013081390) | Mileage: Meetings with John Ray, RLKS and Cleary\\Airport and back | 2/14/2017 | $7.49 |
| Wood,Jeffrey T (US013081390) | Air: Meetings with John Ray, RLKS and Cleary\\ZYTMLB | 2/14/2017 | $273.17 |
| Wood,Jeffrey T (US013081390) | Taxi: Meetings with John Ray, RLKS and Cleary\\Airport to hotel | 2/14/2017 | $54.99 |
| Wood,Jeffrey T (US013081390) | Air: Meetings with John Ray, RLKS and Cleary - Transaction fees\\LPSLYJ | 2/15/2017 | $7.00 |
| Wood,Jeffrey T (US013081390) | Air: Meetings with John Ray, RLKS and Cleary\\LPSLYJ | 2/15/2017 | $174.42 |
| Wood,Jeffrey T (US013081390) | Parking: Meetings with John Ray, RLKS and Cleary | 2/15/2017 | $28.00 |
| Wood,Jeffrey T (US013081390) | Dinner for Jeff while in NYC for meetings with John Ray, RLKS and Cleary | 2/15/2017 | $82.08 |
| Wood,Jeffrey T (US013081390) | Lodge: 1 night in NYC for meetings with John Ray, RLKS and Cleary\\ZYTMLB | 2/15/2017 | $391.06 |
| Wood,Jeffrey T (US013081390) | Snacks while at the airport while travelling for meetings with John Ray, RLKS and Cleary | 2/15/2017 | $13.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Lunch: Lunch attendees from client RLKS were Kathy Schultea, Leticia Barrios and Felicia Buenrostro. EY attendees were Kristie Lowery, Jennie DeVincenzo, Rebecca Mills and Kaitlin Wrenn. Lunch order for the group so that they could continue working on the review of and discussed the status of the quarterly and annual employment tax returns. Approved by client Kathy Schultea and EY PPED Kristie Lowery. | 2/17/2017 | $79.68 |
| | | **Total** | **$2,090.72** |

\* All Air flights have been booked at economy fairs.