## EXHIBIT A

**Cilia Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- X
                              :

*In re*                              :       Chapter 11

                              :

Nortel Networks Inc., *et al.*,[1]     :       Case No. 09-10138 (KG)

                              :

               Debtors.     :       Jointly Administered

                              :

                              :       **Hearing date: April 25, 2017 at 10:00 a.m. (ET)**

                              :

-------------------------------------------------------- X

### DECLARATION OF MARY CILIA IN SUPPORT OF
### DEBTORS' REPLY IN FURTHER SUPPORT OF DEBTORS'
### FORTY-SEVENTH OMNIBUS OBJECTION  (SUBSTANTIVE) TO CERTAIN CLAIMS

I, Mary Cilia, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a Senior Director at RLKS Executive Solutions LLC ("RLKS"), the claims consultant retained by the Debtors to assist the Debtors in resolving all claims against the Debtors' estates.

2.      I respectfully submit this declaration in support of the *Debtors' Reply in Further Support of Debtors' Forty-Seventh Omnibus Objections (Substantive) to Certain Claims* (the "Reply").[2]  Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by employees of the Debtors or their affiliates

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Reply.

and professionals retained by the Debtors, or learned from my review of relevant documents.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3.      In January 2012, I began working for the Debtors as a claims consultant to assist the Debtors with resolving all outstanding claims asserted against the Debtors.  I am still in this position and, as of the date of this filing, have more than five years of experience assisting the Debtors with the claims resolution process.

4.      During my tenure as the Debtors' claims consultant, I have worked with the Debtors and the Debtors' other retained professionals to resolve more than five thousand claims against the Debtors, including more than 4,500 claims filed by former employees.

5.      During my tenure as the Debtors' claims consultant, I am not aware of any instance in which the Debtors allowed a claim filed by a former employee against a Debtor when an identical claim for the same underlying liability had also been allowed against the Canadian Debtors.

6.      Throughout my tenure as the Debtors' claims consultant, I have been in regular contact with the Monitor and the other professionals retained by the Canadian Debtors to resolve claims against the Canadian Debtors.  I am aware of no instance in which the Canadian Debtors have allowed a claim filed by a former employee against a Canadian Debtor when an identical claim for the same underlying liability had also been allowed against the Debtors.

7.      In order to place before the court certain documents relevant to the Reply, annexed to this declaration are true and correct copies of the following documents:

> **Attachment 1:**      Letter dated May 3, 2006 between Eleanor Adonyi and Patricia Morris regarding William A. Owens's Special Pension Arrangement

**Attachment 2**:        Memo dated June 21, 2003 from Lisa Hegarty at Mercer Toronto regarding William A. Owens's Special Pension Arrangement Lump Sum payment and its conversion to Canadian dollars

**Attachment 3**:        Excerpt from Northern Trust in Canada's payment records showing year to date payments made to William A. Owens as of December 5, 2008

8.        The Debtors records indicate that the letter attached as Attachment 1 is a true and correct copy of correspondence between former Nortel employees and engaged pension consultants regarding the terms and conditions of the Special Pension Arrangement for Mr. William A. Owens referenced in the Reply.

9.        The Debtors records indicate that the letter attached as Attachment 2 is a true and correct copy of a memo provided by Mercer Canada regarding the June 23, 2006 payment of his $703,913.00 Lump Sum payment under the Special Pension Arrangement and its conversion into Canadian dollars.

10.        The document attached as Attachment 3 was provided by the Canadian Debtors' claims consultant as a true and correct copy of records demonstrating the Canadian entities' payment of Mr. Owens's Special Pension Arrangement payments.

11.        I am familiar with Claim number 2506 filed by Mr. William A. Owens related to his Special Pension Arrangement.

12.        The Debtors records indicate that no Debtor entity ever made payments to Mr. William A. Owens on account of his Special Pension Arrangement.  After consulting with Mr. Tom Ayres, a claims consultant working on behalf of the Monitor and Canadian Debtors, Mr. Ayres confirmed that Mr. Owens's Special Pension Arrangement payments were paid to Mr. Owens by the pension administrator for one of the Nortel entities that is now a Canadian Debtor.

13.     I understand that the Monitor has informed Mr. Owens's counsel that the Canadian Debtors will allow Mr. Owens's claims against the Canadian Debtors upon the withdrawal or disallowance of Mr. Owens's claims against NNI.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Houston, Texas
April 20, 2017

Mary Cilia

**<u>Attachment 1</u>**



# N✪RTEL

## FAX

### CONFIDENTIAL

Date:          2006 05 04

To:            Gina Poole, FAX # ESN 355-9301

From:          Eleanor Adonyi

No. of Pages:  8 (including cover)

Subject:       W. Owens - Special Pension Arrangement

Hi Gina - the enclosed is further to my email this morning in response to your questions.

Thank you.

Eleanor Adonyi

This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged and confidential. If the reader of this message is not the intended recipient, or the employee responsible for delivering this communication to the intended recipient, you are hereby notified that any disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for its return. Thank you.

Nortel Networks
8200 Dixie Road, Suite 100, Brampton, Ontario Canada L6T 5P6 T 905.863.1724 F 905.863.8420 nortel.com



# N☾RTEL

2006 05 03

Ms. Patricia Morris
Mercer Human Resource Consulting
(Nortel Pension Service Center)
70 University Ave., 4th Floor
Toronto, Ontario
M5J 2M4

Dear Pat,

### Re: W.A. Owens – Special Pension Arrangement to commence June 2006

This is in follow-up to our email correspondence between March 23, 2006 and April 11, 2006.

Mr. W.A. Owens, our former Vice Chairman and CEO is eligible for a special pension arrangement with monthly payments of US$99,073.00 commencing June 2006*. His actual retirement date was December 1, 2005, however he was subject to a 6-month delay of payment as a result of IRS Code Section 409A. The June 2006 payment will include a lump sum 'catch-up' payment for the prior 6 months as well as the June payment. The special pension benefit is to be paid over a guaranteed period of five years commencing with a payment in June 2006.

*The total June 2006 payment should be US$703,913.00 gross, which is comprised of the June monthly payment of $99,073 plus the 6-month 'catch-up' payment ($99,073 x 6 = $594,438 plus interest of $10,402 = $604,840). The monthly payments thereafter (commencing July 2006) should be US$99,073.00 through and including November 2010.

Please note the following, as was documented in my earlier emails to you:

* Mr. Owens resides in the US, and was paid from the US payroll when he was active, but the special pension arrangement is to be paid from Canada (Canadian pension payroll), out of general revenues, and charged fully to the Canadian company.

../2

NORTEL CONFIDENTIAL

Nortel Networks
8200 Dixie Road  Suite 100, Brampton, Ontario Canada   L6T 5P6   T 905.863.1724   F 905.863.8420   nortel.com



Page 2

- Our tax department has confirmed that 25% non-resident tax withholding should be applied
  to the payments (not 15%). As you requested, I have enclosed a copy of the written direction
  from our tax department regarding the 25%. It is my understanding from you, and confirmed
  by our tax department, that Mr. Owens will receive a Canadian NR4 tax slip at year-end
  which will have the gross amount paid in Canadian dollars and the taxes remitted to CRA.

- The monthly payments are to be paid in US dollars (not Canadian dollars converted to US
  dollars on date of deposit, and also not the equivalent US amount in Canadian dollars).

- You confirmed that the payments will be made direct by Northern Trust, monthly,
  approximately the 25th of each month. You also confirmed that the US dollar payments will
  be wired to his account on the date of deposit.

- Mr. Owens is not eligible for any other benefits. He was not participating in the Canadian
  pension plans.

In order to effect payment, I am enclosing the following:

- Copy of the Special Pension Arrangement Election Form and Beneficiary Designation.
- Copy of his passport to confirm his date of birth of May 8, 1940.
- US direct deposit form (for the wiring of the payment) which includes his home address,
  home telephone number, pension number (5068664), and Canadian social insurance number.
- His CSD is April 27, 2004.
- His US pension plan entry date is April 27, 2004. Mr. Owens was participating in the US
  Cash Balance Plan which was paid out to him at the time of his retirement.
- His termination date was November 18, 2005.
- His retirement date is December 1, 2005.
- Special Pension Arrangement end date is November 2010 (last monthly payment) to be paid.

../3

NORTEL CONFIDENTIAL

Nortel Networks

8200 Dixie Road, Suite 100, Brampton, Ontario Canada    L6T 5P6    T 905.863.1724   F 905.863.8420     nortel.com



Page 3

Pat, as discussed, your assistance in personally ensuring that these payments to Mr. Owens are set up and paid according to the terms above, without any issues or delay, will be most appreciated so as to ensure the process/payments is seamless to Mr. Owens.

I trust the above is satisfactory, however should you have any questions please do not hesitate to contact me.

Yours truly,

Eleanor Adonyi
Executive Compensation

Encl.

## Adonyi, Eleanor [BRAM:1477:EXCH]

| | |
|---|---|
| **From:** | Brazier, Brenda [BRAM:0088:EXCH] |
| **Sent:** | Wednesday, April 05, 2006 3:10 PM |
| **To:** | Adonyi, Eleanor [BRAM:1477:EXCH] |
| **Subject:** | W Owens- special pension arrangement- tax withholding rate |

Eleanor,

As requested, I'm writing to confirm that Bill's pension arrangement is to be paid over a 5 year period, that the costs are being borne completely by the Canadian company and that a 25% non-resident withholding tax is applicable, not a reduced rate of 15%.

Please advise if you require anything further.

Cheers,

*Brenda Brazier*
Leader, Global Employee Tax Initiatives
Nortel Networks
(905)863-1708, ESN 333-1708
Fax-(905)863-8475, ESN 333-8475

NOTE NEW EMAIL ADDRESS: bbrazier@nortel.com

**<u>Attachment 2</u>**

# MERCER
Human Resource Consulting

70 University Avenue, PO Box 5
Toronto, Ontario
Canada M5J 2M4
416 351 5895 Fax 416 351 5820
lisa.hegarty@mercer.com

# Memo

| | |
|---|---|
| To: | **Nortel – Roman Kosarenko, Gina Poole, Joyce Stephenson, Fabrice Jestin**<br>**Northern Trust – Pauline A. Martin, Sandra Bunbury, Janet Schultz, Veda Nancoo** |
| Date: | 21 June 2006 |
| From: | Lisa Hegarty |
| Subject: | **Nortel Networks Limited – Retro Payment for W. Owens, 5068664** |
| Copy: | Joseph Tang, Patricia Morris, Alpa Soni |

This memo will serve as confirmation of the Lump Sum payment to be processed for the payment date of June 23, 2006 in the US dollar amount of **$703,913.00**. Please note that the exchange rate to convert to Canadian dollars will not be known until June 23, 2006. To estimate the payment in Canadian dollars, the June 20, 2006 rate was **1.1163** for an amount of **CA$785,778.09**.

A breakdown of the amount by Plan and Funding Source is provided below:

| Plan | Funding Source | Total |
|---|---|---|
| **0015** | | |
| NT02 | CA$785,778.09[1] | CA$785,778.09 |

Lisa Hegarty

---

[1] Managerial and Non-Negotiated Pension Plan (NNL)

Mercer Human Resource Consulting Limited

**MMC** Marsh & McLennan Companies

**Attachment 3**



CA_LAR_2008_12_NT01-NT05_AND_NT19.TXT - Notepad

File   Edit   Format   View   Help

```
   10 SERP                        314,927.34
   11 TRAELIG                      80,710.22
   13 TRANOELI                    515,836.25
TOTAL                           1,465,399.00



BY WITHHOLDING & DEDUCTION                          BY TAXATION


                  TRUST    TAX
DEDUCTIONS      ACCOUNT #  CODE        AMOUNT        TAXATION                   AMOUNT

    FEDERAL                        217,919.65        151 BASICPE              68,336.93
    QUEBEC                          11,841.09        153 NONREGPE            603,143.65
    NR                              45,914.47        159 TXNERTAL            488,118.70
  1 CHC                                316.10        451 BASICNR              40,090.84
  4 RARRSP                             120.00        453 NONREFNR            265,708.88
 11 BANQ                              200.00        752 GTLTXBL                 277.27
 94 NSM-BULL                           51.67
*NORTHERN TRUST*
BENEFIT PAYMENTS                       LIVE RUN ACTIVITY REPORT BY ALPHA LAST NAME          DATE      2008/12/05
REPORT ID  BPP201-LAR                              NORTEL CANADA                             PROGRAM ID BPPB250R
CLIENT    1087                               NORTEL NETWORKS LIMITED                         PAGE          324
PLAN      NT02                            TRANSACTIONS DATED AS OF 2008/12/05

PLAN NT02  TOTALS FOR 2008 YEAR TO DATE*

FUNDING SOURCE &
DESCRIPTION              AMOUNT              DEDUCTIONS          AMOUNT            TAXATION              AMOUNT

  1 EXSSPENS           1,280,242.54             FEDERAL       2,661,231.52        151  BASICPE          808,820.37
  2 EXSNOADJ           5,185,561.23             QUEBEC          153,444.31        153  NONREGPE       7,322,718.29
  3 BASICEXS              99,081.02             NR              872,605.66        159  TXNERTAL       6,518,021.91
  4 ADDLEXS               15,095.72           1 CHC              1,580.50        451  BASICNR          495,137.21
  5 ADEXNOAD              11,002.44           4 RARRSP            1,440.00        453  NONREFNR       4,543,001.23
  6 EXSSPRA               30,171.84           6 AFTRTAX         12,000.00        752  GTLTXBL            2,275.89
  7 DISABLTY               8,037.12          11 BANQ            2,400.00
  8 RELIEF                47,020.17          63 REC-RUMO          428.09
  9 PENSRSRV             258,111.30          94 NSM-BULL          620.04
 10 SERP               3,759,513.77          95 REC-ZDEN          281.51
 11 TRAELIG              947,426.10
 13 TRANOELI           6,885,944.18
 15 WAOWENS            1,160,491.58
TOTAL                19,687,699.01

*THE YEAR-TO-DATE TOTALS ARE CURRENT TO THE DATE OF THIS REPORT.
```

11:46 AM
17/04/2017