## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply In Further Support Of Debtors' Forty-Seventh Omnibus Objection (Substantive) To Certain Claims** was caused to be made on April 20, 2017, in the manner indicated upon the entities identified below:

Date: April 20, 2017                                    */s/ Tamara K. Minott*
                                                         Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Rachel Mersky
Monzack, Mersky, McLaughlin and Browder
P.A.
1201 N. Orange St.
Wilmington, DE 19801