# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 18020 & 18086** |
| SNMP Research International, Inc. and SNMP Research, Inc., Plaintiffs, | |
| v. | Adv. Proc. No. 11-53454 (KG) |
| Nortel Networks Inc., et al., Defendants. | **Re: Adv. D.I. 540 & 542** |
| | **Obj. Deadline: May 1, 2017 at 12:00 p.m.** |
| | **Hearing Date: May 2, 2017 at 2:00 p.m.** |

**NOTICE OF DEBTORS' MOTION TO FILE UNDER SEAL (I) EXHIBITS TO THE MINOTT DECLARATION AND (II) DEBTORS' OPPOSITION TO THE MOTION OF SNMP RESEARCH INTERNATIONAL, INC. AND SNMP RESEARCH, INC. TO EXCLUDE EXTRINSIC EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE THE TESTIMONY OF DR. RICHARD RAZGAITIS**

PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases, have today filed the attached **Debtors' Motion to File Under Seal (I) Exhibits to the Minott Declaration and (II) Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis** ("Motion").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 1, 2017 at 12:00 p.m. (ET)** (the "Objection Deadline"); and (c) served on the undersigned counsel as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **MAY 2, 2017 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 20, 2017
Wilmington, Delaware

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Lisa M. Schweitzer (admitted pro hac vice)
David H. Herrington (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Andrew J. Roth-Moore*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

10983313.2