# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 18118 & 18119** |
| ------------------------------------------------------------X | |
| SNMP Research International, Inc. | |
| and | |
| SNMP Research, Inc., | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | **Re: D.I. 547 & 548** |
| v. | |
| Nortel Networks Inc., *et al.*, | |
| Defendants. | |
| ------------------------------------------------------------X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2017, sealed copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1. U.S. Debtors' Memorandum Of Law In Opposition To Motion To Exclude (Main Case D.I. 18118, Adv. Case D.I. 547, Filed 4/20/17).

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. Declaration Of Tamara K. Minott In Support Of Debtors' Opposition To Motion Of SNMP Research, Inc. And SNMP Research International, Inc. To Exclude Intrinsic Evidence Regarding The Schedule 1 Issue And To Exclude The Testimony Of Dr. Richard Razgaitis (Main Case D.I. 18119, Adv. Case D.I. 548, Filed 4/20/17).

Dated: April 20, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*