**VIA EMAIL AND HAND DELIVERY**
Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE  19801
*Email:   npernick@coleschotz.com*
         *nbrannick@coleschotz.com*

**VIA HAND DELIVERY**
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA EMAIL AND FIRST CLASS U.S. MAIL**
G. David Dean
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD  21202
Email:  ddean@coleschotz.com

Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN  37201
*Email:   rbusch@kingballow.com*

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN  37902
*Email: jwood@emlaw.com*