# **<u>EXHIBIT A</u>**

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 15/03/2017 | Review monthly time entries | 0.5 | 445.00 | 14246364 |
| Bauer | Alison D. | 23/03/2017 | Review and comment upon various drafts of monthly fee application | 1.0 | 890.00 | 14262822 |
| Bauer | Alison D. | 27/03/2017 | attention to preliminary fee examiner's report and emails to and from local counsel | 0.2 | 178.00 | 14271813 |
| Bauer | Alison D. | 20/03/2017 | Attention to fee application | 0.3 | 267.00 | 14285937 |
| Fleary | Kristina | 13/03/2017 | Reviewing fee application | 1.0 | 285.00 | 14243498 |
| Fleary | Kristina | 15/03/2017 | review fee application | 0.5 | 142.50 | 14258795 |
| Fleary | Kristina | 20/03/2017 | reviewed and updated fee application | 1.5 | 427.50 | 14258850 |
| Fleary | Kristina | 23/03/2017 | review fee application | 0.5 | 142.50 | 14258851 |
| Gray | William | 01/03/2017 | Work on final fee application process | 0.4 | 390.00 | 14224375 |
| Gray | William | 08/03/2017 | Review fee application | 0.3 | 292.50 | 14236732 |
| Gray | William | 17/03/2017 | work on fee application | 0.5 | 487.50 | 14260128 |
| Gray | William | 21/03/2017 | Work on fee application | 0.4 | 390.00 | 14271874 |
| Gray | William | 28/03/2017 | Review monthly and quarterly filing | 0.5 | 487.50 | 14274476 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bogach | Alex | 21/03/2017 | updating memo re leave to appeal to the Supreme Court of Canada (2.1); Conference with A Slavens (.2) | 2.3 | 701.50 | 14258152 |
| Bogach | Alex | 22/03/2017 | updating memo for A Slavens re leave to appeal to SCC; | 1.8 | 549.00 | 14259543 |
| Gray | William | 02/03/2017 | Conference regarding appeal issues in bankruptcy | 0.4 | 390.00 | 14224390 |
| Gray | William | 01/03/2017 | Conference with A. Slavens regarding status of sanctions order of appeal and issues regarding equitable mootness and posting of a bond | 0.8 | 780.00 | 14224481 |
| Slavens | Adam | 08/03/2017 | reviewing status of motion for leave to appeal (0.4); reviewing Rules, memorandum and timeline re same (2.0); email correspondence with P. Cantwell re same (0.2); | 2.6 | 2,054.00 | 14234600 |
| Slavens | Adam | 06/03/2017 | reviewing email correspondence re motion returnable March 6, 2017 (0.1); reviewing Supreme Court of Canada appeal Rules, memorandum and timelines re leave motion (1.7); | 1.8 | 1,422.00 | 14235783 |
| Slavens | Adam | 09/03/2017 | reviewing email from Court of Appeal re status of motion for leave to appeal (0.1); reviewing Supreme Court of Canada appeal issues (0.8); email correspondence with L. Schweitzer and P. Cantwell re same (0.1); | 1.0 | 790.00 | 14237537 |
| Slavens | Adam | 13/03/2017 | reviewing Court of Appeal for Ontario decision re LTD leave motion (0.2); email correspondence with Cleary team re same (0.1); reviewing Supreme Court Rules re same (1.5); | 1.8 | 1,422.00 | 14244578 |
| Slavens | Adam | 16/03/2017 | reviewing Goodmans correspondence and media reports re same (0.6); email correspondence with L. Schweitzer and P. Cantwell re same (0.3); reviewing correspondence re discussions with Milbank and considering same (1.0); | 1.9 | 1,501.00 | 14249217 |
| Slavens | Adam | 21/03/2017 | conducting research re seeking leave to Supreme Court of Canada (3.4); office conference with A. Bogach re same (0.2); | 3.6 | 2,844.00 | 14257125 |
| Slavens | Adam | 20/03/2017 | conducting research re seeking leave to Supreme Court of Canada and preparing memorandum re same; | 2.7 | 2,133.00 | 14257186 |
| Slavens | Adam | 22/03/2017 | conducting research re seeking leave to Supreme Court of Canada (1.0); email correspondence with A. Bogach re same (0.2); | 1.2 | 948.00 | 14260177 |
| Slavens | Adam | 23/03/2017 | reviewing and commenting on draft waiver and reserve documentation (2.9); office conference with S. Bomhof re same (0.4); reviewing email correspondence from Cleary team re same (0.4); | 3.7 | 2,923.00 | 14262604 |
| Slavens | Adam | 23/03/2017 | preparing memorandum re leave to appeal to Supreme Court from denial of leave by provincial appeal court (3.0); conducting research re same (2.0); | 5.0 | 3,950.00 | 14263433 |
| Slavens | Adam | 23/03/2017 | reviewing form of Court of Appeal order and email correspondence re same; | 0.4 | 316.00 | 14263436 |
| Slavens | Adam | 24/03/2017 | reviewing email correspondence re status of LTD appeal; | 0.2 | 158.00 | 14266957 |
| Slavens | Adam | 28/03/2017 | reviewing Supreme Court of Canada Rules re leave applications (1.3); reviewing research and memoranda re same (1.5); | 2.8 | 2,212.00 | 14276811 |
| Slavens | Adam | 29/03/2017 | reviewing chapter 11 case court documents; | 1.3 | 1,027.00 | 14277115 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/03/2017 | reviewing materials for March 3rd motion (insurance litigation) and prepare to attend motion (.4); reviewing comments on Report to US court (.2); | 0.6 | 585.00 | 14223987 |
| Bomhof | Scott A. | 03/03/2017 | exchange emails with Cleary, Cassels Brock and Bennett Jones regarding March 6 hearing (.2); prepare for March 6 hearing and contact Goodmans to confirm attendance (.6); | 0.8 | 780.00 | 14229031 |
| Bomhof | Scott A. | 06/03/2017 | Prepare for and attend motion before Justice Newbould re: insurance litigation (2.0); review email from L. Schwitzer and reply to same re: Supreme Court of Canada appeal process (0.3); | 2.3 | 2,242.50 | 14231253 |
| Bomhof | Scott A. | 08/03/2017 | Review Court of appeal materials re: LTD leave to appeal Sanction Order; | 0.6 | 585.00 | 14234248 |
| Bomhof | Scott A. | 23/03/2017 | reviewing materials related to escrow and providing comments on same (0.8); reviewing form of order dismissing leave to appeal application to Ontario court of appeal (.2); office conference with A. Slavens (.4) | 1.4 | 1,365.00 | 14261296 |
| Bomhof | Scott A. | 24/03/2017 | reviewing Cleary comments on LTD escrow materials (0.7); revising Torys' markup (.8); | 1.5 | 1,462.50 | 14264607 |
| DeMarinis | Tony | 02/03/2017 | reviewing accumulated materials for settling outstanding estate matters; | 0.5 | 530.00 | 14224006 |
| DeMarinis | Tony | 31/03/2017 | reviewing materials regarding D&O stay; | 0.3 | 318.00 | 14285373 |
| Slavens | Adam | 01/03/2017 | email correspondence with M. Gianis and Goodmans team re letter to Third Circuit (0.4); reviewing Court of Appeal order and appeal materials re same (0.4); Conference with W. Gray (0.8) | 1.6 | 1,264.00 | 14228185 |
| Slavens | Adam | 01/03/2017 | reviewing chapter 11 case court documents re Ciena settlement and related CCAA motion; | 2.1 | 1,659.00 | 14228212 |
| Slavens | Adam | 02/03/2017 | preparing for motion returnable March 6, 2017 (1.0); email correspondence with L. Schweitzer re same (0.3); reviewing chapter 11 case court documents re same (1.0); | 2.3 | 1,817.00 | 14228233 |
| Slavens | Adam | 03/03/2017 | email correspondence with Bennett Jones team and Cassels team re motion returnable March 6, 2017 (0.3); reviewing court materials and background materials re same (1.9); | 2.2 | 1,738.00 | 14229828 |
| Slavens | Adam | 24/03/2017 | reviewing and commenting on draft waiver and reserve documentation (4.6); email correspondence with Cleary team and Cassels team re same (0.3); | 4.9 | 3,871.00 | 14266956 |
| Slavens | Adam | 27/03/2017 | reviewing CCAA plan, SPSA and chapter 11 plan and comments on draft waiver and reserve documentation; | 3.4 | 2,686.00 | 14271637 |
| Slavens | Adam | 31/03/2017 | reviewing motion record re motion returnable April 26, 2017, and background materials re same; | 2.7 | 2,133.00 | 14282533 |

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/03/2017 | reviewing chapter 11 case court documents; | 1.0 | 790.00 | 14240608 |