# **<u>EXHIBIT B</u>**

**Nortel**
**March 2017 Disbursements**

| | | | |
|---|---|---|---|
| Miscellaneous | 09/03/2017 | 5.31 | USB KEY |
| | | **$ 5.31** | |
| | | | |
| Laser Printing | 23/03/2017 | 2.90 | Laser Printing |
| Laser Printing | 15/03/2017 | 0.60 | Laser Printing |
| Laser Printing | 23/03/2017 | 0.20 | Laser Printing |
| Laser Printing | 23/03/2017 | 0.70 | Laser Printing |
| Laser Printing | 23/03/2017 | 0.30 | Laser Printing |
| Laser Printing | 23/03/2017 | 1.90 | Laser Printing |
| Laser Printing | 23/03/2017 | 0.20 | Laser Printing |
| Laser Printing | 23/03/2017 | 0.70 | Laser Printing |
| | | **$ 7.50** | |
| | | | |
| Copy Preparation | 20/03/2017 | 90.36 | Copy Preparation labour; |
| Copy Preparation | 20/03/2017 | 90.36 | Mar-20-17, F Callmusa, Hand Labour, 180 min., F |
| Copy Preparation | 20/03/2017 | 90.36 | CALLMUSA |
| Copy Preparation | 20/03/2017 | 90.36 | Copy Preparation labour; |
| Copy Preparation | 20/03/2017 | 90.36 | Mar-20-17, F Callmusa, Hand Labour, 180 min., F |
| Copy Preparation | 20/03/2017 | 90.36 | CALLMUSA |
| | | **$ 542.16** | |