**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 2/1/2017 through 2/28/2017

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 2/7/2017 | J. Hyland | 1.0 | Reviewed the December 2016 fee application detail time entries. |
| 2/7/2017 | J. Hyland | 0.3 | Reviewed the Interim Fee Order for the period through 10/31/2016 for Counsel. |
| 2/10/2017 | J. Hyland | 0.1 | Prepared January 2017 fee estimate for Counsel. |
| 2/22/2017 | J. Blum | 0.8 | Prepared December 2016 monthly fee application. |
| 2/22/2017 | J. Blum | 0.8 | Prepared January 2017 monthly fee application. |
| 2/28/2017 | A. Cowie | 1.9 | Reviewed January 2017 monthly fee application. |
| 2/28/2017 | A. Cowie | 1.8 | Reviewed December 2016 monthly fee application. |
| **Task Code Total Hours** | | **6.7** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 2/2/2017 | J. Borow | 0.4 | Met with UCC and professionals to UCC. |
| 2/2/2017 | J. Hyland | 0.4 | Participated in UCC call with UCC members and professionals re: case status on outstanding matters. |
| 2/2/2017 | A. Cowie | 0.4 | Prepared for UCC weekly call re: creditor recoveries. |
| 2/9/2017 | J. Borow | 0.6 | Participated in meeting with UCC and professionals to UCC. |
| 2/9/2017 | J. Hyland | 0.3 | Participated in portion of UCC call with UCC members and professionals re: case matters. |
| 2/15/2017 | A. Cowie | 0.7 | Prepared discussion points for weekly UCC call re: creditor recoveries. |
| 2/15/2017 | J. Borow | 0.5 | Met with UCC and professionals to UCC. |
| 2/15/2017 | C. Kearns | 0.5 | Participated in UCC call re: Canada leave to appeal and impact on effectiveness. |
| 2/16/2017 | J. Borow | 0.7 | Met with UCC and professionals to UCC. |
| **Task Code Total Hours** | | **4.5** | |

Berkeley Research Group, LLC

Invoice for the 2/1/2017 - 2/28/2017 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 2/1/2017 | J. Hyland | 0.9 | Reviewed SNMP's claim memorandum of law and Kleist declaration. |
| **Task Code Total Hours** | | **0.9** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 2/9/2017 | J. Hyland | 0.3 | Reviewed the CCAA cash forecast as of 1/29/2017. |
| 2/9/2017 | J. Hyland | 0.2 | Reviewed global cash summary as of 1/27/2017. |
| **Task Code Total Hours** | | **0.5** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 2/3/2017 | C. Kearns | 0.2 | Read emails from Canadian Counsel re: sanction. |
| 2/6/2017 | J. Hyland | 0.3 | Analyzed cash distribution approach by the U.S. Debtors. |
| 2/8/2017 | C. Kearns | 0.1 | Emailed with Counsel re: effectiveness status. |
| 2/9/2017 | C. Kearns | 0.2 | Emailed with D. Botter (Counsel) re: NNCC fee dispute and issues related to the Committee. |
| 2/9/2017 | J. Hyland | 0.1 | Reviewed emails to/from Quinn Emanuel (Counsel for Solus and PointState) re: dispute discovery. |
| 2/13/2017 | A. Cowie | 1.3 | Analyzed escrow roll off calculations presentation. |
| 2/13/2017 | J. Hyland | 1.0 | Reviewed flow of funds analysis from U.S. Debtors. |
| 2/15/2017 | C. Kearns | 0.4 | Reviewed Canadian leave to appeal and related emails from Canadian counsel. |
| 2/15/2017 | C. Kearns | 0.2 | Participated in status telecom with D. Botter (Counsel) re: Monitor proposal to resolve leave to appeal and next steps. |
| 2/21/2017 | C. Kearns | 0.2 | Reviewed summary of escrow release status. |
| **Task Code Total Hours** | | **4.0** | |
| **Total Hours** | | **16.6** | |