**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**



For the Period 2/1/2017 through 2/28/2017

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 2/17/2017 | C. Kearns | $527.00 | Roundtrip train from NYC - Wilmington on 1/16/2017. |
| 2/17/2017 | C. Kearns | $376.00 | Roundtrip train ticket from NYC to Wilmington on 1/23/2014-1/24/2017. |
| 2/17/2017 | C. Kearns | $21.00 | Train change fee for return train from Wilmington to NYC on 1/16/2017. |
| 2/17/2017 | C. Kearns | $21.00 | Train change fee; pushed back return trip from Wilmington to NYC on 1/24/2017. |
| *Expense Category Total* | | *$945.00* | |
| **20. Data Research** | | | |
| 2/1/2017 | BRG Direct | $116.40 | Costs to pull transcript from hearing on 12/1/2016 for A. Cowie. |
| *Expense Category Total* | | *$116.40* | |
| **Total Expenses** | | **$1,061.40** | |

Berkeley Research Group, LLC

Invoice for the 2/1/2017 - 2/28/2017 Period