# EXHIBIT B

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|
| NN-US | | | |

| Field | Value | Field | Value |
|---|---|---|---|
| b Employer identification number | 04-2486332 | 1 Wages, tips, other compensation: 680417.73 | 2 Federal income tax withheld: 129209.30 |
| c Employer's name, address, and ZIP code | NORTEL NETWORKS, INC<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709<br>(800) 676-4636 | 3 Social security wages: 39438.47 | 4 Social security tax withheld: 2445.19 |
| | | 5 Medicare wages and tips: 958917.73 | 6 Medicare tax withheld: 13904.31 |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | [redacted] | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code | William Owens<br>Brampton On<br>Po Box 13955<br>Research Triangle Park, NC 27709 | 11 Nonqualified plans | 12a See instructions for box 12 — Code C: 4142.72 |
| | | 13 Statutory employee [ ] Retirement plan [X] Third-party sick pay [ ] | 12b Code D: 16000.00 |
| | | 14 Other | 12c Code P: 3332.69 |
| | | | 12d |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2** Wage and Tax Statement **2004** Department of the Treasury - Internal Revenue Service

Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee.)

Exemptions/Allowances
Federal: 0/0
State: 0/0

| b Employer identification number (EIN) | d Employee's social security number | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 04-2486332 | [redacted] | | 519560.34 | 129797.13 |
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 94200.00 | 4 Social security tax withheld 5840.40 |
| NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709-3010 | | 9 Advance EIC payment | 5 Medicare wages and tips 519560.34 | 6 Medicare tax withheld 7533.62 |
| | | 10 Dependent care benefits | 12a See instructions for box 12 | 12b |
| e Employee's first name and initial / Last name / Suff. | | 11 Nonqualified plans | 12c | 12d |
| WILLIAM A OWENS<br>1355 CAMINITO BATEA<br>LA JOLLA, CA 92037<br>f Employee's address and ZIP code | | 13 Statutory employee ☐ Retirement plan ☒ Third-party sick pay ☐ | 14 Other CAVPDI 635.34 | |

| 15 State / Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| CA 217-4786-0 | 519560.34 | 53039.09 | | | |

**2006** Form W-2 Wage and Tax Statement — Employee's Copy

OMB No. 1545-0008

Copy C - For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Receive a Discount on TurboTax Online Software and Free W2 Download at <http://www.probusiness.com/turbotax>

**2006** Form W-2 Wage and Tax Statement — State Filing Copy

OMB No. 1545-0008

Copy 2 - To Be Filed With Employee's State, City or Local Income Tax Return. Department of the Treasury - Internal Revenue Service

| b Employer identification number (EIN) | d Employee's social security number | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 04-2485332 | [redacted] | | 519560.34 | 129797.13 |
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 94200.00 | 4 Social security tax withheld 5840.40 |
| NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709-3010 | | 9 Advance EIC payment | 5 Medicare wages and tips 519560.34 | 6 Medicare tax withheld 7533.62 |
| | | 10 Dependent care benefits | 12a See instructions for box 12 | 12b |
| e Employee's first name and initial / Last name / Suff. | | 11 Nonqualified plans | 12c | 12d |
| WILLIAM A OWENS<br>1355 CAMINITO BATEA<br>LA JOLLA, CA 92037<br>f Employee's address and ZIP code | | 13 Statutory employee ☐ Retirement plan ☒ Third-party sick pay ☐ | 14 Other CAVPDI 635.34 | |

| 15 State / Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| CA 217-4786-0 | 519560.34 | 53039.09 | | | |

**2006** Form W-2 Wage and Tax Statement — Federal Filing Copy

OMB No. 1545-0008

Copy B - To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

| b Employer identification number (EIN) | d Employee's social security number | 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| 04-2486332 | [redacted] | | 519560.34 | 129797.13 |
| c Employer's name, address, and ZIP code | | 8 Allocated tips | 3 Social security wages 94200.00 | 4 Social security tax withheld 5840.40 |
| NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709-3010 | | 9 Advance EIC payment | 5 Medicare wages and tips 519560.34 | 6 Medicare tax withheld 7533.62 |
| | | 10 Dependent care benefits | 12a See instructions for box 12 | 12b |
| e Employee's first name and initial / Last name / Suff. | | 11 Nonqualified plans | 12c | 12d |
| WILLIAM A OWENS<br>1355 CAMINITO BATEA<br>LA JOLLA, CA 92037<br>f Employee's address and ZIP code | | 13 Statutory employee ☐ Retirement plan ☒ Third-party sick pay ☐ | 14 Other CAVPDI 635.34 | |

| 15 State / Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| CA 217-4786-0 | 519560.34 | 53039.09 | | | |

## Copy B — Form 1099-R (2006)

**PAYER'S name, street address, city, state and ZIP code**
The Northern Trust Company
Benefit Payment Services C-2N  50 S. LaSalle St. Chicago, Illinois 60603
As Paying Agent for:
0001 NL1
*NORTEL NETWORKS*
*NORTEL NETWORKS*
1-800-726-0026

**PAYER'S federal identification number:** 36-3046063
**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, street address, City, state, and ZIP code**
WILLIAM A OWENS
510 LAKE ST. S. #B302
KIRKLAND WA 98033-6486

**Account number:** NL1  502281521

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $34,334.65 |
| 2a | Taxable amount | $34,334.65 |
| 2b | Taxable amount not determined / Total distribution | ☐ / ☒ |
| 3 | Capital gain (included in box 2a) | $0.00 |
| 4 | Federal income tax withheld | $6,866.93 |
| 5 | Emp. contrib./Desig. Roth contrib. or Ins. prem. | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 |
| 7 | Distribution code(s) | 7 |
|   | IRA/SEP/SIMPLE | ☐ |
| 8 | Other | |
| 9a | Your percentage of total distribution | |
| 9b | Total employee contributions | |
| 10 | State tax withheld | |
| 11 | State/Payer's state no. | |
| 12 | State distribution | |
| 13 | Local tax withheld | |
| 14 | Name of locality | |
| 15 | Local distribution | |

OMB No. 1545-0119
Substitute Form 1099-R 2006
0002444

Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

---

## Copy C — Form 1099-R (2006)

☐ CORRECTED (if checked)

(Same payer, recipient, and amounts as Copy B above.)

Copy C — For Recipient's Records. This information is being furnished to the Internal Revenue Service. Keep this copy for your records.

0002444

---

## Copy 2 — Form 1099-R (2006)

☐ CORRECTED (if checked)

(Same payer, recipient, and amounts as Copy B above.)

Copy 2 — File this copy with your state, city, or local income tax return, when required.

0002444

---



01028560396



WILLIAM A OWENS
510 LAKE ST. S. #B302
KIRKLAND WA 98033-6486



ADP National Account Services
ProBusiness Division

005-009406 - NN-US

Social Security No.: [redacted]
Marital Status: Single
Exemptions/Allowances:
Federal: 0/0
State: 0/0

| Year To Date Earnings | |
|---|---|
| Regular Pay | 903846.19 |
| NQ Pension FICA Txbl - OWENS | 4889099.00 |
| Vacation Pay | 173076.91 |
| Transportation Allowance | 3315.85 |
| Misc. Gross Up | 9734.29 |
| Spousal Travel | 1563.36 |
| Personal Use of Corp Aircraft | 25459.89 |
| Non-Standard Severance | 5400000.00 |
| Relo Qtrly/Year-End | 52942.77 |
| Relocation Miscellaneous Gr Up | 31570.64 |
| Foreign Service Tax Equalizati | 1189.24 |
| Calculated Disability | 571.78 |
| Pension Excess Lump Sum | 63975.03 |
| Group Term Life > $50000 | 13364.40 |

| Year To Date Deductions | |
|---|---|
| Health Care Spending Account | 2769.12 |
| Life Insurance | 36786.48 |
| 401K Matched-Option B | 2307.69 |
| 401K Unmatched | 11692.31 |
| 401K CATCHUP CONTRIBUTION | 4000.00 |
| HYPO Tax | 328349.51 |
| HYPO Tax | 871650.49 |
| FICA Adjustment-Cash | 6166.67 |
| NQ Pension FICA Txbl-Owens OFF | 4889099.00 |

| | | | | |
|---|---|---|---|---|
| b Employer identification number (EIN): 04-2486332 | d Employee's social security number: [redacted] | 7 Social security tips | 1 Wages, tips, other compensation: 5459841.23 | 2 Federal income tax withheld: 1128939.95 |
| c Employer's name, address, and ZIP code: NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | 8 Allocated tips | 3 Social security wages: 90000.00 | 4 Social security tax withheld: 5580.00 |
| | | 9 Advance EIC payment | 5 Medicare wages and tips: 11566940.23 | 6 Medicare tax withheld: 167720.63 |
| | | 10 Dependent care benefits | 12a See instructions for box 12: C 13364.40 | 12b: D 18000.00 |
| e Employee's first name and initial / Last name: WILLIAM A. OWENS 1355 CAMINITO BATEA LA JOLLA, CA 92037 | | 11 Nonqualified plans | 12c | 12d |
| f Employee's address and ZIP code | | 13 Statutory employee [ ] Retirement plan [X] Third-party sick pay [ ] | 14 Other: CAVPDI 852.92 | |

| 15 State | Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 217-4786-0 | 1237365.69 | 22368.47 | | | |

**2005** Form W-2 Wage and Tax Statement — Employee's Copy
OMB No. 1545-0008

Copy C - For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Receive a Discount on TurboTax Online Software and Free W2 Download at <http://www.probusiness.com/turbotax>

**2005** Form W-2 Wage and Tax Statement — State Filing Copy
OMB No. 1545-0008

Copy 2 - To Be Filed With Employee's State, City or Local Income Tax Return. Department of the Treasury - Internal Revenue Service

| | | | | |
|---|---|---|---|---|
| b Employer identification number (EIN): 04-2486332 | d Employee's social security number: [redacted] | 7 Social security tips | 1 Wages, tips, other compensation: 5459841.23 | 2 Federal income tax withheld: 1128939.95 |
| c Employer's name, address, and ZIP code: NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | 8 Allocated tips | 3 Social security wages: 90000.00 | 4 Social security tax withheld: 5580.00 |
| | | 9 Advance EIC payment | 5 Medicare wages and tips: 11566940.23 | 6 Medicare tax withheld: 167720.63 |
| | | 10 Dependent care benefits | 12a See instructions for box 12: C 13364.40 | 12b: D 18000.00 |
| e Employee's first name and initial / Last name: WILLIAM A. OWENS 1355 CAMINITO BATEA LA JOLLA, CA 92037 | | 11 Nonqualified plans | 12c | 12d |
| f Employee's address and ZIP code | | 13 Statutory employee [ ] Retirement plan [X] Third-party sick pay [ ] | 14 Other: CAVPDI 852.92 | |

| 15 State | Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 217-4786-0 | 1237365.69 | 22368.47 | | | |

**2005** Form W-2 Wage and Tax Statement — Federal Filing Copy
OMB No. 1545-0008

Copy B - To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

| | | | | |
|---|---|---|---|---|
| b Employer identification number (EIN): 04-2486332 | d Employee's social security number: [redacted] | 7 Social security tips | 1 Wages, tips, other compensation: 5459841.23 | 2 Federal income tax withheld: 1128939.95 |
| c Employer's name, address, and ZIP code: NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | 8 Allocated tips | 3 Social security wages: 90000.00 | 4 Social security tax withheld: 5580.00 |
| | | 9 Advance EIC payment | 5 Medicare wages and tips: 11566940.23 | 6 Medicare tax withheld: 167720.63 |
| | | 10 Dependent care benefits | 12a See instructions for box 12: C 13364.40 | 12b: D 18000.00 |
| e Employee's first name and initial / Last name: WILLIAM A. OWENS 1355 CAMINITO BATEA LA JOLLA, CA 92037 | | 11 Nonqualified plans | 12c | 12d |
| f Employee's address and ZIP code | | 13 Statutory employee [ ] Retirement plan [X] Third-party sick pay [ ] | 14 Other: CAVPDI 852.92 | |

| 15 State | Employer's State ID No | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 217-4786-0 | 1237365.69 | 22368.47 | | | |