# EXHIBIT C

**ADP National Account Services**
ProBusiness Division

005-009406 - NN-US

| Year To Date Earnings | | Year To Date Deductions | |
|---|---|---|---|
| Regular Pay | 903046.19 | Health Care Spending Account | 2769.12 |
| NO Pension FICA Txbl - OWENS | 4889099.00 | Life Insurance | 36766.30 |
| Vacation Pay | 173076.91 | 401K Matched-Option B | 2307.69 |
| Transportation Allowance | 3315.85 | 401K Unmatched | 11692.31 |
| Misc. Gross Up | 9734.29 | 401K CATCHUP CONTRIBUTION | 4000.00 |
| Spousal Travel | 1563.36 | HYPO Tax | 328349.51 |
| Personal Use of Corp Aircraft | 25459.89 | HYPO Tax | 871650.49 |
| Non-Standard Severance | 5400000.00 | FICA Adjustment Cash | 6166.67 |
| Relo Qtrly/Year-End | 52942.77 | NO Pension FICA Txbl-Owens OFF | 4889099.00 |
| Relocation Miscellaneous Gr Up | 31570.64 | | |
| Foreign Service Tax Equalizati | 1189.24 | | |
| Calculated Disability | 571.78 | | |
| Pension Excess Lump Sum | 63975.03 | | |
| Group Term Life > 50000 | 13364.40 | | |

Social Security No.: [redacted]
Marital Status: Single
Exemptions/Allowances:
Federal: 0/0
State: 0/0

**2005 Form W-2 Wage and Tax Statement — Employee's Copy**

b Employer identification number (EIN): 04-2486332
c Employer's name, address, and ZIP code:
NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7
Research Triangle Park, NC 27709-3010

e Employee's first name and initial  Last name
WILLIAM A. OWENS
1355 CAMINITO BATEA
LA JOLLA, CA 92037

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 5459841.23 |
| 2 | Federal income tax withheld | 1128939.95 |
| 3 | Social security wages | 90000.00 |
| 4 | Social security tax withheld | 5580.00 |
| 5 | Medicare wages and tips | 11566940.23 |
| 6 | Medicare tax withheld | 167720.63 |
| 12a | C | 13364.40 |
| 12b | D | 18000.00 |
| 13 | Retirement plan | X |
| 14 | Other — CAVPDI | 852.92 |
| 15 | State / Employer's State ID No | CA 217-4786-0 |
| 16 | State wages, tips, etc. | 1237365.69 |
| 17 | State income tax | 22368.47 |

OMB No. 1545-0008

Copy C — For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Receive a Discount on TurboTax Online Software and Free W2 Download at <http://www.probusiness.com/turbotax>

**2005 Form W-2 Wage and Tax Statement — State Filing Copy**

OMB No. 1545-0008
Copy 2 — To Be Filed With Employee's State, City or Local Income Tax Return. Department of the Treasury - Internal Revenue Service

b Employer identification number (EIN): 04-2486332
c Employer's name, address, and ZIP code:
NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7
Research Triangle Park, NC 27709-3010

e Employee's first name and initial  Last name
WILLIAM A. OWENS
1355 CAMINITO BATEA
LA JOLLA, CA 92037

1 Wages, tips, other compensation: 5459841.23
2 Federal income tax withheld: 1128939.95
3 Social security wages: 90000.00
4 Social security tax withheld: 5580.00
5 Medicare wages and tips: 11566940.23
6 Medicare tax withheld: 167720.63
12a C: 13364.40
12b D: 18000.00
13 Retirement plan: X
14 Other CAVPDI: 852.92
15 State: CA 217-4786-0
16 State wages, tips, etc.: 1237365.69
17 State income tax: 22368.47

**2005 Form W-2 Wage and Tax Statement — Federal Filing Copy**

OMB No. 1545-0008
Copy B — To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

b Employer identification number (EIN): 04-2486332
c Employer's name, address, and ZIP code:
NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7
Research Triangle Park, NC 27709-3010

e Employee's first name and initial  Last name
WILLIAM A. OWENS
1355 CAMINITO BATEA
LA JOLLA, CA 92037

1 Wages, tips, other compensation: 5459841.23
2 Federal income tax withheld: 1128939.95
3 Social security wages: 90000.00
4 Social security tax withheld: 5580.00
5 Medicare wages and tips: 11566940.23
6 Medicare tax withheld: 167720.63
12a C: 13364.40
12b D: 18000.00
13 Retirement plan: X
14 Other CAVPDI: 852.92
15 State: CA 217-4786-0
16 State wages, tips, etc.: 1237365.69
17 State income tax: 22368.47

## Corrected Wage and Tax Statement

### Notice to Employee

This is a corrected Form W-2, Wage and Tax Statement, (or Form W-2AS, W-2CM, W-2GU, W-2VI or W-2c) for the tax year shown in box a. If you have filed an income tax return for the year shown, you may have to file an amended return. Compare amounts on this form with those reported on your income tax return. If the corrected amounts change your U.S. income tax, file Form 1040X, Amended U.S. Individual Income Tax Return, with Copy B of this Form W-2c to amend the return you already filed.

NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7
Research Triangle Park, NC 27709-3010

If you have not filed your return for the year shown in box a, attach Copy B of the original Form W-2 you received from your employer and Copy B of this Form W-2c to your return when you file it.

For more information, contact your nearest Internal Revenue Service office. Employees in American Samoa, Commonwealth of the Northern Mariana Islands, Guam, or the U.S. Virgin Islands should contact their local taxing authority for more information.

| a Tax year/Form corrected 2005 / W-2 | 44444 | For Official Use Only ▶ OMB No. 1545-008 | |
|---|---|---|---|
| d Employer's Federal EIN 04-2486332 | | a Corrected SSN [X] and/or name (if checked, enter incorrect SSN and/or name in box h and/or box i) | b Employee's correct SSN |
| g Employer's name, address, and ZIP code  NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | e Employee's first name and initial Last name  014-000007 1 of 3  OWENS, WILLIAM A 1355 CAMINITO BATEA LA JOLLA, CA 92037  f Employee's address and ZIP code | |
| Complete boxes h and/or i only if incorrect on last form filed. ▶ | h Employee's Incorrect SSN | i Employee's name (as incorrectly shown on previous form)  OWENS, WILLIAM A. | |

Note: Only complete money fields that are being corrected (except MQGE)

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 1 Wages, tips, other compensation 5525002.22 | 1 Wages, tips, other compensation 6729855.94 | 2 Federal income tax withheld 1128939.95 | 2 Federal income tax withheld 878364.96 |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips 10432101.45 | 5 Medicare wages and tips 11636955.17 | 6 Medicare tax withheld 151265.47 | 6 Medicare tax withheld 168735.85 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependant care benefits | 10 Dependant care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee / Retirement plan / Third party sick pay | 13 Statutory employee / Retirement plan / Third party sick pay | 12b | 12b |
| 14 Other (see instructions) | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

| State Correction Information | | Locality Correction Information | |
|---|---|---|---|
| Previously reported | Correct Information | Previously reported | Correct Information |
| 15 State | 15 State | | |
| Employer's state ID number | Employer's state ID number | 18 Local wages tips, etc. | 18 Local wages tips, etc. |
| 16 State wages, tips, etc | 16 State wages, tips, etc | 19 Local income tax | 19 Local income tax |
| 17 State income tax | 17 State income tax | 20 Locality name | 20 Locality name |

Copy B—To be filed with Employee's FEDERAL Tax Return

Form W-2C (Rev 1-2006)

Department of the Treasury
Internal Revenue Service

# Corrected Wage and Tax Statement

## Notice to Employee

This is a corrected Form W-2, Wage and Tax Statement, (or Form W-2AS, W-2CM, W-2GU, W-2VI or W-2c) for the tax year shown in box a. If you have filed an income tax return for the year shown, you may have to file an amended return. Compare amounts on this form with those reported on your income tax return. If the corrected amounts change your U.S. income tax, file Form 1040X, Amended U.S. Individual Income Tax Return, with Copy B of this Form W-2c to amend the return you already filed.

If you have not filed your return for the year shown in box a, attach Copy B of the original Form W-2 you received from your employer and Copy B of this Form W-2c to your return when you file it.

For more information, contact your nearest Internal Revenue Service office. Employees in American Samoa, Commonwealth of the Northern Mariana Islands, Guam, or the U.S. Virgin Islands should contact their local taxing authority for more information.

NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/OB7
Research Triangle Park, NC 27709-3010

| a Tax year/Form corrected 2005 / W-2 | 44444 | For Official Use Only OMB No. 1545-008 | |
|---|---|---|---|
| d Employer's Federal EIN 04-2486332 | | c Corrected SSN and/or name (if checked, enter incorrect SSN and/or name in box h and/or box i | b Employee's correct SSN |
| g Employer's name, address, and ZIP code  NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/OB7 Research Triangle Park, NC 27709-3010 | | e Employee's first name and initial Last name  015-000007 1 of 3  OWENS, WILLIAM A 1355 CAMINITO BATEA LA JOLLA, CA 92037 | |
| | | f Employee's address and ZIP code | |
| Complete boxes h and/or i only if incorrect on last form filed. | h Employee's incorrect SSN | i Employee's name (as incorrectly shown on previous form) | |

Note: Only complete money fields that are being corrected (except MQGE)

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1 Wages, tips, other compensation | 2 Federal income tax withheld 878364.96 | 2 Federal income tax withheld 919742.42 |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips | 5 Medicare wages and tips | 6 Medicare tax withheld | 6 Medicare tax withheld |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependant care benefits | 10 Dependant care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee / Retirement plan / Third party sick pay | 13 Statutory employee / Retirement plan / Third party sick pay | 12b | 12b |
| 14 Other (see instructions) | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

### State Correction Information

| Previously reported | Correct Information |
|---|---|
| 15 State CA | 15 State CA |
| Employer's state ID number 217-4786-0 | Employer's state ID number 217-4786-0 |
| 16 State wages, tips, etc 1237365.69 | 16 State wages, tips, etc 0.00 |
| 17 State income tax 22368.47 | 17 State income tax 0.00 |

### Locality Correction Information

| Previously reported | Correct Information |
|---|---|
| 18 Local wages tips, etc. | 18 Local wages tips, etc. |
| 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name |

Copy B—To be filed with Employee's FEDERAL Tax Return

Form W-2C (Rev 1-2006)

Department of the Treasury
Internal Revenue Service

*[Page contains three rotated W-2 forms for William A. Owens, tax year 2006, from Nortel Networks, Inc.]*

## Form W-2 Wage and Tax Statement — 2006 (Employee's State Filing Copy)

Exemptions/Allowances
Federal: 0/0
State: 0/0

- **b Employer identification number (EIN):** 04-2486332
- **c Employer's name, address, and ZIP code:** NORTEL NETWORKS, INC., 4001 E. Chapel Hill-Nelson Hwy, Mailstop 570/02/087, Research Triangle Park, NC 27709-3010
- **e Employee's first name and initial / Last name:** WILLIAM A OWENS
- **f Employee's address and ZIP code:** 1355 CAMINITO BATEA, LA JOLLA, CA 92037
- **15 State:** CA — **Employer's State ID No:** 217-4786-0 — **16 State wages, tips, etc:** 519560.34 — **17 State income tax:** 53039.09
- **18 Local wages, tips, etc:** (blank) — **19 Local income tax:** (blank) — **20 Locality name:** (blank)
- **1 Wages, tips, other compensation:** 519560.34
- **2 Federal income tax withheld:** 129797.13
- **3 Social security wages:** 94200.00
- **4 Social security tax withheld:** 5840.40
- **5 Medicare wages and tips:** 519560.34
- **6 Medicare tax withheld:** 7533.62
- **12a See instructions for box 12:** (blank)
- **13 Statutory employee / Retirement plan / Third-party sick pay:** [X] Retirement plan
- **14 Other:** CAVPDI 635.34

Receive a Discount on TurboTax Online Software and Free W2 Download at <http://www.probusiness.com/turbotax>

---

## Form W-2 Wage and Tax Statement — 2006 (Employee's Copy)

OMB No. 1545-0008

- **b Employer identification number (EIN):** 04-2486332
- **c Employer's name, address, and ZIP code:** NORTEL NETWORKS, INC., 4001 E. Chapel Hill-Nelson Hwy, Mailstop 570/02/087, Research Triangle Park, NC 27709-3010
- **e Employee's first name and initial / Last name:** WILLIAM A OWENS
- **f Employee's address and ZIP code:** 1355 CAMINITO BATEA, LA JOLLA, CA 92037
- **15 State:** CA — **Employer's State ID No:** 217-4786-0 — **16 State wages, tips, etc:** 519560.34 — **17 State income tax:** 53039.09
- **1 Wages, tips, other compensation:** 519560.34
- **2 Federal income tax withheld:** 129797.13
- **3 Social security wages:** 94200.00
- **4 Social security tax withheld:** 5840.40
- **5 Medicare wages and tips:** 519560.34
- **6 Medicare tax withheld:** 7533.62
- **13 Retirement plan:** [X]
- **14 Other:** CAVPDI 635.34

Copy C — For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

## Form W-2 Wage and Tax Statement — 2006 (Federal Filing Copy)

OMB No. 1545-0008

- **b Employer identification number (EIN):** 04-2486332
- **c Employer's name, address, and ZIP code:** NORTEL NETWORKS, INC., 4001 E. Chapel Hill-Nelson Hwy, Mailstop 570/02/087, Research Triangle Park, NC 27709-3010
- **e Employee's first name and initial / Last name:** WILLIAM A OWENS
- **f Employee's address and ZIP code:** 1355 CAMINITO BATEA, LA JOLLA, CA 92037
- **15 State:** CA — **Employer's State ID No:** 217-4786-0 — **16 State wages, tips, etc:** 519560.34 — **17 State income tax:** 53039.09
- **1 Wages, tips, other compensation:** 519560.34
- **2 Federal income tax withheld:** 129797.13
- **3 Social security wages:** 94200.00
- **4 Social security tax withheld:** 5840.40
- **5 Medicare wages and tips:** 519560.34
- **6 Medicare tax withheld:** 7533.62
- **13 Retirement plan:** [X]
- **14 Other:** CAVPDI 635.34

Copy B — To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

## Copy B

| | |
|---|---|
| PAYER'S name, street address, city, state and ZIP code<br>**The Northern Trust Company**<br>Benefit Payment Services C-2N  50 S. LaSalle St.  Chicago, Illinois 60603<br>As Paying Agent for:<br>0001 NL1<br>*NORTEL NETWORKS*<br>*NORTEL NETWORKS*<br>1-800-726-0026 | 1 Gross distribution  $34,334.65<br>2a Taxable amount  $34,334.65<br>OMB No. 1545-0119  **2006**  Form **1099-R** |
| PAYER'S federal identification number  36-3046063 | RECIPIENT'S identification number |
| 2b Taxable amount not determined ☐ | Total distribution ☒ |
| 3 Capital gain (included in box 2a)  $0.00 | 4 Federal income tax withheld  $6,866.93 |
| 5 Emp. contrib./Desig. Roth contrib. or ins. prem.  $0.00 | 6 Net unrealized appreciation in employer's securities  $0.00 |
| 7 Distribution code(s)  7 | IRA/SEP/SIMPLE ☐ |
| 8 Other | |
| RECIPIENT'S name, street address (including apt. no.), City, state, and ZIP code<br>WILLIAM A OWENS<br>510 LAKE ST. S. #B302<br>KIRKLAND WA 98033-6486 | 9a Your percentage of total distribution  9b Total employee contributions |
| 10 State tax withheld | 11 State/Payer's state no.  12 State distribution |
| Account number (see instructions)  NL1  502281521 | 1st year of desig. Roth contrib.  13 Local tax withheld  14 Name of locality  15 Local distribution |
| Substitute Form 1099-R 2006 | 0002444 |

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

---

## Copy C (For Recipient's Records)

☐ CORRECTED (if checked)

Same data as above. 0002444

This information is being furnished to the Internal Revenue Service. Keep this copy for your records.

---

## Copy 2

☐ CORRECTED (if checked)

Same data as above. 0002444

File this copy with your state, city, or local income tax return, when required.

---

01028560396

WILLIAM A OWENS
510 LAKE ST. S. #B302
KIRKLAND WA 98033-6486



| a Tax year/Form corrected 2006 / W-2 | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employee's correct SSN [redacted] | | c Corrected SSN and/or name (if checked, enter incorrect SSN and/or name in box h and/or box i) | d Employer's Federal EIN 04-2486332 | |
| e Employee's first name and initial William | Last name Owens | Suff. | g Employer's name, address, and ZIP code NORTEL NETWORKS, INC 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/OB7 Research Triangle Park, NC 27709 | |
| 1355 Caminito Batea LA JOLLA, CA 92037 | | | | |
| f Employee's address and ZIP code | | | | |
| Complete boxes h and/or i only if incorrect on last form filed. | | h Employee's INCORRECT SSN | i Employee's name (as INCORRECTLY shown on previous form) | |

NOTE: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 1 Wages, tips, other compensation 519560.34 | 1 Wages, tips, other compensation 518925.00 | 2 Federal income tax withheld 129797.13 | 2 Federal income tax withheld 182836.22 |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips 519560.34 | 5 Medicare wages and tips 518925.00 | 6 Medicare tax withheld 7533.62 | 6 Medicare tax withheld 7524.41 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b | 12b |
| 14 Other (see instructions) CAVPDI 635.34 | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

### State Correction Information

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 15 State | 15 State | 15 State | 15 State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. 519560.34 | 16 State wages, tips, etc. -0- | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax 53039.09 | 17 State income tax -0- | 17 State income tax | 17 State income tax |

### Locality Correction Information

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

Copy B - To Be Filed with Employee's FEDERAL Tax Return

Form W-2c (Rev. 1-2006)    **Corrected Wage and Tax Statement**    Department of the Treasury Internal Revenue Service

| a Tax year/Form corrected | 44444 | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| 2006 / W-2 | | | | |

| b Employee's correct SSN | c Corrected SSN and/or name (If checked, enter Incorrect SSN and/or name in box h and/or box I) | d Employer's Federal EIN |
|---|---|---|
| [redacted] | | 04-2486332 |

| e Employee's first name and initial | Last name | Suff. | g Employer's name, address, and ZIP code |
|---|---|---|---|
| William | Owens | | NORTEL NETWORKS, INC |
| 1355 Caminito Batea | | | 4001 E. Chapel Hill-Nelson Hwy |
| LA JOLLA, CA 92037 | | | Mailstop 570/02/0B7 |
| | | | Research Triangle Park, NC 27709 |

f Employee's address and ZIP code

| Complete boxes h and/or I only if incorrect on last form filed. | h Employee's INCORRECT SSN | i Employee's name (as INCORRECTLY shown on previous form) |
|---|---|---|

NOTE: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 1 Wages, tips, other compensation 519560.34 | 1 Wages, tips, other compensation 518925.00 | 2 Federal income tax withheld 129797.13 | 2 Federal income tax withheld 182836.22 |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips 519560.34 | 5 Medicare wages and tips 518925.00 | 6 Medicare tax withheld 7533.62 | 6 Medicare tax withheld 7524.41 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b | 12b |
| 14 Other (see instructions) CAVPDI 635.34 | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

State Correction Information

| Previously reported | Correct Information | Previously reported | Correct Information |
|---|---|---|---|
| 15 State | 15 State | 15 State | 15 State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. 519560.34 | 16 State wages, tips, etc. -0- | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax 53039.09 | 17 State income tax -0- | 17 State income tax | 17 State income tax |

Locality Correction Information

| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
|---|---|---|---|
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

Form W-2c (Rev. 1-2006)    Corrected Wage and Tax Statement    Copy 1 - State, City, or Local Tax Department
Department of the Treasury
Internal Revenue Service

**Canada Revenue Agency / Agence du revenu du Canada**

**NR4 — STATEMENT OF AMOUNTS PAID OR CREDITED TO NON-RESIDENTS OF CANADA**
**ÉTAT DES SOMMES PAYÉES OU CRÉDITÉES À DES NON-RÉSIDENTS DU CANADA**

| Box | Field | Value |
|---|---|---|
| 10 | Year / Année | 2006 |
| 11 | Recipient code / Code du bénéficiaire | 1 |
| 12 | Country Code / Code pays | USA |
|  | Payer or Remitter Identification Number | 1087000100982 |
|  | Non-resident account number | NRH823425 |
| 13 | Foreign Social Security Number or Social Insurance Number | [redacted] |
| 14 | Income Code / Code de revenu | 39 |
| 15 | Currency Code / Code de devise | CAD |
| 16 | Gross Income / Revenu brut | 1,470,449.88 |
| 17 | Non-Resident Tax Withheld / Impôt des non-résidents retenu | 367,612.48 |
| 18 | Exemption Code / Code d'exemption | |

Non-resident recipient's name and address:
OWENS, WILLIAM
510 LAKE STREET S.
#B302
KIRKLAND, WA  98033-6486
UNITED STATES

Name and address of agent or payer:
TNTC AS PAYING AGENT FOR: PLAN NT02
NORTEL NETWORKS PENSION PLANS
161 BAY STREET, SUITE 4540
TORONTO, ONTARIO M5J 2S1

RC-06-407

NR4 (06)

ATTACH TO YOUR INCOME TAX RETURN
À ANNEXER À VOTRE DÉCLARATION DE REVENUS  **2**

---

**Canada Revenue Agency / Agence du revenu du Canada**

**NR4 — STATEMENT OF AMOUNTS PAID OR CREDITED TO NON-RESIDENTS OF CANADA**
**ÉTAT DES SOMMES PAYÉES OU CRÉDITÉES À DES NON-RÉSIDENTS DU CANADA**

| Box | Field | Value |
|---|---|---|
| 10 | Year / Année | 2006 |
| 11 | Recipient code | 1 |
| 12 | Country Code | USA |
|  | Payer or Remitter Identification Number | 1087000100982 |
|  | Non-resident account number | NRH823425 |
| 13 | Foreign Social Security Number | [redacted] |
| 14 | Income Code | 39 |
| 15 | Currency Code | CAD |
| 16 | Gross Income | 1,470,449.88 |
| 17 | Non-Resident Tax Withheld | 367,612.48 |
| 18 | Exemption Code | |

Non-resident recipient's name and address:
OWENS, WILLIAM
510 LAKE STREET S.
#B302
KIRKLAND, WA  98033-6486
UNITED STATES

Name and address of agent or payer:
TNTC AS PAYING AGENT FOR: PLAN NT02
NORTEL NETWORKS PENSION PLANS
161 BAY STREET, SUITE 4540
TORONTO, ONTARIO M5J 2S1

RC-06-407

NR4 (06)

Handwritten annotations:

Base Wages
1,470,450
× .88206   Average exchange rate
1,297,025

CA Taxes
367,612 × .88206 = 324,255

KEEP THIS SLIP FOR YOUR RECORDS
À CONSERVER POUR VOS DOSSIERS  **3**

| Year To Date Earnings | | Year To Date Deductions |
|---|---|---|
| Fica/Fmed Wage Adjustment | 13363.03 | |
| FIT Wage Adjustment | 13363.03 | |

006- - NN-US

NORTEL NETWORKS, INC.
4001 E. Chapel Hill-Nelson Hwy
Mailstop 570/02/0B7

Research Triangle Park, NC 27709-3010

Social Security No.:
[redacted]

Marital Status:
Single
Exemptions/Allowances:
Federal: 0/0
State: 0/0

## 2007 Form W-2 Wage and Tax Statement — Employee's Copy

- a Employee's social security number: [redacted]
- b Employer identification number (EIN): 04-2486332
- c Employer's name, address, and ZIP code: NORTEL NETWORKS, INC., 4001 E. Chapel Hill-Nelson Hwy, Mailstop 570/02/0B7, Research Triangle Park, NC 27709-3010
- e Employee's first name and initial / Last name: WILLIAM A OWENS, 510 LAKE STREET #B302, KIRKLAND, WA 98033
- 1 Wages, tips, other compensation: 13363.03
- 2 Federal income tax withheld: 3340.76
- 3 Social security wages: 13363.03
- 4 Social security tax withheld: 828.51
- 5 Medicare wages and tips: 13363.03
- 6 Medicare tax withheld: 193.76
- 13 Retirement plan: X

OMB No. 1545-0008

## 2007 Form W-2 Wage and Tax Statement — State Filing Copy

(same values as above)

## 2007 Form W-2 Wage and Tax Statement — Federal Filing Copy

(same values as above)

PLEASE SEND ALL CORRESPONDENCE TO:
VEUILLEZ EXPÉDIER LE COURRIER À:



NORTHERN TRUST COMPANY, CANADA
145 KING STREET WEST, STE 1910
TORONTO ON  M5H 1J8

1-800-711-1101
1087   NT02          01BUNBUR

000007

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

| ACCOUNT INFO / RENSEIGNEMENTS SUR LE COMPTE | |
|---|---|
| PAYMENT NO. / N° DE PAIEMENT | 0000650401 |
| PAYABLE DATE / DATE DE PAIEMENT | 2007 02 26 |
| REFERENCE NO. / N° DE RÉFÉRENCE | 000100982 |
| ID NO. / N° ID | 5068664 |
| CLIENT/PLAN / CLIENT/RÉGIME | 1087 NT02 |

### IMPORTANT NOTES / REMARQUES IMPORTANTES

If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

POUR OBTENIR DES RENSEIGNEMENTS OU MODIFIER VOTRE ADRESSE OU VOS OPTIONS EN RAPPORT AVEC LES RETENUES A LA SOURCE OU LES DEPOTS DIRECTS, VEUILLEZ COMMUNIQUER AVEC LE CENTRE D'ADMINISTRATION DE LA RETRAITE DE NORTEL AU 1 866 667-8358.

### EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE

NORTEL NETWORKS LIMITED

|  | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|
| GROSS PAY / PAYE BRUTE | $115,221.90 | $232,326.19 |
| TOTAL DEDUCTIONS / RETENUES TOTALES | $28,805.48 | $58,081.56 |
| NET PAY THIS PERIOD / PAYE NETTE POUR LA PÉRIODE EN COURS | $86,416.42 | |

ON THE REVERSE SIDE OF THIS DOCUMENT, YOU WILL FIND: A SUMMARY OF THE ABOVE DETAILS, CHANGE OF ADDRESS FORM, AND EFT INSTRUCTIONS.

AU VERSO DE CE DOCUMENT, VOUS TROUVEREZ: DÉTAILS DU RÉSUMÉ CI-DESSUS, FORMULAIRE DE CHANGEMENT D'ADRESSE, ET INSTRUCTIONS POUR TRANSFERT DE FONDS ÉLECTRONIQUE.

### EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
NORTEL NETWORKS LIMITED

| ACCOUNT TYPE TYPE DE COMPTE | ACCOUNT NUMBER / NUMÉRO DE COMPTE | AMOUNT / MONTANT |
|---|---|---|
| | ************* USA | $86,416.42 |

AMOUNT DEPOSITED / MONTANT DU DÉPÔT

》 》 》 》 **$86,416.42**

## NON NEGOTIABLE
## NON ENCAISSABLE

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

This document is for information purposes only

PLEASE SEND ALL CORRESPONDENCE TO:
VEUILLEZ EXPÉDIER LE COURRIER À:



NORTHERN TRUST
BCE PLACE
161 BAY STREET SUITE 4540
TORONTO    ONM5J 2S1

0-000-000-0000
1087    NT02    01BUNBUR

000005

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

### ACCOUNT INFO / RENSEIGNEMENTS SUR LE COMPTE

| | |
|---|---|
| PAYMENT NO. / N° DE PAIEMENT | 0000604801 |
| PAYABLE DATE / DATE DE PAIEMENT | 2007 01 26 |
| REFERENCE NO. / N° DE RÉFÉRENCE | 000100982 |
| ID NO. / N° ID | 5068664 |
| CLIENT/PLAN / CLIENT/RÉGIME | 1087 NT02 |

### IMPORTANT NOTES / REMARQUES IMPORTANTES

If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

POUR OBTENIR DES RENSEIGNEMENTS OU MODIFIER VOTRE ADRESSE OU VOS OPTIONS EN RAPPORT AVEC LES RETENUES A LA SOURCE OU LES DEPOTS DIRECTS, VEUILLEZ COMMUNIQUER AVEC LE CENTRE D'ADMINISTRATION DE LA RETRAITE DE NORTEL AU 1 866 667-8358.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE

NORTEL NETWORKS LIMITED

| | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|
| GROSS PAY / PAYE BRUTE | $117,104.29 | $117,104.29 |
| TOTAL DEDUCTIONS / RETENUES TOTALES | $29,276.08 | $29,276.08 |
| NET PAY THIS PERIOD / PAYE NETTE POUR LA PÉRIODE EN COURS | $87,828.21 | |

ON THE REVERSE SIDE OF THIS DOCUMENT, YOU WILL FIND: A SUMMARY OF THE ABOVE DETAILS, CHANGE OF ADDRESS FORM, AND EFT INSTRUCTIONS.

AU VERSO DE CE DOCUMENT, VOUS TROUVEREZ: DÉTAILS DU RÉSUMÉ CI-DESSUS, FORMULAIRE DE CHANGEMENT D'ADRESSE, ET INSTRUCTIONS POUR TRANSFERT DE FONDS ÉLECTRONIQUE.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
NORTEL NETWORKS LIMITED

| ACCOUNT TYPE / TYPE DE COMPTE | ACCOUNT NUMBER / NUMÉRO DE COMPTE | AMOUNT / MONTANT |
|---|---|---|
| | ************* USA | $87,828.21 |

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

This is NOT a cheque. This document is for information purposes only

### AMOUNT DEPOSITED / MONTANT DU DÉPÔT

» » » » $87,828.21

## NON NEGOTIABLE
## NON ENCAISSABLE

MR WILLIAM A OWENS
REFERENCE NO. / N° DE RÉFÉRENCE    000100982    ID NO. / N° ID    5068664
CLIENT/PLAN / CLIENT/RÉGIME    1087 NT02

## CHANGE OF ADDRESS NOTIFICATION / AVIS DE CHANGEMENT D'ADRESSE

Apt. / App.    Street Number / Numéro civique    Street Name / Rue

City / Ville    Prov. / State / Prov. / État    Postal / Zip Code / Code postal / Zip Code

Authorized Signatures - Sign Here - This section must be completed for your instructions to be executed. We authorize you to act in accordance with my/our instructions set out above. We acknowledge that these instructions supersede and have priority over all previous instructions in respect of my/our holdings. Signature(s) autorisée(s) - Veuillez signer ici - Cette section doit être remplie pour que vos directives soient exécutées. Je vous autorise/Nous vous autorisons à agir conformément aux directives figurant ci-dessus. Je reconnais/Nous reconnaissons que ces directives remplacent toute directive qui a pu être donnée antérieurement à l'égard de mes/nos titres.

Signature / Signature    Phone # / Téléphone    Date - Day / Jour    Month / Mois    Year / Année
/    /

✂ Please cut on this line to return the Change of Address Form. / Veuillez couper le long de cette ligne pour envoyer le formulaire de changement d'adresse.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
### NORTEL NETWORKS LIMITED

| EARNINGS / GAINS | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL | DEDUCTIONS / RETENUES | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|---|---|---|
| WAOWENS | $117,104.29 | $117,104.29 | USA NR | $29,276.08 | $29,276.08 |
| GROSS PAY / PAYE BRUTE | $117,104.29 | $117,104.29 | GROSS PAY / PAYE BRUTE | $29,276.08 | $29,276.08 |

| PERSONAL TAX CREDITS / CRÉDITS D'IMPÔT PERSONNELS | PROVINCE / COUNTRY PROVINCE / PAYS | AMOUNT / RATE MONTANT / TAUX | ADDITIONAL AMOUNT / MONTANT ADDITIONEL |
|---|---|---|---|

*FOR EFT INSTRUCTIONS - SEND A VOIDED CHEQUE WITH YOUR NAME
*POUR LES INSTRUCTIONS TFE ENVOYEZ UN CHÈQUE ANNULÉ AVEC VOTRE NOM

*PLEASE COMPLETE TD1 / TP FORMS TO UPDATE TAX ELECTIONS
*S.V.P. REMPLISSEZ LA FORMULE TD1 / TP POUR CHANGEMENT D'IMPÔT À RETENIR

**Canada Revenue Agency / Agence du revenu du Canada — NR4**
**STATEMENT OF AMOUNTS PAID OR CREDITED TO NON-RESIDENTS OF CANADA**
**ÉTAT DES SOMMES PAYÉES OU CRÉDITÉES À DES NON-RÉSIDENTS DU CANADA**

| 10 Year / Année | 11 Recipient code / Code du bénéficiaire | 12 Country Code / Code pays | Payer or Remitter Identification Number | Non-resident account number | 13 Foreign Social Security Number or Social Insurance Number |
|---|---|---|---|---|---|
| 2006 | 1 | USA | 1087000100982 | NRH823425 | |

| Line/Ligne | 14 Income Code | 15 Currency Code | 16 Gross Income | 17 Non-Resident Tax Withheld | 18 Exemption Code |
|---|---|---|---|---|---|
| 1 | 39 | CAD | 1,470,449.88 | 367,612.48 | |
| 2 | | | | | |

Non-resident recipient's name and address:
OWENS, WILLIAM
510 LAKE STREET S.
#B302
KIRKLAND, WA 98033-6486
UNITED STATES

Name and address of agent or payer:
TNTC AS PAYING AGENT FOR: PLAN NT02
NORTEL NETWORKS PENSION PLANS
161 BAY STREET, SUITE 4540
TORONTO, ONTARIO M5J 2S1

NR4 (06)

ATTACH TO YOUR INCOME TAX RETURN
À ANNEXER À VOTRE DÉCLARATION DE REVENUS  2

---

**Canada Revenue Agency / Agence du revenu du Canada — NR4**
**STATEMENT OF AMOUNTS PAID OR CREDITED TO NON-RESIDENTS OF CANADA**
**ÉTAT DES SOMMES PAYÉES OU CRÉDITÉES À DES NON-RÉSIDENTS DU CANADA**

| 10 Year / Année | 11 Recipient code | 12 Country Code | Payer or Remitter Identification Number | Non-resident account number | 13 Foreign Social Security Number or Social Insurance Number |
|---|---|---|---|---|---|
| 2006 | 1 | USA | 1087000100982 | NRH823425 | |

| Line/Ligne | 14 Income Code | 15 Currency Code | 16 Gross Income | 17 Non-Resident Tax Withheld | 18 Exemption Code |
|---|---|---|---|---|---|
| 1 | 39 | CAD | 1,470,449.88 | 367,612.48 | |
| 2 | | | | | |

Non-resident recipient's name and address:
OWENS, WILLIAM
510 LAKE STREET S.
#B302
KIRKLAND, WA 98033-6486
UNITED STATES

Name and address of agent or payer:
TNTC AS PAYING AGENT FOR: PLAN NT02
NORTEL NETWORKS PENSION PLANS
161 BAY STREET, SUITE 4540
TORONTO, ONTARIO M5J 2S1

Handwritten annotations:

Base Wages
1,470,450
× .88206    Average exchange rate
1,297,025

CA Taxes
367,612 × .88206 = 324,255

NR4 (06)

KEEP THIS SLIP FOR YOUR RECORDS
À CONSERVER POUR VOS DOSSIERS  3

PLEASE SEND ALL CORRESPONDENCE TO:
VEUILLEZ EXPÉDIER LE COURRIER À:



NORTHERN TRUST COMPANY, CANADA
145 KING STREET WEST, STE 1910
TORONTO ON  M5H 1J8

1-800-711-1101
1087            NT02                    01BUNBUR

000007

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

### ACCOUNT INFO / RENSEIGNEMENTS SUR LE COMPTE

| | |
|---|---|
| PAYMENT NO. / N° DE PAIEMENT | 0800650401 |
| PAYABLE DATE / DATE DE PAIEMENT | 2007 02 26 |
| REFERENCE NO. / N° DE RÉFÉRENCE | 000100982 |
| ID NO. / N° ID | 5068664 |
| CLIENT/PLAN / CLIENT/RÉGIME | 1087 NT02 |

### IMPORTANT NOTES / REMARQUES IMPORTANTES

If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

POUR OBTENIR DES RENSEIGNEMENTS OU MODIFIER VOTRE ADRESSE OU VOS OPTIONS EN RAPPORT AVEC LES RETENUES A LA SOURCE OU LES DEPOTS DIRECTS, VEUILLEZ COMMUNIQUER AVEC LE CENTRE D'ADMINISTRATION DE LA RETRAITE DE NORTEL AU 1 866 667-8358.

### EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE

NORTEL NETWORKS LIMITED

| | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|
| GROSS PAY / PAYE BRUTE | $115,221.90 | $232,326.19 |
| TOTAL DEDUCTIONS / RETENUES TOTALES | $28,805.48 | $58,081.56 |
| NET PAY THIS PERIOD / PAYE NETTE POUR LA PÉRIODE EN COURS | $86,416.42 | |

ON THE REVERSE SIDE OF THIS DOCUMENT, YOU WILL FIND: A SUMMARY OF THE ABOVE DETAILS, CHANGE OF ADDRESS FORM, AND EFT INSTRUCTIONS.

AU VERSO DE CE DOCUMENT, VOUS TROUVEREZ: DÉTAILS DU RÉSUMÉ CI-DESSUS, FORMULAIRE DE CHANGEMENT D'ADRESSE, ET INSTRUCTIONS POUR TRANSFERT DE FONDS ÉLECTRONIQUE.

### EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
NORTEL NETWORKS LIMITED

| ACCOUNT TYPE / TYPE DE COMPTE | ACCOUNT NUMBER / NUMÉRO DE COMPTE | AMOUNT / MONTANT |
|---|---|---|
| | ************ USA | $86,416.42 |

AMOUNT DEPOSITED / MONTANT DU DÉPÔT

» » » »  $86,416.42

## NON NEGOTIABLE
## NON ENCAISSABLE

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

This is NOT a cheque. This document is for information purposes only

PLEASE SEND ALL CORRESPONDENCE TO:
VEUILLEZ EXPÉDIER LE COURRIER À:



NORTHERN TRUST
BCE PLACE
161 BAY STREET SUITE 4540
TORONTO   ONM5J 2S1

0-000-000-0000
1087   NT02   01BUNBUR

D00005

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

### ACCOUNT INFO / RENSEIGNEMENTS SUR LE COMPTE

| | |
|---|---|
| PAYMENT NO. / N° DE PAIEMENT | 0000604801 |
| PAYABLE DATE / DATE DE PAIEMENT | 2007 01 26 |
| REFERENCE NO. / N° DE RÉFÉRENCE | 000100982 |
| ID NO. / N° ID | 5068664 |
| CLIENT/PLAN / CLIENT/RÉGIME | 1087 NT02 |

### IMPORTANT NOTES / REMARQUES IMPORTANTES

If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

POUR OBTENIR DES RENSEIGNEMENTS OU MODIFIER VOTRE ADRESSE OU VOS OPTIONS EN RAPPORT AVEC LES RETENUES A LA SOURCE OU LES DEPOTS DIRECTS, VEUILLEZ COMMUNIQUER AVEC LE CENTRE D'ADMINISTRATION DE LA RETRAITE DE NORTEL AU 1 866 667-8358.

### EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE

NORTEL NETWORKS LIMITED

| | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|
| GROSS PAY / PAYE BRUTE | $117,104.29 | $117,104.29 |
| TOTAL DEDUCTIONS / RETENUES TOTALES | $29,276.08 | $29,276.08 |
| NET PAY THIS PERIOD / PAYE NETTE POUR LA PÉRIODE EN COURS | $87,828.21 | |

ON THE REVERSE SIDE OF THIS DOCUMENT, YOU WILL FIND: A SUMMARY OF THE ABOVE DETAILS, CHANGE OF ADDRESS FORM, AND EFT INSTRUCTIONS.

AU VERSO DE CE DOCUMENT, VOUS TROUVEREZ: DÉTAILS DU RÉSUMÉ CI-DESSUS, FORMULAIRE DE CHANGEMENT D'ADRESSE, ET INSTRUCTIONS POUR TRANSFERT DE FONDS ÉLECTRONIQUE.

### EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
NORTEL NETWORKS LIMITED

| ACCOUNT TYPE / TYPE DE COMPTE | ACCOUNT NUMBER / NUMÉRO DE COMPTE | AMOUNT / MONTANT |
|---|---|---|
| | ************* USA | $87,828.21 |

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

### AMOUNT DEPOSITED / MONTANT DU DÉPÔT

» » » » $87,828.21

## NON NEGOTIABLE
## NON ENCAISSABLE

This is NOT a cheque. This document is for information purposes only

MR WILLIAM A OWENS  
REFERENCE NO. / N° DE RÉFÉRENCE   000100982   ID NO. / N° ID   CLIENT/PLAN / CLIENT/RÉGIME   5068664   1087 NT02

CHANGE OF ADDRESS NOTIFICATION / AVIS DE CHANGEMENT D'ADRESSE

Apt. / App.   Street Number / Numéro civique   Street Name / Rue

City / Ville                                                                                       Prov. / State / Prov. / État   Postal / Zip Code / Code postal / Zip Code

Authorized Signature - Sign Here - This section must be completed for your instructions to be executed. I/We authorize you to act in accordance with my/our instructions set out above. I/We acknowledge that these instructions supercede and have priority over all previous instructions in respect to my/our holdings. Signature(s) autorisée(s) - Veuillez signer ici - Cette section doit être remplie pour que vos directives soient exécutées. Je vous autorise/Nous vous autorisons à agir conformément aux directives figurant ci-dessus. Je reconnais/Nous reconnaissons que ces directives remplacent toute directive qui a pu être donnée antérieurement à l'égard de mes/nos titres.

Signature / Signature                Phone # / Téléphone                 Date - Day / Jour   Month / Mois   Year / Année

✂ Please cut on this line to return the Change of Address Form. / Veuillez couper le long de cette ligne pour envoyer le formulaire de changement d'adresse.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
### NORTEL NETWORKS LIMITED

| EARNINGS / GAINS | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL | DEDUCTIONS / RETENUES | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|---|---|---|
| WAOWENS | $117,104.29 | $117,104.29 | USA NR | $29,276.08 | $29,276.08 |
| GROSS PAY / PAYE BRUTE | $117,104.29 | $117,104.29 | GROSS PAY / PAYE BRUTE | $29,276.08 | $29,276.08 |

| PERSONAL TAX CREDITS / CRÉDITS D'IMPÔT PERSONNELS | PROVINCE / COUNTRY PROVINCE / PAYS | AMOUNT / RATE MONTANT / TAUX | ADDITIONAL AMOUNT / MONTANT ADDITIONEL |
|---|---|---|---|
| | | | |

*FOR EFT INSTRUCTIONS - SEND A VOIDED CHEQUE WITH YOUR NAME  
*POUR LES INSTRUCTIONS TFE ENVOYEZ UN CHÈQUE ANNULÉ AVEC VOTRE NOM

*PLEASE COMPLETE TD1 / TP FORMS TO UPDATE TAX ELECTIONS  
*S.V.P. REMPLISSEZ LA FORMULE TD1 / TP POUR CHANGEMENT D'IMPÔT À RETENIR

PLEASE SEND ALL CORRESPONDENCE TO:
VEUILLEZ EXPÉDIER LE COURRIER À:



NORTHERN TRUST COMPANY, CANADA
145 KING STREET WEST, STE 1910
TORONTO ON  M5H 1J8

| ACCOUNT INFO / RENSEIGNEMENTS SUR LE COMPTE | |
|---|---|
| PAYMENT NO. / N° DE PAIEMENT | 000106217 |
| PAYABLE DATE / DATE DE PAIEMENT | 2007 12 17 |
| REFERENCE NO. / N° DE RÉFÉRENCE | 000100982 |
| ID NO. / N° ID | 5068664 |
| CLIENT/PLAN / CLIENT/RÉGIME | 1087 NT02 |

0-000-000-0000
1087            NT02            01BUNBUR

000005

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

**IMPORTANT NOTES / REMARQUES IMPORTANTES**

If you have any questions about this payment or you would like to make a change to your address, update your tax withholding elections or instruct us to send your payment direct deposit, please contact the Nortel Pension Service Center at 1-866-667-8358.

POUR OBTENIR DES RENSEIGNEMENTS OU MODIFIER VOTRE ADRESSE OU VOS OPTIONS EN RAPPORT AVEC LES RETENUES A LA SOURCE OU LES DEPOTS DIRECTS, VEUILLEZ COMMUNIQUER AVEC LE CENTRE D'ADMINISTRATION DE LA RETRAITE DE NORTEL AU 1 866 667-8358.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE

| NORTEL NETWORKS LIMITED | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|
| GROSS PAY / PAYE BRUTE | $101,520.10 | $1,277,328.38 |
| TOTAL DEDUCTIONS / RETENUES TOTALES | $25,380.03 | $319,332.12 |
| NET PAY THIS PERIOD / PAYE NETTE POUR LA PÉRIODE EN COURS | $76,140.07 | |

ON THE REVERSE SIDE OF THIS DOCUMENT, YOU WILL FIND: A SUMMARY OF THE ABOVE DETAILS, CHANGE OF ADDRESS FORM, AND EFT INSTRUCTIONS.

AU VERSO DE CE DOCUMENT, VOUS TROUVEREZ: DÉTAILS DU RÉSUMÉ CI-DESSUS, FORMULAIRE DE CHANGEMENT D'ADRESSE, ET INSTRUCTIONS POUR TRANSFERT DE FONDS ÉLECTRONIQUE.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
NORTEL NETWORKS LIMITED

| ACCOUNT TYPE / TYPE DE COMPTE | ACCOUNT NUMBER / NUMÉRO DE COMPTE | AMOUNT / MONTANT |
|---|---|---|
| | ************ USD | $76,140.07 |

AMOUNT DEPOSITED / MONTANT DU DÉPÔT

» » » » $76,140.07

# NON NEGOTIABLE
# NON ENCAISSABLE

MR WILLIAM A OWENS
510 LAKE STREET S.
#B302
KIRKLAND WA 98033-6486
UNITED STATES

This is NOT a cheque. This document is for information purposes only
Ceci N'EST PAS un chèque. Ce document est pour information seulement

000459_DPX.E.US/000005/000005/i

MR WILLIAM A OWENS  
REFERENCE NO. / N° DE RÉFÉRENCE    000100982    ID NO. / N° ID    5068664  
CLIENT/PLAN / CLIENT/RÉGIME    1087 NT02

CHANGE OF ADDRESS NOTIFICATION / AVIS DE CHANGEMENT D'ADRESSE

Apt. / App.    Street Number / Numéro civique    Street Name / Rue

City / Ville    Prov. / State / Prov. / État    Postal / Zip Code / Code postal / Zip Code

Authorized Signatures - Sign Here - This section must be completed for your instructions to be executed. I/We authorize you to act in accordance with my/our instructions set out above. I/We acknowledge that these instructions supersede and have priority over all previous instructions in respect to any/our holdings. Signature(s) autorisée(s) - Veuillez signer ici - Cette section doit être remplie pour que vos directives soient exécutées. Je vous autorise/Nous vous autorisons à agir conformément aux directives figurant ci-dessus. Je reconnais/Nous reconnaissons que ces directives remplacent toute directive qui a pu être donnée antérieurement à l'égard de mes/nos titres.

Signature / Signature    Phone # / Téléphone    Date - Day / Jour    Month / Mois    Year / Année

✂ Please cut on this line to return the Change of Address Form. / Veuillez couper le long de cette ligne pour envoyer le formulaire de changement d'adresse.

## EARNINGS STATEMENT SUMMARY / BULLETIN DE PAYE
### NORTEL NETWORKS LIMITED

| EARNINGS / GAINS | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL | DEDUCTIONS / RETENUES | CURRENT / COURANT | YEAR-TO-DATE / CUMUL ANNUEL |
|---|---|---|---|---|---|
| WAOWENS | $101,520.10 | $1,277,328.38 | USA NR | $25,380.03 | $319,332.12 |
| GROSS PAY / PAYE BRUTE | $101,520.10 | $1,277,328.38 | TOTAL DEDUCTIONS / RETENUES TOTALES | $25,380.03 | $319,332.12 |

| PERSONAL TAX CREDITS / CRÉDITS D'IMPÔT PERSONNELS | PROVINCE / COUNTRY PROVINCE / PAYS | AMOUNT / RATE MONTANT / TAUX | ADDITIONAL AMOUNT / MONTANT ADDITIONEL |
|---|---|---|---|
| | | | |

*FOR EFT INSTRUCTIONS - SEND A VOIDED CHEQUE WITH YOUR NAME  
*POUR LES INSTRUCTIONS TFE ENVOYEZ UN CHÈQUE ANNULÉ AVEC VOTRE NOM

*PLEASE COMPLETE TD1 / TP FORMS TO UPDATE TAX ELECTIONS  
*S.V.P. REMPLISSEZ LA FORMULE TD1 / TP POUR CHANGEMENT D'IMPÔT À RETENIR