# EXHIBIT D

**Rachel B. Mersky**

**From:** Livingston, Matthew J. <mlivingston@cgsh.com>
**Sent:** Sunday, April 23, 2017 2:12 PM
**To:** Rachel B. Mersky
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.
**Subject:** RE: Nortel: Bill Owens Claim-Confidential Documents Attached

Rachel –

Below are internal records we have found regarding payments to Mr. Owens in 2005.

Best,
Matt

Employee History Detail – WILLIAM A OWENS

| Code | Description | Current | December | Quarter 4 | 2005 |
|---|---|---|---|---|---|
| 384 | NONSTDSV | 0.00 | 5400000.00 | 5400000.00 | 5400000.00 |
|  | Hours/Units | 0.00 | 0.00 | 0.00 | 0.00 |

1

## 2005 W2

| Box | Field | Value |
|---|---|---|
| b | Employer identification number | 042486332 |
| c | Employer's name, address, and ZIP code | NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Research Triangle Park, NC 27709-3010 |
| d | Employee's social security number | |
| e | Employee's first name and initial / Last name | WILLIAM A. OWENS |
| | Marital status | Single |
| f | Employee's address and ZIP code | 1355 CAMINITO BATEA<br>LA JOLLA, CA 92037 |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | Retirement plan ☑ |
| 1 | Wages, tips, and other comp. | 5,459,841.23 |
| 2 | Federal income tax | 1,128,939.95 |
| 3 | Social security wages | 90,000.00 |
| 4 | Social security tax withheld | 5,580.00 |
| 5 | Medicare wages and tips | 11,566,940.23 |
| 6 | Medicare tax withheld | 167,720.63 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advanced EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | | |
| 12b | C | 13,364.40 |
| 12c | D | 18,000.00 |
| 12d | | |
| 14 | Other | CAVPDI  852.92 |

### State

| 15 State / State ID | 16 State wages | 17 State tax | 18 Local wages | 19 Local tax | 20 Name of Locality |
|---|---|---|---|---|---|
| CA 217-4786-0 | 1,237,365.69 | 22,368.47 | | | |

## Employee Wage Detail

| Earnings Name | Ytd Earnings | Deduction Name | Ytd Deductions |
|---|---|---|---|
| Calculated Disability | 571.78 | 401K CATCHUP CONTRIBUTION | 4,000.00 |
| Foreign Service Tax Equalizati | 1,189.24 | 401K Matched-Option B | 2,307.69 |
| Group Term Life > $50000 | 13,364.40 | 401K Unmatched | 11,692.31 |
| Misc. Gross Up | 9,734.29 | FICA Adjustment-Cash | 6,166.67 |
| NQ Pension FICA Txbl - OWENS | 4,889,099.00 | HYPO Tax | 328,349.51 |
| Non-Standard Severance | 5,400,000.00 | HYPO Tax | 871,650.49 |
| Pension Excess Lump Sum | 63,975.03 | Health Care Spending Account | 2,769.12 |
| Personal Use of Corp Aircraft | 25,459.89 | Life Insurance | 36,786.48 |
| Regular Pay | 903,846.19 | NQ Pension FICA Txbl-Owens Ol | 4,889,099.00 |

**Matthew J. Livingston**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2393 | F: +1 212 225 3999
mlivingston@cgsh.com | clearygottlieb.com

2