# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NORTEL NETWORKS, INC., et al.[1]<br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re: D.I.'s 18009** |

## DECLARATION

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER    )

I, Vincent C. Travagliato, residing at 9 Hayrake Lane, Chappaqua, NY 10514, hereby declare and swear under penalties of perjury that:

1. I am not a party to this action and am over the age of 18 and competent.

2. I am an attorney admitted to practice in the State of New York, in good standing, and a member of the firm of DelBello Donnellan Weingarten et al., with offices at 1 North Lexington Avenue, 11th floor, White Plains, NY 10601.

3. I make this Affidavit in connection with the claims of William A. Owens ("Mr. Owens") in the above captioned bankruptcy proceeding.

4. My practice, since my admission to the New York Bar in 1993, has been primarily focused on estate planning and income tax planning and compliance related matters. (I also spent 5 years as a CPA in the Tax Department of Deloitte & Touche doing income tax work while attending Fordham Law School at night.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel

5. I have been intimately involved with the preparation of Mr. Owens' personal income tax returns since 2010 and assisted with the amendment of his personal income tax returns for 2008 and 2009.

6. I am in receipt of the attached email from Matthew Livingston of Cleary Gottleib Stein & Hamilton LLP (Counselor Livingston), as provided by Rachel Mersky, counsel for Mr. Owens in connection with the above captioned bankruptcy proceeding. Such email includes both a Form W-2 for 2005 provided by Nortel Networks, Inc. ("NNI") to Mr. Owens and an excerpt from the "Wage Detail" apparently supporting such. Said Wage Detail includes an entry labeled "NQ Pension FICA Txbl – Owens" in the amount of $4,889,099. On information and belief, "NQ" is an abbreviation for "Non-Qualified."

7. Pursuant to the Termination Agreement entered into between Mr. Owens and Nortel Networks, Inc., Nortel Networks Corporation and Nortel Networks Limited, among other affiliates, on November 21, 2005, Mr. Owens was entitled to, among other things, an upfront payment of $5.4 million and became a beneficiary of a "Special Pension Arrangement" by which he was entitled to a payment of $703,913 to be made June 2006 and monthly payments thereafter through November 2010 of $99,073.

8. The referenced "NQ Pension FICA Txbl – Owens" in the amount of $4,889,099 (hereinafter "Non-Qualified Pension Benefit") was, according to the W-2 provided, subjected to the so-called U.S. "Medicare" tax of 1.45%.

9. Upon information and belief, for such Non-Qualified Pension Benefit to have been subjected to the U.S. "Medicare" tax, a determination would had to have been made that such amount was treated as U.S. "wages" for purposes of Section 3121 of the Internal Revenue Code of 1986, as amended, and the Treasury regulations promulgated thereunder.

10. Upon information and belief and taking into account the amount of income subjected to the U.S. Medicare tax in 2005, the Non-Qualified Pension Benefit subjected to U.S "Medicare" tax appears to have been the present value of the Special Pension Arrangement as determined by Nortel Networks, Inc., Nortel Networks Corporation and Nortel Networks Limited, among other affiliates.

11. Additional details concerning the breakdown of Mr. Owens compensation for 2005 based on both his employment contract and Termination Agreement have been requested of his then tax preparer but have yet to be made available. This information should also, however, be in the custody and control of NNI.

_____        4/24/2017
Vincent C. Travagliato                                Date

Sworn to before me this 24th day of April, 2017:

_____
Notary Public

> HEATHER N. ABRAMS
> Notary Public, State of New York
> Registration #01AB6353586
> Qualified In Rockland County
> Commission Expires Jan. 30, 20 21

| From: | Rachel B. Mersky |
|---|---|
| To: | "Shaun Laubman"; Vincent C. Travagliato; Bill Owens; "esato@bsss-law.com" |
| Subject: | FW: Nortel: Bill Owens Claim-Confidential Documents Attached |
| Date: | Sunday, April 23, 2017 6:17:58 PM |
| Attachments: | image001.png<br>image002.png<br>image003.png |

All, Attached below polease find a document received this afternoon from Debtors' counsel from the US Debtors' records evidencing payment to Bill in 2005. Apparently they were able to locate this just this afternoon. Thanks, Rachel

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com

IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.
IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**From:** Livingston, Matthew J. [mailto:mlivingston@cgsh.com]
**Sent:** Sunday, April 23, 2017 2:12 PM
**To:** Rachel B. Mersky
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.
**Subject:** RE: Nortel: Bill Owens Claim-Confidential Documents Attached

Rachel –

Below are internal records we have found regarding payments to Mr. Owens in 2005.

Best,
Matt

Employee History Detail - WILLIAM A OWENS

| Code | Description | Current | December | Quarter 4 | 2005 |
|---|---|---|---|---|---|
| 384 | NONSTDSV | 0.00 | 5400000.00 | 5400000.00 | 5400000.00 |
|  | Hours/Units | 0.00 | 0.00 | 0.00 | 0.00 |



**2005 W2**

| Box | Field | Value |
|---|---|---|
| b | Employer identification number | 042486332 |
| c | Employer's name, address, and ZIP code | NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Research Triangle Park, NC 27709-3010 |
| d | Employee's social security number | 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 |
| e | Employee's first name and initial, Last name | WILLIAM A. OWENS |
|   | Marital status | Single |
|   | Address | 1355 CAMINITO BATEA, LA JOLLA, CA 92037 |
| 13 | Retirement plan | ✓ |
| 1 | Wages, tips, and other comp. | 5,459,841.23 |
| 2 | Federal income tax | 1,128,939.95 |
| 3 | Social security wages | 90,000.00 |
| 4 | Social security tax withheld | 5,580.00 |
| 5 | Medicare wages and tips | 11,566,940.23 |
| 6 | Medicare tax withheld | 167,720.63 |
| 12a | C | 13,364.40 |
| 14 Other | CAVPDI | 852.92 |
| 12b | D | 18,000.00 |
| 15 State / State ID | CA 217-4786-0 | |
| 16 State wages | 1,237,365.69 | |
| 17 State tax | 22,368.47 | |

**Employee Wage Detail**

| Earnings Name | Ytd Earnings | Deduction Name | Ytd Deductions |
|---|---|---|---|
| Calculated Disability | 571.78 | 401K CATCHUP CONTRIBUTION | 4,000.00 |
| Foreign Service Tax Equalizati | 1,189.24 | 401K Matched-Option B | 2,307.69 |
| Group Term Life > $50000 | 13,364.40 | 401K Unmatched | 11,692.31 |
| Misc. Gross Up | 9,734.29 | FICA Adjustment-Cash | 6,166.67 |
| NQ Pension FICA Txbl - OWENS | 4,889,099.00 | HYPO Tax | 328,349.51 |
| Non-Standard Severance | 5,400,000.00 | HYPO Tax | 871,650.49 |
| Pension Excess Lump Sum | 63,975.03 | Health Care Spending Account | 2,769.12 |
| Personal Use of Corp Aircraft | 25,459.89 | Life Insurance | 36,786.48 |
| Regular Pay | 903,846.19 | NQ Pension FICA Txbl-Owens Ol | 4,889,099.00 |

Matthew J. Livingston
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2393 | F: +1 212 225 3999
mlivingston@cgsh.com | clearygottlieb.com

**From:** Rachel B. Mersky [mailto:rmersky@monlaw.com]
**Sent:** Friday, April 21, 2017 4:50 PM
**To:** Livingston, Matthew J.
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.
**Subject:** RE: Nortel: Bill Owens Claim-Confidential Documents Attached

**To:** Rachel B. Mersky
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.
**Subject:** RE: Nortel: Bill Owens Claim

Rachel –

Per our request last week and in light of the U.S. tax documents you sent today, we ask that you please send us any additional tax documents related to any payments received by Mr. Owens on account of his special pension arrangement. In particular, we understand that Mr. Owens should have received Canadian tax forms reflecting receipt of such payments and request that you share any such documents at your earliest convenience.

Best,
Matt

---

**Matthew J. Livingston**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2393 | F: +1 212 225 3999
mlivingston@cgsh.com | clearygottlieb.com

---

**From:** Gianis, Margot A.
**Sent:** Friday, April 14, 2017 12:38 PM
**To:** rmersky@monlaw.com
**Cc:** Schweitzer, Lisa M.; Livingston, Matthew J.
**Subject:** Nortel: Bill Owens Claim

Rachel,

Following up on yesterday's call, it is our understanding that you intend to continue to pursue allowance of Mr. Owens's claim as against NNI in addition to as against the Canadian Debtors. You understand that the U.S. Debtors dispute liability for such claim including without limitation based on the attached letter regarding the agreement that Mr. Owens' Special Pension Arrangement was to be paid from Canada that was previously provided to you. We have reviewed the response you have filed and understand you intend to rely on the documents attached to your Response [D.I. 18056] to support your argument that the Special Pension Arrangement is a liability of NNI. In order to fully consider your client's position, we wanted to confirm that Mr. Owens doesn't have other documents relating to the Special Pension Arrangement that suggest it would be an obligation of NNI. Also, to the extent Mr. Owens has retained any documents indicating which Nortel entity paid the Special Pension Arrangement payments prior to the various bankruptcy filings, could you please provide those to us as well.

Regards,
Margot

---

**Margot A. Gianis**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mmclaughlin@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2386 | F: +1 212 225 3999

Matt, We just received the attached documents from Deloitte which include US and Canadian entity payment information for 2005-2007. These documents, and the prior information I sent last night should be treated as confidential as they contain both wage information and social security numbers. I note that we have been advised by Deloitte that Deloitte moved their offices and that the 2008 documents are likely to be in off-site storage and not readily available. If they are able to locate the 2008 files I will forward them to you. Thanks, Rachel

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com

IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.
IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**From:** Rachel B. Mersky
**Sent:** Friday, April 21, 2017 3:08 PM
**To:** 'Livingston, Matthew J.'
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.
**Subject:** RE: Nortel: Bill Owens Claim

Matt,, A s I stated earlier, we have requested these documents from Deloitte, Mr. Owens' former accountants. We know of no other source where these documents would be maintained, other than the Debtors own records or the Canadian Debtors' records. I note that the documents we have obtained so far are records that would have been maintained by NNI. We produced everything as soon as it was obtained from Deloitte. Further, we have reiterated the request and will provide whatever responsive documents we receive as soon as we obtain them.. I also request that you further check the records of the US Debtors and produce all documents that reflect payments to Mr. Owens, since it is clear from what we have already located that payments were made by the US Debtors. Cheers, Rachel

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com

IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.
IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**From:** Livingston, Matthew J. [mailto:mlivingston@cgsh.com]
**Sent:** Friday, April 21, 2017 2:37 PM

mgianis@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

**Total Control Panel**                                                                 Login

To: vct@ddw-law.com          Remove this sender from my allow list

From: rmersky@monlaw.com

*You received this message because the sender is on your allow list.*