# EXHIBIT F

**Rachel B. Mersky**

**Subject:** FW: Nortel: Bill Owens Claim-Confidential Documents Attached

**From:** Rachel B. Mersky
**Sent:** Monday, April 24, 2017 11:21 AM
**To:** 'Livingston, Matthew J.'
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.; vct@ddw-law.com; 'Shaun Laubman'; 'esato@bsss-law.com'
**Subject:** RE: Nortel: Bill Owens Claim-Confidential Documents Attached

All, After my informal request for documents, last week you produced a copy of the Mr. Owens' employment agreement from an SEC filing . The Agreement stated that Mr. Owens was hired as the CEO and President of NNC and NNL, but was an employees of NNI. At your request, we did a search of records and extended that search to Mr. Owens' former accounting  firm, Deloitte. Late  last week we obtained documents from Deloitte which we immediately provided to you . These documents included tax records from NNI to William Owens for 2004, 2005, 2006 and 2007. The NNI tax records show payments made by NNI to William Owens as an employee, or former employee of NNI. We also located documents and forwarded them to you regarding payments made to William Owens from NNL and Northern Trust Company. Since some of the very documents we were able to locate are from NNI and NNI has asserted that it did not have any records I evidencing that Mr. Owens was an employee of NNI, we reiterate our request that NNI continue its search of records and provide complete documentation of Mr. Owens employment by NNI and payment by NNI to Mr. Owens. Yesterday afternoon you produced a single internal records from NNI below which we understand came from files within the control of NNI and demonstrate payment from NNI to their employee, William Owens. I note that the document has a scroll down screen and that we cannot use the scroll down screen to see what else was in this document. We have requested that you extend the search of your records, since it is clear from what we were able to obtain from Deloitte that the Debtor has documents evidencing that Mr. Owens was an employee of NNI and that NNI paid Mr. Owens for his services.  Finally in light of the state of the investigation and production from NNI we request that the hearing be continued so that we can insure full and accurate information is provided to the Court. I note that I will be unavailable from May 16-29. Please confirm that you agree to continue this matter and that we discuss a date for the hearing.  Thanks, Rachel

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com

1