## CERTIFICATE OF SERVICE

I, Rachel B. Mersky, certify that I am not less than 18 years of age, and that service of the **above EMERGENCY MOTION OF WILLIAM A. OWENS FOR A CONTINUTANCE ON THE HEARING OF DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NON-DEBTOR LIABILITY CLAIMS, MODIFIED, RECLASSIFIED AND ALLOWED CLAIMS NO-BASIS AND RELEASED CLAIMS, NO-BASIS EQUITY CLAIMS, NO-BASIS RETIREE CLAIMS AND REDUNDANT CLAIMS** was made on April 24, 2017 upon all parties shown in the manner indicated:

| VIA FAX & EMAIL | VIA FAX And EMAIL |
|---|---|
| Derek C. Abbott, Esquire | James L. Bromely, Esquire |
| Tamara K. Minott, Esquire | Lisa M. Schweitzer, Esquire |
| Morris, Nichols, Arsht & Tunnell LLP | Cleary Gottlieb Steen & Hamilton LLP |
| 1201 North Market Street | One Liberty Plaza |
| P.O. Box 1347 | New York, NY 10006 |
| Wilmington, DE 19801 | |

I further certify that all parties were also served electronically on the CM/ECF System.

Dated: April 24, 2017                    **MONZACK, MERSKY, MCLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Tel:    (302) 656-8162
Fax:   (302) 656-2769
Email: *rmersky@monlaw.com*

**ATTORNEY FOR WILLIAM A. OWENS**

00182501                                                     7