# **EXHIBIT A**

2240431v1

```
*******************************************************************************************Page 1 of (16)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT      AS OF 4/18/2017 10:16:49 AM
                                      PROFORMA NUMBER: 629692       LAST DATE BILLED 04/14/17

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF   ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                        NORTEL NETWORKS, INC.                                   CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001            NORTEL                                                  C/O FRED S. HODARA, ESQ.
CASE ID                                                                         AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                                ONE BRYANT PARK
                                                                                BANK OF AMERICA TOWER
                                                                                NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ___/___/___
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13399228 | 03/01/17 | | E-MAILS TO T. MINOTT RE: CNO ON 9TH MONTHLY WTP FEE APP (.1 X 2). | S19 | | .20 | 01762 | CMS | 110.00 | 110.00 |
| 13399230 | 03/01/17 | | RETURN CALLS TO EMPLOYEE CREDITORS RE: TIMING OF EFFECTIVE DATE AND DISTRIBUTIONS ON CLAIMS (.3 X 4). | S2 | | 1.20 | 01762 | CMS | 660.00 | 770.00 |
| 13399235 | 03/01/17 | | REVIEW D. ABBOTT LETTER TO THIRD CIRCUIT RE: CONTINUED EXTENSION OF BRIEFING DEADLINES IN ALLOCATION APPEAL. | S16 | | .20 | 01762 | CMS | 110.00 | 880.00 |
| 13399237 | 03/01/17 | | REVIEW STATUS REPORT IN PPI LITIGATION. | S16 | | .30 | 01762 | CMS | 165.00 | 1,045.00 |
| 13402089 | 03/01/17 | | CONFER WITH M. MADDOX RE STATUS OF BRG'S INTERIM FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 1,070.50 |
| 13402118 | 03/01/17 | | REVIEW 3/3/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 1,096.00 |
| 13402162 | 03/01/17 | | CONFER WITH K. GOOD RE STATUS OF AKIN GUMP'S NOVEMBER 2016 FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 1,121.50 |
| 13445264 | 03/01/17 | | EMAIL X2 TO J. BOROW, J. HYLAND RE: FEE APPLICATIONS (.1); EMAIL TO C. LANO RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 1,226.50 |
| 13445270 | 03/01/17 | | REVIEW RLKS FEBRUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 1,331.50 |
| 13445439 | 03/01/17 | | REVIEW GOODMAN'S LETTER TO REGISTRAR RE: CANADIAN APPEAL | S16 | | .20 | 01761 | LKG | 105.00 | 1,436.50 |
| 13445475 | 03/01/17 | | REVIEW SNMP LETTER TO COURT RE: DISCOVERY DISPUTE (.2); REVIEW DEBTORS' LETTER RE: SAME (.2) | S16 | | .40 | 01761 | LKG | 210.00 | 1,646.50 |
| 13445490 | 03/01/17 | | REVIEW STATUS REPORT RE: PPI APPEAL | S16 | | .20 | 01761 | LKG | 105.00 | 1,751.50 |
| 13445524 | 03/01/17 | | REVIEW D. ABBOTT LETTER TO 3RD CIRCUIT RE: ALLOCATION APPEAL STATUS | S16 | | .20 | 01761 | LKG | 105.00 | 1,856.50 |

```
***************************************************************************************************Page 2 of (16)
                                  WHITEFORD, TAYLOR & PRESTON          THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT       AS OF 4/18/2017 10:16:49 AM
                                  PROFORMA NUMBER: 629692          LAST DATE BILLED 04/14/17


CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13445908 | 03/01/17 | | EMAIL TO R. JOHNSON, B. KAHN RE: PPI APPEAL STATUS REPORT (.1); EMAIL TO T. MINNOTT RE: SAME | S16 | | .20 | 01761 | LKG | 105.00 | 1,961.50 |
| 13400168 | 03/02/17 | | PREPARE FOR 3/2/17 COMMITTEE CALL. | S3 | | 1.60 | 01762 | CMS | 880.00 | 2,841.50 |
| 13400169 | 03/02/17 | | PARTICIPATE IN 3/2/17 COMMITTEE CALL. | S3 | | .60 | 01762 | CMS | 330.00 | 3,171.50 |
| 13400181 | 03/02/17 | | E-MAIL TO A. LORING RE: PREPARATION FOR 2/3/17 HEARING. | S10 | | .10 | 01762 | CMS | 55.00 | 3,226.50 |
| 13400232 | 03/02/17 | | COORDINATE WITH COURTCALL RE R. JOHNSON'S 3/3/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 3,277.50 |
| 13400233 | 03/02/17 | | REVIEW R. JOHNSON'S 3/3/17 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 3,303.00 |
| 13400242 | 03/02/17 | | PREPARE 3/3/17 HEARING BINDER. | S10 | | .60 | 01831 | CL | 153.00 | 3,456.00 |
| 13400248 | 03/02/17 | | REVIEW 3/7/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 3,481.50 |
| 13444321 | 03/02/17 | | REVIEW NOTICE OF SUPPLEMENTAL FACTS RE: SNMP MOTION TO AMEND CLAIMS | S9 | | .20 | 01761 | LKG | 105.00 | 3,586.50 |
| 13445263 | 03/02/17 | | ATTEND 3/2 COMMITTEE CALL | S3 | | .60 | 01761 | LKG | 315.00 | 3,901.50 |
| 13445804 | 03/02/17 | | REVIEW AGENDA CANCELING 3/7 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 3,954.00 |
| 13403286 | 03/03/17 | | REVIEW AND REVISE WTP FEBRUARY PROFORMA. | S19 | | .40 | 01831 | CL | 102.00 | 4,056.00 |
| 13403466 | 03/03/17 | | REVIEW PROFORMA BILLING STATEMENT FOR ACCURACY IN PREPARATION FOR SUBMISSION | S1 | | 1.30 | 01847 | KFS | 390.00 | 4,446.00 |
| 13403741 | 03/03/17 | | PARTICIPATE IN 3/3/17 COURT TELECONFERENCE. | S10 | | 1.00 | 01762 | CMS | 550.00 | 4,996.00 |
| 13403754 | 03/03/17 | | RETURN CALLS TO EMPLOYEE CREDITORS RE: BENEFIT CLAIMS AND EFFECTIVE DATE (.2 X 8). | S6 | | 1.60 | 01762 | CMS | 880.00 | 5,876.00 |
| 13403756 | 03/03/17 | | REVIEW SNMP DISCOVERY ORDER ON RAY AND CASE DEPOSITIONS. | S16 | | .20 | 01762 | CMS | 110.00 | 5,986.00 |

```
**************************************************************************************Page 3 of (16)
                                     WHITEFORD, TAYLOR & PRESTON      THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT       AS OF 4/18/2017 10:16:49 AM
                                         PROFORMA NUMBER: 629692      LAST DATE BILLED 04/14/17
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13403757 | 03/03/17 | | REVIEW SUPPLEMENTAL FACTS IN FURTHER SUPPORT OF OPPOSITION TO MOTION TO AMEND SNMP CLAIMS. | S9 | | 1.20 | 01762 | CMS | 660.00 | 6,646.00 |
| 13403758 | 03/03/17 | | REVIEW 70TH MONTHLY FEE APPLICATION OF RLKS. | S20 | | .30 | 01762 | CMS | 165.00 | 6,811.00 |
| 13403762 | 03/03/17 | | E-MAIL TO R. JOHNSON RE: OUTCOME OF 3/3/17 COURT TELECONFERENCE. | S10 | | .10 | 01762 | CMS | 55.00 | 6,866.00 |
| 13403787 | 03/03/17 | | PREPARE FOR 3/3/17 COURT TELECONFERENCE. | S10 | | .40 | 01762 | CMS | 220.00 | 7,086.00 |
| 13445167 | 03/03/17 | | REVIEW SUMMARY OF SNMP HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 7,138.50 |
| 13403765 | 03/06/17 | | UPDATE AND CALENDAR CRITICAL DATES. | S1 | | .30 | 01762 | CMS | 165.00 | 7,303.50 |
| 13403773 | 03/06/17 | | REVIEW FEBRUARY 2017 BILLING PRO FORMA FOR CONFIDENTIALITY AND ACCURACY. | S18 | | .80 | 01762 | CMS | 440.00 | 7,743.50 |
| 13404074 | 03/06/17 | | E-MAIL TO C. LANO RE: FEES AND EXPENSE ESTIMATE FOR BUDGETING. | S8 | | .10 | 01762 | CMS | 55.00 | 7,798.50 |
| 13404158 | 03/06/17 | | FURTHER REVIEW OF PROFORMA BILLING STATEMENT FOR ACCURACY IN PREPARATION FOR SUBMISSION | S1 | | .80 | 01847 | KFS | 240.00 | 8,038.50 |
| 13411143 | 03/06/17 | | REVIEW BRG DECEMBER FEE APPLICATION (.4); EMAIL X2 TO C. LANO RE: FILING AND SERVICE OF SAME (.1); EMAIL TO A. LORING RE: SAME (.1) | S20 | | .60 | 01761 | LKG | 315.00 | 8,353.50 |
| 13411144 | 03/06/17 | | REVIEW/SIGN CNO FOR CASSELS BROCK NOVEMBER FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 8,406.00 |
| 13411145 | 03/06/17 | | REVIEW/SIGN CNO FOR AKIN GUMP NOVEMBER FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 8,458.50 |
| 13411257 | 03/06/17 | | CONFER WITH K. GOOD RE STATUS OF CNO TO CASSEL BROCK'S NOVEMBER FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 8,484.00 |
| 13438673 | 03/06/17 | | REVIEW DOCKET AND PREPARE CNO TO AKIN GUMP 94TH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 8,535.00 |
| 13438674 | 03/06/17 | | FILE CNO TO AKIN GUMP'S 94TH MONTHLY FEE | S20 | | .20 | 01831 | CL | 51.00 | 8,586.00 |

```
*********************************************************************************Page 4 of (16)
```

| | | | | | | | | WHITEFORD, TAYLOR & PRESTON | THRU 03/31/17 |
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS | DETAILED  BILLING REPORT | AS OF 4/18/2017 10:16:49 AM
PROFORMA NUMBER: 629692 | LAST DATE BILLED 04/14/17

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | APPLICATION. | | | | | | | |
| 13438675 | 03/06/17 | | FILE CNO TO CASSEL BROCK'S 33RD MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 8,637.00 |
| 13438676 | 03/06/17 | | FILE BRG'S 19TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 8,713.50 |
| 13405050 | 03/07/17 | | REVIEW UPCOMING CALENDAR DATES FOR ACCURACY, INCLUDING DEADLINES FOR OBJECTION TO FEE APPLICATIONS, WANLAND'S CLAIM, AND OMNIBUS HEARING DATES | S1 | | .20 | 01847 | KFS | 60.00 | 8,773.50 |
| 13405240 | 03/07/17 | | REVIEW MOTION TO ESTIMATE WANLAND CLAIM. | S9 | | 1.10 | 01762 | CMS | 605.00 | 9,378.50 |
| 13405253 | 03/07/17 | | E-MAIL TO B. KAHN RE: FEE AND EXPENSE ESTIMATE FOR BUDGET. | S8 | | .10 | 01762 | CMS | 55.00 | 9,433.50 |
| 13405338 | 03/07/17 | | REVIEW DOCKET AND REVISE CRITICAL DATES CALENDAR. | S1 | | .40 | 01831 | CL | 102.00 | 9,535.50 |
| 13406424 | 03/08/17 | | REVIEW 64TH FEE APPLICATION OF JOHN RAY. | S20 | | .20 | 01762 | CMS | 110.00 | 9,645.50 |
| 13406433 | 03/08/17 | | REVIEW NOTEHOLDER FEE DISPUTE OPINION. | S16 | | 1.10 | 01762 | CMS | 605.00 | 10,250.50 |
| 13444318 | 03/08/17 | | REVIEW OPINION RE: INDENTURE TRUSTEE FEES | S16 | | .90 | 01761 | LKG | 472.50 | 10,723.00 |
| 13412893 | 03/09/17 | | CONFER WITH K. GOOD RE STATUS OF FEBRUARY PROFORMA. | S19 | | .10 | 01831 | CL | 25.50 | 10,748.50 |
| 13412967 | 03/09/17 | | PREPARE WTP'S 26TH MONTHLY FEE APPLICATION. | S19 | | 1.30 | 01831 | CL | 331.50 | 11,080.00 |
| 13413526 | 03/10/17 | | REVIEW 47TH OMNIBUS OBJECTION TO CLAIMS | S9 | | .50 | 01761 | LKG | 262.50 | 11,342.50 |
| 13432734 | 03/10/17 | | REVIEW 47TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | 1.50 | 01762 | CMS | 825.00 | 12,167.50 |
| 13432736 | 03/10/17 | | REVIEW 97TH HURON FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 12,332.50 |
| 13421296 | 03/13/17 | | EMAIL P. PALMER RE STATUS OF FEBRUARY PROFORMA. | S19 | | .10 | 01831 | CL | 25.50 | 12,358.00 |
| 13444922 | 03/13/17 | | REVIEW MNAT FEBRUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 12,463.00 |

```
***************************************************************************************Page 5 of (16)
                              WHITEFORD, TAYLOR & PRESTON      THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT      AS OF 4/18/2017 10:16:49 AM
                              PROFORMA NUMBER: 629692      LAST DATE BILLED 04/14/17
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | PROFESSIONAL SERVICES | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13416519 | 03/14/17 | | FILE CNO TO AKIN GUMP'S 95TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 12,539.50 |
| 13421442 | 03/14/17 | | REVIEW DECISION DENYING MOTION FOR LEAVE TO APPEAL CANADIAN SANCTION ORDER | S6 | | .30 | 01761 | LKG | 157.50 | 12,697.00 |
| 13432746 | 03/14/17 | | REVIEW CANADIAN APPELLATE DECISION ON LTD EMPLOYEE CONFIRMATION APPEAL. | S6 | | .30 | 01762 | CMS | 165.00 | 12,862.00 |
| 13444368 | 03/14/17 | | REVIEW CNO FOR AKIN GUMP 95TH MONTHLY FEE APPLICATION (.1); EMAIL TO C. LANO RE: FILING SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 12,967.00 |
| 13421886 | 03/15/17 | | REVIEW MERGIS STAFFING REPORT FOR FEBRUARY | S20 | | .20 | 01761 | LKG | 105.00 | 13,072.00 |
| 13421889 | 03/15/17 | | REVIEW LETTERS X3 IN DISTRICT COURT APPEALS RE: STATUS REPORT ON CANADIAN ALLOCATION APPEAL | S16 | | .30 | 01761 | LKG | 157.50 | 13,229.50 |
| 13421890 | 03/15/17 | | REVIEW JANUARY MOR | S12 | | .30 | 01761 | LKG | 157.50 | 13,387.00 |
| 13422055 | 03/15/17 | | PREPARE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 1.00 | 41315 | CM | 200.00 | 13,587.00 |
| 13422360 | 03/16/17 | | REVIEW PROPOSED SNMP SCHEDULING ORDER ON MOTION TO AMEND CLAIM | S16 | | .10 | 01761 | LKG | 52.50 | 13,639.50 |
| 13422365 | 03/16/17 | | REVIEW AND REVISE WTP FEBRUARY FEE APPLICATION (.6) | S19 | | .60 | 01761 | LKG | 315.00 | 13,954.50 |
| 13422389 | 03/16/17 | | PREPARE AND CIRCULATE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 1.00 | 41315 | CM | 200.00 | 14,154.50 |
| 13422433 | 03/16/17 | | CONFER WITH K. GOOD RE STATUS OF CNOS TO AKIN GUMP'S 95TH & 96TH MONTHLY FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 14,180.00 |
| 13422485 | 03/16/17 | | FINALIZE WTP FEE 26TH APPLICATION. | S19 | | 1.30 | 01831 | CL | 331.50 | 14,511.50 |
| 13432807 | 03/16/17 | | REVIEW D. ABBOTT CORRESPONDENCE ADVISING JUDGE STARK OF CANADIAN APPEAL STATUS AND ADMINISTRATIVE CLOSURE OF APPEALS. | S6 | | .20 | 01762 | CMS | 110.00 | 14,621.50 |

```
*************************************************************************************Page 6 of (16)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/18/2017 10:16:49 AM
                                         PROFORMA NUMBER: 629692     LAST DATE BILLED 04/14/17
```

| CLIENT 091281 | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTEL NETWORKS, INC. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MATTER 00001 | | | NORTEL | | | | | | |
| CASE ID | | | | | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13444337 | 03/16/17 | | EMAIL X2 TO C. LANO RE: CNOS FOR FEE APPLICATIONS | S20 | | .10 | 01761 | LKG | 52.50 | 14,674.00 |
| 13419843 | 03/17/17 | | REVIEW REVISED WTP FEBRUARY FEE APPLICATION FOR FILING (.2); EMAIL TO C. LANO RE: FILING AND SERVICE OF SAME (.1) | S19 | | .30 | 01761 | LKG | 157.50 | 14,831.50 |
| 13419845 | 03/17/17 | | REVIEW ORAL ORDERS CLOSING DISTRICT COURT APPEALS ADMINISTRATIVELY (.1); EMAIL X2 TO R. JOHNSON, B. KAHN, A. LORING RE: SAME (.1) | S16 | | .20 | 01761 | LKG | 105.00 | 14,936.50 |
| 13419849 | 03/17/17 | | EMAIL TO C. SAMIS RE: CONFIRMATION HEARING TRANSCRIPT | S10 | | .10 | 01761 | LKG | 52.50 | 14,989.00 |
| 13419854 | 03/17/17 | | REVIEW UPDATE RE: CANADIAN APPEAL PROCESS AND PROPPED EFFECTIVE DATE FOR PLAN | S6 | | .10 | 01761 | LKG | 52.50 | 15,041.50 |
| 13422916 | 03/17/17 | | REVISE WTP 26TH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 15,118.00 |
| 13422917 | 03/17/17 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .30 | 01831 | CL | 76.50 | 15,194.50 |
| 13422988 | 03/17/17 | | FILE WTP'S 26TH MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 102.00 | 15,296.50 |
| 13422989 | 03/17/17 | | CONFER WITH DLS RE SERVICE OF WTP'S 26TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 15,322.00 |
| 13422990 | 03/17/17 | | EMAIL US TRUSTEE AND FEE EXAMINER FILED WTP'S 26TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 15,347.50 |
| 13432802 | 03/17/17 | | REVIEW SUMMARY OF OUTCOME OF CANADIAN LTD APPEAL AND NEXT STEPS. | S6 | | .20 | 01762 | CMS | 110.00 | 15,457.50 |
| 13443890 | 03/17/17 | | FILE WTP 26TH MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 102.00 | 15,559.50 |
| 13443891 | 03/17/17 | | CONFER WITH DLS RE SERVICE OF WTP'S 26TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 15,585.00 |
| 13432791 | 03/19/17 | | REVIEW NORTEL JANUARY MOR. | S12 | | .30 | 01762 | CMS | 165.00 | 15,750.00 |
| 13433052 | 03/20/17 | | PARTICIPATE IN 3/20/17 COMMITTEE CALL. | S3 | | .50 | 01762 | CMS | 275.00 | 16,025.00 |

```
*********************************************************************************************Page 7 of (16)
                                         WHITEFORD, TAYLOR & PRESTON        THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 4/18/2017 10:16:49 AM
                                         PROFORMA NUMBER: 629692           LAST DATE BILLED 04/14/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13433053 | 03/20/17 | | PREPARE FOR 3/20/17 COMMITTEE CALL. | S3 | | .20 | 01762 | CMS | 110.00 | 16,135.00 |
| 13440931 | 03/20/17 | | ATTEND COMMITTEE CALL | S3 | | .50 | 01761 | LKG | 262.50 | 16,397.50 |
| 13440932 | 03/20/17 | | EMAIL TO M. WUNDER RE: CNO FOR 34TH AND 35TH CASSELS MONTHLY FEE APPLICATIONS (.1); EMAIL TO A. LORING FOR CNO FOR AKIN GUMP 96TH MONTHLY FEE APPLICATION (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 16,502.50 |
| 13424632 | 03/21/17 | | CONFER WITH K. GOOD RE STATUS OF CNOS TO CASSELS BROCK'S 34TH AND 35TH MONTHLY FEE APPLICATIONS. | S20 | | .10 | 01831 | CL | 25.50 | 16,528.00 |
| 13424634 | 03/21/17 | | CONFER WITH K. GOOD RE STATUS OF CNO TO AKIN GUMP'S 96TH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 16,553.50 |
| 13424637 | 03/21/17 | | REVIEW DOCKET AND PREPARE CNO TO AKIN GUMP'S 96TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 16,630.00 |
| 13424638 | 03/21/17 | | REVIEW DOCKET AND PREPARE CNO RE CASSEL BROCK'S 34TH & 35TH MONTHLY FEE APPLICATIONS. | S20 | | .50 | 01831 | CL | 127.50 | 16,757.50 |
| 13429895 | 03/21/17 | | REVIEW CORRESPONDENCE FROM A. LORING TO COMMITTEE RE: RECOMMENDATION ON 47TH OMNIBUS CLAIM OBJECTION | S9 | | .10 | 01761 | LKG | 52.50 | 16,810.00 |
| 13440811 | 03/21/17 | | EMAIL TO A. LORING RE: CNO FOR AKIN 96TH MONTHLY FEE APPLICATION (.1); REVIEW SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 16,915.00 |
| 13425914 | 03/22/17 | | REVIEW WTP'S TWENTY-FIFTH MONTHLY FEE APPLICATION AND CONFER WITH P. PALMER RE SAME. | S19 | | .30 | 01831 | CL | 76.50 | 16,991.50 |
| 13425916 | 03/22/17 | | FILE CNO TO CASSELS BROCK'S THIRTY-FOURTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 17,042.50 |
| 13425917 | 03/22/17 | | FILE CNO TO CASSELS BROCK'S THIRTY-FIFTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 17,093.50 |
| 13425935 | 03/22/17 | | EMAIL FEE EXAMINER REVISED INVOICES TO WTP 25TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 17,119.00 |

```
****************************************************************************************Page 8 of (16)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/18/2017 10:16:49 AM
                                        PROFORMA NUMBER: 629692        LAST DATE BILLED 04/14/17
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| --- | --- |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13440140 | 03/22/17 | | REVIEW CNO FOR CASSELS 34TH MONTHLY FEE APPLICATION (.1); REVIEW CNO FOR CASSELS 35TH MONTHLY FEE APPLICATION (.1); EMAIL X2 TO M. WUNDER RE: SAME (.1); EMAIL TO C. LANO RE FILING SAME (.1) | S20 | | .40 | 01761 | LKG | 210.00 | 17,329.00 |
| 13426993 | 03/23/17 | | REVIEW 3/28/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 17,354.50 |
| 13427000 | 03/23/17 | | FILE BRG'S TWENTIETH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 17,431.00 |
| 13427001 | 03/23/17 | | CONFER WITH DLS RE SERVICE OF BRG'S TWENTIETH MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 17,456.50 |
| 13427003 | 03/23/17 | | EMAIL FEE EXAMINER AND US TRUSTEE BRG'S TWENTIETH MONTHLY FEE APPLICATION AND RELATED LEDES FILE. | S20 | | .10 | 01831 | CL | 25.50 | 17,482.00 |
| 13430821 | 03/23/17 | | REVIEW FEBRUARY MOR | S12 | | .30 | 01761 | LKG | 157.50 | 17,639.50 |
| 13430844 | 03/23/17 | | REVIEW AGENDA FOR 3/28 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 17,692.00 |
| 13430914 | 03/23/17 | | PREPARE CUMULATIVE DOCKET DISTRIBUTIONS. | S1 | | 1.20 | 41315 | CM | 240.00 | 17,932.00 |
| 13432969 | 03/23/17 | | REVIEW FEBRUARY 2017 MOR. | S12 | | .40 | 01762 | CMS | 220.00 | 18,152.00 |
| 13440803 | 03/23/17 | | REVIEW BRG JANUARY FEE APPLICATION (.4); EMAIL TO A. LORING RE: SAME (.1); EMAIL X4 TO C. LANO RE: FILING AND SERVICE OF SAME (.3) | S20 | | .80 | 01761 | LKG | 420.00 | 18,572.00 |
| 13431314 | 03/24/17 | | REVIEW PRELIMINARY FEE AUDITOR REPORT ON WTP INTERIM FEES. | S19 | | .20 | 01762 | CMS | 110.00 | 18,682.00 |
| 13431319 | 03/24/17 | | E-MAIL TO FEE AUDITOR RE: RESPONDING TO REPORT ON WTP INTERIM FEES. | S19 | | .10 | 01762 | CMS | 55.00 | 18,737.00 |
| 13431457 | 03/24/17 | | REVISE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 51.00 | 18,788.00 |
| 13431540 | 03/24/17 | | EMAIL J. HYLAND REQUESTING BRG'S NOVEMBER & DECEMBER LEDES FILES. | S20 | | .10 | 01831 | CL | 25.50 | 18,813.50 |
| 13431541 | 03/24/17 | | EMAIL J. SCARBOROUGH RE STATUS OF REQUESTED BRG | S20 | | .10 | 01831 | CL | 25.50 | 18,839.00 |

```
*********************************************************************************Page 9 of (16)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT       AS OF 4/18/2017 10:16:49 AM
                                    PROFORMA NUMBER: 629692          LAST DATE BILLED 04/14/17
```

CLIENT 091281        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                     NORTEL NETWORKS, INC.
MATTER 00001         NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | LEDES FILES. | | | | | | | |
| 13431548 | 03/24/17 | | EMAIL J. SCARBOROUGH WITH REQUESTED BRG FEE APPLICATION FILES. | S20 | | .10 | 01831 | CL | 25.50 | 18,864.50 |
| 13441698 | 03/24/17 | | PREPARE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 2.00 | 41315 | CM | 400.00 | 19,264.50 |
| 13432633 | 03/27/17 | | REVIEW DOCKET AND CONFER WITH C. SAMIS RE STATUS OF INTERIM FEE ORDER. | S20 | | .20 | 01831 | CL | 51.00 | 19,315.50 |
| 13432634 | 03/27/17 | | EMAIL M. MADDOX RE STATUS OF INTERIM FEE ORDER. | S20 | | .10 | 01831 | CL | 25.50 | 19,341.00 |
| 13432647 | 03/27/17 | | EMAIL C. SAMIS RE STATUS OF INTERIM FEE ORDER AND HEARING. | S20 | | .10 | 01831 | CL | 25.50 | 19,366.50 |
| 13432921 | 03/27/17 | | REVIEW CANADIAN APPEAL ESCROW DOCUMENTATION. | S6 | | 1.70 | 01762 | CMS | 935.00 | 20,301.50 |
| 13432923 | 03/27/17 | | REVIEW FEE AUDITOR REPORT ON CASSELS INTERIM FEES. | S20 | | .20 | 01762 | CMS | 110.00 | 20,411.50 |
| 13432924 | 03/27/17 | | E-MAILS TO C. LANO RE: NEXT INTERIM FEE HEARING DATE (.1 X 2). | S20 | | .20 | 01762 | CMS | 110.00 | 20,521.50 |
| 13440077 | 03/27/17 | | REVIEW FEE EXAMINER'S PRELIMINARY REPORT RE: CASSELS NOV.-JAN. INTERIM FEE APPLICATION (.1); EMAILS TO M. MADDOX, M. WUNDER RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 20,626.50 |
| 13440078 | 03/27/17 | | REVIEW DRAFTS OF CANADIAN APPEAL ESCROW DOCUMENTS AND COMMENTS TO SAME | S6 | | 1.40 | 01761 | LKG | 735.00 | 21,361.50 |
| 13442172 | 03/27/17 | | PREPARE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 1.00 | 41315 | CM | 200.00 | 21,561.50 |
| 13432627 | 03/28/17 | | REVIEW DOCKET AND PREPARE CNO TO BRG'S 19TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 21,638.00 |
| 13433928 | 03/28/17 | | REVIEW QUARTERLY OCP STATEMENT. | S18 | | .20 | 01762 | CMS | 110.00 | 21,748.00 |
| 13434356 | 03/28/17 | | FILE CNO TO BRG'S 19TH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 21,799.00 |
| 13434359 | 03/28/17 | | CONFER WITH K. GOOD RE STATUS OF CNO TO BRG'S | S20 | | .10 | 01831 | CL | 25.50 | 21,824.50 |

Case 09-10138-MFW    Doc 18128-2    Filed 04/24/17    Page 11 of 11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Page 10 of (16)

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  
WHITEFORD, TAYLOR & PRESTON  
DETAILED  BILLING REPORT  
PROFORMA NUMBER: 629692  

THRU 03/31/17  
AS OF 4/18/2017 10:16:49 AM  
LAST DATE BILLED 04/14/17  

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
                           NORTEL NETWORKS, INC.  
MATTER 00001               NORTEL  
CASE ID  

| INDEX | DATE | CA | \*\*\*PROFESSIONAL SERVICES\*\*\* | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONTHLY FEE APPLICATION. | | | | | | | |
| 13440064 | 03/28/17 | | EMAIL TO J. HYLAND, J. BOROW RE: BRG 19TH MONTHLY FEE APPLICATION (.1); REVIEW CNO FOR SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 157.50 | 21,982.00 |
| 13440067 | 03/28/17 | | REVIEW 31ST OCP QUARTERLY STATEMENT | S20 | | .20 | 01761 | LKG | 105.00 | 22,087.00 |
| 13442497 | 03/28/17 | | PREPARE AND CIRCULATE CUMULATIVE DOCKET DISTRIBUTION. | S19 | | 1.30 | 41315 | CM | 260.00 | 22,347.00 |
| 13435331 | 03/29/17 | | REVIEW 89TH CLEARY FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 220.00 | 22,567.00 |
| 13440052 | 03/29/17 | | REVIEW CLEARY GOTTLIEB FEBRUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 22,672.00 |
| 13436602 | 03/30/17 | | REVIEW 59TH E&Y FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 220.00 | 22,892.00 |
| 13436604 | 03/30/17 | | CALLS FROM CLAIMANTS RE: EFFECTIVE DATE AND DISTRIBUTIONS (.2 X 3). | S6 | | .60 | 01762 | CMS | 330.00 | 23,222.00 |
| 13436794 | 03/30/17 | | PREPARE TENTH INTERIM FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 23,298.50 |
| 13437254 | 03/30/17 | | REVIEW E&Y JANUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 23,403.50 |
| 13438844 | 03/31/17 | | E-MAIL TO C. LANO RE: CNO ON FEBRUARY 2017 WTP FEE APPLICATION. | S19 | | .10 | 01762 | CMS | 55.00 | 23,458.50 |
| 13439328 | 03/31/17 | | CONFER WITH K. GOOD RE PROCEDURE FOR PREPARING FOR FINAL FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 23,484.00 |
| 13439332 | 03/31/17 | | PREPARATION OF WTP FINAL FEE APPLICATION. | S19 | | 1.70 | 01831 | CL | 433.50 | 23,917.50 |
| 13439492 | 03/31/17 | | REVIEW NOTICE OF RESCHEDULED MAY HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 23,970.00 |
| 13439493 | 03/31/17 | | REVIEW REVISED CANADIAN ESCROW DOCUMENTS | S6 | | .50 | 01761 | LKG | 262.50 | 24,232.50 |
| 13439495 | 03/31/17 | | REVIEW PBGC JOINDER TO DEBTORS' 47TH OMNIBUS CLAIM OBJECTION | S9 | | .20 | 01761 | LKG | 105.00 | 24,337.50 |

                                            58.20\*\*TIME VALUE TOTAL\*\*         24,337.50