# **<u>EXHIBIT B</u>**

```
*********************************************************************************Page 12 of (16)
                                       WHITEFORD, TAYLOR & PRESTON    THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 4/18/2017 10:16:49 AM
                                         PROFORMA NUMBER: 629692        LAST DATE BILLED 04/14/17
```

---

CLIENT 091281             OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                          NORTEL NETWORKS, INC.
MATTER 00001              NORTEL
CASE ID

---

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 1.80 |
| 5718982 | 03/09/17 | | 78 | | 01762 | DINERS CLUB - LONG DISTANCE CALLS - COURTCALL# 8170858 - NORTEL NETWORKS INC. | 30.00 | |
| 5718983 | 03/09/17 | | 78 | | 01762 | DINERS CLUB - LONG DISTANCE CALLS - COURTCALL# 8170863 - NORTEL NETWORKS INC. | 44.00 | |
| 5718984 | 03/09/17 | | 78 | | 01762 | DINERS CLUB - LONG DISTANCE CALLS- COURTCALL# 8186465 - NORTEL NETWORKS INC. | 37.00 | |
| | | | *78 | | | LONG DISTANCE CALLS | | 111.00 |
| 5754440 | 10/28/16 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 69.27 | |
| 5754442 | 11/08/16 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 98.46 | |
| 5754443 | 11/10/16 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 60.87 | |
| 5754448 | 12/20/16 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; VAR. POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 330.38 | |
| 5754445 | 12/28/16 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 52.26 | |
| 5754464 | 01/24/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 38.58 | |
| 5754450 | 01/25/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BAKRUPTCY SERVICE | 51.35 | |
| 5754451 | 01/25/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 42.34 | |

| | | WHITEFORD, TAYLOR & PRESTON | THRU 03/31/17 |
|---|---|---|---|
| BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS | | DETAILED  BILLING REPORT | AS OF 4/18/2017 10:16:49 AM |
| | | PROFORMA NUMBER: 629692 | LAST DATE BILLED 04/14/17 |

CLIENT 091281                OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                             NORTEL NETWORKS, INC.
MATTER 00001                 NORTEL
CASE ID

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5754457 | 02/08/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-PRINT/COPY; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 24.34 |
| 5754458 | 02/08/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 48.22 |
| 5754454 | 02/10/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 109.30 |
| 5754453 | 02/13/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 52.42 |
| 5754460 | 02/28/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 50.62 |
| 5754456 | 02/28/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 82.54 |
| 5754459 | 02/28/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 80.74 |
| 5754455 | 02/28/17 | | 101 | | 01762 | COURIER EXPENSE DLS DISCOVERY - COURIER EXPENSE-PRINT/COPY; PRINTING ON LABEL STOCK; HAND DELIVERY W BANKRUPTCY SERVICE | 24.34 |
| 5718981 | 03/09/17 | | 101 | | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED P/U AND DELIVERY-BANKRUPTCY COURT/JUDGE GROSS | 48.00 |
| | | | *101 | | | COURIER EXPENSE | 1,264.03 |
| 5754441 | 10/14/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY/PRINT; PRINTING ON LABEL STOCK; POSTAGE | 42.97 |
| 5754446 | 12/08/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY/PRINT; PRINTING ON LABEL STOCK; POSTAGE | 44.03 |
| 5754447 | 12/20/16 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY HEAVY LIT.; RING BINDERS; TABS CUSTOM | 41.06 |
| 5754444 | 01/06/17 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; VAR. POSTAGE | 350.28 |

```
*********************************************************************************************Page 14 of (16)
                                       WHITEFORD, TAYLOR & PRESTON        THRU 03/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT  AS OF 4/18/2017 10:16:49 AM
                                       PROFORMA NUMBER: 629692             LAST DATE BILLED 04/14/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 5754449 | 01/24/17 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; VAR. POSTAGE | 1,092.57 | |
| 5754452 | 01/24/17 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; VAR. POSTAGE | 1,092.57 | |
| 5754461 | 01/25/17 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES- PRINT B/W FROM TIFF/PDF | 56.52 | |
| 5754463 | 01/25/17 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-PRINT B/W FROM TIFF/PDF | 31.08 | |
| 5754462 | 01/25/17 | | 44 | | 01762 | COPIES DLS DISCOVERY - COPIES-COPY MEDIUM LIT.; RING BINDERS; TABS CUSTOM; PUNCH PAPER FOR INSERTION | 520.98 | |
| | | | *44 | | | COPIES | | 3,272.06 |

　　　　　　　　　　　　　　　　　　　　　　　*TOTAL DISBURSEMENTS*        4,648.89