# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X  
*In re*  
Nortel Networks Inc., *et al.*,[1]  
                             Debtors.  
-----------------------------------------------------------X

Chapter 11  
Case No. 09-10138 (KG)  
Jointly Administered  
**Re: D.I. 18129**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 24, 2017, a copy of **Notice of Amended Agenda of Matters Scheduled for Hearing on April 25, 2017 at 10:00 A.M. (Eastern Time) – THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT** [D.I. 18129] was served, in the manner indicated, on the parties identified on the attached service list.

Dated: April 24, 2017  
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

10996131.1