## **CERTIFICATE OF SERVICE**

      I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Sur-Reply In Further Opposition To The Motion Of SNMP Research International, Inc. And SNMP Research, Inc. To Amend Proofs Of Claim And Add SNMP Research, Inc. As Claimant** was caused to be made on April 26, 2017, in the manner indicated upon the entities identified below:

Date:  April 26, 2017                                          */s/ Tamara K. Minott*
                                                                      Tamara K. Minott (No. 5643)

**VIA EMAIL AND HAND DELIVERY**
Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE  19801
Email:  *npernick@coleschotz.com*
          *nbrannick@coleschotz.com*

**VIA HAND DELIVERY**
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA EMAIL AND FIRST CLASS U.S. MAIL**
G. David Dean
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD  21202
Email:  *ddean@coleschotz.com*

Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN  37201
Email:  *rbusch@kingballow.com*

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN  37902
Email: *jwood@emlaw.com*