# CERTIFICATE OF SERVICE

I, L. Katherine Good, do hereby certify that on April 26, 2017, a copy of the foregoing *Joinder of the Official Committee of Unsecured Creditors of Nortel Networks, Inc., et al. to Debtors' Opposition to Motion of SNMP Research International, Inc. to Amend Proofs of Claim* was served on the parties on the attached list and in the manner indicated thereon.

                                                   */s/ Katherine Good*
                                                   L. Katherine Good (No. 5101)

2243353v1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

**VIA HAND DELIVERY**

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA HAND DELIVERY**

*(Counsel for SNM Research, Inc. and SNMP Research International, Inc.)*
Norman L. Pernick, Esq.
Nicholas J. Brannick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST-CLASS MAIL**

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**VIA FIRST-CLASS MAIL**

*(Counsel for SNM Research, Inc. and SNMP Research International, Inc.)*
G. David Dean, Esq.
Cole Schotz P.C.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202

2243353v1