IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138(KG) |
| Debtors. | : | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws his appearance as counsel for ACME PACKET, INC. in the above-captioned case(s) and hereby respectfully request that his name be removed from all service lists and matrices, including all electronic service lists and the ECF notification system.

Date: April 27, 2017
Wilmington, DE

**WEIR & PARTNERS LLP**

*/s/ Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli, Esquire (DE #4369)
824 North Market St., Ste 800
Wilmington, DE 19801
302-652-8181; Fax: 302-652-8909
Email: jciancuilli@weirpartners.com

*Withdrawing Counsel for*
*ACME PACKET, INC.*

510356.1