## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

--------------------------------------------------------X
                      :

*In re*                      :

Nortel Networks Inc., *et al.*,[1]    :

             Debtors.      :

--------------------------------------------------------X

|  |  |
|---|---|
| : | Chapter 11 |
| : | Case No. 09-10138 (KG) |
| : | Jointly Administered |
| : | **RE: D.I. _____** |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN
ORDER SHORTENING THE OBJECTION DEADLINE AND
NOTICE OF THE HEARING TO CONSIDER
APPROVAL OF THE WAIVER AND RESERVE AGREEMENT**

Upon the motion dated April 27, 2017 (the "Motion to Shorten Notice"),[2] of Nortel

Networks Inc. ("NNI"), and certain of its affiliates, as debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully

described in the Motion to Shorten Notice, pursuant to section 105(a) of the Bankruptcy Code,

Bankruptcy Rule 9006 and Local Rules 2004-1 and 9006-1(e), (i) shortening notice of the

Waiver Agreement Motion Hearing so that such hearing may be scheduled for May 5, 2017 at

2:00 p.m. (ET) and (ii) shortening the deadline to object to the Waiver Agreement Motion and

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567),  Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten Notice.

requiring objections, if any, be made at or prior to the Waiver Agreement Motion Hearing; and

the Court having jurisdiction to consider the Motion to Shorten Notice and the relief requested

therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten

Notice and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due

deliberation and sufficient cause appearing therefor, it is hereby;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is **GRANTED** as set forth herein.

2. The Waiver Agreement Motion Hearing shall be held on May 5, 2017, at 2:00

p.m. (ET).

3. Objections, if any, to approval of the Waiver Agreement Motion shall be made at

or prior to the Waiver Agreement Motion Hearing.

4. This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.  To the extent any provisions of this Order shall be inconsistent

with the Motion to Shorten Notice, the terms of this Order shall control.


Dated: _____, 2017        _____
        Wilmington, Delaware                THE HONORABLE KEVIN GROSS
                                            UNITED STATES BANKRUPTCY JUDGE