**<u>Exhibit 7</u>**

**FILED UNDER SEAL**