**<u>Exhibit 8</u>**

**FILED UNDER SEAL**