**<u>Exhibit 11</u>**

**FILED UNDER SEAL**