# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------X<br>*In re*<br>Nortel Networks Inc., *et al.*,[1]<br>　　　　　　　　　Debtors.<br>------------------------------------------------------ X | Chapter 11<br>Bankr. Case No. 09-10138 (KG)<br>(Jointly Administered)<br>**Related to Docket No. 18020** |
| SNMP Research International, Inc.<br>and<br>SNMP Research, Inc.,<br>　　　　　　　　　Plaintiffs,<br>v.<br>Nortel Networks Inc., *et al.*,<br>　　　　　　　　　Defendants.<br>------------------------------------------------------ X | **Reply Deadline: April 27, 2017 at 5:00 p.m.**<br>**Hearing Date: May 2, 2017 at 2:00 p.m.**<br><br><br>Adv. Proc. No. 11-53454 (KG)<br>**Related to Adv. Docket No. 540** |

**DECLARATION OF TAMARA K. MINOTT IN SUPPORT OF DEBTORS' OPPOSITION TO MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO EXCLUDE INTRINSIC EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE THE TESTIMONY OF DR. RICHARD RAZGAITIS**

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

I, Tamara K. Minott, do hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am associated with the law firm of Morris, Nichols, Arsht & Tunnell LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings (the "Debtors").

2.  I respectfully submit this declaration in support of Debtors' Opposition to the Motion of SNMP Research, Inc. ("SNMPR" or "Inc.") and SNMP Research International, Inc. ("SNMPRI" or "International") (together, "SNMP Research") to Exclude Intrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis.

3.  Annexed to this declaration as Exhibit 1 is a true and correct copy of an email from John Southwood to Dave Hyslop, dated November 16, 1999, as produced by SNMP Research with Bates Number SNMP_NCA_00105106.

4.  Annexed to this declaration as Exhibit 2 is a true and correct copy of an email from James Reeves to Jeffrey Case, dated May 15, 2000, as produced by SNMP Research with Bates Number SNMP_NUS_00065616.

5.  Annexed to this declaration as Exhibit 3 are excerpts from a true and correct copy of the transcript of the deposition of John Southwood on December 8, 2016.

6.  Annexed to this declaration as Exhibit 4 are excerpts from a true and correct copy of the expert report of David Tollen, dated February 10, 2017.

7.  Annexed to this declaration as Exhibit 5 is a true and correct copy of a fax from Nancy Knowles to Nana La-Anyane, dated January 31, 2006, enclosing a letter from John Southwood to Nana La-Anyane, dated January 25, 2006, as produced by SNMP Research with Bates Number SNMP_NUS_00092083.

8.     Annexed to this declaration as <u>Exhibit 6</u> is a true and correct copy of Schedule 1A to the license agreement between Nortel Networks Corporation and International, as produced by the Debtors with Bates Number NNC0024690.

9.     Annexed to this declaration as <u>Exhibit 7</u> is a true and correct copy of the Bay Networks License Agreement, executed June 27, 1994, as produced by SNMP Research with Bates Number SNMP_NUS_00139177; a true and correct copy of Amendment 1 to the Bay Networks License Agreement, executed May 31, 1996, as produced by SNMP Research with Bates Number SNMP_NUS_00139251; and a true and correct copy of Amendment 2 to the Bay Networks License Agreement, executed November 3, 1999, as produced by SNMP Research with Bates Number SNMP_NUS_00139269.

10.    Annexed to this declaration as <u>Exhibit 8</u> is a true and correct copy of the SNMPRI Customer Ledger, as produced by SNMP Research with Bates Number SNMP_NUS_00085603.

11.    Annexed to this declaration as <u>Exhibit 9</u> is a true and correct copy of an SNMPRI Invoice, dated December 29, 1999, as produced by SNMP Research with Bates Number SNMP_NUS_00089711.

12.    Annexed to this declaration as <u>Exhibit 10</u> are excerpts from a true and correct copy of the transcript of the deposition of John Mead on September 28, 2016.

13.    Annexed to this declaration as <u>Exhibit 11</u> is a true and correct copy of the license agreement between Nortel and International, executed December 23, 1999, as produced by SNMP Research with Bates Number SNMP_NCA_00003622.

14. Annexed to this declaration as <u>Exhibit 12</u> are excerpts from a true and correct copy of the transcript of the deposition of Jeffrey Case on January 11, 2017, March 30, 2017, and March 31, 2017.

15. Annexed to this declaration as <u>Exhibit 13</u> are true and correct copies of the following renewals of the Software Service Agreement between Nortel Networks Inc. and International:

- SNMPRI Invoice No. 980334, dated June 17, 1998, as produced by the Debtors with Bates Number NNC0511483
- SNMPRI Invoice No. 99SR06017, dated June 1, 1999, as produced by the Debtors with Bates Number NNC0511480
- SNMPRI Invoice No. 0105SR030, dated May 1, 2001, as produced by the Debtors with Bates Number NNC0510289
- SNMPRI Invoice No. 0205SR010, dated May 1, 2002, as produced by the Debtors with Bates Number NNC0510305
- SNMPRI Invoice No. 0305SR008, dated May 1, 2003, as produced by the Debtors with Bates Number NNC0510391
- SNMPRI Invoice No. 0405SR011, dated May 1, 2004, as produced by SNMP Research with Bates Number SNMP_NUS_00074512
- SNMPRI Invoice No. 0505SR012, dated May 1, 2005, as produced by SNMP Research with Bates Number SNMP_NUS_00077236
- SNMPRI Invoice No. 0605SR019, dated May 1, 2006, as produced by the Debtors with Bates Number NNC0510569
- SNMPRI Invoice No. 0705SR010, dated May 1, 2007, as produced by the Debtors with Bates Number NNC0510627.

16. Annexed to this declaration as <u>Exhibit 14</u> is a true and correct copy of an email from Kimberly White to Lori Branch, dated December 1, 2003, as produced by SNMP Research with Bates Number SNMP_NUS_00073733.

17. Annexed to this declaration as <u>Exhibit 15</u> is a true and correct copy of an email from Lori Branch to John Mead, dated April 27, 2005, as produced by SNMP Research with Bates Number SNMP_NUS_00077235.

18. Annexed to this declaration as <u>Exhibit 16</u> is a true and correct copy of an email from Nana La-Anyane to John Southwood, dated January 16, 2006, as produced by SNMP Research with Bates Number SNMP_NUS_00078544.

19. Annexed to this declaration as <u>Exhibit 17</u> is a true and correct copy of an email from John Southwood to Gregory Foster, dated January 27, 2006, as produced by SNMP Research with Bates Number SNMP_NUS_00113554.

20. Annexed to this declaration as <u>Exhibit 18</u> is a true and correct copy of the expert report of Richard Razgaitis, dated December 15, 2016.

21. Annexed to this declaration as <u>Exhibit 19</u> is a true and correct copy of the transcript of the deposition of Richard Razgaitis on March 2, 2017.

22. Annexed to this declaration as <u>Exhibit 20</u> is a true and correct copy of an email from Dave Hyslop to John Southwood, dated August 16, 1999, as produced by SNMP Research with Bates number SNMP_NCA_00104764.

23. Annexed to this declaration as <u>Exhibit 21</u> is a true and correct copy of a fax from John Southwood to Dave Hyslop, dated August 9, 1999, as produced by SNMP Research with Bates Number SNMP_NUS_00090235.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Wilmington, Delaware
April 20, 2017

                                              */s/ Tamara K. Minott*
                                              Tamara K. Minott