**<u>Exhibit 5</u>**

**FILED UNDER SEAL**