**<u>Exhibit 6</u>**

**FILED UNDER SEAL**