**<u>Exhibit 9</u>**

**FILED UNDER SEAL**