**<u>Exhibit 15</u>**

**FILED UNDER SEAL**