IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: RE: D.I. 18137
:
---------------------------------------------------------X

### ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING THE OBJECTION DEADLINE AND NOTICE OF THE HEARING TO CONSIDER APPROVAL OF THE WAIVER AND RESERVE AGREEMENT

Upon the motion dated April 27, 2017 (the "Motion to Shorten Notice"),[2] of Nortel Networks Inc. ("NNI"), and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully described in the Motion to Shorten Notice, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rules 2004-1 and 9006-1(e), (i) shortening notice of the Waiver Agreement Motion Hearing so that such hearing may be scheduled for May 5, 2017 at 2:00 p.m. (ET) and (ii) shortening the deadline to object to the Waiver Agreement Motion and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten Notice.

requiring objections, if any, be made at or prior to the Waiver Agreement Motion Hearing; and the Court having jurisdiction to consider the Motion to Shorten Notice and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten Notice and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is **GRANTED** as set forth herein.

2. The Waiver Agreement Motion Hearing shall be held on May 5, 2017, at 2:00 p.m. (ET).

3. Objections, if any, to approval of the Waiver Agreement Motion shall be made at or prior to the Waiver Agreement Motion Hearing.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order. To the extent any provisions of this Order shall be inconsistent with the Motion to Shorten Notice, the terms of this Order shall control.

Dated: April 28, 2017
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE