# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re: D.I.'s 18009** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 27, 2017 William Owens, by and through his undersigned attorney, caused copies of William Owens' First Request For Admissions and Requests for Production of Documents to be served upon the following in the manner indicated:

| **VIA EMAIL on 4/27/2017 and Fax on 4/28/2017** | **VIA EMAIL on 4/27/2017 and Fax on 4/28/2017** |
|---|---|
| Derek C. Abbott, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | Margot Gianis, Esquire<br>Lisa M. Schweitzer, Esquire<br>Matt Livingston, Esquire<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |

I further certify that all parties were also served electronically on the CM/ECF System.

Dated:  April 28, 2017

**MONZACK, MERSKY, MCLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Tel:    (302) 656-8162
Fax:    (302) 656-2769
Email: *rmersky@monlaw.com*
**Attorney for WILLIAM A. OWENS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:   Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.