# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | |
| SNMP Research International, Inc. and SNMP Research, Inc., | |
| Plaintiffs, | Adv. Proc. No. 11-53454 (KG) |
| v. | |
| Nortel Networks Inc., *et al.*, | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2017 AT 2:00 P.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**UNCONTESTED MATTER GOING FORWARD**

1. Debtors' Motion to File Under Seal (I) Exhibits to the Minott Declaration and (II) Debtors Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis (Main Case D.I. 18120, Adv. Case D.I. 549, Filed 4/20/17).

    Objection Deadline: May 1, 2017 at 12:00 p.m. (ET).

    Responses Received: None.

    Related Pleading: None.

    Status: The hearing on this matter will go forward.

**CONTESTED MATTER GOING FORWARD**

2. [Sealed] Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis (Main Case D.I. 18086, Adv. Case D.I. 542, Filed 4/10/17). (Redacted Version Main Case D.I. 18109, Adv. Case D.I. 544, Filed 4/19/17).

    Objection Deadline: April 20, 2017 at 5:00 p.m. (ET).

    Responses Received:

    (a) [Sealed] Memorandum of Law in Opposition to Motion to Exclude (Main Case D.I. 18118, Adv. Case D.I. 547, Filed 4/20/17) (Redacted Version Main Case D.I. 18141, Adv. Case D.I. 554, Filed 4/27/17); and

    (b) [Sealed] Declaration of Tamara K. Minott in Support of Debtors Opposition to Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Intrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis (Main Case D.I. 18119, Adv. Case D.I. 548, Filed 4/20/17). (Redacted Version Main Case D.I. 18142, Adv. Case D.I. 555, Filed 4/27/17).

    Related Pleading:

    (a) Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue (Main Case D.I. 18020, Adv. Case D.I. 540, Filed 3/17/17);

    (b) [Sealed] Transmittal Affidavit of Nicholas J. Brannick in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis (Main Case D.I. 18087, Adv. Case D.I.543, Filed 4/10/17). (Redacted Version Main Case D.I. 18110, Adv. Case D.I. 545, Filed 4/19/17);

(c) [Sealed] Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis (Main Case D.I. 18139, Adv. Case D.I. 552, Filed 4/27/17); and

(d) [Sealed] Transmittal Affidavit of Nicholas J. Brannick in Support of Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis (Main Case D.I. 18140, Adv. Case D.I. 553, Filed 4/27/17).

Status: The hearing on this matter will go forward.

Dated: April 28, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*