## Exhibit B

**Email Communication**

| | |
|---|---|
| **From:** | Rachel B. Mersky |
| **To:** | Gianis, Margot A.; Schweitzer, Lisa M.; Livingston, Matthew J. |
| **Cc:** | "Shaun Laubman" |
| **Subject:** | RE: Nortel-Claim of William Owens |
| **Date:** | Thursday, April 20, 2017 11:24:43 AM |

Margot, Can you please provide a copy of Mr. Owens' original employment agreement from 2004. Mr. Owens does not have a copy. Thanks, Rachel

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com
IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.
IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

**From:** Gianis, Margot A. [mailto:mgianis@cgsh.com]
**Sent:** Wednesday, April 19, 2017 4:25 PM
**To:** Rachel B. Mersky; Schweitzer, Lisa M.; Livingston, Matthew J.
**Subject:** RE: Nortel-Claim of William Owens

Rachel,

We will keep an eye out for your list of documents and copies. Can you please confirm whether you plan to provide any documents indicating which Nortel entity paid the Special Pension Arrangement payments prior to the various bankruptcy filings as requested in our email of last week, and if so, by when? You will receive documents on which the Debtors intend to rely along with our reply tomorrow. The Debtors reserve their rights to introduce supplemental documents to refute Mr. Owens's claim based upon the documents received from you.

Regards,
Margot

---

**Margot A. Gianis**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mmclaughlin@cgsh.com
One Liberty Plaza, New York NY 10006

T: +1 212 225 2386 | F: +1 212 225 3999
mgianis@cgsh.com | clearygottlieb.com

---

**From:** Rachel B. Mersky [mailto:rmersky@monlaw.com]
**Sent:** Tuesday, April 18, 2017 4:10 PM
**To:** Gianis, Margot A.; Schweitzer, Lisa M.; Livingston, Matthew J.
**Subject:** Nortel-Claim of William Owens

All, I will forward a list of documents and copies, to the extent there are any documents not attached to the Objection. Since most of the documents were generated by Nortel and most are public records I do not anticipate issues, but I suggest that we exchange any exhibits in advance to assist in a smooth and simple hearing. If there are any concerns or objections I know Judge Gross generally makes himself available by phone to address such matters. Thanks, Rachel

Rachel B. Mersky, Esquire

Monzack Mersky McLaughlin and Browder, P.A.

1201 N. Orange Street, Suite 400

Wilmington, DE 19801

P (302) 656-8162

F (302) 656-2769

Email rmersky@monlaw.com

IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.

IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.