**<u>Exhibit C</u>**

**Email Communication**

| | |
|---|---|
| **From:** | Rachel B. Mersky |
| **To:** | Livingston, Matthew J. |
| **Cc:** | Schweitzer, Lisa M.; Gianis, Margot A. |
| **Subject:** | RE: Nortel: Bill Owens Claim |
| **Date:** | Friday, April 21, 2017 3:07:42 PM |

Matt,, A s I stated earlier, we have requested these documents from Deloitte, Mr. Owens' former accountants. We know of no other source where these documents would be maintained, other than the Debtors own records or the Canadian Debtors' records. I note that the documents we have obtained so far are records that would have been maintained by NNI. We produced everything as soon as it was obtained from Deloitte. Further, we have reiterated the request and will provide whatever responsive documents we receive as soon as we obtain them.. I also request that you further check the records of the US Debtors and produce all documents that reflect payments to Mr. Owens, since it is clear from what we have already located that payments were made by the US Debtors. Cheers, Rachel

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
P (302) 656-8162
F (302) 656-2769
Email rmersky@monlaw.com

IMPORTANT NOTICE: This email, including all attachments, may contain attorney-client communications or other privileged, confidential, protected, and/or non-public information. If you are not an intended recipient (even if it was sent to your email address), please notify the sender by replying to this message and then deleting it. Unintended recipients may not use, store, reproduce, distribute, disseminate, or retransmit this message or its contents.

IRS CIRCULAR 230 NOTICE: Unless otherwise specifically stated, U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

**From:** Livingston, Matthew J. [mailto:mlivingston@cgsh.com]
**Sent:** Friday, April 21, 2017 2:37 PM
**To:** Rachel B. Mersky
**Cc:** Schweitzer, Lisa M.; Gianis, Margot A.
**Subject:** RE: Nortel: Bill Owens Claim

Rachel –

Per our request last week and in light of the U.S. tax documents you sent today, we ask that you please send us any additional tax documents related to any payments received by Mr. Owens on account of his special pension arrangement. In particular, we understand that Mr. Owens should have received Canadian tax forms reflecting receipt of such payments and request that you share any such documents at your earliest convenience.

Best,
Matt

**Matthew J. Livingston**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mcacicia@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2393 | F: +1 212 225 3999
mlivingston@cgsh.com | clearygottlieb.com

---

**From:** Gianis, Margot A.
**Sent:** Friday, April 14, 2017 12:38 PM
**To:** rmersky@monlaw.com
**Cc:** Schweitzer, Lisa M.; Livingston, Matthew J.
**Subject:** Nortel: Bill Owens Claim

Rachel,

Following up on yesterday's call, it is our understanding that you intend to continue to pursue allowance of Mr. Owens's claim as against NNI in addition to as against the Canadian Debtors. You understand that the U.S. Debtors dispute liability for such claim including without limitation based on the attached letter regarding the agreement that Mr. Owens' Special Pension Arrangement was to be paid from Canada that was previously provided to you. We have reviewed the response you have filed and understand you intend to rely on the documents attached to your Response [D.I. 18056] to support your argument that the Special Pension Arrangement is a liability of NNI. In order to fully consider your client's position, we wanted to confirm that Mr. Owens doesn't have other documents relating to the Special Pension Arrangement that suggest it would be an obligation of NNI. Also, to the extent Mr. Owens has retained any documents indicating which Nortel entity paid the Special Pension Arrangement payments prior to the various bankruptcy filings, could you please provide those to us as well.

Regards,
Margot

---

**Margot A. Gianis**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: mmclaughlin@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2386 | F: +1 212 225 3999
mgianis@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.