## Exhibit F

**Email Communication**

## Minott, Tamara K.

| | |
|---|---|
| **From:** | Minott, Tamara K. |
| **Sent:** | Monday, April 24, 2017 2:15 PM |
| **To:** | rmersky@monlaw.com |
| **Cc:** | Abbott, Derek; Remming, Andrew |
| **Subject:** | Nortel - 4/25 Hearing |

Rachel,

I am writing with respect to the Nortel hearing tomorrow, April 25th at 10:00 a.m. (ET).  Please advise as to whether you intend to bring Mr. Owens as a witness at the hearing.

Thank you,
Tammy

**TAMARA K. MINOTT**
ASSOCIATE | Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9377 T | (302) 588-2829 C
tminott@mnat.com | vcard | bio | www.mnat.com