# CERTIFICATE OF SERVICE

     I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Response Of The Debtors To Emergency Motion Of William A. Owens For Continuance On The Hearing Of Debtors' Forty-Seventh Omnibus Objection To Certain Claims [D.I. 18127]** was caused to be made on April 28, 2017, in the manner indicated upon the entities identified below:

Date: April 28, 2017                                     */s/ Tamara K. Minott*
                                                                         Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Rachel Mersky
Monzack, Mersky, McLaughlin and Browder P.A.
1201 N. Orange St.
Wiltmingon, DE 19801