IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,  :  Case No. 09-10138 (KG)
:
          Debtors.  :  Jointly Administered
:
---------------------------------------------------------X   Re: D.I. 18146

## MOTION FOR REDACTION

    Nortel Networks Inc. ("Nortel"), hereby moves the Court for redaction of an image filed containing personally identifiable information. In support thereof, movant avers as follows:

1. On April 28, 2017, Movant filed *Response Of The Debtors To Emergency Motion Of William A. Owens For Continuance On The Hearing Of Debtors' Forty-Seventh Omnibus Objection To Certain Claims [D.I. 18127]* (the "Response") (D.I. 18146);
2. The Response attached Exhibit D, which was filed, without first redacting personal identifying information pursuant to FRBP 9037;
3. No waiver of protection of identifiers was intended at time of filing;
4. A risk of identity theft exists due to this unredacted filing;
5. A properly redacted Exhibit D is attached to this motion and marked as Exhibit A.

    WHEREFORE, Nortel moves that the Court issue an Order directing the Bankruptcy Court Clerk to restrict from public view the previously filed unredacted document image, and replace with and make publicly available on the docket, the redacted image marked herein as Exhibit A.

Dated: May 1, 2017                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Tamara K. Minott*
                                       Tamara K. Minott (No. 5643)
                                       1201 North Market Street, 16th Floor
                                       Wilmington, DE 19899-1347
                                       Telephone: (302) 658-9200
                                       Facsimile: (302) 658-3989

                                       *Counsel for the Debtors and Debtors in Possession*

    Upon consideration of the Motion for Redaction, it is hereby ORDERED that the Motion is Approved. SO ORDERED,

**Dated: May 1st, 2017**                  **KEVIN GROSS**
**Wilmington, Delaware**                **UNITED STATES BANKRUPTCY JUDGE**