IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------- X
: 
*In re* :
: Chapter 11
Nortel Networks Inc., *et al.*,[8] :
: Case No. 09-10138 (KG)
            Debtors. :
: Jointly Administered
:
:
: RE: D.I. 18009, 18056, 18117, 18127
:
----------------------------------------------- X

## ORDER GRANTING RELIEF SOUGHT IN THE DEBTORS' RESPONSE EMERGENCY MOTION OF WILLIAM A. OWENS FOR CONTINUANCE ON THE HEARING OF DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS [D.I. 18127]

Upon the Debtors' Response to the Emergency Motion of William A. Owens for a Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims (the "Response")[9] filed by Nortel Networks Inc. and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), in response to the Emergency Motion of William A. Owens for a Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims [D.I. 16638] (the "Emergency Motion") requesting certain relief related to the continuance of the hearing; and the Court having jurisdiction to consider the Response and the relief requested therein pursuant to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Response.

28 U.S.C. § 105; and the Court having determined that consideration of the Response is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Debtors' request for reimbursement by Mr. Owens of Ms. Mary Cilia's reasonably documented travel expenses, including accommodation is ~~GRANTED. Mr. Owens shall promptly reimburse Ms. Cilia for all reasonably documented travel expenses related to travel to and from the previously scheduled hearing on April 24, 2017.~~ *deferred pending the Hearing.* [kg]

2. The Debtors' request that additional discovery be limited to the informal requests made by the parties prior to the previously scheduled hearing on April 24, 2017 is **GRANTED.**

3. The Debtors' request that the Debtors be relieved of any duty to produce documents or admissions in response to the April 27 Requests sent by counsel to Mr. Owens to the Debtors is **GRANTED.** The Debtors shall have no duty whatsoever to respond to the April 27 Requests or produce any documents or make any admissions in connection with such requests.

4. ~~The Debtors' request that~~ Mr. Owens *will* [kg] not ~~be permitted to~~ act as a witness at the hearing on the Owens Claim ~~is GRANTED.~~ [kg]

5. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: May 1, 2017
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE