# Cole Schotz P.C.

500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117 fax

New Jersey
—
New York
—
Maryland
—
Texas
—
Florida

Nicholas J. Brannick (No. 5721)
Associate
Admitted in DE, NY, PA and OH

Reply to Delaware Office
Writer's Direct Line: 302-651-2006
Writer's Direct Fax: 302-574-2106
Writer's E-Mail: nbrannick@coleschotz.com

May 2, 2017

**Via CM/ECF Filing**

The Honorable Kevin Gross
United States Bankruptcy Court for the District
of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

   Re:   SNMP Research, Inc., et al. v. Nortel Networks Inc., et al. (In re Nortel
         Networks, Inc.), et al., Case No. 09-10138-KG, Adv. No. 11-53454-KG

Dear Judge Gross:

   I write on behalf of SNMP Research, Inc. ("SNMPR") and SNMP Research International Inc. ("SNMPRI") (together, "SNMP Research"), regarding the hearing to be held today, May 2, 2017 at 2:00 p.m. EST, on SNMP Research's *Motion to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and To Exclude the Testimony of Dr. Richard Razgaitis* [D.I. 18109]. In preparing for today's hearing, SNMP Research discovered the cases attached hereto that SNMP Research asserts are dispositive regarding the proper interpretation of the term "terminate" and the impropriety of relying on extrinsic evidence to render that interpretation. *See Jefferson Chem. Co. v. Mobay Chem. Co.*, 267 A.2d 635 (Del. Ch. 1970), *DDS Partners, LLC v. Celenza*, 6 A.D.3d 347 (N.Y. App. Div. 2004) and *Hamden v. Total Car Franchising Corp.*, 548 F. App'x 842 (4th Cir. 2013). By this letter, we are alerting the Court and opposing counsel that SNMP Research intends to rely upon these cases at today's hearing.

                                   Respectfully submitted,

                                   COLE SCHOTZ P.C.

                                   */s/ Nicholas J. Brannick*
                                   Nicholas J. Brannick (No. 5721)

Enclosures
cc:   Counsel of Record (*per attached certificate of service*)