**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
                                                          :
*In re*                                                   :        Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,                           :        Case No. 09-10138 (KG)
                                                          :
                                    Debtors.              :        (Jointly Administered)
                                                          :
---------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Nicholas J. Brannick, hereby certify that on May 2, 2017, I caused a copy of the *Letter to Judge Gross* to be served via electronic mail upon the parties listed on the attached service list.

Dated: May 2, 2017                          COLE SCHOTZ P.C.

                                            */s/ Nicholas J. Brannick*
                                            Nicholas J. Brannick (No. 5721)
                                            500 Delaware Avenue, Suite 1410
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 652-3131
                                            Facsimile: (302) 652-3117
                                            nbrannick@coleschotz.com

                                            *Counsel to SNMP Research International,*
                                            *Inc. and SNMP Research, Inc.*

## <u>SERVICE LIST</u>

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Christopher Samis, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
David H. Botter, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036