# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **4/1/2017** | **4/30/2017** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | IT Infrastructure Support/eData Search Support | 120.90 | $590.00 | $71,331.00 |
| 2 | Document Management and Research Support, Call Center | 111.00 | $590.00 | $65,490.00 |
| 3 | Human Resources - Former Employee Related Projects | 17.60 | $590.00 | $10,384.00 |
| 4 | Fee Apps | 39.50 | $590.00 | $23,305.00 |
| 5 | Non-working travel | 33.00 | $295.00 | $9,735.00 |
| 6 | Claims Administration & Reconciliation, Distribution Support | 642.80 | $590.00 | $379,252.00 |
| 7 | Tax/Finance Matters and Budget Projects | 152.50 | $590.00 | $89,975.00 |
| 8 | Misc Debtor Issues and Communications | 89.80 | $590.00 | $52,982.00 |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 255.10 | $590.00 | $150,509.00 |
| | **Hours/Billing Amount for Period:** | **1,462.20** | | **$852,963.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/1/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 1.1 |
| 4/1/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 4/3/2017 | IT infrastructure support | Raj Perubhatla | 1 | 3.5 |
| 4/4/2017 | Data center hardware replacements / rebuilding and configuration of NAS Ubuntu server for disk copies | Brandon Bangerter | 1 | 4.7 |
| 4/4/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 4/5/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 2.3 |
| 4/6/2017 | IT infrastructure support | Raj Perubhatla | 1 | 2.5 |
| 4/7/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 1.3 |
| 4/10/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 1.1 |
| 4/10/2017 | Correspondence re: IT Service Agreements | Kathryn Schultea | 1 | 0.8 |
| 4/10/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 4/11/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 2.2 |
| 4/12/2017 | File system share updates and rights troubleshooting / Server updates and space issues | Brandon Bangerter | 1 | 4.8 |
| 4/12/2017 | IT infrastructure support | Raj Perubhatla | 1 | 1.0 |
| 4/13/2017 | Hardware checks and replacement / inventory of hardware, patches / Prep for Disk searches | Brandon Bangerter | 1 | 6.4 |
| 4/13/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 4/14/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 3.3 |
| 4/14/2017 | IT infrastructure support | Raj Perubhatla | 1 | 4.7 |
| 4/17/2017 | NetBackup policy updates, space checks, server resets, patch updates, etc. | Brandon Bangerter | 1 | 2.9 |
| 4/17/2017 | IT infrastructure support | Raj Perubhatla | 1 | 4.7 |
| 4/18/2017 | IT infrastructure support | Raj Perubhatla | 1 | 6.3 |
| 4/19/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 2.8 |
| 4/20/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 4/24/2017 | Shared folder updates / troubleshooting access rights / Box file system cleanup and organization | Brandon Bangerter | 1 | 2.8 |
| 4/24/2017 | IT infrastructure support | Raj Perubhatla | 1 | 6.3 |
| 4/25/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 2.3 |
| 4/25/2017 | Correspondence re: NNI Domain | Kathryn Schultea | 1 | 0.7 |
| 4/25/2017 | IT infrastructure support | Raj Perubhatla | 1 | 5.5 |
| 4/26/2017 | NetBackup monitoring and restarts, updates to policies | Brandon Bangerter | 1 | 2.6 |
| 4/27/2017 | Hardware setup and configuration, testing and troubleshooting access to resources | Brandon Bangerter | 1 | 4.7 |
| 4/27/2017 | IT infrastructure support | Raj Perubhatla | 1 | 3.5 |
| 4/28/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 2.6 |
| 4/28/2017 | IT infrastructure support | Raj Perubhatla | 1 | 3.7 |
| 4/28/2017 | IT infrastructure support | Raj Perubhatla | 1 | 1.0 |
| 4/29/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 1.3 |
| 4/3/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 1.0 |
| 4/3/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 4/4/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 2.5 |
| 4/4/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 4/5/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/6/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 2.0 |
| 4/6/2017 | Correspondence re: Iron Mountain retrieval requests and review materials | Kathryn Schultea | 2 | 2.0 |
| 4/7/2017 | Research returned mail | Felicia Buenrostro | 2 | 1.0 |
| 4/7/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.3 |
| 4/8/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.8 |
| 4/10/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 1.0 |
| 4/11/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 2.0 |
| 4/12/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 3.5 |
| 4/12/2017 | Open/scan/log mail (W4s and address changes),  research returns via internet and research software and follow-up calls | Felicia Buenrostro | 2 | 3.0 |
| 4/12/2017 | Correspondence re: Iron Mountain retrieval requests | Kathryn Schultea | 2 | 1.5 |
| 4/12/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.7 |
| 4/13/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 3.0 |
| 4/13/2017 | Research returned mail; log calls and forward for returns | Felicia Buenrostro | 2 | 2.5 |
| 4/13/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 3.0 |
| 4/13/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.7 |
| 4/14/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 2.5 |
| 4/14/2017 | Follow-up IM requests and research in database | Felicia Buenrostro | 2 | 3.0 |
| 4/14/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 4/15/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.5 |
| 4/15/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.7 |
| 4/17/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 2.5 |
| 4/17/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.0 |
| 4/17/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.7 |
| 4/18/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 2.5 |
| 4/18/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 1.0 |
| 4/18/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 1.0 |
| 4/19/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 4/20/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 2.5 |
| 4/21/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 3.0 |
| 4/22/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.8 |
| 4/24/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.0 |
| 4/24/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes. | Felicia Buenrostro | 2 | 4.0 |
| 4/24/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 3.0 |
| 4/24/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 4/25/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 4.0 |
| 4/25/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.0 |
| 4/26/2017 | Research returned tax forms/address verifications; remains and call logs | Felicia Buenrostro | 2 | 6.5 |
| 4/26/2017 | Correspondence - Iron Mountain Request | Felicia Buenrostro | 2 | 1.0 |
| 4/27/2017 | Research returned tax forms/address verifications and related findings follow-up | Felicia Buenrostro | 2 | 4.0 |
| 4/27/2017 | Open/scan/log mail and research returns; log calls and communication re same | Felicia Buenrostro | 2 | 3.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/27/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.3 |
| 4/27/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 4/28/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes | Felicia Buenrostro | 2 | 5.0 |
| 4/28/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 2.8 |
| 4/29/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 2.2 |
| 4/4/2017 | Correspondence re: NNI Retirees | Kathryn Schultea | 3 | 1.3 |
| 4/4/2017 | Return calls from former EE on various case mailings/inquiries | Kathryn Schultea | 3 | 2.5 |
| 4/5/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.5 |
| 4/12/2017 | Correspondence re: Withholding tax on employee distributions; W2/W3 matters | Kathryn Schultea | 3 | 2.0 |
| 4/20/2017 | Correspondence re: Request for employment information | Kathryn Schultea | 3 | 2.0 |
| 4/24/2017 | Return calls from former EE's on various case mailings/inquiries | Kathryn Schultea | 3 | 2.5 |
| 4/25/2017 | Correspondence re: Work state verification | Kathryn Schultea | 3 | 1.5 |
| 4/26/2017 | Correspondence re: QDRO claimants | Kathryn Schultea | 3 | 0.8 |
| 4/27/2017 | Correspondence re: NNI EE address changes; reviews and updates | Kathryn Schultea | 3 | 2.5 |
| 4/1/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/7/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/7/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/7/2017 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 4/7/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/8/2017 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 1.5 |
| 4/8/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/8/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/14/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/14/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/14/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.5 |
| 4/14/2017 | Fee application work | Kathryn Schultea | 4 | 2.5 |
| 4/14/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/15/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/15/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/21/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/21/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/21/2017 | Fee application | David Kantorczyk | 4 | 1.0 |
| 4/21/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.0 |
| 4/21/2017 | Fee application work | Kathryn Schultea | 4 | 1.5 |
| 4/21/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 4/22/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/22/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/28/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 4/28/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 4/28/2017 | Fee Application | David Kantorczyk | 4 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/29/2017 | Weekly Fee Application Work and consolidation | Felicia Buenrostro | 4 | 2.5 |
| 4/29/2017 | Fee application work and consolidation for submission | Kathryn Schultea | 4 | 3.5 |
| 4/29/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 4/29/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 4/9/2017 | Non-Working travel (Houston to NY) | Kathryn Schultea | 5 | 5.5 |
| 4/9/2017 | Non-Working Travel:  Houston to Raleigh | Mary Cilia | 5 | 5.0 |
| 4/11/2017 | Non-Working Travel (NY to Houston) | Kathryn Schultea | 5 | 5.5 |
| 4/13/2017 | Non-Working Travel:  Raleigh to Houston | Mary Cilia | 5 | 5.0 |
| 4/24/2017 | Non-Working Travel:  Houston to Wilmington | Mary Cilia | 5 | 6.0 |
| 4/25/2017 | Non-Working Travel:  Wilmington to Houston | Mary Cilia | 5 | 6.0 |
| 4/2/2017 | Claims research to assist Canadian Monitor with cross-border claims | Mary Cilia | 6 | 0.8 |
| 4/3/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.8 |
| 4/3/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 4.3 |
| 4/3/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 3.8 |
| 4/3/2017 | Receiving, analyzing and recording in the Domestic and Foreign EY tax templates information received from claimants tax forms and declarations. | David Kantorczyk | 6 | 5.0 |
| 4/3/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Felicia Buenrostro | 6 | 8.5 |
| 4/3/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.0 |
| 4/3/2017 | Review Test T1 and T2 Employee Claims  - changes for added states | Kathryn Schultea | 6 | 4.5 |
| 4/3/2017 | Correspondence read, review, responded on claim distribution matters | Kathryn Schultea | 6 | 2.5 |
| 4/3/2017 | Correspondence re: Foreign Claims from LSI | Kathryn Schultea | 6 | 1.0 |
| 4/3/2017 | Correspondence re: Claims report | Kathryn Schultea | 6 | 0.8 |
| 4/3/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 1.8 |
| 4/3/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Leticia Barrios | 6 | 6.7 |
| 4/3/2017 | Review of new claims report from EPIQ and docket; related follow up e-mails and update of claims database | Mary Cilia | 6 | 3.3 |
| 4/3/2017 | Review response to omnibus objection, related research and e-mails | Mary Cilia | 6 | 1.6 |
| 4/4/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 4.5 |
| 4/4/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 4.9 |
| 4/4/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Felicia Buenrostro | 6 | 7.0 |
| 4/4/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 3.5 |
| 4/4/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Leticia Barrios | 6 | 7.5 |
| 4/4/2017 | Employee Claims Distribution - Capture address, name, and claim status changes from Epiq reporting | Leticia Barrios | 6 | 2.3 |
| 4/5/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 5.4 |
| 4/5/2017 | Claims administration meeting with EY on taxes, distributions, solicitations, upcoming events and planning | Brandon Bangerter | 6 | 1.0 |
| 4/5/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 4.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/5/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Felicia Buenrostro | 6 | 7.0 |
| 4/5/2017 | Review Test T1 and T2 Employee Claims | Kathryn Schultea | 6 | 1.5 |
| 4/5/2017 | Correspondence re: RIPR Claimants and review documentation | Kathryn Schultea | 6 | 3.5 |
| 4/5/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from manual calculated states (CT, OR, and MA) | Leticia Barrios | 6 | 2.3 |
| 4/5/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Leticia Barrios | 6 | 5.2 |
| 4/6/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 6.8 |
| 4/6/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 2.3 |
| 4/6/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 3.4 |
| 4/6/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Felicia Buenrostro | 6 | 8.0 |
| 4/6/2017 | Correspondence re: Interim distribution checks | Kathryn Schultea | 6 | 1.5 |
| 4/6/2017 | Correspondence re: distribution follow up calls | Kathryn Schultea | 6 | 2.5 |
| 4/6/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from deceased claimants and estate owners | Leticia Barrios | 6 | 1.3 |
| 4/6/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA, and OR) | Leticia Barrios | 6 | 7.2 |
| 4/6/2017 | Read, review, research and respond to various e-mails re:  claims | Mary Cilia | 6 | 0.9 |
| 4/7/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.4 |
| 4/7/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 4.5 |
| 4/7/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 8.7 |
| 4/7/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 7.5 |
| 4/7/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.5 |
| 4/7/2017 | Conference Call re: Nortel weekly debrief | Kathryn Schultea | 6 | 0.5 |
| 4/7/2017 | Review Test T1 and T2 Employee Claims | Kathryn Schultea | 6 | 2.5 |
| 4/7/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Leticia Barrios | 6 | 7.2 |
| 4/7/2017 | Conference call with T. Ayres re:  cross-border claims; related follow up research and e-mails | Mary Cilia | 6 | 1.7 |
| 4/7/2017 | Read, review, research and respond to various e-mails re:  claims | Mary Cilia | 6 | 0.6 |
| 4/7/2017 | Research related to omnibus objection response | Mary Cilia | 6 | 1.9 |
| 4/8/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 6.6 |
| 4/8/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 4.0 |
| 4/8/2017 | Review Test T1 and T2 Employee Claims  - changes for added states | Kathryn Schultea | 6 | 6.5 |
| 4/10/2017 | Research and reporting on foreign claimants work location and addresses | Brandon Bangerter | 6 | 3.3 |
| 4/10/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.7 |
| 4/10/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/10/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations listed on test plan | Felicia Buenrostro | 6 | 7.0 |
| 4/10/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.5 |
| 4/10/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations listed on test plan | Leticia Barrios | 6 | 7.8 |
| 4/10/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from GA, MA, CT, and OR | Leticia Barrios | 6 | 2.3 |
| 4/10/2017 | Read, review, research and respond to various e-mails re:  claims | Mary Cilia | 6 | 0.8 |
| 4/10/2017 | Claims database updates | Raj Perubhatla | 6 | 4.5 |
| 4/11/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 6.6 |
| 4/11/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 6.8 |
| 4/11/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations listed on test plan | Felicia Buenrostro | 6 | 8.5 |
| 4/11/2017 | Correspondence re: Foreign claims from LSI | Kathryn Schultea | 6 | 0.8 |
| 4/11/2017 | Employee Claims Distribution - research returns for void/reissue | Kathryn Schultea | 6 | 1.3 |
| 4/11/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations listed on test plan | Leticia Barrios | 6 | 8.3 |
| 4/11/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from GA, MA, CT, and OR | Leticia Barrios | 6 | 1.7 |
| 4/12/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.7 |
| 4/12/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.9 |
| 4/12/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.5 |
| 4/12/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation including address changes | Leticia Barrios | 6 | 7.2 |
| 4/12/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from GA, MA, CT, and OR | Leticia Barrios | 6 | 1.0 |
| 4/13/2017 | QuickBooks collaboration meeting on roles and responsibilities | Brandon Bangerter | 6 | 1.2 |
| 4/13/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 6.8 |
| 4/13/2017 | Correspondence re: Claim payments and W9 Forms | Kathryn Schultea | 6 | 1.5 |
| 4/13/2017 | Correspondence re: Interim distribution checks | Kathryn Schultea | 6 | 1.3 |
| 4/13/2017 | Employee Claims Distribution - Review all CA SIT calculations, W-4's submitted by claimants and update W-4 layout file | Leticia Barrios | 6 | 7.3 |
| 4/13/2017 | Conference call with Cleary re:  omnibus objection response; related prep and follow up e-mails and research | Mary Cilia | 6 | 2.4 |
| 4/14/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.8 |
| 4/14/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 7.6 |
| 4/14/2017 | Review the W-4 layout file with W-4's received from 2017 tax solicitation | Kathryn Schultea | 6 | 1.3 |
| 4/14/2017 | Review Test T1 and T2 Employee Claims | Kathryn Schultea | 6 | 3.5 |
| 4/14/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from GA, MA, CT, and OR | Leticia Barrios | 6 | 2.2 |
| 4/14/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations | Leticia Barrios | 6 | 5.5 |
| 4/14/2017 | Research restored hard drives and other documents for omnibus objection response | Mary Cilia | 6 | 3.3 |
| 4/15/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 9.3 |
| 4/15/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 3.5 |
| 4/15/2017 | Research restored hard drives and other documents for omnibus objection response | Mary Cilia | 6 | 3.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/17/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.4 |
| 4/17/2017 | Employee Claims Distribution - answer emails and return calls from claimants | Daniel Tollefsen | 6 | 3.3 |
| 4/17/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.0 |
| 4/17/2017 | Correspondence re: W9 discussion | Kathryn Schultea | 6 | 1.5 |
| 4/17/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation including address changes | Leticia Barrios | 6 | 1.5 |
| 4/17/2017 | Research restored hard drives and other documents for omnibus objection response | Mary Cilia | 6 | 4.6 |
| 4/18/2017 | Running BOXI reports for claim individuals / Employment verifications, etc. | Brandon Bangerter | 6 | 3.5 |
| 4/18/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.2 |
| 4/18/2017 | Employee Claims Distribution - answer emails and return calls from claimants | Daniel Tollefsen | 6 | 2.9 |
| 4/18/2017 | Review of Foreign and Domestic tax templates and correspondence to EY regarding same. | David Kantorczyk | 6 | 1.0 |
| 4/18/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation including address changes | Leticia Barrios | 6 | 5.2 |
| 4/18/2017 | Conference call with T. Ayres re:  cross-border omnibus objection response; related follow up | Mary Cilia | 6 | 0.9 |
| 4/18/2017 | Further research and review of documents and proposed reply re:  omnibus objection response; related e-mails and calls | Mary Cilia | 6 | 4.5 |
| 4/18/2017 | Read, review, research and respond to various e-mails re:  claims | Mary Cilia | 6 | 0.4 |
| 4/19/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.3 |
| 4/19/2017 | Employee Claims Distribution - answer emails and return calls from claimants | Daniel Tollefsen | 6 | 3.2 |
| 4/19/2017 | Review of Foreign and Domestic tax templates and correspondence to EY regarding same. | David Kantorczyk | 6 | 0.8 |
| 4/19/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 3.0 |
| 4/19/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from GA, MA, CT, and OR | Leticia Barrios | 6 | 1.8 |
| 4/19/2017 | Further research and review of documents re:  omnibus objection response; related e-mails | Mary Cilia | 6 | 4.9 |
| 4/20/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 2.1 |
| 4/20/2017 | Employee Claims Distribution - answer emails and return calls from claimants | Daniel Tollefsen | 6 | 2.8 |
| 4/20/2017 | Correspondence re: NNI claims processing matters | Kathryn Schultea | 6 | 0.8 |
| 4/20/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation including address changes | Leticia Barrios | 6 | 4.7 |
| 4/20/2017 | Conference call re:  omnibus objection response and reply; related prep and follow up research | Mary Cilia | 6 | 3.1 |
| 4/21/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 2.4 |
| 4/21/2017 | Employee Claims Distribution - answer emails and return calls from claimants | Daniel Tollefsen | 6 | 3.1 |
| 4/21/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from GA, MA, CT, and OR | Leticia Barrios | 6 | 4.3 |
| 4/21/2017 | Claims database updates | Raj Perubhatla | 6 | 6.5 |
| 4/22/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 9.8 |
| 4/22/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 3.5 |
| 4/24/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.3 |
| 4/24/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 9.6 |
| 4/24/2017 | Correspondence re: Follow up on employment records review for addresses | Kathryn Schultea | 6 | 1.5 |
| 4/24/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 8.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/24/2017 | Review of documents in preparation for objection hearing | Mary Cilia | 6 | 1.9 |
| 4/24/2017 | Research, calls and e-mails related to : omnibus objection hearing and subsequently filed emergency motion | Mary Cilia | 6 | 4.7 |
| 4/25/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.8 |
| 4/25/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 10.9 |
| 4/25/2017 | Review of Foreign and Domestic tax templates and correspondence to EY regarding same. | David Kantorczyk | 6 | 6.0 |
| 4/25/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 2.5 |
| 4/25/2017 | Research foreign claimant matters | Kathryn Schultea | 6 | 1.5 |
| 4/25/2017 | Correspondence re: Non-qualified Pension and FICA taxes | Kathryn Schultea | 6 | 0.5 |
| 4/25/2017 | Correspondence re: Transmittal letter for non-employee distribution | Kathryn Schultea | 6 | 0.8 |
| 4/25/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 2.5 |
| 4/25/2017 | Employee Claims Distribution - Populate the W-4 Layout file with W-4's received from 2017 tax solicitation | Leticia Barrios | 6 | 9.3 |
| 4/25/2017 | Read, review, research and respond to e-mails re: cross-border claims | Mary Cilia | 6 | 0.8 |
| 4/26/2017 | Claims administration meeting with EY on taxes, distributions, solicitations, upcoming events and planning | Brandon Bangerter | 6 | 1.0 |
| 4/26/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.8 |
| 4/26/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants | Daniel Tollefsen | 6 | 9.4 |
| 4/26/2017 | Revision of Foreign and tax templates and correspondence to EY regarding same. | David Kantorczyk | 6 | 3.0 |
| 4/26/2017 | Revision of Domestic tax template. | David Kantorczyk | 6 | 2.0 |
| 4/26/2017 | Correspondence with claimant regarding distributions. | David Kantorczyk | 6 | 0.5 |
| 4/26/2017 | Conference Call re: Non-qualified pension and FICA taxes discussion | Kathryn Schultea | 6 | 0.5 |
| 4/26/2017 | Correspondence re: RIPR Claimants | Kathryn Schultea | 6 | 1.5 |
| 4/26/2017 | Correspondence re: Written response to unemployment claims | Kathryn Schultea | 6 | 0.3 |
| 4/26/2017 | Correspondence read, review, responded on claim distribution processing | Kathryn Schultea | 6 | 2.0 |
| 4/26/2017 | Employee Claims Distribution - Determine FICA exemptions for all pension claimants using the Northern Trust payment register and code in W-4 Layout | Leticia Barrios | 6 | 8.7 |
| 4/26/2017 | Conference Call with EY re: FICA withholding on non-qualified pensions and QDROs; related prep and follow up | Mary Cilia | 6 | 0.9 |
| 4/26/2017 | Further research, calls and e-mails related to : omnibus objection response | Mary Cilia | 6 | 2.4 |
| 4/27/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.2 |
| 4/27/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 10.9 |
| 4/27/2017 | Review and record as unable to deliver tax packets | David Kantorczyk | 6 | 0.5 |
| 4/27/2017 | Revise and transmit Domestic tax template to EY with additional comments | David Kantorczyk | 6 | 3.5 |
| 4/27/2017 | Employee Claims Distribution - research returns for void/reissue | Kathryn Schultea | 6 | 2.5 |
| 4/27/2017 | Employee Claims Distribution - Determine FICA exemptions for all pension claimants using the Northern Trust payment register and code in W-4 Layout | Leticia Barrios | 6 | 8.7 |
| 4/27/2017 | Follow up e-mails re: various claims, accounting and distribution issues | Mary Cilia | 6 | 0.8 |
| 4/28/2017 | Former employees lookups and research for current phone, address information | Brandon Bangerter | 6 | 5.5 |
| 4/28/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 11.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/28/2017 | Phone call with EY regarding distribution process including preparation and summarization | David Kantorczyk | 6 | 0.5 |
| 4/28/2017 | Correspondence re: Lexis Nexus | Felicia Buenrostro | 6 | 0.5 |
| 4/28/2017 | Conference Call re: Nortel weekly debrief | Kathryn Schultea | 6 | 1.0 |
| 4/28/2017 | Employee Claims Distribution - Address changes for W2 | Kathryn Schultea | 6 | 2.3 |
| 4/28/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 2.5 |
| 4/28/2017 | Emails received, read, researched, responded re: specific claimant matters | Kathryn Schultea | 6 | 2.0 |
| 4/28/2017 | Employee Claims Distribution - Populate the W-4 Layout file with Federal and State W-4's received including address changes | Leticia Barrios | 6 | 8.3 |
| 4/28/2017 | Review, research and respond to omnibus objection response reply | Mary Cilia | 6 | 2.1 |
| 4/29/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 10.4 |
| 4/3/2017 | Read, review and research e-mails related to India tax claims and refunds | Mary Cilia | 7 | 0.8 |
| 4/3/2017 | EY follow-up from 3/31 call | Richard Lydecker | 7 | 0.8 |
| 4/4/2017 | Receiving, analyzing and recording in the Domestic tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Domestic tax template and transmission to EY. | David Kantorczyk | 7 | 5.0 |
| 4/4/2017 | Correspondence re: M&T Bank and related follow up | Kathryn Schultea | 7 | 1.8 |
| 4/4/2017 | Reconciliation of March bank accounts and related reporting | Mary Cilia | 7 | 5.7 |
| 4/4/2017 | Prepare tax accrual roll forward reconciliation | Mary Cilia | 7 | 0.9 |
| 4/4/2017 | Prepare and reconcile various QuickBooks entries | Mary Cilia | 7 | 1.6 |
| 4/5/2017 | Receiving, analyzing and recording in the Foreign tax template information received from claimants tax forms and declarations. Corresponding with claimants regarding same. Revision of Foreign tax template and transmission to EY. | David Kantorczyk | 7 | 4.0 |
| 4/5/2017 | Review and reconcile weekly payment proposal and direction letter | Mary Cilia | 7 | 1.2 |
| 4/5/2017 | Documentation of accounting policies, procedures and controls | Mary Cilia | 7 | 4.8 |
| 4/6/2017 | Review re: M&T Bank Statements | Kathryn Schultea | 7 | 0.7 |
| 4/6/2017 | Correspondence re: federal and state tax withholding matters | Kathryn Schultea | 7 | 2.5 |
| 4/6/2017 | Read, review, research and respond to various e-mails re:  CIENA settlement proceeds | Mary Cilia | 7 | 0.7 |
| 4/6/2017 | Review of unclaimed property files and prior claims; related e-mail correspondence with D. Kantorczyk | Mary Cilia | 7 | 1.4 |
| 4/6/2017 | Continued transition planning and QuickBooks review for upcoming meetings in Raleigh | Mary Cilia | 7 | 5.9 |
| 4/7/2017 | Correspondence re: M&T Bank and related follow up | Kathryn Schultea | 7 | 1.3 |
| 4/7/2017 | Read, review and prepare bank signatory forms and related e-mails | Mary Cilia | 7 | 0.4 |
| 4/7/2017 | Continued transition planning and QuickBooks review for upcoming meetings in Raleigh | Mary Cilia | 7 | 3.2 |
| 4/7/2017 | Call tax projects JS,KL,JW,KS,DA | Richard Lydecker | 7 | 0.3 |
| 4/7/2017 | Review draft responses to Ca. IDR | Richard Lydecker | 7 | 0.5 |
| 4/10/2017 | Onsite (NYC at EY site) - Meeting with EY re: Quarterly deposits and tax withholding matters | Kathryn Schultea | 7 | 3.0 |
| 4/10/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 9.7 |
| 4/11/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 11.1 |
| 4/11/2017 | Conference call re:  non-debtor entity wind down; related follow up | Mary Cilia | 7 | 0.8 |
| 4/12/2017 | M&T Bank checks review and reorder | Kathryn Schultea | 7 | 0.5 |
| 4/12/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 10.4 |
| 4/12/2017 | E-mails related to new bank account opening | Mary Cilia | 7 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/13/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.7 |
| 4/13/2017 | Finance/ Accounting transition meetings and follow up documentation/ completion of work flow | Mary Cilia | 7 | 5.1 |
| 4/13/2017 | Conference call with RLKS re:  QuickBooks permissions and control process transition; related prep and follow up | Mary Cilia | 7 | 1.2 |
| 4/14/2017 | M&T Bank Agreement | Kathryn Schultea | 7 | 0.8 |
| 4/14/2017 | Close March books in QuickBooks, back-up files; documentation and related e-mails | Mary Cilia | 7 | 3.2 |
| 4/14/2017 | Review and input invoices into QuickBooks | Mary Cilia | 7 | 0.8 |
| 4/14/2017 | EY update call JS,DA,JW,AB,KL | Richard Lydecker | 7 | 0.4 |
| 4/15/2017 | Review cleared checks and outstanding items with related follow-up | Kathryn Schultea | 7 | 4.5 |
| 4/17/2017 | Follow-up Correspondence re: Canadian tax withholding | Kathryn Schultea | 7 | 1.3 |
| 4/17/2017 | Read, review, research and respond to various e-mails re:  non-debtor wind down/liquidations | Mary Cilia | 7 | 1.9 |
| 4/17/2017 | Review unclaimed property files and notes from D. Kantorczyk | Mary Cilia | 7 | 0.8 |
| 4/18/2017 | Voids/Re-Issues; M&T validation and clearing review | Kathryn Schultea | 7 | 3.5 |
| 4/18/2017 | Correspondence re: tax withholding matters | Kathryn Schultea | 7 | 0.8 |
| 4/18/2017 | Conference call with D. Kantorczyk re:  unclaimed property project; related prep and follow up | Mary Cilia | 7 | 1.4 |
| 4/18/2017 | Conference call with T. Ross re:  bank set up transition and foreign bank reporting; related follow up | Mary Cilia | 7 | 0.6 |
| 4/18/2017 | Review and enter invoices, payments and intercompany billings into QuickBooks; related e-mails | Mary Cilia | 7 | 2.4 |
| 4/19/2017 | Correspondence re: Bank reconciliation, clear check review | Kathryn Schultea | 7 | 3.5 |
| 4/19/2017 | Read and review various e-mails re:  non-debtor wind down/liquidations, financial statements and tax returns | Mary Cilia | 7 | 2.8 |
| 4/20/2017 | Conference Call re: Nortel weekly debrief and follow-up | Kathryn Schultea | 7 | 1.0 |
| 4/20/2017 | Conference call re:  non-debtor entity wind down/ liquidation plan; related prep and follow up | Mary Cilia | 7 | 2.6 |
| 4/20/2017 | Review and reconcile weekly payment proposal and direction letter | Mary Cilia | 7 | 1.5 |
| 4/20/2017 | Tax review JS,DA,KL,JW,AB,KS | Richard Lydecker | 7 | 0.4 |
| 4/21/2017 | Read and review various e-mails re:  non-debtor wind down/liquidations, financial statements and tax returns | Mary Cilia | 7 | 2.4 |
| 4/21/2017 | Review invoices and other entries for QuickBooks | Mary Cilia | 7 | 1.8 |
| 4/24/2017 | Tax agency payments | Kathryn Schultea | 7 | 2.3 |
| 4/24/2017 | Review and input invoices, cash settlements and intercompany entries into QuickBooks; related e-mails and calls | Mary Cilia | 7 | 3.2 |
| 4/24/2017 | E-mails with D. Kantorczyk re:  unclaimed property project | Mary Cilia | 7 | 0.7 |
| 4/25/2017 | Correspondence re: Bank order checks | Kathryn Schultea | 7 | 0.3 |
| 4/25/2017 | Review of NTEC documents sent by T. Ross | Mary Cilia | 7 | 1.8 |
| 4/25/2017 | Review of Guatemala documents sent by Cleary | Mary Cilia | 7 | 1.6 |
| 4/26/2017 | Correspondence re: Tax reconciliation | Kathryn Schultea | 7 | 1.5 |
| 4/26/2017 | Input cash transfers into QuickBooks; other entries and related e-mails and calls | Mary Cilia | 7 | 2.1 |
| 4/26/2017 | Review March EY fees | Richard Lydecker | 7 | 0.5 |
| 4/27/2017 | Correspondence re: Returned checks | Kathryn Schultea | 7 | 0.8 |
| 4/27/2017 | Follow up on Bank order checks | Kathryn Schultea | 7 | 0.5 |
| 4/27/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 1.0 |
| 4/27/2017 | Review and enter various transactions into QuickBooks; related e-mails | Mary Cilia | 7 | 3.1 |
| 4/27/2017 | Conference call with T. Ross re:  bank account access and payment process; related follow up and documentation | Mary Cilia | 7 | 2.9 |
| 4/28/2017 | Review and input invoices, cash settlements and intercompany entries into QuickBooks; related documentation | Mary Cilia | 7 | 3.4 |
| 4/28/2017 | EY call JS,KS,KS,JW | Richard Lydecker | 7 | 0.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/30/2017 | M&T Bank clearing review and statement pull | Kathryn Schultea | 7 | 1.3 |
| 4/7/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims | David Kantorczyk | 8 | 5.0 |
| 4/10/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims | David Kantorczyk | 8 | 6.0 |
| 4/11/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims | David Kantorczyk | 8 | 6.8 |
| 4/12/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims | David Kantorczyk | 8 | 7.0 |
| 4/13/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Review and document the filing requirements for particular states | David Kantorczyk | 8 | 6.0 |
| 4/13/2017 | Conference Call with RLKS team re: Final transition discussion | Kathryn Schultea | 8 | 1.0 |
| 4/14/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Review and document the filing requirements for particular states | David Kantorczyk | 8 | 7.0 |
| 4/14/2017 | Correspondence re: turn back dispute | Kathryn Schultea | 8 | 0.8 |
| 4/14/2017 | Correspondence re: Lexis Nexis | Kathryn Schultea | 8 | 0.5 |
| 4/17/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Review and document the filing requirements for particular states | David Kantorczyk | 8 | 6.0 |
| 4/18/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 5.0 |
| 4/19/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 6.0 |
| 4/19/2017 | Correspondence re: Transitional review | Kathryn Schultea | 8 | 0.3 |
| 4/19/2017 | Correspondence re: Lexis Nexis follow up | Kathryn Schultea | 8 | 0.5 |
| 4/20/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 4.5 |
| 4/21/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 6.0 |
| 4/21/2017 | Correspondence re: NNI D&O Update | Kathryn Schultea | 8 | 2.0 |
| 4/24/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 7.0 |
| 4/24/2017 | Correspondence re: Unclaimed property | Kathryn Schultea | 8 | 1.0 |
| 4/25/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 1.0 |
| 4/25/2017 | Correspondence re: facility items and document follow-up | Kathryn Schultea | 8 | 0.5 |
| 4/26/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 2.0 |
| 4/27/2017 | Correspondence re: NNI D&O; follow-up on materials and historical documents | Kathryn Schultea | 8 | 0.6 |
| 4/28/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims | David Kantorczyk | 8 | 5.5 |
| 4/28/2017 | Correspondence re: Unclaimed funds | Kathryn Schultea | 8 | 1.3 |
| 4/28/2017 | Correspondence re: Transitional review follow up | Kathryn Schultea | 8 | 0.5 |
| 4/1/2017 | G2N Multiple distributions development:Fica | Raj Perubhatla | 9 | 2.5 |
| 4/2/2017 | G2N Multiple distributions development:Fica | Raj Perubhatla | 9 | 9.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/3/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.9 |
| 4/3/2017 | Review revised tax withholding templates for claims distributions | Mary Cilia | 9 | 2.1 |
| 4/3/2017 | G2N Multiple distributions development:Fica | Raj Perubhatla | 9 | 5.5 |
| 4/4/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.3 |
| 4/4/2017 | G2N Multiple distributions development:Fica | Raj Perubhatla | 9 | 4.7 |
| 4/4/2017 | Call to discuss manually processed claims | Raj Perubhatla | 9 | 0.7 |
| 4/5/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Felicia Buenrostro | 9 | 1.0 |
| 4/5/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Kathryn Schultea | 9 | 1.0 |
| 4/5/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Leticia Barrios | 9 | 1.0 |
| 4/5/2017 | Review non-qualified FICA analysis from EY and perform research on potential application | Mary Cilia | 9 | 1.7 |
| 4/5/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.6 |
| 4/5/2017 | Weekly Status Call | Raj Perubhatla | 9 | 0.7 |
| 4/5/2017 | G2N Multiple distributions development:Fica | Raj Perubhatla | 9 | 8.5 |
| 4/5/2017 | G2N Multiple distributions development:Oregon Claims | Raj Perubhatla | 9 | 2.5 |
| 4/6/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 0.8 |
| 4/6/2017 | G2N Multiple distributions development:Oregon Claims | Raj Perubhatla | 9 | 8.5 |
| 4/7/2017 | G2N Multiple distributions development:Oregon Claims | Raj Perubhatla | 9 | 8.5 |
| 4/8/2017 | G2N Multiple distributions development:foreign claims | Raj Perubhatla | 9 | 9.0 |
| 4/9/2017 | G2N Multiple distributions development:foreign claims | Raj Perubhatla | 9 | 9.5 |
| 4/11/2017 | Read, review, research and respond to e-mails re:  NNIII plan of reorganization | Mary Cilia | 9 | 0.4 |
| 4/11/2017 | Call to discuss Puerto Rico Taxes | Raj Perubhatla | 9 | 0.7 |
| 4/11/2017 | G2N Multiple distributions development:CT Taxes | Raj Perubhatla | 9 | 11.5 |
| 4/12/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.7 |
| 4/12/2017 | G2N Multiple distributions development:LSI distro reload | Raj Perubhatla | 9 | 10.5 |
| 4/13/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 4.5 |
| 4/14/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.5 |
| 4/14/2017 | Call to discuss QuickBooks | Raj Perubhatla | 9 | 0.8 |
| 4/15/2017 | G2N Multiple distributions development:RIPR Fica | Raj Perubhatla | 9 | 5.7 |
| 4/16/2017 | G2N Multiple distributions development:RIPR Fica | Raj Perubhatla | 9 | 8.0 |
| 4/17/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.3 |
| 4/17/2017 | G2N Multiple distributions development:RIPR Fica | Raj Perubhatla | 9 | 4.2 |
| 4/18/2017 | Research and e-mails re:  intercompany claims and potential tax withholdings on distributions | Mary Cilia | 9 | 2.8 |
| 4/18/2017 | G2N Multiple distributions development:RIPR Fica | Raj Perubhatla | 9 | 2.8 |
| 4/19/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.7 |
| 4/19/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 9.0 |
| 4/20/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.7 |
| 4/20/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 4.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/21/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.3 |
| 4/22/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 8.0 |
| 4/23/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 8.5 |
| 4/24/2017 | Correspondence re: Nortel closing documents | Kathryn Schultea | 9 | 1.0 |
| 4/24/2017 | Integration Model development | Raj Perubhatla | 9 | 2.7 |
| 4/25/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 3.2 |
| 4/25/2017 | Integration Model development | Raj Perubhatla | 9 | 2.5 |
| 4/25/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 1.2 |
| 4/26/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 4/26/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Felicia Buenrostro | 9 | 1.0 |
| 4/26/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Kathryn Schultea | 9 | 1.0 |
| 4/26/2017 | Research e-mails and documentation related to Effective Date planning | Kathryn Schultea | 9 | 1.0 |
| 4/26/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Leticia Barrios | 9 | 1.0 |
| 4/26/2017 | Read, review, research and respond to e-mails re:  tax templates | Mary Cilia | 9 | 0.7 |
| 4/26/2017 | Conference call with EY re:  claims distributions and handling of intercompany claims; related prep and follow up | Mary Cilia | 9 | 2.8 |
| 4/26/2017 | G2N Multiple distributions development | Raj Perubhatla | 9 | 1.2 |
| 4/26/2017 | Weekly Status Call | Raj Perubhatla | 9 | 1.5 |
| 4/26/2017 | G2N Multiple distributions development:Puerto Rico | Raj Perubhatla | 9 | 9.5 |
| 4/27/2017 | Correspondence re: Effective date update | Kathryn Schultea | 9 | 0.7 |
| 4/27/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.2 |
| 4/27/2017 | G2N Multiple distributions development:Puerto Rico | Raj Perubhatla | 9 | 7.2 |
| 4/28/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.8 |
| 4/28/2017 | G2N Multiple distributions development:Puerto Rico | Raj Perubhatla | 9 | 9.5 |
| 4/29/2017 | G2N Multiple distributions development:3rd testing | Raj Perubhatla | 9 | 12.3 |
| 4/30/2017 | G2N Multiple distributions development:3rd testing | Raj Perubhatla | 9 | 12.0 |