# EXHIBIT B

# EXHIBIT B
**EXPENSE SUMMARY**

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**April 1 - 30, 2017**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline (at economy fare booking) | $ 3,154.80 |
| Travel – Lodging | 2,042.98 |
| Travel – Transportation | 1,156.74 |
| Travel – Meals | 215.98 |
| Office Expenses | 82.50 |
| TOTAL | $ 6,653.00 |
| | |

## Nortel Expense Report
**PERIOD:** April 1 - 30, 2017

| Date | Description | Air | Lodging | Transportation | Meals | Office Expenses | Professional | Comments on Meals/Transportation |
|---|---|---|---|---|---|---|---|---|
| 4/1/2017 | Raleigh - Regus | | | | | $ 67.50 | Kathryn Schultea | Nortel daily office space rental (March Invoice) |
| 4/9/2017 | Travel to Client Site | $443.20 | $327.29 | $191.31 | | | Mary Cilia | A-Economy Airfare; T - Car Service from Home Office to Airport, Hotel Parking and Avis Rental Car; |
| 4/10/2017 | Travel to EY Client meeting | $308.00 | $267.72 | $175.51 | | | Kathryn Schultea | Economy airfare; One night hotel stay; car service to airport |
| 4/10/2017 | On site at Client | | $372.59 | $77.57 | $47.91 | | Mary Cilia | T - Hotel Parking and Avis Rental Car; M-L=$14.00; D=$33.91 |
| 4/11/2017 | Travel from EY Client meeting | $308.00 | | | | | Kathryn Schultea | Economy airfare |
| 4/11/2017 | On site at Client | | $395.24 | $77.57 | $46.43 | | Mary Cilia | T - Hotel Parking and Avis Rental Car; M-D=$46.43 |
| 4/12/2017 | On site at Client | | $395.24 | $57.57 | $43.72 | $ 15.00 | Mary Cilia | T - Avis Rental Car; M-D=$43.72; O - Passport Photos for Bank Signatory Documents |
| 4/13/2017 | Travel from Client Site | $443.20 | | $171.31 | $34.15 | | Mary Cilia | A-Economy Airfare; T - Avis Rental Car and Car Service from Airport to Home Office;  M-L=$34.15 |
| 4/24/2017 | Travel to Bankruptcy Court | $826.20 | $284.90 | $209.20 | $30.77 | | Mary Cilia | A-Economy Airfare (little advance notice); T - Car Service from Home Office to Airport, Hotel Parking and Avis Rental Car; M-L=$8.00; D=$22.77 |
| 4/25/2017 | Travel from Bankruptcy Court | $826.20 | | $196.70 | $13.00 | | Mary Cilia | A-Economy Airfare (little advance notice); T - Avis Rental Car and Car Service from Airport to Home Office;  M-B=$13.00; |
| | | $ 3,154.80 | $ 2,042.98 | $ 1,156.74 | $ 215.98 | $ 82.50 | | |