IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X   Chapter 11
:
*In re*                                                    :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                         :   Jointly Administered
:
               Debtors.                :
:
----------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 5, 2017 AT 2:00 P.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER GOING FORWARD**

1. Debtors' Motion Pursuant to Sections 105(a) and 1142 of the Bankruptcy Code for Entry of an Order Authorizing and Approving the Debtors' Entry into the Waiver and Reserve Agreement (D.I. 18136, Filed 4/27/17).

    Objection Deadline:  May 5, 2017 at 2:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    (a) Debtors' Motion for Entry of an Order Shortening (I) Notice of the Hearing to Consider Approval of the Debtors' Entry into the Waiver and Reserve Agreement and (II) the Deadline to Object to Such Approval (D.I. 18137, Filed 4/27/17); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)     Order Granting Debtors' Motion for Entry of an Order Shortening the Objection Deadline and Notice of the Hearing to Consider Approval of the Waiver and Reserve Agreement (D.I. 18143, Entered 4/28/17).

<u>Status</u>: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: May 3, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999 |

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*