**Exhibit 1**

**U.S. DEBTORS' EXHIBIT LIST**

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-1A; D-1B | NNC0511421 | NNC0511439 | |
| D-2 | SNMP_NCA_00139177 | SNMP_NCA_00139195 | |
| D-3 | SNMP_NUS_00002490 | SNMP_NUS_00002491 | |
| D-4 | SNMP_NUS_00002492 | SNMP_NUS_00002494 | |
| D-5 | SNMP_NUS_00003621 | SNMP_NUS_00003642 | |
| D-6A; D-6B | SNMP_DOC-0099020 | SNMP_DOC-0099040 | |
| D-7A; D-7B | NNC0024690 | NNC0024691 | |
| D-8 | SNMP_NUS_00002150 | SNMP_NUS_00002151 | |
| D-9 | SNMP_NUS_00002145 | SNMP_NUS_00002149 | |
| D-10 | SNMP_NUS_00002152 | SNMP_NUS_00002156 | |
| D-11 | SNMP_NUS_00002157 | SNMP_NUS_00002159 | |
| D-12 | SNMP_NUS_00002160 | SNMP_NUS_00002164 | |
| D-13 | NNI-SNMPRI_00023440 | NNI-SNMPRI_00023441 | |
| D-14 | NNI-SNMPRI_00023442 | NNI-SNMPRI_00023443 | |
| D-15 | NNI-SNMPRI_00023444 | NNI-SNMPRI_00023445 | |
| D-16 | SNMP_NUS_00002180 | SNMP_NUS_00002181 | |
| D-17 | SNMP_NUS_00002182 | SNMP_NUS_00002185 | |
| D-18 | SNMP_NUS_00002186 | SNMP_NUS_00002188 | |
| D-19 | SNMP_NUS_00002189 | SNMP_NUS_00002193 | |
| D-20 | SNMP_NUS_00002194 | SNMP_NUS_00002195 | |
| D-21 | NNI-SNMPRI_00023446 | NNI-SNMPRI_00023447 | |
| D-22 | NNI-SNMPRI_00023448 | NNI-SNMPRI_00023449 | |
| D-23 | NNI-SNMPRI_00023450 | NNI-SNMPRI_00023454 | |
| D-24 | NNI-SNMPRI_00023455 | NNI-SNMPRI_00023456 | |
| D-25 | SNMP_NUS_00002210 | SNMP_NUS_00002211 | |
| D-26 | SNMP_NUS_00002212 | SNMP_NUS_00002216 | |
| D-27 | SNMP_NUS_00002217 | SNMP_NUS_00002221 | |
| D-28 | NNI-SNMPRI_00023457 | NNI-SNMPRI_00023458 | |
| D-29 | NNI-SNMPRI_00023459 | NNI-SNMPRI_00023463 | |
| D-30 | NNI-SNMPRI_00023464 | NNI-SNMPRI_00023465 | |
| D-31 | SNMP_NUS_00002231 | SNMP_NUS_00002235 | |
| D-32 | SNMP_NUS_00002236 | SNMP_NUS_00002240 | |
| D-33 | SNMP_NUS_00002241 | SNMP_NUS_00002245 | |
| D-34 | SNMP_NUS_00002246 | SNMP_NUS_00002250 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-35 | SNMP_NUS_00002251 | SNMP_NUS_00002255 | |
| D-36 | SNMP_NUS_00002256 | SNMP_NUS_00002258 | |
| D-37 | SNMP_NUS_00002259 | SNMP_NUS_00002263 | |
| D-38 | NNI-SNMPRI_00023476 | NNI-SNMPRI_00023477 | |
| D-39 | NNI-SNMPRI_00023480 | NNI-SNMPRI_00023481 | |
| D-40 | SNMP_NCA_00130248 | SNMP_NCA_00130252 | |
| D-41 | NNI-SNMPRI_00023482 | NNI-SNMPRI_00023483 | |
| D-42 | SNMP_NUS_00002273 | SNMP_NUS_00002274 | |
| D-43 | SNMP_NUS_00002275 | SNMP_NUS_00002276 | |
| D-44 | NNI-SNMPRI_00023486 | NNI-SNMPRI_00023487 | |
| D-45 | SNMP_NCA_00139469 | SNMP_NCA_00139470 | |
| D-46 | NNI-SNMPRI_00023490 | NNI-SNMPRI_00023492 | |
| D-47 | SNMP_NUS_00002282 | SNMP_NUS_00002284 | |
| D-48 | SNMP_NUS_00002285 | SNMP_NUS_00002288 | |
| D-49 | SNMP_NUS_00002289 | SNMP_NUS_00002292 | |
| D-50 | SNMP_NUS_00002293 | SNMP_NUS_00002295 | |
| D-51 | NNI-SNMPRI_00023493 | NNI-SNMPRI_00023494 | |
| D-52 | SNMP_NCA_00139495 | SNMP_NCA_00139496 | |
| D-53 | SNMP_NUS_00002300 | SNMP_NUS_00002301 | |
| D-54 | SNMP_NUS_00002302 | SNMP_NUS_00002303 | |
| D-55 | SNMP_NUS_00002304 | SNMP_NUS_00002306 | |
| D-56 | SNMP_NUS_00002307 | SNMP_NUS_00002308 | |
| D-57 | SNMP_NUS_00002309 | SNMP_NUS_00002310 | |
| D-58 | SNMP_NUS_00002311 | SNMP_NUS_00002313 | |
| D-59 | SNMP_NUS_00002314 | SNMP_NUS_00002315 | |
| D-60 | SNMP_NUS_00002316 | SNMP_NUS_00002317 | |
| D-61 | SNMP_NUS_00002318 | SNMP_NUS_00002319 | |
| D-62 | SNMP_NUS_00002320 | SNMP_NUS_00002321 | |
| D-63 | SNMP_NUS_00002322 | SNMP_NUS_00002323 | |
| D-64 | SNMP_NUS_00002324 | SNMP_NUS_00002325 | |
| D-65 | SNMP_NUS_00002326 | SNMP_NUS_00002327 | |
| D-66 | SNMP_NUS_00089524 | SNMP_NUS_00089525 | |
| D-67 | SNMP_NCA_00100360 | SNMP_NCA_00100361 | |
| D-68 | Not bates stamped | Not bates stamped | Adversary Complaint (D.I. 1) |
| D-69 | Not bates stamped | Not bates stamped | SNMP Research International, Inc. Proof of Claim No. 4625 |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-70 | Not bates stamped | Not bates stamped | SNMP Research International, Inc. First Amended Proof of Claim No. 7471 |
| D-71 | Not bates stamped | Not bates stamped | SNMP Research International, Inc. Second Amended Proof of Claim No. 7740 |
| D-72 | Not bates stamped | Not bates stamped | SNMP Research International, Inc. Third Amended Proof of Claim No. 7923 |
| D-73 | Not bates stamped | Not bates stamped | SNMP Research International, Inc. Fourth Amended Proof of Claim No. 8422 |
| D-74 | Not bates stamped | Not bates stamped | SNMP Research International, Inc. Fifth Amended Proof of Claim No. 8801 |
| D-75 | Not bates stamped | Not bates stamped | Proposed Sixth Amended Proof of Claim (Exhibit A of Plaintiff's Motion to Amend) |
| D-76A; D-76B | SNMP_NCA_00105106 | SNMP_NCA_00105110 | |
| D-77A; D-77B | SNMP_NUS_00065616 | SNMP_NUS_00065616 | |
| D-78A; D-78B | SNMP_NUS_00092083 | SNMP_NUS_00092087 | |
| D-79A; D-79B | SNMP_NUS_00085603 | SNMP_NUS_00085638 | |
| D-80 | SNMP_NUS_00089711 | SNMP_NUS_00089714 | |
| D-81 | NNC0511483 | NNC0511483 | |
| D-82 | SNMP_NUS_00073733 | SNMP_NUS_00073736 | |
| D-83 | SNMP_NUS_00077235 | SNMP_NUS_00077236 | |
| D-84 | SNMP_NUS_00078544 | SNMP_NUS_00078544 | |
| D-85 | SNMP_NCA_00113554 | SNMP_NCA_00113558 | |
| D-86 | SNMP_NCA_00104764 | SNMP_NCA_00104764 | |
| D-87 | SNMP_NUS_00090235 | SNMP_NUS_00090237 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-88 | Not bates stamped | Not bates stamped | Avaya Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-10) |
| D-89 | SNMP_NCA_00176301 | SNMP_NCA_00176302 | |
| D-90 | SNMP_NCA_00113608 | SNMP_NCA_00113615 | |
| D-91 | NNC0002145 | NNC0002148 | |
| D-92 | NNI-SNMPRI_00005706 | NNI-SNMPRI_00005734 | |
| D-93 | AVAYABLUE00151832 | AVAYABLUE00151865 | |
| D-94 | AVAYABLUE00360367 | AVAYABLUE00360401 | |
| D-95 | NNC0511480 | NNC0511480 | |
| D-96 | NNC0510289 | NNC0510289 | |
| D-97 | NNC0510305 | NNC0510307 | |
| D-98 | NNC0510391 | NNC0510392 | |
| D-99 | SNMP_NUS_00074512 | SNMP_NUS_00074512 | |
| D-100 | NNC0510627 | NNC0510632 | |
| D-101 | NNC0510569 | NNC0510572 | |
| D-102 | SNMP_NUS_00002746 | SNMP_NUS_00002749 | |
| D-103 | SNMP_NUS_00186992 | SNMP_NUS_00187000 | |
| D-104 | Not bates stamped | Not bates stamped | Discovery Letter from R. Busch to M. Gurgel re: SNMP Research v. Nortel et al., dated July 17, 2015 |
| D-105 | Not bates stamped | Not bates stamped | Deposition Transcript of Jeffrey D. Case, dated August 11, 2015 |
| D-106 | SNMP_NUS_00187020 | SNMP_NUS_00187021 | |
| D-107 | SNMP_NUS_00187022 | SNMP_NUS_00187023 | |
| D-108 | NNI-SNMPRI_00023887 | NNI-SNMPRI_00023889 | |
| D-109 | NNI-SNMPRI_00023890 | NNI-SNMPRI_00023891 | |
| D-110 | NNI-SNMPRI_00023892 | NNI-SNMPRI_00023894 | |
| D-111 | NNI-SNMPRI_00023895 | NNI-SNMPRI_00023898 | |
| D-112 | NNI-SNMPRI_00023899 | NNI-SNMPRI_00023900 | |
| D-113 | NNI-SNMPRI_00023901 | NNI-SNMPRI_00023902 | |
| D-114 | NNI-SNMPRI_00023903 | NNI-SNMPRI_00023904 | |
| D-115 | NNI-SNMPRI_00023905 | NNI-SNMPRI_00023907 | |
| D-116 | NNI-SNMPRI_00023908 | NNI-SNMPRI_00023909 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-117 | NNI-SNMPRI_00023910 | NNI-SNMPRI_00023911 | |
| D-118 | NNI-SNMPRI_00023912 | NNI-SNMPRI_00023915 | |
| D-119 | NNI-SNMPRI_00023916 | NNI-SNMPRI_00023917 | |
| D-120 | NNI-SNMPRI_00023918 | NNI-SNMPRI_00023919 | |
| D-121 | NNI-SNMPRI_00023920 | NNI-SNMPRI_00023922 | |
| D-122 | NNI-SNMPRI_00023923 | NNI-SNMPRI_00023931 | |
| D-123 | NNI-SNMPRI_00023932 | NNI-SNMPRI_00023937 | |
| D-124 | NNI-SNMPRI_00023938 | NNI-SNMPRI_00023940 | |
| D-125 | NNI-SNMPRI_00023941 | NNI-SNMPRI_00023945 | |
| D-126 | NNI-SNMPRI_00023946 | NNI-SNMPRI_00023948 | |
| D-127 | NNI-SNMPRI_00023949 | NNI-SNMPRI_00023951 | |
| D-128 | NNI-SNMPRI_00023952 | NNI-SNMPRI_00023953 | |
| D-129 | NNI-SNMPRI_00023954 | NNI-SNMPRI_00023955 | |
| D-130 | SNMP_NCA_00101166 | SNMP_NCA_00101168 | |
| D-131 | SNMP_NCA_00101276 | SNMP_NCA_00101279 | |
| D-132 | SNMP_NCA_00101316 | SNMP_NCA_00101319 | |
| D-133 | SNMP_NCA_00101419 | SNMP_NCA_00101421 | |
| D-134 | SNMP_NUS_00082959 | SNMP_NUS_00082959 | |
| D-135 | SNMP_NUS_00083139 | SNMP_NUS_00083142 | |
| D-136 | SNMP_NUS_00083143 | SNMP_NUS_00083149 | |
| D-137 | SNMP_NUS_00091387 | SNMP_NUS_00091391 | |
| D-138 | SNMP_DOC-0188029 | SNMP_DOC-0188065 | |
| D-139 | NNI-SNMPRI_00013881 | NNI-SNMPRI_00013882 | |
| D-140 | SNMP_NCA_00105798 | SNMP_NCA_00105798 | |
| D-141 | SNMP_NCA_00106560 | SNMP_NCA_00106560 | |
| D-142 | SNMP_NCA_00106561 | SNMP_NCA_00106563 | |
| D-143 | SNMP_NUS_00063547 | SNMP_NUS_00063547 | |
| D-144 | SNMP_NUS_00064274 | SNMP_NUS_00064274 | |
| D-145 | SNMP_NUS_00064363 | SNMP_NUS_00064363 | |
| D-146 | SNMP_NUS_00064524 | SNMP_NUS_00064524 | |
| D-147 | SNMP_NUS_00089659 | SNMP_NUS_00089659 | |
| D-148 | SNMP_NUS_00089660 | SNMP_NUS_00089662 | |
| D-149 | SNMP_DOC-0084358 | SNMP_DOC-0084358 | |
| D-150 | Excerpt of SNMP_DOC-0084358 | Excerpt of SNMP_DOC-0084358 | |
| D-151 | SNMP_NCA_00105951 | SNMP_NCA_00105951 | |
| D-152 | SNMP_NUS_00187771 | SNMP_NUS_00187787 | |
| D-153 | SNMP_NCA_00104613 | SNMP_NCA_00104615 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-154 | SNMP_NUS_00063973 | SNMP_NUS_00063973 | |
| D-155.01; D-155.02 | SNMP_NUS_00104742 | SNMP_NUS_00104743 | |
| D-156 | SNMP_NCA_00104826 | SNMP_NCA_00104826 | |
| D-157 | SNMP_NCA_00111783 | SNMP_NCA_00111788 | |
| D-158.01; D-158.02 | SNMP_NUS_00072929 | SNMP_NUS_00072939 | |
| D-159.01; D-159.02 | SNMP_NCA_00105041 | SNMP_NCA_00105042 | |
| D-160 | Not bates stamped | Not bates stamped | Declaration of Dr. Jeffrey D. Case in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17433) **[Partially Filed under Seal]** |
| D-161 | SNMP_NUS_00089710 | SNMP_NUS_00089710 | |
| D-162 | SNMP_NUS_00083024 | SNMP_NUS_00083046 | |
| D-163 | SNMP_NUS_00078612 | SNMP_NUS_00078612 | |
| D-164 | SNMP_NUS_00090613 | SNMP_NUS_00090622 | |
| D-165 | Not bates stamped | Not bates stamped | Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17432) |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-166 | Not bates stamped | Not bates stamped | Plaintiffs' Responses and Objections to U.S. Debtors' Fourth Set of Interrogatories (Nos. 12-14) and Requests for Production of Documents (Nos. 40-42) to SNMP Research International, Inc. and SNMP Research, Inc. |
| D-167 | SNMP_DOC-0120289 | SNMP_DOC-0120291 | |
| D-168 | Not bates stamped | Not bates stamped | Spreadsheet entitled "Product Run Rates 3QFY15 v1 8Jun15" |
| D-169 | SNMP_NCA_00106719 | SNMP_NCA_00106719 | |
| D-170 | SNMP_NCA_00107069 | SNMP_NCA_00107071 | |
| D-171 | SNMP_NUS_00002497 | SNMP_NUS_00002499 | |
| D-172 | NNI-SNMPRI_00012941 | NNI-SNMPRI_00012944 | |
| D-173 | NNC0511459 | NNC0511465 | |
| D-174 | NNC0004788 | NNC0004797 | |
| D-175 | NNC0511466 | NNC0511468 | |
| D-176 | SNMP_NUS_00069060 | SNMP_NUS_00069060 | |
| D-177 | NNC0510285 | NNC0510285 | |
| D-178 | NNC0510335 | NNC0510337 | |
| D-179 | NNC0510375 | NNC0510377 | |
| D-180 | NNC0510460 | NNC0510461 | |
| D-181.01; D-181.02 | SNMP_NUS_00076553 | SNMP_NUS_00076557 | |
| D-182 | SNMP_NCA_00105083 | SNMP_NCA_00105083 | |
| D-183.01; D-183.02 | SNMP_NCA_00105154 | SNMP_NCA_00105157 | |
| D-184 | SNMP_NCA_00100899 | SNMP_NCA_00100899 | |
| D-185 | SNMP_NCA_00106607 | SNMP_NCA_00106611 | |
| D-186 | SNMP_NUS_00086414 | SNMP_NUS_00086419 | |
| D-187.01 *to* D-187.12 | NNC0004446 | NNC0004467 | |
| D-188 | SNMP_NCA_00105292 | SNMP_NCA_00105292 | |
| D-189 | SNMP_NCA_00105177 | SNMP_NCA_00105179 | |
| D-190 | SNMP_NUS_00064724 | SNMP_NUS_00064727 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-191 | SNMP_NCA_00107166 | SNMP_NCA_00107166 | |
| D-192 | SNMP_NUS_00067128 | SNMP_NUS_00067130 | |
| D-193 | NNC0024694 | NNC0024695 | |
| D-194.01; D-194.02 | SNMP_NCA_00105228 | SNMP_NCA_00105230 | |
| D-195 | SNMP_NUS_00089706 | SNMP_NUS_00089706 | |
| D-196 | SNMP_NCA_00107329 | SNMP_NCA_00107331 | |
| D-197 | SNMP_NCA_00099150 | SNMP_NCA_00099150 | |
| D-198 | SNMP_NCA_00107326 | SNMP_NCA_00107328 | |
| D-0199.01 *to* D-0199.12 | NNC0004541 | NNC0004564 | |
| D-200 | SNMP_NCA_00108032 | SNMP_NCA_00108034 | |
| D-201 | SNMP_NUS_00064708 | SNMP_NUS_00064710 | |
| D-202 | Not bates stamped | Not bates stamped | Expert Report of Ian Ratner, CPA, ABV, ASA, CFE, dated November 11, 2016 |
| D-203 | Not bates stamped | Not bates stamped | Rebuttal Expert Report of David W. Tollen, dated February 10, 2017 |
| D-204 | Not bates stamped | Not bates stamped | Expert Report of Dr. Richard Razgaitis, dated December 15, 2016 |
| D-205 | Not bates stamped | Not bates stamped | Declaration of Dr. Jeffrey D. Case in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17433) **[Redacted]** |
| D-206 | SNMP_NCA_00103868 | SNMP_NCA_00103870 | |
| D-207 | SNMP_NCA_00176318 | SNMP_NCA_00176318 | |
| D-208 | SNMP_NCA_00104751 | SNMP_NCA_00104751 | |
| D-209 | SNMP_NCA_00104761 | SNMP_NCA_00104761 | |
| D-210 | SNMP_NCA_00104768 | SNMP_NCA_00104770 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-211 | SNMP_NCA_00107394 | SNMP_NCA_00107394 | |
| D-212 | SNMP_NUS_00082999 | SNMP_NUS_00083005 | |
| D-213 | SNMP_NUS_00067216 | SNMP_NUS_00067217 | |
| D-214 | SNMP_NCA_00109161 | SNMP_NCA_00109164 | |
| D-215 | SNMP_NUS_00068551 | SNMP_NUS_00068551 | |
| D-216 | SNMP_NUS_00089720 | SNMP_NUS_00089720 | |
| D-217 | SNMP_NUS_00089702 | SNMP_NUS_00089703 | |
| D-218 | SNMP_NUS_00089705 | SNMP_NUS_00089705 | |
| D-219 | SNMP_NUS_00089700 | SNMP_NUS_00089701 | |
| D-220 | SNMP_DOC-0002514 | SNMP_DOC-0002516 | |
| D-221 | SNMP_NUS_00072383 | SNMP_NUS_00072384 | |
| D-222 | SNMP_NCA_00113643 | SNMP_NCA_00113643 | |
| D-223 | SNMP_NCA_00113533 | SNMP_NCA_00113535 | |
| D-224 | SNMP_NUS_00078599 | SNMP_NUS_00078600 | |
| D-225 | SNMP_NCA_00113539 | SNMP_NCA_00113541 | |
| D-226 | SNMP_NCA_00113542 | SNMP_NCA_00113545 | |
| D-227 | SNMP_NCA_00113550 | SNMP_NCA_00113553 | |
| D-228 | SNMP_NCA_00113577 | SNMP_NCA_00113583 | |
| D-229 | SNMP_NUS_00063529 | SNMP_NUS_00063529 | |
| D-230 | SNMP_NUS_00064015 | SNMP_NUS_00064016 | |
| D-231 | SNMP_NUS_00064372 | SNMP_NUS_00064372 | |
| D-232 | SNMP_NUS_00065720 | SNMP_NUS_00065720 | |
| D-233 | SNMP_NUS_00065899 | SNMP_NUS_00065900 | |
| D-234 | SNMP_NUS_00065902 | SNMP_NUS_00065902 | |
| D-235 | SNMP_NUS_00069803 | SNMP_NUS_00069803 | |
| D-236 | SNMP_NUS_00069822 | SNMP_NUS_00069822 | |
| D-237 | SNMP_NUS_00074056 | SNMP_NUS_00074056 | |
| D-238 | SNMP_NUS_00064402 | SNMP_NUS_00064402 | |
| D-239 | SNMP_NUS_00067865 | SNMP_NUS_00067866 | |
| D-240 | SNMP_NUS_00067867 | SNMP_NUS_00067869 | |
| D-241 | SNMP_NUS_00070460 | SNMP_NUS_00070460 | |
| D-242 | SNMP_NUS_00070464 | SNMP_NUS_00070464 | |
| D-243 | SNMP_NUS_00072296 | SNMP_NUS_00072296 | |
| D-244 | SNMP_NCA_00111560 | SNMP_NCA_00111560 | |
| D-245 | SNMP_NUS_00093490 | SNMP_NUS_00093491 | |
| D-246 | SNMP_NCA_00104642 | SNMP_NCA_00104643 | |
| D-247 | SNMP_NCA_00104644 | SNMP_NCA_00104644 | |
| D-248 | SNMP_NCA_00104680 | SNMP_NCA_00104682 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-249 | SNMP_NUS_00064449 | SNMP_NUS_00064449 | |
| D-250 | SNMP_NUS_00005156 | SNMP_NUS_00005158 | |
| D-251 | SNMP_NCA_00139551 | SNMP_NCA_00139553 | |
| D-252 | SNMP_NUS_00086297 | SNMP_NUS_00086302 | |
| D-253 | SNMP_NUS_00086421 | SNMP_NUS_00086429 | |
| D-254 | SNMP_NUS_00089531 | SNMP_NUS_00089531 | |
| D-255 | SNMP_NUS_00086285 | SNMP_NUS_00086295 | |
| D-0256.01 *to* D-0256.10 | NNC0004058 | NNC0004081 | |
| D-257 | SNMP_NCA_00106142 | SNMP_NCA_00106143 | |
| D-258 | SNMP_NUS_00089691 | SNMP_NUS_00089694 | |
| D-259 | SNMP_NCA_00106582 | SNMP_NCA_00106600 | |
| D-260 | SNMP_NCA_00108248 | SNMP_NCA_00108248 | |
| D-261 | SNMP_NCA_00105013 | SNMP_NCA_00105014 | |
| D-262 | SNMP_NCA_00105324 | SNMP_NCA_00105325 | |
| D-263 | SNMP_NCA_00100904 | SNMP_NCA_00100904 | |
| D-264 | SNMP_NUS_00067219 | SNMP_NUS_00067220 | |
| D-265 | SNMP_NCA_00099022 | SNMP_NCA_00099022 | |
| D-266 | SNMP_NCA_00107075 | SNMP_NCA_00107077 | |
| D-267 | SNMP_NCA_00110408 | SNMP_NCA_00110415 | |
| D-268 | SNMP_NCA_00110474 | SNMP_NCA_00110483 | |
| D-269 | SNMP_NCA_00099023 | SNMP_NCA_00099023 | |
| D-270 | SNMP_NUS_00074445 | SNMP_NUS_00074448 | |
| D-271 | SNMP_NCA_00111985 | SNMP_NCA_00111987 | |
| D-272 | SNMP_NUS_00074554 | SNMP_NUS_00074556 | |
| D-273 | SNMP_NUS_00074599 | SNMP_NUS_00074602 | |
| D-274 | SNMP_NCA_00112001 | SNMP_NCA_00112006 | |
| D-275 | SNMP_NUS_00074581 | SNMP_NUS_00074584 | |
| D-276 | SNMP_NCA_00099025 | SNMP_NCA_00099025 | |
| D-277 | SNMP_NCA_00099026 | SNMP_NCA_00099026 | |
| D-278 | SNMP_NCA_00112132 | SNMP_NCA_00112137 | |
| D-279 | SNMP_NCA_00112290 | SNMP_NCA_00112293 | |
| D-280 | SNMP_NCA_00112349 | SNMP_NCA_00112352 | |
| D-281.01; D-281.02 | SNMP_NCA_00112353 | SNMP_NCA_00112356 | |
| D-282.01; D-282.02 | NNC0002282 | NNC0002285 | |

| Exhibit Number | Bates Begin | Bates End | Description |
|---|---|---|---|
| D-283 | SNMP_NUS_00076244 | SNMP_NUS_00076245 | |
| D-284.01; D-284.02 | SNMP_NCA_00112689 | SNMP_NCA_00112691 | |
| D-285 | SNMP_NUS_00091685 | SNMP_NUS_00091686 | |
| D-286 | Not bates stamped | Not bates stamped | Plaintiff's Second Supplemental Response to U.S. Debtors' First Set of Interrogatories to SNMP Research International, Inc. and SNMP Research, Inc. (Nos. 1-9) |
| D-287 | NNI-SNMPRI_00013889 | NNI-SNMPRI_00013889 | |
| D-288 | SNMP_NUS_00157463 | SNMP_NUS_00157484 | |
| D-289 | SNMP_NUS_00176315 | SNMP_NUS_00176316 | |
| D-290 | SNMP_NUS_00077235 | SNMP_NUS_00077235 | |
| D-291 | SNMP_NUS_00077236 | SNMP_NUS_00077236 | |
| D-292 | SNMP_NCA_00151220 | SNMP_NCA_00151225 | |
| D-293 | Not bates stamped | Not bates stamped | Spreadsheet of sales figures for various Avaya products |
| D-294 | Not bates stamped | Not bates stamped | Expert Report of Ian Ratner, CPA, ABV, ASA, CFE, dated November 2, 2016 |
| D-295 | AVAYABLUE00152189 | AVAYABLUE00152198 | |
| D-296 | AVAYABLUE00152185 | AVAYABLUE00152188 | |
| D-297 | SNMP_NCA_00139251 | SNMP_NCA_00139252 | |
| D-298 | SNMP_NCA_00139269 | SNMP_NCA_00139271 | |
| D-299 | SNMP_NUS_000064532 | SNMP_NUS_000064532 | |
| D-300 | SNMP_NCA_00099014 | SNMP_NCA_00099014 | |
| D-301 | SNMP_NCA_00099046 | SNMP_NCA_00099046 | |
| D-302 | SNMP_NCA_00099305 | SNMP_NCA_00099305 | |
| D-303 | SNMP_NCA_00099221 | SNMP_NCA_00099221 | |