## Exhibit 2

## U.S. DEBTORS' WITNESS LIST FOR THE MAY 11-12, 2017 HEARING

In addition to those witnesses whose testimony the U.S. Debtors will present through deposition designations, the U.S. Debtors currently anticipate presenting the following witnesses at the May 11-12 Hearing:  Dr. Richard Razgaitis, Dr. Jeffrey Case, and John Southwood.  In addition, the U.S. Debtors reserve the right to call any witness who is included on the witness list of International or Inc.