**Exhibit 3**

Designations List Report
**Case, Jeffrey**
Taken: 1/11/2017

**PAGE:LINE**
9:7 -9:12
10:7 -10:10
13:5 -14:11
20:4 -20:9
20:14 -21:6
52:24 -54:7
56:8 -59:2
59:23 -60:23
61:20 -62:10
67:21 -69:15
73:4 -74:8
83:11 -84:23
98:13 -98:18
101:10 -101:15
109:15 -109:22
110:20 -111:13
137:15 -139:21
142:19 -143:10
146:19 -150:13
153:14 -153:18
159:22 -160:7
173:6 -174:3
181:4 -181:5
182:2 -183:3
212:16 -218:21

Designations List Report
**Case, Jeffrey**
Taken: 3/30/2017

**PAGE:LINE**

326:2 -326:9

363:13 -363:18

393:10 -394:2

408:14 -408:17

422:21 -423:4

428:19 -429:22

431:3 -432:12

433:3 -433:14

461:15 -461:25

Designations List Report
**Case, Jeffrey**
Taken: 3/31/2017

**PAGE:LINE**
603:4 -603:23
630:10 -633:11
817:2 -817:15
935:20 -937:16

Designations List Report
**Mead, John**
Taken: 9/28/2016

**PAGE:LINE**

140:4 -140:9

141:13 -141:16

145:13 -147:14

173:23 -177:20

178:4 -180:20

181:4 -181:11

182:8 -182:10

183:6 -187:4

191:22 -193:14

195:12 -196:2

197:15 -197:23

198:3 -199:2

199:15 -199:23

206:24 -207:3

207:10 -207:22

229:15 -232:25

233:4 -234:21

260:17 -264:25

Designations List Report
**Seligson, John**
Taken: 9/30/2016

**PAGE:LINE**
131:15 -132:1
133:24 -134:12

Designations List Report
**Southwood, John**
Taken: 12/8/2016

**PAGE:LINE**
18:13 -18:17
20:23 -21:5
25:8 -25:22
26:2 -26:12
31:22 -32:12
34:18 -35:15
37:20 -38:6
38:15 -39:5
40:16 -40:24
41:18 -42:5
45:20 -46:7
46:15 -46:19
47:22 -50:4
51:5 -51:22
51:25 -52:25
53:19 -54:3
55:7 -56:2
59:18 -59:22
61:22 -61:24
63:22 -64:7
67:9 -67:21
78:19 -79:5
88:6 -95:21
102:20 -103:8
105:14 -106:8
112:5 -113:10
118:11 -118:12
119:11 -119:18
120:20 -121:6
124:13 -125:6
132:9 -132:18

160:18 -161:7
163:18 -164:10
166:2 -167:7

Designations List Report
**Case, Jeffrey**
Taken: 8/11/2015

**PAGE:LINE**

9:4 - 11:15

12:4 -12:7

12:17 - 13:14