## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., *et al.,* ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors.[1] ) | **Related to Docket No. 18020, 18086, 18118** |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | |
| Plaintiffs, ) | |
| ) | Adv. Proc. No. 11-53454 (KG) |
| v. ) | **Related to Adv. Docket Nos. 540, 542, 547** |
| ) | |
| Nortel Networks Inc., *et al.*, ) | **Hearing Date:  May 11, 2017 at 9:30 a.m. EST** |
| Defendants. ) | |

### SNMP RESEARCH'S LIST OF WITNESSES AND EXHIBITS
### IN CONNECTION WITH HEARING ON THE SCHEDULE 1 ISSUE

SNMP Research, Inc. ("SNMPR") and SNMP Research International, Inc. ("SNMPRI") (together, "SNMP Research"), hereby submit this *Witness and Exhibit List* in connection with the portion of the joint hearing scheduled for May 11-12, 2017 (the "Hearing") concerning Schedule 1A of the License Agreement between Nortel and SNMPRI dated December 23, 1999 (the "Nortel License").

### WITNESSES

SNMP Research identifies the following witnesses it intends to call in connection with its case in chief at the hearing on the Schedule 1A issue:

1. Dr. Jeffrey D. Case

2. John Southwood

3. David W. Tollen

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

4. Any witness included on the U.S. Debtors' witness list or whom the U.S. Debtors otherwise call as a witness.

SNMP Research reserves the right to amend this Witness List prior to the Hearing. SNMP Research further reserves the right to call any other witnesses for purposes of rebuttal or impeachment.

## EXHIBITS

SNMP designates the following exhibits that may be used at the Hearing in its case in chief.:

| Ex. | Description | Bates No. | Offered | Objection | Marked | Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| P–20 | The Bay License | SNMP_NUS_00139177 | | | | | |
| P–21 | Amendment 1 to the Bay License | SNMP_NUS_00139251 | | | | | |
| P–22 | Amendment 2 to the Bay License | SNMP_NUS_00139269 | | | | | |
| P–23 | June 27, 1994 Software Service Agreement | SNMP_NUS_00139543 | | | | | |
| P–24 | December 2, 1997 Software Service Agreement | SNMP_NUS_00139551 | | | | | |
| P–25 | May 28, 1999 Fax from SNMP Research | SNMP_NUS_00100809 | | | | | |
| P–26 | June 21, 1999 Email from Dave Hyslop | SNMP_NUS_00104742 | | | | | |
| P–27 | July 16, 1999 Memorandum of Agreement | SNMP_NUS_00100022 | | | | | |
| P–28 | July 23, 1999 Draft of Temporary License Agreement | SNMP_NUS_00099399 | | | | | |
| P–29 | The Temporary License Agreement | SNMP_NUS_00090235 | | | | | |
| P–30 | The Nortel License and Schedules | SNMP_NUS_00139230 | | | | | |
| P–31 | Schedule 1A to the Nortel | SNMP_NUS_00139355 | | | | | |

| Ex. | Description | Bates No. | Offered | Objection | Marked | Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| | License | | | | | | |
| P–32 | August 25, 1999 Email from John Southwood | SNMP_NUS_00104768 | | | | | |
| P–33 | October 1, 1999 Email from Dave Hyslop | SNMP_NUS_00104877 | | | | | |
| P–34 | October 6, 1999 Email from John Southwood | SNMP_NUS_00104906 | | | | | |
| P–35 | October 7, 1999 Email from John Southwood | SNMP_NUS_00064449 | | | | | |
| P–36 | November 3, 1999 Email from Dave Hyslop | SNMP_NUS_00105041 | | | | | |
| P–37 | Spreadsheet Attached to November 3, 1999 Email from Dave Hyslop | SNMP_NUS_00105042 | | | | | |
| P–38 | November 15, 1999 Email from Dave Hyslop | SNMP_NUS_00105095 | | | | | |
| P–39 | November 16, 1999 Email from John Southwood | SNMP_NUS_00105106 | | | | | |
| P–40 | November 18, 1999 Email from John Southwood | SNMP_NUS_00105154 | | | | | |
| P–41 | Draft of Schedule 1A attached to November 18, 1999 Email from John Southwood | SNMP_NUS_00105155 | | | | | |
| P–42 | November 25, 1999 Email from Dave Hyslop | NNC0004574 | | | | | |
| P–43 | December 2, 1999 Email from Dave Hyslop | NNC0003629 | | | | | |
| P–44 | December 6, 1999 Email from Dave Hyslop | SNMP_NUS_00105495 | | | | | |
| P–45 | Spreadsheet Attached to December 6, 1999 Email from Dave Hyslop | SNMP_NUS_00105497 | | | | | |
| P–46 | December 14, 1999 Email from John Southwood | NNC0004397 | | | | | |
| P–47 | Draft of Schedule 15 Attached to December 14, 1999 Email | NNC0004398 | | | | | |
| P–48 | December 14, 1999 Follow-Up Email from John Southwood | SNMP_NUS_00105658 | | | | | |

| Ex. | Description | Bates No. | Offered | Objection | Marked | Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| P–49 | February 10, 2000 SNMPRI Invoice | NNC0511444 | | | | | |
| P–50 | May 15, 2000 Email from James Reeves | SNMP_NUS_00065616 | | | | | |
| P–51 | September 21, 2000 Email from Dave Hyslop | SNMP_NUS_00107321 | | | | | |
| P–52 | February 4, 2002 SNMP Operations Checklist | SNMP_NUS_00090256 | | | | | |
| P–53 | February 28, 2002 Shipping Receipts | SNMP_NUS_00187001 | | | | | |
| P–54 | June 3, 2002 Email from Rajiv Prasad | SNMP_NUS_00070524 | | | | | |
| P–55 | June 4, 2002 Email from James Connolly | NNC0008238 | | | | | |
| P–56 | Spreadsheet Attached to June 4, 2002 Email from James Connolly | NNC0008239 | | | | | |
| P–57 | August 18, 2003 Email from Pierre Tremblay | SNMP_NUS_00072929 | | | | | |
| P–58 | Attachment to August 18, 2003 Email from Pierre Tremblay | SNMP_NUS_00072931 | | | | | |
| P–59 | January 31, 2006 Fax from Nancy Knowles | SNMP_NUS_00092083 | | | | | |
| P–60 | January 31, 2006 Email from Nancy Knowles | SNMP_NUS_00113608 | | | | | |
| P–61 | Radware Disclosure Schedule | NNC0515741 | | | | | |
| P–62 | January 7, 2010 Email from Dr. Jeffrey Case | SNMP_NUS_00003885 | | | | | |
| P–63 | January 7, 2010 Cover Letter from Dr. Jeffrey Case | SNMP_NUS_00003890 | | | | | |
| P–64 | March 3, 2010 Avaya Accession Agreement and Addendums | SNMP_NUS_00126725 | | | | | |
| P–65 | June 23, 2010 Email from Michel Cote | SNMP_NUS_00005207 | | | | | |
| P–66 | Cisco License Agreement | SNMP_NUS_00137974 | | | | | |
| P–67 | Exhibit 101 to the Deposition of John Mead | SNMP_NUS_00157463 | | | | | |

| Ex. | Description | Bates No. | Offered | Objection | Marked | Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| P–68 | Request for Comments No. 1157 | SNMP_NUS_00155915 | | | | | |
| P–69 | Request for Comments No. 1901 | SNMP_NUS_00156367 | | | | | |
| P–70 | Request for Comments No. 3410 | SNMP_NUS_00156674 | | | | | |
| P–71 | Pages 1-5 of the Schedule 14A Definite Proxy Statement Filed by Bay Networks, Inc. with Securities and Exchange Commission as of July 27, 1998 | | | | | | |
| P–72 | Pages 97-98 of the Nortel Networks Corporation 1999 Annual Report | SNMP_NUS_00193626 | | | | | |
| P–73 | Page 51 of the Nortel Networks Corporation 2003 Annual Report | | | | | | |

SNMP Research reserves the right to offer into evidence any exhibits designated by any other party and designate any other documents necessary for rebuttal depending upon the witnesses and evidence produced by any other party.

SNMP Research reserves the right to further amend or supplement this Witness and Exhibit List at or prior to the Hearing. SNMP Research further reserves the right to (i) introduce exhibits not listed above on rebuttal and during cross-examination and/or for the purposes of impeachment; (ii) use documents not listed herein to refresh witnesses' recollections; and (iii) introduce demonstrative exhibits, which could include the exhibits listed above as well as demonstrative exhibits that incorporate material from the exhibits described above and from other sources.

Dated: May 4, 2017

<div style="display: flex;">

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*

</div>