**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Nicholas J. Brannick, hereby certify that on May 4, 2017, I caused a copy of the *SNMP Research's List of Witnesses and Exhibits in Connection With Hearing on the Schedule 1 Issue* to be served via electronic mail upon the parties listed on the attached service list.

Dated: May 4, 2017

    COLE SCHOTZ P.C.

    */s/ Nicholas J. Brannick*
    Nicholas J. Brannick (No. 5721)
    500 Delaware Avenue, Suite 1410
    Wilmington, Delaware 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    nbrannick@coleschotz.com

    *Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

## **SERVICE LIST**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006