# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X : | Chapter 11 |
| *In re* : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | (Jointly Administered) |
| Debtors. : | **Re: D.I. 18164, 18166 & 18167** |
| ------------------------------------------------------------X : |  |
| SNMP Research International, Inc. : |  |
| and : |  |
| SNMP Research, Inc., : | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, : | **Re: D.I. 561, 563 & 564** |
| v. : |  |
| Nortel Networks Inc., *et al.*, : |  |
| Defendants. : |  |
| ------------------------------------------------------------X |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 4, 2017, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1. U.S. Debtors' Pre-Hearing Brief Submissions for the May 11-12, 2017 Hearing (Main Case D.I. 18164, Adv. Case D.I. 561, Filed 5/4/17).

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. [SEALED] U.S. Debtors' Pre-Hearing Brief with Respect to Schedule 1 Issue (Main Case D.I. 18166, Adv. Case D.I. 563, Filed 5/4/17).

3. Motion to File Under Seal the U.S. Debtors' Pre-Hearing Brief with Respect to the Schedule 1 Issue (Main Case D.I. 18167, Adv. Case D.I. 564, Filed 5/4/17).

Dated: May 5, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

**VIA EMAIL AND HAND DELIVERY**
Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE 19801
*Email: npernick@coleschotz.com*
*nbrannick@coleschotz.com*

**VIA HAND DELIVERY**
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA EMAIL AND FIRST CLASS MAIL**
G. David Dean
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD 21202
Email: *ddean@coleschotz.com*

Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN 37201
*Email: rbusch@kingballow.com*

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN 37902
*Email: jwood@emlaw.com*