# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 5/2/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Johnson | Akin Gump | Official Comm. the Unsec. Creds. |
| Chris Samis | Whiteford Taylor | (TC) |
| Nicholas Brannick | Cole Schotz | SNMP |
| David Dean | " " | SNMP |
| Richard Busch | King & Ballow | SNMP |
| John Wood | Kyerton McAfee | SNMP |
| David Herrington | Cleary Gottlieb | Authl - US Debtors |
| Nat Jedrey | Cleary Gottlieb | Nortel - US Debtors |
| Erin Gallagher | Cleary Gottlieb | Nortel - US Debtor |
| Tamara Minott | Morris Nichols | Nortel - US Debtors |
| Daniel Montgomery | Cleary Gottlieb | Nortel - US Debtors |
| Andrew Hint | NNATJ | |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 05/02/2017
Calendar Time: 02:00 PM ET

Amended Calendar  May 2 2017 7:32AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8317831 | Karen B. Dine | (212) 940-8772 ext. | Katten Muchin Rosenman LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8316442 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8313223 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8316100 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Creditor, Cantor Fitzgerald / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8314744 | David Botter | (212) 872-1055 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8310001 | Jeffrey Case | (865) 579-0527 ext. | SNMP | Creditor, SNMP Research, Inc. / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 1