## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                        :
In re                                   :     Chapter 11
                                        :
Nortel Networks Inc., et al.,[1]        :     Case No. 09-10138 (KG)
                                        :
            Debtors.                    :     Jointly Administered
                                        :
------------------------------------------------------X
```

### NOTICE OF FILING OF REVISED EXHIBIT G OF PLAN
### SUPPLEMENT FOR THE FIRST AMENDED JOINT CHAPTER 11 PLAN
### OF NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS

   **WHEREAS**, on December 1, 2016, the Debtors filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17501] (the "Plan")[2];

   **WHEREAS**, pursuant to section 15.3 of the Plan, on December 30, 2016 the Debtors filed the *Notice of Filing of Plan Supplement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17644] (the "Plan Supplement"), including as Exhibit G to the Plan Supplement the Debtors' proposed amended by-laws and corporate organizational documents;

   **WHEREAS**, on January 24, 2017, the Bankruptcy Court for the District of Delaware (the "Court") entered its *Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order"), which approved the Plan and authorized the Debtors, subject to the terms of the Plan and the Settlement and Plans Support Agreement [D.I. 17249-1], "to modify and amend the Plan Supplement through and including the Effective Date, and to take all actions necessary and appropriate to effect the transactions contemplated therein through, including and following the Effective Date," Confirmation Order ¶ 18; and

   **WHEREAS**, the Effective Date in these chapter 11 cases has not yet occurred and in order to effect the transactions contemplated by the Plan, as approved by the Confirmation Order, the Debtors have concluded that Exhibit G of the Plan Supplement should be revised to

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India. International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan.

align further certain provisions of the form of the Debtors' by-laws and corporate organizational documents with the terms of the approved Plan and the Confirmation Order.

   **PLEASE TAKE NOTICE** that the revised Exhibit G to the Plan Supplement is attached hereto as Appendix 1, and blacklines of each Debtor's restated certificate of incorporation and revised bylaws, compared against the versions included in the Exhibit G filed on December 30, 2016 and later approved by the Confirmation Order on January 24, 2017, are attached hereto as Appendix 2 and Appendix 3, repectively.

   **PLEASE TAKE FURTHER NOTICE** that the Plan, the Confirmation Order and the Plan Supplement, as well as further information regarding these chapter 11 cases, are available for inspection on the Bankruptcy Court's website at www.deb.uscourts.gov, or free of charge on the Debtors' restructuring website at http://dm.epiq11.com/nortel.


Dated: May 5, 2017
   Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        James L. Bromley (admitted *pro hac vice*)
        Lisa M. Schweitzer (admitted *pro hac vice*)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999


        – and –

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Andrew J. Roth-Moore*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Tamara K. Minott (No. 5643)
        Andrew J. Roth-Moore (No. 5988)
        1201 North Market Street, 18th Floor
        P.O. Box 1347
        Wilmington, DE  19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Counsel for the Debtors and Debtors in Possession*