## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X : | Chapter 11 |
| *In re* : : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : : | (Jointly Administered) |
| Debtors. : : : | |
| ----------------------------------------------------------- X : | |
| SNMP Research International, Inc. : : | |
| and : | |
| SNMP Research, Inc., : : | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, : : | |
| v. : : | |
| Nortel Networks Inc., *et al.*, : : | |
| Defendants. : | |
| ----------------------------------------------------------- X | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 11, 2017 AT 11:00 A.M. (EASTERN TIME) AND MAY 12, 2017 AT
<u>9:30 A.M. (EASTERN TIME)</u>**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**CONTESTED MATTER GOING FORWARD**

1. Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17432, Filed 11/23/16).

    Objection Deadline:  May 5, 2017.

    Responses Received:

    (a) Debtors' Memorandum of Law in Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17836, Filed 1/30/17);

    (b) [Sealed] Declaration of Paul C. Kleist, Jr. in Support of Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17837, Filed 1/30/17) (Redacted Version D.I. 17838, Filed 1/30/17);

    (c) Notice of Supplemental Facts in Further Support of Debtors Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17987, Filed 3/2/17);

    (d) Debtors' Sur-Reply in Further Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 18131, Filed 4/26/17); and

    (e) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks, Inc., et al. to Debtors' Opposition to Motion of SNMP Research International, Inc. to Amend Proofs of Claim (D.I. 18132, Filed 4/26/17).

    Related Pleading:

    (a) Declaration of Dr. Jeffrey D. Case in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17433, Filed 11/23/16);

    (b) Order Granting Motion to File Under Seal Exhibit to the Declaration of Paul C. Kleist, Jr. in Support of Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 17919, Entered 2/16/17);

    (c) Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue (Main Case D.I. 18020, Entered 3/17/17);

    (d) [Sealed] Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 18069, Filed 4/5/17);

    (e)    [Sealed] Transmittal Affidavit of Nicholas J. Brannick in Support of Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 18070, Filed 4/5/17) (Redacted Version D.I. 18071, Filed 4/5/17);

    (f)    Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 18088, Filed 4/10/17); and

    (g)    Order Approving Stipulation Concerning Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (D.I. 18094, Entered 4/13/17).

Status: The hearing on this matter will go forward.

2. Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue (Main Case D.I. 18020, Entered 3/17/17);

Objection Deadline: N/A

Responses Received: N/A

Related Pleading:

    (a)    U.S. Debtors' Pre-Hearing Submissions for the May 11-12, 2017 Hearing (Main Case D.I. 18164, Adv. Case D.I. 561, Filed 5/4/17);

    (b)    SNMP Research's List of Witnesses and Exhibits in Connection with Hearing on the Schedule 1 Issue (Main Case D.I. 18165, Adv. Case D.I. 562, Filed 5/4/17);

    (c)    [SEALED] U.S. Debtors' Pre-Hearing Brief with Respect to Schedule 1 Issue (Main Case D.I. 18166, Adv. Case D.I. 563, Filed 5/4/17); and

    (d)    Motion to File Under Seal the U.S. Debtors' Pre-Hearing Brief with Respect to the Schedule 1 Issue (Main Case D.I. 18167, Adv. Case D.I. 564, Filed 5/4/17).

    (e)    SNMP Research's List of Witnesses and Exhibits in Connection with Hearing on Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (Main Case D.I. 18168, Adv. Case D.I. 566, Filed 5/4/17);

    (f)    [Sealed] SNMP Research, Inc.'s and SNMP Research International, Inc.'s Pre-Hearing Brief on Schedule 1 Issue (Main Case D.I. 18169, Adv. Case D.I. 566, Filed 5/4/17); and

    (g)    Motion for Authorization to File Under Seal the Pre-Hearing Brief of SNMP Research, Inc. and SNMP Research International, Inc. Regarding the Schedule 1 Issue (Main Case D.I. 18175, Adv. Case D.I. 568, Filed 5/5/17).

<u>Status</u>: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: May 9, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>David H. Herrington (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  */s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |