## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., *et al.,* ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | |
| Plaintiffs, ) | |
| ) | Adv. Proc. No. 11-53454 (KG) |
| v. ) | |
| ) | |
| Nortel Networks Inc., *et al.*, ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I, Nicholas J. Brannick, hereby certify that on May 9, 2017, I caused a copy of the *SNMP Research's Amended List of Witnesses and Exhibits in Connection With Hearing on the Schedule 1 Issue* to be served via electronic mail upon the parties listed on the attached service list.

Dated: May 9, 2017

COLE SCHOTZ P.C.

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
nbrannick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

## **SERVICE LIST**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

53651/0001-14449299v2