## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| Nortel Networks Inc., *et al.,* | ) |
| | ) |
| Debtors.[1] | ) |
| | ) |

Chapter 11
Case No. 09-10138 (KG)
(Jointly Administered)
**Related to Docket Nos. 17432, 17433, 17836, 17838, 18020, 18069 18088 and 18168**

| | |
|---|---|
| SNMP Research International, Inc. | ) |
| and SNMP Research, Inc., | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Nortel Networks Inc., *et al.*, | ) |
| Defendants. | ) |

Adv. Proc. No. 11-53454 (KG)
**Related to Adv. Docket Nos. 540, 542, 547 and 565**

**Hearing Date:  May 11, 2017 at 9:30 a.m. EST**

### SNMP RESEARCH'S AMENDED LIST OF WITNESSES AND EXHIBITS IN CONNECTION WITH HEARING ON MOTION OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. TO AMEND PROOFS OF CLAIM AND ADD SNMP RESEARCH, INC. AS CLAIMANT

SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMP Research"),

hereby submit this *Amended Witness and Exhibit List* for the hearing (the "Hearing") on the Motion

of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add

SNMP Research, Inc. as Claimant [Docket No. 17432] (the "Motion to Amend").

### WITNESSES

SNMP Research identifies the following witnesses it intends to call in connection with its

case in chief at the hearing on the Motion to Amend:

1.  Dr. Jeffrey D. Case.

2.  Mr. Ian Ratner.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

3.  Any witness included on the U.S. Debtors' witness list or whom the U.S. Debtors otherwise call as a witness.

SNMP Research reserves the right to amend this Witness List prior to the Hearing.  SNMP Research further reserves the right to call any other witnesses for purposes of rebuttal or impeachment.

## EXHIBITS

SNMP designates the following exhibits that may be used at the Hearing in its case in chief.:

| Ex. | Description | Docket No. | Offered | Objection | Marked | Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| P–1 | Declaration of Dr. Jeffrey D. Case in Support of Motion to Amend | 17433 | | | | | |
| P–2 | Original Proofs of Claim filed September 29, 2009 (Exhibit 2 to the Case Declaration) | 17433–1 | | | | | |
| P–3 | First Amended NNI Claim (Exhibit 3 to the Case Declaration) | 17433–2 | | | | | |
| P–4 | Second Amended NNI Claim (Exhibit 4 to the Case Declaration) | 17433–3 | | | | | |
| P–5.1 | April 14, 2011 Email from Roy Weldon | AvayaBlue 00281147 | | | | | |
| P-5.2 | Attachment to April 14, 2011 Email from Roy Weldon | AvayaBlue 00281151 | | | | | |
| P–6 | U.S. Debtors' April 1, 2011 Interrogatory Responses (Exhibit 5 to the Case Declaration) | 17433–4 | | | | | |
| P–7 | Third Amended NNI Claim (Exhibit 6 to the Case Declaration) | 17433–5 | | | | | |
| P–8 | August 15, 2011 Email (Exhibit 7 to the Case Declaration) | 17433–6 | | | | | |
| P–9 | Fourth Amended Claims (Exhibit 8 to the Case Declaration) | 17433–7 | | | | | |
| P–10 | March 7, 2012 Email (Exhibit 9 to the Case Declaration) | 17433–8 | | | | | |
| P–11 | Fifth Amended Claims (Exhibit 10 to the Case Declaration) | 17433–9 | | | | | |

| Ex. | Description | Docket No. | Offered | Objection | Marked | Admitted | Disposition |
|---|---|---|---|---|---|---|---|
| P–12 | Amended Expert Report of Mr. Ian Ratner (with appendices 1 and 2 and without schedules) | | | | | | |
| P–13 | Selected Exhibits to Rebuttal Expert Report of Justin N. McLean | 18070–2 | | | | | |
| P–14 | U.S. Debtors' Opposition to Motion to Withdraw Reference | Adv. 184 | | | | | |
| P–15 | U.S. Debtors' Appellee Brief re: EMEA Debtors' Appeal | Case No. 1:15-cv-879-LPS, D.I. 25 | | | | | |
| P–16 | First Discovery Letter to Court re: Discovery of Financial Information | Adv. 441 | | | | | |
| P–17 | Second Discovery Letter to Court re: Discovery of Financial Information | Adv. 444 | | | | | |
| P–18 | SNMP Research's Objection to Disclosure Statement | 17417 | | | | | |
| P–19 | Excerpts from Disclosure Statement for First Amended Joint Plan of Reorganization | 17502 | | | | | |

SNMP Research reserves the right to offer into evidence any exhibits designated by any other party and designate any other documents necessary for rebuttal depending upon the witnesses and evidence produced by any other party.

SNMP Research reserves the right to further amend or supplement this Witness and Exhibit List at or prior to the Hearing.  SNMP Research further reserves the right to (i) introduce exhibits not listed above on rebuttal and during cross-examination and/or for the purposes of impeachment; (ii) use documents not listed herein to refresh witnesses' recollections; and (iii) introduce demonstrative exhibits, which could include the exhibits listed above as well as demonstrative exhibits that incorporate material from the exhibits described above and from other sources.

53651/0001-14408775v3

Dated: May 9, 2017

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead &
Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and
SNMP Research International, Inc.*