# Cole Schotz P.C.

500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117 fax

New Jersey

New York

Maryland

Texas

Florida

Nicholas J. Brannick (No. 5721)
Associate
Admitted in DE, NY, PA and OH

Reply to Delaware Office
Writer's Direct Line: 302-651-2006
Writer's Direct Fax: 302-574-2106
Writer's E-Mail: nbrannick@coleschotz.com

May 9, 2017

**Via CM/ECF Filing**

The Honorable Kevin Gross
United States Bankruptcy Court for the District
of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    SNMP Research, Inc., et al. v. Nortel Networks Inc., et al. (In re Nortel Networks, Inc.), et al., Case No. 09-10138-KG, Adv. No. 11-53454-KG

Dear Judge Gross:

      I write on behalf SNMP Research International, Inc. and SNMP Research, Inc. ("SNMP Research") regarding the above-referenced matter to alert the Court and opposing counsel that during oral argument on May 11 and 12, SNMP Research may cite to certain cases with regard to the statements made at paragraphs 20-22 and footnote 2 of the *Debtors' Sur-Reply in Further Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and add SNMP Research, Inc. as Claimant* [Docket No. 18131]. Those cases are attached hereto and include the following:

| Case Citation | Tab |
|---|---|
| *In re Cmty. Bank. of N. Va.*, 622 F.3d 275, 297-98 (3d Cir. 2010) | 1 |
| *Zavian v. Pride Fin'l, LLC*, 2016 WL 3574008, at *4 (D. N.J. Jun. 30, 2016) (Hammer, Mag.) | 2 |
| *Feuerstack v. Weiner*, 2013 WL 3949234, at *2-3 (D. N.J. Jul. 30, 2013) (Dickson, Mag.) | 3 |
| *Queens W. Dev. Corp. v. Honeywell Int'l, Inc.*, 2013 WL 163306, at *6-7 (D. N.J. Jan. 15, 2013) (Arpert, Mag.) | 4 |

Cole Schotz P.C.

The Honorable Kevin Gross
May 9, 2017
Page 2

                        Respectfully submitted,

                        COLE SCHOTZ P.C.

                        Nicholas J. Brannick (No. 5721)

NJB/mev
Enclosures
cc:    Counsel of Record (*per attached certificate of service*)