# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                                          :          Chapter 11
:
Nortel Networks Inc., *et al.*,                                       :          Case No. 09-10138 (KG)
:
                    Debtors.               :          (Jointly Administered)
:
---------------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I, Nicholas J. Brannick, hereby certify that on May 9, 2017, I caused a copy of the *Letter to Judge Gross* to be served via electronic mail upon the parties listed on the attached service list.

Dated: May 9, 2017                          COLE SCHOTZ P.C.

                                                */s/ Nicholas J. Brannick*
                                                Nicholas J. Brannick (No. 5721)
                                                500 Delaware Avenue, Suite 1410
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 652-3131
                                                Facsimile: (302) 652-3117
                                                nbrannick@coleschotz.com

                                                *Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

**SERVICE LIST**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Christopher Samis, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esq.
David H. Botter, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036