# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2017 THROUGH APRIL 30 2017**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Brown, Coley P | 4/24/2017 | Call with M. Cilia of RLKS to discuss case status and effective date. | 0.5 | 600 | $ 300.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/3/2017 | Reviewed amended statement and schedule analyses and updated records accordingly. | 1.1 | 600 | $ 660.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/3/2017 | Reconciled statement and schedule source files and updated records accordingly. | 1.3 | 600 | $ 780.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/4/2017 | Reviewed statement and schedule analyses and updated database accordingly. | 0.7 | 600 | $ 420.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/6/2017 | Reconciled statement and schedule source files and updated records accordingly. | 0.8 | 600 | $ 480.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/6/2017 | Reconciled source documents for statement and schedule files and updated records accordingly. | 1.2 | 600 | $ 720.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/11/2017 | Reconciled amended statement and schedule source files and updated database accordingly. | 1.0 | 600 | $ 600.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/11/2017 | Reviewed underlying statement and schedule analyses and updated database accordingly. | 1.3 | 600 | $ 780.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/12/2017 | Reconciled amended statement and schedule source files and updated records accordingly. | 1.4 | 600 | $ 840.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/13/2017 | Reviewed underlying statement and schedule analyses and updated records accordingly. | 0.9 | 600 | $ 540.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/13/2017 | Reviewed amended statement and schedule analyses and updated records accordingly. | 1.8 | 600 | $ 1,080.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | Brown, Coley P | 4/17/2017 | Reviewed statement and schedule analyses and updated records accordingly. | 1.2 | 600 | $ 720.00 |
| 6 | Retention and Fee Applications | Brown, Coley P | 4/11/2017 | Reviewed and updated monthly fee application documents and exhibits. | 2.0 | 600 | $ 1,200.00 |
| 6 | Retention and Fee Applications | Lukenda, James | 4/11/2017 | Nortel - review and sign-off on fee application | 0.3 | 850 | $ 255.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/3/2017 | Reconciled underlying plan and disclosure statement analyses and updated database. | 1.2 | 600 | $ 720.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/11/2017 | Reviewed plan and disclosure statement analyses and updated records accordingly. | 1.5 | 600 | $ 900.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/13/2017 | Reviewed plan and disclosure statement analyses and updated records accordingly. | 0.6 | 600 | $ 360.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/13/2017 | Updated plan and disclosure statement analyses database. | 1.0 | 600 | $ 600.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/14/2017 | Reconciled underlying plan and disclosure statement analyses and updated database accordingly. | 1.3 | 600 | $ 780.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/18/2017 | Reviewed plan and disclosure statement analyses and updated records accordingly. | 1.2 | 600 | $ 720.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/20/2017 | Reconciled underlying plan and disclosure statement analyses and updated records accordingly. | 1.9 | 600 | $ 1,140.00 |
| 7 | Disclosure Statement / Plan | Brown, Coley P | 4/21/2017 | Reconciled underlying plan and disclosure statement analyses and updated records accordingly. | 0.8 | 600 | $ 480.00 |
| 15 | Avoidance Action / Reclamation Analysis | Brown, Coley P | 4/5/2017 | Reconciled avoidance action items and updated records accordingly. | 1.3 | 600 | $ 780.00 |
| 15 | Avoidance Action / Reclamation Analysis | Brown, Coley P | 4/7/2017 | Reviewed and updated avoidance action database based on analysis. | 1.4 | 600 | $ 840.00 |
| 15 | Avoidance Action / Reclamation Analysis | Brown, Coley P | 4/11/2017 | Compiled avoidance action supporting documents and updated database. | 1.2 | 600 | $ 720.00 |
| 15 | Avoidance Action / Reclamation Analysis | Brown, Coley P | 4/13/2017 | Reviewed various avoidance action settlements and updated records. | 1.0 | 600 | $ 600.00 |
| 15 | Avoidance Action / Reclamation Analysis | Brown, Coley P | 4/18/2017 | Updated avoidance action records based on underlying analyses. | 1.6 | 600 | $ 960.00 |
| 15 | Avoidance Action / Reclamation Analysis | Brown, Coley P | 4/21/2017 | Reconciled avoidance action summary and corresponding settlements and updated records accordingly. | 0.5 | 600 | $ 300.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/3/2017 | Reviewed unsecured claims analyses and updated database. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/3/2017 | Updated unsecured claims database based on review of supporting documents. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/3/2017 | Updated various unsecured claims records based on review of supporting documents. | 1.0 | 600 | $ 600.00 |

NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2017 THROUGH APRIL 30 2017

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/3/2017 | Analyzed underlying claims information and updated records accordingly. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/4/2017 | Reviewed unsecured claims analyses and updated records database. | 0.6 | 600 | $ 360.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/4/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/4/2017 | Updated unsecured claims database based on review of analyses. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/4/2017 | Reviewed unsecured claims analyses and updated database. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/4/2017 | Analyzed unsecured claims reports and updated database. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/4/2017 | Analyzed underlying claims information and updated records accordingly. | 1.7 | 600 | $ 1,020.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/5/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/5/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/5/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/5/2017 | Updated various unsecured claims databases based on review. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/5/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.7 | 600 | $ 1,020.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/6/2017 | Updated unsecured claims database based on review of supporting documents. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/6/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/6/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/6/2017 | Reconciled unsecured claims supporting documents and updated database. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/6/2017 | Updated unsecured claims database based on review of supporting documents. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/7/2017 | Updated various unsecured claims databases based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/7/2017 | Updated various unsecured claims databases based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/7/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/7/2017 | Analyzed unsecured claims report and updated underlying analysis database accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/7/2017 | Updated various unsecured claims databases based on review. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/10/2017 | Analyzed unsecured claims reports and updated database. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/10/2017 | Updated various unsecured claims databases based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/10/2017 | Analyzed unsecured claims report and updated underlying analysis database accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/10/2017 | Updated unsecured claims analysis based on comments from Cleary. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/10/2017 | Updated various unsecured claims records based on review of supporting documents. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/10/2017 | Updated unsecured claims database based on review of supporting documents. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/12/2017 | Reconciled unsecured claims supporting documents and updated database. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/12/2017 | Updated unsecured claims analysis based on comments from Cleary. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/12/2017 | Updated various unsecured claims databases based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/12/2017 | Analyzed unsecured claims report and updated underlying analysis database accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/12/2017 | Updated various unsecured claims databases based on review. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/13/2017 | Analyzed unsecured claims report and updated underlying analysis database accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/13/2017 | Analyzed unsecured claims report and updated underlying analysis database accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/14/2017 | Updated unsecured claims analysis based on review of data archives. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/14/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/14/2017 | Analyzed unsecured claims report and updated underlying analysis database accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/14/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/14/2017 | Analyzed underlying claims information and updated records accordingly. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/17/2017 | Reconciled unsecured claims supporting documentation and updated records accordingly. | 0.6 | 600 | $ 360.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/17/2017 | Updated various unsecured claims databases based on review. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/17/2017 | Reviewed unsecured claims analyses and updated records database. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/17/2017 | Reconciled updated unsecured claims records based on revised Nortel notes. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/17/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/17/2017 | Updated various unsecured claims databases based on review. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/18/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/18/2017 | Updated various unsecured claims databases based on review. | 1.0 | 600 | $ 600.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2017 THROUGH APRIL 30 2017**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/18/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.1 | 600 | $ 660.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/18/2017 | Updated various unsecured claims databases based on review. | 1.5 | 600 | $ 900.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 0.8 | 600 | $ 480.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2017 | Updated various unsecured claims records based on review of supporting documents. | 0.9 | 600 | $ 540.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2017 | Reconciled unsecured claims supporting documentation and updated records accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2017 | Updated unsecured claims analysis based on review of data archives. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2017 | Reviewed and updated unsecured claims records based on revised Nortel notes. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/19/2017 | Analyzed unsecured claims database and updated underlying analyses records. | 1.7 | 600 | $ 1,020.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/20/2017 | Reconciled unsecured claims database and updated records accordingly. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/20/2017 | Analyzed underlying claims information and updated records accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/20/2017 | Updated various unsecured claims databases based on review. | 1.4 | 600 | $ 840.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/20/2017 | Analyzed underlying claims information and updated records accordingly. | 1.6 | 600 | $ 960.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/21/2017 | Updated unsecured claims database based on review of analyses. | 0.7 | 600 | $ 420.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/21/2017 | Analyzed underlying claims information and updated records accordingly. | 1.0 | 600 | $ 600.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/21/2017 | Reconciled unsecured claims database and updated records accordingly. | 1.2 | 600 | $ 720.00 |
| 16 | Unsecured Claim Analysis | Brown, Coley P | 4/21/2017 | Updated various unsecured claims records based on review of supporting documents. | 1.3 | 600 | $ 780.00 |
| 16 | Unsecured Claim Analysis | Lukenda, James | 4/11/2017 | Nortel - review file and update case status  month end | 0.3 | 850 | $ 255.00 |