# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD APRIL 1, 2017 THROUGH APRIL 30, 2017**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | |