**<u>Exhibit B</u>**

**Nortel Networks, Inc.**

**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Mills,Rebecca Hinson (US013300310) | Air: Amex booking fee for flight.\\GGFQUK | 2/2/2017 | $7.00 |
| Mills,Rebecca Hinson (US013300310) | Air: Flight booking from Charlotte to Houston and return trip for assistance to RLKS team (Leticia B., Raj P. and Kathy S.) in preparation for effective date distribution. Note - trip cancelled per instruction from Kathryn Schultea, so credit will be saved for future Nortel travel.\\GGFQUK | 2/2/2017 | $418.30 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting in Raleigh to discuss winddown and emergence activities. \\NGSBNZ | 2/3/2017 | $940.58 |
| Beakey III,Andrew M (US011131290) | Air: Nortel meeting - airline transaction fee\\NGSBNZ | 2/3/2017 | $7.00 |
| Beakey III,Andrew M (US011131290) | Taxi: Nortel tax meeting in Raleigh\\Hotel to EY office | 2/7/2017 | $8.61 |
| Beakey III,Andrew M (US011131290) | Dinner: Nortel meetings in Raleigh | 2/7/2017 | $22.00 |
| Beakey III,Andrew M (US011131290) | Taxi: Nortel tax meeting in Raleigh\\airport to EY office | 2/8/2017 | $17.17 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel meetings in Raleigh | 2/8/2017 | $15.50 |
| Scott,James E (US011119307) | Taxi: AMEX Fee\\VXJDXT | 2/9/2017 | $5.00 |
| Scott,James E (US011119307) | Air: Delta Air ~ Re:  Air fare for trip to NY for Nortel meetings with Cleary.\\VXJDXT | 2/9/2017 | $334.84 |
| Beakey III,Andrew M (US011131290) | Taxi: Nortel tax meeting in Raleigh\\EY office to airport | 2/9/2017 | $13.54 |
| Beakey III,Andrew M (US011131290) | Brkft: Nortel meetings in Raleigh | 2/9/2017 | $16.25 |
| Beakey III,Andrew M (US011131290) | Lodge: Nortel meetings in Raleigh \\NGSBNZ | 2/10/2017 | $464.54 |
| Scott,James E (US011119307) | Dinner: Executive Charge ~ Re:  Dinner while in NY for Cleary meetings for Nortel. | 2/14/2017 | $80.74 |
| Scott,James E (US011119307) | Taxi: Uber ~ Re:  Transportation while in NY for Cleary meetings.\\Hotel / Airport | 2/15/2017 | $91.79 |
| Scott,James E (US011119307) | Taxi: UBER ~ Re:  Transportation while in NY for Cleary meetings.\\Hotel / Client mtg. site | 2/15/2017 | $15.00 |
| Scott,James E (US011119307) | Lodge: The Ritz Carlton Battery Park ~ Re:  Lodging while in NY for Cleary meetings.\\VXJDXT | 2/15/2017 | $447.14 |
| Scott,James E (US011119307) | Parking: RDU Parking ~ Re:  Airport parking while in NY for Cleary meetings. | 2/15/2017 | $28.00 |
| Beakey III,Andrew M (US011131290) | Taxi: Nortel meetings in Raleigh for Tax and emergence meetings\\Home to SA office | 2/27/2017 | $40.00 |

**Nortel Networks, Inc.**

**Expenses**

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Beakey III,Andrew M (US011131290) | Taxi: Nortel meetings in Raleigh for tax and emergence meetings\\SA airport to home | 3/2/2017 | $40.00 |
| Wood,Jeffrey T (US013081390) | Air: RLKS Meetings\\ZLUSXM | 3/13/2017 | $324.36 |
| Scott,James E (US011119307) | Air: United Air ~ Re:  Air fare for trip to/from Houston for Nortel meeting.\\BPFICI | 3/13/2017 | $344.94 |
| Scott,James E (US011119307) | Air: AMEX Ticket Fee\\BPFICI | 3/13/2017 | $7.00 |
| Wood,Jeffrey T (US013081390) | Air: RLKS Planning Meetings\\XDBTAW | 3/27/2017 | $247.57 |
| Wood,Jeffrey T (US013081390) | Air: RLKS Planning Meetings\\ADIMDJ | 3/27/2017 | $207.00 |
|  |  |  |  |
|  |  |  |  |
|  |  | **Totals** | **$4,143.87** |