# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------X : | Chapter 11 |
| *In re* : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | (Jointly Administered) |
| Debtors. : | **Related to Docket No. 18020** |
| ------------------------------------------------------ X : | **Hearing Date: May 11, 2017 at 11:00 a.m.** |
| SNMP Research International, Inc. : | |
| and : | |
| SNMP Research, Inc., : | |
| Plaintiffs, : | Adv. Proc. No. 11-53454 (KG) |
| v. : | **Related to Adv. Docket No. 540** |
| Nortel Networks Inc., *et al.*, : | |
| Defendants. : | |
| ------------------------------------------------------ X | |

## U.S. DEBTORS' AMENDED PRE-HEARING SUBMISSIONS FOR THE MAY 11-12, 2017 HEARING

Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "U.S. Debtors"), submit these amended pre-hearing submissions to the Court in

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

accordance with the Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue (D.I. 18020).

1. Attached hereto as Exhibit 1 is the U.S. Debtors' amended exhibit list.

2. Attached hereto as Exhibit 2 is the U.S. Debtors' witness list.

3. Attached hereto as Exhibit 3 is the U.S. Debtors' amended list of deposition designations.

4. In addition, the U.S. Debtors reserve the right to introduce additional exhibits, deposition designations and/or witnesses for purposes of rebuttal or impeachment.

Dated: May 9, 2017
Wilmington, Delaware

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*