**<u>Exhibit 3</u>**

Designations List Report
**Case, Jeffrey**
Taken: 1/11/2017

**PAGE:LINE**
9:7 -9:12
10:7 -10:10
13:5 -14:11
20:4 -20:9
20:14 -21:6
52:24 -54:7
56:8 -59:2
59:23 -60:23
61:20 -62:10
67:21 -69:15
73:4 -74:8
83:11 -84:23
98:13 -98:18
101:10 -101:15
109:15 -109:22
110:20 -111:13
137:15 -139:21
142:19 -143:10
146:19 -150:13
153:14 -153:18
159:22 -160:7
173:6 -174:3
181:4 -181:5
182:2 -183:3
212:16 -218:21

Designations List Report
**Case, Jeffrey**
Taken: 3/30/2017

**PAGE:LINE**

326:2 -326:9

363:13 -363:18

393:10 -394:2

408:14 -408:17

422:21 -423:4

428:19 -429:22

431:3 -432:12

433:3 -433:14

461:15 -461:25

Designations List Report
**Case, Jeffrey**
Taken: 3/31/2017

**PAGE:LINE**
603:4 -603:23
630:10 -633:11
817:2 -817:15
935:20 -937:16

Designations List Report
**Mead, John**
Taken: 9/28/2016

**PAGE:LINE**
140:4 -140:9
141:13 -141:16
145:13 -147:14
173:23 -177:20
178:4 -180:20
181:4 -181:11
182:8 -182:10
183:6 -187:4
191:22 -193:14
195:12 -196:2
197:15 -197:23
198:3 -199:2
199:15 -199:23
206:24 -207:3
207:10 -207:22
229:15 -232:25
233:4 -234:21
260:17 -264:25

Designations List Report
**Seligson, John**
Taken: 9/30/2016

**PAGE:LINE**
131:15 -132:1
133:24 -134:12

Designations List Report
**Case, Jeffrey**
Taken: 8/11/2015

**PAGE:LINE**

9:4 - 11:15

12:4 -12:7

12:17 - 13:14