# EXHIBIT 1

**Plaintiffs' Counter-Designations and Objections**

53651/0001-14465392v1

## KEY TO OBJECTIONS

| LETTER | OBJECTION | APPLICABLE RULE(S) |
|---|---|---|
| A | Requires authentication or identification | FRE 901 |
| B | Best evidence rules prohibit introduction | FRE 1001-1002 |
| C | Improper compilation of separate documents | FRE 403, 901 |
| D | Improper deposition designation (designation is neither a question or testimony) | FRE 401, 402 |
| E | Improper examination (vague, ambiguous, loaded, leading, etc.) | FRE 402, 403, 602, 611 |
| F | Lack of foundation/personal knowledge | FRE 402, 403, 602, 611 |
| H | Hearsay if offered to prove the truth of the matter asserted | FRE 801, 802 |
| I | Incomplete document or testimony and the introduction of the remaining portions of the document and/or testimony ought, in fairness, be considered contemporaneously with it | FRE 106, 403 |
| M | Offer or discussion for settlement or compromise | FRE 408 |
| N | Exhibit not produced in discovery | FRE 403 |
| O | Improper opinion testimony (not supported by sufficient facts or data, not product of reliable principles or methods, and/or principles and methods utilized by expert not applied reliably to facts of this case) | FRE 701-704 |
| P | Privileged or attorney work product | FRE 501, 502 |
| R | Lack of relevance | FRE 401, 402, 403 |
| S | Summary requiring underlying data or information | FRE 1006 |
| T | Beyond the scope of the Rule 30(b)(6) topic for which a witness has been designated | FRE 602, FRCP 30(b)(6) |
| U | Unduly prejudicial, wasteful, confusing, misleading or cumulative | FRE 403 |

## SNMP Research's Counter-Designations and Objections

| Witness | U.S. Debtors' Designations (Page:Line to Page:Line) | SNMP Research's Objections | SNMP Research's Counter-Designations (Page:Line to Page:Line) |
|---|---|---|---|
| Jeffrey Case (1/11/2017) | 9:7-12 | | Counter-designations not limited to any single designation |
| | 10:7-10 | | 14:20-15:6 |
| | 13:5-14:11 | | 21:7-22:7 |
| | 20:4-20:9 | | |
| | 20:14-21:6 | | 62:11-63:2 |
| | 52:24-54:7 | | 74:9-75:12 |
| | 56:8-59:2 | | 139:22-140:21 |
| | 59:23-60:23 | | 141:15-21 |
| | 61:20-62:10 | | |
| | 67:21-69:15 | | |
| | 73:4-74:8 | E | |
| | 83:11-84:23 | | |
| | 98:13-18 | | |
| | 101:10-15 | | |
| | 109:15-22 | | |
| | 110:20-111:13 | R | |
| | 137:15-139:21 | F, P, R | |
| | 142:19-143:10 | | |
| | 146:19-150:13 | P | |
| | 153:14-18 | | |
| | 159:22-160:7 | P | |
| | 173:6-174:3 | | |
| | 181:4-5 | | |
| | 182:2-183:3 | | |
| | 212:16-218:21 | F, H, R, U | |
| Jeffrey Case (3/30/2017) | 326:2-9 | R, F | 325:3-25 |
| | 363:13-18 | | 352:4-11 |
| | 393:10-394:2 | | 365:19-366:20 |
| | 408:14-17 | | 368:20-369:20 |
| | 422:21-423:4 | | 394:3-13 |
| | 428:19-429:22 | E, H, R, F | 394:24-395:1 |
| | 431:3-432:12 | F | 395:9-395:15 |
| | 433:3-14 | | 409:8-19 |
| | 461:15-25 | | 421:12-422:13 |
| | | | 458:17-459:11 |

53651-0001/144641196v2

| Deponent | | | | |
|---|---|---|---|---|
| | 603:4-23 | | 627:10-630:9 | |
| | 630:10-633:11 | E (631:24-632:5) | 868:18-869:5 | |
| | 817:2-15 | R | 878:3-12 | |
| | 935:20-937:16 | | 881:21-882:7 | |
| Jeffrey Case (3/31/2017) | | | 884:14-24 | |
| | | | 885:8-887:9 | |
| | | | 923:25-925:15 | |
| | | | 934:16-935:19 | |
| | | | 937:17-938:13 | |
| | | | 982:16-983:18 | |
| | 140:4-9 | R | 207:4-9 | |
| | 141:13-16 | R | 235:3-6 | |
| | 145:13-147:14 | R | 235:9-11 | |
| | 173:23-177:20 | R | 235:18 | |
| | 178:4-180:20 | F, R, U | 235:20-25 | |
| | 181:4-11 | | 236:9-12 | |
| | 182:8-10 | | 237:11-24 | |
| | 183:6-187:4 | R | 239:5-19 | |
| John Mead (9/28/2016) | 191:22-193:14 | R | 245:2-23 | |
| | 195:12-196:2 | | 246:12-247:15 | |
| | 197:15-23 | | 248:4-9 | |
| | 198:3-199:2 | F | 249:4-23 | |
| | 199:15-23 | F | 251:11-252:12 | |
| | 206:24-207:3 | | | |
| | 207:10-22 | | | |
| | 229:15-232:25 | E, R, U | | |
| | 233:4-234:21 | F, R, U | | |
| | 260:17-264:25 | I, H, N, R | | |
| | 130:15-131:1 | | 15:24-16:20 | |
| | 132:24-133:12 | A, R | 34:6-24 | |
| John Seligson (9/30/2016) | | | 134:1-22 | |
| | | | 136:24-137:2 | |
| | | | 137:6-7 | |
| | | | 138:24-139:1 | |
| | | | 139:5-6 | |
| | | | A | |
| John Southwood (12/8/2016) | | Southwood will be at the hearing. By agreement of the parties Southwood's designations will not be admitted. | | |
| Canada Jeffrey Case (8/11/2015) | 9:4-11:15 | D, I, R, U (cumulative, U.S. Debtors had mutliple opportunities to depose Dr. Case in this proceeding). | 12:8-16 | |
| | 12:4-7 | D, F, I, R, U (cumulative, U.S. Debtors had mutliple opportunities to depose Dr. Case in this proceeding). | | |
| | 12:17-13:14 | D, F, I, R, U (cumulative, U.S. Debtors had mutliple opportunities to depose Dr. Case in this proceeding). | | |