**<u>Exhibit 1</u>**

### U.S. DEBTORS' OBJECTIONS TO SNMP RESEARCH'S EXHIBITS[1]

| Exhibit # | U.S. Debtors' Objection |
|---|---|
| P-1 | FRE 802 |
| P-2 | FRE 802 |
| P-3 | FRE 802 |
| P-4 | FRE 802 |
| P-5 | FRE 802; incomplete document |
| P-7 | FRE 802 |
| P-8 | FRE 802 |
| P-9 | FRE 802 |
| P-10 | FRE 802; incomplete document (missing attachments) |
| P-11 | FRE 802 |
| P-12 | FRE 802 |
| P-13 | FRE 802 |
| P-14 | FRE 401, FRE 402, FRE 403 |
| P-15 | FRE 401, FRE 402, FRE 403 |
| P-16 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-17 | FRE 401, FRE 402, FRE 403 |
| P-18 | FRE 802 |
| P-19 | FRE 401, FRE 402, FRE 403; incomplete document |
| P-26 | Exhibits P-26 and P-27 should be a single exhibit (Exhibit P-27 is an attachment to Exhibit P-26) |
| P-27 | Exhibits P-26 and P-27 should be a single exhibit (Exhibit P-27 is an attachment to Exhibit P-26) |

---

[1] This list includes only those exhibits to which the U.S. Debtors object.

| Exhibit # | U.S. Debtors' Objection |
|---|---|
| P-28 | FRE 401, FRE 402, FRE 403 |
| P-30 | Combination of separately produced documents |
| P-32 | FRE 802 |
| P-33 | FRE 802 |
| P-34 | FRE 802 |
| P-35 | FRE 802 |
| P-36 | FRE 401, FRE 402, FRE 403; Exhibits P-36 and P-37 should be a single exhibit (Exhibit P-37 is an attachment to Exhibit P-36) |
| P-37 | FRE 401, FRE 402, FRE 403; Exhibits P-36 and P-37 should be a single exhibit (Exhibit P-37 is an attachment to Exhibit P-36); printout of spreadsheet does not contain all columns |
| P-38 | FRE 401, FRE 402, FRE 403 |
| P-40 | Exhibits P-40 and P-41 should be a single exhibit (P-41 is an attachment to P-40) |
| P-41 | Exhibits P-40 and P-41 should be a single exhibit (P-41 is an attachment to P-40) |
| P-42 | FRE 401, FRE 402, FRE 403; incomplete document (document is an attachment to another email) |
| P-43 | FRE 401, FRE 402, FRE 403 |
| P-44 | FRE 401, FRE 402, FRE 403; Exhibits P-44 and P-45 should be a single exhibit (Exhibit P-45 is an attachment to P-44) |
| P-45 | FRE 401, FRE 402, FRE 403; Exhibits P-44 and P-45 should be a single exhibit (Exhibit P-45 is an attachment to P-44) |
| P-46 | FRE 401, FRE 402, FRE 403; Exhibits P-46 and P-47 should be a single exhibit (Exhibit P-47 is an attachment to P-46) |
| P-47 | FRE 401, FRE 402, FRE 403; Exhibits P-46 and P-47 should be a single exhibit (Exhibit P-47 is an attachment to P-46) |
| P-50 | FRE 802 |

| Exhibit # | U.S. Debtors' Objection |
|---|---|
| P-51 | FRE 401, FRE 402, FRE 403 |
| P-52 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-53 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-54 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-55 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-55 and P-56 should be a single exhibit (P-56 is an attachment to P-55) |
| P-56 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-55 and P-56 should be a single exhibit (P-56 is an attachment to P-55) |
| P-57 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-57 and P-58 should be a single exhibit (P-58 is an attachment to P-57) |
| P-58 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-57 and P-58 should be a single exhibit (P-58 is an attachment to P-57) |
| P-59 | FRE 802 |
| P-60 | FRE 802 |
| P-61 | FRE 401, FRE 402, FRE 403 |
| P-62 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-62, P-63, P-63.1, and 63.2 should be a single exhibit (P-63, P-63.1, and P-63.2 are attachments to P-62) |
| P-63 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-62, P-63, P-63.1, and 63.2 should be a single exhibit (P-63, P-63.1, and P-63.2 are attachments to P-62) |
| P-63.1 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-62, P-63, P-63.1, and 63.2 should be a single exhibit (P-63, P-63.1, and P-63.2 are attachments to P-62) |
| P-63.2 | FRE 401, FRE 402, FRE 403, FRE 802; Exhibits P-62, P-63, P-63.1, and 63.2 should be a single exhibit (P-63, P-63.1, and P-63.2 are attachments to P-62) |
| P-64 | FRE 401, FRE 402, FRE 403; combination of separately produced documents |

| Exhibit # | U.S. Debtors' Objection |
|---|---|
| P-65 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-66 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-67 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-68 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-69 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-70 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-71 | FRE 401, FRE 402, FRE 403, FRE 802; incomplete document (document is an excerpt); document has never been produced (as excerpts or as a complete document) |
| P-72 | FRE 401, FRE 402, FRE 403, FRE 802; incomplete document (document is an excerpt) |
| P-73 | FRE 401, FRE 402, FRE 403; incomplete document (document is an excerpt); document has never been produced (as excerpts or as a complete document) |
| P-74 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-75 | FRE 401, FRE 402, FRE 403, FRE 802 |
| P-76 | FRE 401, FRE 402, FRE 403, FRE 802; document has never been produced (as excerpts or as a complete document) |