**Exhibit 2**

## U.S. DEBTORS' OBJECTIONS AND COUNTER DESIGNATIONS TO SNMP RESEARCH'S DEPOSITION DESIGNATIONS

| SNMP Designations | Objection | Counter Designation[1] |
|---|---|---|
| **Pierre Tremblay (October 18, 2016)** | | |
| 3:15–3:17 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 7:17–10:2 | FRE 401, 402, 403 [objection to 8:24–9:16 only] | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 10:7–11:10 | FRE 401, 402, 403 [objection to 10:7–16 only] | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 70:11–71:6 | FRE 401, 402, 403, 602, 701; Fed. R. Civ. P. 26(a)(2); improper expert testimony [objection to 70:22–6 only] | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 84:2–84:11 | | 84:12–84:15; 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 84:16–85:13 | | 85:14–85:24; 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 85:25–86:23 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 87:9–87:19 | | 87:20–88:3; 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 88:4–88:9 | | 88:10–89:3; 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 89:7–90:7 | FRE 401, 402, 403, 602, 701; Fed. R. Civ. P. 26(a)(2); improper expert testimony | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |

---

[1] To the extent the U.S. Debtors have both objected and counter-designated testimony to one of SNMP Research's designations, the U.S. Debtors reserve the right to not introduce the counter-designations if SNMP Research's corresponding designations are excluded.

| SNMP Designations | Objection | Counter Designation[1] |
|---|---|---|
| 90:8–90:11 | | 90:18–91:1; 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 90:16–90:17 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 91:2–91:10 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 91:15–92:19 | | 92:20–93:2; 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 94:1–94:3 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 94:8–95:2 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 95:6–95:13 | FRE 401, 402, 403 | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| 96:6–96:14 | | 151:4–11; 152:6–153:15; 156:6–157:19; 181:20–182:2 |
| **John Mead (September 28, 2016)** | | |
| 15:9–15:11 | | |
| 20:7–20:22 | | |
| 21:7–22:14 | | |
| 25:22–26:11 | | |
| 28:5–28:23 | FRE 401, 402, 403 | 220:15–223:25 |
| 80:14–81:9 | FRE 401, 402, 403 | 81:13–82:3 |
| 86:8–86:9 | FRE 401, 402, 403 | |
| 86:16–86:16 | FRE 401, 402, 403 | |
| 88:1–89:10 | FRE 401, 402, 403 | |
| 90:2–90:5 | FRE 401, 402, 403 | |

3

| SNMP Designations | Objection | Counter Designation[1] |
|---|---|---|
| 91:7–92:1 | FRE 401, 402, 403 | |
| 246:3–248:9 | FRE 401, 402, 403 | |
| 249:4–249:9 | | |
| 249:19–249:23 | | |
| 256:10–257:15 | FRE 401, 402, 403 | |
| **Michael Fitzgerald (September 15, 2016)** | | |
| 117:16–117:18 | | |
| 117:20–117:21 | | |
| 118:3–118:5 | | |
| 118:24–119:21 | | |