# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br><br>[Docket No. 18108] | 2/1/17 - 2/28/17 | $123,507.00 (Fees)<br><br>$2,615.23 (Expenses) | $98,805.60 (Fees @ 80%)<br><br>$2,615.23 (Expenses @ 100%) | 4/17/17 | 5/8/17 |

2245203v1