**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br>)<br>Nortel Networks Inc., *et al.*, )<br>)<br>Debtors.[1] )<br>──────────────────────── )<br>SNMP Research International, Inc. )<br>and SNMP Research, Inc., )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Nortel Networks Inc., *et al.*, )<br>Defendants. )<br>──────────────────────── ) | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br>**Related to Docket Nos. 18020 and 18164**<br><br>Adv. Proc. No. 11-53454 (KG)<br>**Related to Adv. Docket Nos. 540 and 561**<br><br>**Hearing Date: May 11, 2017 at 9:30 a.m. EST** |

**NOTICE OF FILING PLAINTIFFS' OBJECTIONS TO**
**NORTEL NETWORKS INC.'S TRIAL EXHIBITS**

**PLEASE TAKE NOTICE** that, attached hereto as Exhibit 1, is a list of all of Plaintiffs' Objections to Nortel Networks Inc.'s Exhibits.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the aforementioned objections, SNMP Research objects under FRE 401, 402, and 403 to the use of the following documents ("Amendment Documents") in the Schedule 1A hearing:

D-69 Original NNI Claim

D-70 First Amended NNI Claim

D-71 Second Amended NNI Claim

D-72 Third Amended NNI Claim

D-73 Fourth Amended NNI Claim

D-74 Fifth Amended NNI Claim

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

D-75 Proposed (Sixth) Amended NNI Claim

D-92 Nortel Power Point

D-160 Case Declaration

D – 165 Motion to Amend

D-202 Amended Ratner Report (11.11)

D-205 Case Declaration (redacted)

D -294 Original Ratner Report (11.2)

SNMP Research objects under FRE 401, 402, and 403 to the use of any documents other than the Amendment Documents in the hearing on the motion to amend proofs of claim and add SNMP Research, Inc. as claimant.

Dated: May 9, 2017

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

/s/ Nicholas J. Brannick
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*