# EXHIBIT 1

## Plaintiffs' Objections to Exhibits

| Exhibit Number | Bates Begin | Bates End | SNMP Research Objection |
|---|---|---|---|
| D-1A; D-1B | NNC0511421 | NNC0511439 | |
| D-2 | SNMP_NCA_00139177 | SNMP_NCA_00139195 | |
| D-3 | SNMP_NUS_00002490 | SNMP_NUS_00002491 | |
| D-4 | SNMP_NUS_00002492 | SNMP_NUS_00002494 | |
| D-5 | SNMP_NUS_00003621 | SNMP_NUS_00003642 | |
| D-6A; D-6B | SNMP_DOC-0099020 | SNMP_DOC-0099040 | |
| D-7A; D-7B | NNC0024690 | NNC0024691 | |
| D-8 | SNMP_NUS_00002150 | SNMP_NUS_00002151 | |
| D-9 | SNMP_NUS_00002145 | SNMP_NUS_00002149 | |
| D-10 | SNMP_NUS_00002152 | SNMP_NUS_00002156 | |
| D-11 | SNMP_NUS_00002157 | SNMP_NUS_00002159 | |
| D-12 | SNMP_NUS_00002160 | SNMP_NUS_00002164 | |
| D-13 | NNI-SNMPRI_00023440 | NNI-SNMPRI_00023441 | |
| D-14 | NNI-SNMPRI_00023442 | NNI-SNMPRI_00023443 | |
| D-15 | NNI-SNMPRI_00023444 | NNI-SNMPRI_00023445 | |
| D-16 | SNMP_NUS_00002180 | SNMP_NUS_00002181 | |
| D-17 | SNMP_NUS_00002182 | SNMP_NUS_00002185 | |
| D-18 | SNMP_NUS_00002186 | SNMP_NUS_00002188 | |

| D-19 | SNMP_NUS_00002189 | SNMP_NUS_00002193 |
|---|---|---|
| D-20 | SNMP_NUS_00002194 | SNMP_NUS_00002195 |
| D-21 | NNI-SNMPRI_00023446 | NNI-SNMPRI_00023447 |
| D-22 | NNI-SNMPRI_00023448 | NNI-SNMPRI_00023449 |
| D-23 | NNI-SNMPRI_00023450 | NNI-SNMPRI_00023454 |
| D-24 | NNI-SNMPRI_00023455 | NNI-SNMPRI_00023456 |
| D-25 | SNMP_NUS_00002210 | SNMP_NUS_00002211 |
| D-26 | SNMP_NUS_00002212 | SNMP_NUS_00002216 |
| D-27 | SNMP_NUS_00002217 | SNMP_NUS_00002221 |
| D-28 | NNI-SNMPRI_00023457 | NNI-SNMPRI_00023458 |
| D-29 | NNI-SNMPRI_00023459 | NNI-SNMPRI_00023463 |
| D-30 | NNI-SNMPRI_00023464 | NNI-SNMPRI_00023465 |
| D-31 | SNMP_NUS_00002231 | SNMP_NUS_00002235 |
| D-32 | SNMP_NUS_00002236 | SNMP_NUS_00002240 |
| D-33 | SNMP_NUS_00002241 | SNMP_NUS_00002245 |
| D-34 | SNMP_NUS_00002246 | SNMP_NUS_00002250 |
| D-35 | SNMP_NUS_00002251 | SNMP_NUS_00002255 |
| D-36 | SNMP_NUS_00002256 | SNMP_NUS_00002258 |

| | | | |
|---|---|---|---|
| D-37 | SNMP_NUS_00002259 | SNMP_NUS_00002263 | |
| D-38 | NNI-SNMPRI_00023476 | NNI-SNMPRI_00023477 | |
| D-39 | NNI-SNMPRI_00023480 | NNI-SNMPRI_00023481 | |
| D-40 | SNMP_NCA_00130248 | SNMP_NCA_00130252 | |
| D-41 | NNI-SNMPRI_00023482 | NNI-SNMPRI_00023483 | |
| D-42 | SNMP_NUS_00002273 | SNMP_NUS_00002274 | |
| D-43 | SNMP_NUS_00002275 | SNMP_NUS_00002276 | |
| D-44 | NNI-SNMPRI_00023486 | NNI-SNMPRI_00023487 | |
| D-45 | SNMP_NCA_00139469 | SNMP_NCA_00139470 | |
| D-46 | NNI-SNMPRI_00023490 | NNI-SNMPRI_00023492 | |
| D-47 | SNMP_NUS_00002282 | SNMP_NUS_00002284 | |
| D-48 | SNMP_NUS_00002285 | SNMP_NUS_00002288 | |
| D-49 | SNMP_NUS_00002289 | SNMP_NUS_00002292 | |
| D-50 | SNMP_NUS_00002293 | SNMP_NUS_00002295 | |
| D-51 | NNI-SNMPRI_00023493 | NNI-SNMPRI_00023494 | |
| D-52 | SNMP_NCA_00139495 | SNMP_NCA_00139496 | |
| D-53 | SNMP_NUS_00002300 | SNMP_NUS_00002301 | |
| D-54 | SNMP_NUS_00002302 | SNMP_NUS_00002303 | |

| | | | |
|---|---|---|---|
| D-55 | SNMP_NUS_00002304 | SNMP_NUS_00002306 | |
| D-56 | SNMP_NUS_00002307 | SNMP_NUS_00002308 | |
| D-57 | SNMP_NUS_00002309 | SNMP_NUS_00002310 | |
| D-58 | SNMP_NUS_00002311 | SNMP_NUS_00002313 | |
| D-59 | SNMP_NUS_00002314 | SNMP_NUS_00002315 | |
| D-60 | SNMP_NUS_00002316 | SNMP_NUS_00002317 | |
| D-61 | SNMP_NUS_00002318 | SNMP_NUS_00002319 | |
| D-62 | SNMP_NUS_00002320 | SNMP_NUS_00002321 | |
| D-63 | SNMP_NUS_00002322 | SNMP_NUS_00002323 | |
| D-64 | SNMP_NUS_00002324 | SNMP_NUS_00002325 | |
| D-65 | SNMP_NUS_00002326 | SNMP_NUS_00002327 | |
| D-66 | SNMP_NUS_00089524 | SNMP_NUS_00089525 | |
| D-67 | SNMP_NCA_00100360 | SNMP_NCA_00100361 | |
| D-68 | Not bates stamped | Not bates stamped | |
| D-69 | Not bates stamped | Not bates stamped | |
| D-70 | Not bates stamped | Not bates stamped | |
| D-71 | Not bates stamped | Not bates stamped | |
| D-72 | Not bates stamped | Not bates stamped | |
| D-73 | Not bates stamped | Not bates stamped | |
| D-74 | Not bates stamped | Not bates stamped | |
| D-75 | Not bates stamped | Not bates stamped | |

| | | | |
|---|---|---|---|
| D-76A; D-76B | SNMP_NCA_00105106 | SNMP_NCA_00105110 | |
| D-77A; D-77B | SNMP_NUS_00065616 | SNMP_NUS_00065616 | |
| D-78A; D-78B | SNMP_NUS_00092083 | SNMP_NUS_00092087 | |
| D-79A; D-79B | SNMP_NUS_00085603 | SNMP_NUS_00085638 | |
| D-80 | SNMP_NUS_00089711 | SNMP_NUS_00089714 | |
| D-81 | NNC0511483 | NNC0511483 | |
| D-82 | SNMP_NUS_00073733 | SNMP_NUS_00073736 | |
| D-83 | SNMP_NUS_00077235 | SNMP_NUS_00077236 | |
| D-84 | SNMP_NUS_00078544 | SNMP_NUS_00078544 | |
| D-85 | SNMP_NCA_00113554 | SNMP_NCA_00113558 | |
| D-86 | SNMP_NCA_00104764 | SNMP_NCA_00104764 | |
| D-87 | SNMP_NUS_00090235 | SNMP_NUS_00090237 | |
| D-88 | Not bates stamped | Not bates stamped | |
| D-89 | SNMP_NCA_00176301 | SNMP_NCA_00176302 | FRE 401, 402, 403 |
| D-90 | SNMP_NCA_00113608 | SNMP_NCA_00113615 | |
| D-91 | NNC0002145 | NNC0002148 | |
| D-92 | NNI-SNMPRI_00005706 | NNI-SNMPRI_00005734 | |
| D-93 | AVAYABLUE00151832 | AVAYABLUE00151865 | FRE 401, 402, 403 |
| D-94 | AVAYABLUE00360367 | AVAYABLUE00360401 | FRE 401, 402, 403 |
| D-95 | NNC0511480 | NNC0511480 | |
| D-96 | NNC0510289 | NNC0510289 | |

| | | | |
|---|---|---|---|
| D-97 | NNC0510305 | NNC0510307 | |
| D-98 | NNC0510391 | NNC0510392 | |
| D-99 | SNMP_NUS_00074512 | SNMP_NUS_00074512 | |
| D-100 | NNC0510627 | NNC0510632 | |
| D-101 | NNC0510569 | NNC0510572 | |
| D-102 | SNMP_NUS_00002746 | SNMP_NUS_00002749 | |
| D-103 | SNMP_NUS_00186992 | SNMP_NUS_00187000 | |
| D-104 | Not bates stamped | Not bates stamped | FRE 401, 402, 403 |
| D-105 | Not bates stamped | Not bates stamped | FRE 401, 402, 403 |
| D-106 | SNMP_NUS_00187020 | SNMP_NUS_00187021 | |
| D-107 | SNMP_NUS_00187022 | SNMP_NUS_00187023 | |
| D-108 | NNI-SNMPRI_00023887 | NNI-SNMPRI_00023889 | FRE 401, 402, 403, 801, 802 |
| D-109 | NNI-SNMPRI_00023890 | NNI-SNMPRI_00023891 | FRE 401, 402, 403, 801, 802 |
| D-110 | NNI-SNMPRI_00023892 | NNI-SNMPRI_00023894 | FRE 401, 402, 403, 801, 802 |
| D-111 | NNI-SNMPRI_00023895 | NNI-SNMPRI_00023898 | FRE 401, 402, 403, 801, 802 |
| D-112 | NNI-SNMPRI_00023899 | NNI-SNMPRI_00023900 | FRE 401, 402, 403, 801, 802 |
| D-113 | NNI-SNMPRI_00023901 | NNI-SNMPRI_00023902 | FRE 401, 402, 403, 801, 802 |

| | | | |
|---|---|---|---|
| D-114 | NNI-SNMPRI_00023903 | NNI-SNMPRI_00023904 | FRE 401, 402, 403, 801, 802 |
| D-115 | NNI-SNMPRI_00023905 | NNI-SNMPRI_00023907 | FRE 401, 402, 403, 801, 802 |
| D-116 | NNI-SNMPRI_00023908 | NNI-SNMPRI_00023909 | FRE 401, 402, 403, 801, 802 |
| D-117 | NNI-SNMPRI_00023910 | NNI-SNMPRI_00023911 | FRE 401, 402, 403, 801, 802 |
| D-118 | NNI-SNMPRI_00023912 | NNI-SNMPRI_00023915 | FRE 401, 402, 403, 801, 802 |
| D-119 | NNI-SNMPRI_00023916 | NNI-SNMPRI_00023917 | FRE 401, 402, 403, 801, 802 |
| D-120 | NNI-SNMPRI_00023918 | NNI-SNMPRI_00023919 | FRE 401, 402, 403, 801, 802 |
| D-121 | NNI-SNMPRI_00023920 | NNI-SNMPRI_00023922 | FRE 401, 402, 403, 801, 802 |
| D-122 | NNI-SNMPRI_00023923 | NNI-SNMPRI_00023931 | FRE 401, 402, 403, 801, 802 |
| D-123 | NNI-SNMPRI_00023932 | NNI-SNMPRI_00023937 | FRE 401, 402, 403, 801, 802 |
| D-124 | NNI-SNMPRI_00023938 | NNI-SNMPRI_00023940 | FRE 401, 402, 403, 801, 802 |
| D-125 | NNI-SNMPRI_00023941 | NNI-SNMPRI_00023945 | FRE 401, 402, 403, 801, 802 |
| D-126 | NNI-SNMPRI_00023946 | NNI-SNMPRI_00023948 | FRE 401, 402, 403, 801, 802 |
| D-127 | NNI-SNMPRI_00023949 | NNI-SNMPRI_00023951 | FRE 401, 402, 403, 801, 802 |

| | | | |
|---|---|---|---|
| D-128 | NNI-SNMPRI_00023952 | NNI-SNMPRI_00023953 | FRE 401, 402, 403, 801, 802 |
| D-129 | NNI-SNMPRI_00023954 | NNI-SNMPRI_00023955 | FRE 401, 402, 403, 801, 802 |
| D-130 | SNMP_NCA_00101166 | SNMP_NCA_00101168 | |
| D-131 | SNMP_NCA_00101276 | SNMP_NCA_00101279 | |
| D-132 | SNMP_NCA_00101316 | SNMP_NCA_00101319 | |
| D-133 | SNMP_NCA_00101419 | SNMP_NCA_00101421 | |
| D-134 | SNMP_NUS_00082959 | SNMP_NUS_00082959 | |
| D-135 | SNMP_NUS_00083139 | SNMP_NUS_00083142 | |
| D-136 | SNMP_NUS_00083143 | SNMP_NUS_00083149 | |
| D-137 | SNMP_NUS_00091387 | SNMP_NUS_00091391 | |
| D-138 | SNMP_DOC-0188029 | SNMP_DOC-0188065 | FRE 401, 402, 403 |
| D-139 | NNI-SNMPRI_00013881 | NNI-SNMPRI_00013882 | FRE 401, 402, 403 |
| D-140 | SNMP_NCA_00105798 | SNMP_NCA_00105798 | |
| D-141 | SNMP_NCA_00106560 | SNMP_NCA_00106560 | |
| D-142 | SNMP_NCA_00106561 | SNMP_NCA_00106563 | |
| D-143 | SNMP_NUS_00063547 | SNMP_NUS_00063547 | FRE 401, 402, 403 |
| D-144 | SNMP_NUS_00064274 | SNMP_NUS_00064274 | FRE 401, 402, 403 |
| D-145 | SNMP_NUS_00064363 | SNMP_NUS_00064363 | FRE 401, 402, 403 |
| D-146 | SNMP_NUS_00064524 | SNMP_NUS_00064524 | |
| D-147 | SNMP_NUS_00089659 | SNMP_NUS_00089659 | |

| | | | |
|---|---|---|---|
| D-148 | SNMP_NUS_ 00089660 | SNMP_NUS_00 089662 | |
| D-149 | SNMP_DOC-0084358 | SNMP_DOC-0084358 | |
| D-150 | Excerpt of SNMP_DOC-0084358 | Excerpt of SNMP_DOC-0084358 | |
| D-151 | SNMP_NCA_ 00105951 | SNMP_NCA_00 105951 | |
| D-152 | SNMP_NUS_ 00187771 | SNMP_NUS_00 187787 | |
| D-153 | SNMP_NCA_ 00104613 | SNMP_NCA_00 104615 | |
| D-154 | SNMP_NUS_ 00063973 | SNMP_NUS_00 063973 | |
| D-155.01; D-155.02 | SNMP_NUS_ 00104742 | SNMP_NUS_00 104743 | |
| D-156 | SNMP_NCA_ 00104826 | SNMP_NCA_00 104826 | |
| D-157 | SNMP_NCA_ 00111783 | SNMP_NCA_00 111788 | |
| D-158.01; D-158.02 | SNMP_NUS_ 00072929 | SNMP_NUS_00 072939 | |
| D-159.01; D-159.02 | SNMP_NCA_ 00105041 | SNMP_NCA_00 105042 | |
| D-160 | Not bates stamped | Not bates stamped | |
| D-161 | SNMP_NUS_ 00089710 | SNMP_NUS_00 089710 | FRE 801, 802 |
| D-162 | SNMP_NUS_ 00083024 | SNMP_NUS_00 083046 | |
| D-163 | SNMP_NUS_ 00078612 | SNMP_NUS_00 078612 | |
| D-164 | SNMP_NUS_ 00090613 | SNMP_NUS_00 090622 | |
| D-165 | Not bates stamped | Not bates stamped | |
| D-166 | Not bates stamped | Not bates stamped | |
| D-167 | SNMP_DOC-0120289 | SNMP_DOC-0120291 | |

| | | | |
|---|---|---|---|
| D-168 | Not bates stamped | Not bates stamped | |
| D-169 | SNMP_NCA_00106719 | SNMP_NCA_00106719 | |
| D-170 | SNMP_NCA_00107069 | SNMP_NCA_00107071 | |
| D-171 | SNMP_NUS_00002497 | SNMP_NUS_00002499 | |
| D-172 | NNI-SNMPRI_00012941 | NNI-SNMPRI_00012944 | |
| D-173 | NNC0511459 | NNC0511465 | |
| D-174 | NNC0004788 | NNC0004797 | |
| D-175 | NNC0511466 | NNC0511468 | |
| D-176 | SNMP_NUS_00069060 | SNMP_NUS_00069060 | |
| D-177 | NNC0510285 | NNC0510285 | |
| D-178 | NNC0510335 | NNC0510337 | |
| D-179 | NNC0510375 | NNC0510377 | |
| D-180 | NNC0510460 | NNC0510461 | |
| D-181.01; D-181.02 | SNMP_NUS_00076553 | SNMP_NUS_00076557 | |
| D-182 | SNMP_NCA_00105083 | SNMP_NCA_00105083 | |
| D-183.01; D-183.02 | SNMP_NCA_00105154 | SNMP_NCA_00105157 | |
| D-184 | SNMP_NCA_00100899 | SNMP_NCA_00100899 | |
| D-185 | SNMP_NCA_00106607 | SNMP_NCA_00106611 | |
| D-186 | SNMP_NUS_00086414 | SNMP_NUS_00086419 | |
| D-187.01 *to* D-187.12 | NNC0004446 | NNC0004467 | |

| | | | |
|---|---|---|---|
| D-188 | SNMP_NCA_00105292 | SNMP_NCA_00105292 | |
| D-189 | SNMP_NCA_00105177 | SNMP_NCA_00105179 | |
| D-190 | SNMP_NUS_00064724 | SNMP_NUS_00064727 | |
| D-191 | SNMP_NCA_00107166 | SNMP_NCA_00107166 | |
| D-192 | SNMP_NUS_00067128 | SNMP_NUS_00067130 | |
| D-193 | NNC0024694 | NNC0024695 | |
| D-194.01; D-194.02 | SNMP_NCA_00105228 | SNMP_NCA_00105230 | |
| D-195 | SNMP_NUS_00089706 | SNMP_NUS_00089706 | |
| D-196 | SNMP_NCA_00107329 | SNMP_NCA_00107331 | FRE 801, 802 |
| D-197 | SNMP_NCA_00099150 | SNMP_NCA_00099150 | |
| D-198 | SNMP_NCA_00107326 | SNMP_NCA_00107328 | |
| D-0199.01 *to* D-0199.12 | NNC0004541 | NNC0004564 | |
| D-200 | SNMP_NCA_00108032 | SNMP_NCA_00108034 | |
| D-201 | SNMP_NUS_00064708 | SNMP_NUS_00064710 | |
| D-202 | Not bates stamped | Not bates stamped | |
| D-203 | Not bates stamped | Not bates stamped | |
| D-204 | Not bates stamped | Not bates stamped | |
| D-205 | Not bates stamped | Not bates stamped | |
| D-206 | SNMP_NCA_00103868 | SNMP_NCA_00103870 | |
| D-207 | SNMP_NCA_00176318 | SNMP_NCA_00176318 | FRE 401, 402, 403 |
| D-208 | SNMP_NCA_00104751 | SNMP_NCA_00104751 | |

| | | | |
|---|---|---|---|
| D-209 | SNMP_NCA_00104761 | SNMP_NCA_00104761 | |
| D-210 | SNMP_NCA_00104768 | SNMP_NCA_00104770 | |
| D-211 | SNMP_NCA_00107394 | SNMP_NCA_00107394 | |
| D-212 | SNMP_NUS_00082999 | SNMP_NUS_00083005 | |
| D-213 | SNMP_NUS_00067216 | SNMP_NUS_00067217 | |
| D-214 | SNMP_NCA_00109161 | SNMP_NCA_00109164 | |
| D-215 | SNMP_NUS_00068551 | SNMP_NUS_00068551 | |
| D-216 | SNMP_NUS_00089720 | SNMP_NUS_00089720 | |
| D-217 | SNMP_NUS_00089702 | SNMP_NUS_00089703 | |
| D-218 | SNMP_NUS_00089705 | SNMP_NUS_00089705 | |
| D-219 | SNMP_NUS_00089700 | SNMP_NUS_00089701 | |
| D-220 | SNMP_DOC-0002514 | SNMP_DOC-0002516 | |
| D-221 | SNMP_NUS_00072383 | SNMP_NUS_00072384 | |
| D-222 | SNMP_NCA_00113643 | SNMP_NCA_00113643 | |
| D-223 | SNMP_NCA_00113533 | SNMP_NCA_00113535 | |
| D-224 | SNMP_NUS_00078599 | SNMP_NUS_00078600 | |
| D-225 | SNMP_NCA_00113539 | SNMP_NCA_00113541 | |
| D-226 | SNMP_NCA_00113542 | SNMP_NCA_00113545 | |
| D-227 | SNMP_NCA_00113550 | SNMP_NCA_00113553 | |
| D-228 | SNMP_NCA_00113577 | SNMP_NCA_00113583 | |
| D-229 | SNMP_NUS_00063529 | SNMP_NUS_00063529 | |

| | | | |
|---|---|---|---|
| D-230 | SNMP_NUS_00064015 | SNMP_NUS_00064016 | |
| D-231 | SNMP_NUS_00064372 | SNMP_NUS_00064372 | |
| D-232 | SNMP_NUS_00065720 | SNMP_NUS_00065720 | |
| D-233 | SNMP_NUS_00065899 | SNMP_NUS_00065900 | |
| D-234 | SNMP_NUS_00065902 | SNMP_NUS_00065902 | |
| D-235 | SNMP_NUS_00069803 | SNMP_NUS_00069803 | |
| D-236 | SNMP_NUS_00069822 | SNMP_NUS_00069822 | |
| D-237 | SNMP_NUS_00074056 | SNMP_NUS_00074056 | |
| D-238 | SNMP_NUS_00064402 | SNMP_NUS_00064402 | |
| D-239 | SNMP_NUS_00067865 | SNMP_NUS_00067866 | |
| D-240 | SNMP_NUS_00067867 | SNMP_NUS_00067869 | |
| D-241 | SNMP_NUS_00070460 | SNMP_NUS_00070460 | |
| D-242 | SNMP_NUS_00070464 | SNMP_NUS_00070464 | |
| D-243 | SNMP_NUS_00072296 | SNMP_NUS_00072296 | |
| D-244 | SNMP_NCA_00111560 | SNMP_NCA_00111560 | |
| D-245 | SNMP_NUS_00093490 | SNMP_NUS_00093491 | |
| D-246 | SNMP_NCA_00104642 | SNMP_NCA_00104643 | |
| D-247 | SNMP_NCA_00104644 | SNMP_NCA_00104644 | |
| D-248 | SNMP_NCA_00104680 | SNMP_NCA_00104682 | |
| D-249 | SNMP_NUS_00064449 | SNMP_NUS_00064449 | |
| D-250 | SNMP_NUS_00005156 | SNMP_NUS_00005158 | |

| | | | |
|---|---|---|---|
| D-251 | SNMP_NCA_00139551 | SNMP_NCA_00139553 | |
| D-252 | SNMP_NUS_00086297 | SNMP_NUS_00086302 | |
| D-253 | SNMP_NUS_00086421 | SNMP_NUS_00086429 | |
| D-254 | SNMP_NUS_00089531 | SNMP_NUS_00089531 | |
| D-255 | SNMP_NUS_00086285 | SNMP_NUS_00086295 | |
| D-0256.01 *to* D-0256.10 | NNC0004058 | NNC0004081 | |
| D-257 | SNMP_NCA_00106142 | SNMP_NCA_00106143 | FRE 801, 802 |
| D-258 | SNMP_NUS_00089691 | SNMP_NUS_00089694 | FRE 801, 802 |
| D-259 | SNMP_NCA_00106582 | SNMP_NCA_00106600 | |
| D-260 | SNMP_NCA_00108248 | SNMP_NCA_00108248 | |
| D-261 | SNMP_NCA_00105013 | SNMP_NCA_00105014 | |
| D-262 | SNMP_NCA_00105324 | SNMP_NCA_00105325 | |
| D-263 | SNMP_NCA_00100904 | SNMP_NCA_00100904 | |
| D-264 | SNMP_NUS_00067219 | SNMP_NUS_00067220 | |
| D-265 | SNMP_NCA_00099022 | SNMP_NCA_00099022 | |
| D-266 | SNMP_NCA_00107075 | SNMP_NCA_00107077 | |
| D-267 | SNMP_NCA_00110408 | SNMP_NCA_00110415 | |
| D-268 | SNMP_NCA_00110474 | SNMP_NCA_00110483 | |
| D-269 | SNMP_NCA_00099023 | SNMP_NCA_00099023 | |
| D-270 | SNMP_NUS_00074445 | SNMP_NUS_00074448 | |
| D-271 | SNMP_NCA_00111985 | SNMP_NCA_00111987 | |

| | | | |
|---|---|---|---|
| D-272 | SNMP_NUS_00074554 | SNMP_NUS_00074556 | |
| D-273 | SNMP_NUS_00074599 | SNMP_NUS_00074602 | |
| D-274 | SNMP_NCA_00112001 | SNMP_NCA_00112006 | |
| D-275 | SNMP_NUS_00074581 | SNMP_NUS_00074584 | |
| D-276 | SNMP_NCA_00099025 | SNMP_NCA_00099025 | |
| D-277 | SNMP_NCA_00099026 | SNMP_NCA_00099026 | |
| D-278 | SNMP_NCA_00112132 | SNMP_NCA_00112137 | |
| D-279 | SNMP_NCA_00112290 | SNMP_NCA_00112293 | |
| D-280 | SNMP_NCA_00112349 | SNMP_NCA_00112352 | |
| D-281.01; D-281.02 | SNMP_NCA_00112353 | SNMP_NCA_00112356 | |
| D-282.01; D-282.02 | NNC0002282 | NNC0002285 | |
| D-283 | SNMP_NUS_00076244 | SNMP_NUS_00076245 | |
| D-284.01; D-284.02 | SNMP_NCA_00112689 | SNMP_NCA_00112691 | |
| D-285 | SNMP_NUS_00091685 | SNMP_NUS_00091686 | |
| D-286 | Not bates stamped | Not bates stamped | |
| D-287 | NNI-SNMPRI_00013889 | NNI-SNMPRI_00013889 | FRE 402, 403, 602, 611 |
| D-288 | SNMP_NUS_00157463 | SNMP_NUS_00157484 | |
| D-289 | SNMP_NUS_00176315 | SNMP_NUS_00176316 | FRE 401, 402, 403 |
| D-290 | SNMP_NUS_00077235 | SNMP_NUS_00077235 | |
| D-291 | SNMP_NUS_00077236 | SNMP_NUS_00077236 | |
| D-292 | SNMP_NCA_00151220 | SNMP_NCA_00151225 | |

| | | | |
|---|---|---|---|
| D-293 | Not bates stamped | Not bates stamped | |
| D-294 | Not bates stamped | Not bates stamped | |
| D-295 | AVAYABLUE00152189 | AVAYABLUE00152198 | |
| D-296 | AVAYABLUE00152185 | AVAYABLUE00152188 | FRE 401, 402, 403 |
| D-297 | SNMP_NCA_00139251 | SNMP_NCA_00139252 | |
| D-298 | SNMP_NCA_00139269 | SNMP_NCA_00139271 | |
| D-299 | SNMP_NUS_000064532 | SNMP_NUS_000064532 | |
| D-300 | SNMP_NCA_00099014 | SNMP_NCA_00099014 | |
| D-301 | SNMP_NCA_00099046 | SNMP_NCA_00099046 | |
| D-302 | SNMP_NCA_00099305 | SNMP_NCA_00099305 | |
| D-303 | SNMP_NCA_00099221 | SNMP_NCA_00099221 | |