# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :     Chapter 11
:
:     Bankr. Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                          :
:     (Jointly Administered)
Debtors.                             :
:     **Re: D.I. 18183 & 18185**
:
------------------------------------------------------------X
:
SNMP Research International, Inc.                           :
:
and                                                         :
:
SNMP Research, Inc.,                                        :
:     Adv. Proc. No. 11-53454 (KG)
Plaintiffs,                          :
:     **Re: D.I. 572 & 575**
v.                                                          :
:
Nortel Networks Inc., *et al.*,                             :
:
Defendants.                          :
------------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on May 9, 2017, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1. U.S. Debtors' Amended Pre-Hearing Submissions For The May 11-12, 2017 Hearing (Main Case D.I. 18183, Adv. Case D.I. 572, Filed 5/9/17).

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.  U.S. Debtors' (I) Objections To SNMP Research's Exhibits And (II) Objections And Counter Designations To SNMP Research's Deposition Designations (Main Case D.I. 18185, Adv. Case D.I. 575, Filed 5/9/17).

| | |
|---|---|
| Dated: May 9, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |