**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                  :
                                                  :        Chapter 11
                                                  :
In re                                             :
                                                  :        Case No. 09-10138 (KG)
                                                  :
Nortel Networks Inc., et al.,                     :
                                                  :        Jointly Administered
                       Debtors.                   :
                                                  :
                                                  :
-----------------------------------------------------------X
```

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, Andrew J. Roth-Moore, hereby moves for the admission pro hac vice of Daniel Montgomery (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated:  May 10, 2017      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                    /s/ Andrew J. Roth-Moore
                          Andrew J. Roth-Moore (No. 5988)
                          1201 North Market Street
                          Wilmington, Delaware 19801
                          Telephone:  (302) 658-9200
                          Facsimile: (302) 658-3989

                          *Counsel for the Debtors
                          and Debtors-in-Possession*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this

Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New

York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which

occurs in the preparation or course of this proceeding.  I also certify that I am generally familiar

with this Court's Local Rules and with the Standing Order for District Court Fund effective 8/31/16.

I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District

Court.

Dated:  May 10, 2017
New York, New York

            */s/ Daniel Montgomery* _____
            Daniel Montgomery
            Cleary Gottlieb Steen & Hamilton LLP
            One Liberty Plaza
            New York, New York 10006
            Telephone:  (212) 225-2000
            Fax: (212) 225-3999
            Email: dmontgomery@cgsh.com

11040402.1