# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Nicholas J. Brannick, hereby certify that on May 10, 2017, I caused a copy of the *SNMP Research's Second Amended List of Witnesses and Exhibits in Connection With Hearing on the Schedule 1 Issue* to be served via electronic mail upon the parties listed on the attached service list.

Dated: May 10, 2017                COLE SCHOTZ P.C.

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
nbrannick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

53651/0001-14449299v3

## **SERVICE LIST**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

53651/0001-14449299v3