**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., *et al.,* ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors.[1] ) | **Related to Docket No. 18020, 18086, 18118** |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | |
| Plaintiffs, ) | |
| ) | Adv. Proc. No. 11-53454 (KG) |
| v. ) | **Related to Adv. Docket No. 540, 542, 547** |
| ) | |
| Nortel Networks Inc., *et al.*, ) | **Hearing Date: May 11, 2017 at 11:00 a.m. EST** |
| Defendants. ) | |

**LIST OF DEPOSITION DESIGNATIONS OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. FOR THE HEARING ON SCHEDULE 1 ISSUE[2]**

SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMP Research"), and pursuant to the Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue [D.I. 18020; Adv. D.I. 540] (the "Scheduling Order"), hereby submits these deposition designation in connection the May 11-12, 2017 hearing on the Schedule 1 Issue (as defined in the Scheduling Order). SNMP Research reserves the right to further amend or supplement these designations at or prior to the hearing.

**DEPOSITION DESIGNATIONS**

**I.  Witness:** Pierre Tremblay; **Deposition Date**: October 18, 2016

**PAGE:LINE**

3:15–3:17
7:17–10:2
10:7–11:10

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

[2] Counsel to SNMP Research served this List of Deposition Designations on counsel to Nortel Networks Inc., *et al.* via electronic mail on May 8, 2017.

70:11–71:6
84:2–84:11
84:16–85:13
85:25–86:23
87:9–87:19
88:4–88:9
89:7–90:7
90:8–90:11
90:16–90:17
91:2–91:10
91:15–92:19
94:1–94:3
94:8–95:2
95:6–95:13
96:6–96:14

    **II.**    **Witness:** John Mead; **Deposition Date**: September 28, 2016

**PAGE:LINE**

15:9–15:11
20:7–20:22
21:7–22:14
25:22–26:11
28:5–28:23
80:14–81:9
86:8–86:9
86:16
88:1–89:10
90:2–90:5
91:7–92:1
246:3–248:9
249:4–249:9
249:19–249:23
256:10–257:15

    **III.**    **Witness:** Michael Fitzgerald; **Deposition Date**: September 15, 2016

**PAGE:LINE**

117:16–117:18
117:20–117:21
118:3–118:5

2

118:24–119:21

Dated: May 9, 2017

<div style="display: flex;">

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

</div>

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*