IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*, :
: Jointly Administered
              Debtors. :
:
:
---------------------------------------------------X

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Andrew J. Roth-Moore, hereby moves for the admission pro hac vice of Erin C. Gallagher (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated: May 10, 2017　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

　　　　　　　　　　　　　　　　*/s/ Andrew J. Roth-Moore*
　　　　　　　　　　　　　　Andrew J. Roth-Moore (No. 5988)
　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　Facsimile: (302) 658-3989

　　　　　　　　　　　　　　*Counsel for the Debtors*
　　　　　　　　　　　　　　*and Debtors-in-Possession*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: May 10th, 2017**　　　　　KEVIN GROSS
**Wilmington, Delaware**　　　　　　UNITED STATES BANKRUPTCY JUDGE