# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
:  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,  :
:  Jointly Administered
               Debtors.  :
:
---------------------------------------------------------X

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

        Pursuant to Local Rule 9010-1 and the attached certification, Andrew J. Roth-Moore, hereby moves for the admission pro hac vice of Daniel Montgomery (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in connection with the above-captioned proceedings.

Dated: May 10, 2017  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Andrew J. Roth-Moore*
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors-in-Possession*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: May 10th, 2017**  
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**