# Cole Schotz P.C.

500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117 fax

New Jersey

New York

Maryland

Texas

Florida

Nicholas J. Brannick
Associate
Admitted in DE, NY, PA and OH

Reply to Delaware Office
Writer's Direct Line: 302-651-2006
Writer's Direct Fax: 302-574-2106
Writer's E-Mail: nbrannick@coleschotz.com

May 10, 2017

**Via CM/ECF Filing**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    SNMP Research, Inc., et al. v. Nortel Networks Inc., et al. (In re Nortel Networks, Inc.), et al., Case No. 09-10138-KG, Adv. No. 11-53454-KG

Dear Judge Gross:

I write on behalf SNMP Research International, Inc. and SNMP Research, Inc. ("SNMP Research") regarding the above-referenced matter.

On May 9, 2017, the Witness & Exhibit binders for SNMP Research were transmitted to Chambers. Enclosed are updates to those binders, including a replacement for P-30 and a new Exhibit-81 which was listed in the recently filed *SNMP Research's Second Amended List of Witnesses & Exhibits in Connection with the Hearing on the Schedule 1 Issue* [Docket No. 18192].

In addition, it has come to our attention that Exhibit P-77 should be removed from the binders, as this Exhibit was replaced by Exhibits P-77.1-P-77.2.

Please feel free to contact me with any questions.

                        Very truly yours,

                        COLE SCHOTZ P.C.

                        Nicholas J. Brannick

NJB:slr
Enclosures
cc:    Counsel of Record (*per attached certificate of service*)