# P-81

| | |
|---|---|
| **From:** | John Southwood <john@snmp.com> |
| **To:** | hyslop@nortelnetworks.com <hyslop@nortelnetworks.com> |
| **CC:** | John Southwood <john@snmp.com>;rbarnes@lng-patent.com <rbarnes@lng-patent.com> |
| **Sent:** | 11/17/1999 3:23:35 PM |
| **Subject:** | Comments on the latest revision of the license |

Hi David;

I want to make a few comments about the modifications to the license. You will notice that I sent you two copies of the license electronically. One shows the changes that we have made. This can be our working copy. The second copy contains the SNMP Research letterhead and headers on each page. The changes are suppressed, so this copy may be printed and signed at Nortel's choice. The text in both copies is the same.

We reviewed the requested changes in 5.1 and 5.2. Perhaps these items were offering clarifications to the text. We felt that the simplier language in the previous version achieved our purposes, so there have been no changes to these sections. If we have misunderstood your intentions in these paragraphs please let us know again what you are seeking.

In Section 5.3 we have changed from NNC to "Specified Entity" throughout. Since the Specified Entity is making payment and receiving the rights in each transaction, it seems right to provide them with the benefits of this section.

In Section 5.4 we have added section g. which addresses the issue your raised in your e-mail.

So, you can see that we are moving closer to complete agreement on the terms of this license. Since the evaluation extensions and the temporary transfer of the Bay license expired on November 1 it is important that we complete this license as soon as possible.

Please let me know if there is anything else that we can do at SNMPRI.

On other topics, I will turn my attention to creating additional Schedules for your review.

I thought that you would be pleased to know that I've gotten Bill Bryson to the 100 mile wilderness in Maine.

-John

---
John Southwood <john@int.snmp.com> |
SNMP Research International | voice: +1 865 579-3311
3001 Kimberlin Heights Road | fax: +1 865 573-9197
Knoxville, TN 37920 | WWW: http://www.int.snmp.com

Note: As of November 1, 1999 our area code changed. The old area code, 423, will work until April 23, 2000.

NCA - Confidential
SNMP_NCA_00105151

NUS-Confidential
Avaya - Highly Confidential - Attorneys Eyes Only
SNMP_NUS_00105151