# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                                         :
In re                                                    :     Chapter 11
                                                         :
Nortel Networks Inc., et al.,                            :     Case No. 09-10138 (KG)
                                                         :
                                Debtors.                 :     (Jointly Administered)
                                                         :
-------------------------------------------------------- X
```

## CERTIFICATE OF SERVICE

I, Nicholas J. Brannick, hereby certify that on May 10, 2017, I caused a copy of the *Letter to Judge Gross regarding Witness and Exhibit Binders for SNMP Research* to be served via electronic mail upon the parties listed on the attached service list.

Dated: May 10, 2017

COLE SCHOTZ P.C.

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
nbrannick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

53651/0001-14009000v5

## **SERVICE LIST**

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

53651/0001-14009000v5