# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                    :   Chapter 11
:
:   Bankr. Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                         :
:   (Jointly Administered)
Debtors.                                     :
:   **Re: D.I. 18198**
:
------------------------------------------------------------X
:
SNMP Research International, Inc.                          :
:
and                                                        :
:
SNMP Research, Inc.,                                       :
:   Adv. Proc. No. 11-53454 (KG)
:
Plaintiffs,                                  :   **Re: D.I. 580**
:
v.                                                         :
:
Nortel Networks Inc., *et al.*,                            :
:
Defendants.                                  :
------------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 11, 2017, a copy of the **Notice of Amended Agenda of Matters Scheduled for Hearing on May 11, 2017 at 11:00 a.m. (Eastern Time) and May 12, 2017 at 9:30 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: May 11, 2017  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 16th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

# SERVICE LIST

**VIA FACSIMILE**

Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801
*Fax:  302-652-3117*

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
*Fax:  302-573-6497*

G. David Dean
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD  21202
*Fax:  410-528-9402*

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN  37902
*Fax:  865-525-5293*

**VIA EMAIL**

Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN  37201
*Email: rbusch@kingballow.com*

11042642.1