**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., *et al.*, ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors.[1] ) | **Related to Docket Nos. 18020, 18169 and 18175** |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | |
| Plaintiffs, ) | |
| ) | Adv. Proc. No. 11-53454 (KG) |
| v. ) | **Related to Adv. Docket Nos. 540, 566 and 568** |
| ) | |
| Nortel Networks Inc., *et al.*, ) | **Hearing Date: May 11, 2017 at 11:00 a.m. (ET)** |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO FILE UNDER SEAL THE PRE-HEARING BRIEF OF SNMP RESEARCH, INC. AND SNMP RESEARCH INTERNATIONAL, INC. REGARDING THE SCHEDULE 1 ISSUE**

Upon consideration of the Motion for Authorization to File Under Seal the Pre-Hearing Brief of SNMP Research, Inc. and SNMP Research International, Inc. Regarding the Schedule 1 Issue (the "Seal Motion")[2] and finding that: (i) this Court has jurisdiction over the matters raised in the Seal Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) notice of the Seal Motion and the hearing thereon, if any, has been given and is sufficient and no other or further notice is necessary; (iv) good and sufficient cause having been shown; and after due deliberation:

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Seal Motion is granted, as set forth herein.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

[2] Capitalized terms used but not defined in this order shall have the meaning ascribed to them in the Seal Motion.

53651/0001-14449341v1

2

2. Pursuant to pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, a copy of the Pre-Hearing Brief shall be filed under seal and shall remain under seal, confidential and not made available to anyone, except for: (i) the Court; (ii) the Debtors and their counsel; (iii) any person or entity upon the joint written permission of SNMP Research and the Debtors; and (iv) other parties upon further Court order.

3. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation of this Order.

Dated: May 11, 2017
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE