## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

               Debtors.

-------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 16, 2017 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18009, Filed 3/10/17).

    Objection Deadline:  March 31, 2017 at 4:00 p.m. (ET).  Extended to April 3, 2017 at 4:00 p.m. (ET) for William Owens. Extended to April 14, 2017 at 4:00 p.m. (ET) for Netas Telekomunikasyon A.S.

    Responses Received:

    (a)  Response of William A. Owens in Opposition to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims,

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18056, Filed 4/3/17); and

(b)     Response and Objection of Netas Telekomunikasyon A.S. to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18098, Filed 4/14/17).

Related Pleading:

(a)     Order Granting Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18059, Entered 4/4/17);

(b)     Debtors' Reply in Further Support of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims (D.I. 18117, Filed 4/20/17);

(c)     Emergency Motion of William A. Owens for a Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18127, Filed 4/24/2017); and

(d)     Response of the Debtors to Emergency Motion of William A. Owens for Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection to Certain Claims [D.I. 18127] (D.I. 18146, Filed 4/28/17).

Status: The hearing with regard to the Response of William Owens has been adjourned to the hearing scheduled for June 13, 2017 at 9:00 a.m. (ET).  The hearing with regard to the Response of Netas Telekomunikasyon A.S. has been adjourned to the hearing scheduled for June 13, 2017 at 9:00 a.m. (ET).

2.      Emergency Motion of William A. Owens for a Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18127, Filed 4/24/2017).

Objection Deadline:  N/A

Responses Received:

(a)    Response of the Debtors to Emergency Motion of William A. Owens for Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection to Certain Claims [D.I. 18127] (D.I. 18146, Filed 4/28/17).

Related Pleading:

(a)    Order Granting Relief Sought in the Emergency Motion of William A. Owens for Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection to Certain Claims [D.I. 18127] (D.I. 18152, Entered 5/1/17).

Status: An order has been entered resolving this matter.

**FEE APPLICATIONS**

3.    Quarterly Fee Applications.

Objection Deadline: N/A

Responses Received:  None.

Related Pleadings:  See attached "Exhibit A".

Status: The hearing on this matter will go forward.

Dated: May 12, 2017                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                         James L. Bromley (admitted *pro hac vice*)
                                       Lisa M. Schweitzer (admitted *pro hac vice*)
                                       One Liberty Plaza
                                       New York, New York 10006
                                       Telephone:  (212) 225-2000
                                       Facsimile:  (212) 225-3999

                                       - and -

                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                       */s/ Tamara K. Minott*
                                       Eric D. Schwartz (No. 3134)
                                       Derek C. Abbott (No. 3376)
                                       Andrew R. Remming (No. 5120)
                                       Tamara K. Minott (No. 5643)
                                       1201 North Market Street
                                       Wilmington, DE  19899-1347
                                       Telephone:  (302) 658-9200
                                       Facsimile:  (302) 658-3989

                                       *Counsel for the Debtors and Debtors in Possession*