# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MAY 11, 2017 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matters:

1) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   Evidentiary Hearing - SNMP Motion to Amend
   **R / M #:**   0 / 0

2) Evidentiary hearing in SNMP matter A-11-53454
   **R / M #:**   0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 5/12/17
#2 - Continued to 5/12/17