# SIGN-IN-SHEET

**CASE NAME:** In re Nortel Networks Inc., et al.  
SNMP Research Int'l v. Nortel Networks  
**CASE NO.:** 17-10837 / Adv. Case No. 11-53454

**COURTROOM LOCATION:** 3  
**DATE:** May 11, 2017, May 12, 2017

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Dean | Cole Schotz | SNMP |
| Norman Pernick | Cole Schotz | " |
| Richard Bixler | Egg + Bulk | " |
| Ish Wong | Egerton Mendke | " |
| Tamara K Minott | Morris Nichols | US Debtors |
| Erin Gallagher | Cleary Gottlieb | US Debtors |
| David Herrington | " | " |
| Stephanie Wu | Cleary Gottlieb | US Debtors |
| Nathaniel Cedeny | " | " |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 05/11/2017
Calendar Time: 11:00 AM ET

Amended Calendar  May 11 2017  6:59AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8337134 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8306659 | Justin McLean | (720) 963-5300 ext. | Analysis Group, Inc. | Interested Party, Justin McLean / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8338338 | Jeremy D. Ray | (615) 726-5484 ext. | King & Ballow | Creditor, SNMP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8336662 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8306626 | Carletta Wong | (720) 963-5300 ext. | Analysis Group, Inc. | Interested Party, Carletta Wong / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8337984 | Robert Johnson | 212-872-1077 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8334829 | Michael J. Kennedy | 312-984-9711 ext. | Chilmark Partners | Debtor, Nortel Network / LIVE |

Page 1 of 2

| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8337999 | Christopher M. Samis | (302) 357-3266 ext. | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 05/12/2017
Calendar Time: 09:30 AM ET

1st Revision  May 11 2017 2:02PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8339894 | Ashley B. Graham | (212) 225-3927 ext. | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8306671 | Justin McLean | (720) 963-5300 ext. | Analysis Group, Inc. | Interested Party, Justin McLean / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8338453 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Plaintiff(s), SNMP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8338341 | Jeremy D. Ray | (615) 726-5484 ext. | King & Ballow | Creditor, SNMP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8340154 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8306637 | Carletta Wong | (720) 963-5300 ext. | Analysis Group, Inc. | Interested Party, Carletta Wong / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8338003 | Robert Johnson | 212-872-1077 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8334837 | Michael J. Kennedy | 312-984-9711 ext. | Chilmark Partners | Debtor, Nortel Network / LIVE |
| Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8337996 | Christopher M. Samis | (302) 357-3266 ext. | Whiteford, Taylor & Preston LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |