# **<u>EXHIBIT A</u>**

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bauer | Alison D. | 18/04/2017 | Review and mark up monthly fee application time | 0.5 | 445.00 | 14311442 |
| Bauer | Alison D. | 13/04/2017 | Email to K. Fleary | 0.1 | 89.00 | 14316608 |
| Bauer | Alison D. | 20/04/2017 | Review fee application | 0.4 | 356.00 | 14317980 |
| Bauer | Alison D. | 28/04/2017 | Emails with K. Fleary regarding February fee application | 0.1 | 89.00 | 14339856 |
| Fleary | Kristina | 11/04/2017 | review fee application | 0.5 | 142.50 | 14299193 |
| Fleary | Kristina | 18/04/2017 | Review fee application | 1.0 | 285.00 | 14307870 |
| Fleary | Kristina | 28/04/2017 | emails regarding fee application | 0.1 | 28.50 | 14353612 |
| Gray | William | 07/04/2017 | Work on fee application (.5); work on review by fee monitor (.2) | 0.7 | 682.50 | 14315560 |
| Gray | William | 13/04/2017 | Review Fee Examiner's report | 0.5 | 487.50 | 14316484 |
| Gray | William | 20/04/2017 | Review and file fee application | 0.5 | 487.50 | 14318732 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bogach | Alex | 18/04/2017 | reviewing LTD leave to appeal materials; | 0.2 | 61.00 | 14311843 |
| Bogach | Alex | 19/04/2017 | reviewing file re LTD objection and appeal; | 1.0 | 305.00 | 14311848 |
| Bogach | Alex | 19/04/2017 | conducting legal research re Charter claims; | 2.1 | 640.50 | 14312231 |
| Bogach | Alex | 21/04/2017 | conducting legal research re Charter arguments; | 1.9 | 579.50 | 14320945 |
| Bogach | Alex | 22/04/2017 | conducting legal research re charter research; | 1.9 | 579.50 | 14320984 |
| Bogach | Alex | 24/04/2017 | conducting legal research re Charter arguments; | 3.7 | 1,128.50 | 14322449 |
| Bogach | Alex | 29/04/2017 | drafting memo re implications of Charter arguments by LTD objectors; | 5.7 | 1,738.50 | 14337445 |
| Brown | Hilary | 24/04/2017 | researching s.7 Charter issues; | 3.3 | 1,006.50 | 14326881 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bogach | Alex | 19/04/2017 | meeting with A Slavens and J Opolsky to discuss legal research re LTD settlement; | 0.7 | 213.50 | 14312493 |
| Bomhof | Scott A. | 07/04/2017 | reviewing escrow/waiver materials and telephone call with Cleary and Goodmans to discuss same (1.5); telephone call with G. Finlayson and report to Cleary regarding LTD appeal issues (.3); | 1.8 | 1,755.00 | 14297699 |
| Bomhof | Scott A. | 10/04/2017 | telephone call with Clearly regarding escrow/waiver (.4); telephone call with Bennett Jones, Cassels and Cleary regarding escrow/waiver (.4); call with W. Gray re appeal (.4) | 1.2 | 1,170.00 | 14301669 |
| Bomhof | Scott A. | 12/04/2017 | telephone call with A. Slavens, Cleary and Goodmans regarding escrow/waiver (.9); exchange emails with Cleary, J. Roy, G. Finlayson and M. Wunder regarding LTD appeal issues (1.0); | 1.9 | 1,852.50 | 14303258 |
| Bomhof | Scott A. | 11/04/2017 | reviewing revised escrow/waiver materials (.4); various telephone calls with Cleary, Cassels and Bennett Jones regarding waiver/escrow materials (.8); | 1.2 | 1,170.00 | 14303352 |
| Bomhof | Scott A. | 13/04/2017 | various telephone calls with D.J. Miller, G. Finlayson and Cleary regarding escrow/waiver agreement; | 1.8 | 1,755.00 | 14306541 |
| Bomhof | Scott A. | 18/04/2017 | telephone call with B. Beller and telephone calls with Goodmans, TGF and Bennett Jones regarding waiver/escrow (.9); reviewing revised waiver/escrow materials and discussing same with Cleary (.7); confer with A. Slavens re same (.3) | 1.9 | 1,852.50 | 14310247 |
| Bomhof | Scott A. | 17/04/2017 | various telephone calls with Cleary, DJ Miller, A. Slavens and G. Finlayson regarding waiver and escrow (1.2); exchange messages with C. Armstrong regarding waiver/escrow (.2); | 1.4 | 1,365.00 | 14310249 |
| Bomhof | Scott A. | 19/04/2017 | telephone call with D.J. Miller and follow up on waiver/escrow and LTD appeal; | 1.0 | 975.00 | 14312955 |
| Bomhof | Scott A. | 20/04/2017 | follow up on issues related to LTD appeal; | 0.4 | 390.00 | 14321086 |
| Bomhof | Scott A. | 24/04/2017 | reviewing revised escrow/waiver documents and emails from Goodmans regarding discussions with LTD appellants (.5); reviewing issues related to application to lift stay regarding Lucescu matter (.3); | 0.8 | 780.00 | 14325414 |
| Bomhof | Scott A. | 25/04/2017 | reviewing signed waiver/escrow documents (.3); reviewing US motion record for approval of waiver/escrow (.3); reviewing email exchanges between US debtors, EMEA debtors and monitor regarding waiver/escrow (.4); | 1.0 | 975.00 | 14331022 |
| Bomhof | Scott A. | 27/04/2017 | reviewing motion record regarding waiver/escrow approval; | 0.9 | 877.50 | 14334520 |
| Bomhof | Scott A. | 28/04/2017 | reviewing Monitor's motion record regarding May 1 motion to approve waiver/escrow for LTD appeal; | 0.7 | 682.50 | 14337886 |
| Brown | Hilary | 19/04/2017 | internal meeting with J. Opolsky, A.. Slavens and A. Bogach; | 0.5 | 152.50 | 14315945 |
| Gray | Andrew | 07/04/2017 | reviewing background material regarding LTD claimants and discussing same with Scott Bomhof (.6); email correspondence (.2); | 0.8 | 700.00 | 14298866 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 10/04/2017 | Review appeal court decision denying appeal (.4); conference with S. Bomhof regarding the same(.4) | 0.8 | 780.00 | 14315288 |
| Opolsky | Jeremy | 17/04/2017 | preparing, attending and following up on meeting with Adam Slavens re: LTD issues; | 0.3 | 192.00 | 14309618 |
| Opolsky | Jeremy | 18/04/2017 | research and reviewing case law re: appeal issues; | 1.8 | 1,152.00 | 14315337 |
| Opolsky | Jeremy | 19/04/2017 | preparing for and attending office meeting with A. Slavens, H. Brown and A. Bogach re: appeal research; | 0.9 | 576.00 | 14315811 |
| Opolsky | Jeremy | 27/04/2017 | reviewing CCAA proceeding filings re: LTD appeal; | 0.1 | 64.00 | 14335340 |
| Slavens | Adam | 07/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence; | 2.9 | 2,291.00 | 14301980 |
| Slavens | Adam | 06/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence (0.5); email correspondence with S. Bomhof and B. Beller re same (0.2); | 0.7 | 553.00 | 14301985 |
| Slavens | Adam | 11/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence; | 2.5 | 1,975.00 | 14302041 |
| Slavens | Adam | 10/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence; | 1.4 | 1,106.00 | 14302045 |
| Slavens | Adam | 16/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence; | 0.4 | 316.00 | 14306842 |
| Slavens | Adam | 12/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence; | 0.7 | 553.00 | 14307356 |
| Slavens | Adam | 12/04/2017 | email correspondence with M. Wunder and S. Bomhof re motion returnable April 26, 2017; | 0.4 | 316.00 | 14307358 |
| Slavens | Adam | 17/04/2017 | office conference with Jeremy Opolsky re LTD appeal research (0.2); reviewing LTD Chater arguments (2.4); | 2.6 | 2,054.00 | 14309089 |
| Slavens | Adam | 17/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence (1.0); telephone call with S. Bomhof re same (0.2); | 1.2 | 948.00 | 14309092 |
| Slavens | Adam | 18/04/2017 | reviewing comments on draft waiver and reserve agreement, related documents and correspondence (0.7); office conference with S. Bomhof re same (0.3); | 1.0 | 790.00 | 14312164 |
| Slavens | Adam | 18/04/2017 | email correspondence with Jeremy Opolsky re LTD appeal research (0.2); reviewing record re same (1.9); | 2.1 | 1,659.00 | 14312295 |
| Slavens | Adam | 19/04/2017 | meeting with J. Opolsky, A. Bogach and H. Brown re LTD appeal research (0.4); preparing for, and reviewing record re, same (2.5); | 2.9 | 2,291.00 | 14316672 |
| Slavens | Adam | 19/04/2017 | reviewing correspondence on draft waiver and reserve agreement and related documents; | 0.3 | 237.00 | 14317392 |
| Slavens | Adam | 20/04/2017 | reviewing motion materials, factums and background re lift stay motion returnable April 26, 2017 (4.2); preparing reporting email to L. Schweitzer and M. Livingston re same (0.3); email correspondence with M. Wunder and G. Finlayson re same (0.2); | 4.7 | 3,713.00 | 14319365 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 21/04/2017 | reviewing motion materials, factums and background re lift stay motion returnable April 26, 2017 (1.7); telephone call with M. Livingston re same (0.3); conference call with M. Wunder and G. Finlayson re same (0.4); preparing for same (0.5); | 2.9 | 2,291.00 | 14326277 |
| Slavens | Adam | 24/04/2017 | reviewing email correspondence from G. Finlayson re escrow and waiver arrangements and lift stay motion (0.2); email correspondence with Cleary team re lift stay motion (0.4); preparing reporting email to J. Ray re same (0.5); | 1.1 | 869.00 | 14326278 |
| Slavens | Adam | 25/04/2017 | preparing for motion returnable April 26, 2017 (2.5); telephone call with L. Pillon re same (0.2); | 2.7 | 2,133.00 | 14329500 |
| Slavens | Adam | 25/04/2017 | reviewing and commenting on draft CCAA and chapter 11 waiver and reserve motion materials and reviewing email correspondence re same; | 2.7 | 2,133.00 | 14329501 |
| Slavens | Adam | 25/04/2017 | conducting legal research re section 7 of the Charter re LTD appeal; | 1.3 | 1,027.00 | 14329575 |
| Slavens | Adam | 26/04/2017 | conducting legal research re sections 7 and 15 of the Charter re LTD appeal; | 2.6 | 2,054.00 | 14331991 |
| Slavens | Adam | 26/04/2017 | attending motion returnable April 26, 2017 (4.1); preparing for same (0.6); preparing reporting email to J. Ray and Cleary team re same (0.5); | 5.2 | 4,108.00 | 14332592 |
| Slavens | Adam | 26/04/2017 | reviewing email correspondence re waiver and escrow agreement; | 0.2 | 158.00 | 14332749 |
| Slavens | Adam | 27/04/2017 | reviewing motion record re motion returnable May 1, 2017 (1.4); email correspondence with M. Wunder and G. Finlayson re same (0.1) | 1.5 | 1,185.00 | 14336335 |
| Slavens | Adam | 28/04/2017 | preparing for motion returnable May 1, 2017; | 0.7 | 553.00 | 14338277 |
| Slavens | Adam | 28/04/2017 | conducting legal research re sections 7 and 15 of the Charter re LTD appeal; | 3.2 | 2,528.00 | 14338278 |

U.S. Proceedings/Matters

| **Last Name** | **First Name** | **Date** | **Description** | **Hours** | **Value** | **Index#** |
|---|---|---|---|---|---|---|
| Slavens | Adam | 13/04/2017 | reviewing chapter 11 case court documents; | 1.1 | 869.00 | 14306838 |
| Slavens | Adam | 21/04/2017 | reviewing chapter 11 case court materials; | 0.8 | 632.00 | 14326293 |