# EXHIBIT B

**Nortel**
**April 2017 Disbursements**

| | | | |
|---|---|---|---|
| Agents Fees | 07/04/2017 | 899.08 | Agents Fees - - VENDOR: SUPREME LAW GROUP ADAM SLAVENS- INV. # 1454 - |
| | | **$   899.08** | |
| | | | |
| Process Servers | 03/04/2017 | 33.84 | Process Servers - - VENDOR: Donaldson Law Clerk Services ADAM SLAVENS - iNV. # 93732- FILE NO. CV-16-11656-00CL - FEBRUARY 17, 2017 - |
| | | **$   33.84** | |
| | | | |
| Laser Printing | 11/04/2017 | 2.70 | Laser Printing |
| Laser Printing | 19/04/2017 | 5.30 | Laser Printing |
| Laser Printing | 26/04/2017 | 36.00 | Laser Printing |
| Laser Printing | 27/04/2017 | 29.10 | Laser Printing |
| Laser Printing | 28/04/2017 | 56.50 | Laser Printing |
| | | **$   129.60** | |
| | | | |
| On Line Research Charges - Quicklaw | 24/04/2017 | 30.08 | On Line Research Charges - Quicklaw |
| On Line Research Charges -WestlaweCarswell Incl. | 24/04/2017 | 22.84 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$   52.92** | |
| | | | |
| Cash Received | 28/04/2017 | -16 | Credit Note Due to Overcharging |
| Cash Received | 28/04/2017 | -361.44 | Credit Note Due to Overcharging |
| | | **$   (377.44)** | |