# **<u>EXHIBIT A</u>**

2244550v1

```
*********************************************************************************************Page 1 of (14)
                                      WHITEFORD, TAYLOR & PRESTON        THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT       AS OF 5/10/2017 12:16:49 PM
                                      PROFORMA NUMBER: 641434          LAST DATE BILLED 04/14/17

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                       NORTEL NETWORKS, INC.                                    CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001           NORTEL                                                   C/O FRED S. HODARA, ESQ.
CASE ID                                                                         AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                                                ONE BRYANT PARK
                                                                                BANK OF AMERICA TOWER
                                                                                NEW YORK, NY 10036-6745

INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13448091 | 04/03/17 | | REVIEW AND CALENDAR CRITICAL DATES. | S1 | | .30 | 01762 | CMS | 165.00 | 165.00 |
| 13453564 | 04/03/17 | | PREPARE DRAFT OF WTP'S TWENTY-SEVENTH MONTHLY FEE APPLICATION. | S19 | | .60 | 01831 | CL | 153.00 | 318.00 |
| 13453576 | 04/03/17 | | CONTINUED PREPARATION OF FINAL FEE APPLICATION. | S19 | | 1.00 | 01831 | CL | 255.00 | 573.00 |
| 13489152 | 04/03/17 | | REVIEW CRITICAL DATES CALENDAR | S1 | | .20 | 01761 | LKG | 105.00 | 678.00 |
| 13489938 | 04/03/17 | | REVIEW OWENS RESPONSE TO 47TH OMNIBUS CLAIM OBJECTION | S9 | | .80 | 01761 | LKG | 420.00 | 1,098.00 |
| 13448108 | 04/04/17 | | REVIEW W. OWENS RESPONSE TO 47TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | 1.60 | 01762 | CMS | 880.00 | 1,978.00 |
| 13448131 | 04/04/17 | | REVIEW MARCH 2017 PRO FORMA FOR ACCURACY AND CONFIDENTIALITY. | S19 | | .50 | 01762 | CMS | 275.00 | 2,253.00 |
| 13484633 | 04/04/17 | | REVIEW AND REVISE WTP PROFORMA. | S19 | | .60 | 01831 | CL | 153.00 | 2,406.00 |
| 13449294 | 04/05/17 | | REVIEW 32ND QUARTERLY FEE EXAMINER REPORT ON MNAT. | S20 | | .20 | 01762 | CMS | 110.00 | 2,516.00 |
| 13449295 | 04/05/17 | | REVIEW 32ND QUARTERLY FEE EXAMINER REPORT ON RLKS. | S20 | | .20 | 01762 | CMS | 110.00 | 2,626.00 |
| 13449296 | 04/05/17 | | REVIEW MARCH 2017 MERGIS STAFFING REPORT. | S20 | | .20 | 01762 | CMS | 110.00 | 2,736.00 |
| 13454335 | 04/05/17 | | REVIEW MERGIS GROUP MARCH STAFFING REPORT | S20 | | .20 | 01761 | LKG | 105.00 | 2,841.00 |
| 13454440 | 04/05/17 | | REVISE CRITICAL DATES. | S1 | | .20 | 01831 | CL | 51.00 | 2,892.00 |
| 13489626 | 04/05/17 | | REVIEW EXAMINER'S REPORT RE: MNAT FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT RE: RLKS FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT RE: ASHURST FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT RE: CASSELS BROCK FEE APPLICATION (.1); | S20 | | .70 | 01761 | LKG | 367.50 | 3,259.50 |

```
*****************************************************************************************Page 2 of (14)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 5/10/2017 12:16:49 PM
                                    PROFORMA NUMBER: 641434     LAST DATE BILLED 04/14/17


CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | REVIEW EXAMINER'S REPORT RE: CHILMARK FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT RE: E&Y FEE APPLICATION (.1); REVIEW EXAMINER'S REPORT RE: HURON FEE APPLICATION (.1) | | | | | | | |
| 13454917 | 04/06/17 | | CONFER WITH M. MADDOX RE 5/16/17 FEE HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 3,285.00 |
| 13454999 | 04/06/17 | | REVIEW FEE EXAMINER'S REPORT RE ASHURST AND CASSEL AND PREPARE COMMITTEE'S EXHIBIT TO PROPOSED FEE ORDER. | S20 | | .50 | 01831 | CL | 127.50 | 3,412.50 |
| 13455014 | 04/06/17 | | EMAIL K. GOOD AND C. SAMIS STATUS OF FEE HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 3,438.00 |
| 13488446 | 04/06/17 | | EMAIL TO I. KHAN, L. ROBERTS, M. WUNDER, A. LORING, B. KAHN RE: MAY 16 FEE HEARING (.1); EMAIL TO M. WUNDER RE: SAME (.1) | S20 | | .20 | 01761 | LKG | 105.00 | 3,543.00 |
| 13488455 | 04/06/17 | | REVIEW CHILMARK PARTNERS FEBRUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 3,648.00 |
| 13455512 | 04/07/17 | | REVIEW 4/11/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 3,673.50 |
| 13484732 | 04/07/17 | | FILE WTP'S TWENTY-SIXTH MONTHLY FEE APPLICATION. | S19 | | .20 | 01831 | CL | 51.00 | 3,724.50 |
| 13484746 | 04/07/17 | | E-MAIL TO C. LANO RE: CNO ON 26TH MONTHLY WTP FEE APPLICATION. | S19 | | .10 | 01762 | CMS | 55.00 | 3,779.50 |
| 13485353 | 04/07/17 | | REVIEW/SIGN CNO FOR WTP FEBRUARY FEE APPLICATION (.1); EMAIL TO C. LANO RE: FILING SAME (.1) | S19 | | .20 | 01761 | LKG | 105.00 | 3,884.50 |
| 13485359 | 04/07/17 | | REVIEW AGENDA CANCELING 4/11 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 3,937.00 |
| 13485360 | 04/07/17 | | REVIEW RLKS MARCH FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 4,042.00 |
| 13458907 | 04/10/17 | | CONFER WITH ACCOUNTING RE STATUS OF PROFORMA. | S19 | | .10 | 01831 | CL | 25.50 | 4,067.50 |
| 13462796 | 04/10/17 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: WTP FEE APPLICATION | S19 | | .10 | 01761 | LKG | 52.50 | 4,120.00 |
| 13462797 | 04/10/17 | | REVIEW FEE EXAMINER'S FINAL REPORT RE: KEIGHTLY & ASHNER INTERIM FEE APPLICATION (.1); REVIEW FEE | S20 | | .50 | 01761 | LKG | 262.50 | 4,382.50 |

Case 09-10138-MFW   Doc 18212-2   Filed 05/15/17   Page 4 of 12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Page 3 of (14)

| | | | | | WHITEFORD, TAYLOR & PRESTON | THRU 04/30/17 |
|---|---|---|---|---|---|---|
| BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS | | | | | DETAILED   BILLING REPORT | AS OF 5/10/2017 12:16:49 PM |
| | | | | | PROFORMA NUMBER: 641434 | LAST DATE BILLED 04/14/17 |

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | \*\*\*PROFESSIONAL SERVICES\*\*\* | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | EXAMINER'S FINAL REPORT RE: TORYS INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: AKIN GUMP INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: CROWELL & MORING INTERIM FEE APPLICATION (.1); REVIEW FEE EXAMINER'S FINAL REPORT RE: JOHN RAY INTERIM FEE APPLICATION (.1) | | | | | | | |
| 13484805 | 04/10/17 | | E-MAIL TO T. MINOTT RE: CNO ON 26TH MONTHLY WTP FEE APPLICATION. | S19 | | .10 | 01762 | CMS | 55.00 | 4,437.50 |
| 13484813 | 04/10/17 | | REVIEW FEE EXAMINERS FINAL REPORT REGARDING TWENTY NINTH QUARTERLY FEE APPLICATION OF JOHN RAY. | S20 | | .20 | 01762 | CMS | 110.00 | 4,547.50 |
| 13484814 | 04/10/17 | | REVIEW FEE EXAMINERS FINAL REPORT REGARDING THIRTY FIRST QUARTERLY FEE APPLICATION OF CROWELL & MORING LLP. | S20 | | .20 | 01762 | CMS | 110.00 | 4,657.50 |
| 13484815 | 04/10/17 | | FEE EXAMINERS FINAL REPORT REGARDING THIRTY SECOND INTERIM FEE APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP. | S20 | | .20 | 01762 | CMS | 110.00 | 4,767.50 |
| 13484816 | 04/10/17 | | REVIEW FEE EXAMINERS FINAL REPORT REGARDING TWENTY FIFTH QUARTERLY FEE APPLICATION OF TORYS LLP. | S20 | | .20 | 01762 | CMS | 110.00 | 4,877.50 |
| 13484817 | 04/10/17 | | REVIEW FEE EXAMINERS FINAL REPORT REGARDING TWENTY FIFTH QUARTERLY FEE APPLICATION OF TORYS LLP. | S20 | | .20 | 01762 | CMS | 110.00 | 4,987.50 |
| 13484818 | 04/10/17 | | REVIEW FEE EXAMINERS FINAL REPORT REGARDING SIXTH QUARTERLY FEE APPLICATION OF KEIGHTLEY & ASHNER LLP. | S20 | | .20 | 01762 | CMS | 110.00 | 5,097.50 |
| 13484823 | 04/10/17 | | RETURN CALLS TO EMPLOYEE CREDITORS RE: TIMING OF EFFECTIVE DATE AND DISTRIBUTIONS (.2 X 8). | S6 | | 1.60 | 01762 | CMS | 880.00 | 5,977.50 |
| 13485163 | 04/10/17 | | REVIEW REDACTED REPLY IN SUPPORT OF SNMP MOTION TO AMEND CLAIM | S9 | | .80 | 01761 | LKG | 420.00 | 6,397.50 |

```
*********************************************************************************************Page 4 of (14)
                                        WHITEFORD, TAYLOR & PRESTON         THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT      AS OF 5/10/2017 12:16:49 PM
                                        PROFORMA NUMBER: 641434              LAST DATE BILLED 04/14/17
```

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13460516 | 04/11/17 | | REVIEW MARCH FEE APPLICATION OF JOHN RAY (.2); REVIEW MARCH FEE APPLICATION OF HURON (.2) | S20 | | .40 | 01761 | LKG | 210.00 | 6,607.50 |
| 13463411 | 04/11/17 | | UPDATE CRITICAL DATES CALENDAR. | S1 | | .20 | 01831 | CL | 51.00 | 6,658.50 |
| 13484848 | 04/11/17 | | REVIEW 98TH MONTHLY HURON FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 6,823.50 |
| 13484852 | 04/11/17 | | E-MAIL TO C. LANO RE: NORTEL WTP FEE AND EXPENSE ESTIMATES FOR BUDGET. | S8 | | .10 | 01762 | CMS | 55.00 | 6,878.50 |
| 13484853 | 04/11/17 | | REVIEW 65TH FEE APPLICATION OF JOHN RAY. | S20 | | .30 | 01762 | CMS | 165.00 | 7,043.50 |
| 13460409 | 04/12/17 | | REVIEW COC, STIPULATION AND PROPOSED ORDER RE: SNMP CLAIM AMENDMENT MOTION | S9 | | .20 | 01761 | LKG | 105.00 | 7,148.50 |
| 13484860 | 04/12/17 | | E-MAIL TO B. KAHN RE: WTP FEE AND EXPENSE ESTIMATES FOR BUDGET. | S8 | | .10 | 01762 | CMS | 55.00 | 7,203.50 |
| 13461562 | 04/13/17 | | CONTINUED PREPARATION OF WTP'S TWENTY-SEVENTH FEE APPLICATION. | S19 | | 1.40 | 01831 | CL | 357.00 | 7,560.50 |
| 13461563 | 04/13/17 | | REVIEW DOCKET AND PREPARE CNO TO BRG'S 20TH MONTHLY FEE APPLICATION. | S20 | | .30 | 01831 | CL | 76.50 | 7,637.00 |
| 13461572 | 04/13/17 | | FILE CNO TO BRG'S TWENTIENTH MONTHLY FEE APPLICATION. | S20 | | .20 | 01831 | CL | 51.00 | 7,688.00 |
| 13464145 | 04/13/17 | | REVIEW CNO FOR BRG JANUARY FEE APPLICATION (.1); EMAIL TO J. BOROW, J. HYLAND RE: SAME (.1); EMAIL TO C. LANO RE: FILING SAME (.1) | S20 | | .30 | 01761 | LKG | 157.50 | 7,845.50 |
| 13464171 | 04/13/17 | | REVIEW MNAT MARCH FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 7,950.50 |
| 13465361 | 04/13/17 | | CONFER WITH C. SAMIS RE STATUS OF REVISED PROFORMA. | S19 | | .20 | 01831 | CL | 51.00 | 8,001.50 |
| 13465362 | 04/13/17 | | CONFER WITH ACCOUNTING RE STATUS OF REVISED PROFORMA. | S19 | | .20 | 01831 | CL | 51.00 | 8,052.50 |
| 13467425 | 04/13/17 | | REVIEW REDLINE RE: CANADIAN ESCROW AGREEMENT | S6 | | .30 | 01761 | LKG | 157.50 | 8,210.00 |

```
*********************************************************************************************Page 5 of (14)
                                       WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS      DETAILED  BILLING REPORT      AS OF 5/10/2017 12:16:49 PM
                                       PROFORMA NUMBER: 641434          LAST DATE BILLED 04/14/17
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13484892 | 04/13/17 | | REVIEW REVISED CANADIAN ESCROW WAIVER AND RELEASE AGREEMENT. | S6 | | .80 | 01762 | CMS | 440.00 | 8,650.00 |
| 13484893 | 04/13/17 | | RETURN CALLS TO EMPLOYEE CREDITORS RE: TIMING OF EFFECTIVE DATE AND DISTRIBUTIONS. | S6 | | 1.80 | 01762 | CMS | 990.00 | 9,640.00 |
| 13484899 | 04/13/17 | | REVIEW ORDER ON SNMP CLAIM AMENDMENT BRIEFING. | S9 | | .20 | 01762 | CMS | 110.00 | 9,750.00 |
| 13484905 | 04/13/17 | | REVIEW 99TH MNAT FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 9,915.00 |
| 13462198 | 04/14/17 | | REVIEW DOCKET AND REVISE CRITICAL DATES. | S1 | | .20 | 01831 | CL | 51.00 | 9,966.00 |
| 13464449 | 04/14/17 | | ATTEND COMMITTEE CALL | S3 | | .70 | 01761 | LKG | 367.50 | 10,333.50 |
| 13484907 | 04/14/17 | | REVIEW LTD SETTLEMENT RECOVERY ANALYSIS. | S6 | | .30 | 01762 | CMS | 165.00 | 10,498.50 |
| 13484908 | 04/14/17 | | PARTICIPATE IN 4/14/17 COMMITTEE CALL. | S3 | | .80 | 01762 | CMS | 440.00 | 10,938.50 |
| 13484909 | 04/14/17 | | PREPARE FOR 4/14/17 COMMITTEE CALL. | S10 | | .30 | 01762 | CMS | 165.00 | 11,103.50 |
| 13484911 | 04/14/17 | | REVIEW NETAS TELEKOMUNIKASYON RESPONSE TO 47TH OMNIBUS OBJECTION TO CLAIMS. | S9 | | .30 | 01762 | CMS | 165.00 | 11,268.50 |
| 13484914 | 04/14/17 | | RETURN CALLS TO EMPLOYEE CREDITORS RE: TIMING OF EFFECTIVE DATE AND DISTRIBUTIONS. | S6 | | .80 | 01762 | CMS | 440.00 | 11,708.50 |
| 13485071 | 04/14/17 | | REVIEW NETAS RESPONSE TO 47TH OMNIBUS CLAIM OBJECTION | S9 | | .90 | 01761 | LKG | 472.50 | 12,181.00 |
| 13485072 | 04/14/17 | | REVIEW BRG ANALYSIS OF LTD APPEAL RECOVERY | S6 | | .40 | 01761 | LKG | 210.00 | 12,391.00 |
| 13472797 | 04/17/17 | | REVIEW EXAMINER'S REPORT RE: CLEARY GOTTLIEB INTERIM FEE APPLICATION | S20 | | .10 | 01761 | LKG | 52.50 | 12,443.50 |
| 13485030 | 04/17/17 | | REVIEW/REVISE CRITICAL DATES CALENDAR | S1 | | .20 | 01761 | LKG | 105.00 | 12,548.50 |
| 13485033 | 04/17/17 | | EMAIL TO A. LORING RE: AKIN GUMP FEBRUARY FEE APPLICATION (.1); REVIEW SAME (.4); DRAFT NOTICE AND COS RE: SAME (.1); EFILE SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1) | S20 | | .80 | 01761 | LKG | 420.00 | 12,968.50 |

```
                                         WHITEFORD, TAYLOR & PRESTON    THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT    AS OF 5/10/2017 12:16:49 PM
                                         PROFORMA NUMBER: 641434           LAST DATE BILLED 04/14/17

CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13473404 | 04/18/17 | | REVIEW FEE EXAMINER'S FINAL REPORT RE WTP'S NINTH INTERIM FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 12,994.00 |
| 13473407 | 04/18/17 | | REVISE COMMITTEE'S EXHIBIT TO INTERIM FEE ORDER. | S20 | | .20 | 01831 | CL | 51.00 | 13,045.00 |
| 13484962 | 04/18/17 | | REVIEW SNMP MOTION TO EXCLUDE EXTRINSIC EVIDENCE. | S16 | | 1.10 | 01762 | CMS | 605.00 | 13,650.00 |
| 13484986 | 04/18/17 | | REVIEW FURTHER REVISED CANADIAN ESCROW DOCUMENTS IN CONNECTION WITH LTD APPEAL. | S6 | | 1.00 | 01762 | CMS | 550.00 | 14,200.00 |
| 13485414 | 04/18/17 | | CONFER WITH ACCOUNTING RE REVISED PROFORMA. | S19 | | .10 | 01831 | CL | 25.50 | 14,225.50 |
| 13485427 | 04/18/17 | | REVISE COMMITTEE FEE ORDER EXHIBIT. | S20 | | .30 | 01831 | CL | 76.50 | 14,302.00 |
| 13484012 | 04/19/17 | | REVIEW E&Y FEBRUARY FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 14,407.00 |
| 13484935 | 04/19/17 | | REVIEW CORRESPONDENCE FROM AKIN ON NETAS CLAIMS DISPUTE. | S9 | | .20 | 01762 | CMS | 110.00 | 14,517.00 |
| 13484946 | 04/19/17 | | RETURN CALLS TO EMPLOYEE CREDITORS RE: EFFECTIVE DATE AND DISTRIBUTIONS (.2 X 4). | S6 | | .80 | 01762 | CMS | 440.00 | 14,957.00 |
| 13483930 | 04/20/17 | | REVIEW TORYS MARCH FEE APPLICATION (.2) | S20 | | .20 | 01761 | LKG | 105.00 | 15,062.00 |
| 13483932 | 04/20/17 | | REVIEW DEBTORS' REPLY IN FURTHER SUPPORT OF DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (.3) | S9 | | .30 | 01761 | LKG | 157.50 | 15,219.50 |
| 13474700 | 04/21/17 | | REVIEW AGENDA FOR 4/25 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 15,272.00 |
| 13484774 | 04/21/17 | | E-MAILS TO A. LORING RE: PREPARATION FOR 4/25/17 HEARING (.1 X 4). | S10 | | .40 | 01762 | CMS | 220.00 | 15,492.00 |
| 13488189 | 04/21/17 | | REVIEW 4/25/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 15,517.50 |
| 13488227 | 04/21/17 | | COORDINATE WITH COURTCALL RE A. LORING'S 4/25/17 TELEPHONIC APPEARANCE. | S10 | | .20 | 01831 | CL | 51.00 | 15,568.50 |
| 13488294 | 04/21/17 | | REVIEW A. LORING'S 4/25/17 TELEPHONIC CONFIRMATION AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 15,594.00 |

```
                                          WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS       DETAILED  BILLING REPORT    AS OF 5/10/2017 12:16:49 PM
                                          PROFORMA NUMBER: 641434          LAST DATE BILLED 04/14/17


CLIENT 091281           OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                        NORTEL NETWORKS, INC.
MATTER 00001            NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13488295 | 04/21/17 | | CONFER WITH C. SAMIS RE 4/25/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 15,619.50 |
| 13483877 | 04/23/17 | | REVIEW UPDATE RE: STAY RELIEF BY CLASS ACTION PLAINTIFFS IN CCAA PROCEEDING | S5 | | .10 | 01761 | LKG | 52.50 | 15,672.00 |
| 13476530 | 04/24/17 | | PREPARE 4/25/17 HEARING BINDER FOR C. SAMIS. | S10 | | .70 | 01831 | CL | 178.50 | 15,850.50 |
| 13476540 | 04/24/17 | | FILE BRG'S 21ST MONTHLY FEE APPLICATION. | S20 | | .40 | 01831 | CL | 102.00 | 15,952.50 |
| 13476541 | 04/24/17 | | CONFER WITH DLS RE SERVICE OF BRG'S 21ST MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 15,978.00 |
| 13476542 | 04/24/17 | | EMAIL FEE EXAMINER AND UST FILED BRG'S 21ST MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 16,003.50 |
| 13476543 | 04/24/17 | | CONFER WITH K. GOOD RE STATUS OF BRG'S 21ST MONTHLY FEE APPLICATION. | S20 | | .10 | 01831 | CL | 25.50 | 16,029.00 |
| 13476544 | 04/24/17 | | PREPARE SUPPLEMENTAL HEARING DOCUMENTS FOR 4/25/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 16,054.50 |
| 13476545 | 04/24/17 | | CONFER WITH K. GOOD RE WTP 27TH FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 16,080.00 |
| 13476546 | 04/24/17 | | REVISE WTP 27TH MONTHLY FEE APPLICATION. | S19 | | .30 | 01831 | CL | 76.50 | 16,156.50 |
| 13476550 | 04/24/17 | | FILE WTP'S 27TH MONTHLY FEE APPLICATION. | S19 | | .40 | 01831 | CL | 102.00 | 16,258.50 |
| 13476551 | 04/24/17 | | CONFER WIHT DLS RE SERVICE OF WTP'S 27TH MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 16,284.00 |
| 13476556 | 04/24/17 | | CONFER WITH DLS RE SERVICE OF WTP'S THIRD MONTHLY FEE APPLICATION. | S19 | | .10 | 01831 | CL | 25.50 | 16,309.50 |
| 13476557 | 04/24/17 | | REVIEW AMENDED 4/25/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 16,335.00 |
| 13476629 | 04/24/17 | | REVIEW BRG FEBRUARY FEE APPLICATION FOR FILING (.4); EMAIL X2 TO C. LANO RE: FILING SAME (.1); EMAIL TO A. LORING RE: SAME (.1) | S20 | | .60 | 01761 | LKG | 315.00 | 16,650.00 |
| 13476632 | 04/24/17 | | REVIEW OWENS MOTION TO CONTINUE HEARING ON 47TH | S9 | | .40 | 01761 | LKG | 210.00 | 16,860.00 |

```
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS        WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
                                                     DETAILED  BILLING REPORT        AS OF 5/10/2017 12:16:49 PM
                                                     PROFORMA NUMBER: 641434         LAST DATE BILLED 04/14/17

CLIENT 091281              OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                           NORTEL NETWORKS, INC.
MATTER 00001               NORTEL
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | OMNIBUS OBJECTION | | | | | | | |
| 13476633 | 04/24/17 | | REVIEW WTP MARCH FEE APPLICATION (.4); MEETING WITH C. LANO RE: FILING SAME (.1) | S19 | | .50 | 01761 | LKG | 262.50 | 17,122.50 |
| 13476639 | 04/24/17 | | REVIEW UPDATE RE: CANADIAN ESCROW SETTLEMENT | S6 | | .10 | 01761 | LKG | 52.50 | 17,175.00 |
| 13476641 | 04/24/17 | | REVIEW AGENDA CANCELING 4/25 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 17,227.50 |
| 13481820 | 04/24/17 | | CONFER WITH C. SAMIS RE MATERIALS NEEDED FOR 4/25/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 17,253.00 |
| 13483876 | 04/24/17 | | REVIEW SEALED KLEIST DECLARATION IN SUPPORT OF OPPOSITION TO SNMP MOTION TO AMEND CLAIM (.9); REVIEW SEALED VERSION OF SNMP MOTION TO AMEND CLAIM (1.1); REVIEW SEALED DECLARATION OF DR. CASE IN SUPPORT OF SAME (.8); REVIEW SEALED MOTION TO EXCLUDE EVIDENCE (.6); REVIEW SEALED AFFIDAVIT IN SUPPORT OF SAME (.5) | S9 | | 3.90 | 01761 | LKG | 2,047.50 | 19,300.50 |
| 13485108 | 04/24/17 | | REVIEW E-MAIL MEMO FROM M. WUNDER RE: SECURITIES STAY RELIEF IN CANADA. | S16 | | .30 | 01762 | CMS | 165.00 | 19,465.50 |
| 13485124 | 04/24/17 | | REVIEW 72ND TORY'S APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 19,630.50 |
| 13485125 | 04/24/17 | | REVIEW DEBTORS REPLY IN FURTHER SUPPORT OF DEBTORS FORTY-SEVENTH OMNIBUS OBJECTION. | S9 | | 2.10 | 01762 | CMS | 1,155.00 | 20,785.50 |
| 13485126 | 04/24/17 | | REVIEW 60TH E&Y FEE APPLICATION. | S20 | | .30 | 01762 | CMS | 165.00 | 20,950.50 |
| 13485127 | 04/24/17 | | REVIEW DEBTORS' MOTION TO SEAL (I) EXHIBITS TO THE MINOTT DECLARATION AND (II) DEBTORS OPPOSITION TO THE MOTION OF SNMP RESEARCH INTERNATIONAL, INC. AND SNMP RESEARCH, INC. TO EXCLUDE EXTRINSIC EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE THE TESTIMONY OF DR. RICHARD RAZGAITIS. | S16 | | .40 | 01762 | CMS | 220.00 | 21,170.50 |
| 13485128 | 04/24/17 | | E-MAIL TO T. MINOTT RE: SEALED DOCUMENTATION IN SNMP DISPUTES (.1 X 3). | S16 | | .30 | 01762 | CMS | 165.00 | 21,335.50 |

```
*****************************************************************************************Page 9 of (14)
                                              WHITEFORD, TAYLOR & PRESTON       THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS     DETAILED  BILLING REPORT      AS OF 5/10/2017 12:16:49 PM
                                              PROFORMA NUMBER: 641434           LAST DATE BILLED 04/14/17
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13485132 | 04/24/17 | | E-MAIL TO K. GOOD RE: SEALED DOCUMENTATION IN SNMP DISPUTE. | S16 | | .10 | 01762 | CMS | 55.00 | 21,390.50 |
| 13485135 | 04/24/17 | | REVIEW OWENS MOTION FOR EMERGENCY CONTINUANCE. | S9 | | .60 | 01762 | CMS | 330.00 | 21,720.50 |
| 13476644 | 04/25/17 | | EMAIL UST AND FEE EXAMINER FILED WTP FEE APPLICATION AND RELATED LEDES FILES. | S19 | | .10 | 01831 | CL | 25.50 | 21,746.00 |
| 13476646 | 04/25/17 | | EMAIL UST FILED WTP FEE APPLICATION AND RELATED LEDES FILES. | S19 | | .10 | 01831 | CL | 25.50 | 21,771.50 |
| 13476647 | 04/25/17 | | UPDATE CRITICAL DATES. | S1 | | .20 | 01831 | CL | 51.00 | 21,822.50 |
| 13476650 | 04/25/17 | | REVISE WTP'S TENTH INTERIM FEE APPLICATION. | S19 | | .20 | 01831 | CL | 51.00 | 21,873.50 |
| 13483737 | 04/25/17 | | REVIEW CONSENT AGREEMENT RE: WAIVER AND ESCROW AGREEMENT | S6 | | .20 | 01761 | LKG | 105.00 | 21,978.50 |
| 13483875 | 04/25/17 | | REVIEW DEBTORS' SEALED OPPOSITION TO SNMP MOTION TO AMEND AND SEALED AFFIDAVIT IN SUPPORT OF SAME (2.4) REVIEW SEALED REPLY AND AFFIDAVIT IN SUPPORT OF REPLY (1.3) | S9 | | 3.70 | 01761 | LKG | 1,942.50 | 23,921.00 |
| 13485050 | 04/25/17 | | REVIEW REPLY IN FURTHER SUPPORT OF SNMP'S MOTION TO AMEND CLAIMS AND RELATED BRANNICK AFFIDAVIT. | S9 | | 4.70 | 01762 | CMS | 2,585.00 | 26,506.00 |
| 13485052 | 04/25/17 | | REVIEW SNMP MOTION TO EXCLUDE AND RELATED BRANNICK AFFIDAVIT. | S16 | | 2.30 | 01762 | CMS | 1,265.00 | 27,771.00 |
| 13485053 | 04/25/17 | | REVIEW R. JOHNSON SUMMARY OF SNMP DISPUTES AND RESPECTIVE STATUSES. | S16 | | .40 | 01762 | CMS | 220.00 | 27,991.00 |
| 13485054 | 04/25/17 | | REVIEW D. BOTTER STATUS UPDATE ON CANADIAN ESCROW. | S6 | | .10 | 01762 | CMS | 55.00 | 28,046.00 |
| 13485056 | 04/25/17 | | E-MAILS TO V. MURRELL AND T. MINOTT RE: ADJOURNMENT OF 4/25/17 HEARING (.1 X 2). | S10 | | .20 | 01762 | CMS | 110.00 | 28,156.00 |
| 13485067 | 04/25/17 | | REVIEW CONSENT WAIVER FOR SPSA. | S6 | | .30 | 01762 | CMS | 165.00 | 28,321.00 |

```
*************************************************************************************************Page 10 of (14)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 5/10/2017 12:16:49 PM
                                        PROFORMA NUMBER: 641434            LAST DATE BILLED 04/14/17
```

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13485068 | 04/25/17 | | REVIEW DEBTORS' MEMORANDUM OF LAW IN OPPOSITION TO SNMP MOTION TO EXCLUDE AND RELATED MINOTT DECLARATION. | S16 | | 3.10 | 01762 | CMS | 1,705.00 | 30,026.00 |
| 13481190 | 04/26/17 | | REVIEW JOINDER TO DEBTORS' OPPOSITION TO SNMP MOTION TO AMEND (.4); EMAIL X7 TO R. JOHNSON RE: SAME (.4); REVISE SAME (.3); EFILE SAME (.1); EMAIL TO DLS RE: SERVICE OF SAME (.1); REVIEW DEBTORS' SUR-REPLY RE: SAME (.5) | S9 | | 1.80 | 01761 | LKG | 945.00 | 30,971.00 |
| 13481848 | 04/26/17 | | CONFER WITH K. GOOD RE SERVICE OF JOINDER IN OPPOSITION TO SNMP'S MOTION TO AMEND PROOF OF CLAIM. | S9 | | .10 | 01831 | CL | 25.50 | 30,996.50 |
| 13481849 | 04/26/17 | | REVIEW DOCKET AND PREPARE CERTIFICATE OF SERVICE RE JOINDER IN OPPOSITION TO SNMP'S MOTION TO AMEND PROOF OF CLAIM. | S9 | | .30 | 01831 | CL | 76.50 | 31,073.00 |
| 13485007 | 04/26/17 | | REVIEW/REVISE JOINDER TO DEBTORS SUR-REPLY TO SNMP MOTION TO AMEND CLAIM. | S9 | | .40 | 01762 | CMS | 220.00 | 31,293.00 |
| 13485013 | 04/26/17 | | ATTENTION TO FILING AND SERVICE OF JOINDER TO DEBTORS SUR-REPLY TO SNMP MOTION TO AMEND CLAIM. | S9 | | .30 | 01762 | CMS | 165.00 | 31,458.00 |
| 13485020 | 04/26/17 | | REVIEW REVISED JOINDER TO DEBTORS SUR-REPLY TO SNMP MOTION TO AMEND CLAIM. | S9 | | .20 | 01762 | CMS | 110.00 | 31,568.00 |
| 13481043 | 04/27/17 | | REVIEW SNMP REPLY IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE (.5); REVIEW AFFIDAVIT IN SUPPORT OF SAME (.8); REVIEW DEBTORS' OPPOSITION TO SAME (1.0) | S16 | | 2.30 | 01761 | LKG | 1,207.50 | 32,775.50 |
| 13481050 | 04/27/17 | | REVIEW MOTION TO APPROVE WAIVER AND RELEASE AGREEMENT (.8); REVIEW MOTION TO SHORTEN NOTICE RE: SAME (.2); REVIEW CCAA MOTION RECORD RE: SAME (.7) | S6 | | 1.70 | 01761 | LKG | 892.50 | 33,668.00 |
| 13485087 | 04/27/17 | | REVIEW REPLY IN FURTHER SUPPORT OF SNMP MOTION TO EXCLUDE EXTRINSIC EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE THE TESTIMONY OF DR. | S16 | | 3.20 | 01762 | CMS | 1,760.00 | 35,428.00 |

```
********************************************************************************Page 11 of (14)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 5/10/2017 12:16:49 PM
                                          PROFORMA NUMBER: 641434          LAST DATE BILLED 04/14/17
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | RICHARD RAZGAITIS AND RELATED DOCUMENTS. | | | | | | | |
| 13485088 | 04/27/17 | | REVIEW SUMMARY E-MAIL FROM M. WUNDER RE: CANADIAN MOTION TO APPROVE ESCROW AGREEMENT. | S6 | | .30 | 01762 | CMS | 165.00 | 35,593.00 |
| 13485089 | 04/27/17 | | REVIEW US MOTION TO APPROVE WAIVER AND RESERVE AGREEMENT AND RELATED MOTION TO SHORTEN. | S6 | | 2.70 | 01762 | CMS | 1,485.00 | 37,078.00 |
| 13489123 | 04/27/17 | | PREPARE AND CIRCULATE CUMULATIVE DOCKET DISTRIBUTIONS. | S1 | | 1.90 | 41315 | CM | 380.00 | 37,458.00 |
| 13483619 | 04/28/17 | | REVIEW DEBTORS' RESPONSE TO W. OWENS MOTION FOR CONTINUANCE | S16 | | .30 | 01761 | LKG | 157.50 | 37,615.50 |
| 13483625 | 04/28/17 | | REVIEW CLEARY GOTTLIEB MARCH FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 37,720.50 |
| 13483626 | 04/28/17 | | REVIEW AGENDA FOR 5/2 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 37,773.00 |
| 13484747 | 04/28/17 | | REVIEW 99TH CLEARY FEE APPLICATION. | S20 | | .40 | 01762 | CMS | 220.00 | 37,993.00 |
| 13484748 | 04/28/17 | | REVIEW DEBTORS' RESPONSE TO EMERGENCY MOTION OF OWENS TO ADJOURN HEARING. | S9 | | 1.00 | 01762 | CMS | 550.00 | 38,543.00 |
| 13484761 | 04/28/17 | | E-MAIL TO R. JOHNSON, A. LORING AND C. LANO RE: PREPARATION FOR 5/2/17 HEARING (.1 X 3). | S10 | | .40 | 01762 | CMS | 220.00 | 38,763.00 |
| 13487413 | 04/28/17 | | REVIEW 5/2/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 38,788.50 |
| 13487414 | 04/28/17 | | EMAIL M. MADDOX REQUESTING SEALED DOCUMENTS FOR 5/2/17 HEARING. | S10 | | .20 | 01831 | CL | 51.00 | 38,839.50 |
| 13487425 | 04/28/17 | | PREPARE 5/2/17 HEARING BINDER. | S10 | | .30 | 01831 | CL | 76.50 | 38,916.00 |
| 13487498 | 04/28/17 | | PREPARE AND ORGANIZE 5/2/17 HEARING BINDERS. | S10 | | 1.50 | 01831 | CL | 382.50 | 39,298.50 |
| 13489949 | 04/30/17 | | EMAIL TO C. LANO RE: FEE EXHIBIT | S20 | | .10 | 01761 | LKG | 52.50 | 39,351.00 |

                                                            81.00**TIME VALUE TOTAL**         39,351.00