# **EXHIBIT B**

2244550v1

```
*********************************************************************************************Page 12 of (14)
                                          WHITEFORD, TAYLOR & PRESTON      THRU 04/30/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS   DETAILED  BILLING REPORT   AS OF 5/10/2017 12:16:49 PM
                                          PROFORMA NUMBER: 641434          LAST DATE BILLED 04/14/17
```

| | |
|---|---|
| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

***DISBURSEMENTS ***

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | 10 | | | PHOTOCOPIES | | 1.50 |
| 5859057 | 04/17/17 | | 44 | | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE/ HAND DELIVERY W BANKRUPTCY SERVICE | 73.30 | |
| | | | *44 | | | COPIES | | 73.30 |
| | | | | | | *TOTAL DISBURSEMENTS* | 74.80 | |