# EXHIBIT A

## Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)

### Summary of Fees and Expenses for the Period
### From November 1, 2016 through January 31, 2017, unless otherwise specified

### Hearing: May 16, 2017 at 10:00 a.m. (ET)

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.  Notice Of Thirty-Second Interim Fee Application Request (D.I. 17970, Filed 2/27/17).

    1.  Ninety-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2016 Through November 30, 2016 (D.I. 17877, Filed 2/8/17);

    2.  Certification Of No Objection Regarding Ninety-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2016 Through November 30, 2016 [Docket No. 17877] (No Order Required) (D.I. 17994, Filed 3/6/17);

    3.  Ninety-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2016 Through December 31, 2016 (D.I. 17935, Filed 2/21/17);

    4.  Certification Of No Objection Regarding Ninety-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2016 Through December 31, 2016 [Docket No. 17935] (No Order Required) (D.I. 18012, Filed 3/14/17);

    5.  Ninety-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2017 Through January 31, 2017 (D.I. 17969, Filed 2/27/17);

    6.  Certification Of No Objection Regarding Ninety-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

        Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2017 Through January 31, 2017 [Docket No. 17969] (No Order Required) (D.I. 18025, Filed 3/21/17); and

7. Fee Examiner's Final Report Regarding Thirty-Second Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 18083, Filed 4/10/17).

Ashurst LLP

B. Notice Of Thirty-First Interim Fee Application Request (D.I. 17866, Filed 2/7/17).

1. Ninety-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2016 Through November 30, 2016 (D.I. 17639, Filed 12/23/16);

2. Certification Of No Objection Regarding Ninety-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2016 Through November 30, 2016 [Docket No. 17639] (No Order Required) (D.I. 17781, Filed 1/23/17);

3. Ninety-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2016 Through December 31, 2016 (D.I. 17792, Filed 1/24/17);

4. Certification Of No Objection Regarding Ninety-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2016 Through December 31, 2016 [Docket No. 17792] (No Order Required) (D.I. 17922, Filed 2/16/17);

5. Ninety-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2017 Through January 31, 2017 (D.I. 17863, Filed 2/6/17);

6. Certification Of No Objection Regarding Ninety-Sixth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of

  Expenses For Services Rendered During The Period From January 1, 2017 Through January 31, 2017 [Docket No. 17863] (No Order Required) (D.I. 17977, Filed 2/28/17); and

7.  Fee Examiner's Final Report Regarding Thirty-First Interim Fee Application Of Ashurst LLP (D.I. 18064, Filed 4/5/17).

<u>Cassels Brock & Blackwell LLP</u>

C.  Notice Of Twelfth Interim Fee Application Request (D.I. 17980, 2/28/17).

1.  Thirty-Third Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2016 To November 30, 2016 (D.I. 17892, Filed 2/10/17);

2.  Certification of No Objection Regarding Thirty-Third Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2016 To November 30, 2016 (D.I. 17995, Filed 3/6/17);

3.  Thirty-Fourth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2016 To December 31, 2016 (D.I. 17968, Filed 2/27/17);

4.  Certification Of No Objection Regarding Thirty-Fourth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2016 To December 31, 2016 (D.I. 18026, Filed 3/22/17);

5.  Thirty-Fifth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2017 To January 31, 2017 (D.I. 17978, Filed 2/28/17);

6.  Certification Of No Objection Regarding Thirty-Fifth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2017 To January 31, 2017 (D.I. 18027, Filed 3/22/17); and

7. Fee Examiner's Final Report Regarding Notice Of Twelfth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 18065, Filed 4/5/17).

Chilmark Partners LLC

D. Twenty-Eighth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17953, Filed 2/23/17).

  1. Eighty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2016 Through November 30, 2016 (D.I. 17646, Filed 12/30/16);

  2. Certificate of No Objection Regarding Eighty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2016 Through November 30, 2016 (D.I. 17756, Filed 1/23/17);

  3. Eighty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2016 Through December 31, 2016 (D.I. 17893, Filed 2/10/17);

  4. Certificate of No Objection Regarding Eighty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2016 Through December 31, 2016 (D.I. 17992, Filed 3/3/17);

  5. Eighty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2017 Through January 31, 2017 (D.I. 17943, Filed 2/22/17);

  6. Certificate of No Objection Regarding Eighty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2017 Through January 31, 2017 (D.I. 18017, Filed 3/16/17); and

7. Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 18066, Filed 4/5/17).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

E. Thirty-Second Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17974, Filed 2/28/17).

1. Ninety-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17604, Filed 12/20/16);

2. Certificate Of No Objection Regarding Ninety-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17694, Filed 1/10/17);

3. Ninety-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17843, Filed 1/31/17);

4. Certificate Of No Objection Regarding Ninety-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17939, Filed 2/22/17);

5. Ninety-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17960, Filed 2/24/17);

6. Certificate Of No Objection Regarding Ninety-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 18024, Filed 3/21/17); and

    7.      Fee Examiner's Final Report Regarding Thirty-Second Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 18104, Filed 4/17/17).

Crowell & Moring LLP

F.      Thirty-First Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17982, Filed 2/28/17).

    1.      Seventy-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through January 31, 2017 (D.I. 17981, Filed 2/28/17);

    2.      Certificate Of No Objection Regarding Seventy-Second Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through January 31, 2017 (D.I. 18028, Filed 3/22/17); and

    3.      Fee Examiner's Final Report Regarding Thirty-First Quarterly Fee Application Of Crowell & Moring LLP (D.I. 18084, Filed 4/10/17).

Ernst & Young LLP

G.      Thirty-Second Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of November 1, 2016 Through December 31, 2016 (D.I. 17972, Filed 2/28/17).

    1.      Fifty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2016 Through November 30, 2016 (D.I. 17748, Filed 1/20/17);

    2.      Certificate Of No Objection Regarding Fifty-Seventh Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2016 Through November 30, 2016 (D.I. 17905, Filed 2/14/17);

    3.      Fifty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2016 Through December 31, 2016 (D.I. 17967, Filed 2/27/17);

4. Certificate Of No Objection Regarding Fifty-Eighth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of December 1, 2016 Through December 31, 2016 (D.I. 18039, Filed 3/27/17); and

5. Fee Examiner's Final Report Regarding Thirty-Second Quarterly Fee Application Of Ernst & Young LLP (D.I.18067, Filed 4/5/17).

<u>Huron Business Advisory</u>

H. Thirty-Second Quarterly Fee Application Request Of Huron Business Advisory As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17901, Filed 2/13/17).

1. Ninety-Fourth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17602, Filed 12/20/16);

2. Certificate Of No Objection Regarding Ninety-Fourth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17695, Filed 1/10/17);

3. Ninety-Fifth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17713, Filed 1/17/17);

4. Certificate Of No Objection Regarding Ninety-Fifth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17869, Filed 2/7/17);

5. Ninety-Sixth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17860, Filed 2/3/17);

6. Certificate Of No Objection Regarding Ninety-Sixth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And

    Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17959, Filed 2/24/17); and

  7. Fee Examiner's Final Report Regarding Thirty-Second Quarterly Fee Application Of Huron Business Advisory (D.I. 18068, Filed 4/5/17).

John Ray

I. Twenty-Ninth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17956, Filed 2/24/17).

  1. Sixty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through December 31, 2016 (D.I. 17667, Filed 1/4/17);

  2. Certificate Of No Objection Regarding Sixty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through December 31, 2016 (D.I. 17856, Filed 2/2/17);

  3. Sixty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17862, Filed 2/3/17);

  4. Certificate Of No Objection Regarding Sixty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17971, Filed 2/28/17); and

  5. Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of John Ray (D.I. 18085, Filed 4/10/17).

Keightley & Ashner LLP

J. Sixth Quarterly Fee Application Request Of Keightley & Ashner LLP As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2013 Through January 31, 2017 (D.I. 17966, Filed 2/27/17).

  1. Seventh Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim

    Compensation For The Period May 1, 2013 Through November 30, 2016 (D.I. 17835, Filed 1/30/17);

2. Certificate Of No Objection Regarding Seventh Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation For The Period May 1, 2013 Through November 30, 2016 (D.I. 17940, Filed 2/22/17);

3. Eighth Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation For The Period December 1, 2016 Through December 31, 2016 (D.I. 17932, Filed 2/21/17);

4. Certificate Of No Objection Regarding Eighth Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation For The Period December 1, 2016 Through December 31, 2016 (D.I. 18018, Filed 3/16/17);

5. Ninth Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation For The Period January 1, 2017 Through January 31, 2017 (D.I. 17962, Filed 2/24/17);

6. Certificate Of No Objection Regarding Ninth Interim Application Of Keightley & Ashner LLP, As Special Pension Benefits Counsel For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation For The Period January 1, 2017 Through January 31, 2017 (D.I. 18092, Filed 4/12/17); and

7. Fee Examiner's Final Report Regarding Sixth Quarterly Fee Application Of Keightley & Ashner LLP (D.I. 18081, Filed 4/10/17).

Morris, Nichols, Arsht & Tunnell LLP

K. Thirty-Second Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17921, Filed 2/16/17).

1. Ninety-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17645, Filed 12/30/16);

2. Certificate of No Objection Regarding Ninety-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And

        For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17755, Filed 1/23/17);

3. Ninety-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17806, Filed 1/27/17);

4. Certificate Of No Objection Regarding Ninety-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17920, Filed 2/16/17);

5. Ninety-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17911, Filed 2/15/17);

6. Certificate Of No Objection Regarding Ninety-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 18007, Filed 3/9/17); and

7. Fee Examiner's Final Report Regarding Thirty-Second Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 18062, Filed 4/5/17).

<u>RLKS Executive Solutions, LLC</u>

L. Twenty-Seventh Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2016 Through January 31, 2017 (D.I. 17867, Filed 2/7/17).

1. Sixty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 31, 2016 (D.I. 17524, Filed 12/2/16);

2. Certificate Of No Objection Regarding Sixty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

      Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 31, 2016 (D.I. 17640, Filed 12/27/16);

3. Sixty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17726, Filed 1/19/17);

4. Certificate Of No Objection Regarding Sixty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17888, Filed 2/9/17);

5. Sixty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17854, Filed 2/1/17);

6. Certificate Of No Objection Regarding Sixty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17941, 2/22/17); and

7. Fee Examiner's Final Report Regarding Twenty-Seventh Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 18063, Filed 4/5/17).

<u>Torys LLP</u>

M. Twenty-Fifth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period November 1, 2016 Through January 31, 2017 (D.I. 17918, Filed 2/16/17).

1. Sixty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17666, Filed 1/4/17);

2. Certificate Of No Objection Regarding Sixty-Eighth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2016 Through November 30, 2016 (D.I. 17814, Filed 1/27/17);

3. Sixty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17816, Filed 1/27/17);

4. Certificate Of No Objection Regarding Sixty-Ninth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2016 Through December 31, 2016 (D.I. 17929, Filed 2/17/17);

5. Seventieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 17912, Filed 2/15/17);

6. Certificate Of No Objection Regarding Seventieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2017 Through January 31, 2017 (D.I. 18003, Filed 3/8/17); and

7. Fee Examiner's Final Report Regarding Twenty-Fifth Quarterly Fee Application Of Torys LLP (D.I. 18082, Filed 4/10/17).

Whiteford, Taylor & Preston LLC

N. Ninth Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2016 Through January 31, 2017 (D.I. 17975, Filed 2/28/17).

1. Twenty-Third Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2016 Through November 30, 2016 (D.I. 17534, Filed 12/5/16);

2. Certificate Of No Objection Regarding Twenty-Third Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2016 Through November 30, 2016 [Docket No. 17534] (No Order Required) (D.I. 17641, Filed 12/27/16);

3.    Twenty-Fourth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2016 Through December 31, 2016 (D.I. 17785, Filed 1/23/17);

4.    Certificate Of No Objection Regarding Twenty-Fourth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2016 Through December 31, 2016 [Docket No. 17785] (No Order Required) (D.I. 17909, Filed 2/14/17);

5.    Twenty-Fifth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2017 Through January 31, 2017 (D.I. 17878, Filed 2/8/17);

6.    Certificate Of No Objection Regarding Twenty-Fifth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2017 Through January 31, 2017 [Docket No. 17878] (No Order Required) (D.I. 17979, Filed 2/28/17); and

7.    Fee Examiner's Final Report Regarding Ninth Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 18080, Filed 4/10/17).