See Attached for Exhibits A through H

# Exhibit A

## The Mergis Group
## Summary of Professionals

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement.  Includes board meetings, staff meetings, preparation of  miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements.  Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities.  Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement,  and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters.  Includes claims database systems and controls, data maintenance,  analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking  and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel,  and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes  governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances;  compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent;  and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP.  Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
## Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters.  Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.)  vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations.  Includes vendor services  and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities.   Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts.  Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

Case 09-10138-MFW   Doc 18216-2   Filed 05/15/17   Page 5 of 14

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

|  | Fees | Expenses | Total |
|---|---|---|---|
| For the period of April 1, 2017 through April 30, 2017 | $ 124,916.00 | $    124.90 | $ 125,040.90 |

Exhibit C                                                                                                              Page 1 of 1

# Exhibit D

## The Mergis Group
## Summary of Time by Professional

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 171.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 162.50 |

| | | |
|---|---|---|
| Hours for the period of April 1, 2017 through April 30, 2017 | | 334.00 |
| Billing Rate | $ | 374.00 |
| Fees for the period of April 1, 2017 through April 30, 2017 | | $ 124,916.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | 14.50 | $ 5,423.00 |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 75.00 | $ 28,050.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 17.50 | $ 6,545.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 9.00 | $ 3,366.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 2.50 | $ 935.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 3.50 | $ 1,309.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 13.50 | $ 5,049.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 88.00 | $ 32,912.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 0.50 | $ 187.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | - | $ - |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.00 | $ 748.00 |

# Exhibit E

## The Mergis Group
## Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project | Project Description | Hours | Fees |
|---------|---------------------|-------|------|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement.  Includes financial analysis and Debtors review. | - | $ - |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals.  Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. | 4.00 | $ 1,496.00 |
| Real Estate Management | Assist the Debtors with lease and real estate matters.  Includes property management vendor contract oversight,  property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | 3.00 | $ 1,122.00 |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters.  Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory,  regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | 33.50 | $ 12,529.00 |
| Tax Matters | Assist the Debtors with tax matters.   Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . | 67.50 | $ 25,245.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ - |
| For the period of April 1, 2017 through April 30, 2017 | | 334.00 | $ 124,916.00 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project · Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Bankruptcy Reporting** | | | |
| 4/17/2017 | Timothy C. Ross | Prepared Debtors monthly operating report | 1.00 |
| 4/18/2017 | Timothy C. Ross | Prepared and analyzed Debtors cash receipts and disbursements for the monthly operating report. | 4.00 |
| 4/18/2017 | Timothy C. Ross | Prepared Debtors trustee disbursements analysis. | 1.00 |
| 4/19/2017 | Timothy C. Ross | Prepared Debtors monthly operating report. | 3.00 |
| 4/20/2017 | Timothy C. Ross | Prepared Debtors monthly operating report (continued). | 5.00 |
| 4/26/2017 | Timothy C. Ross | Reviewed and authorized Debtors trustee fee report. | 0.50 |
| **Bankruptcy Reporting Total** | | | **14.50** |
| | | | |
| **Cash Management** | | | |
| 4/3/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/3/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/4/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/4/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/5/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/5/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 4/5/2017 | Timothy C. Ross | Prepared for and attended conference call with Debtors bank (DQ, JM, JZ) | 1.00 |
| 4/6/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/6/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements. | 3.00 |
| 4/6/2017 | Timothy C. Ross | Worked Debtors payment issue | 0.50 |
| 4/6/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/7/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/7/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors treasury management matters (DQ) | 0.50 |
| 4/7/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/10/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/10/2017 | Timothy C. Ross | Prepared and executed Debtors treasury management matters | 1.00 |
| 4/10/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 0.50 |
| 4/10/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/11/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/11/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 4/11/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/12/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/12/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 4/12/2017 | Timothy C. Ross | Meeting with Debtors consultant (MC) | 0.50 |
| 4/12/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/12/2017 | Kim Ponder | Call with Citibank re: NTEC. | 1.00 |
| 4/13/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/13/2017 | Timothy C. Ross | Reviewed and authorized Debtors disbursements. | 3.00 |
| 4/13/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary treasury management matters | 1.00 |
| 4/13/2017 | Kim Ponder | Monitored bank account balances. | 1.00 |
| 4/14/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/14/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/14/2017 | Kim Ponder | FCB deposit and VEBA deposits. | 1.00 |
| 4/17/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/17/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits | 0.50 |
| 4/17/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 3.00 |
| 4/17/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/17/2017 | Kim Ponder | Bank account updates. | 1.50 |
| 4/18/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/18/2017 | Timothy C. Ross | Worked Debtors Treasury management matters | 1.00 |
| 4/18/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/19/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/19/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 4/20/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/20/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/21/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/21/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 3.00 |
| 4/21/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 4/24/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 4/24/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/24/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary banking matters. | 2.00 |
| 4/24/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 4/24/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/25/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/25/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 4/25/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 3.00 |
| 4/25/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/25/2017 | Kim Ponder | Prepared bank account closure documents. | 2.00 |
| 4/26/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/26/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 4/27/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 4/27/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 4/27/2017 | Timothy C. Ross | Worked Debtors insurance coverage matters | 0.50 |
| 4/27/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements (includes bank platform system access resolution). | 3.00 |
| 4/27/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements (includes transition training with MC) | 1.00 |
| 4/27/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors foreign subsidiary disbursements (includes transition training with MC) | 0.50 |
| 4/27/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 4/28/2017 | Timothy C. Ross | Reviewed and authorized Debtors bank deposits. | 0.50 |
| 4/28/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 4/28/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.50 |
| 4/28/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 4/28/2017 | Kim Ponder | FCB deposit. | 0.50 |
| 4/28/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| **Cash Management Total** | | | **75.00** |

**Claims Administration**

| | | | |
|---|---|---|---|
| 4/3/2017 | Timothy C. Ross | Worked Debtors transition matters | 1.00 |
| 4/4/2017 | Timothy C. Ross | Received and actioned Debtors former employee distribution question | 0.50 |
| 4/4/2017 | Kim Ponder | Claims research. | 3.50 |
| 4/6/2017 | Kim Ponder | Claims research. | 1.00 |
| 4/14/2017 | Kim Ponder | Prepared quarterly payroll tax return package. | 0.50 |
| 4/17/2017 | Timothy C. Ross | Worked Debtors transition matters | 0.50 |
| 4/18/2017 | Kim Ponder | Claims research. | 3.00 |
| 4/24/2017 | Kim Ponder | Claims research per RLKS request. | 2.00 |
| 4/25/2017 | Timothy C. Ross | Reviewed and responded to Debtors affiliate questions. | 0.50 |
| 4/25/2017 | Timothy C. Ross | Worked Debtors former employee matter | 0.50 |
| 4/27/2017 | Timothy C. Ross | Researched and responded to Debtors claims matter (MC) | 1.00 |
| 4/27/2017 | Timothy C. Ross | Researched and responded to Debtors claims matter (MG) | 2.00 |
| 4/27/2017 | Kim Ponder | Claims research. | 1.50 |
| **Claims Administration Total** | | | **17.50** |

**Compensation Application**

| | | | |
|---|---|---|---|
| 4/3/2017 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 4.00 |
| 4/5/2017 | Timothy C. Ross | Received, reviewed, updated and finalized Mergis Staffing & Compensation report with CGSH edits and submitted to MNAT for court filing. | 1.00 |
| 4/7/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/7/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/14/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/14/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/21/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/21/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/28/2017 | Timothy C. Ross | Compensation application preparation re: update of timekeeping records. | 0.50 |
| 4/28/2017 | Kim Ponder | Compensation application preparation re: update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **9.00** |

**Discovery**

| | | | |
|---|---|---|---|
| 4/4/2017 | Timothy C. Ross | Worked Debtors transition matters. | 1.00 |
| 4/5/2017 | Timothy C. Ross | Received, reviewed, and actioned Debtors service of process notification (s). | 0.50 |
| 4/12/2017 | Timothy C. Ross | Acknowledged and actioned Debtors service of process notification (s) | 0.50 |
| 4/17/2017 | Timothy C. Ross | Worked Debtors transition matters | 0.50 |
| **Discovery Total** | | | **2.50** |

**Electronic Data and Document Preservation**

| | | | |
|---|---|---|---|
| 4/7/2017 | Timothy C. Ross | Worked Debtors transition actions | 2.00 |
| 4/10/2017 | Timothy C. Ross | Received and responded to Debtors consultant (KS) | 0.50 |
| 4/10/2017 | Timothy C. Ross | Researched and responded to Debtors consultant (RP) | 1.00 |
| **Electronic Data and Document Preservation Total** | | | **3.50** |

**Entity Liquidation and Wind Down**

| | | | |
|---|---|---|---|
| 4/11/2017 | Timothy C. Ross | Researched and responded to Debtors consultant (SM) | 1.00 |
| 4/11/2017 | Timothy C. Ross | Conference call with Debtors counsel (KH, MR, RR) and consultant (MC) | 1.50 |
| 4/13/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary matters | 0.50 |
| 4/13/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary matters | 1.00 |
| 4/17/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary matters | 1.00 |
| 4/18/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters | 1.00 |
| 4/18/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary wind down matters | 1.00 |
| 4/20/2017 | Timothy C. Ross | Conference call with Debtors foreign professional (AB, SM), Counsel (MR, KR, ML) and consultant (MC) | 2.00 |
| 4/20/2017 | Timothy C. Ross | Reviewed materials from Counsel (MH). | 0.50 |
| 4/21/2017 | Timothy C. Ross | Reviewed correspondence & materials from Counsel (KH) | 1.00 |
| 4/24/2017 | Timothy C. Ross | Worked Debtors transition matters | 2.00 |
| 4/26/2017 | Timothy C. Ross | Reviewed materials and responded to Debtors foreign subsidiary matters | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **13.50** |

**Finance and General Accounting**

| | | | |
|---|---|---|---|
| 4/3/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 4/3/2017 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 4/3/2017 | Kim Ponder | Month end close. | 5.00 |
| 4/3/2017 | Kim Ponder | Normal course payables | 0.50 |
| 4/3/2017 | Kim Ponder | NNIII | 1.00 |
| 4/4/2017 | Timothy C. Ross | Researched and responded to Debtors foreign professional payment issue | 1.00 |
| 4/4/2017 | Kim Ponder | Month end close. | 3.00 |
| 4/4/2017 | Kim Ponder | NNIII | 1.00 |
| 4/5/2017 | Kim Ponder | Normal course payables | 1.50 |
| 4/5/2017 | Kim Ponder | Month end close. | 1.00 |
| 4/5/2017 | Kim Ponder | Normal course payables | 1.50 |
| 4/5/2017 | Kim Ponder | Document retention. | 3.00 |
| 4/5/2017 | Kim Ponder | Reviewed and actioned settlement receipt. | 1.00 |

Exhibit 1                                                                                                      Page 3 of 8

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 4/6/2017 | Kim Ponder | Month end close. | 5.00 |
| 4/6/2017 | Kim Ponder | Normal course payables | 1.50 |
| 4/7/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.50 |
| 4/7/2017 | Timothy C. Ross | Review and authorized Debtors foreign subsidiary invoice(s) for payment | 0.50 |
| 4/7/2017 | Kim Ponder | Month end close. | 3.50 |
| 4/10/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 4/10/2017 | Timothy C. Ross | Worked Debtors general accounting matters | 2.00 |
| 4/10/2017 | Kim Ponder | Normal course payables | 1.00 |
| 4/10/2017 | Kim Ponder | Transition discussion with M Cilia. | 2.50 |
| 4/11/2017 | Timothy C. Ross | Worked Debtors general accounting matters | 3.00 |
| 4/11/2017 | Kim Ponder | Month end close. | 1.00 |
| 4/11/2017 | Kim Ponder | Normal course payables | 1.50 |
| 4/11/2017 | Kim Ponder | Transition discussion with M Cilia. | 2.00 |
| 4/12/2017 | Timothy C. Ross | Review and authorize Debtors foreign subsidiary invoice(s) for payment | 1.00 |
| 4/12/2017 | Timothy C. Ross | Reviewed and approved Interco/affiliate AR/AP reporting and reconciled balancing | 1.00 |
| 4/12/2017 | Kim Ponder | Month end close | 2.00 |
| 4/13/2017 | Kim Ponder | Normal course payables | 1.50 |
| 4/13/2017 | Kim Ponder | Transition discussion with M Cilia. | 4.00 |
| 4/14/2017 | Timothy C. Ross | Reviewed and authorized Debtors account reconciliation (s). | 3.00 |
| 4/14/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 4/14/2017 | Kim Ponder | Posted cash receipts. | 0.50 |
| 4/14/2017 | Kim Ponder | Reviewed month end financial reports. | 2.00 |
| 4/17/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 4/19/2017 | Kim Ponder | Normal course payables | 2.00 |
| 4/19/2017 | Kim Ponder | Foreign entity review. | 2.00 |
| 4/20/2017 | Kim Ponder | Normal course payables | 2.50 |
| 4/21/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 4/21/2017 | Timothy C. Ross | Worked Debtors general accounting matters | 1.00 |
| 4/21/2017 | Kim Ponder | Bank statement retention. | 1.00 |
| 4/24/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 4/24/2017 | Kim Ponder | Posted cash receipts. | 0.50 |
| 4/25/2017 | Kim Ponder | US Trustee fee calculation and preparation of documentation package | 2.00 |
| 4/26/2017 | Timothy C. Ross | Reviewed and authorized Debtors subsidiary invoices | 1.00 |
| 4/26/2017 | Timothy C. Ross | Reviewed and authorized Debtors subsidiary invoices | 1.00 |
| 4/26/2017 | Kim Ponder | Normal course payables | 2.00 |
| 4/26/2017 | Kim Ponder | Foreign entity disbursement packages. | 3.00 |
| 4/27/2017 | Kim Ponder | Normal course payables | 2.50 |
| 4/27/2017 | Kim Ponder | Transition discussion with M Cilia. | 1.00 |
| 4/28/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 4/28/2017 | Kim Ponder | Posted cash receipts. | 0.50 |
| 4/30/2017 | Kim Ponder | Month end close | 0.50 |
| **Finance and General Accounting Total** | | | **88.00** |

**Human Resources**

| 4/3/2017 | Kim Ponder | Responded to request for information re:  former employees. | 0.50 |
|---|---|---|---|
| **Human Resources Total** | | | **0.50** |

**Insurance & Risk Management**

| 4/19/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors insurance matters (SK/KS) | 0.50 |
|---|---|---|---|
| 4/24/2017 | Timothy C. Ross | Worked Debtors insurance matters | 1.00 |
| 4/28/2017 | Timothy C. Ross | Reviewed and responded to Debtors insurance matters | 0.50 |
| **Insurance & Risk Management Total** | | | **2.00** |

**Professional Fee Applications**

| 4/7/2017 | Kim Ponder | Processed fee application filed by Professional. | 0.50 |
|---|---|---|---|
| 4/7/2017 | Kim Ponder | Reconciled Fee Examiner reports to books and records. | 3.00 |
| 4/26/2017 | Timothy C. Ross | Reviewed and responded to Debtors professional (KS) | 0.50 |
| **Professional Fee Applications Total** | | | **4.00** |

**Real Estate Management**

| 4/5/2017 | Timothy C. Ross | Reviewed correspondence from Debtors counsel (BB) | 1.00 |
|---|---|---|---|
| 4/14/2017 | Timothy C. Ross | Reviewed correspondence from Debtors counsel | 0.50 |
| 4/26/2017 | Timothy C. Ross | Worked Debtors transition matters | 1.00 |
| 4/28/2017 | Timothy C. Ross | Worked Debtors transition matters | 0.50 |
| **Real Estate Management Total** | | | **3.00** |

**Residual Business Operations**

| 4/5/2017 | Timothy C. Ross | Reconciled Debtors settlement receipt and prepared associated accounting entries | 3.00 |
|---|---|---|---|
| 4/7/2017 | Timothy C. Ross | Worked Debtors royalty issue (FK) | 1.00 |
| 4/7/2017 | Timothy C. Ross | Reviewed Debtors settlement agreement correspondence from counsel (BB) | 0.50 |
| 4/10/2017 | Timothy C. Ross | Prepared environmental reserve analysis and authorized professional fees for payment. | 1.00 |
| 4/11/2017 | Timothy C. Ross | Prepared Ricoh Q117 royalty statement and invoicing | 1.00 |
| 4/14/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 4/19/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 4/21/2017 | Kim Ponder | Postal delivery and processing. | 1.00 |
| 4/21/2017 | Kim Ponder | Vendor updates in connection with transition. | 6.00 |
| 4/24/2017 | Kim Ponder | Document retention. | 4.50 |
| 4/25/2017 | Kim Ponder | Document retention. | 3.50 |
| 4/26/2017 | Kim Ponder | Vendor updates in connection with transition. | 3.00 |

  
## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Project · Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 4/27/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 4/28/2017 | Kim Ponder | Transition planning and communications. | 5.00 |
| **Residual Business Operations Total** | | | **33.50** |

**Tax Matters**

| | | | |
|---|---|---|---|
| 4/3/2017 | Timothy C. Ross | Reconciled Debtors subsidiary tax refund and prepared associated accounting entries (continued from 3/22) | 3.00 |
| 4/3/2017 | Kim Ponder | Received and responded to EY request. | 0.50 |
| 4/4/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary consultant (SM) | 1.00 |
| 4/4/2017 | Timothy C. Ross | Finalized reconciliation Debtors subsidiary tax refund and prepared associated accounting entries (continued from 4/3/17) | 1.00 |
| 4/4/2017 | Timothy C. Ross | Reviewed and executed Debtors tax documents | 0.50 |
| 4/4/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 1.00 |
| 4/4/2017 | Timothy C. Ross | Updated foreign bank account balances analysis for March data. | 1.00 |
| 4/6/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors branch tax matter | 0.50 |
| 4/6/2017 | Timothy C. Ross | F/U with Debtors foreign subsidiary tax professionals (JW, PP) | 0.50 |
| 4/6/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 1.00 |
| 4/7/2017 | Timothy C. Ross | Download and validate foreign bank account balances | 1.00 |
| 4/7/2017 | Timothy C. Ross | Conference call with Debtors tax professional (JS,JW) | 0.50 |
| 4/10/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax compliance matters | 1.00 |
| 4/10/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter | 1.00 |
| 4/10/2017 | Kim Ponder | Prepared extension packages. | 5.00 |
| 4/11/2017 | Kim Ponder | Prepared analysis requested by EY. | 1.00 |
| 4/11/2017 | Kim Ponder | Prepared property tax packages. | 2.00 |
| 4/12/2017 | Timothy C. Ross | Prepared responses to actions taken on 4/11 foreign entity wind down call | 1.00 |
| 4/12/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matter | 0.50 |
| 4/12/2017 | Kim Ponder | Prepared property tax rendition packages. | 2.00 |
| 4/13/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors foreign subsidiary tax professional (PP) | 0.50 |
| 4/13/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign tax professional (SK) | 1.00 |
| 4/13/2017 | Timothy C. Ross | Researched and responded to Debtors tax professional request (JW) | 1.00 |
| 4/13/2017 | Kim Ponder | Prepared analysis requested by EY. | 2.00 |
| 4/14/2017 | Timothy C. Ross | Download and validate foreign bank account balances | 1.00 |
| 4/14/2017 | Timothy C. Ross | Reviewed and signed Debtors tax matters. | 1.00 |
| 4/14/2017 | Kim Ponder | Prepared extension packages. | 1.50 |
| 4/14/2017 | Kim Ponder | Certified mailing of tax extensions. | 1.00 |
| 4/17/2017 | Timothy C. Ross | Worked Debtors tax matters with tax professional (GD) | 0.50 |
| 4/17/2017 | Kim Ponder | Prepared analysis requested by EY. | 5.00 |
| 4/17/2017 | Kim Ponder | Certified mailing of tax extensions. | 1.00 |
| 4/18/2017 | Timothy C. Ross | Conference call with Debtors tax professional (JW) | 0.50 |
| 4/18/2017 | Kim Ponder | Prepared analysis requested by EY. | 5.00 |
| 4/19/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 2.00 |
| 4/19/2017 | Kim Ponder | Prepared analysis requested by EY. | 3.00 |
| 4/20/2017 | Timothy C. Ross | Worked Debtors tax matters | 1.00 |
| 4/20/2017 | Kim Ponder | Prepared analysis requested by EY. | 4.00 |
| 4/20/2017 | Kim Ponder | Online tax files requested by EY. | 1.00 |
| 4/21/2017 | Timothy C. Ross | Download and validate foreign bank account balances | 1.00 |
| 4/21/2017 | Kim Ponder | Prepared analysis requested by EY. | 1.00 |
| 4/24/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 1.00 |
| 4/24/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 2.00 |
| 4/25/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 1.00 |
| 4/25/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary tax matters | 1.00 |
| 4/27/2017 | Kim Ponder | Certified mailing of tax filing. | 1.00 |
| 4/28/2017 | Timothy C. Ross | Download and validate foreign bank account balances | 1.00 |
| 4/28/2017 | Timothy C. Ross | Reviewed and authorized Debtors tax matters | 0.50 |
| 4/28/2017 | Kim Ponder | Prepared and posted tax package. | 1.00 |
| **Tax Matters Total** | | | **67.50** |

For the period of April 1, 2017 through April 30, 2017                              334.00

## Exhibit G

### The Mergis Group
### Summary of Expenses By Category

### Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 99.90 |
| Professional | - |
| Miscellaneous | 25.00 |
| **For the period of April 1, 2017 through April 30, 2017** | **$    124.90** |

## Exhibit H

### The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of April 1, 2017 through April 30, 2017

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 04/21/17 | Kim Ponder | Tax related matters. | Local | |
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | US Post Office (certified tax return mailing) | | 99.90 |
| | Professional | | | - |
| | Miscellaneous | CA Sec of State ( Altsystems tax filing) | | 25.00 |
| | Total | | $ | 124.90 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | **Vendor** | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| For the period of April 1, 2017 through April 30, 2017 | | | $ | 124.90 |
|---|---|---|---|---|