## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Report by The Mergis Group of Staffing and Compensation Earned and Expenses Incurred for the Period of April 1, 2017 through April 30, 2017** was caused to be made on May 15, 2017, in the manner indicated upon the entities identified below.

Dated: May 15, 2017  /s/ Tamara K. Minott
Wilmington, DE  Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Centert
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks Inc.
PO Box 591669
Attn:  Mary Cilia
Houston, TX 77259
 (Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

7342377.38