IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                       :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                            :   Case No. 09-10138 (KG)
:
          Debtors.                         :   Jointly Administered
:
:   Objection Deadline: May 25, 2017 at 4:00 p.m. (ET)
:
:
:
---------------------------------------------------------------X

**REPORT BY THE MERGIS GROUP OF STAFFING AND COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2017 THROUGH MAY 8, 2017.**

| | |
|---|---|
| Exhibit A: | Summary of Professionals |
| Exhibit B: | Summary of Projects and Project Descriptions |
| Exhibit C: | Summary of Fees and Expenses |
| Exhibit D: | Summary of Time by Professional |
| Exhibit E: | Summary of Fees by Project |
| Exhibit F: | Time Description Detail by Project |
| Exhibit G: | Summary of Expenses by Category |
| Exhibit H: | Expense Detail |

The Mergis Group ("Mergis") hereby submits this Monthly Staffing Report and Compensation Report (the "Report") for the period, May 1, 2017 through May 8, 2017, describing the name and functions of assigned personnel and for compensation and reimbursement of costs and Expenses received pursuant to its engagement by an order of the Bankruptcy Court entered on May 17, 2013 [D.I. No. 10555].

Mergis' fees for this period are $38,709.00. Mergis incurred $13.81 in expenses during this period.

---

[1] The US Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667) Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel/.

Dated: May 12, 2017  
      Raleigh, North Carolina

THE MERGIS GROUP

Logan Dubois

*Managing Director*