See Attached for Exhibits A through H

# Exhibit A

## The Mergis Group
### Summary of Professionals

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Professional | Position | Title / Role of Professional |
|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Project | Project Description |
|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . |

# Exhibit B

## The Mergis Group
### Summary of Projects and Project Descriptions

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Project | Project Description |
|---|---|
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. |
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO) , and associated year end regulatory reporting. |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.) . |
| Travel | Authorized travel to support Debtors projects. |

# Exhibit C

## The Mergis Group
## Summary of Fees and Expenses

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| | Fees | Expenses | Total |
|---|---|---|---|
| For the period of May 1, 2017 through May 8, 2017 | $ 38,709.00 | $ 13.18 | $ 38,722.18 |

Exhibit C

## Exhibit D

**The Mergis Group**
**Summary of Time by Professional**

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Professional | Position | Title / Role of Professional | Hours |
|---|---|---|---|
| Timothy C. Ross | Officer | Chief Financial Officer and Corporate Secretary - Management responsibility for all business and finance functions supporting the U.S. Principal Officer in the company operation and liquidation; direct responsibilities include, operating budget oversight, treasury management, general accounting and controls, tax, financial reporting, information technology, human resources, real estate management, and foreign subsidiary wind down. Employee Benefits and Pension Investment Committee member. | 52.50 |
| Kim Ponder | Non-Officer | Associate - General accounting & finance services for accounts payable, payment processing for normal course, intercompany, and professional, claims and litigation settlement disbursement processing, statutory reporting management & oversight. | 51.00 |

| | |
|---|---|
| Hours for the period of May 1, 2017 through May 8, 2017 | 103.50 |
| Billing Rate | $ 374.00 |
| Fees for the period of May 1, 2017 through May 8, 2017 | $ 38,709.00 |

Exhibit A

Page 1 of 1

## Exhibit E

### The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Project | Project Description | Hours | Fees |
|---|---|---|---|
| Administrative | Administrative matters related to the Debtors engagement. Includes board meetings, staff meetings, preparation of miscellaneous statements, surveys, and schedules, miscellaneous document review and execution, electronic minute book maintenance, and office and general case management activities. | - | $ - |
| Bankruptcy Reporting | Assist the Debtors with bankruptcy reporting requirements. Includes the financial reporting preparation & management review of the Monthly Operating Report (MOR), Form 26, Ordinary Course Professionals Report (OCP), US Trustee Fee Report, and related matters for the US Trustee. | - | $ - |
| Cash Management | Support the Debtors with cash flow management activities. Includes treasury systems management and controls, bank service contract oversight, cash flow planning and analysis, accountability for cash flow budget achievement, and cash reporting to estate constituents. | 20.50 | $ 7,667.00 |
| Claims Administration | Assist the Debtors with claims matters. Includes claims database systems and controls, data maintenance, analysis and validation, communications, distribution process planning, and claims settlement / distribution execution. | 1.00 | $ 374.00 |
| Compensation Application | Activities relating to the professional time tracking and preparation of the compensation application. | 5.00 | $ 1,870.00 |
| Discovery | Activities driven by requests directed to Nortel Networks Inc. in support of the business divestiture proceeds allocation litigation. Includes data / document extraction and analysis, preparation & presentation of findings, interface with legal counsel, and participate in court hearings. | 1.00 | $ 374.00 |
| Electronic Data and Document Preservation | Support the Debtors with the preservation of electronic data and hard copy documents. Includes governance and maintenance in compliance with court retention requirements and associated vendor service contract oversight. | 37.00 | $ 13,838.00 |
| Entity Liquidation and Wind Down | Assist the Debtors with the liquidation, wind down and/or deregistration of Nortel Networks, Inc. and its subsidiaries and branches (foreign and domestic).Includes the development and execution of step plans to ensure local law and U.S. Bankruptcy Court compliance in areas such as intercompany settlements, debt forgiveness, tax clearance certificates, final account balances; compliance with local and U.S. statutory, tax, financial and other governmental reporting requirements; repatriation of subsidiary or branch cash to parent; and coordinate with and support local accounting and legal professionals in conjunction with of all of the above. | 7.00 | $ 2,618.00 |
| Finance and General Accounting | Assist the Debtors with finance and general accounting operations in compliance with US GAAP. Includes statutory financial reporting preparation & review, month and year end close processing, finance systems & controls, journal entry preparation, management review, and posting, account reconciliations, balance sheet analysis, and normal course accounts receivable and payable administration . | 19.50 | $ 7,293.00 |
| Human Resources | Support the Debtors in Human Resources matters. Includes development and execution of Debtors benefit plan termination (health and welfare, 401K, etc.), plan regulatory compliance oversight and reporting (audits, plan boards & committees, etc.) vendor services contract management and oversight, human resource related communications, and HR systems and data maintenance and reporting. | 4.00 | $ 1,496.00 |
| Information Technology Operations | Assist the Debtors with the maintenance and support of the Nortel Networks, Inc. residual company information technology infrastructure operations. Includes vendor services and contract oversight, data extraction, back-up, and recovery, and infrastructure problem resolution support. | - | $ - |
| Insurance & Risk Management | Assist the Debtors with insurance and risk management activities. Includes tracking and periodic management review of Debtors insurance coverage; ensuring compliance with established policies, leases, and contracts. Provide service oversight to agent/broker contract. | 2.00 | $ 748.00 |

## Exhibit E

### The Mergis Group
### Summary of Fees by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Project | Project Description | Hours | | Fees |
|---|---|---|---|---|
| Plan of Reorganization | Assist the Debtors with the preparation of the plan of reorganization and associated disclosure statement. Includes financial analysis and Debtors review. | 2.00 | $ | 748.00 |
| Professional Fee Applications | Assist the Debtors with the payment administration of engaged professionals. Includes financial recording of professional fee applications to Debtors' books and records, reconciliation to Omnibus Fee Order to Debtors' books and records, fee disbursement based on Certificate of No Objection (CNO), and associated year end regulatory reporting. | - | $ | - |
| Real Estate Management | Assist the Debtors with lease and real estate matters. Includes property management vendor contract oversight, property management budget achievement accountability and associated financial planning & analysis, lease and sub-lease management / governance, and property marketing activities. | - | $ | - |
| Residual Business Operations | Assist the Debtors in the resolution of outstanding residual business operations matters. Includes activities relating to residual business services customer, vendor, and/or buyer contracts and associated receivables, payables, and/or inventory, regulatory and government required business reporting surveys and schedules, and review and action of service of process notifications. | - | $ | - |
| Tax Matters | Assist the Debtors with tax matters. Includes vendor service contract oversight, financial analysis support and management review of federal, state, and local Tax returns, claims, and audits, and authorization of tax related matters (annual report filings, settlements, etc.). | 4.50 | $ | 1,683.00 |
| Travel | Authorized travel to support Debtors projects. | - | $ | - |
| For the period of May 1, 2017 through May 8, 2017 | | 103.50 | $ | 38,709.00 |

## Exhibit F

### The Mergis Group
### Time Description Detail by Project

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Project / Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| **Cash Management** | | | |
| 5/1/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 5/1/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 5/1/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 5/1/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 5/2/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 5/2/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 5/2/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 5/3/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 5/3/2017 | Timothy C. Ross | Reviewed Debtors payment proposal, prepared and analyzed cash flow requirements and executed Treasury funding transactions. | 3.00 |
| 5/3/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 1.00 |
| 5/3/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 5/4/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 5/4/2017 | Timothy C. Ross | Reviewed, authorized and released Debtors disbursements. | 3.00 |
| 5/4/2017 | Timothy C. Ross | Worked Debtors foreign subsidiary treasury management matters | 1.00 |
| 5/4/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 5/5/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 5/5/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary treasury management matters | 0.50 |
| 5/5/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 5/8/2017 | Timothy C. Ross | Reviewed daily bank balances. | 0.50 |
| 5/8/2017 | Timothy C. Ross | Worked Debtors treasury management matters | 2.00 |
| 5/8/2017 | Kim Ponder | Monitored bank account balances. | 0.50 |
| 5/8/2017 | Kim Ponder | Bank account closures. | 1.00 |
| **Cash Management Total** | | | **20.50** |
| | | | |
| **Claims Administration** | | | |
| 5/5/2017 | Kim Ponder | Reviewed claims load file. | 1.00 |
| **Claims Administration Total** | | | **1.00** |
| | | | |
| **Compensation Application** | | | |
| 5/2/2017 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 1.00 |
| 5/3/2017 | Timothy C. Ross | Prepared DRAFT Mergis staffing & compensation report for CGSH review | 3.00 |
| 5/5/2017 | Timothy C. Ross | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| 5/5/2017 | Kim Ponder | Compensation application preparation re:  update of timekeeping records. | 0.50 |
| **Compensation Application Total** | | | **5.00** |
| | | | |
| **Discovery** | | | |
| 5/4/2017 | Timothy C. Ross | Received, reviewed and actioned Debtor service of process notification(s) / responded to questions from Counsel (PC). | 1.00 |
| **Discovery Total** | | | **1.00** |
| | | | |
| **Electronic Data and Document Preservation** | | | |
| 5/1/2017 | Kim Ponder | Document retention. | 8.00 |
| 5/2/2017 | Kim Ponder | Document retention. | 5.50 |
| 5/3/2017 | Kim Ponder | Document retention. | 4.50 |
| 5/4/2017 | Kim Ponder | Document retention. | 4.00 |
| 5/5/2017 | Timothy C. Ross | Worked Debtors document retention matters | 2.00 |
| 5/5/2017 | Kim Ponder | Document retention. | 6.00 |
| 5/8/2017 | Timothy C. Ross | Worked Debtors document retention matters | 2.00 |
| 5/8/2017 | Kim Ponder | Document retention. | 5.00 |
| **Electronic Data and Document Preservation Total** | | | **37.00** |
| | | | |
| **Entity Liquidation and Wind Down** | | | |
| 5/4/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary matters | 1.00 |
| 5/4/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign subsidiary matters | 1.00 |
| 5/4/2017 | Timothy C. Ross | Attended conference call with Debtors counsel (KH, ML) and consultant (MC) | 1.00 |
| 5/5/2017 | Timothy C. Ross | Reviewed and provided comments to counsel (KH, RR) and consultant (MC) | 1.00 |
| 5/8/2017 | Timothy C. Ross | Updated Debtors foreign subsidiary cash flow budget | 2.00 |
| 5/8/2017 | Timothy C. Ross | Reviewed and responded to Debtors foreign professional (AB) | 1.00 |
| **Entity Liquidation and Wind Down Total** | | | **7.00** |
| | | | |
| **Finance and General Accounting** | | | |
| 5/1/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |
| 5/1/2017 | Timothy C. Ross | Worked Debtors financial close | 4.00 |
| 5/1/2017 | Timothy C. Ross | Reviewed and authorized invoices for payment | 0.50 |
| 5/1/2017 | Timothy C. Ross | Reviewed and authorized invoices for payment | 0.50 |
| 5/2/2017 | Kim Ponder | Transition discussion with M Cilia. | 2.00 |
| 5/3/2017 | Kim Ponder | Normal course payables | 1.50 |
| 5/3/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| 5/3/2017 | Kim Ponder | Month end close | 1.00 |
| 5/4/2017 | Kim Ponder | Normal course payables | 2.00 |
| 5/4/2017 | Kim Ponder | Compiled OCP report. | 2.50 |
| 5/5/2017 | Timothy C. Ross | Review and authorize Debtors invoice(s) for payment. | 1.00 |
| 5/5/2017 | Kim Ponder | Posted cash transfer of effective date fees. | 0.50 |
| 5/8/2017 | Timothy C. Ross | Prepared and submitted residual staffing time report. | 0.50 |

**Exhibit F**

**The Mergis Group**
**Time Description Detail by Project**

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Project · Date | Professional | Project Work Description | Hours |
|---|---|---|---|
| 5/8/2017 | Kim Ponder | Postal delivery and processing. | 1.50 |
| **Finance and General Accounting Total** | | | **19.50** |
| | | | |
| **Human Resources** | | | |
| 5/2/2017 | Timothy C. Ross | Worked Debtors benefits plan matter | 4.00 |
| **Human Resources Total** | | | **4.00** |
| | | | |
| **Insurance & Risk Management** | | | |
| 5/1/2017 | Timothy C. Ross | Worked Debtors insurance matters | 1.00 |
| 5/2/2017 | Timothy C. Ross | Worked Debtors insurance matters | 1.00 |
| **Insurance & Risk Management Total** | | | **2.00** |
| | | | |
| **Plan of Reorganization** | | | |
| 5/3/2017 | Timothy C. Ross | Reviewed and prepared response to Debtors effective date matter | 0.50 |
| 5/4/2017 | Timothy C. Ross | Received, reviewed and responded to Debtors consultant request (MC) | 0.50 |
| 5/8/2017 | Timothy C. Ross | Reviewed and authorized wire maintenance setup and wire transfers. | 1.00 |
| **Plan of Reorganization Total** | | | **2.00** |
| | | | |
| **Tax Matters** | | | |
| 5/2/2017 | Timothy C. Ross | Received, reviewed and actioned Debtor tax matters | 0.50 |
| 5/2/2017 | Timothy C. Ross | Updated foreign bank account balances analysis | 1.00 |
| 5/3/2017 | Timothy C. Ross | Received, researched and responded to Debtors foreign subsidiary tax matters | 1.00 |
| 5/5/2017 | Timothy C. Ross | Download and validate foreign bank account balances | 1.00 |
| 5/5/2017 | Timothy C. Ross | Received, reviewed and actioned Debtors foreign tax issue with professionals (MS, LN) | 1.00 |
| **Tax Matters Total** | | | **4.50** |
| | | | |
| For the period of May 1, 2017 through May 8, 2017 | | | **103.50** |

Exhibit F

**Exhibit G**

**The Mergis Group**
**Summary of Expenses By Category**

**Nortel Networks, Inc. et al.**
For the period of May 1, 2017 through May 8, 2017

| Expense Category | Expenses |
|---|---|
| Airfare | - |
| Lodging | - |
| Meals | - |
| Parking | - |
| Ground Transportation | - |
| Office Expense | 13.18 |
| Professional | - |
| Miscellaneous | - |
| **For the period of May 1, 2017 through May 8, 2017** | $ 13.18 |

# Exhibit H

## The Mergis Group
### Expense Detail

Nortel Networks, Inc. et al.
For the period of May 1, 2017 through May 8, 2017

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| 05/08/17 | Kim Ponder | Tax related matters. | Local | |
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | US Post Office (certified tax return mailing) | | 13.18 |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | 13.18 |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | - | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| Date (s) Incurred | Name of Professional | Purpose | Location Visited | |
|---|---|---|---|---|
| | **Expense Category** | Vendor | | **Expenses** |
| | Airfare | | | - |
| | Lodging | | | - |
| | Meals | | | - |
| | Parking | | | - |
| | Ground Transportation | | | - |
| | Office Expense | | | - |
| | Professional | | | - |
| | Miscellaneous | | | - |
| | Total | | $ | - |

| | | | | |
|---|---|---|---|---|
| For the period of May 1, 2017 through May 8, 2017 | | | $ | 13.18 |