# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC  [Docket No. 18126] | 2/1/17 - 2/28/17 | $11,814.50 (Fees)  $1,061.40 (Expenses) | $9,451.60 (Fees @ 80%)  $1,061.40 (Expenses @ 100%) | 4/24/17 | 5/15/17 |

2247189v1