# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 18128] | 3/1/17 - 3/31/17 | $24,337.50 (Fees)  $4,648.89 (Expenses) | $19,470.00 (Fees @ 80%)  $4,648.89 (Expenses @ 100%) | 4/24/2017 | 5/15/2017 |

2247046v1