**EXHIBIT B**



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2013214**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| April 30, 2017 | 046992-00001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $   84,949.00 |
| Disbursements | 226.70 |
| **Total Amount Due** | **$   85,175.70** CDN |

**Cassels Brock & Blackwell LLP**

Per: _____
     Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____  Amount: _____
Cardholder Name: _____
Signature: _____

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

### Invoice Detail

### TO PROFESSIONAL SERVICES RENDERED up to and including 02/28/2017

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/1/2017 | RSK | 31 | Review issued and entered Canadian order regarding passing of Monitor's accounts. | 0.2 |
| 2/1/2017 | MWU | 7 | Prepare Canadian case status update for Committee presentation. | 0.4 |
| 2/1/2017 | MWU | 22 | Review and analyze conditions precedent for CCAA plan and settlement and support agreement. | 1.3 |
| 2/2/2017 | MWU | 7 | Attend on Committee status call. | 0.5 |
| 2/3/2017 | RSK | 31 | Review Canadian motion record of U.S. debtors regarding CCAA recognition of U.S. order approving the Chapter 11 plan and settlement agreement. | 0.5 |
| 2/3/2017 | MWU | 31 | Review Canadian motion record filed by U.S. debtors in CCAA recognition proceeding including draft order and factum, and report to Committee regarding same. | 0.7 |
| 2/6/2017 | MWU | 29 | Review update correspondence from Akin Gump regarding terms for release of escrowed sale proceeds, and analyze Canadian court orders regarding same. | 2.6 |
| 2/7/2017 | RSK | 22 | Review update from Akin Gump regarding effective date for U.S. and Canadian plan and escrow issues. | 0.2 |
| 2/7/2017 | MWU | 29 | Review and analyze SPSA Canadian related conditions for implementation and consider Canadian action items. | 1.8 |
| 2/7/2017 | MWU | 31 | Review schedule to draft Canadian court order and prepare revised draft with Cassels information. | 0.5 |
| 2/8/2017 | RSK | 31 | Review order recognizing U.S. plan and settlement agreement and related endorsement. | 0.2 |
| 2/8/2017 | MWU | 22 | Review proposed time line for plan effectiveness and implementation, and consider required Canadian action items including termination of Supreme Court of Canada appeal litigation. | 2.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/8/2017 | MWU | 31 | Review issued Canadian court order and endorsement, and email correspondence with Canadian counsel for U.S. debtors regarding court hearing. | 0.3 |
| 2/9/2017 | RSK | 7 | Participated in Committee call. | 0.4 |
| 2/9/2017 | MWU | 7 | Attend on UCC call. | 0.4 |
| 2/9/2017 | MWU | 3 | Complete November 2016 fee application. | 0.7 |
| 2/9/2017 | MWU | 3 | Prepare December 2016 fee account. | 0.8 |
| 2/9/2017 | MWU | 3 | Review request from Nortel U.S. regarding declaration of fees, and email correspondence to Delaware counsel for UCC regarding same. | 0.4 |
| 2/10/2017 | MWU | 3 | Prepare December 2016 fee application. | 2.3 |
| 2/13/2017 | GBS | 31 | Consider status of draft Canadian order to withdraw leave to Supreme Court of Canada application. | 0.3 |
| 2/13/2017 | GBS | 31 | Email communications with Cassels' team regarding Canadian litigation. | 0.1 |
| 2/13/2017 | RSK | 29 | Review flow of funds analysis from BRG regarding allocation. | 0.6 |
| 2/13/2017 | RSK | 31 | Review draft joint notice of discontinuance regarding leave application to SCC and related email correspondence. | 0.6 |
| 2/13/2017 | MWU | 31 | Review correspondence and draft court filing from Canadian counsel for U.S. debtors regarding termination of Canadian appeal application regarding allocation decision, and confer with Cassels litigation colleague regarding same. | 0.8 |
| 2/13/2017 | MWU | 31 | Review allocation settlement agreement and report to UCC advisors regarding Canadian litigation termination. | 0.6 |
| 2/14/2017 | GBS | 31 | Analyze Canadian process regarding leave to appeal CCAA order approving settlement. | 1.8 |
| 2/14/2017 | GBS | 31 | Email and communications with Cassels' team regarding Canadian leave to appeal approval of settlement application. | 0.6 |
| 2/14/2017 | SAH | 31 | Meeting with G. Shaw regarding Canadian litigation. | 0.4 |
| 2/14/2017 | SAH | 31 | Conducting legal research regarding Canadian appeal litigation. | 2.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/14/2017 | SV | 31 | Review procedure in the Supreme Court of Canada to expedite leave to appeal hearing. | 1.4 |
| 2/14/2017 | RSK | 22 | Review CCAA plan and SPSA regarding impact of leave application on implementation. | 1.8 |
| 2/14/2017 | RSK | 31 | Review leave to appeal application regarding Canadian sanction order and exchanged email correspondence with Cassels and Akin Gump on related issues. | 1.4 |
| 2/14/2017 | RSK | 31 | Review email correspondence regarding notice of discontinuance regarding SCC leave applications. | 0.3 |
| 2/14/2017 | MWU | 31 | Review Canadian court filing being motion for leave to appeal Canadian escrow release order, and related order being appealed. | 1.1 |
| 2/14/2017 | MWU | 31 | Confer with Cassels team and review and analyze SPSA terms and conditions precedent regarding Canadian appeal filing. | 1.4 |
| 2/14/2017 | MWU | 31 | Multiple correspondence to and from UCC advisors regarding Canadian appeal litigation and analysis of Canadian appeal time periods and forward report to UCC advisors. | 0.9 |
| 2/14/2017 | MWU | 31 | Call with Canadian counsel for U.S. debtors to discuss discontinuance to appeal litigation, and new Canadian appeal filing by Canadian disabled employees. | 0.2 |
| 2/14/2017 | JDI | 31 | Review Canadian notice of motion for leave to appeal and related orders and CCAA plan provisions. | 1.9 |
| 2/14/2017 | JDI | 22 | Email correspondence with M. Wunder and S. Kukulowicz regarding Canadian plan provisions. | 0.2 |
| 2/15/2017 | GBS | 31 | Consider methods to expedite Canadian appeal litigation. | 2.2 |
| 2/15/2017 | GBS | 31 | Confer with Cassels team regarding payment of escrow and leave applications. | 1.8 |
| 2/15/2017 | GBS | 31 | Review Canadian motion for leave to expedite Canadian LTD employees' leave to appeal application. | 2.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/15/2017 | GBS | 31 | Email correspondence with Cassels and Akin teams regarding Canadian appeal litigation, and instructions to S. Holland. | 0.7 |
| 2/15/2017 | GBS | 31 | Consider and review Canadian Court approval decision regarding appeal litigation. | 0.8 |
| 2/15/2017 | SAH | 31 | Canadian legal research regarding Canadian appeal litigation. | 0.6 |
| 2/15/2017 | SAH | 31 | Canadian legal research regarding motion for leave to appeal by LTD Objectors. | 2.9 |
| 2/15/2017 | SAH | 31 | Meeting with G. Shaw to discuss Canadian appeal litigation. | 0.4 |
| 2/15/2017 | SAH | 7 | Committee call. | 0.5 |
| 2/15/2017 | RSK | 31 | Review correspondence from Goodmans regarding scheduling of Court of Appeal hearing and reported same to the Committee. | 0.3 |
| 2/15/2017 | RSK | 7 | Participated in Committee call. | 0.5 |
| 2/15/2017 | RSK | 31 | Email correspondence with Akin Gump regarding Canadian appeal issues and update to Committee. | 0.4 |
| 2/15/2017 | RSK | 31 | Email correspondence and confer with Cassels team regarding Canadian appeal timelines. | 1.5 |
| 2/15/2017 | RSK | 31 | Review Monitor's motion record regarding Canadian appeal litigation. | 1.1 |
| 2/15/2017 | RSK | 31 | Review correspondence from Goodmans to Court of Appeal regarding Canadian appeal expedite motion and related email correspondence. | 0.7 |
| 2/15/2017 | MWU | 31 | Review multiple Canadian court filings regarding motion for leave to appeal Canadian escrow release order, and Monitor's motion for an expedited leave for appeal schedule and hearing. | 1.6 |
| 2/15/2017 | MWU | 29 | Multiple email correspondence and calls to and from UCC advisors and Cassels group regarding Canadian appeal litigation, SPSA terms and transactions, and potential work arounds. | 1.2 |
| 2/15/2017 | MWU | 31 | Confer with Cassels colleagues regarding Canadian appeal issues and options for expedited appeal track. | 0.7 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/15/2017 | MWU | 7 | Attend on Committee call to discuss status of Canadian appeal and plan implementation issues. | 0.5 |
| 2/16/2017 | GBS | 31 | Analysis regarding expediting Canadian leave to appeal motion. | 1.4 |
| 2/16/2017 | RSK | 31 | Review correspondence from Goodmans to Court of Appeal regarding consent to expedite Canadian appeal. | 0.2 |
| 2/16/2017 | RSK | 31 | Instructions to S. Holland regarding attendance at Ontario Court of Appeal hearing. | 0.2 |
| 2/16/2017 | RSK | 31 | Email correspondence with Akin Gump regarding abbreviation of Canadian appeal periods. | 0.4 |
| 2/16/2017 | MWU | 31 | Review correspondence from counsel to Monitor regarding Canadian motion to expedite leave to appeal motion by Canadian LTD employees, and confer with Cassels lawyers and update UCC advisors. | 0.5 |
| 2/16/2017 | MWU | 31 | Review Canadian court filings regarding appeal litigation regarding Canadian release escrow order. | 1.1 |
| 2/16/2017 | MWU | 29 | Analyze SPSA terms and consider options regarding holdback related to Canadian appeal litigation. | 1.3 |
| 2/16/2017 | MWU | 3 | Conference call with Nortel and Ernst and Young regarding account reporting, and review email correspondence and form of reporting. | 0.5 |
| 2/17/2017 | GBS | 31 | Confer with Cassels team regarding Canadian appeal litigation. | 0.4 |
| 2/17/2017 | SAH | 8 | Attend Canadian motion to expedite appeal motion. | 1.1 |
| 2/17/2017 | SAH | 31 | Correspondence regarding Canadian court hearing. | 0.3 |
| 2/17/2017 | RSK | 31 | Review analysis from G. Shaw regarding Canadian LTD opt-out and standing arguments. | 0.6 |
| 2/17/2017 | RSK | 31 | Conference call with Canadian counsel for U.S. debtors and bondholders regarding joint factum in response to Canadian LTD leave application. | 0.4 |
| 2/17/2017 | RSK | 31 | Review report from S. Holland and Canadian order regarding appeal. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/17/2017 | MWU | 31 | Review correspondence from counsel to Monitor regarding Canadian motion to expedite leave to appeal motion by Canadian LTD employees, confer with Cassels lawyers and forward update UCC advisors. | 0.6 |
| 2/17/2017 | MWU | 31 | Review Canadian court filings regarding appeal litigation regarding Canadian release escrow order. | 0.8 |
| 2/17/2017 | JDI | 31 | Review email correspondence from S. Holland and M. Wunder regarding scheduling of motion for leave to appeal. | 0.3 |
| 2/18/2017 | RSK | 31 | Review draft joint factum of U.S. interests in response to Canadian leave application. | 0.5 |
| 2/18/2017 | MWU | 31 | Report to Committee regarding Canadian court hearing for motion to expedite LTD employees' leave to appeal motion relating to escrow release order, and motion timetable. | 0.5 |
| 2/18/2017 | MWU | 31 | Review draft factum received from Canadian counsel for U.S. debtors, and provide instructions to M. Sassi regarding revisions to same for UCC. | 0.6 |
| 2/18/2017 | MWU | 31 | Forward correspondence to Canadian counsel for U.S. debtors with revised draft Canadian legal brief. | 0.3 |
| 2/19/2017 | MS | 31 | Review Canadian factums for Ontario Court of Appeal motion. | 1.1 |
| 2/19/2017 | RSK | 31 | Exchange email correspondence with Cassels team regarding U.S. interest factum for Court of Appeal motion. | 0.4 |
| 2/19/2017 | MWU | 31 | Review draft Canadian legal brief and forward status updates to UCC and UCC advisors. | 0.4 |
| 2/19/2017 | MWU | 31 | Correspondence with Canadian counsel for U.S. debtors, and Cassels lawyers. | 0.3 |
| 2/20/2017 | GBS | 31 | Consider and comment regarding UCC leave to appeal responding factum. | 0.3 |
| 2/20/2017 | RSK | 31 | Review email correspondence with Akin Gump regarding draft joint factum. | 0.4 |
| 2/21/2017 | GBS | 31 | Review Monitor's factum regarding motion to expedite leave to appeal. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/21/2017 | SAH | 31 | Review pleadings from Canadian LTD appellants in Canadian appeal litigation. | 1.3 |
| 2/21/2017 | RSK | 31 | Email correspondence with Torys and Akin Gump regarding joint factum in response to leave application and finalization of same. | 1.1 |
| 2/21/2017 | RSK | 31 | Review correspondence from counsel for EMEA debtors supporting position of Monitor. | 0.2 |
| 2/21/2017 | RSK | 31 | Review responding factum of former and disabled employees and factum of continuing employees. | 0.7 |
| 2/21/2017 | RSK | 31 | Review responding materials and factum of the Monitor and Canadian debtors for Canadian appeal litigation. | 1.4 |
| 2/21/2017 | MWU | 31 | Review revised draft of legal brief by U.S. interests including UCC, and multiple email correspondence to and from Canadian counsel for U.S. debtors and bonds. | 0.8 |
| 2/21/2017 | MWU | 31 | Multiple email correspondence to and from UCC advisors regarding Canadian appeal motion and UCC legal brief in opposition. | 0.6 |
| 2/21/2017 | MWU | 31 | Review additional Canadian legal briefs filed by core parties in opposition to appeal request by Canadian LTD employees. | 1.3 |
| 2/21/2017 | MWU | 3 | Prepare Cassels Brock January 2017 fee account. | 2.6 |
| 2/22/2017 | RSK | 31 | Review revisions to CCAA court endorsement approving the Canadian plan and supplementary motion record for Court of Appeal. | 0.5 |
| 2/22/2017 | MWU | 31 | Review restated Canadian court order endorsement, and consider regarding LTD employee Canadian appeal. | 0.3 |
| 2/22/2017 | MWU | 31 | Review revised Canadian motion record by Monitor responding to Canadian LTD employee leave for appeal motion. | 0.8 |
| 2/22/2017 | MWU | 12 | Review responding motion records file in response to Canadian LTD employee appeal request. | 1.1 |
| 2/24/2017 | RSK | 31 | Review reply factum of Canadian LTD claimants for appeal litigation. | 0.8 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/24/2017 | RSK | 31 | Review Monitor and Canadian Debtors' motion record regarding various settlements (Ciena and Resolute) and claims resolutions. | 1.1 |
| 2/25/2017 | RSK | 31 | Review summary of Canadian motion record of Monitor for various relief. | 0.2 |
| 2/26/2017 | MS | 31 | Correspondence with Cassels team regarding Canadian proceedings and review court filings to prepare for court. | 1.6 |
| 2/26/2017 | RSK | 31 | Email correspondence with counsel for U.S. debtors and bondholders regarding Monitor's motion. | 0.2 |
| 2/26/2017 | RSK | 31 | Email correspondence with Akin Gump regarding Monitor's motion for various relief and status of LTD leave application. | 0.2 |
| 2/26/2017 | MWU | 31 | Review responding motion material filed by various core parties including CCC members and letter to Ontario Court of Appeal from Canadian counsel to EMEA debtors, regarding Canadian leave for appeal application. | 1.3 |
| 2/26/2017 | MWU | 31 | Forward report to UCC advisors regarding Canadian appeal application filings and schedule. | 0.5 |
| 2/26/2017 | MWU | 31 | Review and analyze Canadian motion record regarding executive claims, Ciena settlement, and environmental insurance policy claims settlement, and related Monitor's report. | 1.8 |
| 2/26/2017 | MWU | 31 | Forward report to UCC advisors regarding Canadian motion record and requested relief, and multiple email correspondence to and from UCC advisors regarding same. | 0.7 |
| 2/26/2017 | MWU | 31 | Correspondence to Canadian counsel for Monitor and U.S. debtors regarding proposed environmental insurance policy claims settlement. | 0.4 |
| 2/27/2017 | RSK | 31 | Email correspondence with Canadian counsel for U.S. interests regarding Monitor's CCAA motion. | 0.2 |
| 2/27/2017 | RSK | 31 | Review additional information on settlements subject to court approval under Monitor's motion. | 0.3 |
| 2/27/2017 | MWU | 3 | Prepare December 2016 fee application. | 0.9 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 2/27/2017 | MWU | 31 | Multiple correspondence to and from UCC advisors regarding Canadian motions. | 0.4 |
| 2/27/2017 | MWU | 31 | Review proposed agreement regarding Canadian settlement motion, and confer with UCC advisors. | 0.8 |
| 2/27/2017 | MWU | 31 | Correspondence to Canadian counsel for bonds and U.S. debtors regarding Canadian motions. | 0.2 |
| 2/28/2017 | RSK | 31 | Review correspondence from Monitor to Ontario Court of Appeal regarding Canadian LTD appellants' constitutional question. | 0.3 |
| 2/28/2017 | RSK | 31 | Review email correspondence from Torys and Bennett Jones regarding positions on Monitor settlement motions. | 0.2 |
| 2/28/2017 | RSK | 31 | Review notice of constitutional question filed by Canadian LTD claimants. | 0.5 |
| 2/28/2017 | MWU | 3 | Prepare January 2017 fee account. | 0.9 |
| 2/28/2017 | MWU | 3 | Prepare January 2017 fee application. | 2.8 |
| 2/28/2017 | MWU | 3 | Prepare quarterly fee application. | 0.6 |
| 2/28/2017 | MWU | 31 | Multiple correspondence to and from Canadian counsel for U.S. debtors and bonds regarding Canadian motions. | 0.4 |
| 2/28/2017 | MWU | 31 | Prepare and forward report to Committee regarding Canadian motions and recommendations. | 0.9 |
| | | | **Total** | **102.2** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rates | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 13.20 | $945.00 | $12,474.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.40 | $710.00 | $1,704.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 50.80 | $850.00 | $43,180.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 2.70 | $465.00 | $1,255.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 22.00 | $925.00 | $20,350.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 9.70 | $555.00 | $5,383.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 1.40 | $430.00 | $602.00 |
| | | | | | | |
| **TOTAL** | | | | **102.2** | | **$84,949.00** |

**TOTAL PROFESSIONAL FEES**                                             $  84,949.00

**Non-Taxable Disbursements**

Copies                                                                                     82.70  
Online Searchers                                                                      144.00  
**Total Disbursements and Tax**                                                           226.70  
**Total Fees, Disbursements & Tax**                            $   85,175.70 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 12.50 | 10,625.00 |
| 0007 | Creditors Committee Meetings | 3.20 | 2,640.00 |
| 0008 | Court Hearings | 1.10 | 610.50 |
| 0012 | General Claims Analysis/Claims Objections | 1.10 | 935.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 5.60 | 4,882.00 |
| 0029 | Intercompany Analysis | 7.50 | 6,420.00 |
| 0031 | Canadian Proceedings/Matters | 71.20 | 58,836.50 |
| TOTAL | | 102.2 | $84,949.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| CASSELS BROCK & BLACKWELL LLP | Invoice # 2013214 |
|---|---|
| The Official Committee of Unsecured Creditors | |
| Re: Nortel Networks Inc, et al. | Matter # 046992-00001 |

### Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/3/2017 | Copies | 4 | 0.40 |
| 2/3/2017 | Copies | 2 | 0.20 |
| 2/3/2017 | Copies | 3 | 0.30 |
| 2/3/2017 | Copies | 2 | 0.20 |
| 2/3/2017 | Copies | 15 | 1.50 |
| 2/7/2017 | Copies | 7 | 0.70 |
| 2/7/2017 | Copies | 3 | 0.30 |
| 2/8/2017 | Copies | 36 | 3.60 |
| 2/9/2017 | Copies | 27 | 2.70 |
| 2/9/2017 | Copies | 10 | 1.00 |
| 2/10/2017 | Copies | 6 | 0.60 |
| 2/10/2017 | Copies | 7 | 0.70 |
| 2/10/2017 | Copies | 2 | 0.20 |
| 2/13/2017 | Copies | 5 | 0.50 |
| 2/14/2017 | Copies | 13 | 1.30 |
| 2/14/2017 | Copies | 4 | 0.40 |
| 2/14/2017 | Copies | 5 | 0.50 |
| 2/14/2017 | Copies | 14 | 1.40 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 4 | 0.40 |
| 2/14/2017 | Copies | 22 | 2.20 |
| 2/14/2017 | Copies | 4 | 0.40 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 8 | 0.80 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 7 | 0.70 |
| 2/14/2017 | Copies | 7 | 0.70 |
| 2/14/2017 | Copies | 30 | 3.00 |
| 2/14/2017 | Copies | 6 | 0.60 |
| 2/14/2017 | Copies | 21 | 2.10 |
| 2/14/2017 | Copies | 41 | 4.10 |
| 2/15/2017 | Copies | 13 | 1.30 |
| 2/15/2017 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

-14-

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/15/2017 | Copies | 51 | 5.10 |
| 2/16/2017 | Copies | 2 | 0.20 |
| 2/16/2017 | Copies | 4 | 0.40 |
| 2/16/2017 | Copies | 2 | 0.20 |
| 2/17/2017 | Copies | 3 | 0.30 |
| 2/17/2017 | Copies | 7 | 0.70 |
| 2/17/2017 | Copies | 6 | 0.60 |
| 2/17/2017 | Copies | 3 | 0.30 |
| 2/17/2017 | Copies | 3 | 0.30 |
| 2/17/2017 | Copies | 5 | 0.50 |
| 2/17/2017 | Copies | 2 | 0.20 |
| 2/17/2017 | Copies | 45 | 4.50 |
| 2/17/2017 | Copies | 2 | 0.20 |
| 2/17/2017 | Copies | 42 | 4.20 |
| 2/18/2017 | Online Searches - Westlaw | 1 | 144.00 |
| 2/21/2017 | Copies | 3 | 0.30 |
| 2/21/2017 | Copies | 40 | 4.00 |
| 2/24/2017 | Copies | 14 | 1.40 |
| 2/24/2017 | Copies | 40 | 4.00 |
| 2/24/2017 | Copies | 73 | 7.30 |
| 2/24/2017 | Copies | 2 | 0.20 |
| 2/28/2017 | Copies | 122 | 12.20 |
| 2/28/2017 | Copies | 3 | 0.30 |
| 2/28/2017 | Copies | 6 | 0.60 |
| 2/28/2017 | Copies | 2 | 0.20 |
| | **Total** | | **226.70** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.