**EXHIBIT C**

Legal*43375069.3

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRUARY 28, 2017
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Copies | $    82.70 |
| Online Searches | $   144.00 |
| Total Non-Taxable Disbursements | $  226.70 CDN. |