**EXHIBIT D**

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2013214

Matter # 046992-00001

### Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/3/2017 | Copies | 4 | 0.40 |
| 2/3/2017 | Copies | 2 | 0.20 |
| 2/3/2017 | Copies | 3 | 0.30 |
| 2/3/2017 | Copies | 2 | 0.20 |
| 2/3/2017 | Copies | 15 | 1.50 |
| 2/7/2017 | Copies | 7 | 0.70 |
| 2/7/2017 | Copies | 3 | 0.30 |
| 2/8/2017 | Copies | 36 | 3.60 |
| 2/9/2017 | Copies | 27 | 2.70 |
| 2/9/2017 | Copies | 10 | 1.00 |
| 2/10/2017 | Copies | 6 | 0.60 |
| 2/10/2017 | Copies | 7 | 0.70 |
| 2/10/2017 | Copies | 2 | 0.20 |
| 2/13/2017 | Copies | 5 | 0.50 |
| 2/14/2017 | Copies | 13 | 1.30 |
| 2/14/2017 | Copies | 4 | 0.40 |
| 2/14/2017 | Copies | 5 | 0.50 |
| 2/14/2017 | Copies | 14 | 1.40 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 4 | 0.40 |
| 2/14/2017 | Copies | 22 | 2.20 |
| 2/14/2017 | Copies | 4 | 0.40 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 8 | 0.80 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 3 | 0.30 |
| 2/14/2017 | Copies | 7 | 0.70 |
| 2/14/2017 | Copies | 7 | 0.70 |
| 2/14/2017 | Copies | 30 | 3.00 |
| 2/14/2017 | Copies | 6 | 0.60 |
| 2/14/2017 | Copies | 21 | 2.10 |
| 2/14/2017 | Copies | 41 | 4.10 |
| 2/15/2017 | Copies | 13 | 1.30 |
| 2/15/2017 | Copies | 2 | 0.20 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  Invoice # 2013214
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.  Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 2/15/2017 | Copies | 51 | 5.10 |
| 2/16/2017 | Copies | 2 | 0.20 |
| 2/16/2017 | Copies | 4 | 0.40 |
| 2/16/2017 | Copies | 2 | 0.20 |
| 2/17/2017 | Copies | 3 | 0.30 |
| 2/17/2017 | Copies | 7 | 0.70 |
| 2/17/2017 | Copies | 6 | 0.60 |
| 2/17/2017 | Copies | 3 | 0.30 |
| 2/17/2017 | Copies | 3 | 0.30 |
| 2/17/2017 | Copies | 5 | 0.50 |
| 2/17/2017 | Copies | 2 | 0.20 |
| 2/17/2017 | Copies | 45 | 4.50 |
| 2/17/2017 | Copies | 2 | 0.20 |
| 2/17/2017 | Copies | 42 | 4.20 |
| 2/18/2017 | Online Searches - Westlaw | 1 | 144.00 |
| 2/21/2017 | Copies | 3 | 0.30 |
| 2/21/2017 | Copies | 40 | 4.00 |
| 2/24/2017 | Copies | 14 | 1.40 |
| 2/24/2017 | Copies | 40 | 4.00 |
| 2/24/2017 | Copies | 73 | 7.30 |
| 2/24/2017 | Copies | 2 | 0.20 |
| 2/28/2017 | Copies | 122 | 12.20 |
| 2/28/2017 | Copies | 3 | 0.30 |
| 2/28/2017 | Copies | 6 | 0.60 |
| 2/28/2017 | Copies | 2 | 0.20 |
| | **Total** | | **226.70** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.