**EXHIBIT E**

Legal*43375069.3

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rates | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 13.20 | $945.00 | $12,474.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 2.40 | $710.00 | $1,704.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 50.80 | $850.00 | $43,180.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 2.70 | $465.00 | $1,255.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 22.00 | $925.00 | $20,350.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 9.70 | $555.00 | $5,383.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 1.40 | $430.00 | $602.00 |
| | | | | | | |
| **TOTAL** | | | | 102.20 | | $84,949.00 |