# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2017 Through April 30, 2017

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photos/Art/Spec. Duplicating | Out of Office | $49.47 |
| Messenger Services | | 5.00 |
| Courier/Delivery Service | | 100.99 |
| Computer Research | Westlaw | 440.04 |
| In House Duplicating | | 128.90 |
| In House Printing | Black and White | 904.40 |
| In House Printing | Color | 8.00 |
| Pacer | | 89.20 |
| Conference Calls | | 164.86 |
| Facsimile | | 25.00 |
| **Total Expenses** | | **$1,915.86** |

Nortel Networks, Inc.

| | |
|---|---|
| Invoice Date: | May 19, 2017 |
| Invoice Number: | 1700141 |
| Matter Number: | 13981-0002 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| In-House Printing - black & white | 904.40 |
| Pacer | 89.20 |
| In-House Duplicating | 128.90 |
| Computer Research - Westlaw | 440.04 |
| Photos/Art/Spec Duplicating-Out of Office | 49.47 |
| Conference Calls | 164.86 |
| Courier/Delivery Service | 100.99 |
| In-House Printing - color | 8.00 |
| Facsimile | 25.00 |
| Messenger Service | 5.00 |
| **Total** | **$1,915.86** |

**Cost Detail**

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 03/03/17 | Conference Calls | 3.0 | 125.00 |
| 03/23/17 | Courier/Delivery Service | 1.0 | 11.15 |
| 03/30/17 | Photos/Art/Spec Duplicating-Out of Office | 1.0 | 49.47 |
| 03/31/17 | Pacer | 1.0 | 89.20 |
| 03/31/17 | Courier/Delivery Service | 1.0 | 26.14 |
| 04/04/17 | In-House Printing - black & white | 153.0 | 15.30 |
| 04/04/17 | Conference Calls | 2.0 | 39.86 |
| 04/04/17 | Messenger Service | 1.0 | 5.00 |
| 04/04/17 | In-House Printing - color | 8.0 | 6.40 |
| 04/05/17 | In-House Printing - black & white | 48.0 | 4.80 |
| 04/06/17 | In-House Printing - black & white | 277.0 | 27.70 |
| 04/06/17 | In-House Printing - color | 1.0 | 0.80 |
| 04/07/17 | Courier/Delivery Service | 1.0 | 20.70 |
| 04/07/17 | In-House Printing - black & white | 186.0 | 18.60 |
| 04/11/17 | In-House Duplicating | 255.0 | 25.50 |
| 04/11/17 | In-House Printing - black & white | 24.0 | 2.40 |

Nortel Networks, Inc.

| | | Invoice Date: | May 19, 2017 |
| | | Invoice Number: | 1700141 |
| | | Matter Number: | 13981-0002 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 04/11/17 | Computer Research - Westlaw | 1.0 | 18.81 |
| 04/12/17 | Computer Research - Westlaw | 1.0 | 94.05 |
| 04/12/17 | In-House Printing - black & white | 64.0 | 6.40 |
| 04/13/17 | Computer Research - Westlaw | 1.0 | 112.86 |
| 04/13/17 | Courier/Delivery Service | 1.0 | 13.80 |
| 04/17/17 | Computer Research - Westlaw | 1.0 | 18.81 |
| 04/17/17 | In-House Printing - black & white | 73.0 | 7.30 |
| 04/19/17 | In-House Printing - black & white | 459.0 | 45.90 |
| 04/20/17 | In-House Printing - black & white | 3,310.0 | 331.00 |
| 04/21/17 | In-House Printing - black & white | 760.0 | 76.00 |
| 04/21/17 | Courier/Delivery Service | 1.0 | 22.30 |
| 04/22/17 | In-House Printing - black & white | 40.0 | 4.00 |
| 04/24/17 | In-House Printing - black & white | 94.0 | 9.40 |
| 04/24/17 | In-House Printing - color | 1.0 | 0.80 |
| 04/24/17 | Facsimile | 1.0 | 25.00 |
| 04/24/17 | Computer Research - Westlaw | 1.0 | 63.84 |
| 04/25/17 | In-House Printing - black & white | 40.0 | 4.00 |
| 04/26/17 | In-House Printing - black & white | 1,989.0 | 198.90 |
| 04/26/17 | Computer Research - Westlaw | 1.0 | 131.67 |
| 04/27/17 | In-House Printing - black & white | 276.0 | 27.60 |
| 04/27/17 | In-House Duplicating | 1,034.0 | 103.40 |
| 04/28/17 | In-House Printing - black & white | 1,229.0 | 122.90 |
| 04/28/17 | Courier/Delivery Service | 1.0 | 6.90 |
| 04/30/17 | In-House Printing - black & white | 22.0 | 2.20 |
| | **Total** | | **$1,915.86** |