## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | **Related to Docket Nos. 18020, 18086, 18118 and 18139** |
| | ) | |
| SNMP Research International, Inc. and SNMP Research, Inc., | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) ) | |
| | ) | **Related to Adv. Docket Nos. 540, 542, 547 and 552** |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

**TRANSMITTAL AFFIDAVIT OF NICHOLAS J. BRANNICK IN SUPPORT
OF REPLY IN FURTHER SUPPORT OF MOTION OF SNMP RESEARCH, INC.
AND SNMP RESEARCH INTERNATIONAL, INC. TO EXCLUDE EXTRINSIC
EVIDENCE REGARDING THE SCHEDULE 1 ISSUE AND TO EXCLUDE
THE TESTIMONY OF DR. RICHARD RAZGAITIS**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

BEFORE ME, the undersigned authority, personally appeared Nicholas J. Brannick, who

first being duly sworn, deposes and states as follows:

1.      I am an attorney at the law firm of Cole Schotz P.C., counsel for SNMP Research,

Inc. and SNMP Research International, Inc. in the above-captioned action.  I am of legal age,

competent to make this affidavit, and admitted to practice before the Court.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are:  Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "U.S. Debtors").  The term "Nortel" as used herein refers to the U.S. Debtors and their affiliates, including those in insolvency proceedings in Canada and Europe.

2.     I submit this affidavit in support of the *Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis* filed contemporaneously herewith.

3.     Attached hereto as <u>Exhibit A</u> and filed under seal[2] is a true and correct copy of an email dated June 21, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

4.     Attached hereto as <u>Exhibit B</u> and filed under seal is a true and correct copy of a proposed Memorandum Agreement between SNMP Research, Inc. and SynOptics Communications, Inc.

5.     Attached hereto as <u>Exhibit C</u> and filed under seal is a true and correct copy of an email dated August 25, 1999 from John Southwood of SNMP Research to Dave Hyslop of Nortel.

6.     Attached hereto as <u>Exhibit D</u> and filed under seal is a true and correct copy of an email dated October 1, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

7.     Attached hereto as <u>Exhibit E</u> and filed under seal is a true and correct copy of an email dated October 7, 1999 from John Southwood of SNMP Research with an activity report regarding a meeting with Dave Hyslop of Nortel.

8.     Attached hereto as <u>Exhibit F</u> and filed under seal is a true and correct copy of an email dated October 6, 1999 from John Southwood of SNMP Research to Catherine Grant of Nortel.

---

[2] The exhibits to this Transmittal Affidavit are being filed under seal pursuant to section V.F of the *Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials* [Adv. D.I. 237-1].

9.      Attached hereto as <u>Exhibit G</u> and filed under seal is a true and correct copy of an email dated November 3, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

10.     Attached hereto as <u>Exhibit H</u> and filed under seal is a true and correct copy of a spreadsheet attached to email dated November 3, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

11.     Attached hereto as <u>Exhibit I</u> and filed under seal is a true and correct copy of an email dated November 15, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

12.     Attached hereto as <u>Exhibit J</u> and filed under seal is a true and correct copy of an email dated November 18, 1999 from John Southwood of SNMP Research to Dave Hyslop of Nortel.

13.     Attached hereto as <u>Exhibit K</u> and filed under seal is a true and correct copy of an email dated November 25, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

14.     Attached hereto as <u>Exhibit L</u> and filed under seal is a true and correct copy of an email dated September 21, 2000 from Dave Hyslop of Nortel to John Southwood of SNMP Research.

15.     Attached hereto as <u>Exhibit M</u> and filed under seal is a true and correct copy of an email chain dated August 18, 2003 from Pierre Tremblay of Nortel to Martha Hopper and John Southwood of SNMP Research.

16.     Attached hereto as <u>Exhibit N</u> and filed under seal is an excerpt from the transcript of Pierre Tremblay dated October 18, 2016.

3

17.    Attached hereto as Exhibit O and filed under seal is a true and correct copy of an email dated June 4, 2002 from James Connolly of Nortel to Pierre Tremblay of Nortel with the attached spreadsheet.

18.    Attached hereto as Exhibit P and filed under seal is a true and correct copy of an email dated January 31, 2006 from Nancy Knowles of SNMP Research to John Southwood of SNMP Research.

19.    Attached hereto as Exhibit Q and filed under seal is an excerpt from the transcript of Dr. Jeffrey D. Case dated January 11, 2017.

Further, Affiant sayeth not.

COLE SCHOTZ P.C.

Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 651-2006 (Phone)
(302) 574-2106 (Fax)
nbrannick@coleschotz.com

*Counsel for SNMP Research, Inc. and
SNMP Research International, Inc.*

Dated:  April 27, 2017

Subscribed and sworn to before me
This 27th day of April, 2017.

Notary Public

Pauline Z. Ratkowiak
Notary Public State of Delaware
My Commission Expires 12/18/2018

4