## **EXHIBIT A**

Email dated June 21, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research

FILED UNDER SEAL

## **EXHIBIT B**

Proposed Memorandum Agreement between SNMP Research, Inc. and SynOptics
Communications, Inc.


FILED UNDER SEAL

## **EXHIBIT C**

Email dated August 25, 1999 from John Southwood of SNMP Research to
Dave Hyslop of Nortel


FILED UNDER SEAL

## EXHIBIT D

Email dated October 1, 1999 from Dave Hyslop of Nortel to John Southwood of
SNMP Research

FILED UNDER SEAL

**EXHIBIT E**

Email dated October 7, 1999 from John Southwood of SNMP Research with an activity report
regarding a meeting with Dave Hyslop of Nortel

FILED UNDER SEAL

**EXHIBIT F**

Email dated October 6, 1999 from John Southwood of SNMP Research to
Catherine Grant of Nortel


FILED UNDER SEAL

## **EXHIBIT G**

Email dated November 3, 1999 from Dave Hyslop of Nortel to John Southwood of
SNMP Research


FILED UNDER SEAL

## **EXHIBIT H**

Spreadsheet attached to email dated November 3, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research

FILED UNDER SEAL

## **EXHIBIT I**

Email dated November 15, 1999 from Dave Hyslop of Nortel to John Southwood of SNMP Research


FILED UNDER SEAL

## **EXHIBIT J**

Email dated November 18, 1999 from John Southwood of SNMP Research to
Dave Hyslop of Nortel


FILED UNDER SEAL

**EXHIBIT K**

Email dated November 25, 1999 from Dave Hyslop of Nortel to John Southwood of
SNMP Research

FILED UNDER SEAL

**<u>EXHIBIT L</u>**

Email dated September 21, 2000 from Dave Hyslop of Nortel to John Southwood of
SNMP Research

FILED UNDER SEAL

**EXHIBIT M**

Email chain dated August 18, 2003 from Pierre Tremblay of Nortel to Martha Hopper and
John Southwood of SNMP Research

FILED UNDER SEAL

## **EXHIBIT N**

Excerpt from the Transcript of Pierre Tremblay dated October 18, 2016

FILED UNDER SEAL

## **EXHIBIT O**

Email dated June 4, 2002 from James Connolly of Nortel to Pierre Tremblay of Nortel
with the attached spreadsheet


FILED UNDER SEAL

## **EXHIBIT P**

Email dated January 31, 2006 from Nancy Knowles of SNMP Research to John Southwood of SNMP Research

FILED UNDER SEAL

## **EXHIBIT Q**

Excerpt from the transcript of Dr. Jeffrey D. Case dated January 11, 2017

FILED UNDER SEAL