**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* ) | (Jointly Administered) |
| Debtors. ) | **Related to Docket Nos. 18219 and 18220** |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, ) | |
| ) | **Related to Adv. Docket Nos. 586 and 587** |
| v. ) | |
| ) | |
| Nortel Networks Inc., *et al.*, ) | |
| Defendants. ) | |

**NOTICE OF INTENT TO SUBMIT REDACTIONS TO TRANSCRIPTS**
**OF TRIAL HELD ON MAY 11 AND 12, 2017**

SNMP Research, Inc. and SNMP Research International, Inc. (together, "SNMP Research"), by the undersigned counsel and pursuant to the Notices of Filing of Official Transcripts [Docket Nos. 18219 and 18220 and Adv. Docket Nos. 586 and 587], hereby provide notice of their intent to submit redactions to the transcripts of the trial held in this case on May 11, 2017 and May 12, 2017.

Dated: May 23, 2017

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com
    -and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick, Esq. (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

    -and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
410-230-0660 (Phone)
410-230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc.*
*and SNMP Research International, Inc.*

53651/0001-14505797v1