# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

April 1, 2017 through April 30, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 4/3/17 — End Date 4/28/17

**Enter Billing Rate/Hr:** 800.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---:|---:|---:|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 42.2 | $800.00 | $33,760.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | | | |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 29.4 | $800.00 | $23,520.00 |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 7.8 | $800.00 | $6,240.00 |
| | **Hours/Billing Amount for Period:** | **79.4** | | **$63,520.00** |

**Nortel TIME SHEET** 79.4
  John Ray

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/3/17 | Claims related work related to owens and open claims | John Ray | 3 | 3.5 |
| 4/4/17 | Plan status update (.5) and recovery and claims work to support plan and subsidiary liquidations (3) | John Ray | 9 | 3.5 |
| 4/5/17 | Europe liquidation plans review | John Ray | 9 | 3.8 |
| 4/6/17 | Gateway lease claim matter and Ciena settlement update | John Ray | 9 | 4.0 |
| 4/7/17 | Canadian appeal escrow docs review and comment (1.0) and plan effective date matters (2.3) | John Ray | 3 | 3.3 |
| 4/10/17 | Review SNMP matters | John Ray | 3 | 6.5 |
| 4/11/17 | Claims update (.5) and EMEA IT agreement (1.0) and subsidiary liquidations (2) | John Ray | 3 | 3.5 |
| 4/11/17 | Prepare and file March fee application | John Ray | 11 | 4.5 |
| 4/12/17 | Canadian appeal matter and cash investments review | John Ray | 9 | 4.0 |
| 4/13/17 | NNIII plan matters and Canadian appeals | John Ray | 9 | 3.5 |
| 4/14/17 | SNMP matters (1.0) and effective date planning and calendering of distributions and california IDR's (4) | John Ray | 3 | 5.0 |
| 4/17/17 | Gateway center update (.5) and escrow matters and effective date planning | John Ray | 3 | 3.5 |
| 4/18/17 | Candian appeals update; review language (1.0) and claims work (2.5) | John Ray | 9 | 3.8 |
| 4/19/17 | Claims related updates | John Ray | 3 | 3.0 |
| 4/20/17 | Claims work- reply review on objection; opposition re SNMP claim | John Ray | 3 | 4.3 |
| 4/21/17 | Subsidiary liquidation matters (.75) and update re escrow matters for (.75) exit; execution of NTEC docs (.5) | John Ray | 9 | 2.0 |
| 4/21/17 | Review final fee app templates, gather data | John Ray | 11 | 1.3 |
| 4/24/17 | Claims matters; upcoming hearing objections (.5), Canadian lift stay matter (1.0) and Canadian appeal (2.0) | John Ray | 3 | 3.5 |
| 4/25/17 | NTEC call re liquidation (1.0); waiver and release agreement update (1.0) | John Ray | 9 | 2.0 |
| 4/25/17 | Prepare data for final fee app | John Ray | 11 | 2.0 |
| 4/26/17 | SNMP matter | John Ray | 3 | 2.8 |
| 4/27/17 | Updates related to European lan and Canada lift stay; waiver and release agreement | John Ray | 9 | 2.8 |
| 4/28/17 | SNMP mater and Canada lift stay; owens claim | John Ray | 3 | 3.3 |