# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## MARCH 1, 2017 THROUGH MARCH 31, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Case Administration | 0.90 | $652.50 |
| Akin Gump Fee Applications/Monthly Billing Reports | 4.90 | $2,817.50 |
| Other Professionals' Fee Applications/Reports | 1.40 | $805.00 |
| Creditors' Committee Meetings | 10.90 | $9,049.00 |
| Court Hearings | 9.70 | $5,927.50 |
| Financial Reports and Analysis | 0.20 | $221.00 |
| General Claims Analysis/Claims Objections | 19.00 | $17,117.50 |
| Canadian Proceedings/Matters | 22.30 | $20,739.00 |
| Plan, Disclosure Statement and Plan Related Documentation | 2.30 | $2,411.50 |
| Intercompany Analysis | 2.60 | $2,743.50 |
| **TOTAL** | **74.20** | **$62,484.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

Invoice Number  1713653
Invoice Date    05/08/17
Client Number   687147
Matter Number   0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/17 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|  |  | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.90 | $652.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 4.90 | $2,817.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.40 | $805.00 |
| 0007 | Creditors Committee Meetings | 10.90 | $9,049.00 |
| 0008 | Court Hearings | 9.70 | $5,927.50 |
| 0009 | Financial Reports and Analysis | 0.20 | $221.00 |
| 0012 | General Claims Analysis/Claims Objections | 19.00 | $17,117.50 |
| 0014 | Canadian Proceedings/Matters | 22.30 | $20,739.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 2.30 | $2,411.50 |
| 0029 | Intercompany Analysis | 2.60 | $2,743.50 |
|  | TOTAL | 74.20 | $62,484.00 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 03/10/17 | AL | 0002 | Call with creditor re: status. | 0.20 |
| 03/23/17 | AL | 0002 | Review February MOR. | 0.50 |
| 03/30/17 | DHB | 0002 | Call with L. Schweitzer re: status. | 0.20 |
| 03/07/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.80 |
| 03/08/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.30 |
| 03/10/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.80 |
| 03/14/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.30 |
| 03/15/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.40 |
| 03/28/17 | AL | 0003 | Prepare response to fee examiner. | 0.70 |
| 03/29/17 | AL | 0003 | Prepare fee application. | 1.40 |
| 03/30/17 | AL | 0003 | Revise fee examiner response. | 0.20 |
| 03/03/17 | AL | 0004 | Review fee applications of other professionals. | 0.60 |
| 03/10/17 | AL | 0004 | Compile spreadsheets for fee examiner. | 0.40 |
| 03/23/17 | AL | 0004 | Coordinate filing of BRG fee application. | 0.20 |
| 03/24/17 | AL | 0004 | Review fee applications of other professionals. | 0.20 |
| 03/01/17 | RAJ | 0007 | Multiple emails with Akin team re: discussion points for Committee call. | 0.30 |
| 03/01/17 | DHB | 0007 | Review Committee call agenda and emails re: same. | 0.10 |
| 03/01/17 | AL | 0007 | Prepare agenda for Committee call (1.2); prepare for same (2.8). | 4.00 |
| 03/02/17 | RAJ | 0007 | Attend Committee call. | 0.60 |
| 03/02/17 | AQ | 0007 | Attend Committee call. | 0.60 |
| 03/02/17 | DHB | 0007 | Prep for Committee call (.5); attend same (.6). | 1.10 |
| 03/02/17 | AL | 0007 | Prepare for (1.1) and attend (.6) Committee call. | 1.70 |
| 03/20/17 | RAJ | 0007 | Attend Committee call. | 0.40 |
| 03/20/17 | AQ | 0007 | Attend Committee call. | 0.40 |
| 03/20/17 | DHB | 0007 | Prepare for Committee call (.4); attend same (.4). | 0.80 |
| 03/20/17 | AL | 0007 | Prepare for (.4) and attend (.4) Committee call. | 0.80 |
| 03/23/17 | DHB | 0007 | Review Committee call agenda and emails re: same. | 0.10 |
| 03/01/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/02/17 | AL | 0008 | Prepare for telephonic hearing. | 0.70 |
| 03/02/17 | SAD | 0008 | Docket update; circulate. | 0.10 |
| 03/03/17 | RAJ | 0008 | Attend Court conference in SNMP claims adversary proceeding. | 0.90 |
| 03/03/17 | DHB | 0008 | Review SNMP claims discovery dispute letters in preparation for hearing (.3); attend same (1.1). | 1.40 |
| 03/03/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/06/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/07/17 | SAD | 0008 | Review docket for updates and circulate. | 0.30 |
| 03/08/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/09/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/10/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/13/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/15/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/17/17 | AL | 0008 | Review SNMP scheduling order (.5); update calendar re: same. | 1.70 |
| 03/17/17 | SAD | 0008 | Review docket for updates and circulate. | 0.40 |
| 03/20/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/21/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/22/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 03/23/17 | AL | 0008 | Review hearing agenda. | 0.90 |
| 03/24/17 | AL | 0008 | Review hearing agenda. | 0.50 |
| 03/24/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/27/17 | AL | 0008 | Review hearing cancellation (.1); internal communication re: same (.1). | 0.20 |
| 03/27/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/28/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/29/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                       Page 3
Bill Number: 1713653                                                                          05/08/17

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 03/30/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/31/17 | AL | 0008 | Review hearing cancellation. | 0.20 |
| 03/31/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 03/27/17 | RAJ | 0009 | Provide comments to 10-K. | 0.20 |
| 03/01/17 | RAJ | 0012 | Review status of SNMP claims discovery disputes (.4); emails with Cleary, Akin teams re: SNMP (.2, .1). | 0.70 |
| 03/01/17 | AL | 0012 | Review settlement of Ciena claims. | 0.50 |
| 03/02/17 | RAJ | 0012 | Review additional filing by U.S. Debtors in SNMP claims adversary proceeding (.2); prepare for discovery court conference (.3). | 0.50 |
| 03/02/17 | AL | 0012 | Review claims settlement. | 0.70 |
| 03/03/17 | RAJ | 0012 | Multiple emails with Akin team re: SNMP claims issues (.3); draft report to Committee re: SNMP adversary proceeding (.8); review discovery order entered by Judge Gross in same (.1). | 1.20 |
| 03/03/17 | DHB | 0012 | Review SNMP additional facts pleading in claims adversary proceeding. | 0.30 |
| 03/07/17 | RAJ | 0012 | Emails re: SNMP claims discovery. | 0.20 |
| 03/08/17 | DHB | 0012 | Review Gross decision re: NNCC bonds (.5) and emails re: same (.1); review and revise memo to Committee re: same (.4). | 1.00 |
| 03/08/17 | AL | 0012 | Review opinion and order in NNCC fee dispute (.9); internal communication re: same (.2); prepare summary of same (.5). | 1.60 |
| 03/09/17 | AL | 0012 | Communication with Committee re: indenture trustee fee opinion and order. | 0.30 |
| 03/13/17 | AL | 0012 | Review omnibus claims objection. | 0.70 |
| 03/14/17 | DHB | 0012 | Review 47th claims objection (.3); emails re: same (.1). | 0.40 |
| 03/16/17 | RAJ | 0012 | Review Case deposition transcripts in SNMP claims proceeding (1.2); review certification of counsel re: SNMP scheduling order (.2). | 1.40 |
| 03/17/17 | RAJ | 0012 | Review scheduling order in SNMP claims adversary proceeding, and related emails. | 0.10 |
| 03/18/17 | DHB | 0012 | Review SNMP order in claims adversary proceeding and emails re: same. | 0.20 |
| 03/20/17 | DHB | 0012 | Review and revise memo re: omnibus claims objection. | 0.30 |
| 03/20/17 | AL | 0012 | Review Omnibus claims objection (1.1); call with BRG re: same (.7); revise memo re: same (.8). | 2.60 |
| 03/21/17 | AL | 0012 | Revise note re: omnibus claims objection. | 0.40 |
| 03/22/17 | RAJ | 0012 | Emails with Akin team re: claims objections and omnibus hearings. | 0.20 |
| 03/23/17 | RAJ | 0012 | Emails re: claims resolution and omnibus hearings. | 0.20 |
| 03/24/17 | AL | 0012 | Review order granting Wanland claim estimation motion. | 0.90 |
| 03/28/17 | RAJ | 0012 | Analyze Case deposition testimony in SNMP adversary proceeding (1.4); confer with D. Botter re: same (.2); call and email with D. Herrington re: deposition (.1). | 1.60 |
| 03/28/17 | DHB | 0012 | Confer with R. Johnson re: SNMP claims adversary proceeding. | 0.20 |
| 03/29/17 | RAJ | 0012 | Emails and call with D. Herrington re: Case deposition (.8); further review Case deposition in SNMP adversary proceeding transcripts (1.5); follow-up emails with D. Botter (.1). | 2.40 |
| 03/29/17 | DHB | 0012 | Email communications with R. Johnson re: SNMP claims adversary proceeding. | 0.10 |
| 03/31/17 | AL | 0012 | Review PBGC joinder to claims objection. | 0.30 |
| 03/01/17 | RAJ | 0014 | Review report on Canadian appellate issues (.2); emails re: motions pending in Canadian proceedings (.1). | 0.30 |
| 03/01/17 | DHB | 0014 | Review letter re: Canadian constitutional issue and emails re: same (.2). | 0.20 |
| 03/02/17 | DHB | 0014 | Email communications re: Canadian appeal issues (.2) (.1). | 0.30 |
| 03/06/17 | DHB | 0014 | Telephone call with L. Schweitzer re: Canadian appeal (.5); consider next steps (.2) and communication with B. Kahn re: same (.1). | 0.80 |
| 03/07/17 | RAJ | 0014 | Emails re: Canadian hearing. | 0.10 |
| 03/07/17 | DHB | 0014 | Telephone call with L. Schweitzer re: status of Canadian order (.3); communication with B. Kahn re: same (.1); email communications re: Canadian proceedings and next steps (.3). | 0.70 |
| 03/09/17 | DHB | 0014 | Email communications re: Canadian appeal. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1713653

Page 4  
05/08/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 03/13/17 | RAJ | 0014 | Review decision of Ontario Court of Appeal re: LTD claimant motion for leave to appeal, and related emails. | 0.30 |
| 03/13/17 | DHB | 0014 | Email communications re: Canadian leave decision (.2); review of same (.2); further emails re: same (.1). | 0.50 |
| 03/13/17 | AL | 0014 | Correspondence re: Canadian court decision re: leave to appeal. | 0.30 |
| 03/16/17 | RAJ | 0014 | Review emails and correspondence re: Canadian LTD claimants' appeal. | 0.20 |
| 03/16/17 | DHB | 0014 | Review letter from Monitor re: Canadian appeal (.1); telephone call with L. Schweitzer re: same (.3); consider next steps and escrow terms (.5); draft memo to professional teams re: same (.3). | 1.20 |
| 03/16/17 | AL | 0014 | Review article re: Canadian LTD appeals (.7); internal communication re: same (.5). | 1.20 |
| 03/17/17 | DHB | 0014 | Multiple emails re: Canadian escrow next steps and communications re: same (.3); redraft memo to Committee re: same (.4); communications re: same (.1). | 0.80 |
| 03/17/17 | AL | 0014 | Review proposal in Canadian appeal (.5); prepare comments to Committee re: same (1.2). | 1.70 |
| 03/20/17 | RAJ | 0014 | Multiple emails with Akin and Cassels teams re: Canadian escrow and LTD appellate issues. | 0.30 |
| 03/20/17 | AQ | 0014 | Confer with team and emails re: potential Canadian escrow issues. | 0.20 |
| 03/20/17 | DHB | 0014 | Telephone call with C. Kearns re: Canadian escrow (.2); consider same (.2); emails with Cassels re: same (.1). | 0.50 |
| 03/21/17 | DHB | 0014 | Telephone call with L. Schweitzer re: Canadian escrow. | 0.30 |
| 03/22/17 | RAJ | 0014 | Emails re: LTD appeals and escrow issues. | 0.20 |
| 03/22/17 | DHB | 0014 | Communications with Cassels re: Canadian appeal. | 0.10 |
| 03/24/17 | RAJ | 0014 | Review Canadian escrow documents and emails re: escrow-related issues. | 0.40 |
| 03/24/17 | DHB | 0014 | Email communications re: Canadian escrow arrangements (.2) and begin review of same (.2). | 0.40 |
| 03/26/17 | DHB | 0014 | Review and revise all Canadian escrow-related documents (1.2); communications re: same (.1) (.1). | 1.40 |
| 03/26/17 | AL | 0014 | Review and revise Canadian waiver and reserve agreement documents. | 3.00 |
| 03/27/17 | RAJ | 0014 | Emails re: Canadian escrow (.1); review comments to same (.2). | 0.30 |
| 03/27/17 | DHB | 0014 | Telephone call with D. Lowenthal re: Canadian escrow (.2); emails re: same (.1) (.1); review and revise Canadian escrow documents (.5); communicate with A. Loring re: same (.1). | 1.00 |
| 03/27/17 | BMK | 0014 | Review and comment on Canadian appeal escrow docs. | 1.30 |
| 03/27/17 | AL | 0014 | Revise Canadian escrow documents (.9); internal communication re: same (.4); communication with Committee re: same (.5). | 1.80 |
| 03/28/17 | DHB | 0014 | Emails re: Canadian escrow status. | 0.10 |
| 03/31/17 | RAJ | 0014 | Emails re: Canadian appeal. | 0.20 |
| 03/31/17 | DHB | 0014 | Email communications with team re: status of Canadian escrow (.1); emails with Cleary re: same (.1); review draft sent to Goodmans (.2); emails re: same (.1); email to Committee re: same (.1). | 0.60 |
| 03/31/17 | AL | 0014 | Review updated Canadian appeal escrow documents (.9); internal communication re: same (.4); communication with Committee re: same (.2). | 1.50 |
| 03/01/17 | RAJ | 0022 | Analyze SPSA and issues for Effective Date (.6). | 0.60 |
| 03/02/17 | RAJ | 0022 | Emails re: delay in Effective Date and conditions precedent to closing. | 0.40 |
| 03/07/17 | RAJ | 0022 | Emails re: closing conditions for Effective Date of plans. | 0.20 |
| 03/07/17 | AL | 0022 | Internal communication re: NNIII plan. | 0.30 |
| 03/16/17 | RAJ | 0022 | Emails with Akin team re: strategic options for closing deal. | 0.20 |
| 03/17/17 | RAJ | 0022 | Analyze SPSA issues re: Effective Date conditions (.3); emails with Akin and Cassels teams re: possible next steps to close deal (.1). | 0.40 |
| 03/23/17 | DHB | 0022 | Emails with client re: distribution timing. | 0.20 |
| 03/01/17 | RAJ | 0029 | Review and comment on draft joint letter to Third Circuit (.1); multiple emails with Akin team re: draft joint letter (.2). | 0.30 |
| 03/01/17 | AQ | 0029 | Review and analyze 3d Circuit allocation appeal status update and | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1713653

Page 5  
05/08/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | emails re: same. | |
| 03/01/17 | DHB | 0029 | Review joint status reports (.3); review 3rd Circuit letter revisions and emails re: same (.2). | 0.50 |
| 03/10/17 | DHB | 0029 | Review letter to District Court re: allocation appeals and communications re: same. | 0.20 |
| 03/14/17 | RAJ | 0029 | Review and comment on draft letter to courts re: pending appeals, and related emails. | 0.20 |
| 03/14/17 | DHB | 0029 | Review appeals court letter and emails re: same (.1) (.1). | 0.20 |
| 03/15/17 | RAJ | 0029 | Emails with counsel re: administrative closure of pending appeals. | 0.20 |
| 03/15/17 | DHB | 0029 | Communications re: allocation appeal and letter re: same (.1) and new letter (.1). | 0.20 |
| 03/15/17 | AL | 0029 | Review letters to Judge Stark re: appeal status updates. | 0.60 |

Total Hours    74.20

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| R A JOHNSON | 15.70 | at | $1105.00 | = | $17,348.50 |
| A QURESHI | 1.40 | at | $1250.00 | = | $1,750.00 |
| D H BOTTER | 16.50 | at | $1250.00 | = | $20,625.00 |
| B M KAHN | 1.30 | at | $950.00 | = | $1,235.00 |
| A LORING | 36.10 | at | $575.00 | = | $20,757.50 |
| S A D'ADDESE | 3.20 | at | $240.00 | = | $768.00 |

Current Fees    $62,484.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:
- Duplication - In House    $19.20
- Meals (100%)    $401.04
- Travel - Ground Transportation    $12.23

Current Expenses    $432.47

**Total Amount of This Invoice**    **$62,916.47**

**Prior Balance Due**    $381,507.33

**Total Balance Due Upon Receipt**    $444,423.80