# EXHIBIT C

**DISBURSEMENT SUMMARY**

**MARCH 1, 2017 THROUGH MARCH 31, 2017**

| | |
|---|---:|
| Duplication – In House | $19.20 |
| Meals (100%) | $401.04 |
| Travel – Ground Transportation | $12.23 |
| **TOTAL** | **$432.47** |