# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN  DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1713653 |
| Invoice Date | 05/08/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/17 :

Current Fees                                                                                                                    $62,484.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/02/17 | Duplication - In House  Photocopy - Loring, Anthony, NY, 192 page(s) | $19.20 |
| 03/06/17 | Meals (100%)  2/15/17 - A. LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800482; DATE: 2/16/2017 Committee meeting - 8 people | $86.66 |
| 03/06/17 | Meals (100%)  2/16/17 - A. GOMEZ VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800482; DATE: 2/16/2017 Committee meeting - 8 people | $182.26 |
| 03/23/17 | Meals (100%)  3/17/17 - A. LORING VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800489; DATE: 3/23/2017 Committee meeting - 6 people | $54.17 |
| 03/23/17 | Meals (100%)  3/20/17 - A. LORING VENDOR: RESTAURANT | $77.95 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 2
Bill Number: 1713653  05/08/17

| Date | Description | Amount |
|---|---|---|
| 03/28/17 | ASSOCIATES; INVOICE#: 2033800489; DATE: 3/23/2017 Committee meeting - 6 people Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1719282004052103 DATE: 4/5/2017 Taxi/Car Service/Public Transport, 03/28/17, Late taxi home., Uber | $12.23 |

Current Expenses $432.47

**Total Amount of This Invoice** **$62,916.47**

**Prior Balance Due** $381,507.33

**Total Balance Due Upon Receipt** $444,423.80