# EXHIBIT E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS

RENDERING SERVICES DURING THE PERIOD

MARCH 1, 2017 THROUGH MARCH 31, 2017

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 15 years; Admitted in 1990; Financial Restructuring Department | $1,250 | 16.50 | $20,625.00 |
| Robert A. Johnson | Partner for 20 years; Admitted in 1988; Litigation Department | $1,105 | 15.70 | $17,348.50 |
| Brad M. Kahn | Partner for 1 year; Admitted in 2008; Financial Restructuring Department | $950 | 1.30 | $1,235.00 |
| Abid Qureshi | Partner for 9 years; Admitted in 1995; Financial Restructuring Department | $1,250 | 1.40 | $1,750.00 |
| Anthony Loring | Associate for 2 years; Admitted in 2016; Financial Restructuring Department | $575 | 36.10 | $20,757.50 |
| Sarah A. D'Addese | Legal Assistant for 4 years; Financial Restructuring Department | $240 | 3.20 | $768.00 |

Total Amount of Fees:      **$62,484.00**

Total Number of Hours:     74.20

Blended Hourly Rate:       **$842.10**