**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 3/1/2017 through 3/31/2017

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 3/1/2017 | A. Cowie | 2.8 | Reviewed January fee applications. |
| 3/1/2017 | A. Cowie | 2.0 | Reviewed December fee applications. |
| 3/2/2017 | A. Cowie | 1.6 | Reviewed December fee applications. |
| 3/2/2017 | J. Hyland | 1.1 | Reviewed December 2016 fee application. |
| 3/2/2017 | A. Cowie | 1.0 | Reviewed January fee applications. |
| 3/2/2017 | J. Blum | 0.2 | Prepared December monthly fee application. |
| 3/2/2017 | J. Blum | 0.1 | Prepared January 2017 monthly fee application. |
| 3/3/2017 | J. Hyland | 1.0 | Updated the December 2016 fee application. |
| 3/3/2017 | J. Blum | 0.1 | Prepared December monthly fee application. |
| 3/3/2017 | J. Blum | 0.1 | Prepared January 2017 monthly fee application. |
| 3/6/2017 | J. Blum | 0.6 | Prepared January 2017 monthly fee application. |
| 3/6/2017 | J. Blum | 0.3 | Prepared the December monthly fee application. |
| 3/7/2017 | A. Cowie | 1.6 | Reviewed January fee application. |
| 3/7/2017 | J. Hyland | 0.1 | Prepared fee estimate for Counsel. |
| 3/8/2017 | A. Cowie | 1.7 | Reviewed January fee application. |
| 3/9/2017 | A. Cowie | 2.9 | Reviewed January fee application. |
| 3/17/2017 | A. Cowie | 2.1 | Analyzed February fee application. |
| 3/17/2017 | J. Hyland | 2.1 | Reviewed January 2017 fee app. |
| 3/17/2017 | J. Hyland | 0.4 | Reviewed Feb 2017 fee app time charges. |
| 3/17/2017 | J. Blum | 0.2 | Prepared February monthly fee application. |

Berkeley Research Group, LLC

Invoice for the 3/1/2017 - 3/31/2017 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 3/20/2017 | J. Hyland | 0.8 | Reviewed January 2017 fee app. |
| 3/20/2017 | J. Blum | 0.3 | Prepared January 2017 monthly fee application. |
| 3/23/2017 | J. Blum | 0.3 | Prepared February monthly fee application. |
| 3/23/2017 | J. Hyland | 0.3 | Reviewed and submitted to Counsel final 1/2017 fee application. |
| 3/23/2017 | J. Blum | 0.1 | Prepared January 2016 monthly fee application. |
| **Task Code Total Hours** | | **23.8** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 3/2/2017 | J. Borow | 0.5 | Met with UCC and professionals to UCC. |
| 3/2/2017 | C. Kearns | 0.5 | Participated in call with the Committee re: status of Canada appeal and related issues. |
| 3/2/2017 | J. Hyland | 0.5 | Participated in call with UCC members and professionals re: case and litigation matters. |
| 3/2/2017 | J. Hyland | 0.5 | Reviewed documents distributed by Counsel to discuss during the UCC call. |
| 3/2/2017 | J. Borow | 0.1 | Prepared for UCC status update call. |
| 3/20/2017 | J. Borow | 0.5 | Reviewed status of plan matters in preparation for UCC call. |
| 3/20/2017 | J. Borow | 0.4 | Met with UCC and professionals to UCC re: status of matter. |
| 3/20/2017 | C. Kearns | 0.4 | Participated in Committee call re: status of Canada appeal and related plan issues. |
| **Task Code Total Hours** | | **3.4** | |
| **11. Claim Analysis/Accounting** | | | |
| 3/14/2017 | A. Cowie | 1.9 | Analyzed claims rejections omnibus motion. |
| 3/14/2017 | J. Hyland | 1.5 | Analyzed claim included in omnibus objection. |
| 3/16/2017 | A. Cowie | 2.9 | Prepared memorandum re: claims omnibus. |
| 3/16/2017 | A. Cowie | 0.8 | Continued to prepare memorandum re: claims omnibus. |
| 3/17/2017 | A. Cowie | 2.9 | Prepared memorandum re: claims omnibus. |
| 3/17/2017 | J. Hyland | 1.0 | Analyzed claim in Canada and supporting motions. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 3/20/2017 | A. Cowie | 1.2 | Prepared discussion points for UCC call re: CDN claimants motion. |
| 3/20/2017 | J. Hyland | 0.5 | Conducted call with A. Loring (Counsel) re: Canadian LTD claimants. |
| 3/20/2017 | J. Hyland | 0.5 | Reviewed summary of Omnibus objection for U.S. clams. |
| 3/20/2017 | J. Hyland | 0.4 | Participated on call with UCC and UCC advisors re: Canadian LTD claims. |
| 3/20/2017 | C. Kearns | 0.3 | Reviewed summary of latest claim objection. |
| 3/20/2017 | J. Hyland | 0.1 | Conducted call with T. Ayres (E&Y) re: Canadian LTD claimants. |
| 3/21/2017 | J. Hyland | 0.5 | Reviewed claims objection summary for the Committee. |
| **Task Code Total Hours** | | **14.5** | |
| **13. Intercompany Transactions/Balances** | | | |
| 3/2/2017 | J. Hyland | 0.2 | Reviewed the APAC Restructuring Manager's report as of 2/28/2017. |
| **Task Code Total Hours** | | **0.2** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 3/3/2017 | A. Cowie | 0.4 | Analyzed periodic estate cash reporting. |
| 3/3/2017 | J. Hyland | 0.2 | Reviewed cash summary prepared by the Monitor as of 2/24/2017. |
| 3/3/2017 | J. Hyland | 0.2 | Reviewed the CCAA's 2/26/2017 cash forecast. |
| **Task Code Total Hours** | | **0.8** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 3/3/2017 | J. Hyland | 0.4 | Reviewed Counsel's summary of SNMP as it relates to the Plan matters. |
| 3/4/2017 | C. Kearns | 0.2 | Reviewed emails from counsel summarizing SNMP litigation status. |
| 3/9/2017 | C. Kearns | 0.3 | Emailed with Counsel re: Canada appeal. |
| 3/17/2017 | A. Cowie | 0.3 | Analyzed Canadian employees appeal documents. |
| 3/17/2017 | C. Kearns | 0.3 | Emailed with Counsel and Canadian Counsel re: status of Canada appeal and possible reserve at NNL. |
| 3/20/2017 | C. Kearns | 0.2 | Participated in call with D. Botter (Counsel) re: Canada related matters. |
| 3/24/2017 | C. Kearns | 0.2 | Reviewed the status of Canadian appeal. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 3/31/2017 | C. Kearns | 0.3 | Reviewed Canadian escrow agreement. |
| **Task Code Total Hours** | | **2.2** | |
| **Total Hours** | | **44.9** | |