# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2017 - March 31, 2017**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Mar 2017 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 29.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 21.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 28.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | 61.0 |
| | **TOTAL** | 139.0 |

**Summary of Services Rendered by Professional**

| Name | Mar 2017 Hours |
|---|---|
| Michael Kennedy, Member | 135.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | 4.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 139.0 |

**Nortel Networks, Inc**
March 1, 2017 - March 31, 2017 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Mar 2017 Hours | Code |
|---|---|---|---|
| 3/1/2017 | Review RM Report | 2.0 | 1 |
| 3/1/2017 | Calls, communications, prepare material re:claim litigation matters | 5.0 | 14 |
| 3/2/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 3/2/2017 | Calls and communications with creditor representatives | 3.0 | 7 |
| 3/2/2017 | Calls, communications, prepare material re:claim litigation matters | 4.0 | 14 |
| 3/3/2017 | Calls, communications, review material re: effective date matters | 4.0 | 16 |
| 3/3/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 3/3/2017 | Calls, communications, prepare material re:claim litigation matters | 2.0 | 14 |
| 3/6/2017 | Follow-up communications with debtor professionals re: escrow | 2.0 | 16 |
| 3/6/2017 | Communications w/ monitor and follow-up analaysis re: escrow funds | 3.0 | 16 |
| 3/6/2017 | Calls, communications, review material re: effective date matters | 2.0 | 16 |
| 3/7/2017 | Calls, communications, review material re: effective date matters | 4.0 | 16 |
| 3/7/2017 | Calls, communications, prepare material re:claim litigation matters | 3.0 | 14 |
| 3/8/2017 | Calls, communications, review material re: effective date matters | 4.0 | 16 |
| 3/9/2017 | Calls, communications, prepare material re:claim litigation matters | 5.0 | 14 |
| 3/10/2017 | Communications w/ monitor and follow-up analaysis re: escrow funds | 4.0 | 16 |
| 3/10/2017 | Calls, communications, review material re: effective date matters | 2.0 | 16 |
| 3/13/2017 | Review Canadian court filings and communications with Cleary re same | 5.0 | 16 |
| 3/14/2017 | Calls & communications with Cleary & RLKS re: creditor questions re: distributions | 3.0 | 7 |
| 3/14/2017 | Review Canadian court filings and communication with Cleary | 3.0 | 16 |
| 3/15/2017 | Call with creditor advisors re: claims motions on docket and follow up on same | 4.0 | 7 |
| 3/15/2017 | Communications with Cleary re: claims and effective date issues | 2.0 | 16 |
| 3/16/2017 | Call with creditor advisors and monitor | 1.0 | 7 |
| 3/16/2017 | Follow-up communications with Cleary | 2.0 | 16 |
| 3/16/2017 | Calls, communications, review material re: effective date matters | 5.0 | 16 |
| 3/17/2017 | Communications w/ monitor re: escrow funds | 2.0 | 7 |
| 3/17/2017 | Calls, communications, review material re: effective date matters | 2.0 | 16 |
| 3/20/2017 | Communications w/Cleary re: creditor advisor requests on claims | 2.0 | 7 |
| 3/20/2017 | Calls, communications, prepare material re:claim litigation matters | 5.0 | 14 |
| 3/21/2017 | Review EMEA CVAs | 3.0 | 1 |
| 3/21/2017 | Review Canadian court filings and communication with Cleary | 4.0 | 16 |
| 3/23/2017 | Communications w/ monitor re: escrow funds | 1.0 | 7 |
| 3/23/2017 | Calls, communications, review material re: effective date matters | 4.0 | 16 |
| 3/23/2017 | Calls, communications, review material re: distribution issues | 5.0 | 1 |
| 3/23/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 3/24/2017 | Review Canadian appeal documentaition | 3.0 | 7 |
| 3/24/2017 | Calls, communications, review material re: effective date matters | 2.0 | 16 |
| 3/24/2017 | Calls, communications, review material re: distribution issues | 4.0 | 1 |
| 3/27/2017 | Call with creditor advisors and management | 2.0 | 7 |
| 3/27/2017 | Follow-up communications re: effective date and creditor advisors | 2.0 | 16 |
| 3/28/2017 | Calls, communications, review material re: distribution issues | 5.0 | 1 |
| 3/29/2017 | Draft and review material re: distribution issues for call | 2.0 | 1 |
| 3/30/2017 | Calls, communications, review material re: distribution issues | 5.0 | 1 |
| 3/31/2017 | Calls, communications, review material re: effective date matters | 5.0 | 16 |
| | **Mar 2017 Total** | **135.0** | |

**Nortel Networks, Inc**
March 1, 2017 - March 31, 2017 Time Detail
Chilmark Partners, LLC
<u>Matthew Rosenberg</u>

| Date | Description of Work | Mar 2017 Hours | Code |
|---|---|---|---|
| 3/2/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| 3/10/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| 3/14/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| 3/16/2017 | Calls, analysis and review re: Case matters and strategy | 1.0 | 14 |
| **Mar 2017 Total** | | **4.0** | |