# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2017 Through March 31, 2017

| Professional | Date | Description | Amount |
|---|---|---|---|
| Chilmark | 3/31/2017 | Conference Calls | $ 15.61 |
| **Total Expenses** | | | **$ 15.61** |