# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>16-3444, 16-3445, 16-3446, 16-3447, 16-3448, 16-3449, 16-3450, 16-3451, 16-3452, 16-3504</u>

In re: Nortel Networks Inc

(Originating Court Nos. 1-15-mc-00197, 1-15-cv-00622, 1-15-cv-00623, 1-15-cv-00624, 1-15-cv-00627, 1-15-cv-00628, 1-15-cv-00635, 1-15-cv-00636, 1-15-cv-00699, 1-15-cv-00586)

## O R D E R

At the direction of the Court and in accordance with the agreement of the parties in the above-captioned cases, the matters are hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to any party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: May 24, 2017

cc:
Derek C. Abbott Esq.
Marc Abrams Esq.
Derek J.T. Adler Esq.
Justin R. Alberto Esq.
David H. Botter Esq.
James L. Bromley Esq.
Mary F. Caloway Esq.
Jaime L. Chapman Esq.
Ze-wen J. Chen Esq.
William E. Chipman Jr. Esq.
Ken Coleman Esq.
David A. Crichlow Esq.
Charlene D. Davis Esq.
Karen B. Dine Esq.
John T. Dorsey Esq.
Roy T. Englert Jr. Esq.
Jason D. Gerstein Esq.
Gabrielle Glemann Esq.
Laura R. Hall Esq.
Richard F. Hans Esq.



**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

Edwin J. Harron Esq.
Fred S. Hodara Esq.
Timothy E. Hoeffner Esq.
Charles H. Huberty Esq.
Robert A. Johnson Esq.
Laura D. Jones Esq.
Peter J. Keane Esq.
Michael R. Lastowski Esq.
Ariel N. Lavinbuk Esq.
Selinda A. Melnik Esq.
Tamara K. Minott Esq.
Kathleen A. Murphy Esq.
Vicente Murrell Esq.
Brian E. O'Connor Esq.
Steven D. Pohl Esq.
Jacob S. Pultman Esq.
Abid Qureshi Esq.
Michael J. Riela Esq.
Jeffrey A. Rosenthal Esq.
Laurie R. Rubenstein Esq.
Susan L. Saltzstein Esq.
Christopher M. Samis Esq.
Jeffrey M. Schlerf Esq.
Eric D. Schwartz Esq.
Lisa M. Schweitzer Esq.
Pratik A. Shah Esq.
James W. Stoll Esq.
Robert A. Weber Esq.
Garth D. Wilson Esq.