# EXHIBIT B

Legal*43614691.3



**CASSELS BROCK**
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2015108**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| May 26, 2017 | 046992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $   51,235.50 |
| Disbursements | 984.00 |
| **Total Amount Due** | **$   52,219.50** CDN |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No.
_____
Expiry Date: _____    Amount: _____
Cardholder Name:
_____
Signature:
_____

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108

Matter # 046992-00001

### Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 03/31/2017**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/1/2017 | SAH | 31 | Review Canadian motion materials for LTD appellants motion for leave to appeal. | 1.2 |
| 3/1/2017 | RSK | 31 | Email correspondence with Akin Gump and Cassels teams regarding Canadian appeal litigation. | 0.8 |
| 3/1/2017 | MWU | 31 | Review correspondence from Canadian counsel for Monitor to Ontario Court of Appeal regarding leave for appeal application. | 0.4 |
| 3/1/2017 | MWU | 31 | Prepare and forward report to UCC advisors regarding Canadian leave for appeal litigation, and multiple follow-up correspondence with advisors. | 0.8 |
| 3/1/2017 | MWU | 31 | Review correspondence regarding Canadian court hearing from Monitor's counsel and instructions to Cassels Brock litigation associate. | 0.2 |
| 3/2/2017 | SAH | 31 | Conducting Canadian legal research regarding Canadian appeal litigation. | 2.6 |
| 3/2/2017 | RSK | 7 | Participated in Committee call. | 0.8 |
| 3/2/2017 | RSK | 31 | Email correspondence with Akin Gump and Cassels teams regarding Canadian appeal litigation. | 0.5 |
| 3/2/2017 | MWU | 31 | Multiple email correspondence to and from Cassels team and UCC advisors regarding Canadian appeal process by LTD employees, and correspondence by counsel for Monitor to Ontario Court of Appeal. | 0.6 |
| 3/2/2017 | MWU | 31 | Confer with Cassels litigation team and discuss options to shorten potential leave application to Supreme Court of Canada, and email correspondence to UCC advisors regarding same. | 0.8 |
| 3/2/2017 | MWU | 7 | Attend on Committee call. | 0.8 |
| 3/3/2017 | SAH | 31 | Call with Supreme Court of Canada regarding procedure and filing requirements, and reporting to Cassels team. | 0.4 |
| 3/3/2017 | RSK | 12 | Review report from Akin Gump regarding SNMP litigation. | 0.2 |
| 3/3/2017 | RSK | 31 | Review email correspondence from Canadian counsel for Monitor regarding Canadian motion. | 0.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/3/2017 | MWU | 31 | Email correspondence to and from Canadian counsel for Monitor, U.S. debtors, and bonds regarding Canadian Court hearing. | 0.3 |
| 3/3/2017 | MWU | 31 | Review Monitor's report and draft court order for Canadian motion. | 0.7 |
| 3/5/2017 | MS | 8 | Preparation for Canadian court hearing. | 0.6 |
| 3/6/2017 | MS | 8 | Attend Canadian court hearing regarding settlement approval. | 1.6 |
| 3/6/2017 | MS | 31 | Reporting to Cassels team regarding court hearing. | 0.4 |
| 3/6/2017 | RSK | 31 | Review Canadian issued order and endorsement regarding Ciena and Resolute settlement motion. | 0.3 |
| 3/6/2017 | MWU | 31 | Confer with Cassels associate regarding Canadian court attendance and review issued Canadian court order and endorsement. | 0.4 |
| 3/7/2017 | RSK | 31 | Review email correspondence from Akin Gump and Cassels regarding timing for Ontario Court of Appeal ruling on leave motion. | 0.2 |
| 3/7/2017 | MWU | 31 | Report to UCC advisors regarding Canadian court hearing, and email correspondence with Akin Gump regarding Canadian leave for appeal application and potential options. | 0.6 |
| 3/8/2017 | RSK | 31 | Review update from Canadian court hearing. | 0.1 |
| 3/9/2017 | RSK | 31 | Review notice from Court of Appeal regarding timing for release of leave decisions and related email correspondence. | 0.3 |
| 3/9/2017 | RSK | 32 | Review decision and court order regarding claim amounts. | 0.4 |
| 3/9/2017 | MWU | 31 | Review correspondence from Ontario Court of Appeal regarding Canadian LTD employees appeal application, and report to UCC advisors. | 0.3 |
| 3/13/2017 | RSK | 31 | Review email correspondence with Akin Gump regarding dismissal of leave application and potential application to Supreme Court of Canada ("SCC"). | 0.3 |
| 3/13/2017 | RSK | 31 | Review Ontario Court of Appeal decision dismissing leave to appeal application of LTD claimants. | 1.2 |
| 3/15/2017 | GBS | 31 | Review and consider potential leave to appeal to SCC. | 0.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/15/2017 | RSK | 31 | Review email correspondence regarding expediting SCC leave application. | 0.2 |
| 3/15/2017 | RSK | 31 | Review correspondence from counsel Monitor to LTD claimants regarding leave application to SCC. | 0.2 |
| 3/15/2017 | MWU | 31 | Review and analyze Ontario Court of Appeal decision and consider next steps. | 1.1 |
| 3/16/2017 | GBS | 31 | Canadian research regarding Canadian appeal litigation. | 0.8 |
| 3/16/2017 | GBS | 31 | Email correspondence regarding Canadian appeal litigation. | 0.4 |
| 3/16/2017 | RSK | 31 | Email correspondence with Akin Gump regarding proposed Canadian appeal work arounds. | 0.3 |
| 3/16/2017 | RSK | 31 | Review of Canadian class action plaintiff lift stay motion. | 1.4 |
| 3/16/2017 | MWU | 29 | Multiple correspondence to and from UCC advisors regarding Canadian appeal litigation and possible work arounds for settlement completion. | 0.5 |
| 3/16/2017 | MWU | 29 | Review article regarding Canadian LTD employee appeal and review settlement documents regarding conditions precedent and consider issues. | 1.3 |
| 3/16/2017 | MWU | 31 | Email correspondence with counsel for Committee member regarding Canadian appeal litigation and related timing issues, and confer with G. Shaw regarding same. | 0.3 |
| 3/17/2017 | RSK | 31 | Review email correspondence from Akin Gump regarding potential leave application to SCC and potential workarounds. | 0.3 |
| 3/17/2017 | MWU | 29 | Email correspondence with UCC advisors regarding Canadian LTD employee appeal possibility to SCC and allocation settlement closing. | 0.4 |
| 3/20/2017 | GBS | 31 | Participate in call with counsel regarding Canadian appeal litigation and strategies. | 0.6 |
| 3/20/2017 | GBS | 7 | Attend UCC call regarding escrow issues and motion for expedited leave application at SCC. | 0.5 |
| 3/20/2017 | SAH | 31 | Canadian legal research regarding Canadian appeal litigation. | 2.6 |
| 3/20/2017 | SAH | 7 | Committee call. | 0.5 |
| 3/20/2017 | SV | 31 | Review rules and procedures of Supreme Court of Canada regarding expedited appeals. | 1.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/20/2017 | RSK | 31 | Email correspondence with Akin Gump regarding Canadian appeal leave application. | 0.3 |
| 3/20/2017 | RSK | 31 | Email correspondence with Cassels team regarding Canadian appeal litigation. | 0.4 |
| 3/20/2017 | RSK | 31 | Review summary of research regarding Canadian appeal litigation regarding expediting SCC leave application. | 0.2 |
| 3/20/2017 | RSK | 7 | Preparation for (0.4) and participated in Committee call on Canadian appeal litigation (0.5). | 0.9 |
| 3/20/2017 | MWU | 31 | Review and analyze Canadian appeal route scenarios and expedited timing for leave for appeal application to Supreme Court of Canada, and confer with Cassels team to discuss to prepare for call with UCC. | 1.2 |
| 3/20/2017 | MWU | 7 | Attend on status call with UCC to discuss Canadian appeal litigation. | 0.5 |
| 3/20/2017 | MWU | 31 | Email correspondence with Akin Gump regarding Canadian appeal litigation. | 0.3 |
| 3/21/2017 | SAH | 31 | Call with SCC and prepare summary. | 0.6 |
| 3/21/2017 | RSK | 12 | Review omnibus claims objection. | 0.2 |
| 3/21/2017 | RSK | 31 | Email correspondence with Akin Gump regarding UCC standing on leave application. | 0.2 |
| 3/22/2017 | MWU | 12 | Review omnibus claims motion and summary from Akin Gump, and consider Canadian Issues. | 0.4 |
| 3/22/2017 | MWU | 31 | Review summary of Canadian appeal process and consider expedited Canadian appeal process. | 1.7 |
| 3/23/2017 | RSK | 31 | Email correspondence regarding approval of form and content of Court of Appeal leave dismissal order. | 0.2 |
| 3/23/2017 | MWU | 31 | Review draft Ontario Court of Appeal order for certification, and correspondence from multiple Canadian counsel regarding same. | 0.3 |
| 3/23/2017 | MWU | 31 | Report to UCC advisors regarding Canadian appeal court order and timing. | 0.3 |
| 3/23/2017 | MWU | 31 | Review CCAA plan and assess holdback issues for LTD appellants in connection with plan implementation. | 2.1 |
| 3/24/2017 | RSK | 31 | Review draft agreement regarding Canadian appeal litigation. | 1.6 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/24/2017 | RSK | 31 | Review correspondence from Monitor's counsel regarding form of Ontario Court of Appeal order dismissing leave. | 0.2 |
| 3/24/2017 | MWU | 31 | Review correspondence from Canadian counsel for Monitor to proposed LTD appellants regarding appeal order for certification and update Committee advisors. | 0.3 |
| 3/24/2017 | MWU | 31 | Review CCAA sanction order regarding extension of CCAA stay period. | 1.2 |
| 3/25/2017 | GBS | 31 | Review draft agreement and court material regarding Canadian appeal, and proposed escrow. | 0.8 |
| 3/25/2017 | GBS | 31 | Email correspondence with Cassels team regarding Canadian appeal litigation. | 0.2 |
| 3/25/2017 | RSK | 31 | Email correspondence with Cassels team regarding escrow and waiver documents, and provide comments. | 0.9 |
| 3/25/2017 | MWU | 31 | Review draft court material regarding proposed escrow for Canadian LTD employees for U.S. and Canadian plan implementation, and review SPSA and prior Canadian Court orders regarding same. | 2.7 |
| 3/25/2017 | MWU | 31 | Multiple correspondence to and from Cassels team regarding proposed Canadian LTD employees' escrow for plan implementation. | 0.6 |
| 3/26/2017 | GBS | 31 | Review draft Canadian court filings regarding Canadian appeal litigation. | 1.1 |
| 3/26/2017 | GBS | 31 | Email exchanges with Cassels team regarding Canadian appeal litigation. | 0.4 |
| 3/26/2017 | RSK | 31 | Email correspondence with Cassels and Akin Gump regarding Canadian appeal litigation. | 0.6 |
| 3/26/2017 | RSK | 31 | Telephone attendance with M. Wunder regarding Canadian court documents for Canadian appeal litigation. | 0.3 |
| 3/26/2017 | MWU | 31 | Review and prepare mark-ups of draft court material regarding proposed escrow for Canadian LTD employees for U.S. and Canadian plan implementation and report to UCC advisors regarding same. | 2.1 |
| 3/27/2017 | RSK | 31 | Office conference with M. Wunder regarding revised court filings regarding Canadian appeal litigation. | 0.3 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 3/27/2017 | RSK | 31 | Review consolidated mark-ups of revised court filings regarding Canadian appeal litigation, and Canadian plan. | 1.6 |
| 3/27/2017 | MWU | 31 | Review revised drafts of Canadian court material regarding LTD escrow, and consider Canadian case issues. | 1.4 |
| 3/27/2017 | MWU | 31 | Multiple correspondence to and from UCC advisors regarding draft Canadian court material for LTD employee escrow. | 0.4 |
| 3/27/2017 | MWU | 31 | Confer with S. Kukulowicz regarding court filings for Canadian appeal litigation. | 0.3 |
| 3/30/2017 | MWU | 31 | Analysis regarding proposed escrow for Canadian LTD employee claimants and consider SPSA and plan provisions. | 1.3 |
| 3/31/2017 | RSK | 31 | Review Monitor's responding motion record regarding request to lift stay for D&O class action plaintiffs. | 1.1 |
| 3/31/2017 | RSK | 31 | Review revised draft agreement and court material for proposed Canadian appeal litigation. | 0.8 |
| 3/31/2017 | MWU | 31 | Email correspondence with UCC advisors regarding proposed arrangements for Canadian LTD employees and escrow of payments. | 0.3 |
| 3/31/2017 | MWU | 31 | Review revised draft Canadian court documents provided by counsel for U.S. debtors to Canadian counsel for Monitor. | 1.2 |
| | | | **Total** | **62.7** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                          Invoice # 2015108
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                        Matter # 046992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rates | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 5.4 | $945.00 | $5,103.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 28.1 | $850.00 | $23,885.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 2.6 | $465.00 | $1,209.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 17.4 | $925.00 | $16,095.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 7.9 | $555.00 | $4,384.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 1.3 | $430.00 | $559.00 |
| | | | | | | |
| TOTAL | | | | 62.7 | | $ 51,235.50 |

**TOTAL PROFESSIONAL FEES**                                    $  51,235.50

**Non-Taxable Disbursements**

| | |
|---|---|
| Copies | 106.50 |
| Online Searchers | 877.50 |
| **Total Disbursements and Tax** | **984.00** |
| **Total Fees, Disbursements & Tax** | **$  52,219.50 CDN** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

### Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0007 | Creditors Committee Meetings | 4.0 | 3,427.50 |
| 0008 | Court Hearings | 2.2 | 1,023.00 |
| 0012 | General Claims Analysis/Claims Objections | 0.8 | 710.00 |
| 0029 | Intercompany Analysis | 2.2 | 1,870.00 |
| 0031 | Canadian Proceedings/Matters | 53.1 | 43,835.00 |
| 0032 | U.S Proceedings/Matters | 0.4 | 370.00 |
| | | | |
| TOTAL | | 62.7 | $ 51,235.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP Invoice # 2015108
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al. Matter # 046992-00001

___

**Disbursement Details:**

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/1/2017 | Copies | 36 | 3.60 |
| 3/1/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 4 | 0.40 |
| 3/2/2017 | Copies | 60 | 6.00 |
| 3/2/2017 | Online Searches - Westlaw | 1 | 58.50 |
| 3/3/2017 | Copies | 12 | 1.20 |
| 3/3/2017 | Copies | 60 | 6.00 |
| 3/3/2017 | Copies | 97 | 9.70 |
| 3/4/2017 | Copies | 17 | 1.70 |
| 3/4/2017 | Copies | 16 | 1.60 |
| 3/6/2017 | Copies | 49 | 4.90 |
| 3/7/2017 | Copies | 64 | 6.40 |
| 3/7/2017 | Copies | 8 | 0.80 |
| 3/7/2017 | Copies | 2 | 0.20 |
| 3/8/2017 | Copies | 5 | 0.50 |
| 3/8/2017 | Copies | 3 | 0.30 |
| 3/8/2017 | Copies | 14 | 1.40 |
| 3/8/2017 | Copies | 15 | 1.50 |
| 3/9/2017 | Copies | 3 | 0.30 |
| 3/9/2017 | Copies | 3 | 0.30 |
| 3/9/2017 | Copies | 2 | 0.20 |
| 3/9/2017 | Copies | 26 | 2.60 |
| 3/9/2017 | Copies | 6 | 0.60 |
| 3/9/2017 | Copies | 3 | 0.30 |
| 3/9/2017 | Copies | 99 | 9.90 |
| 3/9/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 6 | 0.60 |
| 3/17/2017 | Copies | 2 | 0.20 |
| 3/21/2017 | Online Searches - Westlaw | 1 | 253.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/23/2017 | Online Searches - Westlaw | 1 | 370.50 |
| 3/24/2017 | Copies | 21 | 2.10 |
| 3/24/2017 | Copies | 2 | 0.20 |
| 3/24/2017 | Copies | 2 | 0.20 |
| 3/25/2017 | Copies | 50 | 5.00 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 3 | 0.30 |
| 3/27/2017 | Copies | 3 | 0.30 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 7 | 0.70 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 6 | 0.60 |
| 3/28/2017 | Copies | 3 | 0.30 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 4 | 0.40 |
| 3/28/2017 | Copies | 4 | 0.40 |
| 3/28/2017 | Copies | 7 | 0.70 |
| 3/28/2017 | Copies | 4 | 0.40 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Online Searches - Westlaw | 1 | 195.00 |
| 3/29/2017 | Copies | 4 | 0.40 |
| 3/29/2017 | Copies | 4 | 0.40 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 4 | 0.40 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108

Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/30/2017 | Copies | 3 | 0.30 |
| 3/30/2017 | Copies | 3 | 0.30 |
| 3/30/2017 | Copies | 6 | 0.60 |
| 3/30/2017 | Copies | 30 | 3.00 |
| 3/30/2017 | Copies | 10 | 1.00 |
| 3/30/2017 | Copies | 6 | 0.60 |
| 3/31/2017 | Copies | 45 | 4.50 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 12 | 1.20 |
| 3/31/2017 | Copies | 7 | 0.70 |
| 3/31/2017 | Copies | 4 | 0.40 |
| 3/31/2017 | Copies | 31 | 3.10 |
| 3/31/2017 | Copies | 4 | 0.40 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 3 | 0.30 |
| 3/31/2017 | Copies | 12 | 1.20 |
| 3/31/2017 | Copies | 16 | 1.60 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 48 | 4.80 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 9 | 0.90 |
| | **Total** | | **984.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.