**EXHIBIT C**

## DISBURSEMENT SUMMARY
## MARCH 1 TO MARCH 31, 2017
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
  Copies              $   106.50
  Online Searches          <u>$   877.50</u>

Total Non-Taxable Disbursements     **$   984.00 CDN.**