**EXHIBIT D**

Legal*43614691.3

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108  
Matter # 046992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/1/2017 | Copies | 36 | 3.60 |
| 3/1/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 2 | 0.20 |
| 3/2/2017 | Copies | 4 | 0.40 |
| 3/2/2017 | Copies | 60 | 6.00 |
| 3/2/2017 | Online Searches - Westlaw | 1 | 58.50 |
| 3/3/2017 | Copies | 12 | 1.20 |
| 3/3/2017 | Copies | 60 | 6.00 |
| 3/3/2017 | Copies | 97 | 9.70 |
| 3/4/2017 | Copies | 17 | 1.70 |
| 3/4/2017 | Copies | 16 | 1.60 |
| 3/6/2017 | Copies | 49 | 4.90 |
| 3/7/2017 | Copies | 64 | 6.40 |
| 3/7/2017 | Copies | 8 | 0.80 |
| 3/7/2017 | Copies | 2 | 0.20 |
| 3/8/2017 | Copies | 5 | 0.50 |
| 3/8/2017 | Copies | 3 | 0.30 |
| 3/8/2017 | Copies | 14 | 1.40 |
| 3/8/2017 | Copies | 15 | 1.50 |
| 3/9/2017 | Copies | 3 | 0.30 |
| 3/9/2017 | Copies | 3 | 0.30 |
| 3/9/2017 | Copies | 2 | 0.20 |
| 3/9/2017 | Copies | 26 | 2.60 |
| 3/9/2017 | Copies | 6 | 0.60 |
| 3/9/2017 | Copies | 3 | 0.30 |
| 3/9/2017 | Copies | 99 | 9.90 |
| 3/9/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 4 | 0.40 |
| 3/17/2017 | Copies | 6 | 0.60 |
| 3/17/2017 | Copies | 2 | 0.20 |
| 3/21/2017 | Online Searches - Westlaw | 1 | 253.50 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015108

Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/23/2017 | Online Searches - Westlaw | 1 | 370.50 |
| 3/24/2017 | Copies | 21 | 2.10 |
| 3/24/2017 | Copies | 2 | 0.20 |
| 3/24/2017 | Copies | 2 | 0.20 |
| 3/25/2017 | Copies | 50 | 5.00 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 3 | 0.30 |
| 3/27/2017 | Copies | 3 | 0.30 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 7 | 0.70 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/27/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 6 | 0.60 |
| 3/28/2017 | Copies | 3 | 0.30 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Copies | 4 | 0.40 |
| 3/28/2017 | Copies | 4 | 0.40 |
| 3/28/2017 | Copies | 7 | 0.70 |
| 3/28/2017 | Copies | 4 | 0.40 |
| 3/28/2017 | Copies | 2 | 0.20 |
| 3/28/2017 | Online Searches - Westlaw | 1 | 195.00 |
| 3/29/2017 | Copies | 4 | 0.40 |
| 3/29/2017 | Copies | 4 | 0.40 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 4 | 0.40 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 2 | 0.20 |
| 3/29/2017 | Copies | 4 | 0.40 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP                                    Invoice # 2015108
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                                  Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 3/30/2017 | Copies | 3 | 0.30 |
| 3/30/2017 | Copies | 3 | 0.30 |
| 3/30/2017 | Copies | 6 | 0.60 |
| 3/30/2017 | Copies | 30 | 3.00 |
| 3/30/2017 | Copies | 10 | 1.00 |
| 3/30/2017 | Copies | 6 | 0.60 |
| 3/31/2017 | Copies | 45 | 4.50 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 12 | 1.20 |
| 3/31/2017 | Copies | 7 | 0.70 |
| 3/31/2017 | Copies | 4 | 0.40 |
| 3/31/2017 | Copies | 31 | 3.10 |
| 3/31/2017 | Copies | 4 | 0.40 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 3 | 0.30 |
| 3/31/2017 | Copies | 12 | 1.20 |
| 3/31/2017 | Copies | 16 | 1.60 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 48 | 4.80 |
| 3/31/2017 | Copies | 2 | 0.20 |
| 3/31/2017 | Copies | 9 | 0.90 |
| | **Total** | | **984.00** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.