# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
MARCH 1, 2017 THROUGH MARCH 31, 2017
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rates | Billed Value |
|------|-------|------------|-------------------------------|-------|-------|--------------|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 5.40 | $945.00 | $5,103.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 28.10 | $850.00 | $23,885.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 2.60 | $465.00 | $1,209.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 17.40 | $925.00 | $16,095.00 |
| Stefanie Holland | Associate | Advocacy | Ontario - 2010 | 7.90 | $555.00 | $4,384.50 |
| Stephanie Voudouris | Associate | Advocacy | Ontario - 2014 | 1.30 | $430.00 | $559.00 |
| | | | | | | |
| **TOTAL** | | | | **62.70** | | **$51,235.50** |