# Cole Schotz P.C.

500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131   302-652-3117 fax

New Jersey

New York

Maryland

Texas

Florida

Nicholas J. Brannick
Associate
Admitted in DE, NY, PA and OH

Reply to Delaware Office
Writer's Direct Line: 302-651-2006
Writer's Direct Fax: 302-574-2106
Writer's E-Mail: nbrannick@coleschotz.com

May 30, 2017

**Via CM/ECF Filing**

The Honorable Kevin Gross
United States Bankruptcy Court for the District
of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    SNMP Research, Inc., *et al.* v. Nortel Networks Inc., *et al.* (In re Nortel Networks, Inc.), *et al.*, Case No. 09-10138-KG, Adv. No. 11-53454-KG

Dear Judge Gross:

    As you requested during the hearing held on May 11-12, 2017, SNMP Research, Inc. and SNMP Research International, Inc. hereby submit their list of exhibits for the Schedule 1 Issue and the Motion to Amend that were admitted during the hearing and/or are referenced in SNMP Research's deposition designations.

                                            Very truly yours,

                                            COLE SCHOTZ P.C.

                                            Nicholas J. Brannick

NJB:rd
Enclosures
cc:    Counsel of Record (*per attached certificate of service*)