## SNMP RESEARCH'S EXHIBITS – MAY 11-12, 2017 HEARING[1]

| Ex. | Description | Docket No. | Bates No. |
|---|---|---|---|
| P–1 | Declaration of Dr. Jeffrey D. Case in Support of Motion to Amend | 17433 | |
| P–2 | Original Proofs of Claim filed September 29, 2009 (Exhibit 2 to the Case Declaration) | 17433–1 | |
| P–3 | First Amended NNI Claim (Exhibit 3 to the Case Declaration) | 17433–2 | |
| P–4 | Second Amended NNI Claim (Exhibit 4 to the Case Declaration) | 17433–3 | |
| P–7 | Third Amended NNI Claim (Exhibit 6 to the Case Declaration) | 17433–5 | |
| P–9 | Fourth Amended Claims (Exhibit 8 to the Case Declaration) | 17433–7 | |
| P–11 | Fifth Amended Claims (Exhibit 10 to the Case Declaration) | 17433–9 | |
| P–14 | U.S. Debtors' Opposition to Motion to Withdraw Reference | Adv. 184 | |
| P–15 | U.S. Debtors' Appellee Brief re: EMEA Debtors' Appeal | Case No. 1:15-cv-879-LPS, D.I. 25 | |
| P–18 | SNMP Research's Objection to Disclosure Statement | 17417 | |
| P–19 | Excerpts from Disclosure Statement for First Amended Joint Plan of Reorganization | 17502 | |
| P–20 | The Bay License | | SNMP_NUS_00139177 |
| P–21 | Amendment 1 to the Bay License | | SNMP_NUS_00139251 |
| P–22 | Amendment 2 to the Bay License | | SNMP_NUS_00139269 |
| P–23 | June 27, 1994 Software Service Agreement | | SNMP_NUS_00139543 |
| P–24 | December 2, 1997 Software Service Agreement | | SNMP_NUS_00139551 |
| P–25 | May 28, 1999 Fax from SNMP Research | | SNMP_NUS_00100809 |
| P–26 | June 21, 1999 Email from Dave Hyslop | | SNMP_NUS_00104742 |
| P–27 | June 21, 1999 Memorandum of Agreement | | SNMP_NUS_00104743 |

---

[1] Exhibits P-1 through P-19 are the exhibits for the hearing on the motion to amend, and Exhibits P-20 through P-81 are the exhibits for the hearing on the Schedule 1A issue.

| Ex. | Description | Docket No. | Bates No. |
|---|---|---|---|
| P–28 | July 23, 1999 Draft of Temporary License Agreement | | SNMP_NUS_00099399 |
| P–29 | The Temporary License Agreement | | SNMP_NUS_00090235 |
| P–30 | The Nortel License[2] | | SNMP_NUS_00139230 |
| P-30.01 | May 3, 2010 Letter from Nortel | | SNMP_NUS_00139348 |
| P-30.02 | Amendment 1 to Schedules 33 & 34 | | SNMP_NUS_00139253 |
| P-30.03 | Amendment 1 to the Nortel License Agreement | | SNMP_NUS_00139259 |
| P-30.04 | Amendment 2 to Schedule 25 | | SNMP_NUS_00139266 |
| P-30.05 | Amendment 3 to Schedule 3 | | SNMP_NUS_00139272 |
| P-30.06 | Avaya Accession Agreement | | SNMP_NUS_00139321 |
| P-30.07 | Ciena Accession Agreement | | SNMP_NUS_00139329 |
| P-30.08 | Schedule 1 | | SNMP_NUS_00139355 |
| P-30.09 | Cancelled Schedule 2 | | SNMP_NUS_00139376 |
| P-30.10 | Schedule 2 | | SNMP_NUS_00139371 |
| P-30.11 | Schedule 3 | | SNMP_NUS_00139401 |
| P-30.12 | Schedule 5 | | SNMP_NUS_00139460 |
| P-30.13 | Schedule 6 | | SNMP_NUS_00139490 |
| P-30.14 | Schedule 7 | | SNMP_NUS_00139517 |
| P-30.15 | Schedule 8 | | SNMP_NUS_00139530 |
| P-30.16 | Schedule 9 | | SNMP_NUS_00139535 |
| P-30.17 | Schedule 10 | | SNMP_NUS_00139357 |
| P-30.18 | Schedule 12 | | SNMP_NUS_00139359 |
| P-30.19 | Schedule 13 | | SNMP_NUS_00139363 |
| P-30.20 | Schedule 14 | | SNMP_NUS_00139366 |
| P-30.21 | Schedule 20 | | SNMP_NUS_00139378 |
| P-30.22 | Schedule 21 | | SNMP_NUS_00139380 |
| P-30.23 | Schedule 22 | | SNMP_NUS_00139385 |
| P-30.24 | Schedule 25 | | SNMP_NUS_00139387 |
| P-30.25 | Schedule 26 | | SNMP_NUS_00139389 |
| P-30.26 | Schedule 27 | | SNMP_NUS_00139394 |
| P-30.27 | Schedule 29 | | SNMP_NUS_00139396 |
| P-30.28 | Schedule 30 | | SNMP_NUS_00139406 |
| P-30.29 | Schedule 33 | | SNMP_NUS_00139411 |
| P-30.30 | Schedule 34 | | SNMP_NUS_00139416 |

---

[2] As noted on the record at the hearing, Exhibit P-30 consists only of the first 21 pages of the Nortel License. The original Exhibit P-30 provided to the Court contained amendments and schedules to the Nortel License. The amendments and exhibits were broken up from P-30.01 through P.30-64. The U.S. Debtors initially objected to Exhibit P-30 on the exclusive ground that the documents should not be combined. This objection was resolved through the creation of sub-exhibits.

| Ex. | Description | Docket No. | Bates No. |
|---|---|---|---|
| P-30.31 | Schedule 35 | | SNMP_NUS_00139418 |
| P-30.32 | Schedule 36 | | SNMP_NUS_00139420 |
| P-30.33 | Schedule 37 | | SNMP_NUS_0013942 |
| P-30.34 | Schedule 38 | | SNMP_NUS_00139430 |
| P-30.35 | Schedule 40 | | SNMP_NUS_00139435 |
| P-30.36 | Schedule 42 | | SNMP_NUS_00139440 |
| P-30.37 | Schedule 44 | | SNMP_NUS_00139445 |
| P-30.38 | Schedule 45 | | SNMP_NUS_00139448 |
| P-30.39 | Schedule 46 | | SNMP_NUS_00139453 |
| P-30.40 | Schedule 49 | | SNMP_NUS_00139458 |
| P-30.41 | Schedule 51 | | SNMP_NUS_00139463 |
| P-30.42 | Schedule 52 | | SNMP_NUS_00139465 |
| P-30.43 | Schedule 53 | | SNMP_NUS_00139467 |
| P-30.44 | Schedule 55 | | SNMP_NUS_00139469 |
| P-30.45 | Schedule 56 | | SNMP_NUS_00139471 |
| P-30.46 | Schedule 57.1 | | SNMP_NUS_00139474 |
| P-30.47 | Schedule 57.2 | | SNMP_NUS_00139477 |
| P-30.48 | Schedule 57.3 | | SNMP_NUS_00139481 |
| P-30.49 | Schedule 57 | | SNMP_NUS_00139485 |
| P-30.50 | Schedule 59 | | SNMP_NUS_00139488 |
| P-30.51 | Schedule 60 | | SNMP_NUS_00139495 |
| P-30.52 | Schedule 61 | | SNMP_NUS_00139497 |
| P-30.53 | Schedule 62 | | SNMP_NUS_00139499 |
| P-30.54 | Schedule 63 | | SNMP_NUS_00139501 |
| P-30.55 | Schedule 64 | | SNMP_NUS_00139504 |
| P-30.56 | Schedule 65 | | SNMP_NUS_00139506 |
| P-30.57 | Schedule 66 | | SNMP_NUS_00139508 |
| P-30.58 | Schedule 67 | | SNMP_NUS_00139511 |
| P-30.59 | Schedule 68 | | SNMP_NUS_00139513 |
| P-30.60 | Schedule 69 | | SNMP_NUS_00139515 |
| P-30.61 | Schedule 70 | | SNMP_NUS_00139522 |
| P-30.62 | Schedule 71 | | SNMP_NUS_00139524 |
| P-30.63 | Schedule 72 | | SNMP_NUS_00139526 |
| P-30.64 | Schedule 74 | | SNMP_NUS_00139528 |
| P–31 | Schedule 1A to the Nortel License | | SNMP_NUS_00139355 |
| P–35 | October 7, 1999 Email from John Southwood | | SNMP_NUS_00064449 |
| P–36 | November 3, 1999 Email from Dave Hyslop | | SNMP_NUS_00105041 |
| P–37 | Spreadsheet Attached to November 3, 1999 Email from Dave Hyslop | | SNMP_NUS_00105042 |

| Ex. | Description | Docket No. | Bates No. |
|---|---|---|---|
| P–38 | November 15, 1999 Email from Dave Hyslop | | SNMP_NUS_00105095 |
| P–39 | November 16, 1999 Email from John Southwood | | SNMP_NUS_00105106 |
| P–40 | November 18, 1999 Email from John Southwood | | SNMP_NUS_00105154 |
| P–41 | Draft of Schedule 1A attached to November 18, 1999 Email from John Southwood | | SNMP_NUS_00105155 |
| P–42 | November 25, 1999 Email from Dave Hyslop[3] | | NNC0004574 |
| P–46 | December 14, 1999 Email from John Southwood | | NNC0004397 |
| P–47 | Draft of Schedule 15 Attached to December 14, 1999 Email | | NNC0004398 |
| P–48 | December 14, 1999 Follow-Up Email from John Southwood | | SNMP_NUS_00105658 |
| P–49 | February 10, 2000 SNMPRI Invoice | | NNC0511444 |
| P–51 | September 21, 2000 Email from Dave Hyslop | | SNMP_NUS_00107321 |
| P–57 | August 18, 2003 Email from Pierre Tremblay | | SNMP_NUS_00072929 |
| P–58 | Attachment to August 18, 2003 Email from Pierre Tremblay | | SNMP_NUS_00072931 |
| P–59 | January 31, 2006 Fax from Nancy Knowles | | SNMP_NUS_00092083 |
| P–60 | January 31, 2006 Email from Nancy Knowles | | SNMP_NUS_00113608 |
| P–71 | Pages 1-5 of the Schedule 14A Definite Proxy Statement Filed by Bay Networks, Inc. with Securities and Exchange Commission as of July 27, 1998 | | SNMP_NUS_00194763 |
| P-81 | November 17, 1999 Email from John Southwood to Dave Hyslop | | SNMP_NUS_00105151 |

---

[3] Exhibit P-42 was initially admitted by the Court, followed by dialog about whether the witness on the stand at the time the exhibit was admitted, John Southwood, could testify about the document. After its admission, an objection was made by the U.S. Debtors to the exhibit admissibility and use during the examination. After this objection, the U.S. Debtors agreed to allow the document in evidence subject to their probative objection.