# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :  Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :  Case No. 09-10138 (KG)
                                                            :
               Debtors. :  Jointly Administered
                                                            :
                                                            :  **Hearing Date: TBD**
                                                            :
------------------------------------------------------------X

## THIRTY-THIRD QUARTERLY FEE APPLICATION REQUEST OF
## CLEARY GOTTLIEB STEEN & HAMILTON LLP,
## AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,
## FOR THE PERIOD FEBRUARY 1, 2017 THROUGH APRIL 30, 2017

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Thirty-Second Quarterly Fee Application Request (the "Request") for the period February 1, 2017 through and including April 30, 2017 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications for February 2017 [D.I. 18045], March 2017 [D.I. 18147] and April 2017 [D.I. 18244] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Fee App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 03/29/17 [D.I. 18045] | 2/1/17 – 2/28/17 | $1,218,820.50 | $389,462.92 | 4/19/17 [D.I. 18116] | $389,462.92 | $975,056.40 | $389,462.92 | $243,764.10 |
| 04/28/17 [D.I. 18147] | 3/1/17 – 3/31/17 | $1,032,580.50 | $373,423.65 | 02/22/17 [D.I. 17939] | $372,423.65 | $826,064.40 | $373,423.65 | $206,516.10 |
| 05/24/17 [D.I. 18244] | 4/1/17 – 4/30/17 | $1,122,173.00 | $265,668.02 | Pending | $265,668.02 | $897,738.40 | $265,668.02 | $224,434.60 |
| TOTAL | | $3,373,574.00 | $1,028,554.59 | | $1,027,554.59 | $2,698,859.20 | $1,028,554.59 | $674,714.80 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: May 30, 2017
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

**CUMULATIVE COMPENSATION SUMMARY
BY PROFESSIONAL FOR APPLICATION PERIOD**[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 through April 30, 2017

| **Name of Professional Person** | **Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position** | **Hourly Billing Rate**[4][5] | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|---|
| MONTGOMERY, DANIEL | Associate - Litigation (called to the bar in 2017; less than 1 year in current position) | $477.00 | 477.00 | $236,115.00 |
| GALLAGHER, ERIN C. | Associate - Litigation (called to the bar in 2016; 1 year in current position) | 455.60 | 455.60 | 266,526.00 |
| HERRINGTON, DAVID H. | Partner - Litigation (called to the bar in 1993; less than 1 year in current position) | 445.40 | 445.40 | 420,903.00 |
| WU, STEPHANIE | Associate - Litigation (called to the bar in 2015; 1 year in current position) | 319.40 | 319.40 | 215,595.00 |
| REDWAY, RYAN S. | Associate - Litigation (called to the bar in 2016; less than 1 year in current position) | 292.60 | 292.60 | 171,171.00 |
| LIVINGSTON, MATTHEW | Associate - Bankruptcy (called to the bar in 2016; 1 year in current position) | 283.50 | 283.50 | 165,847.50 |
| CANTWELL, PHILIP A. | Associate - Bankruptcy, Litigation (called to the bar in 2013; 3 years in current position) | 258.10 | 258.10 | 202,608.50 |
| GRAHAM, ASHLEY | Staff Attorney - Litigation (called to the bar in 2011; 1 year in current position) | 229.30 | 229.30 | 88,280.50 |

---

[3]    Arranged in descending order according to Total Billed Hours.

[4]    Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

[5]    Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.  Additionally, adjustments for seniority for partners and other timekeepers (other than associates) and related billing rates, together with any applicable annual increase in billing rates for all timekeepers, became effective January 1, 2017.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| LUFT, AVRAM E. | Counsel - Litigation (called to the bar in 2000; 9 years in current position) | 214.20 | 214.20 | 230,265.00 |
| JEDREY, NATHANIEL E. | Associate - Litigation (called to the bar in 2009; 8 years in current position) | 209.30 | 209.30 | 201,974.50 |
| HANLY, ELIZABETH M. | Associate - Litigation (called to the bar in 2014; 2 years in current position) | 199.70 | 199.70 | 148,776.50 |
| SHERIDAN, KATHERINE M. | Associate - Litigation (called to the bar in 2011; 2 years in current position) | 164.00 | 164.00 | 134,480.00 |
| BELLER, BENJAMIN S. | Associate - Bankruptcy (called to the bar in 2014; less than 1 year in current position) | 139.30 | 139.30 | 103,778.50 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 11 years in current position) | 138.70 | 138.70 | 178,229.50 |
| PLANAMENTO, JOHN | Paralegal | 136.50 | 136.50 | 37,537.50 |
| ROZAN, BENAZIR D. | Paralegal | 124.80 | 124.80 | 45,552.00 |
| LUIS, ANGELA | Paralegal | 98.20 | 98.20 | 27,005.00 |
| GONZALEZ, EDUARDO | Paralegal | 94.80 | 94.80 | 26,070.00 |
| MCKAY, ELYSE | Paralegal | 88.10 | 88.10 | 26,870.50 |
| KLEIST, PAUL | Associate - Litigation (called to the bar in 2013; less than 1 year in current position) | 81.40 | 81.40 | 60,643.00 |
| RAHN, ALEXANDER | Associate - Corporate (called to the bar in 2015; 4 years in current position) | 76.30 | 76.30 | 59,895.50 |
| D'AMATO, RICHARD | Associate - Litigation (called to the bar in 2017; less than 1 year in current position) | 64.70 | 64.70 | 32,026.50 |
| SETREN, KIRA | Paralegal | 62.10 | 62.10 | 17,077.50 |
| GIANIS, MARGOT A. | Associate - Litigation (called to the bar in 2013; 3 years in current position) | 60.60 | 60.60 | 45,147.00 |
| RAPPOPORT, MATTHEW L. | Associate - Bankruptcy (called to the bar in 2015; 2 years in current position) | 58.20 | 58.20 | 39,285.00 |
| HAILEY, KARA A. | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 8 years in current position) | 53.40 | 53.40 | 53,400.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| PEREZ, JOHN R. P. | Law Clerk - Litigation (not yet called to the bar; less than 1 year in current position) | 51.60 | 51.60 | 25,542.00 |
| HAKKENBERG, LUCAS | Associate - Litigation (called to the bar in 2015; 1 year in current position) | 28.30 | 28.30 | 16,555.50 |
| DOMPIERRE, YVONNE | Project Attorney - Litigation (called to the bar in 2010; 1 year in current position) | 24.80 | 24.80 | 9,548.00 |
| GOODMAN, COREY M. | Partner - Tax (called to the bar in 2008; 1 year in current position) | 23.80 | 23.80 | 25,823.00 |
| LOBACHEVA, ANASTASIYA | Paralegal | 23.60 | 23.60 | 6,490.00 |
| BROMLEY, JAMES L. | Partner - Bankruptcy, Litigation (called to the bar in 1990; 18 years in current position) | 20.70 | 20.70 | 26,806.50 |
| KIPEN, CARLY | Paralegal | 20.00 | 20.00 | 5,500.00 |
| WU, ANGELA Y. | Law Clerk - Bankruptcy (not yet called to the bar; less than 1 year in current position) | 16.40 | 16.40 | 8,118.00 |
| HEALEY, BRIAN W. | Project Attorney - Litigation, Enforcement (called to the bar in 2001; 1 year in current position) | 8.50 | 8.50 | 3,272.50 |
| CARO RUIZ, LAURA | Paralegal | 6.50 | 6.50 | 1,787.50 |
| WHATLEY, CAROL A. | Assistant Managing Clerk | 6.20 | 6.20 | 1,085.00 |
| HEMMELGARN, NICOLE JEAN | Project Attorney - Litigation (called to the bar in 2009; 2 years in current position) | 5.10 | 5.10 | 1,963.50 |
| ALCOCK, MARY E. | Counsel - Employee Benefits (called to the bar in 1995; 15 years in current position) | 5.00 | 5.00 | 5,375.00 |
| ROSENTHAL, JEFFREY A. | Partner - Litigation (called to the bar in 1992; 16 years in current position) | 0.50 | 0.50 | 647.50 |
| **TOTAL HOURS:** | | | 5,066.2 | |
| **GRAND TOTAL:** | | | | **$3,373,574.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY
FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 through April 30, 2017

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Case Administration | 157.90 | $122,768.00 |
| Claims Administration and Objections | 378.50 | 247,858.50 |
| Employee Matters | 1.70 | 871.50 |
| Plan of Reorganization and Disclosure | 378.90 | 303,224.50 |
| Tax | 17.50 | 19,869.50 |
| Fee and Employment Applications | 187.50 | 80,377.50 |
| Litigation | 3,736.50 | 2,465,179.50 |
| Real Estate | 36.90 | 28,624.50 |
| Nortel Networks India International Inc. ("NN III") | 107.70 | 70,363.00 |
| Allocation/Claims Litigation | 63.10 | 34,437.50 |
| **TOTAL** | **5,066.2** | **$3,373,574.00** |

## CUMULATIVE EXPENSE SUMMARY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 through April 30, 2017

| **Expense Category** | | **Total Expenses** |
|---|---|---:|
| Telephone | | 297.07 |
| Travel – Transportation | | 7,697.55 |
| Travel – Lodging | | 5,721.51 |
| Travel – Meals | | 1,462.62 |
| Mailing and Shipping Charges | | 1,147.23 |
| Duplicating Charges (at $0.10/page) | | 12,756.80 |
| Legal Research | Lexis | 4,952.71 |
| | Westlaw | 26,769.58 |
| | PACER | 2,299.40 |
| Late Work – Meals | | 7,747.48 |
| Late Work – Transportation | | 8,161.53 |
| Conference Meals | | 4,305.25 |
| Other Charges | | 73,893.97 |
| Expert Expenses | | 871341.89 |
| **Grand Total Expenses** | | **$1,028,554.59** |