# EXHIBIT B



## CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T  416 869 5300
F  416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2015205**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| May 30, 2017 | 046992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $   51,290.00 |
| Disbursements | 84.80 |
| **Total Amount Due** | **$   51,374.80 CDN** |

Cassels Brock & Blackwell LLP

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____  Amount: _____
Cardholder Name: _____
Signature: _____

CASSELS BROCK & BLACKWELL LLP                              Invoice # 2015205
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.                            Matter # 046992-00001

## Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 04/30/2017**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/4/2017 | MWU | 31 | Review Canadian motion record filed by class action plaintiffs regarding lift stay for class action litigation, and responding motion record of Monitor, and prior CCAA court filings and orders regarding same. | 2.4 |
| 4/6/2017 | MWU | 31 | Report to Committee advisors regarding Canadian litigation and motion for partial lift of CCAA stay by class action plaintiffs. | 0.8 |
| 4/7/2017 | RSK | 31 | Review drafts of Canadian LTE employee waiver and reserve agreement and court order. | 1.1 |
| 4/7/2017 | MWU | 31 | Email correspondence to and from Canadian counsel for NNI and Cassels team regarding appeal litigation proposals. | 0.4 |
| 4/8/2017 | MWU | 31 | Review correspondence from Canadian counsel for NNI and revised documents relating to proposed settlement with Canadian LTD claimants regarding Canadian appeal litigation. | 2.4 |
| 4/10/2017 | GBS | 31 | Email exchange with Cassels' team regarding Canadian LTD objectors issues and Canadian court process. | 0.3 |
| 4/10/2017 | RSK | 31 | Review email correspondence from Akin Gump regarding Canadian LTD waiver and reserve. | 0.2 |
| 4/10/2017 | RSK | 31 | Conference with M. Wunder regarding waiver terms and questions from UCC advisors. | 0.3 |
| 4/10/2017 | RSK | 31 | Conference call with Canadian counsel for U.S. debtors and bondholders regarding waiver terms. | 0.5 |
| 4/10/2017 | RSK | 31 | Review LTD email correspondence with Cassels Brock and UCC advisors regarding consent rights under revised Canadian LTD employee waiver. | 0.3 |
| 4/10/2017 | MWU | 31 | Confer with S. Kukulowicz to prepare for call with Canadian counsel for U.S. Interest regarding proposed CCAA motion for LTD reserve. | 0.3 |
| 4/10/2017 | MWU | 31 | Attend on conference call with Canadian counsel for U.S. interests. | 0.5 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015205  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/10/2017 | MWU | 31 | Review revised draft Canadian LTD waiver and reserve agreement, CCAA order, and CCAA plan and SPSA to review terms and analyze proposal. | 2.3 |
| 4/10/2017 | MWU | 31 | Email update to UCC advisors, and multiple email correspondence regarding proposed LTD reserve and related issues. | 0.9 |
| 4/11/2017 | RSK | 31 | Exchange email correspondence with Torys and Bennett Jones regarding consent rights relating to Canadian appeal litigation. | 0.3 |
| 4/11/2017 | RSK | 31 | Review email correspondence with Akin Gump regarding LTD waiver and Canadian plan reserve. | 0.4 |
| 4/11/2017 | MWU | 31 | Multiple email correspondence to and from Committee advisors regarding proposed Canadian LTD employee escrow and applicable terms and consents, and report regarding negotiations with Canadian counsel for U.S. interests. | 1.7 |
| 4/11/2017 | MWU | 31 | Attend on call with Canadian counsel for U.S. Debtors to discuss draft documents regarding proposed reserve. | 0.4 |
| 4/11/2017 | MWU | 31 | Review further revised drafts waiver and reserve agreement and CCAA order, and consider consent terms and related issues. | 1.4 |
| 4/12/2017 | RSK | 31 | Review information regarding Canadian environmental claims and email correspondence from Akin Gump. | 0.2 |
| 4/12/2017 | RSK | 31 | Exchange email correspondence regarding LTD objection consent issues. | 0.2 |
| 4/12/2017 | RSK | 31 | Review revised waiver and reserve agreement and email correspondence regarding Monitor's position on consent rights. | 0.9 |
| 4/12/2017 | MWU | 31 | Email correspondence with Canadian counsel for U.S. debtors regarding Canadian lift stay motion. | 0.2 |
| 4/12/2017 | MWU | 31 | Multiple email correspondence with UCC advisors and Canadian counsel for U.S. interests, regarding Canadian litigation regarding plan implementation and LTD reserve, and review revised draft documents and orders, and update regarding positions of EMEA debtors and UKPC. | 1.6 |

**Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.**

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/13/2017 | RSK | 31 | Email correspondence with Akin Gump and Cassels Brock regarding Canadian LTD waiver and reserve agreement. | 0.4 |
| 4/13/2017 | RSK | 31 | Review analysis of SCC timelines for Canadian appeal litigation. | 0.2 |
| 4/13/2017 | RSK | 31 | Review email correspondence regarding Monitor's position on Canadian LTD waiver and reserve agreement. | 0.3 |
| 4/13/2017 | MWU | 31 | Review revised draft documents regarding proposal for Canadian escrow for Canadian LTD appellants, and confer with Cassels team regarding same. | 1.3 |
| 4/13/2017 | MWU | 31 | Email correspondence from Akin Gump to Committee and with Cassels team regarding Committee meeting to discuss Canadian LTD escrow structure. | 0.6 |
| 4/14/2017 | RSK | 31 | Email correspondence regarding status of LTD Canadian appeal litigaiton. | 0.2 |
| 4/14/2017 | RSK | 7 | Participated on Committee update call. | 0.7 |
| 4/14/2017 | RSK | 29 | Review of BRG analysis regarding Canadian LTD reserve. | 0.4 |
| 4/17/2017 | RSK | 31 | Review Canadian legal brief and draft order regarding Canadian lift stay motion. | 0.9 |
| 4/17/2017 | MWU | 3 | Prepare February 2017 fee account. | 2.6 |
| 4/18/2017 | RSK | 31 | Review email correspondence from UCC advisors and Cassels Brock regarding Canadian appeal litigation and LTD agreement and revised LTD employee reserve agreement. | 0.6 |
| 4/18/2017 | MWU | 31 | Review Canadian court orders and analyze issues regarding Canadian appeal litigation and proposed escrow of Canadian estate settlement monies for LTD employee appeal. | 1.3 |
| 4/18/2017 | MWU | 31 | Review update correspondence from Akin regarding proposed Canadian LTD escrow, and review revised draft agreement and Canadian court order. | 0.4 |
| 4/18/2017 | MWU | 31 | Review and consider draft LTD escrow and waiver, and related email correspondence. | 1.1 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/19/2017 | MWU | 31 | Email correspondence with Canadian counsel for U.S. interests and Monitor regarding LTD Canadian CCAA lift stay motion by class action plaintiffs. | 0.4 |
| 4/20/2017 | RSK | 31 | Review responding motion record and factum of Monitor regarding Canadian D&O lift stay motion. | 1.2 |
| 4/20/2017 | RSK | 31 | Review email correspondence from counsel for Monitor and others regarding Canadian D&O lift stay motion. | 0.4 |
| 4/20/2017 | MWU | 31 | Email correspondence to and from Canadian counsel for multiple parties regarding proposed LTD employee escrow, and class action plaintiffs lift stay motion. | 0.5 |
| 4/21/2017 | RSK | 31 | Office conference with M. Wunder and review of email correspondence regarding Canadian D&O lift stay motion. | 0.4 |
| 4/21/2017 | MWU | 31 | Call and email correspondence with Canadian counsel for U.S. interests regarding Canadian lift stay litigation and proposed Canadian escrow for Canadian LTD appellants. | 0.4 |
| 4/21/2017 | MWU | 31 | Review class action plaintiffs Canadian supplemental motion record and factum and draft order, and related correspondence. | 1.7 |
| 4/21/2017 | MWU | 31 | Review Monitor's CCAA responding motion record and factum and draft order regarding partial lift stay motion. | 1.4 |
| 4/21/2017 | MWU | 31 | Prepare detailed report to Committee advisors regarding Canadian lift stay motion. | 0.6 |
| 4/22/2017 | MWU | 31 | Prepare and send summary of Canadian lift stay litigation to Committee. | 0.6 |
| 4/23/2017 | RSK | 31 | Review email correspondence with Akin Gump regarding Canadian D&O lift stay motion. | 0.2 |
| 4/23/2017 | MWU | 31 | Email correspondence with UCC advisors regarding Canadian litigation and UCC position. | 0.3 |
| 4/24/2017 | RSK | 31 | Review email correspondence from Akin Gump regarding Canadian LTD appeal and escrow and timing for approval motion. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015205  
Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/24/2017 | RSK | 31 | Review email correspondence from Canadian counsel for bondholders regarding Canadian LTD employee escrow agreement. | 0.2 |
| 4/24/2017 | MWU | 12 | Review report regarding SNMP claims litigation, and consider Canadian issues. | 0.4 |
| 4/24/2017 | MWU | 31 | Email correspondence to and from UCC advisors regarding proposed escrow for Canadian LTD employees appeal. | 0.2 |
| 4/25/2017 | MS | 31 | Review Canadian court filings regarding motion to lift Canadian stay of proceedings. | 0.8 |
| 4/25/2017 | MWU | 31 | Review correspondence from Akin Gump regarding proposed escrow arrangement for Canadian LTD employees to permit plan implementation, and review and comment on related consent to be signed by multiple parties including UCC. | 2.4 |
| 4/25/2017 | MWU | 31 | Instructions to M. Sassi regarding attendance at Canadian court hearing. | 0.3 |
| 4/25/2017 | MWU | 31 | Review and consider Charter issues/arguments relating to Canadian LTD appeal litigation. | 1.4 |
| 4/26/2017 | MS | 31 | Preparation for Canadian court hearing regarding motion to lift stay. | 1.7 |
| 4/26/2017 | MS | 8 | Attending Canadian court hearing regarding lift stay motion. | 3.7 |
| 4/26/2017 | MS | 31 | Prepare summary for Committee professionals regarding Canadian motion. | 1.6 |
| 4/26/2017 | RSK | 31 | Review summary of D&O lift stay hearing. | 0.2 |
| 4/26/2017 | RSK | 31 | Email correspondence with UCC advisors regarding Canadian court approval motion. | 0.3 |
| 4/26/2017 | RSK | 31 | Review draft Canadian motion materials regarding approval of Canadian LTD waiver and reserve agreement. | 0.8 |
| 4/26/2017 | MWU | 31 | Review CCAA plan and sanction order conditions precedent and consider remaining requirements. | 1.4 |
| 4/26/2017 | MWU | 31 | Email correspondence with Canadian counsel for Monitor, U.S. debtors, and bonds, regarding CCAA court hearing to approve Canadian LTD employee escrow arrangement. | 0.4 |

**Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.**

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 4/26/2017 | MWU | 3 | Review correspondence with U.S. debtors' advisors regarding fee applications. | 0.3 |
| 4/27/2017 | RSK | 31 | Email correspondence with Akin Gump, and Canadian counsel for bondholders and U.S. debtors regarding Canadian approval motion for LTD appeal reserve. | 0.3 |
| 4/27/2017 | RSK | 31 | Review Monitor's served motion record regarding approval of Canadian LTD waiver and reserve agreement. | 0.5 |
| 4/27/2017 | MWU | 31 | Email correspondence with UCC advisors and Canadian counsel for U.S. debtors and bonds regarding Canadian escrow for LTD employees and upcoming court hearings. | 0.6 |
| 4/27/2017 | MWU | 31 | Review Canadian motion record for LTD escrow including Monitor's report and draft order, and send report to UCC advisors. | 1.4 |
| 4/27/2017 | MWU | 29 | Review U.S. court filings regarding waiver of plan conditions relating to Canadian appeal litigation and Canadian LTD employee escrow agreement. | 0.4 |
| 4/28/2017 | MS | 22 | Review Canadian motion materials and order for motion on May 1, 2017. | 1.3 |
| 4/28/2017 | MWU | 31 | Prepare for Canadian court hearing, and email exchange with UCC advisors regarding same. | 1.1 |
| 4/28/2017 | MWU | 3 | Prepare February 2017 fee application. | 2.3 |
| | | | **Total** | **63.3** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

| **Name** | **Title** | **Department** | **Province of Bar Admission/Year** | **Hours** | **2017 Rates** | **Billed Value** |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.30 | $945.00 | $283.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 41.10 | $850.00 | $34,935.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 9.10 | $465.00 | $4,231.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 12.80 | $925.00 | $11,840.00 |
| | | | | | | |
| **TOTAL** | | | | 63.3 | | $ 51,290.00 |

**TOTAL PROFESSIONAL FEES**      $ 51,290.00

**Non-Taxable Disbursements**

   Copies      84.80

**Total Disbursements and Tax**      <u>84.80</u>

**Total Fees, Disbursements & Tax**      <u>$   51,374.80</u> CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 5.20 | 4,420.00 |
| 0007 | Creditors Committee Meetings | 0.70 | 647.50 |
| 0008 | Court Hearings | 3.70 | 1,720.50 |
| 0012 | General Claims Analysis/Claims Objections | 0.40 | 340.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 1.30 | 604.50 |
| 0029 | Intercompany Analysis | 0.80 | 710.00 |
| 0031 | Canadian Proceedings/Matters | 51.20 | 42,847.50 |
| TOTAL | | 63.3 | $ 51,290.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---:|---:|
| 4/5/2017 | Copies | 15.00 | 1.50 |
| 4/5/2017 | Copies | 9.00 | 0.90 |
| 4/5/2017 | Copies | 9.00 | 0.90 |
| 4/6/2017 | Copies | 6.00 | 0.60 |
| 4/7/2017 | Copies | 15.00 | 1.50 |
| 4/7/2017 | Copies | 34.00 | 3.40 |
| 4/7/2017 | Copies | 34.00 | 3.40 |
| 4/10/2017 | Copies | 28.00 | 2.80 |
| 4/10/2017 | Copies | 27.00 | 2.70 |
| 4/10/2017 | Copies | 27.00 | 2.70 |
| 4/11/2017 | Copies | 2.00 | 0.20 |
| 4/11/2017 | Copies | 2.00 | 0.20 |
| 4/11/2017 | Copies | 9.00 | 0.90 |
| 4/11/2017 | Copies | 15.00 | 1.50 |
| 4/13/2017 | Copies | 20.00 | 2.00 |
| 4/13/2017 | Copies | 10.00 | 1.00 |
| 4/13/2017 | Copies | 3.00 | 0.30 |
| 4/17/2017 | Copies | 7.00 | 0.70 |
| 4/18/2017 | Copies | 10.00 | 1.00 |
| 4/18/2017 | Copies | 10.00 | 1.00 |
| 4/18/2017 | Copies | 66.00 | 6.60 |
| 4/20/2017 | Copies | 4.00 | 0.40 |
| 4/20/2017 | Copies | 10.00 | 1.00 |
| 4/21/2017 | Copies | 7.00 | 0.70 |
| 4/24/2017 | Copies | 13.00 | 1.30 |
| 4/24/2017 | Copies | 25.00 | 2.50 |
| 4/24/2017 | Copies | 8.00 | 0.80 |
| 4/24/2017 | Copies | 17.00 | 1.70 |
| 4/24/2017 | Copies | 17.00 | 1.70 |
| 4/24/2017 | Copies | 3.00 | 0.30 |
| 4/25/2017 | Copies | 8.00 | 0.80 |
| 4/25/2017 | Copies | 10.00 | 1.00 |
| 4/26/2017 | Copies | 9.00 | 0.90 |
| 4/26/2017 | Copies | 10.00 | 1.00 |
| 4/27/2017 | Copies | 291.00 | 29.10 |

**Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.**

**CASSELS BROCK & BLACKWELL LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc, et al.

Invoice # 2015205

Matter # 046992-00001

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 4/27/2017 | Copies | 24.00 | 2.40 |
| 4/27/2017 | Copies | 2.00 | 0.20 |
| 4/27/2017 | Copies | 2.00 | 0.20 |
| 4/27/2017 | Copies | 8.00 | 0.80 |
| 4/27/2017 | Copies | 4.00 | 0.40 |
| 4/27/2017 | Copies | 2.00 | 0.20 |
| 4/27/2017 | Copies | 2.00 | 0.20 |
| 4/27/2017 | Copies | 8.00 | 0.80 |
| 4/28/2017 | Copies | 2.00 | 0.20 |
| 4/28/2017 | Copies | 2.00 | 0.20 |
| 4/28/2017 | Copies | 2.00 | 0.20 |
|  | **Total** | **848.00** | **84.80** |