# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2017
### (All Amounts in Canadian Dollars)

Non-Taxable Disbursements
  Copies                                                  $   84.80

Total Non-Taxable Disbursements          $   84.80 CDN.