**EXHIBIT E**

Case 09-10138-MFW    Doc 18258-6    Filed 05/30/17    Page 2 of 2

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2017 THROUGH APRIL 30, 2017
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rates | Billed Value |
|---|---|---|---|---|---|---|
| Geoffrey B. Shaw | Partner | Advocacy | Ontario - 1986 | 0.30 | $945.00 | $283.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 41.10 | $850.00 | $34,935.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 9.10 | $465.00 | $4,231.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 12.80 | $925.00 | $11,840.00 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 63.30 |  | $51,290.00 |