**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc. et al.,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: TBD** |

**NOTICE OF THIRTEENTH INTERIM FEE APPLICATION REQUEST**

Name of Applicant: Cassels Brock & Blackwell LLP

Authorized to Provide Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 17, 2014, *Nunc Pro Tunc* to March 4, 2014

Period for which compensation and reimbursement is sought: February 1, 2017 through April 30, 2017[2]

Amount of Compensation sought as actual, reasonable and necessary: CDN. $187,474.50 Equivalent to USD $139,199.82[3]

Amount of Expense Reimbursement sought as actual, reasonable and necessary: CDN. $1,295.50 Equivalent to USD $961.91[3]

This is (a)n: _X_ interim ____ final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Cassels Brock & Blackwell LLP's February, 2017, March, 2017 and April, 2017 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on May 30, 2017 was CDN. $1.00 U.S. $0.7425

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 5/19/17 Docket No. 18828 | 2/1/17 –2/28/17 | $84,949.00 | $226.70 | $67,959.20 Pending Obj. Deadline June 9, 2017 | $226.70 Pending Obj. Deadline June 9, 2017 | $16,989.80 |
| Date Filed: 5/26/17 Docket No. 18253 | 3/1/17 –3/31/17 | $51,235.50 | $984.00 | $40,988.40 Pending Obj. Deadline June 16, 2017 | $984.00 Pending Obj. Deadline June 16, 2017 | $10,247.10 |
| Date Filed: 5/30/17 Docket No. 18258 | 4/1/17 - 4/30/17 | $51,290.00 | $84.80 | $41,032.00 Pending Obj. Deadline June 21, 2017 | $84.80 Pending Obj. Deadline June 21, 2017 | $10,258.00 |
| **TOTALS:** | All amounts in CDN.$ | $187,474.50 | $1,295.50 | $149,979.60[4] | $1,295.50[5] | $37,494.90 |

Summary of any Objections to Fee Applications: None.

Dated: May 30, 2017
Toronto, Ontario

Michael J. Wunder
CASSELS BROCK & BLACKWELL LLP
Suite 2100, Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2
(416) 869-5300
Canadian Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.