# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |
| | ) **Related Docket Nos. 18022, 18128 & 18212** |

## TENTH INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2017 THROUGH APRIL 30, 2017

| | |
|---|---|
| Name of Applicant: | Whiteford, Taylor & Preston LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 13, 2015, *nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement are sought: | February 1, 2017 through April 30, 2017 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $109,986.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $6,068.12 |

This is a(n):  __ monthly     X  interim     __ final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667); and Nortel Networks India International Inc. (8667).

2240000.1

2240000v1

## SUMMARY OF FEE APPLICATIONS FOR COMPENSATION PERIOD
## FEBRUARY 1, 2017 THROUGH APRIL 30, 2017

| Date Filed | | Requested | | Approved/ Pending Approval | | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket No. 18022 Date Filed: 3/17/17 | 2/1/17 - 2/28/17 | $46,298.00 | $1,344.43 | $37,038.40 | $1,344.43 | $9,259.60 |
| Docket No. 18128 Date Filed: 4/24/17 | 3/1/17 - 3/31/17 | $24,337.50 | $4,648.89 | $19,470.00 | $4,648.89 | $4,867.50 |
| Docket No. 18212 Date Filed: 5/15/17 | 4/1/17 - 4/30/17 | $39,351.00 | $74.80 | $31,480.80 | $74.80 | $7,870.20 |
| **TOTALS:** | | **$109,986.50** | **$6,068.12** | **$87,989.20** | **$6,068.12** | **$21,997.30** |

Summary of Any Objections to Fee Applications: None

2240000v1

Dated: May 30, 2017
    Wilmington, Delaware

*/s/ L. Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950

-and-

David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

*Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*