UNITED STATES BANKRUPTSY COURT
DISTRICT OF DELAWARE (DELAWARE)

| | |
|---|---|
| In Re. ) | |
| ) | Case No.:09-10138(KG) |
| NORTEL NETWORKS INC. ) | Chapter 11 |
| ) | |
| DEBTOR. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that undersigned have appeared as counsel for Mera Networks, Inc. in the above referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the below now withdraw their appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and Mera Networks, Inc. consent to withdrawal as counsel.

**PLEASE TAKE FURTHER NOTICE** that the below request to be removed from the service list, in this case, the mailing matrix, and the Court's electronic notice system in this matter.

Roman V. Gambourg, Esq.
Gambourg & Borsen, LLC
100 Wall Street, 25th Floor
New York, NY 10005
Tel.: 212-937-7788
Fax: 201-242-6888
E-mail: rgambourg@rvgab.com

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: May 18, 2017

                                          Respectfully Submitted,

                                          **GAMBOURG & BORSEN, LLC**

                                          By: __/s/ Roman Gambourg_____
                                                **ROMAN V. GAMBOURG, ESQ.**

                                          100 Wall Street, 25th Floor
                                          New York, NY 10005
                                          Tel.: (212) 937-7788
                                          Fax: (201) 242-6888

                                          ATTORNEY FOR MERA NETWORKS, INC.

## CERTIFICATE OF SERVICE

     I, Roman V. Gambourg, of Gambourg & Borsen, LLC, hereby certify that on May 18th, 2017, I caused a copy of the Notice of Withdrawal of Appearance and Request for Service of Papers to be served on all Parties by U.S. Mail:


                                          /s/ Roman V. Gambourg_____

