# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## APRIL 1, 2017 THROUGH APRIL 30, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 16.70 | $10,480.00 |
| Other Professionals' Fee Applications/Reports | 1.50 | $1,087.50 |
| Creditors' Committee Meetings | 4.70 | $4,086.00 |
| Court Hearings | 15.10 | $7,501.00 |
| General Claims Analysis/Claims Objections | 51.30 | $52,536.50 |
| Canadian Proceedings/Matters | 30.70 | $30,458.00 |
| Intercompany Analysis | .10 | $110.50 |
| **TOTAL** | **120.10** | **$106,259.50** |



| | | | |
|---|---|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | | Invoice Number | 1716827 |
| ATTN: JOHN DOLITTLE | | Invoice Date | 05/25/17 |
| 8601 SIX FORKS ROAD | | Client Number | 687147 |
| SUITE 400 | | Matter Number | 0001 |
| RALEIGH, NC 27615 | | | |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/17 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 16.70 | $10,480.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.50 | $1,087.50 |
| 0007 | Creditors Committee Meetings | 4.70 | $4,086.00 |
| 0008 | Court Hearings | 15.10 | $7,501.00 |
| 0012 | General Claims Analysis/Claims Objections | 51.30 | $52,536.50 |
| 0014 | Canadian Proceedings/Matters | 30.70 | $30,458.00 |
| 0029 | Intercompany Analysis | 0.10 | $110.50 |
| | TOTAL | 120.10 | $106,259.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Bill Number: 1716827

Page 2  
05/25/17

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 04/03/17 | DHB | 0003 | Review response to fee examiner. | 0.10 |
| 04/03/17 | AL | 0003 | Internal communication re: fee report. | 0.30 |
| 04/04/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 1.20 |
| 04/07/17 | DHB | 0003 | Review of February/March bill. | 0.20 |
| 04/07/17 | AL | 0003 | Review prebill for confidentiality and privilege (1.3); prepare fee application (2.2). | 3.50 |
| 04/10/17 | AL | 0003 | Prepare fee application (2.0); review fee examiner report (.4). | 2.40 |
| 04/12/17 | AL | 0003 | Prepare February schedules (2.6); review prebill for confidentiality and privilege (.7). | 3.30 |
| 04/13/17 | AL | 0003 | Prepare fee application (2.1); review prebill for confidentiality and privilege (.4). | 2.50 |
| 04/17/17 | DHB | 0003 | Review and revise latest fee application materials (.7); communicate with A. Loring re changes thereto (.1); review revised draft and execute (.2). | 1.00 |
| 04/17/17 | AL | 0003 | Prepare and file fee application. | 2.10 |
| 04/28/17 | AL | 0003 | Review prebill for confidentiality and privilege. | 0.10 |
| 04/05/17 | AL | 0004 | Review fee examiner reports of other professionals. | 0.40 |
| 04/21/17 | BMK | 0004 | Review BRG fee app. | 0.60 |
| 04/21/17 | AL | 0004 | Review fee application of other professionals. | 0.10 |
| 04/24/17 | AL | 0004 | Review fee applications of other professionals. | 0.40 |
| 04/13/17 | AL | 0007 | Prepare for Committee call. | 1.00 |
| 04/14/17 | RAJ | 0007 | Attend Committee call. | 0.70 |
| 04/14/17 | DHB | 0007 | Prepare for Committee call (.6); attend same re: escrow (.7); emails with Cleary as follow-up (.2). | 1.50 |
| 04/14/17 | AL | 0007 | Prepare for (.8) and attend (.7) Committee call. | 1.50 |
| 04/04/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/05/17 | SAD | 0008 | Review docket for updates and circulate. | 0.20 |
| 04/07/17 | AL | 0008 | Review omnibus hearing scheduling order. | 0.70 |
| 04/10/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/11/17 | SAD | 0008 | Review docket for updates (.1) and circulate (.1). | 0.20 |
| 04/12/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/13/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/14/17 | SAD | 0008 | Review docket for updates (.1) and circulate (.1). | 0.20 |
| 04/18/17 | JCE | 0008 | Review docket updates. | 0.50 |
| 04/20/17 | AL | 0008 | Prepare for omnibus hearing. | 0.30 |
| 04/21/17 | AL | 0008 | Prepare for April 25 hearing. | 0.50 |
| 04/24/17 | DHB | 0008 | Communicate with A. Loring re omnibus hearing (.1) (.1); begin review of pleadings re same (.4); emails re motion to adjourn (.2); review of same (.5). | 1.30 |
| 04/24/17 | AL | 0008 | Prepare for hearing (1.9); communication re: hearing adjournment (.4). | 2.30 |
| 04/24/17 | JCE | 0008 | Prepare materials for hearing. | 1.50 |
| 04/25/17 | JCE | 0008 | Review (.6) and circulate (.2) docket updates. | 0.80 |
| 04/26/17 | JCE | 0008 | Review (.6) and circulate (.2) docket updates. | 0.80 |
| 04/27/17 | SAD | 0008 | Review docket for updates and circulate. | 0.10 |
| 04/28/17 | DK | 0008 | Communicate with A. Loring re preparation for hearing (.2); review and organize hearing materials (.4); review pleadings filed under seal (.6); prepare hearing notebook (.8); communicate with attorney re status (.1). | 2.10 |
| 04/28/17 | AL | 0008 | Prepare for hearing in SNMP claims adversary proceeding (2.7); review order shortening notice of hearing (.5). | 3.20 |
| 04/03/17 | AL | 0012 | Review response to omnibus claims objection. | 0.80 |
| 04/04/17 | RAJ | 0012 | Review case deposition testimony in SNMP claims adversary proceeding (1.2); follow up with Cleary re additional days of testimony (.2). | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                               Page 3
Bill Number: 1716827                                                                                   05/25/17

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 04/04/17 | DHB | 0012 | Communication with R. Johnson re status of SNMP claims adversary proceeding (.1); review emails re omnibus objection response (.1). | 0.20 |
| 04/05/17 | RAJ | 0012 | Emails re SNMP claims adversary proceeding filings under seal (.2, .1). | 0.30 |
| 04/05/17 | AL | 0012 | Internal communication re: pleadings in SNMP claims adversary proceeding. | 0.20 |
| 04/06/17 | RAJ | 0012 | Emails re SNMP claims discovery (.2); emails re SNMP reply brief on motion to amend proofs of claim (.3). | 0.50 |
| 04/06/17 | DHB | 0012 | Email communications with R. Johnson re SNMP claims adversary proceeding. | 0.10 |
| 04/06/17 | AL | 0012 | Internal communication re: pleadings in SNMP claims adversary proceeding. | 0.30 |
| 04/07/17 | RAJ | 0012 | Emails with Cleary and Akin teams re SNMP briefing in claims adversary proceeding. | 0.20 |
| 04/10/17 | RAJ | 0012 | Analyze redacted SNMP reply brief on motion to amend POCs (1.2); emails with Akin team re same (.2, .1); email SNMP counsel re confidentiality issues (.3). | 1.80 |
| 04/11/17 | RAJ | 0012 | Analyze SNMP motion to exclude testimony and for finding that Schedule 1 is unambiguous in claims adversary proceeding (1.4); review supporting documentation (.5). | 1.90 |
| 04/12/17 | RAJ | 0012 | Analyze issues re SNMP motion to exclude testimony in claims adversary proceeding (1.5); confer with D. Botter re same (.1). | 1.60 |
| 04/12/17 | DHB | 0012 | Office conference with R. Johnson re SNMP claims adversary proceeding (.1); review latest SNMP pleadings (reply in support and motion to exclude) (1.0). | 1.10 |
| 04/13/17 | RAJ | 0012 | Follow up emails with SNMP counsel re confidentiality issues and protective order in claims adversary proceeding (.2, .1); review unredacted portion of reply brief (.1); review deposition testimony (1.7). | 2.10 |
| 04/13/17 | AL | 0012 | Review filing in SNMP claims adversary proceeding. | 0.10 |
| 04/14/17 | RAJ | 0012 | Review Netas claim and response to NNI objection (.4); analyze SNMP damages issues (.5). | 0.90 |
| 04/14/17 | RAJ | 0012 | Review Netas claim and response to NNI objection (.4); analyze SNMP damages claim issues (.5). | 0.30 |
| 04/14/17 | AL | 0012 | Review response to omnibus claim objection. | 0.40 |
| 04/17/17 | DHB | 0012 | Review Netas claim response and email re same. | 0.50 |
| 04/18/17 | RAJ | 0012 | Emails re SNMP motion to exclude extrinsic and expert evidence in claims adversary proceeding (.2); further analyze evidentiary issues re motion (1.1). | 1.30 |
| 04/18/17 | DHB | 0012 | Email communications re Netas claim (.1); telephone call with J. Hyland re same (.2); communication with A. Loring re memo to Committee re same (.1); review of same (.1). | 0.50 |
| 04/18/17 | AL | 0012 | Review response to omnibus claims objection (1.1); internal communication re: same (.3); review pleadings in SNMP claims adversary proceeding (1.3). | 2.70 |
| 04/19/17 | DHB | 0012 | Review and revise memo re Netas claim. | 0.20 |
| 04/19/17 | AL | 0012 | Review pleading in SNMP claims adversary proceeding (.3); communication re: forty-seventh omnibus claims objection (.8). | 1.10 |
| 04/20/17 | RAJ | 0012 | Review SNMP deposition testimony and pleadings on file in claims adversary proceeding (1.5); draft analysis for Committee re SNMP litigation (2.4); emails with D. Botter re SNMP (.2); emails with Cleary re evidentiary and confidentiality issues (.2, .1); emails with SNMP counsel re confidentiality issues (.3); review Debtors' opposition to SNMP motion to exclude extrinsic evidence and testimony of Dr. Razgaitis (.6). | 5.30 |
| 04/20/17 | DHB | 0012 | Initial review of SNMP claims adversary proceeding memo (.3) and emails with R. Johnson re same (.2). | 0.50 |
| 04/20/17 | AL | 0012 | Review response to omnibus claims objection (1.2). | 1.20 |
| 04/21/17 | RAJ | 0012 | Edits to SNMP analysis in claims adversary proceeding (.8); emails with | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 4
Bill Number: 1716827  05/25/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | team re same (.1). | |
| 04/22/17 | DHB | 0012 | Review and revise memo to UCC on SNMP claims litigation. | 0.70 |
| 04/23/17 | DHB | 0012 | Review Lucese claims pleadings (.8); emails with Cassels re same (.1) (.1). | 1.00 |
| 04/24/17 | RAJ | 0012 | Review and incorporate D. Botter edits to SNMP claims analysis (1.1); review transcripts (1.8); further edits to SNMP report (1.5). | 4.40 |
| 04/24/17 | AL | 0012 | Review and revise memorandum re: SNMP claims adversary proceeding. | 0.80 |
| 04/25/17 | RAJ | 0012 | Follow up with Akin team re SNMP filings and open issues (.8); confer with D. Botter re SNMP (.2); emails with Cleary team re open SNMP issues (.2, .1, .1); review exhibits to brief in opposition to motion to exclude (1.4). | 2.80 |
| 04/25/17 | DHB | 0012 | Communicate with A. Loring re Owens motion and communications to Committee re same (.1); email communications re SNMP claims adversary proceeding (.1); office conference with R. Johnson re same and status (.2); emails communications re same (.1) (.1). | 0.60 |
| 04/25/17 | AL | 0012 | Review Owens response to omnibus claims objection (.9); communication with Committee re: same (.7). | 1.60 |
| 04/26/17 | RAJ | 0012 | Further analyze SNMP arguments in motion to amend POCs (.7); analyze counter-arguments (1.5); provide comments to Cleary draft brief (.3); draft Committee statement on SNMP motion (1.4, 1.1); emails with Akin team and with Committee re draft (.5, .3); further edits to draft statement (.5); finalize details re filings (.4, .2); multiple emails with Cleary re details of filings in SNMP claims adversary proceeding (.3, .2). | 7.40 |
| 04/26/17 | DHB | 0012 | Review Debtors' draft sur-reply (.7); emails re same (.1); review and revise joinder (.5); emails with R. Johnson re same (.1) (.1); emails re class action claims in Canada (.1); emails re changes to Debtors' pleadings and review of same (.2). | 1.80 |
| 04/26/17 | AL | 0012 | Review filings in SNMP claims adversary proceeding. | 0.60 |
| 04/27/17 | RAJ | 0012 | Analyze SNMP reply brief on motion to exclude evidence in claims adversary proceeding (.5); emails with opposing counsel re same (.2); emails with Akin team re same (.1). | 0.80 |
| 04/28/17 | RAJ | 0012 | Communicate with Akin team re SNMP claims matter and evidentiary submissions (.2, .2). | 0.40 |
| 04/03/17 | RAJ | 0014 | Emails re developments in Canadian sanction appeal. | 0.20 |
| 04/03/17 | DHB | 0014 | Email communications with Monitor counsel re status of sanction appeal process (.1); email to team re same (.1). | 0.20 |
| 04/03/17 | AL | 0014 | Review status update re: Canadian sanction appeals. | 0.50 |
| 04/06/17 | DHB | 0014 | Email communications with Monitor, L. Schweitzer and Committee members re status of escrow. | 0.30 |
| 04/07/17 | DHB | 0014 | Emails with Cleary re escrow status (.1); emails with team re same (.1); emails with Committee members re same (.1); begin review of new draft (.4). | 0.70 |
| 04/07/17 | AL | 0014 | Review Canadian Escrow documents. | 0.20 |
| 04/09/17 | DHB | 0014 | Emails with Canadian counsel re escrow (.1); consider Court approval/consent issues and respond (.2). | 0.30 |
| 04/10/17 | RAJ | 0014 | Review draft waiver and reserve escrow documents regarding Canadian LTD claimants' appeal, and related emails (.4. .3); review developments re claims litigation in Canada (.2). | 0.90 |
| 04/10/17 | DHB | 0014 | Detailed review of all proposed changes to order and LTD warrant agreement (.7); email communications with Cassels re discussions in Canada (.4); consider next steps (.2); emails with BRG re financial impact of escrow (.1). | 1.40 |
| 04/11/17 | RAJ | 0014 | Emails re LTD claimants' appeals. | 0.20 |
| 04/11/17 | DHB | 0014 | Communications re escrow issues (.2); telephone call with L. Schweitzer re same (.3); review latest draft of LTD agreement (.3); emails re same | 1.70 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 5
Bill Number: 1716827  05/25/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.1); emails to Cassels re same (.2); review and consider EMEA comments and next steps (.3); emails with BRG re economic impacts of escrow (.3). | |
| 04/11/17 | AL | 0014 | Review updated documents related to Canadian escrow (1.5); internal communication re: same (.3). | 1.80 |
| 04/12/17 | RAJ | 0014 | Review news re Nortel environmental issues in Canada and related emails. | 0.30 |
| 04/12/17 | DHB | 0014 | Review mark-up of Canadian settlement agreement to last draft (.3); communication with A. Loring re same (.1); emails with Cleary re status (.1) (.1). | 0.60 |
| 04/13/17 | RAJ | 0014 | Review revised Canadian escrow and reserve agreement and related emails. | 0.30 |
| 04/13/17 | DHB | 0014 | Email communications re Canadian escrow issues (.1); conference call with US Debtors re same (.3); follow-up emails (.3); emails with Cassels re same (.1); telephone call with A. Leblanc re escrow (.3); review and revise memo to Committee re same (.2) and emails re same (.1); review BRG deck (.5); emails re same (.3); review new drafts (.2) and emails re same (.1); emails with L. Schweitzer re status (.1); emails to Committee members re same (.1). | 2.70 |
| 04/13/17 | AL | 0014 | Review BRG analysis of Canadian escrow (.7); review Canadian escrow documents (.7); correspondence with Committee re: same (.3). | 1.70 |
| 04/14/17 | RAJ | 0014 | Review BRG analysis of recovery scenarios. | 0.20 |
| 04/17/17 | RAJ | 0014 | Review factum of securities litigation plaintiffs re D&O litigation. | 0.40 |
| 04/17/17 | DHB | 0014 | Emails with Cleary re status of Canadian escrow. | 0.10 |
| 04/18/17 | RAJ | 0014 | Review emails re Canadian escrow status and related draft documentation. | 0.20 |
| 04/18/17 | DHB | 0014 | Emails with A. Leblanc and L. Schweitzer re Canadian escrow (.1); review latest draft from Goodmans plus order (.4); draft status memo to Committee re same (.3). | 0.80 |
| 04/20/17 | DHB | 0014 | Email communications re status of escrow and consider next steps. | 0.20 |
| 04/24/17 | RAJ | 0014 | Review developments and revised documents re LTD escrow. | 0.10 |
| 04/24/17 | DHB | 0014 | Emails with US Debtors and Monitor re escrow (.3); emails to team re same (.1); review and consider consent associated therewith (.2); emails re same (.1); communicate with B. Kahn re same (.1); memo to UCC re status (.1). | 0.90 |
| 04/24/17 | BMK | 0014 | Analysis of plan waiver and escrow issues (1.4); emails with Cleary, D. Botter re: same (0.5). | 1.90 |
| 04/25/17 | RAJ | 0014 | Review updates and revised documents re LTD escrow status. | 0.10 |
| 04/25/17 | DHB | 0014 | Emails with B. Beller re: consent re: waiver and suggest changes thereto (.4); communication with A. Loring re: drafting changes to consent (.2) (.1); review and revise consent draft (.5); further revisions (.2) (.2); communication with A. Loring and B. Kahn re: next steps and memo to Committee (.1) (.2); begin review of motion (.3). | 2.20 |
| 04/25/17 | BMK | 0014 | Review and comment on plan waiver documents. | 0.80 |
| 04/25/17 | AL | 0014 | Review and revise acknowledgment of consent for waiver and reserve agreement. | 3.30 |
| 04/26/17 | DHB | 0014 | Continue review of US pleadings re: consent (.5); communications with Cleary re same (.1); review Canadian draft pleadings and emails re same (.6) (.1); emails with team, Debtors and Committee re same (.1) (.1) (.1). | 1.60 |
| 04/26/17 | BMK | 0014 | Review of Canadian escrow issues. | 0.80 |
| 04/26/17 | AL | 0014 | Revise acknowledgment of consent for waiver and reserve agreement. | 0.50 |
| 04/27/17 | RAJ | 0014 | Review motion record and emails re Canadian motion for waiver of finality condition. | 0.20 |
| 04/27/17 | RAJ | 0014 | Review motion to approve waiver of finality condition and motion to shorten notice (.3); emails re same and re Effective Date (.2). | 0.50 |
| 04/27/17 | DHB | 0014 | Email communications re Reserve motions in US and Canada (.2); review changes (.1). | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                              Page 6
Bill Number: 1716827                                                 05/25/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 04/27/17 | AL | 0014 | Review motion to authorize waiver and reserve agreement. | 1.40 |
| 04/28/17 | DHB | 0014 | Communications re waiver and reserve hearings. | 0.20 |
| 04/28/17 | RAJ | 0029 | Review draft letter to Third Circuit re status of allocation appeals. | 0.10 |

Total Hours 120.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| R A JOHNSON | 38.70 | at | $1105.00 | = | $42,763.50 |
| D H BOTTER | 25.50 | at | $1250.00 | = | $31,875.00 |
| B M KAHN | 4.10 | at | $950.00 | = | $3,895.00 |
| A LORING | 45.00 | at | $575.00 | = | $25,875.00 |
| D KRASA-BERSTELL | 2.10 | at | $370.00 | = | $777.00 |
| S A D'ADDESE | 1.10 | at | $240.00 | = | $264.00 |
| J C ELUSTONDO | 3.60 | at | $225.00 | = | $810.00 |

Current Fees                                                      $106,259.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Document Retrieval | $311.40 |
| Duplication - In House | $34.80 |
| Meals (100%) | $114.22 |
| Travel - Ground Transportation | $22.20 |
| Travel - Train Fare | $1,930.00 |

Current Expenses                                                    $2,412.62

**Total Amount of This Invoice**                                **$108,672.12**

**Prior Balance Due**                                              $88,305.37

**Total Balance Due Upon Receipt**                                $196,977.49