# EXHIBIT C

**DISBURSEMENT SUMMARY**

**APRIL 1, 2017 THROUGH APRIL 30, 2017**

| | |
|---|---:|
| Document Retrieval | $311.40 |
| Duplication – In House | $34.80 |
| Meals (100%) | $114.22 |
| Travel – Ground Transportation | $22.20 |
| Travel – Train Fare | $1,930.00 |
| **TOTAL** | **$2,412.62** |