# EXHIBIT D

Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC 27615

| | |
|---|---|
| Invoice Number | 1716827 |
| Invoice Date | 05/25/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/17 :

| | |
|---|---|
| Current Fees | $106,259.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/09/17 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2575372 DATE: 1/15/2017 Anthony Loring - Fig & Olive III - 01/09/2017 | $29.72 |
| 01/11/17 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2575372 DATE: 1/15/2017 Brad Kahn - Hummus & Pita Co. 8th Ave) - 01/11/2017 | $24.94 |
| 01/11/17 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2575372 DATE: 1/15/2017 Anthony Loring - Akdeniz - 01/11/2017 | $17.12 |
| 01/12/17 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 2575372 DATE: 1/15/2017 Anthony Loring - Bella Vita 43rd/8th) - 01/12/2017 | $25.06 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                                  Page 2
Bill Number: 1716827                                                                                                       05/25/17

| | | |
|---|---|---|
| 01/12/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 569046 DATE: 1/12/2017 NAME: BOTTER DAVID H TICKET #: 0010072490 DEPARTURE DATE: 01/16/2017 ROUTE: NYP WIL NYP Business fare - reduced | $337.00 |
| 01/12/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 569046 DATE: 1/12/2017 NAME: BOTTER DAVID H TICKET #: 0699323601 DEPARTURE DATE: 01/16/2017 ROUTE: UNKNOWN | $32.00 |
| 01/19/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 574840 DATE: 1/19/2017 NAME: BOTTER DAVID H TICKET #: 0010111127 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP Business fare - reduced | $396.00 |
| 01/19/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 574840 DATE: 1/19/2017 NAME: BOTTER DAVID H TICKET #: 0699640526 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/19/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 574873 DATE: 1/19/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0010113693 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP   Business fare - reduced | $396.00 |
| 01/19/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 574873 DATE: 1/19/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0699640540 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/19/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 574882 DATE: 1/19/2017 NAME: LORING ANTHONY TICKET #: 0010115268 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP Business fare - reduced | $396.00 |
| 01/19/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 574882 DATE: 1/19/2017 NAME: LORING ANTHONY TICKET #: 0699640545 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/23/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 576837 DATE: 1/23/2017 NAME: LORING ANTHONY TICKET #: 0699740532 DEPARTURE DATE: | $32.00 |

| Date | Description | Amount |
|---|---|---|
| 01/23/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 576841 DATE: 1/23/2017 NAME: BOTTER DAVID H TICKET #: 0699740535 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/23/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 576845 DATE: 1/23/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0699740537 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/23/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 577802 DATE: 1/23/2017 NAME: LORING ANTHONY TICKET #: 0699787689 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/23/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 577804A DATE: 1/23/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0699787690 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 578659 DATE: 1/24/2017 NAME: LORING ANTHONY TICKET #: 0699832913 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 578659 DATE: 1/24/2017 NAME: LORING ANTHONY TICKET #: 7322076586 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP | $87.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 578678 DATE: 1/24/2017 NAME: BOTTER DAVID H TICKET #: 0699834925 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 578678 DATE: 1/24/2017 NAME: BOTTER DAVID H TICKET #: 7322076487 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP | $87.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 578686 DATE: 1/24/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0699834929 DEPARTURE DATE: 01/24/2017 ROUTE: UNKNOWN | $32.00 |

| Date | Description | Amount |
|---|---|---|
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 578686 DATE: 1/24/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0940123807 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP | $87.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 10007740 DATE: 1/24/2017 NAME: KAHN BRAD MICHAEL TICKET #: 0948103786 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP | $-80.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 10007742 DATE: 1/24/2017 NAME: LORING ANTHONY TICKET #: 0010115276 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP | $-80.00 |
| 01/24/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 10007743 DATE: 1/24/2017 NAME: BOTTER DAVID H TICKET #: 0933020573 DEPARTURE DATE: 01/24/2017 ROUTE: NYP WIL NYP | $-80.00 |
| 04/05/17 | Document Retrieval  USAGE FROM: 1/1/17 TO 3/31/17 VENDOR: PACER SERVICE CENTER; INVOICE#: 2503192-Q12017; DATE: 4/5/2017 | $311.40 |
| 04/13/17 | Meals (100%)  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEA/DC upload INVOICE#: 2640586 DATE: 4/16/2017 Anthony Loring - Akdeniz - 04/13/2017 | $17.38 |
| 04/13/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1745117704251703 DATE: 4/25/2017 Taxi/Car Service/Public Transport, 04/13/17, Late car home, Uber | $22.20 |
| 04/24/17 | Duplication - In House  Photocopy - Elustondo, James, NY, 348 page(s) | $34.80 |

|  |  |
|---|---|
| Current Expenses | $2,412.62 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$108,672.12** |
| **Prior Balance Due** | $88,305.37 |
| **Total Balance Due Upon Receipt** | $196,977.49 |