# EXHIBIT E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**APRIL 1, 2017 THROUGH APRIL 30, 2017**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 15 years; Admitted in 1990; Financial Restructuring Department | $1,250 | 25.50 | $31,875.00 |
| Robert A. Johnson | Partner for 20 years; Admitted in 1988; Litigation Department | $1,105 | 38.70 | $42,763.50 |
| Brad M. Kahn | Partner for 1 year; Admitted in 2008; Financial Restructuring Department | $950 | 4.10 | $3,895.00 |
| Anthony Loring | Associate for 2 years; Admitted in 2016; Financial Restructuring Department | $575 | 45.00 | $25,875.00 |
| Sarah A. D'Addese | Legal Assistant for 4 years; Financial Restructuring Department | $240 | 1.10 | $264.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $370 | 2.10 | $770.00 |
| James C. Elustondo | Legal Assistant for 1 year; Financial Restructuring Department | $225.00 | 3.60 | $810.00 |

Total Amount of Fees:  **$106,259.50**

Total Number of Hours:  120.10

Blended Hourly Rate:  **$884.76**