**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                         :
*In re*                                                  :      Chapter 11
                                                         :
Nortel Networks Inc., *et al.*, [1]                      :      Case No. 09-10138 (KG)
                                                         :
                              Debtors.                   :      Jointly Administered
                                                         :
---------------------------------------------------------X      **Objections Due:  June 21, 2017 at 4:00 p.m. (ET)**


**NOTICE OF SIXTY-SECOND INTERIM APPLICATION OF ERNST & YOUNG LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX
SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
THE PERIOD OF APRIL 1, 2017 THROUGH APRIL 30, 2017**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

        Attached hereto is the **Sixty-Second Interim Application Of Ernst & Young LLP
For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To
The Debtors And Debtors-In-Possession For The Period Of April 1, 2017 Through April 30,
2017**  (the "Application").

        You are required to file an objection ("Objection") if any, to the Application with the
Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd
Floor, Wilmington, Delaware 19801 on or before **June 21, 2017 at 4:00 p.m. (Eastern Time)** (the
"Objection Deadline").

        At the same time, you must serve such Objection on counsel for the Debtors so as to
be received by the Objection Deadline.

        A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT
THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE
GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel
        Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems
        International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722),
        Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel
        Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358),
        Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc.
        (4226), and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are
        available at http://dm.epiq11.com/nortel.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: May 31, 2017<br>    Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (No. 5125)<br>Lisa M. Schweitzer (No. 1033)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>    - and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>_/s/ Tamara K. Minott_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone:  302-658-9200<br>Facsimile:  302-658-3989<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |

10122789.12