**Exhibit B**

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Scott,James E (US011119307) | Air: AMEX Ticket Fee\\BPFICI | 3/28/2017 | $7.00 |
| | | Total: | $7.00 |