**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) ) | Case No. 09-10138 (KG) |
|  | ) ) |  |
| Debtors. | ) ) | Jointly Administered |
|  | ) ) | **Hearing Date: To Be Determined** |
|  | ) |  |

**THIRTY-THIRD QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF JANUARY 1, 2017 THROUGH APRIL 30, 2017**

E&Y LLP hereby submits its thirty-first quarterly fee application request (the "Request") for the period January 1, 2017 through and including April 30, 2017 (the "Compensation Period").

| E&Y LLP seeks approval of the following fee application: **Fee Application Filing Date** | **Period Covered By Application** | **Total Fees Requested** | **Total Expenses Requested** | **Certification of No Objection Filing Date, Docket No.** | **Amount of Fees Allowed (80%)** | **Amount of Expenses Allowed (100%)** | **Amount of Holdback Fees Sought** |
|---|---|---|---|---|---|---|---|
| 3/30/17 | 1/1/17 – 1/31/17 | $594,315.50 | $2,043.84 | 4.21.17 [18125] | $475,452.40 | $2,043.84 | $118,863.10 |
| 4/19/17 | 2/1/17 – 2/28/17 | $524,041.50 | $2,090.72 | 5.11.17 [18205] | $419,233.20 | $2,090.72 | $104,808.30 |
| 5/9/17 | 3/1/17 – 3/31/17 | $524,028.00 | $4,143.87 | PENDING | $419,222.40 | $4,143.87 | $104,805.60 |
| 5/31/17 | 4/1/17 – 4/30/17 | $449,493.00 | $7.00 | PENDING | $359,594.40 | $7.00 | $89,898.60 |
| **TOTAL** |  | **$2,091,878.00** | **$8,285.43** |  | **$1,673,502.40** | **$8,285.43** | **$418,375.60** |

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4845-5952-2121.1

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: May 31, 2017               Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

## COMPENSATION BY PROFESSIONAL
## THROUGH APRIL 30, 2017

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Abbott, Douglas J. | Partner | $700 | 28.5 | $20,025.00 |
| Adams, Elizabeth Trimble | Senior | $365 | 124.7 | $45,515.50 |
| Adams, Elizabeth Trimble* | Senior | $385 | 42.6 | $16,401.00 |
| Alqamoussi, Jaffer Emad | Senior | $365 | 34.0 | $12,410.00 |
| Beakey III, Andrew M. | Partner | $700 | 31.9 | $19,180.00 |
| Beakey III, Andrew M. * | Partner | $725 | 2.7 | $1,957.50 |
| Besio, James G. | Executive Director | $700 | 0.3 | $210.00 |
| Boulus, Albert | Manager | $510 | 0.5 | $255.00 |
| Branditz, Fred C. | Manager | $510 | 0.4 | $204.00 |
| Breton, Kristina | Senior | $365 | 67.5 | $24,637.50 |
| Breton, Kristina* | Senior | $385 | 21.0 | $8,085.00 |
| Carver, Gregory | National Partner | $750 | 1.0 | $750.00 |
| Chavez, Julian | Senior Manager | $600 | 0.5 | $300.00 |
| Clark, Randy | Senior Manager | $600 | 7.0 | $4,200.00 |
| Clark, Randy* | Senior Manager | $625 | 9.8 | $6,125.00 |
| Creel, Travis | Senior | $365 | 5.0 | $1,825.00 |
| Daly, Sarah Lee | Senior | $385 | 25.4 | $9,779.00 |
| Davison, Garrett M. | Manager | $510 | 31.0 | $14,994.00 |
| Davidson, Robin M. | Staff | $225 | 27.8 | $6,255.00 |
| Davidson, Robin M.* | Staff | $250 | 0.8 | $200.00 |
| Dean, Emily | Senior | $365 | 4.0 | $1,460.00 |
| DeVincenzo, Jennie Harrison | Senior Manager | $600 | 389.9 | $232,440.00 |
| DeVincenzo, Jennie Harrison* | Senior Manager | $625 | 80.5 | $50,312.50 |
| Evans, Mary Kathleen Goodwin | Staff | $225 | 2.9 | $652.50 |
| Ferris, Randy | Executive Director | $700 | 0.3 | $210.00 |
| Fox, George Gleason | Executive Director | $700 | 4.5 | $3,150.00 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fredericks, Alex J. | National Partner | $700 | 2.0 | $1,400.00 |
| Fredericks, Alex J.* | National Partner | $750 | 2.5 | $1,875.00 |
| Galicia, Berta A. | Staff | $225 | 291.9 | $65,677.50 |
| Galicia, Berta A.* | Staff | $250 | 76.7 | $19,175.00 |
| Gay, Abigail L. | Staff | $225 | 2.0 | $450.00 |
| Gentile, Matthew Donald | Senior Manager | $600 | 80.5 | $48,300.00 |
| Gentile, Matthew Donald* | Senior Manager | $625 | 6.0 | $3,750.00 |
| Gilbert, Angel Oliver | Senior | $365 | 62.1 | $22,666.50 |
| Gilbert, Angel Oliver* | Senior | $385 | 11.0 | $4,235.00 |
| Gouri, Amit | Senior Manager | $600 | 2.5 | $1,500.00 |
| Graham, Eric G. | Staff | $225 | 149.1 | $33,547.50 |
| Graham, Eric G.* | Staff | $250 | 83.4 | $20,850.00 |
| Gray, Taylor A. | Staff | $225 | 36.1 | $8,122.50 |
| Gray, Taylor A.* | Staff | $250 | 56.6 | $14,130.00 |
| Guglelmi, Thomas Austin Vincent | Executive Director | $700 | 1.0 | $700.00 |
| Hamilton, Mary Catherine | Senior | $365 | 80.4 | $29,346.00 |
| Hamilton, Mary Catherin* | Senior | $385 | 41.2 | $15,862.00 |
| Hamood, Mary | Senior | $365 | 77.3 | $28,214.50 |
| Hamood, Mary* | Senior | $385 | 37.0 | $14,245.00 |
| Hansen, Stephen T. | Staff | $225 | 86.5 | $19,462.50 |
| Hansen, Stephen T.* | Staff | $250 | 4.0 | $1,000.00 |
| Hausser, Kenneth C. | National Executive Director | $750 | 0.5 | $375.00 |
| Holt, Reginald Carnell | Staff | $225 | 2.3 | $517.50 |
| Ireland, Stephen | Staff | $225 | 2.0 | $450.00 |
| Jaworski, Joann L. | Staff | $250 | 2.5 | $625.00 |
| Joseph, Carl A. | Partner | $700 | 2.0 | $1,400.00 |
| Joseph, Riad | National Partner | $750 | 1.0 | $750.00 |
| Keating, Paige | Staff | $225 | 1.1 | $247.50 |
| Kennedy, Diana Lynn | Senior Manager | $600 | 74.8 | $44,880.00 |

4845-5952-2121.1

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kennedy, Diana Lynn* | Senior Manager | $625 | 13.8 | $8,625.00 |
| Lawrence, Kyle | Manager | $510 | 4.0 | $2,040.00 |
| Leja, Michael Edward | Senior | $365 | 3.5 | $1,277.50 |
| Lendino, Morgan Brickley | Manager | $510 | 15.0 | $7,650.00 |
| Lendino, Morgan Brickley* | Manager | $525 | 6.3 | $3,307.50 |
| Lepitzki, Andrea C. | National Executive Director | $750 | 1.7 | $1,275.00 |
| Long, Charles A. | Executive Director | $750 | 0.3 | $225.00 |
| Longest, Sheridan Jordan | Staff | $225 | 15.5 | $3,487.50 |
| Lowery, Kristie L. | National Partner | $750 | 194.9 | $144,675.00 |
| Malinowski, Robert | Executive Director | $700 | 0.6 | $420.00 |
| Matthews, McKay H | Senior | $365 | 3.0 | $1,095.00 |
| Mesler, Mark S. | Partner | $750 | 2.0 | $1,500.00 |
| Mills, Rebecca Hinson | Manager | $510 | 431.1 | $219,861.00 |
| Mills, Rebecca Hinson* | Manager | $525 | 81.0 | $42,525.00 |
| Montgomery, Jessica Lynn | Manager | $510 | 2.3 | $1,173.00 |
| Moore, Meredith M. | Senior | $365 | 7.8 | $2,847.00 |
| Moore, Meredith M.* | Senior | $385 | 8.5 | $3,272.50 |
| Niblock, Shelley Aldridge | Senior | $365 | 3.9 | $1,423.50 |
| Nowak, Rachel E. | Staff | $225 | 5.5 | $1,237.50 |
| Nunez, Allen Justin | Staff | $225 | 4.0 | $900.00 |
| Oliver, Angel L. | Senior | $365 | 7.0 | $2,555.00 |
| Persaud, Shivanie Kamini | Staff | $225 | 9.2 | $2,070.00 |
| Persaud, Shivanie Kamini* | Staff | $250 | 13.3 | $3,325.00 |
| Petrozzi, Gino V. | Senior Manager | $600 | 11.8 | $7,080.00 |
| Petrozzi, Gino V.* | Senior Manager | $625 | 1.1 | $687.50 |
| Quigley, Nicholas W. | Manager | $510 | 37.4 | $19,074.00 |
| Quigley, Nicholas W.* | Manager | $525 | 7.0 | $3,675.00 |
| Ramer, Priscilla M. | Staff | $225 | 4.0 | $900.00 |

3

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rayfield, Sarah Marie | Manager | $510 | 0.8 | $408.00 |
| Razook, Janel J. | Manager | $510 | 18.1 | $9,231.00 |
| Rhodes, Brett Thomas | Senior Manager | $600 | 7.2 | $4,320.00 |
| Risman, David L. | Senior | $365 | 36.8 | $13,432.00 |
| Risman, David L.* | Senior | $385 | 11.0 | $4,235.00 |
| Rivera, Luz Grycell | Staff | $250 | 1.2 | $300.00 |
| Rodriguez Rivera, Jorge Luis | Staff | $225 | 3.5 | $787.50 |
| Rodriguez Rivera, Jorge Luis* | Staff | $250 | 1.5 | $375.00 |
| Rodriguez-Ramos, Rosa M. | Executive Director | $725 | 2.8 | $2,030.00 |
| Rutter, Donna R. | Executive Director | $700 | 1.0 | $700.00 |
| Sanchez, Alexander | Staff | $225 | 10.5 | $2,362.50 |
| Sargent, Amy Johannah | Executive Director | $700 | 2.2 | $1,540.00 |
| Scott, James E. | Partner | $700 | 39.3 | $27,510.00 |
| Scott, James E. * | Partner | $725 | 12.9 | $9,352.50 |
| Scott, James E. * | Partner | $750 | 29.3 | $20,062.50 |
| Shapiro, Ari J. | Senior | $365 | 176.8 | $64,532.00 |
| Shapiro, Ari J.* | Senior | $385 | 60.1 | $23,138.50 |
| Small, Devin D. | Staff | $225 | 3.8 | $855.00 |
| Smith, Tremaine John | Senior Manager | $600 | 0.3 | $180.00 |
| Sorrells, Courtney Scruggs | Manager | $510 | 1.8 | $918.00 |
| Spencer, Angela K. | Senior Manager | $600 | 1.5 | $900.00 |
| Spencer, Angela K.* | Senior Manager | $625 | 1.0 | $625.00 |
| Spieler, Kathryn | Staff | $225 | 0.5 | $112.50 |
| Spyker, Deborah J. | National Executive Director | $700 | 1.0 | $700.00 |
| Spyker, Deborah J.* | National Executive Director | $725 | 2.8 | $2,030.00 |
| Spyker, Deborah J.* | National Executive Director | $750 | 1.8 | $1,350.00 |
| Stinnett, Curtis W. | Staff | $225 | 22.3 | $5,017.50 |

4

5

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Stinnett, Curtis W. | Staff | $250 | 17.6 | $4,400.00 |
| Sukumaran, Anil K. | Senior Manager | $600 | 3.5 | $2,100.00 |
| Swartwout, Christopher Satterlee | Staff | $225 | 2.5 | $562.50 |
| Trombley, Tarryn Kate Gurney | Manager | $510 | 32.8 | $16,728.00 |
| Walters, Sarah E. | Staff | $225 | 120.9 | $27,202.50 |
| Walters, Sarah E.* | Staff | $250 | 43.0 | $10,750.00 |
| Welsch, Anthony F. | Manager | $510 | 2.1 | $1,071.00 |
| Wilbanks, Kristyn E. | Staff | $225 | 20.5 | $4,612.50 |
| Williams, Edward M. | National Partner | $750 | 0.5 | $375.00 |
| Willis, Kristopher | Senior | $365 | 3.0 | $1,095.00 |
| Wood, Jeffrey T. | Executive Director | $700 | 431.7 | $299,180.00 |
| Wood, Jeffrey T.* | Executive Director | $725 | 134.7 | $97,657.50 |
| Wren, Kaitlin Doyle | Senior | $365 | 151.9 | $55,443.50 |
| Yuen, Rachel N. | Staff | $225 | 1.0 | $225.00 |
| **TOTAL** | | | **4,533.5** | **$2,091,878.00** |

* Employee received a promotion during the quarterly period.

**COMPENSATION BY PROJECT CATEGORY**
**THROUGH APRIL 30, 2017**

| Project Category[1] | Total Hours | Total Fees |
|---|---:|---:|
| Employment Tax | 2,304.4 | $1,061,611.50 |
| Federal Compliance | 285.6 | $90,408.00 |
| Federal Consulting | 1,296.2 | $665,463.00 |
| International Consulting | 125.8 | $60,179.00 |
| International Compliance | 2.8 | $1,257.00 |
| State and Local Consulting | 231.8 | $113,427.50 |
| State and Local Compliance | 269.7 | $91,996.50 |
| NNIII | 17.2 | $7,535.50 |
| **TOTAL** | **4,533.5** | **$2,091,878.00** |

**EXPENSE SUMMARY**
**THROUGH APRIL 30, 2017**

| Expense Category | Total Expenses |
|---|---:|
| Air[2] | $4,867.19 |
| Lodging | $1,567.16 |
| Meals | $1,115.11 |
| Mileage | $78.13 |
| Miscellaneous | $9.00 |
| Parking | $221.00 |
| Rental Car | $81.56 |
| Taxis | $333.08 |
| Tolls | $13.20 |
| **TOTAL** | **$8,285.43** |

---

[1] One additional category was added on the April fee statement which include NNIII
[2] All air expenses are coach/economy class.

6