# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Hearing Date: TBD** |

## NOTICE OF THIRTY-THIRD INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2017 through April 30, 2017[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $292,250.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,460.32 |

This is (a)n:  _X_  interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February 2017, March 2017, and April 2017 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/17/17 Docket No. 18108 | 2/1/17 – 2/28/17 | $123,507.00 | $2,615.23 | $98,805.60 | $2,615.23 | $24,701.40 |
| Date Filed: 5/23/17 Docket No. 18242 | 3/1/17- 3/31/17 | $62,484.00 | $432.47 | Pending Obj. Deadline $49,987.20 | Pending Obj. Deadline $432.47 | $12,496.80 |
| Date Filed: 5/31/17 Docket No. 18263 | 4/1/17- 4/30/17 | $106,259.50 | $2,412.62 | Pending Obj. deadline $85,007.60 | Pending Obj. deadline $2,412.62 | $21,251.90 |
| **TOTALS:** | | $292,250.50 | $5,460.32 | $233,800.40[3] | $5,460.32[4] | $58,450.10 |

Summary of any Objections to Fee Applications: None.

Dated: May 31, 2017
    New York, New York

Brad M. Kahn (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Co-Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2