**Nortel Networks Inc., et al**

**Berkeley Research Group, LLC**

**Exhibit A: Time Detail**



For the Period 4/1/2017 through 4/30/2017

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/6/2017 | A. Cowie | 1.2 | Analyzed February invoice. |
| 4/10/2017 | J. Blum | 0.4 | Prepared February fee application. |
| 4/12/2017 | J. Blum | 0.4 | Prepared February monthly fee application. |
| 4/17/2017 | J. Blum | 0.2 | Prepared February monthly fee application. |
| 4/17/2017 | J. Blum | 0.2 | Prepared Seventh Interim Fee Statement, despite not filing. |
| 4/21/2017 | J. Blum | 0.5 | Prepared February monthly fee application. |
| 4/21/2017 | J. Hyland | 0.3 | Finalized February fee application. |
| **Task Code Total Hours** | | **3.2** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 4/14/2017 | J. Borow | 0.8 | Met with UCC and professionals to UCC. |
| 4/14/2017 | C. Kearns | 0.8 | Participated in Committee call re: Canada escrow. |
| 4/14/2017 | A. Cowie | 0.8 | Prepared discussion points for UCC call. |
| 4/14/2017 | J. Borow | 0.1 | Prepared for UCC call. |
| **Task Code Total Hours** | | **2.5** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/12/2017 | J. Hyland | 2.9 | Analyzed recovery ranges by estate relative current events. |
| 4/12/2017 | J. Hyland | 1.3 | Continued to analyze recovery ranges by estate relative current events. |
| **Task Code Total Hours** | | **4.2** | |
| **11. Claim Analysis/Accounting** | | | |
| 4/17/2017 | J. Hyland | 1.7 | Analyzed claims in U.S. estate. |
| 4/18/2017 | J. Hyland | 2.9 | Analyzed claims in omnibus objection and claimant's response. |

Berkeley Research Group, LLC

Invoice for the 4/1/2017 - 4/30/2017 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 4/18/2017 | J. Hyland | 0.2 | Continued to analyze claims in omnibus objection and claimant's response. |
| 4/19/2017 | C. Kearns | 0.2 | Emailed with Counsel re: NETAS claim objection. |
| 4/19/2017 | J. Hyland | 0.1 | Reviewed claim summary prepared by Counsel and provided feedback. |
| *Task Code Total Hours* | | **5.1** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 4/10/2017 | A. Cowie | 2.9 | Analyzed cost to creditor recoveries in the U.S. Estate based on proposed CDN claim settlement. |
| 4/10/2017 | C. Kearns | 0.3 | Responded to Counsel inquiry re: potential impact to recoveries re: possible Canada escrow. |
| 4/11/2017 | J. Hyland | 1.6 | Analyzed Canadian LTD settlement. |
| 4/11/2017 | C. Kearns | 0.2 | Emailed with Counsel re: Canada escrow issue. |
| 4/12/2017 | A. Cowie | 2.9 | Analyzed cost to creditor recoveries in the U.S. Estate based on proposed CDN claim settlement. |
| 4/12/2017 | A. Cowie | 2.8 | Continued to analyze cost to creditor recoveries in the U.S. Estate based on proposed CDN claim settlement. |
| 4/13/2017 | A. Cowie | 2.9 | Analyzed cost to creditor recoveries in the U.S. Estate based on proposed CDN claim settlement. |
| 4/13/2017 | J. Hyland | 2.9 | Revised UCC presentation for Canadian LTD appeal. |
| 4/13/2017 | J. Hyland | 2.8 | Continued to revise UCC presentation for Canadian LTD appeal. |
| 4/13/2017 | A. Cowie | 1.1 | Continued to analyze cost to creditor recoveries in the U.S. Estate based on proposed CDN claim settlement. |
| 4/13/2017 | C. Kearns | 0.4 | Reviewed draft analysis of potential impact of Canada escrow agreement requested by Counsel. |
| 4/13/2017 | C. Kearns | 0.4 | Reviewed redline to Canada escrow agreement. |
| 4/14/2017 | J. Hyland | 2.5 | Analyzed recoveries re: Canadian LTD appeal. |
| 4/14/2017 | J. Borow | 1.2 | Reviewed distribution issues and related report. |
| 4/14/2017 | C. Kearns | 0.1 | Emailed with Counsel re: Canada escrow analysis. |
| 4/18/2017 | C. Kearns | 0.1 | Emailed with Counsel re: status of Canada escrow agreement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 4/25/2017 | C. Kearns | 0.2 | Emailed with Counsel re: Canada escrow status and resolution. |
| **Task Code Total Hours** | | **25.3** | |
| **Total Hours** | | **40.3** | |