# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., <u>et al.</u>,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: TBD<br>) |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Berkeley Research Group, LLC

Authorized to Provide
Professional Services to:　　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　July 9, 2015, *Nunc Pro Tunc* to June 1, 2015

Period for which compensation
and reimbursement is sought:　　　　　　November 1, 2016 through April 30, 2017[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　　$521,626.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　　$2,862.93

This is (a)n: _X_ interim　　____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Berkeley Research Group, LLC's November Dod December 2016 and January, February, March and April 2017 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed 01/19/2017 Docket No. 17743 | 11/1/2016 to 11/30/2016 | $170,574.00 | $32.63 | $136,459.20 | $32.63 | $34,114.80 |
| Date Filed 03/06/2017 Docket No. 17996 | 12/1/2016 to 12/31/2016 | $158,465.00 | $1,200.90 | $126,772.00 | $1,200.90 | $31,693.00 |
| Date Filed 03/23/2017 Docket No. 17996 | 01/01/2017 to 01/31/2017 | $120,985.50 | $568.00 | $96,788.40 | $568.00 | $24,197.10 |
| Date Filed 04/24/2017 Docket No. 18126 | 02/01/2017 to 02/28/2017 | $11,814.50 | $1,061.40 | $9,451.60 | $1,061.40 | $2,362.90 |
| Date Filed 05/24/2017 Docket No. 18245 | 03/01/2017 to 03/31/2017 | $31,000 | $0.00 | $24,800 | $0.00 | $6,200.00 |
| Date Filed 05/31/2017 Docket No. 18268 | 04/01/2017 to 04/30/2017 | $28,787.50 | $0.00 | $23,030.00 | $0.00 | $5,757.50 |
| **TOTALS:** | | **$521,626.50** | **$2,862.93** | **$417,301.20** | **$2,862.93** | **$104,325.30** |

Summary of any Objections to Fee Applications:  None.

Dated:  May 31, 2017
      New York, NY

                                 /s/ Jay Borow
                                 Jay Borow
                                 BERKELEY RESEARCH GROUP, LLC
                                 810 7th Ave.
                                 41st Floor
                                 New York, NY  10019
                                 Telephone:  (212) 782-1411
                                 Facsimile:  (212) 782-1479

                                 Financial Advisor to the Official Committee of
                                 Unsecured Creditors of Nortel Networks Inc., *et al.*