# EXHIBIT A

**Time Detail**
**August 1, 2015 - April 30, 2017**

| Employee | Date | Hours | Total Charges | Rate | Description |
|---|---|---|---|---|---|
| Gontowski  Kevin | 21-Aug-15 | 0.25 | $172.55 | $690.20 | Research regarding NQ claims (0.25). |
| Gontowski  Kevin | 24-Aug-15 | 1.75 | $1,207.85 | $690.20 | Research on PBGC Claim issues (1.75). |
| Mayer  Julie J | 4-Sep-15 | 0.50 | $42.34 | $84.68 | Plan research assistance (0.5). |
| Gontowski  Kevin | 14-Sep-15 | 0.25 | $172.55 | $690.20 | Research on PBGC Claim issues (0.25). |
| Gontowski  Kevin | 15-Sep-15 | 1.50 | $1,035.30 | $690.20 | Research on PBGC Claim issues (1.5). |
| Gontowski  Kevin | 17-Sep-15 | 0.50 | $345.10 | $690.20 | Research on PBGC Claim issues (0.5). |
| Mayer  Julie J | 9-Oct-15 | 0.25 | $21.17 | $84.68 | Plan research assistance (0.25). |
| Gontowski  Kevin | 25-Oct-15 | 0.75 | $530.70 | $707.60 | Research on PBGC Claim issues (0.75). |
| Gontowski  Kevin | 26-Oct-15 | 0.25 | $176.90 | $707.60 | Research on PBGC Claim issues (0.25). |
| Gontowski  Kevin | 28-Oct-15 | 0.50 | $353.80 | $707.60 | Research on PBGC Claim issues (0.5). |
| Farswani  Vikas | 29-Oct-15 | 4.50 | $2,505.60 | $556.80 | Plan data validation (3.5); conference call with Cornerstone working group regarding same (1.0). |
| Mayer  Julie J | 6-Nov-15 | 1.00 | $84.68 | $84.68 | Plan research assistance (1.0). |
| Farswani  Vikas | 7-Jul-16 | 2.00 | $1,113.60 | $556.80 | Plan data validation (1.5); telephone conference with working group regarding same (0.5). |
| Farswani  Vikas | 24-Oct-16 | 2.00 | $1,136.80 | $568.40 | Research on pension claims (2.0). |
| Mayer  Julie J | 4-Nov-16 | 0.25 | $21.17 | $84.68 | Plan research assistance (0.25). |
| Farswani  Vikas | 20-Dec-16 | 2.50 | $1,421.00 | $568.40 | Analysis of pension claims (2.5). |
| Mayer  Julie J | 6-Jan-17 | 0.25 | $21.17 | $84.68 | Plan research assistance (0.25). |

**Totals:  19.00     $10,362.28**