# EXHIBIT B

**Expense Detail**
**August 1, 2015 - April 30, 2017**

| Date | Amount | Description |
|---|---|---|
| 30-Nov-15 | $824.40 | Legal - Administrative. |
| 31-Dec-15 | $39.60 | Legal - Administrative. |
| 31-Jan-16 | $138.60 | Legal - Administrative. |
| 29-Feb-16 | $59.40 | Legal - Administrative. |
| 28-Feb-17 | $89.10 | Legal - Administrative. |
| **Total:** | **$1,151.10** | |