# EXHIBIT C



**Freeborn**
FREEBORN & PETERS LLP

2                                                                              December 16, 2015

No: 100190902

For professional services rendered with regard to:

*Re: Nortel Networks - 2009-40097M*

### [L110] Fact Investigation/Development

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Nov 18, 2015* | **Sheldon, Kathryn C.** E-mail correspondence from Devon Eggert regarding 23rd quarterly fee application (0.1). | 0.10 | 22.00 |
| *Nov 20, 2015* | **Sheldon, Kathryn C.** Review and revise exhibits to 23rd interim fee application (0.5); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.60 | 132.00 |
| *Nov 30, 2015* | **Sheldon, Kathryn C.** Revise twenty-third interim fee application (0.7); revise twenty-third quarterly fee application (0.7); draft certificate of service for quarterly fee application (0.1); draft notice and certificate of service for interim fee application (0.2); file same (0.2); coordinate service of same (0.2); e-mail correspondence to fee auditor regarding same (0.2). | 2.30 | 506.00 |
| Total [L110] Fact Investigation/Development | | 3.00 | 660.00 |

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Nov 18, 2015* | **Eggert, Devon J.** Review fee application exhibits (0.2); e-mail correspondence to client working group regarding open items for filing same (0.2). | 0.40 | 128.00 |
| *Nov 30, 2015* | **Eggert, Devon J.** Finalize draft fee application (0.2); multiple e-mail correspondence with Katie Sheldon regarding finalizing and filing same (0.2). | 0.40 | 128.00 |

3504462v1/06774-0022



FREEBORN & PETERS LLP

December 16, 2015

Total [L120] Analysis/Strategy      0.80      256.00

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.80 | 320.00 | $256.00 |
| Sheldon, Kathryn C. | 3.00 | 220.00 | $660.00 |
| TOTAL HOURS | 3.80 | | |

TOTAL FEES      $916.00

TOTAL FEES AND DISBURSEMENTS      $916.00

c:\bills\701772.bil

3504462v1/06774-0022



FREEBORN & PETERS LLP

2                                                                                          January 19, 2016

No: 100193442

For professional services rendered with regard to:

*Re: Nortel Networks - 2009-40097M*

### [L110] Fact Investigation/Development

| | | | |
|---|---|---|---|
| ***Dec 22, 2015*** | **Sheldon, Kathryn C.**<br>Draft certificate of no objection for 23rd interim fee applicaiton (0.2). | 0.20 | 44.00 |
| Total [L110] Fact Investigation/Development | | 0.20 | 44.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.20 | 220.00 | $44.00 |
| TOTAL HOURS | 0.20 | | |

TOTAL FEES                                                                                                              $44.00

TOTAL FEES AND DISBURSEMENTS                                                                     $44.00

c:\bills\704312.bil

3519893v1/06774-0022



FREEBORN & PETERS LLP

2                                                                February 29, 2016

No: 100196838
For professional services rendered with regard to:
Re: *Nortel Networks - 2009-40097M*

### [L110] Fact Investigation/Development

| | | | |
|---|---|---|---|
| *Jan 4, 2016* | ***Sheldon, Kathryn C.***<br>Review preliminary report on twenty third interim fee application (0.2); e-mail correspondence to Devon Eggert regarding same and certificate of no objection (0.1). | 0.30 | 66.00 |
| *Jan 8, 2016* | ***Sheldon, Kathryn C.***<br>E-mail correspondence with Devon Eggert regarding certificate of no objection for 23rd interim fee application (0.1); file same (0.1). | 0.20 | 44.00 |
| *Jan 29, 2016* | ***Sheldon, Kathryn C.***<br>Review 27th omnibus fee order (0.1); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.20 | 44.00 |
| Total [L110] Fact Investigation/Development | | 0.70 | 154.00 |

### FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.70 | 220.00 | $154.00 |
| TOTAL HOURS | 0.70 | | |

TOTAL FEES                                                                                      $154.00

TOTAL FEES AND DISBURSEMENTS                                                $154.00

c:\bills\707708.bil

3533499v1/06774-0022

# Freeborn

FREEBORN & PETERS LLP

                                          2                                April 12, 2016

No: 100200098

For professional services rendered with regard to:

*Re: Nortel Networks - 2009-40097M*

### [L120] Analysis/Strategy

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| *Feb 8, 2016* | *Eggert, Devon J.* | Review order granting fee application (0.1); e-mail correspondence to Mercer working group regarding same and next interim fee application (0.1). | 0.20 | 66.00 |
| | Total [L120] Analysis/Strategy | | 0.20 | 66.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.20 | 330.00 | $66.00 |
| TOTAL HOURS | 0.20 | | |
| TOTAL FEES | | | $66.00 |

TOTAL FEES AND DISBURSEMENTS                                           $66.00

c:\bills\710968.bil

3572907v1/06774-0022



**Freeborn**
FREEBORN & PETERS LLP

                                                  2                                    March 8, 2017

No: 100241742

For professional services rendered with regard to:

Re: *Nortel Networks - 2009-40097M*

**[L120] Analysis/Strategy**

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| *Feb 24, 2017* | *Eggert, Devon J.* | Multiple e-mail correspondence with case working group regarding Nortel final fee applications (0.1); multiple e-mail correspondence with client working group regarding same (0.2). | 0.30 | 99.00 |
| | Total [L120] Analysis/Strategy | | 0.30 | 99.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 330.00 | $99.00 |
| TOTAL HOURS | 0.30 | | |

TOTAL FEES                                                        $99.00

TOTAL FEES AND DISBURSEMENTS                             $99.00

c:\bills\752612.bil

3801661v1/06774-0022