**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re* : Chapter 11
:
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: (Jointly Administered)
Reorganized Debtors. :
:
------------------------------------------------------------X

**NOTICE OF RESCHEDULED OMNIBUS HEARING DATE FROM
DECEMBER 13, 2017 AT 10:00 A.M. (ET) TO DECEMBER 6, 2017 AT 10:00 A.M. (ET)**

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for December 13, 2017 at 10:00 a.m. (ET) has been rescheduled in these cases to **December 6, 2017 at 10:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

Dated: June 6, 2017
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Reorganized Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

*Counsel for the Reorganized Debtors*

2936031.14

- 2 -