# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 18212] | 4/1/17 - 4/30/17 | $39,351.00 (Fees)  $74.80 (Expenses) | $31,480.80 (Fees @ 80%)  $74.80 (Expenses @ 100%) | 5/15/2017 | 6/5/2017 |

2249395v1