# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* ) | (Jointly Administered) |
| ) | **Related to Docket Nos. 18238, 18281, 18282** |
| Debtors. ) | |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, ) | |
| ) | **Related to Adv. Docket No. 594, 598 and 599** |
| v. ) | |
| ) | |
| Nortel Networks Inc., *et al.*, ) | |
| Defendants. ) | |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING REQUESTS FOR REDACTION OF TRANSCRIPTS FOR MAY 11, 2017 AND MAY 12, 2017 TRIAL

The undersigned counsel for plaintiffs, SNMP Research International, Inc. and SNMP Research, Inc. (together, "**SNMP Research**"), hereby certify as follows:

1. On May 23, 2017, SNMP Research filed the Notice of Intent to Submit Redactions to Transcripts of Trial Held on May 11, and 12, 2017 [Docket No. 18238; Adv. Docket No. 594] (the "**Notice of Intent**").

2. On June 7, 2017, SNMP Research filed the Requests for Redaction of the transcripts for the trial held on May 11, 2017 and May 12, 2017 [Docket Nos. 18281 and 18282; Adv. Docket Nos. 598 and 599] (the "**Redaction Requests**").

3. SNMP Research requests that the Court enter an order approving the Requests for Redaction attached hereto as <u>Exhibit A</u> at the Court's earliest convenience.

| | |
|---|---|
| Dated: June 7, 2017 | **COLE SCHOTZ P.C.** |
| **OF COUNSEL** | |
| | */s/ Nicholas J. Brannick* |
| Richard S. Busch, Esq. | Norman L. Pernick (No. 2290) |
| Andrew Coffman, Esq. | Nicholas J. Brannick (No. 5721) |
| **King & Ballow Law Offices** | 500 Delaware Avenue, Suite 1410 |
| 315 Union Street, Suite 1100 | Wilmington, DE 19801 |
| Nashville, TN 37201 | (302) 651-2002 (Phone) |
| (615) 259-3456 (Phone) | (302) 652-3117 (Fax) |
| (615) 726-5417 (Fax) | npernick@coleschotz.com |
| rbusch@kingballow.com | nbrannick@coleschotz.com |
| acoffman@kingballow.com | |
| -and- | -and- |
| John L. Wood, Esq. | G. David Dean, Esq. |
| **Egerton, McAfee, Armistead & Davis, P.C.** | 300 E. Lombard Street, Suite 1450 |
| | Baltimore, MD 21202 |
| 900 S. Gay Street | (410) 230-0660 (Phone) |
| Knoxville, TN 37902 | (410) 230-0667 (Fax) |
| (865) 546-0500 (Phone) | ddean@coleschotz.com |
| (865) 525-5293 (Fax) | |
| jwood@emlaw.com | *Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.* |