# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* | ) | (Jointly Administered) |
| | ) | **Related to Docket Nos. 18238, 18281, 18282** and 18283 |
| Debtors. | ) | |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | ) | |
| | ) | **Related to Adv. Docket No. 594, 598 and 599** and 600 |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | |
| Defendants. | ) | |

## ORDER APPROVING REQUESTS FOR REDACTION OF TRANSCRIPTS FOR MAY 11, 2017 AND MAY 12, 2017 TRIAL

Upon consideration of the Requests for Redaction of the transcripts for the trial held on May 11, 2017 and May 12, 2017 [D.I. 18281, 18282; Adv. D.I. 598, 599] (the "Redaction Requests"), and finding that good and sufficient cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1.  The Redaction Requests are hereby granted; and

2.  The transcripts of the May 11 and 12, 2017 trial (in both the above-captioned main case and adversary proceeding) shall be redacted in accordance with the Redaction Requests prior to being made publicly available on the dockets.

Dated: June 8, 2017
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

53651/0001-14568893v1