IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                   :  Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :  Case No. 09-10138 (KG)
                                                          :
                        Debtors.                          :  Jointly Administered
                                                          :
                                                          :  **RE D.I. 18009, 18098**
                                                          :
---------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING AGREED SCHEDULING ORDER BETWEEN THE DEBTORS AND NETAS TELEKOMUNIKASYON A.S.

I, Tamara K. Minott, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as reorganized debtors or debtor-in-possession, respectively, in the above-captioned case (the "Debtors"), hereby certify as follows regarding the Joint Proposed Scheduling Order (the "Proposed Scheduling Order"), attached as **Exhibit A** hereto:

1. The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

2. On March 10, 2017, the Debtors filed the *Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims,*

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims, and Redundant Claims)* [D.I. 18009] (the "Objection"). Through the Objection, the Debtors seek the disallowance of, among others, Claim Nos. 8037 and 8038 asserted by Netas Telekomunikasyon A.S. ("Netas") in the amounts of $87,760.50 and $14,261,663.01, respectively (the "Netas Claims").

3. On April 4, 2017, Netas Telekomunikasyon A.S. filed the *Response and Objection of Netas Telekomunikasyon A.S. to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims, and Redundant Claims)* [D.I. 18098] (the "Response") in support of the validity of the Netas Claims.

4. Following Netas' filing of the Response, the Debtors advised counsel to Netas that, in addition to filing a reply to the Response (the "Reply"), they intend to file with this Court a motion for summary judgment with respect to the limited issue of whether the Netas Claims were released by a settlement agreement dated December 17, 2013 (the "2013 Settlement") that was approved by this Court via the *Order Approving the US Claims Litigation Settlement Agreement By and Among the Debtors, the Creditors' Committee, the Joint Administrators, the EMEA Debtors, Nortel Networks Optical Components Limited, Nortel Telecom France SA, the Liquidator, the French Liquidator, the UK Pension Parties and Certain Affiliates* [D.I. 12785] and related issues.

5. The parties have met and conferred with respect to the briefing schedule for the Debtors' summary judgment motion and the Reply, and have agreed on the terms of the Agreed Scheduling Order, attached as **Exhibit A** hereto.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Agreed Scheduling Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated:  June 8, 2017
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

   - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Reorganized Debtors
and Debtor in Possession*