IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
:
*In re*                                                     :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                          :   Jointly Administered
:
                   Debtors.  :
:
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 13, 2017 AT 9:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and Fed. R. Bankr. P. 9019 Approving the Stipulation Resolving Claims by the Affiliates of Verizon Communications, Inc. (D.I. 18215, Filed 5/15/17).

    Objection Deadline: May 30, 2017 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and Fed. R. Bankr. P. 9019 Approving the Stipulation Resolving Claims by the Affiliates of Verizon Communications, Inc. (D.I. 18276, Filed 6/2/17); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(b)      Order Approving Debtors' Motion for Entry of an Order Approving the Stipulation Resolving Claims by the Affiliates of Verizon Communications, Inc. (D.I. 18278, Entered 6/5/17).

Status: An order has been entered regarding this matter.  No hearing is necessary.

**CONTESTED MATTER GOING FORWARD**

2.      Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18009, Filed 3/10/17).

Objection Deadline: March 31, 2017 at 4:00 p.m. (ET).  Extended to April 3, 2017 at 4:00 p.m. (ET) for William Owens.  Extended to April 14, 2017 at 4:00 p.m. (ET) for Netas Telekomunikasyon A.S.

Responses Received:

(a)      Response of William A. Owens in Opposition to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18056, Filed 4/3/17); and

(b)      Response and Objection of Netas Telekomunikasyon A.S. to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18098, Filed 4/14/17).

Related Pleading:

(a)      Order Granting Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18059, Entered 4/4/17);

(b)      Debtors' Reply in Further Support of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims (D.I. 18117, Filed 4/20/17);

(c)      Emergency Motion of William A. Owens for a Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007 1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis

and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (D.I. 18127, Filed 4/24/2017);

(d) Response of the Debtors to Emergency Motion of William A. Owens for Continuance on the Hearing of Debtors' Forty-Seventh Omnibus Objection to Certain Claims [D.I. 18127] (D.I. 18146, Filed 4/28/17); and

(e) Certification of Counsel Regarding Agreed Scheduling Order Between the Debtors and Netas Telekomunikasyon A.S. (D.I. 18285, Filed 6/8/17).

<u>Status</u>: The hearing with regard to the Response of William Owens will go forward. The hearing with regard to the Response of Netas Telekomunikasyon A.S. has been adjourned to a date to be determined.

Dated: June 9, 2017  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
Wilmington, DE  19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*