# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* | ) | (Jointly Administered) |
| | ) | **Related to Docket No. 18284** |
| Debtors. | ) | |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | ) | |
| | ) | **Related to Adv. Docket No. 601** |
| v. | ) | |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Nicholas J. Brannick, hereby certify that on June 9, 2017, I caused a copy of the *Order Approving Requests for Redaction of Transcripts for May 11 , 2017 and May 12, 2017 Trial* to be served via First-Class mail upon the parties listed on the attached service list.

Dated: June 9, 2017                              COLE SCHOTZ P.C.

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
nbrannick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

53651/0001-14009000v8

## SERVICE LIST

Derek C. Abbot, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Mark Kenney Esq
Office of the U.S. Trustee
844 King St, Ste 2207
Lockbox 35
Wilmington, DE  19801-3519