B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  Nortel Networks, Inc.                ,        Case No.  09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Chubb Insurance Co. of Canada | Compass Lexecon |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Peter Bisio, Hogan Lovells, 555 13th Street NW, Washington, DC 20004

Court Claim # (if known):  5045
Amount of Claim:  $52,496.40
Date Claim Filed:  09/30/2009

Phone:  202-637-5749
Last Four Digits of Acct #: _____

Phone:  312-322-0210
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  Laila Brabander, Chubb Insurance, 199 Bay St., Ste. 2500, Toronto, Ont., Canada

Phone:  416-359-3189
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Peter R. Bisio (Authorized Agent)                      Date: 06/07/2017
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER AND ASSIGNMENT OF CLAIM

**This Transfer and Assignment of Claim** (this "Assignment") is made by Compass Lexecon LLC ("Assignor") which, for and in consideration of receipt of good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby transfer to Chubb Insurance Company of Canada or to its designee, ("Assignee") all of the Assignor's right, title and interest, from and after the date hereof, in and to the pre-petition unsecured claim of Assignor against **Nortel Networks, Inc.**, debtor and debtor-in-possession ("Debtor") and its bankruptcy estate, **Case No. 00-10138 (KG)**, Chapter 11, jointly administered, pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the amount of $52,496.40 (the "Claim"), together with all rights and benefits of the Assignor relating to or arising from the Claim, including without limitation any proof of claim filed by Assignor with respect thereto, and all cash, securities, instruments and other property which may be paid, issued or distributed by the Debtor or its bankruptcy estate with respect to or on account of the Claim. This assignment shall be deemed an absolute and unconditional assignment of the Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, Assignor has signed below as of the _18th_ day of January 2012.

WITNESS:

OFFICIAL SEAL
BERYL D HINTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/30/14

Beryl D. Hinton
1-18-12

ASSIGNOR:

**Compass Lexecon LLC**

By: _____
Name: Maryly Zumbach
Title: Chief Operating Officer

5