# Notice Recipients

| District/Off: 0311−1 | User: SH | Date Created: 6/12/2017 |
|---|---|---|
| Case: 09−10138−KG | Form ID: van441 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| cr | Chubb Insurance Co. of Canada | Peter Bisio, Hogan Lovells | 555 13th Street NW | Washington, DC 20004 |
|---|---|---|---|---|

TOTAL: 1