# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP<br><br>[Docket No. 18228] | 2/1/17 - 2/28/17 | CDN$84,949.00 (Fees)<br><br>CDN$226.70 (Expenses) | CDN$67,959.20 (Fees @ 80%)<br><br>CDN$226.70 (Expenses @ 100%) | 5/19/17 | 6/9/17 |

2250776v1