# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 13, 2017 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS HEARING; Claims Objection - Contested - 2 witnesses;

**R / M #:**   18,286 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  ORDER SIGNED
#2 -  Decision Reserved   (Testimony/Evidence)