# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.  
CASE NO.: 09-10138 (KG)  
COURTROOM LOCATION: 3  
DATE: 6/13/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rachel B Mersky | Monzack Mersky McLaughlin a Browder | Bill Owens |
| Derek Abbott | MNAT | US Debtors |
| Margot Crahn | Cleary | |
| Matt Livingston | | |
| Lisa Schweitzer | | Monitor |
| Kathleen Murphy | Buchanan Ingersoll | |
| Laura Hall | Allen & Overy | |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**
**Courtroom**

Calendar Date: 06/13/2017
Calendar Time: 09:30 AM ET

*1st Revision  Jun 12 2017 3:31PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8407742 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8407329 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009

Page 1 of 1