# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [Docket No. 18242] | 3/1/17 - 3/31/17 | $62,484.00 (Fees) $432.47 (Expenses) | $49,987.20 (Fees @ 80%) $432.47 (Expenses @ 100%) | 5/23/17 | 6/12/17 |

2250940v1