**EXHIBIT A**
**SUMMARY OF DISTRIBUTIONS TO ALLOWED GENERAL UNSECURED CLAIMS ON INITIAL DISTRIBUTION DATE**
**(in millions)**

| | Plan Class | Total Amount of Allowed Claims[1] | Distribution % | Total Amount Distributed[1][2] |
|---|---|---|---|---|
| **Nortel Networks Inc./Nortel Networks Capital Corporation:** | | | | |
| General Unsecured Claims[3] | A-3A | $ 1,198.4 | 35.53% | $ 425.8 |
| Crossover Bond Claims and EDC Claims[4] | A-3B | $ 3,953.7 | 35.53% | $ 1,404.7 |
| Convenience Claims[5] | A-3C | $ 1.9 | 55.00% | $ 1.0 |
| | | $ 5,154.0 | | $ 1,831.5 |
| | | | | |
| **Nortel Networks (CALA) Inc.:** | | | | |
| General Unsecured Claims | B-3A | $ 682.5 | 10.86% | $ 74.1 |
| Convenience Claims[6] | B-3C | $ 0.0 | 12.00% | $ 0.0 |
| | | $ 682.5 | | $ 74.1 |
| | | | | |
| **Remaining Debtors (General Unsecured Claims Only):** | | | | |
| Nortel Altsystems Inc. | C-3A | $ 625.0 | 8.17% | $ 51.1 |
| Nortel Altsystems International Inc. | D-3A | $ 624.6 | 0.00% | $ - |
| Xros, Inc. | E-3A | $ 624.6 | 0.00% | $ - |
| Sonoma Systems | F-3A | $ 624.6 | 0.00% | $ - |
| Qtera Corporation | G-3A | $ 624.6 | 0.00% | $ - |
| CoreTek, Inc. | H-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks Applications Management Solutions Inc. | I-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks Optical Components inc. | J-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks HPOCS Inc. | K-3A | $ 624.6 | 0.00% | $ 0.0 |
| Architel Systems (U.S.) Corporation | L-3A | $ 624.6 | 0.23% | $ 1.4 |
| Nortel Networks International Inc. | M-3A | $ 624.6 | 0.76% | $ 4.8 |
| Northern Telecom International Inc. | N-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks Cable Solutions Inc. | O-3A | $ 624.6 | 0.00% | $ - |
| | | | | |
| **Grand Total** | | $ 13,956.7 | | $ 1,962.9 |

[1] Exclusive of value distributed to other U.S. debtors, which is subsequently redistributed to the third party creditors of the beneficiary debtors

[2] Total Amount Distributed represents the gross distribution amount prior to deducting any withholding taxes that may be required

[3] Total Amount Distributed excludes the NTCC Debtor Payment of $6.5 million

[4] Total Amount Distributed to the Crossover Bond Claims includes the Bondholder Contribution in the amount of $4.0 million

[5] Payment made in accordance with Section 4.5 (c) of the Plan

[6] Payment made in accordance with Section 4.6 (c) of the Plan

**Supplemental Disclosures:**

a. The cumulative amount distributed to the Pension Benefit Guaranty Corporation related to its Allowed Claims is $347.0 million.

b. The Crossover Bond Claim distribution detail by issuance is as follows:

| | Amount of Allowed Claims | Distribution % | Amount Distributed |
|---|---|---|---|
| 1.75% Convertible Senior Notes due 2012 | $ 577.5 | 35.53% | $ 205.2 |
| 2.125% Convertible Sentior Notes due 2014 | $ 578.0 | 35.53% | $ 205.4 |
| LIBOR + 4.25%Floating Rate Senior Notes due 2011 | $ 1,022.4 | 35.53% | $ 363.3 |
| 10.125% Notes due 2013 | $ 577.7 | 35.53% | $ 205.3 |
| 10.75% Senior Notes due 2016 | $ 1,178.9 | 35.53% | $ 418.9 |
| | $ 3,934.5 | | $ 1,397.9 |