# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 18176** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2017, I caused to be served the "Notice of Entry of Confirmation Order and Occurrence of Effective Date of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors," dated May 8, 2017 [Docket No. 18176], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
12th day of June, 2017

Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20__

-2-

T:\Clients\NORTEL\Affidavits\Ntc Effective Date_DI 18176_SUPP AFF_6-9-17 [REDACTED].doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ABBIGAIL FRASER | ADDRESS ON FILE |
| BOARDMAN, ANN E. | 111 BRAMBLE CT. RALEIGH NC 27615 |
| BRADFORD ADRIAN | ADDRESS ON FILE |
| BRADFORD BROWN | ADDRESS ON FILE |
| CAO, NHAN T. | 80 PROVINCE DRIVE SOUTH SETAUKET NY 11720 |
| CHRISTOPHER PLUMMER | ADDRESS ON FILE |
| CHRISTOPHER STONE | ADDRESS ON FILE |
| COLE, JEFFREY | 3702 MUNINGS KNOLL LAND O LAKES FL 34639 |
| CRAIG, J A | 4964 BATH ROAD BATH ON K0H 1G0 CANADA |
| DANIEL SIEGEL | ADDRESS ON FILE |
| DARREN GOODWIN | ADDRESS ON FILE |
| FLORY, JOHN | 810 SHERMAN ST APT 7 DANVILLE IL 61832-3737 |
| HOU, SREY | 4809 VIRGINIA WOOD DR MCKINNEY TX 75071 |
| HOYOS, RICARDO C. | 2796 CENTER COURT DRIVE WESTON FL 33332 |
| KING, BARBARA J. | 9809 LA CIENEGA STREET LAS VEGAS NV 89183 |
| KIRK MEDEFESSER | ADDRESS ON FILE |
| LANE, W.M. | 41173 ROCKY BOULDER CT ALDIE VA 20105 |
| MOLINA, LAWRENCE S. JR. | 101 WELDON PARKWAY MARYLAND HEIGHTS MO 63043 |
| PAMALA WILLIAMS | ADDRESS ON FILE |
| PAZ, SUSANA E. | 153 BECKY THATCHER CT ORLANDO FL 32828 |
| REPASS, KATHLEEN AGNES | 103 KEETON LN CARY NC 27511 |
| ROUCH, ELIZABETH | 2275 PINNACLE CT UNIT 101 FAIRBORN OH 45324 |
| SHEFFEY, RICKIE A. | 5429 PEBBLE CT. MCKINNEY TX 75070 |
| SHORT, BRIAN | 215 JULIET CR CARY NC 27513 |
| SUTCLIFFE, ANDREW J. | 148 CALM MORNING AVE HENDERSON NV 89002-3377 |
| THOMSON, RUTH M. | THOMSON, GEORGE (DECEASED) 28 NORTHUMBERLAND NASHVILLE TN 37215 |
| WATSON, RICHARD | 2311 MUSTANG DR #100 GRAPEVINE TX 76051 |
| WAYNE TRUDEAU | ADDRESS ON FILE |
| WHITEHURST, ANN | 3127 REXFORD LN CARY NC 27518-6398 |
| WINJE, NORA | 678 COOLEDGE AVE ATLANTA GA 30306 |

**Total Creditor count  30**