## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 18292 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 13, 2017, I caused to be served a personalized "Notice of Defective Transfer of Claim Pursuant to F.R.B.P. 3001(1) or (2)," dated June 12, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
14th day of June, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Queens County
Commission Expires September 24, 2017

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

COMPASS
COMPASS LEXECON
332 SOUTH MICHIGAN AVE
CHICAGO, IL 60604-4397

BAR(23) MAILID *** 000120549406 ***          NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 115

CHUBB INSURANCE CO. OF CANADA
PETER BISIO, HOGAN LOVELLS
555 13TH STREET NW
WASHINGTON, DC 20004

**Your transfer  of claim # 5045 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number    18292          Date:  06/12/2017

/s/ Amy E. Lewis

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| CHUBB INSURANCE CO. OF CANADA | PETER BISIO, HOGAN LOVELLS, 555 13TH STREET NW, WASHINGTON, DC 20004 |
| COMPASS | COMPASS LEXECON, 332 SOUTH MICHIGAN AVE, CHICAGO, IL 60604-4397 |

**Total Creditor Count 2**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006