# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | |
| | : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: D.I. 18308** |
| | : | |
| ---------------------------------------------------------- X | : | |
| | : | |
| SNMP Research International, Inc. | : | |
| | : | |
| and | : | |
| | : | |
| SNMP Research, Inc., | : | Adv. Proc. No. 11-53454 (KG) |
| | : | |
| Plaintiffs, | : | **Re: D.I. 604** |
| | : | |
| v. | : | |
| | : | |
| Nortel Networks Inc., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| ---------------------------------------------------------- X | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 16, 2017, a copy of the **[Sealed] U.S. Debtors' Proposed Findings of Fact and Conclusions of Law** was served in the manner indicated upon the individuals identified on the attached service list.

---

[1]   The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: June 16, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____*/s/ Tamara K. Minott*_____
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Reorganized Debtors*

**VIA EMAIL AND HAND DELIVERY**
Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE  19801
*Email: npernick@coleschotz.com*
*Email: nbrannick@coleschotz.com*

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Email: Mark.Kenney@usdoj.gov*

**VIA EMAIL AND FIRST CLASS MAIL**
G. David Dean
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD  21202
*Email: ddean@coleschotz.com*

Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN  37201
*Email: rbusch@kingballow.com*

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN  37902
*Email: jwood@emlaw.com*