```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                          )       Case No. 09-10138(KG)
                                )       (Jointly Administered)
                                )
NORTEL NETWORKS, INC., et al.,) Chapter 11
                                )
                                )       Courtroom 3
                                )       824 Market Street
            Debtors.            )       Wilmington, Delaware
                                )
                                )       December 15, 2015
                                )       10:00 a.m.
```

```
                       TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE JUDGE KEVIN GROSS
                   UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

For Debtors:                    Morris Nichols Arsht & Tunnell, LLP
                                BY: DEREK C. ABBOTT, ESQ.
                                BY: ANDREW REMMING, ESQ.
                                1201 North Market St., 18th Floor
                                Wilmington, DE  19899-1347
                                302-351-9200

                                Cleary Gottlieb Steen & Hamilton
                                BY: LISA M. SCHWEITZER, ESQ.
                                BY: PHILIP CANTWELL, ESQ.
                                One Liberty Plaza
                                New York, NY  10006
                                212-225-2000

ECRO:                           GINGER MACE

Transcription Service:          DIAZ TRANSCRIPTION SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664
                                www.diaztranscription.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
APPEARANCES:
(Continued)

For the Monitor:                  Buchanan Ingersoll & Rooney,PC
                                  BY: KATHLEEN A. MURPHY, ESQ.
                                  1105 N. Market St., Ste. 1900
                                  Wilmington, DE  19801-1054
                                  302-552-4214

For Official Creditor's
Committee:                        Akin Gump Strauss Hauer & Feld
                                  BY: DAVID BOTTER, ESQ.
                                  One Bryant Park
                                  Bank of America Tower
                                  New York, NY  10036
                                  212-872-1000

                                  Whiteford Taylor Preston, LLP
                                  BY: CHRISTOPHER SAMIS, ESQ.
                                  405 North King Street
                                  Wilmington, DE  19801
                                  302-357-3266

TELEPHONIC APPEARANCES:

For Interested Party:             Dow Jones & Company
                                  BY: PEG A. BRICKLEY, ESQ.
                                  215-462-0953

                                  Reorg Research, Inc.
                                  BY: KENT COLLIER
                                  212-257-4383

For UK Pension Claimants:         Willkie Farr & Gallagher, LLP
                                  BY: NICHOLAS CHIUCHIOLO, ESQ.
                                  (212) 728-8511

For Official Committee of
Unsecured Creditors:              Akin Gump Strauss Hauer & Feld
                                  BY: MATTHEW FAGEN, ESQ.
                                  212-872-8051

For Ernst & Young:                Allen & Overy, LLP
                                  BY: LAURA HALL, ESQ.
                                  (212) 610-6300
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Ad Hoc Bondholder
Group:                          Milbank Tweed Hadley & McCloy
                                BY: THOMAS MATZ, ESQ.
                                (212) 530-5885

For Southpaw Asset
Management:                     Cantor Fitzgerald
                                BY: ANDREW M. THAU, ESQ.
                                (212) 915-1232
```

1

1   WILMINGTON, DELAWARE, TUESDAY, DECEMBER 15, 2015, 9:30 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning everyone.  You may be

4   seated.  It's good to see -- Mr. Abbott.

5              MR. ABBOTT:  Good morning, Your Honor.

6              THE COURT:  Good morning.

7              MR. ABBOTT:  Derek Abbott, for the Debtors.  Your

8   Honor, today is hopefully a short and non-controversial

9   Agenda; only one matter on and Mr. Cantwell from Cleary will

10  present this Motion.

11             THE COURT:  All right.  Thank you, Mr. Abbott.

12  Ms. Schweitzer, it's good to see you.

13             MS. SCHWEITZER:  Good morning.

14             THE COURT:  Mr. Botter.

15             MR. BOTTER:  Good morning, Judge.

16             THE COURT:  Mr. Samis.

17             MR. SAMIS:  Good morning, Your Honor.

18             THE COURT:  Mr. Cantwell, good morning.

19             MR. CANTWELL:  Good morning, Your Honor, Philip

20  Cantwell, of Cleary, Gottlieb, Steen & Hamilton, here today

21  on behalf of the Debtors, seeking approval of Docket Item

22  16296, which I will simply refer to as the Disposal

23  Procedures Motion today.

24             THE COURT:  All right.

25             MR. CANTWELL:  At the beginning, Your Honor, I'd

1    just like to make you aware that Ms. Kathy Schultea from RLKS

2    Executive Solutions is here should Your Honor have any

3    questions.  She was our Declarant with the initial Motion --

4              THE COURT:  Yes.

5              MR. CANTWELL:  -- and is managing much of this for

6    the Debtors.

7              THE COURT:  Nice to have you here.

8              MR. CANTWELL:  Your Honor, following a review of

9    the Debtor's current records and what we have and how they're

10   maintained, the Debtors filed this Motion to allow themselves

11   the flexibility to more effectively maintain their records,

12   those that are necessary, for the continued administration of

13   the Estates and also for the benefit of the Estates as a

14   whole, avoid unnecessary avoidable expenses that the Debtors

15   are currently incurring.

16             Your Honor, as we set forth in the Motion, the

17   Debtors maintain broadly two types of documents.  The first

18   are hardcopy documents.  Those documents currently reside at

19   a host of offsite storage facilities.

20             THE COURT:  Yes.

21             MR. CANTWELL:  Have about 141,000 boxes of

22   hardcopy documents, which is a lot, many of which go back

23   many years, if not decades, and a lot of which are, frankly,

24   no longer useful nor will ever be relevant in these

25   proceedings the Debtors believe.  At the same time, housed at

1  the Debtor's facility of Research Triangle Park, North

2  Carolina, is a set of servers, 464 by our count, which we've

3  referred to as the electronic data in the Motion and many of

4  those servers are currently existing in a powered down

5  storage state and were vital to perhaps Nortel when it was

6  integrated across country.  It had an IT system that serviced

7  thousands of employees.  It's not the case now.

8           By this Motion, the Debtors are requesting

9  permission to dispose of certain documents in accordance with

10 the broad contours that we outlined in the Motion, preserving

11 -- again, following the Debtor's review, those documents that

12 the Debtors believe are relevant to the ongoing proceedings.

13 At the same time, this Motion would set forward -- set forth

14 a procedures process.  So if any interested individual

15 serving this Motion on the Creditor Matrix, so everybody has

16 a chance to be heard, if anybody has any particular questions

17 or has an objection to a certain type of document that they

18 believe should be retained or retained beyond the date that

19 the Debtors propose to retain them, they can contact us and

20 we can attempt to work it out.  The procedures build in an

21 Objection deadline of January 13th.  There's a deadline three

22 weeks after that, February 5th.  At that time if we've not

23 worked out with anybody who has filed a request for further

24 information or an Objection, we would agree that we need to

25 come back before Your Honor.  We've set that up for the

1  February 23rd Omnibus hearing and in advance of that hearing,

2  should it be necessary, the Objector would file a short four-

3  page letter Brief, if you will, on February 11th and the

4  Debtors would respond a week later on the 18th, still giving

5  Your Honor ordinary time, if you will, for -- to review the

6  documents as if the Debtors were filing a Reply in advance of

7  that Tuesday hearing.

8           I think it's important to note that this relief is

9  something that's already been granted in Canada.  They

10 already have a very similar document disposal and procedures

11 system that has; I believe it's my understanding, run its

12 course.  They were able to, you know, do both things that we

13 set out to do today; more effectively maintain those

14 documents that are relevant to the proceedings going forward

15 and minimize the costs and avoidable costs to the Estate at

16 this time.  The Debtors are currently paying about $70,000 a

17 month to store their hardcopy documents.  We can go through

18 this when we walk through the redline.  The Motion originally

19 proposed cost savings of upwards of approximately $40,000 a

20 month.  After some additional review, we think that number is

21 going to be a little bit lower.  We're proposing actually to

22 maintain more documents after communicating with certain

23 parties in interest.  So that initial relief, at least in

24 this document disposal request, would be a little bit

25 smaller.  But at the same time, when it comes to the

1  electronic data, you know, the Debtors are proposing to

2  maintain their 37 key operational servers and those servers

3  house the applications that are relevant to, for example,

4  historical and current financial reporting systems, their

5  document management systems, the SNMP servers, employee,

6  Human Resources, pension-related information.  It's those

7  types of things that are necessary to the ongoing

8  administration of the cases that will be kept.

9        We're here today not on a CNO basis because we did

10  receive some responses.  I wouldn't necessarily characterize

11  them as Objections but several were lodged on the docket and

12  so we just wanted to address those on the record and bring

13  them before Your Court, Your Honor, in case you have any

14  questions.  You know, off-hand, we received approximately 65

15  calls, mostly from employees; again, this was served on the

16  entire Creditor Matrix, and they got a rather large document

17  in the mail and a lot of them had questions and Ms. Schultea

18  and her team and us at Cleary handled many of those calls,

19  again, making clear that his Motion doesn't seek to do

20  anything to employee pensions.  This is simply a housekeeping

21  Motion --

22        THE COURT:  Yes.

23        MR. CANTWELL:  -- at this point for the Debtors.

24  There were eight responses that were mailed to the Debtors

25  that weren't filed.  It seems that a lot of, again, employees

1   or small claims holders saw the potential Objection form that

2   Your Honor we hope would approve today and return that to

3   request further information about what was going on.  Those

4   communications that were returned to us focused on things

5   like please keep the payroll, employee pension, and Human

6   Resources information.

7             THE COURT:  Right.

8             MR. CANTWELL:  Which we already planned to do.

9   Please keep the retiree records.  Again, we already planned

10  to do that.  As to the three on the docket, Docket Item

11  16357, again, requested pension items be retained.  Docket

12  16358 notified the Debtors that a claim was still in

13  existence and that was about it.  And Docket Item 16323

14  objected, if you will, to the disposal of any records because

15  they thought that "Nortel Executives would be released out of

16  problems" and it was a conclusory kind of statement that

17  didn't -- we don't believe has much basis to --

18            THE COURT:  Right.

19            MR. CANTWELL:  -- postpone the entry of these

20  Orders.

21            THE COURT:  Who will actually be doing, Mr.

22  Cantwell, who will actually be doing a review of documents to

23  determine which ones go and which ones stay?

24            MR. CANTWELL:  So much of that review has already

25  been completed.

1          THE COURT:  Okay.

2          MR. CANTWELL:  The way the documents are

3   maintained at Iron Mountain, there's an Index and the Index

4   codes a lot of different pieces of data that we have on the

5   boxes.  The data is more complete on some boxes than others.

6   But we have set forth to retain anything, at least on the

7   hardcopy document side, anything that was received at an

8   offsite facility after January 1st, 2003, which is the same

9   date that was used in Canada will be maintained.

10          THE COURT:  Okay.

11          MR. CANTWELL:  And the way that documents were

12   sent to Nortel at that time, the fact that it's January 1st,

13   2003, that actually, in all likelihood; again, we don't know

14   for all of the documents, would include documents from before

15   2003.  So we think that we're picking up more documents from

16   the past, you know, again before 2003, and we think that

17   provides an appropriate cushion in -- a time cushion in light

18   of the issues of ongoing relevance to the Estate.

19          We're also keeping anything that's been coded to

20   the Legal or Tax Department; again, recognizing what is going

21   on in the cases.  And we're also, again, maintaining anything

22   that's been coded to environmental, employee Human Resources,

23   employee medical, pension, and payroll.  So using, again, the

24   indices that have been maintained by these offsite facility,

25   offsite storage providers, that's how we have cut down much

1  of the list and, again, it's what the Canadians have done and

2  it's what we think enables the Estate to retain relevant

3  documents going forward at the same time, you know, avoiding

4  a box-by-box review of 141,000 documents which would

5  completely obliviate any cost savings that we're asking Your

6  Honor for today.  And at the same time, I mean in the Motion,

7  we did set forth our proposed breakdown of the documents.

8  That has gotten more protected.

9           THE COURT:  Yes.

10          MR. CANTWELL:  Fewer documents are being proposed

11  so, you know, everyone has seen what the Debtors proposed and

12  we've received minimal responses; again, the employee ones

13  that I mentioned.  As far as parties in interest, we -- other

14  parties, that would be such as cited in the Reply or both

15  contacted the Debtors to make sure that we are, in fact,

16  disposing of the electronic servers and that's something --

17          THE COURT:  Right.

18          MR. CANTWELL:  -- that is going to be done

19  whenever the Debtors transition out of the lease that is

20  currently at Research Triangle Park and that's really what's

21  driving everything here is a July 31st drop-dead date to be

22  out of the facility in North Carolina and avoid the

23  significant penalties that the Debtors can't properly plan to

24  get out of that space and have it returned to its pre-lease

25  condition, per the terms of the lease.

1          THE COURT:  Absolutely.

2          MR. CANTWELL:  So, Your Honor, I think I've

3  outlined what we're seeking and at least explained the dates

4  and when we may be back before you if we can't reach

5  agreements with any Objectors, if there are any.  If Your

6  Honor doesn't have any questions, I'm happy to walk through

7  the blackline with you that we --

8          THE COURT:  All right.  Thank you, Mr. Cantwell.

9          MR. CANTWELL:  If I can approach?

10          THE COURT:  Yes you may.  You sure may.  Thank

11  you.

12          MR. CANTWELL:  So nothing's changed from what we

13  filed with our Reply, and as you can see on the first page,

14  we just added some docket items with respect to the documents

15  we received on the record.  We mentioned the fact that we

16  filed a Reply in Further Support.  The -- we added language

17  in paragraph 1, noting that certain responses had been filed

18  and asking for those to be overruled, to the extent that they

19  are even Objections.

20          Paragraph 3, we struck the language including

21  without limitation Appendix A and B because, as I mentioned,

22  we've since revised Appendix A, which was the hardcopy

23  request and we've noted that in the Reply.  So we've simply

24  asked for authority as set forth in the Motion because the

25  Debtors will comply with what we've requested in the Motion

1   and don't feel that the reference to Appendix A was no longer

2   correct.

3           And then finally, paragraph 5, you'll see that we

4   added language.  As Your Honor is aware, we're currently in

5   ongoing litigation with SNMP --

6           THE COURT:  SNMP.

7           MR. CANTWELL:  -- Research International.

8           THE COURT:  That's right.

9           MR. CANTWELL:  We've been in communication with

10  their Counsel.  This is agreed language that we reached with

11  their Counsel, just making clear, again, for the avoidance of

12  doubt, that they can object using the records disposal

13  procedures but this Motion would authorize should they want

14  to object to anything; so, again, nothing controversial there

15  but just reserving their rights on that point.

16          THE COURT:  Yes.

17          MR. CANTWELL:  If Your Honor doesn't have any

18  questions; I'm not sure if anybody else has any other

19  comments maybe that are on the line that would like to say

20  anything but that's all I have for you and would ask that you

21  approve the Motion.

22          THE COURT:  And you agree that the standard really

23  is the business judgment test?

24          MR. CANTWELL:  That's correct, Your Honor.

25          THE COURT:  All right.  Does anyone else wish to

1    be heard either in the Courtroom or on the phone?

2    (No audible response.)

3              THE COURT:  Well, first of all, I'm going to

4    approve the Procedures Motion.  The case is coming close to

5    seven years and I recognize the cost of maintaining all of

6    these documents and the significant savings that will occur.

7    And I'm also pleased really with the breadth of those

8    documents that will be retained.  I think that, clearly, the

9    retention program will protect virtually all of the documents

10   that anyone could be interested in, and then some.  So unless

11   anyone has anything further to add, I'm prepared to sign the

12   Order.

13             MR. CANTWELL:  Okay.

14             THE COURT:  Do you have a Final Order with you or

15   --

16             MR. CANTWELL:  I do.  I can walk it up to you.

17             THE COURT:  Please do, Mr. Cantwell.  Thank you.

18   And I assume that if there are no Objections, which is

19   unlikely I know, but if there are no Objections, then I'll

20   probably just get a Certificate of No Objection on this

21   document, on this --

22             MR. CANTWELL:  Certainly, Your Honor.

23             THE COURT:  Yes.  Okay.  Well, I am signing the

24   Order, Mr. Cantwell.

25             MR. CANTWELL:  Excellent.  Thank you, Your Honor.

1          THE COURT:  Anything further?

2          MS. SCHWEITZER:  No, Your Honor.

3          THE COURT:  All right, Ms. Schweitzer.  It's good

4   to see you.

5          MS. SCHWEITZER:  As always, Your Honor, it's good

6   to see you.

7          THE COURT:  I've signed the Order, Mr. Cantwell.

8          MR. CANTWELL:  Thank you.

9          THE COURT:  Well done.  Thank you.  Thank you very

10  much.

11         MR. CANTWELL:  Thank you, Your Honor.

12         MS. SCHWEITZER:  Thank you, Your Honor.

13         THE COURT:  And with that, we'll stand in recess.

14         MS. SCHWEITZER:  Thank you.

15         MR. ABBOTT:  Thank you, Your Honor.  I'll see you

16  next week.

17         THE COURT:  Good to see you next week.

18         MS. SCHWEITZER:  Yes.

19         THE COURT:  Happy holidays.

20         MR. ABBOTT:  We will see you --

21         MS. SCHWEITZER:  We will see you --

22         MR. ABBOTT:  We will see you before the holidays.

23         MS. SCHWEITZER:  -- on the 23rd for the --

24         MR. ABBOTT:  Correct.

25         MS. SCHWEITZER:  -- for the SNMP argument.

1           MR. ABBOTT:  The 22nd.

2           MR. CANTWELL:  22nd.

3           THE COURT:  That's right.

4           MS. SCHWEITZER:  The 22nd, I'm sorry.

5           THE COURT:  That's right.

6           MR. ABBOTT:  The 22nd.

7           MS. SCHWEITZER:  So that --

8           THE COURT:  Thank you.

9           MS. SCHWEITZER:  -- Brief will be filed today.

10          MR. ABBOTT:  So we'll wish you happy holidays --

11          MS. SCHWETIZER:  Yes.

12          MR. ABBOTT:  -- again at that time.

13          THE COURT:  All right.  Good.

14          MS. SCHWEITZER:  Excellent.

15          THE COURT:  That sounds wonderful.  Thank you

16  everyone.

17          MS. SCHWEITZER:  Thank you, Your Honor.

18          MR. CANTWELL:  Thank you, Your Honor.

19          THE COURT:  Good day to you.

20   (Whereupon, at 10:16 a.m., the hearing was adjourned.)

21

1                         <u>CERTIFICATION</u>

2           I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____            December 16, 2015

8    Tammy Kelly, Transcriber                     Date

9

10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) 1:15 4:1 16:20 | | **authorize**(1) 13:13 | | **cleary**(4) 1:31 4:9 4:20 8:18 | | **docket**(7) 4:21 8:11 9:10 9:10 9:11 9:13 | |
| **abbott**(14) 1:25 4:4 4:5 4:7 4:7 4:11 | | **avoid**(2) 5:14 11:22 | | **clerk**(1) 4:2 | | 12:14 | |
| 15:15 15:20 15:22 15:24 16:1 16:6 16:10 | | **avoidable**(2) 5:14 7:15 | | **close**(1) 14:4 | | | |
| 16:12 | | **avoidance**(1) 13:11 | | **cno**(1) 8:9 | | **document**(7) 6:17 7:10 7:24 8:5 8:16 10:7 | |
| **able**(1) 7:12 | | **avoiding**(1) 11:3 | | **coded**(2) 10:19 10:22 | | 14:21 | |
| **about**(4) 7:21 9:21 9:22 10:13 | | **aware**(2) 5:1 13:4 | | **codes**(1) 10:4 | | | |
| **aboveentitled**  (1) 17:4 | | **back**(3) 5:22 6:25 12:4 | | **collier**(1) 2:31 | | **documents**(24) 5:17 5:18 5:18 5:22 6:9 | |
| **absolutely**(1) 12:1 | | **bank**(1) 2:14 | | **come**(1) 6:25 | | 6:11 7:6 7:14 7:17 7:22 9:22 10:2 10:11 | |
| **accordance**(1) 6:9 | | **bankruptcy**(2) 1:1 1:20 | | **comes**(1) 7:25 | | 10:14 10:14 10:15 11:3 11:4 11:7 11:10 | |
| **across**(1) 6:6 | | **basis**(2) 8:9 9:17 | | **coming**(1) 14:4 | | 12:14 14:6 14:8 14:9 | |
| **actually**(4) 7:21 9:21 9:22 10:13 | | **because**(4) 8:9 9:14 12:21 12:24 | | **comments**(1) 13:19 | | | |
| **add**(1) 14:11 | | **been**(7) 7:9 9:25 10:19 10:22 10:24 12:17 | | **committee**(2) 2:11 2:38 | | **does**(1) 13:25 | |
| **added**(3) 12:14 12:16 13:4 | | 13:9 | | **communicating**(1) 7:22 | | **doesn't**(3) 8:19 12:6 13:17 | |
| **additional**(1) 7:20 | | | | **communication**(1) 13:9 | | **doing**(2) 9:21 9:22 | |
| **address**(1) 8:12 | | **before**(7) 1:19 6:25 8:13 10:14 10:16 12:4 | | **communications**(1) 9:4 | | **don't**(3) 9:17 10:10 13:1 | |
| **adjourned**(1) 16:20 | | 15:22 | | **company**(1) 2:26 | | **doubt**(1) 13:12 | |
| **administered**(1) 1:6 | | | | **complete**(1) 10:5 | | **dow**(1) 2:26 | |
| **administration**(2) 5:12 8:8 | | **beginning**(1) 4:25 | | **completed**(1) 9:25 | | **down**(2) 6:4 10:25 | |
| **advance**(2) 7:1 7:6 | | **behalf**(1) 4:21 | | **completely**(1) 11:5 | | **driving**(1) 11:21 | |
| **after**(4) 6:22 7:20 7:22 10:8 | | **being**(1) 11:10 | | **comply**(1) 12:25 | | **drop-dead**(1) 11:21 | |
| **again**(16) 6:11 8:15 8:19 8:25 9:9 9:11 | | **believe**(5) 5:25 5:26 6:12 6:18 7:11 9:17 | | **conclusory**(1) 9:16 | | **ecro**(1) 1:38 | |
| 10:13 10:16 10:20 10:21 10:23 11:1 11:12 | | **benefit**(1) 5:13 | | **condition**(1) 11:25 | | **effectively**(2) 5:11 7:13 | |
| 13:11 13:14 14:12 | | **beyond**(1) 6:18 | | **contact**(1) 6:19 | | **eight**(1) 8:24 | |
| | | **bit**(2) 7:21 7:24 | | **contacted**(1) 11:15 | | **either**(1) 14:1 | |
| **agenda**(1) 4:9 | | **blackline**(1) 12:7 | | **continued**(3) 2:2 3:2 5:12 | | **electronic**(5) 1:46 6:3 8:1 11:16 17:3 | |
| **agree**(2) 6:24 13:22 | | **bondholder**(1) 3:4 | | **contours**(1) 6:10 | | **else**(2) 13:18 13:25 | |
| **agreed**(1) 13:10 | | **both**(2) 7:12 11:14 | | **controversial**(1) 13:14 | | **employee**(6) 8:5 8:20 9:5 10:22 10:23 | |
| **agreements**(1) 12:5 | | **botter**(3) 2:12 4:14 4:15 | | **correct**(4) 13:2 13:24 15:24 17:2 | | **employees**(3) 6:7 8:15 8:25 | |
| **akin**(2) 2:11 2:39 | | **box-by-box**(1) 11:4 | | **cost**(3) 7:19 11:5 14:5 | | **enables**(1) 11:2 | |
| **al.**(1) 1:8 | | **boxes**(3) 5:21 10:5 10:5 | | **costs**(2) 7:15 7:15 | | **entire**(1) 6:19 | |
| **all**(12) 4:11 4:24 10:13 10:14 12:8 13:20 | | **breadth**(1) 14:7 | | **could**(1) 14:10 | | **entry**(1) 9:19 | |
| 13:25 14:3 14:5 14:9 15:3 16:13 | | **breakdown**(1) 11:7 | | **counsel**(2) 13:10 13:11 | | **environmental**(1) 10:22 | |
| | | **brickley**(1) 2:27 | | **count**(1) 6:2 | | **ernst**(1) 2:43 | |
| **allen**(1) 2:43 | | **brief**(2) 7:3 16:9 | | **country**(1) 6:6 | | **esq**(13) 1:25 1:26 1:32 1:33 2:5 2:12 2:19 | |
| **allow**(1) 5:10 | | **bring**(1) 8:12 | | **course**(1) 7:12 | | 2:27 2:35 2:40 2:44 3:6 3:11 | |
| **already**(5) 7:9 7:10 9:8 9:9 9:24 | | **broad**(1) 6:10 | | **court**(45) 1:1 4:3 4:6 4:11 4:14 4:16 4:18 | | | |
| **also**(4) 5:13 10:19 10:21 14:7 | | **broadly**(1) 5:17 | | 4:24 5:4 5:7 5:20 8:13 8:22 9:7 9:18 9:21 | | **estate**(3) 7:15 10:18 11:2 | |
| **always**(1) 15:5 | | **bryant**(1) 2:13 | | 10:1 10:10 11:9 11:17 12:1 12:8 12:10 | | **estates**(2) 5:13 5:13 | |
| **america**(1) 2:14 | | **buchanan**(1) 2:4 | | 13:6 13:8 13:16 13:22 13:25 14:3 14:14 | | **even**(1) 12:19 | |
| **and**(59) 4:8 4:9 5:5 5:9 5:9 5:13 5:23 6:3 | | **build**(1) 6:20 | | 14:17 14:23 15:1 15:3 15:7 15:9 15:13 | | **ever**(1) 5:24 | |
| 6:5 6:19 7:1 7:3 7:10 7:15 7:15 8:2 8:4 | | **business**(1) 13:23 | | 15:17 15:19 16:3 16:5 16:8 16:13 16:15 | | **everybody**(1) 6:15 | |
| 8:11 8:12 8:16 8:17 8:17 8:18 8:18 9:2 | | **but**(7) 7:25 8:11 10:6 13:13 13:15 13:20 | | 16:19 | | **everyone**(3) 4:3 11:11 16:16 | |
| 9:5 9:13 9:13 9:16 9:23 10:3 10:11 10:16 | | 14:19 | | | | **everything**(1) 11:21 | |
| 10:21 10:23 11:1 11:1 11:6 11:11 11:16 | | | | **courtroom**(2) 1:10 14:1 | | **example**(1) 8:3 | |
| 11:20 11:22 11:24 12:12 12:14 12:18 | | **calls**(2) 8:15 8:18 | | **creditor**(2) 6:15 8:16 | | **excellent**(2) 14:25 16:14 | |
| 12:21 12:23 13:1 13:3 13:20 13:22 14:5 | | **can**(7) 6:19 6:20 7:17 12:9 12:13 13:12 | | **creditors**(1) 2:39 | | **executive**(1) 5:2 | |
| 14:6 14:7 14:10 14:18 15:13 | | 14:16 | | **creditor's**(1) 2:10 | | **executives**(1) 9:15 | |
| | | **canada**(2) 7:9 10:9 | | **current**(2) 5:9 8:4 | | **existence**(1) 9:13 | |
| **andrew**(2) 1:26 3:11 | | **canadians**(1) 11:1 | | **currently**(6) 5:15 5:18 6:4 7:16 11:20 13:4 | | **existing**(1) 6:4 | |
| **any**(11) 5:2 6:4 6:16 6:16 8:13 9:14 11:5 12:5 | | **cantor**(1) 3:10 | | **cushion**(2) 10:17 10:17 | | **expenses**(1) 5:14 | |
| 12:5 12:6 13:17 13:18 | | **cantwell**(37) 1:33 4:9 4:18 4:19 4:20 4:25 | | **cut**(1) 10:25 | | **explained**(1) 12:3 | |
| | | 5:5 5:8 5:21 8:23 9:8 9:19 9:22 9:24 10:2 | | | | **extent**(1) 12:18 | |
| **anybody**(3) 6:16 6:23 13:18 | | 10:11 11:10 11:18 12:2 12:8 12:9 12:21 | | **data**(4) 6:3 8:1 10:4 10:5 | | **facilities**(1) 5:19 | |
| **anyone**(3) 13:25 14:10 14:13 | | 13:7 13:9 13:17 13:24 14:12 14:16 14:17 | | **date**(4) 6:18 10:9 11:21 17:8 | | **facility**(4) 6:1 10:8 10:24 11:22 | |
| **anything**(9) 8:20 10:6 10:7 10:19 10:21 | | 14:22 14:24 14:25 15:7 15:8 15:11 16:2 | | **dates**(1) 12:3 | | **fact**(3) 10:12 11:15 12:15 | |
| 13:14 13:20 14:11 15:1 | | 16:18 | | **david**(1) 2:12 | | **fagen**(1) 2:40 | |
| | | | | **day**(1) 16:19 | | **far**(1) 11:13 | |
| **appearances**(1) 2:24 3:1 | | **can't**(2) 11:23 12:4 | | **deadline**(2) 6:21 6:21 | | **farr**(1) 2:34 | |
| **appendix**(3) 12:21 12:22 13:1 | | **carolina**(2) 6:2 11:22 | | **debtors**(24) 1:12 1:24 4:7 4:21 5:6 5:10 | | **february**(3) 6:22 7:1 7:3 | |
| **applications**(1) 8:3 | | **case**(4) 1:5 6:7 8:13 14:4 | | 5:14 5:17 5:25 6:8 6:12 6:19 7:4 7:6 7:16 | | **feel**(1) 13:1 | |
| **approach**(1) 12:9 | | **cases**(2) 8:10 10:21 | | 8:1 8:23 8:24 9:12 11:11 11:15 11:19 | | **feld**(2) 2:11 2:39 | |
| **appropriate**(1) 10:17 | | **certain**(4) 6:9 6:17 7:22 12:17 | | 11:23 12:25 | | **fewer**(1) 11:10 | |
| **approval**(1) 4:21 | | **certainly**(1) 14:22 | | | | **file**(1) 7:6 | |
| **approve**(3) 9:2 13:21 14:4 | | **certificate**(1) 14:20 | | **debtor's**(5) 5:9 6:1 6:11 | | **filed**(7) 5:10 6:23 8:25 12:13 12:16 12:17 | |
| **approximately**(2) 7:19 8:14 | | **certification**(1) 17:1 | | **decades**(1) 5:23 | | 16:9 | |
| **are**(20) 5:2 5:12 5:15 5:18 5:23 6:4 6:8 6:12 | | **certify**(1) 17:2 | | **december**(2) 1:14 4:1 | | | |
| 7:14 7:16 8:1 8:3 8:7 10:2 11:10 11:15 | | **chance**(1) 6:16 | | **declarant**(1) 5:3 | | **filing**(1) 7:6 | |
| 12:5 12:19 13:19 14:18 14:19 | | **changed**(1) 12:12 | | **delaware**(3) 1:2 1:12 4:1 | | **final**(1) 14:14 | |
| | | **chapter**(1) 1:8 | | **department**(1) 10:20 | | **finally**(1) 13:3 | |
| **argument**(1) 15:25 | | **characterize**(1) 8:10 | | **derek**(1) 1:25 4:7 | | **financial**(1) 8:4 | |
| **arsht**(1) 1:24 | | **chiuchiolo**(1) 2:35 | | **determine**(1) 9:23 | | **first**(3) 5:17 12:13 14:3 | |
| **ask**(1) 13:20 | | **christopher**(1) 2:19 | | **diaz**(1) 1:40 | | **fitzgerald**(1) 3:10 | |
| **asked**(1) 12:24 | | **cited**(1) 11:14 | | **did**(2) 8:9 11:7 | | **flexibility**(1) 5:11 | |
| **asking**(2) 11:5 12:18 | | **claim**(1) 9:12 | | **didn't**(1) 9:17 | | **floor**(1) 1:27 | |
| **asset**(1) 3:9 | | **claimants**(1) 2:34 | | **different**(1) 10:4 | | **focused**(1) 9:4 | |
| **assume**(1) 14:18 | | **claims**(1) 9:1 | | **disposal**(5) 4:22 7:10 7:24 9:14 13:12 | | **following**(2) 5:8 6:11 | |
| **attempt**(1) 6:20 | | **clear**(2) 8:19 13:11 | | **dispose**(1) 6:9 | | | |
| **audible**(1) 14:2 | | **clearly**(1) 14:8 | | **disposing**(1) 11:16 | | | |
| **authority**(1) 12:24 | | | | **district**(1) 1:2 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **for**(27) 1:2 1:24 2:4 2:10 2:26 2:34 2:38 2:43 3:4 3:9 4:7 5:5 5:12 5:13 6:23 6:25 7:5 8:3 8:23 10:14 11:6 12:18 12:24 13:11 13:20 15:23 15:25 | | **information**(4) 6:24 8:6 9:3 9:6 | | **matz**(1) 3:6 | | **paragraph**(3) 12:17 12:20 13:3 | |
| | | **ingersoll**(1) 2:4 | | **may**(4) 4:3 12:4 12:10 12:10 | | **park**(3) 2:13 6:1 11:20 | |
| | | **initial**(2) 5:3 7:23 | | **maybe**(1) 13:19 | | **particular**(1) 6:16 | |
| | | **integrated**(1) 6:6 | | **mccloy**(1) 3:5 | | **parties**(3) 7:23 11:13 11:14 | |
| **foregoing**(1) 17:2 | | **interest**(2) 7:23 11:13 | | **mean**(1) 11:6 | | **party**(1) 2:26 | |
| **form**(1) 9:1 | | **interested**(3) 2:26 6:14 14:10 | | **medical**(1) 10:23 | | **past**(1) 10:16 | |
| **forth**(5) 5:16 6:13 10:6 11:7 12:24 | | **international**(1) 13:7 | | **mentioned**(3) 11:13 12:15 12:21 | | **paying**(1) 7:16 | |
| **forward**(3) 6:13 7:14 11:3 | | **iron**(1) 10:3 | | **milbank**(1) 3:5 | | **payroll**(2) 9:5 10:23 | |
| **four**(1) 7:2 | | **issues**(1) 10:18 | | **minimal**(1) 11:12 | | **peg**(1) 2:27 | |
| **frankly**(1) 5:23 | | **item**(3) 4:21 9:10 9:13 | | **minimize**(1) 7:15 | | **penalties**(1) 11:23 | |
| **from**(7) 4:9 5:1 8:15 10:14 10:15 12:12 17:3 | | **items**(2) 9:11 12:14 | | **monitor**(1) 2:4 | | **pennsylvania**(1) 1:42 | |
| | | **its**(2) 7:11 11:24 | | **month**(2) 7:17 7:20 | | **pension**(4) 2:34 9:5 9:11 10:23 | |
| | | **it's**(11) 4:4 4:12 6:7 7:8 7:11 8:6 10:12 11:1 11:2 15:3 15:5 | | **more**(6) 5:11 7:13 7:22 10:5 10:15 11:8 | | **pension-related**(1) 8:6 | |
| **further**(5) 6:23 9:3 12:16 14:11 15:1 | | | | **morning**(8) 4:3 4:5 4:6 4:13 4:15 4:17 4:18 4:19 | | **pensions**(1) 8:20 | |
| **gallagher**(1) 2:34 | | | | | | **per**(1) 11:25 | |
| **get**(2) 11:24 14:20 | | **i'd**(1) 4:25 | | | | **perhaps**(1) 6:5 | |
| **ginger**(1) 1:38 | | **i'll**(2) 14:19 15:15 | | **morris**(1) 1:24 | | **permission**(1) 6:9 | |
| **giving**(1) 7:4 | | **i'm**(6) 12:6 13:18 14:3 14:7 14:11 16:4 | | **mostly**(1) 8:15 | | **philip**(1) 1:33 4:19 | |
| **going**(7) 7:14 7:21 9:3 10:20 11:3 11:18 14:3 | | **i've**(2) 12:2 15:7 | | **motion**(19) 4:10 4:23 5:3 5:10 5:16 6:3 6:8 6:10 6:13 6:15 7:18 8:19 8:21 11:6 12:24 12:25 13:13 13:21 14:4 | | **phone**(1) 14:1 | |
| | | **january**(3) 6:21 10:8 10:12 | | | | **picking**(1) 10:15 | |
| **good**(15) 4:3 4:4 4:5 4:6 4:12 4:13 4:15 4:17 4:18 4:19 15:3 15:5 15:17 16:13 16:19 | | **jointly**(1) 1:6 | | | | **pieces**(1) 10:4 | |
| | | **jones**(1) 2:26 | | **mountain**(1) 10:3 | | **plan**(1) 11:23 | |
| | | **judge**(3) 1:19 1:20 4:15 | | **much**(5) 5:5 9:17 9:24 10:25 15:10 | | **planned**(2) 9:8 9:9 | |
| **got**(1) 8:16 | | **judgment**(1) 13:23 | | **murphy**(1) 2:5 | | **plaza**(1) 1:34 | |
| **gotten**(1) 11:8 | | **july**(1) 11:21 | | **necessarily**(1) 8:10 | | **please**(4) 4:2 9:5 9:9 14:17 | |
| **gottlieb**(2) 1:31 4:20 | | **just**(6) 5:1 8:12 12:14 13:11 13:15 14:20 | | **necessary**(5) 5:12 7:2 8:7 | | **pleased**(1) 14:7 | |
| **granted**(1) 7:9 | | **kathleen**(1) 2:5 | | **need**(1) 6:24 | | **point**(2) 8:23 13:15 | |
| **gross**(1) 1:19 | | **kathy**(1) 5:1 | | **networks**(1) 1:8 | | **postpone**(1) 9:19 | |
| **group**(1) 3:5 | | **keep**(2) 9:5 9:9 | | **new**(2) 1:35 2:15 | | **potential**(1) 9:1 | |
| **gump**(2) 2:11 2:39 | | **keeping**(1) 10:19 | | **next**(2) 15:16 15:17 | | **powered**(1) 6:4 | |
| **had**(3) 6:6 8:17 12:17 | | **kelly**(1) 17:8 | | **nice**(1) 5:7 | | **ppearances**(2) 1:22 2:1 | |
| **hadley**(1) 3:5 | | **kent**(1) 2:31 | | **nicholas**(1) 2:35 | | **pre-lease**(1) 11:24 | |
| **hall**(1) 2:44 | | **kept**(1) 8:8 | | **nichols**(1) 1:24 | | **prepared**(1) 14:11 | |
| **hamilton**(1) 1:31 4:20 | | **kevin**(1) 1:19 | | **non-controversial**(1) 4:8 | | **present**(1) 4:10 | |
| **handled**(1) 8:18 | | **key**(1) 8:2 | | **nor**(1) 5:24 | | **preserving**(1) 6:10 | |
| **happy**(3) 12:6 15:19 16:10 | | **kind**(1) 9:16 | | **nortel**(3) 1:8 6:5 10:12 | | **preston**(1) 2:18 | |
| **hardcopy**(5) 5:18 5:22 7:17 10:7 12:22 | | **king**(1) 2:20 | | **north**(4) 1:27 2:20 6:1 11:22 | | **probably**(1) 14:20 | |
| **harrisburg**(1) 1:42 | | **know**(8) 7:12 8:1 8:14 10:13 10:16 11:3 11:11 14:19 | | **not**(5) 5:23 6:7 6:22 8:9 13:18 | | **problems**"(1) 9:16 | |
| **has**(11) 6:15 6:16 6:17 6:23 7:11 9:17 9:24 11:8 11:11 13:18 14:11 | | | | **note**(1) 7:8 | | **procedures**(6) 4:23 6:14 6:20 7:10 13:13 14:4 | |
| | | **language**(4) 12:16 12:20 13:4 13:10 | | **noted**(1) 12:23 | | | |
| **hauer**(2) 2:11 2:39 | | **large**(1) 8:16 | | **nothing**(1) 13:14 | | **proceedings**(6) 1:18 1:46 5:25 6:12 7:14 17:4 | |
| **have**(16) 5:2 5:7 5:9 5:21 7:10 8:13 10:4 10:6 10:24 10:25 11:1 11:24 12:6 13:17 13:20 14:14 | | **later**(1) 7:4 | | **nothing's**(1) 12:12 | | | |
| | | **laura**(1) 2:44 | | **notified**(1) 9:12 | | **process**(1) 6:14 | |
| | | **lease**(2) 11:19 11:25 | | **noting**(1) 12:17 | | **produced**(1) 1:47 | |
| | | **least**(5) 7:23 10:6 12:3 | | **now**(1) 6:7 | | **program**(1) 14:9 | |
| **heard**(2) 6:16 14:1 | | **legal**(1) 10:20 | | **number**(1) 7:20 | | **properly**(1) 11:23 | |
| **hearing**(4) 7:1 7:1 7:7 16:20 | | **letter**(1) 7:3 | | | | **propose**(1) 6:19 | |
| **her**(1) 8:18 | | **liberty**(1) 1:34 | | **object**(2) 13:12 13:14 | | **proposed**(4) 7:19 11:7 11:10 11:11 | |
| **here**(5) 4:20 5:2 5:7 8:9 11:21 | | **light**(1) 10:17 | | **objected**(1) 9:14 | | **proposing**(2) 7:21 8:1 | |
| **historical**(1) 8:4 | | **like**(3) 5:1 9:5 13:19 | | **objection**(5) 6:17 6:21 6:24 9:1 14:20 | | **protect**(1) 14:9 | |
| **his**(1) 8:19 | | **likelihood**(1) 10:13 | | **objections**(4) 8:11 12:19 14:18 14:19 | | **protected**(1) 11:8 | |
| **hoc**(1) 3:4 | | **limitation**(1) 12:21 | | **objector**(1) 7:2 | | **providers**(1) 10:25 | |
| **holders**(1) 9:1 | | **line**(1) 13:19 | | **objectors**(1) 12:5 | | **provides**(1) 10:17 | |
| **holidays**(3) 15:19 15:22 16:10 | | **lisa**(1) 1:32 | | **obliviate**(1) 11:5 | | **questions**(6) 5:3 6:16 8:14 8:17 12:6 13:18 | |
| **honor**(27) 4:5 4:8 4:17 4:19 4:25 5:2 5:8 5:16 5:25 7:5 8:13 9:2 11:6 12:2 12:6 13:4 13:17 13:24 14:22 14:25 15:2 15:5 15:11 15:12 15:16 16:17 16:18 | | **list**(1) 11:1 | | **occur**(1) 14:6 | | **rather**(1) 8:16 | |
| | | **litigation**(1) 13:5 | | **off-hand**(1) 8:14 | | **reach**(1) 12:4 | |
| | | **little**(2) 7:21 7:24 | | **official**(2) 2:10 2:38 | | **reached**(1) 13:10 | |
| | | **llp**(4) 1:24 2:18 2:34 2:43 | | **offsite**(4) 9:19 10:8 10:24 10:25 | | **really**(3) 11:20 13:22 14:7 | |
| | | **lodged**(1) 8:11 | | **okay**(4) 10:1 10:10 14:13 14:23 | | **receive**(1) 8:10 | |
| **honorable**(1) 1:19 | | **longer**(1) 5:24 13:1 | | **omnibus**(1) 7:1 | | **received**(4) 8:14 10:7 11:12 12:15 | |
| **hope**(1) 9:2 | | **lot**(5) 5:22 5:23 8:17 8:25 10:4 | | **one**(3) 1:34 2:13 4:9 | | **recess**(1) 15:13 | |
| **hopefully**(1) 4:8 | | **lower**(1) 7:21 | | **ones**(3) 9:23 9:23 11:12 | | **recognize**(1) 14:5 | |
| **host**(1) 5:19 | | **mace**(1) 1:38 | | **ongoing**(4) 6:12 8:7 10:18 13:5 | | **recognizing**(1) 10:20 | |
| **house**(1) 8:3 | | **mail**(1) 8:17 | | **only**(1) 4:9 | | **record**(3) 8:12 12:15 | |
| **housed**(1) 5:25 | | **mailed**(1) 8:24 | | **operational**(1) 8:2 | | **recorded**(1) 1:46 | |
| **housekeeping**(1) 8:20 | | **maintain**(5) 5:11 5:17 7:13 7:22 8:2 | | **order**(4) 14:12 14:14 14:24 15:7 | | **recording**(2) 1:46 17:3 | |
| **how**(2) 5:9 10:25 | | **maintained**(4) 5:10 10:3 10:9 10:24 | | **orders**(1) 9:20 | | **records**(5) 5:9 5:11 9:9 9:14 13:12 | |
| **human**(3) 8:6 9:5 10:22 | | **maintaining**(2) 10:21 14:5 | | **ordinary**(1) 7:5 | | **redline**(1) 7:18 | |
| **important**(1) 7:8 | | **make**(2) 5:1 11:15 | | **originally**(1) 7:18 | | **refer**(1) 4:22 | |
| **inc**(2) 1:8 2:30 | | **making**(2) 8:19 13:11 | | **other**(2) 11:13 13:18 | | **reference**(1) 13:1 | |
| **include**(1) 10:14 | | **management**(2) 3:10 8:5 | | **others**(1) 10:5 | | **referred**(1) 6:3 | |
| **including**(1) 12:20 | | **managing**(1) 5:5 | | **our**(4) 5:3 6:2 11:7 12:13 | | **released**(1) 9:15 | |
| **incurring**(1) 5:17 | | **many**(4) 5:22 5:23 6:3 8:18 | | **out**(7) 6:20 6:23 7:13 9:15 11:19 11:22 11:24 | | **relevance**(1) 6:11 | |
| **index**(2) 10:3 10:3 | | **market**(3) 1:11 1:27 2:6 | | | | **relevant**(5) 5:24 6:12 7:14 8:3 11:2 | |
| **indices**(1) 10:24 | | **matrix**(2) 6:15 8:16 | | **outlined**(2) 6:10 12:3 | | **relief**(2) 7:8 7:23 | |
| **individual**(1) 6:14 | | **matter**(2) 4:9 17:4 | | **overruled**(1) 12:18 | | **remming**(1) 1:26 | |
| | | **matthew**(1) 2:40 | | **overy**(1) 2:43 | | | |
| | | | | **page**(2) 7:3 12:13 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| reorg(1) 2:30 | | sorry(1) 16:4 | | their(7) 5:11 7:17 8:2 8:4 13:10 13:11 13:15 | | we've(6) 6:2 6:22 6:25 11:12 12:22 12:23 12:23 12:25 13:9 | |
| reply(5) 7:6 11:14 12:13 12:16 12:23 | | sound(2) 1:46 17:3 | | | | | |
| reporting(1) 8:4 | | sounds(1) 16:15 | | them(4) 6:19 8:11 8:13 8:17 | | what(9) 5:9 9:3 10:20 11:1 11:2 11:11 12:3 12:12 12:25 | |
| request(4) 6:23 7:24 9:3 12:23 | | southpaw(1) 11:24 | | themselves(1) 5:10 | | | |
| requested(2) 9:11 12:25 | | space(1) 11:24 | | then(3) 13:3 14:10 14:19 | | what's(1) 11:20 | |
| requesting(1) 6:8 | | stand(1) 15:13 | | there(5) 8:24 12:5 13:14 14:18 14:19 | | when(4) 6:5 7:18 7:25 12:4 | |
| research(4) 2:30 6:1 11:20 13:7 | | standard(1) 13:22 | | there's(2) 6:21 10:3 | | whenever(1) 11:19 | |
| reserving(1) 13:15 | | state(1) 6:5 | | these(5) 5:24 9:19 10:24 14:6 | | whereupon(1) 16:20 | |
| reside(1) 5:18 | | statement(1) 9:16 | | they(9) 6:17 6:19 7:9 7:12 8:16 9:15 12:18 13:12 13:13 | | which(12) 4:22 5:22 5:22 5:23 6:2 9:8 9:23 9:23 10:8 11:4 12:22 14:18 | |
| resources(3) 8:6 9:6 10:22 | | states(2) 1:1 1:20 | | | | | |
| respect(1) 12:14 | | stay(1) 9:23 | | they're(1) 5:9 | | whiteford(1) 2:18 | |
| respond(1) 7:4 | | ste(1) 2:6 | | things(3) 7:12 8:7 9:4 | | who(3) 6:23 9:21 9:22 | |
| response(1) 14:2 | | steen(2) 1:31 4:20 | | think(7) 7:8 7:20 10:15 10:16 11:2 12:2 14:8 | | whole(1) 5:14 | |
| responses(4) 8:10 8:24 11:12 12:17 | | still(2) 7:4 9:12 | | | | will(18) 4:9 4:22 5:24 7:3 7:5 8:8 9:14 9:21 9:22 10:9 12:25 14:6 14:8 14:9 15:20 15:21 15:22 16:9 | |
| retain(3) 6:19 10:6 11:2 | | storage(3) 5:19 6:5 10:25 | | this(17) 4:10 5:5 5:10 6:8 6:13 6:15 7:8 7:16 7:18 7:24 8:15 8:20 8:23 13:10 13:13 14:20 14:21 | | | |
| retained(4) 6:18 6:18 9:11 14:8 | | store(1) 7:17 | | | | | |
| retention(1) 14:9 | | strauss(2) 2:11 2:39 | | | | willkie(1) 2:34 | |
| retiree(1) 9:9 | | street(3) 1:11 1:41 2:20 | | thomas(1) 3:6 | | wilmington(5) 1:12 1:28 2:7 2:21 4:1 | |
| return(1) 9:2 | | struck(1) 12:20 | | those(12) 5:12 5:18 6:4 6:11 7:13 8:2 8:6 8:12 8:18 9:3 12:18 14:7 | | wish(2) 13:25 16:10 | |
| returned(2) 9:4 11:24 | | such(1) 11:14 | | | | with(15) 5:3 6:9 6:23 7:22 12:5 12:7 12:13 12:14 12:25 13:5 13:9 13:10 14:7 14:14 15:13 | |
| review(7) 5:8 6:11 7:5 7:20 9:22 9:24 11:4 | | support(1) 12:16 | | thought(1) 9:15 | | | |
| revised(1) 12:22 | | sure(3) 11:15 12:10 13:18 | | thousands(1) 6:7 | | | |
| right(12) 4:11 4:24 9:7 9:18 11:17 12:8 13:8 13:25 15:3 16:3 16:5 16:13 | | system(2) 6:6 7:11 | | three(3) 6:21 9:10 | | without(1) 12:21 | |
| | | systems(2) 8:4 8:5 | | through(3) 7:17 7:18 12:6 | | wonderful(1) 16:15 | |
| rights(1) 13:15 | | tammy(1) 17:8 | | time(11) 5:25 6:13 6:22 7:5 7:16 7:25 10:12 10:17 11:3 11:6 16:12 | | work(1) 6:20 | |
| rise(1) 4:2 | | tax(1) 10:20 | | | | worked(1) 6:23 | |
| rlks(1) 5:1 | | taylor(1) 2:18 | | today(8) 4:8 4:20 4:23 7:13 8:9 9:2 11:6 16:9 | | would(13) 6:13 6:24 7:2 7:4 7:24 9:2 9:15 10:14 11:4 11:14 13:13 13:19 13:20 | |
| rooney,pc(1) 2:4 | | team(1) 8:18 | | | | | |
| run(1) 7:11 | | telephonic(2) 2:24 3:1 | | tower(1) 2:14 | | wouldn't(1) 8:10 | |
| | | terms(1) 11:25 | | transcriber(1) 17:8 | | www.diaztranscription.com(1 1:44 | |
| same(5) 5:25 6:13 7:25 10:8 11:3 11:6 | | test(1) 13:23 | | transcript(3) 1:18 1:47 17:3 | | years(2) 5:23 14:5 | |
| samis(3) 2:19 4:16 4:17 | | than(1) 10:5 | | transcription(3) 1:40 1:40 1:47 | | yes(9) 5:4 5:20 8:22 11:9 12:10 13:16 14:23 15:18 16:11 | |
| savings(3) 7:19 11:5 14:6 | | thank(16) 4:11 12:8 12:10 14:17 14:25 15:8 15:9 15:9 15:11 15:12 15:14 15:15 16:8 16:15 16:17 16:18 | | transition(1) 11:19 | | | |
| saw(1) 9:1 | | | | triangle(2) 6:1 11:20 | | york(2) 1:35 2:15 | |
| say(1) 13:19 | | | | tuesday(2) 4:1 7:7 | | you(50) 4:3 4:11 4:12 5:1 5:7 7:3 7:5 7:12 8:1 8:13 8:14 9:14 10:16 11:3 11:11 12:4 12:7 12:8 12:10 12:10 12:11 12:13 13:20 13:20 13:22 14:14 14:14 14:16 14:17 14:25 15:6 15:8 15:8 15:9 15:9 15:11 15:12 15:14 15:15 15:15 15:17 15:20 15:21 15:22 16:8 16:10 16:15 16:17 16:18 16:19 | |
| schultea(2) 5:1 8:17 | | that(79) 5:1 5:2 5:14 6:6 6:10 6:11 6:17 6:18 6:22 6:24 6:25 7:1 7:7 7:8 7:11 7:12 7:14 7:20 7:23 8:3 8:7 8:8 8:19 8:24 8:25 8:25 9:1 9:2 9:4 9:10 9:12 9:13 9:15 9:16 9:24 10:4 10:7 10:9 10:11 10:12 10:13 10:15 10:16 10:24 11:5 11:8 11:13 11:14 11:15 11:18 11:19 11:23 11:24 12:7 12:15 12:17 12:18 12:23 13:1 13:3 13:10 13:12 13:15 13:19 13:19 13:20 13:22 14:6 14:8 14:8 14:10 14:18 15:13 16:7 16:12 16:15 17:2 | | transcribe(1) 17:8 | | | |
| schuylkill(1) 1:41 | | | | | | | |
| schweitzer(17) 1:32 4:12 4:13 15:2 15:3 15:5 15:12 15:14 15:18 15:21 15:23 15:25 16:4 16:7 16:9 16:14 16:17 | | | | | | | |
| schweitzer(1) 16:11 | | | | tunnell(1) 1:24 | | | |
| seated(1) 4:4 | | | | tweed(1) 3:5 | | young(1) 2:43 | |
| see(11) 4:4 4:12 12:13 13:3 15:4 15:6 15:15 15:17 15:20 15:21 15:22 | | that's(11) 7:9 10:19 10:22 10:25 11:16 11:20 13:8 13:20 13:24 16:3 16:5 | | two(1) 5:17 | | your(28) 4:5 4:7 4:17 4:19 4:25 5:2 5:8 5:16 6:25 7:5 8:13 8:13 9:2 11:5 12:2 12:5 13:4 13:17 13:24 14:22 14:25 15:2 15:5 15:11 15:12 15:15 16:17 16:18 | |
| | | | | type(1) 6:17 | | | |
| | | | | types(2) 5:17 8:7 | | | |
| seek(1) 8:19 | | thau(1) 3:11 | | | | | |
| seeking(2) 4:21 12:3 | | the(195) 1:1 1:2 1:19 2:4 4:2 4:3 4:6 4:7 4:11 4:14 4:16 4:18 4:21 4:22 4:24 4:25 5:3 5:4 5:6 5:7 5:9 5:10 5:11 5:12 5:13 5:13 5:13 5:14 5:16 5:16 5:17 5:20 5:25 5:25 6:1 6:3 6:3 6:7 6:8 6:10 6:10 6:11 6:12 6:12 6:13 6:15 6:18 6:19 6:20 6:25 7:2 7:3 7:4 7:5 7:6 7:14 7:15 7:15 7:16 7:18 7:18 7:25 7:25 8:1 8:3 8:5 8:7 8:8 8:11 8:12 8:15 8:17 8:22 8:23 8:24 9:1 9:5 9:7 9:9 9:10 9:12 9:14 9:18 9:19 9:21 10:1 10:2 10:2 10:3 10:4 10:5 10:6 10:8 10:10 10:11 10:12 10:14 10:16 10:18 10:18 10:21 10:23 11:1 11:1 11:2 11:3 11:6 11:6 11:7 11:9 11:11 11:12 11:14 11:15 11:16 11:17 11:19 11:19 11:22 11:22 11:23 11:25 11:25 12:1 12:7 12:8 12:10 12:13 12:14 12:15 12:15 12:16 12:18 12:20 12:22 12:24 12:24 12:25 13:1 13:6 13:8 13:8 13:11 13:12 13:16 13:19 13:21 13:22 13:22 13:23 13:25 14:1 14:1 14:3 14:4 14:4 14:5 14:6 14:7 14:8 14:9 14:11 14:14 14:17 14:23 14:23 15:3 15:7 15:7 15:9 15:13 15:17 15:19 15:22 15:23 15:23 15:25 16:1 16:3 16:4 16:5 16:6 16:8 16:13 16:15 16:19 16:20 17:2 17:3 17:3 17:4 | | understanding(1) 7:11 | | you'll(1) 13:3 | |
| seems(1) 8:25 | | | | united(2) 1:1 1:20 | | "nortel(1) 9:15 | |
| seen(1) 11:11 | | | | unless(1) 14:10 | | december(1) 17:7 | |
| sent(1) 10:12 | | | | unlikely(1) 14:19 | | | |
| served(1) 8:15 | | | | unnecessary(1) 5:14 | | | |
| servers(6) 6:2 6:4 8:2 8:2 8:5 11:16 | | | | unsecured(1) 2:39 | | | |
| service(2) 1:40 1:47 | | | | upwards(1) 7:19 | | | |
| serviced(1) 6:6 | | | | used(1) 10:9 | | | |
| services(1) 1:40 | | | | useful(1) 5:24 | | | |
| serving(1) 6:15 | | | | using(2) 10:23 13:12 | | | |
| set(9) 5:16 6:2 6:13 6:13 6:25 7:13 10:6 11:7 12:24 | | the(1) 6:5 | | very(2) 7:10 15:9 | | | |
| | | | | vital(1) 6:5 | | | |
| seven(1) 14:5 | | | | | | | |
| several(1) 8:11 | | that's(11) 7:9 10:19 10:22 10:25 11:16 11:20 13:8 13:20 13:24 16:3 16:5 | | walk(3) 7:18 12:6 14:16 | | | |
| she(1) 5:3 | | | | want(1) 13:13 | | | |
| short(2) 4:8 7:2 | | | | wanted(1) 8:12 | | | |
| should(4) 5:2 6:18 7:2 13:13 | | | | was(12) 5:3 6:5 8:15 9:3 9:12 9:13 9:16 10:7 10:9 12:22 13:1 16:20 | | | |
| side(1) 10:7 | | | | | | | |
| sign(1) 14:11 | | | | way(2) 10:2 10:11 | | | |
| signed(1) 15:7 | | | | week(3) 7:4 15:16 15:17 | | | |
| significant(1) 11:23 14:6 | | | | weeks(1) 6:22 | | | |
| signing(1) 14:23 | | | | well(3) 14:3 14:23 15:9 | | | |
| similar(1) 7:10 | | | | were(8) 6:5 7:6 7:12 8:11 8:24 8:24 9:4 10:11 | | | |
| simply(3) 4:22 8:20 12:23 | | | | | | | |
| since(1) 12:22 | | | | weren't(1) 8:25 | | | |
| small(1) 9:1 | | | | we'll(2) 15:13 16:10 | | | |
| smaller(1) 7:25 | | | | we're(8) 7:21 8:9 10:15 10:19 10:21 11:5 12:3 13:4 | | | |
| snmp(4) 8:5 13:5 13:6 15:25 | | | | | | | |
| solutions(1) 5:2 | | | | | | | |
| some(5) 7:20 8:10 10:5 12:14 14:10 | | | | | | | |
| something(2) 7:9 11:16 | | | | | | | |