# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 18288** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2017, I caused to be served the "Agreed Scheduling Order Between the Debtors and Netas Telekomunikasyon A.S.," dated June 9, 2017 [Docket No. 18288], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

T:\Clients\NORTEL\Affidavits\Netas Ord_DI 18288_AFF_6-13-17.doc

Case 09-10138-MFW    Doc 18312    Filed 06/19/17    Page 2 of 4

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
14th day of June, 2017

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

-2-

T:\Clients\NORTEL\Affidavits\Netas Ord_DI 18288_AFF_6-13-17.doc

**EXHIBIT A**

| | |
|---|---|
| NNI AGREED ORDER 6-13-17 | NNI AGREED ORDER 6-13-17 |
| LOWENSTEIN SANDLER LLP<br>ZACHARY D. ROSENBAUM, ESQ., PAUL KIZEL, ESQ. &<br>MICHAEL PAPANDREA, ESQ.<br>COUNSEL FOR COUNSEL FOR NETAS TELEKOMUNIKASYON AS<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | POLSINELLI PC<br>ATTN: CHRISTOPHER A WARD ESQ., JUSTIN K EDELSON ESQ. & JARRETT VINE, ESQ.<br>COUNSEL FOR COUNSEL FOR NETAS TELEKOMUNIKASYON AS<br>222 DELAWARE AVENUE, STE 1101<br>WILMINGTON, DE 19801 |