# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 18253] | 3/1/17 - 3/31/17 | CDN$51,235.50 (Fees)<br><br>CDN$984.00 (Expenses) | CDN$40,988.40 (Fees @ 80%)<br><br>CDN$984.00 (Expenses @ 100%) | 5/26/17 | 6/16/17 |

2251425v1