# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt. No: 18009** |

## ORDER

Nortel Networks, Inc. served and filed Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (the "Objection") requesting an Order disallowing, *inter alia*, the claim (Claim No. 2506) which William A. Owens ("Mr. Owens") asserted in the amount of $2,278,679.00 against the United States Debtors (the "U.S. Debtors"). Following an evidentiary hearing and for the reasons provided in the Opinion Re Claim of William A. Owens, IT IS ORDERED that:

1. Contingent upon the withdrawal by the Canadian Monitor of the objection to Mr. Owens' claim against the Canadian Estate, the U.S. Debtors' Objection to Mr. Owens' claim is sustained.

2. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: June 20, 2017

                                                                            KEVIN GROSS, U.S.B.J.