# EXHIBIT A

**NORTEL NETWORKS INC.,** *et al*.
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP [Docket No. 18263] | 4/1/17 - 4/30/17 | $106,259.50 (Fees) $2,412.62 (Expenses) | $85,007.60 (Fees @ 80%) $2,412.62 (Expenses @ 100%) | 5/31/17 | 6/20/17 |

2251722v1