**EXHIBIT B**



# CASSELS BROCK
LAWYERS

Cassels Brock & Blackwell LLP
2100, Scotia Plaza
40 King Street West
Toronto, ON Canada M5H 3C2
T 416 869 5300
F 416 360 8877

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NORTEL NETWORKS INC
C/O AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: FRED HODARA
ONE BRYANT PARK
NEW YORK, NY  10036 USA

**INVOICE #2017077**
HST/GST #: R121379572

| Date | Matter Number | Lawyer |
|---|---|---|
| June 19, 2017 | 046992-00001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $     15,261.00 |
| Disbursements | 7.97 |
| **Total Amount Due** | **$     15,268.97 CDN** |

**Cassels Brock & Blackwell LLP**

Per: _____
Michael Wunder

**Wire Transfer:**
Bank of Nova Scotia
44 King St. West, Toronto, ON  M5H 1H1
Swift Code:  NOSCCATT
Bank ID:  002  Transit: 47696
CAD Funds Bank Account : 00739-11
ABA Routing #: 026 002 532
Reference: Please include the lawyer's name and the invoice number

**Credit Card:**
Payments are accepted via telephone, email or fax.
We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2017707

Matter # 046992-00001

### Invoice Detail

**TO PROFESSIONAL SERVICES RENDERED up to and including 05/08/2017**

| Date | ID | TASK | Narrative | Hours |
|---|---|---|---|---|
| 5/1/2017 | MS | 8 | Preparation for Canadian court hearing and review court filings. | 0.8 |
| 5/1/2017 | MS | 8 | Attend to Canadian court hearing regarding Canadian plan escrow reserve. | 1.5 |
| 5/1/2017 | MS | 31 | Preparation of report for Committee professionals regarding Canadian court hearing amount. | 0.6 |
| 5/1/2017 | RSK | 31 | Review Canadian court order and endorsement regarding approval of plan waiver and reserve agreement. | 0.3 |
| 5/1/2017 | MWU | 31 | Confer with M. Sassi regarding Canadian court attendance, and forward reports to UCC and advisors. | 1.1 |
| 5/2/2017 | RSK | 22 | Review correspondence from Akin Gump regarding distributions and plan effective date. | 0.3 |
| 5/2/2017 | MWU | 22 | Multiple correspondence to and from UCC advisors regarding coordination of action items for plan implementation in Canada and the U.S. | 0.8 |
| 5/2/2017 | MWU | 31 | Review Canadian court material for approval of Canadian LTD employee escrow arrangement. | 0.7 |
| 5/2/2017 | MWU | 3 | Prepare March 2017 fee account. | 2.7 |
| 5/3/2017 | RSK | 22 | Review email correspondence regarding Nortel closing schedule (plan effective date) and distributions. | 0.4 |
| 5/3/2017 | MWU | 22 | Email correspondence with UCC advisors regarding plan implementation and creditor distributions, and review plans regarding same. | 1.6 |
| 5/3/2017 | MWU | 22 | Call with Canadian counsel for Monitor regarding dates for plan effectiveness and plan implementation, and forward update to UCC advisors. | 0.4 |
| 5/3/2017 | MWU | 12 | Review update report regarding SNMP claims litigation. | 0.2 |
| 5/4/2017 | RSK | 31 | Review of final form of Ontario Court of Appeal dismissal order. | 0.2 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

| | | | CASSELS BROCK & BLACKWELL LLP<br>The Official Committee of Unsecured Creditors<br>Re: Nortel Networks Inc, et al. | Invoice # 2017707<br><br>Matter # 046992-00001 | |
|---|---|---|---|---|---|
| 5/4/2017 | MWU | 22 | Email correspondence to and from UCC advisors regarding plan implementation, and additional consideration of CCAA plan conditions. | 2.1 |
| 5/5/2017 | RSK | 22 | Review update from Akin Gump regarding U.S. court approval of Canadian LTD employee waiver agreement. | 0.2 |
| 5/5/2017 | MWU | 31 | Review U.S. motion record regarding Canadian LTD employee escrow arrangement and email correspondence with UCC advisors regarding same. | 0.8 |
| 5/5/2017 | MWU | 22 | Email correspondence with UCC advisors regarding plan implementation. | 0.3 |
| 5/5/2017 | MWU | 31 | Review Canadian court orders and filings, and correspondence with UCC advisors. | 1.7 |
| 5/8/2017 | RSK | 22 | Review monitor's certificate regarding plan effective date under CCAA plan. | 0.2 |
| 5/8/2017 | RSK | 22 | Review email correspondence from Akin Gump regarding plan effectiveness. | 0.3 |
| 5/8/2017 | MWU | 31 | Email correspondence with Canadian counsel for core parties regarding Ontario Court of Appeal order regarding CCAA plan, and review order. | 0.3 |
| 5/8/2017 | MWU | 7 | Attend on Committee status call. | 0.3 |
| 5/8/2017 | MWU | 3 | Email correspondence with Delaware counsel and prepare schedule for court order with updated information. | 0.5 |
| 5/8/2017 | MWU | 22 | Review amendment to U.S. plan and consider Canadian issues. | 0.8 |
| | | | **Total** | **19.1** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

**CASSELS BROCK & BLACKWELL LLP**  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2017707

Matter # 046992-00001

| Name | Title | Department | Province of Bar Admission/Year | Hours | 2017 Rates | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 14.3 | $850.00 | $12,155.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 2.9 | $465.00 | $1,348.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 1.9 | $925.00 | $1,757.50 |
| **TOTAL** | | | | **19.1** | | **$ 15,261.00** |

**TOTAL PROFESSIONAL FEES**             $ 15,261.00

**Non-Taxable Disbursements**

    Copies                                                                  4.40  
    Telephone / Long Distance Charges                  3.57

**Total Disbursements and Tax**                                **7.97**

**Total Fees, Disbursements & Tax**              $   15,268.97 CDN

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2017707

Matter # 046992-00001

## Time Summary By Task Code:

| Task Codes | Description | Hours | Fees |
|---|---|---|---|
| 0003 | Cassels Brock Fee Application/Monthly Billing Reports | 3.2 | 2,720.00 |
| 0007 | Creditors Committee Meetings | 0.3 | 255.00 |
| 0008 | Court Hearings | 2.3 | 1,069.50 |
| 0012 | General Claims Analysis/Claims Objections | 0.2 | 170.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 7.4 | 6,395.00 |
| 0031 | Canadian Proceedings/Matters | 5.7 | 4,651.50 |
| TOTAL | | 19.1 | $ 15,261.00 |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2017707  
Matter # 046992-00001

## Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/1/2017 | Telephone - BELL CONFERENCING INC.-INV 112630504 APR 18/17 | 1.00 | 3.57 |
| 5/1/2017 | Copies | 14.00 | 1.40 |
| 5/1/2017 | Copies | 16.00 | 1.60 |
| 5/1/2017 | Copies | 14.00 | 1.40 |
| | **Total** | | **7.97** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.