**EXHIBIT C**

Legal*43898034.2

## DISBURSEMENT SUMMARY
## MAY 1 TO MAY 8, 2017
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

|  |  |  |
|---|---|---|
| Copies | $ | 4.40 |
| Copies | $ | <u>3.57</u> |
| Total Non-Taxable Disbursements | $ | **7.97 CDN.** |