**EXHIBIT D**

Legal*43898034.2

CASSELS BROCK & BLACKWELL LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc, et al.

Invoice # 2017707  
Matter # 046992-00001

### Disbursement Details:

| Date | Narrative | Quantity | Amount |
|---|---|---|---|
| 5/1/2017 | Telephone - BELL CONFERENCING INC.-INV 112630504 APR 18/17 | 1.00 | 3.57 |
| 5/1/2017 | Copies | 14.00 | 1.40 |
| 5/1/2017 | Copies | 16.00 | 1.60 |
| 5/1/2017 | Copies | 14.00 | 1.40 |
|  | **Total** |  | **7.97** |

Accounts are due when rendered. Pursuant to the Solicitors' Act, interest will be charged on any unpaid balance of this account from one month after the date rendered, at the rate of 1.30 % per annum until paid.