**EXHIBIT E**

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**MAY 1, 2017 THROUGH MAY 8, 2017**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rates | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 14.30 | $850.00 | $12,155.00 |
| Monique Sassi | Associate | Financial Restructuring | Ontario - 2013 | 2.90 | $465.00 | $1,348.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 1.90 | $925.00 | $1,757.50 |
| | | | | | | |
| TOTAL | | | | 19.10 | | $15,261.00 |