# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 18258] | 4/1/17 - 4/30/17 | CDN$51,290.00 (Fees) CDN$84.80 (Expenses) | CDN$41,032.00 (Fees @ 80%) CDN$84.80 (Expenses @ 100%) | 5/30/17 | 6/21/17 |

2251998v1