# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

May 1, 2017 through May 8, 2017

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
## John Ray-Nortel

**Name:** John J. Ray, III

**Working Dates:** Start Date 5/1/17  End Date 5/8/17

**Enter Billing Rate/Hr:** 800.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | MOR, required monthly/period disclosures, Schedule Admendments, Form 26 | | | |
| 2 | Contracts - assumption/rejection analysis & support, Executory contract review | | | |
| 3 | Claims Matters | 1.5 | $800.00 | $1,200.00 |
| 4 | Preparation & presentation of financial and other information; cash/expense management; analysis of proposed transactions; assist with business processes | | | |
| 5 | Asset Sales or Other Transactional Support | | | |
| 6 | IT Infrastructure / Data Support | | | |
| 7 | Litigation Support; Attendance and testimony at hearings; Investigation matters at the request of counsel | | | |
| 8 | Creditor Meetings; Various administrative matters (Tax, Financial, Board, Employee) | | | |
| 9 | Development of Plan of Reorganization; Disclosure Statement | 19.8 | $800.00 | $15,840.00 |
| 10 | Non-Working Travel | | | |
| 11 | Fee Application | 6.0 | $800.00 | $4,800.00 |
| | **Hours/Billing Amount for Period:** | **27.3** | | **$21,840.00** |

# Nortel TIME SHEET

**John Ray**

**27.3**

| Enter Date | Description | Professional | Project No. (1-11) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/17 | Plan administration matters; update to corporate docs | John Ray | 9 | 3.8 |
| 5/1/17 | Prepare April fee app | John Ray | 11 | 1.3 |
| 5/2/17 | Netas claim; owens claim | John Ray | 3 | 1.5 |
| 5/2/17 | Prepare data for final fee app | John Ray | 11 | 2.7 |
| 5/3/17 | Administrative matters for exit re insurance | John Ray | 9 | 3.5 |
| 5/3/17 | Prepare April fee app | John Ray | 11 | 1.5 |
| 5/4/17 | Closing date matters; updates from Cleary | John Ray | 9 | 3.0 |
| 5/5/17 | Further works re efffective date | John Ray | 9 | 3.5 |
| 5/6/17 | Review, edit April fee app | John Ray | 11 | 0.5 |
| 5/8/17 | Effective date preparation and exit work | John Ray | 9 | 6.0 |