# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------X
                                           :
In re                                      :      Chapter 11
                                           :
Nortel Networks Inc., et al.,[1]           :      Case No. 09-10138 (KG)
                                           :
                         Debtors.          :      Jointly Administered
                                           :
                                           :
                                           :      Hearing Date: TBD
                                           :      Objections Due: July 18, 2017 at 4:00 p.m. (ET)
----------------------------------------------------------X
```

**SEVENTY-FOURTH MONTHLY FOR THE PERIOD MAY 1, 2017 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 28, 2010 THROUGH MAY 8, 2017**

| | |
|---|---|
| Name of Applicant: | Torys LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | November 22, 2010, *nunc pro tunc* to October 28, 2010 |
| Monthly Period for which compensation and reimbursement is sought: | May 1, 2017 through May 8, 2017 |
| Amount of Monthly compensation sought | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). This fee application is not a final fee application with respect to Nortel Networks India International Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

as actual, reasonable, and necessary:                          $54,744.50

Amount of Monthly reimbursement sought
as actual, reasonable, and necessary:                          $784.89

Final Period for which compensation and
reimbursement is sought:                                       October 28, 2010 through May 8, 2017

Amount of Final compensation sought as
actual, reasonable, and necessary:                             $21,732,829.00[2]

Amount of Final reimbursement sought as
actual, reasonable, and necessary:                             $624,004.24

This is a __x__ monthly                                        __x__ final application

The total time expended for fee application preparation is approximately 1,979.9 hours.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| February 25, 2011 | October 28, 2010 - January 31, 2011 | $490,185.50/ $9,583.79 | $490,185.50/ $9,583.79 |
| May 25, 2011 | February 1, 2011 - April 30, 2011 | $758,889.50/ $18,939.23 | $758,889.50/ $18,939.23 |
| July 5, 2011 | May 1, 2011 - May 31, 2011 | $287,585.50/ $5,482.38 | $287,585.50/ $5,482.38 |
| August 8, 2011 | June 1, 2011 - June 30, 2011 | $233,456.00/ $4,252.62 | $233,456.00/ $4,252.62 |
| August 26, 2011 | July 1, 2011 - July 31, 2011 | $165,568.50/ $241.67 | $165,568.50/ $241.67 |
| November 16, 2011 | August 1, 2011 - August 31, 2011 | $94,647.00/ $356.66 | $94,647.00/ $356.66 |

---

[2]         Includes $19,052.50 in fees for preparation of fee applications incurred after the Effective Date of the Plan.

2

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| November 18, 2011 | September 1, 2011 - October 31, 2011 | $296,862.50/ $57,294.86 | $296,862.50/ $57,294.86 |
| December 29, 2011 | November 1, 2011 - November 30, 2011 | $157,042.00/ $2,097.89 | $157,042.00/ $2,097.89 |
| January 27, 2012 | December 1, 2011 - December 31, 2011 | $162,468.50/ $2,969.02 | $162,468.50/ $2,969.02 |
| February 23, 2012 | January 1, 2012 - January 31, 2012 | $110,604.00/ $1,876.20 | $110,604.00/ $1,876.20 |
| March 26, 2012 | February 1, 2012 - February 29, 2012 | $84,420.00/ $193.76 | $84,420.00/ $193.76 |
| April 30, 2012 | March 1, 2012 - March 31, 2012 | $115,686.50/ $1,473.06 | $115,686.50/ $1,473.06 |
| May 22, 2012 | April 1, 2012 - April 30, 2012 | $99,188.50/ $301.81 | $99,188.50/ $301.81 |
| July 12, 2012 | May 1, 2012 - May 31, 2012 | $156,894.00/ $1,285.85 | $156,894.00/ $1,285.85 |
| July 25, 2012 | June 1, 2012 - June 30, 2012 | $68,099.50/ $953.94 | $68,099.50/ $953.94 |
| August 24, 2012 | July 1, 2012 - July 31, 2012 | $138,165.50/ $2,038.10 | $138,165.50/ $2,038.10 |
| October 16, 2012 | August 1, 2012 - August 31, 2012 | $161,891.50/ $1,316.44 | $161,891.50/ $1,316.44 |
| November 2, 2012 | September 1, 2012 - September 30, 2012 | $122,438.50/ $447.12 | $122,438.50/ $447.12 |
| November 20, 2012 | October 1, 2012 - October 31, 2012 | $171,399.00/ $664.77 | $171,399.00/ $664.77 |
| January 11, 2013 | November 1, 2012 - November 30, 2012 | $194,495.50/ $1,064.24 | $194,495.50/ $1,064.24 |
| February 28, 2013 | December 1, 2012 - December 31, 2012 | $125,406.00/ $224.64 | $125,406.00/ $224.64 |
| February 28, 2013 | January 1, 2013 - January 31, 2013 | $287,416.50/ $15,098.38 | $287,416.50/ $15,098.38 |
| April 1, 2013 | February 1, 2013 - February 28, 2013 | $259,295.50/ $1,156.99 | $259,295.50/ $1,156.99 |

3

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| May 2, 2013 | March 1, 2013 - March 31, 2013 | $399,919.50/ $8,148.72 | $399,919.50/ $8,148.72 |
| May 30, 2013 | April 1, 2013 - April 30, 2013 | $451,709.50/ $8,224.83 | $451,709.50/ $8,224.83 |
| June 27, 2013 | May 1, 2013 - May 31, 2013 | $519,467.50/ $6,476.54 | $519,448.50/ $6,476.54 |
| July 25, 2013 | June 1, 2013 - June 30, 2013 | $486,197.50/ $5,551.99 | $486,197.50 $5,551.99 |
| August 27, 2013 | July 1, 2013 - July 31, 2013 | $441,164.50/ $3,692.07 | $441,164.50/ $3,692.07 |
| October 22, 2013 | August 1, 2013 - August 31, 2013 | $515,744.50/ $11,214.69 | $515,744.50/ $11,214.69 |
| October 24, 2013 | September 1, 2013 – September 30, 2013 | $639,314.00/ $24,309.76 | $639,314.00/ $24,309.76 |
| November 26, 2013 | October 1, 2013 – October 31, 2013 | $746,605.50/ $29,606.81 | $746,605.50/ $29,606.81 |
| January 21, 2014 | November 1, 2013 – November 30, 2013 | $513,805.50 $10,866.94 | $513,805.50/ $10,866.94 |
| January 29, 2014 | December 1, 2013 – December 31, 2013 | $339,749.00/ $2,802.87 | $339,661.50/ $2,802.87 |
| February 25, 2014 | January 1, 2014 – January 31, 2014 | $683,140.50/ $11,851.52 | $683,050.50/ $11,851.52 |
| April 7, 2014 | February 1, 2014 – February 28, 2014 | $549,293.00/ $78,764.86 | $549,293.00/ $78,764.86 |
| May 27, 2014 | March 1, 2014 – March 31, 2014 | $751,395.50/ $36,286.51 | $751,395.50/ $36,286.51 |
| May 28, 2014 | April 1, 2014 – April 30, 2014 | $997,958.50/ $29,006.49 | $997,958.50/ $29,006.49 |
| July 10, 2014 | May 1, 2014 – May 31, 2014 | $1,118,296.00/ $84,727.58 | $1,118,296.00/ $84,727.58 |
| August 25, 2014 | June 1, 2014 – June 30, 2014 | $606,856.50/ 40,582.03 | $606,856.50/ $40,582.03 |

4

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| August 26, 2014 | July 1, 2014 – July 31, 2014 | $458,142.00/ 15,188.58 | $458,142.00/ $15,188.58 |
| October 15, 2014 | August 1, 2014 – August 31, 2014 | $440,582.50/ $2,887.02 | $440,582.50/ $2,887.02 |
| November 12, 2014 | September 1, 2014 – September 30, 2014 | $611,026.50/ $13,731.40 | $611,026.50/ $13,731.40 |
| November 25, 2014 | October 1, 2014 – October 31, 2014 | $332,488.00/ $12,265.92 | $332,488.00/ $12,265.92 |
| December 23, 2014 | November 1, 2014 – November 30, 2014 | $125,479.20/ $189.53 | $125,479.20/ $189.53 |
| February 2, 2015 | December 1, 2014 – December 31, 2014 | $131,017.00/ $303.38 | $131,017.00/ $303.38 |
| February 13, 2015 | January 1, 2015 - January 31, 2015 | $120,203.50/ $351.46 | $120,203.50/ $351.46 |
| April 15, 2015 | February 1, 2015 - February 28, 2015 | $180,351.50/ $1,692.16 | $180,351.50/ $1,692.16 |
| May 14, 2015 | March 1, 2015 – March 31, 2015 | $216,555.00/ $692.21 | $216,555.00/ $692.21 |
| May 27, 2015 | April 1, 2015 – April 30, 2015 | $134,354.00/ $294.54 | $134,354.00/ $294.54 |
| August 6, 2015 | May 1, 2015 – May 31, 2015 | $377,744.00/ $3,114.40 | 377,744.00/ $3,114.40 |
| August 20, 2015 | June 1, 2015 – June 30, 2015 | $353,874.50/ $4,441.55 | $353,874.50/ $4,441.55 |
| August 25, 2015 | Ju1y 1, 2015 – July 31, 2015 | $394,789.50/ $5,255.06 | $394,789.50/ $5,255.06 |
| September 28, 2015 | August 1, 2015 – August 31, 2015 | $345,960.00/ $2,251.52 | $345,960.00/ $2,251.52 |
| November 23, 2015 | September 1, 2015 – September 30, 2015 | $303,227.00/ $954.43 | $303,227.00/ $954.43 |
| November 25, 2015 | October 1, 2015 – October 31, 2015 | $314,550.00/ $1,212.18 | $314,550.00/ $1,212.18 |
| January 7, 2016 | November 1, 2015 – November 30, 2015 | $232,915.50/ $1,577.84 | $190,784.50/ $1,577.84 |

35873-2001 23538043.4

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| January 27, 2016 | December 1, 2015 – December 31, 2015 | $183,801.00/ $900.74 | $148,186.00/ $900.74 |
| February 25, 2016 | January 1, 2016 – January 31, 2016 | $167,628.50/ $1,261.87 | $162,689.00/ $1,261.87 |
| April 19, 2016 | February 1, 2016 – February 29, 2016 | $162,274.50/ $477.50 | $162,274.50/ $477.50 |
| May 16, 2016 | March 1, 2016 – March 31, 2016 | $142,624.50/ $120.33 | $142,624.50/ $120.33 |
| May 25, 2016 | April 1, 2016 – April 30, 2016 | $132,975.50/ $345.74 | $132,975.50/ $345.74 |
| June 30, 2016 | May 1, 2016 – May 31, 2016 | $238.098.00/ $5,460.45 | $238,098.00/ $5,460.45 |
| July 31, 2016 | June 1, 2016 – June 30, 2016 | $119,772.50/ $130.72 | $119,772.50/ $130.72 |
| August 4, 2016 | July 1, 2016 – July 31, 2016 | $158,823.50/ $1,088.82 | $158,823.50/ $1,088.82 |
| September 29, 2016 | August 1, 2016- August 31, 2016 | $89,394.00/ $311.20 | $89,394.00/ $311.20 |
| November 2, 2016 | September 1, 2016- September 30, 2016 | $107,339.50/ $12,822.58 | $107,339.50/ $12,822.58 |
| November 15, 2016 | October 1, 2016- October 31, 2016 | $107,047.00/ $6,442.89 | $107,047.00/ $6,442.89 |
| January 4, 2017 | November 1, 2016- November 30, 2016 | $140,679.50/ $315.64 | $140,679.60/ $315.64 |
| January 27, 2017 | December 1, 2016- December 31, 2016 | $60,082.00/ $111.15 | $60,082.00/ $111.15 |
| February 15, 2017 | January 1, 2017- January 31, 2017 | $110,433.60/ $3,537.02 | $110,433.60 $3,537.02 |

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| March 23, 2017 | February 1, 2017-<br>February 28, 2017 | $94,760.00/<br>$718.92 | $75,808.00<br>$718.92 |
| April 20, 2017 | March 1, 2017-<br>March 31, 2017 | $54,771.50/<br>$554.97 | $43,817.20<br>$554.97 |
| May 12, 2017 | April 1, 2017-<br>April 30, 2017 | $67,903.50<br>$738.00 | $54,322.80<br>$738.00 |

35873-2001 23538043.4

**MONTHLY COMPENSATION BY PROFESSIONAL**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 11 years in current position) | $890.00 | 3.5 | $3,115.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 15 years in current position) | $975.00 | 7.7 | $7,507.50 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 21 years in current position) | $1,060.00 | 11.7 | $12,402.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 15 years in current position) | $975.00 | .7 | $682.50 |
| Adam Slavens | Partner/Bankruptcy (called to the bar in 2007; 9 years in current position) | $790.00 | 24.00 | $18,960.00 |
| Jeremy Opolsky | Associate/Litigation (called to the bar in 2011; 5 years in current position) | $640.00 | 1.2 | $768.00 |
| Leigh Ann Tencza | Paralegal | $285.00 | .3 | $85.50 |
| Alex Bogach | Student | $305.00 | 24.6 | $7,503.00 |
| Hilary Brown | Student | $305.00 | 12.2 | $3,721.00 |

---

[3]     Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.  Additionally, adjustments for seniority for partners and other timekeepers (other than associates) and related billing rates, together with any applicable annual increase in billing rates for all timekeepers, became effective [January 1, 2016].

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Total** | | | **85.9** | **$ 54,744.50** |
| **GRAND TOTAL:** | **$ 54,744.50** | | | |
| **ATTORNEY BLENDED RATE:** | **$ 890.06** | | | |
| **BLENDED RATE:** | **$ 637.31** | | | |

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Employment Applications | 4.1 | $3,493.00 |
| Litigation | 20.40 | $16,190.00 |
| Analysis of Canadian Law | 36.80 | $11,224.00 |
| Canadian CCAA Proceedings/Matters | 24.60 | $23,837.50 |
| **TOTAL** | **85.9** | **$54,744.50** |

10

**MONTHLY EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating/Printing | 236 pages@ .10 per pg | $23.60 |
| Agent Fees | Supreme Law Group | $708.39 |
| Taxi & Travel | | $13.08 |
| On Line Research | Westlaw | $22.24 |
| Courier | | $17.58 |
| **Grand Total Expenses** | | **$784.89** |

11

35873-2001 23538043.4

## FINAL COMPENSATION BY PROFESSIONAL
### NORTEL NETWORKS INC., ET AL.
### (CASE NO. 09-10138 (KG))

### October 28, 2010 through May 8, 2017[4]

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alison D. Bauer | Partner/Bankruptcy (called to the bar in 1995; 11 years in current position) | 675 | 5.50 | 3,712.50 |
|  |  | 700 | 14.70 | 10,290.00 |
|  |  | 725 | 15.70 | 11,382.50 |
|  |  | 775 | 52.50 | 40,687.50 |
|  |  | 815 | 123.40 | 100,571.00 |
|  |  | 840 | 27.70 | 22,888.13 |
|  |  | 865 | 37.30 | 32,264.50 |
|  |  | 890 | 27.30 | 24,297.00 |
| Scott A. Bomhof | Partner/Bankruptcy (called to the bar in 1995; 15 years in current position) | 695 | 211.90 | 147,270.50 |
|  |  | 750 | 119.30 | 89,528.00 |
|  |  | 781 | 884.90 | 691,506.50 |
|  |  | 827 | 522.90 | 432,344.00 |
|  |  | 874 | 731.30 | 639,363.08 |
|  |  | 875 | 1,354.10 | 1,166,369.83 |
|  |  | 900 | 1,226.60 | 1,103,940.00 |
|  |  | 975 | 59.40 | 57,915.00 |
| Andrew Gray | Partner/Litigation (called to the | 620 | 3.50 | 2,170.00 |
|  |  | 640 | 94.80 | 60,672.00 |
|  |  | 665 | 345.10 | 229,491.50 |

[4] Includes $19,052.50 in fees for preparation of fee applications incurred after the Effective Date of the Plan.

[5] Due to changes in billing rates to reflect certain timekeeper adjustments including annual increases, more than one Hourly Billing Rate for a given professional may be shown.

35873-2001 23538043.4

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | bar in 2002; 6 years in current position) | 710 | 172.30 | 122,333.00 |
| | | 775 | 563.40 | 436,635.00 |
| | | 800 | 916.60 | 725,857.43 |
| | | 825 | 306.10 | 252,413.67 |
| | | 875 | 0.80 | 700.00 |
| William Gray | Partner/Bankruptcy (called to the bar in 1981; 15 years in current position) | 825 | 41.50 | 34,237.50 |
| | | 847 | 224.60 | 190,272.50 |
| | | 875 | 230.80 | 201,950.00 |
| | | 900 | 382.00 | 343,800.00 |
| | | 1,890 | 659.30 | 612,992.71 |
| | | 945 | 368.40 | 348,138.00 |
| | | 975 | 25.30 | 24,667.50 |
| Tony DeMarinis | Partner/Bankruptcy (called to the bar in 1989; 21 years in current position) | 845 | 112.10 | 94,724.50 |
| | | 925 | 177.40 | 164,095.00 |
| | | 2,925 | 2,075.50 | 2,023,612.50 |
| | | 1,050 | 679.40 | 705,961.58 |
| | | 1,060 | 22.60 | 23,956.00 |
| | | 1,090 | 209.40 | 228,220.68 |
| Sheila R. Block | Partner/Litigation (Called to the bar in 1974; 37 years in current position) | 890 | 17.50 | 15,575.00 |
| | | 1,990 | 471.00 | 468,645.00 |
| | | 1,030 | 17.70 | 18,231.00 |
| | | 1,050 | 1,221.00 | 1,281,852.83 |
| | | 1,089 | 146.10 | 159,048.96 |
| Adam Slavens | Associate/Bankruptcy (called to the bar in 2007; 9 years in current position) | 565 | 275.80 | 155,827.00 |
| | | 580 | 1,205.10 | 698,958.00 |
| | | 640 | 1,629.90 | 1,043,136.00 |
| | | 690 | 2,007.60 | 1,354,963.80 |
| | | 774 | 1,476.00 | 1,142,288.66 |
| | | 790 | 338.50 | 267,415.00 |
| John Tobin | Partner/Tax (called to the bar in 1989; 14 years in current position) | 990 | 40.30 | 39,897.00 |
| | | 995 | 1.80 | 1,791.00 |
| | | 1,000 | 3.40 | 3,400.00 |
| Conor McCourt | Partner/Intellectual Property (called to the bar in 1982; 15 years in current position) | 980 | 75.30 | 73,794.00 |
| | | 1,030 | 13.00 | 13,390.00 |
| | | 1,050 | 122.30 | 128,415.00 |

13

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
|  |  | 760 | 43.50 | 33,060.00 |
| Mitch Frazer | Partner/Corporate (Called to the bar in 2001; 8 years in current position) | 765 | 4.90 | 3,748.50 |
|  |  | 900 | 4.40 | 3,960.00 |
| Patrick Flaherty | Partner/Litigation (Called to the bar in 1993; 14 years in current position) | 760 | 5.10 | 3,876.00 |
|  |  | 785 | 4.60 | 3,611.00 |
| Andrew E. Bernstein | Partner/Litigation (Called to the bar in 1999; 11 years in current position) | 825 | 5.40 | 4,455.00 |
| Corrado Cardarelli | Partner/Tax (Called to the bar in 1983;) | 845 | 27.10 | 22,899.50 |
| David J. Outerbridge | Partner/Litigation (Called to the bar in 2000; 3 years in current position) | 710 | 4.90 | 3,479.00 |
| David Steele | Partner/Corporate (Called to the bar in 1993; 18 years in current position) | 875 | 0.80 | 700.00 |
| Edward Fan | Partner/Intellectual Property (Called to the bar in 2002; 7 years in current position) | 775 | 1.30 | 1,007.50 |
| Guy Berman | Partner/Corporate (Called to the bar in 2002; 7 years in current position) | 640 | 5.40 | 3,456.00 |
| James W. Welkoff | Partner/Tax (Called to the bar in 1983;) | 1,005 | 0.80 | 804.00 |
| Michael B. Rotsztain | Partner/Insolvency (Called to the bar in 1977;) | 810 | 0.50 | 405.00 |
| Richard W. Johnson | Partner/Tax (Called to the bar in 2002; 1 years in current position) | 825 | 2.00 | 1,650.00 |
| Sabrina Gherbaz | Partner/Corporate (called to the bar in 1996; 13 years in current position) | 785 | 10.40 | 8,164.00 |
| Susan Nickerson | Partner/Corporate (called to the bar in 1998; 2 years in current position) | 655 | 0.50 | 327.50 |
|  |  | 850 | 9.10 | 7,442.87 |
| John Cameron | Senior Counsel/Corporate (called to the bar in 1983; 24 years as Torys partner; 3 years in current position) | 995 | 5.50 | 5,472.50 |
|  |  | 995 | 138.70 | 138,006.50 |
|  |  | 1,050 | 35.50 | 37,169.40 |
|  |  | 1,090 | 0.50 | 545.00 |
| Wilfred M. Estey | Senior Counsel/Corporate (Called to the bar in 1974) | 950.00 | 10.50 | 9,975.00 |
|  |  | 975.00 | 34.50 | 33,637.50 |
|  |  | 981.19 | 12.60 | 12,363.00 |

14

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Saira Bhojani | Counsel Tax (Called to the bar in 2006; 2 Years in current position) | 695 | 10.00 | 6,950.00 |
| Thomas Yeo | Counsel/Corporate (called to the bar in 2001; 16 years in current position) | 770 | 5.10 | 3,927.00 |
| | | 775 | 85.80 | 66,495.00 |
| | | 815 | 275.20 | 224,288.00 |
| Matthew Atkey | Senior Associate/Corporate (Called to the bar in 2008; 4 Year in current position) | 450 | 25.60 | 11,520.00 |
| | | 500 | 42.00 | 21,000.00 |
| | | 590 | 168.80 | 99,592.00 |
| | | 670 | 22.70 | 15,209.00 |
| Mark Graham | Senior Associate/Real Estate (called to the bar in; 5 years in current position) | 550 | 18.60 | 10,230.00 |
| Jessica Bullock | Associate/Corporate (called to the bar in 2008; 1 years in current position) | 695 | 21.10 | 14,664.50 |
| Jaclyn Leader | Senior Associate/Litigation (called to the bar in 2007; 7 years in current position ) | 650 | 281.60 | 183,040.00 |
| | | 730 | 30.70 | 22,411.00 |
| Grace Pereira | Associate/Tax (called to the bar in 1999; 18 years in current position) | 785 | 5.00 | 3,925.00 |
| Molly Reynolds | Associate/Litigation (called to the bar in 2009; 8 years in current position) | 385 | 48.10 | 18,518.50 |
| | | 510 | 208.80 | 106,488.00 |
| | | 620 | 145.40 | 90,148.00 |
| | | 705 | 0.70 | 493.50 |
| Alexandra Peterson | Senior Associate/Litigation (called to the bar in 2009; 8 years in current position) | 620 | 18.00 | 11,160.00 |
| Natasha De Cicco | Associate/Insolvency (called to the bar in 2003; 8 years in current position) | 560 | 56.00 | 31,360.00 |
| | | 615 | 225.40 | 138,621.00 |

15

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Adrienne DiPaolo | Senior Associate/Corporate (called to the bar in 2009; 8 years in current position) | 385 | 0.70 | 269.50 |
| Rebecca Wise | Senior Associate/Litigation (called to the bar in 2011; 6 years in current position) | 295 | 13.00 | 3,835.00 |
| Jeremy Opolsky | Associate/Litigation (called to the bar in 2011; 5 years in current position) | 490 | 1.00 | 490.00 |
| | | 505 | 64.90 | 30,622.80 |
| | | 565 | 366.30 | 206,899.14 |
| | | 640 | 4.70 | 3,008.00 |
| James Gotowiec | Associate/Litigation (called to the bar in 2011; 6 years in current position) | 295 | 34.40 | 10,148.00 |
| | | 415 | 46.50 | 19,297.50 |
| | | 490 | 21.70 | 10,633.00 |
| Timothy Martin | Associate/Corporate (called to the bar in 2017; 5 years in current position) | 375 | 11.50 | 4,312.50 |
| | | 456 | 79.80 | 36,378.00 |
| Thomas Stevenson | Associate/Corporate (called to the bar in 2010; 7 years in current position) | 490 | 4.40 | 1,890.10 |
| Shane Attersley | Associate/Corporate (called to the bar in 2012; 5 years in current position) | 435 | 30.70 | 13,354.50 |
| Michael Pass | Associate/Corporate (called to the bar in 2013; 3 years in current position) | 495 | 30.50 | 15,097.50 |
| Leila Ross | Senior Associate/Tax (called to the bar in 2011; 7 years in current position) | 490 | 4.70 | 2,303.00 |
| Kevin Wall | Associate/Corporate (called to the bar in 2012; 5 years in current position) | 295 | 78.10 | 23,039.50 |
| | | 305 | 11.50 | 3,507.50 |
| Christian Thatcher | Associate/Corporate (called to the bar in 2010; 5 years in current position) | 475 | 15.60 | 7,410.00 |

16

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Vitali Berditchevski | Associate/Litigation (called to the bar in 2013; 4 years in current position) | 320 | 64.20 | 20,544.00 |
| | | 381 | 0.10 | 38.09 |
| Vanessa Komarnicki | Associate/Intellectual Property (called to the bar in 2013; 4 years in current position) | 360 | 42.50 | 15,300.00 |
| Matthew Simpson | Associate/Corporate (called to the bar in 2011; 2 years in current position) | 525 | 14.10 | 7,402.50 |
| Matthew Kuchinsky | Associate/Corporate (called to the bar in 2013; 4 years in current position) | 320 | 16.00 | 5,120.00 |
| Jacob Weinstock | Associate/Corporate (called to the bar in 2013; 4 years in current position) | 320 | 15.40 | 4,928.00 |
| Frazer House | Associate/Corporate (called to the bar in 2013; 4 years in current position) | 360 | 93.10 | 33,516.00 |
| Bradley Tartick | Associate/Corporate (called to the bar in 2013; 4 years in current position) | 305 | 43.90 | 13,389.50 |
| | | 390 | 3.60 | 1,404.00 |
| Adelaide Buhr | Associate/Corporate (called to the bar in 2013; 4 years in current position) | 320 | 13.00 | 4,160.00 |
| Stephanie Lafrance | Associate/Litigation (called to the bar in 2012; 3 years in current position) | 435 | 1.20 | 522.00 |
| Simonne Horwitz | Associate/Corporate (called to the bar in 2014; 3 years in current position) | 330 | 0.40 | 132.00 |
| Sam Levitt | Associate/Corporate (called to the bar in 2014; 3 years in current position) | 660 | 100.90 | 33,297.00 |
| Nicole Hastings | Associate/Tax(called to the bar in 2012; 3 years in current position) | 435 | 0.20 | 87.00 |
| Nick Kennedy | Associate/Litigation (called to the bar in 2014; 3 years in current position) | 185 | 24.40 | 4,514.00 |
| | | 660 | 131.20 | 43,296.00 |
| Marissa Daniels | Associate/Corporate (called to the bar in 2014; 3 years in current position) | 660 | 122.50 | 40,425.00 |

17

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jonathan Roth | Associate/Litigation (called to the bar in 2014; 2 years in current position) | 320 | 9.90 | 3,168.00 |
| Jonathan Lee | Associate/Corporate (called to the bar in 2014; 3 years in current position) | 660 | 128.80 | 42,504.00 |
| Irfan Kara | Associate/Litigation (called to the bar in 2014; 3 years in current position) | 315 | 4.20 | 1,323.00 |
| | | 330 | 159.30 | 52,569.00 |
| | | 331 | 218.20 | 72,288.00 |
| Ezra Siller | Associate/Litigation (called to the bar in 2013; 3 years in current position) | 360 | 40.10 | 14,436.00 |
| Eliot Che | Associate/Litigation (called to the bar in 2014; 3 years in current position) | 660 | 201.40 | 66,462.00 |
| Albert Chan | Associate/Intellectual Property (called to the bar in 2014; 3 years in current position) | 330 | 6.30 | 2,079.00 |
| Tim Robbins | Associate/Insolvency (called to the bar in 2009; 2 years in current position) | 330 | 20.40 | 6,732.00 |
| Patrick Shaunessy | Associate/Tax (called to the bar in 2015, 2 years in current position) | 190 | 63.90 | 12,141.00 |
| | | 285 | 85.00 | 24,216.22 |
| | | 330 | 145.50 | 48,015.00 |
| Owen Payne | Associate/Corporate (called to the bar in 2015; 2 years in current position) | 190 | 76.80 | 14,592.00 |
| Michael Jason | Associate/Corporate (called to the bar in 2015; 2 years in current position) | 190 | 6.30 | 1,197.00 |
| Lara Guest | Associate/Litigation (called to the bar in 2015; 2 years in current position) | 190 | 76.20 | 14,478.00 |
| Kevin Armitage | Associate/Corporate (called to the bar in 2015; 2 years in current position) | 190 | 35.20 | 6,688.00 |
| | | 330 | 13.40 | 4,422.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Helen Shin | Associate/Corporate (called to the bar in 2012; 3 years in current position) | 0 | 3.20 | 0.00 |
| Meredith Tapper | Associate/Corporate (called to the bar in 2009; 2 years in current position) | 0 | 1.50 | 0.00 |
| Janelle Bowman | Associate Associate/Corporate (called to the bar in 2011; 2 years in current position) | 345 | 15.40 | 5,313.00 |
| Jacob Posen | Associate/Corporate (called to the bar in 2015; 2 years in current position) | 190 | 9.40 | 1,786.00 |
| Christine Innes | Associate/Real Estate (called to the bar in 2015; 2 years in current position) | 190 | 31.60 | 6,004.00 |
| Brian Unger | Associate/Corporate (called to the bar in 2014; 3 years in current position) | 660 | 250.40 | 82,632.00 |
| Brett Saulnier | Associate/Corporate (called to the bar in 2015; 2 years in current position) | 190 | 58.90 | 11,191.00 |
| Beatrice Bozinovski | Associate/Corporate (called to the bar in 2015; 2 years in current position) | 330 | 7.50 | 2,475.00 |
| Aria Laskin | Associate/Litigation (called to the bar in 2015; 2 years in current position) | 190 | 33.40 | 6,346.00 |
| | | 270 | 105.10 | 27,527.21 |
| | | 315 | 85.80 | 27,027.00 |
| Alexandra Shelley | Associate/Litigation (called to the bar in 2015; 2 years in current position) | 190 | 18.40 | 3,496.00 |
| Isabella Ssozi | Associate/Corporate (called to the bar in 2016; 1 years in current position) | 190 | 4.70 | 893.00 |
| Giancarlo Ruscio | Associate/Corporate (called to the bar in 2014; 1 years in current position) | 660 | 121.50 | 40,095.00 |
| Emma Sako | Associate/Corporate (called to the bar in 2016; 1 years in current position) | 190 | 24.70 | 4,693.00 |
| Stacey Danis | Articling Student | 190 | 84.30 | 16,017.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jessica He | Articling Student | 190 | 101.70 | 19,323.00 |
| Hilary Brown | Articling Student | 305 | 16.00 | 4,880.00 |
| Alex Bogach | Articling Student | 190 | 20.00 | 3,800.00 |
|  |  | 220 | 24.10 | 5,302.00 |
|  |  | 305 | 45.90 | 13,999.50 |
| Patrick Denroche | Summer Student | 145 | 38.90 | 5,640.50 |
| Amir Eftekharpour | Summer Student | 145 | 5.80 | 841.00 |
| Jon Silver | Articling Student | 190 | 0.50 | 95.00 |
|  |  | 220 | 63.10 | 13,340.15 |
|  |  | 255 | 69.00 | 17,595.00 |
| Ryan Roberts | Articling Student | 190 | 34.70 | 6,593.00 |
| Patrick Sweeney | Articling Student | 330 | 6.00 | 1,980.00 |
| Jamil Jivani | Articling Student | 330 | 45.50 | 15,015.00 |
| Sam Golder | Articling Student | 330 | 55.00 | 18,150.00 |
| Andrew Pfleiderer | Articling Student | 320 | 12.30 | 3,936.00 |
| Eliza Jiang | Articling Student | 320 | 34.40 | 11,008.00 |
| Kathleen Davis | Articling Student | 305 | 1.80 | 549.00 |
| Michael Sabet | Summer Student | 185 | 21.40 | 3,959.00 |
| Brian Cox | Articling Student | 260 | 56.00 | 14,560.00 |
|  |  | 295 | 204.70 | 60,386.50 |
| Maureen Blake | Senior Law Clerk | 390 | 11.10 | 4,329.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | 415 | 174.50 | 72,057.72 |
| | | 435 | 166.80 | 72,558.00 |
| Rose Lombardi | Senior Law Clerk | 345 | 41.20 | 14,214.00 |
| | | 360 | 2.60 | 936.00 |
| Allan Collins | Paralegal | 275 | 258.10 | 70,977.50 |
| | | 590 | 599.80 | 172,876.16 |
| Denna Smith | Paralegal | 270 | 18.20 | 4,914.00 |
| | | 295 | 5.60 | 1,652.00 |
| Dianne Ralph | Paralegal | 200 | 12.40 | 2,480.00 |
| | | 246 | 37.70 | 9,278.00 |
| | | 260 | 119.80 | 31,148.00 |
| | | 270 | 39.40 | 10,638.00 |
| Leigh Ann Tencza | Paralegal | 275 | 2.20 | 605.00 |
| | | 285 | 1.90 | 541.50 |
| Michael B. Hoffman | Manager Library Service | 325 | 0.50 | 162.50 |
| | | 350 | 1.20 | 420.00 |
| | | 370 | 0.80 | 296.00 |
| | | 390 | 9.00 | 3,510.00 |
| Nan Su | Paralegal | 270 | 147.00 | 39,690.00 |
| Ron Primus | Paralegal | 270 | 84.30 | 22,761.00 |
| Zeina Hassoun | Paralegal | 215 | 33.30 | 7,159.50 |

35873-2001 23538043.4

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kristina Milne | Corporate Searcher | 145 | 0.50 | 72.50 |
| | | 155 | 0.50 | 77.50 |
| Danielle Piché | Law Clerk | 345 | 3.50 | 1,207.50 |
| Clare Mauro | Librarian | 310 | 4.90 | 1,519.00 |
| | | 345 | 6.40 | 2,208.00 |
| | | 350 | 1.60 | 560.00 |
| | | 355 | 1.10 | 390.50 |
| | | 370 | 1.70 | 622.61 |
| | | 390 | 7.90 | 3,081.00 |
| Jennifer Lee | Librarian | 350 | 0.40 | 140.00 |
| | | 370 | 1.10 | 407.00 |
| | | 390 | 2.30 | 897.00 |
| Nairne Holtz | Librarian | 390 | 10.50 | 4,095.00 |
| Nicholas Watt | Librarian | 345 | 0.80 | 276.00 |
| | | 370 | 0.60 | 222.00 |
| | | 390 | 1.60 | 624.00 |
| Sarah Dafoe | Librarian | 310 | 2.40 | 744.00 |
| | | 350 | 1.20 | 344.03 |
| Kristina Fleary | Paralegal | 275 | 32.10 | 8,827.50 |
| | | 285 | 27.70 | 7,894.50 |
| Tanya Szydlowski | Reference Technician | 115 | 0.40 | 46.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | 145 | 0.20 | 29.00 |
| | | 465 | 18.70 | 2,897.14 |
| **Total** | | | **30,556.50** | **$21,732,829.00** |

| | |
|---|---|
| **GRAND TOTAL:** | **$ 21,732,829.00** |
| **ATTORNEY BLENDED RATE:** | **$ 754.53** |
| **BLENDED RATE:** | **$ 711.23** |

35873-2001 23538043.4

**FINAL COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**October 28, 2010 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 33.3 | $25,846.50 |
| Case Administration | 164.30 | $104,587.00 |
| Claims Administration and Objections | 28.3 | $27,492.50 |
| M&A Advice | 2 | $590.00 |
| Employee Matters | 104.8 | $71,572.50 |
| Supplier Issues | 1.3 | $927.50 |
| Plan of Reorganization & Disclosure Statement | 3.2 | $2,551.00 |
| Tax | 32.9 | $27,628.50 |
| Fee and Employment Applications | 1979.9 | $918,257.00 |
| Litigation | 14412.3 | $10,490,767.92 |
| Real Estate | 5.6 | $4,396.00 |
| Analysis of Canadian Law | 5499.3 | $3,964,862.17 |
| Intercompany Analysis | 2354 | $1,936,281.00 |
| Canadian CCAA Proceedings/Matters | 5435.7 | $3,897,388.92 |
| Canadian Sec. 18.6 Proceedings/Matters | 231.7 | $160,965.50 |
| U.S. Proceedings/Matters | 267.9 | $181,631.99 |
| Reduction of Fees | | $-231.50 |
| Foreign Exchange Difference (November, December 2015, January 2016) | | $-82,685.50 |
| **TOTAL** | **30,556.50** | **$21,732,829.00** |

35873-2001 23538043.4

**FINAL EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**October 28, 2010 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Agents Fees | | $ 61,000.56 |
| Binding Charges | | $ 2,156.04 |
| Coding (Standard) | | $ 96.49 |
| Commission | | $ 961.10 |
| Computerized Court Searches | | $ 766.12 |
| Copies | | $ 66,314.28 |
| Corporate Searches | | $ 6.15 |
| Courier | | $ 8,871.20 |
| Court Filings/Services | | $ 99.36 |
| Data/Project Management | | $ 942.21 |
| E-Discovery | | $ 20,517.87 |
| Electronic Document Loading | | $ 117.70 |
| Exhibit Tabs | | $ 1,309.98 |
| Expert | | $ 1,613.78 |
| Filing Fees | | $ 5.23 |
| Hardware - Project Management | | $ 5,378.96 |
| Hearing Room | | $ 921.00 |
| Hyperlinks | | $ 841.28 |
| Interpreter | | $ 1,098.52 |
| Laser Printing | | $ 82,743.32 |
| Library Costs | | $ 1,752.87 |
| Meals | | $ 47,493.33 |
| Miscellaneous | | $ 90,851.32 |
| Motion | | $ 1,648.90 |
| On Line Research Charges | Westlaw/Quicklaw | $ 159,552.39 |
| Process Servers | | $ 4,564.69 |
| Production Printing | | $ 2,363.08 |
| Taxi & Travel | | $ 48,362.41 |
| Telephone | | $ 1,409.17 |
| Transcripts | | $ 5,352.93 |
| Word Processing | | $ 854.50 |
| Secretarial Support | | $4,037.50 |
| **Grand Total Expenses** | | **$624,004.24** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Hearing Date: TBD** |
|  | : | **Objections Due: July 18, 2017 at 4:00 p.m. (ET)** |

---------------------------------------------------------X

**SEVENTY-FOURTH MONTHLY FOR THE PERIOD MAY 1, 2017 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>OCTOBER 28, 2010 THROUGH MAY 8, 2017</u>**

Torys LLP ("Torys"), Special Canadian Counsel for Nortel Networks, Inc. and its

affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the

"<u>Debtors</u>"), submits this application (the "<u>Application</u>") for final allowance of compensation and

reimbursement of expenses under sections 330 and 331 of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy

Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), the United States

Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (D.I. 222) (the "Interim Compensation Procedures Order")[2].  By this Application, Torys seeks: (i) allowance of compensation for professional services rendered by Torys to the Debtors for the period May 1, 2017 through May 8, 2017 (the "Monthly Application Period") and reimbursement of actual and necessary expenses incurred by Torys during the Monthly Application Period in rendering professional services on behalf of the Debtors; and (ii) the entry of an order granting final allowance of reasonable compensation for professional services rendered by Torys to the Debtors for the period October 28, 2010 through May 8, 2017 (the "Final Application Period") and final reimbursement of actual and necessary expenses and disbursements incurred by Torys in rendering professional services on behalf of the Debtors during the Final Application Period.  In support of this Application, Torys respectfully represents as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2]      Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

## BACKGROUND

3.      On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks (CALA) Inc.,[3] commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

4.      On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors") commenced a proceeding before the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings") and a Monitor, Ernst & Young Inc. (the "Monitor"), was appointed by the Canadian Court. Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[4] into administration (the "English Proceedings") under the control of individuals from

---

[3]      Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

[4]      The EMEA Debtors include the following entities: Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel

(Continued . . .)

3

Ernst & Young LLP (collectively, the "Joint Administrators"). Other Nortel affiliates have commenced and in the future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

## TORYS' RETENTION

5.      On October 28, 2010, the Debtors engaged Torys as Special Canadian Counsel in connection with these bankruptcy cases  and on November 8, 2010, the Debtors filed the *Application Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Torys LLP as Special Canadian Counsel Nunc Pro Tunc* to October 28, 2010 (the "Torys' Retention Application") (D.I. 4254).

6.      On November 22, 2010, this Court entered the *Order Pursuant to 11 U.S.C. Sections 327(e) Authorizing the Retention and Employment of Torys LLP as Special Canadian Counsel nunc pro tunc to the October 28, 2010* (D.I. 4381) (the "Torys' Retention Order").

## INTERIM COMPENSATION PROCEDURES ORDER

7.      The Court entered the Interim Compensation Procedures Order on February 4, 2009.  The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for Professionals in these cases.

8.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Statement with the Court after the first day of each month following the month for which compensation is sought.  Provided that there are no

---

(. . . continued)

Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V

35873-2001 23538043.4

objections to such Monthly Fee Statement filed within twenty days after the service of the Monthly Fee Statement, the Professional may file a certificate of no objection (the "Certificate of No Objection") with the Court.

9. Upon the filing of a Certificate of No Objection, the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Statement. If a partial objection to the Monthly Fee Statement is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

10. On July 10, 2013, the Court entered the Fee Examiner Order which modifies the Interim Compensation Procedures Order by requiring, among other things, for Monthly and Quarterly Fee Application Requests to be sent to the Fee Examiner.

## DEBTORS' CHAPTER 11 PLAN

11. On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "Confirmed Debtors") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "Plan") with this Court.

12. Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17795) (the "Confirmation Order") confirming the Confirmed Debtors' Plan.[5] The Plan went effective on

---

[5] Capitalized terms not defined herein are defined in the Plan.

(Continued . . .)

May 8, 2017 (the "Effective Date").  *See* D.I. 18176.  Pursuant to the Plan, Confirmation Order,

and Effective Date notice, all final requests for payment of Professional Claims must be filed by

July 7, 2017.  Such Professional Claims include all fees and expenses requested by Professionals

from the Petition Date through the Effective Date against all Confirmed Debtors.

## RELIEF REQUESTED

13.    Torys submits this Application:  (i) for monthly and final allowance of

reasonable compensation for the actual, reasonable, and necessary professional services that it

rendered as Special Canadian Counsel for the Debtors during the Monthly and Final Application

Periods and (ii) for monthly and final reimbursement of actual, reasonable, and necessary

expenses incurred in representing the Debtors during the Monthly and Final Application Periods.

14.    Simultaneously with the filing of this Application, Torys has followed the

procedures set forth in the Fee Examiner Order by submitting the Fee and Expense Detail to the

Fee Examiner.

## MONTHLY APPLICATION PERIOD

15.    During the Monthly Application Period, Torys (a) provided professional

services to the Debtors and incurred actual, reasonable, and necessary fees in the amount of

$54,744.50 and (b) incurred actual, reasonable, and necessary expenses totaling $784.89.  As of

the date of this Application, Torys has not received payment for the monthly fees and expenses

requested for the Monthly Application Period.

16.    The compensation included in this Application is based on the customary

compensation charged by comparably skilled professionals of Torys in cases other than cases

---

(. . . continued)

under title 11 of the United States Code. As stated in Torys' Retention Application, the Debtors' have been informed that Torys adjusts its hourly rates from time to time, usually at the beginning of each calendar year.

17.      Set forth on the foregoing "Monthly Compensation by Project Category" is a summary, by subject matter categories of the time expended by Torys' timekeepers billing time to the Debtors' cases during the Monthly Application Period.

18.      **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals, and other support staff working on these cases during the Monthly Application Period, as well as a detailed description of the services provided during the Monthly Application Period.

19.      Similarly, **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary expenses incurred by Torys during the Monthly Application Period.

## THE FINAL APPLICATION PERIOD

20.      Torys seeks allowance of (a) $21,732,829.00 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period which consists of $ 21,713,776.50 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period  plus $19,052.50 in fees for preparation and filing of professionals fee applications after the Effective Date of the Plan, and (b) $624,004.24 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period.  Detailed descriptions of the services rendered and expenses incurred by Torys during the Final Application Period are set forth on Exhibits A and B, respectively, of the monthly fee applications filed by Torys in these chapter 11 cases.  Torys requests that the Debtors be authorized and directed to pay Torys an amount equal to the sum of the allowed compensation

7

and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

## SUMMARY OF SERVICES BY PROJECT

21.     The services rendered by Torys during the Monthly Application Period and the Final Application Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A for the Monthly Application Period attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

A.     Asset Dispositions

Final Application Period.  Fees $25,846.50; Total Hours 33.3

This category includes time expended by Torys on sales  and other dispositions of assets of the Debtors estates, including sales pursuant to Section 363 of the Bankruptcy Code.

B.     Case Administration

Final Application Period.  Fees $104,587.00; Total Hours 164.30

This category includes time expended on coordination and compliance activities not specifically covered by another category.

C.     Claims Administration and Objections

Final Application Period.  Fees $27,492.50; Total Hours 28.3

Torys expended time analyzing, objecting to and settling claims against the Debtors as well as providing guidance in the cross border claims allowance procedures.  Torys was also involved in the bar date motion process.

D.     M&A Advice

Final Application Period.  Fees $590.00; Total Hours 2

This category addresses work performed with respect to mergers and acquisition advice.

    E.    <u>Employee Matters</u>

Final Application Period.  Fees $71,572.50; Total Hours 104.8

This category reflects time expended by Torys with respect to employee compensation, bonuses, severances, and employee and retiree benefits and plans including pension or other retirement plans of the Debtor entities.

    F.    <u>Supplier Issues</u>

Final Application Period.  Fees $927.50; Total Hours 1.3

This category reflects time expended on issues dealing with suppliers to the Debtors.

    G.    <u>Plan of Reorganization and Disclosure Statement</u>

Final Application Period.  Fees: $2,551.00; Total Hours 3.2

This category represents time expended by Torys on the formulation, negotiation, presentation and confirmation of the Debtor's plan of reorganization and disclosure statement, and compliance with the plan confirmation order  and related orders and rules, including matters related to settlements, escrows and reserves pursuant to the plan.

    H.    <u>Tax</u>

Final Application Period.  Fees $27,628.50; Total Hours 32.9

Torys performed analysis of various tax issues of the Debtors.

    I.    <u>Fee and Employment Applications</u>

Monthly Application Period.  Fees: $3,493.00; Total Hours 4.1

Final Application Period. Fees $917,257.00; Total Hours 1979.9

This category includes work performed by Torys in the preparation of employment and fee applications, including reporting to the fee examiner, on behalf of Torys.

J.    Litigation

Monthly Application Period.  Fees: $16,190.00; Total Hours 20.40

Final Application Period.  Fees $10,490,767.92; Total Hours 14,412.3

Torys expended significant time on litigation matters in the Debtors' cases, including litigation over the allocation of proceeds of the sale of the Debtors assets.

K.    Real Estate

Final Application Period.  Fees $4,396.00; Total Hours 5.6

This category includes work performed on the review and analysis of real-estate matters, including purchase agreements and lease provisions.

L.    Analysis of Canadian Law

Monthly Application Period.  Fees: $11,224.00; Total Hours 36.80

Final Application Period.  Fees $3,964,862.17; Total Hours 5,499.3

This category includes research and analysis of issues involving the laws, rules or regulations of Canada and the provinces therein.

M.    Intercompany Analysis

Final Application Period.  Fees $1,936,281.00; Total Hours 2,354

This category reflects work performed analyzing intercompany accounting, reporting, claims and rights.

10

N.    Canadian CCAA Proceedings/Matters

Monthly Application Period.  Fees: $23,837.50; Total Hours 24.60

Final Application Period.  Fees $3,897,388.92; Total Hours 5,435.7

This category includes time expended on issues related to operating in and proceeding under the Companies' Creditors Arrangement Act (Canada) including preparing, negotiating and filing pleadings before the Canadian Court and compliance with CCAA requirements.

O.    Canadian Sec. 18.6 Proceedings/Matters

Final Application Period.  Fees $160,965.50; Total Hours 231.7

This category includes preparing and filing pleadings ancillary to the chapter 11 cases in Canada and compliance with Section 18.6 requirements.

P.    U.S. Proceedings/Matters

Final Application Period.  Fees $181,631.99; Total Hours 267.9

This category includes issues related to the U.S. chapter 11 and chapter 15 cases not otherwise covered in other categories including observance and analysis of U.S. proceedings for coordination with CCAA proceedings.

22.    Torys charges $.10 per page for photocopying and printing.

23.    Torys does not charge for incoming or outgoing facsimiles.

24.    In accordance with Local Rule 2016-2, Torys has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

25.    Torys no longer charges for general secretarial overhead or for overtime secretarial services.

26.    Airfare travel, if any, is not booked and charged at first class fares.

11

27.    Torys' fees are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

28.    Torys has endeavored to represent the Debtors in the most expeditious and economical manner possible. Tasks have been assigned to attorneys, paralegals, and other support staff at Torys so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. To the extent that fees relate to research or other legal work performed by articling students or law students interning for the summer, they were chosen to perform such tasks to represent the Debtors in the most economical manner possible, and fees do not represent training of law students. Further, articling students have graduated law school and passed the bar exam.  Moreover, Torys has endeavored to coordinate with Cleary Gottlieb Steen & Hamilton LLP and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  We believe we have been successful in this regard.

29.    No agreement or understanding exists between Torys and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

30.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge, and belief that this Application complies with that Rule.

WHEREFORE, Torys respectfully requests that this Court: (i) allow Torys (a) monthly compensation in the amount of $54,744.50 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the Monthly Application Period

12

and (b) monthly reimbursement in the amount of $784.89 for actual, reasonable, and necessary expenses incurred during the Monthly Application Period; and (ii)(a)(1) allow final compensation in the amount of $ 21,713,776.50 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, (2) plus $19,052.50 in fees for preparation and filing of professionals fee applications after the Effective Date of the Plan, which amounts set forth in (ii)(a)(1) and (2) equal $21,732,829.00 in the aggregate (b) allow final reimbursement of $624,004.24 for actual, reasonable, and necessary expenses incurred during the Final Application Period, and (c) authorize and direct the Debtors to pay Torys $118,117.34, an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors[6]; and (iii) grant such other further relief as the Court deems just and proper.

Dated:  June 27, 2017                TORYS LLP
      New York, New York

                                            /s/ Alison D. Bauer
                                          Alison D. Bauer
                                          William F. Gray, Jr.
                                          1114 Avenue of the Americas, 23rd Floor
                                          New York, New York 10036
                                          Telephone:  (212) 880-6000
                                          Facsimile:  (212) 682-0200

                                          *Special Canadian Counsel for the*
                                          *Debtors and Debtors in Possession*

---

[6]    Torys has previously been paid a total of $22,238,715.90.  That amount has been applied to this Final Application, bringing the balance due to $118,117.34 for the Final Application Period.