# EXHIBIT A

Fee and Employment Applications

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|-----------|-----------|------|-------------|-------|-------|--------|
| Bauer | Alison D. | 03/05/2017 | Attention to monthly fee application and quarterly hearing date | 0.2 | 178.00 | 14346880 |
| Bauer | Alison D. | 04/05/2017 | Emails regarding fee applications | 0.2 | 178.00 | 14346880 |
| Gray | William | 04/05/2017 | Review fee application | 0.3 | 292.50 | 14355890 |
| Tencza | Leigh Ann | 08/05/2017 | reviewing case docket to determine status of certificates of no objection filed in connection with Torys fee applications; email to A. Bauer regarding same; | 0.3 | 85.50 | 14353906 |
| Bauer | Alison D. | 08/05/2017 | Attention to monthly, quarterly and final fee applications | 3.1 | 2,759.00 | 14352524 |

Litigation

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/05/2017 | attending motion returnable May 1, 2017; | 1.3 | 1,027.00 | 14346165 |
| Slavens | Adam | 01/05/2017 | reviewing closing checklist and preparing for call re same; | 1.6 | 1,264.00 | 14346170 |
| Slavens | Adam | 02/05/2017 | participating in conference call re closing preparations and preparing for same; | 1.5 | 1,185.00 | 14345975 |
| Gray | William | 02/05/2017 | Review waiver and reserve agreement; | 0.4 | 390.00 | 14355890 |
| Slavens | Adam | 05/05/2017 | preparing joint notice of discontinuance (0.7); email correspondence with M. Dillon re same (0.2); closing preparations (2.4); | 3.3 | 2,607.00 | 14350353 |
| Slavens | Adam | 07/05/2017 | closing preparations; | 1 | 790.00 | 14353762 |
| Slavens | Adam | 07/05/2017 | conducting legal research re sections 7 and 15 of the Charter re LTD appeal; | 3.7 | 2,923.00 | 14353762 |
| Slavens | Adam | 08/05/2017 | attending to closing matters (5.9); conference calls with estate representatives re same (0.7); coordinating filing of Supreme Court of Canada notice of discontinuance (1.0); | 7.6 | 6,004.00 | 14353906 |

Analysis of Canadian Law

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bogach | Alex | 01/05/2017 | drafting memo re LTD charter arguments; | 8 | 2,440.00 | 14369966 |
| Brown | Hilary | 02/05/2017 | researching s.7 Charter issues; | 5.1 | 1,555.50 | 14352593 |
| Bogach | Alex | 02/05/2017 | drafting memo re Charter issues; | 3 | 915.00 | 14354027 |
| Brown | Hilary | 03/05/2017 | drafting memo re s.7 Charter issues; | 5.4 | 1,647.00 | 14369972 |
| Bogach | Alex | 04/05/2017 | Update Charter issues; | 0.6 | 183.00 | 14354027 |
| Bogach | Alex | 04/05/2017 | drafting and revising memo re Charter issues; | 3.7 | 1,128.50 | 14354027 |
| Brown | Hilary | 04/05/2017 | drafting memo re s.7 charter issues; | 1.7 | 518.50 | 14352593 |
| Bogach | Alex | 06/05/2017 | drafting and revising memo re LTD charter arguments; | 1 | 305.00 | 14356048 |
| Bogach | Alex | 07/05/2017 | drafting and revising memo re LTD charter arguments; | 2.9 | 884.50 | 14356048 |
| Bogach | Alex | 08/05/2017 | revising memo re Charter arguments (5.2); email J Opolsky re same (0.2); | 5.4 | 1,647.00 | 14354027 |

Canadian CCAA Proceedings/Matters

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/05/2017 | reviewing order and endorsement regarding waiver/escrow and discussing hearing with A. Slavens (.5); reviewing law on application of Charter of Rights on CCAA plans (1.0); | 1.5 | 1,462.50 | 14342512 |
| DeMarinis | Tony | 01/05/2017 | reviewing waiver & reserve order and endorsement (0.2); reviewing arrangements and materials for plan effectiveness, and related issues (2.5); | 2.7 | 2,862.00 | 14352593 |
| Bomhof | Scott A. | 02/05/2017 | reviewing plan implementation closing agenda/checklist (.3); prepare for and attend telephone call with US Debtors, Canadian Debtors and EMEA Debtors regarding plan implementation (1.0); | 1.3 | 1,267.50 | 14342516 |
| DeMarinis | Tony | 02/05/2017 | file review and planning in connection with Plan effectiveness, and related final reviews; | 3 | 3,180.00 | 14353818 |
| Bomhof | Scott A. | 03/05/2017 | reviewing commentary/law on s.7 and s.15 of Charter of Rights and Freedoms regarding LTD appeal to Supreme court of Canada; | 2 | 1,950.00 | 14342516 |
| Slavens | Adam | 03/05/2017 | preparing for closing; | 1.6 | 1,264.00 | 14346717 |
| Slavens | Adam | 04/05/2017 | preparing notice of discontinuance re Supreme Court of Canada (0.5); reviewing file re same (0.8); telephone calls with J. Kimmel and M. Dillon re same (0.6); preparing for closing (0.5); | 2.4 | 1,896.00 | 14346737 |
| Bomhof | Scott A. | 04/05/2017 | reviewing closing checklist and prepare for May 8 call to discuss plan implementation; | 0.4 | 390.00 | 14344337 |
| Opolsky | Jeremy | 04/05/2017 | revising research re: appeal issues; | 0.6 | 384.00 | 14355890 |
| DeMarinis | Tony | 04/05/2017 | review and consideration of matters in relation to Plan effectiveness, requirements, and arrangements; | 3.5 | 3,710.00 | 14352620 |
| Opolsky | Jeremy | 07/05/2017 | reviewing draft memo on appeal issues; | 0.2 | 128.00 | 14355890 |
| Bomhof | Scott A. | 08/05/2017 | participate in telephone calls with counsel for Canadian estate and EMEA estate regarding plan implementation (1.2); reviewing calculations for escrow releases and prepare for plan effective date (.8); reviewing filings for discontinuance of appeals (.5); | 2.5 | 2,437.50 | 14344337 |
| Opolsky | Jeremy | 08/05/2017 | reviewing and revising research memorandum re: appeal issues; | 0.4 | 256.00 | 14342142 |
| DeMarinis | Tony | 08/05/2017 | discussion with Scott Bomhof, review effectiveness certificate, and file organization and readings in connection with completion; | 2.5 | 2,650.00 | 14353818 |