# **<u>EXHIBIT B</u>**

**Nortel**
**May 2017 Disbursements**

| Category | Date | Amount | Description |
|---|---|---|---|
| Taxi & Travel | 01/05/2017 | 6.54 | Taxi & Travel; Slavens, Adam; Taxi/Car Service - Torys court |
| Taxi & Travel | 01/05/2017 | 6.54 | Taxi & Travel; Slavens, Adam; Taxi/Car Service - 330 University court |
| | | **$ 13.08** | |
| Cash Received | 18/05/2017 | -16 | Cash Received - - VENDOR: Torys LLP - PHYLLIS QUINLAN - INVOICE # 1397424 - NORTEL NETWORK INC. |
| | | **$ (16.00)** | |
| Agents Fees | 11/05/2017 | 708.39 | Agents Fees - - VENDOR: SUPREME LAW GROUP - ADAM SLAVENS - INV.# 1467 - AGENT'S ACCOUNT - NORTEL NEWTWORK - |
| | | **$ 708.39** | |
| Courier | 05/05/2017 | 17.58 | Courier; Purolator, From 79 WELLINGTON ST W, TORYS LLP; To 900 275 SLATER ST, SUPREME LAW GROUP; PIN 33 1044101508Inv#434665254 |
| | | **$ 17.58** | |
| Laser Printing | 02/05/2017 | 21 | Laser Printing |
| Laser Printing | 05/05/2017 | 2.6 | Laser Printing |
| | | **$ 23.60** | |
| On Line Research Charges -WestlaweCarswell Incl. | 03/05/2017 | 22.24 | On Line Research Charges -WestlaweCarswell Incl. |
| | | **$ 22.24** | |