# AFFIDAVIT OF PUBLICATION

I, JAY H. HEYMAN, being duly sworn, depose and say that I am a Director of Porte Advertising, Inc., and that I arranged for the publication of the attached notice in *Globe & Mail* on May 11, 2017.

The foregoing statement is true and correct to the best of my knowledge, information and belief.

Jay H. Heyman

Sworn to me this

____ day of Jun, 2017

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175870
Qualified in Suffolk County
Commission Expires October 22, 20__

**NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE OF FIRST AMENDED JOINT CHAPTER 11 PLAN OF NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS**

TO:  ALL CREDITORS, HOLDERS OF CLAIMS OR INTERESTS AND OTHER PARTIES IN INTEREST IN THE DEBTORS' CHAPTER 11 CASES[1]

PLEASE TAKE NOTICE THAT on January 24, 2017, the United States Bankruptcy Court for the District of Delaware confirmed the *Debtors' First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795-1] (the "Plan") attached as Exhibit A to the *Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE that on May 8, 2017, each of the conditions precedent to the effectiveness of the Plan occurred or was waived in accordance with the provisions of the Plan. Accordingly, the Plan became effective and was substantially consummated on **May 8, 2017** (the "Effective Date") and in accordance with the Plan, the Debtors anticipate making initial distributions to holders of Allowed Claims[2] on or before **July 7, 2017**, or as soon thereafter as practicable.

**ADMINISTRATIVE EXPENSE CLAIMS BAR DATE**

Pursuant to the Plan, entities asserting Administrative Expense Claims that accrued on or before the Effective Date (other than Administrative Expense Claims that (i) have been paid, (ii) relate to payment of Professionals, or (iii) are expressly excluded from the Administrative Expense Claims Bar Date in accordance with paragraphs 89 and 109, respectively, of the Confirmation Order) must properly File such Claim(s) with the Claims Agent by mailing it to the Claims Agent at Nortel Networks Inc. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4419, Beaverton, OR 97076-4419 and counsel to the Wind-Down Debtors at Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: James L. Bromley, Esq. & Lisa M. Schweitzer, Esq. and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., Wilmington, DE 19801, Attn: Derek C. Abbott, Esq. & Andrew R. Remming, Esq., (collectively, the "Notice Parties") *so as to be actually received* on or before the Administrative Expense Claims Bar Date of **June 7, 2017 at 5:00 p.m. (Prevailing Eastern Time)**. Any entity asserting an Administrative Expense Claim may download a form for Filing such claim(s) at http://dm.epiq11.com/nortel. Any Administrative Expense Claim that is not properly Filed and served by the Administrative Expense Claims Bar Date shall not appear on the register of Claims maintained by the Claims Agent and shall be disallowed automatically and forever barred without the need for any objection from the Debtors or any action by the Bankruptcy Court. The Debtors and Wind-Down Debtors shall have one hundred and eighty (180) days (or such longer period as may be allowed by order of the Bankruptcy Court) following the Administrative Expense Claims Bar Date to review and File objections to all Administrative Expense Claims, if necessary. In the event an objection is Filed and the parties cannot resolve such objection, the Bankruptcy Court shall determine the Allowed amount of such Administrative Expense Claim.

**PROFESSIONAL CLAIMS BAR DATE**

Pursuant to the Plan, the deadline to file Professional Claims shall be **July 7, at 5:00 p.m. (Prevailing Eastern Time)** (the "Professional Claims Bar Date"). All final fee applications for Professional Claims for services rendered during or in connection with the Chapter 11 Cases and/or reimbursement of expenses incurred through the Effective Date, including substantial contribution claims under 11 U.S.C. § 503(b)(3)(D), shall be Filed with the Bankruptcy Court by no later than the Professional Claims Bar Date. Holders of Professional Claims that are required to File and serve applications for final allowance of their Professional Claims and that do not File and serve such applications by the Professional Claims Bar Date shall be forever barred from asserting such Professional Claims against the Debtors, Wind-Down Debtors or their respective properties, and such Professional Claims shall be deemed discharged as of the Effective Date.

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to the Plan and as of the Effective Date, all executory contracts and unexpired leases of the Debtors shall be deemed rejected, except for those executory contracts that (a) are assumed pursuant to the Plan, (b) have been assumed, assumed and assigned or rejected pursuant to previous orders of the Bankruptcy Court, or (c) are the subject of a pending motion or notice before the Bankruptcy Court with respect to the assumption or assumption and assignment of such executory contracts, including, without limitation, executory contracts referenced in Section 9.2 of the Plan and any exhibits thereto. Any Claim for damages arising from any such rejection ("Rejection Damages Claim") must be Filed and served on the Notice Parties *so as to be actually received* on or before **June 7, 2017** (the "Rejection Damages Claim Bar Date"). Any Rejection Damages Claim that is not properly Filed and served by the Rejection Damages Claim Bar Date shall not be enforceable against the Debtors or the Wind-Down Debtors and shall be disallowed automatically without the need for any objection from the Debtors or any action by the Bankruptcy Court.

**FURTHER NOTICES**

From and after the Effective Date, any Entity that, prior to the Effective Date, had requested from the Debtors or the Claims Agent to receive notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002 must renew such request in writing to the Claims Agent in order to be included on the Wind-Down Debtors' Post-Effective Date Bankruptcy Rule 2002 Notice List.

**COPIES OF PLAN RELATED DOCUMENTS**

The Confirmation Order, Plan, the Administrative Expense Claim form and other documents and materials related to the Wind-Down Debtors' cases may be obtained at no charge from Epiq Bankruptcy Solutions, LLC ("Epiq"), the Claims Agent retained by the Debtors in these Chapter 11 Cases by accessing http://dm.epiq11.com/nortel or calling 1-844-319-7735 (Toll Free) or 1-503-520-4494 (International). You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at www.deb.uscourts.gov.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 -and- MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Andrew R. Remming (No. 5120), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989. *Counsel for the Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors does not include a Chapter 11 Plan for Nortel Networks India International Inc. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used herein shall have the meanings ascribed to them in the Confirmation Order or Plan, as applicable.