## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 17432** |

### ORDER DENYING MOTION TO AMEND PROOFS OF CLAIM

The Court has before it the Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant (the "Motion to Amend"). For the reasons provided in the accompanying Opinion re Motion to Amend Proofs of Claim, the Court denies the Motion to Amend and denies the addition of SNMP Research, Inc. as a claimant.

Dated: June 29, 2017

_____
KEVIN GROSS, U.S.B.J.