**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |
|  | **RE D.I.** _____ |

## ORDER GRANTING DEBTORS'
## MOTION FOR SUMMARY JUDGMENT

Upon consideration of Debtors' Motion For Summary Judgment (the "Motion")[2] and the briefs, and arguments in conjunction with the Motion, and finding good cause for the entry of summary judgment in the Debtors' favor,

IT IS HEREBY ORDERED this \_\_\_ day of _____, 2017 that

1. The Motion is granted; and

2. Summary judgment is entered in favor of the Debtors and against Netas Telekomunikasyon A.S. with respect to the disallowance of the Netas Claims.

Dated: _____, 2017
   Wilmington, Delaware
   _____
   THE HONORABLE KEVIN GROSS
   UNITED STATES BANKRUPTCY JUDGE

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for all Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Debtors' Memorandum of Law In Support of Their Motion for Summary Judgment,* filed contemporaneously herewith.