IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| ----------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | Re: D.I. 18333, 18334, 18335 |
| ----------------------------------------------------------X |   |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2017, copies of the following were served, in the manner indicated, on the parties identified on the attached service list.

1. Debtors' Motion For Summary Judgment [D.I. 18333, Filed 6/30/17];

2. Debtors' Memorandum Of Law In Support Of Their Motion For Summary Judgment [D.I. 18334, Filed 6/30/17]; and

3. Debtors' Reply In Further Support Of Debtors' Forty-Seventh Omnibus Objection (Substantive) To Certain Claims [D.I. 18335, Filed 6/30/17].

Dated: June 30, 2017
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Tamara K .Minott*
                    Derek C. Abbott (No. 3376)
                    Andrew R. Remming (No. 5120)
                    Tamara K. Minott (No. 5643)
                    Andrew J. Roth-Moore (No. 5988)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, Delaware 19801
                    Telephone:  (302) 658-9200
                    Facsimile: (302) 658-3989

                    *Counsel for the Debtors*
                    *and Debtors in Possession*

10773902.1