# SERVICE LIST

**VIA HAND DELIVERY**

Christopher A. Ward Esq
Jarrett Vine, Esq
Polsinelli PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801


**VIA FIRST CLASS U.S. MAIL**


Zachary D. Rosenbaum Esq
Paul Kizel Esq
Michael Papandrea Esq
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068