**<u>Appendix A</u>**

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

Nortel Networks, Inc. et al  No. 09-10138 (KG)
   Debtors,  Jointly Administered

Ernest Demel  **LETTER OF CLAIM # 4643**
   Creditor,

===================================================================

### CREDITOR'S RESPONSE REGARDING ALLOWED NOETEL'S CLAIM 4643,

1. On September 25, 2009. A proof of claim ( # 4643 ) was filed by my consultant, Mr. William Z. Krandorf of the bankruptcy project of New York. On behalf of the creditor Ernest Demel in the amount of $ 1,924,557.70 Basis of the claim: injured employee's **withheld long-term disability benefits ( LTD) and disability pension**, calculated by an actuary in 2009. The disability pension was paid by PBGC.

2. **A stipulation agreement was signed with Nortel and Mr. Stone and reduced the amount to $125,000. And it was approved by the Bankruptcy Court of Delaware.** Later, Mr. Demel unsuccessfully litigated to correct the stipulation with some reasonable amendments.

3. INTEREST: Compound Interest should be paid from the date that signed the agreement with Nortel and approved by the **Bankruptcy Court.** (10/14/2010)

Under the settlement Plan, First distribution was paid by **Nortel's Admin. Mrs. Mary Cilia** in the amount of USD $ 44,412.37 Which is only 35.53 %. The balance amount (64.47 % ) USD $ 80,587.63 should be paid as soon as possible, due to Mr. Demel's Serious Health and Financial situation. Please note this is a long-standing claim. " **Long Term Disability (LTD)."**
**The final payment should be paid before 7/1/ 20017.**

The creditor Mr. Demel, explicitly reserves his right to file a claim with NORTEL for any unpaid amount.

I most humbly ask Nortel to treat this said matter as urgent and serious. Please be kind enough to Honor Justice and settle the said matter ASAP.
Your response is due on or before 6/31/2017.

Most respectfully, submitted.

*[signature]*  7017 0660 0001 1824 4667

Ernest Demel   Dated 6/20/20017
530 W. 55, Street #13 K , New York New York 10019, Tel. (929) 284 8217

**CC to: US Trustee. Case 09-10138**