# **EXHIBIT A**

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
June 30, 2017

In Reference To:   Nortel Employee Benefits Issues (February 1 to May 8, 2017)

Invoice #  3418

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | <u>Fee/Employment Applications</u> | | | |
| 2/8/2017 | Harold Ashner | Email exchanges with Tammy Minnott re fee application and related issues | 0.10<br>$980.00/hr | $98.00 |
| 2/13/2017 | Harold Ashner | Review and edit K&A bill (work performed on February 4, 7, and 13, 2017) | 0.30<br>$980.00/hr | $294.00 |
| 2/21/2017 | Harold Ashner | Prepare draft of eighth interim fee application, including review of key file documents from application period to develop summary of services performed therein, send draft to Tammy Minott for review, revise draft to reflect her comments, and send final version to her for filing (work performed on February 13 and 21, 2017) | 0.40<br>$980.00/hr | $392.00 |
| 2/24/2017 | Harold Ashner | Prepare draft of ninth interim and sixth quarterly fee application, review and edit K&A bill, send drafts to Tammy Minnot for review, revised ninth interim fee application in response to comment from Tammy Minott, and send same to her for filing | 0.80<br>$980.00/hr | $784.00 |
| 2/27/2017 | Harold Ashner | Final review of sixth quarterly fee application, revise same, sign, and send to Tammy Minott for filing | 0.20<br>$980.00/hr | $196.00 |
| 4/11/2017 | Harold Ashner | Review fee examiner's report | 0.10<br>$980.00/hr | $98.00 |
| | SUBTOTAL: | | [     1.90 | $1,862.00] |
| | For professional services rendered | | 1.90 | $1,862.00 |