# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**Related to Docket # 18315** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that William A. Owens ("Mr. Owens") has filed the Motion For Reconsideration of the Court's Order Granting Objections to the Proof of Claim Of William A. Owens (the "**Motion)** with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed on or before **TBD** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the objection upon the undersigned counsel for William A. Owens.  Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

00184438

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **TBD** before the Honorable Kevin Gross at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  July 5, 2017
  Wilmington, Delaware

**MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.**

*/s/  Rachel B. Mersky*
Rachel B. Mersky (#2049)

1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
rmersky@monlaw.com

*Counsel to William A. Owens.*

00184438