IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>Jointly Administered<br><br>**Related To 18315** |

### ORDER GRANTING RESONSIDERATION OF THE ORDER GRANTING OBJECTIONS TO THE PROOF OF CLAIM OF WILLIAM A. OWENS

Upon consideration of the Motion For Reconsideration of the Court's Order Granting Objections to the Proof of Claim Of William A. Owens

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion Granting Reconsideration of the Order Granting Objections to the Claim of William A. Owens is granted.

2.      Upon Reconsideration of The Order Granting the Debtors' Objections to the Proof of Claim of William A. Owens the Order is hereby Amended pursuant to FRBP 9024 to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

{00184439.DOCX; 1}

reflect that the Claim of William A. Owens shall be an allowed proof of claim.


Dated: _____


_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE