**EXHIBIT A**

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**May 1, 2017 - May 8, 2017**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | May 2017 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 12.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 3.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 2.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | 27.0 |
| **TOTAL** | | 44.0 |

**Summary of Services Rendered by Professional**

| Name | May 2017 Hours |
|---|---|
| Michael Kennedy, Member | 44.0 |
| Aaron Taylor, Member | - |
| Matthew Rosenberg, Managing Director | - |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| James Elish, Analyst | - |
| **TOTAL** | 44.0 |

**Nortel Networks, Inc**
May 1, 2017 - May 8, 2017 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | May 2017 Hours | Code |
|---|---|---|---|
| 5/1/2017 | Calls, communications, review material re: effective date matters | 6.0 | 16 |
| 5/1/2017 | Calls, communications, prepare material re:claim litigation matters | 2.0 | 14 |
| 5/2/2017 | Communications w/ monitor re: escrow funds | 2.0 | 7 |
| 5/2/2017 | Calls, communications, review material re: effective date matters | 6.0 | 16 |
| 5/3/2017 | Communications w/ monitor re: escrow funds | 1.0 | 7 |
| 5/3/2017 | Calls, communications, review material re: effective date matters | 5.0 | 16 |
| 5/4/2017 | Call with RLKS, Cleary & Ray re: effective date issues | 1.0 | 16 |
| 5/4/2017 | Calls, communications, review material re: distribution issues & model | 2.0 | 1 |
| 5/4/2017 | Review Monitor cash forecast & cash flash | 1.0 | 1 |
| 5/5/2017 | Calls, communications, review material re: effective date matters | 2.0 | 16 |
| 5/5/2017 | Calls, communications, review material re: distribution issues & model | 6.0 | 1 |
| 5/7/2017 | Calls, communications, review material re: effective date matters | 3.0 | 16 |
| 5/8/2017 | Calls, communications, review material re: distribution issues & model | 3.0 | 1 |
| 5/8/2017 | Calls, communications, review material re: effective date matters | 4.0 | 16 |
| | **May 2017 Total** | **44.0** | |