# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Eighty-Seventh Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 4, 2010 Through May 8, 2017** was caused to be made on July 5, 2017, in the manner indicated upon the entities identified below.

Date:  July 5, 2017

                                                                                  */s/ Tamara K. Minott*
                                                                           Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806

**VIA FIRST CLASS MAIL**

Nortel Networks Inc.
PO Box 591669
Attn:  Mary Cilia
Houston, TX 77259

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

Email:  jscarborough@mastersidlow.com