<u>**CERTIFICATE OF SERVICE**</u>

I, Andrew J. Roth-Moore, certify that I am not less than 18 years of age, and that service of the foregoing **Final Application of Lazard Frères & Co. LLC, as Financial Advisor and Investment Banker to the Debtors and Debtors-In-Possession, for Allowance of Final Compensation and for Final Reimbursement of All Actual and Necessary Expenses Incurred for the Period of January 14, 2009 through July 31, 2011** was caused to be made on July 5, 2017, in the manner indicated upon the entities identified below.

Date:  July 5, 2017                                                             */s/ Andrew J. Roth--Moore*
                                                                                          Andrew J. Roth-Moore (No. 5988)


**VIA HAND DELIVERY**

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks Inc.
PO Box 591669
Attn:  Mary Cilia
Houston, TX 77259

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)