**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                     :

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al., [1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

    **Hearing Date: TBD**
    **Objections Due: July 26, 2017 at 4:00 p.m. (ET)**

---------------------------------------------------------X

**SEVENTY-THIRD MONTHLY FOR THE PERIOD MAY 1, 2017 THROUGH
MAY 8, 2017 AND FINAL APPLICATION OF RLKS EXECUTIVE SOLUTIONS
LLC, AS CONSLTANTS TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF
ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
<u>JULY 9, 2010 THROUGH MAY 8, 2017</u>**

| | |
|---|---|
| Name of Applicant: | RLKS EXECUTIVE SOLUTIONS LLC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | August 8, 2010, *nunc pro tunc* to July 9, 2010 |
| Monthly Period for which compensation and reimbursement is sought: | May 1, 2017 through May 8, 2017 |
| Amount of Monthly compensation sought as actual, reasonable, and necessary: | $314,706.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). This fee application is not a final fee application with respect to Nortel Networks India International Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Amount of Monthly reimbursement sought
as actual, reasonable, and necessary:                $0.00

Final Period for which compensation and
reimbursement is sought:                             July 9, 2010 through May 8, 2017

Amount of Final compensation sought as
actual, reasonable, and necessary:                   $29,571,519.25, plus $17,750.00 in fees for
                                                     preparation of seventy-third monthly and final fee
Amount of Final reimbursement sought as              application after the Effective Date of the Plan.
actual, reasonable, and necessary:

This is a  _x_  monthly                              $958,692.31

                                                      _x_   final application

The total time expended for fee application preparation is approximately 30 hours and the
corresponding compensation requested is approximately $17,750.00.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 09/09/2010 | 07/09-31/2010 | $15,637.50 / $927.14 | $15,637.50 / $927.14 |
| 09/09/2010 | 08/01-31/2010 | $19,800.00 / $1,263.80 | $19,800.00 / $1,263.80 |
| 11/10/2010 | 09/01-30/2010 | $34,627.50 / $4,229.39 | $34,627.50 / $4,229.39 |
| 11/15/2010 | 10/01-30/2010 | $43,042.50 / $4,181.32 | $43,042.50 / $4,181.32 |
| 02/21/2011 | 11/01-30/2010 | $71,662.50 / $14,681.34 | $71,662.50 / $14,681.34 |
| 02/21/2011 | 12/01-31/2010 | $56,745.00 / $6,133.00 | $56,745.00 / $6,133.00 |
| 02/24/2011 | 01/01-31/2011 | $98,865.00 / $13,980.50 | $98,865.00 / $13,980.50 |
| 05/31/2011 | 02/01-28/2011 | $98,775.00 / $9,139.12 | $98,775.00 / $9,139.12 |
| 05/31/2011 | 03/01-31/2011 | $98,190.00 / $11,570.24 | $98,190.00 / $11,570.24 |
| 05/31/2011 | 04/01-30/2011 | $62,685.00 / $8,528.80 | $62,685.00 / $8,528.80 |
| 08/29/2011 | 05/01-31/2011 | $59,265.00 / $8,298.19 | $59,265.00 /  $8,298.19 |
| 08/29/2011 | 06/01-30/2011 | $143,100.00 / $18,150.50 | $143,100.00 /  $18,150.50 |
| 08/29/2011 | 07/01-31/2011 | $151,605.00 / $8,287.64 | $151,605.00 /  $8,287.64 |
| 11/14/2011 | 08/01-31/2011 | $243,832.50 / $19,835.57 | $243,832.50 /  $19,835.57 |
| 11/14/2011 | 09/01-30/2011 | $276,952.50 / $20,268.96 | $276,952.50 /  $20,268.96 |

| | | | |
|---|---|---|---|
| 11/14/2011 | 10/01-31/2011 | $221,422.50 / $22,342.00 | $221,422.50 /  $22,342.00 |
| 02/06/2012 | 11/01-30/2011 | $174,802.50 / $14,085.77 | $174,802.50 /  $14,085.77 |
| 02/07/2012 | 12/01-31/2011 | $187,627.50 / $8,230.01 | $187,627.50 /  $8,230.01 |
| 02/27/2012 | 01/01-31/2012 | $336,375.00 / $42,037.13 | $336,375.00 / $42,037.13 |
| 05/22/2012 | 02/01-29/2012 | $391,725.00 / $20,741.37 | $391,725.00 / $20,741.37 |
| 05/22/2012 | 03/01-31/2012 | $388,597.50 / $17,617.17 | $388,597.50 / $17,617.17 |
| 05/29/2012 | 04/01-30/2012 | $339,435.00 / $12,567.42 | $339,435.00 / $12,567.42 |
| 08/06/2012 | 05/01-31/2012 | $340,132.50 / $24,463.88 | $340,132.50 / $24,463.88 |
| 08/06/2012 | 06/01-30/2012 | $308,902.50 / $15,722.37 | $308,902.50 / $15,722.37 |
| 08/21/2012 | 07/01-30/2012 | $349,132.50 / $25,863.70 | $349,132.50 / $25,863.70 |
| 10/22/2012 | 08/01-31/2012 | $321,412.50 / $3,957.77 | $321,412.50 / $3,957.77 |
| 10/22/2012 | 09/01-30/2012 | $299,310.00 / $12,219.21 | $299,310.00 / $12,219.21 |
| 11/05/2012 | 10/01-31/2012 | $273,195.00 / $5,241.70 | $273,195.00 / $5,241.70 |
| 02/19/2013 | 11/01-30/2012 | $154,440.00 / $3,559.48 | $154,260.00 / $3,559.48 |
| 02/19/2013 | 12/01-31/2012 | $106,267.50 / $1,540.24 | $106,267.50 / $1,540.24 |
| 02/19/2013 | 1/01-31/2013 | $147,937.50 / $713.20 | $147,937.50 / $713.20 |
| 05/31/2013 | 2/01-4/30/2013 | $254,767.50 / $3,774.44 | $254,767.50 / $3,774.44 |
| 07/15/2013 | 5/01-5/31/2013 | $103,342.50 / $35.00 | $103,342.50 / $35.00 |
| 07/23/2013 | 6/01-6/30/2013 | $62,865.00 / $0.00 | $62,865.00 / $0.00 |
| 08/29/2013 | 7/01-7/31/2013 | $73,260.00 / $0.00 | $73,260.00 / $0.00 |
| 11/26/2013 | 8/01-8/31/2013 | $62,640.00 / $0.00 | $62,640.00 / $0.00 |
| 11/26/2013 | 9/01-9/30/2013 | $63,090.00 / $0.00 | $63,090.00 / $0.00 |
| 11/26/2013 | 10/01-10/31/2013 | $120,532.50 / $7,656.26 | $120,532.50 / $7,656.26 |
| 02/25/2014 | 11/01-11/30/2013 | $175,026.75 / $7,771.94 | $175,026.75 / $7,771.94 |
| 02/25/2014 | 12/01-12/31/2013 | $69,542.00 / $0.00 | $69,542.00 / $0.00 |
| 02/25/2014 | 01/01-01/31/2014 | $86,764.00 / $1,269.71 | $86,764.00 / $1,269.71 |
| 05/29/2014 | 02/01-02/28/2014 | $75,264.50 / $0.00 | $75,264.50 / $0.00 |
| 05/29/2014 | 03/01-03/31/2014 | $140,909.75 / $6,102.88 | $140,909.75 / $6,102.88 |
| 05/29/2014 | 04/01-04/30/2014 | $135,269.00 / $2,710.74 | $135,269.00 / $2,710.74 |
| 08/28/2014 | 05/01-07/31/2014 | $275,170.50 / $6,144.00 | $275,170.50 / $6,144.00 |
| 11/25/2014 | 08/01-10/31/2014 | $318,389.00 / $11,012.77 | $318,389.00 / $11,012.77 |

| 2/27/2015 | 11/01/14-01/31/2015 | $525,352.75 / $26,173.55 | $525,352.75 / $26,173.55 |
|---|---|---|---|
| 4/10/2015 | 02/01/15-02/28/2015 | $387,630.00 / $11,321.83 | $387,630.00/ $11,321.83 |
| 4/10/2015 | 03/01/15-03/31/2015 | $517,725.00 / $19,803.71 | $517,725.00/ $19,803.71 |
| 5/27/2015 | 04/01/15-04/30/2015 | $637,141.00 / $18,744.84 | $637,141.00/ $18,744.84 |
| 6/12/2015 | 05/01/15-05/31/2015 | $630,415.00 / $18,491.88 | $630,415.00/ $18,491.88 |
| 7/09/2015 | 06/01/15-06/30/2015 | $735,759.50 / $40,529.61 | $735,759.50/ $40,529.61 |
| 8/10/2015 | 07/01/15-07/31/2015 | $680,653.50 / $23,079.01 | $680,653.50/ $23,079.01 |
| 9/02/2015 | 08/01/15-08/31/2015 | $712,602.00 / $17,623.28 | $712,602.00 / $17,623.28 |
| 10/07/2015 | 09/01/15-09/30/2015 | $751,188.00 / $32,344.15 | $751,188.00 / $32,344.15 |
| 11/25/2015 | 10/01/15-10/31/2015 | $711,068.00 / $15,458.93 | $711,068.00 / $15,458.93 |
| 12/02/2015 | 11/01/15-11/30/2015 | $675,727.00 / $14,471.87 | $675,727.40 / $14,471.87 |
| 1/05/2016 | 12/01/15-12/31/2015 | $716,142.00 / $16,374.13 | $716,142.00 / $16,374.13 |
| 2/26/2016 | 01/01-01/31/2016 | $742,544.50 / $28,516.49 | $742,544.50 / $28,516.49 |
| 4/04/2016 | 02/01-02/29/2016 | $698,678.00 / $23,720.16 | $698,678.00 / $23,720.16 |
| 4/05/2016 | 03/01-03/31/2016 | $742,485.50 / $36,237.63 | $742,485.50 / $36,237.63 |
| 5/31/2016 | 04/01-04/30/2016 | $809,480.00 / $31,374.64 | $809,480.00 / $31,374.64 |
| 6/03/2016 | 05/01-05/31/2016 | $793,727.00 / $33,158.95 | $793,727.00 / $33,158.95 |
| 7/01/2016 | 06/01-06/30/2016 | $906,977.50 / $23,732.70 | $906,977.50 / $23,732.70 |
| 8/11/2016 | 07/01-07/31/2016 | $988,840.00 / $49,309.73 | $988,840.00 / $49,309.73 |
| 10/3/2016 | 08/01-08/31/2016 | $733,252.00 / $2,065.07 | $733,252.00 / $2,065.07 |
| 10/5/2016 | 09/01-09/30/2016 | $636,787.00 / $0.00 | $636,787.00 / $0.00 |
| 11/3/2016 | 10/01-10/31/2016 | $933,144.00 / $14,582.96 | $933,144.00 / $14,582.96 |
| 12/2/2016 | 11/01-11/30/2016 | $842,402.00 / $2,291.14 | $842,402.00 / $2,291.14 |
| 1/19/2017 | 12/01-12/31/2016 | $944,413.00 / $498.53 | $944,413.00 / $498.53 |
| 2/1/2017 | 01/01-01/31/2017 | $1,092,975.00 / $11,402.17 | $1,092,975.00 / $11,402.17 |
| 3/1/2017 | 02/01-02/28/2017 | $1,089,376.00 / $8,564.87 | $871,500.80 / $8,564.87 |
| 4/7/2017 | 03/01-03/31/2017 | $935,032.00 / $5,311.81 | $748,025.60 / $5,311.81 |
| 5/2/2017 | 04/01-04/30/2017 | $852,963.00 / $6,653.00 | $682,370.40 / $6,653.00 |

**MONTHLY COMPENSATION BY PROFESSIONAL
NORTEL NETWORKS INC., ET AL.
(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kathryn Schultea | CEO/COO / Bankruptcy Wind Down, Former Employee Related Matters, Claims Administration, Document Retention, Distribution Management | $590.00 | 75.20 | $ 44,368.00 |
| Richard A. Lydecker | EVP / Bankruptcy Wind Down & Tax/Finance | $590.00 | 0.50 | 295.00 |
| Raj Perubhatla | Sr. Director / Systems & Information, Case/Integration Modeling, Distribution Support, Data Center Management | $590.00 | 104.40 | 61,596.00 |
| Mary Cilia | Sr. Director / Claims Administration & Financial Analysis | $590.00 | 75.10 | 44,309.00 |
| Brandon Bangerter | Director / Systems & Information, Data Center Management, Distribution Support | $590.00 | 42.60 | 25,134.00 |
| Leticia Barrios | Director / Claims Administration & Analysis, Former Employee Related Matters, Distribution Support | $590.00 | 64.40 | 37,996.00 |
| David Kantorczyk | Director / Claims Administration & Financial Analysis, Distribution Support | $590.00 | 43.00 | 25,370.00 |
| Daniel Tollefsen | Director / Claims Administration & Analysis, Distribution Support | $590.00 | 73.40 | 43,306.00 |
| Felicia Buenrostro | Associate / Bankruptcy Administration, Document Retention, Distribution Support | $590.00 | 54.80 | 32,332.00 |
| **Total** | | | **533.40** | **$ 314,706.00** |
| **GRAND TOTAL:** | **$314,706.00** | | | |
| **BLENDED RATE:** | **$590.00** | | | |

5

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| IT Infrastructure Support/eData Search Support | 31.10 | $    18,349.00 |
| Document Management and Research Support, Call Center | 16.50 | 9,735.00 |
| Human Resources – Former Employee Matters | 1.30 | 767.00 |
| Fee Application Tracking | 14.00 | 8,260.00 |
| Non-working Travel | 0.00 | 0.00 |
| Claims Admin & Reconciliation, Distribution Support | 213.00 | 125,670.00 |
| Tax/Finance Matters & Budget Matters | 53.30 | 31,447.00 |
| Misc Debtor Issues and Communications | 1.00 | 590.00 |
| Analysis/Case Modeling/Plan/Disclosure Support | 203.20 | 119,888.00 |
| **TOTAL** | **533.40** | **$   314,706.00** |

**MONTHLY EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
|  |  |  |
|  |  |  |
| **Grand Total Expenses** |  | **$   0.00** |

**FINAL COMPENSATION BY PROFESSIONAL
NORTEL NETWORKS INC., ET AL.
(CASE NO. 09-10138 (KG))**

**July 9, 2010 through May 8, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kathryn Schultea | CEO/COO / Bankruptcy Wind Down, Former Employee Related Matters, Claims Administration, Document Retention, Distribution Management | $450.00<br>$545.00<br>$590.00 | 4,741.30<br>365.40<br>3,781.90 | $1,985,332.50<br>190,286.75<br>2,121,926.00 |
| Richard A. Lydecker | EVP / Bankruptcy Wind Down & Tax/Finance | $450.00<br>$545.00<br>$590.00 | 1,256.60<br>96.40<br>138.20 | 501,795.00<br>48,913.75<br>81,538.00 |
| Raj Perubhatla | Sr. Director / Systems & Information, Case/Integration Modeling, Distribution Support, Data Center Management | $450.00<br>$545.00<br>$590.00 | 4,143.50<br>1,519.30<br>7,154.70 | 1,806,750.00<br>791,912.25<br>4,015,215.50 |
| Mary Cilia | Sr. Director / Claims Administration & Financial Analysis | $450.00<br>$545.00<br>$590.00 | 2,265.80<br>498.10<br>5,838.40 | 982,687.50<br>262,036.00<br>3,369,726.00 |
| Brandon Bangerter | Director / Systems & Information, Data Center Management, Distribution Support | $450.00<br>$545.00<br>$590.00 | 2,958.10<br>783.80<br>4,298.70 | 1,272,082.50<br>395,016.00<br>2,338,288.00 |
| Leticia Barrios | Director / Claims Administration & Analysis, Former Employee Related Matters, Distribution Support | $545.00<br>$590.00 | 73.00<br>4,350.50 | 37,877.50<br>2,500,420.00 |
| David Kantorczyk | Director / Claims Administration & Financial Analysis, Distribution Support | $590.00 | 3,041.90 | 1,763,156.00 |
| Daniel Tollefsen | Director / Claims Administration & Analysis, Distribution Support | $545.00<br>$590.00 | 72.80<br>4,698.10 | 37,768.50<br>2,659,248.00 |
| Felicia Buenrostro | Associate / Bankruptcy Administration, Document Retention, Distribution Support | $545.00<br>$590.00 | 73.00<br>4,147.90 | 37,877.50<br>2,382,066.00 |
| Analyst Support Staff | Analyst / Discovery Project Lead | $175.00 | 42.00 | 7,350.00 |
| **Total** | | | **56,339.40** | **$  29,589,269.25** |
| **GRAND TOTAL:** | **$29,589,269.25** | | | |
| **BLENDED RATE:** | **$525.20** | | | |

**FINAL COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**July 9, 2010 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claims Administration and Reconciliation/Resolution, Distribution Support, and Call Center Management | 19,167.80 | $ 10,780,744.50 |
| Facility Document Inventory, Material Review/Log/Storage, and Evacuation Projects | 6,817.80 | 3,969,249.50 |
| Human Resources – Employee/Former Employee Related Matters | 4,569.30 | 2,193,847.00 |
| Document and eData Preservation Projects, Discovery, and IT Infrastructure Consolidation and Support | 10,996.00 | 5,709,798.50 |
| Tax/Finance Matters and Budget Matters | 2,087.10 | 1,085,358.50 |
| Analysis/Case Modeling/Plan/Disclosure Support | 6,063.10 | 3,549,534.50 |
| Miscellaneous Debtor Issues and Communications | 329.30 | 185,719.00 |
| Non-Working Travel | 4,906.70 | 1,325,773.75 |
| Fee Application Tracking and Quarterly Reporting | 1,372.30 | 771,494.00 |
| **TOTAL** | **56,339.40** | **$ 29,589,269.25** |

**FINAL EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**July 9, 2010 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Travel – Airline (Economy) | | 468,665.22 |
| Travel – Lodging | | 295,886.24 |
| Travel – Transportation | | 126,718.78 |
| Travel – Meals | | 49,871.05 |
| Office Expense | Network Solution; Oracle, SAP, Various retail outlets to support claim distribution materials, facility and data center closures, and client IT needs | 17,551.02 |
| **Grand Total Expenses** | | **$ 958,692.31** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                               :
In re                                  :        Chapter 11
                               :
Nortel Networks Inc., et al.,[1]           :        Case No. 09-10138 (KG)
                               :
                Debtors.      :        Jointly Administered
                               :
                               :        **Hearing Date: TBD**
---------------------------------------------------------X  **Objections Due: July 26,2017 at 4:00 p.m. (ET)**

**SEVENTY-THIRD MONTHLY FOR THE PERIOD MAY 1, 2017 THROUGH**
**MAY 8, 2017 AND FINAL APPLICATION OF RLKS EXECUTIVE SOLUTIONS**
**LLC, AS CONSULTANTS TO THE DEBTORS AND DEBTORS-IN-**
**POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR**
**REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED FOR THE PERIOD**
**JULY 9, 2010 THROUGH MAY 8, 2017**

RLKS Executive Solutions LLC ("RLKS"), as Consultant for the debtors in the

above-captioned cases (collectively, the "Debtors"), submits this application (the "Application")

for final allowance of compensation and reimbursement of expenses under sections 330 and 331

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (D.I. 222) (the "Interim Compensation Procedures Order")[2].  By this Application, RLKS seeks: (i) allowance of compensation for professional services rendered by RLKS to the Debtors for the period May 1, 2017 through May 8, 2017 (the "Monthly Application Period") and reimbursement of actual and necessary expenses incurred by RLKS during the Monthly Application Period in rendering professional services on behalf of the Debtors; and (ii) the entry of an order granting final allowance of reasonable compensation for professional services rendered by RLKS to the Debtors for the period July 9, 2010 through May 8, 2017 (the "Final Application Period") and final reimbursement of actual and necessary expenses and disbursements incurred by RLKS in rendering professional services on behalf of the Debtors during the Final Application Period.   In support of this Application, RLKS respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2]      Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

## BACKGROUND

3.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

## RLKS' RETENTION

4.      On July 27, 2010, the Debtors filed the Employment and Retention of RLKS Executive Solutions LLC as consultants to the Debtors *nunc pro tunc* to July 9, 2010 (D.I. 3741) (the "RLKS Retention Application").

5.      On August 18, 2010, this Court granted the RLKS' Retention Application pursuant to 11 U.S.C. Sections 327(a) and 328(a), Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 Authorizing Employment and Retention of RLKS Executive Solutions LLC as consultants to the Debtors *nunc pro tunc* to July 9, 2010 (D.I. 3800) (the "RLKS Retention Order").

## INTERIM COMPENSATION PROCEDURES ORDER

6.      The Court entered the Interim Compensation Procedures Order on February 4, 2009.  The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for Professionals in these cases.

7.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Statement with the Court after the first day of each month following the month for which compensation is sought.  Provided that there are no objections to such Monthly Fee Statement filed within twenty days after the service of the

Monthly Fee Statement, the Professional may file a certificate of no objection (the "Certificate of No Objection") with the Court.

8.       Upon the filing of a Certificate of No Objection, the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Statement.  If a partial objection to the Monthly Fee Statement is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## DEBTORS' CHAPTER 11 PLAN

9.       On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "Confirmed Debtors") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "Plan") with this Court.

10.       Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17795) (the "Confirmation Order") confirming the Confirmed Debtors' Plan.[3]  The Plan went effective on May 8, 2017 (the "Effective Date").  *See* D.I. 18176.  Pursuant to the Plan, Confirmation Order, and Effective Date notice, all final requests for payment of Professional Claims must be filed by

---

[3]    Capitalized terms not defined herein are defined in the Plan.

July 7, 2017.  Such Professional Claims include all fees and expenses requested by Professionals from the Petition Date through the Effective Date against all Confirmed Debtors.

## RELIEF REQUESTED

11.    RLKS submits this Application:  (i) for monthly and final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it rendered as consultants for the Debtors during the Monthly and Final Application Periods and (ii) for monthly and final reimbursement of actual, reasonable, and necessary expenses incurred in representing the Debtors during the Monthly and Final Application Periods.

## MONTHLY APPLICATION PERIOD

12.    During the Monthly Application Period, RLKS (a) provided professional services to the Debtors and incurred actual, reasonable, and necessary fees in the amount of $314,706.00 and (b) incurred actual, reasonable, and necessary expenses totaling $0.00.  As of the date of this Application, RLKS has not received payment for the monthly fees and expenses requested for the Monthly Application Period.

13.    Set forth on the foregoing "Monthly Compensation by Project Category" is a summary, by subject matter categories of the time expended by RLKS' timekeepers billing time to the Debtors' cases during the Monthly Application Period.

14.    **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals, and other support staff working on these cases during the Monthly Application Period, as well as a detailed description of the services provided during the Monthly Application Period.

15.    Similarly, **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary expenses incurred by RLKS during the Monthly Application Period.

## THE FINAL APPLICATION PERIOD

16.    RLKS seeks allowance of $29,571,519.25 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period, plus $17,750.00 in fees for preparation of filing fee applications after the Effective Date of the Plan and $958,692.31 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period.  Detailed descriptions of the services rendered and expenses incurred by RLKS during the Final Application Period are set forth on Exhibits A and B, respectively, of the monthly fee applications filed by RLKS in these chapter 11 cases.  RLKS requests that the Debtors be authorized and directed to pay RLKS an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

## SUMMARY OF SERVICES BY PROJECT

17.    The services rendered by RLKS during the Monthly Application Period and the Final Application Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A for the Monthly Application Period attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

A.    Claims, Administration and Reconciliation/Resolution, Distribution Support, and Call Center Management

Monthly Application Period.  Fees: $125,670.00; Total Hours 213

Final Application Period.  Fees $10,655,074.50; Total Hours 18,954.80

RLKS established a claims database, using its proprietary software programs, specific to the Debtors' business to collect and organize all the

6

proofs of claim filed in the case and maintain information regarding the nature and status of each of the claims throughout the reconciliation and resolution process, preparation of Omnibus Objections, and review and reconciliation of exhibits. RLKS also managed a distribution support and call center supporting all claimants.

B.    Facility Document Inventory, Material Review/Log/Storage, and Evacuation Projects

Monthly Application Period.  Fees: $9,735.00; Total Hours 16.5

Final Application Period.  Fees $3,959,514.50; Total Hours 6,801.30

Support the close-out of all US facilities including the downsizing and relocation of the data center and supporting IT infrastructure. Document management and data preservation.

C.    Human Resources – Employee/Former Employee Related Matters

Monthly Application Period.  Fees: $767.00; Total Hours 1.3

Final Application Period.  Fees $2,193,080.00; Total Hours 4,568.00

RLKS managed certain personnel and cost reduction efforts and assisted the Debtors with the reduction of force matters, employment agreements and other personnel matters including wind-down of various benefit plans.

D.    Document and eData Preservation Projects, Discovery, and IT Infrastructure Consolidation and Support

Monthly Application Period.  Fees: $18,349.00; Total Hours 31.1

Final Application Period.  Fees $5,691,449.50; Total Hours 10,964.90

RLKS provided services to assist with the coordination of multiple document preservation projects, and diligently supported the Debtors in preparing for inventory and preservation project review, and support numerous discovery matters. RLKS continues to manage the IT infrastructure that supports the Debtors' needs and distribution modeling and disbursements.

E.    <u>Tax/Finance Matters and Budget Matters</u>

Monthly Application Period.  Fees: $31,447.00; Total Hours 53.3

Final Application Period.  Fees $1,053,911.50; Total Hours 2,033.80

RLKS supported tax outsourcing and has oversight with tax advisors, and processing of agency tax payments. Manage ongoing budgeting matters. Support of opening, closing, and reconciling bank accounts, and associated reporting obligations thereto.

F.    <u>Analysis/Case Modeling/Plan/Disclosure Support</u>

Monthly Application Period.  Fees: $119,888.00; Total Hours 203.2

Final Application Period.  Fees $3,429,646.50; Total Hours 5,859.90

RLKS assisted with the review and input for the Plan of Reorganization and the Disclosure Statement. Case modeling supporting various recovery model analysis with direction from Debtor financial advisors.

G.    <u>Miscellaneous Debtor Issues and Communications</u>

Monthly Application Period.  Fees: $590.00; Total Hours 1.0

Final Application Period.  Fees $185,129.00; Total Hours 328.3

Other miscellaneous meetings and matters on behalf of the Debtors including supporting various court matters with attendance and providing testimony when required.

H.    <u>Non-Working Travel</u>

Monthly Application Period.  Fees: $0.00; Total Hours 0.0

Final Application Period.  Fees $1,325,773.75; Total Hours 4,906.70

Non-working travel (charged at half rate).

I.    <u>Fee Application Tracking and Quarterly Reporting</u>

Monthly Application Period.  Fees: $8,260.00; Total Hours 14.0

Final Application Period.  Fees $763,234.00; Total Hours 1,358.30

Preparing monthly and quarterly fee applications.

18.    RLKS has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at RLKS so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the professional billing the lowest hourly rate as appropriate for a particular matter.  Moreover, RLKS has endeavored to coordinate with the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  RLKS believes it has been successful in this regard.

19.    RLKS charges $.10 or less per page for black and white photocopying and $.80 or less per page for color photocopying.

20.    RLKS charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

21.    In accordance with Local Rule 2016-2, RLKS has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

22.    RLKS' fees are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

23.    No agreement or understanding exists between RLKS and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

24.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge, and belief that this Application complies with that Rule.

[*The remainder of the page is intentionally blank.*]

WHEREFORE, RLKS respectfully requests that this Court: (i) allow RLKS (a) monthly compensation in the amount of $314,706.00 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the Monthly Application Period and (b) monthly reimbursement in the amount of $0.00 for actual, reasonable, and necessary expenses incurred during the Monthly Application Period; and (ii)(a) allow final compensation in the amount of $29,571,519.25 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, plus $17,750.00 in fees for preparation of filing fee applications after the Effective Date of the plan, (b) allow final reimbursement of $958,692.3 for actual, reasonable, and necessary expenses incurred during the Final Application Period, and (c) authorize and direct the Debtors to pay RLKS $907,930.20, an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors[4]; and (iii) grant such other further relief as the Court deems just and proper.

Dated:  July 6, 2017                         RLKS EXECUTIVE SOLUTIONS LLC


                                             /s/_Kathryn Schultea_____
                                             Kathryn Schultea
                                             Richard A. Lydecker
                                             101 Westcott, #706
                                             Houston, TX  77007
                                             P.O. Box 131726
                                             Houston, TX 77219-1726
                                             Telephone:  713-824-2905
                                             Facsimile:  713-869-3102

---

[4]     RLKS has previously been paid a total of $29,640,031.36.  That amount and the retainer of $0.00 has been applied to this Final Application, bringing the balance due to $907,930.20 for the Final Application Period.