**<u>Exhibit A</u>**

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** | **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
| --- | --- | --- |
| **Working Dates:** | **5/1/2017** | **5/8/2017** |
| **Enter Billing Rate/Hr:** | **590.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
| --- | --- | --- | --- | --- |
| 1 | IT Infrastructure Support/eData Search Support | 31.10 | $590.00 | $18,349.00 |
| 2 | Document Management and Research Support, Call Center | 16.50 | $590.00 | $9,735.00 |
| 3 | Human Resources - Former Employee Related Projects | 1.30 | $590.00 | $767.00 |
| 4 | Fee Apps | 14.00 | $590.00 | $8,260.00 |
| 5 | Non-working travel | | | |
| 6 | Claims Administration & Reconciliation, Distribution Support | 213.00 | $590.00 | $125,670.00 |
| 7 | Tax/Finance Matters and Budget Projects | 53.30 | $590.00 | $31,447.00 |
| 8 | Misc Debtor Issues and Communications | 1.00 | $590.00 | $590.00 |
| 9 | Analysis/Case Modeling/Plan/Disclosure Support | 203.20 | $590.00 | $119,888.00 |
| | **Hours/Billing Amount for Period:** | **533.40** | | **$314,706.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/1/2017 | NetBackup monitoring / restarts and updates to policies / server restart | Brandon Bangerter | 1 | 2.6 |
| 5/1/2017 | IT infrastructure support | Raj Perubhatla | 1 | 4.5 |
| 5/2/2017 | IT infrastructure support | Raj Perubhatla | 1 | 1.8 |
| 5/3/2017 | Data center server hardware replacements, testing, password resets, software patch updates | Brandon Bangerter | 1 | 2.2 |
| 5/5/2017 | NetBackup monitoring / restarts and updates | Brandon Bangerter | 1 | 2.3 |
| 5/7/2017 | ESXi Cluster failure | Raj Perubhatla | 1 | 5.2 |
| 5/8/2017 | Troubleshooting EMC SAN issues / hardware replacements / testing | Brandon Bangerter | 1 | 4.7 |
| 5/8/2017 | NetBackup monitoring / restarts and updates to policies / server restarts / hardware checks | Brandon Bangerter | 1 | 1.3 |
| 5/8/2017 | ESXi Cluster failure | Raj Perubhatla | 1 | 6.5 |
| 5/1/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 2.0 |
| 5/1/2017 | Captured claimant calls regarding tax solicitation letters, entered tracking and noted address changes | Felicia Buenrostro | 2 | 4.5 |
| 5/1/2017 | Research returned mail | Felicia Buenrostro | 2 | 1.5 |
| 5/1/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.2 |
| 5/2/2017 | Research returned tax forms/address verifications | Felicia Buenrostro | 2 | 1.0 |
| 5/4/2017 | Open/scan/log mail and research returns | Felicia Buenrostro | 2 | 2.5 |
| 5/5/2017 | Research returned mail; log calls and forward for returns | Felicia Buenrostro | 2 | 1.3 |
| 5/5/2017 | Iron Mountain research - former EE request | Felicia Buenrostro | 2 | 1.0 |
| 5/8/2017 | Call Center - Claimant calls regarding tax solicitation questions and related follow-up, data entry of information provided | Leticia Barrios | 2 | 1.5 |
| 5/4/2017 | Correspondence re: Request for employment information | Kathryn Schultea | 3 | 1.3 |
| 5/2/2017 | Fee application work and consolidation | Kathryn Schultea | 4 | 4.5 |
| 5/5/2017 | Fee app tracking | Brandon Bangerter | 4 | 1.0 |
| 5/5/2017 | Fee App | Daniel Tollefsen | 4 | 1.0 |
| 5/5/2017 | Weekly Fee Application Work | Felicia Buenrostro | 4 | 1.5 |
| 5/5/2017 | Fee Apps | Raj Perubhatla | 4 | 1.0 |
| 5/6/2017 | Weekly Fee Application Work | Leticia Barrios | 4 | 1.0 |
| 5/6/2017 | Fee Application Tracking | Mary Cilia | 4 | 1.0 |
| 5/8/2017 | Fee Application | David Kantorczyk | 4 | 1.0 |
| 5/8/2017 | Fee application work and consolidation | Kathryn Schultea | 4 | 2.0 |
| 5/1/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 4.3 |
| 5/1/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 10.8 |
| 5/1/2017 | Prepare Domestic and Foreign  tax spreadsheet in anticipation of Effective Date distribution. | David Kantorczyk | 6 | 3.0 |
| 5/1/2017 | Read, review, research and respond to various inquiries re: various distribution and taxation matters | Kathryn Schultea | 6 | 1.3 |
| 5/1/2017 | Employee Claims Distribution - Populate the W-4 Layout file with address changes and newly submitted W-4's | Leticia Barrios | 6 | 1.8 |
| 5/1/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (PR, GA, and MD) | Leticia Barrios | 6 | 6.7 |
| 5/2/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 4.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/2/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 5.8 |
| 5/2/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 6.3 |
| 5/2/2017 | Prepare Domestic and Foreign  tax spreadsheet in anticipation of Effective Date distribution. | David Kantorczyk | 6 | 4.0 |
| 5/2/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 8.0 |
| 5/2/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (PR, GA, and MD) | Leticia Barrios | 6 | 8.5 |
| 5/2/2017 | Employee Claims Distribution - Populate the W-4 Layout file with address changes and newly submitted W-4's | Leticia Barrios | 6 | 1.3 |
| 5/2/2017 | Review of new claims report from EPIQ and docket; related follow up e-mails and update of claims database | Mary Cilia | 6 | 2.4 |
| 5/2/2017 | Claims database updates | Raj Perubhatla | 6 | 5.5 |
| 5/3/2017 | Claims administration meeting with EY on taxes, distributions, solicitations, upcoming events and planning | Brandon Bangerter | 6 | 1.1 |
| 5/3/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 5.7 |
| 5/3/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 4.8 |
| 5/3/2017 | Prepare Domestic and Foreign  tax spreadsheet in anticipation of Effective Date distribution. | David Kantorczyk | 6 | 2.0 |
| 5/3/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 7.5 |
| 5/3/2017 | Emails received, read, researched, responded re: specific claimant matters | Kathryn Schultea | 6 | 1.8 |
| 5/3/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (PR, GA, and MD) | Leticia Barrios | 6 | 7.3 |
| 5/3/2017 | Employee Claims Distribution - Capture address, name, and claim status changes from Epiq reporting | Leticia Barrios | 6 | 1.3 |
| 5/4/2017 | Distribution Claims data file reviews, verifications, and calculation checks | Brandon Bangerter | 6 | 3.2 |
| 5/4/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 6.5 |
| 5/4/2017 | Research claim information for Cleary for use in settlement negotiations. | David Kantorczyk | 6 | 1.0 |
| 5/4/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 6.0 |
| 5/4/2017 | Capture the W-4 Layout file with W-4's received from 2017 tax solicitation | Felicia Buenrostro | 6 | 1.0 |
| 5/4/2017 | Review Test T1 and T2 Employee Claims  - changes for added states and related follow-up | Kathryn Schultea | 6 | 6.5 |
| 5/4/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (PR, GA, and MD) | Leticia Barrios | 6 | 8.2 |
| 5/4/2017 | Employee Claims Distribution - Populate the W-4 Layout file with address changes and newly submitted W-4's | Leticia Barrios | 6 | 1.3 |
| 5/5/2017 | Effective date distribution call, discussion, and preparation | Brandon Bangerter | 6 | 0.7 |
| 5/5/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 5.9 |
| 5/5/2017 | Update and transmit to EY Domestic tax template in anticipation of Effective Date distribution. | David Kantorczyk | 6 | 1.0 |
| 5/5/2017 | Support Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (CT, MA) | Felicia Buenrostro | 6 | 5.5 |
| 5/5/2017 | Review Test T1 and T2 Employee Claims | Kathryn Schultea | 6 | 4.3 |
| 5/5/2017 | Employee Claims Distribution - Test T1 and T2 Employee Claims for FIT and SIT calculations for newly added states (PR, GA, and MD) | Leticia Barrios | 6 | 7.2 |
| 5/5/2017 | Employee Claims Distribution - Populate the W-4 Layout file with address changes and newly submitted W-4's | Leticia Barrios | 6 | 1.2 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/5/2017 | Conference call with Cleary re:  omnibus objection response; related prep and follow up e-mails and research | Mary Cilia | 6 | 1.7 |
| 5/6/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 5.6 |
| 5/6/2017 | Employee Claims Distribution - review reports and print check files for Effective Date Distribution on allowed claims for employees and vendors | Leticia Barrios | 6 | 5.2 |
| 5/7/2017 | Diligence on Quick Books files in preparation for Effective Date non-employee claim distributions | David Kantorczyk | 6 | 5.0 |
| 5/8/2017 | Returning calls and e-mail with questions on claims, W-2s, W-4s, W-9s, taxation, etc. | Brandon Bangerter | 6 | 3.4 |
| 5/8/2017 | Effective Date Distribution  Work | Daniel Tollefsen | 6 | 3.3 |
| 5/8/2017 | Employee Claims Distribution - Research returned tax forms/locate and contact claimants/address verification/answer emails and return calls from claimants/research open-lost distribution checks | Daniel Tollefsen | 6 | 4.6 |
| 5/8/2017 | Work on Effective Date non-employee claim distribution files | David Kantorczyk | 6 | 1.0 |
| 5/8/2017 | Employee Claims Distribution - print and process effective date distribution employee and vendor claim checks and inclusion letters | Felicia Buenrostro | 6 | 9.5 |
| 5/8/2017 | Employee Claims Distribution -  print and process effective date distribution employee and vendor claim checks and inclusion letters | Leticia Barrios | 6 | 8.7 |
| 5/1/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims. | David Kantorczyk | 7 | 6.0 |
| 5/1/2017 | M&T Bank checks clearing review for prior month close | Kathryn Schultea | 7 | 1.8 |
| 5/1/2017 | Meeting with EY re: Effective Date Update | Kathryn Schultea | 7 | 1.0 |
| 5/1/2017 | Review and input invoices, cash settlements and intercompany entries into QuickBooks; various other accounting related tasks and documentation | Mary Cilia | 7 | 2.8 |
| 5/2/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims. | David Kantorczyk | 7 | 2.5 |
| 5/2/2017 | M&T Bank Review | Kathryn Schultea | 7 | 1.2 |
| 5/2/2017 | Review and input invoices, cash settlements and intercompany entries into QuickBooks; various other accounting related tasks and documentation | Mary Cilia | 7 | 4.6 |
| 5/3/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims. | David Kantorczyk | 7 | 3.0 |
| 5/3/2017 | Correspondence re: M&T Bank and related follow up | Kathryn Schultea | 7 | 1.4 |
| 5/4/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims. | David Kantorczyk | 7 | 5.0 |
| 5/4/2017 | Review re: M&T Bank | Kathryn Schultea | 7 | 0.8 |
| 5/4/2017 | Reconciliation of April bank accounts and related reporting | Mary Cilia | 7 | 1.7 |
| 5/5/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims. | David Kantorczyk | 7 | 3.5 |
| 5/5/2017 | Review cleared checks and outstanding items with related follow-up | Kathryn Schultea | 7 | 1.4 |
| 5/5/2017 | EY tax update call JS,JW,AB,DA,KS,KL | Richard Lydecker | 7 | 0.5 |
| 5/8/2017 | Prepare schedule of unclaimed property by state for Debtor entities to be used for evaluating and filing claims. Process claim form requests and prepare documentation file for open claims. | David Kantorczyk | 7 | 5.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/8/2017 | Correspondence re: M&T Bank and related follow up; upload payment information | Kathryn Schultea | 7 | 2.5 |
| 5/8/2017 | Reconciliation of April bank accounts and related reporting | Mary Cilia | 7 | 3.9 |
| 5/8/2017 | Review and input invoices, cash settlements and intercompany entries into QuickBooks; various other accounting related tasks and documentation | Mary Cilia | 7 | 2.3 |
| 5/8/2017 | Review and execute banking documents; related calls and e-mails | Mary Cilia | 7 | 2.4 |
| 5/2/2017 | Correspondence re: NNI D&O Update | Kathryn Schultea | 8 | 0.7 |
| 5/3/2017 | Correspondence re: NNI D&O; follow-up on materials and historical documents | Kathryn Schultea | 8 | 0.3 |
| 5/1/2017 | Research e-mails and documentation related to Effective Date planning and related banking support | Kathryn Schultea | 9 | 7.5 |
| 5/1/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 8.6 |
| 5/1/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 2.3 |
| 5/1/2017 | G2N Multiple distributions development:3rd round testing | Raj Perubhatla | 9 | 6.5 |
| 5/1/2017 | Effective date distribution prep | Raj Perubhatla | 9 | 3.2 |
| 5/2/2017 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 4.8 |
| 5/2/2017 | Correspondence re: Effective date follow-up | Kathryn Schultea | 9 | 1.3 |
| 5/2/2017 | Research e-mails and documentation related to Effective Date planning, preparation and testing for distribution and related banking support | Kathryn Schultea | 9 | 6.4 |
| 5/2/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 7.2 |
| 5/2/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.7 |
| 5/2/2017 | Effective date distribution prep | Raj Perubhatla | 9 | 8.5 |
| 5/3/2017 | Meeting with EY and RLKS team for status update related to the Gross to Net Tax Project | Daniel Tollefsen | 9 | 1.0 |
| 5/3/2017 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 4.7 |
| 5/3/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Felicia Buenrostro | 9 | 1.0 |
| 5/3/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations with related follow-up in preparation for tax filings | Kathryn Schultea | 9 | 4.6 |
| 5/3/2017 | Correspondence re: Effective date fees | Kathryn Schultea | 9 | 0.8 |
| 5/3/2017 | Meeting with RLKS and EY team members to discuss distribution pay dates and deliverables, test plan review, foreign claimants, FICA taxation, W-4 layout file, and state registrations | Leticia Barrios | 9 | 1.0 |
| 5/3/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.8 |
| 5/3/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 9.5 |
| 5/3/2017 | Call to discuss manually processed claims | Raj Perubhatla | 9 | 0.7 |
| 5/3/2017 | Weekly status call | Raj Perubhatla | 9 | 0.5 |
| 5/3/2017 | G2N Multiple distributions development:3rd round testing | Raj Perubhatla | 9 | 5.5 |
| 5/3/2017 | Effective date distribution prep | Raj Perubhatla | 9 | 6.0 |
| 5/4/2017 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 4.6 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 5/4/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 8.2 |
| 5/4/2017 | Read, review, research and respond to various creditor inquiries by phone and e-mail | Mary Cilia | 9 | 1.4 |
| 5/4/2017 | Effective date distribution prep | Raj Perubhatla | 9 | 12.5 |
| 5/5/2017 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 3.2 |
| 5/5/2017 | Meeting with RLKS and EY team members to discuss Effective date distribution tax compliance follow up | Felicia Buenrostro | 9 | 0.5 |
| 5/5/2017 | Meeting with RLKS and EY team members to discuss Effective date distribution tax compliance follow up and related research and review follow-up | Kathryn Schultea | 9 | 3.5 |
| 5/5/2017 | Meeting with RLKS and EY team members to discuss effective date distribution pay dates and deliverables including check printing and tax payments | Leticia Barrios | 9 | 0.5 |
| 5/5/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 3.9 |
| 5/5/2017 | Process Effective date distribution | Raj Perubhatla | 9 | 13.5 |
| 5/6/2017 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 3.7 |
| 5/6/2017 | Preparation for effective date distribution check printing and inclusion letter, process review and format creation | Kathryn Schultea | 9 | 6.5 |
| 5/6/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 0.8 |
| 5/6/2017 | Process Effective date distribution | Raj Perubhatla | 9 | 10.0 |
| 5/7/2017 | Preparation for effective date distribution check printing and inclusion letter, process review and format creation | Kathryn Schultea | 9 | 5.3 |
| 5/7/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 2.3 |
| 5/7/2017 | Integration Model loads | Raj Perubhatla | 9 | 6.0 |
| 5/7/2017 | Analysis of redoing the effective date distribution checks | Raj Perubhatla | 9 | 3.5 |
| 5/8/2017 | Diligence and testing on structure charts related to distribution | Daniel Tollefsen | 9 | 2.6 |
| 5/8/2017 | Meeting with RLKS members to discuss effective date distribution check printing and inclusion letter. | Felicia Buenrostro | 9 | 0.5 |
| 5/8/2017 | Meeting with RLKS members to discuss effective date distribution check printing and inclusion letter, process review and format creation | Kathryn Schultea | 9 | 6.5 |
| 5/8/2017 | Meeting with RLKS members to discuss effective date distribution check printing and inclusion letters | Leticia Barrios | 9 | 0.5 |
| 5/8/2017 | E-mails, calls, research and analysis related to Effective Date issues and distributions and related preparation for distributions and incoming funds | Mary Cilia | 9 | 4.6 |
| 5/8/2017 | Integration Model loads | Raj Perubhatla | 9 | 3.5 |