# CERTIFICATE OF SERVICE

I, Andrew J. Roth-Moore, certify that I am not less than 18 years of age, and that service of the foregoing **Seventy-Third Monthly For The Period May 1, 2017 Through May 8, 2017 And Final Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 9, 2010 Through May 8, 2017** was caused to be made on July 6, 2017, in the manner indicated upon the entities identified below.

Date:   July 6, 2017

/s/ *Andrew J. Roth-Moore*
Andrew J. Roth-Moore (No. 5988)

**VIA HAND DELIVERY**

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
405 N. King Street, Suite 500
Wilmington, DE  19801

**VIA HAND DELIVERY & EMAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov

**VIA FIRST CLASS MAIL & EMAIL**

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

**VIA FIRST CLASS MAIL**

Nortel Networks Inc.
PO Box 591669
Attn:  Mary Cilia
Houston, TX 77259

Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

8032720.33