# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | Hearing Date: TBD |
| | : | Objections Due 7/27/2017 at 4:00 p.m. (ET) |

**THIRTY-NINTH MONTHLY FOR THE PERIOD NOVEMBER 1, 2015 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 17, 2010 THROUGH MAY 8, 2017**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). This fee application is not a final fee application with respect to Nortel Networks India International Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | |
|---|---|
| Name of Applicant: | Benesch, Friedlander, Coplan & Aronoff, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | November 8, 2010 *nunc pro tunc* to September 17, 2010 |
| Monthly Period for which compensation and reimbursement is sought: | November 1, 2015 through May 8, 2017 |
| Amount of Monthly compensation sought as actual, reasonable, and necessary: | $9,799.00 |
| Amount of Monthly reimbursement sought as actual, reasonable, and necessary: | $119.42 |
| Final Period for which compensation and reimbursement is sought: | September 17, 2010 through May 8, 2017 |
| Amount of Final compensation sought as actual, reasonable, and necessary: | $577,157.50 |
| Amount of Final reimbursement sought as actual, reasonable, and necessary: | $37,073.06 |

This is a  x  monthly              x  final application

The total time expended for fee application preparation is approximately 19 hours.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 11/22/2010 | 9/17/2010-10/31/2010 | $35,292.94 | $35,292.94 |
| 3/1/2011 | 11/1/2010-1/31/2011 | $95,558.60 | $95,558.60 |
| 5/23/2011 | 2/1/2011-4/30/2011 | $127,234.04 | $127,234.04 |
| 8/24/2011 | 5/1/2011-7/31/2011 | $97,023.75 | $97,023.75 |
| 11/15/2011 | 8/1/2011-10/31/2011 | $87,137.40 | $87,137.40 |
| 2/22/2012 | 11/1/2011-1/31/2012 | $44,206.41 | $44,206.41 |
| 5/24/2012 | 2/1/20112-4/30/2012 | $7,707.25 | $7,707.25 |
| 8/17/2012 | 5/1/2012-7/31/2012 | $6,097.13 | $6,097.13 |
| 11/19/2012 | 8/1/2012-10/31/2012 | $3,128.77 | $3,128.77 |

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 2/25/2013 | 11/1/2012-1/31/2013 | $2,250.31 | $2,250.31 |
| 5/15/2013 | 2/1/2013-4/30/2013 | $3,845.40 | $3,845.40 |
| 8/15/2013 | 5/1/2013-7/31/2013 | $1,997.31 | $1,997.31 |
| 11/11/2013 | 8/1/2013-10/31/2013 | $1,063.53 | $1,063.53 |
| 8/29/2014 | 11/1/2013-6/30/2014 | $8,528.63 | $8,528.63 |
| 11/18/2014 | 7/1/2014-10/31/2014 | $22,088.79 | $22,088.79 |
| 2/18/2015 | 11/1/2014-1/31/2015 | $37,548.12 | $37,548.12 |
| 6/1/2015 | 2/1/2015-4/30/2015 | $18,360.61 | $18,360.61 |
| 11/25/2015 | 5/1/2015-10/31/2015 | $3,455.15 | $3,455.15 ($655.80 still due) |

**MONTHLY COMPENSATION BY PROFESSIONAL**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**November 1, 2015 through May 8, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer R. Hoover | Partner since 2012. Member of the DE Bar since 2008. Member of the PA Bar since 2001. | $460.00<br>$510.00 | 0.80<br>9.70 | $368.00<br>$4,947.00 |
| Lisa M. Behra | Legal Assistant | $175.00 | 1.40 | $245.00 |
| Michelle D. Rust | Paralegal | 270.00 | 0.50 | $135.00 |
| Celeste A. Hartman | Paralegal since 1977 | 285.00 | 14.40 | $4,104.00 |
| **Total** | | | **26.80** | **$ 9,799.00** |

| | |
|---|---|
| **GRAND TOTAL:** | **$9,799.00** |
| **ATTORNEY BLENDED RATE:** | **$485.00** |
| **BLENDED RATE:** | **$365.63** |

---

[2]    Hourly Rate Increase effective October 1, each year.

3

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**November 1, 2015 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Case Administration | 1.00 | $285.00 |
| Firm Retention/Fees | 25.60 | $9,460.00 |
| Litigation | 0.20 | 54.00 |
| **TOTAL** | **26.80** | **$ 9,799.00** |

**MONTHLY EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**November 1, 2015 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | ---: |
| In house document reproduction | @10¢ per page | $25.90 |
| Overnight Courier Services | Federal Express | $53.92 |
| Court Case Mgmt. Fees | Pacer | $39.60 |
| **Grand Total Expenses** |  | **$ 119.42** |

**FINAL COMPENSATION BY PROFESSIONAL**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG)**

**September 17, 2010 through May 8, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael J. Barrie | Partner since 2009. Member of the DE Bar since 2005. Member of the PA Bar since 2000. | $395.00<br>$425.00<br>$480.00<br>$495.00<br>TOTAL | 0.70<br>5.10<br>2.20<br>0.50<br>8.50 | $276.50<br>$2,167.00<br>$1,056.00<br>$247.50<br>**$6,191.50** |
| Raymond H. Lemisch | Partner since 2007. Bar since 2002. Member of the PA Bar since 1985; Member of the NJ Br since 1986; and Member of the CT bar since 1984. | $595.00<br>$625.00<br><br><br><br>TOTAL | 161.20<br>31.30<br><br><br><br>192.50 | $95,914.00<br>$19,562.00<br><br><br><br>**$115,475.00** |
| Jennifer R. Hoover | Partner since 2012. Member of the DE Bar since 2007. Member of the PA Bar since 2001. | $360.00<br>$380.00<br>$395.00<br>$405.00<br>$430.00<br>$460.00<br>$510.00<br>TOTAL | 8.20<br>225.00<br>53.90<br>18.00<br>100.50<br>0.90<br>9.70<br>416.20 | $2,952.00<br>$85,500.00<br>$21,290.50<br>$7,290.00<br>$43,215.00<br>$414.00<br>$4,947.00<br>**$165,608.50** |
| Matthew J. Samsa | Associate since 2007. Member of the OH Bar since 2008. | $210.00<br>$225.00<br>TOTAL | 12.20<br>22.40<br>34.60 | $2,562.00<br>$5,040.00<br>**$7,602.00** |
| Jennifer E. Smith | Associate since 2007. Member of the DE Bar since 2009. | $250.00<br>$265.00<br>$295.00<br>TOTAL | 304.50<br>149.60<br>0.20<br>454.30 | $76,125.00<br>$39,644.00<br>$59.00<br>**$115,828.00** |
| Carolyn Richardson | Associate since 2011. Member of the IN Bar since 2009. | 195.00<br>210.00<br>TOTAL | 10.60<br>3.60<br>14.20 | $2,067.00<br>$756.00<br>**$2,823.00** |
| Sarah R. Stafford | Associate since 2010. Member of the DE Bar since 2008. Member of the OH Bar since 2006. | $300.00<br>$315.00<br>TOTAL | 154.20<br>1.90<br>156.10 | $46,260.00<br>$598.50<br>**$46,858.50** |

---

[3]   Hourly Rate Increase effective October 1, each year.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes)[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kari B. Coniglio | Associate since 2008. Member of the OH Bar since 2006. | $280.00<br>**TOTAL** | 0.30<br>**0.30** | $84.00<br>**$84.00** |
| Stephen M. Ferguson | Partner since 2016. Member of the DE Bar since 2008. | $320.00<br>**TOTAL** | 4.50<br>**4.50** | $1,472.00<br>**$1,472.00** |
| Jeffrey N. Medio | Associate since 2013. Member of the NJ Bar since 2011. | $290.00<br>$335.00<br>**TOTAL** | 0.40<br>0.40<br>**0.80** | $116.00<br>$134.00<br>**$250.00** |
| Kevin M. Capuzzi | Associate since 2014. Member of the DE Bar since 2010. Member of the NJ Bar since 2015. | $310.00<br><br><br><br>**TOTAL** | 48.70<br><br><br><br>**48.70** | $15,097.00<br><br><br><br>**$15,097.00** |
| Lisa M. Behra | Paralegal since 1999 | $195.00<br>$200.00<br>$175.00<br>**TOTAL** | 48.40<br>248.90<br>22.40<br>**321.10** | $9,438.00<br>$8,200.00<br>$3,920.00<br>**$21,803.00** |
| Elizabeth Hein | Paralegal since 2009 | $230.00<br>$235.00<br>$240.00<br>$245.00<br>**TOTAL** | 4.80<br>180.40<br>46.90<br>2.70<br>**234.80** | $1,104.00<br>$42,394.00<br>$11,256.00<br>$661.50<br>**$55,415.50** |
| Michelle D. Rust | Paralegal since 2014 | $245.00<br>$250.00<br>$275.00<br>**TOTAL** | 2.70<br>50.90<br>0.50<br>**54.10** | $661.50<br>$15,279.00<br>$135.00<br>**$16,075.50** |
| Gregrie Willson | Paralegal since 1997 | 190.00<br>195.00<br>**TOTAL** | 1.50<br>11.20<br>**12.70** | $285.00<br>$2,184.00<br>**$2,469.00** |
| Celeste A. Hartman | Paralegal since 1977 | $285.00<br>**TOTAL** | 14.40<br>**14.40** | $4,104.00<br>**$4,104.00** |
| **Total** | | | **1,973.70** | **$ 577,157.50** |
| **GRAND TOTAL:** | **$577,157.50** | | | |
| **ATTORNEY BLENDED RATE:** | **$358.61** | | | |
| **BLENDED RATE:** | **$292.42** | | | |

**FINAL COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**September 17, 2010 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| .3 Case Administration | 75.0 | $21,518.00 |
| .5 Firm Retention/Fees | 196.0 | $55,138.00 |
| .11 Asset Disposition/Sale | 17.9 | $10,578.50 |
| .14 General Claims Matter | 18.1 | $8,556.00 |
| .15 Plan and Disclosure | 0.5 | $289.50 |
| .17 Litigation | 1,453.7 | $476,319.50 |
| **TOTAL** | **1,973.70** | **$ 577,157.50** |

**FINAL EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**September 17, 2010 through May 8, 2017**

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| Photocopying In-house | N/A | 1,488.92 |
| Long Distance charges | N/A | $88.36 |
| Postage | N/A | $40.09 |
| Facsimile | N/A | $19.56 |
| Photocopying/Mail/ Delivery Charges | Parcels, Inc. Reliable Copy Service, Inc. | $14,051.94 |
| Overnight Delivery | Federal Express | $2,981.14 |
| Court Filing Fees | | $2,150.00 |
| Computer Research | Pacer and Westlaw | $4,484.10 |
| Conference Calls | | $68.99 |
| Working Meals | | $612.85 |
| Outside Professional Services | Parcels, Inc.-Virtual Docket | $7,230.11 |
| Local Counsel Fees | Womble, Carlyle, Sandridge & Rice PLLC (as mediator in avoidance action) | $3,857.00 |
| **Grand Total Expenses** | | **$37,073.06** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
                                                               :
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Case No. 09-10138 (KG)
                                                               :
                    Debtors.                                   :   Jointly Administered
                                                               :
                                                               :   **Hearing Date: TBD**
                                                               :   **Objections Due: 7/27/2017 at 4:00 p.m. (ET)**
---------------------------------------------------------------X

**THIRTY-NINTH MONTHLY FOR THE PERIOD NOVEMBER 1, 2015
THROUGH MAY 8, 2017 AND FINAL APPLICATION OF BENESCH,
FRIEDLANDER, COPLAN & ARONOFF LLP, AS SPECIAL LITIGATION
COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR
THE PERIOD SEPTEMBER 17, 2010 THROUGH MAY 8, 2017**

    Benesch, Friedlander, Coplan & Aronoff LLP ("BFC&A"), as special litigation counsel for the debtors in the above-captioned cases (collectively, the "Debtors"), submits this application (the "Application") for final allowance of compensation and reimbursement of expenses under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (D.I. 222) (the "Interim Compensation Procedures Order")[2]. By this Application, BFC&A seeks: (i) allowance of compensation for professional services rendered by BFC&A to the Debtors for the period November 1, 2015 through May 8, 2017 (the "Monthly Application Period") and reimbursement of actual and necessary expenses incurred by BFC&A during the Monthly Application Period in rendering professional services on behalf of the Debtors; and (ii) the entry of an order granting final allowance of reasonable compensation for professional services rendered by BFC&A to the Debtors for the period September 17, 2010 through May 8, 2017 (the "Final Application Period") and final reimbursement of actual and necessary expenses and disbursements incurred by BFC&A in rendering professional services on behalf of the Debtors during the Final Application Period. In support of this Application, BFC&A respectfully represents as follows:

## **JURISDICTION**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

**BACKGROUND**

3. On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

**BFC&A RETENTION**

4. On October 18, 2010, the Debtors filed the Application *of the Debtors Pursuant to 11U.S.C.§327(a) to Retain and Employ Benesch Friedlander Coplan & Aronoff LLP as Special Litigation Counsel for the Debtors Nunc Pro Tunc to September 17, 2010* (D.I. 4175) (the "BFC&A Retention Application").

5. On November 8, 2010, this Court granted the BFC&A's Retention Application pursuant to the *Order Authorizing the Retention and Employment of Benesch Friedlander Coplan & Aronoff LLP as Special Litigation Counsel for the Debtors Nunc Pro Tunc to September 17, 2010* (D.I. 4275) (the "BFC&A Retention Order").

**INTERIM COMPENSATION PROCEDURES ORDER**

6. The Court entered the Interim Compensation Procedures Order on February 4, 2009. The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for Professionals in these cases.

7. In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Statement with the Court after the first day of each month following the month for which compensation is sought. Provided that there are no objections to such Monthly Fee Statement filed within twenty days after the service of the Monthly Fee Statement, the Professional may file a certificate of no objection (the "Certificate of No Objection") with the Court.

3

8.  Upon the filing of a Certificate of No Objection, the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Statement. If a partial objection to the Monthly Fee Statement is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## DEBTORS' CHAPTER 11 PLAN

9.  On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "Confirmed Debtors") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "Plan") with this Court.

10.  Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17795) (the "Confirmation Order") confirming the Confirmed Debtors' Plan.[3] The Plan went effective on May 8, 2017 (the "Effective Date"). *See* D.I. 18176. Pursuant to the Plan, Confirmation Order, and Effective Date notice, all final requests for payment of Professional Claims must be filed by July 7, 2017. Such Professional Claims include all fees and expenses requested by Professionals from the Petition Date through the Effective Date against all Confirmed Debtors.

---

[3] Capitalized terms not defined herein are defined in the Plan.

**RELIEF REQUESTED**

11. BFC&A submits this Application: (i) for monthly and final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it rendered as special litigation counsel for the Debtors during the Monthly and Final Application Periods and (ii) for monthly and final reimbursement of actual, reasonable, and necessary expenses incurred in representing the Debtors during the Monthly and Final Application Periods.

**MONTHLY APPLICATION PERIOD**

12. During the Monthly Application Period, BFC&A (a) provided professional services to the Debtors and incurred actual, reasonable, and necessary fees in the amount of $9,799.00 and (b) incurred actual, reasonable, and necessary expenses totaling $119.42. As of the date of this Application, BFC&A has not received payment for the monthly fees and expenses requested for the Monthly Application Period.

13. Set forth on the foregoing "Monthly Compensation by Project Category" is a summary, by subject matter categories of the time expended by BFC&A's timekeepers billing time to the Debtors' cases during the Monthly Application Period.

14. **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals, and other support staff working on these cases during the Monthly Application Period, as well as a detailed description of the services provided during the Monthly Application Period.

15. Similarly, **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary expenses incurred by BFC&A during the Monthly Application Period.

**THE FINAL APPLICATION PERIOD**

16. BFC&A seeks allowance of $577,157.50 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period and

$37,073.06 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period. Detailed descriptions of the services rendered and expenses incurred by BFC&A during the Final Application Period are set forth on Exhibits A and B, respectively, of the monthly fee applications filed by BFC&A in these chapter 11 cases. BFC&A requests that the Debtors be authorized and directed to pay BFC&A an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

## SUMMARY OF SERVICES BY PROJECT

17. The services rendered by BFC&A during the Monthly Application Period and the Final Application Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A for the Monthly Application Period attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

  A. **Case Administration (.3)**

    Monthly Application Period. Fees: $285.00; Total Hours 1.00

    Final Application Period. Fees $21,518.00; Total Hours 75.00

    This category represents time spent on ministerial matters which arose in this case, such as file organization, notices of various events, scheduling hearings or conference calls. This category captures time spent updating dockets, calendars and files.

B. **Firm Retention/Fees (.5)**

Monthly Application Period. Fees: $9,460.00; Total Hours 25.6

Final Application Period. Fees $55,138.00; Total Hours 196.0

Initially this category represented time spent by BFC&A drafting and filing its application for retention. Once retained, this category represented time spent preparing and coordinating fee applications for BFC&A.

C. **Asset Disposition (.11)**

Monthly Application Period. N/A

Final Application Period. Fees $10,578.50; Total Hours 17.90

This category represents the time spent by BFC&A in review of pleadings related to the sale and disposition of the Debtors' assets.

D. **General Claims Matters (.14)**

Monthly Application Period. N/A

Final Application Period. Fees $8,556.00; Total Hours 18.10

This category captures time spent in all claims matters including review of claims and preparation and filing of objections thereto.

E. **Plan and Disclosure (.15)**

Monthly Application Period. N/A

Final Application Period. Fees $289.50; Total Hours 0.50

This category involved all issues regarding review of plans of reorganization and disclosure statements.

  **F**  <u>**Litigation (.17)**</u>

    Monthly Application Period.  Fees: $54.00; Total Hours 0.20

    Final Application Period.  Fees $476,319.50; Total Hours 1,453.70

    This matter relates to the preparation, coordination and prosecution of adversary proceedings, as both lead and local counsel to the Debtor, and may include the reviewing of local rules and procedures as well as all Court filings for compliance therewith.  This matter also may relate to the preparation of complaints, pre-trial statements, attendance at pre-trials, preparation of motions for summary judgment and trial briefs and preparing for and attending trials.

  18.  BFC&A has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at BFC&A so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the professional billing the lowest hourly rate as appropriate for a particular matter.  Moreover, BFC&A has endeavored to coordinate with the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  BFC&A believes it has been successful in this regard.

  19.  BFC&A charges $.10 or less per page for black and white photocopying and $.80 or less per page for color photocopying.

  20.  BFC&A charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

21. In accordance with Local Rule 2016-2, BFC&A has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

22. BFC&A's fees are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

23. No agreement or understanding exists between BFC&A and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

24. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge, and belief that this Application complies with that Rule.

WHEREFORE, BFC&A respectfully requests that this Court: (i) allow BFC&A (a) monthly compensation in the amount of $9,799.00 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the Monthly Application Period and (b) monthly reimbursement in the amount of $119.42 for actual, reasonable, and necessary expenses incurred during the Monthly Application Period; and (ii)(a) allow final compensation in the amount of $577,157.50 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, (b) allow final reimbursement of $37,073.06 for actual, reasonable, and necessary expenses incurred during the Final Application Period, and (c) authorize and direct the Debtors to pay BFC&A $10,574.22, an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors[4]; and (iii) grant such other further relief as the Court deems just and proper.

---

[4] BFC&A has previously been paid a total of $603,656.34. That amount applied to this Final Application, bringing the balance due to $10,574.22 for the Final Application Period.

Dated: July 6, 2017
      Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Jennifer R. Hoover*
      Jennifer R. Hoover, Esquire (No. 5111)
      Kevin M. Capuzzi, Esquire (No. 5462)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Telephone: (302) 442-7006
      Facsimile: (302) 442-7012
      jhoover@beneschlaw.com
      kcapuzzi@beneschlaw.com

*Special Litigation Counsel to the Debtors*