# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                      :    Chapter 11
:
Nortel Networks Inc., et al.,[1]           :    Case No. 09-10138 (KG)
:
            Debtors.     :    Jointly Administered
:
:    **Hearing Date**: TBD
:    **Objections Due**: 7/27/2017at 4:00 p.m. (ET)
-----------------------------------------------------------X

**NOTICE OF THIRTY-NINTH MONTHLY FOR THE PERIOD NOVEMBER 1, 2015 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 17, 2010 THROUGH MAY 8, 2017**

     PLEASE TAKE NOTICE that on July 6, 2007, Benesch, Friedlander, Coplan & Aronoff LLP (the "BFC&A") filed the *Thirty-Ninth Monthly for the Period November 1, 2015 Through May 8, 2017 and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, as Special Litigation Counsel to the Debtors and Debtors-In-Possession for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 17, 2010 Through May 8, 2017* (the "Application").

     PLEASE TAKE FURTHER NOTICE that objections, if any, to the approval of the relief requested in the Application must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 26, 2017 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served on the undersigned counsel as to be received on or before the Objection Deadline.

     PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

       PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

       IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 6, 2017
      Wilmington, Delaware

                                    **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                    By:    */s/ Jennifer R. Hoover*
                           Jennifer R. Hoover, Esquire (No. 5111)
                           Kevin M. Capuzzi, Esquire (No. 5462)
                           222 Delaware Avenue, Suite 801
                         Wilmington, DE 19801
                         Telephone: (302) 442-7006
                         Facsimile: (302) 442-7012
                         jhoover@beneschlaw.com
                         kcapuzzi@beneschlaw.com

                         *Special Litigation Counsel to the Debtors*