**CERTIFICATION OF RESPONSIBLE ATTORNEY**

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Local Rule 2016-2, the undersigned, as responsible attorney, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and expense reimbursement sought conforms with the U.S.T. Guidelines and the Local Rules, and (c) the compensation and expense reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtors than those customarily employed by Benesch generally.

Dated:  July 6, 2017                              **BENESCH, FRIEDLANDER,**
                                                              **COPLAN & ARONOFF LLP**


                                                               /s/ Jennifer R. Hoover
                                                              Jennifer R. Hoover, Esquire (No. 5111)

                                                              *Special Litigation Counsel to the Debtors*