# **<u>EXHIBIT A</u>**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
NOVEMBER 1, 2015   THROUGH MAY 8, 2017

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 9.70 | $4,947.00 |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.80 | $368.00 |
| | | | 10.50 | $5,315.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 1.40 | $245.00 |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 14.40 | $4,104.00 |
| MICHELLE D. RUST | (MDR) | $270.00 | 0.50 | $135.00 |
| | | | 16.30 | $4,484.00 |
| | | TOTAL: | 26.80 | $9,799.00 |

Combined Average Hourly Rate:   $365.63

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 1.00 | $285.00 |
| | | | 1.00 | $285.00 |
| | | TOTAL: | 1.00 | $285.00 |

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 8, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/13/17 | CAH | Update docket to system and review of same | 0.80 |
| 03/29/17 | CAH | Update docket to system and review filings | 0.20 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 8, 2017

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/20/15 | LMB | Telephone call with J. Hoover regarding fees | 0.20 |
| 11/24/15 | LMB | Prepare BFCA Monthly Fee Application for May through October 2015 | 0.60 |
| 11/25/15 | JRH | Review and coordinate filing of Nortel fee app | 0.30 |
| 11/25/15 | LMB | Prepare and file BFCA monthly fee application for May through October 2015 | 0.60 |
| 12/28/15 | MDR | Review court docket for objections/responses to BFCA's Thirty-Eighth Interim Fee Application; draft Certificate of No Objection | 0.30 |
| 12/29/15 | JRH | Review CNO and coordinate regarding filing | 0.20 |
| 12/30/15 | JRH | Follow up regarding fee application and CNO | 0.10 |
| 03/02/16 | JRH | Emails with MNAT regarding fee apps | 0.20 |
| 02/17/17 | JRH | Review of preparation of fee applications | 0.50 |
| 02/24/17 | JRH | Review and respond to emails regarding final fee application in Nortel | 0.20 |
| 03/02/17 | JRH | Meeting with C. Hartman and discuss preparation of final fee applications; begin preparation | 1.00 |
| 03/02/17 | CAH | Compile history of fee applications from Court's docket; review worksite to obtain information on each; confer with J. Hoover regarding final fee application which should include quarterly; obtain copies of basic information for each application filed; begin excel sheet to add all categories and numbers | 2.50 |
| 03/03/17 | CAH | Work on excel sheets for compilation of numbers by staff member for final fee application | 0.60 |
| 03/06/17 | CAH | Work on excel sheets for final fee application | 0.80 |
| 03/10/17 | CAH | Work on excel sheets of fees for professionals for final fee application; begin to fill in numbers in final fee application | 2.60 |
| 03/13/17 | CAH | Work on draft of final fee application | 1.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/29/17 | CAH | Work on final fee application | 2.20 |
| 04/04/17 | CAH | Review of draft of fee application; confer with J. Hoover regarding same and assistance needed | 0.30 |
| 04/12/17 | CAH | Continue work on final fee application narrative | 0.50 |
| 05/02/17 | JRH | Review and edit final fee application and coordinate with C. Hartman | 5.50 |
| 05/05/17 | JRH | Finalize fee application and provide comments to C. Hartman | 2.50 |
| 05/05/17 | CAH | Review of information needed for final fee application | 1.60 |
| 05/05/17 | CAH | Confer with J. Hoover regarding final fee application; review of narrative and numbers. | 1.20 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 9.70 | $4,947.00 |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.80 | $368.00 |
| | | | 10.50 | $5,315.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $175.00 | 1.40 | $245.00 |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 13.40 | $3,819.00 |
| MICHELLE D. RUST | (MDR) | $270.00 | 0.30 | $81.00 |
| | | | 15.10 | $4,145.00 |
| | | TOTAL: | 25.60 | $9,460.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 8, 2017

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/12/16 | MDR | Review of case file | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| MICHELLE D. RUST | (MDR) | $270.00 | 0.20 | $54.00 |
| | | | 0.20 | $54.00 |
| | | TOTAL: | 0.20 | $54.00 |