# **EXHIBIT B**

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
NOVEMBER 1, 2015   THROUGH MAY 8, 2017

| Expense | Amount |
|---|---:|
| Document Reproduction | $25.90 |
| FedEx | $53.92 |
| Court Case Mgmt charges-Pacer | $39.60 |
| TOTAL: | $119.42 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/25/15 | LMB | Document Reproduction 144 copies | 25.90 |
| | | TOTAL: | $25.90 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/25/15 | LMB | FedEx 11/25/15Lisa Behra to Thomas P. Tinker E | 13.48 |
| 11/25/15 | LMB | FedEx 11/25/15Lisa Behra to Mark D. Collins & | 13.48 |
| 11/25/15 | LMB | FedEx 11/25/15Lisa Behra to Fred S. Hodara Esq | 13.48 |
| 11/25/15 | LMB | FedEx 11/25/15Lisa Behra to Morris Nichols Ars | 13.48 |
| | | TOTAL: | $53.92 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/25/15 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 01/12/16 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 01/12/16 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 02/01/16 | XXX | Court Case Mgmt charges-Pacer | 2.70 |
| 03/01/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 03/01/17 | XXX | Court Case Mgmt charges-Pacer | 2.70 |
| 03/01/17 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 03/01/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 03/01/17 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 03/01/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 03/02/17 | XXX | Court Case Mgmt charges-Pacer | 1.20 |
| 03/02/17 | XXX | Court Case Mgmt charges-Pacer | 1.10 |
| 03/02/17 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 03/10/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 03/10/17 | XXX | Court Case Mgmt charges-Pacer | 1.30 |
| 03/10/17 | XXX | Court Case Mgmt charges-Pacer | 1.20 |
| 03/13/17 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 03/13/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 03/13/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 03/13/17 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 03/13/17 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 03/13/17 | XXX | Court Case Mgmt charges-Pacer | 1.20 |
| 03/29/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 03/29/17 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 03/29/17 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 03/29/17 | XXX | Court Case Mgmt charges-Pacer | 0.40 |

```
03/29/17   XXX     Court Case Mgmt charges-Pacer                0.30

03/29/17   XXX     Court Case Mgmt charges-Pacer                1.50

03/29/17   XXX     Court Case Mgmt charges-Pacer                2.50

03/29/17   XXX     Court Case Mgmt charges-Pacer                0.20

03/29/17   XXX     Court Case Mgmt charges-Pacer                1.40
                                                             _____
                                   TOTAL:                       $39.60
```