**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*, [1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

------------------------------------------------------------X

**Hearing Due: TBD
Objection Due: July 27, 2017 at 4:00 pm (ET)**

**SEVENTY-THIRD INTERIM APPLICATION FOR THE PERIOD FEBRUARY 1, 2017 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF CROWELL & MORING LLP AS SPECIAL COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
JANUARY 14, 2009 THROUGH MAY 8, 2017**

| | |
|---|---|
| Name of Applicant: | Crowell & Moring LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | February 13, 2009 <u>nunc pro tunc</u> to January 14, 2009 |
| Interim Period for which Compensation and reimbursement is sought: | February 1, 2017 through May 8, 2017 |
| Amount of Interim compensation sought as actual, reasonable and necessary: | $ 4,210.50 |
| Amount of Interim | |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

reimbursement
sought as actual,
reasonable and necessary:                $ 0.00

Final Period for which
compensation and
reimbursement is sought:         January 14, 2009 through May 8, 2017

Amount of Final
compensation sought as
actual, reasonable, and
necessary:                          $ 2,366,682.16 [2]

Amount of Final
reimbursement sought as
actual, reasonable, and
necessary:                          $ 0.00

This is an  **x**  interim              **x**   final application

The total time expended for fee application preparation is approximately 12.5 hours.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| June 17, 2009 | 1/14/09 through 1/31/09 | $52,701.95/$10.35 | $30,008.45/$10.35 |
| June 17, 2009 | 2/1/09 through 2/28/09 | $58,523.65/$85.89 | $46,221.65/$36.97 |
| June 17, 2009 | 3/1/09 through 3/31/09 | $32,648.90/$0.00 | $23,435.40/$0.00 |
| June 17, 2009 | 4/1/09 through 4/30/09 | $20,543.95/$0.60 | $18,502.95/$0.60 |
| August 31, 2009 | 5/1/09 through 5/31/09 | $7,900.55/$63.21 | $7,900.55/$63.21 |
| August 31, 2009 | 6/1/09 through 6/30/09 | $18,557.15/$6.00 | $18,557.15/$6.00 |
| August 31, 2009 | 7/1/09 through 7/31/09 | $11,208.20/$33.60 | $11,208.20/$33.60 |
| November 19, 2009 | 8/1/09 through 8/31/09 | $33,079.05/$73.62 | $33,079.05/$73.62 |
| November 19, 2009 | 9/1/09 through 9/30/09 | $13,273.60/$48.46 | $13,273.60/$48.46 |
| November 19, 2009 | 10/1/09 through 10/31/09 | $8,361.10/$0.00 | $8,361.10/$0.00 |
| February 19, 2010 | 11/1/09 through 11/30/09 | $14,284.10/$78.01 | $14,284.10/$78.01 |

---

[2]    This amount does not include $3,062.50 in fees for preparing the interim and final applications, which were incurred after the Effective Date of the Plan.

| | | | |
|---|---|---|---|
| February 19, 2010 | 12/1/09 through 12/31/09 | $20,002.00/$46.98 | $20,002.00/$46.98 |
| February 19, 2010 | 1/1/10 through 1/31/10 | $15,180.15/$19.11 | $15,180.15/$19.11 |
| June 1, 2010 | 2/1/10 through 2/28/10 | $13,492.35/$44.61 | $13,492.35/$44.61 |
| June 1, 2010 | 3/1/10 through 3/30/10 | $6,201.50/$8.97 | $6,201.50/$8.97 |
| June 1, 2010 | 4/1/10 through 4/30/10 | $3,009.25/$4.80 | $3,009.25/$4.80 |
| September 10, 2010 | 5/1/10 through 5/31/10 | $12,012.65/$84.98 | $12,012.65/$84.98 |
| September 10, 2010 | 6/1/10 through 6/30/10 | $40,346.60/$38.97 | $40,346.60/$38.97 |
| September 10, 2010 | 7/1/10 through 7/31/10 | $15,821.00/$12.64 | $15,821.00/$12.64 |
| November 19, 2010 | 8/1/10 through 8/31/10 | $79,309.70/$1,024.47 | $79,309.70/$1,024.47 |
| November 19, 2010 | 9/1/10 through 9/30/10 | $8,455.95/$12.67 | $8,455.95/$12.67 |
| November 19, 2010 | 10/1/10 through 10/31/10 | $16,286.95/$486.65 | $16,286.95/$486.65 |
| February 25, 2011 | 11/1/10 through 11/30/10 | $7,479.50/$22.24 | $7,479.50/$22.24 |
| February 25, 2011 | 12/1/10 through 12/31/10 | $17,095.50/$46.22 | $17,095.50/$46.22 |
| February 25, 2011 | 1/1/11 through 1/31/11 | $10,784.50/$0.00 | $10,784.50/$0.00 |
| May 20, 2011 | 2/1/11 through 2/28/11 | $29,939.30/$0.00 | $29,939.30/$0.00 |
| May 20, 2011 | 3/1/11 through 3/31/11 | $22,783.50/$0.00 | $22,783.50/$0.00 |
| May 20, 2011 | 4/11/11 through 4/30/11 | $5,268.00/$24.16 | $5,268.00/$24.16 |
| August 26, 2011 | 5/1/11 through 5/31/11 | $19,957.00/$66.25 | $19,957.00/$66.25 |
| August 26, 2011 | 6/1/11 through 6/30/11 | $24,416.50/$74.95 | $24,416.50/$74.95 |
| August 26, 2011 | 7/1/11 through 7/31/11 | $23,348.10/$9.68 | $23,348.10/$9.68 |
| November 17, 2011 | 8/1/11 through 8/31/11 | $28,490.20/$11.29 | $28,490.20/$11.29 |
| November 17, 2011 | 9/1/11 through 9/30/11 | $6,516.90/$25.10 | $6,516.90/$25.10 |
| November 17, 2011 | 10/1/11 through 10/31/11 | $2,527.50/$1.52 | $2,527.50/$1.52 |
| February 29, 2012 | 11/1/11 through 11/30/11 | $10,233.50/$0.00 | $10,233.50/$0.00 |
| February 29, 2012 | 12/1/11 through 12/31/11 | $1,925.00/$17.67 | $1,925.00/$17.67 |
| February 29, 2012 | 01/1/12 through 01/31/12 | $1,588.85/$0.00 | $1,588.85/$0.00 |
| May 22, 2012 | 02/01/12 through 02/29/12 | $52,584.50/$1,454.46 | $52,584.50/$1,454.46 |
| May 22, 2012 | 03/01/12 through 03/31/12 | $16,630.50/$37.47 | $16,380.50/$37.47 |
| May 22, 2012 | 04/01/12 through 04/30/12 | $31,309.50/$96.10 | $31,309.50/$96.10 |
| August 22, 2012 | 05/01/12 through 05/31/12 | $5,967.50/$0.00 | $5,967.50/$0.00 |
| August 22, 2012 | 06/01/12 through 06/30/12 | $1,201.50/$0.00 | $1,201.50/$0.00 |

| | | | |
|---|---|---|---|
| August 22, 2012 | 07/01/12 through 07/31/12 | $1,638.00/$0.00 | $1,638.00/$0.00 |
| November 20, 2012 | 08/01/12 through 08/31/12 | $1,868.50/$0.00 | $1,868.50/$0.00 |
| November 20, 2012 | 09/01/12 through 09/30/12 | $905.00/$0.00 | $905.00/$0.00 |
| November 20, 2012 | 10/01/12 through 10/31/12 | $6,880.00/$0.00 | $6,880.00/$0.00 |
| February 25, 2013 | 11/01/12 through 01/31/13 | $4,244.50/$0.00 | $4,244.50/$0.00 |
| May 21, 2013 | 02/01/13 through 04/30/13 | $7,634.00/$30.00 | $7,634.00/$30.00 |
| August 26, 2013 | 05/01/13 through 07/31/13 | $10,011.00/$13.55 | $10,011.00/$13.55 |
| November 20, 2013 | 08/01/13 through 10/31/13 | $2,142.00/$0.00 | $2,142.00/$0.00 |
| February 20, 2014 | 11/01/13 through 01/31/14 | $1,660.00/$0.00 | $1,660.00/$0.00 |
| August 28, 2014 | 02/01/14 through 07/31/14 | $45,928.00/$0.00 | $45,928.00/$0.00 |
| October 20, 2014 | 08/01/14 through 08/31/14 | $156,898.50/$4,890.29 | $156,898.50/$4,890.29 |
| November 14, 2014 | 09/01/14 through 09/30/14 | $243,424.50/$4,820.59 | $243,341.50/$4,820.59 |
| November 25, 2014 | 10/01/14 through 10/31/14 | $276,980.50/$5,805.43 | $276,399.50/$5,344.53 |
| February 27, 2015 | 11/01/14 through 11/30/14 | $265,824.25/$7,330.81 | $265,824.25/$7,330.81 |
| February 27, 2015 | 12/1/14 through 12/31/14 | $76,244.50/$1,641.57 | $76,244.50/$1,641.57 |
| February 27, 2015 | 01/01/15 through 01/31/15 | $37,922.00/$81.25 | $37,922.00/$81.25 |
| April 15, 2015 | 02/01/15 through 02/28/15 | $55,009.00/$16.58 | $55,009.00/$16.58 |
| May 15, 2015 | 03/01/15 through 03/31/15 | $81,483.50/$2,080.16 | $81,483.50/$2,080.16 |
| May 28, 2015 | 04/01/15 through 04/30/15 | $73,160.50/$108.96 | $73,160.50/$108.96 |
| July 29, 2015 | 05/01/15 through 05/31/15 | $56,068.00/$1,049.44 | $56,068.00/$1,049.44 |
| August 11, 2015 | 06/01/15 through 06/30/15 | $24,693.00/$457.50 | $24,693.00/$457.50 |
| August 26, 2015 | 07/01/15 through 07/31/15 | $51,173.00/$755.66 | $51,173.00/$755.66 |
| October 29, 2015 | 08/01/15 through 08/31/15 | $31,524.00/$0.00 | $31,524.00/$0.00 |
| November 30, 2015 | 09/01/15 through 09/30/15 | $15,587.50/$253.06 | $15,587.50/$253.06 |
| November 30, 2015 | 10/01/15 through 10/31/15 | $9,644.50/$0.00 | $9,644.50/$0.00 |
| February 29, 2016 | 11/01/15 through 01/31/16 | $17,092.00/$1,012.24 | $17,092.00/$1,012.24 |
| May 31, 2016 | 2/01/16 through 04/30/16 | $9,483.50/$717.30 | $8,691.50/$717.30 |
| August 31, 2016 | 5/01/16 through 07/31/16 | $11,521.00/$696.36 | $11,521.00/$696.36 |
| November 30, 2016 | 8/01/16 through 10/31/16 | $11,156.00/$43,845.17 | $11,156.00/$43,845.17 |
| February 28, 2017 | 11/01/16 through 02/31/17 | $8,217.00/$0.00 | $8,217.00/$0.00 |
| July 7, 2017 | 2/01/17 through 05/8/17 | $4,210.50/$0.00 | Pending |

# INTERIM COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2017 through May 8, 2017

| Name of Professional Person | Position of the Applicant and Area of Expertise | Total Billed Hours | Hourly Billing Rate (including changes) | Total Compensation |
|---|---|---|---|---|
| Monique Almy | Partner | 1.50 | $730.00 | $1,095.00 |
| Olegario Perales | Specialist | 3.90 | $245.00 | $955.50 |
| Jim Regan | Partner | 1.50 | $1,070.00 | $1,605.00 |
| Mark Supko | Partner | 0.60 | $925.00 | $555.00 |
| **TOTAL** | | **7.50** | | **$4,210.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**INTERIM COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 through May 8, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Application - US | 5.40 | $2,050.50 |
| Bankruptcy Discovery | 2.10 | $2,160.00 |
| **TOTAL** | **7.50** | **$4,210.50** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# INTERIM EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 through May 8, 2017

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| **TOTAL** | | **$0.00** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# FINAL COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 14, 2009 through May 8, 2017

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique Almy | Partner | 730.00 | 55.70 | 40,661.00 |
| David Barton | Associate | 550.00 | 72.20 | 39,710.00 |
| Noah Bloomberg | Associate | 345.00 | 1.50 | 517.50 |
| Noah Bloomberg | Associate | 455.00 | 26.30 | 11,966.50 |
| Michael Blumenthal | Partner | 735.00 | 2.70 | 1,984.50 |
| Matthew Brown | Litigation Support | 280.00 | 1.40 | 392.00 |
| Emma Burton | Counsel | 675.00 | 2.40 | 1,620.00 |
| Emma Burton | Counsel | 685.00 | 4.70 | 3,219.50 |
| Christopher Calsyn | Associate | 400.00 | 37.90 | 15,160.00 |
| Matthew Cheney | Counsel | 550.00 | 87.80 | 48,290.00 |
| Matthew Cheney | Counsel | 565.00 | 41.90 | 23,673.50 |
| Matthew Cheney | Counsel | 595.00 | 23.00 | 13,685.00 |
| Matthew Cheney | Partner | 625.00 | 8.80 | 5,500.00 |
| Matthew Cheney | Partner | 650.00 | 3.80 | 2,470.00 |
| Matthew Cheney | Partner | 340.00 | 5.60 | 1,904.00 |
| Matthew Cheney | Partner | 680.00 | 251.60 | 171,088.00 |
| Jenny Cieplak | Associate | 455.00 | 1.80 | 819.00 |
| John Crassa | Project Assistant | 145.00 | 6.50 | 942.50 |
| Mark Dahl | Litigation Support | 300.00 | 28.10 | 8,430.00 |
| Subash Dalai | Specialist | 270.00 | 32.90 | 8,883.00 |
| Leslie Davis | Partner | 535.00 | 1.00 | 535.00 |
| Alexis DeBernardis | Associate | 525.00 | 2.80 | 1,470.00 |
| Kathleen Duffy | Specialist | 245.00 | 21.20 | 5,194.00 |
| Steven Eichel | Counsel | 610.00 | 12.40 | 7,564.00 |
| Jane Foster | Associate | 297.00 | 78.60 | 23,344.20 |
| Jane Foster | Associate | 319.50 | 0.30 | 95.85 |
| Jane Foster | Associate | 355.00 | 19.40 | 6,887.00 |
| Alan Gourley | Partner | 725.00 | 2.40 | 1,740.00 |
| Shana Harris | Paralegal | 220.00 | 0.20 | 44.00 |
| Shana Harris | Paralegal | 245.00 | 24.10 | 5,904.50 |

| Shana Harris | Paralegal | 255.00 | 5.20 | 1,326.00 |
|---|---|---|---|---|
| Melanie Henry | Associate | 490.00 | 9.10 | 4,459.00 |
| Karen Hermann | Counsel | 520.00 | 14.30 | 7,436.00 |
| Heather Hodges | Counsel | 525.00 | 7.30 | 3,832.50 |
| Heather Hodges | Counsel | 555.00 | 2.20 | 1,221.00 |
| Richard Holbrook | Partner | 555.00 | 0.90 | 499.50 |
| Francesco Howard | Project Assistant | 145.00 | 21.30 | 3,088.50 |
| Francesco Howard | Project Assistant | 155.00 | 39.60 | 6,138.00 |
| Tony Jackson | Litigation Support | 280.00 | 0.50 | 140.00 |
| Sean Jackson | Counsel | 585.00 | 211.20 | 123,552.00 |
| Sean Jackson | Counsel | 630.00 | 176.60 | 111,258.00 |
| Sean Jackson | Counsel | 660.00 | 4.70 | 3,102.00 |
| Matthew Jacobs | Partner | 580.00 | 7.40 | 4,292.00 |
| Matthew Jacobs | Partner | 630.00 | 1.50 | 945.00 |
| Matthew Jacobs | Partner | 655.00 | 0.30 | 196.50 |
| Kreig Kitts | Librarian | 190.00 | 1.20 | 228.00 |
| Beth Kramer | Partner | 630.00 | 1.20 | 756.00 |
| Beth Kramer | Partner | 660.00 | 10.30 | 6,798.00 |
| Beth Kramer | Partner | 690.00 | 17.70 | 12,213.00 |
| Beth Kramer | Partner | 720.00 | 5.50 | 3,960.00 |
| Robert Lipstein | Partner | 860.00 | 0.20 | 172.00 |
| Theresa Lopez | Counsel | 585.00 | 12.00 | 7,020.00 |
| Theresa Lopez | Counsel | 615.00 | 51.00 | 31,365.00 |
| Angela Martz | Specialist | 330.00 | 1.00 | 330.00 |
| Kris Meade | Partner | 454.50 | 14.00 | 6,363.00 |
| Kris Meade | Partner | 463.50 | 0.30 | 139.05 |
| Kris Meade | Partner | 486.00 | 6.10 | 2,964.60 |
| Kris Meade | Partner | 508.50 | 2.80 | 1,423.80 |
| Kris Meade | Partner | 515.00 | 0.30 | 154.50 |
| Kris Meade | Partner | 525.00 | 62.20 | 32,655.00 |
| Kris Meade | Partner | 531.00 | 1.50 | 796.50 |
| Kris Meade | Partner | 540.00 | 9.00 | 4,860.00 |
| Kris Meade | Partner | 565.00 | 0.50 | 282.50 |
| Joe Meadows | Counsel | 550.00 | 8.80 | 4,840.00 |
| Joe Meadows | Counsel | 560.00 | 43.50 | 24,360.00 |
| Joe Meadows | Counsel | 590.00 | 1.40 | 826.00 |
| Natalia Medley | Associate | 490.00 | 2.20 | 1,078.00 |
| Karen Morgan | Associate | 420.00 | 11.50 | 4,830.00 |
| William O'Connor | Partner | 775.00 | 1.00 | 775.00 |
| Stephen Palan | Partner | 630.00 | 118.30 | 74,529.00 |

| Stephen Palan | Partner | 655.00 | 5.30 | 3,471.50 |
|---|---|---|---|---|
| Lynn Parseghian | Counsel | 580.00 | 40.00 | 23,200.00 |
| Lynn Parseghian | Counsel | 610.00 | 1.70 | 1,037.00 |
| Hitesh Patel | Litigation Support | 280.00 | 0.50 | 140.00 |
| Olegario Perales | Specialist | 225.00 | 10.80 | 2,430.00 |
| Olegario Perales | Specialist | 235.00 | 7.60 | 1,786.00 |
| Olegario Perales | Specialist | 122.50 | 4.90 | 600.25 |
| Olegario Perales | Specialist | 245.00 | 83.30 | 20,408.50 |
| Mark Plevin | Partner | 670.00 | 0.20 | 134.00 |
| Mark Plevin | Partner | 392.50 | 9.30 | 3,650.25 |
| Mark Plevin | Partner | 785.00 | 89.50 | 70,257.50 |
| Mark Plevin | Partner | 805.00 | 23.60 | 18,998.00 |
| Mark Plevin | Partner | 820.00 | 0.50 | 410.00 |
| Jim Regan | Partner | 785.00 | 36.84 | 28,923.00 |
| Jim Regan | Partner | 825.00 | 3.40 | 2,805.00 |
| Jim Regan | Partner | 895.00 | 0.70 | 626.50 |
| Jim Regan | Partner | 935.00 | 0.60 | 561.00 |
| Jim Regan | Partner | 487.50 | 5.60 | 2,730.00 |
| Jim Regan | Partner | 975.00 | 266.00 | 259,350.00 |
| Jim Regan | Partner | 990.00 | 140.90 | 139,491.00 |
| Jim Regan | Partner | 1,020.00 | 13.20 | 13,464.00 |
| Jim Regan | Partner | 1,070.00 | 1.30 | 1,391.00 |
| Andrew Riddles | Partner | 710.00 | 1.50 | 1,065.00 |
| David Schnorrenberg | Partner | 720.00 | 4.90 | 3,528.00 |
| David Schnorrenberg | Partner | 740.00 | 6.10 | 4,514.00 |
| Jane Shepard | Practice Support | 270.00 | 18.00 | 4,860.00 |
| Ronald Sigworth | Counsel | 575.00 | 51.60 | 29,670.00 |
| Charles Simms | Librarian | 115.00 | 0.70 | 80.50 |
| Rebecca Springer | Counsel | 382.50 | 77.15 | 29,510.00 |
| Rebecca Springer | Counsel | 391.50 | 12.40 | 4,854.60 |
| Rebecca Springer | Counsel | 409.50 | 39.00 | 15,970.50 |
| Rebecca Springer | Counsel | 432.00 | 5.60 | 2,419.20 |
| Rebecca Springer | Counsel | 454.50 | 0.30 | 136.35 |
| Rebecca Springer | Counsel | 455.00 | 64.30 | 29,256.50 |
| John Stewart | Partner | 795.00 | 0.70 | 556.50 |
| April Stillwell | Paralegal | 255.00 | 6.80 | 1,734.00 |
| James Stuart | Partner | 795.00 | 0.30 | 238.50 |
| Mark Supko | Partner | 680.00 | 2.90 | 1,972.00 |
| Mark Supko | Partner | 720.00 | 0.80 | 576.00 |
| Mark Supko | Partner | 735.00 | 43.40 | 31,899.00 |
| Mark Supko | Partner | 780.00 | 27.90 | 21,762.00 |

x

| Mark Supko | Partner | 415.00 | 23.60 | 9,794.00 |
|---|---|---|---|---|
| Mark Supko | Partner | 830.00 | 429.10 | 356,153.00 |
| Mark Supko | Partner | 427.50 | 1.20 | 513.00 |
| Mark Supko | Partner | 855.00 | 145.10 | 124,060.50 |
| Mark Supko | Partner | 880.00 | 4.70 | 4,136.00 |
| Mark Supko | Partner | 925.00 | 0.50 | 462.50 |
| Ryan Tisch | Counsel | 530.00 | 1.50 | 795.00 |
| Monica Welt | Counsel | 615.00 | 4.40 | 2,706.00 |
| Monica Welt | Counsel | 630.00 | 6.10 | 3,843.00 |
| Monica Welt | Counsel | 655.00 | 39.60 | 25,938.00 |
| Tiffany White | Paralegal | 220.00 | 18.50 | 4,070.00 |
| Tiffany White | Paralegal | 230.00 | 22.80 | 5,244.00 |
| Scott Winkelman | Partner | 725.00 | 1.90 | 1,377.50 |
| Scott Winkelman | Partner | 760.00 | 11.30 | 8,588.00 |
| Scott Winkelman | Partner | 840.00 | 9.80 | 8,232.00 |
| Tacie Yoon | Associate | 595.00 | 39.70 | 23,621.50 |
| Bruce Zabarauskas | Counsel | 590.00 | 20.80 | 12,272.00 |
| Bruce Zabarauskas | Counsel | 620.00 | 60.60 | 37,572.00 |
| Bruce Zabarauskas | Counsel | 625.00 | 12.70 | 7,937.50 |
| **Total** | | | **3,708.59** | **$2,366,682.16** |

| GRAND TOTAL: | $2,366,682.16 | | | |
|---|---|---|---|---|
| **ATTORNEY BLENDED RATE:** | $625.85 | | | |
| **BLENDED RATE:** | $547.43 | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

xi

## FINAL COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

**Error! Reference source not found.** through May 8, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| AAP Preparation | 279.85 | 97,471.65 |
| Advise Bankruptcy Counsel re Verizon Indemnification Claim | 6.70 | 5,226.00 |
| Antitrust Counseling | 1.70 | 967.00 |
| Aruba Networks Subpoena | 1.10 | 940.50 |
| Bankruptcy Discovery | 103.60 | 99,385.50 |
| Bankruptcy Discovery - Non-Working Travel | 1.20 | 513.00 |
| Carrier OFCCP Audit | 67.30 | 29,110.00 |
| Cisco subpoena | 19.30 | 13,876.50 |
| Fee/Employment Application - US | 381.64 | 171,486.50 |
| General Counseling-Commercial | 26.50 | 19,688.00 |
| General Labor Counseling | 0.30 | 154.50 |
| Google Subpoena | 1,317.30 | 994,971.00 |
| Google Subpoena - Non-Working Travel | 18.60 | 7,712.00 |
| Indemnification Claim by Cox Communications Inc | 33.10 | 21,567.00 |
| Indemnification Claim by PG&E re Phoenix Solutions Patent | 129.50 | 82,502.50 |
| Inkra License Dispute | 4.90 | 3,407.50 |
| IT OFCCP Audit | 88.60 | 41,245.00 |
| Linex v. Nortel et al. | 89.00 | 59,302.00 |
| North American Sales Audit | 43.90 | 19,688.50 |
| Project Alpha | 212.30 | 122,230.00 |
| Source Code License and Escrow Agreements | 15.00 | 7,992.50 |
| Third-Party Discovery Request by Metaswitch | 193.20 | 138,728.00 |
| Time Warner Subpoena | 150.70 | 115,478.00 |
| Time Warner Subpoena - Non-Working Travel | 30.40 | 10,966.50 |
| Verizon Subpoena | 38.50 | 29,730.00 |
| VTech Matter | 72.00 | 47,430.00 |
| Wanland | 382.40 | 224,912.50 |
| **TOTAL** | **3,708.59** | **$2,366,682.16** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# FINAL EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

**Error! Reference source not found.** through May 8, 2017

| Expense Category | Total Expenses |
|---|---|
| Cost Adjustment | -16.00 |
| Postage | 45.51 |
| Express Delivery | 932.15 |
| In-House Network Printing | 165.80 |
| Local Transportation | 349.00 |
| Comp. Library Research | 15,356.04 |
| Inhouse Duplicating | 857.00 |
| Outside Duplicating | 604.75 |
| Inhouse Color Copying | 2.00 |
| Documents-Court File | 0.00 |
| Comp. Library Research | 21.26 |
| Transcripts-Deposition | 1,756.00 |
| Meals | 79.44 |
| Overtime Meals | 58.15 |
| Air fare | 3,787.86 |
| Train Fare | 2,296.00 |
| Auto Rental | 202.76 |
| Hotel | 4,520.16 |
| Hotel | 900.00 |
| Other Travel Expenses | 658.27 |
| Travel Expense - Meals | 780.89 |
| Long Distance Telephone | 497.93 |
| Facsimile | 13.65 |
| Long Distance Telephone | 322.15 |
| Pacer Service Charge | 456.16 |
| Express Delivery | 59.05 |
| Electronic Discovery | 51,129.85 |
| Miscellaneous | 579.64 |
| **Grand Total Expenses** | **$86,415.47** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                  :

*In re*                              :      Chapter 11

                                  :

Nortel Networks Inc., *et al.*, [1]     :      Case No. 09-10138 (KG)

                                  :

                   Debtors.       :      Jointly Administered

                                  :

---------------------------------------------------------X    **Hearing Due: TBD**
                                              **Objection Due:  July 27, 2017 at 4:00 pm (ET)**

**SEVENTY-THIRD INTERIM APPLICATION FOR THE PERIOD FEBRUARY
1, 2017 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF CROWELL &
MORING LLP AS SPECIAL COUNSEL TO DEBTORS AND DEBTORS-IN-
POSSESSION
FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF
ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
<u>JANUARY 14, 2009 THROUGH MAY 8, 2017</u>**

           Crowell & Moring LLP, Special Counsel for Nortel Networks, Inc and its

affiliated debtors and debtors-in-possession in the above-captioned cases (collectively,

the "<u>Debtors</u>"), submits this application (the "<u>Application</u>") for final allowance of

compensation for professional services rendered by Crowell & Moring LLP to the

Debtors for the period February 1, 2017 through May 8, 2017 (the "<u>Application Period</u>")

and reimbursement of actual and necessary expenses incurred by Crowell & Moring LLP

during the Application Period under §§ 330 and 331 of Title 11 of the United States Code

(the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order").[2]  By this Application, Crowell & Moring LLP seeks: (i) allowance of compensation for professional services rendered by Crowell & Moring LLP to the Debtors for the period February 1, 2017 through May 8, 2017 (the "Interim Application Period") and reimbursement of actual and necessary expenses incurred by Crowell & Moring LLP during the Interim Application Period in rendering professional services on behalf of the Debtors; and (ii) the entry of an order granting final allowance of reasonable compensation for professional services rendered by Crowell & Moring LLP to the Debtors for the period **Error! Reference source not found.** through May 8, 2017 (the "Final Application Period") and final reimbursement of actual and necessary expenses and disbursements incurred by Crowell & Moring LLP in rendering professional services on behalf of the Debtors during the Final Application Period.  In support of this Application, Crowell & Moring LLP represents as follows:

---

[2]  Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

## BACKGROUND

3.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

4.      On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## CROWELL & MORING LLP'S RETENTION

5.      Prior to the Petition Date, the Debtors engaged Crowell & Moring LLP as Counsel in connection with a variety of matters unrelated to these bankruptcy cases.  On March 4, 2009, this Court entered the Order Pursuant to 11 U.S.C. Section 327(e) Authorizing the Retention and Employment of Crowell & Moring LLP as Special Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 426).

## FEE PROCEDURES ORDER

6.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

7.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve an Interim Fee Application with the Court after the first day of each calendar month.  Provided that there are no objections to such Interim Fee Application filed within twenty (20) days after the service of an Interim Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Interim Fee Application.  If a partial objection to the Interim Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## DEBTORS' CHAPTER 11 PLAN

8.      On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "Confirmed Debtors") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "Plan") with this Court.

9.      Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I.

4

17795) (the "<u>Confirmation Order</u>") confirming the Confirmed Debtors' Plan.[3]  The Plan

went effective on May 8, 2017 (the "<u>Effective Date</u>").  *See* D.I. 18176.  Pursuant to the

Plan, Confirmation Order, and Effective Date notice, all final requests for payment of

Professional Claims must be filed by July 5, 2017.  Such Professional Claims include all

fees and expenses requested by Professionals from the Petition Date through the Effective

Date against all Confirmed Debtors.

## RELIEF REQUESTED

10.     Crowell & Moring LLP submits this Application: (a) for monthly

and final allowance of reasonable compensation for the actual, reasonable, and necessary

professional services that it has rendered as Special Counsel for the Debtors during the

Monthly and Final Application Periods and (b) for monthly and final reimbursement of

actual, reasonable and necessary expenses incurred in representing the Debtors during the

Monthly and Final Application Periods.

## INTERIM APPLICATION PERIOD

11.     During the Interim Application Period, Crowell & Moring LLP (a)

provided professional services to the Debtors and incurred actual, reasonable, and

necessary fees in the amount of $4,210.50 and (b) incurred actual, reasonable, and

necessary expenses totaling $0.00.  As of the date of this Application, Crowell & Moring

LLP has not received payment for the interim fees and expenses requested for the Interim

Application Period.

---

[3]     Capitalized terms not defined herein are defined in the Plan.

12.     Set forth on the foregoing "Interim Compensation by Project Category" is a summary by subject matter categories of the time expended by Crowell & Moring LLP's timekeepers billing time to the Debtors' cases during the Interim Application Period.

13.     During the Interim Application Period, Crowell & Moring LLP provided extensive services on a variety of matters at the request of the Debtors.  Crowell & Moring LLP's matters are broken down by project category in the accompanying billing statements (see Exhibits A and B), which contain details relating to the various services the firm provided to the Debtors.

14.     **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals, and other support staff working on these cases during the Interim Application Period, as well as descriptions of the services provided during the Interim Application Period.

15.     **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary disbursements incurred by Crowell & Moring LLP during the Interim Application Period.

<u>THE FINAL APPLICATION PERIOD</u>

16.     Crowell & Moring LLP seeks allowance of $2,366,682.16 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period and $0.00 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period.  Detailed descriptions of the services rendered and expenses incurred by Crowell & Moring LLP during the Final Application Period are set forth on Exhibits

A and B, respectively, of the interim fee applications filed by Crowell & Moring LLP in these chapter 11 cases. Crowell & Moring LLP requests that the Debtors be authorized and directed to pay Crowell & Moring LLP an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

**SUMMARY OF SERVICES BY PROJECT**

17.     The services rendered by Crowell & Moring LLP during the Interim Application Period and the Final Application Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A for the Interim Application Period attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

A.     AAP Preparation

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $97,471.65; Total Hours 279.85

B.     Antitrust Counseling

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $967.00; Total Hours 1.70

C.     Aruba Networks Subpoena

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $940.50; Total Hours 1.10

D.     Bankruptcy Discovery

Interim Application Period - Fees: $2,160.00; Total Hours 2.10

Final Application Period - Fees: $99,385.50; Total Hours 103.60

E.    <u>Bankruptcy Discovery - Non-Working Travel</u>

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $ 513.00; Total Hours 1.20

F.    <u>Carrier OFCCP Audit</u>

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $29,110.00; Total Hours 67.30

G.    <u>Cisco Subpoena</u>

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $13,876.50; Total Hours 19.30

H.    <u>Fee/Employment Application – US</u>

Interim Application Period - Fees: $2,050.50; Total Hours 5.40

Final Application Period - Fees: $171,486.50; Total Hours 381.64

I.    <u>General Counseling-Commercial</u>

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $19,688.00; Total Hours 26.50

J.    <u>General Labor Counseling</u>

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $154.50; Total Hours 0.30

K.    <u>Google Subpoena</u>

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $994,971.00; Total Hours 1,317.30

8

L.      Google Subpoena - Non-Working Travel

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $7,712.00; Total Hours 18.60

M.      Inkra License Dispute

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $3,407.50; Total Hours 4.90

N.      IT OFCCP Audit

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $41,245.00; Total Hours 88.60

O.      Linex v. Nortel et al.

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $59,302.00; Total Hours 89.00

P.      North American Sales Audit

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $19,688.50; Total Hours 43.90

Q.      Project Alpha

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $122,230.00; Total Hours 212.30

R.      Source Code License and Escrow Agreements

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $7,992.50; Total Hours 15.00

S.      Third-Party Discovery Request by Metaswitch

Interim Application Period - Fees: $0.00 Total Hours 0.00

9

Final Application Period - Fees: $138,728.00; Total Hours 193.20

T.    Time Warner Subpoena

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $115,478.00; Total Hours 150.70

U.    Time Warner Subpoena - Non-Working Travel

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $10,966.50; Total Hours 30.40

V.    Verizon Subpoena

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $29,730.00; Total Hours 38.50

W.    VTech Matter

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $47,430.00; Total Hours 72.00

X.    Wanland

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $224,912.50; Total Hours 382.40

Y.    Indemnification Claim by PG&E re Phoenix Solutions Patent

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $82,502.50; Total Hours 129.50

Z.    Advise Bankruptcy Counsel re Verizon Indemnification Claim

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $5,226.00; Total Hours 6.70

AA.    Indemnification Claim by Cox Communications Inc

Interim Application Period - Fees: $0.00 Total Hours 0.00

Final Application Period - Fees: $21,567.00; Total Hours 33.10

18.      Crowell & Moring LLP charges $.10 per page for photocopying and $.05 per page for in-house network printing.

19.      Crowell & Moring LLP charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

20.      In accordance with Local Rule 2016-2, Crowell & Moring LLP has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

21.      Crowell & Moring LLP has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Crowell & Moring LLP so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. The compensation requested by Crowell & Moring LLP is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.  Moreover, Crowell & Moring LLP has endeavored to coordinate with Cleary Gottlieb Steen & Hamilton LLP and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  We believe we have been successful in this regard.

22.    No agreement or understanding exists between Crowell & Moring LLP and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

23.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge and belief that this Application complies with that Rule.

[*The remainder of the page is intentionally blank.*]

WHEREFORE, Crowell & Moring LLP respectfully requests that this Court: (i) allow Crowell & Moring LLP (a) interim compensation in the amount of $4,210.50 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the Interim Application Period and (b) interim reimbursement in the amount of $0.00 for actual, reasonable and necessary expenses incurred during the Interim Application Period; and (ii)(a)(1) allow final compensation in the amount of $2,366,682.16 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, (2) plus $3,062.50 in fees for preparing and filing of professional fee applications after the Effective Date and (b) allow final reimbursement of $0.00 for actual, reasonable, and necessary expenses incurred during the Final Application Period, and (c) authorize and direct the Debtors to pay Crowell & Moring, LLP $3,368.40, which is equal to the sum of 80% of Crowell & Moring, LLP's allowed interim compensation and 100% of Crowell & Moring, LLP's allowed expense reimbursement, less any amounts previously paid by the Debtors; and (iii) grant such other further relief as the Court deems just and proper.

Dated:  July 07, 2017
Washington, D.C.

CROWELL & MORING LLP

    /s/ Monique D. Almy
James J. Regan (D.C. Bar No. 967398)
Monique D. Almy (MD Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 508-8749
Facsimile:  (202) 628-5116

*Special Counsel for the Debtors
and Debtors-in-Possession*