# Exhibit A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2017 through May 8, 2017

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Fee/Employment Application - US | 5.40 | $2,050.50 |
| Bankruptcy Discovery | 2.10 | $2,160.00 |
| **TOTAL** | **7.50** | **$4,210.50** |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000189 / Fee Employment Application - US

7/5/2017

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15386180 | 2/28/2017 | 001830 | Monique Almy | Partner | 1.50 | 1,095.00 | Review 72nd interim for November, December, and January (0.8); Fee Examiner Spreadsheet (0.4); 31st Quarterly (0.2); and Exhibit A Order (0.1). |
| 15385348 | 2/28/2017 | 002444 | Olegario Perales | Specialist | 0.30 | 73.50 | Draft order approving fees for November 2016 through January 2017 fee statements. |
| 15385346 | 2/28/2017 | 002444 | Olegario Perales | Specialist | 0.60 | 147.00 | Draft thirty-first quarterly application. |
| 15385345 | 2/28/2017 | 002444 | Olegario Perales | Specialist | 0.90 | 220.50 | Draft seventy-second interim spreadsheet file for Ms. Scarborough (Fee Examiner). |
| 15385344 | 2/28/2017 | 002444 | Olegario Perales | Specialist | 1.60 | 392.00 | Draft seventy-second interim fee application for November 1, 2016 through January 31, 2017. |
| 15483229 | 4/4/2017 | 002444 | Olegario Perales | Specialist | 0.50 | 122.50 | Draft Crowell's response to Fee Examiner's Preliminary Report re Thirty-First Quarterly Fee Application. |
|  |  |  |  |  | **5.40** | **2,050.50** |  |

Client: 105185 / Nortel Networks, Inc.
Matter: 105185.0000206 / Bankruptcy Discovery

7/5/2017

| Index | Date | ID | Name | Title | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| 15379462 | 2/14/2017 | 000302 | Jim Regan | Partner | 0.50 | 535.00 | Attention to bankruptcy notice. |
| 15390862 | 2/27/2017 | 000302 | Jim Regan | Partner | 0.50 | 535.00 | Review claims input. |
| 15445237 | 3/22/2017 | 001474 | Mark Supko | Partner | 0.10 | 92.50 | Correspondence with Ms. McCown re proposed shutdown of document database. |
| 15447487 | 3/23/2017 | 001474 | Mark Supko | Partner | 0.50 | 462.50 | Correspondence with Ms. McCown of Cleary re proposed shutdown of document database, including research re status of third-party discovery requests. |
| 15498559 | 4/7/2017 | 000302 | Jim Regan | Partner | 0.50 | 535.00 | Review and edit declaration re conflicts (0.2); confer with Ms. Almy (0.3). |
|  |  |  |  |  | 2.10 | 2,160.00 |  |