## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                             :
*In re*                                                      :    Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :    Case No. 09-10138 (KG)
                                                             :
            Debtors.                :    Jointly Administered
                                                             :
------------------------------------------------------------ X    Re: D.I.

### ORDER GRANTING FINAL APPLICATION OF CROWELL & MORING LLP, AS SPECIAL COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>JANUARY 14, 2009 THROUGH MAY 8, 2017</u>

Upon consideration of the final (the "<u>Final Application</u>") of Crowell & Moring LLP, Special Counsel for the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for final allowance of compensation for the period from January 14, 2009 through May 8, 2017; the Court having reviewed the Final Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Final Application is **GRANTED**.

2. Crowell & Moring LLP is allowed final compensation in the amount of (a)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

$2,366,682.16 for services rendered to or on behalf of the Debtors during the Final Application Period, plus (b) $4,210.50 in fees for preparing and filing of professionals' fee applications after the Effective Date of the Plan, and (c) final reimbursement of $86,415.47 for actual, reasonable, and necessary expenses incurred during the Final Application Period.

3. The Debtors are authorized and directed to remit the amounts approved by this Order to Crowell & Moring LLP. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

Dated: _____, 2017
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE