# **EXHIBIT A**

Nortel Networks, Inc.
Federal Consulting

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Wood,Jeffrey T (US013081390) | Executive Director | Analysis of NNCC / NNI SPSA generated transaction and tax accounting effects | 5/2/17 | $725.00 | 2.5 | $1,812.50 |
| Beakey III,Andrew M (US011131290) | Partner | Call with RLKS (R. Lydecker & K. Schultea) to discuss claims, emergence and compliance topics. | 5/5/17 | $725.00 | 1.0 | $725.00 |
| Rivera,Luz Grycell (US013796808) | Staff | Communication with the Puerto Rico Treasury Department to verify status of 2003 Income tax return in order to address outstanding debts. | 5/8/17 | $250.00 | 0.3 | $75.00 |
| Rodriguez-Ramos,Rosa M. (US011910030) | Executive Director | Communications and follow up with PR treasury regarding audit status | 5/2/17 | $725.00 | 0.3 | $217.50 |
| Wood,Jeffrey T (US013081390) | Executive Director | Complete analysis of implications of I/C unwind in unconsolidated context | 5/2/17 | $725.00 | 3.5 | $2,537.50 |
| Adams,Elizabeth Trimble (US013776696) | Senior | Completed review of April professional fee analysis. | 5/5/17 | $385.00 | 0.6 | $231.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call on employee performance on NT acct. | 5/1/17 | $725.00 | 1.0 | $725.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Conference call with RLKS, Jim S., Andy B., Doug A., and Kristie L. regarding claims, emergence and compliance topics. | 5/5/17 | $725.00 | 1.0 | $725.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Continued preparation of client presentation deck for May 16 meeting | 5/5/17 | $725.00 | 2.1 | $1,522.50 |
| Harrison IV,George Jackson (US012004331) | Partner | Continued review of stock basis calculations. | 4/20/17 | $725.00 | 3.0 | $2,175.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Correspondence and background research for WHT templates | 5/2/17 | $725.00 | 2.1 | $1,522.50 |
| Scott,James E (US011119307) | Partner | Correspondence with Foley regarding professional fee application and affidavits. | 5/8/17 | $725.00 | 1.4 | $1,015.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Drafting of client presentation deck for May 16 meeting | 5/5/17 | $725.00 | 2.9 | $2,102.50 |
| Walters,Sarah E (US013701217) | Staff | Further review of E&P Reconciliation Schedules | 5/8/17 | $250.00 | 3.0 | $750.00 |
| Breton,Kristina (US011742083) | Senior | Further updates to the April working file | 5/8/17 | $385.00 | 3.0 | $1,155.00 |
| Breton,Kristina (US011742083) | Senior | Further work on the Nortel April working file | 5/2/17 | $385.00 | 2.0 | $770.00 |
| Gray,Taylor A (US013700552) | Staff | Make updates to the TCA Schedule for 2017 | 4/29/17 | $250.00 | 1.3 | $325.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | March billing review and response to Foley | 5/8/17 | $625.00 | 1.0 | $625.00 |
| Scott,James E (US011119307) | Partner | Meeting with Jeff Wood on Nortel post-emergence agenda items. | 5/8/17 | $725.00 | 0.9 | $652.50 |
| Graham,Eric G (US013520332) | Staff | Met with Diana K., Ari S., Matt G., Sarah W., and Taylor G. to discuss next steps related to open Nortel projects | 5/4/17 | $250.00 | 0.6 | $150.00 |
| Clark,Randy (US013658668) | Senior Manager | NNI - review stock basis schedule. | 5/2/17 | $625.00 | 3.8 | $2,375.00 |
| Lendino,Morgan Brickley (US013519907) | Manager | Nortel - Review Nortel CALA balance sheet to compare to ELA noted in basis study. | 5/2/17 | $525.00 | 1.0 | $525.00 |
| Lendino,Morgan Brickley (US013519907) | Manager | Nortel - Review Nortel CALA balance sheet to compare to ELA noted in basis study. | 5/3/17 | $525.00 | 2.0 | $1,050.00 |
| Shapiro,Ari J (US013597642) | Senior | Nortel form 6166 for NNI and CALA | 5/2/17 | $385.00 | 0.3 | $115.50 |
| Shapiro,Ari J (US013597642) | Senior | Nortel withholding tax account balance research | 5/2/17 | $385.00 | 0.8 | $308.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Pre-emergence discussion with Jeff W and implications to professional fees | 5/8/17 | $625.00 | 0.5 | $312.50 |
| Abbott,Douglas J. (US012013835) | Partner | Preparation for and call with RLKS (R. Lydecker & K. Schultea) to discuss claims. emergence and compliance topics. | 5/5/17 | $725.00 | 1.0 | $725.00 |
| Walters,Sarah E (US013701217) | Staff | Preparation for and meeting with Ari S., Matt G., Taylor G., Eric G., and Diana K. to discuss post-emergence | 5/4/17 | $250.00 | 0.8 | $200.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Preparation for leadership conference call with RLKS | 5/5/17 | $725.00 | 1.2 | $870.00 |
| Gray,Taylor A (US013700552) | Staff | Prepare the 2016 Professional Fee Memo | 4/29/17 | $250.00 | 2.1 | $525.00 |
| Graham,Eric G (US013520332) | Staff | Prepared the balance sheet tax value accounts workpaper for review | 5/3/17 | $250.00 | 1.2 | $300.00 |
| Graham,Eric G (US013520332) | Staff | Prepared the information request tracker for 5.4.17 | 5/4/17 | $250.00 | 0.2 | $50.00 |
| Graham,Eric G (US013520332) | Staff | Prepared the journal entries regarding the tax receivable payable account balances for April close | 5/8/17 | $250.00 | 0.5 | $125.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Research QTERA inside basis data in response to TAS request | 5/1/17 | $725.00 | 3.0 | $2,175.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Respond to April fee estimate to Kim P and Mary C | 5/4/17 | $625.00 | 0.4 | $250.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review and analyze professional fee analysis. | 5/5/17 | $725.00 | 1.3 | $942.50 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review basis calculations and respond to open questions from TAS | 5/1/17 | $725.00 | 4.0 | $2,900.00 |
| Abbott,Douglas J. (US012013835) | Partner | Review deck in preparation for meeting with RLKS. | 5/8/17 | $725.00 | 2.0 | $1,450.00 |
| Sargent,Amy Johannah (US012292473) | Executive Director | Review of transaction costs | 5/5/17 | $725.00 | 0.5 | $362.50 |
| Beakey III,Andrew M (US011131290) | Partner | Review of 2017 tax information including preparation for call with RLKS | 5/5/17 | $725.00 | 0.4 | $290.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Review of April professional fees and guidance to staff on summary needed | 5/8/17 | $625.00 | 1.0 | $625.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Review of April professional fees and hold back calculation | 5/1/17 | $625.00 | 1.5 | $937.50 |
| Adams,Elizabeth Trimble (US013776696) | Senior | Review of April professional fees. | 5/1/17 | $385.00 | 2.6 | $1,001.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Review of changes from Foley for court submission | 5/2/17 | $625.00 | 1.0 | $625.00 |
| Walters,Sarah E (US013701217) | Staff | Review of general ledger account detail for professional fee analysis | 5/4/17 | $250.00 | 3.5 | $875.00 |
| Scott,James E (US011119307) | Partner | Review of Jeff W.'s analysis of implications related to the intercompany unwind. | 5/4/17 | $725.00 | 2.8 | $2,030.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Review of presentation slides and recommendations to Jeff W | 5/8/17 | $625.00 | 1.5 | $937.50 |
| Scott,James E (US011119307) | Partner | Review of professional fee analysis as it relates to post-emergence. | 5/5/17 | $725.00 | 1.4 | $1,015.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Review of professional fee memo notes including email to Amy S. regarding same | 5/1/17 | $625.00 | 1.0 | $625.00 |

| Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Harrison IV,George Jackson (US012004331) | Partner | Review of stock basis calculations. | 4/17/17 | $725.00 | 3.0 | $2,175.00 |
| Harrison IV,George Jackson (US012004331) | Partner | Review of stock basis memorandum. | 4/28/17 | $725.00 | 3.0 | $2,175.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Review of updated professional memo and changes from Amy S comments | 5/8/17 | $625.00 | 0.5 | $312.50 |
| Graham,Eric G (US013520332) | Staff | Reviewed client requested documents received related to information request tracker. | 5/1/17 | $250.00 | 0.5 | $125.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed Crowell & Moring fee applications in the transaction cost allocation schedule | 5/5/17 | $250.00 | 1.0 | $250.00 |
| Walters,Sarah E (US013701217) | Staff | Reviewed E&P Reconciliation Schedules | 5/8/17 | $250.00 | 3.0 | $750.00 |
| Walters,Sarah E (US013701217) | Staff | Reviewed IRS 6166 documentation received for NNI, CALA, and NNII. | 5/5/17 | $250.00 | 0.6 | $150.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed NTII federal tax workflow and supporting workpapers to provide review comments to preparer | 5/1/17 | $250.00 | 1.7 | $425.00 |
| Walters,Sarah E (US013701217) | Staff | Reviewed professional fee account detail for general ledger postings | 5/3/17 | $250.00 | 2.0 | $500.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed updates to Akin Gump in the Transaction Cost Allocation schedule | 5/4/17 | $250.00 | 0.6 | $150.00 |
| Walters,Sarah E (US013701217) | Staff | Reviewing IRS 6166 and Forms 8802 | 5/8/17 | $250.00 | 0.8 | $200.00 |
| Gray,Taylor A (US013700552) | Staff | Revisions to the 2016 Professional Fee Memo based on review comments. | 5/8/17 | $250.00 | 1.1 | $275.00 |
| Breton,Kristina (US011742083) | Senior | Started working on Nortel working file for April | 5/2/17 | $385.00 | 3.0 | $1,155.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Status meeting with Ari S, Eric G, Sarah W, Taylor G and Matt G to discuss status of projects and next steps. | 5/4/17 | $625.00 | 0.6 | $375.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | WHT data analysis in response to Ari S. question | 5/5/17 | $725.00 | 0.6 | $435.00 |
| | | | | | **98.8** | **$53,788.00** |

**Nortel Networks, Inc.**
**SALT Consulting**

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Gentile,Matthew Donald (US012548056) | Senior Manager | Review of vendor professional fees. | 5/1/2017 | $625.00 | 1.2 | $750.00 |
| Gentile,Matthew Donald (US012548056) | Senior Manager | Respond to Jeff W. regarding review of notice received by NNI from the US Virgin Islands | 5/2/2017 | $625.00 | 0.3 | $187.50 |
| Scott,James E (US011119307) | Partner | Review of CA audit status. | 5/4/2017 | $725.00 | 1.4 | $1,015.00 |
| Gentile,Matthew Donald (US012548056) | Senior Manager | Preparation for and weekly meeting with Diana Kennedy, Taylor Gray, Sarah Walters, Eric Graham and Ari Shapiro regarding status updates. | 5/4/2017 | $625.00 | 0.6 | $375.00 |
| Gentile,Matthew Donald (US012548056) | Senior Manager | Review April journal entries including response to Eric Graham and Ari Shapiro | 5/5/2017 | $625.00 | 0.5 | $312.50 |
| Shapiro,Ari J (US013597642) | Senior | Outreach to and next step conversation with Ms. A. Martin of the United States Virgin Islands Department of Corporation and Trademarks regarding corporate withdrawal of Nortel Networks Inc. from the United States Virgin Islands. | 5/8/17 | $385.00 | 0.6 | $231.00 |
|  |  |  |  |  | 4.6 | $2,871.00 |

Nortel Networks, Inc.
Employment Tax

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing and responding to questions from Raj P regarding W4 layout file including revisions to the W4 layout file. | 4/29/2017 | $625.00 | 0.3 | $187.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Preparing manual calculation files for T1.0 for Raj P for new round of testing | 4/29/2017 | $625.00 | 1.8 | $1,125.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of emails from Raj P, Jennie D., and Leticia B, regarding testing and T1.0 - T2.0 files | 4/30/2017 | $525.00 | 0.9 | $472.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | CA EDD prior year notice resolution work and coordination with state agency contact. | 5/1/2017 | $525.00 | 0.2 | $105.00 |
| Galicia,Berta A (US013699070) | Staff | Updated notice tracker with process for non-tax notices | 5/1/2017 | $250.00 | 0.3 | $75.00 |
| Spencer,Angela K (US011555345) | Senior Manager | Assisted Jeff Wood with IRS transcripts to check on litigation holds an account and withholding refund | 5/1/2017 | $625.00 | 1.5 | $937.50 |
| Lowery,Kristie L (US011686190) | National Partner | Review of officer change forms | 5/1/2017 | $750.00 | 2.2 | $1,650.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing professional fees with Rebecca M. | 5/1/2017 | $625.00 | 0.3 | $187.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Conference call with Rebecca M., Angel G., Mary H., Berta G. and Shivanie P. regarding calculation testing for Raj P's round 3 testing file | 5/1/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Layering T2 files posted by Raj P into sample selection file, including emails to RLKS and EY teams with testing directions. | 5/1/2017 | $625.00 | 0.8 | $500.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Documenting manual calculation process for QDROs and Canada calculations | 5/1/2017 | $625.00 | 0.9 | $562.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Researching and documenting QDRO reporting requirements for Debbie Spyker review | 5/1/2017 | $625.00 | 1.3 | $812.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Preparing manual calculation files for T2.0 for Raj P for new round of testing | 5/1/2017 | $625.00 | 1.4 | $875.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Selecting sample testing population from May testing round T1 files posted by Raj P | 5/1/2017 | $625.00 | 2.7 | $1,687.50 |
| Hamilton,Mary Catherine (US012544094) | Senior | Conference call with Jennie D., Rebecca M., Angel G., Berta G. and Shivanie P. regarding calculation testing for Raj P's round 3 testing file. | 5/1/2017 | $385.00 | 0.4 | $154.00 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for GA, KS and MT Locals | 5/1/2017 | $385.00 | 0.8 | $308.00 |
| Quigley,Nicholas W. (US012838221) | Manager | Foreign template review | 5/1/2017 | $525.00 | 0.3 | $157.50 |
| Quigley,Nicholas W. (US012838221) | Manager | Update emails with David K regarding foreign template review | 5/1/2017 | $525.00 | 0.2 | $105.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - Researching and revising compliance and filing requirements for SITW for NM for upcoming Q2 and future distribution amounts. | 5/1/2017 | $385.00 | 0.9 | $346.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - Researching compliance and filing requirements for SITW for NY for upcoming Q2 and future distribution amounts. | 5/1/2017 | $385.00 | 1.4 | $539.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - Researching compliance and filing requirements for SITW for OH for upcoming Q2 and future distribution amounts. | 5/1/2017 | $385.00 | 1.5 | $577.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - Researching compliance and filing requirements for SITW for OK for upcoming Q2 and future distribution amounts. | 5/1/2017 | $385.00 | 1.6 | $616.00 |
| Jaworski,Joann L. (US013006180) | Staff | Nortel Networks - Request IRS transcripts on behalf of Angela Spencer | 5/1/2017 | $250.00 | 1.0 | $250.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with Jennie D., Rebecca M., Angel G., Mary H., Berta G. and Shivanie P. regarding calculation testing for Raj P's round 3 testing file. | 5/1/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Instruction to Berta G. regarding review of W-4 layout file to determine if any current W-4 forms need to be submitted to state taxing agencies. | 5/1/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Instructions to Berta G. regarding QB vendor file for agency tax information requested by Raj P. | 5/1/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | State follow up with OH regarding SD tax overpayment from 4Q filing issue and GA regarding status of online account access for CALA | 5/1/2017 | $525.00 | 0.5 | $262.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | W-4 layout file changes and email from Leticia B regarding QDRO former worked in location | 5/1/2017 | $525.00 | 0.6 | $315.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Update with Jennie D. regarding T1.0 and T2.0 testing plans and regarding taxation and reporting for QDROs. | 5/1/2017 | $525.00 | 0.7 | $367.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of testing population and instructions to Angel G., Shivanie P and Mary H. regarding testing of large T1/T2 files from Raj P. | 5/1/2017 | $525.00 | 0.8 | $420.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of professional fees. | 5/1/2017 | $525.00 | 2.4 | $1,260.00 |
| Galicia,Berta A (US013699070) | Staff | Update with Rebecca M. regarding OH refund request and GA historical information request | 5/1/2017 | $250.00 | 0.2 | $50.00 |
| Galicia,Berta A (US013699070) | Staff | Revised QB Agency Vendor file for OR information | 5/1/2017 | $250.00 | 0.3 | $75.00 |
| Galicia,Berta A (US013699070) | Staff | Assisted Rebecca M. in preparing professional fee information | 5/1/2017 | $250.00 | 0.4 | $100.00 |

| Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Galicia,Berta A (US013699070) | Staff | Conference call with Jennie D., Rebecca M., Angel G., Mary H. and Shivanie P. regarding calculation testing for Raj P's round 3 testing file. | 5/1/2017 | $250.00 | 0.4 | $100.00 |
| Galicia,Berta A (US013699070) | Staff | Filed April monthly SITW returns for AR, CO, IN, KY, MI, MS, OH, and OH SD | 5/1/2017 | $250.00 | 1.8 | $450.00 |
| Galicia,Berta A (US013699070) | Staff | Contacted OH SITW regarding refund request and amendment reconciliation for overpayment of SD taxes | 5/1/2017 | $250.00 | 1.9 | $475.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Review and respond to email from Jennie D. regarding status of question regarding how to withhold in CA when employee selects exempt and additional withholding. | 5/1/2017 | $385.00 | 0.1 | $38.50 |
| Gilbert,Angel Oliver (US013748562) | Senior | Conference call with Jennie D., Rebecca M., Mary H., Berta G., and Shivanie P. regarding calculation testing for Raj P's round 3 testing file. | 5/1/2017 | $385.00 | 0.4 | $154.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Researched CA statute regarding how to treat an employee's W-4 if they indicated that they are exempt but also requested additional withholding. | 5/1/2017 | $385.00 | 0.5 | $192.50 |
| Persaud,Shivanie Kamini (US013796814) | Staff | Conference call with Jennie D., Rebecca M., Angel G., Mary H. and Berta G. regarding calculation testing for Raj P's round 3 testing file. | 5/1/2017 | $250.00 | 0.4 | $100.00 |
| Lowery,Kristie L (US011686190) | National Partner | CA ALT & NNI notices – working with state rep | 5/2/2017 | $750.00 | 0.5 | $375.00 |
| Galicia,Berta A (US013699070) | Staff | Discussion with Rebecca M regarding CA 2007 and 2010 returns and notices | 5/2/2017 | $250.00 | 0.1 | $25.00 |
| Spyker,Deborah J (US011134503) | Executive Director | Conf. call with Jennie D. and Rebecca M. regarding tax treatment and applicable rules for QDROs and associated former employee claimants. | 5/2/2017 | $725.00 | 1.0 | $725.00 |
| Lowery,Kristie L (US011686190) | National Partner | Ongoing testing with Raj P in preparation for distribution next week. | 5/2/2017 | $750.00 | 2.3 | $1,725.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Responding to questions from Leticia B and Daniel T regarding testing calculations | 5/2/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing AL, GA, IL, IN, LA, MO and VA coding on W-4 layout file with Rebecca M | 5/2/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing MD and OH local calculation issue | 5/2/2017 | $625.00 | 0.6 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Researching GA SIT calculation issue for individuals claiming MFJ-1 income and updating 2017 calculation matrix | 5/2/2017 | $625.00 | 1.6 | $1,000.00 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for TN, VA, VT & WA Locals | 5/2/2017 | $385.00 | 1.4 | $539.00 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for IN, MD, NC & NY Locals | 5/2/2017 | $385.00 | 2.3 | $885.50 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for OH & OR Locals | 5/2/2017 | $385.00 | 2.3 | $885.50 |
| Quigley,Nicholas W. (US012838221) | Manager | Emails to David K regarding foreign vendor distribution template review | 5/2/2017 | $525.00 | 0.2 | $105.00 |
| Quigley,Nicholas W. (US012838221) | Manager | Review of foreign vendor distribution template | 5/2/2017 | $525.00 | 0.2 | $105.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research of compliance and filing requirements for SITW for PR for upcoming Q2 and future distribution amounts. | 5/2/2017 | $385.00 | 1.4 | $539.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - Researching compliance and filing requirements for SITW for OR for upcoming Q2 and future distribution amounts. | 5/2/2017 | $385.00 | 1.7 | $654.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - Researching compliance and filing requirements for SITW for PA for upcoming Q2 and future distribution amounts. | 5/2/2017 | $385.00 | 1.9 | $731.50 |
| Petrozzi,Gino V (US013041304) | Senior Manager | Canadian Payroll calculations | 5/2/2017 | $625.00 | 0.4 | $250.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Reviewing AL, GA, IL, IN, LA, MO, VA coding on W-4 layout file with Jennie D | 5/2/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with Jennie D. and Debbie S. regarding QDRO taxation and year-end reporting | 5/2/2017 | $525.00 | 0.5 | $262.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with Gino P. regarding Canadian tax calculation methodology | 5/2/2017 | $525.00 | 0.7 | $367.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Manual testing oversight and response to Mary H and Shivanie P. regarding SITW tax calculations for testing | 5/2/2017 | $525.00 | 0.8 | $420.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Researching Canadian tax calculations in preparation for multiple distributions to the same former employees | 5/2/2017 | $525.00 | 1.2 | $630.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of April monthly returns prepared by Berta G. | 5/2/2017 | $525.00 | 1.2 | $630.00 |
| Galicia,Berta A (US013699070) | Staff | Contacted PA Keystone regarding payment for amended return | 5/2/2017 | $250.00 | 0.4 | $100.00 |
| Galicia,Berta A (US013699070) | Staff | Contacted AZ SITW regarding account updates and discussed with Rebecca M. status of online account update | 5/2/2017 | $250.00 | 0.6 | $150.00 |
| Galicia,Berta A (US013699070) | Staff | Reviewed and compared W-4 layout file and W-4 State Escalation requirements per Rebecca M.'s request | 5/2/2017 | $250.00 | 2.0 | $500.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Telephone conference with CA FTB regarding DE-4 with multiple selections. | 5/2/2017 | $385.00 | 0.5 | $192.50 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for CA. | 5/2/2017 | $385.00 | 1.7 | $654.50 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for GA. | 5/2/2017 | $385.00 | 1.7 | $654.50 |
| Persaud,Shivanie Kamini (US013796814) | Staff | Calculations to verify FIT, SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing CO,CT,DC,DE and FL. | 5/2/2017 | $250.00 | 1.2 | $300.00 |

| Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Persaud,Shivanie Kamini (US013796814) | Staff | Calculations to verify FIT, SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing AL and CA. | 5/2/2017 | $250.00 | 1.9 | $475.00 |
| Galicia,Berta A (US013699070) | Staff | Followed up with CA regarding prior year balances | 5/3/2017 | $250.00 | 0.4 | $100.00 |
| Spencer,Angela K (US011555345) | Senior Manager | Description: Consultation with Rebecca M. and Jennie D. regarding Puerto Rico IRS deposit requirements. | 5/3/2017 | $625.00 | 1.1 | $687.50 |
| Lowery,Kristie L (US011686190) | National Partner | Weekly status meeting with RLKS team. Attendees from RLKS: K Schultea, L Barrios, F Buenestro, Raj P, Branden B; EY: K Lowery, J DeVincenzo, R Mills | 5/3/2017 | $750.00 | 0.7 | $525.00 |
| Lowery,Kristie L (US011686190) | National Partner | DE City of Wilmington –Worked with local rep to resolve active historical account with multiple periods of non-filing penalties. | 5/3/2017 | $750.00 | 1.2 | $900.00 |
| Lowery,Kristie L (US011686190) | National Partner | Preparation for effective date distribution – including review of W-4 layout file, manual calculations and testing | 5/3/2017 | $750.00 | 3.8 | $2,850.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Discussion with Raj P and Rebecca M regarding the QuickBooks vendor file and the tax account number file. | 5/3/2017 | $625.00 | 0.3 | $187.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Documenting GL and deposit & filing report findings to Raj P | 5/3/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Documenting W4 layout review process | 5/3/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Testing PR from May 2017 files from Raj P | 5/3/2017 | $625.00 | 0.5 | $312.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Conference call with Raj P to discuss report changes needed and timing | 5/3/2017 | $625.00 | 0.6 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Conference call with RLKS (Kathy S, Brandon B, Leticia B, Raj P, Daniel T, Felicia B) and EY (Kristie L and Rebecca M) regarding effective date distribution planning for employee claimants | 5/3/2017 | $625.00 | 0.6 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing the address search results for taxation for the effective date distribution | 5/3/2017 | $625.00 | 0.6 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Conference call with Rebecca M regarding PR 941 filing requirements and taxation of PR residents | 5/3/2017 | $625.00 | 0.7 | $437.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Testing GL and deposit & filing reports from May testing files from Raj P | 5/3/2017 | $625.00 | 0.8 | $500.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Updating SIT, SUI and LIT account numbers for NNI, CALA and ALT in format for Raj P | 5/3/2017 | $625.00 | 1.3 | $812.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing W4 layout file | 5/3/2017 | $625.00 | 1.7 | $1,062.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Researching PR withholding SIT tax calculations and updating state tax matrix | 5/3/2017 | $625.00 | 2.3 | $1,437.50 |
| Davidson,Robin M (US012418455) | Staff | Canadian Form T-4 availability research | 5/3/2017 | $250.00 | 0.5 | $125.00 |
| Hamilton,Mary Catherine (US012544094) | Senior | Review W-4 Layout File Master 5.3.2017 to confirm Locals | 5/3/2017 | $385.00 | 0.7 | $269.50 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for TX Locals | 5/3/2017 | $385.00 | 1.3 | $500.50 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for PA locals | 5/3/2017 | $385.00 | 2.2 | $847.00 |
| Petrozzi,Gino V (US013041304) | Senior Manager | Canadian Payroll calculations review with Rebecca Mills | 5/3/2017 | $625.00 | 0.3 | $187.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Emails with Leticia B regarding invalid W-4 returned by claimant | 5/3/2017 | $525.00 | 0.3 | $157.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of OH 2016 Annual reconciliation amendment prepared by Berta G. | 5/3/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Testing of PR calculations in preparation for review with Raj P. | 5/3/2017 | $525.00 | 0.5 | $262.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with RLKS team (Kathy S., Leticia B., Felicia B., Raj P., Brandon B, and Daniel T.) and EY (Kristie L. and Jennie D.) regarding effective date distribution planning and employment tax updates. | 5/3/2017 | $525.00 | 0.6 | $315.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with Jennie D. regarding PR 941 filing requirements and taxation of PR residents | 5/3/2017 | $525.00 | 0.7 | $367.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Discussion with Jennie D. regarding PR calculation table changes and modifications to calculation file for Raj P | 5/3/2017 | $525.00 | 0.8 | $420.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of local income tax jurisdiction confirmations for effective date distribution in light of any address changes since Feb. including instruction to Mary H. regarding locality research | 5/3/2017 | $525.00 | 1.2 | $630.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Final review of SUI rates against SUI rate notices included in files for Raj P calculation matrix in preparation for effective date distribution | 5/3/2017 | $525.00 | 1.5 | $787.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Discussion with Berta G. regarding priority items in preparation for effective date distribution (SUI rate notices available for review, confirmation of any remaining account IDs and vendor list for Raj P and W-4 layout file). | 5/3/2017 | $525.00 | 1.6 | $840.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review and updates to W-4 layout file for effective date distribution population | 5/3/2017 | $525.00 | 2.3 | $1,207.50 |
| Galicia,Berta A (US013699070) | Staff | Contacted SC SUI regarding employer status report and liability date | 5/3/2017 | $250.00 | 0.3 | $75.00 |
| Galicia,Berta A (US013699070) | Staff | Followed up with GA SITW regarding outstanding prior period returns for CALA | 5/3/2017 | $250.00 | 0.3 | $75.00 |
| Galicia,Berta A (US013699070) | Staff | Filed OH IT-941 amended 4Q2016 return to request refund on overpayment for SD taxes | 5/3/2017 | $250.00 | 0.6 | $150.00 |
| Galicia,Berta A (US013699070) | Staff | Updated local information on QB Agency Vendor file per Rebecca M. request | 5/3/2017 | $250.00 | 0.8 | $200.00 |
| Galicia,Berta A (US013699070) | Staff | Compiled 2017 rate notices for Rebecca M.'s review | 5/3/2017 | $250.00 | 1.3 | $325.00 |

| Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Galicia,Berta A (US013699070) | Staff | Contacted DE, MO, OH, and PA locals regarding registration status and confirmed account numbers | 5/3/2017 | $250.00 | 1.8 | $450.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared officer update forms for SITW and LITW accounts | 5/3/2017 | $250.00 | 2.1 | $525.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for NC. | 5/3/2017 | $385.00 | 1.6 | $616.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for VA. | 5/3/2017 | $385.00 | 1.6 | $616.00 |
| Persaud,Shivanie Kamini (US013796814) | Staff | Calculations to verify FIT, SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing GA,KS, KY, IL and IA. | 5/3/2017 | $250.00 | 2.2 | $550.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of notice tracking matrix and latest notice follow up with state agencies performed by Berta G | 5/4/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Prepare to discuss notice status with Kristie L. | 5/4/2017 | $525.00 | 0.3 | $157.50 |
| Lowery,Kristie L (US011686190) | National Partner | Ongoing testing with Raj P in preparation for distribution next week. | 5/4/2017 | $750.00 | 3.2 | $2,400.00 |
| Lowery,Kristie L (US011686190) | National Partner | Final 2Q2017 updates to SUI tax rate listing for Raj P's calculation matrix and state SITW calculation updates (PR and GA) based on testing | 5/4/2017 | $750.00 | 4.1 | $3,075.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Discussion with Raj P and update with Rebecca M regarding manual calculations for the effective date distribution | 5/4/2017 | $625.00 | 0.3 | $187.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Discussing manual accumulator file with Rebecca M | 5/4/2017 | $625.00 | 0.6 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Preparing sample manual accumulator of taxable wages for Raj P | 5/4/2017 | $625.00 | 0.6 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Building manual taxable wage accumulator files for NNI, CALA and ALT | 5/4/2017 | $625.00 | 0.8 | $500.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing manual calculations for NNI, CALA and ALT | 5/4/2017 | $625.00 | 0.8 | $500.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Testing effective date distribution FICA amounts and calculating taxable wages for NNI, CALA and ALT | 5/4/2017 | $625.00 | 1.4 | $875.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Testing effective date distribution FUTA and SUTA amounts and calculating taxable wages for NNI, CALA and ALT | 5/4/2017 | $625.00 | 2.2 | $1,375.00 |
| Hamilton,Mary Catherine (US012544094) | Senior | Calculation testing for Raj P's round 3 testing file for AZ, CA, CO, CT, Il, IN & KS | 5/4/2017 | $385.00 | 1.6 | $616.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research and review of compliance and filing requirements for SITW for VA upcoming Q2 and future distribution amounts. | 5/4/2017 | $385.00 | 1.1 | $423.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research and review of compliance and filing requirements for SITW for UT for upcoming Q2 and future distribution amounts. | 5/4/2017 | $385.00 | 1.2 | $462.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research of compliance and filing requirements for SITW for SC for upcoming Q2 and future distribution amounts. | 5/4/2017 | $385.00 | 1.3 | $500.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - review of compliance and filing requirements for SITW for PR for upcoming Q2 and future distribution amounts. | 5/4/2017 | $385.00 | 1.3 | $500.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research of compliance and filing requirements for SITW for RI for upcoming Q2 and future distribution amounts. | 5/4/2017 | $385.00 | 1.4 | $539.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Perform manual calculations for Canadian population for effective date distribution as requested by Raj P | 5/4/2017 | $525.00 | 1.5 | $787.50 |
| Galicia,Berta A (US013699070) | Staff | Contacted FL and DE SUI to confirm activation of online account | 5/4/2017 | $250.00 | 0.7 | $175.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared information for SITW accounts to update officer information | 5/4/2017 | $250.00 | 1.6 | $400.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared officer update forms, and letters for SUI accounts | 5/4/2017 | $250.00 | 2.1 | $525.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P T1.1 and T2.1 round 3 of testing for OR. | 5/4/2017 | $385.00 | 1.7 | $654.50 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for MO. | 5/4/2017 | $385.00 | 2.0 | $770.00 |
| Persaud,Shivanie Kamini (US013796814) | Staff | Calculations to verify FIT, SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing MN and MO. | 5/4/2017 | $250.00 | 2.3 | $575.00 |
| Lowery,Kristie L (US011686190) | National Partner | Check in prep for distribution on Monday upon emergence  Attendees RLKS:  K Schultea, Raj P, Letitia Barrios  EY: K Lowery, J DeVincenzo, R Mills | 5/5/2017 | $750.00 | 0.5 | $375.00 |
| Lowery,Kristie L (US011686190) | National Partner | Weekly executive team call.  Attendees RLKS: K Schultea, R Lydecker EY:  J Scott, A Beakey, D Abbott, J Wood, K Lowery | 5/5/2017 | $750.00 | 0.5 | $375.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Email to Raj P regarding findings on effective date distribution testing | 5/5/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Participating in conference call with RLKS team (Kathy S, Brandon B, Raj P, Leticia B and Felicia B) and EY team (Kristie L and Rebecca M) regarding effective date distribution status update | 5/5/2017 | $625.00 | 0.4 | $250.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing testing comments from Mary H, Shivanie P and Angel G regarding SIT and FIT amounts for the effective date distribution for NNI, CALA and ALT | 5/5/2017 | $625.00 | 0.7 | $437.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Updating W4 layout file and manual accumulator file for CALA | 5/5/2017 | $625.00 | 0.8 | $500.00 |

| Name | Title | Description | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing GL report for NNI, CALA and ALT for effective date distribution | 5/5/2017 | $625.00 | 1.2 | $750.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing officer change forms for NNI, CALA and ALT | 5/5/2017 | $625.00 | 1.2 | $750.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing deposit and filing report taxable wage amounts for NNI CALA and ALT for FICA, FUTA, SUTA (employer and employee) | 5/5/2017 | $625.00 | 1.9 | $1,187.50 |
| Davidson,Robin M (US012418455) | Staff | Canadian Form T-4 research in preparation for year-end filings for Canada residents | 5/5/2017 | $250.00 | 0.7 | $175.00 |
| Hamilton,Mary Catherine (US012544094) | Senior | Testing of D2.1-D2.5 Consolidated file | 5/5/2017 | $385.00 | 2.6 | $1,001.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - review of completed research file for compliance and filing requirements for SITW for LA - WV upcoming Q2 and future distribution amounts. | 5/5/2017 | $385.00 | 0.6 | $231.00 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research and review of compliance and filing requirements for SITW for WI upcoming Q2 and future distribution amounts. | 5/5/2017 | $385.00 | 0.7 | $269.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research and review of compliance and filing requirements for SITW for VT upcoming Q2 and future distribution amounts. | 5/5/2017 | $385.00 | 1.1 | $423.50 |
| Daly,Sarah Lee (US012963199) | Senior | Nortel - research and review of compliance and filing requirements for SITW for WV upcoming Q2 and future distribution amounts. | 5/5/2017 | $385.00 | 1.1 | $423.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with RLKS team (Kathy S, Leticia B, Felicia B, Brandon B, Daniel T and Raj P) and EY (Kristie L and Jennie D) to discuss effective date distribution items | 5/5/2017 | $525.00 | 0.5 | $262.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of forms with Berta G. regarding officer change and address update | 5/5/2017 | $525.00 | 0.7 | $367.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of LITW and general officer update forms in preparation for finalization and Mary C. signatures | 5/5/2017 | $525.00 | 0.9 | $472.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of SITW and SUI account officer change forms prepared by Berta G. | 5/5/2017 | $525.00 | 2.1 | $1,102.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of effective date distribution testing results from EY team (Mary H, Shivanie P and Angel G) | 5/5/2017 | $525.00 | 2.5 | $1,312.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of deposit and filing reports for CALA, NNI and ALT for effective date distribution as requested by Jennie D | 5/5/2017 | $525.00 | 2.8 | $1,470.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared IRS update forms and cover letters for NNI, ALT and CALA | 5/5/2017 | $250.00 | 0.7 | $175.00 |
| Galicia,Berta A (US013699070) | Staff | Revised SITW and SUI update forms per Rebecca M.'s request | 5/5/2017 | $250.00 | 0.9 | $225.00 |
| Galicia,Berta A (US013699070) | Staff | Revised cover letters for officer updates for NNI, CALA and ALT per Rebecca M.'s request | 5/5/2017 | $250.00 | 1.6 | $400.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared information for SUI and LITW accounts to update officer information | 5/5/2017 | $250.00 | 2.8 | $700.00 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT and SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for NJ. | 5/5/2017 | $385.00 | 1.1 | $423.50 |
| Gilbert,Angel Oliver (US013748562) | Senior | Calculations to verify FIT amounts in Raj P's T1.1 and T2.1 round 3 of testing for FL. | 5/5/2017 | $385.00 | 2.0 | $770.00 |
| Cho,Rosemary (US013739985) | Staff | Review potential filing methods for Canada T-4 slips for Robin D and Jennie D | 5/5/2017 | $250.00 | 0.5 | $125.00 |
| Persaud,Shivanie Kamini (US013796814) | Staff | Testing for distribution D2.1 and D2.5 for CA,CO,CT,FL,GA,IL,MA,MI, NC ,NH,NJ, PA, TX and UT. | 5/5/2017 | $250.00 | 2.7 | $675.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing final effective date calculations for CALA files posted by Raj P | 5/6/2017 | $625.00 | 0.8 | $500.00 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Conference call with Rebecca M to prep for weekly meeting with RLKS team. | 5/8/2017 | $625.00 | 0.7 | $437.50 |
| DeVincenzo,Jennie Harrison (US011772771) | Senior Manager | Reviewing testing results for May testing round run by Raj P | 5/8/2017 | $625.00 | 2.4 | $1,500.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Email response to Berta G. regarding local tax lookup confirmations for PA local jurisdictions for changes in W-4 layout file from Leticia B | 5/8/2017 | $525.00 | 0.3 | $157.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Review of Letters prepared by RLKS for 3 Canadian resident claimants who are part of Effective date distribution per request from Leticia B. | 5/8/2017 | $525.00 | 0.4 | $210.00 |
| Mills,Rebecca Hinson (US013300310) | Manager | Prepare agenda for weekly meeting with RLKS per Jennie D. request | 5/8/2017 | $525.00 | 0.5 | $262.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Conference call with Jennie D to prepare for weekly meeting with RLKS team | 5/8/2017 | $525.00 | 0.7 | $367.50 |
| Mills,Rebecca Hinson (US013300310) | Manager | Final review of remaining forms to report officer changes as prepared by Berta G. | 5/8/2017 | $525.00 | 0.9 | $472.50 |
| Galicia,Berta A (US013699070) | Staff | Prepared account instructions for NNI PA Keystone and set up municipalities in online portal | 5/8/2017 | $250.00 | 1.4 | $350.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared account instructions for CALA SUI PR and ALT CA | 5/8/2017 | $250.00 | 1.7 | $425.00 |
| Galicia,Berta A (US013699070) | Staff | Prepared account instructions for NNI SITW CA, GA, IL , MA, and MI | 5/8/2017 | $250.00 | 2.6 | $650.00 |
| Persaud,Shivanie Kamini (US013796814) | Staff | Calculations to verify FIT, SIT amounts in Raj P's T1.1 and T2.1 round 3 of testing NE, NJ, NY,OH, OK, OR, SC, TN, TX, VA ,VT and WI. | 5/8/2017 | $250.00 | 2.9 | $725.00 |
|  |  |  |  |  | 200.1 | $ 93,479.50 |

**Nortel Networks, Inc.**
**Federal Compliance**

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Graham,Eric G (US013520332) | Staff | Reviewed NNII federal tax workflow and supporting workpapers and provided review comments to preparer | 5/1/2017 | $250.00 | 1.8 | $450.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed NNCC federal tax workflow and supporting workpapers and provided review comments to preparer | 5/1/2017 | $250.00 | 2.0 | $500.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed NNCS federal tax workflow and supporting workpapers and provided review comments to preparer | 5/1/2017 | $250.00 | 2.7 | $675.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of Sonoma dataflow | 5/1/2017 | $385.00 | 1.0 | $385.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of Altsystems Inc. federal tax workflow | 5/1/2017 | $385.00 | 1.2 | $462.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of Xros dataflow | 5/1/2017 | $385.00 | 1.3 | $500.50 |
| Shapiro,Ari J (US013597642) | Senior | Review of NNI federal tax workflow - Income statement | 5/1/2017 | $385.00 | 1.5 | $577.50 |
| Shapiro,Ari J (US013597642) | Senior | Review of Altsystems International Inc. dataflow | 5/1/2017 | $385.00 | 2.0 | $770.00 |
| Kennedy,Diana Lynn (US012436403) | Senior Manager | Respond to various questions on return preparation from Ari S and Eric G | 5/2/2017 | $625.00 | 1.0 | $625.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed CALA compliance supporting workpapers 2002.06 - 2002.12 | 5/2/2017 | $250.00 | 2.7 | $675.00 |
| Graham,Eric G (US013520332) | Staff | Reviewed CALA compliance supporting workpapers 2002.01 - 2002.06 | 5/2/2017 | $250.00 | 3.0 | $750.00 |
| Shapiro,Ari J (US013597642) | Senior | Conversation regarding CALA book vs. tax differences with Eric G. | 5/2/2017 | $385.00 | 0.4 | $154.00 |
| Graham,Eric G (US013520332) | Staff | Finished reviewing the federal tax workflow for CALA | 5/3/2017 | $250.00 | 0.5 | $125.00 |
| Graham,Eric G (US013520332) | Staff | Began reviewing the federal tax workflow for CALA | 5/3/2017 | $250.00 | 3.0 | $750.00 |
| Shapiro,Ari J (US013597642) | Senior | Discussion of CALA bad debt M-1 with Eric G. | 5/3/2017 | $385.00 | 0.5 | $192.50 |
| Shapiro,Ari J (US013597642) | Senior | Preparation for Nortel team meeting on 5/3 | 5/3/2017 | $385.00 | 0.8 | $308.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of tax expense detail for XROS and Sonoma | 5/4/2017 | $385.00 | 0.2 | $77.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of updates to Altsystems International Inc. dataflow | 5/4/2017 | $385.00 | 0.8 | $308.00 |
| Shapiro,Ari J (US013597642) | Senior | Nortel Team Meeting with Matt G., Diana K., Taylor G., Eric G., and Sarah W. regarding status updates and deadlines. | 5/4/2017 | $385.00 | 1.0 | $385.00 |
| Gray,Taylor A (US013700552) | Staff | Revisions to CALA federal tax workflow based on review comments | 5/4/2017 | $250.00 | 1.9 | $475.00 |
| Gray,Taylor A (US013700552) | Staff | Revisions to NNCS federal tax workflow per review comments | 5/4/2017 | $250.00 | 2.3 | $575.00 |
| Gray,Taylor A (US013700552) | Staff | Revisions to NNCC federal tax workflow for 2016 based on review comments | 5/4/2017 | $250.00 | 2.8 | $700.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of Altsystems federal tax workflow - Bad Debt Expense | 5/5/2017 | $385.00 | 1.8 | $693.00 |
| Shapiro,Ari J (US013597642) | Senior | Review of Altsystems federal tax workflow | 5/5/2017 | $385.00 | 2.0 | $770.00 |
| Gray,Taylor A (US013700552) | Staff | Continued revisions to CALA federal tax workflow | 5/5/2017 | $250.00 | 2.1 | $525.00 |
| Gray,Taylor A (US013700552) | Staff | Continue to update the CALA federal tax workflow to include foreign exchange gain/loss | 5/5/2017 | $250.00 | 2.6 | $650.00 |
| Scott,James E (US011119307) | Partner | Review reserve and EDC settlements for tax implications | 5/8/2017 | $725.00 | 1.3 | $942.50 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review and sign-off on March JEs | 5/8/2017 | $725.00 | 0.4 | $290.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Meeting with Diana K. on various Nortel engagement matters | 5/8/2017 | $725.00 | 0.5 | $362.50 |
| Wood,Jeffrey T (US013081390) | Executive Director | Review waiver and EDC settlements for tax implications and to document filing positions | 5/8/2017 | $725.00 | 2.6 | $1,885.00 |
| Wood,Jeffrey T (US013081390) | Executive Director | Draft outline of CODI implications for discussions with RLKS on same | 5/8/2017 | $725.00 | 2.3 | $1,667.50 |
| Wood,Jeffrey T (US013081390) | Executive Director | Redraft Nortel outline materials and distribute to account leadership | 5/8/2017 | $725.00 | 2.7 | $1,957.50 |
| Shapiro,Ari J (US013597642) | Senior | NNI Federal return supporting workpaper review - current tax expense | 5/8/2017 | $385.00 | 1.5 | $577.50 |
| Shapiro,Ari J (US013597642) | Senior | Review of XROS Return | 5/8/2017 | $385.00 | 1.9 | $731.50 |
| Shapiro,Ari J (US013597642) | Senior | NNI Federal return supporting workpaper review - reserve accounts | 5/8/2017 | $385.00 | 2.3 | $885.50 |
| Shapiro,Ari J (US013597642) | Senior | NNI Federal return supporting workpaper review - Fixed Assets/Depreciation | 5/8/2017 | $385.00 | 2.5 | $962.50 |
| Gray,Taylor A (US013700552) | Staff | Complete the Sonoma Federal Proforma | 5/8/2017 | $250.00 | 2.1 | $525.00 |
| Gray,Taylor A (US013700552) | Staff | Complete the Nortel Altsystems Federal Pro Forma | 5/8/2017 | $250.00 | 2.2 | $550.00 |
| Gray,Taylor A (US013700552) | Staff | Complete the Nortel Altsystems Intl. Proforma | 5/8/2017 | $250.00 | 2.9 | $725.00 |
| | | | | | 68.1 | $25,119.50 |

Nortel Networks, Inc.
SALT Compliance

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Walters,Sarah E (US013701217) | Staff | Preparing NNI CA annual report. | 4/18/2017 | $250.00 | 0.5 | $125.00 |
| Walters,Sarah E (US013701217) | Staff | Resolving CA and FL annual report issues with Trimble A. | 4/18/2017 | $250.00 | 1.0 | $250.00 |
| Walters,Sarah E (US013701217) | Staff | Revising May annual reports per Jeff W. | 4/18/2017 | $250.00 | 1.5 | $375.00 |
| Walters,Sarah E (US013701217) | Staff | Responding to emails from Matt G. regarding annual report filings. | 4/19/2017 | $250.00 | 0.5 | $125.00 |
| Walters,Sarah E (US013701217) | Staff | Reviewing annual reports as filed for February-April | 4/19/2017 | $250.00 | 2.0 | $500.00 |
| Walters,Sarah E (US013701217) | Staff | Researching annual report amendment processes | 4/20/2017 | $250.00 | 1.2 | $300.00 |
| Walters,Sarah E (US013701217) | Staff | Emails from Kim P. and Trimble A. regarding annual reports. | 4/21/2017 | $250.00 | 0.4 | $100.00 |
| Walters,Sarah E (US013701217) | Staff | Continuing to research annual report amendment processes. | 4/21/2017 | $250.00 | 2.8 | $700.00 |
| Shapiro,Ari J (US013597642) | Senior | Discussion of annual report filings in CA with Sarah W. | 5/3/2017 | $385.00 | 0.6 | $231.00 |
| Walters,Sarah E (US013701217) | Staff | Reviewing annual report information in order to respond to an email from Kim P. | 5/3/2017 | $250.00 | 1.0 | $250.00 |
| | | | | | 11.5 | $2,956.00 |

Nortel Networks, Inc.
NNIII Time Post 2/15

| Employee | Rank | Description | Transaction Date | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Gray,Taylor A (US013700552) | Staff | Revisions to the NNIII federal tax workflow per review comments received. | 5/4/2017 | $250.00 | 1.8 | $450.00 |
| | | | | | | |
| | | | | | 1.8 | $450.00 |