# **EXHIBIT B**

Nortel Networks, Inc.
Expenses

| Employee | Description | Transaction Date | Expenses |
|---|---|---|---|
| Kennedy,Diana Lynn (US012436403) | Air: Airfare for Houston meeting with RLKS - return booked on United\\SXHCQC | 3/14/17 | $211.18 |
| Kennedy,Diana Lynn (US012436403) | Air: Airfare to Houston for meeting with RLKS - departure booked on Delta\\SXHCQC | 3/14/17 | $273.78 |
| Kennedy,Diana Lynn (US012436403) | Air: Rebooking airfare for delayed meeting with RLKS in Houston\\SXHCQC | 3/27/17 | $111.70 |
| Kennedy,Diana Lynn (US012436403) | Air: Re-booking airfare for delayed trip to Houston with RLKS\\SXHCQC | 3/27/17 | $229.39 |
| Wood,Jeffrey T (US013081390) | Airfare - Broker Fee: Nortel Houston Meetings | 4/24/17 | $3.95 |
| Wood,Jeffrey T (US013081390) | Airfare - Broker Fee: Nortel Houston Meetings | 4/24/17 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Airfare: Amex booking fee for airfare\\SXHCQC | 3/14/17 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Airfare: Amex booking fee for airfare\\SXHCQC | 3/14/17 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Airfare: Amex booking fee for airfare\\SXHCQC | 3/27/17 | $7.00 |
| Kennedy,Diana Lynn (US012436403) | Airfare: Amex booking fee for airfare\\SXHCQC | 3/27/17 | $7.00 |
| Scott,James E (US011119307) | Airfare: Amex booking fee for airfare\\SXHCQC | 4/26/17 | $7.00 |
| Scott,James E (US011119307) | Airfare: Amex booking fee for airfare\\SXHCQC | 4/26/17 | $7.00 |
| Wood,Jeffrey T (US013081390) | Airfare: Houston Meetings\\YRIOHM | 5/8/17 | $373.34 |
| Wood,Jeffrey T (US013081390) | Airfare: Nortel Houston Meetings\\YRIOHM | 4/24/17 | ($33.57) |
| Wood,Jeffrey T (US013081390) | Airfare: Nortel Houston Meetings\\YRIOHM | 4/24/17 | $364.53 |
| Scott,James E (US011119307) | Airfare: United Air - Transportation | 4/26/17 | $356.53 |
|  |  |  | $1,939.83 |
| Lowery,Kristie L (US011686190) | Meals: Meeting in NJ to discuss OOSW with Kathryn Schultea.  Lunch meeting with Jennie DeVincenzo and Kristie Lowery to discuss OOSW discussion w Kathryn Schultea | 4/10/2017 | $25.50 |
| Lowery,Kristie L (US011686190) | Meals: Meeting, working lunch with Rebecca Mills and Kristie Lowery to discuss testing results for tax calculations | 4/7/2017 | $15.31 |
|  |  |  | 40.81 |
|  |  |  | $1,980.64 |