## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:

In re                                 :        Chapter 11
:

Nortel Networks Inc., et al.,[1]        :        Case No. 09-10138 (KG)
:

           Wind-Down Debtors and Debtor-  :        Jointly Administered
           In-Possession.                 :
:

                                      :        **Hearing Date: TBD**
------------------------------------------------------------X  **Objections Due: July 27, 2017 at 4:00 p.m. (ET)**

**ONE-HUNDRED AND FIRST MONTHLY (FOR THE PERIOD MAY 1, 2017 THROUGH MAY 8, 2017) AND FINAL APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>JANUARY 14, 2009 THROUGH MAY 8, 2017</u>**

| | |
|---|---|
| Name of Applicant: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | February 4, 2009, *nunc pro tunc* to January 14, 2009 |
| Monthly Period for which compensation and reimbursement is sought: | May 1, 2017 through May 8, 2017 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). This fee application is not a final fee application with respect to Nortel Networks India International Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Amount of Monthly compensation sought
as actual, reasonable, and necessary:                    $59,599.00


Amount of Monthly reimbursement sought
as actual, reasonable, and necessary:                    $2,832.14

Final Period for which compensation and
reimbursement is sought:                                 January 14, 2009 through May 8, 2017

Amount of Final compensation sought as
actual, reasonable, and necessary:                       $9,453,691.75,[2] plus $26,882.50 in fees for
                                                         preparation and filing of professionals fee
                                                         applications after the Effective Date of the Plan.[3]

Amount of Final reimbursement sought as
actual, reasonable, and necessary:                       $1,564,536.79[4]

This is a  _x_  monthly                                        _x_   final application

The total time expended for fee application preparation is approximately 62.8 hours and the
corresponding compensation requested is approximately $26,882.50.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 2/13/09 | 1/14/09 – 1/31/09 | $85,859.00/$23,353.91 | $85,859.00/$23,353.91 |

---

[2]     Morris Nichols notes that NNIII has not yet filed a Chapter 11 plan and will continue to
file fee applications during the pendency of its bankruptcy case.  NNIII is included on
this Application because it has historically been consolidated with the other Debtors for
fee application purposes and Morris Nichols seeks to ensure that all fees for NNIII
through and including May 8, 2017 are approved by the Bankruptcy Court.  All fees of
Morris Nichols for professional services performed for NNIII after May 8, 2017 will be
included in future fee applications filed by Morris Nichols in the NNIII bankruptcy case.

[3]     This amount accounts for Morris Nichols' agreed reduction of its fees in the amount of
$1,125.00 at the request of the Fee Examiner.

[4]     This amount accounts for Morris Nichols' agreed reduction of its costs in the amount of
$1,136.00 at the request of the Fee Examiner.

| 3/26/09 | 2/1/09 – 2/28/09 | $73,614.00/$50,566.31 | $73,614.00/$50,566.31 |
|---|---|---|---|
| 4/28/09 | 3/1/09 – 3/31/09 | $40,052.00/$16,676.97 | $40,052.00/$16,676.97 |
| 6/1/09 | 4/1/09 – 4/30/09 | $42,954.50/$10,037.89 | $42,954.50/$10,037.89 |
| 6/18/09 | 5/1/09 – 5/31/09 | $83,006.00/$25,040.48 | $83,006.00/$25,040.48 |
| 8/5/09 | 6/1/09 – 6/30/09 | $74,734.60/$42,928.97 | $74,734.60/$42,928.97 |
| 8/31/09 | 7/1/09 – 7/31/09 | $117,769.50/$53,271.92 | $117,769.50/$53,271.92 |
| 9/24/09 | 8/1/09 – 8/31/09 | $54,052.50/$19,895.00 | $54,052.50/$19,895.00 |
| 10/22/09 | 9/1/09 – 9/30/09 | $125,444.00/$25,254.56 | $125,444.00/$25,254.56 |
| 11/23/09 | 10/1/09 – 10/31/09 | $81,157.00/$25,412.27 | $81,157.00/$25,412.27 |
| 1/5/10 | 11/1/09 – 11/30/09 | $143,880.50/$38,302.66 | $143,880.50/$38,302.66 |
| 1/28/10 | 12/1/09 – 12/31/09 | $116,740.00/$34,922.61 | $116,740.00/$34,922.61 |
| 2/15/10 | 1/1/10 – 1/31/10 | $91,509.75/$16,493.68 | $91,509.75/$16,493.68 |
| 3/24/10 | 2/1/10 – 2/28/10 | $95,476.00/$25,763.13 | $95,476.00/$25,763.13 |
| 4/22/10 | 3/1/10 – 3/31/10 | $90,411.00/$27,486.03 | $90,411.00/$27,486.03 |
| 5/21/10 | 4/1/10 – 4/30/10 | $45,618.00/$12,056.68 | $45,618.00/12,056.68 |
| 6/30/10 | 5/1/10 – 5/31/10 | $73,857.50/$15,945.84 | $73,857.50/$15,945.84 |
| 7/28/10 | 6/1/10 – 6/30/10 | $108,945.25/$11,730.99 | $108,945.25/$11,730.99 |
| 8/23/10 | 7/1/10 – 7/31/10 | $112,383.50/$8,047.57 | $112,383.50/$8,047.57 |
| 10/1/10 | 8/1/10 – 8/31/10 | $106,822.75/$10,719.78 | $106,822.75/$10,719.78 |
| 10/22/10 | 9/1/10 – 9/30/10 | $135,167.75/$20,355.43 | $135,167.75/$20,355.43 |
| 11/17/10 | 10/1/10-10/31/10 | $86,345.00/$12,983.11 | $86,345.00/$12,983.11 |
| 12/27/10 | 11/1/10-11/30/10 | $112,526.25/$23,300.46 | $112,526.25/$23,300.46 |
| 1/27/11 | 12/1/10-12/31/10 | $93,371.00/$27,703.11 | $93,371.00/$27,703.11 |
| 2/18/11 | 1/1/11-1/31/11 | $118,982.50/$21,125.94 | $118,982.50/$21,125.94 |

| | | | |
|---|---|---|---|
| 3/25/11 | 2/1/11-2/28/11 | $103,660.50/$13,570.53 | $103,660.50/$13,570.53 |
| 5/6/11 | 3/1/11-3/31/11 | $89,865.00/$10,715.77 | $89,865.00/$10,715.77 |
| 5/31/11 | 4/1/11-4/30/11 | $158,013.50/$30,734.77 | $158,013.50/$30,734.77 |
| 6/23/11 | 5/1/11-5/31/11 | $104,089.00/$10,796.77 | $104,089.00/$10,796.77 |
| 7/28/11 | 6/1/11-6/30/11 | $180,369.00/$29,810.95 | $180,369.00/$29,810.95 |
| 8/16/11 | 7/1/11-7/31/11 | $114,729.00/$22,284.70 | $114,729.00/$22,284.70 |
| 10/13/11 | 8/1/11-8/31/11 | $118,295.50/$45,301.34 | $118,295.50/$45,301.34 |
| 10/26/11 | 9/1/11-9/30/11 | $98,823.50/$15,355.07 | $98,823.50/$15,355.07 |
| 11/22/11 | 10/1/11-10/31/11 | $100,158.50/$31,489.14 | $100,158.50/$31,489.14 |
| 12/30/11 | 11/1/11-11/30/11 | $80,313.50/$7,722.77 | $80,313.50/$7,722.77 |
| 1/23/12 | 12/1/11-12/31/11 | $48,411.50/$13,113.86 | $48,411.50/$13,113.86 |
| 2/28/12 | 1/1/12-1/31/12 | $73,182.00/$13,849.61 | $73,182.00/$13,849.61 |
| 4/12/12 | 2/1/12-2/29/12 | $68,897.50/$5,235.34 | $68,897.50/$5,235.34 |
| 4/25/12 | 3/1/12-3/31/12 | $64,376.00/$10,885.63 | $64,376.00/$10,885.63 |
| 5/21/12 | 4/1/12-4/30/12 | $54,678.50/$5,693.56 | $54,678.50/$5,693.56 |
| 7/10/12 | 5/1/12-5/31/12 | $59,010.00/$4,870.17 | $59,010.00/$4,870.17 |
| 8/8/12 | 6/1/12-6/30/12 | $58,033.50/$14,114.88 | $58,033.50/$14,114.88 |
| 8/24/12 | 7/1/12-7/31/12 | $70,600.50/$14,763.05 | $70,600.50/$14,763.05 |
| 10/11/12 | 8/1/12-8/31/12 | $78,911.50/$10,177.64 | $78,911.50/$10,177.64 |
| 10/24/12 | 9/1/12-9/30/12 | $56,163.00/$10,201.83 | $56,163.00/$10,201.83 |
| 11/20/12 | 10/1/12-10/31/12 | $68,908.50/$13,028.18 | $68,908.50/$13,028.18 |
| 12/20/12 | 11/1/12-11/30/12 | $64,019.50/$15,733.89 | $64,019.50/$15,733.89 |
| 1/15/13 | 12/1/12-12/31/12 | $45,698.00/$14,815.13 | $45,698.00/$14,815.13 |
| 2/28/13 | 1/1/13-1/31/13 | $66,088.00/$12,040.72 | $66,088.00/$12,040.72 |

| | | | |
|---|---|---|---|
| 4/1/13 | 2/1/13-2/28/13 | $77,357.00/$10,801.78 | $77,357.00/$10,801.78 |
| 4/10/13 | 3/1/13-3/31/13 | $80,496.50/$16,051.74 | $80,496.50/$16,051.74 |
| 5/21/13 | 4/1/13-4/30/13 | $134,164.50/$27,430.06 | $134,164.50/$27,430.06 |
| 6/19/13 | 5/1/13-5/31/13 | $122,922.50/$23,097.63 | $122,922.50/$23,097.63 |
| 7/15/13 | 6/1/13-6/30/13 | $76,554.50/$ 18,341.63 | $76,554.50/$ 18,341.63 |
| 8/22/13 | 7/1/13-7/31/13 | $77,966.00/$12,236.96 | $77,966.00/$12,236.96 |
| 9/13/13 | 8/1/13-8/31/13 | $90,503.00/$7,099.98 | $90,503.00/$7,099.98 |
| 10/15/13 | 9/1/13-9/30/13 | $96,516.50/$14,108.54 | $96,516.50/$14,108.54 |
| 11/18/13 | 10/1/13-10/31/13 | $112,894.50/$15,319.69 | $112,894.50/$15,319.69 |
| 12/19/13 | 11/1/13-11/30/13 | $104,876.50/$16,449.41 | $104,876.50/$16,449.41 |
| 1/16/14 | 12/1/13-12/31/13 | $61,550.50/$5,312.57 | $61,550.50/$5,312.57 |
| 2/11/14 | 1/1/14-1/31/14 | $118,050.00/$8,795.39 | $118,050.00/$8,795.39 |
| 3/24/14 | 2/1/14-2/28/14 | $85,669.50/$9,637.12 | $85,669.50/$9,637.12 |
| 4/29/14 | 3/1/14-3/31/14 | $123,022.50/$6,046.36 | $123,022.50/$6,046.36 |
| 5/22/14 | 4/1/14-4/30/14 | $173,525.50/8,027.16 | $173,525.50/8,027.16 |
| 6/17/14 | 5/1/14-5/31/14 | $292,402.50/$29,949.74 | $292,402.50/$29,949.74 |
| 7/15/14 | 6/1/14-6/30/14 | $135,096.00/$108,324.56 | $135,096.00/$108,324.56 |
| 8/26/14 | 7/1/14-7/31/14 | $95,345.50/$19,331.64 | $95,345.50/$19,331.64 |
| 9/24/14 | 8/1/14-8/31/14 | $102,349.00/$4,550.56 | $102,349.00/$4,550.56 |
| 10/20/14 | 9/1/14-9/30/14 | $120,029.50/$11,207.18 | $120,029.50/$11,207.18 |
| 11/19/14 | 10/1/14-10/31/14 | $85,481.00/$13,438.55 | $85,481.00/$13,438.55 |
| 12/18/14 | 11/1/14-11/30/14 | $88,909.50/$21,619.89 | $88,909.50/$21,619.89 |
| 1/12/15 | 12/1/14-12/31/14 | $42,127.50/$13,277.01 | $42,127.50/$13,277.01 |
| 2/18/15 | 1/1/15-1/31/15 | $47,120.00/$5,975.70 | $47,120.00/$5,975.70 |

| | | | |
|---|---|---|---|
| 3/25/15 | 2/1/15-2/28/15 | $77,562.50/$13,855.65 | $77,562.50/$13,855.65 |
| 4/20/15 | 3/1/15-3/31/15 | $82,082.00/$6,801.58 | $82,082.00/$6,801.58 |
| 5/12/15 | 4/1/15-4/30/15 | $54,016.50/$7,377.35 | $54,016.50/$7,377.35 |
| 6/15/15 | 5/1/15-5/31/15 | $86,893.50/$6,471.75 | $86,893.50/$6,471.75 |
| 7/15/15 | 6/1/15-6/30/15 | $85,606.00/$5,532.09 | $85,606.00/$5,532.09 |
| 8/13/15 | 7/1/15-7/31/15 | $85,742.00/$8,040.44 | $85,742.00/$8,040.44 |
| 9/14/15 | 8/1/15-8/31/15 | $76,964.50/$4,611.72 | $76,964.50/$4,611.72 |
| 10/19/15 | 9/1/15-9/30/15 | $80,206.50/$9,623.78 | $80,206.50/$9,623.78 |
| 11/11/15 | 10/1/15-10/31/15 | $106,863.25/$9,345.23 | $106,863.25/$9,345.23 |
| 12/11/15 | 11/1/15-11/30/15 | $86,933.75/$7,271.34 | $86,933.75/$7,271.34 |
| 1/8/16 | 12/1/15-12/31/16 | $64,046.50/$2,733.71 | $64,046.50/$2,733.71 |
| 2/10/16 | 1/1/16-1/31/16 | $49,726.50/$3,724.97 | $49,726.50/$3,724.97 |
| 3/9/16 | 2/1/16-2/29/16 | $83,942.50/$6,712.86 | $83,942.50/$6,712.86 |
| 4/11/16 | 3/1/16-3/31/16 | $92,806.50/$2,385.49 | $92,806.50/$2,385.49 |
| 5/11/16 | 4/1/16-4/30/16 | $57,368.00/$4,428.84 | $57,368.00/$4,428.84 |
| 6/15/16 | 5/1/16-5/31/16 | $55,446.00/$4,148.31 | $55,446.00/$4,148.31 |
| 7/12/16 | 6/1/16/6/30/16 | $60,761.50/$1,471.94 | $60,761.50/$1,471.94 |
| 8/11/16 | 7/1/16-7/31/16 | $53,399.50/$4,390.28 | $53,399.50/$4,390.28 |
| 9/15/16 | 8/1/16-8/31/16 | $73,906.00/$2,212.10 | $73,906.00/$2,212.10 |
| 10/27/16 | 9/1/16-9/30/16 | $69,718.50/$2,283.84 | $69,718.50/$2,283.84 |
| 11/16/16 | 10/1/16-10/31/16 | $145,529.50/$2,677.42 | $145,529.50/$2,677.42 |
| 12/30/16 | 11/1/16-11/30/16 | $116,141.50/$6,435.78 | $116,141.50/$6,435.78 |
| 1/26/17 | 12/1/16-12/31/16 | $181,113.50/$6,308.39 | $181,113.50/$6,308.39 |
| 2/15/17 | 1/1/17-1/31/17 | $259,512.50/$18,834.08 | $259,512.50/$18,834.08 |

| 3/13/17 | 2/1/17-2/28/17 | $139,190.00/$7,765.34 | $111,352.00/$7,765.34 |
|---------|----------------|-----------------------|-----------------------|
| 4/13/17 | 3/1/17-3/31/17 | $75,178.00/$3,369.56 | $60,142.40/$3,369.56 |
| 5/22/17 | 4/1/17-4/30/17 | $113,428.00/$1,915.86 | $90,742.40/$1,915.86 |

**MONTHLY COMPENSATION BY PROFESSIONAL
NORTEL NETWORKS INC., ET AL.
(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Name of Professional Person | Position of the Applicant/Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eric D. Schwartz | Partner/Bankruptcy | $775 | 3.5 | $2,712.50 |
| Patricia O. Vella | Partner/Corporate | 775 | 5.8 | 4,495.00 |
| Derek C. Abbott | Partner/Bankruptcy | 750 | 7.7 | 5,775.00 |
| Andrew Remming | Partner/Bankruptcy | 650 | 4.1 | 2,665.00 |
| Matthew B. Harvey | Associate/Bankruptcy | 625 | .4 | 250.00 |
| Tamara K. Minott | Associate/Bankruptcy | 550 | 34.3 | 18,865.00 |
| Andrew Roth-Moore | Associate/Bankruptcy | 515 | 33.0 | 16,995.00 |
| Marisa Maddox | Paralegal | 295 | 15.3 | 4,513.50 |
| Angela Conway | Paralegal | 295 | 1.0 | 295.00 |
| Renae Fusco | Paralegal | 295 | .6 | 177.00 |
| Alyson Poppiti | Paralegal | 280 | 9.8 | 2,744.00 |
| Theresa Naimoli | Case Clerk | 160 | .7 | 112 |
| **Total** | | | **116.20** | **$59,599.00** |

| | | |
|---|---|---|
| **GRAND TOTAL:** | $59,599.00 | |
| **ATTORNEY BLENDED RATE:** | $582.85 | |
| **BLENDED RATE:** | $512.90 | |

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .5 | $249.50 |
| Fee Applications (MNAT – Filing) | .2 | 59.00 |
| Fee Applications (Others – Filing) | 6.0 | 2,284.00 |
| Fee Applications (MNAT – Objections) | .4 | 143.50 |
| Fee Applications (Others – Objections) | 1.0 | 397.00 |
| Other Contested Matters | 4.9 | 2,458.50 |
| Court Hearings | 14.9 | 6,758.00 |
| Claims Objections and Administration | 1.7 | 1,020.00 |
| Plan and Disclosure Statement | 9.0 | 5,128.00 |
| Litigation/Adversary Proceedings | 32.0 | 18,148.00 |
| General Corporate Matters | 42.5 | 21,295.00 |
| Allocation | 3.1 | 1,658.50 |
| **TOTAL** | **116.20** | **$59,599.00** |

**MONTHLY EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier/Delivery Service | | $92.63 |
| Transcripts | | 2,739.51 |
| **Grand Total Expenses** | | **$2,832.14** |

**FINAL COMPENSATION BY PROFESSIONAL**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 Through May 8, 2017**

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William Lafferty | Partner/Corporate | $830 | 7.0 | 5,810.00 |
| Thomas Grimm | Partner/Corporate | 800 | .2 | 160.00 |
| David Teklits | Partner/Corporate | 765 | 1.8 | 1,377.00 |
| Frederick H. Alexander | Partner/Corporate Counseling | 750 | .3 | $225.00 |
|  |  | 725 | 1.5 | 1,087.50 |
| Robert J. Dehney | Partner/Bankruptcy | 770 | .2 | 154.00 |
|  |  | 725 | .3 | 217.50 |
| Jeffrey R. Wolters | Partner/Corporate | 730 | .5 | 365.00 |
|  |  | 690 | 2.0 | 1,380.00 |
| Walter Tuthill | Partner/Commercial | 760 | .8 | 608.00 |
|  |  | 680 | 3.2 | 2,176.00 |
|  |  | 665 | 4.6 | 3,059.00 |
|  |  | 650 | 2.0 | 1,300.00 |
| David L. Hamilton | Partner/Corporate | 665 | 1.0 | 665.00 |
| David A. Harris | Partner/Commercial | 675 | .4 | 270.00 |
|  |  | 635 | 1.4 | 889.00 |
|  |  | 615 | 1.7 | 1,045.50 |
|  |  | 595 | 2.2 | 1,309.00 |
|  |  | 580 | 2.2 | 1,276.00 |
| Donna L. Culver | Partner/Bankruptcy | 710 | 1.0 | 710.00 |
|  |  | 655 | 9.9 | 6,484.50 |
|  |  | 635 | 31.0 | 19,685.00 |
|  |  | 615 | 21.4 | 13,161.00 |
|  |  | 600 | 117.8 | 70,680.00 |
|  |  | 580 | 351.5 | 203,870.00 |

| | | | | |
|---|---|---|---|---|
| | | 565 | 210.1 | 118,706.50 |
| | | 282.50 | 9.6 | 2,712.00 |
| Eric D. Schwartz | Partner/Bankruptcy | 775 | 19.6 | 15,190.00 |
| | | 710 | 48.1 | 34,151.00 |
| | | 655 | 62.9 | 41,199.50 |
| | | 635 | 146.1 | 92,773.50 |
| | | 615 | 123.2 | 75,768.00 |
| | | 600 | 59.9 | 35,940.00 |
| | | 580 | 124.3 | 72,094.00 |
| | | 565 | 97.7 | 55,200.50 |
| | | 550 | 124.8 | 68,640.00 |
| | | 275 | 4.8 | 1,320.00 |
| Derek C. Abbott | Partner/Bankruptcy | 750 | 105.00 | 78,750.00 |
| | | 710 | 234.2 | 166,282.00 |
| | | 675 | 213.9 | 144,382.50 |
| | | 650 | 485.4 | 315,510.00 |
| | | 635 | 257.6 | 163,576.00 |
| | | 600 | 137.6 | 82,560.00 |
| | | 580 | 231.6 | 134,328.00 |
| | | 565 | 246.5 | 139,272.50 |
| | | 550 | 366.3 | 201,465.00 |
| | | 355 | 1.4 | 497.00 |
| | | 337.50 | 19.4 | 6,547.50 |
| | | 325 | 3.4 | 1,105.00 |
| | | 282.50 | 14.7 | 4,152.75 |
| | | 275 | 15.7 | 4,317.50 |
| Gregory W. Werkheiser | Partner/Bankruptcy | 685 | 1.2 | 822.00 |
| | | 610 | .3 | 183.00 |
| | | 590 | .2 | 118.00 |
| | | 555 | 7.9 | 4,384.50 |
| | | 540 | .5 | 270.00 |
| Patricia O. Vella | Partner/Corporate | 775 | 23.3 | 18,057.50 |

| Name | Title/Department | Rate | Hours | Amount |
|---|---|---|---|---|
| | | 715 | 21.4 | 15,301 |
| | | 655 | .7 | 458.50 |
| | | 590 | 1.0 | 590.00 |
| | | 560 | 3.8 | 2,128.00 |
| | | 540 | 5.8 | 3,132.00 |
| | | 525 | 6.9 | 3,622.50 |
| | | 505 | 1.9 | 959.50 |
| | | 495 | .4 | 198.00 |
| Melissa A. DiVincenzo | Partner/Corporate | 750 | 1.1 | 825.00 |
| | | 695 | 5.5 | 3,822.50 |
| | | 560 | .4 | 224.00 |
| | | 510 | .4 | 204.00 |
| Eric Klinger-Wilensky | Partner/Corporate | 560 | .3 | 168.00 |
| Todd Flubacher | Partner/Trust and Estates | 545 | 2.9 | 1,580.50 |
| Katherine H. Betterly | Counsel/Commercial | 510 | 9.8 | 4,998.00 |
| | | 475 | 25.4 | 12,065.00 |
| | | 455 | 1.8 | 819.00 |
| Curtis S. Miller | Partner/Bankruptcy | 695 | .2 | 139.00 |
| | | 525 | 10.8 | 5,670.00 |
| | | 490 | .8 | 392.00 |
| | | 465 | 18.0 | 8,370.00 |
| | | 425 | 4.2 | 1,785.00 |
| | | 395 | 1.8 | 711.00 |
| Jason Russell | Partner/Commercial | 595 | 8.3 | 4,938.50 |
| Kimberly McKinnon | Counsel/Trust and Estates | 550 | 21.2 | 11,660.00 |
| Angela Priest | Associate/Corporate | 480 | 3.9 | 1,872.00 |
| | | 435 | 6.0 | 2,610.00 |
| Gregory T. Donilon | Associate/Bankruptcy | 465 | 32.7 | 15,205.50 |
| | | 440 | 103.8 | 45,672.00 |
| | | 415 | .4 | 166.00 |
| Daniel B. Butz | Special Counsel/Bankruptcy | 595 | .6 | 357.00 |
| | | 555 | .6 | 333.00 |

| | | | | |
|---|---|---|---|---|
| | | 525 | 3.2 | 1,680.00 |
| | | 510 | 1.8 | 918.00 |
| | | 480 | 2.3 | 1,104.00 |
| | | 465 | .4 | 186.00 |
| | | 440 | .6 | 264.00 |
| | | 415 | 9.0 | 3,735.00 |
| Tarik J. Haskins | Partner/Commercial | 575 | .1 | 57.50 |
| | | 540 | 3.8 | 2,052.00 |
| | | 425 | 18.7 | 7,947.50 |
| Ann C. Cordo | Associate/Bankruptcy | 520 | 251.6 | 130,832.00 |
| | | 500 | 1,359.8 | 679,900.00 |
| | | 490 | 1,041.8 | 510,482.00 |
| | | 455 | 642.0 | 292,110.00 |
| | | 450 | 888.7 | 399,915.00 |
| | | 380 | 887.9 | 337,402.00 |
| | | 350 | 857.1 | 299,985.00 |
| | | 190 | 5.2 | 988.00 |
| | | 175 | 15.2 | 2,660.00 |
| Ryan Greecher | Associate/Corporate | 415 | 1.3 | 539.50 |
| John A. Sensing | Associate/Bankruptcy | 370 | .4 | 148.00 |
| Nathan Catchpole | Associate/Bankruptcy | 355 | 14.1 | 5,005.50 |
| | | 330 | 17.3 | 5,709.00 |
| Chad A. Fights | Associate/Bankruptcy | 405 | 198.1 | 80,230.50 |
| | | 375 | 274.6 | 102,975.00 |
| | | 340 | 3.4 | 1,156.00 |
| | | 295 | 6.3 | 1,858.50 |
| Andrew R. Remming | Partner/Bankruptcy | 650 | 117.2 | 76,180.00 |
| | | 595 | 343.2 | 204,204.00 |
| | | 500 | 360.9 | 180,450.00 |
| | | 475 | 1.2 | 570.00 |
| | | 440 | .3 | 132.00 |
| | | 405 | 4.3 | 1,741.50 |

| Name | Title/Department | Rate | Hours | Amount |
|------|------------------|------|-------|--------|
| | | 375 | 6.7 | 2,512.50 |
| | | 340 | 114.6 | 38,964.00 |
| | | 297.50 | 3.6 | 1,071.00 |
| | | 295 | 670.7 | 197,856.50 |
| Jeremy Tigan | Partner/Intellectual Property | 625 | 1.1 | 687.50 |
| | | 550 | .3 | 165.00 |
| | | 380 | 1.2 | 456.00 |
| Thomas F. Driscoll | Associate/Bankruptcy | 350 | 102.2 | 35,770.00 |
| Kelly Conlan | Associate/Bankruptcy | 350 | 13.5 | 4,725.00 |
| Matthew B. Harvey | Associate/Bankruptcy | 625 | .8 | 500.00 |
| | | 525 | 1.9 | 997.50 |
| | | 485 | 3.2 | 1,552.00 |
| | | 415 | .3 | 124.50 |
| | | 350 | .4 | 140.00 |
| | | 305 | 11.7 | 3,568.50 |
| | | 265 | 4.2 | 1,113.00 |
| Erin R. Fay | Associate/Bankruptcy | 485 | 1.4 | 679.00 |
| | | 450 | .3 | 135.00 |
| | | 415 | 24.3 | 10,084.50 |
| | | 380 | 9.1 | 3,458.00 |
| | | 350 | 9.2 | 3,220.00 |
| | | 265 | 5.0 | 1,325.00 |
| Shannon E. German | Associate/Corporate | 305 | .3 | 91.50 |
| Alissa T. Gazze | Associate/Bankruptcy | 310 | 441.3 | 136,803.00 |
| | | 270 | 415.5 | 112,185.00 |
| | | 225 | 8.7 | 1,957.50 |
| Seth S. Brostoff | Associate/Bankruptcy | 310 | 21.4 | 6,634.00 |
| | | 270 | 82.3 | 22,221.00 |
| | | 225 | 2.0 | 450.00 |
| L. John Bird | Associate/Bankruptcy | 270 | 35 | 9,450.00 |
| | | 225 | 4.3 | 967.50 |
| Ethan Townsend | Associate/Intellectual Property | 450 | 1.3 | 585.00 |

| Name | Title | Rate | Hours | Amount |
|------|-------|------|-------|--------|
| | | 405 | .8 | 324.00 |
| William Alleman, Jr. | Associate/Bankruptcy | 430 | 5.8 | 2,494.00 |
| | | 400 | 6.8 | 2,720.00 |
| | | 370 | 9.8 | 3,626.00 |
| | | 320 | 27.1 | 8,672.00 |
| | | 275 | 10.6 | 2,915.00 |
| | | 235 | 15.4 | 3,619.00 |
| Justin E. Mann | Summer Associate | 210 | 24.9 | 5,229.00 |
| Tamara K. Minott | Associate/Bankruptcy | 550 | 371.5 | 204,325.00 |
| | | 450 | 881.3 | 396,585.00 |
| | | 405 | 696.8 | 282,204.00 |
| | | 380 | 511.4 | 194,332.00 |
| | | 330 | 506.2 | 167,046.00 |
| | | 280 | 223.7 | 62,636.00 |
| | | 275 | 2.0 | 550.00 |
| | | 240 | 2.9 | 696.00 |
| | | 210 | 16.2 | 3,402.00 |
| Justin Houser | Associate/Bankruptcy | 400 | 15.3 | 6,120.00 |
| | | 370 | 75.6 | 27,972.00 |
| | | 320 | 1.3 | 416.00 |
| | | 275 | .2 | 55.00 |
| | | 205 | 10.4 | 2,132.00 |
| Christopher Hayes | Associate/Bankruptcy | 295 | 36.5 | 10,767.50 |
| | | 250 | 3.2 | 800.00 |
| Shaun Kelley | Associate/Corporate | 355 | 14.1 | 5,005.50 |
| Matthew R. Koch | Associate/Bankruptcy | 305 | 2.8 | 854.00 |
| Jason Tyler | Associate/Corporate | 380 | 1.4 | 532.00 |
| Dean Shauger | Summer Associate | 205 | 14.5 | 2,972.50 |
| Alexandra Cumings | Summer Associate | 205 | 11.5 | 2,357.50 |
| Elizabeth A. Hill | Summer Associate | 220 | 19.7 | 4,334.00 |
| Sarah Ney-Gelsinger | Associate/Corporate | 345 | 1.0 | 345.00 |
| | | 220 | 2.0 | 440.00 |

| Andrew Berni | Associate/ Corporate | 305 | 25.1 | 7,655.50 |
|---|---|---|---|---|
| Andrew Roth-Moore | Associate/Bankruptcy | 515 | 310.4 | 159,856.00 |
| | | 425 | 111.0 | 47,175.00 |
| Marcy McLaughlin | Associate/ Bankruptcy | 305 | 3.9 | 1,189.50 |
| Nathan Barnett | Associate/Corporate | 405 | 3.1 | 1,255.50 |
| Matthew Talmo | Associate/Bankruptcy | 395 | 21.8 | 8,611.00 |
| | | 330 | 73.0 | 24,090.00 |
| Don Van Buren | Associate/Corporate | 330 | 2.5 | 825.00 |
| Jose Bibiloni | Associate/Bankruptcy | 395 | 33.1 | 13,074.50 |
| | | 330 | 3.4 | 1,122.00 |
| Brian S. Eng | Summer Associate | 225 | 11.9 | 2,677.50 |
| Angela R. Conway | Paralegal | 295 | 9.7 | 2,861.50 |
| | | 275 | 24.4 | 6,710.00 |
| | | 260 | 28.9 | 7,514.00 |
| | | 250 | 32.5 | 8,125.00 |
| | | 240 | 25.7 | 6,168.00 |
| | | 230 | 42.5 | 9,775.00 |
| | | 220 | 157.2 | 34,584.00 |
| | | 210 | 150.3 | 31,563.00 |
| | | 205 | 68.3 | 14,001.50 |
| Renae M. Fusco | Paralegal | 295 | 7.4 | 2,183.00 |
| | | 275 | 14.1 | 3,877.50 |
| | | 260 | 29.0 | 7,540.00 |
| | | 250 | 85.3 | 21,325.00 |
| | | 240 | 16.4 | 3,936.00 |
| | | 230 | 30.1 | 6,923.00 |
| | | 220 | 58.9 | 12,958.00 |
| | | 210 | 100.3 | 21,063.00 |
| | | 205 | 47.8 | 9,799.00 |
| Alyson D. Poppiti | Paralegal | 280 | 11.5 | 3,220.00 |
| | | 275 | .6 | 165.00 |
| | | 240 | .8 | 192.00 |

| | | | | |
|---|---|---|---|---|
| | | 230 | .3 | 69.00 |
| | | 220 | 2.0 | 440.00 |
| | | 210 | 17.8 | 3,738.00 |
| Marisa DeCarli Maddox | Paralegal | 295 | 158.5 | 46,757.50 |
| | | 275 | 425.1 | 116,902.50 |
| | | 260 | 349.0 | 90,740.00 |
| | | 250 | 311.5 | 77,875.00 |
| | | 240 | 434.1 | 104,184.00 |
| | | 230 | 393.6 | 90,528.00 |
| | | 205 | 688.7 | 141,183.50 |
| Emma J. Campbell | Paralegal | 195 | 785.3 | 153,133.50 |
| | | 190 | 654.7 | 124,393.00 |
| Jason Kittinger | Paralegal | 195 | 77.6 | 15,132.00 |
| | | 190 | 242.2 | 46,018.00 |
| Laura Viereck | Paralegal | 260 | .5 | 130.00 |
| Ronald Amores | IT Litigation Support | 315 | 1.7 | 535.50 |
| | | 280 | 7.1 | 1,988.00 |
| | | 250 | 1.0 | 250.00 |
| | | 225 | 2.0 | 450.00 |
| James Ngure | IT Ligation Support | 275 | 1.3 | 357.50 |
| | | 250 | 3.5 | 875.00 |
| | | 245 | 7.0 | 1,715.00 |
| | | 215 | 2.0 | 430.00 |
| Byron Poland | IT Litigation Support | 275 | 2.2 | 605.00 |
| | | 250 | .6 | 150.00 |
| | | 245 | 4.8 | 1,176.00 |
| | | 235 | .1 | 23.50 |
| | | 215 | .2 | 43.00 |
| David Kelley | Trial Support | 150 | 2.5 | 375.00 |
| Elizabeth Stack | Librarian | 205 | .2 | 41.00 |

| | | | | |
|---|---|---|---|---|
| Theresa Naimoli | Case Clerk | 160 | 15.1 | 2,416.00 |
| | | 155 | 32.5 | 5,037.50 |
| | | 150 | 36.1 | 5,415.00 |
| | | 145 | 57.7 | 8,366.50 |
| | | 140 | 36.3 | 5,082.00 |
| | | 135 | 36.0 | 4,860.00 |
| | | 130 | 23.3 | 3,029.00 |
| Wel Freeman | Case Clerk | 160 | 2.7 | 432.00 |
| | | 155 | 3.4 | 527.00 |
| | | 150 | 2.9 | 435.00 |
| | | 145 | .2 | 29.00 |
| | | 140 | .3 | 42.00 |
| | | 135 | 4.1 | 553.50 |
| | | 130 | 2.8 | 364.00 |
| Susan L. Elia | Case Clerk | 135 | .8 | 108.00 |
| Andrea Ciabattoni | Case Clerk | 145 | 1.1 | 159.50 |
| | | 135 | 1.2 | 162.00 |
| | | 130 | .1 | 13.00 |
| Mary C. Hall | Case Clerk | 130 | .7 | 91.00 |
| Barbara Pietruczenia | Case Clerk | 140 | 1.8 | 252.00 |
| | | 130 | 1.7 | 221.00 |
| | | 125 | 3.0 | 375.00 |
| Stella LaBarre | Case Clerk | 275 | 1.2 | 330.00 |
| Cassandra Tate | Case Clerk | 135 | 1.6 | 216.00 |
| Sonja Tate | Case Clerk | 145 | 1.4 | 203.00 |
| | | 130 | 4.2 | 546.00 |
| | | 125 | 32.3 | 4,037.50 |
| **Total** | | | **23,540.7** | **$9,454,816.75** |
| **GRAND TOTAL:** | **$9,454,816.75** | | | |
| **BLENDED RATE:** | **$401.67** | | | |

**FINAL COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 Through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1,555.3 | $502,233.50 |
| Asset Analysis and Recovery | 28.9 | 45,963.50 |
| Asset Disposition | 1,392.2 | 500,436.50 |
| Relief from Stay/Adequate Protection | 7.0 | 2,215.00 |
| Automatic Stay Matters | 286.1 | 121,267.00 |
| Creditor Communications and Meetings | 127.4 | 53,949.00 |
| Fee/Employee Applications | 618.4 | 169,404.50 |
| Fee/Employee Objections | 4.2 | 1,518.50 |
| Fee Applications (MNAT- Filing) | 749.6 | 216,677.50 |
| Fee Applications (Others – Filing) | 2,458.3 | 851,879.50 |
| Fee Applications (MNAT-Objections) | 35.4 | 13,421.00 |
| Fee Applications (Others-Objections) | 396.5 | 150,478.50 |
| Avoidance Actions | 29.2 | 11,018.50 |
| Executory Contracts/Unexpired Leases | 306.9 | 123,832.50 |
| Assumption/Rejection of Leases/Contracts | 196.7 | 61,930.00 |
| Other Contested Matters | 1,477 | 670,806.00 |
| Non-Working Travel | 150.8 | 53,458.25 |
| Operations | 25.1 | 8,815.50 |
| Business Operations | 84.9 | 31,295.00 |
| Operations – Government/Regulatory Matters | 15.3 | 4,243.50 |
| Environmental Matters | 1.6 | 483.00 |
| Employee Matters | 841.4 | 356,316.00 |
| Employee Benefits/Pensions | 44.7 | 15,657.00 |
| Financing/Cash Collections | 68.9 | 20,583.50 |
| Financing/Cash Collateral | 41.1 | 16,938.50 |
| Insurance | .1 | 45.00 |

| | | |
|---|---|---|
| Tax Issues | 120.3 | 46,268.50 |
| Real Estate | 24.2 | 8,926.00 |
| Vendor/Supplier Matters | 5.6 | 1,985.00 |
| Reclamation/503(b)(9) Matters | .5 | 241.50 |
| Court Hearings | 3,360.3 | 1,250,192.00 |
| Board of Director Matters | 1.2 | 354.00 |
| Claims Administration and Objections | 2,264.0 | 960,871.50 |
| Claims and Plan | 2.6 | 767.00 |
| Plan and Disclosure Statement | 658.0 | 333,764.00 |
| Bankruptcy Related Advice | 6.4 | 2,082.50 |
| Litigation/Adversary Proceedings | 2,565.5 | 1,050,713.50 |
| Professional Retention (MNAT- Filing) | 90.8 | 34,269.00 |
| Professional Retention (Others-Filing) | 316.2 | 126,715.00 |
| Professional Retention (MNAT-Objections) | 4.7 | 1,740.50 |
| Professional Retention (Others-Objections) | 3.0 | 998.50 |
| General Corporate Matters | 320.4 | 176,348.00 |
| General Bankruptcy Advice/Opinions | .2 | 70.00 |
| General Case Strategy | 4.3 | 1,930.50 |
| Schedules/SOFA/U.S. Trustee Reports | 141.1 | 53,928.00 |
| Allocation | 2,708.4 | 1,397,785.50 |
| **TOTAL** | **23,540.7** | **$9,454,816.75** |
| **REDUCTION** | | **($1,125.00)** |
| **GRAND TOTAL** | | **$9,453,691.75** |

**FINAL EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 Through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $58,713.50 |
| Secretary of State Fees | | 1,040.00 |
| Transcripts | | 121,818.07 |
| Consulting/Professional Services | | 2,890.57 |
| Photos/Art/ Spec Duplicating | Out of Office | 519,685.40 |
| Travel | | 14,710.64 |
| Meals | | 57,423.17 |
| Messenger Service | | 13,179.00 |
| Courier/Delivery Service | | 306,088.21 |
| Computer Research | Westlaw | 38,954.72 |
| In House Duplicating | | 116,600.10 |
| Secretarial Overtime | | 1,457.60 |
| Secretarial Overtime Expense | | 42.30 |
| Support Staff Overtime | | 12,217.46 |
| Postage | | 14,730.41 |
| Facsimile | | 131,653.60 |
| Computer Research | Lexis | 1,290.96 |
| Paralegal Overtime | | 3,056.95 |
| Paralegal Overtime Expense | | 288.10 |
| Hotel Accommodations | | 24,254.04 |
| Non-Delaware Registered Agent Services | | 1,815.00 |
| Conference Calls | | 18,025.62 |
| Pacer | | 13,217.24 |
| Telephone | | 252.51 |
| Special Supplies | | 12,253.11 |

| | | |
|---|---|---|
| Miscellaneous | | 253.50 |
| Process Server | | 2,812.58 |
| E-Discovery | | 225.00 |
| Technology/Software | | 2,431.03 |
| Storage/Rent | | 337.00 |
| Trial Suite Rental/Equipment | | 69,332.00 |
| Use of Facilities/Equipment | | 2,891.00 |
| Witness Expenses | | 740.00 |
| Special Tech Trial Support Services | | 80.00 |
| In House Printing | Black & White | 904.40 |
| In House Printing | Color | 8.00 |
| **Total Expenses** | | **$1,565,672.79** |
| **Reduction** | | **($1,136.00)** |
| **Grand Total Expenses** | | **$1,564,536.79** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                              :

In re                              :       Chapter 11
                              :

Nortel Networks Inc., et al.,[1]     :       Case No. 09-10138 (KG)
                              :

          Wind-Down Debtors and Debtor- :      Jointly Administered
          In-Possession.                 :
                              :

                              :      **Hearing Date: TBD**
---------------------------------------------------------X   **Objections Due: July 27, 2017at 4:00 p.m. (ET)**

**ONE-HUNDRED AND FIRST MONTHLY (FOR THE PERIOD MAY 1, 2017
THROUGH MAY 8, 2017) AND FINAL APPLICATION OF MORRIS, NICHOLS,
ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY
COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD
<u>JANUARY 14, 2009 THROUGH MAY 8, 2017</u>**

Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>"), Delaware co-counsel

for the debtors in the above-captioned cases (collectively, the "<u>Debtors</u>"), submits this

application (the "<u>Application</u>") for final allowance of compensation and reimbursement of

expenses under sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy

Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"),

Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  This fee application is not a final fee application with respect to Nortel Networks India International Inc.  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (D.I. 222) (the "Interim Compensation Procedures Order")[2].  By this Application, Morris Nichols seeks: (i) allowance of compensation for professional services rendered by Morris Nichols to the Debtors for the period May 1, 2017 through May 8, 2017 (the "Monthly Application Period") and reimbursement of actual and necessary expenses incurred by Morris Nichols during the Monthly Application Period in rendering professional services on behalf of the Debtors; and (ii) the entry of an order granting final allowance of reasonable compensation for professional services rendered by Morris Nichols to the Debtors for the period January 14, 2009 through May 8, 2017 (the "Final Application Period") and final reimbursement of actual and necessary expenses and disbursements incurred by Morris Nichols in rendering professional services on behalf of the Debtors during the Final Application Period.  In support of this Application, Morris Nichols respectfully represents as follows:

**JURISDICTION**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2]     Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

## BACKGROUND

3.      On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

## MORRIS NICHOLS' RETENTION

4.      Prior to the Petition Date, the Debtors engaged Morris Nichols as Delaware and General Bankruptcy Counsel in connection with these bankruptcy cases.

5.      On February 4, 2009, this Court granted the Morris Nichols' Retention Application pursuant to the *Order Pursuant to 11 U.S.C. Sections 327(a) and 1107(b), Fed. R. Bankr. P. 214 and 2016, Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors Nunc Pro Tunc to the Petition Date* (D.I. 220) (the "Morris Nichols Retention Order").

## INTERIM COMPENSATION PROCEDURES ORDER

6.      The Court entered the Interim Compensation Procedures Order on February 4, 2009.  The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for Professionals in these cases.

7.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Statement with the Court after the first day of each month following the month for which compensation is sought.  Provided that there are no objections to such Monthly Fee Statement filed within twenty days after the service of the

Monthly Fee Statement, the Professional may file a certificate of no objection (the "Certificate of No Objection") with the Court.

8.      Upon the filing of a Certificate of No Objection, the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Statement.  If a partial objection to the Monthly Fee Statement is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## DEBTORS' CHAPTER 11 PLAN

9.      On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "Confirmed Debtors") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "Plan") with this Court.

10.      Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17795) (the "Confirmation Order") confirming the Confirmed Debtors' Plan.[3]  The Plan went effective on May 8, 2017 (the "Effective Date").  *See* D.I. 18176.  Pursuant to the Plan, Confirmation Order, and Effective Date notice, all final requests for payment of Professional Claims must be filed by

---

[3]      Capitalized terms not defined herein are defined in the Plan.

July 7, 2017.  Such Professional Claims include all fees and expenses requested by Professionals

from the Petition Date through the Effective Date against all Confirmed Debtors.

## RELIEF REQUESTED

11.     Morris Nichols submits this Application:  (i) for monthly and final

allowance of reasonable compensation for the actual, reasonable, and necessary professional

services that it rendered as Delaware and General Bankruptcy Counsel for the Debtors during the

Monthly and Final Application Periods and (ii) for monthly and final reimbursement of actual,

reasonable, and necessary expenses incurred in representing the Debtors during the Monthly and

Final Application Periods.

## MONTHLY APPLICATION PERIOD

12.     During the Monthly Application Period, Morris Nichols (a) provided

professional services to the Debtors and incurred actual, reasonable, and necessary fees in the

amount of $59,599.00 and (b) incurred actual, reasonable, and necessary expenses totaling

$2,832.14.  As of the date of this Application, Morris Nichols has not received payment for the

monthly fees and expenses requested for the Monthly Application Period.

13.     Set forth on the foregoing "Monthly Compensation by Project Category"

is a summary, by subject matter categories of the time expended by Morris Nichols' timekeepers

billing time to the Debtors' cases during the Monthly Application Period.

14.     **Exhibit A** attached hereto contains logs, sorted by case project category,

which show the time recorded by professionals, paraprofessionals, and other support staff

working on these cases during the Monthly Application Period, as well as a detailed description

of the services provided during the Monthly Application Period.

15.     Similarly, **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary expenses incurred by Morris Nichols during the Monthly Application Period.

## THE FINAL APPLICATION PERIOD

16.     Morris Nichols seeks allowance of $9,453,691.75 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period, plus $26,882.50 in fees for preparation of filing of professionals fee applications after the Effective Date of the Plan and $1,564,536.79 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period.  Detailed descriptions of the services rendered and expenses incurred by Morris Nichols during the Final Application Period are set forth on Exhibits A and B, respectively, of the monthly fee applications filed by Morris Nichols in these chapter 11 cases.  Morris Nichols requests that the Debtors be authorized and directed to pay Morris Nichols an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

## SUMMARY OF SERVICES BY PROJECT

17.     Morris Nichols has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Morris Nichols so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the professional billing the lowest hourly rate as appropriate for a particular matter.  Moreover, Morris Nichols has endeavored to coordinate with the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  Morris Nichols believes it has been successful in this regard.

6

18.     Morris Nichols charges $.10 or less per page for black and white photocopying and $.80 or less per page for color photocopying.

19.     Morris Nichols charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

20.     In accordance with Local Rule 2016-2, Morris Nichols has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

21.     Morris Nichols' fees are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

22.     No agreement or understanding exists between Morris Nichols and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

23.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge, and belief that this Application complies with that Rule.

[*The remainder of the page is intentionally blank.*]

WHEREFORE, Morris Nichols respectfully requests that this Court: (i) allow Morris Nichols (a) monthly compensation in the amount of $59,599.00 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the Monthly Application Period and (b) monthly reimbursement in the amount of $2,832.14 for actual, reasonable, and necessary expenses incurred during the Monthly Application Period; and (ii)(a) allow final compensation in the amount of $9,453,691.75 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, plus $26,882.50 in fees for preparation and filing of professionals fee applications after the Effective Date of the Plan (b) allow final reimbursement of $1,564,536.79 for actual, reasonable, and necessary expenses incurred during the Final Application Period, and (c) authorize and direct the Debtors to pay Morris Nichols an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors; and (iii) grant such other further relief as the Court deems just and proper.

Dated: July 7, 2017
    Wilmington, DE          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Tamara K. Minott*
                    Derek C. Abbott (No. 3376)
                    Eric D. Schwartz (No. 3134)
                    Andrew R. Remming (No. 5120)
                    Tamara K. Minott (No. 5643)
                    1201 North Market Street, 16th Floor
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    Telephone:  (302) 658-9200
                    Facsimile:  (302) 658-3989

                    *Counsel for the Reorganized Debtors*