**Exhibit A**

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .5 | $249.50 |
| Fee Applications (MNAT – Filing) | .2 | 59.00 |
| Fee Applications (Others – Filing) | 6.0 | 2,284.00 |
| Fee Applications (MNAT – Objections) | .4 | 143.50 |
| Fee Applications (Others – Objections) | 1.0 | 397.00 |
| Other Contested Matters | 4.9 | 2,458.50 |
| Court Hearings | 14.9 | 6,758.00 |
| Claims Objections and Administration | 1.7 | 1,020.00 |
| Plan and Disclosure Statement | 9.0 | 5,128.00 |
| Litigation/Adversary Proceedings | 32.0 | 18,148.00 |
| General Corporate Matters | 42.5 | 21,295.00 |
| Allocation | 3.1 | 1,658.50 |
| **TOTAL** | **116.20** | **$59,599.00** |

Nortel Networks, Inc.

| | |
|---|---|
| Invoice Date: | July 7, 2017 |
| Invoice Number: | 1701842 |
| Matter Number: | 13981-0002 |

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Abbott, Derek C. | Partner | 7.7 | 750 | 5,775.00 |
| Remming, Andrew | Partner | 4.1 | 650 | 2,665.00 |
| Harvey, Matthew B. | Associate | 0.4 | 625 | 250.00 |
| Minott, Tamara K. | Associate | 34.3 | 550 | 18,865.00 |
| Roth-Moore, Andrew | Associate | 33.0 | 515 | 16,995.00 |
| Maddox, Marisa | Paralegal | 15.3 | 295 | 4,513.50 |
| Conway, Angela R. | Paralegal | 1.0 | 295 | 295.00 |
| Fusco, Renae M. | Paralegal | 0.6 | 295 | 177.00 |
| Poppiti, Alyson D. | Paralegal | 9.8 | 280 | 2,744.00 |
| Naimoli, Theresa M. | Case Clerk | 0.7 | 160 | 112.00 |
| | **Total** | **116.2** | | **$59,599.00** |

**Time Detail**

**Task Code:**    B110    Case Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/04/17 | Minott, Tamara K. | Emails with K. Ponder and M. Maddox re Nortel address change | 0.2 | 110.00 |
| 05/05/17 | Minott, Tamara K. | Email from A. Wu re case calendar | 0.1 | 55.00 |
| 05/05/17 | Conway, Angela R. | Discussions w/M. Maddox re assistance with filings | 0.1 | 29.50 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/08/17 | Minott, Tamara K. | Call with creditor re change of address | 0.1 | 55.00 |
| | | **Total** | **0.5** | **249.50** |

| **Task Code:** | **B160** | Fee Applications (MNAT - Filing) | | |
|---|---|---|---|---|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/02/17 | Maddox, Marisa | emails with T Minott re final fee app and effective date | 0.1 | 29.50 |
| 05/04/17 | Maddox, Marisa | revise monthly and quarterly COS re MNAT | 0.1 | 29.50 |
| | | **Total** | **0.2** | **59.00** |

| **Task Code:** | **B165** | Fee Applications (Others - Filing) | | |
|---|---|---|---|---|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/17 | Maddox, Marisa | draft omnibus fee order (.9); emails with T Minott re same (.1) | 1.0 | 295.00 |
| 05/01/17 | Minott, Tamara K. | Review draft 32nd omnibus fee order | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Email to M. Livingston re Cleary March fee app (.1); email to M. Maddox re same (.1) | 0.2 | 110.00 |
| 05/01/17 | Minott, Tamara K. | Email from M. Maddox re Cleary excel spreadsheet re March fee app | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Emails with P. Cantwell re interim and final fee apps | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Email from KCC re March invoice and email to K. Ponder and M. Cilia re same | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Emails with K. Schultea re RLKS April fee app and review same (.2); emails with T. Naimoli re same (.1) | 0.3 | 165.00 |
| 05/02/17 | Naimoli, Theresa M. | Review and respond to email from T. Minott re filing and service of fee application (.1); Prepare, efile & serve Seventy-Second Monthly Application of RLKS Executive Solutions LLC for the Period April 1, 2017 through April 30, 2017 (.6) | 0.7 | 112.00 |
| 05/02/17 | Maddox, Marisa | draft notice and COS re RLKS | 0.2 | 59.00 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/17 | Minott, Tamara K. | Review draft omnibus fee order (.1) and email to fee professionals re omnibus fee hearing (.2); conf. with A. Roth-Moore re effective date and corporate docs (.2) | 0.5 | 275.00 |
| 05/04/17 | Minott, Tamara K. | Attn to under seal materials re Cleary April fee app | 0.6 | 330.00 |
| 05/04/17 | Maddox, Marisa | draft fee exhibit A Feb-Apr | 0.8 | 236.00 |
| 05/04/17 | Maddox, Marisa | revise monthly and quarterly COS re RLKS (.1); revise monthly and quarterly COS re Torys (.1); revise monthly and quarterly COS re Chilmark (.1); revise monthly and quarterly COS re Cleary (.1) | 0.4 | 118.00 |
| 05/04/17 | Maddox, Marisa | revise monthly and quarterly COS re C&M (.1); revise monthly and quarterly COS re E&Y (.1); revise monthly and quarterly COS re Huron (.1); revise monthly and quarterly COS re John Ray (.1); revise monthly and quarterly COS re Keightley (.1) | 0.5 | 147.50 |
| 05/08/17 | Minott, Tamara K. | Emails from A. Roth-Moore and A. Bauer re final fee applications | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with A. Bauer and K. Fleary re final fee application | 0.2 | 110.00 |
| 05/08/17 | Roth-Moore, Andrew | Answer question A. Bauer re final fee application | 0.1 | 51.50 |
| | | **Total** | **6.0** | **2,284.00** |

**Task Code:**    B170    Fee Applications (MNAT - Objections)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/17 | Minott, Tamara K. | Review MNAT March CNO and emails with M. Maddox re same | 0.1 | 55.00 |
| 05/04/17 | Maddox, Marisa | draft MNAT March cno (.1); emails with T Minott re same (.1) | 0.2 | 59.00 |

Nortel Networks, Inc.

| | | | | Invoice Date: | July 7, 2017 |
| | | | | Invoice Number: | 1701842 |
| | | | | Matter Number: | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/04/17 | Maddox, Marisa | file CNO re MNAT fee app | 0.1 | 29.50 |
| | | **Total** | **0.4** | **143.50** |

**Task Code:**    B175    Fee Applications (Other - Objections)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/02/17 | Minott, Tamara K. | Review Huron March CNO and emails with M. Maddox re same | 0.1 | 55.00 |
| 05/02/17 | Maddox, Marisa | emails with C Brown re cno (.1); emails with R Smith re cno (.1); draft March Huron cno (.1); draft March John Ray cno (.1) | 0.4 | 118.00 |
| 05/02/17 | Minott, Tamara K. | Email from M. Maddox re John Ray CNO | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Emails from M. Maddox and C. Brown re Huron CNO | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Email from R. Smith re John Ray March CNO and review same | 0.1 | 55.00 |
| 05/02/17 | Maddox, Marisa | file CNO re John Ray fee app (.1); file cno re Huron fee app (.1) | 0.2 | 59.00 |
| | | **Total** | **1.0** | **397.00** |

**Task Code:**    B190    Other Contested Matters

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/01/17 | Maddox, Marisa | file motion to redact (.2); emails with T Minott re same (.1) | 0.3 | 88.50 |
| 05/01/17 | Maddox, Marisa | file 3rd circuit letter (.1); emails with T Minott re same (.1) | 0.2 | 59.00 |
| 05/01/17 | Schwartz, Eric D. | Review Debtors' Motion Pursuant to Sections 105(a) and 1142 of the Bankruptcy Code for Entry of an Order Authorizing and Approving the Debtors Entry into the Waiver and Reserve Agreement (.1), Proposed Order (.2), The Waiver and Release Agreement (.2) and Canadian Order | 0.5 | 387.50 |
| 05/01/17 | Minott, Tamara K. | Further email from L. Hakkenberg re litigation dismissals | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Review Order re emergency motion for a continuance and email to M. Livingston and M. Gianis re same | 0.1 | 55.00 |

Nortel Networks, Inc.

Invoice Date: July 7, 2017
Invoice Number: 1701842
Matter Number: 13981-0002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/17 | Maddox, Marisa | emails with M Livingston and T Minott re motion to redact | 0.1 | 29.50 |
| 05/01/17 | Minott, Tamara K. | Emails with L. Hakkenberg, P. Cantwell and M. Maddox re litigation dismissals | 0.4 | 220.00 |
| 05/02/17 | Minott, Tamara K. | Emails from P. Cantwell and L. Hakkenberg re litigation dismissal notices | 0.1 | 55.00 |
| 05/02/17 | Schwartz, Eric D. | Review Motion for Entry of an Order Shortening (I) Notice of the Hearing to Consider Approval of the Debtors' Entry into the Waiver and Reserve Agreement and (II) the Deadline to Object to Such Approval | 0.1 | 77.50 |
| 05/02/17 | Schwartz, Eric D. | Review Motion to Redact with Exhibits | 0.2 | 155.00 |
| 05/02/17 | Remming, Andrew | Review Canadian appeal waiver motion. | 0.2 | 130.00 |
| 05/02/17 | Maddox, Marisa | emails with T Minott re motion to seal order (.1); prep same and coordinate to chambers (.1) | 0.2 | 59.00 |
| 05/03/17 | Minott, Tamara K. | Multiple emails with L. Hakkenberg and M. Gianis re appeal dismissals (.4); emails from L. Hall re same (.1) | 0.5 | 275.00 |
| 05/03/17 | Minott, Tamara K. | Email from P. Cantwell re effective date and Ch. 15/EMEA appeals dismissal | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Emails from L. Hakkenberg re litigation dismissal notices | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Emails from C. Huberty and J. Chapman re litigation dismissal notices | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Email from K. Murphy re D. Ct. litigation dismissal stipulations | 0.1 | 55.00 |
| 05/03/17 | Maddox, Marisa | file AOS re waiver motion | 0.1 | 29.50 |
| 05/04/17 | Minott, Tamara K. | Emails from L. Hakkenberg and C. Samis re PPI appeal dismissal notice | 0.1 | 55.00 |
| 05/04/17 | Maddox, Marisa | emails with D Herrington, A Graham and T Minott re brief | 0.2 | 59.00 |
| 05/04/17 | Maddox, Marisa | file AOS re Order Granting Debtors' Motion for Entry of an Order Shortening the Objection Deadline and Notice of the Hearing to Consider Approval of the Waiver and Reserve Agreement | 0.1 | 29.50 |

Nortel Networks, Inc.

| | | | Invoice Date: | July 7, 2017 |
| | | | Invoice Number: | 1701842 |
| | | | Matter Number: | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/05/17 | Conway, Angela R. | Review and respond to email from T. Minott re 9019 motion (.1); draft notice and email to T. Minott for review (.2); efile motion w/the Court and email to Notice Agent re service (.3) | 0.6 | 177.00 |
| 05/05/17 | Minott, Tamara K. | Emails with P. Cantwell re litigation dismissal notices | 0.2 | 110.00 |
| 05/08/17 | Schwartz, Eric D. | Review stipulation of Dismissal Stipulation and Order for Dismissal of Appeal by Nortel Networks Inc | 0.1 | 77.50 |
| 05/08/17 | Minott, Tamara K. | Conf. with M. Maddox and T. Naimoli re stipulations of dismissal | 0.1 | 55.00 |
| | | **Total** | **4.9** | **2,458.50** |

**Task Code:**    B300    Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/17 | Maddox, Marisa | draft 5/5 agenda | 0.2 | 59.00 |
| 05/01/17 | Roth-Moore, Andrew | Call court re court reporter for May 2 hearing | 0.1 | 51.50 |
| 05/01/17 | Abbott, Derek C. | mtg w/ Herrington re: hearing approach | 0.3 | 225.00 |
| 05/01/17 | Minott, Tamara K. | Emails with B. Beller re comments re draft 5/5 agenda | 0.2 | 110.00 |
| 05/01/17 | Minott, Tamara K. | Emails from A. Roth-Moore and A. Graham re 5/2 hearing logistics | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Emails with E. Gallagher and D. Montgomery re 5/2 hearing prep | 0.2 | 110.00 |
| 05/01/17 | Minott, Tamara K. | Email from A. Roth-Moore re exhibits re May 11-12 hearing (.1); conf. with A. Roth-Moore and D. Abbott re same (.2) | 0.3 | 165.00 |
| 05/01/17 | Minott, Tamara K. | Conf. with D. Abbott, D. Herrington, N. Jedrey, E. Gallagher and D. Montgomery re 5/2 hearing | 0.3 | 165.00 |
| 05/01/17 | Minott, Tamara K. | Emails from D. Herrington and A. Roth-Moore re scheduling order re May 11-12 hearing | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Email from A. Roth-Moore re scheduling order re May 11-12 hearing | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Conf. with A. Roth-Moore re 5/2 hearing logistics | 0.1 | 55.00 |

Nortel Networks, Inc.

| | | Invoice Date: | July 7, 2017 |
| | | Invoice Number: | 1701842 |
| | | Matter Number: | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/01/17 | Minott, Tamara K. | Email from A. Graham re 5/2 hearing | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Emails with A. Roth-Moore re 5/2 hearing logistics | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Review 5/5 draft agenda (.1); email to M. Livingston, B. Beller and M. Maddox re same (.1) | 0.2 | 110.00 |
| 05/02/17 | Abbott, Derek C. | prep for hearing re: exclusion of evidence | 0.6 | 450.00 |
| 05/02/17 | Maddox, Marisa | emails with D Montgomery re documents for hearing (.1); prep same (.3) | 0.4 | 118.00 |
| 05/02/17 | Minott, Tamara K. | Emails from M. Maddox and R. Fusco re 5/2 hearing prep | 0.1 | 55.00 |
| 05/02/17 | Conway, Angela R. | Assist M. Maddox with hearing binder preparation | 0.3 | 88.50 |
| 05/02/17 | Schwartz, Eric D. | Review Notice of Agenda of Matters Scheduled for Hearing Filed by Nortel Networks Inc., et al. Hearing scheduled for 5/2/2017 | 0.1 | 77.50 |
| 05/02/17 | Minott, Tamara K. | Emails with D. Montgomery and E. Gallagher re 5/2 hearing prep | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Emails with M. Maddox re 5/2 hearing prep | 0.1 | 55.00 |
| 05/02/17 | Fusco, Renae M. | assist w hrg prep | 0.3 | 88.50 |
| 05/02/17 | Maddox, Marisa | prepare hearing binder for 5/2 | 0.6 | 177.00 |
| 05/03/17 | Minott, Tamara K. | Email from M. Maddox re 5/5 agenda and conf. re same (.2); emails with K. Good and M. Maddox re same (.1) | 0.3 | 165.00 |
| 05/03/17 | Maddox, Marisa | review docket for 5.11 agenda (.2); meeting with T Minott re agenda (.2) | 0.4 | 118.00 |
| 05/03/17 | Minott, Tamara K. | Conf. with M. Maddox re 5/11 agenda | 0.3 | 165.00 |
| 05/03/17 | Minott, Tamara K. | Emails with A. Ciabattoni re 5/5 hearing | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Email to N. Brannick re 5/11 hearing (.1); email from N. Brannick re litigation dismissals (.1) | 0.2 | 110.00 |
| 05/03/17 | Minott, Tamara K. | Emails from M. Maddox and A. Lewis re service of 5/5 agenda | 0.1 | 55.00 |

Nortel Networks, Inc.

| | |
|---|---|
| Invoice Date: | July 7, 2017 |
| Invoice Number: | 1701842 |
| Matter Number: | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/03/17 | Maddox, Marisa | draft 5.11 agenda (.4); retrieve documents for hearing binder (.6); emails with T Minott re draft agenda (.1) | 1.1 | 324.50 |
| 05/03/17 | Maddox, Marisa | emails with T Minott and K Good re agenda (.1); file and serve 5.5 agenda (.2) | 0.3 | 88.50 |
| 05/03/17 | Maddox, Marisa | prepare 5/5 hearing binders | 0.6 | 177.00 |
| 05/03/17 | Schwartz, Eric D. | Review Notice of Agenda of Matters Scheduled for Hearing Filed by Nortel Networks Inc., et al. Hearing scheduled for 5/5/2017 | 0.1 | 77.50 |
| 05/04/17 | Minott, Tamara K. | Review AOS re 5/2 agenda and order re motion to shorten waiver motion | 0.1 | 55.00 |
| 05/04/17 | Maddox, Marisa | file AOS re Notice of Agenda of Matters Scheduled for Hearing | 0.1 | 29.50 |
| 05/04/17 | Minott, Tamara K. | Conf. with A. Roth-Moore re 5/11 hearing | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Emails from A. Graham and M. Maddox re exhibit binders re 5/11 hearing | 0.2 | 110.00 |
| 05/05/17 | Minott, Tamara K. | Email from D. Abbott re 5/16 hearing | 0.1 | 55.00 |
| 05/05/17 | Maddox, Marisa | revise agenda | 0.3 | 88.50 |
| 05/05/17 | Minott, Tamara K. | Emails with L. Marino re 5/11-5/12 hearing | 0.1 | 55.00 |
| 05/05/17 | Minott, Tamara K. | Emails with M. Maddox and C. Samis re 5/11-5/12 pre-hearing submissions | 0.2 | 110.00 |
| 05/05/17 | Minott, Tamara K. | Emails with D. Abbott re 5/11-5/12 hearings | 0.1 | 55.00 |
| 05/06/17 | Minott, Tamara K. | Emails with D. Kelley re 5/11 hearing prep | 0.1 | 55.00 |
| 05/07/17 | Minott, Tamara K. | Emails with L. Marino re 5/11 hearing | 0.1 | 55.00 |
| 05/07/17 | Minott, Tamara K. | Emails with A. Graham re technology test re 5/11 hearing | 0.1 | 55.00 |
| 05/07/17 | Remming, Andrew | review transcript of 5/2 SNMP hearing | 0.5 | 325.00 |
| 05/08/17 | Minott, Tamara K. | Email from G. Mace re technology test re 5/11 hearing and email to A. Graham re same | 0.1 | 55.00 |

Nortel Networks, Inc.

| | | Invoice Date: | July 7, 2017 |
| | | Invoice Number: | 1701842 |
| | | Matter Number: | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/08/17 | Minott, Tamara K. | Call with L. Haney re 5/11 hearing and email to A. Graham re same | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with E. Gallagher re draft 5/11 agenda | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Further emails with G. Mace and A. Graham re May 11-12 hearing | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Email to Court IT and S. Scaruzzi re 5/12-5/12 courtroom technology | 0.2 | 110.00 |
| 05/08/17 | Minott, Tamara K. | Call with A. Graham re 5/11 hearing logistics and email to L. Haney re same | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Email from D. Kelley re 5/11-5/12 hearing logistics | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Email to G. Mace re 5/11 hearing logistics | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with D. Kelley re 5/11 hearing logistics | 0.1 | 55.00 |
| 05/08/17 | Maddox, Marisa | prepare May 11th hearing binders | 0.8 | 236.00 |
| 05/08/17 | Maddox, Marisa | review agenda for 5.11 | 0.1 | 29.50 |
| 05/08/17 | Maddox, Marisa | emails with A Roth-Moore, T Minott and A Graham re exhibit binders | 0.1 | 29.50 |
| 05/08/17 | Minott, Tamara K. | Email from A. Gallagher re 5/11 hearing logistics | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with A. Graham and M. Maddox re exhibit binders re 5/11 hearing | 0.2 | 110.00 |
| 05/08/17 | Maddox, Marisa | revise May 11th agenda (.1); retrieve documents for binder (.2) | 0.3 | 88.50 |
| 05/08/17 | Minott, Tamara K. | Conf. with M. Maddox re 5/11 agenda (.1); review revised agenda and email to E. Gallagher re same (.2) | 0.3 | 165.00 |
| 05/08/17 | Minott, Tamara K. | Emails with A. Graham and G. Mace re 5/11 hearing (.2); conf. with D. Abbott and A. Remming re 5/12 hearing (.2) | 0.4 | 220.00 |
| 05/08/17 | Minott, Tamara K. | Emails from A. Roth-Moore and A. Graham re exhibit objections re 5/11 hearing | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with A. Graham re technology re 5/11 hearing | 0.1 | 55.00 |
| 05/08/17 | Maddox, Marisa | draft May 16th agenda (.2); emails with T Minott re same (.1) | 0.3 | 88.50 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/08/17 | Maddox, Marisa | call with T Minott re agenda (.1); meeting with T Minott re agenda (.1); revise May 11th agenda (.2) | 0.4 | 118.00 |
| 05/08/17 | Maddox, Marisa | emails with E Gallagher and T Minott re agenda | 0.1 | 29.50 |
| | | **Total** | **14.9** | **6,758.00** |

**Task Code:**     B310     Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/17 | Abbott, Derek C. | review corresp re: Owens claim | 0.1 | 75.00 |
| 05/01/17 | Minott, Tamara K. | Emails with M. Livingston and M. Maddox re motion to redact | 0.2 | 110.00 |
| 05/01/17 | Minott, Tamara K. | Emails with M. Maddox re motion to redact Owens response and exhibits re same | 0.2 | 110.00 |
| 05/01/17 | Minott, Tamara K. | Email from R. Merksy re reply re motion to adjourn re Owens claim | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Emails from J. Gross and D. Abbott re emergency motion to adjourn | 0.3 | 165.00 |
| 05/02/17 | Schwartz, Eric D. | Review Response Of The Debtors To Emergency Motion Of William A. Owens For Continuance On The Hearing Of Debtors' Forty-Seventh Omnibus Objection To Certain Claims | 0.2 | 155.00 |
| 05/02/17 | Abbott, Derek C. | corresp w/ Gianis re: Owens claim | 0.1 | 75.00 |
| 05/05/17 | Minott, Tamara K. | Emails with M. Livingston re EDC/ACE stipulations and 9019 motion and review same (.2); finalize same for filing (.1) | 0.3 | 165.00 |
| 05/05/17 | Minott, Tamara K. | Review Notice re ACE/EDC 9019 motion and emails with A. Conway re same | 0.1 | 55.00 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/05/17 | Minott, Tamara K. | Emails with A. Conway and T. Conklin re service of EDC/ACE 9019 motion | 0.1 | 55.00 |
| | | **Total** | **1.7** | **1,020.00** |

**Task Code:**     B320     Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/02/17 | Abbott, Derek C. | mtg w/ Roth-Moore re: effectiveness closing checklist | 0.2 | 150.00 |
| 05/02/17 | Abbott, Derek C. | conf call w/ Beller, Cantwell, Roth-Moore re: closing sequence | 0.3 | 225.00 |
| 05/03/17 | Minott, Tamara K. | Multiple emails from P. Cantwell, M. Cilia, M. Kennedy, J. Ray and L. Schweitzer re May 8 Closing & Effective Date | 0.5 | 275.00 |
| 05/04/17 | Abbott, Derek C. | review WTC comments to account agreement rider | 0.1 | 75.00 |
| 05/04/17 | Minott, Tamara K. | Email from P. Cantwell re effective date deadlines | 0.1 | 55.00 |
| 05/05/17 | Roth-Moore, Andrew | Prepare exhibits re amended by laws for each debtor for the revised plan supplement | 1.4 | 721.00 |
| 05/05/17 | Roth-Moore, Andrew | Review and provided edits to the draft notice of revised plan supplement exhibit | 0.6 | 309.00 |
| 05/05/17 | Minott, Tamara K. | Email from A. Roth-Moore re service of Notice of filing revised Ex. G to plan supp | 0.1 | 55.00 |
| 05/05/17 | Abbott, Derek C. | prep and attend final sanction order waiver hearing | 1.4 | 1,050.00 |
| 05/05/17 | Fusco, Renae M. | efile revised exhibit g of plan supplement | 0.3 | 88.50 |
| 05/05/17 | Minott, Tamara K. | Review plan and emails with A. Roth-Moore re same | 0.4 | 220.00 |
| 05/05/17 | Minott, Tamara K. | Email from A. Roth-Moore re of Filing of Revised Exhibit G of Plan Supplement (.1) and review same (.2) | 0.3 | 165.00 |
| 05/05/17 | Minott, Tamara K. | Email from P. Cantwell re Plans and SPSA closing call | 0.1 | 55.00 |
| 05/05/17 | Roth-Moore, Andrew | Prepare revised plan supplement exhibits | 0.6 | 309.00 |

Nortel Networks, Inc.

| | | | | | |
|---|---|---|---|---|---|
| | | | Invoice Date: | | July 7, 2017 |
| | | | Invoice Number: | | 1701842 |
| | | | Matter Number: | | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/05/17 | Minott, Tamara K. | Emails from A. Roth-Moore, L. Schweitzer and P. Cantwell re notice of revised plan supplement | 0.1 | 55.00 |
| 05/07/17 | Roth-Moore, Andrew | Multiple emails with P. Cantwell re effective date issue | 0.2 | 103.00 |
| 05/07/17 | Roth-Moore, Andrew | Call with D. Abbott, L. Schweitzer, and P. Cantwell re corporate documentation | 0.4 | 206.00 |
| 05/08/17 | Maddox, Marisa | file and serve notice of effective date | 0.2 | 59.00 |
| 05/08/17 | Remming, Andrew | review email from P. Cantwell re effective date | 0.1 | 65.00 |
| 05/08/17 | Minott, Tamara K. | Emails from P. Cantwell and A. Roth-Moore re notice of effective date (.1); finalize same (.1); email to M. Maddox re notice of effective date and stipulations of dismissal (.1) | 0.3 | 165.00 |
| 05/08/17 | Minott, Tamara K. | Emails from T. Conklin and M. Livingston re publication notice | 0.2 | 110.00 |
| 05/08/17 | Roth-Moore, Andrew | Review the notice of effective date | 0.2 | 103.00 |
| 05/08/17 | Minott, Tamara K. | Emails with P. Cantwell re Effective Date | 0.1 | 55.00 |
| 05/08/17 | Remming, Andrew | review emails from D. Abbott, P. Cantwell and T. Minott re effective date | 0.1 | 65.00 |
| 05/08/17 | Minott, Tamara K. | Email from L. Schweitzer re notice of effective date | 0.1 | 55.00 |
| 05/08/17 | Remming, Andrew | review add'l emails from P. Cantwell and ARM re effective date notice | 0.1 | 65.00 |
| 05/08/17 | Minott, Tamara K. | Emails with M. Livingston, P. Cantwell and Epiq re notice of effective date and service of same | 0.1 | 55.00 |
| 05/08/17 | Abbott, Derek C. | telephone call w/ Schweitzer, Cantwell re: status or effective date/closing | 0.1 | 75.00 |
| 05/08/17 | Minott, Tamara K. | Call with A. Roth-Moore re effective date | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with P. Cantwell, A. Roth-Moore and M. Maddox re effective date notice | 0.1 | 55.00 |
| 05/08/17 | Maddox, Marisa | emails with T Minott re dismissal notices and effective date | 0.1 | 29.50 |
| | | **Total** | **9.0** | **5,128.00** |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

**Task Code:**    B330    Litigation/Adversary Proceedings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/17 | Roth-Moore, Andrew | Email with E. Gallagher re deposition designation procedure | 0.1 | 51.50 |
| 05/01/17 | Minott, Tamara K. | Emails from A. Roth-Moore and E. Gallagher re deposition designations | 0.1 | 55.00 |
| 05/01/17 | Roth-Moore, Andrew | Confer with T. Minott and D. Butz re deposition designation procedure | 0.1 | 51.50 |
| 05/01/17 | Roth-Moore, Andrew | Multiple emails with D. Herington and D. Dean re amended procedures re hearing on motion to amend SNMP claim | 0.2 | 103.00 |
| 05/01/17 | Minott, Tamara K. | Email from E. Gallagher re deposition designations and email to A. Roth-Moore re same (.1); conf. with A. Remming re same (.1); conf. with A. Roth-Moore and D. Butz re same (.2); conf. with A. Roth-Moore re corporate documents (.1) | 0.5 | 275.00 |
| 05/01/17 | Roth-Moore, Andrew | Call court re procedure for May 11 hearing and court reporter for May 2 hearing | 0.1 | 51.50 |
| 05/01/17 | Remming, Andrew | review email from D. Herrington re SNMP exhibits | 0.1 | 65.00 |
| 05/01/17 | Roth-Moore, Andrew | Revise proposed communication with the court re amended procedures re hearing on motion to amend SNMP claim | 0.3 | 154.50 |
| 05/01/17 | Roth-Moore, Andrew | Email court re amended procedures re hearing on motion to amend SNMP claim | 0.1 | 51.50 |
| 05/01/17 | Remming, Andrew | review email from D. Dean re SNMP exhibits | 0.1 | 65.00 |
| 05/01/17 | Remming, Andrew | review email from ARM re communication to chambers re SNMP exhibits | 0.1 | 65.00 |
| 05/01/17 | Remming, Andrew | review email from ARM re response from court re SNMP exhibits | 0.1 | 65.00 |
| 05/01/17 | Minott, Tamara K. | Emails from D. Herrington, D. Dean and A. Roth-Moore re exhibits and deposition designations | 0.2 | 110.00 |
| 05/01/17 | Remming, Andrew | office conf. w/ T. Minott re SNMP depo designations | 0.2 | 130.00 |

Nortel Networks, Inc.

| | | | | Invoice Date: | July 7, 2017 |
| | | | | Invoice Number: | 1701842 |
| | | | | Matter Number: | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/02/17 | Minott, Tamara K. | Conf. with D. Abbott re SNMP letter re case law | 0.1 | 55.00 |
| 05/02/17 | Minott, Tamara K. | Review declaration in support of objection to motion to exclude extrinsic evidence | 0.5 | 275.00 |
| 05/02/17 | Roth-Moore, Andrew | Research re 5-2-17 in limine hearing | 0.9 | 463.50 |
| 05/02/17 | Minott, Tamara K. | Email from A. Roth-Moore re research re motion to exclude evidence | 0.2 | 110.00 |
| 05/02/17 | Minott, Tamara K. | Review SNMP letter to Judge Gross re motion to exclude evidence | 0.3 | 165.00 |
| 05/02/17 | Maddox, Marisa | emails with T Minott re Letter to the Honorable Kevin Gross Regarding Motion of SNMP Research (.1); retrieve same (.2) | 0.3 | 88.50 |
| 05/02/17 | Minott, Tamara K. | Attend hearing re SNMP motion to exclude evidence | 3.5 | 1,925.00 |
| 05/02/17 | Remming, Andrew | review letter from SNMP re 5/2 hearing | 0.1 | 65.00 |
| 05/02/17 | Remming, Andrew | review and respond to email from A. Roth-Moore SNMP letter | 0.1 | 65.00 |
| 05/02/17 | Abbott, Derek C. | attend SNMP hearing | 3.6 | 2,700.00 |
| 05/02/17 | Minott, Tamara K. | Emails with D. Herrington and D. Abbott re SNMP letter re case law | 0.2 | 110.00 |
| 05/03/17 | Schwartz, Eric D. | Review Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis | 0.4 | 310.00 |
| 05/03/17 | Minott, Tamara K. | Emails with A. Graham re trial logistics | 0.2 | 110.00 |
| 05/03/17 | Schwartz, Eric D. | Review Transmittal Affidavit of Nicholas J. Brannick in Support of Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding the Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis | 0.2 | 155.00 |

Nortel Networks, Inc.

| | | Invoice Date: | July 7, 2017 |
| | | Invoice Number: | 1701842 |
| | | Matter Number: | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/03/17 | Schwartz, Eric D. | Review Letter to the Honorable Kevin Gross Regarding Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic Evidence Regarding Schedule 1 Issue and to Exclude the Testimony of Dr. Richard Razgaitis w\ case | 0.3 | 232.50 |
| 05/04/17 | Minott, Tamara K. | Email from M. Maddox re service of pre-hearing submissions and brief (.1); email from P. Ratkowiak re SNMP pre-hearing submissions and brief (.1) | 0.2 | 110.00 |
| 05/04/17 | Minott, Tamara K. | Review NOS re pre-hearing submissions and emails with M. Maddox re same | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Emails from D. Herrington and D. Dean re exhibit lists, deposition designations, and pre-trial briefs | 0.2 | 110.00 |
| 05/04/17 | Minott, Tamara K. | Emails with N. Jedrey, D. Herrington, D. Dean and N. Brannick re exhibit lists, deposition designations, and Schedule 1 briefs | 0.3 | 165.00 |
| 05/04/17 | Minott, Tamara K. | Emails with A. Graham, A. Roth-Moore and M. Maddox re exhibit binders re SNMP hearing (.2); conf. with M. Maddox re 5/5 binder (.1) | 0.3 | 165.00 |
| 05/04/17 | Minott, Tamara K. | Emails with N. Jedrey re exhibit lists, deposition designations, and pre-trial brief (.3); conf. with M. Maddox re same (.1); conf. with A. Roth-Moore re motion to seal pre-trial brief (.1) | 0.5 | 275.00 |
| 05/04/17 | Minott, Tamara K. | Email from N. Brannick re scheduling order | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Attn to filing pre-hearing submissions and pre-hearing brief (.5) and emails with N. Jedrey and M. Maddox re same (.3) | 0.8 | 440.00 |
| 05/04/17 | Minott, Tamara K. | Emails from D. Herrington and D. Dean re deadline re exhibit lists, deposition designations and witness lists | 0.3 | 165.00 |
| 05/04/17 | Minott, Tamara K. | Emails with Cleary and D. Abbott re exhibit list, deposition designations, witness lists and pre-hearing brief | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Draft NOS re pre-hearing brief and exhibit list, deposition designations and witness list | 0.2 | 110.00 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/04/17 | Minott, Tamara K. | Email from N. Jedrey re comments re motion to seal brief re Schedule 1 issue | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Email from A. Graham re deposition designations (.1); email from N. Jedrey re notice re pre-hearing submissions (.1) | 0.2 | 110.00 |
| 05/04/17 | Minott, Tamara K. | Emails with E. Gallagher re pre-hearing brief re Schedule 1 issue | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Emails with A. Roth-Moore, M. Maddox and T. Naimoli re motion to seal pre-hearing brief (.2); revise notice re same (.2) | 0.4 | 220.00 |
| 05/04/17 | Minott, Tamara K. | Conf. with M. Maddox re service of pre-hearing submissions and pre-hearing brief | 0.1 | 55.00 |
| 05/04/17 | Maddox, Marisa | assist in prep to file docs (.4); multiple emails with T Minott and Cleary team re filings (.3); emails with T Minott and Cleary re submissions (.1); prep same for filing (.1); multiple emails with N Jedrey re brief and filings (.2); file U.S. Debtors' Pre-Hearing Brief Submissions for the May 11-12, 2017 Hearing (.2);file brief (.2); file motion to seal (.2); revise NOS re brief (.1); serve brief on SNMP (.1) | 1.9 | 560.50 |
| 05/04/17 | Maddox, Marisa | emails with T Minott and N Jedrey re exhibit list and briefs | 0.2 | 59.00 |
| 05/04/17 | Minott, Tamara K. | Email from N. Jedrey re pre-hearing submissions (.1); review and finalize same (.1); email from and conf. with M. Maddox re same (.1) | 0.3 | 165.00 |
| 05/04/17 | Roth-Moore, Andrew | Draft motion to file under seal the Debtors' pre-hearing brief re the 5-11-17 Schedule 1 issue | 0.6 | 309.00 |
| 05/04/17 | Minott, Tamara K. | Conf. with M. Maddox re trial procedures | 0.2 | 110.00 |
| 05/04/17 | Minott, Tamara K. | Review motion to seal pre-hearing brief re Schedule 1 issue (.2); emails with A. Roth-Moore re comments re same (.1) | 0.3 | 165.00 |
| 05/05/17 | Minott, Tamara K. | Email from P. Ratkowiak re SNMP motion to seal pre-hearing brief and review same | 0.1 | 55.00 |
| 05/05/17 | Minott, Tamara K. | Emails with D. Montgomery re SNMP pre-hearing submissions | 0.2 | 110.00 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/05/17 | Maddox, Marisa | serve motion to seal, brief and submissions | 0.6 | 177.00 |
| 05/05/17 | Minott, Tamara K. | Emails with D. Herrington re pre-hearing brief re schedule 1 issue | 0.1 | 55.00 |
| 05/05/17 | Minott, Tamara K. | Conf. with A. Roth-Moore re 5/11 hearing (.2); conf. with A. Roth-Moore re notice of plan modification (.1) | 0.3 | 165.00 |
| 05/05/17 | Remming, Andrew | review SNMP briefs | 0.9 | 585.00 |
| 05/05/17 | Minott, Tamara K. | Conf. with D. Abbott re pre-hearing submissions and brief | 0.2 | 110.00 |
| 05/05/17 | Abbott, Derek C. | review SNMP brief | 0.2 | 150.00 |
| 05/05/17 | Minott, Tamara K. | Email from A. Roth-Moore re deposition designations | 0.1 | 55.00 |
| 05/05/17 | Minott, Tamara K. | Emails from A. Graham re trial procedures (.1); email to A. Roth-Moore re same (.1) | 0.2 | 110.00 |
| 05/05/17 | Maddox, Marisa | file NOS re brief | 0.1 | 29.50 |
| 05/05/17 | Harvey, Matthew B. | Confer with ARM re: deposition issues (.2); research re: same (.2). | 0.4 | 250.00 |
| 05/06/17 | Minott, Tamara K. | Emails from P. Cantwell, D. Abbott and D. Herrington re witness issues | 0.2 | 110.00 |
| 05/07/17 | Remming, Andrew | review SNMP briefs re schedule issue | 0.8 | 520.00 |
| 05/08/17 | Minott, Tamara K. | Emails from P. Cantwell and D. Abbott re evidence issues (.3); research re same (.8) | 1.1 | 605.00 |
| 05/08/17 | Roth-Moore, Andrew | Prepare multiple subpoenas for Dr. Case for hearing on SNMP motion to amend and schedule 1 issue | 0.3 | 154.50 |
| 05/08/17 | Minott, Tamara K. | Conf. with A. Roth-Moore re exhibit issues | 0.1 | 55.00 |
| 05/08/17 | Remming, Andrew | office conf. w/ T. Minott re notice of effective date and prep for SNMP hearing | 0.1 | 65.00 |
| 05/08/17 | Roth-Moore, Andrew | Confer with D. Abbott re subpoenas for hearing on SNMP motion to amend and Schedule 1 issue | 0.1 | 51.50 |
| 05/08/17 | Remming, Andrew | review email from P. Cantwell and ARM re SNMP trial prep issues | 0.1 | 65.00 |

Nortel Networks, Inc.

| | Invoice Date: | July 7, 2017 |
|---|---|---|
| | Invoice Number: | 1701842 |
| | Matter Number: | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/17 | Roth-Moore, Andrew | Prepare multiple subpoenas for J. Southwood for hearing on SNMP motion to amend and schedule 1 issue | 0.2 | 103.00 |
| 05/08/17 | Roth-Moore, Andrew | Confer with D. Culver re subpoenas for hearing on SNMP motion to amend and Schedule 1 issue | 0.1 | 51.50 |
| 05/08/17 | Schwartz, Eric D. | Review SNMP Research, Inc.'s and SNMP Research International, Inc.'s Pre-Hearing Brief on Schedule 1 Issue | 0.5 | 387.50 |
| 05/08/17 | Minott, Tamara K. | Email from A. Roth-Moore re exhibit issues | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Emails with D. Kelley re SNMP trial logistics | 0.1 | 55.00 |
| 05/08/17 | Minott, Tamara K. | Further research re evidence issues re 5/11 hearing and email to P. Cantwell, N. Jedrey, D. Abbott, A. Remming and A. Roth-Moore re same | 2.1 | 1,155.00 |
| 05/08/17 | Schwartz, Eric D. | Review U.S. Debtors' Pre-Hearing Brief with Respect to Schedule 1 Issue | 0.5 | 387.50 |
| 05/08/17 | Maddox, Marisa | file Stipulation and Order for Dismissal of Appeal SNMP (.1); file Stipulation and Order for Dismissal of Appeal (EMEA) (.1); file Stipulation and Order for Dismissal of Appeal (EY) (.1) | 0.3 | 88.50 |
| 05/08/17 | Roth-Moore, Andrew | Prepare initial draft of the objection to SNMP's proposed exhibits for the Schedule 1 hearing | 0.9 | 463.50 |
| 05/08/17 | Schwartz, Eric D. | Review U.S. Debtors' Pre-Hearing Brief Submissions | 0.2 | 155.00 |
| 05/08/17 | Schwartz, Eric D. | Review Motion to Seal | 0.1 | 77.50 |
| | | **Total** | **32.0** | **18,148.00** |

**Task Code:**    B400    General Corporate Matters (including Corporate Governance)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/17 | Roth-Moore, Andrew | Review and revise various corporate gov. documents re effective date | 3.2 | 1,648.00 |
| 05/01/17 | Vella, Patricia O. | Emails re corporate documents | 0.3 | 232.50 |
| 05/01/17 | Roth-Moore, Andrew | Call with A. Poppiti re process for filing certain corporate documents | 0.1 | 51.50 |

Nortel Networks, Inc.

|  |  |
|---|---|
| Invoice Date: | July 7, 2017 |
| Invoice Number: | 1701842 |
| Matter Number: | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/02/17 | Roth-Moore, Andrew | Call with D. Abbott, P. Cantwell, and B. Beller re corporate doc filings related to effective date | 0.2 | 103.00 |
| 05/02/17 | Roth-Moore, Andrew | Prepare for meeting with D. Abbott, A. Poppiti, and P. Vella re corporate doc filings related to effective date | 1.4 | 721.00 |
| 05/02/17 | Roth-Moore, Andrew | Revise the amended bylaws for each debtor and compare to plan versions | 0.8 | 412.00 |
| 05/02/17 | Vella, Patricia O. | Meeting re: corporate filings (.8); emails re same (.2) | 1.0 | 775.00 |
| 05/02/17 | Abbott, Derek C. | mtg w/ LaBarre, Poppiti, Vella, Roth-Moore re: filings re: e-date | 0.4 | 300.00 |
| 05/02/17 | Roth-Moore, Andrew | Meeting with D. Abbott, A. Poppiti, and P. Vella re corporate doc filings related to effective date | 0.3 | 154.50 |
| 05/02/17 | Roth-Moore, Andrew | Prepare closing checklist re corporate doc filings related to effective date | 2.3 | 1,184.50 |
| 05/02/17 | Roth-Moore, Andrew | Revise the amended articles of incorporation for each debtor and compare to plan versions | 2.4 | 1,236.00 |
| 05/03/17 | Roth-Moore, Andrew | Email P. Cantwell re corporate consent issue | 0.1 | 51.50 |
| 05/03/17 | Roth-Moore, Andrew | Revise board resolutions for each debtor | 1.2 | 618.00 |
| 05/03/17 | Roth-Moore, Andrew | Call with P. Vella re stock certificates | 0.2 | 103.00 |
| 05/03/17 | Minott, Tamara K. | Emails with A. Roth-Moore re corporate org docs | 0.2 | 110.00 |
| 05/03/17 | Roth-Moore, Andrew | Research re issuance of stock certificates | 0.8 | 412.00 |
| 05/03/17 | Roth-Moore, Andrew | Call with P. Cantwell re procedures for issuance of stock certificates | 0.1 | 51.50 |
| 05/03/17 | Roth-Moore, Andrew | Multiple emails with P. Cantwell re procedures for issuance of stock certificates | 0.1 | 51.50 |
| 05/04/17 | Roth-Moore, Andrew | Final review and revisions to the amended bylaws for each Delaware entity in preparation for filing amendments | 1.4 | 721.00 |
| 05/04/17 | Roth-Moore, Andrew | Multiple emails with A. Poppiti re procedure for filing certain corporate docs for Delaware debtor | 0.3 | 154.50 |

Nortel Networks, Inc.

| | | Invoice Date: | | July 7, 2017 |
| | | Invoice Number: | | 1701842 |
| | | Matter Number: | | 13981-0002 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/04/17 | Roth-Moore, Andrew | Final review and revisions to the restated certificates of incorporation for each Delaware entity in preparation for filing with the state | 1.9 | 978.50 |
| 05/04/17 | Roth-Moore, Andrew | Email P. Cantwell re various corporate actions and necessary steps | 0.1 | 51.50 |
| 05/04/17 | Roth-Moore, Andrew | Revise bylaws | 1.0 | 515.00 |
| 05/05/17 | Poppiti, Alyson D. | Filed 14 Restated Certificates of Incorporation using 2 hour service with the Delaware Division of Corporations on behalf of the following entities: Nortel Networks International Inc., Nortel Networks Inc., Architel Systems (U.S.) Corporation, Nortel Networks HPOcs Inc., Northern Telecom International Inc., Nortel Altsystems Inc., Qtera Corporation, Nortel Networks Cable Solutions Inc., Nortel Networks Capital Corporation, Xros, Inc., Nortel Networks Optical Components Inc., Nortel Networks Applications Management Solutions Inc., Coretek, Inc., and Nortel Altsystems International Inc. | 9.8 | 2,744.00 |
| 05/05/17 | Minott, Tamara K. | Email from A. Roth-Moore re restated certificates of incorporation | 0.1 | 55.00 |
| 05/05/17 | Roth-Moore, Andrew | Prepare exhibits re amended certificate of incorporation for each debtor for the revised plan supplement | 1.6 | 824.00 |
| 05/07/17 | Roth-Moore, Andrew | Draft additional corporate filing each Delaware debtor | 1.6 | 824.00 |
| 05/07/17 | Vella, Patricia O. | Emails; conference calls D. Abbott, A. Poppiti | 2.0 | 1,550.00 |
| 05/07/17 | Roth-Moore, Andrew | Draft additional corporate filing for NII | 0.3 | 154.50 |
| 05/07/17 | Roth-Moore, Andrew | Multiple emails with P. Vella and D. Abbott re corporate flings re effective date issue | 0.2 | 103.00 |
| 05/07/17 | Minott, Tamara K. | Multiple emails from P. Cantwell, D. Abbott, A. Roth-Moore and L. Schweitzer re effective date and corporate docs | 0.3 | 165.00 |
| 05/08/17 | Remming, Andrew | review email from P. Cantwell re certificate of dissolution | 0.1 | 65.00 |

Nortel Networks, Inc.

| | | |
|---|---|---|
| Invoice Date: | | July 7, 2017 |
| Invoice Number: | | 1701842 |
| Matter Number: | | 13981-0002 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/17 | Vella, Patricia O. | Conference J. Honaker; D. Abbott; emails; revise certificate of correction | 2.5 | 1,937.50 |
| 05/08/17 | Roth-Moore, Andrew | Per comments from P. Vella draft final corporate certificates for each Delaware entity re effective date issue | 1.5 | 772.50 |
| 05/08/17 | Minott, Tamara K. | Emails from P. Cantwell and A. Roth-Moore re certificates of dissolution | 0.1 | 55.00 |
| 05/08/17 | Roth-Moore, Andrew | Finalize certificates of dissolution for each debtor | 0.6 | 309.00 |
| 05/08/17 | Abbott, Derek C. | mtg w/ Roth-Moore re: corp governance issues | 0.2 | 150.00 |
| 05/08/17 | Abbott, Derek C. | additional mtg w/ Roth-Moore re: corp governance issues | 0.1 | 75.00 |
| 05/08/17 | Roth-Moore, Andrew | Confer with D. Abbott re additional corporate documents for each debtor re to the new effective date | 0.1 | 51.50 |
| 05/08/17 | Roth-Moore, Andrew | Prepare draft, additional corporate certificate re effective date issue | 1.6 | 824.00 |
| | | **Total** | **42.5** | **21,295.00** |

**Task Code:**    B500    Allocation

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/17 | Minott, Tamara K. | Email from D. Abbott re Third Circuit status letter | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Email from M. Gianis re Third Circuit appeal letter | 0.1 | 55.00 |
| 05/01/17 | Minott, Tamara K. | Emails with M. Gianis and M. Maddox re Third Circuit letter and finalize same | 0.1 | 55.00 |
| 05/01/17 | Remming, Andrew | review add'l email from M. Gianis re letter to third circuit | 0.1 | 65.00 |
| 05/01/17 | Remming, Andrew | review email from M. Gianis re letter to third circuit | 0.1 | 65.00 |
| 05/01/17 | Minott, Tamara K. | Emails from L. Schweitzer, D. Abbott and M. Gianis re May 1 letter to Third Circuit re appeals | 0.3 | 165.00 |
| 05/01/17 | Minott, Tamara K. | Email from M. Gianis re revised Third Circuit appeals letter | 0.1 | 55.00 |
| 05/02/17 | Remming, Andrew | review letter to third circuit | 0.1 | 65.00 |
| 05/03/17 | Minott, Tamara K. | Email from D. Crichlow re Third Circuit dismissal stipulation | 0.1 | 55.00 |

Nortel Networks, Inc.

Invoice Date: July 7, 2017
Invoice Number: 1701842
Matter Number: 13981-0002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/03/17 | Minott, Tamara K. | Emails from L. Hakkenberg and T. Hoeffner re litigation dismissal stipulation | 0.2 | 110.00 |
| 05/03/17 | Minott, Tamara K. | Email from M. Beebe re comment re allocation appeals dismissal notice | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Multiple emails from L. Hakkenberg and appeal parties re Third Circuit and D. Ct. litigation dismissal notices | 0.4 | 220.00 |
| 05/03/17 | Minott, Tamara K. | Further email from C. Huberty re comment re Third Circuit dismissal | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Review AOS re motion to approve SPSA waiver and emails with M. Maddox re same | 0.1 | 55.00 |
| 05/03/17 | Minott, Tamara K. | Emails from D. Botter re litigation dismissal notices | 0.1 | 55.00 |
| 05/04/17 | Minott, Tamara K. | Emails with L. Hakkenberg, P. Cantwell and M. Maddox re litigation dismissal notices and escrowed signatures (.1); finalize same (.5) | 0.6 | 330.00 |
| 05/08/17 | Minott, Tamara K. | Call with M. Maddox re Rule 42(b) stipulation of dismissal | 0.1 | 55.00 |
| 05/08/17 | Maddox, Marisa | meeting with T Naimoli and T Minott re 3rd circuit filing (.1); call with T Minott re same (.1) | 0.2 | 59.00 |
| 05/08/17 | Maddox, Marisa | file 3rd circuit dismissal | 0.1 | 29.50 |
| | | **Total** | **3.1** | **1,658.50** |

Nortel Networks, Inc.

| | |
|---|---|
| Invoice Date: | July 7, 2017 |
| Invoice Number: | 1701842 |
| Matter Number: | 13981-0002 |

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.50 | 249.50 |
| B160 | Fee Applications (MNAT - Filing) | 0.20 | 59.00 |
| B165 | Fee Applications (Others - Filing) | 6.00 | 2,284.00 |
| B170 | Fee Applications (MNAT - Objections) | 0.40 | 143.50 |
| B175 | Fee Applications (Other - Objections) | 1.00 | 397.00 |
| B190 | Other Contested Matters | 4.90 | 2,458.50 |
| B300 | Court Hearings | 14.90 | 6,758.00 |
| B310 | Claims Objections and Administration | 1.70 | 1,020.00 |
| B320 | Plan and Disclosure Statement | 9.00 | 5,128.00 |
| B330 | Litigation/Adversary Proceedings | 32.00 | 18,148.00 |
| B400 | General Corporate Matters (including Corporate Governance) | 42.50 | 21,295.00 |
| B500 | Allocation | 3.10 | 1,658.50 |
| | **Total** | **116.20** | **$59,599.00** |