<u>**Exhibit B**</u>

**MONTHLY EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**May 1, 2017 through May 8, 2017**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Courier/Delivery Service | | $92.63 |
| Transcripts | | 2,739.51 |
| **Grand Total Expenses** | | **$2,832.14** |

| Nortel Networks, Inc. | | |
|---|---|---|
| | Invoice Date: | July 7, 2017 |
| | Invoice Number: | 1701842 |
| | Matter Number: | 13981-0002 |

**Cost Summary**

| Description | Amount |
|---|---|
| Courier/Delivery Service | 92.63 |
| Transcripts | 2,739.51 |
| **Total** | **$2,832.14** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/02/17 | Courier/Delivery Service | 1.0 | 20.56 |
| 05/05/17 | Courier/Delivery Service | 1.0 | 72.07 |
| 05/05/17 | Transcripts - ORIGINAL TRANSCRIPT AND 1 COPY-EXPEDITED AND REALTIME AND ROUGH ASCII 05/05/2017 | 1.0 | 2,739.51 |
| | **Total** | | **$2,832.14** |