**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | |
| In re | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., et al., [1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------X | | Re: D.I. _____ |

**ORDER GRANTING FINAL APPLICATION OF MORRIS, NICHOLS, ARSHT
& TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF
COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD
JANUARY 14, 2009 THROUGH MAY 8, 2017**

Upon consideration of the final application (the "Final Application") of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), bankruptcy counsel for the debtors in the above-captioned cases (collectively, the "Debtors"), for final allowance of compensation for the period from January 14, 2009 through May 8, 2017; the Court having reviewed the Final Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**IT IS HEREBY ORDERED** that:

1. The Final Application is **GRANTED**.

2. Morris Nichols is allowed final compensation in the amount of $9,453,691.75 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, plus $26,882.50 in fees for preparation and filing of professionals fee applications after the Effective Date of the Plan; and allowed final reimbursement in the amount of $1,564,536.79 for actual, reasonable, and necessary expenses incurred during the Final Application Period

4. The Debtors are authorized and directed to remit the amounts approved by this Order to Morris Nichols.

5. The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2017
           Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE KEVIN GROSS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE