## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X
                                                       :
In re                                                  :     Chapter 11
                                                       :
Nortel Networks Inc., et al., [1]                      :     Case No. 09-10138 (KG)
                                                       :
                              Debtors.                 :     Jointly Administered
                                                       :
                                                       :
                                                       :     Hearing Date: TBD
-------------------------------------------------------X     Objections Due: July 27, 2017 at 4:00 p.m. (ET)
```

**FINAL APPLICATION OF SHEARMAN & STERLING LLP, AS NON-ORDINARY COURSE PROFESSIONAL SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD <u>JANUARY 14, 2009 THROUGH MAY 8, 2017</u>**

| | |
|---|---|
| Name of Applicant: | SHEARMAN & STERLING LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | February 18, 2009, *nunc pro tunc* to January 14, 2009 |
| Final Period for which compensation and reimbursement is sought: | January 14, 2009 through May 8, 2017 |
| Amount of Final compensation sought as actual, reasonable, and necessary: | $382,706.50, plus $8,224.00 in fees for preparation of this final fee application after the Effective Date of the Plan. |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  This fee application is not a final fee application with respect to Nortel Networks India International Inc.  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Amount of Final reimbursement sought as actual, reasonable, and necessary:  $26,089.27

   x   final application

This is a ___ monthly

The total time expended for preparation of this final fee application is approximately 10.8 hours.

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| June 10, 2009 | January 14, 2009 through April 30, 2009 | Fees: $237,602.00 Exp.: $4,774.38 | Fees: $237,602.00 Exp.: $4,774.38 |
| Sept. 9, 2009 | May 1, 2009 through July 31, 2009 | Fees: $63,916.00 Exp.: $2,356.13 | Fees: $63,916.00 Exp.: $2,356.13 |
| Nov. 23, 2009 | August 1, 2009 through October 31, 2009 | Fees: $20,975.50 Exp.: $2,021.48 | Fees: $20,975.50 Exp.: $2,021.48 |
| Feb. 24, 2010 | November 1, 2009 through January 31, 2010 | Fees: $17,377.00 Exp.: $1,245.27 | Fees: $17,377.00 Exp.: $1,245.27 |
| June 3, 2010 | February 1, 2010 through April 30, 2010 | Fees: $13,890.00 Exp.: $1,825.24 | Fees: $13,890.00 Exp.: $1,825.24 |
| Sept. 9, 2010 | May 1, 2010 through July 31, 2010 | Fees: $9,768.00 Exp.: $1,237.18 | Fees: $9,768.00 Exp.: $1,237.18 |
| Nov. 23, 2010 | August 1, 2010 through October 31, 2010 | Fees: $10,636.00 Exp.: $1,209.70 | Fees: $10,636.00 Exp.: $1,209.70 |
| March 1, 2011 | November 1, 2010 through January 31, 2011 | Fees: $529.00 Exp.: $2,035.60 | Fees: $529.00 Exp.: $2,035.60 |
| Aug. 29, 2011 | February 1, 2011 through July 31, 2011 | Fees: $1,791.50 Exp.: $2,622.63 | Fees: $1,791.50 Exp.: $2,622.63 |
| Feb. 25, 2012 | August 1, 2011 through January 31, 2012 | Fees: $2,541.50 Exp.: $2,173.05 | Fees: $2,541.50 Exp.: $2,173.05 |
| Aug. 24, 2012 | February 1, 2012 through July 31, 2012 | Fees: $2,499.50 Exp.: $4,530.86 | Fees: $2,499.50 Exp.: $4,530.86 |
| March 4, 2013 | August 1, 2012 through January 31, 2013 | Fees: $1,180.50 Exp.: $57.75 | Fees: $1,180.50 Exp.: $57.75 |

**FINAL COMPENSATION BY PROFESSIONAL**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 through May 8, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stuart Baskin | Partner/Litigation | 950 | 1.5 | $1,492.00 |
| Tai H. Park | Partner/Litigation | 950 | 6.5 | $6,175.00 |
| Marc Ashley | Counsel/Litigation | 745 | 66.7 | $49,691.00 |
| Elizabeth R. Weiss (2001) | Associate/Litigation | 630 | 72.9 | $45,927.00 |
| Parthapratim Chanda (2004) | Associate/Litigation | 580 | 44.6 | $25,868.00 |
| Brian Burke (2005) | Associate/Litigation | 525 | 44.0 | $23,100.00 |
| Brian Burke (2005) | Associate/Litigation | 580 | 20.0 | $11,572.50 |
| Terence P. Gilroy (2006) | Associate/Litigation | 525 | 181.6 | $95,340.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 580 | 5.9 | $3,422.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 580/610 | 1.9 | $1,135.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 610 | 1.2 | $732.00 |
| Terence P. Gilroy (2006) | Associate/Litigation | 745 | 1.4 | $1,043.00 |
| Kelly McDonald (2006) | Associate/Bankruptcy | 525 | 3.4 | $1,765.00 |
| Ira E. Wiener | Managing Attorney | 340 | 3.6 | $1,224.00 |
| James H. Tucker | Research Specialist | 200 | 0.6 | $120.00 |
| Marianna Orenshteyn | Legal Assistant Coordinator | 235 | 4.2 | $987.00 |
| Marianna Orenshteyn | Paralegal | 245 | 4.0 | $980.00 |
| Mary Glennon | Paralegal | 245 | 294.50 | $72,152.50 |
| Mary Glennon | Paralegal | 255 | 3.5 | $892.50 |
| Mary Glennon | Paralegal | 275 | 0.5 | $137.50 |
| Jennifer Lin | Paralegal | 195 | 0.7 | $136.50 |
| G. William Bartholomew | Paralegal | 185 | 0.8 | $148.00 |

| Name of Professional Person | Position of the Applicant, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Nafisa Isa | Paralegal | 185 | 134.7 | $24,919.50 |
| Luis Feliciano | Case Clerk | 185 | 8.0 | $1,480.00 |
| Alfredo Flores | Case Clerk | 185 | 0.8 | $148.00 |
| Bryan Jankay | Case Clerk | 185 | 1.1 | $203.50 |
| Tyrone McBride | Case Clerk | 185 | 1.5 | $277.50 |
| Maria Molinelli | Case Clerk | 185 | 2.0 | $370.00 |
| Ruth Sheopaul | Case Clerk | 185 | 32.0 | $7,770.00 |
| Ruth Sheopaul | Case Clerk | 185/195 | 4.1 | $794.50 |
| Ruth Sheopaul | Case Clerk | 195 | 2.6 | $507.00 |
| John Kapp | IT Administrator | 250 | 8.7 | $2,175.00 |
| **Total** | | | **969.5** | **$382,706.50** |

| | |
|---|---|
| **GRAND TOTAL:** | **$382,706.50** |
| **ATTORNEY BLENDED RATE:** | **$589.82** |
| **BLENDED RATE:** | **$394.75** |

**FINAL COMPENSATION BY SPECIAL LITIGATION MATTER
NORTEL NETWORKS INC., ET AL.
(CASE NO. 09-10138 (KG))**

**January 14, 2009 through May 8, 2017**

| Matter | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks Limited – (02205-00016) (02205-00008) Reserves Release (In re Nortel Networks Corporation Securities Litigation, 05-MD-1659 (LAP) (S.D.N.Y.)); Securities Litigation (In re Nortel Networks Corporation Securities Litigation, 01-CV-1855 (RMB) (S.D.N.Y.)) | 167.2 | $62,804.50 |
| Nortel Networks Limited – (02205-00018) March 2004 ERISA Action(In re Nortel Networks Corp. ERISA Litigation, 3:03-MD-1537 (M.D. Tenn.)) | 19.6 | $4,773.00 |
| Nortel Networks Limited – (02205-00020) Epicon Litigation (Domenikos v. Roth, et al., 05-CV-2080 (S.D.N.Y.)) | 89.7 | $47,548.00 |
| Nortel Networks Limited – (02205-00021) Investigations (Securities & Exchange Commission investigation and related proceedings) | 693.0 | $267,581.00 |
| **TOTAL** | **969.5** | **$382,706.50** |

**FINAL EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 through May 8, 2017**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Service | | $40.50 |
| Postage and Courier | | $13.08 |
| Federal Express | | $66.86 |
| Duplicating | In House | $751.04 |
| Duplicating | Off-Site | $48.00 |
| Spec. Duplicating | | $24.00 |
| Conference Room Dining | | $148.62 |
| Electronic Docket Information | Court Alert | $9,035.62 |
| Electronic Docket Information | Pacer | $535.75 |
| Electronic Docket Information | E-Law | $2,474.00 |
| Electronic Docket Information | Court Link | $25.85 |
| Computer Research | Lexis-Nexis | $209.25 |
| Computer Research | Westlaw | $2,657.07 |
| Computer Research | ALM Media | $2,629.97 |
| Conferencing Services | Southpath Legal | $3.36 |
| Telephone | | $7.65 |
| Overtime Expenses | | $22.89 |
| Other Information Services | Incisive Media / Reed Elsevier | $2,730.41 |
| **Grand Total Expenses** | | **$26,089.27** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                              :

In re                             :        Chapter 11

                              :

Nortel Networks Inc., et al., [1]    :        Case No. 09-10138 (KG)

                              :

              Debtors.      :        Jointly Administered

                              :

                              :        **Hearing Date: TBD**
-------------------------------------------------------X  **Objections Due: July 27, 2017 at 4:00 p.m. (ET)**

**FINAL APPLICATION OF SHEARMAN & STERLING LLP, AS NON-**
**ORDINARY COURSE PROFESSIONAL SPECIAL LITIGATION COUNSEL TO**
**THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND**
**NECESSARY EXPENSES INCURRED FOR THE PERIOD**
**JANUARY 14, 2009 THROUGH MAY 8, 2017**

Shearman & Sterling LLP ("Shearman & Sterling"), as non-ordinary course

professional special litigation counsel for the debtors in the above-captioned cases (collectively,

the "Debtors"), submits this application (the "Application") for final allowance of compensation

and reimbursement of expenses under sections 330 and 331 of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United

States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (D.I. 222) (the "Interim Compensation Procedures Order")[2].  By this Application, Shearman & Sterling seeks final allowance of reasonable compensation for professional services rendered by Shearman & Sterling to the Debtors for the period January 14, 2009 through May 8, 2017 (the "Final Application Period") and final reimbursement of actual and necessary expenses and disbursements incurred by Shearman & Sterling in rendering professional services on behalf of the Debtors during the Final Application Period.  In support of this Application, Shearman & Sterling respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

---

[2]     Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

## BACKGROUND

3.      On January 14, 2009 (the "<u>Petition Date</u>"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

## SHEARMAN & STERLING'S RETENTION

4.      On February 2, 2009, the Debtors filed the *Application of the Debtors Pursuant to 11 U.S.C. § 327(e) to Retain and Employ Shearman & Sterling LLP as Non-Ordinary Course Professional Special Litigation Counsel for the Debtors Nunc Pro Tunc to January 14, 2009* (D.I. 197) (the "<u>Shearman Retention Application</u>").

5.      On February 18, 2009, this Court granted the Shearman Retention Application pursuant to the *Order Pursuant to 11 U.S.C. § 327(e) Authorizing the Retention and Employment of Shearman & Sterling LLP as Non-Ordinary Course Professional Special Litigation Counsel for the Debtors Nunc Pro Tunc to January 14, 2009* (D.I. 323) (the "<u>Shearman Retention Order</u>").

## DEBTORS' CHAPTER 11 PLAN

6.      On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "<u>Confirmed Debtors</u>") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "<u>Plan</u>") with this Court.

7.      Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter*

*11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17795) (the "Confirmation Order") confirming the Confirmed Debtors' Plan.[3]  The Plan went effective on May 8, 2017 (the "Effective Date").  *See* D.I. 18176.  Pursuant to the Plan, Confirmation Order, and Effective Date notice, all final requests for payment of Professional Claims must be filed by July 7, 2017.  Such Professional Claims include all fees and expenses requested by Professionals from the Petition Date through the Effective Date against all Confirmed Debtors.

## RELIEF REQUESTED

8.      Shearman & Sterling submits this Application:  (i) for final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it rendered as non-ordinary course professional special litigation counsel for the Debtors during the Final Application Period and (ii) for final reimbursement of actual, reasonable, and necessary expenses incurred in representing the Debtors during the Final Application Period.

## THE FINAL APPLICATION PERIOD

9.      Shearman & Sterling seeks allowance of $382,706.50 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period, plus $8,224.00 in fees for preparation of the final fee application after the Effective Date of the plan and $26,089.27 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period. Detailed descriptions of the services rendered and expenses incurred by Shearman & Sterling during the Final Application Period are set forth on Exhibits A and B, respectively, of the monthly fee applications filed by Shearman & Sterling in these chapter 11 cases.  Shearman &

---

[3]      Capitalized terms not defined herein are defined in the Plan.

4

Sterling requests that the Debtors be authorized and directed to pay Shearman & Sterling an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

## SUMMARY OF SERVICES BY PROJECT

10.     During the Final Application Period, Shearman & Sterling served as non-ordinary course professional special litigation counsel to the Debtors.  Specifically, prior to the Petition Date, the Debtors engaged Shearman & Sterling as counsel to the Debtors, their Canadian parents, and certain of Debtors' officers and directors in In re Nortel Networks Corporation Securities Litigation, 01-CV-1855 (RMB) (S.D.N.Y.); In re Nortel Networks Corporation Securities Litigation, 05-MD-1659 (LAP) (S.D.N.Y.); In re Nortel Networks Corp. ERISA Litigation, 3:03-MD-1537 (M.D. Tenn.); Domenikos v. Roth, et al., 05-CV-2080 (S.D.N.Y.); and other related proceedings and investigations arising from certain of the Debtors' financial restatements and related events, including representation of the Debtors before the United States Securities and Exchange Commission (collectively, the "Pending Litigations"). During the Final Application Period, Shearman & Sterling continued to represent the Debtors in connection with the Pending Litigations as set forth below.  More detailed identification of the actual services provided are set forth on the Exhibit A attached to each of the previously filed monthly fee applications.

A.     Nortel Networks Limited – (02205-00016) (02205-00008) Reserves Release (In re Nortel Networks Corporation Securities Litigation, 05-MD-1659 (LAP) (S.D.N.Y.)); Securities Litigation (In re Nortel Networks Corporation Securities Litigation, 01-CV-1855 (RMB) (S.D.N.Y.))

Final Application Period.  Fees:  $62,804.50; Total Hours:  167.2

B. <u>Nortel Networks Limited – (02205-00018) March 2004 ERISA Action(In re Nortel Networks Corp. ERISA Litigation, 3:03-MD-1537 (M.D. Tenn.))</u>

Final Application Period.  Fees:  $4,773.00; Total Hours:  19.6

C. <u>Nortel Networks Limited – (02205-00020) Epicon Litigation (Domenikos v. Roth, et al., 05-CV-2080 (S.D.N.Y.))</u>

Final Application Period.  Fees:  $47,548.00; Total Hours:  89.7

D. <u>Nortel Networks Limited – (02205-00021) Investigations (Securities & Exchange Commission investigation and related proceedings)</u>

Final Application Period.  Fees:  $267,581.00; Total Hours:  693

11.     Shearman & Sterling has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Shearman & Sterling so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the professional billing the lowest hourly rate as appropriate for a particular matter. Moreover, Shearman & Sterling has endeavored to coordinate with the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  Shearman & Sterling believes it has been successful in this regard.

12.     Shearman & Sterling charges $.10 or less per page for black and white photocopying and $.80 or less per page for color photocopying.

13.     Shearman & Sterling charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

14.     In accordance with Local Rule 2016-2, Shearman & Sterling has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

15.     Shearman & Sterling fees are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

16.     No agreement or understanding exists between Shearman & Sterling and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

17.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge, and belief that this Application complies with that Rule.

[*The remainder of the page is intentionally blank.*]

WHEREFORE, Shearman & Sterling respectfully requests that this Court (a) allow final compensation in the amount of $382,706.50 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, (b) allow final reimbursement of $26,089.27 for actual, reasonable, and necessary expenses incurred during the Final Application Period, (c) authorize and direct the Debtors to pay Shearman & Sterling $8,224.00 in fees for preparation of the final fee application after the Effective Date of the plan, and (d) grant such other further relief as the Court deems just and proper.

Dated:  July 7, 2017
New York, New York

SHEARMAN & STERLING LLP

*/s/ Stuart J. Baskin*
Stuart J. Baskin
599 Lexington Avenue
New York, New York 10022
Telephone:  212-848-4000
Facsimile:  212-848-7179

*Counsel for the Debtors in Certain Litigations*

8