IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
: 
      Wind-Down Debtors and Debtor- : Jointly Administered
      In-Possession. : 
: 
: **Hearing Date: TBD**
----------------------------------------------------------X   **Objections Due: July 27, 2017 at 4:00 p.m. (ET)**

**FINAL FEE APPLICATION OF LINKLATERS LLP, AS U.K. COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF FINAL COMPENSATION AND FOR FINAL REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JANUARY 26, 2010 THROUGH MAY 8, 2017**

Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") request final approval of the following fee applications that Linklaters LLP ("Linklaters") filed during these bankruptcy cases:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (100%) | Amount of Expenses Allowed (100%) |
|---|---|---|---|---|---|---|
| 3/26/10 D.I. 2765 | 1/20/10-2/28/10 | £265,694.00 (US$395,446.16) | £82,839.71 (US$123,294.48) | 4/21/10 D.I. 2970 | £258,411.04 (US$390,446.16) | £82,839.71 (US$123,294.48) |
| 6/2/10 D.I. 3119 | 3/1/10- | £93,575.08 | £20,671.24 | 8/9/10 D.I. 3765 | £93,575.08 | £20,671.24 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). This fee application is not a final fee application with respect to Nortel Networks India International Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| | 4/31/10 | (US$136,334.21) | (US$30,116.96) | | (US$136,334.21) | (US$30,116.96) |
|---|---|---|---|---|---|---|
| 9/10/10 D.I. 3915 | 5/1/10-7/31/10 | £35,903.40 (US$54,248.24) | £848.87 (US$1,282.60) | N/A | £35,903.40 (US$54,248.24) | £848.87 (US$1,282.60) |
| 11/24/10 D.I. 4431 | 8/1/10-10/31/10 | £33,832.49 (US$53,661.71) | £387.80 (US$615.09) | N/A | £33,832.49 (US$53,661.71) | £387.80 (US$615.09) |
| 1/3/11 D.I. 5028 | 11/1/10-1/31/11 | £88,637.50 (US$114,089.13) | £5,832.43 (US$9,481.20) | N/A | £88,637.50 (US$114,089.13) | £5,832.43 (US$9,481.20) |
| 5/31/11 D.I. 5516 | 2/1/11-4/30/11 | £71,804.50 (US$118,492.96) | £3,846.76 (US$6,347.99) | N/A | £71,804.50 (US$118,492.96) | £3,846.76 (US$6,347.99) |
| 8/30/11 D.I. 6268 | 5/1/11-7/31/11 | £16,727.50 (US$27,098.55) | £18,157.30 (US$29,414.82) | N/A | £16,727.50 (US$27,098.55) | £18,157.30 (US$29,414.82) |
| 11/23/11 D.I. 6860 | 8/1/11-10/31/11 | £106,245.50 (US$164,828.75) | £109.94 (US$170.56) | N/A | £106,245.50 (US$164,828.75) | £109.94 (US$170.56) |
| 3/1/12 D.I. 7323 | 11/1/11-1/31/12 | £23,678.50 (US$37,732.93) | £24.16 (US$38.50) | N/A | £23,678.50 (US$37,732.93) | £24.16 (US$38.50) |
| 5/31/12 D.I. 7750 | 2/1/12-4/30/12 | £17,286.00 (US$26,924.51) | £15,916.67 (US$24,526.29) | N/A | £17,286.00 (US$26,924.51) | £15,916.67 (US$24,526.29) |
| 8/39/12 D.I. 8357 | 5/1/12-7/31/12 | £22,488.00 (US$35,586.58) | £0.00 (US$0.00) | N/A | £22,488.00 (US$35,586.58) | £0.00 (US$0.00) |
| 11/27/12 D.I. 9013 | 8/1/12-10/31-12 | £16,440.00 (US$26,353.49) | £26.63 (US$42.68) | N/A | £16,440.00 (US$26,353.49) | £26.63 (US$42.68) |
| 3/1/13 D.I. 9542 | 11/1/12-1/31/13 | £4,280.00 (US$6,489.34) | £1,451.55 (US$2,200.84) | 3/25/13 D.I. 9761 | £4,280.00 (US$6,489.34) | £1,451.55 (US$2,200.84) |
| 6/4/13 D.I. 10756 | 2/1/13-4/30/13 | £12,704.00 (US$19,487.58) | £0.00 (US$0.00) | N/A | £12,704.00 (US$19,487.58) | £0.00 (US$0.00) |
| 8/29/13 D.I. 11470 | 5/1/13-7/31/13 | £111,970.13 (US$173,858.26) | £631.51 (US$980.56) | 9/20/13 D.I. 11744 | £111,970.13 (US$173,858.26) | £631.51 (US$980.56) |
| 11/27/13 D.I. 12524 | 8/1/13-10/31/13 | £98,015.86 (US$158,267.19) | £99,144.35 (US$160,089.37) | 12/19/13 D.I. 12683 | £98,015.86 (US$158,267.19) | £99,144.35 (US$160,089.37) |
| 2/28/14 D.I. 13072 | 11/1/13-11/31/14 | (US$90,350.51) | (US$131,253.49) | 3/25/14 D.I. 13231 | (US$90,350.51) | (US$131,253.49) |
| **TOTAL** | | **(US$1,467,095.43)** | **(US$519,684.87)** | | **(US$1,462,095.43)** | **(US$519,684.87)** |

WHEREFORE, the Debtors respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Linklaters such other and further relief as is just and proper.

Dated: July 7, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Andrew J. Roth-Moore*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Reorganized Debtors*

11166195.2