**Exhibit A**

**MONTHLY COMPENSATION BY PROJECT CATEGORY**[2]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2017 through May 8, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 11.90 | $7,101.50 |
| Claims Administration and Objections | 63.90 | 47,967.50 |
| Plan of Reorganization and Disclosure Statement | 83.60 | 63,268.00 |
| Fee and Employment Applications | 6.40 | 2,336.00 |
| Litigation | 674.10 | 387,166.50 |
| Real Estate | 1.50 | 1,117.50 |
| Nortel Networks India International Inc. ("NN III") | 1.90 | 1,925.50 |
| Allocation/Claims Litigation | 7.20 | 4,500.00 |
| **TOTAL** | **850.50** | **$515,382.50** |

---

[2]       Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

3

**MATTER: 17650-004  CASE ADMINISTRATION**[1]

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Livingston, M. | 05/01/17 | EMs to B. Guiney (Patterson) and P. Cantwell re: payment issues (.2); Comm. w/ P. Cantwell re: same (.1). | .30 | 175.50 | 46744993 |
| Livingston, M. | 05/01/17 | Comm. w/ B. Guiney (Patterson), M. Cilia, P. Cantwell, B. Beller re: payment issues (.3); EMs to CGSH team re: same (.3). | .60 | 351.00 | 46745032 |
| Livingston, M. | 05/02/17 | Prep for call w/ tax advisor re subsidiary (.3); Call w/ tax advisor (.2); revise board documents and wind-up documents re: same (.7). | 1.20 | 702.00 | 46745102 |
| Livingston, M. | 05/02/17 | Comm. w/ P. Cantwell re: effective date. | .10 | 58.50 | 46745116 |
| Livingston, M. | 05/02/17 | Revise effective date notices (.3); comm. w/ Epiq, CGSH teams re: same (.1). | .40 | 234.00 | 46745130 |
| Livingston, M. | 05/02/17 | Comm. w/ K. Hailey re: wind-down issues. | .20 | 117.00 | 46745148 |
| Livingston, M. | 05/02/17 | Review litigation documents (.5); Ems to CGSH team re: same (.2); draft chart for M. Cilia re: same (.3). | 1.00 | 585.00 | 46745168 |
| Livingston, M. | 05/03/17 | Review payment checklist (.2); Comm. w/ P. Cantwell, M. Cilia re: same (.1). | .30 | 175.50 | 46745357 |
| Livingston, M. | 05/03/17 | Revise subsidiary board documents (.5); Comm. w/ Subbu re: same (.2); Comm. w/ L Guerra Sanz re: execution version of docs re: same (.3). | 1.00 | 585.00 | 46745386 |
| Livingston, M. | 05/03/17 | Review Mergis fee app report and send to work processing for formatting. | .20 | 117.00 | 46745390 |
| Schweitzer, L. | 05/03/17 | Review litigation documents, e/ms P. Cantwell re: same | .20 | 257.00 | 47078186 |
| Livingston, M. | 05/04/17 | Revise board documents per tax advisor comments (1.0); compile signature pages and revised documents and send to J. Ray, L. Guerra Sanz re: same (.3). | 1.30 | 760.50 | 46745523 |
| Livingston, M. | 05/04/17 | Draft execution drafts of board resolutions. | .60 | 351.00 | 46745540 |
| Livingston, M. | 05/04/17 | Call w/ K. Hailey, T. Ross, M. Cilia re subsidiary winddown. | 1.00 | 585.00 | 46745543 |
| Livingston, M. | 05/04/17 | Comm. w/ P. Cantwell re: subsidiary (.1); review Plan re: ongoing notice requirements re: same (.4); EM K. Hailey re: same (.1). | .60 | 351.00 | 46745558 |

---

[1]     Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Livingston, M. | 05/05/17 | Call w/ L. Guerra Sanz re: subsidiary board docs. | .10 | 58.50 | 46745801 |
| Livingston, M. | 05/05/17 | Review effective date notice requirements and draft notices re: same. | .50 | 292.50 | 46745809 |
| Livingston, M. | 05/07/17 | Revise administrative claim form for Epiq website (.4); Ems to Epiq, P. Cantwell re: same (.1). | .50 | 292.50 | 46746047 |
| Livingston, M. | 05/08/17 | Comm. w/ Epiq, P. Cantwell re: effective date notices. | .40 | 234.00 | 46746720 |
| Livingston, M. | 05/08/17 | Draft litigation document. | 1.40 | 819.00 | 46746726 |
| | | **MATTER TOTALS:** | **11.90** | **7,101.50** | |

**MATTER: 17650-004  CASE ADMINISTRATION**

**MATTER: 17650-005  CLAIMS ADMINISTRATION AND OBJECTIONS**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Livingston, M. | 05/01/17 | EMs to MNAT, CGSH teams re: claims issue. | .10 | 58.50 | 46744975 |
| Livingston, M. | 05/01/17 | Ems to L. Schweitzer, MNAT re: confidentiality issue. | .20 | 117.00 | 46744990 |
| Livingston, M. | 05/01/17 | Revise claims documents and EM to C. Reimer re: same. | .80 | 468.00 | 46744999 |
| Livingston, M. | 05/01/17 | Finalize claims litigation document, including comm. w/ class counsel and review of claims litigation documents. | 1.60 | 936.00 | 46745021 |
| Livingston, M. | 05/01/17 | Comm. w/ M. Gianis and M. Cilia re: claims issue. | .70 | 409.50 | 46745039 |
| Livingston, M. | 05/01/17 | Revise draft claims litigation document and circulate to class counsel, B. Greenwald. | .30 | 175.50 | 46745048 |
| Livingston, M. | 05/01/17 | Revise claims litigation document (.5); comm w/ class counsel re: same (.2). | .70 | 409.50 | 46745079 |
| Beller, B. S. | 05/01/17 | Ems re: claims matter. | 1.20 | 894.00 | 46756008 |
| Beller, B. S. | 05/01/17 | Review claims materials and ems w/ A. Wu re same. | 1.80 | 1,341.00 | 46756014 |
| Beller, B. S. | 05/01/17 | Prepare for claims hearing. | 1.50 | 1,117.50 | 46756025 |
| Alcock, M. E. | 05/01/17 | Conf w/ L. Bagarella re claims issue. | .50 | 537.50 | 46927750 |
| Bagarella, L. | 05/01/17 | Office conference with M. Alcock regarding claims issue (.5); tax research regarding claims issue (1.5). | 2.00 | 1,690.00 | 46754887 |
| Gianis, M. A. | 05/01/17 | Communications with M. Livingston and M. Cilia re: claims issue. | 1.00 | 745.00 | 46767805 |
| Gianis, M. A. | 05/01/17 | Communications with L. Schweitzer, D. Abbott, M. Livingston and opposing counsel re: claims issues. | 2.00 | 1,490.00 | 46767855 |
| Schweitzer, L. | 05/01/17 | Emails with opposing counsel re claims litigation issues | .30 | 385.50 | 47078048 |
| Livingston, M. | 05/02/17 | Comm. w/ B. Beller re: claims issue. | .20 | 117.00 | 46745110 |
| Livingston, M. | 05/02/17 | Review outstanding tasks re: claims issue and EM B. Beller re: same. | .80 | 468.00 | 46745121 |
| Livingston, M. | 05/02/17 | Revise (.2) and EM final claims documents to J. Ray for signature (.1). | .30 | 175.50 | 46745203 |
| Livingston, M. | 05/02/17 | Meeting w/ L. Schweitzer (partial), M. Gianis re: | 1.50 | 877.50 | 46745342 |

| <u>NAME</u> | <u>DATE</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> | <u>INDEX</u> |
|---|---|---|---|---|---|
| | | claims issue. | | | |
| Livingston, M. | 05/02/17 | Review claims litigation documents; EMs to C. Armstrong, L. Schweitzer re: same. | .80 | 468.00 | 46745344 |
| Bagarella, L. | 05/02/17 | Corr. with M. Gianis and M. Livingston regarding claims issue. | .50 | 422.50 | 46754953 |
| Beller, B. S. | 05/02/17 | Ems re claims matter. | .10 | 74.50 | 46756114 |
| Gianis, M. A. | 05/02/17 | Meeting with L. Schweitzer (partial) and M. Livingston re: claims issue. | 1.50 | 1,117.50 | 46770643 |
| Gianis, M. A. | 05/02/17 | Prepare for meeting with L. Schweitzer and M. Livingston re: claims issue. | 2.00 | 1,490.00 | 46770651 |
| Schweitzer, L. | 05/02/17 | E/ms with opposing counsel re claims issue (0.1); meeting M. Livingston, M. Gianis re claims issue (partial) (1.0). | 1.10 | 1,413.50 | 47078081 |
| Livingston, M. | 05/03/17 | Finalize claims litigation documents and send to J. Ray for execution re: same. | .40 | 234.00 | 46745364 |
| Livingston, M. | 05/03/17 | Comm w/ M Gianis re: claimant's tax issues (.4); Draft questions for L. Bagarella re: claimant's tax issues (.4); pull relevant documents for L. Bagarella re: same (.2). | 1.00 | 585.00 | 46745365 |
| Livingston, M. | 05/03/17 | Search CGSH records for invoices. | 1.10 | 643.50 | 46745368 |
| Livingston, M. | 05/03/17 | Review documents re claimant's tax issue (.5); comm w/ M. Gianis re: same (.2). | .70 | 409.50 | 46745373 |
| Livingston, M. | 05/03/17 | Prep documents for meeting re: claimant's tax issues. | .50 | 292.50 | 46745378 |
| Livingston, M. | 05/03/17 | Final review of filing version of claims documents (.5); confirm conformance to plan documents (.5). | 1.00 | 585.00 | 46745381 |
| Livingston, M. | 05/03/17 | Review claims documents re: plan issue (.5); EM P. Cantwell re: same (.1). | .60 | 351.00 | 46745398 |
| Alcock, M. E. | 05/03/17 | Research tax issues re claims matter | 3.30 | 3,547.50 | 46892164 |
| Bagarella, L. | 05/03/17 | Research tax issue re claims matter (1), attn. to emails from M. Gianis and M. Livingston re claims issue (.5). | 1.50 | 1,267.50 | 46755236 |
| Beller, B. S. | 05/03/17 | Ems re claims matter. | .40 | 298.00 | 46756122 |
| Gianis, M. A. | 05/03/17 | Prep for meeting with L. Bagarella re: claims issue. | .80 | 596.00 | 46770732 |
| Schweitzer, L. | 05/04/17 | E/ms and t/cs with M. Gianis re claims issue | .40 | 514.00 | 47078396 |

**MATTER: 17650-005  CLAIMS ADMINISTRATION
AND OBJECTIONS**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Livingston, M. | 05/04/17 | Comm. w/ M. Gianis re: claims issue. | .40 | 234.00 | 46745531 |
| Livingston, M. | 05/04/17 | Comms w/ M. Gianis re: claims issue (.1); Meeting w/ L. Bagarella, M. Gianis re: claims issues (1.0); summarize takeaways re: same (.8). | 1.90 | 1,111.50 | 46745550 |
| Livingston, M. | 05/04/17 | Call w/ opposing counsel re: claims issues (.2); review claims documents re: same (1.2). | 1.40 | 819.00 | 46745555 |
| Livingston, M. | 05/04/17 | Review comm. w/ M. Cilia re claims issue (.6); EM. M. Gianis re: same (.2). | .80 | 468.00 | 46745572 |
| Alcock, M. E. | 05/04/17 | Conferences re claim issues (1.0); research re same (1.5). | 2.50 | 2,687.50 | 46929625 |
| Bagarella, L. | 05/04/17 | Research re claims issue (2.5), o/c with M. Alcock and A. Kohn re. same (1), o/c with M. Gianis and M. Livingston re. same (1) | 4.50 | 3,802.50 | 46755383 |
| Gianis, M. A. | 05/04/17 | Communications with L. Schweitzer re: claims issue. | 1.10 | 819.50 | 46770961 |
| Gianis, M. A. | 05/04/17 | Meeting with L. Bagarella and M. Livingston re: claims issue. | 1.00 | 745.00 | 46771374 |
| Schweitzer, L. | 05/05/17 | T/cs, e/ms M. Gianis and M. Livingston re claims issues | .30 | 385.50 | 47078478 |
| Bromley, J. L. | 05/05/17 | Ems L. Schweitzer, J. Ray re claims issue (.50) | .50 | 647.50 | 46850321 |
| Livingston, M. | 05/05/17 | Finalize claims documents and send to MNAT for filing (.5); Comm. w/ counterparties re: same (.2). | .70 | 409.50 | 46745782 |
| Livingston, M. | 05/05/17 | Review invoice analysis (.2); EM D. Kantorczyk re: same (.1). | .30 | 175.50 | 46745785 |
| Livingston, M. | 05/05/17 | EMs to M. Cilia re: claims issue. | .10 | 58.50 | 46745798 |
| Livingston, M. | 05/05/17 | Call w/ M. Gianis, M.  Cilia re: claims issue (1.1); Follow up w/ M. Gianis re: same (.3); follow up w/ summary re: same (.2); follow up call w/ L. Schweitzer, M. Gianis re: same (.3); review claims documents w/ M. Gianis re: same (1.0); additional review and summary for L. Schweitzer re: same (1.6). | 4.50 | 2,632.50 | 46745810 |
| Bagarella, L. | 05/05/17 | Attention to emails re employee claim (.8), research re employee claim (1.2). | 2.00 | 1,690.00 | 46830202 |
| Beller, B. S. | 05/05/17 | Ems re claims matter. | 1.00 | 745.00 | 46756190 |
| Livingston, M. | 05/08/17 | Prepare hearing binders, per. M. Gianis request, including gathering documents and comm. w/ duplicating. | 1.40 | 819.00 | 46746699 |

**MATTER: 17650-005  CLAIMS ADMINISTRATION
AND OBJECTIONS**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Livingston, M. | 05/08/17 | Review and summarize claims documents (1.1); Comms w/ M. Gianis re: same (.2). | 1.30 | 760.50 | 46746703 |
| Beller, B. S. | 05/08/17 | Call re claims matter. | .50 | 372.50 | 46756258 |
| Beller, B. S. | 05/08/17 | Follow up ems re claims matter. | .50 | 372.50 | 46756267 |
| Gianis, M. A. | 05/08/17 | Draft outlines re claims issues. | 2.00 | 1,490.00 | 46796328 |
| | | **MATTER TOTALS:** | **63.90** | **47,967.50** | |

**MATTER: 17650-005  CLAIMS ADMINISTRATION AND OBJECTIONS**

**MATTER: 17650-012  PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| McKay, E. | 05/01/17 | Compile hearing binder per B. Beller (1.2). | 1.20 | 366.00 | 46723760 |
| Kipen, C. | 05/01/17 | Organize closing binder and signature pages (3.0), create new signature pages w/ P. Cantwell (1.0). | 4.00 | 1,100.00 | 46755845 |
| Schweitzer, L. | 05/01.17 | Work on closing documents, closing logistics (0.6); review litigation documents (0.4). | 1.00 | 1,285.00 | 47078040 |
| Cantwell, P. A. | 05/01/17 | Extensive review of closing and effectiveness issues (3). | 3.00 | 2,355.00 | 46665537 |
| Beller, B. S. | 05/01/17 | Ems re closing documents. | 1.80 | 1,341.00 | 46756018 |
| Schweitzer, L. | 05/02/17 | J. Ray, M. Cilia, P. Cantwell e/ms re plan issues (0.8). | .80 | 1,028.00 | 47078077 |
| Kipen, C. | 05/02/17 | Create signature pages (2.0), prepare mailing (1.6), call with MNAT, P. Cantwell, B. Beller re: closing (.50) | 4.10 | 1,127.50 | 46755881 |
| Cantwell, P. A. | 05/02/17 | Attention to plan document review and call preparation (2.0); Call with MNAT, C. Kipen, and B. Beller re closing (.50); Call with EMEA, Canadian Debtor representatives, B. Beller (partial) (.8) and follow-up with B. Beller regarding same (.4); Correspondence to C. Kipen, K. Schultea, M. Cilia regarding effective issues (.5); Correspondence to R. Seoane (Hunton) regarding entity documentation (.4). | 4.60 | 3,611.00 | 46704141 |
| Beller, B. S. | 05/02/17 | Ems re closing documents. | 1.50 | 1,117.50 | 46756034 |
| Beller, B. S. | 05/02/17 | Call w MNAT, P Cantwell, C Kipen re closing. | .50 | 372.50 | 46756042 |
| Beller, B. S. | 05/02/17 | Call w Goodmans, HSF, P. Cantwell re closing (partial). | .50 | 372.50 | 46756054 |
| Beller, B. S. | 05/02/17 | Follow up with P. Cantwell re closing issues. | .50 | 372.50 | 46756091 |
| Schweitzer, L. | 05/03/17 | Review effective date documentation (0.3); B. Beller e/ms re plan issue (0.1). | .40 | 514.00 | 47078177 |
| Kipen, C. | 05/03/17 | Organize signature pages and mailing w/ P. Cantwell | 1.80 | 495.00 | 46755912 |
| Cantwell, P. A. | 05/03/17 | Review closing list issues (1.5) and correspondence to M. Cilia, J. Ray, M. Kennedy regarding same (.5); Review escrow instructions and correspondence to L. Schweitzer, J. Ray regarding same (.5). | 2.50 | 1,962.50 | 46687878 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Beller, B. S. | 05/03/17 | Work re closing documents. | 4.10 | 3,054.50 | 46756129 |
| Beller, B. S. | 05/03/17 | Review draft escrow instructions and follow up re same. | .70 | 521.50 | 46756135 |
| Schweitzer, L. | 05/04/17 | T/c J. Ray, P. Cantwell re closing mechanics (0.3); t/c P. Cantwell, J. Ray, Trustees re same (0.4); review revised corporate documents (0.4); correspondence P. Cantwell, M. Kennedy, M. Cilia re closing issues (0.4); review revised closing documents (0.6). | 2.10 | 2,698.50 | 47078393 |
| Kipen, C. | 05/04/17 | Compare and organize signature pages w/ P. Cantwell | 1.00 | 275.00 | 46756642 |
| Cantwell, P. A. | 05/04/17 | Extensive review and revision of closing documents (4.6). | 4.60 | 3,611.00 | 46704160 |
| Beller, B. S. | 05/04/17 | Work re closing documents. | 2.90 | 2,160.50 | 46756139 |
| Schweitzer, L. | 05/05/17 | Prepare for hearing with B. Beller (0.9); Non-working travel from NY to Delaware (1.2 or 50% of 2.4); attend hearing (0.7); Non-working travel from Del. to NJ (1.5 or 50% of 3.0); e/ms P. Cantwell, B. Beller, MNAT re plan issues (0.4). | 4.70 | 6,039.50 | 47078472 |
| Kipen, C. | 05/05/17 | Organize and compile closing binders per P. Cantwell | 1.00 | 275.00 | 46756765 |
| Cantwell, P. A. | 05/05/17 | Attention to case closing issues (4). | 4.00 | 3,140.00 | 46716600 |
| Beller, B. S. | 05/05/17 | Prepare for hearing. | 1.50 | 1,117.50 | 46756148 |
| Beller, B. S. | 05/05/17 | Ems re closing matters. | .50 | 372.50 | 46756156 |
| Beller, B. S. | 05/05/17 | Non-working travel from NY to Wilmington for hearing (.7 or 50% of 1.5) | .70 | 521.50 | 46756160 |
| Beller, B. S. | 05/05/17 | Participate in hearing. | .50 | 372.50 | 46756176 |
| Beller, B. S. | 05/05/17 | Non-working travel from Wilmington to NY (1.00 or 50% of 2.0). | 1.00 | 745.00 | 46756187 |
| Cantwell, P. A. | 05/06/17 | Review closing outline and issues (.5). | .50 | 392.50 | 46765186 |
| Cantwell, P. A. | 05/07/17 | Calls with D. Abbott (MNAT) regarding closing issues (.6); Correspondence to L. Schweitzer, client regarding closing issues (1); Call with L. Schweitzer, B. Beller, MNAT regarding closing issues (.4) and attention to follow-up regarding same (2.6). | 4.60 | 3,611.00 | 46761773 |
| Schweitzer, L. | 05/07/17 | Call with P. Cantwell, B. Beller, MNAT regarding closing issues (.4); emails with P. Cantwell, B. Beller and client re pending pre | 2.00 | 2,570.00 | 47078898 |

| <u>NAME</u> | <u>DATE</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> | <u>INDEX</u> |
|---|---|---|---|---|---|
| | | closing issues (1.6). | | | |
| Beller, B. S. | 05/07/17 | Ems re closing. | 1.00 | 745.00 | 46756201 |
| Beller, B. S. | 05/07/17 | Call re closing w Goodmans, P Cantwell, L Schweitzer. | .40 | 298.00 | 46756211 |
| Beller, B. S. | 05/07/17 | Follow up re call re closing. | .40 | 298.00 | 46756218 |
| Schweitzer, L. | 05/08/17 | Work on plan closing issues (1.8); Initial call re closing w Goodman's, HSF, B. Beller, P. Cantwell (.7); Follow up re closing w Goodman's, HSF, B. Beller, P. Cantwell (.5) | 3.00 | 3,855.00 | 46940678 |
| Kipen, C. | 05/08/17 | Closing calls and team communication w/ P. Cantwell | 3.50 | 962.50 | 46756831 |
| Cantwell, P. A. | 05/08/17 | Extensive review and revision of closing related documents (2.3); Initial call re closing w Goodman's, HSF, B. Beller, L Schweitzer (.7); Follow up call re closing w Goodman's, HSF, B. Beller, L Schweitzer (.5) and follow-up communication regarding same with L. Schweitzer, B. Beller, C. Kipen (1.5); Review notice of effective date (.5) and correspondence to M. Livingston regarding same (.5). | 6.00 | 4,710.00 | 46761815 |
| Beller, B. S. | 05/08/17 | Initial call re closing w Goodman's, HSF, P Cantwell, L Schweitzer. | .70 | 521.50 | 46756231 |
| Beller, B. S. | 05/08/17 | Follow up re additional closing work. | 3.50 | 2,607.50 | 46756248 |
| Beller, B. S. | 05/08/17 | Follow up call re closing w Goodman's, HSF, P Cantwell, L Schweitzer. | .50 | 372.50 | 46756256 |
| | | **MATTER TOTALS:** | **83.60** | **63,268.00** | |

**MATTER: 17650-012  PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

**MATTER: 17650-019  FEE AND EMPLOYMENT APPLICATIONS**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Rozan, B. D. | 05/01/17 | Email communications with retained experts re estimated fees/expenses (.5); draft and prepare March Expert materials for filing (1.9); transfer documents to litigation notebook (.8) | 3.20 | 1,168.00 | 46712524 |
| Rozan, B. D. | 05/02/17 | Transfer fee documents to litigation notebook. | .50 | 182.50 | 46713192 |
| Rozan, B. D. | 05/05/17 | Email communications with retained professionals re estimated fees/expenses (.3); email communications re missing diary entries (.4) | .70 | 255.50 | 46712665 |
| Rozan, B. D. | 05/08/17 | Review 32nd Qmnibus fee order (1); email communication with retained professional re estimated April fees (.8); email fee app team re same (.2); | 2.00 | 730.00 | 46773308 |
| | | **MATTER TOTALS:** | **6.40** | **2,336.00** | |

**MATTER: 17650-021  LITIGATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Graham, A. | 05/01/17 | Hearing preparation, including drafting of litigation document | 7.00 | 2,695.00 | 46715083 |
| Wu, S. | 05/01/17 | Hearing preparation. | 7.10 | 4,792.50 | 46772072 |
| Redway, R. S. | 05/01/17 | Review litigation document. | 2.10 | 1,228.50 | 46773592 |
| Redway, R. S. | 05/01/17 | Review litigation document. | 1.70 | 994.50 | 46773599 |
| Gallagher, E. C | 05/01/17 | Draft outline re litigation issues (3.2).  Prepare for hearing (6.8). Correspond regarding hearing prep (0.7).  Nonworking travel time from NYC to Wilmington for hearing (1 or 50% of 2.0). | 11.70 | 6,844.50 | 46688009 |
| Montgomery, D. | 05/01/17 | Prep for hearing re litigation issue (8.5); nonworking travel from NY to Wilmington (0.7, or 1/2 of 1.4). | 9.20 | 4,554.00 | 46679732 |
| Gonzalez, E. | 05/01/17 | Prepare supplies for hearing per A. Graham (5.0); prepare binder of sources for litigation issues outline per S. Wu (0.5). | 5.50 | 1,512.50 | 46704834 |
| Luis, A. | 05/01/17 | Compare litigation documents per D. Montgomery. | 1.70 | 467.50 | 46720660 |
| Luis, A. | 05/01/17 | Review case law chart for submission per P. Cantwell | 1.50 | 412.50 | 46720663 |
| Herrington, D. | 05/01/17 | Preparation for hearing (3.70); travel from New York to Wilmington (continued work on preparation for hearing while traveling) (2.50); continued preparation for hearing (5.50) | 11.70 | 11,056.50 | 46674144 |
| Jedrey, N. E. | 05/01/17 | Preparation for hearing. | 2.10 | 2,026.50 | 46643490 |
| Jedrey, N. E. | 05/01/17 | Preparation for hearing. | .40 | 386.00 | 46644003 |
| Jedrey, N. E. | 05/01/17 | Preparing for hearing during travel to Wilmington. | 2.00 | 1,930.00 | 46951368 |
| Jedrey, N. E. | 05/01/17 | Review and revise litigation document. | 3.20 | 3,088.00 | 46951369 |
| Cantwell, P. A. | 05/01/17 | Revise outline issues (3); Draft outline section (1.5) and correspondence to J. Perez regarding same (.6). | 5.10 | 4,003.50 | 46665495 |
| Perez, J. R. P. | 05/01/17 | Edit litigation issues outline. | 7.60 | 3,762.00 | 46666436 |
| Perez, J. R. P. | 05/01/17 | Comm. with P. Cantwell re: litigation issues outline. | .20 | 99.00 | 46666470 |
| Hanly, E. M. | 05/01/17 | Review research re litigation issue, including | 5.00 | 3,725.00 | 46746569 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| | | cases, from D. Montgomery (5.0). | | | |
| Graham, A. | 05/02/17 | Hearing preparation, including drafting of litigation document | 6.50 | 2,502.50 | 46715087 |
| Wu, S. | 05/02/17 | Hearing prep | 4.70 | 3,172.50 | 46799828 |
| Redway, R. S. | 05/02/17 | Review litigation document re litigation issue | 2.40 | 1,404.00 | 46773702 |
| Gallagher, E. C | 05/02/17 | Revise litigation document and correspond regarding same (1.2) Prepare hearing (4) Correspond regarding hearing prep (1) Nonworking travel time from Wilmington to NYC (1 or 50% of 2) Review documents for and correspond regarding same for hearing (1) Attend hearing re litigation issue with D. Herrington, N. Jedrey and D. Montgomery (2.8) Revise sections of litigation document and correspond regarding same (1.3) | 12.30 | 7,195.50 | 46688078 |
| Perez, J. R. P. | 05/02/17 | Edit litigation issue outline. | 3.50 | 1,732.50 | 46674346 |
| Montgomery, D. | 05/02/17 | Prep for hearing (3.7); Attend hearing re litigation issue with D. Herrington, N. Jedrey, and E. Gallagher (2.8); nonworking travel time from Wilmington to NYC  (1.6, or 1/2 of 3.2). | 8.10 | 4,009.50 | 46679740 |
| Lobacheva, A. | 05/02/17 | Prepare hearing binder. | .20 | 55.00 | 46717541 |
| Gonzalez, E. | 05/02/17 | Update litigation document per D. Montgomery and E. Gallagher (3.5); cross check litigation documents against litigation issue outlines per A. Graham (0.5); prepare shipment of supplies for hearing per A. Graham (2.5). | 6.50 | 1,787.50 | 46704949 |
| Luis, A. | 05/02/17 | Prepare indices for hearing binders per D. Montgomery. | .30 | 82.50 | 46721504 |
| Herrington, D. | 05/02/17 | Preparation for hearing on litigation issue (5.7) and participate in hearing (2.8); travel from Wilmington to New York (work on preparation for upcoming hearing while on train) (2.00). | 10.50 | 9,922.50 | 46674155 |
| Jedrey, N. E. | 05/02/17 | Draft notes for hearing. | .80 | 772.00 | 46951375 |
| Jedrey, N. E. | 05/02/17 | Prep for hearing. | 2.00 | 1,930.00 | 46951377 |
| Jedrey, N. E. | 05/02/17 | Revise section of litigation document and review litigation documents while traveling from Wilmington, DE to New York. | 2.00 | 1,930.00 | 46951378 |
| Jedrey, N. E. | 05/02/17 | Complete review of litigation documents. | 1.00 | 965.00 | 46951379 |
| Jedrey, N. E. | 05/02/17 | Attend hearing re litigation issue with D. Herrington, D. Montgomery, and E. Gallagher. | 2.80 | 2,702.00 | 46951380 |

MATTER: 17650-021  LITIGATION

| <u>NAME</u> | <u>DATE</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> | <u>INDEX</u> |
|---|---|---|---|---|---|
| Cantwell, P. A. | 05/02/17 | Review and revise hearing materials (4). | 4.00 | 3,140.00 | 46704147 |
| Graham, A. | 05/03/17 | All-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, D. Montgomery, R. Redway, J. Perez, E. Gallagher, and S. Wu re litigation issues (.40); Meeting to discuss litigation documents with D. Herrington, E. Gallagher, and D. Montgomery (1.2); Hearing preparation, including drafting litigation documents and multiple communications with team re: same (11.1) | 12.70 | 4,889.50 | 46705432 |
| Wu, S. | 05/03/17 | All-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, A. Graham, R. Redway, J. Perez, E. Gallagher and D. Montgomery re litigation issues. | .40 | 270.00 | 46772282 |
| Wu, S. | 05/03/17 | Hearing prep tasks. | 7.30 | 4,927.50 | 46821357 |
| Redway, R. S. | 05/03/17 | Review litigation document | 3.30 | 1,930.50 | 46773570 |
| Redway, R. S. | 05/03/17 | All-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, A. Graham, J. Perez, E. Gallagher, D. Montgomery and S. Wu re litigation issue. | .40 | 234.00 | 46773708 |
| Gallagher, E. C | 05/03/17 | Review documents for and correspond regarding hearing (9.6) All-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, A. Graham, R. Redway, J. Rafael Perez, D. Montgomery, and S. Wu re litigation issues (0.4) Meeting to litigation documents with D. Herrington, D. Montgomery, and A. Graham (1.2) Revise litigation document and correspond regarding same (0.7) Revise litigation documents and correspond regarding same (1.1) | 13.00 | 7,605.00 | 46688124 |
| Perez, J. R. P. | 05/03/17 | All-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, A. Graham, R. Redway, E. Gallagher, D. Montgomery and S. Wu re litigation issues. | .40 | 198.00 | 46688441 |
| Perez, J. R. P. | 05/03/17 | Update litigation issue outline. | 1.00 | 495.00 | 46688450 |
| Perez, J. R. P. | 05/03/17 | Review cases cited in previous litigation documents in preparation for hearing (.5); Review litigation document for possible additions to hearing outline (1.0); Review litigation documents (.50). | 2.00 | 990.00 | 46688485 |
| Perez, J. R. P. | 05/03/17 | Emails re: hearing preparations. | .10 | 49.50 | 46688497 |
| Montgomery, D. | 05/03/17 | Prep for weekly meeting for D. Herrington (1.2); all-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, A. | 9.10 | 4,504.50 | 46688377 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| | | Graham, R. Redway, J. Perez, E. Gallagher, and S. Wu re litigation issues (0.4); meeting to discuss litigation documents with D. Herrington, E. Gallagher, and A. Graham (1.2); prep for hearing for D. Herrington (6.3). | | | |
| Lobacheva, A. | 05/03/17 | Update litigation documents per A. Graham. | 1.30 | 357.50 | 46719623 |
| Gonzalez, E. | 05/03/17 | Prepare shipment of supplies and materials for hearing per A. Graham. | 3.50 | 962.50 | 46705023 |
| Planamento, J. | 05/03/17 | Prepare and format litigation documents for filing per A. Graham (2.0); Update litigation documents and prepare scanned copies of same per A. Graham (4.0). | 6.00 | 1,650.00 | 46688147 |
| Herrington, D. | 05/03/17 | All-hands meeting with A. Luft (partial), N. Jedrey, K. Sheridan, P. Cantwell, A. Graham, R. Redway, J. Perez, E. Gallagher, D. Montgomery, and S. Wu re litigation issues (.4); Meeting to discuss litigation documents with E. Gallagher, D. Montgomery, and A. Graham (1.2); work on pre-hearing submissions (11.00) | 12.60 | 11,907.00 | 46729117 |
| Cantwell, P. A. | 05/03/17 | All-hands meeting with D. Herrington, A. Luft (partial), N. Jedrey, K. Sheridan, D. Montgomery,  A. Graham, R. Redway, J. Perez, E. Gallagher, and S. Wu re litigation issues (.4); Extensive review of caselaw (4) and completion of related litigation document (2); Review litigation issues (.5) and prepare submission document (1.5). | 8.40 | 6,594.00 | 46687892 |
| Graham, A. | 05/04/17 | Hearing preparation | 9.80 | 3,773.00 | 46717260 |
| Wu, S. | 05/04/17 | Hearing prep | 8.10 | 5,467.50 | 46821376 |
| McKay, E. | 05/04/17 | Compile and coordinate printing of hearing binder per A. Graham (5.5). Bluebook, cite-check, and added tables to litigation document per E. Gallagher (3.0). Compile and coordinate printing of prehearing submissions per A. Graham (1.0). | 9.50 | 2,897.50 | 46723866 |
| Gallagher, E. C | 05/04/17 | Review documents for and correspond regarding litigation documents (2.3) Correspond regarding hearing prep (0.5) Revise litigation document and correspond regarding same (7.2) Review litigation documents and correspond regarding same (1) | 11.00 | 6,435.00 | 46704706 |
| Perez, J. R. P. | 05/04/17 | Review and annotate relevant case law in preparation for hearing. | 8.00 | 3,960.00 | 46704517 |
| Montgomery, D. | 05/04/17 | Prep for hearing per D. Herrington. | 7.20 | 3,564.00 | 46711320 |

**MATTER: 17650-021  LITIGATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Lobacheva, A. | 05/04/17 | Annotate litigation document per A. Graham. | .50 | 137.50 | 46720012 |
| Lobacheva, A. | 05/04/17 | Bluebook litigation document per E. Gallagher. | 1.50 | 412.50 | 46720048 |
| Gonzalez, E. | 05/04/17 | Format citations in litigation document per E. Gallagher (2.0); cross-check litigation issue outline against litigation document per D. Montgomery (1.0); pull documents from electronic review database per E. Gallagher (0.5). | 3.50 | 962.50 | 46705104 |
| Planamento, J. | 05/04/17 | Update citations in litigation document per E. Gallagher (2.0) and prepare same for filing per P. Cantwell (2.5). | 4.50 | 1,237.50 | 46701958 |
| Luis, A. | 05/04/17 | Format cites in litigation document per E. Gallagher. | 1.00 | 275.00 | 46721667 |
| Herrington, D. | 05/04/17 | Work on pre-hearing submissions (9.50); work on preparation for hearing (3.00) | 12.50 | 11,812.50 | 46729123 |
| Jedrey, N. E. | 05/04/17 | Work with team to revise and finalize pre-hearing submissions. | 4.50 | 4,342.50 | 46951388 |
| Cantwell, P. A. | 05/04/17 | Extensive review of litigation issues and preparation of outline and case documents (5.2). | 5.20 | 4,082.00 | 46704165 |
| Graham, A. | 05/05/17 | Hearing prep meeting with D. Herrington, N. Jedrey, E. Gallagher, S. Wu, D. Montgomery, P. Cantwell, and Impact Trial (partial) (1.2); Hearing preparation (7.6) | 8.80 | 3,388.00 | 46708891 |
| Wu, S. | 05/05/17 | Call with expert w/D. Herrington and N. Jedrey (1.8); Hearing prep meeting with D. Herrington, N. Jedrey, E. Gallagher, A. Graham, P. Cantwell, and Impact Trial (partial) (1.2); hearing prep related tasks (6.5) | 9.50 | 6,412.50 | 46772271 |
| McKay, E. | 05/05/17 | Compile and coordinate printing of hearing binder per A. Graham (2.5). Coordinate printing and  mailing of hearing binders (1.0). Communications with D. Montgomery and paralegal team re staffing (0.5). | 4.00 | 1,220.00 | 46723870 |
| Redway, R. S. | 05/05/17 | Review litigation document re litigation issue | 3.70 | 2,164.50 | 46773518 |
| Gallagher, E. C | 05/05/17 | Summarize cases for hearing (3.6) Correspond regarding hearing prep (0.5) Hearing prep meeting with D. Herrington, N. Jedrey, D. Montgomery, S. Wu, A. Graham, P. Cantwell, and Impact Trial (partial). (1.2) Review litigation documents (1) Research issues for hearing (1.8) | 8.10 | 4,738.50 | 46704749 |
| Perez, J. R. P. | 05/05/17 | Review cases for hearing prep. | 7.00 | 3,465.00 | 46704651 |

**MATTER: 17650-021  LITIGATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Montgomery, D. | 05/05/17 | Hearing prep meeting with D. Herrington, N. Jedrey, E. Gallagher, S. Wu, A. Graham, P. Cantwell, and Impact Trial (partial) (1.2); prep (legal research and other tasks) for next week's hearing for D. Herrington (8.9). | 10.10 | 4,999.50 | 46710745 |
| Lobacheva, A. | 05/05/17 | Prepare litigation document minibooks per S. Wu. | .30 | 82.50 | 46720349 |
| Gonzalez, E. | 05/05/17 | Prepare spirals of litigation documents per P. Cantwell (0.5); update litigation documents per A. Graham (0.5); pull caselaw cited in litigation document per D. Montgomery (1.0); prepare binder of sources cited in litigation issue outline per S. Wu (4.3). | 6.30 | 1,732.50 | 46705386 |
| Planamento, J. | 05/05/17 | Create chart of case law cited in litigation documents per D. Montgomery. | 4.70 | 1,292.50 | 46704874 |
| Luis, A. | 05/05/17 | Prepare litigation issue outline binders per S. Wu. | 1.00 | 275.00 | 46721868 |
| Herrington, D. | 05/05/17 | Hearing preparation meeting with N. Jedrey, E. Gallagher, S. Wu, A. Graham, D. Montgomery , P. Cantwell, and Impact Trial (partial) (1.2); work on preparation for hearing (8.70); Call with N. Jedrey, S. Wu and expert  (1.8). | 11.70 | 11,056.50 | 46729126 |
| Jedrey, N. E. | 05/05/17 | Call with D. Herrington, S. Wu and expert. | 1.80 | 1,737.00 | 46725739 |
| Jedrey, N. E. | 05/05/17 | Work with team to revise and finalize pre-hearing submissions. | 2.00 | 1,930.00 | 46951389 |
| Cantwell, P. A. | 05/05/17 | Hearing prep meeting with D. Herrington, N. Jedrey, E. Gallagher, S. Wu, A. Graham, D. Montgomery and Impact Trial (partial) (1.2); Review hearing prep materials chart (2.8) and correspondence to team regarding assignments (.4). | 4.40 | 3,454.00 | 46716594 |
| Graham, A. | 05/06/17 | Hearing prep meeting with D. Herrington, N. Jedrey, D. Montgomery, E. Gallagher, P. Cantwell, and J. Perez (2.7); Hearing logistics call with D. Herrington, E. Gallagher, D. Montgomery, P. Cantwell (.50); Hearing preparation (1.5) | 4.70 | 1,809.50 | 46708950 |
| McKay, E. | 05/06/17 | Prepare hearing binders for shipment per D. Montgomery (1.0). Compile and coordinate printing of hearing binders per D. Herrington (9.0). | 10.00 | 3,050.00 | 46723790 |
| Gallagher, E. C | 05/06/17 | Hearing preparation meeting with D. Herrington, N. Jedrey, A. Graham, D. Montgomery, P. Cantwell, and J. Rafael Perez (2.7) Research issues for hearing (5) Draft litigation issue | 12.20 | 7,137.00 | 46704790 |

**MATTER: 17650-021  LITIGATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| | | outline (4.5) | | | |
| Perez, J. R. P. | 05/06/17 | Hearing prep meeting with D. Herrington, N. Jedrey, D. Montgomery,  A. Graham, E. Gallagher and P. Cantwell. | 2.70 | 1,336.50 | 46704660 |
| Perez, J. R. P. | 05/06/17 | Draft timeline re litigation issue. | 2.00 | 990.00 | 46704705 |
| Perez, J. R. P. | 05/06/17 | Draft litigation issue outline. | 2.10 | 1,039.50 | 46704728 |
| Montgomery, D. | 05/06/17 | Hearing prep meeting with D. Herrington, N. Jedrey, A. Graham, E. Gallagher, P. Cantwell, and J. Perez (2.7); prep (legal research and other tasks) for next week's hearing for D. Herrington (4.9). | 7.60 | 3,762.00 | 46710793 |
| Gonzalez, E. | 05/06/17 | Prepare materials for hearing per A. Graham. | 10.00 | 2,750.00 | 46705430 |
| Planamento, J. | 05/06/17 | Page-check and update binders for hearing per A. Graham (4.5); Prepare litigation documents for hearing per A. Graham and E. Gallagher (4.0). | 8.50 | 2,337.50 | 46705058 |
| Luis, A. | 05/06/17 | Page-check hearing binders and prepare additional hearing binders per P. Cantwell, D. Montgomery, and A. Graham. | 5.50 | 1,512.50 | 46721803 |
| Herrington, D. | 05/06/17 | Hearing preparation meeting with N. Jedrey, A. Graham, E. Gallagher, P. Cantwell, D. Montgomery, and J. Perez (2.7); continue work on preparation for hearing (5.00) | 7.70 | 7,276.50 | 46729130 |
| Jedrey, N. E. | 05/06/17 | Hearing prep meeting with D. Herrington, N. Jedrey, A. Graham, E. Gallagher, P. Cantwell, and J. Perez. | 2.70 | 2,605.50 | 46951391 |
| Cantwell, P. A. | 05/06/17 | Hearing prep meeting with D. Herrington, N. Jedrey, A. Graham, E. Gallagher, D. Montgomery and J. Perez (2.7); Prepare for same (1) and complete litigation document (2.5); Draft correspondence to opposing counsel regarding litigation issue (.7) and correspondence to D. Herrington, A. Graham regarding same (.2); Review litigation document (.5). | 7.60 | 5,966.00 | 46765182 |
| Graham, A. | 05/07/17 | Hearing prep | .50 | 192.50 | 46712607 |
| Wu, S. | 05/07/17 | Prep for hearing. | 9.70 | 6,547.50 | 46791566 |
| Wu, S. | 05/07/17 | Hearing prep. | .70 | 472.50 | 46791568 |
| McKay, E. | 05/07/17 | Communications with NYC Duplicating and Delaware vendor regarding hearing binder requests (0.5). | .50 | 152.50 | 46723748 |
| Gallagher, E. C | 05/07/17 | Meeting with D. Herrington regarding litigation documents (3.7) Correspond regarding hearing | 11.00 | 6,435.00 | 46704830 |

**MATTER: 17650-021  LITIGATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| | | prep (.3) Draft litigation issue outline (7) | | | |
| Perez, J. R. P. | 05/07/17 | Finalize timeline re litigation issue. | .80 | 396.00 | 46704733 |
| Perez, J. R. P. | 05/07/17 | Finalize timeline re litigation issue. | .60 | 297.00 | 46704948 |
| Perez, J. R. P. | 05/07/17 | Legal research re litigation issue. | 4.50 | 2,227.50 | 46705008 |
| Perez, J. R. P. | 05/07/17 | Legal research re litigation issue. | 4.50 | 2,227.50 | 46708833 |
| Perez, J. R. P. | 05/07/17 | Draft memo re litigation issue. | 2.00 | 990.00 | 46708847 |
| Montgomery, D. | 05/07/17 | Prep (legal research and other tasks) for hearing per D. Herrington. | 8.30 | 4,108.50 | 46711274 |
| Lobacheva, A. | 05/07/17 | Prepare hearing prep binders per D. Montgomery. | 5.00 | 1,375.00 | 46720355 |
| Gonzalez, E. | 05/07/17 | Non-working travel from NY to DE (50% of 4.0 or 2.0). | 2.00 | 550.00 | 46706676 |
| Planamento, J. | 05/07/17 | Non-working travel from NY to Wilmington, DE for hearing (50% of 3.5 or 1.8). | 1.80 | 495.00 | 46705113 |
| Herrington, D. | 05/07/17 | Meeting with E. Gallagher regarding litigation documents (3.7); work on preparation for hearing (8.00) | 11.70 | 11,056.50 | 46729133 |
| Jedrey, N. E. | 05/07/17 | Review documents and prepare litigation issue outline. | 3.50 | 3,377.50 | 46951394 |
| Jedrey, N. E. | 05/07/17 | Revise hearing outline. | 2.00 | 1,930.00 | 46951395 |
| Cantwell, P. A. | 05/07/17 | Review litigation documents (1.5) and hearing preparation (1.8). | 3.30 | 2,590.50 | 46761778 |
| Graham, A. | 05/08/17 | Non-working travel from NY to Wilmington (1.50 or 50% or 3.0); Hearing preparation (9.0) | 10.50 | 4,042.50 | 46761412 |
| McKay, E. | 05/08/17 | Prepare litigation document minibooks per N. Jedrey (1.5). Prepare hearing binders and other materials for mailing to Delaware per P. Cantwell (5.0). | 6.50 | 1,982.50 | 46781574 |
| Redway, R. S. | 05/08/17 | Review litigation document for litigation issue; reply to D. Montgomery inquiry re: same | 4.70 | 2,749.50 | 46753200 |
| Gallagher, E. C | 05/08/17 | Draft litigation issue outline and correspond re same (6) Correspond re hearing prep (1) Correspond re litigation issue (0.5) Research issues for hearing and correspond re same (5.5) Review litigation documents and correspond re same (0.5) | 13.50 | 7,897.50 | 46757662 |
| Perez, J. R. P. | 05/08/17 | Draft memorandum re litigation issue for D. Herrington. | 6.10 | 3,019.50 | 46720527 |

MATTER: 17650-021  LITIGATION

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Perez, J. R. P. | 05/08/17 | Research for litigation issue memo. | 3.30 | 1,633.50 | 46720661 |
| Montgomery, D. | 05/08/17 | Draft litigation documents for hearing for D. Herrington (7); legal research for hearing for D. Herrington (7.2). | 14.20 | 7,029.00 | 46726133 |
| Lobacheva, A. | 05/08/17 | Prepare hearing binder per S. Wu. | 1.00 | 275.00 | 46747655 |
| Lobacheva, A. | 05/08/17 | Annotate litigation documents per D. Montgomery. | 2.50 | 687.50 | 46776306 |
| Lobacheva, A. | 05/08/17 | Prepare binders for hearing per P. Cantwell | 1.60 | 440.00 | 46777363 |
| Gonzalez, E. | 05/08/17 | Unpack supplies for hearing per A. Graham (1.5); update and page-check binders for hearing per A. Graham (5.0); prepare binder of litigation documents per A. Graham (1.0); update litigation documents per D. Montgomery (1.0); assist with assignments regarding hearing per A. Graham (3.5). | 12.00 | 3,300.00 | 46717009 |
| Planamento, J. | 05/08/17 | Assist with set-up of litigation suite per A. Graham (2.5); Prepare hearing submissions per A. Graham (5.0); Prepare litigation documents per E. Gallagher (3.5); Update chart re litigation issue per D. Montgomery (1.5). | 12.50 | 3,437.50 | 46717025 |
| Luis, A. | 05/08/17 | Page-check and correct litigation documents per S. Wu. | 1.50 | 412.50 | 46783255 |
| Luis, A. | 05/08/17 | Prepare materials for delivery to MNAT per A. Graham and P. Cantwell. | 1.80 | 495.00 | 46783369 |
| Herrington, D. | 05/08/17 | Work on preparation for hearing (12.50) | 12.50 | 11,812.50 | 46729136 |
| Jedrey, N. E. | 05/08/17 | Comms with D. Montgomery regarding litigation documents (.50); t/c with P. Cantwell regarding pre-hearing issues (.50); comms with S. Wu regarding hearing prep (.40). | 1.40 | 1,351.00 | 46709324 |
| Jedrey, N. E. | 05/08/17 | Revise litigation issue outline (2.0); review and revise litigation document (.90). | 2.90 | 2,798.50 | 46714981 |
| Jedrey, N. E. | 05/08/17 | Comm. with D. Herrington, D. Montgomery and E. Gallagher regarding hearing. | 1.00 | 965.00 | 46715273 |
| Jedrey, N. E. | 05/08/17 | Review and revise litigation document. | 1.80 | 1,737.00 | 46715274 |
| Cantwell, P. A. | 05/08/17 | Review litigation financial information and summarize for D. Herrington (2.5); Correspondence to N. Jedrey, MNAT regarding workstreams (.5). | 3.00 | 2,355.00 | 46761827 |
| | | **MATTER TOTALS:** | **674.10** | **387,166.50** | |

**MATTER: 17650-025  REAL ESTATE**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Beller, B. S. | 05/02/17 | Call re real estate issue. | .50 | 372.50 | 46756103 |
| Beller, B. S. | 05/02/17 | Ems re real estate issue. | .50 | 372.50 | 46756109 |
| Beller, B. S. | 05/05/17 | Follow ups re real estate issue. | .50 | 372.50 | 46756144 |
| | | **MATTER TOTALS:** | **1.50** | **1,117.50** | |

**MATTER: 17650-039  ALLOCATION/CLAIMS LITIGATION**

**MATTER: 17650-035  NN III**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Bromley, J. L. | 05/02/17 | Ems K. Hailey re NNIII tax issues | .20 | 259.00 | 46830336 |
| Livingston, M. | 05/02/17 | EMs to CGSH team re: NNIII tax issues. | .20 | 117.00 | 46745123 |
| Beller, B. S. | 05/02/17 | Meeting w C Goodman, R D'Amato re NNIII plan. | .70 | 521.50 | 46756096 |
| Schweitzer, L. | 05/03/17 | E/ms K. Hailey re litigation issue (0.1); respond to inquiries on plan issues (0.4). | .50 | 642.50 | 47078168 |
| Schweitzer, L. | 05/04/17 | E/ms K. Hailey re plan issues | .30 | 385.50 | 47078442 |
| | | **MATTER TOTALS:** | **1.90** | **1,925.50** | |

**MATTER: 17650-039  ALLOCATION/CLAIMS LITIGATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Hakkenberg, L. | 05/01/17 | Collect litigation documents. | .10 | 58.50 | 46680013 |
| Gianis, M. A. | 05/01/17 | Draft litigation document and finalize for filing. | 1.20 | 894.00 | 46767781 |
| Hakkenberg, L. | 05/02/17 | Collect litigation documents. | 2.40 | 1,404.00 | 46690124 |
| Hakkenberg, L. | 05/03/17 | Solicit litigation documents. | 1.20 | 702.00 | 46690138 |
| Gianis, M. A. | 05/03/17 | Communications with L. Schweitzer and L. Hakkenberg  re: updating litigation documents. | .30 | 223.50 | 46770769 |
| Hakkenberg, L. | 05/04/17 | Prepare litigation documents for filing. | 1.70 | 994.50 | 46699634 |
| Gianis, M. A. | 05/08/17 | Communications with P. Cantwell and L. Hakkenberg re: litigation issue. | .30 | 223.50 | 46796405 |
| | | **MATTER TOTALS:** | **7.20** | **4,500.00** | |