**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
                    :

In re                             :       Chapter 11

                    :

Nortel Networks Inc., et al., [1]     :       Case No. 09-10138 (KG)

                    :

          Debtors.      :       Jointly Administered

                    :

                    :       **Hearing Date: TBD**
-----------------------------------------------------------X  **Objections Due: July 27, 2017 at 4:00 p.m. (ET)**

**FINAL APPLICATION OF MERCER (US) INC., AS COMPENSATION
SPECIALIST AND CONSULTING EXPERT TO THE DEBTORS AND
DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD
OF JANUARY 14, 2009 THROUGH MAY 8, 2017**

| | |
|---|---|
| Name of Applicant: | Mercer (US) Inc. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | March 19, 2009, *nunc pro tunc* to January 14, 2009 |
| Final Period for which compensation and reimbursement is sought: | January 14, 2009 through May 8, 2017 |
| Amount of Final compensation sought as actual, reasonable, and necessary: | |

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  This fee application is not a final fee application with respect to Nortel Networks India International Inc.  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

$2,338,347.47

Amount of Final reimbursement sought as
actual, reasonable, and necessary:                    $175,640.46

This is a ___ monthly                              _x_  final application

The total time expended for preparation of this final fee application is approximately 6.5 hours
and the corresponding reimbursement requested is approximately $1,862.10.[2]

### **Prior Applications**

| Date Filed | Period Covered | Requested Fees / Expenses | Approved Fees / Expenses |
|---|---|---|---|
| 6/24/2009 | 1/14/09 – 4/30/09 | $282,041.70 / $34,621.94 | $282,041.70 / $34,621.94 |
| 9/1/2009 | 5/1/2009 – 7/31/2009 | $67,432.26 / $6,522.29 | $67,432.26 / $6,522.29 |
| 11/23/2009 | 8/1/2009 – 10/31/2009 | $155,241.63 / $22,445.26 | $155,241.63 / $22,445.26 |
| 2/25/2010 | 11/1/2009 – 1/31/2010 | $38,113.42 / $4,844.55 | $38,113.42 / $4,844.55 |
| 6/2/2010 | 2/1/2010 – 4/30/2010 | $37,474.96 / $7,827.12 | $37,474.96 / $7,827.12 |
| 11/23/2010 | 5/1/2010 – 7/31/2010 | $623.50 / $63.82 | $623.50 / $63.82 |
| 11/23/2010 | 8/1/2010 – 10/31/2010 | $51,985.98 / $8,382.78 | $51,985.98 / $8,382.78 |
| 3/1/2011 | 11/1/2010 – 1/31/2011 | $27,724.00 / $9,533.70 | $27,724.00 / $9,533.70 |
| 6/1/2011 | 2/1/2011 – 4/30/2011 | $104,250.93 / $15,243.50 | $104,250.93 / $15,243.50 |
| 8/26/2011 | 5/1/2011 – 7/31/2011 | $124,663.86 / $14,881.05 | $124,663.86 / $14,881.05 |
| 11/22/2011 | 8/1/2011 – 10/31/2011 | $188,587.10 / $8,184.25 | $188,587.10 / $8,184.25 |
| 3/1/2012 | 11/1/2011 – 1/31/2012 | $169,170.30 / $3,675.09 | $169,170.30 / $3,675.09 |
| 5/29/2012 | 2/1/2012 – 4/30/2012 | $194,496.18 / $7,955.95 | $194,496.18 / $7,955.95 |

---

[2]     Pursuant to Local Rule 2016-2(f), the time and expense detail for Mercer's legal professionals for preparation of the twenty-fourth interim and this final fee application and for which Mercer seeks reimbursement are attached hereto as Exhibit A.

| 8/24/2012 | 5/1/2012 – 7/31/2012 | $140,576.36 / $2,454.60 | $140,576.36 / $2,454.60 |
|---|---|---|---|
| 11/20/2012 | 8/1/2012 – 10/31/2012 | $313,131.28 / $4,731.08 | $313,131.28 / $4,731.08 |
| 2/28/2013 | 11/1/2012 – 1/31/2013 | $120,453.10 / $6,102.90 | $120,453.10 / $6,102.90 |
| 5/31/2013 | 2/1/2013 – 4/30/2013 | $88,313.22 / $2,895.25 | $88,313.22 / $2,895.25 |
| 8/30/2013 | 5/1/2013 – 7/31/2013 | $42,712.30 / $3,933.05 | $42,712.30 / $3,933.05 |
| 11/27/2013 | 8/1/2013 – 10/31/2013 | $38,297.82 / $2,056.05 | $38,297.82 / $2,056.05 |
| 2/28/2014 | 11/1/2013 – 1/31/2014 | $35,223.30 / $2,087.55 | $35,223.30 / $2,087.55 |
| 2/27/2015 | 11/1/2014 – 1/31/2015 | $47,158.60 / $2,007.15 | $47,158.60 / $2,007.15 |
| 5/29/2015 | 2/1/2015 – 4/30/2015 | $29,809.74 / $0.00 | $29,809.74 / $0.00 |
| 11/30/15 | 5/1/2015-10/31/2015 | $30,503.65 / $3,922.49 | $30,503.65 / $3,922.49 |
| 5/31/17 | 11/1/2015 – 4/30/2017 | $10,362.28 / $1,151.10 | Pending |

3

**FINAL COMPENSATION BY PROFESSIONAL**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 through May 9, 2017**

| Name of Professional Person | Position of the Applicant, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ahmed, Samina | Analyst | $261.00 – $261.01 | 11.00 | $2,871.04 |
| Allen, Jeff | Principal | $638.00 | 1.50 | $957.00 |
| Balteanu, Cornel | Associate | $359.60 – $377.04 | 215.50 | $79,978.22 |
| Bassett, Eric | Senior Partner/Senior Associate | $725.04 – $754.00 | 3.50 | $2,573.84 |
| Beraldo, Martin | Analyst | $203.00 | 4.00 | $812.00 |
| Billie, Patrick | Analyst | $197.20 | 4.5 | $887.40 |
| Bradley, Jeff | Principal | $661.20 | 5.5 | $3,636.60 |
| Butler, Pamela | Senior Associate | $493.00 | 3.00 | $1,479.00 |
| Caputo, Damien | Associate | $359.60 | 1.00 | $359.60 |
| Chanter, Cecilia | Analyst | $214.60 – $226.24 | 44.25 | $9,945.56 |
| Chingos, Peter | Principal (Specialist) | $870.00 | 13.00 | $11,310.00 |
| Chronister, Mark | Principal | $638.00 – $696.00 | 192.25 | $128,056.89 |
| Chua, Nic | Analyst | $278.40 | 1.50 | $417.60 |
| Claxton, Jay | Associate | $214.60 | 13.00 | $2,789.80 |
| Cook, Thomas | Principal | $562.60 – $562.61 | 18.50 | $10,408.14 |
| Corrin, Ann | Analyst | $272.60 – $272.61 | 29.75 | $8,109.88 |
| Cran, Greg | Senior Associate | $750.00 | 31.25 | $23,437.50 |
| Czarnota, Sarah | Senior Associate | $348.00 | 20.80 | $7,238.40 |
| Dempsey, John | Principal (Specialist) | $724.89 – $870.00 | 352.25 | $255,823.27 |
| DenUyl, Janet | Partner | $806.20 | 13.00 | $10,480.60 |
| Dilulio, Tim | Associate | $348.00 | 1.50 | $522.00 |
| Dluhy, Bryan | Associate | $348.00 | 9.00 | $3,132.00 |
| Donnell, Julie | Analyst | $226.20 | 13.8 | $3,121.56 |
| Farswani, Vikas | Associate/Senior Associate | $348.00 – $568.40 | 553.50 | $232,000.06 |
| Fishbaum, David | Principal | $700.00 | 3.0 | $2,100.00 |
| Fudacz, Jim | Senior Associate | $464.00 | 11.50 | $5,336.00 |
| Goldenson, Susan | Senior Associate | $446.61 | 0.75 | $334.96 |
| Gonczol, Allen | Analyst | $301.60 | 92.00 | $27,747.20 |

4

| | | | | |
|---|---|---|---|---|
| Gontowski, Kevin | Principal | $551.00 – $707.60 | 30.00 | $19,685.54 |
| Grace, Valerie | Partner | $754.00 | 1.5 | $1,131.00 |
| Green, Katelyn | Analyst | $226.20 – $226.24 | 4.25 | $961.38 |
| Griffin, Jeanne | | $603.20 | 1.25 | $754.00 |
| Hagerty, Robin | Principal | $754.00 | 7.25 | $5,466.50 |
| Hanson, Elizabeth | Principal | $609.00 – $638.00 | 15.25 | $9,294.56 |
| Hardin, Don | Partner | $696.00 – $725.04 | 277.00 | $194,467.04 |
| Hardwick, David | Associate | $359.60 | 18.75 | $6,742.50 |
| Harris, Jason | Senior Associate | $290.00 – $292.00 | 9.00 | $2,610.50 |
| Henson, Kelly | Senior Associate | $429.00 – $429.14 | 18.00 | $7,724.00 |
| Horner, Timothy | Partner | $759.80 – $771.44 | 7.75 | $5,920.38 |
| Hotwagner, Christine | Principal | $475.00 | 26.75 | $12,706.25 |
| Hughes, Tammy | Principal | $678.60 – $696.00 | 172.75 | $117,520.08 |
| Javia, Avani | Researcher | $150.80 | 25.25 | $3,807.70 |
| Kaplan, Lauren | Analyst | $291.66 – $319.00 | 2.75 | $829.40 |
| King, Rene | Principal | $615.69 – $667.01 | 189.60 | $126,396.52 |
| Kissel, Paula L. | Senior Associate | $411.80 | 0.50 | $205.90 |
| Knieriem, Amy | Principal | $464.00 | 1.3 | $603.20 |
| Knopf, Elyse | Analyst | $272.60 | 2.5 | $681.50 |
| Lee, Eumene | Analyst | $243.60 – $371.20 | 188.00 | $56,796.52 |
| Malandruccolo, Joseph | Analyst | $204.16 – $306.24 | 115.55 | $29,182.12 |
| Marcsisin, John | Analyst | $272.60 – $290.00 | 5.25 | $1,470.30 |
| Mateer, Peter | Associate | $336.40 | 6.25 | $2,102.50 |
| Mayer, Julie | Researcher | $71.92 – $84.68 | 301.80 | $22,627.29 |
| McGeoch, Barbara | Principal | $638.00 | 0.50 | $319.00 |
| McLachlan, Anna | Principal | $580.00 | 46.25 | $26,825.00 |
| Mehta, Sahil | Analyst | $272.60 | 5.0 | $1,363.00 |
| Millholland, Davin | Associate | $301.60 – $319.00 | 49.25 | $14,871.20 |
| Montgomery, Eileen | Analyst | $700.00 | 1.00 | $700.00 |
| Moses, Michael | Analyst | $226.00 | 5.00 | $1,130.00 |

| Naughton, Matt | Principal | $667.00 – $667.04 | 39.25 | $26,179.84 |
|---|---|---|---|---|
| Nebbia, Jerry | Partner | $754.00 | 5.00 | $3,770.00 |
| Neff, Ryan | Analyst | $214.60 | 3.00 | $643.80 |
| Nieting, Justin | Analyst | $226.00 | 4.00 | $904.00 |
| O'Donnell, Kyle | Associate | $266.80 | 11.00 | $2,934.80 |
| Perez, Katie J. | Analyst | $266.80 | 13.50 | $3,601.80 |
| Pranger, Lanae | Senior Associate | $498.80 – $516.20 | 27.50 | $14,169.40 |
| Rentsch, Eric | Analyst | $226.00 – $319.00 | 839.20 | $190,884.98 |
| Richards, Bruce | Partner | $870.00 | 3.00 | $2,610.00 |
| Rubin, Israel | Principal | $533.60 – $580.00 | 4.50 | $2,412.80 |
| Sachs, Paul | Principal | $667.00 – $800.00 | 30.25 | $22,525.76 |
| Shah, Vishul | Senior Partner | $742.40 – $812.00 | 4.5 | $3,514.80 |
| Shea, Mason | Associate | $394.40 | 0.50 | $197.20 |
| Smith, Doug | Partner/Senior Partner | $655.40 – $823.60 | 216.75 | $146,341.28 |
| Smith, Eileen | Senior Associate | $406.00 – $600.72 | 323.00 | $134,537.08 |
| Su, Taylor | Principal | $406.00 | 5.20 | $2,111.20 |
| Tornatore, Laura | Analyst | $214.60 – $214.61 | 4.25 | $912.06 |
| Turner, Lindsay | Analyst | $221.44 – $226.73 | 5.00 | $1,131.00 |
| Turner, Stacy | Associate | $371.20 | 0.25 | $92.80 |
| Vernon, Kevin | Associate | $185.60 | 1.00 | $185.60 |
| Wadgaonkar, Shruti | Associate | $255.00 | 0.20 | $51.00 |
| Weiler, Jo-Anne | Analyst | $221.00 | 1.5 | $331.50 |
| Wen, Abel | Analyst | $249.44 | 0.25 | $62.36 |
| Wolf, Jessica | Analyst | $226.00 | 1.0 | $226.00 |
| Wood, Freeman | Principal | $881.24 – $881.26 | 1.0 | $881.25 |
| Wu, Justin | Analyst | $226.00 – $226.23 | 25.50 | $5,765.52 |
| Zaleta, Cynthia | Principal | $568.40 – $638.00 | 450.00 | $260,608.64 |
| **Totals** | | | **5,219.45** | **$2,338,347.47** |
| | | | **GRAND TOTAL:** | **$2,338,344.47** |
| | | | **BLENDED RATE:** | **$448.01** |

**FINAL EXPENSE SUMMARY**
**NORTEL NETWORKS INC., ET AL.**
**(CASE NO. 09-10138 (KG))**

**January 14, 2009 through May 9, 2017**

| Expense Category | Total Expenses |
|---|---|
| Telephone / Communication | $2,234.17 |
| Travel – Meals | $1,671.36 |
| Travel – Transportation | $33,718.00 |
| Travel – Lodging | $5,875.98 |
| Meals – Non-Travel (Late Work) | $1,195.80 |
| Administrative – Legal | $131,664.86 |
| Miscellaneous | $1,367.84 |
| | |
| **Grand Total Expenses** | **$ 175,640.46** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
                       :

In re                          :        Chapter 11
                       :

Nortel Networks Inc., et al., [1]    :        Case No. 09-10138 (KG)
                       :

           Debtors.      :        Jointly Administered
                       :

                       :        **Hearing Date: TBD**
----------------------------------------------------------X    **Objections Due: July 27, 2017 at 4:00 p.m. (ET)**

**FINAL APPLICATION OF MERCER (US) INC., AS COMPENSATION**
**SPECIALIST AND CONSULTING EXPERT TO THE DEBTORS AND**
**DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY**
**EXPENSES INCURRED FOR THE PERIOD**
**OF JANUARY 14, 2009 THROUGH MAY 8, 2017**

Mercer (US) Inc. ("*Mercer*"), compensation specialist and consulting expert for Nortel

Networks, Inc. ("*NNI*") and its affiliated debtors and debtors-in-possession in the above-

captioned cases (collectively, the "*Debtors*"), by and through its undersigned counsel, submits

this application (the "*Application*") for final allowance of compensation and reimbursement of

expenses under sections 330 and 331 of title 11 of the United States Code (the "*Bankruptcy*

*Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), Rule

2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Court for the District of Delaware (the "*Local Rules*"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. *Trustee Guidelines*") and the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members* (D.I. 222) (the "*Interim Compensation Procedures Order*").[2]

By this Application, Mercer seeks final allowance of reasonable compensation for professional services rendered to the Debtors for the period January 14, 2009 through May 8, 2017 (the "*Final Application Period*") and final reimbursement of actual and necessary expenses and disbursements incurred by Mercer in rendering professional services on behalf of the Debtors during the Final Application Period.  In support of this Application, Mercer respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

---

[2]      Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

**BACKGROUND**

3.      On January 14, 2009 (the "*Petition Date*"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  No trustee has been appointed in the Debtors' jointly administered bankruptcy cases.

**MERCER'S RETENTION**

4.      Mercer has a long standing benefit and compensation advisory relationship with the Debtors, dating back to as early as 1998.  Mercer's experience with the Debtors was such that its special knowledge and experience would help expedite the development and execution of a Key Employee Incentive Plan ("*KEIP*").  Accordingly, the Debtors filed the *Application of Debtors for an Order Authorizing Employment and Retention of Mercer As Compensation Specialist to the Debtors* (the "*Initial Retention Application*").  This Court entered an order on March 10, 2009 authorizing the retention and employment of Mercer as compensation specialist to the Debtors *nunc pro tunc* to the Petition Date (the "*Retention Order*").

5.      Under the Retention Order, this Court authorized the retention of Mercer as compensation specialists, whereby Mercer will provide services according to the statement of work dated February 17, 2009 (the "*SOW*") and the master service agreement (the "*MSA*") dated as of January 1, 2009.  The SOW and MSA were previously submitted to this Court with the Retention Application.

6.      In connection with the Debtors' continuing wind-down of their remaining operations, the Debtors are in the process of reviewing issues related to their remaining employee and benefit plans.  Accordingly, on January 25, 2011, the Debtors filed the *Supplemental Application of Debtors for an Order Authorizing Expanded Employment of Mercer (US) Inc. as Consultants to the Debtors nunc pro tunc to December 14, 2010* (the "*Supplemental Retention Application*").  This Court entered an order on February 8, 2011 authorizing the

expanded employment of Mercer as consulting expert to the Debtors regarding certain employee and benefit plans, *nunc pro tunc* to December 14, 2010 (the "*Supplement Retention Order*").

**7.**     Under the Supplemental Retention Order, this Court authorized the expanded retention of Mercer as consulting experts, whereby Mercer will provide services according to the engagement letter agreement by and between NNI and NNL on the one hand and Mercer on the other, dated January 25, 2011 (the "*Engagement Agreement*").[3]  The Engagement Agreement was previously submitted to this Court with the Supplemental Retention Application.

## DEBTORS' CHAPTER 11 PLAN

8.     On January 23, 2017, the Debtors other than Nortel Networks India International Inc. (the "*Confirmed Debtors*") filed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from time to time and including all exhibits thereto) (D.I. 17763) (the "*Plan*") with this Court.

9.     Following the hearing held on January 24, 2017, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (D.I. 17795) (the "*Confirmation Order*") confirming the Confirmed Debtors' Plan.[4]  The Plan went effective on May 8, 2017 (the "*Effective Date*").

10.     Pursuant to the Plan, Confirmation Order, and Effective Date notice, all final requests for payment of Professional Claims must be filed by July 7, 2017.  Such Professional

---

[3]     The parties subsequently entered into a reconciliation of the SOW in order to formally reconcile the SOW to the Engagement Agreement, effective as of January 4, 2013.

[4]     Capitalized terms not defined herein are defined in the Plan.

Claims include all fees and expenses requested by Professionals from the Petition Date through the Effective Date against all Confirmed Debtors.

**RELIEF REQUESTED**

11.    Mercer submits this Application: (i) for final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it rendered as compensation specialist and consulting expert for the Debtors during the Final Application Period and (ii) for final reimbursement of actual, reasonable, and necessary expenses incurred in representing the Debtors during the Final Application Period.

**THE FINAL APPLICATION PERIOD**

12.    Mercer seeks final allowance of $2,338,347.47 for actual, reasonable, and necessary services rendered to the Debtors during the Final Application Period, and $175,640.46 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period plus $2,938.68 incurred for preparation of filing fee applications after the Effective Date of the plan.  Detailed descriptions of the services rendered and expenses incurred by Mercer during the Final Application Period are set forth in the exhibits of the interim fee applications filed by Mercer in these chapter 11 cases. Mercer requests that the Debtors be authorized and directed to pay Mercer an amount equal to the sum of the allowed compensation and expense reimbursement, less any amounts previously paid by the Debtors.

**SUMMARY OF SERVICES PROVIDED**

13.    During the Final Application Period, the consulting services Mercer provided to the Debtors include compensation analysis and recommendations, as well as assistance in connection with the rendering of legal services by the Debtors' counsel with respect to certain employee and retiree plan issues.

14.     Mercer has endeavored to assist the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to professionals and other support staff at Mercer so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the professional billing the lowest hourly rate as appropriate for a particular matter.

15.     Mercer's fees are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

16.     No agreement or understanding exists between Mercer and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases other than the employees of Mercer and its parent company, Marsh & McLennan Companies, Inc., as previously disclosed.

17.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge, and belief that this Application complies with that Rule.

WHEREFORE, Mercer respectfully requests that this Court (a) allow final compensation in the amount of $2,338,347.47 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, (b) allow final reimbursement of $175,640.46, plus $2,938.68 in fees for preparation of filing fee applications after the Effective Date of the Plan, for actual, reasonable, and necessary expenses incurred during the Final Application Period, (c) authorize and direct the Debtors to pay Mercer an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors, and (d) grant such other further relief as the Court deems just and proper.

Dated:  July 7, 2017                                        **MERCER (US) INC.**


                                        By:___/s/ Devon J. Eggert_____
                                               One of Its Attorneys

                                        Devon J. Eggert
                                        Freeborn & Peters LLP
                                        311 South Wacker Drive, Suite 3000
                                        Chicago, Illinois  60606
                                        Telephone:  (312) 360-6000
                                        Facsimile:  (312) 360-6995