IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
In re                                             :  Chapter 11
                                                  :
Nortel Networks Inc., et al.,[1]                  :  Case No. 09-10138 (KG)
                                                  :
              Debtors.                            :  Jointly Administered
                                                  :
                                                  :  **Hearing Date**: TBD
                                                  :  **Objections Due**: July 27, 2017 at 4:00 p.m. (ET)
                                                  :
---------------------------------------------------------X

# NOTICE OF FINAL APPLICATION OF MERCER (US) INC., AS COMPENSATION SPECIALIST AND CONSULTING EXPERT TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF JANUARY 14, 2009 THROUGH MAY 8, 2017

PLEASE TAKE NOTICE that on July 7, 2017, Mercer (US) Inc. ("*Mercer*") filed the **Final Application of Mercer (US) Inc., as Compensation Specialist and Consulting Expert to the Debtors and Debtors-In -Possession, for Allowance of Final Compensation and for Final Reimbursement of All Actual and Necessary Expenses Incurred for the Period of January 14, 2009 through May 8, 2017** (the "*Application*").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the approval of the relief requested in the Application must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 27, 2017 at 4:00 p.m. (ET)** (the "*Objection Deadline*"); and (c) served on the undersigned counsel as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 7, 2017                             **MERCER (US) INC.**


                                                By:   /s/ Devon J. Eggert
                                                      One of Its Attorneys

                                                Devon J. Eggert
                                                Freeborn & Peters LLP
                                                311 South Wacker Drive, Suite 3000
                                                Chicago, Illinois  60606
                                                Telephone:  (312) 360-6000
                                                Facsimile:  (312) 360-6995