# **<u>EXHIBIT A</u>**

          2          June 26, 2017

Statement No: 100249901

For professional services rendered with regard to:

Re: <u>Nortel Networks - 2009-40097M</u>

| Date | TK | Description | Hours |
|---|---|---|---|
| May 10, 2017 | DJE | Review information regarding filing of final fee applications (0.1); telephone conference with John Dempsey regarding same (0.2). | 0.30 |
| May 25, 2017 | DJE | E-mail correspondence to Mercer working group regarding fee applications (0.1). | 0.10 |
| May 30, 2017 | DJE | Telephone conference with John Dempsey regarding open issues for fee applications (0.2); prepare interim fee application (1.2); e-mail correspondence with Mercer working group regarding same (0.4). | 1.80 |
| May 31, 2017 | JEH | Draft notice of twenty-fourth interim fee application (0.1); draft certificate of service regarding same (0.1); finalize exhibits regarding same (0.4); e-mail correspondence with Devon Eggert regarding same (0.1); file same (0.1); coordinate service of same (0.2); draft certificate of service of twenty-fourth quarterly fee application (0.1); finalize exhibit regarding same (0.1); e-mail correspondence with Devon Eggert regarding same (0.1); file same (0.1); coordinate service of same (0.2). | 1.60 |
| May 31, 2017 | DJE | Finalize interim fee application for filing (0.2); multiple e-mail correspondence and telephone conference with Vikas Farswani regarding same (0.1). | 0.30 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 2.50 | 330.00 | $825.00 |
| Hazdra, Jacqueline E. | 1.60 | 232.00 | $371.20 |

3                                           June 26, 2017

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| TOTAL HOURS | 4.10 | | |

SUBTOTAL FEES                                                    $1,196.20

LESS DISCOUNT                                                    $-119.62
TOTAL FEES                                                       $1,076.58


**TOTAL FEES AND DISBURSEMENTS**                                **$1,076.58**

c:\bills\760771.bil

4053132v1/06774-0022



# Freeborn
FREEBORN & PETERS LLP

                2                July 7, 2017

Statement No: 100252578

For professional services rendered with regard to:

Re: <u>Nortel Networks - 2009-40097M</u>

| Date | | Description | Hours |
|---|---|---|---|
| July 6, 2017 | DJE | Conference with Devon Eggert regarding finalizing Mercer Fee Application (0.2); review and prepare final fee application (3.6). | 3.80 |
| July 6, 2017 | DJE | Conference with Elizabeth Janczak regarding finalizing draft fee application (0.2); review and revise same (2.2); file same (0.3). | 2.70 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth | 3.80 | 310.00 | $1,178.00 |
| Eggert, Devon J. | 2.70 | 330.00 | $891.00 |

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| TOTAL HOURS | 6.50 | | |

SUBTOTAL FEES      $2,069.00

LESS DISCOUNT      <u>$-206.90</u>
TOTAL FEES      $1,862.10

**TOTAL FEES AND DISBURSEMENTS**      **$1,862.10**

c:\bills\763448.bil