## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM

| Name | Title | Rate | Total Hours | Total |
|---|---|---|---|---|
| E. Morgan Maxwell, III | Attorney | $250.00 | 85.3 | $21,112.50 |
| **Total:** | | | **85.3** | **$21,112.50** |

Plus an additional $1,250.00
for a total of **$22,362.50**