## EXHIBIT B

### Task Billing Summary Page

| TASK/CATEGORY | TOTALS TO DATE |
|---|---|
| Administration | $ 0.00 |
| Case Administration | $ 0.00 |
| Asset Analysis and Recovery | $ 0.00 |
| Asset Disposition | $ 0.00 |
| Relief from Stay/Adequate Protection | $ 0.00 |
| Meetings of and Comm. With Creditors | $ 4,425.00 |
| Retention | $ 0.00 |
| Employment & Retention Application -Other | $ 0.00 |
| Fee Applications | $ 0.00 |
| Fee Objections | $ 0.00 |
| Fee Applications and Invoices -Other | $ 0.00 |
| Fee Objections - Others | $ 0.00 |
| Assumption/Rejections of Leases and Contracts | $ 0.00 |
| Other Contested Matters | $ 0.00 |
| Non-Working Travel | $ 212.50 |
| Operations | $ 0.00 |
| Business Operations | $ 0.00 |
| Employee Benefits/Pensions | $ 0.00 |
| Financing/Cash Collections | $ 2,625.00 |
| Tax Issues | $12,725.00 |
| Board of Directors Matters | $ 0.00 |
| Claims and Plan | $ 0.00 |
| Claims Administration and Objections | $ 0.00 |
| Plan and Disclosure Statement | $ 0.00 |
| Court Hearings | $ 1,125.00 |
| Insurance Matters | $ 0.00 |
| Litigation | $ 0.00 |
| Avoidance Actions | $ 0.00 |
| Schedules and Statements | $ 0.00 |
| Legal Research | $ 0.00 |
| **Total Fees** | **$21,112.50** |