## EXHIBIT C

### EXPENSE SUMMARY
### FINAL PERIODS

| Expense Category | Total Expenses |
|---|---|
| Copying | $ 0.00 |
| Delivery/Courier | $ 0.00 |
| Dockets | $ 0.00 |
| Travel | $ 175.00 |
| Telephone | $ 0.00 |
| Outside Professional Fees | $ 0.00 |
| Parking | $ 22.00 |
| **TOTAL** | **$ 197.00** |