# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM
## NOVEMBER 1, 2013 THROUGH MAY 8, 2017

| Name of Professional Compensation | Position | Hourly Billing Rate | Total Billed Hours | Total | |
|---|---|---|---|---|---|
| Collazo, Sandra I. | Paralegal | $ 200.00 | 33.10 | $ | 6,620.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 4.00 | $ | 800.00 |
| Kinsella, Shelley A. | Shareholder | $ 420.00 | 16.90 | $ | 7,098.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 7.00 | $ | 4,270.00 |
| **Total:** | | | **61.00** | **$** | **18,788.00** |

## TASK BILLING SUMMARY PAGE
## NOVEMBER 1, 2013 THROUGH MAY 8, 2017

| | | |
|---|---|---|
| Employment & Retention Application | $ | 1,910.00 |
| EG Fee Applications | $ | 8,718.00 |
| EG Fee Objections | $ | 1,204.00 |
| Fee Applications and Invoices –Other | $ | 5,094.00 |
| Fee Objections – Others | $ | 1,702.00 |
| Court Hearings | $ | 80.00 |
| Plan and Disclosure Statement | $ | 80.00 |
| **Total Fees** | **$** | **18,788.00** |

## SUMMARY OF EXPENSES FOR THE PERIOD
## NOVEMBER 1, 2013 THROUGH MAY 8, 2017

| Expense Category | Total Expenses |
|---|---|
| Copying | $ 8.20 |
| Dockets | $ 3.90 |
| Postage | $477.05 |
| **TOTAL:** | **$489.15** |



## ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable  
Nortel Networks  
1105 North Market Street  
Suite 1700  

Wilmington DE 19801

July 7, 2017

Bill Number 52231

File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through May 8, 2017

Employment & Retention Application Other

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/13 | SAK | [B165-] Communications with co-counsel re KCC termination motion | 0.10 Hrs |
| 11/01/13 | RXZ | [B165-] Emails to and from N. Berger re: client sign off on KCC termination fee and expense issues (.3); emails and calls to former committee members re: motion and approval of same (.7) | 1.00 Hrs |
| 11/04/13 | SIC | [B165-] Correspondence with R. Zahralddin re: Motion to Terminate KCC | 0.30 Hrs |
| 11/04/13 | SAK | [B165-] Communications from N. Berger and B. Taylor re KCC termnation motion; instructions to I. Densmore re same | 0.20 Hrs |
| 11/04/13 | SIC | [B165-] Preparation of Motion to Terminate KCC (.8); filing of same (.1) | 0.90 Hrs |
| 11/04/13 | RXZ | [B165-] Finalize order (.3), notice (.2) and motion (.3) re: KCC termination for committee and fee and expense issues and supervise filing and service (.6) | 1.40 Hrs |
| 12/02/13 | SIC | [B165-] Preparation of CNO re KCC Termination Motion (.2); filing (.1); circulate to Debtors for review (.1) | 0.40 Hrs |
| | | Totals | 4.30 Hrs    $1,910.00 |
| | | Employment & Retention Application Other Totals | 4.30 Hrs    $1,910.00 |

EG Fee Applications

| 11/20/13 | SIC | [B170-] Prepare EG fee chart for 18th Omnibus Fee Order (.5); circulate to Debtors for approval (.1) | 0.60 Hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/20/13 | SIC | [B170-] Correspondence with the Debtors re EG fee chart for 18th Omnibus Fee Order | 0.20 Hrs |
| 11/21/13 | SIC | [B170-] Preparation of Consolidated fee application for August through October | 0.80 Hrs |
| 11/21/13 | SIC | [B170-] Correspondence with S. Kinsella re status of fee applications | 0.20 Hrs |
| 11/21/13 | SIC | [B170-] Preparation of EG 9th Quarterly Fee App | 0.90 Hrs |
| 11/22/13 | SIC | [B170-] Correspondence with S. Kinsella re Amended 8th Quarterly Fee App | 0.50 Hrs |
| 11/22/13 | SIC | [B170-] Preparation of chart re KCC invoice payments | 0.30 Hrs |
| 11/25/13 | SIC | [B170-] Preparation of Amended 8th Quarterly Fee App | 1.20 Hrs |
| 11/26/13 | SAK | [B170-] Conference with S. Roberts re preparation of amended Eighth Quarterly Fee Application for Elliott Greenleaf | 0.10 Hrs |
| 11/26/13 | SIC | [B170-] Preparation of Amended 8th Quarterly Fee App | 1.50 Hrs |
| 11/27/13 | JF1 | [B170-] File Amended Eighth Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Services Rendered and Reimbursement of Expenses for the Period May 1, 2013 through July 31, 2013 (.2); consolidated Twenty Fifth Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Services Rendered and Reimbursement of Expenses for the Period August 1, 2013 through October 31, 2013 (.4); File Ninth Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Services Rendered and Reimbursement of Expenses for the Period August 1, 2013 through October 31, 2013 (.3); effectuate service of both (1.4) | 2.30 Hrs |
| 11/27/13 | SIC | [B170-] Revise EG Amended 8th Quarterly Fee App (.7); effectuate service of same (.7) | 1.40 Hrs |
| 11/27/13 | SAK | [B170-] Finalize Elliott Greenleaf's Amended 8th Quarterly Fee Application (.4); review Exhibit calculations with S. Roberts and revisions re same (.8); finalize Notice (.2); finalize Certificate of Service (.1); supervise filing and service of same (.3) | 1.80 Hrs |
| 11/27/13 | SAK | [B170-] Revisions to Exhibit B for Elliott Greenleaf's consolidated 25th Monthly Fee Application (.4); instructions to S. Roberts re preparation of 25th Monthly Fee Application and 9th Quarterly Fee Application (.2); finalize Notice for 25th Monthly Fee Application (.2); revisions to 25th Monthly Fee Application (.4); finalize revised 25th Monthly Fee Application (.1); review, revise and finalize multiple Exhibits for 25th Monthly Fee Application (.3); finalize Certificate of Service re 25th Monthly Fee Application and instructions to S. Roberts re filing/service (.2); supervise same (.2) | 2.00 Hrs |
| 11/27/13 | SAK | [B170-] Finalize Elliott Greenleaf's 9th Quarterly Fee Application (.2); finalize Notice (.1); finalize Certificate of Service (.1); instructions to S. Roberts and J. Ford re filing and service/ supervise same (.2) | 0.60 Hrs |
| 11/27/13 | SIC | [B170-] Preparation of EG 9th Quarterly Fee Application for filing (1.3); effectuate service of same (.9) | 2.20 Hrs |
| 11/27/13 | SIC | [B170-] Preparation of EG Consolidated 25th Monthly Fee App (1.3); effectuate service of same (.9) | 2.20 Hrs |
| 12/02/13 | SAK | [B170-] Review email from M. Maddox re proposed 8th Interim Omnibus Fee Order and instructions to S. Roberts re same | 0.20 Hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/31/13 | SAK | [B170-] Analyze Fee Examiner's Report regarding EG's 9th Quarterly Fee Application and summary from S. Roberts re same | 0.10 Hrs |
| 01/23/14 | SIC | [B170-] Update fees and expenses spreadsheet re: 9th quarterly fee app | 0.30 Hrs |
| 01/23/14 | SAK | [B170-] Analyze Fee Examiner's Report re Elliott Greenleaf fees; instructions to paralegals re same | 0.20 Hrs |
| 01/24/14 | SAK | [B170-] Review communication from Debtors re revision to Elliott Greenleaf fee application calculations; conference with S. Roberts re same | 0.20 Hrs |
| 01/28/14 | SAK | [B170-] Review Elliott Greenleaf monthly invoice for December 2013 and edit; instructions to S. Roberts to potentially forego consolidated quarterly application in favor of final fee application preparation | 0.20 Hrs |
| 01/31/14 | SAK | [B170-] Analyze Agenda re upcoming fee application hearing | 0.10 Hrs |
| 02/03/14 | SAK | [B170-] Review email from Debtors' counsel re upcoming fee application hearing; instructions to S. Roberts re same | 0.20 Hrs |
| 02/04/14 | SAK | [B170-] Review Order entered approving Elliott Greenleaf's quarterly fee application | 0.20 Hrs |
| 02/21/14 | SAK | [B170-] Review quarterly expenses in preparation of fee application filing | 0.20 Hrs |
| 02/21/14 | SAK | [B170-] Review and revise Exhibit C for Elliott Greenleaf's quarterly fee application; instructions to P. Rooney re same | 0.20 Hrs |
| 05/19/14 | SAK | [B170-] Review and edit fee application exhibit | 0.50 Hrs |
| 03/23/17 | SIC | [B170-] Preparation of EG final fee application | 5.60 Hrs |
| 03/24/17 | SIC | [B170-] Preparation of EG final fee application; circulate to attorneys for review and comment | 2.60 Hrs |
| 03/27/17 | SAK | [B170-] Review and revise Elliott Greenleaf's final fee application and instructions to S. Roberts re same | 1.20 Hrs |
| 04/06/17 | SAK | [B170-] Communications with R. Zahralddin re Final Fee Application deadline: pending Plan going Effective; review Committee Expenses status | 1.90 Hrs |
| | | Totals | 32.70 Hrs   $8,718.00 |
| | | EG Fee Applications Totals | 32.70 Hrs   $8,718.00 |

Fee Objections EGS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/19/13 | SAK | [B171-] Instructions to S. Roberts re revisions to response to Fee Examiner re Elliott Greenleaf fees (.2); email exchanges re same (.2) | 0.40 Hrs |
| 11/19/13 | SAK | [B171-] Finalize Certificates of No Objection for Elliott Greenleaf's 23rd and 24th Monthly Fee Applications (.3); and instructions to S. Roberts re same (.1) | 0.40 Hrs |
| 11/19/13 | SIC | [B171-] Preparation of fee examiner response re EG 8th Quarterly Fee Application | 0.60 Hrs |
| 11/19/13 | SIC | [B171-] Preparation of CNO re EG 23rd Monthly Fee App | 0.30 Hrs |
| 12/02/13 | SIC | [B171-] Review chart from debtors re Omnibus Fee Order (.2); correspondence with debtors re same (.1) | 0.30 Hrs |
| 12/27/13 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's Consolidated 25th Fee Application and instructions to S. Roberts re filing same | 0.20 Hrs |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/13 | SIC | [B171-] Preparation of CNO re EG 25th Consolidated fee app (.3); filing (.1); circulate same to debtors and attorneys for review (.1) | 0.50 Hrs | |
| 12/31/13 | SIC | [B171-] Analyze Fee Examiner Report regarding EG 9th Quarterly Fee App (.2); summarize (.2); circulate to attorneys for review (.1) | 0.50 Hrs | |
| 01/08/14 | SIC | [B171-] Preparation of CNO re: EG 9th Quarterly Fee App (.2); filing (.1); effectuate service of same (.1) | 0.40 Hrs | |
| 01/08/14 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 9th Quarterly fee application | 0.20 Hrs | |
| 01/23/14 | SIC | [B171-] Analyze fee auditor's final report for the Aug.-Oct. period (.4); correspondence with M. Maddox re: corrections (.1) | 0.50 Hrs | |
| 01/24/14 | SIC | [B171-] Correspondence with Debtors re: 19th Omnibus Fee Order (.1); updates to chart re same (.3) | 0.40 Hrs | |
| | | Totals | 4.70 Hrs | $1,204.00 |
| | | Fee Objections EGS Totals | 4.70 Hrs | $1,204.00 |

Fee Applications and Invoices - Other

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/05/13 | SAK | [B175-] Communications with A. Cordon and Evan J. Gershbein re KCC payment; instructions to S. Roberts re same | 0.30 Hrs |
| 11/05/13 | SIC | [B175-] Correspondence with KCC re payment | 0.20 Hrs |
| 11/20/13 | SIC | [B175-] Correspondence with A&M and the Debtors re A&M fee chart for 18th Omnibus Fee Order | 0.30 Hrs |
| 11/20/13 | SIC | [B175-] Correspondence with B. Nassau re 18th Omnibus Fee Order numbers | 0.10 Hrs |
| 11/21/13 | SIC | [B175-] Preparation of M. Maxwell chart for 18th Omnibus Fee Order (.2); circulate to debtors for review (.1) | 0.30 Hrs |
| 12/02/13 | SAK | [B175-] Instructions to S. Roberts re preparations for upcoming fee application hearing | 0.10 Hrs |
| 12/02/13 | SAK | [B175-] Communications from A. Cordo re Court's pending entry of Omnibus Fee Order and potential hearing cancellation | 0.10 Hrs |
| 12/16/13 | SIC | [B175-] Correspondence with Fee Examiner re A&M Fee Applications | 0.10 Hrs |
| 01/14/14 | SAK | [B175-] Review email from A. Cordo re filing deadlines for Fee Examiner Reports and upcoming hearing re same | 0.10 Hrs |
| 01/20/14 | RXZ | [B175-] Meeting with S. Kinsella and S. Roberts re: committee expenses and fee applications (.2) analyze related record (.3) | 0.50 Hrs |
| 01/21/14 | RXZ | [B175-] Emails from A&M re: final fee application (.3) confer with B. Gallagher re: same (.2) analyze same (.6) provide report to B. Gallagher and recommendation (.2) | 1.30 Hrs |
| 01/27/14 | SAK | [B175-] Analyze filed Fee Examiner report re professionals' fee applications | 0.20 Hrs |
| 01/27/14 | RXZ | [B175-] Follow up from R. Mizak re: update to fee app. (.2) analyze changes and confer with B. Gallagher (.3) report back approval to A&M (.1) | 0.60 Hrs |
| 01/27/14 | SIC | [B175-] Preparation of Notice and COS re: A&M final fee application | 0.40 Hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/28/14 | SAK | [B175-] Finalize Alvarez & Marsal's 23rd and Final Fee Application Notice (.1); review Final/Monthly Application and multiple Exhibits (.4); finalize Certificate of Service (.1); instructions to J. Ford re filing/service and supervise same (.2) | 0.80 Hrs |
| 01/29/14 | SIC | [B175-] Circulate A&M Final Fee Application to Debtors for review | 0.10 Hrs |
| 03/14/14 | RXZ | [B175-] Final A&M fee issues (.3) emails and calls with S. Roberts re: filing (.2) | 0.50 Hrs |
| 03/07/17 | RXZ | [B175-] Update with M. Maxwell on status of final unpaid invoices | 0.40 Hrs |
| 03/13/17 | SAK | [B175-] Communications with S. Roberts re final fee application deadlines | 0.20 Hrs |
| 03/13/17 | SAK | [B175-] Review confirmed Plan and related pleadings pursuant to R. Zahralddin's instructions and summarize final fee application issues | 1.70 Hrs |
| 03/13/17 | SIC | [B175-] Correspondence with R. Zahralddin regarding final fee application deadlines and prep; follow up regarding same | 0.50 Hrs |
| 03/23/17 | SIC | [B175-] Preparation of Morgan Maxwell final fee application | 1.20 Hrs |
| 03/24/17 | RXZ | [B175-] Emails to and from S. Roberts re: fee applications for LTD committee professionals (.3) and related instructions to S. Kinsella (.2) and S. Roberts (.2) | 0.70 Hrs |
| 03/24/17 | SAK | [B175-] Communications with S. Roberts regarding preparation of final fee applications | 0.20 Hrs |
| 03/27/17 | SIC | [B175-] Correspondence with Morris Nichols regarding notice of effective date and final fee application filing deadlines | 0.20 Hrs |
| 03/27/17 | SAK | [B175-] Review and edit M. Maxwell's final fee application; instructions to S. Roberts re revisions to same | 0.80 Hrs |
| 03/27/17 | SAK | [B175-] Communications with S. Roberts re pending Effective Date for Nortel's confirmed Plan and impact on final fee applications; communication with R. Zahralddin re same | 0.20 Hrs |

|  |  |  |  |  |
|---|---|---|---|---|
| | Totals | | 12.10 Hrs | $5,094.00 |
| | Fee Applications and Invoices - Other Totals | | 12.10 Hrs | $5,094.00 |

<u>Fee Objections - Others</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/21/13 | SIC | [B176-] Preparation of M. Maxwell CNO re 4th Monthly Fee App | 0.20 Hrs |
| 11/21/13 | SAK | [B176-] Finalize Certificate of No Objection re E. Morgan Maxwell's 4th Monthly Fee Application; instructions to S. Collazo re revisions and filing of same | 0.20 Hrs |
| 12/31/13 | SAK | [B176-] Analyze Fee Examiner's Report Regarding A&M's 8th Quarterly Fee Application and S. Roberts' summary and e-mail to A&M re same | 0.20 Hrs |
| 12/31/13 | SIC | [B176-] Analyze Fee Examiner Report regarding A&M 8th Quarterly Fee App (.2); summarize (.3); circulate to attorneys for review (.1) | 0.60 Hrs |
| 01/02/14 | RXZ | [B176-] Emails and analysis of examiner's report re: A&M (.4) instructions to S. Roberts re: same (.2) | 0.60 Hrs |
| 01/27/14 | SIC | [B176-] Correspondence with Debtors and A&M re: 19th Omnibus Fee numbers | 0.20 Hrs |
| 01/28/14 | JF1 | [B176-] File A&M Final and Twenty-Third fee application (.2); prepare and effectuate service (1.5) | 1.70 Hrs |
| 02/04/14 | SIC | [B176-] Review 19th Omnibus Fee Order (.1); summarize (.2); circulate same to A&M and EG attorneys for review (.1) | 0.40 Hrs |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/14 | SIC | [B176-] Preparation of CNO re A&M Final Fee App for S. Kinsella review | 0.30 Hrs | |
| 03/14/14 | SIC | [B176-] Preparation of A&M CNO re Final Fee Application (.1); filing (.1); effectuate service of same (.2) | 0.40 Hrs | |
| 03/14/14 | SAK | [B176-] Finalize Certificate of No Objection re A&M's Final Fee Application; review numbers and instructions to S. Roberts re same | 0.40 Hrs | |
| 05/28/14 | SIC | [B176-] Prepare Final Fee Order for A&M and circulate to Debtors | 0.50 Hrs | |
| 06/06/14 | SIC | [B176-] Review Fee Examiner's Report re A&M Final Fee App (.1); summarize (.2); circulate to R. Winters and R. Mizak for review (.1) | 0.40 Hrs | |
| 06/09/14 | SIC | [B176-] Correspondence with R. Mizak and R. Winters re Fee Hearing | 0.30 Hrs | |
| | | Totals | 6.40 Hrs | $1,702.00 |
| | | Fee Objections - Others Totals | 6.40 Hrs | $1,702.00 |

Court Hearings

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/14 | SIC | [B430-] Correspondence with A&M and S. Kinsella re: Fee Hearing | 0.10 Hrs | |
| 06/05/14 | SIC | [B430-] Review Notice of Agenda of June 10, 2014 Fee Hearing (.1); summarize (.1); circulate to A&M and attorneys for review (.1) | 0.30 Hrs | |
| | | Totals | 0.40 Hrs | $80.00 |
| | | Court Hearings Totals | 0.40 Hrs | $80.00 |
| | | TOTAL LEGAL SERVICES | | $18,708.00 |

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ford, Jennifer L. | 4.00 Hrs | 200/hr | $800.00 |
| Roberts, Sandra I | 32.70 Hrs | 200/hr | $6,540.00 |
| Kinsella, Shelley A. | 16.90 Hrs | 420/hr | $7,098.00 |
| Zahralddin-Aravena, Rafael X. | 7.00 Hrs | 610/hr | $4,270.00 |
| | 60.60 Hrs | | $18,708.00 |

**Reimbursement for out of pocket expenses**

COPYING

| Date | Description | Amount | |
|---|---|---|---|
| 12/02/16 | [] Device Cost | 2.40 | |
| 12/02/16 | [] Device Cost | 5.80 | |
| | | | $8.20 |

DOCKETS

| Date | Description | Amount | |
|---|---|---|---|
| 04/18/14 | [] PACER SERVICE CENTER (DE)---INV # 01/01/14-03/31/14 DTD 04/07/14: DOCKET RETRIEVAL FOR THE PERIOD: 01/01/14-03/31/14 | 3.90 | |
| | | | $3.90 |

EXPRESS MAIL

| | | |
|---|---|---|
| 11/13/13 | [] FEDERAL EXPRESS CORPORATION (DE)--- INV # 2-455-52562 DTD 11/05/13 OVERNIGHT PACKAGE DELIVERY RETURN TO ELLIOTT GREENLEAF WILMINGTON, DE ON 10/29/13 RXZ | 13.49 |
| 11/13/13 | [] FEDERAL EXPRESS CORPORATION (DE)--- INV # 2-455-52562 DTD 11/05/13 OVERNIGHT PACKAGE DELIVERY RETURN TO ELLIOTT GREENLEAF WILMINGTON, DE ON 10/29/13 RXZ | 13.49 |
| 11/13/13 | [] FEDERAL EXPRESS CORPORATION (DE)--- INV # 2-455-52562 DTD 11/05/13 OVERNIGHT PACKAGE DELIVERY RETURN TO ELLIOTT GREENLEAF WILMINGTON, DE ON 10/29/13 RXZ | 13.49 |
| 11/13/13 | [] FEDERAL EXPRESS CORPORATION (DE)--- INV # 2-455-52562 DTD 11/05/13 OVERNIGHT PACKAGE DELIVERY RETURN TO ELLIOTT GREENLEAF WILMINGTON, DE ON 10/29/13 RXZ | 15.70 |
| 11/13/13 | [] FEDERAL EXPRESS CORPORATION (DE)--- INV # 2-455-52562 DTD 11/05/13 OVERNIGHT PACKAGE DELIVERY RETURN TO ELLIOTT GREENLEAF WILMINGTON, DE ON 10/29/13 RXZ | 13.49 |
| | | $69.66 |

POSTAGE

| | | |
|---|---|---|
| 11/27/13 | [] Postage | 180.67 |
| 01/28/14 | [] Postage | 219.46 |
| 10/08/14 | [] Postage | 6.78 |
| 06/18/15 | [] Postage | 0.48 |
| | | $407.39 |
| | Total Reimbursement for out of pocket expenses | $489.15 |
| | TOTAL THIS BILL | $19,197.15 |
| | GRAND TOTAL DUE | $19,197.15 |

(Nortel) Official Committee of Long Term Disability Plan Participants

**Task Billing Summary Page**

Re:  In re Nortel 09-10138(KG)

|  |  | Current Bill |
|---|---|---|
| Employment & Retention Application Other | | |
| | | $1,910.00 |
| Subtotals | | $1,910.00 |
| EG Fee Applications | | |
| | | $8,718.00 |
| Subtotals | | $8,718.00 |
| Fee Objections EGS | | |
| | | $1,204.00 |
| Subtotals | | $1,204.00 |
| Fee Applications and Invoices - Other | | |
| | | $5,094.00 |
| Subtotals | | $5,094.00 |
| Fee Objections - Others | | |
| | | $1,702.00 |
| Subtotals | | $1,702.00 |
| Court Hearings | | |
| | | $80.00 |
| Subtotals | | $80.00 |
| | Totals | $18,708.00 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***