**EXHIBIT B**

**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2013 THROUGH MAY 8, 2017**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Emiola, Leonard A. | Paralegal | $ 200.00 | 20.10 | $ 4,020.00 |
| Tighe, Alison K. | Paralegal | $ 200.00 | 2.50 | $ 500.00 |
| Casalvera, Amy | Paralegal | $ 200.00 | 0.70 | $ 140.00 |
| Cupingood, Dara J. | Paralegal | $ 200.00 | 34.80 | $ 6,960.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 93.60 | $ 18,720.00 |
| Bugda, Lisa A. | Paralegal | $ 100.00 | 2.50 | $ 250.00 |
| Bugda, Lisa A. | Paralegal | $ 200.00 | 78.80 | $ 15,760.00 |
| Mahoney, Kate. A | Paralegal | $ 200.00 | 54.80 | $ 10,960.00 |
| Smith, Heidi | Paralegal | $ 200.00 | 1.30 | $ 260.00 |
| Collazo, Sandra I. | Paralegal | $ 0.00 | 2.50 | $ 0.00 |
| Collazo, Sandra I. | Paralegal | $ 200.00 | 427.60 | $ 85,520.00 |
| Ford, Jennifer, L. | Paralegal | $ 200.00 | 84.70 | $ 16,940.00 |
| Densmore, Ian D. | Paralegal | $ 200.00 | 107.50 | $ 21,500.00 |
| Stephens, Jim | Paralegal | $ 215.00 | 21.00 | $ 4,515.00 |
| Snow, Theresa M. | Paralegal | $ 215.00 | 26.40 | $ 5,676.00 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 656.70 | $ 147,757.50 |
| McCloskey, Kristin | Paralegal | $ 215.00 | 52.40 | $ 11,266.00 |
| McCloskey, Kristin | Paralegal | $ 225.00 | 15.90 | $ 3,577.50 |
| Shaw, Liana | Paralegal | $ 0.00 | 2.70 | $ 0.00 |
| Shaw, Liana | Paralegal | $ 225.00 | 74.70 | $ 16,807.50 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 491.60 | $ 110,610.00 |
| Heyman, Pamela | Paralegal | $ 225.00 | 16.70 | $ 3,757.50 |
| Brittany M. Giusini | Law Clerk | $ 150.00 | 6.70 | $ 1,005.00 |
| McStravick, Michelle E. | Associate | $ 180.00 | 21.70 | $ 3,906.00 |
| Braverman, Michael R. | Associate | $ 190.00 | 64.00 | $ 12,160.00 |
| Braverman, Michael R. | Associate | $ 200.00 | 108.10 | $ 21,620.00 |
| McCarrie, James J. | Associate | $ 200.00 | 28.80 | $ 5,760.00 |
| Stemerman Jonathan M. | Associate | $ 0.00 | 2.40 | $ 0.00 |
| Stemerman Jonathan M. | Associate | $ 350.00 | 33.10 | $ 11,585.00 |
| Stemerman Jonathan M. | Associate | $ 375.00 | 173.50 | $ 65,062.50 |
| Curran, Margaret S. | Of Counsel | $ 137.00 | 17.30 | $ 2,370.10 |
| Curran, Margaret S. | Of Counsel | $ 138.00 | 14.00 | $ 1,932.00 |
| Curran, Margaret S. | Of Counsel | $ 260.00 | 121.10 | $ 31,486.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 743.30 | $ 204,407.50 |

| | | | | |
|---|---|---|---|---|
| Kittila, Theodore A. | Of Counsel | $ 310.00 | 1.50 | $ 465.00 |
| Keiser, Jeffrey D. | Of Counsel | $ 375.00 | 203.10 | $ 76,162.50 |
| Lapinski, Neil | Of Counsel | $ 410.00 | 0.70 | $ 287.00 |
| Sutty, Eric M. | Of Counsel | $ 225.00 | 4.50 | $ 1,012.50 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 658.10 | $ 296,145.00 |
| Kohart, Mary E. | Of Counsel | $ 230.00 | 11.50 | $ 2,645.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 199.70 | $ 91,862.00 |
| Weber, Melissa M. | Shareholder | $ 245.00 | 1.00 | $ 245.00 |
| Weber, Melissa M. | Shareholder | $ 250.00 | 0.30 | $ 75.00 |
| Simon, Debbie | Shareholder | $ 260.00 | 336.00 | $ 87,360.00 |
| Simon, Debbie | Shareholder | $ 265.00 | 12.20 | $ 3,233.00 |
| Elias, Brian R. | Shareholder | $ 315.00 | 1.10 | $ 346.50 |
| Kinsella, Shelley A. | Shareholder | $ 0.00 | 13.50 | $ 0.00 |
| Kinsella, Shelley A. | Shareholder | $ 410.00 | 100.20 | $ 41,082.00 |
| Kinsella, Shelley A. | Shareholder | $ 420.00 | 1,131.10 | $ 475,062.00 |
| Anderson, Kevin S. | Shareholder | $ 420.00 | 0.60 | $ 252.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 32.80 | $ 18,532.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 0.00 | 1.20 | $ 0.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 305.00 | 66.20 | $ 20,191.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 1,865.80 | $1,138,138.00 |
| **Total:** | | | 8,244.60 | $3,108,593.25 |
| **Blended Rate:** | | $ 377.05 | | |

3