## EXHIBIT C

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | |
|---|---:|
| Case Administration | $ 41,811.00 |
| Asset Disposition | $ 53,899.50 |
| Meetings of and Comm. With Creditors | $ 511,241.50 |
| EG Retention | $ 48,427.00 |
| Employment & Retention Application - Other | $ 25,562.00 |
| EG Fee Applications | $ 117,587.00 |
| EG Fee Objections | $ 9,905.00 |
| Fee Applications and Invoices -Other | $ 54,701.00 |
| Fee Objections - Others | $ 7,625.00 |
| Non-Working Travel | $ 25,744.75 |
| Claims Administration and Objections | $ 2,885.50 |
| Business Operations | $ 1,271.50 |
| Employee Benefits/Pensions | $ 334,952.00 |
| Tax Issues | $ |
| Plan and Disclosure Statement | $ 1,057.00 |
| Financing/Cash Collections | $ 67.50 |
| Court Hearings | $ 17,006.50 |
| Labor Issues | $ 350.00 |
| Litigation | $ 169,405.00 |
| Research | $ 1,020.00 |
| **Total Fees** | **$3,108,593.25** |