**EXHIBIT D**

**SUMMARY OF EXPENSES FOR THE PERIOD**
**AUGUST 1, 2013 THROUGH MAY 8, 2017**

| Expense Category | Total Expenses |
|---|---|
| Copying | $ 18,802.90 |
| Delivery/Courier | $ 6,432.50 |
| Dockets | $ 2,761.00 |
| Expert Witness/Fees | $ 8,280.00 |
| Express Mail | $ 97,721.14 |
| Facsimile | $ 13.00 |
| Filing Fees | $ 318.00 |
| Legal Research | $ 325.93 |
| Lodging | $ 2,237.85 |
| Meals | $ 814.22 |
| Mileage | $ 309.84 |
| Outside Professional Services | $ 74,140.79 |
| Parking | $ 343.75 |
| Petty Cash | $ 1.06 |
| Postage | $ 10,338.45 |
| Service Fees | $ 20.00 |
| Taxi | $ 393.16 |
| Telephone | $ 15,620.16 |
| Tolls | $ 3.00 |
| Transcripts/Video | $ 405.00 |
| Travel | $ 7,754.43 |
| **TOTAL:** | **$247,036.18** |