## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] ) | |
| ) | Case No: 09-10138 (KG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

### CERTIFICATE OF SERVICE

    I, Shelley A. Kinsella, Esquire, counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the *Final Application of E. Morgan Maxwell, III, Esq., Special Tax Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Final Period of February 11, 2013 through May 15, 2013* (the "Application") to be served on July 7, 2017 upon the entities identified below in the manner indicated.

VIA HAND DELIVERY

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

VIA U.S. FIRST CLASS MAIL

Nortel Networks Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)

VIA U.S. FIRST CLASS MAIL

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee Of Unsecured Creditors)

VIA HAND DELIVERY

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

<u>VIA HAND DELIVERY AND EMAIL</u>

Judith Scarborough CPA/ABV CVA Master,
Sidlow *&* Associates, P.A.
2002 West 14th Street
Wilmington, DE 19806
Email: jscarborough@mastersidlow.com

|  |  |
|---|---|
| Dated: July 7, 2017<br>Wilmington, Delaware | **ELLIOTT GREENLEAF, P.C.**<br><br>*/s/ Shelley A. Kinsella*<br>Rafael X. Zahralddin-Aravena (DE No. 4166)<br>Shelley A. Kinsella (DE No. 4023)<br>1105 N. Market Street, Ste. 1700<br>Wilmington, DE 19801<br>Telephone: (302) 384-9400<br>Facsimile: (302) 384-9399<br>Email: rxza@elliottgreenleaf.com<br>Email: sak@elliottgreenleaf.com<br><br>*Counsel to the Official Committee of*<br>*Long Term Disability Participants* |