# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X
                                              :
In re                                         :        Chapter 11
                                              :        Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]              :        Jointly Administered
                                              :
                        Debtors               :    Objection Deadline: July 27, 2017 at 4:00 p.m. (ET)
                                              :    Hearing Date: Scheduled only if necessary
------------------------------------------------------------X
```

## ONE HUNDREDTH MONTHLY AND FINAL APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM JANUARY 22, 2009 THROUGH MAY 8, 2017

This is a(n): __X__ monthly _____ interim __X___ final application.

Name of Applicant:    Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009 (nunc pro tunc to January 22, 2009)

Monthly Period for which Compensation
and Reimbursement is sought:    May 1, 2017 through May 8, 2017

Amount of Monthly Compensation sought as
actual, reasonable, and necessary:    $38,415.00

Amount of Monthly Expense Reimbursement
sought as actual, reasonable, and necessary:    $739.67

Final Period for which Compensation
and Reimbursement is sought:    January 22, 2009 through May 8, 2017

Amount of Final Compensation sought as
actual, reasonable, and necessary:    $70,131,784.95

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

Amount of Final Expense Reimbursement sought
as actual, reasonable, and necessary:        $6,826,182.64

**Prior Fee Applications:**

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 01/22/09 – 02/28/09 (First Monthly Fee Application) | $1,002,466.75 | $14,994.50 | On July 17, 2009, this Court entered an order (Docket No. 1103) awarding Akin Gump 100% of the fees and expenses requested in the First Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the First Monthly Fee Application. |
| 03/01/09 – 03/31/09 (Second Monthly Fee Application) | $866,587.25 | $14,080.55 | On July 17, 2009, this Court entered an order (Docket No. 1103) awarding Akin Gump 100% of the fees and expenses requested in the Second Monthly Fee Application. Akin Gump voluntarily agreed to reduce the expenses requested by $1,459.22. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Second Monthly Fee Application. |
| 04/01/09 – 04/30/09 (Third Monthly Fee Application) | $919,594.75 | $22,201.07 | On July 17, 2009, this Court entered an order (Docket No. 1103) awarding Akin Gump 100% of the fees and expenses requested in the Third Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Third Monthly Fee Application. |
| 05/01/09 – 05/31/09 (Fourth Monthly Fee | $766,765.75 | $54,512.10 | On September 30, 2009, this Court entered an order (Docket No. 1582) awarding Akin Gump 100% |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| Application) | | | of the fees and expenses requested in the Fourth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fourth Monthly Fee Application. |
| 06/01/09 – 06/30/09 (Fifth Monthly Fee Application) | $962,202.75 | $25,000.85 | On September 30, 2009, this Court entered an order (Docket No. 1582) awarding Akin Gump 100% of the fees and expenses requested in the Fifth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fifth Monthly Fee Application. |
| 07/01/09 – 07/31/09 (Sixth Monthly Fee Application) | $1,042,206.00 | $24,587.92 | On September 30, 2009, this Court entered an order (Docket No. 1582) awarding Akin Gump 100% of the fees and expenses requested in the Sixth Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Sixth Monthly Fee Application. |
| 08/01/09 – 08/31/09 (Seventh Monthly Fee Application) | $653,999.00 | $44,610.63 | On December 15, 2009, this Court entered an order (Docket No. 2143) awarding Akin Gump 100% of the fees and expenses requested in the Seventh Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Seventh Monthly Fee Application. |
| 09/01/09 – 09/30/09 (Eighth Monthly Fee Application) | $1,103,982.50 | $24,753.35 | On December 15, 2009, this Court entered an order (Docket No. 2143) awarding Akin Gump 100% of the fees and expenses requested in the Eighth Monthly Fee Application. Akin Gump has |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| | | | received 100% of the fees and 100% of the expenses requested in the Eighth Monthly Fee Application |
| 10/01/09 – 10/31/09 (Ninth Monthly Fee Application) | $1,036,266.50 | $35,745.59 | On December 15, 2009, this Court entered an order (Docket No. 2143) awarding Akin Gump 100% of the fees and expenses requested in the Ninth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Ninth Monthly Fee Application. |
| 11/01/09 – 11/30/09 (Tenth Monthly Fee Application) | $1,008,811.00 | $40,388.57 | On March 17, 2010, this Court entered an order (Docket No. 2730) awarding Akin Gump 100% of the fees and expenses requested in the Tenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Tenth Monthly Fee Application. |
| 12/01/09 – 12/31/09 (Eleventh Monthly Fee Application) | $1,003,203.75 | $40,839.88 | On March 17, 2010, this Court entered an order (Docket No. 2730) awarding Akin Gump 100% of the fees and expenses requested in the Eleventh Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Eleventh Monthly Fee Application. |
| 01/01/10 – 01/31/10 (Twelfth Monthly Fee Application) | $638,879.75 | $34,184.80 | On March 17, 2010, this Court entered an order (Docket No. 2370) awarding Akin Gump 100% of the fees and expenses requested in the Twelfth Monthly Fee Application.  Akin Gump has received 100% of the fees and |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| | | | 100% of the expenses requested in the Twelfth Monthly Fee Application. |
| 02/01/10 – 02/28/10 (Thirteenth Monthly Fee Application) | $636,531.00 | $26,874.51 | On June 24, 2010, this Court entered an order (Docket No. 3217) awarding Akin Gump 100% of the fees and expenses requested in the Thirteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Thirteenth Monthly Fee Application. |
| 03/01/10 – 03/31/10 (Fourteenth Monthly Fee Application) | $958,619.25 | $20,735.21 | On June 24, 2010, this Court entered an order (Docket No. 3217) awarding Akin Gump 100% of the fees and expenses requested in the Fourteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fourteenth Monthly Fee Application. |
| 04/01/10 – 04/30/10 (Fifteenth Monthly Fee Application) | $608,880.50 | $23,821.31 | On June 24, 2010, this Court entered an order (Docket No. 3217) awarding Akin Gump 100% of the fees and expenses requested in the Fifteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Fifteenth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/10 – 05/31/10 (Sixteenth Monthly Fee Application) | $633,157.50 | $28,308.46 | On September 30, 2010, this Court entered an order (Docket No. 4048) awarding Akin Gump 100% of the fees and expenses requested in the Sixteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Sixteenth Monthly Fee Application. |
| 06/01/10 – 06/30/10 (Seventeenth Monthly Fee Application) | $591,154.50 | $13,375.36 | On September 30, 2010, this Court entered an order (Docket No. 4048) awarding Akin Gump 100% of the fees and expenses requested in the Seventeenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Seventeenth Monthly Fee Application. |
| 07/01/10 – 07/31/10 (Eighteenth Monthly Fee Application) | $405,934.00 | $11,538.54 | On September 30, 2010, this Court entered an order (Docket No. 4048) awarding Akin Gump 100% of the fees and expenses requested in the Eighteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Eighteenth Monthly Fee Application. |
| 08/01/10 – 08/31/10 (Nineteenth Monthly Fee Application) | $720,036.50 | $19,953.51 | On December 15, 2010, this Court entered an order (Docket No. 4605) awarding Akin Gump 100% of the fees and expenses requested in the Nineteenth Monthly Fee Application.  Akin Gump has received 100% of the fees and 100% of the expenses requested in the Nineteenth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 09/01/10 – 09/30/10 (Twentieth Monthly Fee Application) | $613,100.25 | $26,293.55 | On December 15, 2010, this Court entered an order (Docket No. 4605) awarding Akin Gump 100% of the fees and expenses requested in the Twentieth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and 100% of the expenses requested in the Twentieth Monthly Fee Application. |
| 10/01/10 – 10/31/10 (Twenty-First Monthly Fee Application) | $673,206.00 | $15,082.70 | On December 15, 2010, this Court entered an order (Docket No. 4605) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-First Monthly Fee Application. Akin Gump has received 100% of the fees and 100% of the expenses requested in the Twenty-First Monthly Fee Application. |
| 11/01/10 – 11/30/10 (Twenty-Second Monthly Fee Application) | $791,081.50 | $25,964.65 | On March 23, 2011, this Court entered an order (Docket No. 5156) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Second Monthly Fee Application. Akin Gump has received 100% of the fees and expenses requested in the Twenty-Second Monthly Fee Application. |
| 12/01/10 – 12/31/10 (Twenty-Third Monthly Fee Application) | $475,468.75 | $26,719.94 | On March 23, 2011, this Court entered an order (Docket No. 5156) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Third Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Third Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 01/01/11 – 01/31/11 (Twenty-Fourth Monthly Fee Application) | $451,106.50 | $8,338.24 | On March 23, 2011, this Court entered an order (Docket No. 5156) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Fourth Monthly Fee Application. |
| 02/01/11 – 02/28/11 (Twenty-Fifth Monthly Fee Application) | $504,764.00 | $16,131.39 | On June 21, 2011, this Court entered an order (Docket No. 5781) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Fifth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Fifth Monthly Fee Application. |
| 03/01/11 – 03/31/11 (Twenty-Sixth Monthly Fee Application) | $869,471.50 | $26,728.17 | On June 21, 2011, this Court entered an order (Docket No. 5781) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Sixth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Sixth Monthly Fee Application. |
| 04/01/11 – 04/30/11 (Twenty-Seventh Monthly Fee Application) | $712,988.00 | $29,194.82 | On June 21, 2011, this Court entered an order (Docket No. 5781) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Seventh Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/11 – 05/31/11 (Twenty-Eighth Monthly Fee Application) | $626,244.00 | $26,511.30 | On September 21, 2011, this Court entered an order (Docket No. 6444) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Eighth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Eighth Monthly Fee Application. |
| 06/01/11 – 06/30/11 (Twenty-Ninth Monthly Fee Application) | $1,127,196.00 | $34,887.34 | On September 21, 2011, this Court entered an order (Docket No. 6444) awarding Akin Gump 100% of the fees and expenses requested in the Twenty-Ninth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Twenty-Ninth Monthly Fee Application. |
| 07/01/11 – 07/31/11 (Thirtieth Monthly Fee Application) | $539,191.50 | $25,627.16 | On September 21, 2001, this Court entered an order (Docket No. 6444) awarding Akin Gump 100% of the fees and expenses requested in the Thirtieth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Thirtieth Monthly Fee Application. |
| 08/01/11 – 08/31/11 (Thirty-First Monthly Fee Application) | $589,812.00 | $14,229.01 | On December 14, 2011, this Court entered an order (Docket No. 6979) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-First Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-First Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 09/01/11 – 09/30/11 (Thirty-Second Monthly Fee Application) | $849,769.00 | $32,935.82 | On December 14, 2011, this Court entered an order (Docket No. 6979) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Second Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Second Monthly Fee Application. |
| 10/01/11 – 10/31/11 (Thirty-Third Monthly Fee Application) | $482,721.00 | $84,772.59 | On December 14, 2011, this Court entered an order (Docket No. 6979) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Third Monthly Fee Application. |
| 11/01/11 – 11/30/11 (Thirty-Fourth Monthly Fee Application) | $233,453.50 | $27,620.69 | On March 21, 2012, this Court entered an order (Docket No. 7721) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Fourth Monthly Fee Application. |
| 12/01/11 – 12/31/11 (Thirty-Fifth Monthly Fee Application) | $251,080.50 | $5,490.47 | On March 21, 2012, this Court entered an order (Docket No. 7721) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Fifth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Fifth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 01/01/12 – 01/31/12<br><br>(Thirty-Sixth Monthly Fee Application) | $239,269.00 | $10,346.13 | On March 21, 2012, this Court entered an order (Docket No. 7721) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Sixth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Sixth Monthly Fee Application. |
| 02/01/12 – 02/29/12<br><br>(Thirty-Seventh Monthly Fee Application) | $196,766.50 | $8,361.89 | On June 21, 2012, this Court entered an order (Docket No. 7889) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Seventh Monthly Fee Application. |
| 03/01/12 – 03/31/12<br><br>(Thirty-Eighth Monthly Fee Application) | $364,445.00 | $11,844.42 | On June 21, 2012, this Court entered an order (Docket No. 7889) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Eighth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Eighth Monthly Fee Application. |
| 04/01/12 – 04/30/12<br><br>(Thirty-Ninth Monthly Fee Application) | $333,028.50 | $13,255.10 | On June 21, 2012, this Court entered an order (Docket No. 7889) awarding Akin Gump 100% of the fees and expenses requested in the Thirty-Ninth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Thirty-Ninth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/12 – 05/31/12 (Fortieth Monthly Fee Application) | $299,488.25 | $19,390.37 | On September 19, 2012, this Court entered an order (Docket No. 8524) awarding Akin Gump 100% of the fees and expenses requested in the Fortieth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fortieth Monthly Fee Application. |
| 06/01/12 – 06/30/12 (Forty-First Monthly Fee Application) | $331,780.50 | $9,789.88 | On September 19, 2012, this Court entered an order (Docket No. 8524) awarding Akin Gump 100% of the fees and expenses requested in the Forty-First Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-First Monthly Fee Application. |
| 07/01/12 – 07/31/12 (Forty-Second Monthly Fee Application) | $309,930.00 | $12,934.63 | On September 19, 2012, this Court entered an order (Docket No. 8524) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Second Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Second Monthly Fee Application. |
| 08/01/12 – 08/31/12 (Forty-Third Monthly Fee Application) | $428,364.50 | $14,344.19 | On December 17, 2012, this Court entered an order (Docket No. 9133) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Third Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 09/01/12 – 09/30/12 (Forty-Fourth Monthly Fee Application) | $344,142.25 | $17,131.51 | On December 17, 2012, this Court entered an order (Docket No. 9133) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Fourth Monthly Fee Application. |
| 10/01/12 – 10/31/12 (Forty-Fifth Monthly Fee Application) | $488,818.00 | $11,236.71 | On December 17, 2012, this Court entered an order (Docket No. 9133) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Fifth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Fifth Monthly Fee Application. |
| 11/01/12 – 11/30/12 (Forty-Sixth Monthly Fee Application) | $291,414.25 | $19,178.36 | On March 26, 2013, this Court entered an order (Docket No. 9787) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Sixth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Sixth Monthly Fee Application. |
| 12/01/12 – 12/31/12 (Forty-Seventh Monthly Fee Application) | $359,824.00 | $11,341.06 | On March 26, 2013, this Court entered an order (Docket No. 9787) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Seventh Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 01/01/13 – 01/31/13 (Forty-Eighth Monthly Fee Application) | $581,792.00 | $28,010.59 | On March 26, 2013, this Court entered an order (Docket No. 9787) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Eighth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Eighth Monthly Fee Application. |
| 02/01/13 – 02/28/13 (Forty-Ninth Monthly Fee Application) | $393,022.50 | $33,952.44 | On June 25, 2013, this Court entered an order (Docket No. 11027) awarding Akin Gump 100% of the fees and expenses requested in the Forty-Ninth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Forty-Ninth Monthly Fee Application. |
| 03/01/13 – 03/31/13 (Fiftieth Monthly Fee Application) | $512,510.00 | $72,799.10 | On June 25, 2013, this Court entered an order (Docket No. 11027) awarding Akin Gump 100% of the fees and expenses requested in the Fiftieth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Fiftieth Monthly Fee Application. |
| 04/01/13 – 04/30/13 (Fifty-First Monthly Fee Application | $738,253.00 | $140,827.13 | On June 25, 2013, this Court entered an order (Docket No. 11027) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-First Monthly Fee Application.[2] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-First Monthly Fee Application. |

---

[2] Akin Gump agreed to a voluntary reduction of $12,069.00 of fees and $448.00 in expenses incurred during the period covered by the Fifty-First Monthly Fee Application pursuant to an agreement with the Office of the United States Trustee.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/13 – 05/31/13<br><br>(Fifty-Second Monthly Fee Application) | $972,688.00 | $553,338.88 | On December 3, 2013, this Court entered an order (Docket No. 12563) awarding Akin Gump 100% of the fees and expenses with respect to the Fifty-Second Monthly Fee Application.[3]  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Second Monthly Fee Application. |
| 06/01/13 – 06/30/13<br><br>(Fifty-Third Monthly Fee Application) | $761,300.75 | $512,361.66 | On December 3, 2013, this court entered an order (Docket No. 12563) awarding Akin Gump 100% of the fees and expenses requested in the Fifth-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Third Monthly Fee Application. |
| 07/01/13 – 07/31/13<br><br>(Fifty-Fourth Monthly Fee Application) | $1,411,359.00 | $338,616.76 | On December 3, 2013, this Court entered an order (Docket No. 12563) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Fourth Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Fourth Monthly Fee Application. |

---

[3] Akin Gump agreed to a voluntary reduction of $361.80 in expenses incurred during the period covered by the Fifty-Second Monthly Fee Application pursuant to an agreement with the Office of the United States Trustee.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/13 – 08/31/13 (Fifty-Fifth Monthly Fee Application) | $1,444,528.00 | $147,647.50 | On February 4, 2014, this Court entered an order (Docket No. 12945) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Fifth Monthly Fee Application.[4] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Fifth Monthly Fee Application. |
| 09/01/13 – 09/30/13 (Fifty-Sixth Monthly Fee Application | $1,992,293.50 | $130,807.62 | On February 4, 2014, this Court entered an order (Docket No. 12945) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Sixth Monthly Fee Application.[5] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Sixth Monthly Fee Application. |
| 10/01/13 – 10/31/13 (Fifty-Seventh Monthly Fee Application) | $3,314,025.25 | $475,528.36 | On February 4, 2014, this Court entered an order (Docket No. 12945) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Seventh Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Seventh Monthly Fee Application. |

[4] Akin Gump agreed to a voluntary reduction of $246.00 for fees incurred during the period covered by the Fifty-Fifth Monthly Fee Application pursuant to an agreement with the fee examiner.

[5] Akin Gump agreed to a voluntary reduction of $400.00 in expenses incurred during the period covered by the Fifty-Sixth Monthly Fee Application pursuant to an agreement with the fee examiner.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 11/01/13 – 11/30/13 (Fifty-Eighth Monthly Fee Application) | $2,216,535.00 | $1,069,015.31 | On June 9, 2014, this Court entered an order (Docket No. 13811) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Eighth Monthly Fee Application.[6] Akin Gump has received payment of 100% of the fees and expenses requested in the Fifth-Eighth Monthly Fee Application. |
| 12/01/13 – 12/31/13 (Fifty-Ninth Monthly Fee Application) | $1,350,565.00 | $471,735.39 | On June 9, 2014, this Court entered an order (Docket No. 13811) awarding Akin Gump 100% of the fees and expenses requested in the Fifty-Ninth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and expenses requested in the Fifty-Ninth Monthly Fee Application. |
| 01/01/14 – 01/31/14 (Sixtieth Monthly Fee Application) | $1,209,901.50 | $45,038.87 | On June 9, 2014, this Court entered an order (Docket No. 13811) awarding Akin Gump 100% of the fees and expenses requested in the Sixtieth Monthly Fee Application. Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixtieth Monthly Fee Application. |

---

[6] Akin Gump voluntarily reduced its request for reimbursement of expenses incurred during the period covered by the Twentieth Interim Fee Application, which covered the period of November 1, 2013 through January 31, 2014, by $105,871.17.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/14 – 02/28/14 (Sixty-First Monthly Fee Application) | $1,491,141.25 | $571,162.91 | On September 12, 2014, this Court entered an order (Docket No. 14406) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-First Monthly Fee Application.[7]  Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixty-First Monthly Fee Application. |
| 03/01/14 – 03/31/14 (Sixty-Second Monthly Fee Application) | $1,914,075.75 | $50,016.96 | On September 12, 2014, this Court entered an order (Docket No. 14406) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Second Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixty-Second Monthly Fee Application. |
| 04/01/14 – 04/30/14 (Sixty-Third Monthly Fee Application) | $2,078,303.00 | $282,210.64 | On September 12, 2014, this court entered an order (Docket No. 14406) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Third Monthly Fee Application.  Akin Gump has received payment of 100% of the fees and the expenses requested in the Sixty-Third Monthly Fee Application. |

---

[7] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-First Interim Fee Application, which covered the period February 1, 2014 through April 30, 2014, by $5,954.00 and $9,421.88, respectively.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/14 – 05/31/14 (Sixty-Fourth Monthly Fee Application) | $2,407,821.50 | $392,244.50 | On November 18, 2014, this court entered an order (Docket No. 14776) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Fourth Monthly Fee Application.[8] As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Fourth Monthly Fee Application. |
| 06/01/14 – 06/30/14 (Sixty-Fifth Monthly Fee Application) | $1,568,079.75 | $143,381.33 | On November 18, 2014, this court entered an order (Docket No. 14776) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Fifth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Fifth Monthly Fee Application. |
| 07/01/14 – 07/31/14 (Sixty-Sixth Monthly Fee Application) | $996,193.00 | $106,793.56 | On November 18, 2014, this court entered an order (Docket No. 14776) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Sixth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Sixth Monthly Fee Application. |

---

[8] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-Second Interim Fee Application, which covered the period May 1, 2014 through July 31, 2014, by $3,163.00 and $13,739.27, respectively.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/14 – 08/31/14 (Sixty-Seventh Monthly Fee Application) | $706,076.00 | $14,545.56 | On February 18, 2015, this court entered an order (Docket No. 15183) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Seventh Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Seventh Monthly Fee Application. |
| 09/01/14 – 09/30/14 (Sixty-Eighth Monthly Fee Application) | $1,050,182.25 | $9,551.52 | On February 18, 2015, this court entered an order (Docket No. 15183) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Eighth Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Eighth Monthly Fee Application. |
| 10/01/14 – 10/31/14 (Sixty-Ninth Monthly Fee Application) | $387,452.25 | $36,542.80 | On February 18, 2015, this court entered an order (Docket No. 15183) awarding Akin Gump 100% of the fees and expenses requested in the Sixty-Ninth Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Sixty-Ninth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 11/01/14 – 11/30/14 (Seventieth Monthly Fee Application) | $363,973.50 | $11,859.30 | On May 18, 2015, this court entered an order (Docket No. 15571) awarding Akin Gump 100% of the fees and expenses requested in the Seventieth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventieth Monthly Fee Application. |
| 12/01/14 – 12/31/14 (Seventy-First Monthly Fee Application) | $164,380.50 | $5,916.14 | On May 18, 2015, this court entered an order (Docket No. 15571) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-First Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-First Monthly Fee Application. |
| 01/01/15 – 01/31/15 (Seventy-Second Monthly Fee Application) | $183,487.70 | $2,847.69 | On May 18, 2015, this court entered an order (Docket No. 15571) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Second Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Second Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/15 – 02/28/15 (Seventy-Third Monthly Fee Application) | $212,070.00 | $7,118.58 | On July 29, 2015, this court entered an order (Docket No. 15969) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Third Monthly Fee Application.[9]  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Third Monthly Fee Application. |
| 03/01/15 – 03/31/15 (Seventy-Fourth Monthly Fee Application) | $307,102.75 | $6,397.80 | On July 29, 2015, this court entered an order (Docket No. 15969) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Fourth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Fourth Monthly Fee Application. |
| 04/01/15 – 04/30/15 (Seventy-Fifth Monthly Fee Application) | $134,749.25 | $7,856.55 | On July 29, 2015, this court entered an order (Docket No. 15969) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Fifth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Fifth Monthly Fee Application. |

---

[9] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Fifth Interim Fee Application, which covered the period February 1, 2015 through April 30, 2015, by $720.00.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/15 – 05/31/15 (Seventy-Sixth Monthly Fee Application) | $624,575.75 | $9,509.62 | On November 10, 2015, this court entered an order (Docket No. 16293) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Sixth Monthly Fee Application.[10] As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Sixth Monthly Fee Application. |
| 06/01/15 – 06/30/15 (Seventy-Seventh Monthly Fee Application) | $479,393.50 | $10,767.78 | On November 10, 2015, this court entered an order (Docket No. 16293) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Seventh Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Seventh Monthly Fee Application. |
| 07/01/15 – 7/31/15 (Seventy-Eighth Monthly Fee Application) | $605,183.75 | $22,282.27 | On November 10, 2015, this court entered an order (Docket No. 16293) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Eighth Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Eighth Monthly Fee Application. |

---

[10] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Sixth Interim Fee Application, which covered the period May 1, 2015 through July 31, 2015, by $1,455.00.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/15 – 8/31/15 (Seventy-Ninth Monthly Fee Application) | $315,254.00 | $9,744.56 | On February 8, 2016, this court entered an order (Docket No. 16525) awarding Akin Gump 100% of the fees and expenses requested in the Seventy-Ninth Monthly Fee Application.[11] As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Seventy-Ninth Monthly Fee Application. |
| 09/01/15 – 9/30/15 (Eightieth Monthly Fee Application) | $393,656.50 | $6,181.51 | On February 8, 2016, this court entered an order (Docket No. 16525) awarding Akin Gump 100% of the fees and expenses requested in the Eightieth Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eightieth Monthly Fee Application. |
| 10/01/15 – 10/31/15 (Eighty-First Monthly Fee Application) | $635,394.00 | $8,300.51 | On February 8, 2016, this court entered an order (Docket No. 16525) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-First Monthly Fee Application. As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-First Monthly Fee Application. |

---

[11] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Seventh Interim Application, which covered the period August 1, 2015 through October 31, 2015, by $234.00. Additionally, Akin Gump corrected an arithmetic error with respect to expenses incurred during the period covered by the Twenty-Seventh Interim Application, which resulted in a $30.00 increase in Akin Gump's request for the reimbursement of such expenses.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 11/01/15 – 11/30/15 (Eighty-Second Monthly Fee Application) | $754,134.50 | $15,133.27 | On May 6, 2016, this court entered an order (Docket No. 16794) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Second Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Second Monthly Fee Application. |
| 12/01/15 – 12/31/15 (Eighty-Third Monthly Fee Application) | $322,535.00 | $6,638.52 | On May 6, 2016, this court entered an order (Docket No. 16794) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Third Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Third Monthly Fee Application. |
| 01/01/16-01/31/16 (Eighty-Fourth Monthly Fee Application) | $503,875.00 | $11,392.01 | On May 6, 2016, this court entered an order (Docket No. 16794) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Fourth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Fourth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 02/01/16-02/29/16 (Eighty-Fifth Monthly Fee Application) | $492,991.50 | $7,814.20 | On August 15, 2016, this court entered an order (Docket No. 17086) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Fifth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Fifth Monthly Fee Application. |
| 03/01/16-03/31/16 (Eighty-Sixth Monthly Fee Application) | $623,187.50 | $12,236.52 | On August 15, 2016, this court entered an order (Docket No. 17086) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Sixth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Sixth Monthly Fee Application. |
| 04/01/16-04/30/16 (Eighty-Seventh Monthly Fee Application) | $596,524.50 | $13,408.08 | On August 15, 2016, this court entered an order (Docket No. 17086) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Seventh Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Seventh Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 05/01/16-05/31/16 (Eighty-Eighth Monthly Fee Application) | $371,631.50 | $5,294.18 | On November 21, 2016, this court entered an order (Docket No. 17424) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Eighth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Eighth Monthly Fee Application. |
| 06/01/16-06/30/16 (Eighty-Ninth Monthly Fee Application) | $432,492.00 | $9,753.83 | On November 21, 2016, this court entered an order (Docket No. 17424) awarding Akin Gump 100% of the fees and expenses requested in the Eighty-Ninth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Eighty-Ninth Monthly Fee Application. |
| 07/01/16-07/31/16 (Ninetieth Monthly Fee Application) | $297,225.50 | $1,897.43 | On November 21, 2016, this court entered an order (Docket No. 17424) awarding Akin Gump 100% of the fees and expenses requested in the Ninetieth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received payment of 100% of the fees and expenses requested in the Ninetieth Monthly Fee Application. |

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 08/01/16-08/31/16 (Ninety-First Monthly Fee Application) | $232,836.00 | $2,775.53 | On February 17, 2017, this court entered an order (Docket No. 17928) awarding Akin Gump 100% of the fees and expenses requested in the Ninety-First Monthly Fee Application.[12]  As of the filing of this Application, Akin Gump has received 100% of the fees and expenses requested in the Ninety-First Monthly Fee Application |
| 09/01/16-09/30/16 (Ninety-Second Monthly Fee Application) | $275,559.75 | $4,687.35 | On February 17, 2017, this court entered an order (Docket No. 17928) awarding Akin Gump 100% of the fees and expenses requested in the Ninety-Second Monthly Fee Application.  As of the filing of this Application, Akin Gump has received 100% of the fees and expenses requested in the Ninety-Second Monthly Fee Application. |
| 10/01/16-10/31/16 (Ninety-Third Monthly Fee Application) | $399,180.50 | $2,456.95 | On February 17, 2017, this court entered an order (Docket No. 17928) awarding Akin Gump 100% of the fees and expenses requested in the Ninety-Third Monthly Fee Application.  As of the filing of this Application, Akin Gump has received 100% of the fees and expenses requested in the Ninety-Third Monthly Fee Application. |

---

[12] Akin Gump voluntarily reduced its request for expense reimbursement for the Thirty-First Interim Application, which covered the period August 1, 2016 through October 31, 2016 by $461.20.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| (11/01/16-11/30/16) (Ninety-Fourth Monthly Fee Application) | $470,824.50 | $4,091.59 | On May 22, 2017, this court entered an order (Docket No. 18235) awarding Akin Gump 100% of the fees and expenses requested in the Ninety-Fourth Monthly Fee Application.[13]  As of the filing of this Application, Akin Gump has received 100% of the fees and expenses requested in the Ninety-Fourth Monthly Fee Application. |
| (12/01/16-12/31/16) (Ninety-Fifth Monthly Fee Application) | $351,727.50 | $6,186.65 | On May 22, 2017, this court entered an order (Docket No. 18235) awarding Akin Gump 100% of the fees and expenses requested in the Ninety-Fifth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received 100% of the fees and expenses requested in the Ninety-Fifth Monthly Fee Application. |
| (01/01/17-01/31/17) (Ninety-Sixth Monthly Fee Application) | $454,373.50 | $7,274.52 | On May 22, 2017, this court entered an order (Docket No. 18235) awarding Akin Gump 100% of the fees and expenses requested in the Ninety-Sixth Monthly Fee Application.  As of the filing of this Application, Akin Gump has received 100% of the fees and expenses requested in the Ninety-Sixth Monthly Fee Application. |

---

[13] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Thirty-Second Interim Application, which covered the period November 1, 2016 through January 31, 2017, by $687.50.

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| (02/01/17-02/28/17) (Ninety-Seventh Monthly Fee Application) | $123,507.00 | $2,615.23 | Akin Gump filed the Ninety-Seventh Monthly Fee Application on April 17, 2017 (Docket No. 18108).  On May 9, 2017, Akin Gump filed a certificate of no objection with respect to the Ninety-Seventh Monthly Fee Application (Docket No. 18186). As of the filing of this Application, Akin Gump has received payment of 80% of the fees and 100% of the expenses requested in the Ninety-Seventh Monthly Fee Application. |
| (03/01/17-03/31/17 (Ninety-Eighth Monthly Fee Application) | $62,484.00 | $432.47 | Akin Gump filed the Ninety-Eighth Monthly Fee Application on May 23, 2017 (Docket No. 18242).  On June 13, 2017, Akin Gump filed a certificate of no objection with respect to the Ninety-Eighth Monthly Fee Application (Docket No. 18296). As of the filing of this Application, Akin Gump has received payment of 80% of the fees and 100% of the expenses requested in the Ninety-Eighth Monthly Fee Application. |
| (04/01/17 – 4/30/17) (Ninety-Ninth Monthly Fee Application) | $106,259.50 | $2,412.62 | Akin Gump filed the Ninety-Ninth Monthly Fee Application on May 31, 2017 (Docket No. 1863).  On June 21, 2017, Akin Gump filed a certificate of no objection with respect to the Ninety-Ninth Monthly Fee Application (Docket No. 18319).  As of the filing of this Application, Akin Gump has received payment of 80% of the fees and 100% of the expenses requested in the Ninety-Ninth Monthly Fee Application. |

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
JANUARY 22, 2009 THROUGH MAY 8, 2017**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 17 years; Admitted in 1981; Financial Restructuring Department | $925 | 187.00 | $172,975.00 |
| | | $950 | 336.90 | $317,680.00 |
| | | $975 | 403.10 | $383,272.50 |
| | | $995 | 447.70 | $436,755.25 |
| | | $1,000 | 367.90 | $356,100.00 |
| | | $1,050 | 9.10 | $6,930.00 |
| | | $1,150 | 1.70 | $0.00 |
| | | $1,220 | 1.70 | $2,074.00 |
| John W. Berry | Partner for 2 years; Admitted in 1999; Litigation Department | $675 | 40.90 | $27,270.00 |
| David H. Botter | Partner for 15 years; Admitted in 1990; Financial Restructuring Department | $825 | 1,166.40 | $941,655.00 |
| | | $875 | 1,164.30 | $1,004,850.00 |
| | | $900 | 1,124.40 | $985,140.00 |
| | | $975 | 504.50 | $479,943.75 |
| | | $1,000 | 1,612.90 | $1,558,450.00 |
| | | $1,050 | 1,189.10 | $1,223,092.50 |
| | | $1,150 | 739.10 | $843,237.50 |
| | | $1,220 | 589.55 | $719,251.00 |
| | | $1,250 | 185.00 | $231,250.00 |
| David D'Urso | Partner for 4 years; Admitted in 1997; Corporate Department | $700 | 559.90 | $385,595.00 |
| | | $725 | 2.90 | $1,740.00 |
| Joseph Ginsberg | Partner for 13 years; Admitted in 1990; Real Estate Department | $715 | 49.00 | $35,035.00 |

[1] The information reflected in this column represents the position and years of experience as of the last interim fee application in which the respective professional or paraprofessional rendered services to the Committee in connection with these chapter 11 cases.

[2] During the Compensation Period, Akin Gump increased its hourly rates. The compensation totals in this column were calculated using the respective hourly rates in effect at the time the services were rendered.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Rex S. Heinke | Partner for 30 years; Admitted in 1975; Litigation Department | $815 | 6.50 | $5,297.50 |
| Paul B. Hewitt | Partner for 28 years; Admitted in 1974; Litigation Department | $755<br>$780<br>$795 | 90.20<br>8.10<br>41.80 | $67,421.50<br>$6,318.00<br>$33,231.00 |
| Fred S. Hodara | Partner for 27 years; Admitted in 1982; Financial Restructuring Department | $950<br>$975<br>$990<br>$1,050<br>$1,100<br>$1,150<br>$1,250<br>$1,325 | 1225.20<br>751.50<br>963.10<br>657.30<br>1,005.40<br>1,159.50<br>799.30<br>823.30 | $1,146,887.50<br>$731,396.25<br>$925,650.00<br>$681,135.00<br>$1,083,445.00<br>$1,314,392.50<br>$994,312.50<br>$1,090,872.50 |
| John V. Jansonius | Partner for 22 years; Admitted in 1980; Labor Department | $650 | 5.40 | $3,510.00 |
| Robert A. Johnson | Partner for 20 years; Admitted in 1988; Litigation Department | $870<br>$915<br>$975<br>$1,050<br>$1,105 | 1,748.90<br>1,690.70<br>1,190.00<br>1,292.80<br>247.90 | $1,484,698.50<br>$1,525,396.50<br>$1,156,642.50<br>$1,356,495.00<br>$273,929.50 |
| Karol A. Kepchar | Partner for 17 years; Admitted in 1992; Intellectual Property | $620<br>$645<br>$700<br>$715<br>$825<br>$890 | 223.90<br>325.60<br>232.20<br>12.60<br>13.50<br>7.10 | $138,818.00<br>$210,012.00<br>$162,330.00<br>$9,009.00<br>$11,137.50<br>$6,319.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Brad M. Kahn | Partner for 1 year; Admitted in 2008; Financial Restructuring Department | $375 | 1,583.00 | $591,037.50 |
| | | $450 | 2,050.20 | $914,715.00 |
| | | $510 | 1,932.60 | $964,155.00 |
| | | $575 | 781.10 | $443,008.75 |
| | | $675 | 760.80 | $508,241.25 |
| | | $715 | 971.50 | $686,507.25 |
| | | $775 | 403.00 | $311,976.25 |
| | | $900 | 345.80 | $309,240.00 |
| | | $950 | 51.60 | $49,020.00 |
| Stephen B. Kuhn | Partner for 14 years; Admitted in 1991; Corporate Department | $745 | 1,014.40 | $743,510.00 |
| | | $775 | 699.90 | $539,903.75 |
| | | $790 | 595.90 | 469,102.00 |
| | | $825 | 36.00 | 29,452.50 |
| | | $850 | 11.20 | 8,585.00 |
| | | $895 | 7.20 | 6,444.00 |
| | | $975 | 0.80 | $0.00 |
| Alan L. Laves | Partner for 21 years; Admitted in 1985; Corporate Department | $750 | 25.70 | $17,625.00 |
| | | $790 | 19.00 | $15.010.00 |
| | | $865 | 0.20 | $0.00 |
| | | $945 | 0.70 | $0.00 |
| Stuart E. LeBlang | Partner for 9 years; Admitted in 1991; Tax Department | $900 | 8.90 | $7,380.00 |
| Rachel L. Lerman | Partner for 9 years; Admitted in 1995; Litigation Department | $605 | 82.30 | $49,791.50 |
| | | $620 | 104.10 | $63,798.00 |
| | | $645 | 2.50 | $1,612.50 |
| | | $660 | 107.40 | $70,884.00 |
| Mario Mancuso | Partner for 1 year; Admitted in 1997; International Trade Policy Department | $800 | 1.80 | $1,440.00 |
| Phillip R. Marchesiello | Partner for 4 years; Admitted in 1997; Telecommunications Department | $550 | 21.90 | $11,880.00 |
| | | $575 | 0.50 | $0.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bruce S. Mendelsohn | Partner for 27 years; Admitted in 1977; Corporate Department | $810 $835 $850 $875 $895 | 2.00 2.00 1.10 4.10 2.00 | $1,620.00 $0.00 $0.00 $3,587.50 $1,790.00 |
| Jordan J. Metzger | Partner for 9 years; Admitted in 1984; Real Estate Department | $595 $620 | 56.20 8.50 | $33,022.50 $5,270.00 |
| Patricia A. Millett | Partner for 6 years; Admitted in 1988; Litigation Department | $790 $805 $820 | 90.30 3.20 82.00 | $70,468.00 $2,334.50 $67,240.00 |
| Ackneil M. Muldrow | Partner for 5 years; Admitted in 1998; Corporate Department | $700 | 8.00 | $5,600.00 |
| Ron G. Nardini | Partner 1 year; Admitted in 2003; Tax Department | $695 | 2.90 | $2,015.50 |
| Deborah Newman | Partner for 1 year; Admitted in 2003; Litigation Department | $650 | 3.00 | $1,950.00 |
| Robert H. Pees | Partner for 17 years; Admitted in 1988; Litigation Department | $765 $790 $805 $850 $870 | 69.10 244.90 71.20 1.10 0.50 | $51,255.00 $193,471.00 $55,706.00 $935.00 $435.00 |
| David H. Quigley | Partner for 6 years; Admitted in 2000; Environmental Department | $565 $590 $635 | 20.70 7.20 0.40 | $11,695.50 $4,248.00 $0.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Abid Qureshi | Partner for 9 years; Admitted in 1995; Financial Restructuring Department | $675 | 141.90 | $91,698.75 |
| | | $775 | 160.60 | $122,721.25 |
| | | $790 | 392.80 | $289,614.00 |
| | | $825 | 293.40 | $230,917.50 |
| | | $900 | 1,184.90 | $983,385.00 |
| | | $950 | 1,670.60 | $1,520,047.50 |
| | | $1,095 | 395.90 | $423,874.50 |
| | | $1,175 | 258.00 | $303,150.00 |
| | | $1,250 | 49.55 | $61,937.50 |
| Kim E. Ramsey | Partner for 21 years; Admitted in 1981; Corporate Department | $620 | 14.10 | $7,502.00 |
| | | $700 | 51.50 | $36,050.00 |
| Randall M. Ratner | Partner for 25 years; Admitted in 1979; Real Estate Department | $650 | 99.60 | $63,830.00 |
| Terry M. Schpok | Partner for 28 years; Admitted in 1977; Corporate Department | $700 | 1.70 | $1,190.00 |
| Steven H. Schulman | Partner for 7 years; Admitted in 1994; Litigation Department | $650 | 1.10 | $715.00 |
| Sarah Link Schultz | Partner for 4 years; Admitted in 2001; Financial Restructuring Department | $640 | 1,026.80 | $618,336.00 |
| | | $700 | 477.60 | $307,790.00 |
| | | $775 | 202.20 | $146,901.25 |
| | | $850 | 53.70 | $45.390.00 |
| Aaron A. Scow | Partner for 2 years; Admitted in 2001; Financial Restructuring Department | $525 | 85.70 | $44,992.50 |
| | | $600 | 7.30 | $4,380.00 |
| Pratik A. Shah | Partner for 4 years; Admitted in 2001; Litigation Department | $780 | 4.50 | 3,510.00 |
| | | $875 | 21.50 | 18,812.50 |
| | | $950 | 21.30 | 19,570.00 |
| David P. Simonds | Partner for 8 years; Admitted in 1993; Financial Restructuring Department | $825 | 20.50 | $16,912.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bruce E. Simonetti | Partner for 12 years; Admitted in 1995; Tax Department | $755 $780 $795 $810 $830 $875 $935 $1,000 | 260.25 98.30 61.10 26.40 1.00 17.20 23.60 66.50 | $196,488.75 $75,894.00 $48,177.00 $20,088.00 $0.00 $14,175.00 $22,066.00 $66,100.00 |
| Joseph L. Sorkin | Partner for 3 years; Admitted in 1988; Litigation Department | $770 $810 $865 | 823.10 1,447.40 29.50 | $605,374.00 $1,133,716.50 $25,258.00 |
| Anthony W. Swisher | Partner for 2 years; Admitted in 1995; Litigation Department | $550 | 9.00 | $4,950.00 |
| Rosa A. Testani | Partner for 8 Years; Admitted in 1989; Corporate Department | $875 | 10.20 | $8,925.00 |
| Mark J. Volow | Partner for 22, years; Admitted in 1981, Corporate Department | $730 $755 $775 | 64.50 2.00 2.40 | $46,063.00 $0.00 $1,860.00 |
| Thomas W. Weir | Partner for 29 years; Admitted in 1973; Tax Department | $730 $755 $770 | 179.70 3.10 0.40 | $120,997.50 $1,661.00 $0.00 |
| Justin Williams | Partner for 2 years; Admitted in 1993; Litigation Department | $790 $790 $830 | 1.40 0.90 1.90 | $1,106.00 $0.00 $1,328.00 |
| Rolf Zaiss | Partner for 3 years; Admitted in 1993; Tax Department | $755 $780 | 40.80 0.50 | $29,067.50 $0.00 |
| Rachel Ehrlich Albanese | Senior Counsel for 3 years; Admitted in 2001; Financial Restructuring Department | $875 | 2.70 | $2,362.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Graeme Bell | International Law Advisor for 5 years: Admitted in 2003; Financial Restructuring Department | $525<br>$600<br>$600<br>$695<br>$760 | 369.60<br>978.90<br>588.00<br>99.50<br>27.70 | $192,386.25<br>$584,820.00<br>$351,420.00<br>$64,868.50<br>$19,532.00 |
| James P. Chou | Senior Counsel for 1 year; Admitted in 1997; Litigation Department | $605 | 123.80 | $73,114.25 |
| Clarice M. Davis | Senior Counsel for 4 years; Admitted in 1969; Corporate Department | $635 | 3.50 | $2,222.50 |
| Kenneth A. Davis | Senior Counsel for 3 years; Admitted in 1995; Financial Restructuring Department | $620<br>$675 | 887.40<br>146.00 | $536,734.00<br>$96,221.25 |
| Orly Degani | Senior Counsel for 4 years; Admitted in 1995; Litigation Department | $600 | 33.90 | $20,340.00 |
| Ruthanne M. Deutsch | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $565 | 5.20 | $2,938.00 |
| Eric D. Field | Senior Counsel for 3 years; Admitted in 1998; Labor Department | $910<br>$965 | 4.50<br>1.10 | $4,342.50<br>$1,001.00 |
| Sunish Gulati | Senior Counsel for 1 year; Admitted in 2004; Litigation Department | $575<br>$665<br>$690 | 34.00<br>439.00<br>136.70 | $19,550.00<br>$291,270.00<br>$94,323.00 |
| Angeline L. Koo | Senior Counsel for 1 year; Admitted in 2005; Litigation Department | $625<br>$665 | 93.00<br>13.40 | $56,093.75<br>$8,179.50 |
| David C. Lee | Senior Counsel for 5 years; Admitted in 1999; Intellectual Property Department | $560<br>$660 | 11.70<br>3.10 | $6,104.00<br>$2,046.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Seth A. Lilling | Senior Counsel for 5 years; Admitted in 2001; Tax Department | $560 | 207.20 | $116,032.00 |
| | | $600 | 11.20 | $6,420.00 |
| | | $610 | 148.10 | $89,792.00 |
| | | $625 | 286.60 | $178,562.50 |
| | | $650 | 82.30 | $52,701.00 |
| | | $685 | 39.00 | $26,646.50 |
| | | $730 | 66.30 | $46,428.00 |
| Ira L. Rosenblatt | Senior Counsel for 3 years; Admitted in 1997; Corporate Department | $610 | 354.60 | $216,306.00 |
| | | $635 | 32.10 | $20,066.00 |
| | | $650 | 2.10 | $1,365.00 |
| Robert Rothman | Senior Counsel for 6 years; Admitted in 1982; Tax Department | $795 | 1.70 | $1,351.50 |
| Kevin M. Rowe | Senior Counsel for 16 years; Admitted in 1985; Tax Department | $650 | 894.10 | $581,165.00 |
| | | $675 | 724.60 | $489,105.00 |
| | | $690 | 491.30 | $338,997.00 |
| | | $705 | 457.40 | $321,550.50 |
| | | $720 | 894.50 | $643,320.00 |
| | | $760 | 512.90 | $389,804.00 |
| | | $810 | 122.30 | $99,063.00 |
| | | $860 | 127.00 | $109,220.00 |
| | | $905 | 1.00 | $905.00 |
| Michael Small | Senior Counsel for 11 years; Admitted in 1988; Litigation Department | $660 | 0.10 | $0.00 |
| | | $675 | 0.10 | $0.00 |
| | | $690 | 5.60 | $3,864.00 |
| David C. Vondle | Senior Counsel for 1 year; Admitted in 2002; Intellectual Property Department | $490 | 518.60 | $254,114.00 |
| | | $550 | 580.30 | $319,165.00 |
| | | $560 | 457.90 | $255,416.00 |
| | | $580 | 40.70 | $23,606.00 |
| | | $600 | 92.80 | $55,680.00 |
| | | $635 | 96.30 | $61,150.50 |
| Alexander F. Anderson | Counsel for 4 years; Admitted in 2001; Tax Department | $580 | 431.50 | $250,270.00 |
| | | $600 | 50.70 | $30,420.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kimberly A. Ball | Counsel for 3 years; Admitted in 2005; Litigation Department | $580 | 68.40 | $39,672.00 |
| David T. Blonder | Counsel for 3 years; Admitted in 2001; Litigation Department | $500<br>$550<br>$560 | 155.10<br>2.50<br>53.00 | $77,400.00<br>$1,375.00<br>$29,400.00 |
| Michelle A. Burg | Counsel for 4 years; Admitted in 2001; Labor Department | $625<br>$650 | 48.50<br>1.70 | $30,125.00<br>$910.00 |
| Z. B. Julius Chen | Counsel for 3 years; Admitted in 2010; Litigation Department | $475<br>$625<br>$700<br>$760 | 25.00<br>89.40<br>155.50<br>4.90 | $11,257.50<br>$55,875.00<br>$106,400.00<br>$3,724.00 |
| Ryan T. Cosgrove | Counsel for 2 years; Admitted in 2004; Litigation Department | $600 | 49.30 | $29,580.00 |
| Brandon B. Danford | Counsel for 5 years; Admitted in 2004; Litigation Department | $600<br>$635 | 884.00<br>433.10 | $530,340.00<br>$275,018.50 |
| Andrew J. Dober | Counsel for 1 year; Admitted in 2003; Litigation Department | $470 | 17.00 | $7,990.00 |
| Renuka S. Drummond | Counsel for 1 year; Admittted in 2005; Corporate Department | $600 | 8.60 | $5,160.00 |
| Monica T. Duda | Counsel for 2 years; Admitted in 2002; Litigation Department | $585 | 170.20 | $99,508.50 |
| Elizabeth M. Dulong Scott | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 548.80 | $307,160.00 |
| Christopher M. Egleson | Counsel for 3 years; Admitted in 2006; Litigation Department | $560<br>$660 | 9.40<br>3.00 | $5,264.00<br>$1,980.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Tony D. Feuerstein | Counsel for 5 years; Admitted in 2003; Corporate Department | $580 $600 $610 $630 $660 | 1,846.60 660.60 255.40 7.90 1.40 | $1,056,064.00 $392,610.00 $155,672.00 $4,410.00 $0.00 |
| Daniel H. Fisher | Counsel for 1 year; Admitted in 2006; Litigation Department | $525 $560 | 14.70 45.90 | $7,717.50 $25,704.00 |
| Charles L. Franklin | Counsel for 1 years; Admitted in 2004; Environment and Natural Resources Department | $470 $595 | 2.50 0.90 | $1,175.00 $0.00 |
| Brian D. Geldert | Counsel for 2 years; Admitted in 2004; Financial Restructuring Department | $530 $600 | 75.10 31.50 | $39,803.00 $18,900.00 |
| Ryan C. Jacobs | Counsel for 1 year; Admitted in 2004; Financial Restructuring Department | $530 | 2,272.70 | $1,169,577.50 |
| Denise Kaloudis | Counsel for 2 years; Admitted in 2005; Financial Restructuring Department | $625 | 14.30 | $8,625.00 |
| Amjad M. Khan | Counsel for 2 years; Admitted in 2005; Litigation Department | $600 $635 | 236.80 103.90 | $142,080.00 $65,976.50 |
| Hyongsoon Kim | Counsel for 6 years; Admitted in 2004; Litigation Department | $600 | 14.10 | $8,460.00 |
| Arun Kurichety | Counsel for 1 year; Admitted in 2008; Financial Restructuring Department | $675 | 91.40 | $53,122.50 |
| Amit Kurlekar | Counsel for 3 years; Admitted in 2002; Litigation Department | $550 $560 $600 | 219.10 269.00 41.00 | $106,810.00 $146,160.00 $24,480.00 |
| Alana S. Martell | Counsel for 3 years; Admitted in 2004; Corporate Department | $530 $610 $630 | 16.10 10.80 10.40 | $8,533.00 $6,588.00 $6,552.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Manuel Mungia | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 31.40 | $17,584.00 |
| Andrew F. Newman | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 32.90 | $17,696.00 |
| Heather L. Peckham | Counsel for 6 years; Admitted in 2000; Litigation Department | $600 | 278.60 | $167,160.00 |
| McClean Pena | Counsel for 1 year; Admitted in 2007; Litigation Department | $560 | 162.90 | $91,168.00 |
| Nyron J. Persaud | Counsel for 2 years; Admitted in 2008; Tax Department | $375 $450 $510 $575 $670 | 125.90 49.90 8.40 1.80 1.50 | $46,837.50 $22,455.00 $4,029.00 $747.50 $1,005.00 |
| Jason P. Rubin | Counsel for 2 years; Admitted in 2005; Financial Restructuring Department | $560 $600 $775 | 189.10 26.90 0.40 | $104,412.00 $16,080.00 $0.00 |
| Kevin M. Tagami | Counsel for 2 years; Admitted in 2002; Corporate Department | $610 | 8.30 | $5,063.00 |
| Niya Tang | Counsel for 2 years; Admitted in 2008; Tax Department | 510 575 $670 | 2.30 11.80 0.40 | $1,173.00 $6,785.00 $0.00 |
| Christopher T. Timura | Counsel for 1 year; Admitted in 2004; International Trade Department | $540 | 6.90 | $3,024.00 |
| Roman V. Troitsky | Counsel for 4 years; Admitted in 2001; Corporate Department | $610 | 13.90 | $7,991.00 |
| Jenny M. Walters | Counsel for 1 year; Admitted in 2006; Litigation Department | $560 | 127.60 | $71,456.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Joshua R. Williams | Counsel for 3 years; Admitted in 2004; Tax Department | $610 | 0.60 | $366.00 |
| Dennis J. Windscheffel | Counsel for 4 years; Admitted in 2004; Litigation Department | $600 $635 | 492.70 231.60 | $295,620.00 $144,018.00 |
| Jacqueline Yecies | Counsel for 4 years; Admitted in 2009; Litigation Department | $580 $645 $710 $785 $825 | 1,205.50 1,647.40 71.60 33.50 7.30 | $677,353.00 $1,041,675.00 $50,836.00 $25,826.50 $2,557.50 |
| Kamil Gerard Ahmed | Associate for 2 years; Admitted in 2009; Corporate Department | $325 | 18.90 | $4,680.00 |
| Yewande Akinwolemiwa | Associate for 4 years; Admitted in 2006; Financial Restructuring Department | $430 | 31.30 | $13,459.00 |
| Stuart E. Alter | Associate for 1 year; Admitted in 2013; Tax Department | $405 | 10.20 | $4,090.50 |
| Jennelle D. Arthur | Associate for 3 years; Admitted in 2011; Litigation Department | $460 | 63.40 | $29,164.00 |
| Sasha L. Azar | Associate for 7 years; Admitted in 2002; Corporate Department | $475 | 237.60 | $112,860.00 |
| Miriam Barhoush | Associate for 3 years; Admitted in 2005; Corporate Department | $460 | 16.60 | $7,314.00 |
| Ashley R. Beane | Associated for 2 years; Admitted in 2008; Financial Restructuring Department | $350 | 57.10 | $19,985.00 |
| Merideth L. Bentley | Associate for 4 years; Admitted in 2005; Environmental Department | $410 | 26.60 | $10,906.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Saurish Bhattacharjee | Associate for 1 year; Admited in 2012; Litigation Department | $365 | 48.60 | $17,739.00 |
| Steven J. Bleiberg | Associate for 1 year; Admitted in 2009; Corporate Department | $360 | 8.10 | $2,916.00 |
| Nathaniel B. Botwinick | Associate for 1 year; Not Yet Admitted; Litigation Department | $460 | 6.60 | $3,036.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $350 $360 $425 | 227.70 278.50 93.90 | $79,380.00 $99,702.00 $39,780.00 |
| Marcella C. Burke | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 35.10 | $12,811.50 |
| Brian T. Carney | Associate for 6 years; Admitted in 2006; Litigation Department | $525 | 5.20 | $2,520.00 |
| Andrew R. Casillas | Associate for 4 years; Admitted in 2010; Litigation Department | $435 $500 | 617.60 535.90 | $268,221.00 $267,950.00 |
| Julia P. Cohen | Associate for 2 years; Admitted in 2012; Litigation Department | $325 $385 $465 | 34.80 10.30 14.50 | $6,305.00 $3,965.50 $6,742.50 |
| Michael K. Cross | Associate for 5 years; Admitted in 2010; Litigation Department | $525 $595 | 413.50 526.00 | $217,035.00 $307,585.25 |
| Sarah J. Crow (Woodell) | Associate for 2 years; Admitted in 2010; Financial Restructuring Department | $325 $335 $370 | 76.60 126.70 20.80 | $24,895.00 $42,243.50 $7,696.00 |
| Sharon Davidov | Associate for 1 year; Admitted in 2013; Tax Department | $655 | 6.60 | $4,323.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Antonio R. Delgado | Associate for 2 years; Admitted in 2009; Litigation Department | $510 | 3.80 | $1,938.00 |
| Ryan J. Donohue | Associate for 3 years; Admitted in 2006; Litigation Department | $420 | 16.40 | $6,888.00 |
| Fredricka Smith Dorroh | Associate for 4 years; Admitted in 2006; Environmental Department | $430 | 6.20 | $2,666.00 |
| Catherine N. Eisenhut | Associate for 1 year; Admitted in 2015; Financial Restructuring Department | $350 $450 | 12.10 36.90 | $630.00 $14,944.50 |
| Anne M. Evans | Associate for 4 years; Admitted in 2014; Litigation Department | 385 405 495 580 665 | 383.50 1,429.90 446.60 154.30 31.40 | $145,818.75 $566,129.25 $215,374.50 $89,088.00 $20,814.50 |
| Tom Evans | Associated for 4 years; Admitted in 2007; Litigation Department | $405 $445 | 5.50 6.50 | $2,227.50 $2,892.50 |
| Matthew C. Fagen | Associate for 4 years; Admitted in 2014; Financial Restructuring Department | $325 $375 $450 $500 $565 $690 | 63.90 198.30 932.50 1,149.90 470.10 247.75 | $15,892.50 $73,087.50 $413,707.50 $571,100.00 $265,606.50 $169,912.50 |
| Geelan Fahimy | Associate for 1 year; Admitted in 2013; Litigation Department | $365 | 10.80 | $3,942.00 |
| Katharine Southard Fraser | Associate for 3 years; Admitted in 2010; Litigation Department | $435 $500 | 454.60 259.70 | $197,751.00 $129,800.00 |
| Charles W. Garrison | Associate for 2 years; Admitted in 2013; Financial Restructuring Department | $495 | 10.10 | $4,999.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Sarah E. Gettings | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 10.00 | $5,247.00 |
| Diana L. Gillis | Associate for 1 year; Admitted in 2011; Litigation Department | $325 | 7.30 | $2,372.50 |
| Jessica Greenwood | Associate for 2 years; Admitted in 2011; Litigation Department | $385 | 39.10 | $15,053.50 |
| Oz Halabi | Associate for 2 years; Admitted in 2013; Tax Department | $440 $510 | 846.60 79.80 | $372,504.00 $40,698.00 |
| Lindsay B. Harmon | Associate for 5 years; Admitted in 2009; Litigation Department | $410 $475 $560 | 13.50 198.40 16.40 | $5,535.00 $94,240.00 $7,616.00 |
| Daniel J. Harris | Associate for 4 years; Admitted in 2009; Financial Restructuring Deparment | $400 $500 | 24.70 89.60 | $9,880.00 $44,750.00 |
| Dawn M. Harrop | Associate for 1 year; Admitted in 2010; Litigation Department | $350 | 6.80 | $2,380.00 |
| Sharmaine Tang Heng | Associate for 5 years; Admitted in 2007; Tax Department | $510 | 8.90 | $4,539,00 |
| Didier Patrice Jean-Baptiste | Associate for 4 years; Admitted in 2007; Real Estate Department | $460 | 22.60 | $10,396.00 |
| Craig J. Karger | Associate for 2 years; Admitted in 2013; Litigation Department | $385 $465 | 118.90 30.40 | $45,776.50 $14,136.00 |
| Adam S. Krotman | Associate for 5 years; Admitted in 2010; Tax Department | $400 $475 $545 $615 | 66.20 162.20 106.20 3.60 | $26,480.00 $77,045.00 $57,879.00 $2,214.00 |
| Amy J. Lanctot | Associate for 4 years; Admitted in 2004; Corporate Department | $440 | 109.90 | $48,356.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kathleen O. Lawrence | Associate for 2 years; Admitted in 2009; Labor Department | $350 | 4.60 | $1,610.00 |
| Yochun Katie Lee | Associate for 3 years; Admitted in 2012; Financial Restructuring Department | $400 $565 | 32.30 86.50 | $12,920.00 $48,703.00 |
| Lauren H. Leyden | Associate for 4 years; Admitted in 2006; Labor Department | $495 | 11.60 | $5,742.00 |
| Garrett S. Llewellyn | Associate for 4 years; Admitted in 2009; Litigation Department | $475 | 37.30 | $17,717.50 |
| Anthony Loring | Associate for 2 years; Admitted in 2016; Financial Restructuring Department | $430 $455 $575 | 147.50 643.05 233.20 | $63,081.00 $292,587.75 $134,090.00 |
| Stephanie A. Lowe | Associate for 3 years; Admitted in 2010; Litigation Department | $435 | 629.80 | $273,049.50 |
| Kristine G. Manoukian | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $510 $575 $675 | 38.20 116.10 57.00 | $19,482.00 $66,757.50 $38,475.00 |
| Ryan N. Marks | Associate for 3 years; Admitted in 2007; Litigation Department | $500 | 13.00 | $6,500.00 |
| Clayton N. Matheson | Associate for 4 years; Admitted in 2010; Litigation Department | $435 $500 | 32.00 0.60 | $13,920.00 $0.00 |
| Andrew M. Meehan | Associate for 2 years; Admitted in 2007; Litigation Department | $375 | 16.70 | $6,262.50 |
| Wilson M. Meeks | Associate for 2 years; Admitted in 2008; Litigation Department | $510 | 5.20 | $2,652.00 |
| Brennan H. Meier | Associate for 1 year; Admitted in 2012; Litigation Department | $365 | 69.40 | $25,075.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Marie-Dumesle Mercier | Associate for 2 years; Admitted in 2012; Litigation Department | $385 $405 | 15.00 98.20 | $5,775.00 $39,730.50 |
| Eli N. Miller | Associate for 3 years; Admitted in 2009; Corporate Department | $460 | 8.20 | $3,772.00 |
| Benjamin L. Morgan | Associate for 2 years; Admitted in 2009; Corporate Department | $360 | 57.30 | $20,628.00 |
| Patrick M. Mott | Associate for 4 years; Admitted in 2011; Litigation Department | $300 $550 | 23.00 5.50 | $6,900.00 $3,025.00 |
| Matthew E. Pepping | Associate for 5 years; Admitted in 2008; Litigation Department | $530 | 106.20 | $56,286.00 |
| Carolyn H. Perez | Associate for 6 years; Admitted in 2009; Litigation Department | $290 $430 | 1.20 9.40 | $0.00 $4,042.00 |
| Amy Christine Poyer | Associate for 3 years; Admitted in 2011; Litigation Department | $435 | 78.40 | $34,104.00 |
| Rachel J. Presa | Associate for 1 year; Admitted in 2011; Litigation Department | $360 | 3.80 | $1,368.00 |
| Harley L. Raff | Associate for 3 years; Admitted in 2012; Litigation Department | $440 $510 | 45.40 8.70 | $19,976.00 $4,437.00 |
| Brian M. Rothschild | Associate for 5 years; Admitted in 2007; Financial Restructuring Department | $335 $500 | 0.20 40.90 | $0.00 $20,350.00 |
| Marwan F. Schwail | Associate for 3 years; Admitted in 2011; Litigation Department | $485 | 33.80 | $16,393.00 |
| Eric C. Seitz | Associate for 2 year; Admitted in 2009; Financial Restructuring Department | $325 | 60.70 | $19,695.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Alexander Shalaev | Associate for 7 years; Admitted in 2004; International Corporate Transactions Department | $395 | 3.20 | $908.50 |
| Nicholas P. Stabile | Associate for 6 years; Admitted in 2010; Litigation Department | $485<br>$575<br>$655<br>$740 | 414.20<br>1,349.30<br>229.90<br>127.60 | $184,906.25<br>$747,758.75<br>$149,995.00<br>$94,054.00 |
| Machir Stull | Associate for 1 year; Admitted in 2009; Financial Restructuring Department | $325 | 140.70 | $44,687.50 |
| Joshua Y. Sturm | Associate for 7 years; Admitted in 2007; Financial Restructuring Department | $420<br>$500<br>$550<br>$600<br>$700 | 1,039.1<br>571.60<br>628.60<br>463.20<br>69.60 | $430,458.00<br>$283,350.00<br>$338,415.00<br>$270,600.00<br>$47,180.00 |
| Roxanne Tizravesh | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 34.60 | $19,952.00 |
| James E. Tysse | Associate for 3 years; Admitted in 2008; Litigation Department | $500 | 0.30 | $150.00 |
| Chad Vance | Associate for 2 years; Admitted in 2008; Corporate Department | $375 | 11.90 | $4,462.50 |
| Dawn S. Walker | Associate for 4 years; Admitted in 2010; Litigation Department | $435<br>$500 | 316.20<br>21.70 | $137,373.00<br>$10,850.00 |
| Teresa W. Wang | Associate for 3 years; Admitted in 2007; Litigation Department | $390 | 7.60 | $2,964.00 |
| Ashley F. Waters | Associate for 5 years; Admitted in 2006; Litigation Department | $525 | 8.40 | $4,410.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Carly Weinreb | Associate for 3 years; Admitted in 2014; Litigation Department | $405 $495 $580 | 1,164.40 65.80 157.30 | $462,732.75 $32,521.50 $90,828.00 |
| Molly E. Whitman | Associate for 2 years; Admitted in 2013; Litigation Department | $365 $385 | 132.50 179.40 | $48,362.50 $68,992.00 |
| Richard R. Williams, Jr. | Associate for 3 years; Admitted in 2014; Litigation Department | $580 | 15.80 | $9,164.00 |
| Russell Lawrence Wininger | Associate for 1 year; Admitted in 2010; Financial Restructuring Department | $325 | 32.10 | $10,432.50 |
| Rebecca Ann Wirakesuma | Associate for 2 years; Admitted in 2014; Financial Restructuring Department | $385 $405 $495 | 333.60 668.60 8.20 | $122,930.50 $268,636.50 $3,762.00 |
| Jennifer L. Woodson | Associate for 4 years; Admitted in 2010; Litigation Department | $325 $350 $400 $525 | 16.00 281.90 85.70 95.40 | $5,200.00 $98,665.00 $34,280.00 $49,140.00 |
| Elizabeth J. Young | Associate for 3 years; Admitted in 2007; Litigation Department | $420 | 56.60 | $23,772.00 |
| Joseph L. Decker | Senior Attorney for 2 years; Admitted in 2006; Litigation Department | $310 | 733.00 | $227,230.00 |
| Christine D. Doniak | Senior Attorney for 6 years; Admitted in 1998; Litigation Department | $565 $565 $605 $680 | 1,077.40 1,191.90 106.40 1.10 | $590,622.75 $646,444.75 $62,163.75 $748.00 |
| Laura T. Geyer | Senior Attorney for 3 years; Admitted in 1998; Intellectual Property Department | $410 $430 $445 | 29.00 64.90 12.20 | $11,767.00 $27,907.00 $5,429.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Kelly Labritz | Senior Attorney for 1 year; Admitted in 1991; Corporate Department | $550 $575 | 7.20 2.50 | $3,960.00 $1,437.50 |
| Anne S. Levin-Nussbaum | Senior Attorney for 1 year; Admitted in 1992; Tax Department | $530 | 237.50 | $125,875.00 |
| Daniel Z. Vira | Senior Attorney for 5 years; Admitted in 1993; Tax Department | $580 $605 $615 $630 $680 $725 $550 | 166.10 4.10 162.90 140.10 31.30 43.00 134.20 | $96,106.00 $2,480.50 $100,183.50 $88,263.00 $21,284.00 $31,175.00 $73,810.00 |
| Sara J. L. Wahl | Senior Attorney for 1 year; Admitted in 2000; Financial Restructuring Department | $600 | 22.60 | $13,560.00 |
| Andrew Barnes | Staff Attorney for 6 years; Admitted in 2012; Litigation Department | $290 | 335.00 | $97,150.00 |
| Russell J. Collins | Staff Attorney for 6 years; Admitted in 1998; Litigation Department | $310 $325 | 15.50 252.30 | $4,805.00 $81,802.50 |
| Kemoy Foster | Staff Attorney for 4 years; Admitted in 2007; Litigation Department | $275 $290 $305 | 93.60 454.90 11.30 | $25,740.00 $131,515.00 $3,446.50 |
| Cleo F. Green | Staff Attorney for 4 years; Admitted in 1996; Financial Restructuring Department | $475 | 50.10 | $23,797.50 |
| Christina A. Jump | Staff Attorney for 6 years; Admitted in 1996; Labor Department | $340 | 1.60 | $544.00 |
| Jeffery A. Zuidema | Staff Attorney for 3 years; Admitted in 2006; Litigation Department | $275 | 14.80 | $4,070.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Ashton B. Butcher | Law Clerk; Second Year Law Student | $245 | 10.60 | $2,597.00 |
| Riana A. Cohen | Law Clerk; Second Year Law Student | $300 | 28.50 | $8,550.00 |
| Ian K. Dummett | Law Clerk; First Year Law Student | $200 | 19.90 | $3,980.00 |
| Matthew H. Farmer | Law Clerk; Second Year Law School Student | $300 | 37.00 | $11,100.00 |
| Leora I. Gabry | Law Clerk; Second Year Law Student | $325 | 8.40 | $2,730.00 |
| Kyle P. Hogan | Law Clerk; Second Year Law Student | $325 | 2.90 | $650.00 |
| Jacob E. Itzkowitz | Law Clerk; Second Year Law Student | $350 | 16.30 | $4,305.00 |
| Tammy E. Linn | Law Clerk; Second Year Law School Student | $300 | 15.00 | $1,740.00 |
| Edward A. Mishan | Law Clerk; Second Year Law Student | $350 | 10.10 | $3,535.00 |
| Marc Neiman | Law Clerk; Second Year Law Student | $350 | 80.20 | $24,675.00 |
| Stephanie E. Patton | Law Clerk; Second Year Law School Student | $300 | 59.60 | $17,880.00 |
| Francisco B. Alvarez | Legal Assistant for 1 year; Financial Restructuring Department | $195 $225 | 18.00 9.60 | $3,315.00 $2,160.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jonathan A. Andron | Legal Assistant for 2 years; Trial Services Department | $215 | 80.50 | $15,480.00 |
| Karin Arnold | Legal Assistant for 1 year; Litigation Department | $325 | 2.00 | $650.00 |
| Rebecca L. M. Barloon | Legal Assistant for 3 years; Financial Restructuring Department | $190 $200 | 67.60 3.90 | $12,331.00 $520.00 |
| Khalib J. Bell | Legal Assistant for 1 year; Litigation Department | $225 | 22.50 | $5,062.50 |
| Kinga Bernath | Legal Assistant for 4 years; Corporate Department | $190 $200 | 10.50 6.50 | $1,995.00 $1,300.00 |
| Jennifer A. Brun | Legal Assistant for 2 years; Litigation Department | $180 | 254.50 | $45,810.00 |
| Alexandra R. Caleca | Legal Assistant for 2 years; Financial Restructuring Department | $200 $210 | 48.30 30.60 | $9,660.00 $6,426.00 |
| Lok Fung Chau | Legal Assistant for 9 years; Litigation Department | $205 $245 $260 $280 | 10.20 401.10 237.00 1.80 | $2,091.00 $98,269.50 $61,620.00 $504.00 |
| Ashlee J. Cherne | Legal Assistant for 1 year; Corporate Department | $200 | 5.00 | $1,000.00 |
| Vincent E. Colavita | Legal Assistant for 2 years; Litigation Department | $235 | 1.30 | $305.00 |
| Dawn D. Crider | Legal Assistant for 25 years; Intellectual Property Department | $225 | 15.40 | $3,465.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Sarah A. D'Addese | Legal Assistant for 4 years; Financial Restructuring Department | $210 $225 $240 | 18.90 33.80 9.10 | $3,864.00 $7,605.00 $2,184.00 |
| Blake T. Davis | Legal Assistant for 1 year; Litigation Department | $195 | 10.00 | $1,950.00 |
| Jami L. Delgado | Legal Assistant for 12 years; Litigation Department | $170 $180 | 263.30 185.60 | $44,761.00 $33,408.00 |
| Cheryle R. Edmonds | Legal Assistant for 26 years; Litigation Department | $190 $220 $235 | 0.40 113.10 22.40 | $0.00 $24,838.00 $5,264.00 |
| James C. Elustondo | Legal Assistant for 1 year; Financial Restructuring Department | $225 | 3.60 | $810.00 |
| Joesph Ficocello | Legal Assistant for 4 years; Trial Services Department | $290 | 4.40 | $1,276.00 |
| Mary A. Foley | Legal Assistant for 3 years; Financial Restructuring Paralegal | $180 $185 $195 | 0.30 0.20 5.90 | $0.00 $0.00 1,111.50 |
| Brian R. Gifford | Legal Assistant for 2 years; Litigation Department | $195 210 215 | 34.50 39.80 38.50 | $6,610.50 $7,371.00 $8,277.50 |
| Michael S. Greer | Legal Assistant for 3 years; Litigation Department | $215 | 29.60 | $6,235.00 |
| Melissa A. Gyure | Legal Assistant for 10 years; Litigation Department | $260 $275 | 139.70 8.00 | $38,496.00 $2,200.00 |
| Michael S. Hailu | Legal Assistant for 5 years; Litigation Department | $215 $225 | 0.30 2.80 | $0.00 $630.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Virginia A. Halden | Legal Assistant for 1 year; Litigation Department | $135 | 4.40 | $594.00 |
| Tara K. Hanover | Legal Assistant for 5 years; Litigation Department | $205 | 2.50 | $512.50 |
| Jessica A. Herlihy | Legal Assistant for 2 years; Litigation Department | $190 $200 | 1.80 2.00 | $342.00 $400.00 |
| Adria M. Hicks | Legal Assistant for 16 years; Litigation Department | $295 $310 | 24.70 0.50 | $6,814.50 $0.00 |
| Dmitry B. Iofe | Legal Assistant for 4 years; Litigation Department | $225 $245 | 28.00 12.00 | $5,287.50 $2,940.00 |
| Brenda R. Kemp | Legal Assistant for 14 years; Financial Restructuring Department | $200 $210 $215 | 4.40 13.40 1.10 | $720.00 $2,583.00 $236.00 |
| Anu Khela | Legal Assistant for 14 years; International Trade Transactions Department | $320 | 72.50 | $23,200.00 |
| Sol Kim | Legal Assistant for 2 years; Litigation Department | $205 $220 | 565.90 623.70 | $116,009.50 $136,840.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $210 $220 $230 $235 $245 $255 $275 $350 $370 | 29.90 25.20 32.30 21.00 85.90 1.10 3.80 102.20 7.50 | $6,174.00 $4,994.00 $7,268.00 $4,700.00 $21,045.50 $280.50 $797.50 $35,630.00 $2,775.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jennifer Cuatt Langmack | Legal Assistant for 11 years; Litigation Department | $205 | 4.00 | $820.00 |
| | | $210 | 29.70 | $6,237.00 |
| | | $220 | 20.30 | $4,246.00 |
| | | $240 | 5.80 | $1,320.00 |
| | | $305 | 0.80 | $0.00 |
| Sean C. Lay | Legal Assistant for 4 years; Litigation Department | $195 | 1.00 | $195.00 |
| | | $225 | 2.00 | $337.50 |
| | | $240 | 5.00 | $1,200.00 |
| Massai Leonard | Legal Assistant for 5 years; Litigation Department | $205 | 12.50 | $2,562.50 |
| | | $235 | 13.50 | $3,172.50 |
| Jacqueline K. Lewis | Legal Assistant for 3 years; Financial Restructuring Department | $195 | 1.00 | $195.00 |
| | | $205 | 2.60 | $348.50 |
| | | $215 | 0.40 | $0.00 |
| Frank C. Liu | Legal Assistant for 1 year; International Trade Department | $150 | 4.00 | $600.00 |
| Sandy Lubin | Legal Assistant for 1 year; Litigation Department | $295 | 6.00 | $1,770.00 |
| James Ma | Legal Assistant for 15 years; Litigation Department | $200 | 1.50 | $300.00 |
| | | $225 | 5.50 | $1,237.50 |
| | | $235 | 14.90 | $3,501.50 |
| | | $240 | 1.80 | $432.00 |
| | | $255 | 9.00 | $1,963.50 |
| | | $270 | 2.90 | $783.00 |
| Cynthia L. Martinez | Legal Assistant for 10 years; International Property Department | $140 | 329.90 | $46,032.00 |
| James P. Moore | Legal Assistant for 3 years; Trial Services Department | $215 | 412.60 | $82,183.75 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Reginald Orcel | Legal Assistant for 12 years; Litigation Department | $260 $275 | 773.60 230.80 | $200,330.00 $63,470.00 |
| Ezekiel J. Pariser | Legal Assistant for 2 years; Litigation Department | $195 $210 | 238.90 0.50 | $45,942.00 $0.00 |
| Madeline E. Perez | Legal Assistant for 1 year; Litigation Department | $195 $215 | 0.30 3.70 | $0.00 $795.50 |
| Francesco Racanati | Trial Services Analyst for 1 year | $175 | 1.50 | $210.00 |
| Christine Raphael | Legal Assistant for 5 years; Litigation Department | $190 $215 $225 | 1.00 2.50 1.70 | $0.00 $537.50 $382.50 |
| Jonathan A. Samper | Legal Assistant for 3 years; Financial Restructuring Department | $210 $215 $225 | 14.20 33.00 51.50 | $2,814.00 $6,923.00 $11,587.50 |
| Daniela Serna | Legal Assistant for 1 year; Litigation Department | $215 | 2.00 | $430.00 |
| Jerry R. Sierecki | Legal Assistant for 5 years; Litigation Department | $170 $185 | 6.30 6.20 | $1,071.00 $1,147.00 |
| Jaime M. Sheldon | Legal Assistant for 6 years; Litigation Department | $225 | 16.40 | $3,690.00 |
| Francis A. Singer | Legal Assistant for 35 years; Litigation Department | $250 $275 | 30.60 6.50 | $7,650.00 $1,787.50 |
| Risa Slavin | Legal Assistant for 25 years; Litigation Department | $220 230 240 | 4.30 23.30 9.30 | $836.00 $5,359.00 $2,232.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Tracy Southwell | Legal Assistant for 23 years; Financial Restructuring Department | $230<br>$235<br>$245<br>$255<br>$275<br>$350 | 8.40<br>16.10<br>25.60<br>19.00<br>0.50<br>107.50 | $1,932.00<br>$3,783.50<br>$5,610.50<br>$4,464.50<br>$0.00<br>$37,345.00 |
| Peter J. Sprofera | Legal Assistant for 38 years; Financial Restructuring Department | $245<br>$255<br>$265<br>$270<br>$285<br>$295 | 114.30<br>71.50<br>44.10<br>39.60<br>163.00<br>87.60 | $28,003.50<br>$17,799.00<br>$11,448.00<br>$10,692.00<br>$46,455.00<br>$25,842.00 |
| Radu Stancut | Legal Assistant for 3 years; Litigation Department | $245<br>$260 | 41.40<br>0.90 | $10,069.50<br>$0.00 |
| Chris L. Steward | Legal Assistant for 5 years; Ediscovery Department | $225 | 12.70 | $2,857.50 |
| Gregory Strong | Legal Assistant for 7 years; Litigation Department | $235 | 3.20 | $752.00 |
| Natalie G. Taylor | Legal Assistant for 24 years; Litigation Department | $170<br>$180 | 441.30<br>48.40 | $74,205.00<br>$8,712.00 |
| James O. Thompson | Legal Assistant for 4 years; Litigation Department | $215<br>$225<br>$240 | 4.40<br>3.90<br>1.40 | $946.00<br>$877.50<br>$336.00 |
| Charlie Torres | Legal Assistant for 6 years; Litigation Department | $235<br>$250 | 52.10<br>85.80 | $12,243.50<br>$20,975.00 |
| Matthew C. Usdin | Legal Assistant for 1 year; Litigation Department | $195 | 2.00 | $390.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jessica R. Watters | Legal Assistant for 3 years; Financial Restructuring Department | $205 $215 $230 | 51.00 3.70 30.70 | $10,455.00 $645.00 $7,061.00 |
| Lisa Wehlend | Legal Assistant for 32 years; Litigation Department | $210 | 160.60 | $33,726.00 |
| Matthew D. Wein | Legal Assistant for 1 year; Litigation Department | $200 | 2.50 | $500.00 |
| Refugio Acker-Ramirez | Librarian for 7 years | $115 $125 $135 $230 | 0.80 1.60 0.60 1.00 | $92.00 $200.00 $0.00 $0.00 |
| Brian T. Bevins | Librarian for 20 years | $200 | 8.80 | $1,760.00 |
| Ciaran G. Essex | Research Specialist for 1 year | $215 $230 | 1.20 1.40 | $258.00 $322.00 |
| Scott A. Fener | Librarian for 6 years | $190 $190 $190 $195 $205 | 3.60 11.60 14.00 12.70 69.30 | $665.00 $2,128.00 $1,976.00 $2,223.00 $14,104.00 |
| Sally S. Harlow | Librarian for 20 years | $105 | 1.00 | $105.00 |
| Kristen B. Kennedy | Research Specialist for 1 year | $245 | 1.20 | $294.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[1] | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Leslie White Lanphear | Librarian for 21 years | $215 | 10.60 | $1,935.00 |
| | | $215 | 1.60 | $0.00 |
| | | $215 | 6.20 | $0.00 |
| | | $220 | 7.40 | $1,518.00 |
| | | $230 | 71.00 | $16,330.00 |
| | | $245 | 32.20 | $7,668.50 |
| | | $265 | 11.80 | $2,438.00 |
| | | $285 | 1.70 | $0.00 |
| | | $300 | 0.60 | $0.00 |
| Wendy E. Lyon | Librarian for 13 years | $175 | 11.70 | $1,995.00 |
| | | $180 | 0.80 | $0.00 |
| Lola M. McComb | Librarian for 11 years | $145 | 0.10 | $0.00 |
| | | $145 | 0.10 | $0.00 |
| | | $180 | 0.10 | $0.00 |
| | | $200 | 11.60 | $2,300.00 |
| Stacey N. Ustian | Librarian for 8 years | $205 | 43.80 | $8,712.50 |
| | | $220 | 0.30 | $0.00 |

Total Amount of Fees:       **$70,131,784.95**
Total Number of Hours:      **108,179.15**
Blended Hourly Rate:        **$648.29**

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 22, 2009 THROUGH MAY 8, 2017

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| General Case Administration | 999.00 | $634,663.50 |
| Akin Gump Fee Application/ Monthly Billing Reports | 2,172.00 | $1,058,898.00 |
| Analysis of Other Professionals Fee Applications / Reports | 352.30 | $193,274.00 |
| Review/Preparation of Schedules, Statements | 32.30 | $11,452.50 |
| Retention of Professionals | 1,367.40 | $647,901.00 |
| Creditors' Committee Meetings | 7,140.50 | $4,962,306.00 |
| Court Hearings | 3,505.00 | $2,577,603.50 |
| Financial Reports and Analysis | 277.00 | $179,859.00 |
| DIP, Cash Collateral Usage and Exit Financing | 175.90 | $108,218.50 |
| Executory Contracts/License Agreements | 117.50 | $55,298.00 |
| General Claims Analysis / Claims Objections | 4,916.90 | $3,617,906.50 |
| Analysis of Pre-Petition Transactions | 459.10 | $238,312.50 |
| Canadian Proceedings / Matters | 1,464.20 | $1,092,376.50 |
| Analysis of Secured Claims / Adequate Protection Issues | 4.10 | $2,638.00 |
| Lift Stay Litigation | 186.90 | $127,182.00 |
| General Adversary Proceedings | 644.90 | $368,626.00 |

---

[1] The amounts listed in each project category are approximate and do not reflect downward adjustments for certain time entries that were eliminated pursuant to agreements with the U.S. Trustee and/or the Fee Examiner, or voluntarily omitted from fee applications.

| | | |
|---|---|---|
| Tax Issues | 3,905.50 | $2,500,433.50 |
| Labor Issues / Employee Benefits | 7,032.65 | $4,756,590.75 |
| Real Estate Issues / Leases | 554.10 | $335,202.00 |
| Exclusivity | 30.80 | $15,865.50 |
| Plan, Disclosure Statement and Plan Related Documentation | 1,090.20 | $986,049.00 |
| Telecommunications/Regulatory | 3.80 | $2,045.00 |
| Asset / Stock Transaction / Business Liquidations | 9,157.20 | $5,645,453.50 |
| Travel (billed at 50% of actual time) | 2,879.40 | $1,080,895.00 |
| Avoidance Actions | 71.40 | $37,804.00 |
| Environmental Matters | 55.20 | $26,541.00 |
| Non-Debtor Affiliates | 905.00 | $456,762.50 |
| Intercompany Analysis | 56,416.40 | $35,816,715.00 |
| Committee Website | 27.50 | $12,405.50 |
| European Proceedings / Matters | 324.00 | $164,584.50 |
| Intellectual Property | 3,786.20 | $2,433,363.50 |
| **TOTAL** | **108,138.05** | **$70,131,784.95**[2] |

---

[2] The total reflects the amount requested in this final Application, which reflects the elimination of certain time entries pursuant to certain agreements with the U.S. Trustee and/or Fee Examiner, or voluntary omissions from fee applications, rather than a sum of the fees allocable to each project category.

## DISBURSEMENT SUMMARY
## JANUARY 22, 2009 THROUGH MAY 8, 2017

| | |
|---|---:|
| Audio and Web Conference Services | $530,726.41 |
| Bank Fees & Charges | $13.20 |
| Computerized Legal Research - Lexis | $77,090.76 |
| Computerized Legal Research - Lexis - in contract 30% discount | $304.68 |
| Computerized Legal Research - Other | $8,962.63 |
| Computerized Legal Research - Westlaw | $140,505.51 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $1,349.12 |
| Courier Service/Messenger Service- Off Site | $15,796.86 |
| Court Costs | $596.00 |
| Deposition Costs | $104,730.46 |
| Document Production - In House | $15,515.56 |
| Document Production - Off Site | $4,374.74 |
| Document Retrieval | $11,171.53 |
| Duplication - In House | $107,940.90 |
| Duplication - Off Site | $13,931.42 |
| Facsimile - Off Site | $67.29 |
| Meals (100%) | $217,186.48 |
| Meals - Business | $106,684.40 |
| Miscellaneous | $4,124.01 |
| Office Supplies - Printing | $976.51 |
| Overtime - Admin Staff | $21.43 |
| Postage | $140.51 |
| Prof Fees - Consultant Fees | $4,407,078.15 |
| Professional Fees - Miscellaneous | $708.26 |
| Reference Material | $3,352.17 |
| Research | $519.98 |
| Telephone - Cell/ Pagers | $763.04 |
| Telephone - Local Services | $1.14 |

| | |
|---|---|
| Telephone - Long Distance | $2,714.04 |
| Telephone - Personal Lines | $37.00 |
| Telephone - Video Conferencing | $3,045.50 |
| Transcripts | $15,112.04 |
| Travel - Airfare | $615,453.50 |
| Travel - Auto (mileage) | $22.46 |
| Travel - Auto Rental | $989.45 |
| Travel - Ground Transportation | $166,149.12 |
| Travel - Incidentals - Out-of-Town Travel | $4,403.64 |
| Travel - Lodging (Hotel, Apt, Other) | $272,702.74 |
| Travel - Parking | $1,572.88 |
| Travel - Telephone & Fax | $1,207.02 |
| Travel - Train Fare | $105,707.41 |
| **TOTAL** | **$6,826,182.64**[1] |

---

[1] The total reflects the amount requested in this final Application, which has been reduced pursuant to agreements with the U.S. Trustee and/or Fee Examiner, or reduced by voluntary omissions from fee applications, rather than a sum of the expenses allocable to each expense category.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                             :

In re                            :      Chapter 11
                                 :      Case No. 09-10138 (KG)

Nortel Networks Inc., <u>et al.</u>, [1]     :      Jointly Administered
                                 :

                   Debtors.    :  <u>Objection Deadline</u>: **July 27, 2017 at 4:00 p.m. (ET)**
                                 :  <u>Hearing Date</u>: **Scheduled only if necessary**
-------------------------------------------------------X

**ONE HUNDREDTH MONTHLY AND FINAL APPLICATION OF AKIN GUMP
STRAUSS HAUER & FELD LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED
<u>DURING THE PERIOD FROM JANUARY 22, 2009 THROUGH MAY 8, 2017</u>**

Akin Gump Strauss Hauer & Feld LLP ("<u>Akin Gump</u>" or the "<u>Applicant</u>"), co-counsel to

the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Nortel Networks Inc.

("<u>NNI</u>"), <u>et al</u>. (collectively, the "<u>Debtors</u>"), hereby submits its application (the "<u>Application</u>")

pursuant to (i) sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"),

(iii) Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the District of Delaware (the

"<u>Local Rules</u>"), (iv) the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R.

Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation

and Reimbursement of Fees and Expenses for Professionals and Official Committee Members

entered on February 4, 2009 (the "<u>Administrative Fee Order</u>") and (v) the Order Appointing Fee

Examiner and Establishing Related Procedures for Compensation and Reimbursement of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. ("<u>NN CALA</u>") (4226); and Nortel Networks India International Inc. ("<u>NNIII</u>") (8667).

Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"

and, together with the Administrative Fee Order, the "Fee Orders") for (A) monthly allowance of

compensation for services rendered in the aggregate amount of $38,415.00 and for

reimbursement of actual and necessary expenses in the amount of $739.67 for the period May 1,

2017 through and including May 8, 2017 (the "Monthly Compensation Period") and (B) final

allowance of compensation for services rendered in the aggregate amount of $70,131,784.95 and

for reimbursement of actual and necessary expenses incurred by Akin Gump in connection

therewith in the amount of $6,826,182.64 for the period from January 22, 2009 through May 8,

2017 (the "Compensation Period").  In support of this Application, Akin Gump respectfully

states as follows:

## I.   JURISDICTION AND VENUE

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory bases for the relief requested herein

are sections 1103 and 330 of the Bankruptcy Code and Bankruptcy Rules 2002 and 2016(a).

## II.   BACKGROUND

*General Background*

2.      On January 14, 2009 (the "Petition Date"), each of the Debtors other than NN

CALA and NNIII[2] filed a voluntary petition for relief (the "U.S. Proceeding") under chapter 11

of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the

"Court").

---

[2] NN CALA filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009. NNIII filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 26, 2016.

3.      Prior to the Effective Date (as defined below), the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On January 15, 2009, the Court entered an order for the joint administration of these cases pursuant to Bankruptcy Rule 1015(b) for procedural purposes only.

4.      On January 14, 2009, the Debtors' ultimate corporate parent, Nortel Networks Corporation ("NNC"), together with Nortel Networks Limited ("NNL") and certain of their Canadian affiliates (collectively, the "Canadian Debtors") commenced a proceeding (the "Canadian Proceeding") before the Ontario Superior Court of Justice (the "Canadian Court" and, together with the Court, the "Courts") for a plan of compromise or arrangement under Canada's Companies' Creditors Arrangement Act ("CCAA").  Prior to the Effective Date, the Canadian Debtors operated their businesses and managed their properties under the supervision of the Canadian Court and Ernst & Young Inc. as monitor (the "Monitor").

5.      On January 14, 2009, the High Court of Justice in England (the "U.K. Court") placed nineteen of the Debtors' European affiliates (collectively, the "EMEA Debtors" and, together with the Debtors and the Canadian Debtors, the "Nortel Debtors"), including Nortel Networks U.K. Limited ("NNUK"), into administration (the "European Proceedings" and, together with the U.S. Proceeding and Canadian Proceeding, the "Insolvency Proceedings") under the control of individuals from Ernst & Young LLC (the "Administrators").

6.      On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee.  The Committee currently consists of three members, as follows: (i) Delaware Trust, as indenture trustee; (ii) Pension Benefit Guaranty Corporation; and

(iii) The Bank of New York Mellon, as indenture trustee.  No trustee or examiner has been

appointed in these chapter 11 cases.

7.      On March 5, 2009, this Court entered an order authorizing the retention of Akin

Gump as co-counsel to the Committee, *nunc pro tunc* to January 22, 2009.  The Court also

entered orders authorizing the Committee to retain Ashurst LLP as European counsel to the

Committee, *nunc pro tunc* to January 30, 2009; Fraser Milner Casgrain LLP as Canadian counsel

to the Committee, *nunc pro tunc* to January 26, 2009; Jefferies & Company, Inc. as investment

banker to the Committee; Capstone Advisory Group LLC ("Capstone") as financial advisor to

the Committee, *nunc pro tunc* to January 26, 2009; and Kurtzman Carson Consultants, LLC as

communications agent for the Committee, *nunc pro tunc* to January 26, 2009.  On March 19,

2009, the Court entered an order authorizing the Committee to retain Richards, Layton & Finger,

P.A. as Delaware co-counsel to the Committee *nunc pro tunc* to January 26, 2009.  This Court

entered an order on March 17, 2014 authorizing the retention of Cassels Brock & Blackwell LLP

as successor Canadian Counsel *nunc pro tunc* to March 4, 2014, and an order on January 13,

2015 authorizing the retention of Whiteford, Taylor & Preston LLC as successor Delaware co-

counsel *nunc pro tunc* to November 17, 2014, and an order on July 9, 2015 authorizing the

retention of Berkeley Research Group LLC ("BRG") as successor financial advisor *nunc pro

tunc* to June 1, 2015 following the acquisition of Capstone by BRG.

8.      On November 4, 2016, the Debtors filed with this Court the *First Amended

Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [ECF No. 17347]

(as amended from time to time, the "Plan"), and the related *Proposed Disclosure Statement for

the First Amended Joint Chapter 11 Plan* [ECF No. 17348] (the "Disclosure Statement").

Following a hearing, on December 1, 2016, this Court entered an order approving the adequacy of the Disclosure Statement and procedures for soliciting votes on the Plan [ECF No. 17516] (the "Disclosure Statement Order").

9.    This Court held a hearing on confirmation of the Plan[3] on January 24, 2017, following which the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [ECF No. 17795] (the "Confirmation Order").

10.    On May 8, 2017, the Debtors filed the *Notice of Entry of Confirmation Order and Occurrence of Effective Date of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain Affiliated Debtors* [ECF No. 18176], pursuant to which the Debtors stated that on May 8, 2017 each of the conditions precedent to the effectiveness of the Plan occurred or was waived in accordance with the provisions of the Plan, and accordingly, the Plan had become effective (such date, the "Effective Date").

*Prior Fee Requests*

11.    On June 10, 2009, Akin Gump filed its First Interim Fee Application Request for the Period January 22, 2009 through April 30, 2009 (the "First Interim Application"). In its First Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,788,648.75 and the reimbursement of expenses in the amount of $48,632.74.[4] On July 17, 2009, this Court entered an order approving 100% of the fees and expenses sought in the First Interim Application and Akin Gump has received payment of such amounts.

---

[3] The final version of the Plan was filed by the Debtors on January 3, 2017 [ECF No. 17763].

[4] The First Interim Application sought the award of fees and expenses for the period from January 22, 2009 through April 30, 2009, as follows: (a) January 22, 2009 through February 28, 2009: $1,002,466.75 of fees and $14,994.50 of expenses; (b) March 1, 2009 through March 31, 2009: $866,587.25 of fees and $14,080.55 of expenses; and (c) April 1, 2009 through April 30, 2009: $919,594.75 of fees and $22,201.07 of expenses. Following discussions with the U.S. Trustee, Akin Gump agreed to a voluntary reduction of $1,184.16 for expenses incurred during the period covered by the First Interim Application.

12.     On September 10, 2009, Akin Gump filed its Second Interim Fee Application

Request for the Period May 1, 2009 through July 31, 2009 (the "Second Interim Application").

In its Second Interim Application, Akin Gump sought the award and allowance of fees in the

amount of $2,771,174.50 and the reimbursement of expenses in the amount of $104,100.87.[5]  On

September 30, 2009, this Court entered an order approving 100% of the fees and expenses

sought in the Second Interim Application and Akin Gump has received payment of such

amounts.

13.     On November 24, 2009, Akin Gump filed its Third Interim Fee Application

Request for the Period August 1, 2009 through October 31, 2009 (the "Third Interim

Application").  In its Third Interim Application, Akin Gump sought the award and allowance of

fees in the amount of $2,794,248.00 and the reimbursement of expenses in the amount of

$105,109.57.[6]  On December 15, 2009, this Court entered an order approving 100% of the fees

and expenses sought in the Third Interim Application and Akin Gump has received payment of

such amounts.

14.     On February 24, 2010, Akin Gump filed its Fourth Interim Fee Application

Request for the Period November 1, 2009 through January 31, 2010 (the "Fourth Interim

Application").[7]  In its Fourth Interim Application, Akin Gump sought the award and allowance of

fees in the amount of $2,650,894.50 and the reimbursement of expenses in the amount of

---

[5] The Second Interim Application sought the award of fees and expenses for the period from May 1, 2009 through July 31, 2009, as follows: (a) May 1, 2009 through May 31, 2009: $766,765.75 of fees and $54,512.10 of expenses; (b) June 1, 2009 through June 30, 2009: $962,202.75 of fees and $25,000.85 of expenses; and (c) July 1, 2009 through July 31, 2009: $1,042,206.00 of fees and $24,587.92 of expenses.

[6] The Third Interim Application sought the award of fees and expenses for the period from August 1, 2009 through October 31, 2009, as follows: (a) August 1, 2009 through August 31, 2009: $653,999.00 of fees and $44,610.63 of expenses; (b) September 1, 2009 through September 30, 2009: $1,103,982.50 of fees and $24,753.35 of expenses; and (c) October 1, 2009 through October 31, 2009: $1,036,266.50 of fees and $35,745.59 of expenses.

[7] On March 1, 2010, Akin Gump filed an Amended Notice of Fourth Interim Fee Application Request solely to provide information regarding a change in its hourly billing rates effective January 1, 2010.

$115,413.25.[8]  On March 17, 2010, this Court entered an order approving 100% of the fees and expenses sought in the Fourth Interim Application and Akin Gump has received payment of such amounts.

15.      On May 28, 2010, Akin Gump filed its Fifth Interim Fee Application Request for the Period February 1, 2010 through April 30, 2010 (the "Fifth Interim Application").  In its Fifth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,204,030.75 and the reimbursement of expenses in the amount of $71,431.03.[9]  On June 24, 2010, this Court entered an order approving 100% of the fees and expenses sought in the Fifth Interim Application and Akin Gump has received payment of such amounts.

16.      On September 7, 2010, Akin Gump filed its Sixth Interim Fee Application Request for the Period May 1, 2010 through July 31, 2010 (the "Sixth Interim Application").  In its Sixth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,630,246.00 and the reimbursement of expenses in the amount of $53,222.36.[10]  On September 30, 2010, this Court entered an order approving 100% of the fees and expenses sought in the Sixth Interim Application and Akin Gump has received payment of such amounts.

17.      On November 24, 2010, Akin Gump filed its Seventh Interim Fee Application Request for the Period August 1, 2010 through October 31, 2010 (the "Seventh Interim

---

[8] The Fourth Interim Application sought the award of fees and expenses for the period from November 1, 2009 through January 31, 2010, as follows: (a) November 1, 2009 through November 30, 2009: $1,008,811.00 of fees and $40,388.57 of expenses; (b) December 1, 2009 through December 31, 2009: $1,003,203.75 of fees and $40,839.88 of expenses; and (c) January 1, 2010 through January 31, 2010: $638,879.75 of fees and $34,184.80 of expenses.

[9] The Fifth Interim Application sought the award of fees and expenses for the period from February 1, 2010 through April 30, 2010, as follows: (a) February 1, 2010 through February 28, 2010: $636,531.00 of fees and $26,874.51 of expenses; (b) March 1, 2010 through March 31, 2010: $958,619.25 of fees and $20,735.21 of expenses; and (c) April 1, 2010 through April 30, 2010: $608,880.50 of fees and $23,821.31 of expenses.

[10] The Sixth Interim Application sought the award of fees and expenses for the period from May 1, 2010 through July 31, 2010, as follows: (a) May 1, 2010 through May 31, 2010: $633,157.50 of fees and $28,308.46 of expenses; (b) June 1, 2010 through June 30, 2010: $591,154.50 of fees and $13,375.36 of expenses; and (c) July 1, 2010 through July 31, 2010: $405,934.00 of fees and $11,538.34 of expenses.

Application"). In its Seventh Interim Application, Akin Gump sought the award and allowance

of fees in the amount of $1,970,342.75 and the reimbursement of expenses in the amount of

$61,329.76.[11] On December 15, 2010, this Court entered an order approving 100% of the fees

and expenses sought in the Seventh Interim Application and Akin Gump has received payment of

such amounts.

     18.    On February 28, 2011, Akin Gump filed its Eighth Interim Fee Application

Request for the Period November 1, 2010 through January 31, 2011 (the "Eighth Interim

Application"). In its Eighth Interim Application, Akin Gump sought the award and allowance of

fees in the amount of $1,717,656.75 and the reimbursement of expenses in the amount of

$61,022.83.[12] On March 23, 2011, this Court entered an order approving 100% of the fees and

expenses sought in the Eighth Interim Application and Akin Gump has received payment of such

amounts.

     19.    On May 27, 2011, Akin Gump filed its Ninth Interim Fee Application Request for

the Period February 1, 2011 through April 30, 2011 (the "Ninth Interim Application"). In its

Ninth Interim Application, Akin Gump sought the award and allowance of fees in the amount of

$2,114,223.50 and the reimbursement of expenses in the amount of $72,054.38.[13] On June 21,

---

[11] The Seventh Interim Application sought the award of fees and expenses for the period from August 1, 2010 through October 31, 2010, as follows: (a) August 1, 2010 through August 31, 2010: $720,036.50 of fees and $19,953.51 of expenses; (b) September 1, 2010 through September 30, 2010: $613,100.25 of fees and $26,293.55 of expenses; and (c) October 1, 2010 through October 31, 2010: $637,206.00 of fees and $15,082.70 of expenses.

[12] The Eighth Interim Application sought the award of fees and expenses for the period from November 1, 2010 through January 31, 2011, as follows: (a) November 1, 2010 through November 30, 2010: $791,081.50 of fees and $25,964.65 of expenses; (b) December 1, 2010 through December 31, 2010: $475,468.75 of fees and $26,719.94 of expenses; and (c) January 1, 2011 through January 31, 2011: $451,106.50 of fees and $8,338.24 of expenses.

[13] The Ninth Interim Application sought the award of fees and expenses for the period from February 1, 2011 through April 30, 2011, as follows: (a) February 1, 2011 through February 28, 2011: $504,764.00 of fees and $16,131.39 of expenses; (b) March 1, 2011 through March 31, 2011: $896,471.50 of fees and $26,728.17 of expenses; and (c) April 1, 2011 through April 30, 2011: $712,988.00 of fees and $29,194.82 of expenses.

2011, this Court entered an order approving 100% of the fees and expenses sought in the Ninth

Interim Application and Akin Gump has received payment of such amounts.

20.        On August 30, 2011, Akin Gump filed its Tenth Interim Fee Application Request

for the Period May 1, 2011 through July 31, 2011 (the "Tenth Interim Application").  In its Tenth

Interim Application, Akin Gump sought the award and allowance of fees in the amount of

$2,292,631.50 and the reimbursement of expenses in the amount of $87,025.80.[14]  On September

21, 2011, this Court entered an order approving 100% of the fees and expenses sought in the

Tenth Interim Application and Akin Gump has received payment of such amounts.

21.        On November 23, 2011, Akin Gump filed its Eleventh Interim Fee Application

Request for the Period August 1, 2011 through October 31, 2011 (the "Eleventh Interim

Application").  In its Eleventh Interim Application, Akin Gump sought the award and allowance

of fees in the amount of $1,922,302.00 and the reimbursement of expenses in the amount of

$131,937.52.[15]  On December 14, 2011, this Court entered an order approving 100% of the fees

and expenses sought in the Eleventh Interim Application and Akin Gump has received payment

of such amounts.

22.        On February 29, 2012, Akin Gump filed its Twelfth Interim Fee Application

Request for the Period November 1, 2011 through January 31, 2012 (the "Twelfth Interim

Application").  In its Twelfth Interim Application, Akin Gump sought the award and allowance

of fees in the amount of $723,803.00 and the reimbursement of expenses in the amount of

---

[14] The Tenth Interim Application sought the award of fees and expenses for the period from May 1, 2011 through
July 31, 2011, as follows: (a) May 1, 2011 through May 31, 2011: $626,244.00 of fees and $26,511.30 of expenses;
(b) June 1, 2011 through June 30, 2011: $1,127,196.00 of fees and $34,887.34 of expenses; and (c) July 1, 2011
through July 31, 2011: $539,191.50 of fees and $25,627.16 of expenses.

[15] The Eleventh Interim Application sought the award of fees and expenses for the period from August 1, 2011
through October 31, 2011, as follows: (a) August 1, 2011 through August 31, 2011: $589,812.00 of fees and
$14,229.01 of expenses; (b) September 1, 2011 through September 30, 2011: $849,769.00 of fees and $32,935.82 of
expenses; and (c) October 1, 2011 through October 31, 2011: $482,721.00 of fees and $84,772.69 of expenses.

$43,457.29.[16]  On March 21, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Twelfth Interim Application and Akin Gump has received payment of such amounts.

23.      On May 30, 2012, Akin Gump filed its Thirteenth Interim Fee Application Request for the Period February 1, 2012 through April 30, 2012 (the "Thirteenth Interim Application").  In its Thirteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $894,240.00 and the reimbursement of expenses in the amount of $33,461.41.[17]  On June 21, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Thirteenth Interim Application and Akin Gump has received payment of such amounts.

24.      On August 27, 2012, Akin Gump filed its Fourteenth Interim Fee Application Request for the Period May 1, 2012 through July 31, 2012 (the "Fourteenth Interim Application").  In its Fourteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $941,204.75 and the reimbursement of expenses in the amount of $41,214.88.[18]  On September 19, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Fourteenth Interim Application and Akin Gump has received payment of such amounts.

---

[16] The Twelfth Interim Application sought the award of fees and expenses for the period from November 1, 2011 through January 31, 2012, as follows: (a) November 1, 2011 through November 30, 2011: $233,453.50 of fees and $27,620.69 of expenses; (b) December 1, 2011 through December 31, 2011: $251,080.50 of fees and $5,490.47 of expenses; and (c) January 1, 2012 through January 31, 2012: $239,269.00 of fees and $10,346.13 of expenses.

[17] The Thirteenth Interim Application sought the award of fees and expenses for the period from February 1, 2012 through April 30, 2012, as follows: (a) February 1, 2012 through February 29, 2012: $196,766.50 of fees and $8,361.89 of expenses; (b) March 1, 2012 through March 31, 2012: $364,445.00 of fees and $11,844.42 of expenses; and (c) April 1, 2012 through April 30, 2012: $333,028.50 of fees and $13,255.10 of expenses.

[18] The Fourteenth Interim Application sought the award of fees and expenses for the period from May 1, 2012 through July 31, 2012, as follows: (a) May 1, 2012 through May 31, 2012: $299,488.25 of fees and $19,390.37 of expenses; (b) June 1, 2012 through June 30, 2012: $331,780.50 of fees and $9,789.88 of expenses; and (c) July 1, 2012 through July 31, 2012: $309,936.00 of fees and $12,034.63 of expenses.

25.     On November 20, 2012, Akin Gump filed its Fifteenth Interim Fee Application Request for the Period August 1, 2012 through October 31, 2012 (the "Fifteenth Interim Application").  In its Fifteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,261,324.75 and the reimbursement of expenses in the amount of $42,732.41.[19]  On December 17, 2012, this Court entered an order approving 100% of the fees and expenses sought in the Fifteenth Interim Application and Akin Gump has received payment of such amounts.

26.     On February 22, 2013, Akin Gump filed its Sixteenth Interim Fee Application Request for the Period November 1, 2012 through January 31, 2013 (the "Sixteenth Interim Application").  In its Sixteenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,233,030.25 and the reimbursement of expenses in the amount of $58,530.01.[20]  On March 26, 2013, this Court entered an order approving 100% of the fees and expenses sought in the Sixteenth Interim Application and Akin Gump has received payment of such amounts.

27.     On May 29, 2013, Akin Gump filed its Seventeenth Interim Fee Application Request for the Period February 1, 2013 through April 30, 2013 (the "Seventeenth Interim Application").  In its Seventeenth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,643,785.50 and the reimbursement of expenses in the

---

[19] The Fifteenth Interim Application sought the award of fees and expenses for the period from August 1, 2012 through October 31, 2012, as follows: (a) August 1, 2012 through August 31, 2012: $428,364.50 of fees and $14,344.19 of expenses; (b) September 1, 2012 through September 30, 2012: $344,142.25 of fees and $17,131.51 of expenses; and (c) October 1, 2012 through October 31, 2012: $488,818.00 of fees and $11,256.71 of expenses.

[20] The Sixteenth Interim Application sought the award of fees and expenses for the period from November 1, 2012 through January 31, 2013, as follows: (a) November 1, 2012 through November 30, 2012: $291,414.25 of fees and $19,178.36 of expenses; (b) December 1, 2012 through December 31, 2012: $359,824.00 of fees and $11,341.06 of expenses; and (c) January 1, 2013 through January 31, 2013: $581,792.00 of fees and $28,010.59 of expenses.

amount of $247,578.67.[21]  On June 25, 2013, this Court entered an order approving 100% of the

fees and expenses sought in the Seventeenth Interim Application and Akin Gump has received

payment of such amounts.[22]

28.      On August 29, 2013, Akin Gump filed its Eighteenth Interim Fee Application

Request for the Period May 1, 2013 through July 31, 2013 (the "Eighteenth Interim

Application").  In its Eighteenth Interim Application, Akin Gump sought the award and

allowance of fees in the amount of $3,145,347.75 and the reimbursement of expenses in the

amount of $1,403,955.50.[23]  On December 3, 2013, this Court entered an order approving 100%

of the fees and expenses sought in the Eighteenth Interim Application and Akin Gump has

received payment of such amounts.[24]

29.      On November 27, 2013, Akin Gump filed its Nineteenth Interim Fee Application

Request for the Period August 1, 2013 through October 31, 2013 (the "Nineteenth Interim

Application").  In its Nineteenth Interim Application, Akin Gump sought the award and

allowance of fees in the amount of $6,750,847.25 and the reimbursement of expenses in the

---

[21] The Seventeenth Interim Application sought the award of fees and expenses for the period from February 1, 2013 through April 30, 2013, as follows: (a) February 1, 2013 through February 28, 2013: $393,022.50 of fees and $33,952.44 of expenses; (b) March 1, 2013 through March 31, 2013: $512,510.00 of fees and $72,799.10 of expenses; and (c) April 1, 2013 through April 30, 2013: $738,253.00 of fees and $140,827.13 of expenses.

[22] Akin Gump agreed to a voluntary reduction of $12,069.00 of fees and $448.00 in expenses incurred during the period covered by the Seventeenth Interim Application pursuant to an agreement with the Office of the United States Trustee.

[23] The Eighteenth Interim Application sought the award of fees and expenses for the period from May 1, 2013 through July 31, 2013, as follows: (a) May 1, 2013 through May 31, 2013: $972,688.00 of fees and $553,338.88 of expenses; (b) June 1, 2013 through June 30, 2013: $761,300.75 of fees and $512,361.66 of expenses; and (c) July 1, 2013 through July 31, 2013: $1,411,359.00 of fees and $338,616.76 of expenses.

[24] Akin Gump agreed to a voluntary reduction of $4,959.00 of fees incurred during the period covered by the Eighteenth Interim Application pursuant to an agreement with the fee examiner.

amount of $753,983.27.[25]  On February 4, 2014, this Court entered an order approving 100% of

the fees and expenses sought in the Nineteenth Interim Application and Akin Gump has received

payment of such amounts.[26]

30.    On February 26, 2014, Akin Gump filed its Twentieth Interim Fee Application

Request for the Period November 1, 2013 through January 31, 2014 (the "Twentieth Interim

Application").  In its Twentieth Interim Application, Akin Gump sought the award and allowance

of fees in the amount of $4,777,002.00[27] and the reimbursement of expenses[28] in the amount of

$1,478,918.00.[29]  On June 9, 2014, this Court entered an order approving 100% of the fees and

expenses sought in the Twentieth Interim Application and Akin Gump has received payment of

such amounts.

31.    On May 29, 2014, Akin Gump filed its Twenty-First Interim Fee Application

Request for the Period February 1, 2014 through April 30, 2014 (the "Twenty-First Interim

---

[25] The Nineteenth Interim Application sought the award of fees and expenses for the period from August 1, 2013 through October 31, 2013, as follows: (a) August 1, 2013 through August 31, 2013: $1,444,528.00 of fees and $147,647.30 of expenses; (b) September 1, 2013 through September 30, 2013: $1,992,293.50 of fees and $130,807.61 of expenses; and (c) October 1, 2013 through October 31, 2013: $3,314,025.75 of fees and $475,528.36 of expenses.

[26] Akin Gump agreed to a voluntary reduction of $246.00 of fees and $400.00 of expenses incurred during the period covered by the Nineteenth Interim Application pursuant to an agreement with the fee examiner.

[27] Akin Gump originally sought the award of $4,776,002.00 in fees in its Twentieth Interim Application.  The fee examiner noted that the sum of Akin Gump's requested monthly fees from November 1, 2013 through January 31, 2014 was $4,777,002.00.  Additionally, the fee examiner noted that a reconciliation of the detailed time descriptions with the total hours charged for the period from November 1, 2013 through January 31, 2014 revealed that Akin Gump's fee request with respect to the Twentieth Interim Application was $538.50 less than the total fees billed during the period from November 1, 2013 through January 31, 2014.  Accordingly, in order to reconcile the amounts, Akin Gump proposed to the fee examiner that the amount requested in the Twentieth Interim Application be revised to $4,777,540.50, and the fee examiner accepted Akin Gump's proposal.

[28] Akin Gump originally sought the reimbursement of $1,584,789.57 of expenses, including $1,150,179.67 relating to Retained Professional fees and expenses, in connection with the Twentieth Interim Application.  After correspondence with the fee examiner, Akin Gump voluntarily reduced its request for expense reimbursement in connection with the Twentieth Interim Application by $105,871.17.

[29] The Twentieth Interim Application sought the award of fees and expenses for the period from November 1, 2013 through January 31, 2014 as follows: (a) November 1, 2013 through November 30, 2013: $2,215,535.00 of fees and $1,069,015.31 of expenses; (b) December 1, 2013 through December 31, 2013: $1,350,565.50 of fees and $470,735,39 of expenses; (c) January 1, 2014 through January 31, 2014: $1,209,901.50 of fees and $45,038.87 of expenses.

Application"). In its Twenty-First Interim Application, Akin Gump sought the award and allowance of fees in the amount of $5,483,520.00 and expenses in the amount of $903,390.51.[30] On September 12, 2014, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-First Interim Application and Akin Gump has received payment of such amounts.[31]

32.    On August 27, 2014, Akin Gump filed its Twenty-Second Interim Fee Application Request for the Period May 1, 2014 through July 31, 2014 (the "Twenty-Second Interim Application"). In its Twenty-Second Interim Application, Akin Gump sought the award and allowance of fees in the amount of $4,972,094.25 and expenses in the amount of $642,419.48.[32] On November 18, 2014, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Second Interim Application and Akin Gump has received payment of such amounts.[33]

33.    On November 24, 2014, Akin Gump filed its Twenty-Third Interim Fee Application Request for the Period August 1, 2014 through October 31, 2014 (the "Twenty-Third Interim Application"). In its Twenty-Third Interim Application, Akin Gump sought the award and allowance of fees in the amount of $2,143,683.50 and expenses in the amount of

---

[30] The Twenty-First Interim Application sought the award of fees and expenses for the period from February 1, 2014 through April 30, 2014 as follows: (a) February 1, 2014 through February 28, 2014: $1,491,141.25 of fees and $571,162.91 of expenses; (b) March 1, 2014 through March 31, 2014: $1,914,075.75 of fees and $50,016.96 of expenses; (c) April 1, 2014 through April 30, 2014: $2,078,303 of fees and $282,210.64 of expenses.

[31] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-First Interim Application by $5,954.00 and $9,421.88, respectively.

[32] The Twenty-Second Interim Application sought the award of fees and expenses for the period from May 1, 2014 through July 31, 2014 as follows: (a) May 1, 2014 through May 31, 2014:  $2,407,821.50 of fees and $392,244.50 of expenses; (b) June 1, 2014 through June 30, 2014: $1,568,079.75 of fees and $143,381.33 of expenses; (c) July 1, 2014 through July 31, 2014: $996,193.00 of fees and $642,419.48 of expenses.

[33] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Twenty-Second Interim Application by $3,163.00 and $13,739.27, respectively.

$60,639.88.[34]  On February 18, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Third Interim Application and Akin Gump has received payment of such amounts.

34.     On February 27, 2015, Akin Gump filed its Twenty-Fourth Interim Fee Application Request for the Period November 1, 2014 through January 31, 2015 (the "Twenty-Fourth Interim Application").  In its Twenty-Fourth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $711,841.50 and expenses in the amount of $20,623.13.[35]  On May 18, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Fourth Interim Application and Akin Gump has received payment of such amounts.

35.     On May 28, 2015, Akin Gump filed its Twenty-Fifth Interim Fee Application Request for the Period February 1, 2015 through April 30, 2015 (the "Twenty-Fifth Interim Application").  In its Twenty-Fifth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $653,922.00 and expenses in the amount of $21,373.93.[36]  On July 29, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Fifth Interim Application and Akin Gump has received payment of such amounts.[37]

---

[34] The Twenty-Third Interim Application sought the award of fees and expenses for the period from August 1, 2014 through October 31, 2014 as follows: (a) August 1, 2014 through August 31, 2014:  $706,076.00 of fees and $14,545.56 of expenses; (b) September 1, 2014 through September 30, 2014: $1,050,182.25 of fees and $9,551.52 of expenses; (c) October 1, 2014 through October 31, 2014: $387,425.25 of fees and $36,542.80 of expenses.

[35] The Twenty-Fourth Interim Application sought the award of fees and expenses for the period from November 1, 2014 through January 31, 2015 as follows: (a) November 1, 2014 through November 30, 2014:  $363,973.50 of fees and $11,859.30 of expenses; (b) December 1, 2014 through December 31, 2014:  $164,380.50 of fees and $5,916.14 of expenses; (c) January 1, 2015 through January 31, 2015:  $183,487.50 of fees and $2,847.69 of expenses.

[36] The Twenty-Fifth Interim Application sought the award of fees and expenses for the period from February 1, 2015 through April 30, 2015 as follows: (a) February 1, 2015 through February 28, 2015:  $212,070.00 of fees and $7,118.58 of expenses; (b) March 1, 2015 through March 31, 2015:  $307,102.75 of fees and $6,397.80 of expenses; (c) April 1, 2015 through April 30, 2015:  $134,749.25 of fees and $7,856.55 of expenses.

[37] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Fifth Interim Application by $720.00.

36.     On August 31, 2015, Akin Gump filed its Twenty-Sixth Interim Fee Application Request for the Period May 1, 2015 through July 31, 2015 (the "Twenty-Sixth Interim Application").  In its Twenty-Sixth Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,709,153.00 and expenses in the amount of $42,559.67.[38] On November 10, 2015, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Sixth Interim Application and Akin Gump has received payment of such amounts.[39]

37.     On November 30, 2015, Akin Gump filed its Twenty-Seventh Interim Fee Application Request for the Period August 1, 2015 through October 31, 2015 (the "Twenty-Seventh Interim Application").  In its Twenty-Seventh Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,344,304.50 and expenses in the amount of $24,226.58.[40]  On February 8, 2016, this Court entered an order approving 100% of the fees and expenses sought in the Twenty-Seventh Interim Application and Akin Gump has received payment of such amounts.[41]

38.     On February 29, 2016, Akin Gump filed its Twenty-Eighth Interim Fee Application Request for the Period of November 1, 2015 through January 31, 2016 (the

---

[38] The Twenty-Sixth Interim Application sought the award of fees and expenses for the period from May 1, 2015 through July 31, 2015 as follows: (a) May 1, 2015 through May 31, 2015:  $624,575.75 of fees and $9,509.62 of expenses; (b) June 1, 2015 through June 30, 2015:  $479,393.50 of fees and $10,767.78 of expenses; (c) July 1, 2015 through July 31, 2015:  $605,183.75 of fees and $22,282.27 of expenses.

[39] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Sixth Interim Application by $1,455.00.

[40] The Twenty-Seventh Interim Application sought the award of fees and expenses for the period from August 1, 2015 through October 31, 2015 as follows: (a) August 1, 2015 through August 31, 2015:  $315,254.00 of fees and $9,744.56 of expenses; (b) September 1, 2015 through September 30, 2015:  $393,656.50 of fees and $6,181.51 of expenses; (c) October 1, 2015 through October 31, 2015:  $635,394.00 of fees and $8,300.51 of expenses.

[41] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Twenty-Seventh Interim Application by $234.00.  Additionally, Akin Gump corrected an arithmetic error with respect to expenses incurred during the period covered by the Twenty-Seventh Interim Application, which resulted in a $30.00 increase in Akin Gump's request for the reimbursement of such expenses.

"Twenty-Eighth Interim Application"). In its Twenty-Eighth Interim Application, Akin Gump

sought the award and allowance of fees in the amount of $1,580,544.50 and expenses in the

amount of $33,163.80.[42]  On May 6, 2016, this Court entered an order approving 100% of the

fees and expenses sought in the Twenty-Eighth Interim Application and Akin Gump has received

payment of such amounts.

39.    On May 27, 2016, Akin Gump filed its Twenty-Ninth Interim Fee Application

Request for the Period of February 1, 2016 through April 30, 2016 (the "Twenty-Ninth Interim

Application"). In its Twenty-Ninth Interim Application, Akin Gump sought the award and

allowance of fees in the amount of $1,712,703.50 and expenses in the amount of $33,458.80.[43]

On August 15, 2016, this Court entered an order approving 100% of the fees and expenses

sought in the Twenty-Ninth Interim Application and Akin Gump has received payment of such

amounts.

40.    On August 31, 2016, Akin Gump filed its Thirtieth Interim Fee Application

Request for the Period of May 1, 2016 through July 31, 2016 (the "Thirtieth Interim

Application"). In its Thirtieth Interim Application, Akin Gump sought the award and allowance

of fees in the amount of $1,101,349.00 and expenses in the amount of $16,945.44.[44]  On

---

[42] The Twenty-Eighth Interim Application sought the award of fees and expenses for the period from November 1,
2015 through January 31, 2016 as follows: (a) November 1, 2015 through November 30, 2015: $754,134.50 of fees
and $15,133.27 of expenses; (b) December 1, 2015 through December 31, 2015: $322,535.00 of fees and $6,638.52
of expenses; (c) January 1, 2016 through January 31, 2016: $503,875.00 of fees and $11,392.01 of expenses.

[43] The Twenty-Ninth Interim Application sought the award of fees and expenses for the period from February 1,
2016 through April 30, 2016 as follows: (a) February 1, 2016 through February 29, 2016: $492,991.50 of fees and
$7,814.20 of expenses; (b) March 1, 2016 through March 31, 2016: $623,187.50 of fees and $12,236.52 of
expenses; (c) April 1, 2016 through April 30, 2016: $596,524.50 of fees and $13,408.08 of expenses.

[44] The Thirtieth Interim Application sought the award of fees and expenses for the period from May 1, 2016 through
July 31, 2016 as follows: (a) May 1, 2016 through May 31, 2016: $371,631.50 of fees and $5,294.18 of expenses;
(b) June 1, 2016 through June 30, 2016: $432,492.00 of fees and $9,753.83 of expenses; (c) July 1, 2016 through
July 31, 2016: $297,225.50 of fees and $1,897.43 of expenses.

November 21, 2016, this Court entered an order approving 100% of the fees and expenses sought in the Thirtieth Interim Application and Akin Gump has received payment of such amounts.

41.     On November 30, 2016, Akin Gump filed its Thirty-First Interim Fee Application Request for the Period of August 1, 2016 through October 31, 2016 (the "Thirty-First Interim Application").  In its Thirty-First Interim Application, Akin Gump sought the award and allowance of fees in the amount of $907,576.25 and expenses in the amount of $9,919.83.[45]  On February 17, 2017, this Court entered an order approving 100% of the fees and expenses sought in the Thirty-First Interim Fee Application and Akin Gump has received payment of such amounts.[46]

42.     On February 27, 2017, Akin Gump filed its Thirty-Second Interim Fee Application Request for the Period of November 1, 2016 through January 31, 2017 (the "Thirty-Second Interim Application").  In its Thirty-Second Interim Application, Akin Gump sought the award and allowance of fees in the amount of $1,276,925.50 and expenses in the amount of $17,552.76.[47]  On May 22, 2017, this Court entered an order approving 100% of the fees and expenses sought in the Thirty-Second Interim Fee Application and Akin Gump has received payment of such amounts. [48]

---

[45] The Thirty-First Interim Application sought the award of fees and expenses for the period from August 1, 2016 through October 31, 2016 as follows: (a) August 1, 2016 through August 31, 2016: $232,836.00 of fees and $2,775.53 of expenses; (b) September 1, 2016 through September 30, 2016: $275,559.75 of fees and $4,687.35 of expenses; (c) October 1, 2016 through October 31, 2016: $399,180.50 of fees and $2,456.95 of expenses.

[46] Akin Gump voluntarily reduced its request for expense reimbursement by $461.20 for the period covered by the Thirty-First Interim Application.

[47] The Thirty-Second Interim Application sought the award of fees and expenses for the period from November 1, 2016 through January 31, 2017 as follows: (a) November 1, 2016 through November 30, 2016: $470,824.50 of fees and $4,091.59 of expenses; (b) December 1, 2016 through December 31, 2016: $351,727.50 of fees and $6,186.65 of expenses; (c) January 1, 2017 through January 31, 2017: $454,373.50 of fees and $7,274.52 of expenses.

[48] Akin Gump voluntarily reduced its request for fees incurred during the period covered by the Thirty-Second Interim Application by $687.50.

43.     On May 31, 2017, Akin Gump filed its Thirty-Third Interim Fee Application

Request for the Period of February 1, 2017 through April 30, 2017 (the "Thirty-Third Interim

Application").[49]  In its Thirty-Third Interim Application, Akin Gump sought the award and

allowance of fees in the amount of $292,250.50 and expenses in the amount of $5,460.32.[50]  The

Court has yet to enter an order with respect to the Thirty-Third Interim Application.  As of the

filing of this Application, Akin Gump has received payment of 80% of the fees and 100% of the

expenses requested in the Thirty-Third Interim Application.[51]

### III.     RELIEF REQUESTED

44.     By this Application, Akin Gump seeks (i) allowance and award of compensation

for the professional services rendered by Akin Gump as co-counsel to the Committee during the

Monthly Compensation Period in the amount of $38,415.00, representing 36.30 hours of

professional services and 4.80 hours of paraprofessional services; and (ii) reimbursement of

actual and necessary expenses incurred by Akin Gump during the Monthly Compensation Period

in connection with the rendition of such professional and paraprofessional services in the amount

of $739.67.

45.     Akin Gump also seeks (i) final allowance and award of compensation for the

professional services rendered by Akin Gump as co-counsel to the Committee during the

Compensation Period in the amount of $70,131,784.95, representing 99,994.45 hours of

professionals services and 8,184.70 hours of paraprofessional services; and (ii) reimbursement of

---

[49] The First Interim Application through the Thirty-Third Interim Application shall be collectively referred to herein as the "Interim Applications".

[50] The Thirty-Third Interim Application sought the award of fees and expenses for the period from February 1, 2017 through April 30, 2017 as follows: (a) February 1, 2017 through February 28, 2017: $123,507.00 of fees and $2,615.23 of expenses; (b) March 1, 2017 through March 31, 2017: $62,484.00 of fees and $432.47 of expenses; (c) April 1, 2017 through April 30, 2017: $106,259.50 of fees and $2,412.62 of expenses.

[51] Akin Gump voluntarily reduced its request for fees and expenses incurred during the period covered by the Thirty-Third Interim Application by $3,553.50 and $301.00 respectively. This reduction is pending the Fee Examiner's final report on the Thirty-Third Interim Application.

actual and necessary expenses incurred by Akin Gump during the Compensation Period in connection with the rendition of such professional and paraprofessional services in the amount of $6,826,182.64.

46.     Akin Gump has received no payment and no promises for payment from any source for services rendered in connection with these chapter 11 cases other than in accordance with the Fee Orders.  There is no agreement or understanding between the Applicant and any other person (other than members of Akin Gump) for the sharing of compensation to be received for the services rendered in these cases.

47.     As stated in the Affirmation of David H. Botter, Esq. (the "Botter Affirmation"), annexed hereto as Exhibit A, all of the services for which final compensation is sought herein were rendered for or on behalf of the Committee solely in connection with these cases.

## IV.     SUMMARY OF SERVICES RENDERED

48.     Akin Gump has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the Debtors' unsecured creditors during the Compensation Period.  The variety and complexity of the issues in these Insolvency Proceedings and the need to act or respond to issues on an expedited basis in furtherance of the Committee's needs have required the expenditure of substantial time by Akin Gump personnel from many legal disciplines.

49.     In the ordinary course of its practice, Akin Gump maintains written records of the time expended by attorneys and paraprofessionals in the rendition of their professional services. In accordance with the provisions of the Fee Orders, a compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the services for the Committee during the Compensation Period is annexed hereto as Exhibit B.

50.      In the ordinary course of its practice, Akin Gump also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its services, all of which are available for inspection.  A schedule of the categories of expenses and amounts for which reimbursement is requested is annexed hereto as <u>Exhibit C</u>.  A detailed summary of the expenses is attached hereto as <u>Exhibit D</u>.

51.      Akin Gump respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and appropriate, and have directly contributed to the effective administration of these chapter 11 cases.

52.      The following summary of services rendered during the Compensation Period is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in <u>Exhibit B</u> for the Monthly Compensation Period and have been fully set forth on a monthly basis in the ninety-nine previous Fee Applications filed by Akin Gump for work done during the Compensation Period. The Interim Applications and the monthly applications referenced therein are incorporated herein by reference.[52]

## **General Case Administration**

(Fees: $634,663.50; Hours: 999.00)

53.      A portion of the services rendered during the Compensation Period related to the organizational needs of the Committee and matters related thereto.  Akin Gump's attention to the Committee's organizational needs during the Compensation Period enabled the Committee to function as a coordinated group and to acquit its fiduciary duties.

---

[52] To the extent the Court, the U.S. Trustee or the Fee Examiner request copies of the Interim Applications and the prior monthly applications filed by Akin Gump during these chapter 11 cases, Akin Gump will provide such parties with requested copies.

54. Akin Gump spent considerable time working with the Committee to develop appropriate bylaws to govern the Committee's conduct throughout these cases, including negotiating the terms of confidentiality arrangements acceptable to the Committee members, the Committee's professionals and the Debtors to facilitate information sharing in these cases, and assisting the Committee with understanding its financial advisory and local counsel needs.

55. During the Compensation Period, Akin Gump reviewed and analyzed all motions filed by the Debtors and other parties in interest in these cases. Akin Gump conducted necessary due diligence on the subject matter of each motion or application to, among other things, ascertain the effect the relief requested would have on the Debtors, their businesses, their creditors and the administration of these cases. Akin Gump's due diligence efforts included (i) reviewing all underlying documentation and/or litigation related to the applicable pleading, (ii) meeting with or holding conference calls with representatives of the Debtors and third parties to discuss the issues and attempt to achieve amicable resolutions to issues, as appropriate, (iii) working with the Committee's other professionals to ensure that the Committee had a complete understanding of the effect the granting of the relief requested in a given pleading would have on the Debtors' businesses and reorganization efforts, and (iv) providing summaries and analysis of such pleadings for the Committee, as necessary.

56. Akin Gump routinely held internal meetings with the professionals assigned to this matter to ensure that the Creditors' Committee's professionals were representing the Creditors' Committee in the most efficient manner at the least cost to these estates. Akin Gump also held numerous in-person meetings and/or telephonic conferences with the Debtors and each of the major parties involved in these cases, and their respective professionals to discuss and address pending issues and proposed actions.

57.     Due to Akin Gump's experience in counseling creditors' committees, Akin Gump believes it was able to efficiently address all issues relating to case administration that have arisen during the pendency of these chapter 11 cases

**Akin Gump Fee Applications/Monthly Billing Reports**

(Fees: $1,058,898.00; Hours: 2,172.00)

58.     This subject matter relates to time spent reviewing invoices and drafting monthly and interim fee statements as required under the Fee Orders, including attorney time to ensure that such materials do not improperly disclose highly confidential information related to these chapter 11 cases.  During the Compensation Period, Akin Gump prepared and filed ninety-eight monthly fee applications and thirty-three interim applications.  The Ninety-Eighth and Ninety-Ninth Monthly Fee Applications were prepared and filed after the Compensation Period, on May 23, 2017 and May 31, 2017, respectively.  The Thirty-Third Interim Application was prepared and filed after the Compensation Period, on May 31, 2017.

**Analysis of Fee Applications/Monthly Billing Reports of Other Professionals**

(Fees: $193,274.00; Hours: 352.30)

59.     This subject matter relates to Akin Gump's review of the fee applications of professionals representing other parties in interest in order to advise the Committee as to whether such fees were reasonable and appropriate.  Additionally, Akin Gump consulted with and reviewed the fee applications of other Committee professionals in order to ensure that confidential and privileged information was not included in any such fee applications.

**Retention of Professionals**

(Fees: $647,901.00; Hours: 1367.40)

60.     This subject matter relates to services performed by Akin Gump attorneys and paraprofessionals in connection with the preparation of the Committee's application to retain Akin Gump as its counsel, as well as in connection with the interviews and retention of the Committee's other professionals, including assistance in the preparation of their retention applications and negotiations in connection with the terms of such retentions.

61.     The subject matter also relates to, among other things, services performed by Akin Gump attorneys in connection with reviewing applications by the Debtors to retain various legal and financial advisors (the "Debtor Retention Applications").  During the Compensation Period, Akin Gump, on behalf of the Committee (i) reviewed and analyzed each of the Debtor Retention Applications, and (ii) participated in numerous discussions with the Committee related to the Debtor Retention Applications, and, where appropriate, engaged in negotiations with the proposed professionals, the Debtors and their advisors with respect to the terms of compensation in light of the nature of the services to be performed by the professional.  Additionally, Akin Gump, on behalf of the Committee, spent time analyzing and discussing with the Committee the terms of engagement of professionals of other parties in interest as such engagements arose throughout these chapter 11 cases.

**Committee Meetings**

(Fees: $4,962,306.00; Hours: 7,140.50)

62.     The Committee played a very active role in the Insolvency Proceedings.  Akin Gump, together with the other Committee professionals, held numerous in-person and regular telephonic meetings with the full Committee during the Compensation Period.  In addition, Akin

24

Gump had numerous telephonic conferences with individual Committee members and, when applicable, the chairperson of the Committee.

63.     Prior to each of its meetings with the Committee, Akin Gump reviewed each pending matter requiring the Committee's attention and all underlying documentation in connection therewith.  Thereafter, Akin Gump discussed each of these matters with the Committee's other professionals, the Committee, as well as individual Committee members. During these discussions, Akin Gump assisted the Committee in formulating a position with respect to each pending matter.  In addition, Akin Gump prepared and/or assisted the Committee's other professionals in preparing detailed memoranda for the Committee discussing the status of pertinent matters in these proceedings.

64.     During the Compensation Period, Akin Gump coordinated all Committee activities, including attending to member issues and interacting with the Committee's other professionals in setting agendas for the Committee's meetings and conference calls.  Akin Gump also regularly consulted with the Committee's other professionals with respect to documents and other information received from the Debtors, their representatives, and other sources.

65.     Through meetings, telephone conferences, and correspondence, Akin Gump has assisted the Committee in fulfilling its statutory duties to make informed decisions regarding the various issues that have arisen in these chapter 11 cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters.

## Court Hearings

(Fees: $2,577,603.50; Hours: 3,505.00)

66.     Akin Gump attorneys appeared at nearly all of the hearings and chambers
conferences held before this Court during the Compensation Period.  In addition, when
appropriate and necessary, Akin Gump appeared before the Canadian Court with respect to these
Insolvency Proceedings, as well as appellate courts, as applicable.

67.     Akin Gump attorneys actively represented the Committee with respect to the
matters being considered at these hearing.  Additionally, Akin Gump attorneys prepared for the
hearings by reviewing all applicable motions and briefs filed in connection therewith, including
any responses thereto, and consulted with the Committee and the Committee's other advisors, as
well as the Debtors' advisors, to formulate appropriate strategies.  Akin Gump's participation at
all hearings was necessary to protect the interests of unsecured creditors.

## Financial Reports and Analysis

(Fees: $179,859.00; Hours: 277.00)

68.     This subject matter relates to time spent by Akin Gump attorneys reviewing
financial reports, including monthly operating reports filed by the Debtors.  Analysis of these
documents by Akin Gump attorneys allowed them to keep up-to-date on the financial situation of
the Debtors so that they were able to advise the Committee with full information.

## Executory Contracts/License Agreements

(Fees: $55,298.00; Hours: 117.50)

69.     This subject matter relates to time spent by Akin Gump attorneys reviewing
executory contracts and other prepetition agreements.  During the Compensation Period, the
Debtors filed approximately sixty-five motions to assume or reject or notices of assumption or
rejection of executory contracts or license agreements.  Akin Gump attorneys spent time

26

analyzing these motions and related pleadings and advised the Committee with respect to the impact of such assumptions or rejections on the Debtors' estates and their unsecured creditors.

### General Claims Analysis/Claims Objections

(Fees: $3,617,906.50; Hours: 4,916.90)

70.    This subject matter relates to time spent by Akin Gump attorneys reviewing and analyzing issues surrounding the claims that have been filed or asserted in the Debtors' chapter 11 cases and disputes arising therefrom.  Akin Gump's efforts also included considerable time reviewing and analyzing the Schedules of Assets and Liabilities and Statements of Financial Affairs filed for each of the Debtors (the "Schedules and Statements") to properly understand the magnitude of claims against the estates.  Additionally, following the September 30, 2009 general claims bar date, Akin Gump worked with the Committee's financial advisors to analyze the breadth of claims filed against the Debtors.

71.    During the Compensation Period, the Debtors filed forty-seven omnibus claims objections, which Akin Gump attorneys reviewed and with respect to which Akin Gump advised the Committee.  Many of these omnibus objections yielded responses from creditors and Akin Gump attorneys spent time reviewing and reporting to the Committee on pleadings related to these and other claim disputes.  Further, many claim disputes in these chapter 11 cases were resolved by motions under rule 9019 of the Bankruptcy Code.  In connection therewith, Akin Gump and the Committee's other professionals performed appropriate due diligence on the claims settlements to determine if such resolutions were in the best interests of the Debtors' estates and, where material, reported to the Creditors' Committee on the terms of such settlements.

72.    Certain claims disputes resulted in lengthy litigation, including without limitation, an ongoing claims dispute with SNMP Research International, Inc. ("SNMP"), related to asserted

claims against the Debtors for infringement of intellectual property licenses. The dispute over these claims resulted in multiple adversary proceedings and the issues survive even beyond the consummation of the U.S. and Canadian Plans. Akin Gump professionals monitored these proceedings closely, reviewing pleadings and reporting on new developments to the Committee.

73.     In addition to the aforementioned items, Akin Gump otherwise monitored the Debtors' attempts to resolve claims and any motions filed by claimants related to their claims and updated and advised the Committee on all such developments.

### Analysis of Pre-Petition Transactions

(Fees: $238,312.50; Hours: 459.10)

74.     This subject matter relates to the analysis of prepetition transactions and the events that led to the Debtors' bankruptcy filings. At the beginning of these chapter 11 cases, Akin Gump commenced an in-depth review of legal and factual issues relating to the Debtors' prepetition capital structure, financing agreements and significant transactions. In connection therewith, Akin Gump attorneys performed extensive corporate due diligence, and participated in various conferences and in-person meetings with the Committee, the Committee's financial advisors and the Debtors' senior management team and advisors regarding such subjects.

### Canadian Proceedings/Matters

(Fees: $1,061,697.50; Hours: 1433.30)

75.     This subject matter relates to developments concerning the Canadian Proceeding and the impact thereof on the Debtors and their estates.

*Canadian Pleadings*

76.     During the Compensation Period, Akin Gump attorneys worked closely with the Committee's Canadian counsel to review all pleadings filed in the Canadian Proceeding (the "Canadian Pleadings") and to analyze the impact the relief requested may have on the Debtors'

estates and their creditors.  In connection with the Canadian Pleadings, Akin Gump, along with

Canadian co-counsel, participated in numerous conference calls with the Debtors' Canadian and

U.S. professionals to discuss the relief requested in pleadings, and negotiated appropriate forms

of orders related thereto.

*Cross-Border Protocols*

77.     To coordinate the administration of the Insolvency Proceedings, the Court and

the Canadian Court approved a cross-border protocol (as amended, the "Cross-Border Protocol")

in the early stages of these cases.  The Cross-Border Protocol was aimed at addressing certain

jurisdictional, notice and administrative issues that may arise during the course of the Insolvency

Proceedings.  Akin Gump spent considerable time negotiating with the professionals for the

Debtors, the Monitor, and the other major creditor stakeholders in an effort to reach a consensual

protocol.  Following these negotiations, all parties ultimately agreed on the terms of a Cross-

Border Protocol, which was approved by this Court on or about June 29, 2009 and was thereafter

amended from time to time.

78.     Additionally, Akin Gump professionals, on behalf of the Committee, worked with

the Debtors' professionals and professionals representing other parties in interest to develop a

cross-border protocol on the resolution of claims (the "Cross-Border Claims Protocol") to

efficiently address jurisdictional issues related to the filing and determination of claims that

impacted both the U.S. and Canadian estates.  This Court and the Canadian Court entered orders

approving the Cross-Border Claims Protocol on September 16, 2010.

*Canadian Funding Agreements*

79.     Akin Gump, on behalf of the Committee, spent considerable time during the

Compensation Period working with the Nortel Debtors, the Monitor and the ad hoc group of

29

Nortel bondholders (the "Ad Hoc Bondholder Group") to consider and evaluate potential funding options in the context of various intra-estate issues that required resolution in these cases, and to negotiate and document an agreement for the interim[53] and final funding of the Canadian Debtors.

80.     On December 23, 2009, the relevant parties executed the Final Canadian Funding and Settlement Agreement (the "FCFSA").  The FCFSA provided for, among other things: (a) payment by NNI to NNL of $190.8 million (subject to adjustment); and (b) the establishment of a valid and enforceable pre-filing claim (not subject to setoff or reduction) in favor of NNI against NNL in the Canadian Proceeding (the "NNI Claim") in the amount of $2,062,700,000 in part on account of certain tax-related income adjustments.  Following a joint hearing before this Court and the Canadian Court on January 21, 2010, this Court entered an order approving the FCFSA on January 26, 2010.

*The Canadian Plan*

81.     As part of a global settlement which brought these chapter 11 cases to a close, corresponding plans of compromise and arrangement in the United States and Canada were filed. On November 4, 2016, the Canadian Debtors filed such a plan in accordance with the CCAA (the "Canadian Plan").  The Canadian Plan was sanctioned at a hearing on January 24, 2017.  Akin Gump attorneys, working with the Committee's Canadian counsel, negotiated extensively, on behalf of the Committee, with other parties in interest to ensure that the terms of the Canadian Plan treated the U.S. Debtors and their unsecured creditors appropriately and kept the Committee apprised of all developments in the preparation and revision of the Canadian Plan.

---

[53] The Interim Funding Agreement among the three estates is defined and explained in greater detail below.

82.     After the Canadian Plan was sanctioned, two former employees with long-term disability claims (the "LTD Parties") sought leave to appeal the sanction order for the Canadian Plan to the Ontario Court of Appeals.  The Ontario Court of Appeals released a decision denying such leave on March 13, 2017.  Jennifer Holley, one of the LTD Parties, sought leave to appeal to the Supreme Court of Canada by way of a leave for appeal application dated May 8, 2017 and served on or about May 10, 2017.  During the Compensation Period, Akin Gump attorneys, on behalf of the Committee, negotiated an agreement establishing a reserve by the Canadian estate for the maximum additional amount that may be paid to the LTD Parties as a result of any further settlements or appeals (the "Waiver and Reserve Agreement").  The establishment of a reserve permitted the Canadian Plan and U.S. Plan (as defined below) to be consummated on May 8, 2017.  The Waiver and Reserve agreement was approved after the Compensation Period on May 1, 2017 by the Canadian Court and by this Court at a hearing on May 5, 2017.

83.     Additionally, during the Compensation Period, Akin Gump attorneys reviewed periodic reports prepared by the Canadian Monitor containing updates on the reorganization efforts and the Monitor's recommendations with respect to relief requested by the Canadian Debtors.

### General Adversary Proceedings

(Fees: $368,626.00; Hours: 644.90)

84.     This subject matter relates to legal services rendered by Akin Gump in connection with general litigation and adversary proceeding matters in these chapter 11 cases. Throughout these chapter 11 cases, Akin Gump attorneys analyzed various litigation and related issues impacting these proceedings and considered strategic options related thereto, advising the Committee of such analysis.

31

## Tax Issues

(Fees: $2,500,433.50; Hours: 3,905.50)

85.     This subject matter relates to legal services rendered by Akin Gump in connection with tax matters affecting the Nortel Debtors.  Throughout the Compensation Period, Akin Gump performed in-depth analyses of various tax issues affecting the Debtors' estates.  In connection therewith, Akin Gump attorneys conferred with the Committee's other professionals and the Debtors' advisors to discuss U.S. and cross-border tax issues in the context of these Insolvency Proceedings and to consider strategic options related thereto.  Akin Gump attorneys researched and prepared numerous memoranda for the Committee to inform them of the tax implications of various developments throughout the course of these Insolvency Proceedings.

86.     On or about August 20, 2009, the Internal Revenue Service (the "IRS") filed an amended proof of claim in the chapter 11 cases asserting an aggregate claim of over $3 billion (the "IRS Proof of Claim").  Akin Gump attorneys worked with the Committee's other professionals and the Debtors' advisors to analyze the IRS Proof of Claim and its potential impact on these Insolvency Proceedings.  On September 15, 2009, the Debtors filed an objection (the "IRS Claim Objection") to the IRS Proof of Claim seeking disallowance of the IRS claim on the grounds that it was partially time-barred and without a reasonable basis.  Following negotiations and a mediation session, the parties, with the input of the Committee, agreed to a stipulation adjourning adjudication of the IRS claim and IRS Claim Objection without date.

87.     Prior to the commencement of these chapter 11 cases, NNI and NNL submitted a joint request for a bilateral advance pricing agreement (the "APA") with the IRS and the Canada Revenue Agency (the "CRA") for the taxable years ending December 31, 2001 through December 31, 2005 (the "Review Period"), asking the two taxing authorities to mutually agree on the transfer pricing method to be applied to Nortel's international transactions, and on any

reallocations of income between the jurisdictions.  During the Compensation Period, Akin

Gump, along with the Committee's other professionals, as well as the Nortel Debtors and their

professionals analyzed the legal and business issues associated with the APA and its impact on

the Nortel Debtors' estates.

88.     On December 22, 2009, the IRS presented NNI with the proposed final form of

the APA, which provided, among other things, for an upward adjustment in NNI's taxable

income over the course of the Review Period for an amount that the IRS and CRA determined

NNI to have overpaid to NNL in respect of certain transfer pricing payments (the "Adjustment

Amount").  In connection with the APA, Akin Gump, on behalf of the Committee, engaged in

extensive discussions and negotiations with representatives of the Nortel Debtors, the Monitor,

the Ad Hoc Bondholder Group, as well as the IRS and the CRA, to resolve material inter-estate

issues, including the impact of the Adjustment Amount on the Insolvency Proceedings,

intercompany claims associated therewith, and the resolution of the IRS Proof of Claim.  These

efforts culminated in a stipulation between NNI and the IRS (the "Settlement Stipulation"),

which provided for, among other things: (a) a total U.S. federal tax liability of $37.5 million for

NNI with respect to all taxable years through and including taxable year ending December 31,

2008 (the "IRS Final Claim"), which amount satisfies any and all tax claims asserted in the IRS

Proof of Claim; (b) NNI's agreement to enter into the APA and to negotiate any closing

documents related thereto in good faith; and (c) the IRS' agreement to treat any amounts

received by NNI on account of the NNI Claim as a nontaxable event.  Following a hearing before

this Court on January 21, 2010, the Court entered an order approving the Settlement Stipulation.

This Court's approval of the Settlement Stipulation was one of several conditions to the

effectiveness of the FCFSA described above.

**Labor Issues/Employment Benefits**

(Fees: $4,756,590.75; Hours: 7,032.65)

89.     Throughout the Compensation Period, Akin Gump attorneys spent considerable time analyzing and working closely with the Debtors and their professionals to discuss and assess issues relating to the Debtors' retirement and employment benefit plans.  On June 21, 2011, this Court entered an order authorizing the U.S. Trustee to appoint an official committee of retirees (the "Retiree Committee") to act on behalf of the Debtors' retirees in good-faith negotiations regarding the modification or termination of the Debtors' retirement benefit plans.  On June 22, 2011, this Court also entered an order appointing an official committee of long-term disabled employees (the "LTD Committee") with a limited scope of authority and capped professional fees.  On July 30, 2012, the Debtors filed motions to terminate their retiree and long-term disability benefit plans (the "Termination Motions").  During the Compensation Period, Akin Gump attorneys, among other things, worked with the Debtors' professionals to analyze issues related to the Termination Motions, including reviewing numerous objections to the Termination Motions filed by individual long-term disabled employees.  Akin Gump, on behalf of the Committee, also engaged in discussions with the Debtors and the Retiree and LTD Committees regarding the Termination Motions and the resolution of the numerous issues raised by the termination of the Debtors' retiree and long-term disability benefit plans.

90.     As a result of these discussions, and with the Committee's support, on December 31, 2012, the Debtors filed a motion (the "Retiree Settlement Motion") seeking approval of (i) a settlement agreement by and among the Debtors, the Committee and the Retiree Committee resolving the various issues raised by the termination of the Debtors' retiree benefit plans (the "Retiree Settlement Agreement") and (ii) certain notice procedures in regard to the Retiree

34

Settlement Motion and the Retiree Settlement Agreement.  Following a hearing on April 2, 2013, this Court approved the Retiree Settlement Agreement.

91.     On January 18, 2013, the Debtors and the LTD Committee filed a motion (the "LTD Settlement Motion") with this Court to approve a settlement agreement between the parties and to resolve certain other issues related to the termination of the Debtors' long-term disability benefit plans.  During the Compensation Period, Akin Gump attorneys spent considerable time analyzing issues with respect to the LTD Settlement Motion and reviewing the objections filed thereto.  On February 14, 2013, this Court entered an order preliminarily approving the LTD Settlement Motion.  Following a hearing on April 30 and May 1, 2013, this Court entered an order approving the LTD Committee's motion for approval of the methods for distribution of the settlement amounts to the Debtors' long term disabled employees and related relief.

92.     Additionally, on February 18, 2010, the Debtors filed a motion (the "U.K. Pension Stay Motion") for entry of an order enforcing the automatic stay against the Nortel Networks UK Pension Trust Limited (the "U.K. Pension Trustee") and the Board of the Pension Protection Fund (the "PPF" and, together with the U.K. Pension Trustee, the "U.K. Pension Parties") as it related to their participation in the administrative proceedings regarding an alleged shortfall in the funding of the Nortel Networks U.K. Pension Plan and the issuance of a financial support direction against NNI (the "U.K. Pension Proceedings").  This Court entered an order approving the U.K. Pension Stay Motion (the "U.K. Pension Stay Order") following a hearing on February 26, 2010.

93.     On March 5, 2010, the U.K. Pension Parties appealed (the "U.K. Pension Appeal") the U.K. Pension Stay Order to the United States District Court for the District of Delaware (the "District Court").  On March 29, 2011, the District Court entered an order

affirming the U.K. Pension Stay Order.  On April 5, 2011, the U.K. Pension Parties filed a notice

of appeal of the District Court's order to the United States Court of Appeals for the Third Circuit

(the "Third Circuit"), as well as a motion to expedite the appeal (the "Motion to Expedite") on

April 8, 2011.  On May 3, 2011, the Third Circuit granted the Motion to Expedite and approved a

briefing schedule for the appeal of the District Court's order.  During the Compensation Period,

Akin Gump attorneys spent significant time analyzing issues in connection with the U.K.

Pension Appeal.  Additionally, Akin Gump attorneys spent considerable time, along with the

Debtors' professionals, preparing for oral argument before the Third Circuit on the U.K. Pension

Appeal.  On September 13, 2011, Akin Gump attorneys, on behalf of the Committee, argued

before the Third Circuit on the U.K. Pension Appeal, following which the Third Circuit affirmed

the District Court's ruling on December 29, 2011.

## Real Estate Issues/Leases

(Fees: $335,202.00; Hours: 554.10)

94.     This subject matter relates to time spent by Akin Gump attorneys on matters

relating to the Debtors' real estate assets.  Time spent by Akin Gump attorneys on this matter

included, among other things, reviewing motions by the Debtors to assume or reject unexpired

leases and enter into new leases, as well as conducting an extensive analysis of the Debtors' real

estate portfolio and proposed restructuring alternatives regarding such real property.

## Plan, Disclosure Statement and Plan Related Documentation

(Fees: $986,049.00; Hours: 1,090.20)

95.     This subject matter relates to time spent by Akin Gump attorneys related to the

Plan and Disclosure Statement, and related documents.  During the Compensation Period, Akin

Gump attorneys communicated extensively with the Debtors and other parties in interest

regarding the Plan and Disclosure Statement and reviewed, negotiated and provided comments to

36

numerous drafts of each.  Through communications with the full Committee, as well as with individual Committee members, Akin Gump attorneys kept the Committee apprised of issues raised by the terms of the Plan and Disclosure Statement.

96.     The Disclosure Statement Order was entered on December 1, 2016.  After such order was entered, Akin Gump attorneys reviewed and analyzed potential issues surrounding confirmation of the Plan and advised the Committee regarding such analyses.  This included keeping the Committee apprised of developments relating to an objection to Plan confirmation filed by the Nortel Trade Claims Consortium (the "TCC").  Akin Gump attorneys attended a mediation on January 16, 2017 to attempt to resolve the TCC Objection.  Prior to the Confirmation Hearing, the Debtors reached an agreement with the TCC to resolve the TCC Objection, which agreement was supported by the Committee.  This agreement was noticed on January 22, 2017 and approved by this Court on the record at the Confirmation Hearing.

97.     Additionally, during the Compensation Period, Akin Gump professionals prepared, on behalf of the Committee, a memorandum of law in support of confirmation of the Plan (the "Confirmation Brief").  Akin Gump professionals coordinated with other parties with respect to the arguments put forth in the various parties' pleadings in support of confirmation. Akin Gump filed the Confirmation Brief on January 19, 2017.  The Confirmation Order was entered by this Court on January 24, 2017.

### Asset/Stock Transaction/Business Liquidations

(Fees: $5,645,453.50; Hours: 9157.20)

98.     Akin Gump attorneys worked closely with the Debtors to evaluate strategic options with respect to the direction of the Debtors' business and reorganization efforts, including the divestiture of certain of the Debtors' assets.  In June 2009, the Debtors determined that selling the Nortel businesses was the best path forward to maximize the value of the

Debtors' estates, when compared to attempting to reorganize around one or more of the Debtors' business lines.  Between 2009 and 2011, the Debtors engaged in a series of sale processes (the "Asset Sales") that resulted in the sale of substantially all of the Debtors' assets.  Ten separate Asset Sales generated more than $7 billion in cash proceeds (the "Asset Sale Proceeds").

99.     In connection with the Asset Sales, Akin Gump attorneys worked with the Debtors and their professionals as well as professionals for the other major creditor constituents to evaluate third party bids, and assess and analyze transaction issues.  Akin Gump advised the Committee on these issues through detailed memoranda and numerous telephonic conferences.  Akin Gump attorneys reviewed, commented on, and negotiated all underlying documentation for each of the Asset Sales, including proposed forms of bidding procedures and sale motions.  Akin Gump advised the Committee as to whether the interests of U.S. unsecured creditors were being protected in the course of the Asset Sales and prepared objections, on behalf of the Committee, to certain procedures when necessary to protect such interests.

### Non-Debtor Affiliates

(Fees: $456,762.50; Hours: 905.00)

100.     During the Compensation Period, Akin Gump worked closely with the Committee's other professionals to examine and analyze certain restructuring issues and proposals related to Nortel's non-Debtor affiliates.  In connection therewith, Akin Gump, on behalf of the Committee, participated in numerous meetings and conference calls with the Debtors' professionals and other major stakeholders to discuss such strategic alternatives with respect to the non-Debtor affiliates.

101.     Akin Gump attorneys, on behalf of the Committee participated in negotiations with other parties in interest to address issues arising from the participation of non-Debtor affiliates in the Asia Pacific/Asia Central and Central America/Latin America (the "Fourth Estate

Entities") regions in certain distribution escrow agreements related to the Asset Sale Proceeds. As a result of their interests, the consent of the Fourth Estate Entities was required for the release of Asset Sale Proceeds from a particular escrow account.  Additionally, the potential entitlement of the Fourth Estate entities to the Asset Sale Proceeds further complicated the Allocation Dispute, as defined below.  The Debtor estates and the Fourth Estate Entities entered into an agreement, supported by the Committee, dated June 19, 2012, pursuant to which the Fourth Estate Entities agreed to settle their allocation entitlement for payments totaling $44.9 million.

### **Intercompany Analysis**

(Fees: $35,816,715.00; Hours: 56,416.40)

102.    This subject matter relates to time spent by Akin Gump attorneys reviewing and analyzing certain intercompany issues arising among the various Nortel entities around the world, and the impact of such issues on the Insolvency Proceedings.  Akin Gump attorneys, along with the Committee's other professionals, spent considerable time during the Compensation Period analyzing and examining issues related to the allocation of the Asset Sale Proceeds and discussing such issues with the Committee and with other parties.  These issues were of paramount importance to these chapter 11 cases and Akin Gump professionals devoted time to them throughout the course of these proceedings.

103.    Akin Gump attorneys, in consultation with the Committee's other advisors, spent significant time negotiating and documenting the terms of an agreement among the U.S. Debtors, the Monitor, the Committee, the Administrator, and the Ad Hoc Bondholder Group to address the interim funding needs of the Canadian and EMEA estates.  Akin Gump, at the direction of the Committee, also prepared strategic alternatives in the event that the parties were unable to reach a consensual arrangement.  The negotiations ultimately proved successful, however, and the Canadian, U.S. and EMEA Debtors entered into the Interim Funding and Settlement Agreement

dated as of June 9, 2009 (the "Interim Funding Agreement"), which was supported by the Committee and the Ad Hoc Bondholder Group.  The Interim Funding Agreement was approved at a joint hearing of this Court and the Canadian Court held on June 29, 2009.  Pursuant to the Interim Funding Agreement, the parties agreed to a process by which the dispute regarding the allocation of Sale Proceeds among the Nortel estates (the "Allocation Dispute") would be resolved consensually or through litigation.

104.    Akin Gump, on behalf of the Committee, participated in three separate Court-approved mediations through the course of the Insolvency Proceedings in an attempt to resolve the Allocation Dispute.  Following the failure of the first two mediations to produce a consensual resolution, on March 8, 2013, this Court and the Canadian Court approved a protocol for the litigation of the Allocation Dispute before the two courts in a joint trial (the "Allocation Trial").  The Allocation Trial began on May 12, 2014.  The evidentiary portion of the allocation trial concluded on June 24, 2014, and closing arguments concluded on September 24, 2014.  Akin Gump attorneys, on behalf of the Committee, participated in every aspect of the Allocation Trial, advocating for the positions of the U.S. estate and its creditors for the allocation of the Asset Sale Proceeds.

105.    On May 12, 2015, the Court and the Canadian Court issued decisions (respectively, the "U.S. Allocation Decision" and the "Canadian Allocation Decision" and, collectively, the "Allocation Decisions") allocating the sale proceeds based on a "modified pro-rata" methodology.

106.    Akin Gump, on behalf of the Committee, filed a joinder with reservation of rights to the Debtors' motion for reconsideration of the U.S. Allocation Decision and, together with the Committee's Canadian counsel, filed a joinder to the Debtors' motion for reconsideration of the

Canadian Allocation Decision.  On June 25, 2015, the Courts held a joint hearing regarding the

motions for reconsideration of the Allocation Decisions.  On July 6, 2015, the Courts issued

decisions with respect to the reconsideration motions, which upheld the "modified pro rata"

allocation methodology.   On July 9, 2015, Akin Gump, on behalf of the Committee, filed a

notice of appeal of the U.S. Allocation Decision.

107.    The parties briefed fully the U.S. Allocation Appeals in the United States District

Court for the District of Delaware (the "District Court") and the District Court heard oral

argument on the U.S. Allocation Appeals on April 5, 2016.  On May 24, 2016, the District Court

entered an order certifying the U.S. Allocation Appeals to the Third Circuit.  In light of the

District Court's order certifying the U.S. Allocation Appeals to the Third Circuit, the Monitor

and Canadian Debtors and the EMEA Debtors filed in the Third Circuit petitions for permission

to appeal directly thereto, pursuant to 28 U.S.C. § 158(d)(2), which were joined by several other

parties (collectively, the "Third Circuit Petitions").  Akin Gump, on behalf of the Committee,

drafted and filed an opposition brief with respect to the Third Circuit Petitions.  On August 9,

2016, the Third Circuit issued an order granting the Third Circuit Petitions.

108.    Akin Gump attorneys carefully considered the issues on appeal and coordinated

with other parties in interest regarding their approach to the U.S. Allocation Appeals.  During the

Compensation Period, Akin Gump prepared various documents for the U.S. Allocation Appeals

before the Third Circuit.  On October 7, 2016, a joint letter was filed in the Third Circuit on

behalf of the Committee and other appellee and cross-appellant parties providing an update on

scheduling and briefing matters.  Akin Gump attorneys, on behalf of the Committee,

communicated closely with the other signatory parties in the preparation of this letter.

109.    While the U.S. Allocation Appeals were pending, Akin Gump, on behalf of the Committee, was actively engaged in the third mediation with the Honorable Judge Joseph Farnan, as mediator, in an attempt to finally resolve the Allocation Dispute.  This mediation ultimately resulted in a proposed settlement of the Allocation Dispute pursuant to the Settlement and Plans Support Agreement (the "SPSA"), which was filed with the Court on October 12, 2016.  [ECF No. 17249].  During the Compensation Period, Akin Gump vigorously represented the interests of the Committee in negotiations to reach the SPSA, which the Committee believed was in the best interest of the Debtors' unsecured creditors.  The terms of the SPSA are incorporated in the Plan and the Canadian Plan, as confirmed and sanctioned, respectively, and the SPSA was separately approved by an order of this Court on January 24, 2017. [ECF No. 17794].

### European Proceedings/Matters

(Fees: $164,584.50; Hours: 324.00)

110.    During the Compensation Period, Akin Gump worked closely with the Committee's European counsel, Ashurst, to examine and analyze all issues related to the European proceedings, and through memoranda or conference calls, as appropriate, advised the Committee of the impact such issues may have on the Debtors' estates and their creditors.

### Intellectual Property

(Fees: $2,433,363.50; Hours: 3,786.20)

111.    This subject matter relates to time spent by Akin Gump attorneys reviewing the Debtors' intellectual property portfolio, analyzing intellectual property issues associated with the various asset divestitures by the estates, and considering strategic alternatives for maximizing the value of the Nortel Debtors' intellectual property portfolio for the benefit of the estates.

112.    An auction with respect to the sale (the "IP Sale") of the Debtors' intellectual property portfolio (the "Nortel IP") was held on June 27-30, 2011.  A consortium comprised of Apple, EMC, Ericsson, Microsoft, Research in Motion and Sony Corporation (collectively, the "IP Purchasers") won with a bid of $4.5 billion.  A joint hearing was held by the U.S. and Canadian Courts on July 11, 2011, following which this Court entered an order approving the sale of the Nortel IP to the IP Purchasers.  Akin Gump attorneys, along with the Committee's other professionals, spent considerable time working with professionals for the Debtors and the IP Purchasers to analyze issues and finalize relevant documents in advance of closing.  The IP Sale was consummated on July 29, 2011.

### Non-Working Travel

(Fees: $1,077,900.50; Hours: 2,876.90)

113.    During the Compensation Period, Akin Gump attorneys spent 5753.80 non-working hours traveling to and from court hearings.  Pursuant to Local Rule 2016-2(d)(viii), Akin Gump has discounted this time by 50% and, accordingly, has billed 2876.90 working hours traveling for the Compensation Period.

## V.    ALLOWANCE OF COMPENSATION

114.    The professional services rendered by Akin Gump required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the Committee could be addressed with skill and dispatch and have, therefore, required the expenditure of substantial time and effort.  It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively and economically, and the results obtained to date have benefited not only the members of the Committee, but also the unsecured creditor body as a whole and the Debtors' estates.

115.     The allowance of interim compensation for services rendered and reimbursement

of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> . . . any professional person . . . may apply to the court not more than once every
> 120 days after an order for relief in a case under this title, or more often if the
> court permits, for such compensation for services rendered . . . as is provided
> under section 330 of this title.

11 U.S.C. § 331.  Moreover, this Court has authorized the filing of this Application pursuant to

the Fee Orders and the Plan.

116.     With respect to the level of compensation, 11 U.S.C. § 330(a)(1)(A) provides, in

pertinent part, that the Court may award to a professional person "reasonable compensation for

actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1)(A).  Section 330(a)(3), in turn,

provides that:

> In determining the amount of reasonable compensation to be awarded . . . the
> court shall consider the nature, the extent, and the value of such services, taking
> into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of
> time commensurate with the complexity, importance, and nature of the
> problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board
> certified or otherwise has demonstrated skill and experience in the
> bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases other
> than cases under this title.

11 U.S.C. §330(a)(3).  The clear Congressional intent and policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

117.    The total time spent by Akin Gump attorneys and paraprofessionals during the Compensation Period was 108,179.15 hours.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  Akin Gump believes that the compensation requested in the Application is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11 of the United States Code.

118.    As shown by this application and supporting documents, Akin Gump spent its time economically and without unnecessary duplication of time.  Akin Gump's hourly rates are subject to periodic increases (typically in January of each year) in the normal course of its business.  Attached hereto as Exhibit E is a schedule of the hours expended by Akin Gump attorneys and paraprofessionals during the Compensation Period, their hourly rates, and the value of their services.  In addition, Akin Gump incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee in the sum of $739.67 for the Monthly Compensation Period and $6,826,182.64 for the Compensation Period, for which Akin Gump respectfully requests reimbursement in full.

119.    The disbursements and expenses have been incurred in accordance with Akin Gump's normal practice of charging clients for expenses clearly related to and required by particular matters.  Akin Gump has endeavored to minimize these expenses to the fullest extent possible.  Expenses for which reimbursement is sought include expenses incurred in prior

months, but not previously billed.  This is because expenses are billed in the month processed, which can slightly lag the time of incurrence.

120.    Akin Gump's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, since the needs of each client for such services differ.  Akin Gump believes that it is fairest to charge each client only for the services actually used in performing services for it.  Akin Gump charges $.10 per page for internal duplicating and does not charge for facsimile transmissions.  Akin Gump has negotiated a discounted transactional rate for computer assisted legal research.

121.    No agreement or understanding exists between Akin Gump and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with these cases.

122.    No prior application has been made in this or in any other Court for the relief requested herein for the Compensation Period other than in accordance with the Fee Orders, as described above.

*[remainder of page intentionally left blank]*

**WHEREFORE**, Akin Gump respectfully requests that this Court:

(a)    approve the allowance of $38,415.00 for compensation for professional services rendered to the Committee during the Monthly Compensation Period;

(b)    approve the allowance of $70,131,784.95 for compensation for professional services rendered to the Committee during the Compensation Period;

(c)    approve the reimbursement of Akin Gump's out-of-pocket expenses incurred in connection with the rendering of such services during the Monthly Compensation Period in the amount of $739.67;

(d)    approve the reimbursement of Akin Gump's out-of-pocket expenses incurred in connection with the rendering of such services during the Compensation Period in the amount of $6,826,182.64; and

(e)    authorize and direct the Debtors to immediately pay to Akin Gump the amount of $39,154.67 which is equal to the sum of 100% of Akin Gump's fees and 100% of Akin Gump's expenses incurred during the Monthly Compensation Period.

New York, New York

Dated: July 7, 2017

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____

    David H. Botter (admitted *pro hac vice*)
    A Member of the Firm
    One Bryant Park
    New York, New York 10036
    (212) 872-1000
    Co-Counsel to the Official Committee of
    Unsecured Creditors