# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## MAY 1, 2017 THROUGH MAY 8, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Akin Gump Fee Applications/Monthly Billing Reports | 3.90 | $2,242.50 |
| Creditors' Committee Meetings | 1.40 | $1,105.50 |
| Court Hearings | 11.80 | $7,984.00 |
| General Claims Analysis/Claims Objections | 12.50 | $13,870.50 |
| Canadian Proceedings/Matters | 0.20 | $221.00 |
| Plan, Disclosure Statement and Plan Related Documentation | 7.60 | $8,497.00 |
| Travel | 2.50 | $2,994.50 |
| Intercompany Analysis | .10 | $110.50 |
| **TOTAL** | **41.10** | **$38,415.00** |



NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
8601 SIX FORKS ROAD
SUITE 400
RALEIGH, NC  27615

Invoice Number 1721973
Invoice Date 07/07/17
Client Number 687147
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/08/17 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|  |  | HOURS | VALUE |
|---|---|---|---|
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 3.90 | $2,242.50 |
| 0007 | Creditors Committee Meetings | 1.40 | $1,105.50 |
| 0008 | Court Hearings | 11.80 | $7,984.00 |
| 0012 | General Claims Analysis/Claims Objections | 12.50 | $13,870.50 |
| 0014 | Canadian Proceedings/Matters | 0.20 | $221.00 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 7.60 | $8,497.00 |
| 0025 | Travel | 2.50 | $2,994.50 |
| 0029 | Intercompany Analysis | 1.20 | $1,500.00 |
|  | TOTAL | 41.10 | $38,415.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                      Page 2
Bill Number: 1721973                                                                                        07/07/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 05/08/17 | AL | 0003 | Review fee exhibit (.5); review prebill for confidentiality and privilege (.4); prepare fee application (3.0). | 3.90 |
| 05/08/17 | RAJ | 0007 | Attend Committee call (partial). | 0.10 |
| 05/08/17 | DHB | 0007 | Final Committee call (.2). | 0.20 |
| 05/08/17 | BMK | 0007 | Prepare for (.1) and attend (.2) committee call re: effective date. | 0.30 |
| 05/08/17 | AL | 0007 | Prepare for (.6) and attend (.2) Committee call. | 0.80 |
| 05/01/17 | DK | 0008 | Review case docket (.2); organize newly filed pleadings for attorneys (.3). | 0.50 |
| 05/01/17 | DK | 0008 | Prepare for hearing. | 1.70 |
| 05/01/17 | AL | 0008 | Prepare for hearing on SNMP matter. | 0.50 |
| 05/02/17 | RAJ | 0008 | Attend hearing on SNMP motion to exclude evidence. | 2.80 |
| 05/02/17 | DK | 0008 | Review case docket (.2); organize recently filed pleadings for attorneys (.3). | 0.50 |
| 05/02/17 | DK | 0008 | Prepare for SNMP hearing. | 0.60 |
| 05/03/17 | AL | 0008 | Internal communication re: hearing on entry into waiver and reserve agreement. | 0.90 |
| 05/04/17 | DK | 0008 | Review agenda for upcoming hearing (.3); prepare for same (1.3). | 1.50 |
| 05/04/17 | AL | 0008 | Prepare for hearing on entry into waiver and reserve agreement. | 1.00 |
| 05/05/17 | RAJ | 0008 | Hearing on motion to approve waiver of finality condition. | 0.30 |
| 05/05/17 | DHB | 0008 | Attend hearing (.6); draft memo for Committee re outcome of same and next steps (.2). | 0.80 |
| 05/05/17 | AL | 0008 | Internal communication re: hearing on entry into waiver and reserve agreement. | 0.70 |
| 05/01/17 | RAJ | 0012 | Prepare for SNMP hearing on motion to exclude (1.2); emails with Akin team re same (.2, .1); review evidentiary record (1.7). | 3.20 |
| 05/02/17 | RAJ | 0012 | Further analyze evidentiary record in SNMP claims adversary proceeding (1.5); review additional authorities submitted by SNMP (.3); draft report to Committee re SNMP litigation (1.6). | 3.40 |
| 05/02/17 | DHB | 0012 | Email communications re SNMP claims adversary proceeding. | 0.20 |
| 05/04/17 | RAJ | 0012 | Emails with SNMP claims counsel and with Debtors re filings in SNMP matter (.2, .1, .1); review docket (.2). | 0.60 |
| 05/05/17 | RAJ | 0012 | Emails with Akin team and Delaware counsel re filings in SNMP claims matter (.2, .1, .3); review pre-hearing brief filed by Debtors (.8); review other pre-hearing materials filed by Debtors (.6); review pre-hearing brief submitted by SNMP (1.1). | 3.10 |
| 05/05/17 | DHB | 0012 | Email communications with R. Johnson re SNMP claims adversary proceeding and next steps. | 0.20 |
| 05/08/17 | RAJ | 0012 | Analyze SNMP Schedule 1 issues. | 1.80 |
| 05/01/17 | RAJ | 0014 | Review endorsement of Canadian court of finality waiver and related emails. | 0.20 |
| 05/01/17 | RAJ | 0022 | Review drafts of letter to Third Circuit re: allocation appeals and related emails (.2, .1, .1). | 0.40 |
| 05/02/17 | RAJ | 0022 | Emails with Akin team re closing and Effective Date issues (.1, .2); analyze Plan provisions (.2). | 0.50 |
| 05/03/17 | RAJ | 0022 | Call with Committee member re closing issues (.3); multiple emails with Akin and Cassels teams re same (.2, .1); review Third Circuit order granting stay of briefing schedule (.1); emails with team re same (.2); draft report to Committee re status of appeals and stay of briefing (.4); review BRG analysis of draft flow of funds (.3). | 1.60 |
| 05/03/17 | DHB | 0022 | Telephone call with counsel to ITs re distribution mechanics (.2); emails re same (.1) (.1); emails re closing (.1) (.1). | 0.60 |
| 05/04/17 | RAJ | 0022 | Multiple emails re hearing on motion to approve waiver of finality condition in SPSA (.3, .1); emails re Effective Date issues (.2). | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 3
Bill Number: 1721973  07/07/17

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 05/04/17 | DHB | 0022 | Review status update email from R. Johnson (.1) and draft plan update email to Committee (.1); emails re same (.1); attend distribution mechanism call (.3). | 0.60 |
| 05/04/17 | BMK | 0022 | Review plan closing issues | 0.40 |
| 05/05/17 | RAJ | 0022 | Emails re motion to approve waiver of finality condition (.2); emails re closing (.1). | 0.30 |
| 05/07/17 | DHB | 0022 | Review changes to instructions and closing info (.4); emails re same (.1). | 0.50 |
| 05/08/17 | DHB | 0022 | Attend closing update call (.3); emails re closing issues (.2); communication with B. Kahn re same (.1); further emails re same (.2). | 0.80 |
| 05/08/17 | BMK | 0022 | Emails re: effective date issues (0.7); communications with Cleary, Botter re: same (0.3, 0.3). | 1.30 |
| 05/02/17 | RAJ | 0025 | Travel (non-working portion) to/from Wilmington for SNMP hearing (actual time 1.80). | 0.90 |
| 05/05/17 | DHB | 0025 | Travel to and from New York to hearing (actual time 3.20). | 1.60 |
| 05/01/17 | DHB | 0029 | Review 3rd Circuit letter re: allocation appeals. | 0.40 |
| 05/03/17 | AQ | 0029 | Review and analyze 3d. Circuit stipulation and emails with Cleary regarding same. | 0.20 |
| 05/03/17 | DHB | 0029 | Review stipulations of dismissal (.2); emails re same (.1) (.1); execute same (.1); 3rd Circuit order and emails re same (.1). | 0.60 |

Total Hours  41.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| R A JOHNSON | 19.80 | at | $1105.00 | = | $21,879.00 |
| A QURESHI | 0.20 | at | $1250.00 | = | $250.00 |
| D H BOTTER | 6.50 | at | $1250.00 | = | $8,125.00 |
| B M KAHN | 2.00 | at | $950.00 | = | $1,900.00 |
| A LORING | 7.80 | at | $575.00 | = | $4,485.00 |
| D KRASA-BERSTELL | 4.80 | at | $370.00 | = | $1,776.00 |

Current Fees  $38,415.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Courier Service/Messenger Service- Off Site | $14.72 |
| Duplication - In House | $11.20 |
| Meals (100%) | $25.44 |
| Travel - Ground Transportation | $82.31 |
| Travel - Train Fare | $606.00 |

Current Expenses  $739.67

**Total Amount of This Invoice**  **$39,154.67**

**Prior Balance Due**  $59,137.60

**Total Balance Due Upon Receipt**  $98,292.27