# EXHIBIT C

**DISBURSEMENT SUMMARY**

**MAY 1, 2017 THROUGH MAY 8, 2017**

| | |
|---|---:|
| Courier Service/Messenger Service – Off Site | $14.72 |
| Duplication – In House | $11.20 |
| Meals (100%) | $25.44 |
| Travel – Ground Transportation | $82.31 |
| Travel – Train Fare | $606.00 |
| **TOTAL** | **$739.67** |