# EXHIBIT D



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN  DOLITTLE  
8601 SIX FORKS ROAD  
SUITE 400  
RALEIGH, NC  27615

| | |
|---|---|
| Invoice Number | 1721973 |
| Invoice Date | 07/07/17 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/08/17 :

Current Fees                                                                                          $38,415.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/02/17 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1767603705101702 DATE: 5/10/2017 Rail Fare, 05/02/17, Amtrak ticket purchase re: travels to Wilmington for hearing on SNMP motion to exclude evidence., Amtrak - Acela Express Business fare - reduced | $114.00 |
| 05/02/17 | Travel - Train Fare  VENDOR: ROBERT A. JOHNSON INVOICE#: 1767603705101702 DATE: 5/10/2017 Rail Fare, 05/02/17, Amtrak ticket purchase re: Return back from Wilmington to NY Penn Station - attendance of hearing on SNMP motion to exclude evidence., Amtrak - Acela Express  Business fare -reduced | $118.00 |
| 05/02/17 | Travel - Ground Transportation VENDOR: ROBERT A. JOHNSON | $5.50 |

| Date | Description | Amount |
|---|---|---|
| | INVOICE#: 1767603705101702 DATE: 5/10/2017 Taxi/Car Service/Public Transport, 05/02/17, PATH Train ticket purchase to/from Newark Penn., NJ Path | |
| 05/03/17 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 00000002E52E187-17 DATE: 5/6/2017 \|TRACKING #: 1Z02E52E0195243548; SHIP DATE: 05/03/2017; SENDER: Brad Kahn; NAME: Carly Kipen COMPANY: Cleary Gottlieb Steen & Hamilton ADDRESS: One Liberty Plaza, New York, NY 10006 US; | $14.72 |
| 05/04/17 | Duplication - In House  Photocopy - Krasa-Berstell, Dagmar, NY, 112 page(s) | $11.20 |
| 05/05/17 | Travel - Ground Transportation VENDOR: DAVID H. BOTTER INVOICE#: 1777830105102102 DATE: 5/10/2017 Taxi/Car Service/Public Transport, 05/05/17, Taxi from Delaware train station to Court., Lolly Taxi Cab | $8.00 |
| 05/05/17 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1234164 DATE: 5/10/2017  Vendor: Dial Car Voucher #: RV1933Z1FB Date: 05/05/2017 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: RV1933Z1FB Date: 05/05/2017 Name: David Botter | $45.96 |
| 05/05/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 663773 DATE: 5/5/2017 NAME: BOTTER DAVID H TICKET #: 0010041408 DEPARTURE DATE: 05/05/2017 ROUTE: NYP WIL NYP Business fare - reduced | $342.00 |
| 05/05/17 | Travel - Train Fare  VENDOR: AMERICAN EXPRESS INVOICE#: 663773 DATE: 5/5/2017 NAME: BOTTER DAVID H TICKET #: 0704355045 DEPARTURE DATE: 05/05/2017 ROUTE: UNKNOWN | $32.00 |
| 05/08/17 | Travel - Ground Transportation VENDOR: ANTHONY LORING INVOICE#: 1783115805161602 DATE: 5/16/2017 Taxi/Car Service/Public Transport, 05/08/17, Late car home., Uber | $22.85 |
| 05/08/17 | Meals (100%)  VENDOR: GRUBHUB HOLDINGS INC F/K/A SEA/DC upload INVOICE#: 2660924 DATE: 5/14/2017 Anthony Loring - Bella Vita 43rd/8th) - 05/08/2017 | $25.44 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                              Page 3
Bill Number: 1721973                                                                                 07/07/17

| | |
|---|---:|
| Current Expenses | $739.67 |
| **Total Amount of This Invoice** | **$39,154.67** |
| **Prior Balance Due** | $59,137.60 |
| **Total Balance Due Upon Receipt** | $98,292.27 |