# EXHIBIT E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS

RENDERING SERVICES DURING THE PERIOD

MAY 1, 2017 THROUGH MAY 8, 2017

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| David H. Botter | Partner for 15 years; Admitted in 1990; Financial Restructuring Department | $1,250 | 6.50 | $8,125.00 |
| Robert A. Johnson | Partner for 20 years; Admitted in 1988; Litigation Department | $1,105 | 19.80 | $21,879.00 |
| Brad M. Kahn | Partner for 1 year; Admitted in 2008; Financial Restructuring Department | $950 | 2.00 | $1,900.00 |
| Abid Qureshi | Partner for | $1,250 | .20 | $250.00 |
| Anthony Loring | Associate for 2 years; Admitted in 2016; Financial Restructuring Department | $575 | 7.80 | $4,485.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 25 years; Financial Restructuring Department | $370 | 4.80 | $1,776.00 |

Total Amount of Fees:      **$38,415.00**

Total Number of Hours:    41.10

Blended Hourly Rate:       **$934.67**