## CERTIFICATE OF SERVICE

I, L. Katherine Good, do hereby certify that on July 7, 2017, a copy of the foregoing **One Hundredth Monthly and Final Application of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from January 22, 2009 through May 8, 2017** was served on the parties on the attached list and in the manner indicated thereon.

/s/ L. Katherine Good
L. Katherine Good (No. 5101)

2253216v1

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL AND E-MAIL** |
| *(Counsel for Debtors)* <br> Derek C. Abbott, Esq <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. 1347 <br> Wilmington, DE 19899-1347 | *(Fee Examiner)* <br> Judith Scarborough <br> Master, Sidlow & Associates, P.A. <br> 2002 West 14th Street <br> Wilmington, DE 19806 <br> E-mail: jscarborough@mastersidlow.com |

**VIA HAND DELIVERY AND E-MAIL**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Mark.Kenney@usdoj.gov

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks Inc.
P.O. Box 591669
Houston, TX 77259
(Attn: Mary Cilia)

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

2253216v1