## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., <u>et al.</u>,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** July 27, 2017 4:00 pm |
|  | ) | Hearing: TBD |
|  | ) |  |

## FINAL APPLICATION OF ASHURST LLP, EUROPEAN COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM JANUARY 30, 2009 THROUGH MAY 8, 2017

This is a(n):_____ monthly _____ interim ___X___ final application.

| | |
|---|---|
| Name of Applicant: | **Ashurst LLP** |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009 (nunc pro tunc to January 30, 2009) |
| Final Period for which Compensation and Reimbursement is sought: | January 30, 2009 through May 8, 2017 |
| Amount of Final Compensation sought as actual, reasonable and necessary | £5,519,648.79 (US $711,206,746.59)[2] |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | £122,391.74 (US $157,701.76)[3] |

This is (a)n: ___ interim _X_ final application.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International, Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2]  The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.2885 as published by Bloomberg.com on the date of this application.

[3]  The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.2885 as published by Bloomberg.com on the date of this application.

5689761

## SUMMARY OF PREVIOUS FEE APPLICATIONS

| Time Period | Fees | Expenses |
|---|---|---|
| 30/01/2009 – 28/02/2009 (First Monthly Fee Application) | £97,645.50 | £332.52 |
| 01/03/2009 – 31/03/2009 (Second Monthly Fee Application) | £67,637.50 | £113.96 |
| 01/04/2009 – 30/04/2009 (Third Monthly Fee Application) | £77,055.75 | £132.18 |
| 01/05/2009 – 31/05/2009 (Fourth Monthly Fee Application) | £82,445.50 | £209.58 |
| 01/06/2009 – 30/06/2009 (Fifth Monthly Fee Application) | £115,135.29 | £330.71 |
| 01/07/2009 – 31/07/2009 (Sixth Monthly Fee Application) | £16,941.50 | £73.60 |
| 01/08/2009 – 31/08/2009 (Seventh Monthly Fee Application) | £30,473.00 | £124.65 |
| 01/09/2009 – 30/09/2009 (Eighth Monthly Fee Application) | £126,125.00 | £669.85 |
| 01/10/2009 – 31/10/2009 (Ninth Monthly Fee Application) | £68,035.00 | £751.58 |
| 01/11/2009 – 30/11/2009 (Tenth Monthly Fee Application) | £85,744.00 | £295.39 |
| 01/12/2009 – 31/12/2009 (Eleventh Monthly Fee Application) | £39,771.25 | £157.33 |
| 01/01/2010 – 31/01/2010 (Twelfth Monthly Fee Application) | £82,476.50 | £231.04 |
| 01/02/2010 – 28/02/2010 (Thirteenth Monthly Fee Application) | £70,921.00 | £208.78 |
| 01/03/2010 – 31/03/2010 (Fourteenth Monthly Fee Application) | £29,316.50 | £110.72 |
| 01/04/2010 – 30/04/2010 (Fifteenth Monthly Fee Application) | £75,934.50 | £4,885.11 |
| 01/05/2010 – 31/05/2010 (Sixteenth Monthly Fee Application) | £31,657.50 | £163.27 |
| 01/06/2010 – 30/06/2010 (Seventeenth Monthly Fee Application) | £28,869.50 | £27.39 |

5689761

| Time Period | Fees | Expenses |
| --- | --- | --- |
| 01/07/2010 – 31/07/2010<br>(Eighteenth Monthly Fee Application) | £14,207.50 | £44.10 |
| 01/08/2010 – 31/08/2010<br>(Nineteenth Monthly Fee Application) | £17,934.50 | £105.32 |
| 01/09/2010 – 30/09/2010<br>(Twentieth Monthly Fee Application) | £57,207.00 | £179.15 |
| 01/10/2010 – 31/10/2010<br>(Twenty-First Monthly Fee Application) | £68,958.50 | £467.29 |
| 01/11/2010 – 30/11/2010<br>(Twenty-Second Monthly Fee Application) | £137,649.50 | £8,866.54 |
| 01/12/2010 – 31/12/2010<br>(Twenty-Third Monthly Fee Application) | £63,286.50 | £140.39 |
| 01/01/2011 – 31/01/2011<br>(Twenty-Fourth Monthly Fee Application) | £45,550.00 | £1074.07 |
| 01/02/2011 – 28/02/2011<br>(Twenty-Fifth Monthly Fee Application) | £135,847.00 | £512.47 |
| 01/03/2011 – 31/03/2011<br>(Twenty-Sixth Monthly Fee Application) | £222,660.00 | £5,975.08 |
| 01/04/2011 – 30/04/2011<br>(Twenty-Seventh Monthly Fee Application) | £96,139.50 | £907.09 |
| 01/05/2011 – 31/05/2011<br>(Twenty-Eighth Monthly Fee Application) | £113,724.00 | £27,340.17 |
| 01/06/2011 – 30/06/2011<br>(Twenty-Ninth Monthly Fee Application) | £153,619.00 | £8,845.73 |
| 01/07/2011 – 31/07/2011<br>(Thirtieth Monthly Fee Application) | £284,753.50 | £2,262.41 |
| 01/08/2011 – 31/08/2011<br>(Thirty-First Monthly Fee Application) | £349,215.50 | £400.40 |
| 01/09/2011 – 30/09/2011<br>(Thirty-Second Monthly Fee Application) | £256,463.00 | £3,408.70 |
| 01/10/2011 – 31/10/2011<br>(Thirty-Third Monthly Fee Application) | £151,560.00 | £9,102.06 |
| 01/11/2011 – 30/11/2011<br>(Thirty-Fourth Monthly Fee Application) | £60,613.50 | £4,994.66 |

| Time Period | Fees | Expenses |
|---|---|---|
| 01/12/2011 – 31/12/2011<br>(Thirty-Fifth Monthly Fee Application) | £61,924.50 | £1,819.55 |
| 01/01/2012 – 31/01/2012<br>(Thirty-Sixth Monthly Fee Application) | £17,562.50 | £197.43 |
| 01/02/2012 – 29/02/2012<br>(Thirty-Seventh Monthly Fee Application) | £13,598.50 | £31.34 |
| 01/03/2012 – 31/03/2012<br>(Thirty-Eighth Monthly Fee Application) | £16,502.50 | £98.93 |
| 01/04/2012 – 30/04/2012<br>(Thirty-Ninth Monthly Fee Application) | £13,143.50 | £92.16 |
| 01/05/2012 – 31/05/2012<br>(Fortieth Monthly Fee Application) | £10,471.50 | £88.14 |
| 01/06/2012 – 30/06/2012<br>(Forty-First Monthly Fee Application) | £45,656.00 | £172.82 |
| 01/07/2012 – 31/07/2012<br>(Forty-Second Monthly Fee Application) | £19,387.00 | £35.36 |
| 01/08/2012 – 31/08/2012<br>(Forty-Third Monthly Fee Application) | £31,168.50 | £155.00 |
| 01/09/2012 – 30/09/2012<br>(Forty-Fourth Monthly Fee Application) | £33,140.00 | £7,186.93 |
| 01/10/2012 – 31/10/2012<br>(Forty-Fifth Monthly Fee Application) | £54.030.00 | £254.34 |
| 01/11/2012 – 30/11/2012<br>(Forty-Sixth Monthly Fee Application) | £20,211.00 | £666.57 |
| 01/12/2012 – 31/12/2012<br>(Forty-Seventh Monthly Fee Application) | £13,448.00 | £54.36 |
| 01/01/2013 – 31/01/2013<br>(Forty-Eighth Monthly Fee Application) | £90,468.50 | £6,639.04 |
| 01/02/2013 – 28/02/2013<br>(Forty-Ninth Monthly Fee Application) | £64,787.00 | £4,005.52 |
| 01/03/2013 – 31/03/2013<br>(Fiftieth Monthly Fee Application) | £33,605.50 | £174.90 |
| 01/04/2013 – 30/04/2013<br>(Fifty-First Monthly Fee Application) | £63,929.00 | £232.29 |

5689761

| Time Period | Fees | Expenses |
|---|---|---|
| 01/05/2013 – 31/05/2013 (Fifty-Second Monthly Fee Application) | £178,937.00 | £989.95 |
| 01/06/2013 – 30/06/2013 (Fifty-Third Monthly Fee Application) | £47,141.50 | £413.86 |
| 01/07/2013 – 31/07/2013 (Fifty-Fourth Monthly Fee Application) | £47,193.50 | £264.18 |
| 01/08/2013 – 31/08/2013 (Fifth-Fifth Monthly Fee Application) | £35,556.00 | £7.86[4] |
| 01/09/2013 – 30/09/2013 (Fifty-Sixth Monthly Fee Application) | £70,686.00 | £199.39[4] |
| 01/10/2013 – 31/10/2013 (Fifty-Seventh Monthly Fee Application) | £272,798.50 | £1,306.64[4] |
| 01/11/2013 – 30/11/2013 (Fifty-Eighth Monthly Fee Application) | £126,531.50 | £3,249.96[5] |
| 01/12/2013 – 31/12/2013 (Fifty-Ninth Monthly Fee Application) | £85,688.50 | £208.27 |
| 01/01/2014 – 31/01/2014 (Sixtieth Monthly Fee Application) | £25,870.00 | £21.10 |
| 01/02/2014 – 28/02/2014 (Sixty-First Monthly Fee Application) | £10,563.00 | £3.66 |
| 01/03/2014 – 31/03/2014 (Sixty-Second Monthly Fee Application) | £11,675.50 | £4.80 |
| 01/04/2014 – 30/04/2014 (Sixty-Third Monthly Fee Application) | £11,082.50 | £13.26 |
| 01/05/2014 – 31/05/2014 (Sixty-Fourth Monthly Fee Application) | £24,358.50 | £29.40 |
| 01/06/2014 – 30/06/2014 (Sixty-Fifth Monthly Fee Application) | £11,927.00 | £5.64 |
| 01/07/2014 – 31/07/2014 (Sixty-Sixth Monthly Fee Application) | £6,707.00 | £17.00 |

---

[4] Ashurst agreed to a voluntary reduction of £2,059.94 in expenses claimed during the period covered by the Nineteenth Interim Fee Application (relating to the Fifty-Fifth, Fifty-Sixth and Fifty-Seventh Monthly Fee Applications) pursuant to an agreement with the Fee Examiner. The amounts included in the table above reflect this reduction.

[5] Ashurst agreed to a voluntary reduction of £2,059.98 in expenses claimed during the period covered by the Fifty-Eighth Monthly Fee Application. The amount included in the table above reflects this reduction.

5689761

| Time Period | Fees | Expenses |
|---|---|---|
| 01/08/2014 – 31/08/2014 (Sixty-Seventh Monthly Fee Application) | £5,123.00 | £6.78 |
| 01/09/2014 – 30/09/2014 (Sixty-Eighth Monthly Fee Application) | £6,486.50 | £5.82 |
| 01/10/2014 – 31/10/2014 (Sixty-Ninth Monthly Fee Application) | £5,013.00 | £22.42 |
| 01/11/2014 – 30/11/2014 (Seventieth Monthly Fee Application) | £7,486.50 | £12.54 |
| 01/12/2014 – 31/12/2014 (Seventy-First Monthly Fee Application) | £12,499.50 | £ 11.28 |
| 01/01/2015 – 31/01/2015 (Seventy-Second Monthly Fee Application) | £2,454.50 | £1.02 |
| 01/02/2015 – 28/02/2015 (Seventy-Third Monthly Fee Application) | £2,441.50 | £18.96 |
| 01/03/2015 – 31/03/2015 (Seventy-Fourth Monthly Fee Application) | £2,491.00 | £5.34 |
| 01/04/2015 – 30/04/2015 (Seventy-Fifth Monthly Fee Application) | £1,266.50 | £4.08 |
| 01/05/2015 – 31/05/2015 (Seventy-Sixth Monthly Fee Application) | £109,710.00[6] | £239.37 |
| 01/06/2015 – 30/06/2015 (Seventy-Seventh Monthly Fee Application) | £32,671.00[6] | £425.88 |
| 01/07/2015 – 31/07/2015 (Seventy-Eighth Monthly Fee Application) | £73,237.00[6] | £77.22 |
| 01/08/2015 – 31/08/2015 (Seventy-Ninth Monthly Fee Application) | £46,053.00 | £237.70 |
| 01/09/2015 - 30/09/2015 (Eightieth Monthly Fee Application) | £31,703.00 | £139.43 |
| 01/10/2015-31/10/2015 (Eighty-First Monthly Fee Application) | £28,067.00 | £30.60 |
| 01/11/2015-30/11/2015 (Eighty-Second Monthly Fee Application) | £15,843.00 | £46.64 |

---

[6]    Ashurst agreed to a voluntary reduction of £178.50 in fees claimed during the period covered by the Twenty Sixth Interim Fee Application (relating to the Seventy-Sixth, Seventy-Seventh and Seventy–Eighth Monthly Fee Applications) pursuant to an agreement with the Fee Examiner.

5689761

| Time Period | Fees | Expenses |
|---|---|---|
| 01/12/2015-31/12/2015<br>(Eighty-Third Monthly Fee Application) | £12,248.50 | £38.56 |
| 01/01/2016-31/01/2016<br>(Eighty-Fourth Monthly Fee Application) | £10,031.00 | £19.98 |
| 01/02/2016-29/02/2016<br>(Eighty-Fifth Monthly Fee Application) | £47,487.00 | £15.90 |
| 01/03/2016-31/03/2016<br>(Eighty-Sixth Monthly Fee Application) | £12,868.00 | £18.00 |
| 01/04/2016-30/04/2016<br>(Eighty-Seventh Monthly Fee Application) | £11,038.00 | £10,849.20 |
| 01/05/2016-31/05/2016<br>(Eighty-Eighth Monthly Fee Application) | £7,644.00 | £24.24 |
| 01/06/2016-30/06/2016<br>(Eighty-Ninth Monthly Fee Application) | £23,416.00 | £23.16 |
| 01/07/2016-31/07/2016<br>(Ninetieth Monthly Fee Application) | £8,244.00 | £3.48 |
| 01/08/2016-31/08/2016<br>(Ninety-First Monthly Fee Application) | £5,691.50 | £3.12 |
| 01/09/2016-30/09/2016<br>(Ninety-Second Monthly Fee Application) | £5,676.00 | £6.00 |
| 01/10/2016-31/10/2016<br>(Ninety-Third Monthly Fee Application) | £23,216.00 | £27.50 |
| 01/11/2016-30/11/2016<br>(Ninety-Fourth Monthly Fee Application) | £27,871.50 | £48.81 |
| 01/12/2016-31/12/2016<br>(Ninety-Fifth Monthly Fee Application) | £8,523.00 | £4.80 |
| 01/01/2017-31/01/2017<br>(Ninety-Sixth Monthly Fee Application) | £7,876.50 | £2.22 |
| **TOTAL** | **£5,519,648.79** | |

5689761

**FINAL SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**

**RENDERING SERVICES DURING THE PERIOD**

**JANUARY 30, 2009 THROUGH MAY 8, 2017**

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Dan Hamilton | Partner for 16 years; Admitted in 1998 in England and Wales; Restructuring and Special Situations Group, London | £610 | 3.00 | £1,830.00 |
| Steven Hull | Partner for 16 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £610 | 130 | £150,426.50 |
| | | £625 | 51.50 | |
| | | £660 | 45.10 | |
| | | £675 | 11.10 | |
| | | £715 | 2.70 | |
| Nigel Parr | Partner for 15 years; Admitted in 1989 in London; Competition Group, London | £610 | 3.10 | £1,891.00 |
| Carl Meyntjens | Partner for 15 years; Admitted in 1994 in Brussels, Belgium; Corporate Group, Brussels | £660 | 37.50 | £32,615.00 |
| | | £715 | 11.00 | |
| Giles Boothman | Partner for 14 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £610 | 261.18 | £424,545.30 |
| | | £650 | 168.00 | |
| | | £690 | 90.40 | |
| | | £700 | 36.20 | |
| | | £800 | 10.00 | |
| Paul Randall | Partner for 14 years; Admitted in 1984 in England and Wales; Employment, Incentives and Pensions Group, London | £610 | 0.20 | £122.00 |
| David von Saucken | Partner for 14 years; Admitted in 1996 in Germany; Restructuring and Special Situations Group, London | £580 | 5.30 | £7,178.00 |
| | | £610 | 2.4 | |
| | | £660 | 4.00 | |

---

[7]    The information reflected in this column represents the position and years of experience as of the last monthly fee application in which the respective professional or paraprofessional rendered services to the Committee in connection with these chapter 11 cases.

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Richard Palmer | Partner for 13 years; Admitted in 1998 in England and Wales; Tax Group, London | £675 £725 | 3.90 10.70 | £10,390.00 |
| Klaus Herkenroth | Partner for 12 years; Admitted in 1987 in Germany; Tax Group, Frankfurt | £660 | 0.50 | £330.00 |
| Ugo Giordano | Partner for 11 years; Admitted in 1995 in Italy, International Finance Group, London | £690 | 30.20 | £20,838.00 |
| Caroline Carter | Partner for 11 years; Admitted in 1990 in England and Wales; Employment, Incentives and Pensions Group, London | £610 | 0.60 | £366.00 |
| Benjamin Tidswell | Partner for 11 years; Admitted in 1994 in London; Dispute Resolution Group, London | £610 £650 | 0.33 3.50 | £2,476.30 |
| Eduardo Gracia | Partner for 9 years; Admitted in 1990 in Spain; Tax Group, Madrid | £660 | 0.50 | £330.00 |
| Robert Ogilvy Watson | Partner for 9 years; Admitted in 1993 in England and Wales; Corporate Group, Hong Kong | £610 | 33.50 | £20,435.00 |
| Angela Pearson | Partner for 8 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £610 £625 £660 £675 £715 £740 £770 £795 £820 | 141.13 333.20 181.20 90.40 206.00 2.00 2.90 37.40 4.30 | £659,213.30 |
| Eric Bouffard | Partner for 6 years; Admitted in 1996 in France; Dispute Resolution Group, Paris | £580 £625 £660 | 20.10 23.10 8.20 | £35,085.0 |
| Paola Flora | Partner for 5 years; Admitted to the Italian Association of Chartered Accountants in 1994; Tax Group, Milan | £580 £660 | 0.20 2.50 | £1,766.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Andreas Vogel | Partner for 5 years; Admitted in 1994 in Germany; Employment Group, Germany | £610 | 3.30 | £2,013.00 |
| Nadine Gelli | Partner for 4 years; Admitted in 1998 in France; Tax Group, Paris | £600 | 0.70 | £1,176.00 |
|  |  | £630 | 1.20 |  |
| Jose Christian Bertram | Partner for 3 years; Admitted in 1995 in Spain; Finance Group, London | £660 | 1.30 | £858.00 |
| Jon Ericson | Partner for 3 years; Admitted in 2000 in Sweden; Managing Partner and Corporate Group, Stockholm | £660 | 3.50 | £2,310.00 |
| Marcus Fink | Partner for 3 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £500 | 200.08 | £369,665.50 |
|  |  | £515 | 141.30 |  |
|  |  | £580 | 33.80 |  |
|  |  | £630 | 3.10 |  |
|  |  | £650 | 46.50 |  |
|  |  | £690 | 172.60 |  |
|  |  | £710 | 12.40 |  |
|  |  | £760 | 22.60 |  |
| Kensuke Inoue | Partner for 3 years; Admitted in 1987 in Japan; Corporate Group, Japan | £580 | 1.30 | £754.00 |
| Andrew McMillan | Partner for 3 years; Admitted in 1997 in England and Wales; Corporate Group, London | £580 | 1.50 | £870.00 |
| Francesco De Gennaro | Partner for 2 years; Admitted in 2001 in Italy; Restructuring and Special Situations Group, Rome | £715 | 1.00 | £715.00 |
| Carl Dunton | Partner for 2 years; Admitted in 1997; Restructuring and Special Situations Group, Singapore | £580 | 10.20 | £5,916.00 |
| Neil Cuninghame | Partner for 2 years; Admitted in 1998 in England and Wales; Competition Group, London | £580 | 0.20 | £116.00 |

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Pierre-Emmanuel Fender | Partner for 2 years; Admitted in 2003 in England and Wales; Dispute Resolution Group, London | £475 | 1.50 | £20,725.0 |
| | | £515 | 13.30 | |
| | | £540 | 21.40 | |
| | | £690 | 1.80 | |
| | | £730 | 0.50 | |
| Paul Miller | Partner for 2 years; Admitted in 2000 in London; Tax Group, London | £650 | 0.10 | £65.00 |
| Alexander Cox | Partner for 2 years; Admitted to the bar in 1996 in England and Wales; Competition Group, London | £625 | 2.20 | £1,375.00 |
| Crowley Woodford | Partner for 1 year; Admitted in 1998 in England and Wales; Employment, Incentives and Pensions Group, London | £580 | 0.50 | £290.00 |
| Dominic Batchelor | Partner for 1 year; Admitted in 2000 in England and Wales; Intellectual Property Group, London | £600 | 32.40 | £19,440.00 |
| Euan Burrows | Partner for 1 year; Admitted in 2008 in England and Wales (former barrister); Competition Group, London | £580 | 46.13 | £26,755.40 |
| Sara Watson | Counsel for 9 years; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 0.30 | £195.00 |
| Nathaline Fleury | Counsel for 2 years; Admitted in 2000 in France; Employment Group, Paris | £560 | 0.50 | £1,150.00 |
| | | £580 | 1.50 | |
| Johan Gregow | Counsel; Admitted in 2000 in Sweden; Dispute Resolution Group, Stockholm | £580 | 110.40 | £64,032.00 |
| Arnaud Wtterwulghe | Counsel; Admitted in 2005 in England and Wales; Finance Group, Brussels | £580 | 4.20 | £2,436.00 |
| Kelly Cherretté | Counsel: Admitted in 1998 in Belgium; International Finance Group, Brussels | £580 | 40.50 | £23,490.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Charles Hammon | Counsel; Admitted in 1998 in England and Wales; Competition Group, London | £540 | 61.40 | £33,156.00 |
| Hiroto Maejima | Counsel; Admitted in 2002 in Japan; Corporate Group, Japan | £540 | 7.00 | £3,780.00 |
| Elsa Arbrandt | Senior Legal Consultant; Admitted in 2002 in Sweden; Corporate Group, Stockholm | £610 | 64.60 | £39,406.00 |
| Mat Hughes | Chief Economist; Competition Group, London | £610 | 8.80 | £5,368.00 |
| Inga West | Professional Development Lawyer; Admitted in 1997 in England and Wales; Restructuring and Special Situations Group, London | £550 £620 | 0.70 2.10 | £1,687.00 |
| Celia Foss | Senior Economist; Competition Group, London | £500 | 37.00 | £18,500.00 |
| Gabrielle Samuels | Director of Professional Development; Admitted in 2000 in England and Wales; International Finance Group, London | £485 | 6.20 | £3,007.00 |
| Natalie Legendre | Professional Development Attorney; Admitted in 1994 in France; Corporate Group, France | £485 | 16.70 | £8,099.50 |
| Rachel Mulligan | Professional Development Attorney; Admitted in 2000 in England and Wales; Restructuring and Special Situations Group, London | £395 | 6.90 | £2,725.50 |
| Katharina Crinson | Professional Support Lawyer; Admitted in 2011 in England and Wales; Restructuring and Special Situations Group, London | £395 | 11.30 | £4,463.50 |
| Simon Owens | Professional Development Lawyer; Admitted in 1999 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 13.80 | £5,451.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Francois Wyon | Avocat à la Cour; Admitted in 2015 in France; Dispute Resolution Group, Paris | £320 | 1.50 | £480.00 |
| Anna Grainger | Associate for 15 years; Admitted in 1999 in New Zealand; International Finance Group, London | £500 | 5.40 | £2,700.00 |
| David Futter | Associate for 10 years; Admitted in 2004 in England and Wales; Intellectual Property Group, London | £490 | 3.40 | £1,666.00 |
| Antonia Croke | Associate for 10 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £350 | 144.50 | £771,464.00 |
| | | £425 | 275.50 | |
| | | £460[8] | 318.00 | |
| | | £520 | 663.70 | |
| | | £580 | 77.10 | |
| | | £595 | 65.60 | |
| | | £615 | 52.50 | |
| Drew Sainsbury | Associate for 10 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £460 | 0.80 | £152,404.00 |
| | | £595 | 256.00 | |
| | | £615 | 4.2 | |
| Oscar Franco | Associate for 9 years; Admitted in 2003 in Spain; Dispute Resolution Group, Madrid | £460 | 46.00 | £25,632.00 |
| | | £520 | 8.60 | |
| Malte Strüber | Associate for 9 years; Admitted in 2002 in Germany; Tax Group, Frankfurt | £540 | 0.80 | £432.00 |
| Tom Cartwright | Associate for 9 years; Admitted in 2000; Tax Group, London | £550 | 1.30 | £715.00 |
| Daniel Stephens | Associate for 9 years; Admitted in 2006 in England and Wales; Restructuring and Special Situations Group, London | £500 | 1.17 | £585.00 |

---

[8]   Total includes 28.00 hours of travel time charged at 50% of this hourly rate.

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Priya Lele | Associate for 9 years; Admitted in 2001 in India; Corporate Group, London | £475 | 1.40 | £665.00 |
| Drazen Petkovich | Associate for 8 years; Admitted in 2006 in England and Wales; Dispute Resolution Group, London | £500 | 26.50 | £13,250.00 |
| Simon Baskerville | Associate for 8 years; Admitted in 2001; Restructuring and Special Situations Group, London | £500 | 15.70 | £7,850.00 |
| Cornelia Pinkert | Associate for 8 years; Admitted in 2001 in Germany; Restructuring and Special Situations Group, London | £395 | 1.30 | £513.50 |
| Luke Rollason | Associate for 7 years; Admitted in 2005 in England and Wales; Restructuring and Special Situations Group, London | £395 / £425 / £490 / £510 / £540 | 0.80 / 44.90 / 85.40 / 32.90 / 43.10 | £101,297.50 |
| Nancy Chien | Associate for 7 years; Admitted in 2003 in New Zealand; International Finance Group, London | £395 | 23.60 | £9,322.00 |
| Sian Robertson | Associate for 7 years; Admitted in 2003 in England and Wales; Restructuring and Special Situations Group, London | £475 | 23.80 | £11,305.00 |
| Sofia De Cristofaro | Associate for 7 years; Admitted in 2004 in Italy; Finance Group, London | £540 | 43.30 | £23,382.00 |
| Ian Chye | Associate for 7 years; Admitted in 2003 in England and Wales; Corporate Group, Singapore | £500 | 28.58 | £14,290.00 |
| Josie Perrott | Associate for 7 years; Admitted in 2003 in Australia; International Finance Group, London | £395 | 1.60 | £632.00 |

14

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Andy Wright | Associate for 7 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £185 | 8.10 | £128,912.50 |
| | | £315 | 11.70 | |
| | | £360 | 38.00 | |
| | | £395 | 117.50 | |
| | | £435 | 89.90 | |
| | | £530 | 1.60 | |
| | | £570 | 38.30 | |
| | | £595 | 2.8 | |
| | | £615 | 0.3 | |
| Jessica Neuberger | Associate for 6 years; Admitted in 2005 in England and Wales; Dispute Resolution Group, London | £510 | 1.70 | £867.00 |
| Caroline Fitzgerald | Associate for 6 years; Admitted in 2005 in England and Wales; Tax Group, London | £485 | 10.00 | £4,850.00 |
| Lindsey Roberts | Associate for 6 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £290 | 449.30 | £440,348.5 |
| | | £315 | 254.90 | |
| | | £405 | 172.30 | |
| | | £455 | 30.30 | |
| | | £545 | 192.30 | |
| | | £570 | 25.50 | |
| | | £585 | 45.90 | |
| Johan Levinsson | Associate for 6 years; Admitted in 2005 in Sweden; Corporate Group, Stockholm | £425 | 16.60 | £7,055.00 |
| Priscilla van den Perre | Associate for 5 years; Admitted in 2005 in France | £395 | 2.00 | £790.00 |
| Katherine Clarke | Associate for 5 years; Admitted in 2005 in New Zealand; International Finance Group, Dubai | £395 | 3.00 | £1,185.00 |
| Luca Peretti | Associate for 5 years; Admitted in 2008 in Italy; Corporate Group, Rome | £395 | 60.30 | £25,438.50 |
| | | £405 | 4.00 | |

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Dyfan Owen | Associate for 5 years; Admitted in 2004 in England and Wales; Dispute Resolution Group, London | £425 | 0.30 | £127.50 |
| Caroline Mougin | Associate for 5 years; Admitted in 2004 in France; Employment, Incentives and Pensions Group, Paris | £395 | 1.00 | £395.00 |
| Laurent Limoni | Associate for 5 years; Admitted in 2004 in France; Dispute Resolution Group, Paris | £425 £475 | 8.50 2.00 | £4652.50 |
| Ruth Buchanan | Associate for 5 years; Admitted in 2004 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 0.33 | £130.35 |
| Lindsay Connal | Associate for 5 years; Admitted in 2006 in England and Wales; Dispute Resolution Group, London | £370 £410 £460 | 70.10 3.90 133.40 | £88,900.00 |
| Lucinda Hill | Associate for 4 years; Admitted in 2009 in Victoria, Australia; Dispute Resolution Group, London | £405 | 78.00 | £31,590.00 |
| Doris Chan | Associate for 4 years; Admitted in 2006 in Hong King; Corporate Group, Hong Kong | £370 | 8.70 | £3,219.00 |
| Tanyel Serpemen | Associate for 4 years; Admitted in 2007 in Germany; Restructuring and Special Situations Group, London | £370 £460 | 2.00 48.50 | £23,050.00 |
| Sophie Law | Associate for 4 years; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £185 £290 £325 £390 £440 £485 | 131.90 66.40 220.50 26.60 7.70 0.20 | £129,211.50 |
| Sundip Biswas | Associate for 4 years; Admitted in 2006 in India; Corporate Group, London | £290 | 14.40 | £4,176.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Sophie Alexane | Associate for 3 years; Admitted in 2008 in New York and 2009 in France; Dispute Resolution Group, Paris | £290 | 60.20 | £17,458.00 |
| Hemali Mehta Chiddawar | Associate for 3 years; Admitted in 2006 in India; International Finance Group, Singapore | £370 | 7.30 | £2,701.00 |
| Frederik Hag | Associate for 3 years; Admitted in 2008 in Sweden; Corporate Group, Stockholm | £540 | 0.40 | £216.00 |
| Martina Korthauer | Associate for 3 years; Admitted in 2007 in England and Wales; Restructuring and Special Situations Group, London | £370 | 29.50 | £10,915.00 |
| Lauren Moore | Associate for 3 years; Admitted in 2006 in England and Wales; Employment, Incentives and Pensions Group, London | £340 £370 | 11.31 0.3 | £3,956.4 |
| Yoshimasa Takagi | Associate for 3 years; Admitted in 2007 in Japan; Corporate Group, Japan | £340 | 18.20 | £6,188.00 |
| Caroline Wicker | Associate for 3 years; Admitted in 2007; Restructuring and Special Situations Group, London | £340 £380 | 30.13 10.60 | £14,272.20 |
| Alex Kay | Associate for 3 years; Admitted in 2006 in England and Wales; Restructuring and Special Situations Group, London | £340 | 59.69 | £20,294.60 |
| Ricardo Garcia-Borregón | Associate for 3 years; Admitted in 2008 in Spain; Tax Group, Madrid | £315 | 3.90 | £1,228.50 |
| Carlos Llamas | Associate for 3 years; Admitted in 2008 in Spain; Dispute Resolution Group, Madrid | £315 | 10.50 | £3,307.50 |
| Esther Budding | Associate for 3 years; Admitted in 2005 in New Zealand; Restructuring and Special Situations Group, Frankfurt | £315 | 4.90 | £1,543.50 |

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Paul Bagon | Associate for 3 years; Admitted in 2008 in England and Wales; Restructuring and Special Situations Group, London | £290[9] £315 £350 £395 | 319.14 669.65 956.40 686.30 | £909,318.85 |
| Sophie Morphet | Associate for 2 years; Admitted in 2008 in England and Wales; Dispute Resolution Group, London | £350 | 4.80 | £1,680.00 |
| Arabella Dove | Associate for 2 years; Admitted in 2008 in England and Wales; Corporate Group, Japan | £500 | 0.90 | £450.00 |
| Delphine Guérin | Associate for 2 years; Admitted in 2008 in France; Corporate Group, Paris | £315 | 4.60 | £1,449.00 |
| Tracy Li | Associate for 2 years; Admitted in 2008 in Hong Kong; Corporate Group, Hong Kong | £315 | 1.00 | £315.00 |
| Anna Patashnik | Associate for 2 years; Admitted in 2008 in England and Wales; Employment, Incentives and Pensions Group, London | £290 £350 | 1.40 0.20 | £476.00 |
| Maud Couget | Associate for 1 year; Admitted in 2008 in England and Wales; Employment, Incentives and Pensions Group, London | £315 | 5.80 | £1,827.00 |
| Paul Stein | Associate for 1 year; Admitted in 2010 in England and Wales and the Republic of Ireland; Corporate Group, Stockholm | £315 | 4.00 | £1,260.00 |
| Valentina Di Vito | Associate for 1 year; Admitted in 2010 in Italy; International Finance Group, London | £315 | 4.60 | £1,449.00 |
| Emma Wood | Associate for 1 year; Admitted in 2010 in England and Wales; Dispute Resolution Group, London | £315 | 9.50 | £2,992.50 |

[9]    Includes 3.00 hours of travel time charged at 50% of this rate.

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Jonathan Firmstrong | Associate for 1 year; Admitted in 2010 in England and Wales; Restructuring and Special Situations Group, London | £315 | 54.00 | £17,010.00 |
| Marine Guillodo | Associate for 1 year; Admitted in 2008 in France; Dispute Resolution Group, Paris | £290 | 5.80 | £1,682.00 |
| Abi Gillett | Associate for 1 year; Admitted in 2009 in England and Wales; Dispute Resolution Group, London | £290 | 91.70 | £26,593.00 |
| Nicolas Schepkens | Associate for 1 year; Admitted in 2010 in Belgium; Corporate Group, Brussels | £290 | 52.80 | £15,312.00 |
| Louise Batty | Associate for 1 year; Admitted in 2008 in England and Wales; Employment, Incentives and Pensions Group, London | £290 | 1.30 | £377.00 |
| Lorraine McLinn | Associate for 1 year; Admitted in 2010 in England and Wales; Dispute Resolution Group, London | £290 | 0.40 | £116.00 |
| Robert Meade | Associate for 1 year; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £290 £315 | 12.20 8.40 | £6,184.00 |
| Greg Pooler | Associate for 1 year; Admitted in 2009 in England and Wales; Dispute Resolution Group, London | £290 £315 | 0.60 5.00 | £1,749.00 |
| Jonathan Firmston | Associate for 1 year; Admitted in 2010; Restructuring and Special Situations Group, London | £290 | 2.20 | £638.00 |
| David Salcedo | Associate for 1 year; Admitted in 2009 in England and Wales; Dispute Resolution Group, London | £290 | 2.60 | £754.00 |
| Helen Clark | Associate for 1 year; Admitted in 2010 in England and Wales; Dispute Resolution Group, London | £185 £315 | 2.30 15.30 | £5,245.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Michelle Egbosimba | Associate for 1 year; Admitted in 2010 in England and Wales; Dispute Resolution Group, London | £185 £290 | 2.70 64.10 | £19,088.5 |
| Max Strasberg | Associate for 1 year; Admitted in 2015 in England and Wales; Dispute Resolution Group, London | £190 £200 £355 | 2.1 2.6 24.20 | £9,510.00 |
| Suzanne Thomson | Associate for 1 year; Admitted in 2013 in England and Wales; Restructuring and Special Situations Group, London | £185 £400 | 4.00 3.50 | £2,140.0 |
| Josefin Holmgren | Newly Qualified Associate; Admitted in 2011 in Sweden; Corporate Group, Stockholm | £185 £290 | 194.60 51.20 | £50,849.00 |
| Andy Levett | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £185 £290 | 6.20 5.30 | £2,684.00 |
| Manuela Krach | Newly qualified Associate; Admitted in 2011 in Germany; Restructuring and Special Situations Group, London | £160 £290 | 0.90 60.20 | £17,602.00 |
| Simon Le Reste | Newly qualified Associate; Admitted in 2012 in Paris, France; Dispute Resolution Group, Paris | £185 £300 | 3.80 10.00 | £3,703.00 |
| Toby Gascoyne | Newly qualified Associate; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £185 £290 | 2.00 5.90 | £2,081.00 |
| Andrew Martin | Newly Qualified Associate; Admitted in 2011 in England and Wales; Loan Markets Group, London | £185 £290 | 0.80 0.70 | £351.00 |
| Ben Middleton | Trainee Solicitor; Dispute Resolution Group, London | £200 £205 | 4.00 64.30 | £13,981.50 |
| Kelly Trueman | Trainee Solicitor; Dispute Resolution Group, London | £205 | 15.00 | £3,075.00 |

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| James Powell | Trainee Solicitor; Dispute Resolution Group, London | £205<br>£210 | 14.50<br>6.80 | £4,400.50 |
| Ibrahim Khan | Trainee Solicitor; Dispute Resolution Group, London | £210 | 16.00 | £3,360.00 |
| Katy Bradfield | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £205 | 2.30 | £471.50 |
| Martin Voelker | Trainee Solicitor; Dispute Resolution Group, London | £205 | 1.30 | £266.50 |
| Mesha Ghazaleh | Trainee Solicitor; Restructuring and Special Situations Group, London | £205 | 13.50 | £2,767.50 |
| Tom Durkin | Trainee Solicitor; Restructuring and Special Situations Group, London | £205 | 7.00 | £1,435.00 |
| Nicole Lim | Trainee Solicitor; Dispute Resolution Group, London | £200 | 18.00 | £3,600.00 |
| Kenneth Damian | Trainee Solicitor; Dispute Resolution Group, London | £200 | 5.20 | £1,040.00 |
| Claire Fourel | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 0.40 | £74.00 |
| Andrew Cowley | Trainee Solicitor; Competition Group, London | £185 | 10.00 | £1,8500 |
| Philip Uribe | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 20.78 | £3844.30 |
| Rebecca Hott | Trainee Solicitor; Corporate Group, London | £185 | 0.50 | £92.50 |
| Anna Reid | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 5.80 | £1,073.00 |

21

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Charlotte Ducker | Trainee Solicitor; Dispute Resolution Group, London | £185 | 11.00 | £2,035.00 |
| Lindsey Bouchara | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 29.40 | £5,439.00 |
| Erni McCooey | Trainee Solicitor; Corporate Group, London | £185 | 0.60 | £111.00 |
| Matthias Deconinck | Trainee Solicitor; Corporate and Banking Group, Brussels | £190 | 4.00 | £760.00 |
| Annie Morrin | Trainee Solicitor; Dispute Resolution Group, London | £190 | 253.10 | £48,184.00 |
| Louise Browning | Trainee Solicitor; Dispute Resolution Group, London | £190 | 1.70 | £323.00 |
| Emma James | Trainee Solicitor; Dispute Resolution Group, London | £190 | 2.50 | £475.00 |
| Josh Ludlow | Trainee Solicitor; Dispute Resolution Group, London | £190 | 23.60 | £4,484.00 |
| Chris Benbow | Trainee Solicitor; Dispute Resolution Group, London | £190 | 18.60 | £3,534.00 |
| Morag Taylor | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 5.70 | £1,054.50 |
| Komal Patel | Trainee Solicitor; Dispute Resolution Group | £160 | 13.50 | £2,160.00 |
| Daisy Jones | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 9.80 | £1,813.00 |
| Victoire Binchet | Trainee Solicitor; Dispute Resolution Group, London | £185 | 2.00 | £370.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Yasmeen Ghali | Trainee Solicitor, Restructuring and Special Situations Group, London | £185 | 20.50 | £3,792.50 |
| Grant Batten | Trainee Solicitor; International Finance Group, London | £185 | 3.70 | £684.50 |
| Simona Heinonen | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 5.80 | £1,073.00 |
| Ying Laohachewin | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 16.90 | £3,126.50 |
| Caroline Grant | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 14.70 | £2,719.50 |
| Nadia Hubbuck | Trainee Solicitor; Dispute Resolution Group, London | £185 | 1.50 | £277.50 |
| Edward Arden | Trainee Solicitor; Dispute Resolution Group, France | £185 | 42.70 | £7,899.50 |
| Kyla Fidgeon | Trainee Solicitor; Dispute Resolution Group, London | £185 | 6.40 | £1,184.00 |
| Trasa Duffy | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 2.40 | £444.00 |
| Wei Wei Wang | Trainee Solicitor; Dispute Resolution Group, London | £185 | 18.20 | £3,367.00 |
| George Stancliffe | Trainee Solicitor; Dispute Resolution Group, London | £185 | 1.00 | £185.00 |
| Sara Granlund | Trainee Solicitor; Dispute Resolution Group, London | £185 | 20.50 | £3,792.50 |
| Amanda Eve | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 7.50 | £1,387.50 |

5689761

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Sabrina Saloma | Trainee Solicitor; International Finance Group, London | £185 | 38.10 | £7,048.50 |
| Jennifer Moore | Trainee Solicitor; Dispute Resolution Group, London | £185 | 7.80 | £1,443.00 |
| Alice Douglas | Trainee Solicitor; Dispute Resolution Group, London | £185 | 63.40 | £11,729.00 |
| Karla Lennon | Trainee Solicitor; Dispute Resolution Group, London | £185 | 45.90 | £8,491.50 |
| Harriet Gray | Trainee Solicitor; Dispute Resolution Group, London | £185 £190 | 13.00 2.00 | £2,785.00 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group, London | £185 £190 | 3.80 64.60 | £12,977.00 |
| Madison Bird | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 2.70 | £499.50 |
| John Stephens | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 2.20 | £407.00 |
| Rosemary Nelson | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 9.70 | £1,794.50 |
| Cecily Carroll | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 19.90 | £3,681.50 |
| Phillippa Holland | Trainee Solicitor; Dispute Resolution Group, London | £185 | 0.40 | £74.00 |
| Hadrien Peiffer | Trainee Solicitor, Corporate Group; Brussels | £185 | 60.00 | £11,100.00 |
| Christine Abou Assali | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 2.20 | £407.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Louise Ruggiero | Trainee Solicitor; Tax Group, London | £185 | 2.60 | £481.00 |
| Jack Gillions | Trainee Solicitor, Dispute Resolution Group; London | £185 | 58.50 | £10,878.00 |
| Maria Fernàndez | Trainee Solicitor; Corporate Group, Madrid | £185 | 5.00 | £925.00 |
| Daniel Waller | Trainee Solicitor; Corporate Group, London | £185 | 1.20 | £222.00 |
| Richard Stacey | Trainee Solicitor; Corporate Group, London | £185 | 10.30 | £1,905.50 |
| Louise Thawley | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 2.30 | £425.50 |
| Kimberley Rivers Newman | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 0.70 | £129.50 |
| Lisa Thompson | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 22.80 | £4,218.00 |
| Tim Cant | Trainee Solicitor; Dispute Resolution Group, London | £185 | 161.90 | £29,951.50 |
| Chris Regan | Trainee Solicitor; Dispute Resolution Group, London | £185 | 7.70 | £1,424.50 |
| Jenniffer Potten | Trainee Solicitor; Restructuring and Special Situations Group, London | £185 | 3.10 | £573.50 |
| James Seddon | Trainee Solicitor; Tax Group, London | £185 | 3.70 | £684.50 |
| Dominic Boon | Trainee Solicitor; Dispute Resolution Group, London | £185 | 57.50 | £10,637.50 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| Amiee Chalmers | Trainee Solicitor; Dispute Resolution Group, London | £185 | 4.40 | £814.00 |
| Anthony McCourt | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 3.90 | £721.50 |
| Beatrice Kubik | Referendar (German Trainee); Restructuring and Special Situations Group, London | £160 | 12.50 | £2,000.00 |
| Quentin de Margerie | Juriste Stagiaire; Dispute Resolution Group, Paris | £160 | 27.20 | £4,352.00 |
| Charles Rousseau | Trainee Solicitor; Dispute Resolution Group, Paris | £160 | 4.10 | £656.00 |
| Carla Speziale | Trainee Solicitor, Paris | £160 | 2.50 | £400.00 |
| Julie Gayard | Trainee Solicitor, Paris | £160 | 0.60 | £96.00 |
| Isabel Vesterdahl | Paralegal, Competition and EU Law Group, London | £160 | 3.25 | £520.00 |
| Benjamin Contreal | Referendar; Restructuring and Special Situations Group, London | £160 | 14.40 | £2,304.00 |
| Amir-Said Ghassabeh | Referendar; Restructuring and Special Situations Group, London | £160 | 9.50 | £1,520.00 |
| Matthias Kaulich | Referendar; Restructuring and Special Situations Group, London | £160 | 6.90 | £1,104.00 |
| Claire Lé Tri | Paralegal, Paris | £70 | 0.80 | £56.00 |
| Claude Vernusse | Library Assistant, Paris | £70 | 1.40 | £98.00 |
| Céline Gillet | Library Assistant, Paris | £70 | 1.60 | £112.00 |

| Name of Professional Person | Position, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[7] | Hourly Billing Rate | Total Billed Hours | Total Compensation (£) |
|---|---|---|---|---|
| | | **TOTAL** | 13,009.58 | £5,519,648.79 |

5689761

**FINAL COMPENSATION BY PROJECT CATEGORY**

**JANUARY 30, 2009 THROUGH MAY 8, 2017**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration (2) | 111.5 | £3,6178.00 |
| Ashurst Fee Application/Monthly Billing Reports (3) | 737.45 | £245,332.30 |
| Analysis of Other Professionals Fee Applications/Reports (4) | 14.8 | £5,759.50 |
| Review/Preparation of Schedules, Statements (5) | 0.00 | £0.00 |
| Retention of Professionals (6) | 73.4 | £27,189.00 |
| Creditors Committee Meetings (7) | 789.15 | £369,848.50 |
| Court Hearings (8) | 129.7 | £43,908.00 |
| Financial Reports and Analysis (9) | 0.7 | £448.00 |
| DIP, Cash Collateral Usage and Exit Financing (10) | 0.00 | £0.00 |
| Executory Contracts/Licence Agreements (11) | 0.00 | £0.00 |
| General Claims Analysis/Claims Objections (12) | 5,070.3 | £2,024,693.00 |
| Analysis of Pre-Petition Transactions (13) | 0.00 | £0.00 |
| Canadian Proceedings/Matters (14) | 8.6 | £4,472.00 |
| Analysis of Secured Claims/Adequate Protection Issues (15) | 0.00 | £0.00 |
| Lift Stay Litigation (16) | 149.9 | £82,412.50 |
| General Adversary Proceedings (17) | 0.00 | £0.00 |
| Tax Issues (18) | 49.57 | £25,980.30 |
| Labour Issues/Employee Benefits (19) | 2,435.3 | £1,153,306.00 |
| Real Estate Issues/Leases (20) | 0.00 | £0.00 |
| Exclusivity (21) | 0.00 | £0.00 |
| Plan, Disclosure Statement and Plan Related Documentation (22) | 0.00 | £0.00 |
| Telecommunications/Regulator (23) | 149.2 | £77,035.50 |
| Asset/Stock Transaction/Business Liquidations (24) | 400.21 | £157,366.50 |
| Travel (25) | 194 | £71,276.00 |
| Avoidance Actions (26) | 0.00 | £0.00 |
| Environmental Matters (27) | 0.00 | £0.00 |
| Non-Debtor Affiliates (28) | 273.8 | £96,382.00 |

5689761

| Project Category | Total Hours | Total Fees (£) |
|---|---:|---:|
| Intercompany Analysis (29) | 736.8 | £3,22,390.00 |
| Committee Website (30) | 0.00 | £0.00 |
| European Proceedings/Matters (31) | 1,511.89 | £704,348.20 |
| Asian Proceedings/Matters | 173.31 | £71,655.20 |
| **TOTAL** | **13,009.58** | **£5,519,648.79** |

5689761

**FINAL EXPENSE SUMMARY**

**JANUARY 30, 2009 THROUGH MAY 8, 2017**

| Expense Category | Total (£) |
|---|---|
| Document Production (Internal and External) | £20,856.23 |
| Secretarial and Other Support | £1,419.00 |
| Publications | £36.25 |
| Photocopying | £6.58 |
| Meals | £2,474.13 |
| Search Fees | £421.55 |
| Company Registration Fees | £3.99 |
| Courier Services | £105.88 |
| Telephonic / Telecommunication / Conference Calls | £725.44 |
| Foreign Lawyer Fees | £4,783.33 |
| Retained Professionals and Experts' Fees | £36,350.00 |
| Bank Transfer Fees | £43.00 |
| Court Fees | £20.00 |
| Travel – Ground Transportation | £9,478.13 |
| Travel – International Transportation | £16,937.50 |
| Travel – Air Transportation | £16,937.50 |
| Travel – Accommodation/Hotels | £12,243.60 |
| Travel - Miscellaneous | £999.87 |
| Foreign Currency | £501.60 |
| Incidental Expenses | £1,431.37 |
| **TOTAL** | **£122,391.74** |

5689761

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., et al.,[10] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline:** July 27, 2017 4:00 pm |
| | ) | Hearing: TBD |
| | ) | |

## FINAL APPLICATION OF ASHURST LLP, EUROPEAN COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM JANUARY 30, 2009 THROUGH MAY 8, 2017

Ashurst LLP ("Ashurst" or the "Applicant"), European counsel to the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc., et al (the "Debtors"), hereby submits its final application (the "Application") pursuant to (i) sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (iii) Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the District of Delaware (the "Local Rules"), and (iv) the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered on February 4, 2009 (the "Administrative Fee Order"), for a final allowance pursuant to the Administrative Fee

---

[10]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems, Inc. (9769); Nortel Altsystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

5689761

Order with respect to the sums of £5,519,648.79 as compensation and £122,391.74 for reimbursement of actual and necessary expenses, for a total of £5,642,040.53 for the period January 30, 2009 through and including May 8, 2017 (the "Final Compensation Period"). In support of this Application, Ashurst respectfully states as follows:

## I.    JURISDICTION AND VENUE

1.    This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory bases for the relief requested herein are sections 1103 and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

## II.    BACKGROUND

2.    On January 14, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "U.S. Proceeding") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors have continued to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On January 15, 2009, the Court entered an order jointly administering these cases pursuant to Bankruptcy Rule 1015(b) for procedural purposes only.

3.    On January 14, 2009, the High Court of Justice in England placed nineteen of the Debtors' European affiliates (collectively, the "EMEA Debtors") into administration (the "European Proceedings" and together with the U.S. Proceeding, the "Insolvency Proceedings") under the control of individuals from Ernst & Young LLC.

4.    On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for the District of Delaware (the "US

Trustee") appointed the Committee.  The Committee consists of three members.[11]  No trustee or examiner has been appointed in these chapter 11 cases.

5.     On January 30 2009, pursuant to section 328 and 1103(a) of the Bankruptcy Code, the Committee selected Ashurst to serve as European counsel to the Committee.   On March 5, 2009, this Court entered an order authorizing the retention of Ashurst as European counsel to the Committee, *nunc pro tunc* to January 30, 2009.

6.     On January 24, 2017, the United States Bankruptcy Court for the District of Delaware confirmed the Debtors' *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Plan") attached as <u>Exhibit A</u> to the *Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* (the "Confirmation Order").

7.     On May 8, 2017, each of the conditions precedent to the effectiveness of the Plan occurred or was waived in accordance with the provisions of the Plan. Accordingly, the Plan became effective and was substantially consummated on May 8, 2017 (the "Effective Date").

8.     Pursuant to the Plan, all final fee applications for Professional Claims for services rendered during or in connection with the Chapter 11 Cases and/or reimbursement of expenses incurred through the Effective Date, shall be filed by July 7, 2017 (the "Professional Claims Bar Date")..

---

[11]   The Committee is comprised of the following entities: Law Debenture Trust Company of New York as indenture trustee; Pension Benefit Guaranty Corporation; and The Bank of New York Mellon as indenture trustee.

5689761

### III.   <u>RELIEF REQUESTED</u>

9.    By this Application, Ashurst seeks (i) final allowance and award of compensation for the professional services rendered by Ashurst as attorneys for the Committee for the period from January 30, 2009 through May 8, 2017 (the "<u>Final Compensation Period</u>") in the amount of £5,519,648.79 representing 13,009.58 hours in professional services; and (ii) reimbursement of actual and necessary expenses incurred by Ashurst during the Final Compensation Period in connection with the rendition of such professional services and paraprofessional services in the amount of £122,391.74.

10.    Ashurst has received no payment and no promises for payment from any source for services rendered in connection with these chapter 11 cases.  There is no agreement or understanding between the Applicant and any other person (other than members of Ashurst) for the sharing of compensation to be received for the services rendered in these cases.

11.    Ashurst believes that the compensation it charges for its services on behalf of the Committee is based on the customary compensation charged by comparably skilled professionals in cases other than cases under chapter 11.

### IV.   <u>SUMMARY OF SERVICES RENDERED</u>

12.    Ashurst has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the Debtors' unsecured creditors during the Final Compensation Period.  The variety and complexity of the issues in these Insolvency Proceedings and the need to act or respond to issues on an expedited basis in furtherance of the Committee's needs have required the expenditure of substantial time by Ashurst personnel from several legal disciplines.

5689761

13.    In the ordinary course of its practice, Ashurst maintains written records of the time expended by attorneys and paraprofessionals in the rendition of their professional services. In accordance with the provisions of the Administrative Fee Order, a compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the services for the Committee during the Final Compensation Period were attached as Exhibit B to each of the previously filed monthly fee applications.

14.    In the ordinary course of its practice, Ashurst maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services, all of which are available for inspection.  A schedule of the categories of expenses and amounts were attached as Exhibit C and detailed summary of the expenses were attached as Exhibit D to each of the previously filed monthly fee applications.

15.    Ashurst respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and appropriate, and have directly contributed to the effective administration of these chapter 11 cases.

16.    The following is a summary of services rendered during the Final Compensation Period.  It is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services were fully set forth in Exhibit B to each of the previously filed monthly fee applications.

### General Case Administration

(Fees: £3,6178.00; Hours: 111.5)

17.    This subject matter relates to services rendered to the Committee during the Final Compensation Period relating to the Committee's organisational and administrative needs,

including, administering, managing and coordinating the provision of legal services to the Committee.

### Ashurst Fee Application / Monthly Billing Reports

(Fees: £245,332.30; Hours: 737.45)

18.    This subject matter relates to time spent by Ashurst reviewing invoices, and drafting monthly and interim fee statements as required under the Administrative Fee Order.

### Analysis of Other Professionals Fee Applications/Reports

(Fees: £5,759.50; Hours: 14.8)

19.    This subject matter relates to time spent reviewing the Fee Applications and Reports of other Professionals, including Reports from the Fee Examiner and the Court in relation to Professionals' Fees.

### Retention of Professionals

(Fees: £27,189.00; Hours: 73.4)

20.     This subject matter relates to services rendered by Ashurst in connection with Ashurst's retention by the Committee as its European Counsel and the retention of other European professionals.

### Creditors Committee Meetings

(Fees: £369,848.50; Hours: 789.15)

21.    This subject matter relates to services rendered by Ashurst in connection with Committee matters, meetings and conference calls with the Committee as a whole, with individual Committee members and with the Committee's other legal and financial advisors.

## Court Hearings

(Fees: £43,908.00; Hours: 129.7)

22.    This subject matter relates to services rendered by Ashurst in connection with attendance at hearings and other proceedings before this Court.

## Financial Reports and Analysis

(Fees: £448.00; Hours: 0.7)

23.    This subject matter relates to time spent by Ashurst attorneys in reviewing financial reports and analysis prepared by the Committee's other legal and financial advisors.

## General Claims Analysis/Claims Objections

(Fees: £2,024,693.00; Hours: 5070.3)

24.    This subject matter relates to the legal services rendered by Ashurst in connection with the analysis of claims asserted against the Debtors.

## Canadian Proceedings/Matters

(Fees: £4,472.00; Hours: 8.6)

25.    This subject matter relates to services rendered by Ashurst in connection with proceedings in Canada, including but not limited to, reviewing documents and correspondence with the Committee's other legal and financial advisors.

## Lift Stay Litigation

(Fees: £82,412.50; Hours: 149.9)

26.    This subject matter relates to services rendered by Ashurst in connection with the US and Canadian stays, in particular the effect of a warning notice issued by the U.K. Pensions Regulator.

## Tax Issues

(Fees: £25,980.30; Hours: 49.57)

27.    This subject matter relates to services rendered by Ashurst in connection with tax matters affecting the Debtors.

## Labour Issues/Employee Benefits

(Fees: £1,153,306.00; Hours: 2435.3)

28.    This subject matter relates to services rendered by Ashurst in connection with the analysis of the Debtors' pension and benefits plans, in particular in relation to the validity of the claims asserted by (i) the joint administrators on behalf of the EMEA Debtors and (ii) by the U.K. Pension Parties.

## Telecommunications/Regulator

(Fees: £77,035.50; Hours: 149.2)

29.    This subject matter relates to services rendered by Ashurst in connection with telecommunication and regulatory issues in relation to the Debtors' operations in Europe.

## Asset/Stock Transaction/Business Liquidations

(Fees: £157,366.50; Hours: 400.21)

30.    This subject matter relates to services rendered by Ashurst in connection with the potential sale of certain European assets owned by the Debtors.

## Travel

(Fees: £71,276.00; Hours: 194)

31.    This subject matter relates to the non-working hours spent by Ashurst Attorneys travelling. Pursuant to Local Rule 2016-2(d)(viii), Ashurst has discounted this time by 50 per cent.

5689761

### Non-Debtor Affiliates

(Fees: £96,382.00; Hours: 273.8)

32.    This subject matter relates to services rendered by Ashurst in connection with the analysis of the legal status and structure of the Non-Debtor Affiliates and related advice concerning the repatriation of funds to the Debtors upon the liquidation and/or winding up of the Non-Debtor Affiliates.

### Intercompany Analysis

(Fees: £3,22,390.00; Hours: 736.8)

33.    This subject matter relates to services rendered by Ashurst in connection with certain intercompany issues arising among the various Nortel entities around the world, in particular the intercompany claims asserted by the joint administrators on behalf of the EMEA Debtors.

### European Proceedings/Matters

(Fees: £704,348.20; Hours: 1511.89)

34.    This subject matter relates to services rendered by Ashurst in connection with the European Proceedings, including analysis of the EMEA Debtors' insolvency proceedings in various jurisdictions in Europe.

### Asian Proceedings/Matters

(Fees: £71,655.20; Hours: 173.31)

35.    This subject matter relates to services rendered by Ashurst in connection with the Asian Proceedings, including insolvency proceedings in various jurisdictions in Asia.

# V.    ALLOWANCE OF COMPENSATION

36.    The professional services rendered by Ashurst required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the Committee could be addressed with skill and dispatch and have, therefore, required the expenditure of substantial time and effort.  It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively and economically, and the results obtained to date have benefited not only the members of the Committee, but also the unsecured creditor body as a whole and the Debtors' estates.

37.    The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> ... any professional person … may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered … as is provided under section 330 of this title.

11 U.S.C. § 331.  Moreover, this Court has authorized the filing of this Application in the Administrative Fee Order.

38.    With respect to the level of compensation, 11 U.S.C. § 330(a)(1)(A) provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered . . . ."  11 U.S.C. § 330(a)(1)(A).  Section 330(a)(3), in turn, provides that:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
>     (A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3).  The clear Congressional intent and policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

39.    The total time spent by Ashurst attorneys and paraprofessionals during the Final Compensation Period was 13,009.58 hours.   The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  Ashurst spent its time economically and without unnecessary duplication of time.

40.    In addition, Ashurst incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee during the Final Compensation Period in the sum of £122,391.74.  The disbursements and expenses have been incurred in accordance with Ashurst's normal practice of charging clients for expenses clearly related to and required by particular matters.   Ashurst has endeavored to minimize these expenses to the fullest extent possible.

41.    Ashurst's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, since the needs of each client for such services differ.  Ashurst believes that it is fairest to charge each client only for the services actually used in performing services for it.  In these proceedings, Ashurst charges £0.06 per page for internal duplicating and does not charge for facsimile transmissions.

42.    No agreement or understanding exists between Ashurst and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with these cases.

WHEREFORE, Ashurst respectfully requests that this Court: (a) authorise a final allowance to be made to Ashurst in the amount £5,519,648.79 for compensation for professional services rendered to the Committee during the period from January 30, 2009 through and including May 8, 2017; (b) authorise a final allowance to be made to Ashurst in the amount £122,391.74 for Ashurst's out-of-pocket expenses incurred in connection with the rendering of such services during the period from January 30, 2009 through and including May 8, 2017; and (c) grant such other and further relief as this Court may deem just and proper.

Dated:    London, United Kingdom
            July 7, 2017

ASHURST LLP

By  Giles Boothman
    A Member of the Firm

Broadwalk House

42

5 Appold Street, London, EC2A 2HA
United Kingdom
+44 (0)20 638 1111

*European Counsel to the Official Committee of*
*Unsecured Creditors*