## EXHIBIT B

## Summary of Time by Lawyers/Paraprofessionals

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
MARCH 4, 2014 THROUGH MAY 8, 2017
(All Amounts in Canadian Dollars)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[3] | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Taschina Ashemeade | Student for 1 year; Students Department | $125 | 6.70 | $837.50 |
| Kate Byers | Associate; Lawyer for 2 years; Admitted in 2015; Advocacy Department | $390 | 54.80 | $21,372.00 |
| Robert B. Cohen | Partner; Lawyer for 26 years; Admitted in 1991; Advocacy Departmnet | $915 | 1.20 | $1,098.00 |
| Justin Dick | Student for 1 year; Students Department | $245 | $104.00 | $25,480.00 |
| Jane Dietrich | Partner; Lawyer for 13 years; Admitted in 2004; Financial Restructuring Department | $660<br>$695<br>$710 | 219.80<br>56.80<br>2.40 | $145,068.00<br>$39,476.00<br>$1,704.00 |
| Danielle DiPardo | Student for 1 year; Students Department | $125 | 21.70 | $2,712.50 |
| Hilary Fender | Associate; Lawyer for 2 years; Admitted in 2015; Financial Restructuring Department | $175<br>$390 | 93.10<br>45.10 | $16,292.50<br>$17,589.00 |
| Lauren Grossman | Student for 1 year; Students Department | $125 | 68.50 | $8,562.50 |

---

[3] The information reflected in this column represents the position and years of experience as of the last interim fee application in which the respective professional or paraprofessional rendered services to the Committee in connection with these chapter 11 cases.

[4] During the Compensation Period, Cassels Brock increased its hourly rates. The compensation totals in this column were calculated using the respective hourly rates in effect at the time the services were rendered.

Legal*44062033.3

2.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[3] | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Stefanie Holland | Associate; Lawyer for 7 years; Admitted in 2010; Advocacy Department | $420<br>$450<br>$555 | 904.00<br>660.30<br>17.60 | $379,680.00<br>$297,135.00<br>$9,768.00 |
| Steven Kennedy | Associate; Lawyer for 8 years; Admitted in 2009; Intellectual Property Department | $450 | 34.40 | $15,480.00 |
| Shayne Kukulowicz | Partner; Lawyer for 27 years; Admitted in 1990; Financial Restructuring Department | $900<br>$910<br>$925 | 705.10<br>547.10<br>390.30 | $634,590.00<br>$497,861.00<br>$361,027.50 |
| Ryan Jacobs | Partner; Lawyer for 13 years; Admitted in 2004; Financial Restructuring Department | $750<br>$785<br>$850 | 954.50<br>534.10<br>157.10 | $715,875.00<br>$419,268.50<br>$133,535.00 |
| Noah Leszcz | Student for 1 year; Students Department | $125 | 113.20 | $14,150.00 |
| Michael Mahoney | Student for 2 years; Students Department | $125<br>$175 | 67.50<br>9.10 | $8,437.50<br>$1,592.50 |
| Deborah McGlynn | Law Clerk for 3 years; Advocacy Department | $320 | 39.30 | $12,576.00 |
| James Morand | Partner; Lawyer for 28 years; Admitted in 1989; Tax Department | $995 | 10.10 | $10,049.50 |
| Matthew Peters | Partner; Lawyer for 15 years; Admitted in 2002; Tax Department | $755 | 1.60 | $1,208.00 |
| J.D. Timothy Pinos | Partner; Lawyer for 37 years; Admitted in 1980; Advocacy Department | $965 | 64.50 | $62,242.50 |
| Rose Plue | Law Clerk for 1 year; Advocacy Department | $320 | 146.80 | $46,976.00 |

3.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[3] | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Monique Sassi | Associate; Lawyer for 4 years; Admitted in 2013; Financial Restructuring Department | $390<br>$395<br>$420<br>$465 | 575.20<br>144.70<br>121.50<br>17.30 | $224,328.00<br>$57,156.50<br>$51,030.00<br>$8,044.50 |
| Christopher Selby | Associate; Lawyer for 3 years; Admitted in 2014; Advocacy Department | $245<br>$390 | 81.10<br>85.10 | $19,869.50<br>$33,189.00 |
| Geoffrey B. Shaw | Partner; Lawyer for 31 years; Admitted in 1986; Advocacy Department | $945 | 671.70 | $634,756.50 |
| Michelle Sutkiewicz | Student for 1 year; Students Department | $175 | 71.50 | $12,530.00 |
| Kristin Taylor | Partner; Lawyer for 22 years; Admitted in 1995; Employment/Labour Department | $825<br>$850 | 1.00<br>0.80 | $825.00<br>$680.00 |
| Stephanie Voudouris | Associate; Lawyer for 3 years; Admitted in 2014; Advocacy Department | $395<br>$430 | 76.90<br>2.70 | $30,375.50<br>$1,161.00 |
| Daniel Waldman | Associate; Lawyer for 7 years; Admitted in 2010; Advocacy Department | $420 | 197.50 | $82,950.00 |
| Keri Wallace | Associate; Lawyer for 5 years; Admitted in 2012; Financial Restructuring Department | $390 | 19.60 | $7,644.00 |
| Caitlyn Waring | Student for 1 year; Students Department | $245 | 40.30 | $9,873.50 |
| Stephanie Waugh | Law Clerk for 3 years; Financial Restructuring Department | $200 | 1.30 | $260.00 |

4.

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise[3] | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Bryan Woodman | Associate; Lawyer for 3 years; Admitted in 2014; Financial Services Department | $245 | 8.00 | $1,960.00 |
| Michael Wunder | Partner; Lawyer for 27 years; Admitted in 1990; Financial Restructuring Department | $795<br>$810<br>$835<br>$850 | 1,131.40<br>693.20<br>629.90<br>134.30 | $899,463.00<br>$561,492.00<br>$525,966.50<br>$114,155.00 |

**[Remainder of Page Intentionally Left Blank]**

| | |
|---|---|
| Total Amount of Fees: | **$7,179,353.50** |
| Less: Non-Working Travel Time Discount (50% of $8,473.50): | **($4,236.75)** |
| Total Amount of Fees after Travel Discount: | **$7,175,116.75** |
| Total Number of Hours: | **10,735.80** |
| Blended Hourly Rate: | **$668.34** |