## EXHIBIT C

## Expenses Summary

**DISBURSEMENT SUMMARY**
**MARCH 4, 2014 TO MAY 8, 2017**
**(All Amounts in Canadian Dollars)**

| | |
|---|---:|
| Agency Fees and Disbursements | 28,113.50 |
| Binding, Tabs, Disks, etc | 3,454.41 |
| Copies | 36,535.00 |
| Corporate Searches | 1,747.60 |
| Courier / Delivery Charges | 1,439.89 |
| Library Computer Searches / Online Searches | 25,118.00 |
| Meals / Beverages | 12,088.22 |
| Minister of Finance | 127.00 |
| Supplies | 122.65 |
| Telephone / Long Distance/Conference Calls | 412.11 |
| Travel / Ground Transportation | 6,656.21 |
| **TOTAL** | **$115,814.59**[7] |

---

[7] The total reflects the amount requested in this final Application, which has been reduced pursuant to agreements with the U.S. Trustee and/or Fee Examiner, or reduced by voluntary omissions from fee applications, rather than a sum of the expenses allocable to each expense category.

Legal*44062033.3