# EXHIBIT A

```
                                        WHITEFORD, TAYLOR & PRESTON      THRU 05/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS    DETAILED  BILLING REPORT   AS OF 6/12/2017 11:49:46 AM
                                        PROFORMA NUMBER: 657025         LAST DATE BILLED 06/09/17

CLIENT 091281      OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF    ADDRESS: OFFICIAL COMMITTEE OF UNSECURED
                   NORTEL NETWORKS, INC.                                   CREDITORS OF NORTEL NETWORKS, INC.
MATTER 00001       NORTEL                                                  C/O MARY H. CILIA, SENIOR DIRECTOR
CASE ID                                                                    RLKS EXECUTIVE SOLUTIONS LLC
                                                                          P.O. BOX 591669
                                                                          HOUSTON, TX 77259

INVOICE NUMBER _____  INVOICE DATE ____/____/____
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|-------|------|----|-----------------------------|------|-----|--------------|---------|------------|------------------------|---------------|
| 13492371 | 05/01/17 | | FINALIZE 5/2/17 HEARING BINDERS. | S10 | | .70 | 01831 | CL | 178.50 | 178.50 |
| 13492384 | 05/01/17 | | REVIEW D. BOTTER'S 5/2/17 & 5/5/17 TELEPHONIC CONFIRMATIONS AND FORWARD SAME. | S10 | | .10 | 01831 | CL | 25.50 | 204.00 |
| 13492387 | 05/01/17 | | COORDINATE WITH COURTCALL RE D. BOTTER'S 5/2/17 & 5/5/17 TELEPHONIC APPEARANCES. | S10 | | .20 | 01831 | CL | 51.00 | 255.00 |
| 13492402 | 05/01/17 | | PREPARE 5/2/17 HEARING DOCUMENTS. | S10 | | .40 | 01831 | CL | 102.00 | 357.00 |
| 13504973 | 05/01/17 | | REVIEW MOTION TO REDACT OWENS RESPONSE. | S9 | | .20 | 01762 | CMS | 110.00 | 467.00 |
| 13504981 | 05/01/17 | | REVIEW DRAFTS OF LETTER TO THIRD CIRCUIT RE: STATUS OF PLAN (.2 X 2). | S6 | | .40 | 01762 | CMS | 220.00 | 687.00 |
| 13504984 | 05/01/17 | | E-MAILS TO R. JOHNSON RE: CLEARANCE OF LETTER TO THIRD CIRCUIT ON STATUS OF PLAN (.1 X 2). | S6 | | .20 | 01762 | CMS | 110.00 | 797.00 |
| 13505003 | 05/01/17 | | REVIEW REVISED OWENS ADJOURNMENT ORDER. | S9 | | .10 | 01762 | CMS | 55.00 | 852.00 |
| 13505024 | 05/01/17 | | REVIEW M. WUNDER SUMMARY OF CANADIAN ESCROW AGREEMENT HEARING. | S6 | | .20 | 01762 | CMS | 110.00 | 962.00 |
| 13505037 | 05/01/17 | | E-MAIL TO R. JOHNSON RE: PREPARATION FOR 5/2/17 HEARING. | S10 | | .10 | 01762 | CMS | 55.00 | 1,017.00 |
| 13531824 | 05/01/17 | | EMAIL TO M. MADDOX RE: INTERIM FEE HEARING AND ORDER | S20 | | .10 | 01761 | LKG | 52.50 | 1,069.50 |
| 13531825 | 05/01/17 | | REVIEW ORDER RE: W. OWENS MOTION FOR CONTINUANCE (.1); REVIEW DEBTORS' MOTION TO REDACT IMAGE RE: SAME (.2) | S9 | | .30 | 01761 | LKG | 157.50 | 1,227.00 |
| 13531826 | 05/01/17 | | REVIEW DEBTORS' DRAFT LETTER TO 3RD CIRCUIT RE: ALLOCATION APPEALS | S16 | | .10 | 01761 | LKG | 52.50 | 1,279.50 |
| 13531830 | 05/01/17 | | REVIEW UPDATE ON HEARING FROM CANADIAN WAIVER AND ESCROW MOTION | S6 | | .10 | 01761 | LKG | 52.50 | 1,332.00 |

BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS

WHITEFORD, TAYLOR & PRESTON
DETAILED  BILLING REPORT
PROFORMA NUMBER: 657025

THRU 05/31/17
AS OF 6/12/2017 11:49:46 AM
LAST DATE BILLED 06/09/17

CLIENT 091281

MATTER 00001
CASE ID

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NORTEL NETWORKS, INC.
NORTEL

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13494527 | 05/02/17 | | PREPARE SUPPLEMENTAL 5/2/17 HEARING DOCUMENTS FOR C. SAMIS. | S10 | | .30 | 01831 | CL | 76.50 | 1,408.50 |
| 13494542 | 05/02/17 | | REVIEW AND REVISE WTP PROFORMA. | S19 | | .50 | 01831 | CL | 127.50 | 1,536.00 |
| 13497844 | 05/02/17 | | REVIEW LETTER AND SUPPLEMENTAL AUTHORITY FILED BY SNMP | S16 | | 1.20 | 01761 | LKG | 630.00 | 2,166.00 |
| 13497845 | 05/02/17 | | REVIEW RLKS' APRIL FEE APPLICATION | S20 | | .20 | 01761 | LKG | 105.00 | 2,271.00 |
| 13497846 | 05/02/17 | | REVIEW SUMMARY OF 5/2 HEARING | S10 | | .20 | 01761 | LKG | 105.00 | 2,376.00 |
| 13505118 | 05/02/17 | | PREPARE FOR 5/2/17 HEARING. | S10 | | 2.30 | 01762 | CMS | 1,265.00 | 3,641.00 |
| 13505119 | 05/02/17 | | ATTEND 5/2/17 HEARING. | S10 | | 3.00 | 01762 | CMS | 1,650.00 | 5,291.00 |
| 13505147 | 05/02/17 | | E-MAILS TO R. JOHNSON AND C. LANO RE: PREPARATION FOR 5/2/17 HEARING (.1 X 4). | S10 | | .40 | 01762 | CMS | 220.00 | 5,511.00 |
| 13505159 | 05/02/17 | | MEET W/ R. JOHNSON RE: PREPARATION FOR 5/2/17 HEARING. | S10 | | .20 | 01762 | CMS | 110.00 | 5,621.00 |
| 13505180 | 05/02/17 | | REVIEW DISMISSAL LITIGATION STIPULATIONS FOR EFFECTIVE DATE. | S16 | | .30 | 01762 | CMS | 165.00 | 5,786.00 |
| 13492369 | 05/03/17 | | REVIEW 5/5/17 AGENDA. | S10 | | .10 | 01831 | CL | 25.50 | 5,811.50 |
| 13492370 | 05/03/17 | | CONFER WITH C. SAMIS RE 5/2/17 HEARING. | S10 | | .10 | 01831 | CL | 25.50 | 5,837.00 |
| 13506626 | 05/03/17 | | REVISE COMMITTEE INTERIM FEE EXHIBIT. | S20 | | .30 | 01831 | CL | 76.50 | 5,913.50 |
| 13506628 | 05/03/17 | | EMAIL K. GOOD PROPOSED COMMITTEE INTERIM FEE EXHIBIT. | S20 | | .10 | 01831 | CL | 25.50 | 5,939.00 |
| 13506636 | 05/03/17 | | PREPARE 5/5/17 HEARING BINDERS. | S10 | | .50 | 01831 | CL | 127.50 | 6,066.50 |
| 13506748 | 05/03/17 | | PREPARE WTP'S TWENTY-EIGHTH MONTHLY FEE APPLICATION. | S19 | | 1.30 | 01831 | CL | 331.50 | 6,398.00 |
| 13528035 | 05/03/17 | | REVIEW STATUS OF OPEN LITIGATION AND DISMISSAL | S16 | | .80 | 01762 | CMS | 440.00 | 6,838.00 |

| | | | | | | | WHITEFORD, TAYLOR & PRESTON | | THRU 05/31/17 |
| BILLING ATTORNEY: 01762   CHRISTOPHER M. SAMIS | | | | | | | DETAILED   BILLING REPORT | | AS OF 6/12/2017 11:49:46 AM |
| | | | | | | | PROFORMA NUMBER: 657025 | | LAST DATE BILLED 06/09/17 |

CLIENT 091281          OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                       NORTEL NETWORKS, INC.
MATTER 00001           NORTEL
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | STIPS FROM CLEARY. | | | | | | | |
| 13528036 | 05/03/17 | | PREPARE FOR 5/5/17 HEARING. | S10 | | 1.10 | 01762 | CMS | 605.00 | 7,443.00 |
| 13528044 | 05/03/17 | | REVIEW ORDER FROM THIRD CIRCUIT FURTHER STAYING ALLOCATION APPEAL. | S16 | | .20 | 01762 | CMS | 110.00 | 7,553.00 |
| 13528051 | 05/03/17 | | E-MAILS TO C. LANO RE: PREPARATIONS FOR 5/5/17 HEARING. | S10 | | .20 | 01762 | CMS | 110.00 | 7,663.00 |
| 13528060 | 05/03/17 | | REVIEW 72ND RLKS FEE APPLICATION. | S20 | | .20 | 01762 | CMS | 110.00 | 7,773.00 |
| 13531880 | 05/03/17 | | EMAIL X2 TO D. BOTTER, B. KAHN, R. JOHNSON RE: 5/5 HEARING ON WAIVER AND ESCROW MOTION (.2); EMAIL TO T. MINOTT RE: SAME | S10 | | .30 | 01761 | LKG | 157.50 | 7,930.50 |
| 13531887 | 05/03/17 | | REVIEW/REVISE INTERIM FEE EXHIBIT ORDER | S20 | | .40 | 01761 | LKG | 210.00 | 8,140.50 |
| 13531888 | 05/03/17 | | REVIEW AGENDA FOR 5/5 HEARING | S10 | | .10 | 01761 | LKG | 52.50 | 8,193.00 |
| 13498224 | 05/04/17 | | REVISE SERVICE LIST. | S1 | | .40 | 01831 | CL | 102.00 | 8,295.00 |
| 13531981 | 05/04/17 | | EMAIL TO M. MADDOX RE: UPDATED ADDRESS FOR NORTEL (.1); EMAIL TO C. LANO RE: SAME (.1) | S1 | | .20 | 01761 | LKG | 105.00 | 8,400.00 |
| 13496652 | 05/05/17 | | PREPARE 5/11/17 HEARING DOCUMENTS. | S10 | | .80 | 01831 | CL | 204.00 | 8,604.00 |
| 13496655 | 05/05/17 | | CONFER WITH C. SAMIS RE 5/5/17 HEARING DOCUMENTS. | S10 | | .10 | 01831 | CL | 25.50 | 8,629.50 |
| 13507034 | 05/05/17 | | PREPARE AND CIRCULATE CUMULATIVE DOCKET DISTRIBUTION. | S1 | | 1.00 | 41315 | CM | 200.00 | 8,829.50 |
| 13527915 | 05/05/17 | | COMPLETE PREPARATIONS FOR 5/5/17 HEARING. | S10 | | 1.20 | 01762 | CMS | 660.00 | 9,489.50 |
| 13527916 | 05/05/17 | | ATTEND 5/5/17 HEARING. | S10 | | 1.10 | 01762 | CMS | 605.00 | 10,094.50 |
| 13527917 | 05/05/17 | | REVIEW U.S. DEBTORS PRE-HEARING SCHEDULE I BRIEF, ASSOCIATED MOTION TO SEAL AND PRE-HEARING SUBMISSIONS. | S16 | | 2.10 | 01762 | CMS | 1,155.00 | 11,249.50 |

|  |  |  |
|---|---|---|
| BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS | WHITEFORD, TAYLOR & PRESTON<br>DETAILED  BILLING REPORT<br>PROFORMA NUMBER: 657025 | THRU 05/31/17<br>AS OF 6/12/2017 11:49:46 AM<br>LAST DATE BILLED 06/09/17 |

| CLIENT 091281 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF |
|---|---|
| | NORTEL NETWORKS, INC. |
| MATTER 00001 | NORTEL |
| CASE ID | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 13527918 | 05/05/17 | | REVIEW SNMP PRE-HEARING SCHEDULE I BRIEF, ASSOCIATED MOTION TO SEAL, WITNESS LISTS AND OTHER PRE-TRIAL SUBMISSIONS. | S16 | | 2.50 | 01762 | CMS | 1,375.00 | 12,624.50 |
| 13527919 | 05/05/17 | | E-MAILS TO R. JOHNSON AND K. GOOD RE: SNMP PRE-TRIAL BRIEFING (.1 X 5). | S16 | | .50 | 01762 | CMS | 275.00 | 12,899.50 |
| 13527920 | 05/05/17 | | E-MAILS TO T. MINOTT RE: SNMP PRE-HEARING BRIEFING (.1 X 2). | S16 | | .20 | 01762 | CMS | 110.00 | 13,009.50 |
| 13527924 | 05/05/17 | | REVIEW 9019 MOTION SETTLING EXPORT DEVELOPMENT CANADA CLAIM AND ACE AMERICA INSURANCE COMPANY CLAIM. | S9 | | 1.00 | 01762 | CMS | 550.00 | 13,559.50 |
| 13527925 | 05/05/17 | | E-MAILS TO D. BOTTER AND R. JOHNSON RE: PREPARATION FO 5/5/17 HEARING (.1 X 4). | S10 | | .40 | 01762 | CMS | 220.00 | 13,779.50 |
| 13533035 | 05/05/17 | | REVIEW DEBTORS' PRE-HEARING BRIEF ON SCHEDULE 1 ISSUES IN SNMP DISPUTE (1.3); REVIEW MOTION TO SEAL SAME (.3); REVIEW DEBTORS' PRE-HEARING SUBMISSIONS (.7); REVIEW SNMP PRE-HEARING BRIEF ON SCHEDULE 1 ISSUES (1.4); REVIEW SNMP'S PRE-HEARING SUBMISIONS (.6) | S16 | | 4.30 | 01761 | LKG | 2,257.50 | 16,037.00 |
| 13533217 | 05/05/17 | | REVIEW REVISED EXHIBIT G TO PLAN SUPPLEMENT | S6 | | 1.20 | 01761 | LKG | 630.00 | 16,667.00 |
| 13533218 | 05/05/17 | | REVIEW 9019 MOTION APPROVING SETTLEMENT WITH EXPORT DEVELOPMENT CANADA AND ACE | S9 | | .80 | 01761 | LKG | 420.00 | 17,087.00 |

                                             35.30**TIME VALUE TOTAL**      17,087.00