# EXHIBIT B

```
**************************************************************************************Page 5 of (7)
                                           WHITEFORD, TAYLOR & PRESTON      THRU 05/31/17
BILLING ATTORNEY: 01762  CHRISTOPHER M. SAMIS  DETAILED  BILLING REPORT     AS OF 6/12/2017 11:49:46 AM
                                           PROFORMA NUMBER: 657025          LAST DATE BILLED 06/09/17
```

CLIENT 091281            OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
                         NORTEL NETWORKS, INC.
MATTER 00001             NORTEL
CASE ID

***DISBURSEMENTS ***

| INDEX   | DATE     | REFER-# | CODE | CTRL-# | TKPR  |                                                                                                           | AMOUNT |        |
|---------|----------|---------|------|--------|-------|-----------------------------------------------------------------------------------------------------------|--------|--------|
| 5936474 | 05/02/17 |         | 101  |        | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH/JUDGE GROSS                                                | 24.00  |        |
| 5936475 | 05/05/17 |         | 101  |        | 01762 | DLS DISCOVERY - COURIER EXPENSE-EXPEDITED RUSH P/U AND DELIVERY/BANKRUPTCY COURT-JUDGE GROSS              | 44.00  |        |
|         |          |         |      |        | *101  | COURIER EXPENSE                                                                                           |        | 68.00  |
| 5943604 | 05/23/17 |         | 44   |        | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE                 | 75.30  |        |
| 5943602 | 05/24/17 |         | 44   |        | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE   | 38.10  |        |
| 5943603 | 05/26/17 |         | 44   |        | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPE; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 53.58 |     |
| 5943600 | 05/30/17 |         | 44   |        | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 54.78 |    |
| 5943601 | 05/31/17 |         | 44   |        | 01762 | DLS DISCOVERY - COPIES-COPY/PRINT; ENVELOPES; PRINTING ON LABEL STOCK; POSTAGE; HAND DELIVERY W BANKRUPTCY SERVICE | 95.58 |    |
|         |          |         |      |        | *44   | COPIES                                                                                                    |        | 317.34 |
|         |          |         |      |        |       | *TOTAL DISBURSEMENTS*                                                                                     | 385.34 |        |