# Nortel Networks Inc., et al
## Berkeley Research Group, LLC
### Exhibit A: Time Detail



For the Period 5/1/2017 through 5/8/2017

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/8/2017 | J. Blum | 2.9 | Continued to prepare Final fee application on 6/26/2017. |
| 5/8/2017 | A. Cowie | 2.9 | Continued to review Final fee application on 6/22/2017. |
| 5/8/2017 | A. Cowie | 2.9 | Continued to review Final fee application on 6/23/2017. |
| 5/8/2017 | A. Cowie | 2.9 | Continued to review Final fee application on 6/23/2017. |
| 5/8/2017 | J. Blum | 2.9 | Prepared Final fee application on 6/22/2017. |
| 5/8/2017 | A. Cowie | 2.9 | Prepared Final fee application on 6/22/2017. |
| 5/8/2017 | A. Cowie | 2.9 | Reviewed Final fee application on 6/22/2017. |
| 5/8/2017 | C. Kearns | 2.8 | Reviewed Final fee application on 7/7/2017. |
| 5/8/2017 | J. Blum | 2.1 | Continued to prepare Final fee application on 7/5/2017. |
| 5/8/2017 | J. Hyland | 2.1 | Reviewed Final fee application on 7/5/2017. |
| 5/8/2017 | J. Hyland | 2.0 | Prepared Final fee application on 6/27/2017. |
| 5/8/2017 | J. Borow | 2.0 | Reviewed Final fee application on 7/6/2017. |
| 5/8/2017 | J. Blum | 1.8 | Continued to prepare Final fee application on 6/28/2017. |
| 5/8/2017 | J. Blum | 1.5 | Continued to prepare Final fee application on 6/27/2017. |
| 5/8/2017 | A. Cowie | 1.5 | Reviewed Final fee application on 7/5/2017. |
| 5/8/2017 | J. Hyland | 1.3 | Reviewed March 2017 fee application detail entries on 5/15/2017. |
| 5/8/2017 | J. Hyland | 0.9 | Continued to prepare Final fee application on 6/27/2017. |
| 5/8/2017 | J. Blum | 0.8 | Prepared April 2017 monthly fee application on 5/24/2017. |
| 5/8/2017 | J. Hyland | 0.7 | Reviewed April 2017 fee application on 5/24/2017. |
| 5/8/2017 | J. Hyland | 0.5 | Reviewed March 2017 fee application on 5/22/2017. |

Berkeley Research Group, LLC

Invoice for the 5/1/2017 - 5/8/2017 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/8/2017 | J. Hyland | 0.4 | Finalized March 2017 fee application on 5/24/2017. |
| 5/8/2017 | J. Blum | 0.3 | Prepared March 2017 monthly fee application on 5/18/2017. |
| 5/8/2017 | J. Blum | 0.3 | Prepared Seventh Interim fee application on 5/31/2017. |
| 5/8/2017 | J. Borow | 0.3 | Reviewed March 2017 monthly fee application on 5/23/2017. |
| 5/8/2017 | J. Blum | 0.2 | Continued to prepare Final fee application on 6/26/2017. |
| 5/8/2017 | C. Kearns | 0.2 | Continued to review Final fee application on 7/7/2017. |
| 5/8/2017 | J. Blum | 0.2 | Prepared April 2017 monthly fee application on 5/31/2017. |
| 5/8/2017 | J. Blum | 0.1 | Prepared March 2017 monthly fee application 0n 5/24/2017. |
| 5/8/2017 | J. Blum | 0.1 | Prepared March 2017 monthly fee application on 5/23/2017. |
| 5/8/2017 | J. Hyland | 0.1 | Provided fee estimate to Counsel on 5/15/2017. |
| **Task Code Total Hours** | | **42.5** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 5/8/2017 | C. Kearns | 0.2 | Participated in final call with UCC advising that the plan has gone effective. |
| **Task Code Total Hours** | | **0.2** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 5/2/2017 | A. Cowie | 2.8 | Conducted analysis of distribution mechanics. |
| 5/3/2017 | A. Cowie | 2.9 | Continued analysis of distribution mechanics. |
| 5/5/2017 | J. Hyland | 2.9 | Analyzed revised flow of funds for Plan effective date. |
| 5/5/2017 | J. Hyland | 2.0 | Continued analyzing revised flow of funds for Plan effective date. |
| 5/5/2017 | C. Kearns | 0.2 | Emailed with Counsel re: closing related matters. |
| 5/8/2017 | C. Kearns | 0.1 | Emailed with Akin re: flow of funds and effectiveness of the POR. |
| **Task Code Total Hours** | | **10.9** | |
| **Total Hours** | | **53.6** | |