# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEAL

Appellants SNMP Research International, Inc. and SNMP Research, Inc. (together, "SNMP Research"), hereby appeal pursuant to 28 U.S.C. § 158(a)(1) to the United States District Court for the District of Delaware from the Order Denying Motion to Amend Proofs of Claim [D.I. 18331] (the "Order"), entered on June 29, 2017, denying the Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [D.I. 17432]. The Order was accompanied by the Opinion re Motion to Amend Proofs of Claim [D.I. 18330] (the "Opinion"), also issued on June 29, 2017. The Order and accompanying Opinion are attached hereto as **Exhibits A and B**, respectively.

The names of all parties to the Order appealed from and names, addresses and telephone numbers of their respective attorneys, as well as other relevant parties, are as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667) (together, the "U.S. Debtors").

| **Party** | **Counsel** |
|---|---|
| U.S. Debtors | **Morris, Nichols, Arsht & Tunnell**<br>Derek C. Abbott, Esquire<br>Tamara K. Minott, Esquire<br>Andrew R. Remming, Esquire<br>Andrew John Roth-Moore, Esquire<br>1201 N. Market Street, PO Box 1347<br>Wilmington, DE 19899<br>(302) 658-3989<br>dabbott@mnat.com<br>tminott@mnat.com<br>aremming@mnat.com<br>aroth-moore@mnat.com<br><br>–and–<br><br>**Cleary Gottlieb Steen & Hamilton LLP**<br>Lisa M. Schweitzer, Esquire<br>David H. Herrington, Esquire<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>lschweitzer@cgsh.com<br>dherrington@cgsh.com |

| Party | Counsel |
|---|---|
| Official Committee of Unsecured Creditors (the "Committee")[2] | **Whiteford, Taylor & Preston LLC**<br>Christopher M. Samis, Esquire<br>L. Katherine Good, Esquire<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>(302) 353-4144<br>csamis@wptlaw.com<br>kgood@wptlaw.com<br><br>–and–<br><br>**Akin Gump Strauss Hauer & Feld LLP**<br>David H. Botter, Esquire<br>Abid Qureshi, Esquire<br>Robert A. Johnson, Esquire<br>Brad M. Kahn, Esquire<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br>dbotter@akingump.com<br>aqureshi@akingump.com<br>rajohnson@akingump.com<br>bkahn@akingump.com |

---

[2] The Committee filed a joinder [D.I. 18132] to the Debtors' Opposition to SNMP's Motion to Amend [D.I. 17836] (the "Joinder"). After the Joinder was filed but before the hearing on the Motion to Amend, the Committee was dissolved under the terms of the U.S. Debtors' confirmed Chapter 11 plan. Counsel for the Committee made preliminary comments at the beginning of the hearing but otherwise did not participate in the hearing. SNMP Research lists the Committee as a party to the Order in this Notice of Appeal in an abundance of caution.

| Party | Counsel |
|---|---|
| SNMP Research, Inc. and SNMP Research International, Inc. | **Cole Schotz P.C.**<br>Norman L. Pernick, Esquire<br>Nicholas J. Brannick, Esquire<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 651-2002<br>npernick@coleschotz.com<br>nbrannick@coleschotz.com<br><br>–and–<br><br>G. David Dean, Esquire<br>300 E. Lombard Street, Suite 1450<br>Baltimore, MD 21202<br>(410) 230-0660<br>ddean@coleschotz.com<br><br>–and–<br><br>**King & Ballow Law Offices**<br>Richard S. Busch, Esquire<br>315 Union Street, Suite 1100<br>Nashville, TN 37201<br>(615) 259-3456<br>rbusch@kingballow.com<br><br>–and–<br><br>**Egerton, McAfee, Armistead & Davis, P.C.**<br>John L. Wood, Esquire<br>900 S. Gay Street<br>Knoxville, TN 37902<br>(865) 546-0500<br>jwood@emlaw.com |

4

Dated: July 12, 2017

| | |
|---|---|
| **OF COUNSEL** | **COLE SCHOTZ P.C.** |
| | |
| Richard S. Busch, Esq. | */s/ Norman L. Pernick* |
| **King & Ballow Law Offices** | Norman L. Pernick (No. 2290) |
| 315 Union Street, Suite 1100 | Nicholas J. Brannick (No. 5721) |
| Nashville, TN 37201 | 500 Delaware Avenue, Suite 1410 |
| (615) 259-3456 (Phone) | Wilmington, DE 19801 |
| (615) 726-5417 (Fax) | (302) 651-2002 (Phone) |
| rbusch@kingballow.com | (302) 652-3117 (Fax) |
| | npernick@coleschotz.com |
| -and- | nbrannick@coleschotz.com |
| | |
| John L. Wood, Esq. | -and- |
| **Egerton, McAfee, Armistead & Davis, P.C.** | |
| 900 S. Gay Street | G. David Dean, Esq. |
| Knoxville, TN 37902 | 300 E. Lombard Street, Suite 1450 |
| (865) 546-0500 (Phone) | Baltimore, MD 21202 |
| (865) 525-5293 (Fax) | (410) 230-0660 (Phone) |
| jwood@emlaw.com | (410) 230-0667 (Fax) |
| | ddean@coleschotz.com |

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*