# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Norman L. Pernick, hereby certify that on July 12, 2017, I caused a copy of the foregoing **Notice of Appeal** to be served via First-Class Mail upon the parties listed on the attached service list.

Dated: July 12, 2017                                  COLE SCHOTZ P.C.

*/s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

## **SERVICE LIST**

The Honorable Kevin Gross
U.S. Bankruptcy Court for the District of Delaware
824 N. Market Street, Third Floor
Wilmington, DE 19801

Derek C. Abbott, Esquire
Tamara K. Minott, Esquire
Andrew R. Remming, Esquire
Andrew John Roth-Moore, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, PO Box 1347
Wilmington, DE 19899

Lisa M. Schweitzer, Esquire
David H. Herrington, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Christopher M. Samis, Esquire
L. Katherine Good, Esquire
Whiteford, Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

David H. Botter, Esquire
Abid Qureshi, Esquire
Robert A. Johnson, Esquire
Brad M. Kahn, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Kenney, Esquire
United States Trustee
844 King Street, Suite 2207 Lockbox 35
Wilmington, DE  19801