# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: SH | Date Created: 7/12/2017 |
| Case: 09−10138−KG | Form ID: van440 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036−6745 |
| aty | Andrew John Roth−Moore | Morris Nichols Arsht & Tunnell LLP    1201 N. Market St.    Wilmington, DE 19801 |
| aty | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP    1201 North Market Street    P.O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Christopher M. Samis | Whiteford, Taylor & Preston LLC    The Renaissance Centre    405 North King Street, Suite 500    Wilmington, DE 19801 |
| aty | David H Botter | Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036 |
| aty | David H Herrington | Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Derek C. Abbott | Morris, Nichols, Arsht & Tunnell    1201 N. Market Street    P.O. Box 1347    Wilmington, DE 19899 |
| aty | John L. Wood | Egerton, McAfee, Armistead & Davis, P.C.    900 S. Gay Street    Suite 1400    Knoxville, TN 37902 |
| aty | L. Katherine Good | Whiteford Taylor & Preston LLC    The Renaissance Centre    405 North King Street, Suite 500    Wilmington, DE 19801 |
| aty | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006 |
| aty | Mark S. Kenney | Office of the U.S. Trustee    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 |
| aty | Nicholas J. Brannick | Cole Schotz P.C.    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | Norman L. Pernick | Cole Schotz P.C.    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801 |
| aty | Richard S. Busch | King & Ballow    315 Union Street    Suite 1100    Nashville, TN 37201 |
| aty | Robert A. Johnson | Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    Bank of America Tower    New York, NY 10036−6745 |
| aty | Tamara K. Minott | Morris, Nichols, Arsht & Tunnell LLP    1201 North Market Street    PO BOX 1347    Wilmington, DE 19866 |
| | G. David Dean | 300 E Lombard Street    Suite 1450    Baltimore, MD 21202 |

TOTAL: 17