UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 09-10138                              BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Opinion and Order Denying Motion to Amend Proofs of Claim

**Docket #:** 18330, 18331          **Date Entered:** 6/29/17

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 18361 | Date Filed: 7/12/17 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

SNMP Research International Inc
SNMP Research Inc.

**Appellee/Cross Appellee**

Nortel Networks Inc

**Counsel for Appellant/Cross Appellant:**

Norman L. Pernick
Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, PO Box 1347
Wilmington, DE 19899

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/12/17                              **by:** Sara Hughes
                                                          _____
                                                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    17-30