# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                     Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Re: D.I.** 18305 |
| SNMP Research International, Inc. and SNMP Research, Inc., <br>                     Plaintiffs, <br><br> v. <br><br> Nortel Networks Inc., et al., <br>                   Defendants. | <br><br><br> Adv. Proc. No. 11-53454 (KG) <br><br><br> **Re: Adv. D.I.** 603 |

## ORDER GRANTING MOTION TO FILE UNDER SEAL THE U.S. DEBTORS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon the motion (the "Motion")[2] of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing Debtors to file under seal the Debtors' Proposed Findings; and the Court having reviewed the Motion; and the Court having determined that the legal and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are hereby authorized to file under seal the Debtors' Proposed Findings.

3. The Clerk of the Court is directed to file and maintain the Debtors' Proposed Findings under seal and shall not make it publicly available. The Debtors' Proposed Findings shall not be unsealed unless and until permitted by further order of this Court.

4. The Debtors are under no further filing obligation with respect to the Debtors' Proposed Findings, *provided, however*, that the Debtors shall make copies of the Debtors' Proposed Findings available only to counsel to SNMP Research and the U.S. Trustee.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted herein.

Dated: July 12, 2017
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE