UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| SNMP Research International, Inc. ) | |
| and SNMP Research, Inc., ) | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Nortel Networks Inc., *et al.,* ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Patrick J. Reilley, hereby certify that on July 13, 2017, I caused a copy of *SNMP Research, Inc.'s and SNMP Research International, Inc.'s Amended Proposed Findings of Fact and Conclusions of Law Regarding Schedule 1 Issue [Redacted Version]* to be served via First-Class and electronic mail upon the parties listed on the attached service list.

Dated: July 13, 2017

COLE SCHOTZ P.C.

Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

## SERVICE LIST

Derek C. Abbot, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006