# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JULY 14, 2017 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matters:*

1) TELECONFERENCE - RE: TRIAL DATES
   R / M #:   0 / 0

2) **ADV: 1-11-53454**
   **SNMP Research International, Inc. vs Nortel Networks Inc.**
   TELECONFERENCE - RE: TRIAL DATES
   R / M #:   0 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

TELEPHONIC HEARING HELD:
TRIAL DATES - NORTEL / SNMP - 11/29/17, 11/30, 12/1, 12/5, 12/6, 12/7, 12/8/17 at 9:30 am, 6 hours of Trial each day.
Closing Arguments -  to be discussed and scheduled later
Parties will submit an order