# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross (Nortel Trial Only)**

| Calendar Date: | 07/14/2017 |
|---|---|
| Calendar Time: | 10:00 AM ET |

*1st Revision  Jul 13 2017  1:56PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8469632 | Derek C. Abbott | (302) 351-9357 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8469378 | Richard S. Busch | (615) 259-3456 ext. | King & Ballow Law Offices | Client, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8469398 | David Dean | 410-528-2972 ext. | Cole Schotz P.C. | Creditor, SNMP Research / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8469662 | David Herrington | (212) 225-2266 ext. | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8469650 | Tamara K. Minott | (302) 351-9377 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8471668 | John L. Wood | (865) 292-2503 ext. | Egerton, McAfee, Armistead & Davis | Interested Party, SNMP / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8469388 | Patrick J. Reilley | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, SNMP Research, Inc. / LIVE |