**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ***In re*** <br><br> **Nortel Networks Inc., *et al.*,** <br><br> **Debtors.** | Chapter 11 <br><br> **Bankr. Case No. 09-10138 (KG)** |
| **SNMP Research International, Inc. and SNMP Research, Inc.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **Nortel Networks Inc., *et al.*,** <br><br> **Defendants.** | (Jointly Administered) <br><br> **Adv. Proc. No. 11-53454 (KG)** <br><br> **RE: Adv. D.I. 214** |

**STIPULATION AND ERRATA SHEET**
**REGARDING MAY 11-12, 2017 HEARING TRANSCRIPT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for (i) SNMP Research International, Inc. ("SNMPRI") and SNMP Research, Inc. ("SNMPR") (together, "SNMP") and (ii) Nortel Networks Inc. ("NNI") and certain of its affiliates, as wind-down debtors and debtor-in-possession, respectively, in the above-captioned case (collectively, the "Debtors") that the transcript of proceedings held before this Court on May 11-12, 2017 reflect the corrections listed on the following errata sheet:

**ERRATA SHEET**

| Page:Line | Original Text | Corrected Text | Reason for Change |
|---|---|---|---|
| **158:11** | Sometimes have | Sometimes **we** have | Transcription error |
| **166:8** | THE COURT | MR. BUSCH | Transcription error |
| **205:12** | Nortel Schedule" 71 | Nortel Schedule 1 | Transcription error |
| **274:16** | Mr. Coe | Mr. Cote | Spelling |
| **392:23** | switched to envoy | switched to Envoy | Capitalization |
| **400:22; 401:5, 7, 8, 12, 18; 402:8, 9; 403:2, 5, 7, 10, 12; 405:8, 13, 16; 409:11; 432:3; 436:10** | Belcor | Bellcore | Transcription error |
| **430:2-4** | I would have expected as a licensee, custom and practice, would have wanted | I would have expected that a licensee, under custom and practice, would have wanted | Clarification |
| **534:3** | But first, Mr. Hyslop | But first, Mr. Southwood | Transcription error |

Dated: July 14, 2017

COLE SCHOTZ P.C.

*/s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
302-651-2002

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

G. David Dean
300 E. Lombard Street, Suite 1450
Baltimore, Maryland 21202
410-230-0660

- and -

KING & BALLOW LAW OFFICES

Richard S. Busch
315 Union Street, Suite 1100
Nashville, Tennessee 37201
615-259-3456

- and -

EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.

John L. Wood
900 S. Gay Street
Knoxville, Tennessee 37902
865-546-0500

*Counsel for SNMP Research*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

*Counsel for the Debtors*

SO ORDERED:

July ___, 2017

______________________________________
THE HONORABLE KEVIN GROSS