### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| _____Debtors._____ | ) | **Re: D.I. 18120** |
| SNMP Research International, Inc. | ) | |
| SNMP Research, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 11-53454(KG) |
| | ) | |
| Nortel Networks Inc., et al., | ) | |
| | ) | |
| _____Defendants._____ | ) | **Re D.I. Nos. 542 & 547** |

## ORDER RE MOTION TO EXCLUDE

The Court heard argument by the parties on May 2, 2017, on the Motion of
SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Extrinsic
Evidence Regarding Schedule 1 Issue and to Exclude the Testimony of Dr. Richard
Razgaitis (the "Motion," D.I. 542), and Debtors' opposition to the Motion (the
"Opposition," D.I. 547). Upon careful consideration of the Motion and the Opposition,
accompanying Declarations and materials and the arguments of counsel,

For the reasons the Court stated on the record at the conclusion of the argument,
IT IS ORDERED that the Motion is denied.

Dated: May 4, 2017

_____
KEVIN GROSS, U.S.B.J.