# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>     Wind-Down Debtors and Debtor-In-Possession.<br>--------------------------------------------------------<br><br>SNMP Research International, Inc.<br><br>and<br><br>SNMP Research, Inc.,<br><br>                Plaintiffs,<br><br>v.<br><br>Nortel Networks Inc., *et al.*,<br><br>                Defendants.<br>-------------------------------------------------------- X | Chapter 11<br><br>Bankr. Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 11-53454 (KG) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 19, 2017 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

made aware of this extended deadline.  CourtCall will not accept reservations after the extended deadline has passed without permission of chambers.  Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED MATTER**

1. Motion to File Under Seal the U.S. Debtors' Proposed Findings of Fact and Conclusions of Law (Main Case D.I. 18305, Adv. Case D.I. 603, Filed 6/16/17).

    Objection Deadline: June 30, 2017 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    (a) [SEALED] Proposed Findings of Fact and Conclusions of Law (Main Case D.I. 18308, Adv. Case D.I. 604, Filed 6/16/17);

    (b) [SEALED] Proposed Findings of Fact and Conclusions of Law (Main Case D.I. 18309, Adv. Case D.I. 605, Filed 6/16/17);

    (c) Certificate of No Objection Regarding Motion to File Under Seal the U.S. Debtors' Proposed Findings of Fact and Conclusions of Law (Main Case D.I. 18360, Adv. Case D.I. 608, Filed 7/11/17); and

    (d) Order Granting Motion to File Under Seal the U.S. Debtors' Proposed Findings of Fact and Conclusions of Law (Main Case D.I. 18365, Adv. Case D.I. 609, Entered 7/12/17).

    Status:  An order has been entered regarding this matter.  No hearing is necessary.

| | |
|---|---|
| Dated: July 14, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643) |

1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor-in-Possession*

3