**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 18373** |
| SNMP Research International, Inc. | |
| and | |
| SNMP Research, Inc., | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | |
| v. | |
| Nortel Networks Inc., *et al.,* | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                        ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the U.S. Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. On July 14, 2017, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 19, 2017 at 10:00 A.M. (Eastern Time)," [*Cancelled*], dated July 14, 2017 [Docket No. 18373 in Main Case No. 09-10138], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Catherine Henriquez

Sworn to before me this
18th day of July, 2017

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 201_

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 1007 N ORANGE ST FL 4 WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOYER, BONNIE J. | 346 BLACKPEPPER LOOP LITTLE RIVER SC 29566-8535 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 1210 PULITZER LN DURHAM NC 27703-8396 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | C/O MARK K. AMES TAX AUTHORITY CONSULTING SERVICES P.C. PO BOX 31800 RICHMOND VA 23294-1800 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEMEL, ERNEST | 530 W. 55TH STREET, APT. 13K NEW YORK NY 10019 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 150 SLATER ST OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 227 MARIE ST JACKSONVILLE NC 28546-5142 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ. ATTN: DEVON J. EGGERT, ESQ. 311 SOUTH WACKER DR, STE 3000 COUNSEL TO MERCER (US) INC. CHICAGO IL 60606 |
| FRIEDLANDER & GORRIS, P.A. | 1201 N. MARKET STREET SUITE 2200 WILMINGTON DE 19801 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| GUSSIE H. ANDERSON | 109 GUMPOND BELL RD LUMBERTON MS 39455 |
| HEINBAUGH, ALLAN | 165 BLOSSOM HILL ROAD SPC 14 SAN JOSE CA 95123-5902 |

| Claim Name | Address Information |
|---|---|
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HODGES, RICHARD | 12804 PAMPLONA DR WAKE FOREST NC 27587 |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 1101 W 9THST #113 DAVENPORT IA 52804-3732 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LECLAIRRYAN LLP | ROBERT S. MCWHORTER COUNSEL FOR AVNET INTERNATIONAL (CANADA) LTD. 400 CAPITOL MALL STE 1500 SACRAMENTO CA 95814-4406 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 266 CAMDEN TRL DALLAS GA 30157-8716 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NORTEL NETWORKS, INC. | ATTN: MARY CILIA PO BOX 591669 HOUSTON TX 77259 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: COLLECTIONS SUPPORT UNIT 651 BOAS STREET, ROOM 702 HARRISBURG PA 17121 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 28203-4886 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | ATTN: JOANNE P. PINCKNEY, ESQ. COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT |

| Claim Name | Address Information |
|---|---|
| PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC | LP 3711 KENNETT PIKE, SUITE 210 GREENVILLE DE 19807 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN ANDREW CALAMARI BROOKFIELD PLACE STE 400 200 VESEY STREET NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 401 FEDERAL STREET DOVER DE 19901 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 201 S. ROGERS LANE, STE. 100 RALEIGH NC 27610 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 801 SKOKIE BLVD STE 100 NORTHBROOK IL 60062 |
| TOTMAN, CARMEL TURLINGTON | 3029 MCDADE FARM ROAD RALEIGH NC 27616 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US DEPARTMENT OF LABOR | OFFICE OF THE SECRETARY S-2521 200 CONSTITUTION AVE NW WASHINGTON DC 20210 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 722 STRATFORD OK 74872 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

**Total Creditor count  121**

| | |
|---|---|
| **NNI AGENDA 7-14-17** | **NNI AGENDA 7-14-17** |
| COLE SCHOTZ P.C.<br>NORMAN L. PERNICK<br>NICHOLAS J. BRANNICK<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | JOHN L. WOOD, ESQ.<br>EGERTON, MCAFEE, ARMISTEAD &<br>DAVIS, P.C.<br>900 S. GAY STREET<br>KNOXVILLE, TN 37902 |
| **NNI AGENDA 7-14-17** | **NNI AGENDA 7-14-17** |
| COLE SCHOTZ P.C.<br>G. DAVID DEAN, ESQ.<br>IRVING E. WALKER, ESQ.<br>300 E. LOMBARD STREET, SUITE 1450<br>BALTIMORE, MD 21202 | RICHARD S. BUSCH, ESQ.<br>KING & BALLOW LAW OFFICES<br>315 UNION STREET, SUITE 1100<br>NASHVILLE, TN 37201 |

**NNI AGENDA 7-14-17**

KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN: EDWARD T. ATTANASIO ESQ.
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067-6049

**EXHIBIT B**

| | |
|---|---|
| DLA PIPER LLP (US) | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| DRINKER BIDDLE & REATH LLP | 973-360-9831 |
| DUANE MORRIS LLP | 302-657-4901 |
| ELLIOTT GREENLEAF | 302-384-9399 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| FPL LAW DEPARTMENT | 561-691-7103 |
| FULBRIGHT & JAWORSKI LLP | 212-318-3400 |
| GIBBONS P.C. | 973-639-6244 |
| GIBSON DUNN | 212-351-4035 |
| GOODMANS LLP | 416-979-1234 |
| GOWLING LAFLEUR HENDERSON | 416-862-7661 |
| HAHN LOESER & PARKS LLP | 216-241-2824 |
| HERBERT SMITH | 44-0-20-7098-4878 |
| HINCKLEY ALLEN & SNYDER LLP | 617-345-9020 |
| HUGHES HUBBARD & REED LLP | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | 212-299-6045 |
| HUNTON & WILLIAMS | 214-740-7181 |
| IBM CORPORATION/IBM CREDIT LLC | 845-491-5032 |
| IOWA DEPARTMENT OF REVENUE | 515-281-0763 |
| J. SCOTT DOUGLASS ESQ. | 713-227-7497 |
| JONES DAY | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | 212-940-8776 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | 310-407-9090 |
| KLEHR HARRISON | 302-426-9193 |
| LATHROP & GAGE LLP | 720-931-3201 |
| LEWIS AND ROCA LLP | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | 210-226-4308 |
| LOWENSTEIN SANDLER PC | 973-597-2400 |
| MAGNOZZI & KYE, LLP | 631-923-2860 |
| MAYER BROWN LLP | 212-262-1910 |
| MEYERS LAW GROUP P.C. | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | 212-530-5219 |
| MISSOURI DEPT OF REVENUE | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | 302-656-2769 |
| MORRIS JAMES LLP | 302-571-1750 |
| MORRIS JAMES LLP | 302-571-1750 |

| | |
|---|---|
| MUNICIPAL OPERATIONS | 720-913-3180 |
| NETWORK ENGINEERING INC. | 405-840-5183 |
| NIXON PEABODY LLP | 415-984-8300 |
| NORTON ROSE | 416-216-3930 |
| OFFICE OF THE U.S. TRUSTEE | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | 215-560-2202 |
| PACHULSKI STANG | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | 202-326-4112 |
| PENSION BENEFIT GUARANTY CORP | 202-842-2643 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | 817-860-6509 |
| POLSINELLI PC | 302-252-0921 |
| POST & SCHELL P.C. | 717-731-1985 |
| POYNER SPRUILL LLP | 704-342-5264 |
| PRYOR CASHMAN LLP. | 212-515-6959 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 212-849-7100 |
| RAY QUINNEY & NEBEKER P.C. | 801-532-7543 |
| RIDDELL WILLIAMS P.S. | 206-389-1708 |
| ROPES & GRAY LLP | 212-596-9090 |
| ROPES & GRAY LLP | 617-951-7050 |
| SEC NY REGIONAL OFFICE | 212-336-1348 |
| SECRETARY OF TREASURY | 302-739-5635 |
| SIRLIN GALLOGLY & LESSER, P.C. | 215-864-9669 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 302-651-3001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 212-735-2000 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | 919-821-6800 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | 212-681-4041 |
| STEVEN S. HONIGMAN | 917-591-7364 |
| SULLIVAN HAZELTINE ALLINSON LLC | 302-428-8195 |
| SWARTZ CAMPBELL LLC | 302-656-1434 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | 646-390-7034 |
| THE BANK OF NEW YORK MELLON | 732-667-4756 |
| TW TELECOM INC. | 303-566-1010 |
| U.S. DEPT OF JUSTICE CIVIL DIV | 202-307-0494 |
| UNISYS CORPORATION | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | 202-776-0080 |
| US ATTORNEY'S OFFICE | 302-573-6431 |
| VEDDER PRICE P.C. | 212-407-7799 |
| VEDDER PRICE P.C. | 312-609-5005 |
| VONBRIESEN & ROPER S.C. | 414-238-6532 |

| | |
|---|---|
| VORYS, SATER, SEYMOUR AND PEASE LLP | 614-719-4663 |
| WERB & SULLIVAN | 302-652-1111 |
| WHITEFORD TAYLOR & PRESTON LLC | 302-661-7950 |
| WICK PHILLIPS GOULD & MARTIN, LLP | 214-692-6255 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-8111 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9251 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9587 |
| WILLKIE FARR & GALLAGHER LLP | 212-728-9170 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | 914-323-7001 |
| WOLFF & SAMSON PC | 973-530-2212 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | 302-252-4330 |
| YOUNG CONAWAY | 302-571-1253 |