IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | § Chapter 11 |
| **Nortel Networks Inc., *et al.*,**[1] | § |
|  | § Case No. 09-10138 (KG) |
| Debtors. | § |
|  | § Jointly Administered |

## NOTICE OF FIRM CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that McGuire, Craddock & Strother, P.C. has relocated its office to the following address:

>   McGuire, Craddock & Strother, P.C.
>   2501 N. Harwood St., Suite 1800
>   Dallas, Texas 75201
>   Telephone: 214/954-6800
>   Fax: 214/954-6850

Please reflect this change in all future pleadings, notices and other papers served or filed in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (u>S.) Corporation (3826), Nortel Networks (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: July 18, 2017

> By: /s/J. Mark Chevallier   [07/18/17]
> **J. Mark Chevallier**
> TX State Bar No. 04189170
> **McGUIRE, CRADDOCK & STROTHER, P.C.**
> 2501 N. Harwood St., Suite 1800
> Dallas, TX 75201
> Telephone: 214/954-6800
> Fax: 214/ 954-6850
> Email: mchevallier@mcslaw.com
> **ATTORNEYS FOR STMICROELECTRONICS, INC; STMICROELECTRONICS, CANADA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Firm Change of Address was served via electronic mail on the Court's EM/ECF system.

> /s/J. Mark Chevallier   [07/18/17]
> **J. Mark Chevallier**