# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**DEREK C. ABBOTT**
(302) 351-9357
(302) 425-4664 FAX
dabbott@mnat.com

July 19, 2017

**VIA ECF/HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
   for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

      Re:    *In re Nortel Networks Inc., et al., Case No. 09-10138 (KG)*

Dear Judge Gross:

      I write on behalf of Nortel Networks Inc. and certain of its affiliates, as wind-down debtors and debtors-in-possession in the above-captioned case (collectively, the "Debtors") with respect to the *Motion for Reconsideration of the Court's Order Granting the Debtors' Objection to the Proof of Claim of William A. Owens* (the "Reconsideration Motion") (D.I. 18339) and the *Debtors' Objection to William A. Owens's Motion for Reconsideration of the Court's Order Granting the Debtors' Objection to the Proof of Claim of William A. Owens* (the "Objection") filed contemporaneously herewith.

      I write to respectfully request that the Court determine the Reconsideration Motion on the papers without the need to schedule oral argument.

      Counsel to Mr. William A. Owens ("Mr. Owens") filed the Reconsideration Motion on July 5, 2017. The Notice of Motion filed with the Reconsideration Motion provided both an objection deadline and hearing date of TBD. Since filing the Reconsideration Motion, counsel to Mr. Owens has not contacted Debtors' counsel with respect to the schedule.

      As of June 15, 2017, the Plan Administrator began making initial distributions of property under the Plan[1] to holders of Allowed Claims (the "Initial Distributions") and the Plan

---

[1]     Capitalized terms used herein shall have the meanings ascribed to them in the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795-1] (the "Plan") attached as Exhibit

The Honorable Kevin Gross
July 19, 2017
Page 2

Administrator will continue to make distributions to holders of Allowed Claims in accordance with the terms of the Plan. The Debtors desire to resolve the Reconsideration Motion as expeditiously as possible in order to have a final resolution regarding Mr. Owen's asserted claims against the Debtors and to avoid the further expense of oral argument on the Reconsideration Motion. To that end, the Debtors have today filed the Objection to the Reconsideration Motion within the fourteen day objection period contemplated by Rule 9006-1(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>").

      Enclosed are copies of the Reconsideration Motion and the Objection. We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully submitted,

                        */s/ Derek C. Abbott*

                        Derek C. Abbott

cc: Rachel B. Mersky, Esq. (By Hand)

11185463.1

---

A to the *Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795] (the "<u>Confirmation Order</u>").