IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objections Due: August 9, 2017 at 4:00 p.m. (ET) |

**FIRST AND FINAL APPLICATION OF MASTER, SIDLOW & ASSOCIATES, P.A. FEE EXAMINER, FOR ALLOWANCE OF FINAL COMPENSATION AND FOR FINAL REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2013 THROUGH MAY 8, 2017**

| | |
|---|---|
| Name of Applicant: | Master, Sidlow & Associates, P.A. |
| Authorized to Provide Professional Services to: | The Court |
| Date of Retention: | July 10, 2013 |
| Period for which Compensation and reimbursement is sought: | August 1, 2013 through May 8, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $435,377.65 |
| Amount of reimbursement sought as actual, reasonable and necessary: | $     689.72 |

This is an __ interim    X    final application

The total time expended for fee application preparation is approximately 7.0 hours and the corresponding compensation requested is $2,205.00.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

## COMPENSATION BY PROFESSIONAL

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2013 through May 8, 2017

| Name of Professional | Position of the Applicant | Hourly Billing Rate (including changes)[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Davis, Deborah | Admin Assistant | $ 65.00 | 42.50 | $ 2,762.50 |
| Sharp. Paula | Admin Assistant | 65.00 | 49.75 | 3,233.75 |
| Walls, Amanda | Admin Assistant | 65.00 | 24.40 | 1,586.00 |
| Williams, Kim | Admin Assistant | 65.00 | 18.50 | 1,202.50 |
| O'Brien, Megan | Paraprofessional | 60.00 | 18.20 | 1,092.00 |
| | | 62.00 | .30 | 18.60 |
| Morgan, Cathy | Paraprofessional | 70.00 | 44.25 | 3,097.50 |
| Dewey, Timothy | Staff Intern | 65.00 | 132.21 | 8,593.65 |
| Frank-Budow, Joann | Staff Accountant | 75.00 | 118.00 | 8,850.00 |
| | | 78.00 | 92.75 | 7,234.50 |
| Gorenty, Melissa | Staff Accountant | 80.00 | 15.50 | 1,240.00 |
| | | 83.00 | 39.25 | 3,257.75 |
| Jafri, Sakina | Staff Accountant | 75.00 | 11.50 | 862.50 |
| Lin, Evelyn | Staff Accountant | 80.00 | 93.75 | 7,500.00 |
| | | 85.00 | 48.25 | 4,101.25 |
| | | 90.00 | 15.50 | 1,395.00 |
| | Senior Accountant | 93.00 | 4.50 | 418.50 |
| Sachson, Christopher | Staff Accountant | 75.00 | 22.25 | 1,668.75 |
| Still, John | Staff Accountant | 75.00 | 345.60 | 25,920.00 |
| | | 80.00 | 103.25 | 8,260.00 |
| | | 83.00 | 5.75 | 477.25 |
| | Senior Accountant | 85.00 | 67.00 | 5,695.00 |
| Wilson, Samuel | Staff Accountant | 75.00 | 112.50 | 8,437.50 |
| | | 78.00 | 22.25 | 1,735.50 |
| Xiang, Jinguan | Staff Accountant | 75.00 | 256.10 | 19,207.50 |
| | | 78.00 | 36.25 | 2,827.50 |
| Goff, Jonathan | Senior Accountant | 88.00 | 3.00 | 264.00 |
| Scarborough, Judith | Director | 300.00 | 203.05 | 60,915.00 |
| | | 310.00 | 701.13 | 217,350.30 |
| | | 315.00 | 83.09 | 26,173.35 |
| | | | 2,730.33 | $ 435,377.65 |
| | | | | |
| **GRAND TOTAL:  $435,377.65** | | | | |
| **BLENDED RATE:      $159.46** | | | | |

---

[2]  Due to changes in billing rates to reflect certain timekeeper adjustments, more than one hourly billing rate for a given professional may be shown. Annual adjustments to billing rates are generally effective on July 1.

## CUMULATIVE COMPENSATION BY PROJECT
## CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG)

August 1, 2013 through May 8, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Administrative Matters | 62.88 | $ 13,203.35 |
| Assembly | 74.70 | 4,855.50 |
| Fee Application Review | 2,123.17 | 305,272.85 |
| Fee Application Preparation | 28.49 | 8,802.80 |
| Final Report Preparation | 226.80 | 56,725.90 |
| Final Report Review | 33.93 | 10,537.60 |
| Preliminary Report Preparation | 119.91 | 32,050.40 |
| Typing/Checking | 60.45 | 3,929.25 |
| **TOTAL** | 2,730.33 | $435,377.65 |

## EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

August 1, 2013 through May 8, 2017

| Expense Category | Total Expenses |
|---|---|
| Meals Working Late | $ 127.50 |
| Mileage and Parking | 17.05 |
| Postage/FedEx | 545.17 |
| **TOTAL** | $ 689.72 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objections Deadline: August 9, 2017 at 4:00 p.m. (ET)** |

**FIRST AND FINAL APPLICATION OF MASTER, SIDLOW & ASSOCIATES, P.A. FEE EXAMINER, FOR ALLOWANCE OF FINAL COMPENSATION AND FOR FINAL REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2013 THROUGH MAY 8, 2017**

Master, Sidlow & Associates, P.A., Fee Examiner for the Court in the above-captioned cases, submits this application (the "Final Application") for Final allowance of compensation for professional services rendered by Master, Sidlow & Associates, P.A. to the Court for the period August 1, 2013 through May 8, 2017, (the "Application Period") and reimbursement of actual and necessary expenses incurred by Master, Sidlow & Associates, P.A. during the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

Trustee's Guideline for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order")[2]. In support of this Final Application, Master, Sidlow & Associates, P.A. represents as follows:

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtor's jointly administered bankruptcy cases.

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

## MASTER, SIDLOW & ASSOCIATES, P.A.'s RETENTION

3. By Order dated July 10, 2013 this Court approved appointed Master, Sidlow & Associates, P.A. as fee examiner (Docket no. 11082).

## FEE PROCEDURES ORDER

4. On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

5. In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month. Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application. If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

6. Master, Sidlow & Associates, P.A. submits this Final Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that the firm has rendered as Fee Examiner in these cases for the period from August 1, 2013 through May 8, 2017, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in during that same period.

7. During the period covered by this Final Application, Master, Sidlow & Associates, P.A. incurred fees in the amount of $435,377.65. For the same period Master, Sidlow & Associates, P.A. incurred actual, reasonable and necessary expenses totaling $689.72. With respect to these amounts, as of the date of this Application, Master, Sidlow & Associates, P.A. has received no payments. Master, Sidlow & Associates, P.A.'s fees for the Compensation Period are based on the customary compensation charged by comparably skilled professionals in cases other than under Title 11.

8. Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases. The categories are intended to organize the description the time spent along several categories of broad tasks for which Master, Sidlow & Associates, P.A. has been retained to perform. Certain time entries may overlap multiple categories and efforts have been made to appropriately categorize the time.

9. During the Application Period, Master, Sidlow & Associates, P.A. provided services to the Court related to the various matters, including but not limited to matters related to the review of monthly and quarterly fee applications for professionals, and preparation of preliminary and final fee examiners reports regarding such fee applications.

10. Exhibit A attached hereto contains logs, sorted by case project category, which show the time recorded by Master, Sidlow & Associates, P.A. and descriptions of the services provided.

11. Exhibit B attached hereto contains a breakdown of disbursements incurred by Master, Sidlow & Associates, P.A. during the Application Period.

12. In accordance with Local Rule 2016-2, Master, Sidlow & Associates, P.A. has reduced its request for compensation for non-working travel, if any, to 50% of our normal rate.

13. Master, Sidlow & Associates, P.A. has endeavored to represent the Court in the most expeditious and economical manner possible. Tasks have been assigned to accountants and support staff at Master, Sidlow & Associates, P.A. so that the work has been performed by those most familiar with the particular task and by the lowest hourly rate professional appropriate for a particular task.

14. No agreement or understanding exists between Master, Sidlow & Associates, P.A. and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

15. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge and belief that this Application complies with that Rule.

WHEREFORE, Master, Sidlow & Associates, P.A. respectfully requests that this Court: (a) allow Master, Sidlow & Associates, P.A. (i) final compensation in the amount of $435,377.65 for actual, reasonable and necessary professional services rendered on behalf of the Debtors during the period August 1, 2013 through May 8, 2017, and (ii) final reimbursement in the amount of $689.72 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to Master, Sidlow & Associates, P.A. the amount of $436,067.37 which is equal to the sum of 100% of Master, Sidlow & Associates, P.A. allowed final compensation and 100% of Master, Sidlow & Associates, P.A. allowed expense reimbursement; and (c) grant such other and further relief as is just.

Dated: July 19, 2017

    Wilmington, Delaware

Master, Sidlow & Associates, P.A.

*/s/ Judith M. Scarborough*
Judith M. Scarborough
Fee Examiner
2002 West 14th Street
Wilmington, DE  19806
Telephone: (302) 652-3480
Facsimile:  (302) 656-8778
Email:  jscarborough@mastersidlow.com