# EXHIBIT B

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG)

August 1, 2013 through May 8, 2017

| | | | | | |
|---|---|---|---|---|---|
| A0016 MEAL ALLOWANCE | Still,John | 2/28/2014 | | $ | 7.50 |
| A0016 MEAL ALLOWANCE | Lin,Evelyn | 3/3/2014 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 3/3/2014 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 3/4/2014 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 3/5/2014 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Lin,Evelyn | 3/24/2014 | Akin Gump | | 7.50 |
| A0016 MEAL ALLOWANCE | Lin,Evelyn | 3/25/2014 | Richards Layton & Finger | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 4/2/2014 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Gorenty,Me | 3/5/2015 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Gorenty,Me | 3/11/2015 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Gorenty,Me | 3/12/2015 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Gorenty,Me | 3/13/2015 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 2/23/2017 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 2/27/2017 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 2/28/2017 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 3/1/2017 | | | 7.50 |
| A0016 MEAL ALLOWANCE | Still,John | 3/28/2017 | | | 7.50 |
| | | | | | 127.50 |
| | | | | | |
| A0018 MILEAGE/TOLLS/PARKING | Davis,Debo | 11/6/2014 | delivery to MNAT | | 2.51 |
| A0018 MILEAGE/TOLLS/PARKING | Walls,Aman | 11/4/2015 | To Morris Nichols | | 2.55 |
| A0018 MILEAGE/TOLLS/PARKING | Smagala,Je | 3/28/2016 | | | 1.40 |
| A0018 MILEAGE/TOLLS/PARKING | Walls,Aman | 7/8/2016 | | | 2.41 |
| A0018 MILEAGE/TOLLS/PARKING | Trickey,Co | 2/4/2015 | | | 2.09 |
| A0018 MILEAGE/TOLLS/PARKING | Trickey,Co | 5/11/2015 | | | 2.09 |
| A0018 MILEAGE/TOLLS/PARKING | Walls,Aman | 1/31/2017 | | | 2.39 |
| A0018 MILEAGE/TOLLS/PARKING | Bublitz,Co | 4/14/2017 | | | 1.61 |
| | | | | | 17.05 |
| | | | | | |
| A0020 POSTAGE / FEDEX | | 11/01/2013 | | | 3.32 |
| A0020 POSTAGE / FEDEX | | 11/01/2013 | | | 16.60 |
| A0020 POSTAGE / FEDEX | | 11/01/2013 | | | 11.20 |
| A0020 POSTAGE / FEDEX | | 11/01/2013 | | | 2.90 |
| A0020 POSTAGE / FEDEX | | 11/02/2013 | | | 43.87 |
| A0020 POSTAGE / FEDEX | | 01/31/2014 | | | 5.60 |
| A0020 POSTAGE / FEDEX | | 01/31/2014 | | | 2.90 |
| A0020 POSTAGE / FEDEX | | 01/31/2014 | | | 2.25 |
| A0020 POSTAGE / FEDEX | | 01/31/2014 | | | 13.92 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.19 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.82 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.82 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.82 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.82 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.82 |
| A0020 POSTAGE / FEDEX | | 3/22/2014 | | | 1.82 |

| | | | |
|---|---|---|---|
| A0020 POSTAGE / FEDEX | 3/22/2014 | | 1.14 |
| A0020 POSTAGE / FEDEX | 3/22/2014 | | 1.19 |
| A0020 POSTAGE / FEDEX | 3/22/2014 | | 1.19 |
| A0020 POSTAGE / FEDEX | 5/17/2014 | | 9.66 |
| A0020 POSTAGE / FEDEX | 5/17/2014 | | 12.82 |
| A0020 POSTAGE / FEDEX | 5/17/2014 | | 27.64 |
| A0020 POSTAGE / FEDEX | 5/29/2014 | | 10.85 |
| A0020 POSTAGE / FEDEX | 8/31/2014 | | 26.40 |
| A0020 POSTAGE / FEDEX | 9/26/2014 | | 8.40 |
| A0020 POSTAGE / FEDEX | 9/26/2014 | | 20.56 |
| A0020 POSTAGE / FEDEX | 2/7/2015 | | 10.85 |
| A0020 POSTAGE / FEDEX | 5/27/2015 | | 4.14 |
| A0020 POSTAGE / FEDEX | 5/27/2015 | | 8.40 |
| A0020 POSTAGE / FEDEX | 10/31/2015 | | 13.44 |
| A0020 POSTAGE / FEDEX | 12/25/2015 | | 16.08 |
| A0020 POSTAGE / FEDEX | 1/11/2016 | | 12.48 |
| A0020 POSTAGE / FEDEX | 1/18/2016 | | 2.40 |
| A0020 POSTAGE / FEDEX | 1/18/2016 | | 11.16 |
| A0020 POSTAGE / FEDEX | 4/9/2016 | | 4.93 |
| A0020 POSTAGE / FEDEX | 4/9/2016 | | 20.40 |
| A0020 POSTAGE / FEDEX | 6/29/2016 | | 18.00 |
| A0020 POSTAGE / FEDEX | 7/18/2016 | | 10.88 |
| A0020 POSTAGE / FEDEX | 7/18/2016 | | 17.68 |
| A0020 POSTAGE / FEDEX | 7/28/2016 | | 10.99 |
| A0020 POSTAGE / FEDEX | 7/28/2016 | | 3.23 |
| A0020 POSTAGE / FEDEX | 7/28/2016 | | 3.23 |
| A0020 POSTAGE / FEDEX | 7/28/2016 | | 2.30 |
| A0020 POSTAGE / FEDEX | 7/28/2016 | | 10.68 |
| A0020 POSTAGE / FEDEX | 10/20/2016 | Mail Final  Examiner Reports | 21.75 |
| A0020 POSTAGE / FEDEX | 11/6/2016 | | 9.42 |
| A0020 POSTAGE / FEDEX | 11/6/2016 | | 1.15 |
| A0020 POSTAGE / FEDEX | 11/6/2016 | | 2.13 |
| A0020 POSTAGE / FEDEX | 12/28/2016 | | 11.72 |
| A0020 POSTAGE / FEDEX | 1/24/2017 | | 23.95 |
| A0020 POSTAGE / FEDEX | 2/4/2017 | | 12.26 |
| A0020 POSTAGE / FEDEX | 2/11/2017 | | 7.60 |
| A0020 POSTAGE / FEDEX | 4/1/2017 | | 5.98 |
| A0020 POSTAGE / FEDEX | 4/17/2017 | | 4.02 |
| A0020 POSTAGE / FEDEX | 4/17/2017 | | 8.40 |
| A0020 POSTAGE / FEDEX | 4/17/2017 | | 21.00 |
| | | | 545.17 |
| | | | $  689.72 |