## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Post Confirmation Quarterly Summary Report** was caused to be made on July 20, 2017, in the manner indicated upon the entities identified below.

Date: July 20, 2017

                                               */s/ Tamara K. Minott*
                                               Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519

11195505