```
                   IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                         )    Case No. 09-10138(KG)
                               )    (Jointly Administered)
                               )
NORTEL NETWORKS, INC., et al.,)     Chapter 11
                               )
                               )    Courtroom 3
                               )    824 Market Street
            Debtors.           )    Wilmington, Delaware
                               )
                               )    July 14, 2017
                               )    9:59 a.m.

                     TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

TELEPHONIC APPEARANCES:

For Debtors:               Morris Nichols Arsht & Tunnell, LLP
                           BY: DEREK ABBOTT, ESQUIRE
                           (302) 658-9200

                           Cleary Gottlieb Steen & Hamilton
                           BY: DAVID HERRINGTON, ESQ.
                           (212) 225-2266

                           Morris Nichols Arsht & Tunnell
                           BY: TAMARA K. MINOTT, ESQ.
                           (302) 351-9377

ECRO:                      GINGER MACE

Transcription Service:     DIAZ TRANSCRIPTION SERVICES
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diaztranscription.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

TELEPHONIC APPEARANCES:
(Continued)

For client, SNMP Research:     King & Ballow Law Offices
                               BY: RICHARD S. BUSCH, ESQ.
                               (615) 259-3456

                               Cole Schotz, P.C.
                               BY: DAVID DEAN, ESQ.
                               BY: PATRICK J. REILLY, ESQ.
                               (410) 528-2972

                               Egerton, McAfee, Armistead &
                               Davis
                               BY: JOHN L. WOOD, ESQ.
                               (865) 292-2503

1

1    WILMINGTON, DELAWARE, FRIDAY, JULY 14, 2017, 9:59 A.M.

2              THE COURT:  Good morning, everyone.  Judge Gross

3    is on the telephone and I appreciate you're all

4    participating in the call.  And I'm going to start off with

5    a couple of questions for you because I just want to make

6    sure that we're all on the same page on this.  I know that

7    -- and I'll call them SNMP, but I recognize it's SNMPR and

8    SNMPRI.  That SNMP has taken an appeal of my decision on the

9    Motion to Amend and to add SNMPRI.  And I just want to ask

10   if that is going to affect the schedule in any way, that

11   appeal, given the fact that the District Court is short of

12   Judges and an appeal may take some time.

13             MR. HERRINGTON:  Your Honor --

14             MR. ABBOTT:  Your Honor -- Derek Abbott for the

15   Debtors.  David Herrington from Cleary is going to address

16   the Court and I'm sure he would like to respond to that.

17             THE COURT:  All right.  Thank you, Mr. Abbott.

18             MR. HERRINGTON:  Your Honor, we don't believe

19   that SNMP's Notice of Appeal was properly filed.  Your

20   Honor's ruling on the Motion to Amend is not a Final Order.

21   In order to be a Final Order, an Order has to resolve an

22   entire proceeding, meaning all of the claims of all of the

23   parties.  And, you know, what this was on SNMP's part was a

24   motion to take International's proof of claim and amend it

25   by asserting new claims, new damage theories, and bringing

1  in an additional Claimant.  Of course, Your Honor, denied

2  that motion.  That does not resolve the proof of claim

3  proceeding.  It's still there.  There are still claims that

4  International is pursuing.

5          THE COURT:  Right.

6          MR. HERRINGTON:  So it's not a Final Order.  What

7  we believe International should have done, if it wished to

8  appeal -- and by the way, you know, Motions to Amend happen

9  all the time in -- both in Bankruptcy Court and in civil

10  litigation.  You know, a Plaintiff asks to amend its

11  complaint.  When the Court says no, that's not appealable,

12  you know, it's one of many Interlocutory Orders that --

13  along the way.  And we do not have piecemeal appeals, we

14  wait till everything gets resolved.  And when there's a

15  final judgement that entirely resolves the proceeding,

16  everything goes up.

17          So again, this is not a Final Order.  And yet,

18  the Notice of Appeal is framed as if it is an appeal from a

19  Final Order, and we think that's improper and invalid.  So

20  I'll pause there.

21          THE COURT:  Well I must say, that was my view as

22  well, Mr. Herrington, but I'd be pleased to hear from SNMP

23  at this point.

24          MR. DEAN:  Good morning, Your Honor.  It's David

25  Dean at Cole Schotz on behalf of the SNMP parties.  On the

1    issue of the Final Order, well, we viewed it as a Final

2    Order because we were not allowed to amend the claim at all

3    to present our damages.  So if we can't amend the claim to

4    present the damages that we think we are owed, I don't know

5    what else there is to decide.  That's number one.

6              Number two, if there's an argument that the Order

7    is not a Final Order, we certainly couldn't take the risk of

8    it not -- of it being a Final Order and not -- at least

9    noting an appeal because if we had not noted an appeal, then

10   Nortel would probably be arguing that we should have

11   appealed.

12             And so, we really didn't have a choice but to

13   note an appeal of what we thought was a Final Order, but if

14   the District Court disagrees with us and finds this an

15   Interlocutory Order, then the appeal presumably would go

16   away.

17             And I'm also willing to -- I didn't -- I just

18   learned for the first time that this is Nortel's position

19   because I tried to talk to Mr. Herrington about your email

20   yesterday, but we were not able to connect, so this is the

21   first I'm hearing of this.  But perhaps there is a way to

22   resolve this, but by some type of stipulation.  But we could

23   not take the risk that Nortel would view this and argue that

24   it is not a Final Order or is a Final Order, we had to

25   preserve the right to appeal.  And so that was the way that

1   we viewed it.

2              THE COURT:  All right.

3              MR. DEAN:  Okay.  I -- and I just want to

4   address, if you don't mind, putting aside whether the appeal

5   is final or not and whether we could try to perhaps work

6   around that.  We, as an SNMP, are certainly not looking to

7   use this appeal to delay anything at all.

8              And I gave some thought to this after your email

9   yesterday.  And I think I have a very easy solution to this

10  problem whether the appeal goes forward or not.  And that is

11  that I don't think there's anything stopping the Court and

12  the parties from proceeding with trial in the adversary

13  proceeding.

14             And if we need to have a limited damages hearing

15  later after the appeal is resolved post-trial on just the

16  pre-position portion of the claim, then we could have such a

17  limited hearing, but every -- the Motion to Amend only

18  relates to the pre-petitioned portion of damages.  And there

19  is an agreed Order that the Court signed some months ago

20  that said that if we are permitted to amend, then there

21  would be a limited consolidation of trial in the adversary

22  proceeding and on the allowance of the proofs of claim, but

23  the condition in that Order which Nortel requested be

24  inserted, has not yet been met because we, obviously, did

25  not get leave to amend.

1          And so right now, there's nothing that would

2     require or deem the pre-petition claims and the adversary

3     proceeding relating to the post-petition claims to be

4     consolidated for purposes of trial.

5          So I think an easy solution to this would be just

6     schedule the trial on the adversary proceeding for now and

7     wait to see how this appeal issue plays out to decide how to

8     handle the hearing on the pre-petition claim.

9          THE COURT:  Mr. Herrington, anything more from

10    you?

11         MR. HERRINGTON:  Well, Your Honor, we would

12    certainly agree that the case should move forward.  And by

13    the way, if we had gotten a call from SNMP before they filed

14    their Notice of Appeal, asking if we think they are entitled

15    to do it and they need to do it, we certainly would have

16    said no, so the idea that if they hadn't filed it, we would

17    have argued somehow that's a default is not right.  But it

18    -- both parties agree that the case should move forward.

19    Mr. Dean set it out as to the adversary complaint, it would

20    move forward.  We think it should move forward as to

21    everything, but it -- I think it's good that we're in

22    agreement that the case should move forward, you know,

23    schedule a trial, and let's, you know, address the issues

24    that are there to be addressed.

25         THE COURT:  All right.  And that's what we're

1  going to do, of course, but I just wanted to raise that as a

2  possible concern.

3          And my next concern is you all filed the Findings

4  of Fact and Conclusion of Law under seal.  And I want to

5  make certain you understand that my opinion will not be

6  under seal.

7          MR. DEAN:  Your Honor, this is David Dean.  I'll

8  address that.  Yesterday, in response to your email, and we

9  have been planning on doing this for a while, but we had

10  been circulating redactions to each other over the last week

11  or so.  We filed yesterday on the docket, both sides,

12  redacted versions, publicly filed redacted versions of the

13  briefs.  And the redactions that we have put in the actual

14  public filing are very minimal.  It only really redacts a

15  couple of customer names and pricing information, but other

16  than that, everything has now been uncovered in the public

17  eye.

18          THE COURT:  All right.  Mr. Herrington --

19          MR. DEAN:  So I don't think it's going to be a

20  problem.

21          MR. HERRINGTON:  And, Your Honor -- yeah, and

22  Your Honor, yeah, this is David Herrington.  We think

23  everything is perfectly fine to publicly file, including

24  Your Honor's opinion and the party submissions.  The only

25  reason we have any redactions in ours is because SNMP asked

1  us to make those redactions, but it's not something that

2  we're asking for.  So again, from our perspective, it's fine

3  to publicly file everything.

4              THE COURT:  All right.  I mean, I -- look, I've

5  been carefully reviewing your Findings of Fact and

6  Conclusions of Law.  My sense was that there really was

7  nothing confidential in those papers, but I'll certainly

8  stand by the redactions that you have filed.

9              MR. HERRINGTON:  Thank you, Your Honor.

10             THE COURT:  Let's talk about the trial for a

11  minute because at the moment, the parties are in opposition

12  as to whether it's a one-week trial, a two-week trial, when

13  the trial begins.  And, you know, let me just say, this is a

14  Bankruptcy Court, and I have many matters, many of which are

15  very time sensitive with the issues that come before me.

16  So, you know, to devote two weeks to a trial, I think, I did

17  it, of course, earlier in Nortel.  I had devoted more than

18  two weeks to trial, but there were days that we didn't have

19  trial and days that I could schedule other matters to be

20  heard and I did.  And I don't have two weeks for a trial.

21             My thought is this.  I'll give you seven days for

22  trial and I'll tell you when they'll be.  And I'll give you

23  a date for closing argument, so that we don't find ourselves

24  in a situation where we're rushing at the end of the trial

25  to argue the case.

1          And my thought is, and let me get my calendar

2    here.  And I recognize, and I'm very sensitive to Mrs.

3    Case's illness and Dr. Case's difficulties with that

4    illness, and I feel badly about it, but you know, we do have

5    a trial and funds have been reserved and I think the time is

6    working here in such a way that we really need to proceed.

7          So my thought was, not to begin on the Monday

8    after Thanksgiving, or the Tuesday after Thanksgiving, but

9    that we would begin on Wednesday, the 29th, and go with the

10   29th, the 30th, and December 1.  And then, I would take Monday

11   to schedule other matters that need to be heard during that

12   timeframe.  And I would hear you the rest of that week.

13   It's the 5th, 6th, 7th, and 8th.  That would be the seven days.

14         And again, I know that SNMP wanted two weeks or

15   ten trial days, but really, seven is all that I can devote

16   to the matter and I think that the parties will have to

17   adjust their presentations.  They'll obviously be -- you'll

18   obviously be allowed equal time.  And then we'll have

19   closing argument for four hours, I would suggest on January

20   12, which would follow a briefing.  You can talk about that

21   date.  That date is flexible.  But I was thinking perhaps

22   that post-trial briefs could be due January 5, but then

23   again, there is the holiday season, so you might want to

24   make that later or might want to make the closing argument

25   later, but I'll hear from you now.

1           MR. DEAN:  Your Honor, this is David Dean again.

2    I -- we certainly appreciate your willingness to schedule

3    this for as many days as you gave us.  Obviously, our

4    preference would be two weeks, but we certainly respect and

5    appreciate your schedule and we'll do what we need to do to

6    get the case in in the time that you've given us.

7           I do want to address one thing that you raised in

8    the response to our email yesterday, just to make sure that

9    it's clear on the issue you raised relating to summary

10   judgment.

11          THE COURT:  Yes.

12          MR. DEAN:  I just want to confirm that the

13   parties have already agreed that we would not move for

14   summary judgment.  We thought we had a few partial summary

15   judgment issues that we were thinking of moving on, but

16   Nortel had proposed that we just get on with it and go to

17   trial.  So your concern about parties filing Motions

18   for Summary Judgment, and you know, having to issue a

19   decision in scheduling a trial, I mean, you did schedule the

20   trial, but I just wanted to address that point, so that it

21   didn't get lost.  Just to confirm that that will not be a

22   concern --

23          THE COURT:  Okay.

24          MR. DEAN:  -- on summary judgment.

25          THE COURT:  Very fine.  That's helpful, of

1  course.  You know, my --

2           MR. DEAN:  Yeah, we just raised that issue in our

3  letter, just to explain to you that we want to get on with

4  this, too.  We're not trying to delay anything.  And part of

5  that was we agreed to for both summary judgment to get on

6  with it.  And so, that was the reason why I made that point.

7           THE COURT:  All right.  All right.  Thank you,

8  Mr. Dean.  Mr. Herrington, anything from you?

9           MR. HERRINGTON:  Your Honor, we appreciate your

10 giving us those days and we will certainly work with them.

11 And if you don't mind, if Mr. Dean and I could confer on the

12 January dates and get back to you.

13          THE COURT:  Yes.  Yeah, of course you may.  And,

14 you know, look, I recognize that is the holiday season and

15 you'll be trying a case, you'll be tired, and that may not

16 be enough time for post-trial briefing and you may want to

17 do it, you know, well into January and have argument at the

18 end of January or February.  That's perfectly fine with the

19 Court.  And I'll leave that up to you.

20          MR. HERRINGTON:  Thank you, Your Honor.

21          MR. DEAN:  Just one other question, Your Honor, I

22 have.  So I assume, based on your earlier comment, but I

23 just wanted to confirm.  I want to have a conversation with

24 Mr. Harrington about dealing with this appeal that's

25 pending, but pending that, are you ordering that the

1   adversary and the proof of claim be consolidated and

2   scheduled for this trial as part of this ruling or are we

3   going to hold off on the proof of claim until the appeal

4   issue gets resolved?

5           THE COURT:  Mr. Herrington, what is your view on

6   that?

7           MR. HERRINGTON:  Well, Your Honor, again, we

8   believe that the appeal wasn't properly filed.  SNMP

9   evidently thinks it was.  That's a matter that will be

10  addressed pursuant to the rules and maybe we can talk it

11  through and one of us can persuade the other of what the

12  right outcome is so that we don't have to address motions

13  either to Your Honor or to the District Court.  But I don't

14  think either side is really asking Your Honor to rule on

15  that legal issue in the call today without having any kind

16  of submission on it.

17          THE COURT:  The Order that I entered on

18  consolidation, given my ruling on the amendment and adding

19  SNMPRI, is that now off the consolidation?

20          MR. HERRINGTON:  You know, I think -- Your Honor,

21  this is again, David Herrington.  I think we'd want to

22  consider that.  Again, we think that the proof of claim is

23  still before Your Honor because there -- the ruling on the

24  Motion to Amend was not a Final Order.  But again, I think

25  that's something that we can talk through with SNMP's

1    counsel and try to reach a resolution.

2             I think for today what we we're agreeing is we're

3    setting a trial date, at the very least, the adversary

4    proceeding would be available to go forward then.  We think

5    the entire proceeding, including the proof of claim should

6    go forward then as well.

7             But again, I think Mr. Dean and we can talk that

8    through and if need be, you know, address the appropriate

9    papers to again, Your Honor, or the District Court.

10            THE COURT:  And if you need another call after

11   you've talked, just call chambers and we'll arrange to hear

12   you, of course.

13            My last -- the last point is the request of

14   Nortel to submit -- to either have closing argument, you

15   know, following the trial, the two day trial, or to submit a

16   letter memorandum.  And I would prefer not to have closing

17   argument.  I think that, you know, I've looked at the

18   papers, but you're right, Mr. Herrington, there are some

19   points I think that where the parties did not really address

20   one another.  And what I'm going to do is I'm going to

21   provide that you can file letter memorandum, letter

22   memoranda, on what you believe are new arguments which the

23   other side raised in its papers.  And I'm thinking to allow

24   you five pages, no footnotes, and to have them due

25   simultaneously on July 28 at 5:00 p.m.  Does that schedule

1   and does that idea work for everyone?

2           MR. DEAN:  Your Honor, this is David Dean again.

3   I'm actually going to be out of the office that week.

4           THE COURT:  Okay.

5           MR. DEAN:  So is there a way that -- would you be

6   willing to at least for most of it, at least Monday through

7   Wednesday?  So is -- would you be agreeable to move it to

8   the following week?

9           THE COURT:  I would.  Now the only concern I've

10  got, and you should know this, is I'll be out that following

11  week.  So I won't see these papers until I return then on

12  the 14th, or I may see them in the meantime, of course, and

13  read them and be working on the opinion even over vacation.

14  But I don't have a problem if you want to have until, let's

15  say, August 4, provided that works for Nortel.

16          MR. HERRINGTON:  Your Honor, that -- we will work

17  with that schedule.

18          THE COURT:  Okay.

19          MR. HERRINGTON:  And just to clarify what the

20  Court has in mind.  Is it that each side would make an

21  additional submission of no more than five pages

22  simultaneous.

23          THE COURT:  That's right.

24          MR. HERRINGTON:  And just addressing whatever

25  each side believes was a new argument in the other side or

1  --

2          THE COURT:  In other words, that you would answer

3  anything that you think was a new argument.

4          MR. HERRINGTON:  Okay.

5          THE COURT:  Now if you need more than five pages,

6  I'm prepared to give you seven pages or even up to ten

7  pages, whatever you prefer.

8          MR. HERRINGTON:  I think seven pages might be

9  safer.  We're going to try to keep it to five, but -- and

10 realizing that Your Honor does have a lot before you on your

11 plate in this matter and many other matters, but I think

12 seven would be -- make sure that we've got a chance just to

13 fully address the issues.  And again, we'll try to make it

14 shorter if we can.

15         THE COURT:  Does that -- does my point make sense

16 to you, Mr. Herrington?  In other words, that if there were

17 arguments raised in SNMP's papers, that you did not address

18 in your papers because they're new arguments or in your view

19 they're new arguments.  Whether they are or not, of course,

20 is something that you can debate, but that you would have an

21 opportunity now to answer those arguments?

22         MR. HERRINGTON:  Yes, Your Honor, that does make

23 sense.

24         THE COURT:  Okay.  And how about you, Mr. Dean,

25 the same?

1            MR. DEAN:  Oh, that's fine with us, Your Honor.

2  Perfectly fine.

3            THE COURT:  All right.  So it's seven pages and

4  the papers will be due August 4.

5            MR. HERRINGTON:  Great.

6            THE COURT:  What else can we accomplish during

7  this call, anything else?

8            MR. DEAN:  I just have one further point, Your

9  Honor.  Because we've got this Order on the Motion to Amend,

10  I just want to address it as it relates to your decision on

11  the Schedule 1 issue.  I just wanted to confirm with you

12  that we filed all of the briefing on Schedule 1 in the

13  adversary and the main case because the Schedule 1 issue

14  relates to the pre-petition claim, so that's why we filed

15  the main case.  And a sliver of the post-petition claim.

16  And the reason I'm bringing this up is because I just

17  noticed that when you issued the Order on the Motion In

18  Limine that we filed and you decided in early May before the

19  trial.

20            THE COURT:  Yes.

21            MR. DEAN:  The Order was only entered in the

22  adversary proceeding and not in the main case as well.  And

23  I don't think that's a huge deal, but the reason I'm

24  bringing it up is because if you enter the Order in the main

25  case, then I'm going to have to have another discussion with

1  Mr. Harrington about, you know, we probably are going to

2  have to have a discussion depending on how it goes, similar

3  -- for one side or the other, similar to what we're going to

4  have on the Motion to Amend.  And so, I just wanted to raise

5  that point for you and to make you aware of that.

6          THE COURT:  Does that make a difference to you,

7  Mr. Herrington?

8          MR. HERRINGTON:  No, Your Honor.  I agree that

9  the Schedule 1 issue is an issue that would cover both the

10  pre-petition claims, including those that SNMP wanted to add

11  with its Motion to Amend and the old contractual claims for

12  unpaid royalties that it has in its old proof of claim.  And

13  in addition, it covers the claims for -- that are a licensed

14  use in the adversary proceeding.  Basically, the issue is is

15  this line, this based ES, ERS product line licensed or not

16  and --

17          THE COURT:  Right.

18          MR. HERRINGTON:  -- that's under Schedule 1, you

19  know, that the issue is does that license that -- those

20  products.  And so that issue encompasses both the proof of

21  claim and the adversary proceeding.  It's really just that

22  the timing of is it pre-petition or post-petition, but the

23  issue of whether those products were licensed or not stands

24  for both.  So I do think it's appropriate that a ruling be

25  filed in both matters.

1            THE COURT:  Okay.  I will take care of doing

2  that.  I'll do that in both.

3            MR. HERRINGTON:  Right.

4            THE COURT:  And I appreciate that, Mr. Dean.  I

5  appreciate your apprising me of that problem.

6            MR. DEAN:  No problem.  Thank you, Your Honor.

7            THE COURT:  All right.  Now, by the way, trial

8  will start, at least the first day, will start at 9:30 and

9  I'll issue an Order scheduling this.  The only concern I've

10  got is whether I put two captions or one caption on it.  You

11  know, is it just the adversary.  And I suppose that I ought

12  to wait until the two of you talk and resolve any issues

13  there.

14            MR. DEAN:  Yeah.  And would you want us to

15  negotiate a Proposed Scheduling Order for you with other

16  deadlines as well or --

17            THE COURT:  That would be fine, yes.  You know,

18  the pre-trial conference.

19            MR. DEAN:  Well, similar to what we just did for

20  the -- similar to what we just did for the Schedule 1

21  Hearing.

22            THE COURT:  That would be fine if you do that,

23  yes.

24            MR. DEAN:  I do think --

25            MR. HERRINGTON:  Yeah.

1          THE COURT:  And my thought is we'll have six

2  hours of trial each day and we'll divide it equally, all

3  right?  So yes, negotiate a Scheduling Order, that will be

4  fine using these trial dates.  And I appreciate your

5  availability to talk today and if there's nothing further,

6  we'll stand in recess.

7          MR. DEAN:  Thank you, Your Honor.  Have a good

8  weekend.

9          MR. HERRINGTON:  Thank you, Your Honor.

10          THE COURT:  Thank you, everyone.  Good day to

11  you.

12          MR. ABBOTT:  Thank you, Your Honor.

13  (Whereupon, at 9:57 a.m., the hearing was adjourned.)

14

15

16                    CERTIFICATION

17          I certify that the foregoing is a correct

18  transcript from the electronic sound recording of the

19  proceedings in the above-entitled matter.

20

21

22  _____        July 18, 2017 ___
23  Traci L. Calaman Transcriber                    Date
24  Diaz Transcription Services

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) 1:15 3:1 20:13 | | **appeal**(21) 3:8 3:11 3:12 3:19 4:8 4:18 4:18 5:9 5:9 5:13 5:15 5:25 6:4 6:7 6:10 6:15 7:7 7:14 12:24 13:3 13:8 | | **can't**(1) 5:3 | | **davis**(1) 2:14 | |
| **abbott**(5) 1:24 3:14 3:14 3:17 20:12 | | | | **caption**(1) 19:10 | | **day**(4) 14:15 19:8 20:2 20:10 | |
| **able**(1) 5:20 | | | | **captions**(1) 19:10 | | **days**(7) 9:18 9:19 9:21 10:13 10:15 11:3 12:10 | |
| **about**(8) 5:19 9:10 10:4 10:20 11:17 12:24 16:24 18:1 | | **appealable**(1) 4:11 | | **care**(1) 19:1 | | | |
| | | **appealed**(1) 5:11 | | **carefully**(1) 9:5 | | **deadlines**(1) 19:16 | |
| **aboveentitled** (1) 20:19 | | **appeals**(1) 4:13 | | **case**(11) 1:5 7:12 7:18 7:22 9:25 11:6 12:15 17:13 17:15 17:22 17:25 | | **deal**(1) 17:23 | |
| **accomplish**(1) 17:6 | | **appearances**(2) 1:21 2:1 | | | | **dealing**(1) 12:24 | |
| **actual**(1) 8:13 | | **appreciate**(7) 3:3 11:2 11:5 12:9 19:4 19:5 20:4 | | **case's**(2) 10:3 10:3 | | **dean**(30) 2:9 4:24 4:25 6:3 7:19 8:7 8:7 8:19 11:1 11:1 11:12 11:24 12:2 12:8 12:11 12:21 14:7 15:2 15:2 15:5 16:24 17:1 17:8 17:21 19:4 19:6 19:14 19:19 19:24 20:7 | |
| **actually**(1) 15:3 | | | | **certain**(1) 8:5 | | | |
| **add**(2) 3:9 18:10 | | **apprising**(1) 19:5 | | **certainly**(5) 5:7 6:6 7:12 7:15 9:7 11:2 11:4 12:10 | | | |
| **adding**(1) 13:18 | | **appropriate**(2) 14:8 18:24 | | | | | |
| **addition**(1) 18:13 | | **are**(16) 4:3 5:4 6:6 6:20 7:14 7:24 8:14 9:11 9:14 12:25 13:2 14:18 14:22 16:19 18:1 18:13 | | **certification**(1) 20:16 | | | |
| **additional**(2) 4:1 15:21 | | | | **certify**(1) 20:17 | | **debate**(1) 16:20 | |
| **address**(12) 3:15 6:4 7:23 8:8 11:7 11:20 13:12 14:8 14:19 16:13 16:17 17:10 | | | | **chambers**(1) 14:11 | | **debtors**(3) 1:12 1:23 3:15 | |
| | | **argue**(2) 5:23 9:25 | | **chance**(1) 16:12 | | **december**(1) 10:10 | |
| | | **argued**(1) 7:17 | | **chapter**(1) 1:8 | | **decide**(2) 5:5 7:7 | |
| **addressed**(2) 7:24 13:10 | | **arguing**(1) 5:10 | | **choice**(1) 5:12 | | **decided**(1) 17:18 | |
| **addressing**(1) 15:24 | | **argument**(9) 5:6 9:23 10:19 10:24 12:17 14:14 14:17 15:25 16:3 | | **circulating**(1) 8:10 | | **decision**(3) 3:8 11:19 17:10 | |
| **adjourned**(1) 20:13 | | | | **civil**(1) 4:9 | | **deem**(1) 7:2 | |
| **adjust**(1) 10:17 | | | | **claim**(15) 3:24 4:2 5:2 5:2 5:3 6:16 6:22 7:8 13:1 13:3 13:22 14:5 17:14 17:15 18:12 18:21 | | **default**(1) 7:17 | |
| **administered**(1) 1:6 | | **arguments**(5) 14:22 16:17 16:18 16:19 16:21 | | | | **delaware**(1) 1:2 1:12 3:1 | |
| **adversary**(12) 6:12 6:21 7:2 7:6 7:19 13:1 14:3 17:13 17:22 18:14 18:21 19:11 | | | | | | **delay**(2) 6:7 12:4 | |
| | | **armistead**(1) 2:13 | | **claimant**(1) 4:1 | | **denied**(1) 4:1 | |
| | | **around**(1) 6:6 | | **claims**(8) 3:22 3:25 4:3 7:2 7:3 18:10 18:11 18:13 | | **depending**(1) 18:2 | |
| **affect**(1) 3:10 | | **arrange**(1) 14:11 | | | | **derek**(2) 1:24 3:14 | |
| **after**(5) 6:8 6:15 10:8 10:8 14:10 | | **arsht**(2) 1:23 1:31 | | **clarify**(1) 15:19 | | **devote**(2) 9:16 10:15 | |
| **again**(13) 4:17 9:2 10:14 10:23 11:1 13:7 13:21 13:22 13:24 14:7 14:9 15:2 16:13 | | **aside**(1) 6:4 | | **clear**(1) 11:9 | | **devoted**(1) 9:17 | |
| | | **ask**(1) 3:9 | | **cleary**(2) 1:27 3:15 | | **diaz**(1) 1:37 | |
| **ago**(1) 6:19 | | **asked**(1) 8:25 | | **client**(1) 2:4 | | **did**(8) 6:24 9:16 9:20 11:19 14:19 16:17 19:19 19:20 | |
| **agree**(3) 7:12 7:18 18:8 | | **asking**(3) 7:14 9:2 13:14 | | **closing**(5) 9:23 10:19 10:24 14:14 14:16 | | | |
| **agreeable**(1) 15:7 | | **asks**(1) 4:10 | | | | | |
| **agreed**(3) 6:19 11:13 12:5 | | **asserting**(1) 3:25 | | **cole**(2) 2:8 4:25 | | **didn't**(4) 5:12 5:17 9:18 11:21 | |
| **agreeing**(1) 14:2 | | **assume**(1) 12:11 | | **come**(1) 9:15 | | **difference**(1) 18:6 | |
| **agreement**(1) 7:22 | | **august**(2) 15:15 17:4 | | **comment**(1) 12:22 | | **difficulties**(1) 10:3 | |
| | | **availability**(1) 20:5 | | **complaint**(2) 4:11 7:19 | | **disagrees**(1) 5:14 | |
| **al.**(1) 1:8 | | **available**(1) 14:4 | | **concern**(6) 8:2 8:3 11:17 11:22 15:9 19:9 | | **discussion**(2) 17:25 18:2 | |
| **all**(20) 3:3 3:6 3:17 3:22 3:22 4:2 4:9 5:2 6:2 6:7 7:25 8:3 8:18 9:4 10:15 12:7 12:7 17:3 17:12 19:7 20:2 | | **aware**(1) 18:5 | | **conclusion**(1) 8:4 | | **district**(5) 1:2 3:11 5:14 13:13 14:9 | |
| | | **away**(1) 5:16 | | **conclusions**(1) 9:6 | | **divide**(1) 20:2 | |
| | | **back**(1) 12:12 | | **condition**(1) 6:23 | | **docket**(1) 8:11 | |
| | | **badly**(1) 10:4 | | **confer**(1) 12:11 | | **does**(9) 4:2 14:25 15:1 16:10 16:15 16:15 16:22 18:6 18:19 | |
| **allow**(1) 14:23 | | **ballow**(1) 2:4 | | **conference**(1) 19:18 | | | |
| **allowance**(1) 6:22 | | **bankruptcy**(4) 1:1 1:19 4:9 9:14 | | **confidential**(1) 9:7 | | | |
| **allowed**(5) 5:2 10:18 | | **based**(2) 12:22 18:15 | | **confirm**(4) 11:12 11:21 12:23 17:11 | | **doing**(2) 8:9 19:1 | |
| **along**(1) 4:13 | | **basically**(1) 18:14 | | **connect**(1) 5:20 | | **don't**(12) 3:18 5:4 6:4 6:11 8:19 9:20 9:23 12:11 13:12 13:13 13:13 15:14 17:23 | |
| **already**(1) 11:13 | | **because**(13) 3:5 5:2 5:9 5:19 6:24 8:25 9:11 13:23 14:18 17:9 17:13 17:16 17:24 | | **consider**(1) 13:22 | | | |
| **also**(1) 5:17 | | | | **consolidated**(2) 7:4 13:1 | | | |
| | | | | **consolidation**(3) 6:21 13:18 13:19 | | **done**(1) 4:7 | |
| **amend**(14) 3:9 3:20 3:24 4:4 4:8 4:10 5:2 5:3 6:17 6:20 6:25 13:24 17:9 18:4 18:11 | | **been**(6) 6:24 8:9 8:10 8:16 9:5 10:5 | | **continued**(1) 2:2 | | **due**(3) 10:22 14:24 17:4 | |
| | | **before**(6) 1:18 7:13 9:15 13:23 16:10 | | **contractual**(1) 18:11 | | **during**(2) 10:11 17:6 | |
| | | **begin**(2) 10:7 10:9 | | **conversation**(1) 12:23 | | | |
| | | **begins**(1) 9:13 | | **correct**(1) 20:17 | | **each**(4) 8:10 15:20 15:25 20:2 | |
| **amendment**(1) 13:18 | | **behalf**(1) 4:25 | | **could**(6) 5:22 6:5 6:16 9:19 10:22 12:11 | | **earlier**(2) 9:17 12:22 | |
| **and**(136) 3:3 3:4 3:7 3:7 3:9 3:9 3:12 3:16 3:23 3:24 3:25 4:8 4:9 4:13 4:14 4:17 4:19 4:19 5:8 5:12 5:14 5:17 5:23 5:25 6:3 6:5 6:8 6:9 6:10 6:11 6:14 6:18 6:22 7:1 7:2 7:6 7:12 7:15 7:23 7:25 8:3 8:4 8:4 8:8 8:8 8:13 8:15 8:21 8:21 8:24 9:5 9:13 9:14 9:19 9:20 9:20 9:22 9:22 10:1 10:1 10:2 10:2 10:3 10:4 10:5 10:5 10:9 10:10 10:10 10:12 10:13 10:14 10:16 10:18 11:4 11:5 11:16 11:18 12:4 12:6 12:10 12:11 12:11 12:12 12:12 12:13 12:14 12:15 12:16 12:17 12:19 13:1 13:1 13:11 13:18 14:1 14:7 14:8 14:10 14:11 14:16 14:23 14:24 15:1 15:10 15:12 15:13 15:19 15:24 16:9 16:11 16:13 16:16 17:3 17:13 17:15 17:16 17:18 17:22 17:22 18:4 18:5 18:11 18:16 18:20 18:21 19:4 19:8 19:11 19:12 19:14 20:1 20:2 20:4 20:5 | | **believe**(3) 4:18 4:7 13:8 14:22 | | **couldn't**(1) 5:7 | | **easily**(1) 9:7 | |
| | | **believes**(1) 15:25 | | **counsel**(1) 14:1 | | **easy**(2) 6:9 7:5 | |
| | | **both**(4) 9:4 7:18 8:11 12:5 18:9 18:20 18:24 18:25 19:2 | | **couple**(2) 3:5 8:15 | | **ecro**(1) 1:35 | |
| | | | | **course**(8) 4:1 8:1 9:17 12:1 12:13 14:12 15:12 16:19 | | **egerton**(1) 2:13 | |
| | | **briefing**(3) 10:20 12:16 17:12 | | | | **either**(3) 13:13 13:14 14:14 | |
| | | **briefs**(2) 8:13 10:22 | | **court**(51) 1:1 3:2 3:11 3:16 3:17 4:5 4:9 4:11 4:21 5:14 6:2 6:21 6:19 7:9 7:25 8:18 9:4 9:10 9:14 11:11 11:23 11:25 12:7 12:13 12:19 13:5 13:13 13:17 14:2 16:5 15:4 15:9 15:18 15:20 15:23 16:2 16:5 16:15 16:24 17:3 17:6 17:20 18:6 18:17 19:1 19:4 19:7 19:17 19:22 20:1 20:10 | | | |
| | | **bringing**(3) 3:25 17:16 17:24 | | | | **electronic**(1) 1:43 20:18 | |
| | | **busch**(1) 2:5 | | | | **else**(3) 5:5 17:6 17:7 | |
| **another**(3) 14:10 14:20 17:25 | | **but**(39) 3:7 4:2 5:12 5:13 5:20 5:21 5:22 5:22 6:17 6:22 7:17 7:21 8:1 8:9 8:15 9:1 9:7 9:18 10:4 10:8 10:15 10:21 10:22 10:25 11:4 11:15 11:20 12:22 12:25 13:13 13:24 14:7 14:18 15:14 16:9 16:11 16:20 17:23 18:22 | | **courtroom**(1) 1:10 | | **email**(4) 5:19 6:8 8:8 11:8 | |
| **answer**(2) 16:2 16:21 | | | | **cover**(1) 18:9 | | **encompasses**(1) 18:20 | |
| **any**(4) 3:10 8:25 13:15 19:12 | | | | **covers**(1) 18:13 | | **end**(2) 9:24 12:18 | |
| **anything**(7) 6:7 6:11 7:9 12:4 12:8 16:3 17:7 | | | | **customer**(1) 8:15 | | **enough**(1) 12:16 | |
| | | | | **damage**(1) 3:25 | | **enter**(1) 17:24 | |
| | | | | **damages**(4) 5:3 5:4 6:14 6:18 | | **entered**(2) 13:17 17:21 | |
| **calaman**(1) 20:23 | | | | **date**(5) 9:23 10:21 10:21 14:3 20:23 | | **entire**(2) 3:22 14:5 | |
| **calendar**(1) 10:1 | | | | **dates**(2) 12:12 20:4 | | **entirely**(1) 4:15 | |
| **call**(7) 3:4 3:7 7:13 13:15 14:10 14:11 14:7 14:21 16:14 16:20 17:6 | | | | **david**(9) 1:28 2:9 3:15 4:24 8:7 8:22 11:1 13:21 15:2 | | **entitled**(1) 7:14 | |
| **can**(10) 10:15 10:20 13:10 13:11 13:25 | | | | | | **equal**(1) 10:18 | |
| | | | | | | **equally**(1) 20:2 | |
| | | | | | | **ers**(1) 18:15 | |
| | | | | | | **esq**(6) 1:28 1:32 2:5 2:9 2:10 2:15 | |
| | | | | | | **esquire**(1) 1:24 | |
| | | | | | | **even**(2) 15:13 16:6 | |
| | | | | | | **every**(1) 6:17 | |
| | | | | | | **everyone**(3) 3:2 15:1 20:10 | |
| | | | | | | **everything**(6) 4:14 4:16 7:21 8:16 8:23 9:3 | |
| | | | | | | **evidently**(1) 13:9 | |

| Word | Page:Line |
|------|-----------|
| explain(1) 12:3 | |
| eye(1) 8:17 | |
| fact(3) 3:11 8:4 9:5 | |
| february(1) 12:18 | |
| feel(1) 10:4 | |
| few(1) 11:14 | |
| file(3) 8:23 9:3 14:21 | |
| filed(12) 3:19 7:13 7:16 8:3 8:11 8:12 9:8 13:8 17:12 17:14 17:18 18:25 | |
| filing(2) 8:14 11:17 | |
| final(15) 3:20 3:21 4:6 4:15 4:17 4:19 5:1 5:1 5:7 5:8 5:13 5:24 5:24 6:5 13:24 | |
| find(1) 9:23 | |
| findings(2) 8:3 9:5 | |
| finds(1) 5:14 | |
| fine(9) 8:23 9:2 11:25 12:18 17:1 17:2 19:17 19:22 20:4 | |
| first(5) 5:18 5:21 19:8 | |
| five(4) 14:24 15:21 16:5 16:9 | |
| flexible(1) 6:21 | |
| follow(1) 10:20 | |
| following(3) 14:15 15:8 15:10 | |
| footnotes(1) 14:24 | |
| for(33) 1:2 1:23 2:4 3:5 3:14 5:18 7:4 7:6 8:9 9:2 9:10 9:20 9:21 9:23 10:19 11:3 11:13 11:18 12:5 12:16 13:2 14:2 15:1 15:6 15:15 18:3 18:5 18:11 18:13 18:24 19:15 19:19 19:20 | |
| foregoing(1) 20:17 | |
| forward(8) 6:10 7:12 7:18 7:20 7:20 7:22 14:4 14:6 | |
| four(1) 10:19 | |
| framed(1) 4:18 | |
| friday(1) 3:1 | |
| from(10) 3:15 4:18 4:22 6:12 7:9 7:13 9:2 10:25 12:8 20:18 | |
| fully(1) 16:13 | |
| funds(1) 10:5 | |
| further(2) 17:8 20:5 | |
| gave(2) 6:8 11:3 | |
| get(8) 6:25 10:1 11:6 11:16 11:21 12:3 12:5 12:12 | |
| gets(2) 4:14 13:4 | |
| ginger(1) 1:35 | |
| give(3) 9:21 9:22 16:6 | |
| given(3) 3:11 11:6 13:18 | |
| giving(1) 12:10 | |
| goes(3) 4:16 6:10 18:2 | |
| going(13) 3:4 3:10 3:15 8:1 8:19 13:3 14:20 14:20 15:3 16:9 17:25 18:1 18:3 | |
| good(5) 3:2 4:24 7:21 20:7 20:10 | |
| got(4) 15:10 16:12 17:9 19:10 | |
| gotten(1) 7:13 | |
| gottlieb(1) 1:27 | |
| great(1) 17:5 | |
| gross(2) 1:18 3:2 | |
| had(7) 5:9 5:24 7:13 8:9 9:17 11:14 11:16 | |
| hadn't(1) 7:16 | |
| hamilton(1) 1:27 | |
| handle(1) 7:8 | |
| happen(1) 4:8 | |
| harrington(2) 12:24 18:1 | |
| harrisburg(1) 1:38 | |
| has(6) 3:8 3:21 6:24 8:16 15:20 18:12 | |
| have(40) 4:7 4:13 5:10 5:12 6:9 6:14 6:16 7:15 7:17 8:9 8:13 8:25 9:8 9:14 9:18 9:20 10:4 10:5 10:16 10:18 11:13 12:17 12:22 12:23 13:12 14:3 14:14 14:16 14:24 15:14 15:14 16:10 16:20 17:8 17:25 17:25 18:2 18:2 18:4 20:1 20:7 | |
| having(2) 11:18 13:15 | |
| hear(1) 11:16 | |
| heard(2) 9:20 10:11 | |
| hearing(6) 5:21 6:14 6:17 7:8 19:21 20:13 | |
| helpful(1) 11:25 | |
| here(2) 10:2 10:6 | |
| herrington(35) 1:28 3:13 3:15 3:18 4:6 4:22 5:19 7:9 7:11 8:18 8:21 8:22 9:9 12:8 12:9 12:20 13:5 13:7 13:20 13:21 14:18 15:16 15:19 15:24 16:4 16:8 16:16 16:22 17:5 18:7 18:8 18:18 19:3 19:25 20:9 | |
| hold(1) 13:3 | |
| holiday(2) 10:23 12:14 | |
| honor(31) 3:13 3:14 3:18 4:1 4:24 7:11 8:7 8:21 8:22 9:9 11:1 12:9 12:20 12:21 13:7 13:13 13:14 13:20 13:23 14:9 15:2 15:16 16:10 16:22 17:1 17:9 18:8 19:6 20:7 20:9 20:12 | |
| honor's(2) 3:20 8:24 | |
| honorable(1) 1:18 | |
| hours(2) 10:19 20:2 | |
| how(7) 7:7 7:7 16:24 18:2 | |
| huge(1) 17:23 | |
| i'd(1) 4:22 | |
| i'll(12) 3:7 4:20 8:7 9:7 9:21 9:22 9:22 10:25 12:19 15:10 19:2 19:9 | |
| i'm(13) 3:4 3:16 5:17 5:21 10:2 14:20 14:20 14:23 15:3 16:6 17:16 17:23 17:25 | |
| i've(4) 9:4 14:17 15:9 19:9 | |
| idea(2) 7:16 15:1 | |
| illness(2) 10:3 10:4 | |
| improper(1) 4:19 | |
| inc(1) 1:8 | |
| including(3) 8:23 14:5 18:10 | |
| information(1) 8:15 | |
| inserted(1) 6:24 | |
| interlocutory(2) 4:12 5:15 | |
| international(2) 4:4 4:7 | |
| international's(1) 3:24 | |
| into(1) 12:17 | |
| invalid(1) 4:19 | |
| issue(16) 5:1 7:1 9:19 11:18 12:2 13:4 13:15 17:11 17:13 18:9 18:9 18:14 18:19 18:20 18:23 19:9 | |
| issued(1) 17:17 | |
| issues(5) 7:23 9:15 11:15 16:13 19:12 | |
| it's(14) 3:17 4:3 4:12 4:24 7:21 8:19 9:1 9:2 9:12 10:13 11:9 17:3 18:21 18:24 | |
| its(4) 4:10 14:23 18:11 18:12 | |
| it's(1) 4:6 | |
| january(5) 10:19 10:22 12:12 12:17 12:18 | |
| john(1) 2:15 | |
| jointly(1) 1:6 | |
| judge(3) 1:18 1:19 3:2 | |
| judgement(1) 4:15 | |
| judges(1) 3:12 | |
| judgment(6) 11:10 11:14 11:15 11:18 11:24 12:5 | |
| july(4) 1:14 3:1 14:25 20:22 | |
| just(30) 3:5 3:9 5:17 6:3 6:15 7:5 8:1 9:13 11:8 11:12 11:16 11:20 12:1 12:2 12:3 12:21 12:23 14:11 15:19 15:24 16:12 17:8 17:10 17:11 17:16 18:4 18:21 19:11 19:19 19:20 | |
| keep(1) 16:9 | |
| kevin(1) 1:18 | |
| kind(1) 13:15 | |
| king(1) 2:4 | |
| know(25) 3:6 3:23 4:8 4:10 4:12 5:4 7:22 7:23 9:13 9:16 10:4 10:14 11:18 12:1 12:14 12:17 13:20 14:8 14:15 14:17 15:10 18:1 18:19 19:11 19:17 | |
| last(3) 8:10 14:13 14:13 | |
| later(3) 6:15 10:24 10:25 | |
| law(3) 2:4 8:4 9:6 | |
| learned(1) 5:18 | |
| least(5) 5:8 14:3 15:6 15:6 19:8 | |
| leave(2) 6:25 12:19 | |
| legal(1) 13:15 | |
| let(2) 9:13 10:1 | |
| let's(3) 7:23 9:10 15:14 | |
| letter(4) 12:3 14:16 14:21 14:21 | |
| license(1) 18:19 | |
| licensed(3) 18:13 18:15 18:23 | |
| like(1) 3:16 | |
| limine(1) 17:18 | |
| limited(3) 6:14 6:17 6:21 | |
| line(2) 18:15 18:15 | |
| litigation(1) 4:10 | |
| llp(1) 1:23 | |
| look(2) 9:4 12:14 | |
| looked(1) 14:17 | |
| looking(1) 6:6 | |
| lost(1) 11:21 | |
| lot(1) 16:10 | |
| mace(1) 1:35 | |
| made(1) 12:6 | |
| main(4) 17:3 17:15 17:22 17:24 | |
| make(13) 3:5 8:5 9:1 10:24 10:24 11:8 15:20 16:12 16:13 16:15 16:22 18:5 18:6 | |
| many(5) 4:12 9:14 9:14 11:3 16:11 | |
| market(1) 1:11 | |
| matter(4) 10:16 13:9 16:11 20:19 | |
| matters(5) 9:14 9:19 10:11 16:11 18:5 | |
| may(6) 3:12 12:15 12:15 12:16 15:12 | |
| maybe(1) 13:10 | |
| mcafee(1) 2:13 | |
| mean(2) 9:4 11:19 | |
| meaning(1) 3:22 | |
| meantime(1) 15:12 | |
| memoranda(1) 14:22 | |
| memorandum(2) 14:16 14:21 | |
| met(1) 6:24 | |
| might(3) 10:23 10:24 16:8 | |
| mind(3) 6:4 12:11 15:20 | |
| minimal(1) 8:14 | |
| minott(1) 1:32 | |
| minute(1) 9:11 | |
| moment(1) 9:11 | |
| monday(3) 10:7 10:10 15:6 | |
| months(1) 6:19 | |
| more(4) 7:9 9:17 15:21 16:5 | |
| morning(2) 3:2 4:24 | |
| morris(2) 1:23 1:31 | |
| most(1) 15:6 | |
| motion(10) 3:9 3:20 3:24 4:2 6:17 13:24 17:9 17:17 18:4 18:11 | |
| motions(3) 4:8 11:17 13:12 | |
| move(7) 7:12 7:18 7:20 7:20 7:22 11:13 15:7 | |
| moving(1) 11:15 | |
| mrs(1) 10:2 | |
| must(1) 4:21 | |
| names(1) 8:15 | |
| need(8) 6:14 7:15 10:6 10:11 11:5 14:8 14:10 16:5 | |
| negotiate(2) 19:15 20:3 | |
| networks(1) 1:8 | |
| new(7) 3:25 3:25 14:22 15:25 16:3 16:18 16:19 | |
| next(1) 8:3 | |
| nichols(2) 1:23 1:31 | |
| nortel(8) 1:8 5:10 5:23 6:23 9:17 11:16 14:14 15:15 | |
| nortel's(1) 5:18 | |
| not(35) 3:20 4:2 4:6 4:11 4:13 4:17 5:2 5:7 5:8 5:9 5:9 5:20 5:23 5:24 6:5 6:6 6:10 6:24 6:25 7:17 8:5 9:1 10:7 11:13 11:21 12:4 12:15 13:24 14:16 14:19 16:17 16:19 17:22 18:15 18:23 | |
| note(1) 5:13 | |
| noted(1) 5:9 | |
| nothing(3) 7:1 9:7 20:5 | |
| notice(3) 3:19 4:18 7:14 | |
| noticed(1) 17:17 | |
| noting(1) 5:9 | |
| now(9) 7:1 7:6 8:16 10:25 13:19 15:9 16:5 16:21 19:7 | |
| number(2) 5:5 5:6 | |
| obviously(4) 6:24 10:17 10:18 11:3 | |
| off(3) 3:4 13:3 13:19 | |
| office(1) 15:3 | |
| offices(1) 2:4 | |
| okay(7) 6:3 11:23 15:4 15:18 16:4 16:24 18:7 | |
| old(2) 18:11 18:12 | |
| one(9) 4:12 5:5 11:7 12:21 13:11 14:20 17:8 18:3 19:10 | |
| one-week(1) 9:12 | |
| only(6) 6:17 8:14 8:24 15:9 17:21 19:9 | |
| opinion(3) 8:5 8:24 15:13 | |
| opportunity(1) 16:21 | |
| opposition(1) 9:11 | |
| order(27) 3:20 3:21 3:21 4:2 4:6 4:17 4:19 5:1 5:2 5:6 5:7 5:8 5:13 5:15 5:24 5:24 6:19 6:23 13:17 13:24 17:9 17:17 17:21 17:24 19:9 19:15 20:3 | |
| ordering(1) 12:25 | |
| orders(1) 4:12 | |
| other(13) 8:10 8:15 9:19 10:11 12:21 13:11 14:23 15:25 16:2 16:11 16:16 18:3 19:15 | |
| ought(1) 19:11 | |
| our(5) 5:3 9:2 11:3 11:8 12:2 | |
| ours(1) 8:25 | |
| ourselves(1) 9:23 | |
| out(4) 7:7 7:19 15:3 15:10 | |
| outcome(1) 13:12 | |
| over(2) 8:10 15:13 | |
| owed(1) 5:4 | |
| p.c(1) 2:8 | |
| p.m(1) 14:25 | |
| page(1) 3:6 | |
| pages(7) 14:24 15:21 16:5 16:6 16:7 16:8 17:3 | |
| papers(8) 9:7 14:9 14:18 14:23 15:11 16:17 16:18 17:4 | |
| part(3) 3:23 12:4 13:2 | |
| partial(1) 11:14 | |
| participating(1) 3:4 | |
| parties(9) 3:23 4:25 6:12 7:18 9:11 10:16 11:13 11:17 14:4 | |
| party(1) 8:24 | |
| patrick(1) 2:10 | |
| pause(1) 4:20 | |
| pending(2) 12:25 12:25 | |
| pennsylvania(1) 1:38 | |
| perfectly(3) 8:23 12:18 17:2 | |
| perhaps(3) 5:21 6:5 10:21 | |
| permitted(1) 6:20 | |
| perspective(1) 9:2 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| persuade(1) 13:11 | | resolution(1) 14:1 | | submission(2) 13:16 15:21 | | the(231) 1:1 1:2 1:18 3:2 3:3 3:4 3:6 3:8 |
| piecemeal(1) 4:13 | | resolve(4) 3:21 4:2 5:22 19:12 | | submissions(1) 8:24 | | 3:10 3:11 3:11 3:14 3:16 3:17 3:20 3:22 |
| plaintiff(1) 4:10 | | resolved(3) 4:14 6:15 13:4 | | submit(2) 14:14 14:15 | | 3:22 4:2 4:5 4:8 4:9 4:11 4:13 4:15 4:18 |
| planning(1) 8:9 | | resolves(1) 4:15 | | such(2) 6:16 10:6 | | 4:21 4:25 4:25 5:1 5:2 5:3 5:4 5:6 5:7 |
| plate(1) 16:11 | | respect(1) 11:4 | | suggest(1) 10:19 | | 5:14 5:15 5:18 5:20 5:23 5:25 5:25 6:2 |
| plays(1) 7:7 | | respond(1) 3:16 | | summary(6) 11:9 11:14 11:14 11:18 11:24 | | 6:4 6:10 6:11 6:12 6:12 6:15 6:15 6:16 |
| pleased(1) 4:22 | | response(2) 8:8 11:8 | | 12:5 | | 6:17 6:18 6:19 6:21 6:22 6:22 6:23 7:2 |
| point(7) 4:23 11:20 12:6 14:13 16:15 17:8 | | rest(1) 10:12 | | | | 7:2 7:3 7:6 7:6 7:8 7:8 7:9 7:12 7:13 |
| 18:5 | | return(1) 15:11 | | suppose(1) 19:11 | | 7:16 7:18 7:19 7:22 7:23 7:25 8:3 8:10 |
| points(1) 14:19 | | reviewing(1) 9:5 | | sure(4) 3:6 3:16 11:8 16:12 | | 8:11 8:12 8:13 8:13 8:16 8:18 8:24 8:24 |
| portion(2) 6:16 6:18 | | richard(1) 2:5 | | | | 9:4 9:8 9:10 9:10 9:11 9:11 9:13 9:15 |
| position(1) 5:18 | | right(19) 3:17 4:5 5:25 6:2 7:1 7:17 7:25 | | take(5) 3:12 3:24 5:7 5:23 10:10 19:1 | | 9:24 9:24 9:25 10:5 10:7 10:8 10:9 10:9 |
| possible(1) 8:2 | | 8:18 9:4 12:7 12:7 13:12 14:12 14:18 15:23 | | taken(1) 3:8 | | 10:10 10:12 10:13 10:13 10:16 10:16 |
| post-petition(3) 7:3 17:15 18:22 | | 17:3 18:17 19:3 19:7 20:3 | | talk(8) 5:9 9:10 10:20 13:10 13:25 14:7 | | 10:23 10:24 11:6 11:6 11:8 11:9 11:11 |
| post-trial(3) 6:15 10:22 12:16 | | | | 19:12 20:5 | | 11:12 11:19 11:21 11:25 12:6 12:7 12:11 |
| pre-petition(5) 7:2 7:8 17:14 18:10 18:22 | | risk(2) 5:7 5:23 | | | | 12:13 12:14 12:17 12:18 12:25 13:1 13:3 |
| pre-petitioned(1) 6:18 | | royalties(1) 18:12 | | talked(1) 14:11 | | 13:3 13:8 13:10 13:11 13:11 13:13 |
| pre-petition(1) 6:16 | | rule(1) 13:14 | | tamara(1) 1:32 | | 13:15 13:17 13:17 13:18 13:19 13:22 |
| pre-trial(1) 19:18 | | rules(1) 4:15 | | telephone(1) 3:3 | | 13:23 13:23 14:3 14:3 14:5 14:5 14:8 |
| prefer(2) 14:16 16:7 | | ruling(5) 3:20 13:2 13:18 13:23 18:24 | | telephonic(2) 1:21 2:1 | | 14:9 14:10 14:13 14:13 14:15 14:17 14:17 |
| preference(1) 11:4 | | rushing(1) 9:24 | | tell(1) 9:22 | | 14:19 14:22 15:3 15:4 15:8 15:9 15:9 |
| prepared(1) 16:6 | | safer(1) 16:9 | | ten(2) 10:15 16:6 | | 15:12 15:12 15:13 15:18 15:19 15:23 |
| present(2) 5:3 5:4 | | said(2) 6:20 7:16 | | than(4) 8:16 9:17 15:21 16:5 | | 15:25 16:2 16:5 16:13 16:15 16:24 16:25 |
| presentations(1) 10:17 | | same(2) 3:6 16:25 | | thank(9) 3:17 9:9 12:7 12:20 19:6 20:7 | | 17:3 17:4 17:6 17:9 17:11 17:12 17:12 |
| preserve(1) 5:25 | | say(3) 4:21 9:13 15:15 | | 20:9 20:10 20:12 | | 17:13 17:13 17:14 17:15 17:15 17:16 |
| presumably(1) 5:15 | | says(1) 4:11 | | | | 17:17 17:17 17:18 17:20 17:21 17:21 |
| pricing(1) 8:15 | | schedule(16) 3:10 7:6 7:23 9:19 10:11 | | thanksgiving(2) 10:8 10:8 | | 17:22 17:23 17:24 17:24 18:3 18:4 18:6 |
| probably(2) 5:10 18:1 | | 11:2 11:5 11:19 14:25 15:17 17:11 17:12 | | that(143) 3:6 3:6 3:8 3:10 3:10 3:11 3:16 | | 18:9 18:9 18:11 18:13 18:14 18:14 18:17 |
| problem(5) 6:10 8:20 15:14 19:5 19:6 | | 17:13 18:9 18:18 19:20 | | 3:19 4:2 4:2 4:3 4:12 4:15 4:21 5:4 5:6 | | 18:19 18:20 18:21 18:22 18:22 19:1 19:4 |
| proceed(1) 10:6 | | | | 5:10 5:18 5:23 5:23 5:25 5:25 6:6 6:10 | | 19:7 19:7 19:8 19:9 19:11 19:12 19:17 |
| proceeding(13) 3:22 4:3 4:15 6:12 6:13 | | scheduled(1) 13:2 | | 6:11 6:19 6:20 6:20 6:23 7:1 7:12 7:16 | | 19:18 19:20 19:20 19:22 20:1 20:10 20:13 |
| 6:22 7:3 7:6 14:4 14:5 17:22 18:14 18:21 | | scheduling(4) 11:19 19:9 19:15 20:3 | | 7:18 7:21 7:22 7:24 8:1 8:5 8:8 8:13 8:16 | | 20:17 20:18 20:18 20:19 |
| | | schotz(2) 2:8 4:25 | | 9:1 9:6 9:8 9:15 9:18 9:19 9:23 10:3 | | |
| proceedings(3) 1:17 1:43 20:19 | | seal(2) 8:4 8:6 | | 10:6 10:9 10:11 10:11 10:12 10:13 10:14 | | their(2) 7:14 10:17 |
| produced(1) 1:44 | | season(2) 10:23 12:14 | | 10:15 10:16 10:20 10:21 10:22 10:24 11:6 | | them(5) 3:7 12:10 14:24 15:12 15:13 |
| product(1) 18:15 | | see(3) 7:7 15:11 15:12 | | 11:7 11:8 11:12 11:13 11:15 11:16 11:20 | | then(11) 5:9 5:15 6:16 6:20 10:10 10:18 |
| products(2) 18:20 18:23 | | sense(3) 9:6 16:15 16:23 | | 11:20 11:21 11:21 12:2 12:5 12:5 12:6 | | 10:22 14:4 14:6 15:11 17:25 |
| proof(8) 3:24 4:22 13:1 13:3 13:22 14:5 | | sensitive(2) 9:15 10:2 | | 12:6 12:14 12:15 12:19 12:25 12:25 13:6 | | |
| 18:12 18:20 | | service(2) 1:37 1:44 | | 13:8 13:9 13:12 13:15 13:17 13:19 13:22 | | theories(1) 3:25 |
| | | services(1) 1:37 | | 13:22 13:25 14:7 14:17 14:19 14:21 14:25 | | there(16) 4:3 4:3 4:20 5:5 5:21 6:18 6:20 |
| proofs(1) 6:22 | | set(1) 7:19 | | 15:1 15:3 15:5 15:10 15:15 15:16 15:17 | | 7:24 9:6 9:10 10:23 13:23 14:18 15:5 |
| properly(2) 3:19 13:8 | | setting(1) 14:3 | | 15:20 16:2 16:3 16:10 16:12 16:15 16:16 | | 16:16 19:13 |
| proposed(2) 11:16 19:15 | | seven(7) 9:21 10:13 10:15 16:6 16:8 16:12 | | 16:17 16:20 16:20 16:22 17:12 17:17 | | |
| provide(1) 14:21 | | 17:3 | | 17:18 18:5 18:5 18:6 18:8 18:9 18:10 | | there's(5) 4:14 5:6 6:11 7:1 20:5 |
| provided(1) 15:15 | | | | 18:12 18:13 18:19 18:19 18:19 18:20 | | these(2) 15:11 20:4 |
| public(2) 8:14 8:16 | | short(1) 3:11 | | 18:21 18:24 19:2 19:2 19:4 19:5 19:11 | | they(5) 7:13 7:14 7:15 7:16 16:16 |
| publicly(3) 8:12 8:23 9:3 | | shorter(1) 16:14 | | 19:17 19:22 19:22 20:3 20:17 | | they're(2) 16:18 16:19 |
| purposes(1) 7:4 | | should(4) 4:7 5:10 7:12 7:18 7:20 7:22 | | | | |
| pursuant(1) 13:10 | | 14:5 15:10 | | that's(15) 4:11 4:19 5:5 7:17 7:25 11:25 | | thing(1) 11:7 |
| pursuing(1) 4:4 | | | | 12:18 12:24 13:9 13:25 15:23 17:1 17:14 | | think(29) 4:19 5:4 6:9 6:11 7:5 7:14 7:20 |
| put(2) 8:13 19:10 | | side(6) 13:14 14:23 15:20 15:25 15:25 | | 17:23 18:18 | | 7:21 8:19 8:22 9:16 10:5 10:16 13:14 |
| putting(1) 6:4 | | sides(1) 8:11 | | | | 13:20 13:21 13:22 13:24 14:2 14:4 14:7 |
| | | signed(1) 6:19 | | | | 14:17 14:19 16:3 16:8 16:11 17:23 18:4 |
| question(1) 12:21 | | similar(4) 18:2 18:3 19:19 19:20 | | | | 19:24 |
| questions(1) 3:5 | | simultaneous(1) 15:22 | | | | |
| raise(2) 8:1 18:4 | | simultaneously(1) 14:25 | | | | thinking(3) 10:21 11:15 14:23 |
| raised(5) 11:7 11:9 12:2 14:23 16:17 | | situation(1) 9:24 | | | | thinks(1) 13:9 |
| reach(1) 14:1 | | six(1) 20:1 | | | | this(36) 3:6 3:23 4:17 4:23 5:14 5:18 5:20 |
| read(1) 15:13 | | sliver(1) 17:15 | | | | 5:21 5:22 5:23 6:7 6:8 6:9 7:5 7:7 8:7 |
| realizing(1) 16:18 | | snmp(11) 2:4 3:7 3:8 4:22 4:25 6:6 7:13 | | | | 8:9 8:22 9:13 9:21 11:1 11:3 12:4 12:24 |
| really(8) 5:12 8:14 9:6 10:6 10:15 13:14 | | 8:25 10:14 13:8 18:10 | | | | 13:2 13:2 13:21 15:2 15:10 16:11 17:7 |
| 14:19 18:21 | | | | | | 17:9 17:16 18:15 18:15 19:9 |
| | | snmp's(4) 3:19 3:23 13:25 16:17 | | | | |
| reason(4) 8:25 12:6 17:16 17:23 | | snmpr(1) 3:7 | | | | those(9) 9:1 9:7 12:10 16:21 18:10 18:19 |
| recess(1) 20:6 | | snmpri(3) 3:8 3:9 13:19 | | | | 18:23 |
| recognize(3) 3:7 10:2 12:14 | | solution(2) 6:9 7:5 | | | | |
| recorded(1) 1:43 | | some(5) 3:12 5:22 6:8 6:19 14:18 | | | | thought(7) 5:13 6:8 9:21 10:1 10:7 11:14 |
| recording(2) 1:43 20:18 | | somehow(1) 7:17 | | | | 20:1 |
| redacted(2) 8:12 8:12 | | something(3) 9:1 13:25 16:20 | | | | |
| redactions(5) 8:10 8:13 8:25 9:1 9:8 | | sound(2) 1:43 20:18 | | | | through(4) 13:11 13:25 14:8 15:6 |
| redacts(1) 8:14 | | stand(2) 9:8 20:6 | | | | till(1) 4:14 |
| reilly(1) 2:10 | | stands(1) 18:23 | | | | time(8) 3:12 4:9 5:18 9:15 10:5 10:18 |
| relates(3) 6:18 17:10 17:14 | | start(3) 3:4 19:8 19:8 | | | | 11:6 12:16 |
| relating(2) 7:3 11:9 | | states(2) 1:1 1:19 | | | | |
| request(1) 14:13 | | steen(1) 1:27 | | | | timeframe(1) 10:12 |
| requested(1) 6:23 | | still(3) 4:3 4:3 13:23 | | | | timing(1) 18:22 |
| require(1) 7:2 | | stipulation(1) 5:22 | | | | tired(1) 12:15 |
| research(1) 2:4 | | stopping(1) 6:11 | | | | today(3) 13:15 14:2 20:5 |
| reserved(1) 10:5 | | street(1) 1:11 | | | | too(1) 12:4 |
| | | | | | | traci(1) 20:23 |
| | | | | | | transcriber(1) 20:23 |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| transcript(3) 1:17  1:44  20:18 | | willing(2) 5:17  15:6 | |
| transcription(1) 1:37  1:37  1:44 | | willingness(1) 11:2 | |
| trial(28) 6:12  6:21  7:4  7:6  7:23  9:10  9:12 | | wilmington(2) 1:12  3:1 | |
| 9:12  9:13  9:16  9:18  9:19  9:19  9:20  9:22  9:24 | | wished(1) 4:7 | |
| 10:5  10:15  11:17  11:19  11:20  13:2  14:3 | | with(20) 3:4  5:14  6:12  9:15  10:3  10:9 | |
| 14:15  14:15  17:19  19:7  20:2  20:4 | | 11:16  12:3  12:6  12:10  12:18  12:23  12:24 | |
| | | 13:25  15:17  17:1  17:11  17:25  18:11  19:15 | |
| tried(1) 5:19 | | | |
| try(4) 6:5  14:1  16:9  16:13 | | without(1) 13:15 | |
| trying(2) 12:4  12:15 | | won't(1) 15:11 | |
| tuesday(1) 10:8 | | wood(1) 2:15 | |
| tunnell(2) 1:23  1:31 | | words(2) 16:2  16:16 | |
| two(9) 5:6  9:16  9:18  9:20  10:14  11:4 | | work(4) 6:5  12:10  15:1  15:16 | |
| 14:15  19:10  19:12 | | working(2) 10:6  15:13 | |
| | | works(1) 15:15 | |
| two-week(1) 9:12 | | would(32) 3:16  5:10  5:15  5:23  6:21  7:1 | |
| type(1) 5:22 | | 7:5  7:11  7:15  7:16  7:19  10:9  10:10  10:12 | |
| uncovered(1) 8:16 | | 10:13  10:19  10:20  11:4  11:13  14:4  14:16 | |
| under(3) 8:4  8:6  18:18 | | 15:5  15:7  15:9  15:20  16:2  16:12  16:20 | |
| understand(1) 8:5 | | 18:9  19:14  19:17  19:22 | |
| united(2) 1:1  1:19 | | | |
| unpaid(1) 18:12 | | www.diaztranscription.com(1  1:40 | |
| until(4) 13:3  15:11  15:14  19:12 | | yeah(6) 8:21  8:22  12:2  12:13  19:14  19:25 | |
| use(2) 6:7  18:14 | | yes(7) 11:11  12:13  16:22  17:20  19:17 | |
| using(1) 20:4 | | 19:23  20:3 | |
| vacation(1) 15:13 | | | |
| versions(2) 8:12  8:12 | | yesterday(5) 5:20  6:9  8:8  8:11  11:8 | |
| very(6) 6:9  8:14  9:15  10:2  11:25  14:3 | | yet(2) 4:17  6:24 | |
| view(4) 4:21  5:23  13:5  16:18 | | you(87) 3:5  3:17  3:23  4:8  4:10  4:12  6:4 | |
| viewed(2) 5:1  6:1 | | 7:10  7:22  7:23  8:3  8:5  9:8  9:9  9:13  9:16 | |
| wait(3) 4:14  7:7  19:12 | | 9:21  9:22  9:22  10:4  10:12  10:20  10:23 | |
| want(15) 3:5  3:9  6:3  8:4  10:23  10:24 | | 10:25  11:3  11:7  11:9  11:18  11:19  12:1 | |
| 11:7  11:12  12:3  12:16  12:23  13:21  15:14 | | 12:3  12:7  12:8  12:11  12:12  12:13  12:14 | |
| 17:10  19:14 | | 12:16  12:17  12:19  12:20  12:25  13:20  14:8 | |
| | | 14:10  14:12  14:14  14:17  14:21  14:22 | |
| wanted(7) 8:1  10:14  11:20  12:23  17:11 | | 14:24  15:5  15:7  15:10  15:14  16:2  16:3 | |
| 18:4  18:10 | | 16:5  16:6  16:7  16:10  16:16  16:17  16:20 | |
| | | 16:20  16:24  17:11  17:17  17:18  17:24  18:1 | |
| was(18) 3:19  3:23  3:23  4:21  5:13  5:25 | | 18:5  18:5  18:6  18:18  19:6  19:10  19:12 | |
| 9:6  9:6  10:7  10:21  12:5  12:6  13:9  13:24 | | 19:14  19:15  19:17  19:22  20:7  20:9  20:10 | |
| 15:25  16:3  17:21  20:13 | | 20:11  20:12 | |
| | | | |
| wasn't(1) 13:8 | | you'll(3) 10:17  12:15  12:15 | |
| way(9) 3:10  4:8  4:13  5:21  5:25  7:13  10:6 | | you're(2) 3:3  14:18 | |
| 15:5  19:7 | | you've(2) 11:6  14:11 | |
| we'd(1) 13:21 | | your(49) 3:13  3:14  3:18  3:19  4:1  4:24 | |
| we'll(7) 10:18  11:5  14:11  16:13  20:1  20:2 | | 5:19  6:8  7:11  8:7  8:8  8:21  8:22  8:24  9:5 | |
| 20:6 | | 9:9  11:1  11:2  11:5  11:17  12:9  12:9  12:20 | |
| | | 12:21  12:22  13:5  13:7  13:13  13:14  13:20 | |
| we're(10) 3:6  7:21  7:25  9:2  9:24  12:4 | | 13:23  14:9  15:2  15:16  16:10  16:10  16:18 | |
| 14:2  14:2  16:9  18:3 | | 16:18  16:22  17:1  17:8  17:10  18:8  19:5 | |
| | | 19:6  20:4  20:7  20:9  20:12 | |
| we've(2) 16:12  17:9 | | | |
| wednesday(2) 10:9  15:7 | | | |
| week(5) 8:10  10:12  15:3  15:8  15:11 | | | |
| weekend(1) 20:8 | | | |
| weeks(5) 9:16  9:18  9:20  10:14  11:4 | | | |
| well(10) 4:21  4:22  5:1  7:11  12:17  13:7 | | | |
| 14:6  17:22  19:16  19:19 | | | |
| | | | |
| were(6) 5:2  5:20  9:18  11:15  16:16  18:23 | | | |
| what(16) 3:23  4:6  5:5  5:13  7:25  11:5 | | | |
| 13:5  13:11  14:2  14:20  14:22  15:19  17:6 | | | |
| 18:3  19:19  19:20 | | | |
| | | | |
| whatever(2) 15:24  16:7 | | | |
| when(5) 4:11  4:14  9:12  9:22  17:17 | | | |
| where(2) 9:24  14:19 | | | |
| whereupon(1) 20:13 | | | |
| whether(7) 6:4  6:5  6:10  9:12  16:19  18:23 | | | |
| 19:10 | | | |
| | | | |
| which(4) 6:23  9:14  10:20  14:22 | | | |
| while(1) 8:9 | | | |
| why(2) 12:6  17:14 | | | |
| will(11) 8:5  10:16  11:21  12:10  13:9  15:16 | | | |
| 17:4  19:1  19:8  19:8  20:3 | | | |