IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>    Wind-Down Debtors and<br>    Debtor-in-Possession. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Re: Doc. No.: 18333 |

### DECLARATION OF MEHMET ILKER CALISKAN IN OPPOSITION TO DEBTORS' MOTION FOR SUMMARY JUDGMENT REGARDING THE <u>NETAS CLAIMS</u>

I, Mehmet Ilker Caliskan, of full age, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this Declaration in opposition to *Debtors' Motion for Summary Judgment* (the "<u>Motion</u>") [D.I. 18333],[2] which seeks to expunge the Netas Claims (as defined below). I have personal knowledge of the facts set forth in this Declaration.

2. I am currently the Chief Financial Officer of Netas Telekomunikasyon A.S. ("<u>Netas</u>"), and have held such position since July 2008. Prior to holding the position of Chief Financial Officer, I was the Finance Director of Netas from September 2005 to July 2008.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] All terms used but not otherwise defined herein shall have the meaning ascribed to them in Netas' memorandum of law in opposition to the Motion.

3. Netas, a business formed under the laws of Turkey, provided certain software and development support services to NNI before and after the Petition Date pursuant to that certain Master Technology Development and Technical Support Agreement dated July 7, 1997 and amended pursuant to a first amending agreement dated October 29, 2008 and payment term variation dated February 23, 2009 (collectively, the "Master Agreement").

4. NNI issued purchase orders to Netas and Netas sent invoices to NNI. NNI would then remit payment to Netas.

5. Many of the invoices issued to NNI by Netas remained unpaid as of the Petition Date. Accordingly, on September 10, 2009, Netas filed Claim Nos. 2875, 2876, 2877, and 2878—each of which is signed by me in my capacity as Chief Financial Officer of Netas. The purchase orders issued by NNI to Netas and invoices issued by Netas to NNI which support these Netas Claims are attached to each Netas Claim.[3]

6. Claim Nos. 2878 and 2876 are in the respective amounts of $14,261,663.01 and $87,760.50.

7. Claim Nos. 2877 and 2875 are also in the respective amounts of $14,261,663.01 and $87,760.50 and are substantially similar to Claim Nos. 2878 and 2876, except Claim Nos. 2877 and 2875 are included in Section 503(b)(9) Claim Request Forms. However, Netas is not seeking priority status under section 503(b)(9) of the Bankruptcy Code.

8. At the time Netas filed Claim Nos. 2875, 2876, 2877, and 2878 in September 2009, Netas was known as Nortel Networks Netas Telekomunikasyon A.S. and was an affiliate

---

[3] The amounts reflected under the purchase orders are sometimes greater than the amounts reflected in their coinciding invoices because NNI may have already paid for certain of the services that were performed by Netas pursuant to the purchase orders. The amount of the invoices attached to the claims, however, accurately represents the unpaid prepetition amounts due to Netas as reflected in the filed claims.

of one of the EMEA Debtors—Nortel Networks International Finance and Holdings B.V. ("NNIF").

9.  NNIF was the parent company of Netas until December 22, 2010, when NNIF sold its entire stake in Netas to Netas' current shareholder, OEP Turkey Tech BV. Accordingly, Netas has not been affiliated with any EMEA Debtor, the Debtors, or any Nortel entity since December 22, 2010.

10. Following NNIF's sale of its shares in Netas on December 22, 2010, Netas changed its name to its present name, Netas Telekomunikasyon A.S. On November 3, 2011, Netas filed Claim No. 8038 in the amount of $14,261,663.01, and Claim No. 8037 in the amount of $87,760.50,[4] which are both signed by me in my capacity as Chief Financial Officer of Netas. Claim Nos. 8038 and 8037 (collectively with Claim Nos. 2875, 2876, 2877 and 2878, the "Netas Claims") are substantially similar to the claims filed by Netas on September 10, 2009, but reflect Netas' name-change to Netas Telekomunikayson A.S.

11. On March 10, 2017, the Debtors filed the Claim Objection to the Netas Claims, alleging that the Netas Claims should be expunged because they are not reflected on the Debtors' books and records and "otherwise [have] been released." The Claim Objection did not provide any explanation as to how the Netas Claims were released.

12. On April 14, 2017, Netas filed a response in opposition to the Claim Objection (the "Netas Response") [Docket No. 18098]. A copy of the Netas Response is annexed hereto as Exhibit A.

---

[4] Attached to each of these claim are the same purchase orders and invoices that are attached to the other claims referenced in ¶ 5 above.

13. On June 30, 2017, the Debtors filed the Motion, arguing that the Netas Claims should be disallowed because they were released pursuant to a certain settlement agreement dated December 17, 2013 (the "2013 Agreement").

14. Netas had absolutely no involvement in the negotiation of the 2013 Agreement and is not a party to the 2013 Agreement. As of the date of the 2013 Agreement, it had been three years since NNIF sold its shares in Netas. Accordingly, at the time the 2013 Agreement was executed, Netas was no longer an affiliate of the Debtors, NNIF, or any other Nortel entity.

15. Netas did not become aware of the 2013 Agreement or the Debtors' motion to approve the 2013 Agreement until after the Claim Objection was filed on March 10, 2017.

I hereby declare, under penalty of perjury, that the statements set forth above are true and correct to the best of my knowledge, information and belief.

Dated: July 21, 2017

Mehmet İlke Çalışkan