## Exhibit A

Netas Response

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | (Jointly Administered) |
| Debtors. | Re: Doc. No.: 18009 |
| | **Hearing Date: May 16, 2017 at 10:00 a.m. (ET)**<br>**Responses Due: April 14, 2017 at 4:00 p.m. (ET)[2]** |

## RESPONSE AND OBJECTION OF NETAS TELEKOMUNIKASYON A.S. TO DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NON-DEBTOR LIABILITY CLAIMS, MODIFIED, RECLASSIFIED AND ALLOWED CLAIMS, NO-BASIS AND RELEASED CLAIMS, NO-BASIS EQUITY CLAIMS, NO-BASIS RETIREE CLAIMS AND REDUNDANT CLAIMS)

Netas Telekomunikasyon A.S. ("Netas") by and through its undersigned counsel,

hereby submits this response objection (the "Response") to the *Debtors' Forty-Seventh Omnibus*

*Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007*

*and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims,*

*No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (20763), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] The original hearing date and response deadline were April 11, 2017 and March 31, 2017, respectively. However, these dates have been consensually extended to the dates captioned above.

*Redundant Claims)* [Doc. No. 18009] (the "<u>Objection</u>").   In support of this Response, Netas respectfully states as follows:[3]

<div align="center">

**<u>PRELIMINARY STATEMENT</u>**

</div>

1.       Netas is a business formed under the laws of the Republic of Turkey and was formerly known as Nortel Networks Netas Telekomunikasyon A.S.  At one time, Netas was a non-debtor affiliate of the Debtors and provided software development and support services to Nortel Networks Inc. ("<u>NNI</u>").  Netas provided those services to NNI both prior to the Petition Date (as defined below) and after the Petition Date.  As outlined below, NNI would submit purchase orders to Netas and, after completing the services, Netas would send invoices to NNI for payment.  Although NNI historically made payments on account of the purchase orders and invoices, as of the Petition Date, NNI had not made payment with respect to certain services provided by Netas.

2.       During the Debtors' chapter 11 cases, Netas timely filed proofs of claims against NNI for the balance due, in the respective amounts of $14,261,663.01 and $87,760.50.  These claims—which were sworn to under oath—included more than sufficient supporting information and documentation to substantiate their *prima facie* validity and amount, as contemplated by Fed. R. Bankr. P. 3001(f).  *In re Allegheny Intern., Inc.*, 854 F.2d 167, 173 (3d Cir. 1992) (a claim that alleges facts sufficient to support a legal liability to the claimant is entitled to *prima facie* validity).  Here, Netas attached to each of its claims, true and accurate copies of purchase orders from NNI to Netas and invoices from Netas to NNI which support each claim.  Accordingly, Netas provided sufficient documentation and alleged more than sufficient facts to support a legal liability from NNI to Netas.

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

3.       In order to rebut the *prima facie* validity of the claims, the Debtors must provide, at minimum, evidence "equal in force" to the evidence provided in the claims.  *See In re Allegheny Intern., Inc.*, 854 F.2d at 173.  They have not done so. Not only have the Debtors failed to provide evidence in equal force, the Debtors provide no admissible evidence to rebut the *prima facie* validity or amount of Netas' claims.  Rather, the Debtors simply make the following generalized blanket assertion:

> Based on a careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released.

*See* Objection, Ex. A., pp. 2–4.  This form objection is plainly deficient, because it fails to address with any specificity any particular purchase order or invoice.  Given that Netas attached purchase orders from NNI to Netas and invoices from Netas to NNI which correspond to and support the amounts claimed by Netas, the Debtors cannot expunge the claims based solely on the bald statement that they reviewed their books and records and that each claim "lacks a proper or valid basis, and otherwise has been released."  This type of bald assertion, in the face of clear and concrete documentation supporting the claims, is simply insufficient to rebut the *prima facie* validity or amount of Netas' claims.  On this basis alone, the Objection should be denied and the claims should be allowed in full.

4.       In the event, however, that the Court determines that the Objection sufficiently rebuts the *prima facia* validity of the claims, Netas respectfully requests, pursuant to Local Rule 3007-1(i), a hearing to present evidence as necessary to fully respond to the Objection.  Furthermore, because the Objection and this Response give rise to a contested matter under

Bankruptcy Rule 9014, Netas reserves the right to request discovery in connection with the Objection and this Response.

## FACTUAL BACKGROUND

5.      On January 14, 2009, (the "Petition Date"), the Debtors, other than NN CALA and NNIII,[4] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are being jointly administered for procedural purposes only.

6.      On August 4, 2009, the Court entered its *Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* [Doc. No. 1280] (the "Bar Date Order"), establishing that, generally, proofs of claims must be filed on or before September 30, 2009, at 4:00 p.m. (ET) (the "General Bar Date").

## I.      Netas and Its Claims

7.      Netas, a business formed under Turkish law, was formerly known as Nortel Networks Netas Telekomunikasyon A.S. and was an affiliate of the Debtors until December 22, 2010, when the shares of Netas held by Nortel Networks International Finance and Holdings B.V. were sold to Netas' current shareholder, One Equity Partner.  Following this sale, Netas changed its name from Nortel Networks Netas Telekomunikasyon A.S. to Netas Telekomunikasyon A.S.  Netas has not been a debtor in these chapter 11 cases nor in any other insolvency or restructuring proceedings.

8.      Netas provided NNI with software development and support services prior to the Petition Date and continued to provide the same type of services post-petition.  The last invoice issued by Netas to NNI was dated November 4, 2010.  Historically, NNI would issue purchase

---

[4] NN CALA and NNIII filed their chapter 11 petitions on July 14, 2009 and July 26, 2016, respectively.  The chapter 11 cases of NN CALA and NNIII were consolidated and are being jointly administered with the other Debtors' chapter 11 cases for procedural purposes only.

orders to Netas, Netas would perform the services and then issue invoices directly to NNI.  NNI would then remit payment to Netas.

9.      On September 10, 2009 (prior to Netas' name-change), Netas filed four proofs of claims against NNI in NNI's chapter 11 case for certain unpaid invoices for services rendered prior to the Petition Date.  Claim Nos. 2878 and 2876,[5] sworn to under oath by both the chief financial officer and controller of Netas, are in the respective amounts of $14,261,663.01 and $87,760.50.  Attached to Claim 2878 are true and accurate copies of numerous purchase orders sent by NNI to Netas and the 65 invoices sent by Netas to NNI which give rise to the claim, along with a summary sheet detailing each invoice amount.[6]  Though some of the invoices underlying Claim 2878 are dated after the Petition Date, these invoices are on account of services rendered prepetition.  Similarly, attached to Claim 2876 are true and accurate copies of the four purchase orders sent by NNI to Netas and the two invoices sent by Netas to NNI which give rise to the claim, along with a summary sheet detailing each invoice amount.  Claim Nos. 2876 and 2878 are attached hereto as Exhibits A and B.

10.     On the same day, Netas also filed Claim Nos. 2877 and 2875—which are included in Section 503(b)(9) Claim Request Forms in the respective amounts of $14,261,663.01 and $87,760.50.  Claim Nos. 2877 and 2875 are duplicative of Claim Nos. 2878 and 2876 and include the identical supporting documentation included in Claim Nos. 2878 and 2876.  Netas is

---

[5] Netas filed two separate claims because the purchase orders included under Claim No. 2876 are from "Nortel Networks Inc. (Egypt Branch)," while the purchase orders included under Claim No. 2878 are from "Nortel Networks Inc."  Similarly, the invoices included under Claim No. 2876 are addressed to "Nortel Networks Inc. (Egypt Branch)," while the invoices included under Claim No. 2878 are addressed to "Nortel Networks Inc."

[6] The amounts reflected under the purchase orders are sometimes greater than the amounts reflected in their coinciding invoices because NNI may have already paid for certain of the services that were performed by Netas pursuant to the purchase orders.  The amount of the invoices attached to the claims, however, accurately represents the unpaid prepetition amounts due to Netas as reflected in the filed claims.

not seeking duplicative recoveries and seeks only the allowance one set of its claims. In addition, Netas is not seeking priority status under section 503(b)(9) of the Bankruptcy Code.

11.    On November 3, 2011, Netas filed Claim No. 8038 in the amount of $14,261,663.01, and Claim No. 8037 in the amount of $87,760.50. Attached to each of these claim are the same purchase orders and invoices that are attached to the other claims referenced in ¶¶ 9 and 10 above. Again, as noted above, Netas is not seeking to allow duplicate claims or asserting priority under section 503(b)(9) of the Bankruptcy Code.

## II.    The Debtors' Objection

12.    On March 10, 2017, more than eight years after filing the original claims and six years after Netas filed its last claims, the Debtors filed the Objection, seeking to disallow certain claims, including all of the claims filed by Netas.

13.    The sole basis for the Objection to Claim Nos. 8038 and 8037 is as follows:

> Based on a careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant because the claim, asserted by an affiliate, lacks a proper or valid basis, and otherwise has been released.

*See* Objection, Ex. A., pp. 2–3. The Debtors do not address any of the purchase orders or invoices attached to the claims nor do they provide any explanation whatsoever as to why the purchase orders and invoices are not valid or accurate.

14.    Similarly, with respect to Claim Nos. 2875, 2876, 2877, and 2878, the Debtors assert, in addition to the boilerplate books and records objection, that these claims are redundant. *See* Objection, Ex. A., pp. 2–3. Moreover, the Debtors contend that Netas' Claims are not entitled to priority status under section 503(b)(9) of the Bankruptcy Code. *See* Objection, ¶ 31.b.

15.     In support of the Objection, the Debtors also filed a barebones, four paragraph declaration of John. J. Ray [Doc. No. 18009-3] (the "Ray Declaration"), who identifies himself as the "Principal Officer" of the Debtors.  A copy of the Ray Declaration is annexed hereto as Exhibit C.  The Ray Declaration does not assert that Mr. Ray has any personal knowledge with respect to Netas' claims or the facts giving rise to Netas' claims.  Rather, the Ray Declaration only makes the generalized assertion that Mr. Ray, "or one or more of the Debtors' consultants or advisors," has reviewed the claims mentioned in the Objection and that Mr. Ray "submit[s] that the facts and circumstances set forth in the Objection are true and accurate to the best of [Mr. Ray's] knowledge, information and belief."  *Id.*, ¶ 4 (emphasis added).  As noted above, the Objection does not set forth any "facts and circumstances" in support of the Objection.  And, the Ray Declaration itself does not provide any facts based on anyone's personal knowledge regarding the validity and amount of the Netas claims.

## ARGUMENT

### I.     Netas' Claims Are *Prima Facie* Valid and the Debtors Have Offered No Evidence to the Contrary

16.     A proof of claim filed in accordance with section 501 of the Bankruptcy Code and the Bankruptcy Rules constitutes "prima facie evidence of the validity and amount of the claim." Fed R. Bankr. P. 3001(f).  "[A] claim that alleges facts sufficient to support a legal liability to the claimant satisfies the claimant's initial obligation to go forward."  *In re Allegheny Intern., Inc.*, 854 F.2d at173.

17.     The submission of invoices along with a claim is sufficient to establish *prima facie* validity of the claim.  *See, e.g., In re Russell Cave Co., Inc.*, 253 B.R. 815, 819 (Bankr. E.D. Ky. 2000) (finding that invoices submitted along with creditor's claim were sufficient to establish *prima facie* validity of claim).  In fact, the claim form used in the present case explicitly

states, under item 7, "Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts . . . and security agreements. You may also attach a summary."

18.     Here, there is no question that Netas provided sufficient information and documentation establishing the *prima facie* validity of the claims. Netas attached to its claims, which were sworn to under oath by both its CFO and controller, true and accurate copies of every purchase order and invoice supporting the validity and amount of each claim, as well as summary sheets prepared in the ordinary course of business detailing the amounts owed. Thus, the claims are undeniably entitled to *prima facie* validity.[7]

19.     Once the claimant has met its initial burden, the burden shifts to the objecting party to "produce evidence equal in force to the prima facie case." *Id*. (emphasis added). The objecting party "must produce evidence which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency." *In re LandSource Communities Development LLC*, 485 B.R. 310, 317 (Bankr. D. Del. 2013) (quoting *Allegheny*, 954 F.2d at 173-174). Only if and when the objecting party provides sufficient evidence to rebut one or more of the sworn facts in the proof of claim does the burden revert to the claimant to prove the validity of the claim by a preponderance of the evidence. *LandSource Communities Development*, 485 B.R. at 317 (quoting *Allegheny*, 854 F.2d at 174); *In re Refco Public Commodity Pool, L.P.*, 554 B.R. 736, 741 (Bankr. D. Del. 2016) (same).

20.     Third Circuit law requires the Debtors to provide evidence "equal in force" to that provided by Netas to rebut the *prima facie* validity of the Claim. *Allegheny*, 854 F.2d at 173.

---

[7] Even assuming—*arguendo*—that Netas had failed to attach sufficient supporting documentation to the Claim, such failure would not, by itself, warrant disallowance of the Claim. *See In re Kincaid,* 388 B.R. 610, 614 (Bankr. E.D. Pa. 2008). Rather, the failure to provide supporting documentation would only disqualify the Claim from the presumption of *prima facie* validity, and would merely result in Netas carrying the burden of going forward in establishing the validity of the Claim. *Id.*

"The objector must produce actual evidence; mere allegations, unsupported by evidence, are insufficient to rebut the movant's *prima facie* case." *In re F-Squared Investment Management, LLC*, 546 B.R. 538, 544 (Bankr. D. Del. 2016) (marks and citations omitted).  If the objecting party fails to meet its burden of production, its objection should be dismissed.  *Id.*

21.     The Debtors have failed to provide evidence equal in force to the numerous purchases orders and invoices provided by Netas.  In fact, the Debtors have provided no admissible or concrete evidence whatsoever.  The Ray Declaration does not assert that Mr. Ray or any of the Debtors' "consultants or advisors" has personal knowledge with respect to the facts underlying the invoices Netas attached to its Claims or the legitimacy of the invoices.  A declaration submitted in support of a pleading must be made on personal knowledge.  *See, e.g.,* Fed. R. Evid. 602; *see also In re Delta Air Lines, Inc.*, 381 B.R. 57, 79-80 (Bankr. S.D.N.Y. 2008), *aff'd,* 2008 WL 4444001 (S.D.N.Y. Sept. 29, 2008), *rev'd on other grounds,* 608 F.3d 139 (2d Cir. 2010) (noting that, despite being based on personal knowledge of "Books and Records," a declaration was not testimony or evidence because the declaration was "expressed exclusively in generalities and [did] no more than parrot the arguments ably advanced by . . . counsel").

22.     Nothing in the Ray Declaration indicates that Mr. Ray or any of the Debtors' "consultants and advisors" has personal knowledge of NNI's historical relationship with Netas or with any of the purchase orders or invoices which are attached to the claims.  Mr. Ray simply expresses a generalized and blanket denial and does nothing more than parrot the boilerplate, one sentence reason for disallowance forth in the Objection.  Furthermore, the Ray Declaration expressly states that it is only based on "the best of [Mr. Ray's] knowledge, information and belief[,]" rather than on personal knowledge as required by the Federal Rules of Evidence.  *See* Fed. R. Evid. 602.

23.     In sum, the only so-called "evidence" the Debtors present is the bald and generalized statement (one sentence in length) contained in the Objection and parroted in the Ray Declaration that Netas' claims have no basis in the Debtors' books and records.  This is not "equal in force" to the various purchase orders, 67 invoices, and summary sheets that Netas provided in support of its claims, which were sworn to under oath by the Chief Financial Officer and Controller of Netas.  Accordingly, the Debtors have failed to overcome the *prima facie* validity of Netas' claims, and the Objection must be overruled.

## II.     <u>Netas' Claims Are Valid and Should be Allowed</u>

24.     As set forth above, the claims are based on software development and support services provided to NNI prior to the Petition Date.  The purchase orders, invoices, and summary sheet attached to Claim No. 8038 clearly support that Netas has an unpaid claim for such prepetition services in the amount of $14,261,663.01.  Further, the purchase orders, invoices, and summary sheet attached to Claim No. 8037 clearly support that Netas has an unpaid claim for such prepetition services in the amount of $87,760.50.  Both the CFO and controller of Netas, who no doubt have personal knowledge of Netas' business records, represented those facts under oath.

25.     As noted, the Debtors have not offered sufficient evidentiary support to rebut the validity or amount of the claims.  Accordingly, the claims asserted by Netas should be allowed as general unsecured claims in the amounts of $14,261,663.01 and $87,760.50, respectively.

## <u>RESERVATION OF RIGHTS</u>

26.     In the event that the Court finds that the Debtors sufficiently rebutted the *prima facie* validity of Netas' claims (which they have not), Netas respectfully requests a hearing, pursuant to Local Rule 3007-1(i), to present evidence as necessary to fully respond to the Objection.  Moreover, because the Objection and this Response give rise to a contested matter

under Bankruptcy Rule 9014, Netas reserves the right to request discovery in connection with the Objection and this Response.

<div align="center">

**CONCLUSION**

</div>

For the foregoing reasons, Netas respectfully requests that the Court overrule the Objection, allow Claim No. 8038 as a general unsecured claim against NNI in the amount of $14,261,663.01, allow Claim No. 8037 as a general unsecured claim against NNI in the amount of $87,760.50, and grant Netas such additional and further relief as the Court deems just and proper.

Dated: April 14, 2017

**LOWENSTEIN SANDLER LLP**
Zachary D. Rosenbaum, Esq.
Paul Kizel, Esq.
Michael Papandrea, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400
E-mail: zrosenbaum@lowenstein.com
            pkizel@lowenstein.com
            mpapandrea@lowenstein.com

*Counsel for Netas Telekomunikasyon A.S.*

**- and –**

**POLSINELLI PC**

*/s/ Christopher A. Ward, Esq.*
Christopher A. Ward, Esq.
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com

*Delaware Counsel for Netas*
*Telekomunikasyon A.S.*

## Exhibit A

Claim No. 2876

United States Bankruptcy Court for the District of Delaware

Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al.<br>Debtors. | Case No. 09-10138 (KG)<br>Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)                    0000002876

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (CREDITOR.DBF,CREDNUM)CREDNUM # 1000011959******
NORTEL *NETWORKS*
NETAS *TELEKOMUNIKASYON A.S.*
ALEMDAG CADDESI NO 171 *ÜMRANIYE*
ISTANBUL  *34768*
TURKEY

Telephone number: *+9(0)216 5222331*  Email Address: *seniat@netas.com.tr*

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)




Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1.    **Amount of Claim as of Date Case Filed:** $  *87,760.50*

      If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

      If all or part of your claim is entitled to priority, complete Item 5.

      ☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2.    **Basis for Claim:** *Services performed.*
      (See instruction #2 on reverse side.)

3.    **Last four digits of any number by which creditor identifies debtor:** *5110*
      3a. **Debtor may have scheduled account as:** _____
           (See instruction #3a on reverse side.)

4.    **Secured Claim** (See instruction #4 on reverse side.)
      Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

      Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
      Describe: _____

      Value of Property: $_____    Annual Interest Rate _____%

      Amount of arrearage and other charges as of time case filed included in secured claim, if any:

      $_____    Basis for perfection: _____

      **Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

5.    **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6.    **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7.    **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED
SEP 10 2009
CLAIMS PROCESSING CENTER
USBC, SDNY                    4

| Date:<br>*4 September*<br>*2009* | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*ilker   ...   Schwieck (Controller)* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Ticaret Sicil No: 94955/40304

| United States Bankruptcy Court for the District of Delaware | | **PROOF OF CLAIM** |
|---|---|---|
| Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | |

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (CREDITOR.DBF, CREDNUM)CREDNUM # 1000011959******
NORTEL *NETWORKS*
NETAS *TELEKOMUNIKASYON A.S.*
ALEMDAG CADDESI NO 171 *ÜMRANIYE*
ISTANBUL *34768*
TURKEY

Telephone number: *+9(0)216 5222331* Email Address: *seniat@netas.com.tr*

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number: _____ Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ *87,760.50*

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** *Services performed.*
    (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** *5110*
    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
    Describe: _____

    Value of Property: $ _____ Annual Interest Rate _____ %

    Amount of arrearage and other charges as of time case filed included in secured claim, if any:

    $_____ Basis for perfection: _____

    **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED
SEP 1 0 2009
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date:<br>4 September<br>2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Ilker Galyban / CFO     Senit Tariman Schwiecle, Controller* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SUMMARY SHEET

5110 Claims.XLS

| Ref | Period | Entity | Customer Name | Category | Netas SAP Contract number | Nortel PO | Invoice Number | Invoice Description | Invoice Date | Invoice amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Before 14th Jan | 5110 | NNM0000018 | NORTEL NETWORKS INC. | EXPAT EXPENSES | 45000269 | 4320001361 | 9000345b | HOTEL AND TRANS FOR 14 DAYS/10 PERSONS | 28.11.2007 | 5,898.00 | USD |
| 2 | Before 14th Jan | 5110 | NNM0000018 | NORTEL NETWORKS INC. | CO5E TRAINING | 45000883 | 4320059960 | 90008823 | NETAS / TELECOM EGYPT DMS TRAINING | 30.12.2008 | 81,862.50 | USD |

87,760.50

NOTE: There are 8 papers (including the summary sheet) in this claim file



RECEIVED
SEP 10 2009
U.S. BANKRUPTCY COURT, SDNY

1 of 8

# N⊘RTEL

## Purchase Order

| Purchase Order No: 4320001361 | | Order Date: 05.09.2007 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 16.10.2007 | Page 2 of 2 |

| Supplier Contact: | Supplier No: 428580 |
|---|---|
| Omer Seyrek | Contract No: |

**Supplier:**
Netas
Alemdağ Caddesi
Ümraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
NN
Nortel
1 GABALEYYA STREET, ZAMALEK
CAIRO
11211
EGYPT

**Bill to:**
NORTEL NETWORKS INC. (5110)
EGYPT BRANCH
1 GABALEYYA STREET
ZAMALEK
CAIRO, EGYPT

| Buyer: | | Telephone No: 9112443... |
|---|---|---|
| Anil Venkatasan | | Fax: |

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description Payment Terms: 70 days after date of invoice | Ship Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|---|

**Carrier Number/Carrier Name:**

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | Page Total | USD | 0,00 | |
|---|---|---|---|---|
| | Total Amount | USD | 29.490,00 | E |

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

*Anil Venkatasan*
BUYER

Nortel Networks 1P/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

# NØRTEL

Nortel Networks IP/2007-07/EN

Purchase Order No. 7460061
This number must appear on all invoices, packages,
packing slips and customs forms.

| | Last Change Date: 16.10.2007 | Page 1 of 2 |
|---|---|---|

Supplier No: 128580
Contract No:

Supplier Contact:
Omer Seyrek

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL,
TURKEY
Telephone No: 6 335 3827

**Ship to:**
NN
Nortel
1 GABALYYA STREET, ZAMALEK
CAIRO
11211
EGYPT

**Bill to:**
NORTEL NETWORKS INC.  (5110)
EGYPT BRANCH
1 GABALYYA STREET
ZAMALEK
CAIRO, EGYPT

| Carrier Number/Carrier Name: | | | Incoterms: | Payment Terms: 70 days after date of invoice | Buyer: Anil Venkatasan | Telephone No: 9112443421148 |
|---|---|---|---|---|---|---|
| | | | DDP | | | Fax: |

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Extended Total |
|---|---|---|---|---|---|---|---|
| | | | **Header text** | ORDER PLACED ON BEHALF OF HANY TOLBA (GABA) 202 2735 4994 | | | |
| | | | | Start Date - 18.10.2007 | | | |
| | | | | End Date - 01.12.2007 | | | |
| | | | | | | | |
| | | | | SUPPLIER CONTACT: Omer Seyrek (NORTEL NETAS) | | | |
| | | | | SUPPLIER CONTACT: Omer Seyrek (NORTEL NETAS) | | | |
| | | | | "PLEASE NOTE:  THIS SERVICES/TRAINING IS SUPPOSE TO START ON 22ND OCTOBER AND WILL CONTINUE FOR 14 DAYS ONLY.HOWEVER, THIS SERVICE DATE CAN BE SHIFTED BASED ON THE COURSE AVAILABILITY " | | | |
| | | | | COMPANY CODE TO CHARGE: 5110501002, GL ACCOUNT: 765000 | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | |
| 00010 | 1.000 | SET | | START DATE: 18/10/2007 END DATE:01/12/2007 | 18.10.2007 | 29490.00 | 29,490,00 |
| | | | | Hotel and Trans for 14 days/ 10 pers | | | |

| | Page Total | USD | 29,490,00 |
|---|---|---|---|

Anil Venkatasan
BUYER

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

Nortel is an Equal Opportunity / Affirmative Action Employer

**NORTEL NETAŞ**

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

# FATURA INVOICE

T.C. MALİYE BAKANLIĞI
İl Kodu : 34

SERİ SIRA NO.: AZ 481970

Payment Information

| | |
|---|---|
| Doc. No./Date | 90003450/ 28.11.2007 |
| Order No./Date | 45000296/ 27.11.2007 |
| Customer | NNM0000018 |
| Currency | USD |
| | 29.490,00 |

NORTEL NETWORKS INC.
(EGYPT BRANCH)
1 GABALEYYA STREET
ZAMALEK
CAIRO
D- EGYPT

Ship-To Address
NORTEL NETWORKS INC.
(EGYPT BRANCH)
1 GABALEYYA STREET
ZAMALEK
CAIRO
D- EGYPT

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| | | | |

| Nortel Networks Netaş No./Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |
|---|---|---|---|
| | | | |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: HOTEL AND TRANS FOR 14 DAYS/10 PERSONS | 29.490,00 | | 29.490,00 |
| | | | | IN NOVEMBER 2007 | | | |

Total(USD) 29.490,00
Invoice Amount 29.490,00

ONLY* TWENTY-NINE THOUSAND FOUR HUNDRED NINETY * USD AND % ZERO * USD

$ 23.592 is paid !

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.   CITIBANK - İstanbul M... 20009055 - USD HS.

# N❂RTEL

**Purchase Order**

| | Order Date: 04.11.2008 |
|---|---|
| Purchase Order No: 4320059990 | Last Change Date: 04.11.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Page 1 of 3 |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to:
NN
Nortel
1 GABALEYYA STREET, ZAMALEK
CAIRO
EGYPT

Supplier Contact:
S.HALUK SERIM

| Supplier Contact: | Telephone No: 9112434242148 |
|---|---|
| S.HALUK SERIM | |
| | Supplier No: 128580 |
| | Contract No: |
| | Fax: |

Bill to:
NORTEL NETWORKS INC. (5110)
EGYPT BRANCH
1 GABALEYYA STREET
ZAMALEK
CAIRO, EGYPT

Buyer:
Anil Venkatasan

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Ship Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

Payment Terms:
70 days after date of invoice

Start Date - 14.12.2008
End Date - 23.12.2008
**Header text**
ORDER PLACED ON BEHALF OF MAHMOUD AL SAHHAR (GABA) 20227354994

DELIVER TO: MAHMOUD AL SAHHAR(GABA) 20227354994

SUPPLIER CONTACT: S.HALUK SERIM

| | Page Total | USD | 0,00 |
|---|---|---|---|

Anil Venkatasan
BUYER

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    E

REF :2

5 of 8

# N⊘RTEL

## Purchase Order

| Order Date: 04.11.2008 | |
|---|---|
| Last Change Date: 04.11.2008 | Page 3 of 3 |

Purchase Order No: 4320059990
This number must appear on all invoices, packages, packing slips and customs forms.

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to:
NN
Nortel
1 GABALEYYA STREET, ZAMALEK
CAIRO
EGYPT

Supplier Contact:
S. HALUK SERIM

Bill to:
NORTEL NETWORKS INC. (5110)
EGYPT BRANCH
1 GABALEYYA STREET
ZAMALEK
CAIRO, EGYPT

Buyer:
Anil Venkatasan

Supplier No: 128580
Contact No:

Telephone No: 9112434214 8
Fax:

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Extended Total |
|---|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

Incoterms:
DDP

Payment Terms:
70 days after date of invoice

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | Page Total | USD | 0,00 |
|---|---|---|---|
| | Total Amount | USD | 81,862,50 |

Nortel Networks Inc (Egypt Branch)
1 Al Gabalya Street, Floor 2
Zamalek
Cairo
Egypt

⟨signature⟩
Anil Venkatasan
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    E

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**

T.C. MALİYE BAKANLIĞI
İl Kodu : 34

SERİ SIRA NO.: DM 874749

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008923/ 30.12.2008 |
| Order No./Date | 45000883/ 30.12.2008 |
| Customer | NNM0000018 |
| Currency | USD |
| Invoice Amount | 81.862,50 |

ORTEL NETWORKS INC.
EGYPT BRANCH)
GABALEYYA STREET
AMALEK
AIRO
- EGYPT

Ship-To Address
NORTEL NETWORKS INC.
(EGYPT BRANCH)
1 GABALEYYA STREET
ZAMALEK
CAIRO
S- EGYPT

ergi Dairesi :
ergi Numarası:

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| | | | |
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |
| | | | |

| Miktar | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | NETAŞ / TELECOM EGYPT DMS TRAINING | 81.862,50 | | 81.862,50 |
| | | | | PO NO: 4320059990 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | | Toplam(USD) | | 81.862,50 |
| | | | | | Toplam EXW | | 81.862,50 |

NLY* EIGHTY-ONE THOUSAND EIGHT HUNDRED SIXTY-TWO * USD AND % FIFTY * USD

anka Hesap Numaralarımız:
ARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383 6202203 TRY Hs.
ARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383 9007512 USD Hs.
kbank Doğu Kurumsal Şubesi / İSTANBUL Şube Kodu : 798 0046112 EURO Hs.

**Exhibit B**

Claim No. 2878

United States Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)          0000002878

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100790140*****
NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL 34768
TURKEY

Telephone number: **+9(0)216 5222331** Email Address: **seniat@netas.com.tr**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number:          Email Address:

---

1. **Amount of Claim as of Date Case Filed:** $ **14,261,663.01**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** _Services performed_
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _2001_
   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $ _____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $ _____ Basis for perfection: _____

   **Amount of Secured Claim:** $ _____   **Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   **Amount entitled to priority:**

   $ _____

---

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**FOR COURT USE ONLY**

**RECEIVED**
SEP 10 2009
CLAIMS PROCESSING CENTER
USBC, SDNY          4

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 4 September 2009 | İlker Gökmen · Bölüm Bayan Tarimcan Schmiede Controller |
| | Nortel Networks Netas Telekomünikasyon A.Ş. |
| | Alemdağ Cad. No.171 Ümraniye 34768 İstanbul |
| | Ticaret Sicil No: 94955/40304 |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | |
|---|---|---|---|
| 09-10138 | Nortel Networks Inc. | 09-10146 | Nortel Networks Applications Management Solutions Inc. |
| 09-10139 | Nortel Networks Capital Corporation | 09-10147 | Nortel Networks Optical Components Inc. |
| 09-10140 | Nortel Altsystems Inc. | 09-10148 | Nortel Networks HPOCS Inc. |
| 09-10141 | Nortel Altsystems International Inc. | 09-10149 | Architel Systems (U.S.) Corporation |
| 09-10142 | Xros, Inc. | 09-10150 | Nortel Networks International Inc. |
| 09-10143 | Sonoma Systems | 09-10151 | Northern Telecom International Inc. |
| 09-10144 | Qtera Corporation | 09-10152 | Nortel Networks Cable Solutions Inc. |
| 09-10145 | CoreTek, Inc. | | |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any liens securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2.Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

**— DEFINITIONS —**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
**Nortel Networks Inc. Claims Processing Center**
c/o Epiq Bankruptcy Solutions, LLC
**FDR Station, P.O. Box 5075**
**New York, NY 10150-5075**

**Canadian Debtors**
The Canadian Debtors are Nortel Netwoks Corporation, Nortel Networks Limited, Nortel Networks Global Corporation, Nortel Networks International Corporation, or Nortel Networks Technology Corporation.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the

property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**— INFORMATION —**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://chapter11.epiqsystems.com/nortel) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Nortel Networks Inc., et al.<br>        Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>    Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).**

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100790140*****
NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL 34768
TURKEY

Telephone number: +9(0)216 5222331 Email Address: seniat@netas.com.tr

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim secured against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

Telephone number: _____ Email Address: _____

1. Amount of Claim as of Date Case Filed: $ *14,261,663.01*

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** *Services performed*
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: *2001*
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

RECEIVED
SEP 10 2009
CLAIMS PROCESSING CENTER
USBC, SDNY
4

| Date:<br>4 September 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>İlker Gobetch, CFO    Seniz Toriman Schmiede, Controller |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

SUMMARY SHEET

| REF | Period | Entity Customer | Name | Category | Neias SAP Contract number | Nortel PO Number | Invoice number | Invoice Description | Invoice Date | Invoice amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000328587 | 4320033987 | 9000110 | GITA MACLEAN in Dec 2008 | 13.02.2009 | 4,420.00 | USD |
| 2 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45002221 4320033987 | | 9000111 | GITA MACLEAN in Dec 2008 | 12.11.2008 | 315.27 | USD |
| 3 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000328587 | | 9000119 | GITA MACLEAN in Jan 2009 | 31.01.2009 | 88.09 | USD |
| 4 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45002223 4320033987 | | 9000120 | GITA MACLEAN in Jan 2009 | 31.01.2009 | 16,408.02 | USD |
| 5 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45002223 4320027675 | | 9000121 | DAVID STONEHOUSE in Jan 2009 | 28.01.2009 | 16,408.02 | USD |
| 6 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000444 4320027675 | | 9000141 | LOT 1- MASTERLACKEH in Dec 2008 | 18.12.2008 | 16,408.02 | USD |
| 7 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000447 4320027675 | | 9000113 | 2008 SHPP PREMIUM PAY | 18.12.2008 | 3,903.30 | USD |
| 8 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000448 4320027675 | | 9000147 | 2008 SHPP PREMIUM PAY | 13.12.2008 | 13,160.81 | USD |
| 9 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000452 4320027675 | | 9000623 | SERGE CARON in Q2 2008 | 26.01.2009 | 23,865.00 | USD |
| 10 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45003066 4320029761 | | 9000660 | SERGE CARON in Q2 and Q3 2008 | 26.01.2009 | 23,865.00 | USD |
| 11 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D TAL | 45003467 4320029807 | | 9000646 | DAVID STONEHOUSE in Q4 2008 | 07.01.2009 | 2,720.43 | USD |
| 12 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D HC | 45000644 4320029739 | | 9000643 | SERGE CARON in Q2 and Q3 2008 | 26.01.2009 | 107,468.07 | USD |
| 13 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000544 4320032051 | | 9000824 | Ivan SSL Design Sept | 30.05.2008 | 285.94 | USD |
| 14 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000328598 4320034040 | | 9000831 | BOB JONES in Nov 2008 | 23.12.2008 | 8,387.80 | USD |
| 15 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000447 4320034044 | | 9000816 | ELIZABETH BARNES in Nov 2008 | 12.11.2008 | 10,038.60 | USD |
| 16 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000542 4320033298 | | 9000813 | BOB JONES in Dec 2008 | 23.12.2008 | 4,883.12 | USD |
| 17 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000548 4320033598 | | 9000812 | LOT 1- C62100 | 23.12.2008 | 1,211,250.00 | USD |
| 18 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE OTHER | 45000542 4320034094 | | 9000817 | LOT 1- C62100 ENTE IS 18.12.2008 | 18.12.2008 | 1,363.40 | USD |
| 19 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000970 4320034094 | | 9000818 | Istanbul Eng. Travel to US | 03.11.2008 | 7,864.00 | USD |
| 20 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000971 4320034094 | | 9000806 | Istanbul Eng. Travel to US for | 04.03.2009 | 23,378.60 | USD |
| 21 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000979 4320033767 | | 9000820 | Istanbul Eng. Service | 26.11.2008 | 2,807.27 | USD |
| 22 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000647 4320042920 | | 9000841 | Notes for NATS Enterprise | 18.12.2008 | 10,332.00 | USD |
| 23 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000972 4320042920 | | 9000840 | Notes for NATS Enterprise | 18.12.2008 | 15,437.80 | USD |
| 24 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000974 4320052259 | | 9000842 | Notes for NATS Enterprise | 18.12.2008 | 15,437.80 | USD |
| 25 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000126 4320052415 | | 9000880 | COE NETAS ISTANBUL | 18.12.2008 | 1,259,550.00 | USD |
| 26 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000327 4320052259 | | 9000881 | Recruitment Costs Oct | 28.11.2008 | 1,408,140.00 | USD |
| 27 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000441 4320034094 | | 9000882 | COE NETAS ISTANBUL RE | 15.12.2008 | 1,211,250.00 | USD |
| 28 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000970 4320034094 | | 9000845 | COE NETAS ISTANBUL RE | 23.12.2008 | 24,584.60 | USD |
| 29 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000979 4320034094 | | 9000843 | COE NETAS ISTANBUL RE | 31.12.2008 | 85,000.00 | USD |
| 30 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000970 4320034094 | | 9000846 | COE NETAS RELIEF RE | 23.12.2008 | 387,125.00 | USD |
| 31 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE OTHER | 45000970 4320057218 | | 9000847 | Notes for NATS Enterprise | 18.12.2008 | 83,125.00 | USD |
| 32 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000974 4320052218 | | 9000874 | R&D Services for Turkey | 18.12.2008 | 15,437.80 | USD |
| 33 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000972 4320052415 | | 9000872 | Notes for NATS Enterprise | 18.12.2008 | 15,437.80 | USD |
| 34 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE TAL | 45000974 4320052415 | | 9000870 | Notes for NATS Enterprise | 18.12.2008 | 15,437.80 | USD |
| 35 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000974 4320052218 | | 9000863 | 3 Netas Resources | 28.11.2008 | 15,375.00 | USD |
| 36 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000742 4320052415 | | 9000866 | 3 Netas Resources | 18.12.2008 | 71,875.00 | USD |
| 37 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000548 4320052259 | | 9000868 | LOT 1 SVE TO PROVIDE | 28.11.2008 | 6,718.87 | USD |
| 38 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000441 4320052597 | | 9000851 | COE NETAS ISTANBUL REJ | 28.11.2008 | 10,351.87 | USD |
| 39 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000441 4320052597 | | 9000875 | COA-Remanning Patch | 28.11.2008 | 10,351.87 | USD |
| 40 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000441 4320052568 | | 9000871 | COE NETAS REL Istanbul | 28.11.2008 | 464,375.00 | USD |
| 41 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000970 4320052568 | | 9000873 | COE NETAS for Istd | 19.12.2008 | 498,375.00 | USD |
| 42 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000831 4320052568 | | 9000877 | GM 2008 NAN TS NAT | 18.12.2008 | 387,125.00 | USD |
| 43 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000972 4320059724 | | 9000872 | GM 2008 NAN TS REJ | 18.12.2008 | 115,604.64 | USD |
| 44 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | COE HC | 45000831 4320059724 | | 9000834 | R&D Services for Turkey | 18.12.2008 | 8,104.00 | USD |
| 45 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000831 4320057218 | | 9000817 | End Ener Servy Oztürk T/L | 28.01.2009 | 3,581.31 | USD |
| 46 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000439 4320054588 | | 9000310 | NEIR Support for Turkey CO | 25.09.2008 | 50,000.00 | USD |
| 47 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000138 4320057218 | | 9000193 | ADDOCF DB DIRECT CHA | 04.11.2008 | 20,150.00 | USD |
| 48 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000138 4320052597 | | 9000148 | COE NETAS ISTANBUL RE | 02.02.2009 | 50,000.00 | USD |
| 49 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000447 4320052597 | | 9000149 | October Direct Charging Sept | 21.12.2008 | 7,155.26 | USD |
| 50 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000440 4320058052 | | 9000146 | COE NETAS REL | 02.02.2009 | 25,819.64 | USD |
| 51 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000138 DIRECT INVOICE | | 9000081 | Q4 DIRECT CHARGING | 30.12.2008 | 601,728.44 | USD |
| 52 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000081 DIRECT INVOICE | | 9000080 | Serpaş Mark Expat | 31.12.2008 | 60,158.35 | USD |
| 53 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000081 DIRECT INVOICE | | 9000809 | Serpaş Mark Cetup in Q4 | 23.12.2008 | 90,158.35 | USD |
| 54 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000809 DIRECT INVOICE | | 9000808 | Serpaş Mark Expat Expense | 23.12.2008 | 2,574,108.22 | USD |
| 55 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000808 DIRECT INVOICE | | 9000800 | PAUL ROY DIRECT CHARGE | 30.12.2008 | 90,158.35 | USD |
| 56 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000800 DIRECT INVOICE | | 9000800 | PAUL ROY DIRECT CHARGE | 30.12.2008 | 2,542,041.87 | USD |
| 57 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT TAX | 45000800 DIRECT INVOICE | | 9000800 | Q1 2001 RDA DIRECT CHARGE | 30.12.2008 | 1,023,013.52 | USD |
| 58 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT TAX | 45000809 DIRECT INVOICE | | 9000801 | E2001 RDA DIRECT CHARGE | 30.12.2008 | 2,542,041.87 | USD |
| 59 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D HC | 45000142 Prof 43524 | | 9000142 | Direct Charging DPA | 30.01.2009 | 20,151.00 | USD |
| 60 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D HC | 45000140 USC 604093 | | 9000140 | Scot Wadull & Serpaş & Mert | 31.08.2008 | 8,784.40 | USD |
| 61 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D HC | 45000141 Prof 43524 | | 9000142 | Q4 Direct Charging DPA | 30.01.2009 | 16,760.00 | USD |
| 62 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D HC | 45000140 USC 604093 | | 9000155 | Scot Wadull & Serpaş & Mert | 31.08.2008 | 3,400.28 | USD |
| 63 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000141 Prof 43524 | | 9000141 | Paul Roy Expat Expenses | 30.01.2009 | 77,172.28 | USD |
| 64 | After 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000141 Prof 43524 | | 9000141 | Paul Roy Expat Expenses | 30.01.2009 | 77,172.28 | USD |
| 65 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | R&D HC | 45000809 USC 604093 | | 9000141 | Paul Roy Expat Expenses | 28.09.2007 | 3,400.28 | USD |
| 66 | Before 14th Jan | 2001 NNN0000003 | Nortel Networks Inc. | EPAT EXPENSES | 45000809 USC 604093 | | 9000141 | | 28.09.2007 | 14,281,663.01 | USD |


← Pre-filing portion of the invoice.


RECEIVED
SEP 10 2009
U.S. BANKRUPTCY COURT, SDNY

NOTES: 1) There is no REF 191.
2) There are 181 pages (including the summary sheet) in this claim file

# N⫶RTEL Pur⬤as⬤Order



| Purchase Order No. 4320003967 | Order Date: 25.09.2007 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 15.04.2008 | Page 1 of 6 |

**Supplier:**

Nortel Netas
Alemdag Cad. Umraniye 81244
TR- ISTANBUL
Fax No: 90 216-522-2222

**Ship to:**

NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Supplier Contact:
Lieman Arca

| Supplier No: 442038 |
|---|
| Contract No: |

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 5252626Ⓐ712
Fax:

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | Buyer: Patricia Ramirez | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | | PO Delivery Date - 25.09.2007 | | | | | | |
| | | | | **Header text** | | | | | | |
| | | | | APRIL 15, 2008 - CHANGE ORDER # 1 - ISSUED TO EXTEND THIS PO TO DECEMBER 31, 2008. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED. | | | | | | |
| | | | | PO TOTAL NOT TO EXCEED $301,467.30 CAD | | | | | | |
| | | | | | | Page Total | | CAD | | 0,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Patricia Ramirez
BUYER

Nortel Networks IPI/2007-077/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

# N❂RTEL ❂urchase Order

Supplier:

Nortel Netas
Alemdag Cad. Umraniye 81244
TR- ISTANBUL
Fax No: 90 216-522-2222

| Purchase Order No: 4320C____7 | | Order Date:  25.09.2007 Last Change Date: 15.04.2008 | Page 2  of 6 |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | | |

| Supplier No: 442038 |
| Contract No: |

Ship to:

NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

Supplier Contact:
Leman Arca

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | Buyer: Patricia Ramirez | Telephone No: 525526268712 Fax: |
|---|---|---|

| Carrier Number/Carrier Name: | | Incoterms: DDP | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

**Terms of delivery**
THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE

ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE
THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH
INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL
EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT
SUCH INFORMATION.

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR.

NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS.  THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| 00010 | 1 | EA | | NETAS for Gita Maclean | 25.09.2007 | 301467,30 | T5 | 0,00 | 301.467,30 |
|---|---|---|---|---|---|---|---|---|---|

| | | | | Page Total | | | CAD | | 301.467,30 |

_Patricia Ramirez_
Patricia Ramirez
BUYER

M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer



NØRTEL

Pur as Order

| Purchase Order No. 4320003967 | Order Date: 25.09.2007 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 15.04.2008 | Page 3 of 6 |

| Supplier Contact: | Supplier No: 442038 | |
|---|---|---|
| Leman Arca | Contract No: | |

**Supplier:**
Nortel Netas
Alemdag Cad. Umraniye 81244
TR- ISTANBUL
Fax No: 90 216-522-2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Patricia Ramirez | | Telephone No: 52552626788712 Fax: | |
|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Goods Recipient: BODDIE ROBIN | | | | | |
| | | | | This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |
| | | | | | Page Total | | CAD | | 0,00 |
| | | | | | Tax Amount | | CAD | | 0,00 |
| | | | | | Total Amount | | CAD | | 301.467,30 |

Patricia Ramirez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# N⊘RTEL NETAŞ

ortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümranlye 34768 İstanbul
el: (0216) 522 20 00· Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

ortel Networks Inc.
ccounts Payables Dept.
0 BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

## FATURA
## INVOICE



İl Kodu : **34**

SERI SIRA NO : CM **192112**

Payment Information
Doc. No./Date        90008312/ 11/12/2008
Order No./Date       450002223/ 09/26/2007
Customer             NNN0000003
Currency             USD

                                    473.00

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320003967 (RITA MACLEAN) | 473.00 | | 473.00 |
| | | | | IN NOVEMBER 2008 | | | |
| | | | | Total (USD) | | | 473.00 |
| | | | | Invoice Amount | | | 473.00 |

ONLY % FOUR HUNDRED SEVENTY-THREE * USD  AND % ZERO * USD

# N✪RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE




İl Kodu : **34**

SERİ SIRA NO.: DM **874634**

Payment Information
Doc. No./Date        90008920/ 12/23/2008
Order No./Date       45000223/ 09/26/2007
Customer             NNM0000003
Currency             USD
                                    315.27

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320003967 (GITA MACLEAN) | 315.27 | | 315.27 |
| | | | | IN DECEMBER 2008 | | | |
| | | | | | Total(USD) | | 315.27 |
| | | | | | Invoice Amount | | 315.27 |

ONLY* THREE HUNDRED FIFTEEN * USD   AND % TWENTY-SEVEN * USD




# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İli Kodu : **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

SERİ SIRA NO.: DM **874971**

Payment Information
Doc. No./Date          90009118/ 01/28/2009
Order No./Date         45000223/ 09/26/2007
Customer               NNN0000003
Currency               USD

                                             89.99

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320003967 (GITA MACLEAN) | 89.99 | | 89.99 |
| | | | | IN JANUARY 2009 | | | |
| | | | | | Total(USD) | | 89.99 |
| | | | | | Invoice Amount | | 89.99 |

ONLY* EIGHTY-NINE * USD  AND % NINETY-NINE * USD

# N♥RTEL

## Purcho Order

| | Purchase Order No: 4320027575 | Order Date: 26.02.2008 |
|---|---|---|
| | This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 27.02.2008   Page 1 of 5 |

Supplier Contact:
Michael McGann

| Supplier No: 128580 |
|---|
| Contract No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-3010

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Mayte Hernandez | | Telephone No: 5255262668947 Fax: | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

Start Date  -  01.02.2008

**Header text**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CHANGE ORDER# 1 ON FEB/27/2008\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ISSUED TO INCREASE PO BY $87,487.50 TRY ($75,000.00 USD) NEW TOTAL NOT TO EXCEED $237,487.50
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE: THIS PO WILL COVER NIHAT KURKCU MASTER BLACK BELT IN TRAINING AND WILL SUPPORT BLACK BELTS IN TURKEY
COE IN NORTEL'S GLOBAL OPERATIONS ORGANIZATION

TOTAL AMOUNT NOT TO EXCEED $150,000.00 TRY

**Header Note**
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT AT
(naapexp1@nortel.com)

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.

| | Page Total | | TRY | 0,00 |
|---|---|---|---|---|

Mayte Hernandez
BUYER



Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

# NØRTEL

**Purchase Order**

| Purchase Order No. 4320027575 | Order Date: 26.02.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 27.02.2008 | Page 2 of 5 |

| Supplier Contact: Michael McGann | Supplier No: 128580 |
|---|---|
| | Contract No: |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-3010

Telephone No: 52552626894 7
Fax:

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

(0501 / 2001)

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | MasterBlackBelt it support Turkey Co | 01.02.2008 | 237.487,5 | TRY TS | 0,00 | TRY 237.487,50 |

Carrier Number/Carrier Name:

Incoterms: DDP

Payment Terms: Within 70 days Due net

Buyer: Mayte Hernandez

**Goods Recipient:**
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | | |
|---|---|---|
| Page Total | TRY | 237.487,50 |
| Tax Amount | TRY | 0,00 |
| Total Amount | TRY | 237.487,50 |

*Mayte Hernandez*
Mayte Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

M

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34766 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu : **34**

SERI SIRA NO.: CM **191915**

Payment Information
Doc. No./Date           90008123/ 10/31/2008
Order No./Date          45000440/ 02/29/2008
Customer                NNN0000003
Currency                USD
                                        16,406.02

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: MASTERBLACKBELT SUPPORT TURKEY EDE | 16,406.02 | | 16,406.02 |
| | | | | PO NO: 4320027575 | | | |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)      16,406.02
Invoice Amount   16,406.02

ONLY* SIXTEEN THOUSAND FOUR HUNDRED SIX * USD  AND % TWO * USD



# N⦿RTEL NETAŞ

Nortel Networks Netaş TelekomÜnlkasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



İl Kodu : **34**

SERİ SIRA NO.: CM **192311**

Payment Information
Doc. No./Date        90008481/ 11/28/2008
Order No./Date       4500004440/ 02/29/2008
Customer             NUM0000003
Currency             USD

                                    16,406.02

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no: | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: MASTERBLACKBELT SUPPORT TURKEY CDE | 16,406.02 | | 16,406.02 |
| | | | | PO NO: 4320027575 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)        16,406.02
Invoice Amount    16,406.02

ONLY* SIXTEEN THOUSAND FOUR HUNDRED SIX * USD  AND % TWO * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34766 İstanbul
Tel: (0216) 522 20 00 / Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu: **34**

SERİ SIRA NO: CM **182509**

Payment Information
Doc. No./Date          90008727/ 12/19/2008
Order No./Date         45000440/ 02/29/2008
Customer               NNM0000003
Currency               USD
                                     16,406.02

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No/Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No / Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: MASTERBLACKBELT SUPPORT TURKEY COD | 16,406.02 | | 16,406.02 |
| | | | | PO NO: 4300027575 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)        16,406.02
Invoice Amount    16,406.02

\# SIXTEEN THOUSAND FOUR HUNDRED SIX \# USD  AND \% TWO \# USD

# N❂RTEL

## Purch❂ Order

| Purchase Order No. 4320027739 | | Order Date: 04.03.2008 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 04.03.2008 |
| | | Page 1 of 6 |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
BAHADIR CINAR

**Ship to:**

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated (0501
Attention Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Supplier No.: 128580**
**Contract No:**

**Telephone No: 52526268805**
**Fax:**

| Item No. | Qty | UOM | Part No | Incoterms: | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Start Date - 04.03.2008 End Date - 04.03.2008 | | | | | | | | |

**Carrier Number/Carrier Name:**

**Payment Terms:**
Within 70 days Due net

**Buyer:**
Marisol Fondado Al

| | Page Total | | USD | | | | 0,00 |
|---|---|---|---|---|---|---|---|

Marisol Fondado Al
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

# NØRTEL

## Purchase Order

| Purchase Order No: 4320028739 | Order Date: 04.03.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 04.03.2008 |
| | Page 3 of 6 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL, NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC   27709-0000

Supplier Contact:
BAHADIR CINAR

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Telephone No: 5255262688805
Fax:

Supplier No: 128580
Contract No:

| Carrier Number/Carrier Name: | | | Incoterms: | | Payment Terms:<br>Within 70 days Due net | Buyer:<br>Marisol Fondado Al | | Telephone No: |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | | | 2008 Shift Premium Pay for NA CoE Is | 04.03.2008 | 100.000,0 | T1 | 6.750,00 | 100.000,00 |
| | | | | | | | | | |
| | | Service Text: | | | | | | | |
| | | 4 250% State | | | | | | | |
| | | 2 500% Country | | | | | | | |
| | | | | This is a PO to cover the shift premium Headcount pay for 2008. | | | | | |
| | | | | Nortel Netas | | | | | |
| | | | | Alemdag Caddesi No: 171 34768 | | | | | |
| | | | | Umraniye Istanbul Turkey | | | | | |
| | | | | Att: Lehman Arca   882-2492 | | | | | |
| | | | | Fax: 90 216 522 2222 | | | | | |

HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | Page Total | | | USD | | 100.000,00 |
|---|---|---|---|---|---|---|
| | Tax Amount<br>Total Amount | | | USD<br>USD | | 6.750,00<br>106.750,00 |

Nortel Networks 1P/2007-07/EN

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Marisol Fondado Al
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

# N⊘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Jemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu :34

SERİ SIRA NO.: CM **191907**

Payment Information
Doc. No./Date          90008113/ 10/30/2008
Order No./Date         45009447/ 03/06/2008
Customer               NNM0000003
Currency               USD
                                    9,782.93

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-to Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müş. Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2008 SHIFT PREMIUM PAY FOR NA CDE  IS | 9,782.93 | | 9,782.93 |
| | | | | PO NO: 4320028739 | | | |
| | | | | IN SEPTEMBER 2008 | | | |

Total(USD)      9,782.93
Invoice Amount  9,782.93

ONLY* NINE THOUSAND SEVEN HUNDRED EIGHTY-TWO * USD   AND * NINETY-THREE * USD



# NØRTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Vandağ Cad. 121 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA
INVOICE**



İl Kodu: **34**

SERİ SIRA NO: CM **192293**

Payment Information
Doc. No./Date        90008467/ 11/28/2008
Order No./Date       45000447/ 03/06/2008
Customer             NNN0000003
Currency             URD

                                    3,903.30

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2008 SHIFT PREMIUM PAY FOR NA CDE IS | 3,903.30 | | 3,903.30 |
| | | | | PO NO: 4320028739 | | | |
| | | | | IN NOVEMBER 2008 | | | |



                                    Total(USD)        3,903.30
                                    Invoice Amount    3,903.30

ONLY % THREE THOUSAND NINE HUNDRED THREE $ USD AND % THIRTY # USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NRTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel.: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

**FATURA
INVOICE**

T.C.
İl Kodu : **34**

SERİ SIRA NO.: DM **874637**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90009823/ 12/23/2008 |
| Order No./Date | 45000447/ 03/06/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 13,160.81 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2008 SHIFT PREMIUM PAY FOR NA COE  IS | 13,160.81 | | 13,160.81 |
| | | | | PO NO: 4320028739 | | | |
| | | | | IN DECEMBER 2008 | | | |

| | | |
|---|---|---|
| | Total(USD) | 13,160.81 |
| | Invoice Amount | 13,160.81 |

ONLY % THIRTEEN THOUSAND ONE HUNDRED SIXTY * USD  AND % EIGHTY-ONE * USD



REF: 10

18 of 161

# NØRTEL Purchase Order

| | | | Purchase Order No: 4320028761 | Order Date: 04.03.2008 | Page 1 of 7 |
|---|---|---|---|---|---|
| | | | This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.07.2008 | |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Supplier Contact:
**BAHADIR CINAR**

Supplier No: 128580
Contract No:

Ship to: **Please See Delivery Address at Line Item**

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | Incoterms: DDP | Buyer: Victor Figueroa T | Telephone No: 525526268479 Fax: 525526268686 |
|---|---|---|---|

| Carrier Number/Carrier Name: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | Start Date - 01.07.2008 | | | | | | |
| | | | End Date - 31.12.2008 | | | | | | |
| | | | Header text - | | | | | | |
| | | | *THIS IS A PURCHASE CHANGE ORDER. PURCHASE ORDER NOW READS AS FOLLOWS: | | | | | | |
| | | | ***CHANGE ORDER #2 07/07/2008*** ISSUED TO INCREASE TOTAL PO VALUE FROM $300,000.00 USD BY | | $150,000.00 USD | | | |
| | | | TO A NEW TOTAL NOT TO EXCEED $450,000.00 USD AS IT WAS REQUESTED IN PR # 4000047791. | | | | | | |
| | | | ****************************************** | | | | | | |
| | | | APRIL 04, 2008 - CHANGE ORDER # 1 - ISSUED TO INCREASE PO FOR $150,000.00 USD FOR PAYMENT FOR Q2. ALL OTHER | | | | | | |
| | | | TERMS AND CONDITIONS REMAIN UNCHANGED. | | | | | | |
| | | | NEW PO TOTAL NOT TO EXCEED $300,000.00 USD | | | | | | |
| | | | --- | | | | | | |
| | | | PO TOTAL NOT TO EXCEED $150,000.00 USD | | | | | | |
| | | | REFERENCE: EMAIL CONFIRMATION ON EXPATS. | | | | | | |
| | | | | | Page Total | USD | | | 0.00 |

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer     M

# N⦾RTEL    Purchase Order

| Purchase Order No: 4320028761 | Order Date: 04.03.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.07.2008 |
| | Page 2 of 7 |

**Supplier Contact:**
BAHADIR CINAR

**Supplier No:** 128580
**Contract No:**

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 28051
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | **Payment Terms:** Within 70 days Due net | **Buyer:** Victor Figueroa T | | **Telephone No:** 5255263260479 Fax: 5255262560686 | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UCM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE | | | | | |
| | | | | ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION. | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | | Expat Charges for Serge Caron | 01.07.2008 | 150.000,0 | T4 | 0,00 | 150.000,00 |
| | | | | This is the QI Expenses for Serge Caron and | | | | | |
| | | | | | | Page Total | | USD | 150.000,00 |

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

15 of 161

# N⊘RTEL   Pur⊘ Order

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 4320028761 | | | Order Date: 04.03.2008 | Page 3 of 7 |
|---|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | | Last Change Date: 07.07.2008 | |
| Supplier Contact: BAHADIR CINAR | | | Supplier No: 128580 Contract No: | |

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Victor Figueroa T | | Telephone No: 5255268479 Fax: 5255268686 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Mark MacLean in Turkey. Serge works for Mark MacLean and is the Development Manager for the COE in Netas for VoIP and TDM. Mark MacLean works for Aif Deardenas and is the overall R&D Leader for the COE in Netas Turkey. | | | | | |
| | | | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | | | | | | |
| 00020 | 1.000 | EA | | Q2 Netas Expat Mark and Serge | 03.03.2008 | 150.000,0 | I1 | 0,00 | 150.000,00 |
| | | | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | | | | | | |
| 00030 | 1.000 | EA | | Q3 2008 VoIP Management Central ((43- [↳ Mort McLean - 75.000  ↳ Serge Caron - 75.000 | 01.04.2008 | 150.000,0 | I1 | 0,00 | 150.000,00 |
| | | | | Page Total | | | USD | | 300.000,00 |

*[handwritten: 75.000 / 75.000]*

*[signature] Victor Figueroa T BUYER*   M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN   Nortel is an Equal Opportunity / Affirmative Action Employer

21 of 161

# NORTEL

## Purchase Order

| | Order Date: 04.03.2008 | |
|---|---|---|
| | Last Change Date: 07.07.2008 | Page 4 of 7 |
| Purchase Order No: 4320028761 | | |
| This number must appear on all invoices, packages, packing slips and customs forms. | | |
| Supplier No: 128580 | | |
| Contract No: | | |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Supplier Contact:
BAHADIR CINAR

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated ·(0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228 ·

Buyer:
Victor Figueroa T

Telephone No: 525526268479
Fax: 525526268686

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | | Payment Terms: Within 70 days Due net | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | | | | | | |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel. | | | | | |

| | | | USD | | | | |
|---|---|---|---|---|---|---|---|
| Page Total | | | | | | | 0.00 |
| Tax Amount | | | USD | | | | 0.00 |
| Total Amount | | | USD | | | | 450,000.00 M |

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N◉RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874933**

Payment Information
Doc. No./Date              90009081/ 01/26/2009
Order No./Date             450004656/ 03/10/2008
Customer                   NNM0000003
Currency                   USD
                                            23,865.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO NO: 4320029751 (SERGE CARON) | 23,865.00 | | 23,865.00 |
| | | | | SERGE CARON IN Q2 AND Q3 2008 | | | |
| | | | | | Total(USD) | | 23,865.00 |
| | | | | | Invoice Amount | | 23,865.00 |

ONLY* TWENTY-THREE THOUSAND EIGHT HUNDRED SIXTY-FIVE * USD  AND * ZERO * USD

# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No. 4320029907 | Order Date: 11.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 11.03.2008 |
| | Page 2 of 6 |

**Supplier:**
NN
Netas
Alemdag Caddesi   No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

Supplier Contact:
Leman Arcas

Supplier No: 442038
Contact No:

**Ship to:**
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 52552626B712

| Carrier Number/Carrier Name: | Incoterms: DDP | Payment Terms: Within 70 days Due net | | Buyer: Patricia Ramirez Fax: | | |
|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery**<br>THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE | | | | | |
| | | | | ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION. | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | | Expat Charges for David Stonehouse | 01.01.2008 | 75.000,00 | T4 | 0,00 | 75.000,00 |
| | | | | | Page Total | | USD | | 75.000,00 |

Patricia Ramirez
BUYER

Nortel Networks IP/2007-07/EN            Nortel is an Equal Opportunity / Affirmative Action Employer

# N🔴RTEL

**Purchase Order**

| | Order Date: | 11.03.2008 |
|---|---|---|
| Purchase Order No: 4320029907 | Last Change Date: | 11.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | | Page 1 of 6 |

| Supplier: | Supplier Contact: Leman Arcas | | |
|---|---|---|---|
| Netas Alemdag Caddesi No 171 Umraniye 34768 TR- ISTANBUL Telephone No: 90 216 520 2222 | | Supplier No: 442038 Contract No: | |

Ship to:
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Telephone No: 52552626
Fax: 52552626268712

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Ship Date: Patricia Ramirez | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Buyer: Patricia Ramirez | | | | |

Carrier Number/Carrier Name:

Payment Terms:
Within 70 days Due net

Start Date : - 01.01.2008
End Date : - 31.03.2008
**Header text**
PO TOTAL NOT TO EXCEED $75,000.00 USD

| | Page Total | USD | | 0,00 |
|---|---|---|---|---|

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

*[signature]*
Patricia Ramirez
BUYER

Nortel Networks 1P/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer     M

2



# NORTEL

## Purchase Order

Supplier:
Netas
Alemdag Caddesi No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

Ship to:
NN
Nortel
4004 E. CHAPEL HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Supplier Contact:
Leman Arcas

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Purchase Order No: 4320029907 | Order Date:   11.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 11.03.2008 |

Page 3 of 6

Supplier Contact:
Supplier No: 442038
Contract No:

| Carrier Number/Carrier Name: | Incoterms: DDP | Payment Terms: Within 70 days Due net | Buyer: Patricia Ramirez | Telephone No: 5252626712 Fax: |

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | | | | | | | | | |
| Page Total | | | | | | USD | | | 0,00 |
| | | | | | | Tax Amount | | USD | 0,00 |
| | | | | | | Total Amount | | USD | 75.000,00 |

Supplier:
Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Patricia Ramirez
BUYER

Nortel Networks IP/2007-017/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

25 of

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

...mdağ Cad. 171 Ümraniye 34768 İstanbul
...l: (0216) 522 20 00  Fax: (0216) 522 22 22
...yük Mükellefler V.D.: 6320001061
... Sic. No.: 94955/40304

...rtel Networks Inc.
...ccounts Payables Dept.
... BOX 280510 NASHVILLE TN, US 3722
...SHVILLE USA
...O

## FATURA
## INVOICE



İl Kodu : **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 99008298/ 11/12/2008 |
| Order No./Date | 45000457/ 03/12/2008 |
| Customer | NNN6000003 |
| Currency | USD |
| | 14,052.66 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320029907 (DAVID STONEHOUSE) | 14,052.66 | | 14,052.66 |
| | | | | IN NOVEMBER 2008 | | | |

|  | Total (USD) | 14,052.66 |
|---|---|---|
| | Invoice Amount | 14,052.66 |

...NLY* FOURTEEN THOUSAND FIFTY-TWO * USD  AND % SIXTY-SIX * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Slc. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874625**

Payment Information
Doc. No./Date          90008811/ 12/23/2008
Order No./Date         45000457/ 03/12/2008
Customer               NNM0000003
Currency               USD
                                   2,720.43

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  | PO No: 4320029907 (DAVID STONEHOUSE) | 2,720.43 |  | 2,720.43 |
|  |  |  |  | IN DECEMBER 2008 |  |  |  |

Total (USD)          2,720.43
Invoice Amount       2,720.43

ONLY* TWO THOUSAND SEVEN HUNDRED TWENTY * USD   AND * FORTY-THREE * USD

Banka Hesap Numaralarınız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798   0046112 EURO Hs.

# N⊘RTEL

## PO.s..Order

**Purchase Order No:** 4320032050

This number must appear on all invoices, packages, packing slips and customs forms.

| Order Date: 26.03.2008 | |
| --- | --- |
| Last Change Date: 18.06.2008 | Page 1 of 9 |

**Supplier Contact:**
BAHADIR CINAR

| Supplier No: 128580 | |
| --- | --- |
| Contract No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**

Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: Susana Alfaro | Telephone No: 52552626 8713 |
| --- | --- |
| | Fax: |

| Carrier Number/Carrier Name: | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Item No. | Qty | UOM | Part No | Incoterms: | Description | Payment Terms: Within 70 days Due net | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

Start Date - 01.07.2008
End Date - 30.09.2008

**Header text**

*****************CHANGE ORDER #02 06/18/2008 *****************
ISSUED TO ADD LOTS #40-80 TO COVER Q308 SERVICES FROM NETAS AND EXTEND END DATE TO 09/30/2008.
NEW P.O. TOTAL AMOUNT NOT TO EXCEED $ 631,360.00 USD

****** CHANGE ORDER #1 ******
MAY 2, 2008
ISSUED TO INCREASE PO. THE ADDITIONAL FUNDS ARE FOR FILLING DESIGN FUNCTIONS FOR THE SSL PROGRAM IN Q2 2008
ORIGINAL PO VALUE $107.47K
ADDITIONAL FUNDS $208.21K
NEW VALUE 315.67K

NORTEL CONTACT: ARNOLD KENT

| | | | | | | Page Total | | USD | | | 0.00 |

**Buyer**
Susana Alfaro



Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

RD- 2492

4520032051 REF

28   M

# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No. 4320032C | Order Date: 26.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.06.2008 |
| | Page 3 of 9 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Ship to:** Please See Delivery Address at Line Item

| | |
|---|---|
| Supplier Contact: BAHADIR CINAR | Supplier No: 128580 |
| | Contract No: MOU CONTRACT |

Telephone No: 5252628287713
Fax:

**Buyer:** Susana Alfaro

**Payment Terms:** Within 70 days Due net

**Carrier Number/Carrier Name:**  **Incoterms:**

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design | 01.07.2008 | 107.470,0 | T4 | 0,00 | 107.470,00 |
| 00020 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design Supplement | 26.03.2008 | 20.150,00 | T4 | 0,00 | 20.150,00 |
| 00030 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design Supplement1b | 15.04.2008 | 154.480,0 | T4 | 0,00 | 154.480,00 |
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) | | | | | |
| | | | | **Page Total** | | USD | | | 282.100,00 |

Susana Alfaro
BUYER

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

M

# NORTEL Purchase Order

| Order Date: | 26.03.2008 | |
|---|---|---|
| Last Change Date: | 18.06.2008 | Page 4 of 9 |

**Purchase Order No:** 4320032051
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier Contact:** BAHADIR CINAR
**Supplier No:** 128680
**Contract No:** MOU CONTRACT

**Ship to:**
Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Buyer:** Susana Alfaro
**Telephone No:** 5252626713
**Fax:**

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Carrier Number/Carrier Name:**    **Incoterms:**

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net / Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00040 | 1.000 | LOT | 1 250% State<br>1 000% City<br>1 000% District<br>NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399 | Netas SSL Design - Supplement 2a | 15.04.2008 | 13.430,00 | I1 | 1.307,98 | 13.430,00 |
| 00050 | 1.000 | LOT | 6 250% State<br>1 000% City<br>1 000% District<br>NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399 | Netas SSL Design - Supplement 2b | 10.06.2008 | 20.150,00 | I1 | 1.662,38 | 20.150,00 |
| 00060 | 1.000 | LOT | 6 250% State<br>1 000% City | Q3-Netas SSL Design - Supplement 2c | 10.06.2008 | 6.720,00 | I1 | 554,40 | 6.720,00 |
| | | | | | Page Total | | USD | | 40.300,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Susana Alfaro
BUYER

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

# N⊘RTEL

## Purchase Order

| Purchase Order No. 4320032C3C / NYC | Order Date: 28.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.06.2008 |
| | Supplier No. 128580 | Page 5 of 9 |
| | Contract No. MOU CONTRACT |

**Supplier Contact:**
BAHADIR CINAR

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Telephone No: 525526268713

**Carrier Number/Carrier Name:**

| Item No. | Qty | UOM | Part No | Incoterms: | Description | Payment Terms: Within 70 days Due net | Buyer: Susana Alfaro | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1.000% | District | | | | | | | | | |
| 00070 | 1.000 | LOT 6 250% 1 000% 1 000% | State City District | | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | | | | | | |
| | | | | | Q3-Netas SSL Design - Supplement 2d | | | 01.07.2008 | 194.780,0 | I1 | 16.069,35 | 194.780,00 |
| 00080 | 1.000 | LOT 6 250% 1 000% 1 000% | State City District | | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | | | | | | |
| | | | | | Q3-Netas SSL Design - Supplement 2e | | | 01.07.2008 | 114.180,0 | I1 | 9.419,85 | 114.180,00 |
| | | | | | | | **Page Total** | | USD | | | 308.960,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

*Susana Alfaro*
BUYER

Nortel Networks 1P/2007-077/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

# N⊘RTEL

## Purchase Order

| Purchase Order No: 4320032051 | Order Date: 26.03.2008 |
| --- | --- |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 18.06.2008 | Page 6 of 9 |

| Supplier Contact: | Supplier No: 128580 |
| BAHADIR CINAR | Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: | Telephone No: 5252626B713 |
| Susana Alfaro | Fax: |

**Carrier Number/Carrier Name:**

**Incoterms:**

**Payment Terms:**
Within 70 days Due net

**Goods Recipient:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399

This Purchase order is subject to the Nortel Networks Standard PO Terms, Conditions unless specified by Nortel.

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | USD | | | |

| Page Total | | | | | | USD | | | 0.00 |
| | | | | Tax Amount | | USD | | | 28,813.96 |
| | | | | Total Amount | | USD | | | 660,173.96 |

Susana Alfaro
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

32

# NØRTEL

## Purchase Order



| Purchase Order No: 4320032051 | Order Date: 26.03.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.05.2008 |

| Supplier Contact: BAHADIR CINAR | |
| Supplier No: 128580 | Page 1 of 7 |
| Contract No: | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

RD-02492-015 Lot 1

**Ship to:**
Please See Delivery Address at Line Item

RD-02492-020 → Lot 2   RDC
RD-02492-08 → Lot 3   RD-24

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: Andrea Tellechea L | Telephone No: 5255262668708 |
| Fax: | |

| Carrier Number/Carrier Name: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Incoterms: | Description | Payment Terms: Within 70 days Due net | Ship Date | |

Description column:

Start Date - 15.04.2008
End Date - 30.06.2008
**Header text**
****** CHANGE ORDER #1 ******
MAY 2, 2008
ISSUED TO INCREASE PO. THE ADDITIONAL FUNDS ARE FOR FILLING DESIGN FUNCTIONS FOR THE SSL PROGRAM IN Q2 2008
ORIGINAL PO VALUE $107.47K
ADDITIONAL FUNDS $208.21K
NEW VALUE 315.67K

NORTEL CONTACT: ARNOLD KENT

| | Page Total | | | | | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

| Page Total | | USD | 0.00 |

Andrea Tellechea L
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

NNI 0000003

# N🌐RTEL Purchase Order

| | | |
|---|---|---|
| Purchase Order No: 4320032051 | package | Order Date: 26.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 02.05.2008 |
| | | Page 3 of 7 |
| Supplier Contact: | | |
| BAHADIR CINAR | | |
| | Supplier No: 128580 | |
| | Contract No: | |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer: Andrea Tellechea L
Telephone No: 5256268708
Fax:

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Carrier Number/Carrier Name:** Incoterms: | | | | | |
| | | | | **Payment Terms:** Within 70 days Due net | | | | | |
| 00010 | 1.000 | EA | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design | 15.04.2008 | 107.470,0 | T4 | 0,00 | 107.470,00 |
| 00020 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design Supplement | 26.03.2008 | 20.150,00 | T4 | 0,00 | 20.150,00 |
| 00030 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas SSL Design Supplement1b | 15.04.2008 | 154.480,0 | T4 | 0,00 | 154.480,00 |
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| | | | | | Page Total | USD | | | 282.100,00 |

Andrea Tellechea L
BUYER

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer     M

# N❍RTEL   Purchase Order

| Purchase Order No: 4320032051 | Order Date: 26.03.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 02.05.2008 | Page 4 of 7 |

| Supplier Contact: | Supplier No: 128580 |
|---|---|
| BAHADIR CINAR | Contract No: |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | Buyer: | Telephone No: 52552626B708 |
|---|---|---|
| | Andrea Tellechea L | Fax: |

| Carrier Number/Carrier Name: | | | | Incoterms: | | Payment Terms: Within 70 days Due net | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel.

| | | | | | | | | Page Total | USD | | 0,00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Tax Amount | USD | | 0,00 |
| | | | | | | | | Total Amount | USD | | 282.100,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

~~Andrea~~ (signature)

Andrea Tellechea L
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 632000106 Case 09-10138-MFW  Doc 18881-2  Filed 07/24/17  Page 40 of 161

Doc. No./Date          90008301/ 05/30/2008
Order No./Date         45000504/ 03/28/2008
Customer               WWW000003
Currency               USD

                                   107,466.67

İl Kodu : **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netas No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Unit | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Loti, Netas SSL Design Suplesent ib | 107,466.67 | | 107,466.67 |
| | | | | PO NO: 4320032051 | | | |
| | | | | IN APRIL & MAY 2008 | | | |

                                      Total(USD)      107,466.67
                                      Invoice Amount  107,466.67

ONLY* ONE HUNDRED SEVEN THOUSAND FOUR HUNDRED SIXTY-SIX * USD  AND % SIXTY-SEVEN * USD

Banka Hesap Numaralarımız HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
          CITIBANK - Istanbul Merkez Şb. 20009055 - USD HS



# NORTEL

## Purchase Order

| | Order Date: 27.03.2008 | Page 1 of 10 |
|---|---|---|
| Purchase Order No: 4320032398 | Last Change Date: 22.07.2008 | |

This number must appear on all invoices, packages, packing slips and customs forms.

| Supplier Contact: | |
|---|---|
| Bahadir Cinar | Supplier No: 128580 |
| | Contact No: MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Telephone No: ESN:470-8708
Fax: 60 11 5265 2626 8708

**Carrier Number/Carrier Name:**

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Start Date    - 01.07.2008 | | | | | | | |
| | | | | | End Date    - 31.12.2008 | | | | | | | |
| | | | | | **Header text** | | | | | | | |
| | | | | | *******CHANGE ORDER 2 ***21/07/2008**************** | | | | | | | |
| | | | | | ISSUED TO ADD LOTS 70 TO 130 BY $1,407,140.00 USD | | | | | | | |
| | | | | | PLEASE DO NOT EXCEED NEW PO TOTAL AMOUNT | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | *********** CHANGE ORDER 1 ************** 5/27/2008 | | | | | | | |
| | | | | | ISSUED TO ADD LOTS 20 TO 60 BY $1 581 770 USD | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | DO NOT EXCEED P.O. TOTAL AMOUNT. | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | REFER TO SCHEDULE A FOR "AS5200 Design & PV's Project" DATED DECEMBER, 8TH, 2007 FOR SCOPE OF WORK AND | | | | | | | |
| | | | | | PRICING ONLY. | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | NORTEL'S CONTACT: KENT ARNOLD | | | | | | | |
| | | | | | EMAIL ADDRESS: KARNOLD@nortel.com | | | | | | | |
| | | | | | **Header note** | | | | | | | |
| | | | | | Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228 | | | | | | | |
| | | | | | Email invoices to: naapexpl@nortel.com | | | | | | | |
| | | | | | Fax invoice: 615-432-5996 | | | | | | | |
| | | | | | Check invoice and payment status at: www.nortel.com/naapinquiry | | | | | | | |
| | | | | | | | | Page Total | | USD | | 0.00 |

RD-2492
RD-2858
RD-2859

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

REF:14

# N⦿RTEL

**Purchase Order**

| Purchase Order No. 4320032398 | Order Date: 27.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07/2008 | Page 2 of 10 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
| | Contract No: MOU |

**Please See Delivery Address at Line Item**

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: ESN:470-8708
Fax: 60 11 5255 2628 8708

Ship to:

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Stephanie Trujillo | | | | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | | | | |
| | | | | PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT | | | | | |
| | | | | NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL | | | | | |
| | | | | BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | | |
| | | | | THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE | | | | | |
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER | | | | | |
| | | | | NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM THAT IS BEING INVOICED FOR. | | | | | |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE | | | | | |
| | | | | DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS | | | | | |
| | | | | PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS | | | | | |
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) | | | | | |
| | | | | WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| | | | | THIS PURCHASE ORDER IS TAX EXEMPT. THE PRODUCT AND/OR SERVICE WILL BE USED IN A MANUFACTURING PROCESS AS | | | | | |
| | | | | DEFINED IN TEXAS STATUTE 151.318(a)(2) AND (d) AND (p). | | | | | |
| | | | | THIS IS A PURCHASE CHANGE ORDER. PURCHASE ORDER NOW READS AS FOLLOWS: | | | | | |
| 00010 | 1.000 | EA | | Netas AS5200 Design & PV | 01.07.2008 | 1.702.680 | T4 | 0.00 | 1.702.680,00 |
| | | | | This cart authorizes $1.702, 680 in Q108 for Netas to provide design & PV functions for the AS5200 program in Q108. This will include release content, PV, lab services. | | | | | |

| | Page Total | | | | | USD | | | 1.702.680,00 |

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER



# N⊘RTEL

## Purch⊘ Order

| Purchase Order No: 4320032398 | Order Date:    27.03.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 | Page 3  of 10 |

| Supplier Contact: | Supplier No:  128680 |
|---|---|
| Bahadir Cinar | Contract No:  MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 0090 216 522 2222
Fax No: 0090 216 335 3827

**Ship to:**    Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No. ESN:470-8708
Fax: 60 11 5255 2628 6708

| Carrier Number/Carrier Name: | | | | Incoterms:<br>DDP | Payment Terms:<br>Within 70 days Due net | Buyer:<br>Stephanie Trujillo | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item<br>No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00020 | 1.000 | LOT | NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement<br><br>sys eng, pre GA, GNPS and related functions<br>for AS5200 6.0 SP1 and SP2. They will<br>provide other, similar functions later in<br>the year, in supplements to this PO. | 01.01.2008 | 497.030,0 | T4 | 0,00 | 497.030,00 |
| 00030 | 1.000 | LOT | NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | 01.05.2008 | 322.400,0 | T4 | 0,00 | 322.400,00 |
| 00040 | 1.000 | LOT | NN<br>Nortel<br>2221 LAKESIDE BLVD<br>RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | 01.05.2008 | 298.890,0 | T4 | 0,00 | 298.890,00 |

| | | | | | | Page Total | | USD | 1.118.320,00 |
|---|---|---|---|---|---|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL

**Purchase Order**

| | |
|---|---|
| Purchase Order No. 4320032398 | Order Date: 27.03.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 |
| | Page 4 of 10 |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Supplier Contact:
Bahadir Cinar

Supplier No. 126580
Contract No. MOU

Ship to: Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Telephone No. ESN:470-8708
Fax: 60 11 5255 2626 8708

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Carrier Number/Carrier Name: | Incoterms: DDP | Buyer: Stephanie Trujillo | | | | |
| 00050 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | | 01.05.2008 | 436.580,0 | T4 | 0,00 | 436.580,00 |
| 00060 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV Supplement | | 01.05.2008 | 26.870,00 | T4 | 0,00 | 26.870,00 |
| 00070 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.05.2008 | 60.450,00 | T4 | 0,00 | 60.450,00 |
| | | | | Page Total | | | | USD | | 523.900,00 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 19/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

# N❍RTEL Purch❍ Order



**Please See Delivery Address at Line Item**

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Purchase Order No. 4320032398 | Order Date: | 27.03.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 | Page 5 of 10 |
| Supplier Contact: Bahadir Cinar | Supplier No: 128580 | |
| | Contract No: MOU | |

**Buyer:** Stephanie Trujillo

**Telephone No:** ESN 470-8708
**Fax:** 60 11 5255 2626 8708

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00100 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.07.2008 | 100.750,0 | T4 | 0,00 | 100.750,00 |
| 00090 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.07.2008 | 161.200,0 | T4 | 0,00 | 161.200,00 |
| 00080 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.07.2008 | 201.500,0 | T4 | 0,00 | 201.500,00 |
| | | | | | | Page Total | | USD | | | 463.450,00 |

Carrier Number/Carrier Name:

**BUYER** Stephanie Trujillo

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M

# NORTEL

## Purchase Order

| Order Date: | 27.03.2008 | | Page 6 of 10 |
| Last Change Date: | 22.07.2008 | | |

| Purchase Order No. | 4320032398 |
| --- | --- |
| This number must appear on all invoices, packages, packing slips and customs forms. | |

| Supplier Contact: | | Supplier No: | 128580 |
| Bahadir Cinar | | Contract No: | MOU |

Telephone No: ESN 470-8708
Fax: 60 11 5255 2828 8708

**Supplier:**
Netas
Alemdag Caddesi
Umraniye'
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 2805101
Nashville, TN 37228

**Buyer:** Stephanie Trujillo

| Carrier Number/Carrier Name: | | Incoterms: DDP | | | | | | |

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00110 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.07.2008 | 507.110,0 | T4 | 0,00 | 507.110,00 |
| 00120 | 1.000 | LOT | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.07.2008 | 181.350,0 | I1 | 14.961,38 | 181.350,00 |
| | | LOT 6 250% State 1 000% City 1 000% District | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | | | | | | |
| 00130 | 1.000 | LOT | | Netas AS5200 Design & PV - Q3 Supp 2 | | 01.07.2008 | 194.780,0 | T4 | 0,00 | 194.780,00 |
| | | | | | | Page Total | | USD | | 883.240,00 |

Nortel Networks IP/2007-07/EN     Nortel is Equal Opportunity / Affirmative Action Employer     M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER



# N⊘RTEL

## Purc**⊘**Order

| Purchase Order No: 4320023398 | Order Date: 27.03.2008 | Page 7 of 10 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.07.2008 | |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
|---|---|
| | Contact No: MOU |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**   Please See Delivery Address at Line Item

**Bill to:**   Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Stephanie Trujillo | | Telephone No: ESN 470-6708 Fax: 60 11 5255 2626 8708 |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | NN Nortel 2221 LAKESIDE BLVD RICHARDSON TX 75082-4399 | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | | Page Total | USD | | 0.00 |
|---|---|---|---|---|---|
| | | Tax Amount | USD | | 14.961,38 |
| | | Total Amount | USD | | 4.706.551,38 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

M

**4320032398**

| | | | | | | |
|---|---|---|---|---|---|---|
| Lot80 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 80 | PO 4320032398LOT 8-RDC | | 100.750,00 |
| Lot90 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 90 | PO 4320032398LOT 9-RDC | | 161.200,00 |
| LoT100 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 100 | PO 4320032398LOT 10-RDC | | 201.500,00 |
| Lot110 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 110 | PO 4320032398LOT 11-RDC | | 507.110,00 |
| Lot110 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 110 | PO 4320032398LOT 11-RDA | | 40.300,00 |
| Lot120 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 120 | PO 4320032398LOT 12-RDA | | 181.350,00 |
| Lot130 Netas AS5200Design&PV Q3 Sippl.2 | Jul | R113 | 130 | PO 4320032398LOT 13-RDA | | 194.780,00 |

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**

SERİ SIRA NO.: DM **874704**


MALİYE BAKANLIĞI T.C.
Il Kodu : **34**

Payment Information
Doc. No./Date        90008883/ 12/26/2008
Order No./Date       4500053B/ 04/15/2008
Customer             NNI0000003
Currency             USD

                                    8,967.47

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO 4320032398 T&L expenses | 8,967.47 | | 8,967.47 |
| | | | | PO NO: 4320032398 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total (USD)        8,967.47
Invoice Amount     8,967.47

ONLY * EIGHT THOUSAND NINE HUNDRED SIXTY-SEVEN * USD  AND % FORTY-SEVEN * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798   0046112 EURO Hs.

45 of 161

# N⊘RTEL   Pu⬤e Order

| Purchase Order No. 4320034040 | Order Date: 07.04.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.04.2008 | Page 1 of 6 |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Bahadir Cinar

**Supplier No:** 128580
**Contract No:**

**Ship to:**

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**

Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37728

**Buyer:**
Ana Karanny M

**Telephone No:**
**Fax:**

(0501 / 2001)

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | | | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Start Date - 20.03.2008 | | | | | |
| | | | | End Date - 20.09.2008 | | | | | |
| | | | | **Header text** | | | | | |
| | | | | PO NOT EXCEED $116,508.00 USD | | | | | |
| | | | | REFERENCE: Cost Estimate - International Assignment Relocation FROM GLOBAL MOBILITY FOR PRICING ONLY | | | | | |

| | | | Page Total | | USD | | | 0,00 |
|---|---|---|---|---|---|---|---|---|

Nortel Networks Inc.
The Corporatio Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Ana Karanny M
BUYER

Nortel Networks IP/2007-077/EN        Nortel is an Equal Opportunity / Affirmative Action Employer




# N❂RTEL ❂❂se Order

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 43200304 | Order Date: 07.04.2008 | Last Change Date: 07.04.2008 | Page 3 of 6 |
|---|---|---|---|

This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier Contact:**
Bahadir Cinar

**Supplier No:** 128580
**Contract No:**

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | Buyer: Ana Karanny M | Telephone No: Fax: |
|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | AN AUTHORIZED NORTEL EMPLOYEE. | | | | | |
| 00010 | 1.000 | LOT | | Six Month CoE expat PO for Bob Jonhn | 20.03.2008 | 116.508,0 | T1 | 0,00 | 116.508,00 |
| | | | | Service Text: | | | | | |
| | | | | Nortel Netas | | | | | |
| | | | | Alemdag Caddesi No: 171 34768 | | | | | |
| | | | | Umraniye Istanbul Turkey | | | | | |
| | | | | Attention: Leman Arca 882-2492 | | | | | |
| | | | | FAX no : 90 216 522 2222 | | | | | |
| | | | | Goods Recipient: | | | | | |
| | | | | This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by | | | | | |
| | | | | Nortel. | | | | | |

**Carrier Number/Carrier Name:**

**Incoterms:** DDP

| | | | Page Total | | USD | | | 116.508,00 |
|---|---|---|---|---|---|---|---|---|
| | | | Tax Amount | | USD | | | 0,00 |
| | | | Total Amount | | USD | | | 116.508,00 |

Ana Karanny M
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M Z

# NORTEL NETAŞ

**FATURA**
**INVOICE**



Nortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
P.O. BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

İl Kodu : **34**

SERİ SIRA NO : CM **192111**

Payment Information
Doc. No./Date          90008311/ 11/12/2008
Order No./Date         45000558/ 04/30/2008
Customer               NNN0000003
Currency               USD

                       10,039.60

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320034040 (BOB JONES) | 10,039.60 | | 10,039.60 |
| | | | | IN NOVEMBER 2008 | | | |

                                    Total(USD)      10,039.60
                                    Invoice Amount   10,039.60

ONLY* TEN THOUSAND THIRTY-NINE * USD  AND * SIXTY * USD





Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

48 of 161

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: DM 874633**

Payment Information
Doc. No./Date        90008917/ 12/23/2008
Order No./Date       45000558/ 04/30/2008
Customer             NNN0000003
Currency             USD
                                    285.84

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO No: 4320034040 (BOB JONES) | 285.84 | | 285.84 |
| | | | | IN DECEMBER 2008 | | | |

|  | Total (USD) | 285.84 |
|---|---|---|
|  | Invoice Amount | 285.84 |

ONLY* TWO HUNDRED EIGHTY-FIVE * USD  AND * EIGHTY-FOUR * USD



Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
İ-bank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798   0046112 EURO Hs.



# N❍RTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No. 4320034044 | Order Date: 07.04.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 07.04.2008 Page 3 of 6 |

| Supplier Contact: | |
|---|---|
| Bahadir Cinar | |

| | |
|---|---|
| Supplier No: 128580 | |
| Contract No: | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone: 0090 216 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | : Incoterms: - DDP | Payment Terms: Within 70 days Due net | | Buyer: Ana Karanny M | | | Telephone No: Fax: |
|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | Six Month CoE expat for Elizabeth Ba | | 01.01.2008 | 139.779,0 | T1 | 0,00 | 139.779,00 |
| | | | | Service Text: | | | | | | |
| | | | | WILL NOT BE OBLIGATED TO PAY FOR WORK PERFORMED OR MATERIAL SHIPPED PRIOR TO OBTAINING A PURCHASE ORDER FROM AN AUTHORIZED NORTEL EMPLOYEE. | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

Nortel Netas
Alemdag Caddesi No: 171 34768
Umraniye Istanbul Turkey
Attention: Leman Arca 882-2492
FAX no : 90 216 522 2222

| | | |
|---|---|---|
| Page Total | | USD 139.779,00 |
| Tax Amount Total Amount | | USD 0,00 USD 139.779,00 |

Ana Karanny M
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Case 09-10138-MFW   Doc 18091-21   Filed 07/21/17   Page 57 of 182
Case 09-10138-KG   Doc 18091-21   Filed 04/14/17   Page 55 of 163

54 of 161

# N☐RTEL   Pu☐se Order

| | |
|---|---|
| **Purchase Order No:** 4320034004 | **Order Date:** 07.04.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | **Last Change Date:** 07.04.2008 |
| | **Page 1 of 6** |

| | |
|---|---|
| **Supplier Contact:** | **Supplier No:** 128580 |
| Bahadir Cinar | **Contract No:** |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | **Buyer:** Ana Karanny M | | | Telephone No: Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | M | Tax Code | Tax Value | Extended Total |
| | | | Start Date - 01.01.2008 | | | | | | | | |
| | | | End Date - 30.06.2008 | | | | | | | | |
| | | | **Header text** | | | | | | | | |
| | | | PO NOT EXCEED $139,779.00 USD | | | | | | | | |
| | | | REFERENCE: Cost Estimate - International Assignment Relocation FROM GLOBAL MOBILITY FOR PRICING ONLY | | | | | | | | |
| | | | | Page Total | | | USD | | | | 0,00 |

Ana Karanny M
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer     M 2

# N🌐RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

emdağ Cad. 171 Ümraniye 34768 İstanbul
l: (0216) 522 20 00   Fax: (0216) 522 22 22
yük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

**SERİ SIRA NO. CM** 192110

Payment Information
Doc. No./Date       90008310/ 11/12/2008
Order No./Date      45000557/ 04/30/2008
Customer            NNN0000003
Currency            USD
                              4,653.12

ortel Networks Inc.
ccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Mülteri Sipariş No./Cust. Ord. No. | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|---|
| N✦ks Netaş No / Number | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PC No: 4320034044 (ELIZABETH BARNES) | 4,653.12 | | 4,653.12 |
| | | | | IN NOVEMBER 2008 | | | |
| | | | | | Total(USD) | | 4,653.12 |
| | | | | | Invoice Amount | | 4,653.12 |

ONLY% FOUR THOUSAND SIX HUNDRED FIFTY-THREE % USD  AND % TWELVE % USD



anka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
                         CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

REF: 16

# N☉RTEL

**P☉☉se Order**

| Purchase Order No: 4320053...|
| This number must appear on all invoices, packages, packing slips and customs forms. |

| Order Date: | 16.04.2008 |
| Last Change Date: 16.04.2008 | Page 1 of 6 |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Supplier Contact:
Tolga Gures

| Supplier No: 126580 |
| Contact No: |

Ship to:
NN
Nortel
2370 PERFORMANCE DRIVE
RICHARDSON TX 75082-4333
USA

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: | Telephone No: 5285262686713 |
| Susana Alfaro | Fax: |

Carrier Number/Carrier Name:

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|

Incoterms:
DDP

Start Date - 24.03.2008
End Date - 23.04.2009
**Header text**
NORTEL CONTACT: Michael Sly

Page Total

USD

0,00

00e-005-CPA-06
06

*Tolga Enterprise*



Susana Alfaro
BUYER

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

53 of

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

N

# NORTEL Purchase Order

| Purchase Order No: 4320035322 | Order Date: 16.04.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 16.04.2008 |

Page 3 of 6

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Supplier Contact:**
Tolga Gures

Supplier No: 128580
Contract No:

**Ship to:**
NN
Nortel
2370 PERFORMANCE DRIVE
RICHARDSON TX 75082-4333
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | Buyer: Susana Alfaro | Telephone No: 5252626871 |
|---|---|---|
| | | Fax: |

**Carrier Number/Carrier Name:**

**Incoterms:** DDP

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | EA | | CS 2100 GNPS Support | 24.03.2008 | 35.000,00 | T3 | 2.887,50 | 35.000,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | 1 | 000% | District | | | | | | |
| 00020 | 1.000 | EA | | Netas CS 2100 and SL-100 GNPS suppor | 24.03.2008 | 35.000,00 | T3 | 2.887,50 | 35.000,00 |
| | 6 | 250% | State | | | | | | |
| | 1 | 000% | City | | | | | | |
| | 1 | 000% | District | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| Page Total | USD | 70.000,00 |
| Tax Amount | USD | 5.775,00 |
| Total Amount | USD | 75.775,00 |

Susana Alfaro
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IF/2007-077/EN    Nortel is an Equal Opportunity / Affirmative Action Employer    M

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Nemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008127/ 10/31/2008 |
| Order No./Date | 45000543/ 04/18/2008 |
| Customer | NNH0000003 |
| Currency | USD |
| | 5,145.83 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müş. Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |



| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 1: CS2100 GNPS SUPPORT | 5,145.83 | | 5,145.83 |
| | | | | PO NO: 4320033522 | | | |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)    5,145.83
Invoice Amount    5,145.83

ONLY* FIVE THOUSAND ONE HUNDRED FORTY-FIVE * USD  AND * EIGHTY-THREE * USD



Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

REF: 20-21-22

**From:** Scott FROEHLICH

**Sent:** Perşembe 07 Ağustos 2008 15:27

**To:** Emel TANRIOVER

**Subject:** RE: Missing PO for Nortel Istanbul engineers in Richardson

Emel,

That is all I am able to see of the PO, I would recommend you contact whoever usually send the PO from the Nortel side to get a copy.

Regards,
Scott....

**From:** Emel TANRIOVER

**Sent:** Thursday, August 07, 2008 3:07 PM

**To:** Scott FROEHLICH

**Subject:** FW: Missing PO for Nortel Istanbul engineers in Richardson

Scott,

Do you have the PDF of the PO below? There are some information I need and this screen shot does not contain them ( PO start date, end date e.g.) I put all PO's hard copies in a file as well. So it would be better to have PDF.

Thanks

PO 4320037767



File Edit View Favorites Tools Help

Back

Address https://selfservice.us.nortel.com/

Google istanbul weather

NORTEL.COM | FEEDBACK | SEARCH          OSM | PHONE | PRODUCTS | HR | NEWS | IT

# Employee/Manager Self-Service

### Welcome SCOTT FROEHLICH

| Home | Employee Self-Service | Manager Self-Service | My Inbox | Enterprise Buyer |

Go Shopping | AP Invoice Approver

**Monitor Shopping Cart**

**Detailed Navigation**

- Shopping Overview
- Shop
- Order Status
- Confirm Goods
- Approval
- Monitor Shopping Cart

Purchase Order: 4320037767

| | |
|---|---|
| Item Number | 10 |
| Requirement Tracking Number | 1000153661 |
| Quantity Ordered | 1.000 Activity unit |
| Net Price | 104,000.00 US Dollar Per 1 Activity unit |
| Net Value | 104,000.00 US Dollar |
| Purchase Order Date | 08/05/05 |
| Delivery Date | 08/03/25 |
| Plant | A016 |
| Material Group | 86000000 |
| Vendor | 128580 Netas |
| Order Acknowledgment | |
| Purchasing Organization | 2010 |
| Purchasing Group | A39 |
| Account Assignment | Cost Center 2001501885 |
| Company Code | 2001 |

Area Pu

**Additional Specifications**

Regards,
Scott.....

-----Original Message-----
**From:** Mesut CIGAY
**Sent:** Monday, June 16, 2008 3:43 PM

**To:** Joe Constantino
**Cc:** Neslihan GUVEN; LAURA SINISE-6167; Scott FROEHLICH; Floyd Parkinson-2329
**Subject:** Missing PO for Nortel Istanbul engineers in Richardson

Hi Joe,

Our Finance dept informed us that they have not received the PO yet. Who generated that PO on your side? Could you please provide the contact name? Finance dept needs a PO starting with 43200....

Regards,
Mesut

---

**From:** Constantino, Joe (NCRTP:3301) [mailto:ingrjc1@nortel.com]
**Sent:** Monday, April 28, 2008 5:48 PM
**To:** Scott FROEHLICH; Floyd Parkinson-2329
**Cc:** Neslihan GUVEN; Mesut CIGAY; LAURA SINISE-6167
**Subject:** RE: HOTELs in RICHARDSON

It is approved. I can only past a view of the PO. Here it is:



**From:** Scott FROEHLICH [mailto:scfroeh@nortelnetas.com.tr]
**Sent:** Monday, April 28, 2008 9:33 AM
**To:** Parkinson, Floyd (RICH1:2329); Constantino, Joe (NCRTP:3301)
**Cc:** Neslihan GUVEN; Mesut CIGAY; SINISE, LAURA (RICH1:6167)
**Subject:** RE: HOTELs in RICHARDSON

Joe,

Can you confirm that the travel PO has cleared and if yes, send a copy out to this distribution.

Floyd,

Lets make sure to put them up in the long term places as that is a better cost savings to us. Netas finance should be able to set a PYP number against this travel if the PO has not cleared. That way we can move forward with the travel.

-----Original Message-----
**From:** Froehlich, Scott (NCRTP:2752) [mailto:sfroeh@nortel.com]
**Sent:** Monday, April 28, 2008 2:46 PM
**To:** Scott FROEHLICH
**Subject:** FW: HOTELs in RICHARDSON

---

**From:** Parkinson, Floyd (RICH1:2329)
**Sent:** Monday, April 28, 2008 7:45:57 AM
**To:** SINISE, LAURA (RICH1:6167)
**Cc:** Guven, Neslihan NETAS (External:NTTR:CTB7);
 Cigay, Mesut NETAS (External:NTTR:CTA5); Froehlich, Scott (NCRTP:2752)
**Subject:** RE: HOTELs in RICHARDSON
**Auto forwarded by a Rule**

Laura;

Will NA TAS be funding the travel for the Istanbul Engineer if so is there a PO number.

Regards;

Floyd Parkinson
Mgr CDMA TAS
Nortel NETAS
Alemdag Caddesi 171
34768 Umraniye
Istanbul - Turkey.

Tel : 011 (90)- 216-522-5235 (dialing from the U.S.)
Cell: 011 (90)- 554-777-5871 (dialing from the U.S.)
Local U.S. Number 972-362-1233
yahoo Id:  floydp75098

---

**From:**  SINISE, LAURA (RICH1:6167)
**Sent:**  Thursday, April 24, 2008 7:06 PM
**To:**    Parkinson, Floyd (RICH1:2329)
**Subject:**  HOTELs in RICHARDSON

**Floyd,**

1) Here is the list of the closest hotels and are all negotiated as 'preferred Nortel hotels':

HYATT REGENCY NORTH DALLAS  - this one is the closest; just at the
end of Lakeside
701 E CAMPBELL RD
Richardson, TX 75081
Negotiated Rate: $100 USD

RADISSON DALLAS NORTH   - this one is located just the other side of
Central Expwy.at campbell; under 1 mile away from campus.

1981 N CENTRAL EXPRESSWAY
Richardson, TX 75080

HAMPTON RICHARDSON    -  this one is located on the other side of
Central Expwy and south 1.5 miles
1577 GATEWAY BLVD
Richardson, TX 75080
Negotiated Rate: $74 USD

NON-NEGOTIATED, however, for extended stays, and are $ 60-80 per
night (and .5 miles this side of central expressway - 75 Hwy)


Homestead Studio Suites Dallas - Richardson
901 E. Campbell Rd.
Richardson, TX 75081
Telephone: 972-479-0500
Fax: 972-231-5066
RDN@extendedstay.com
MAP to it from Nortel building:
<< File: map to Homestead Studio Suites.gif >>

2) Here are all of the **Preferred Chain Partners** - these are rates specifically negotiated to benefit
**Sales** and other Nortel communities where there is insufficient demand to obtain deep discounts. Chains
participating are:

- o **Choice** - Comfort Inn and Suites, Quality Inn, Sleep Inn, Clarion
- o **InterContinental** - InterContinental Hotels and Resorts, Crowne Plaza Hotels & Resorts,
  Holiday Inn, Holiday Inn Express, Staybridge Suites, Hotel Indigo and Candlewood Suites
- o **Marriott** - Marriott, Renaissance Hotels, Courtyard, Residence Inn, Fairfield In
- o **Starwood** - Sheraton, Westin, Four Points, St Regis

The hotels are not listed on these pages, and rates are not published as the number of properties is vast.
Details can be obtained from American Express Business Travel.

---

**From:** Parkinson, Floyd (RICH1:2329)
**Sent:** Thursday, April 24, 2008 2:10 AM
**To:** SINISE, LAURA (RICH1:6167)
**Cc:** Sparks, Russell (RICH1:6193); Tammana, Nalini-Mohan (RICH1:6761); Alapati, Srinath (RICH1:6193); Guven, Neslihan NETAS
(External:NTTR:CTB7); Cigay, Mesut NETAS (External:NTTR:CTAS); Power, Patrick (RICH1:6193); Froehlich, Scott (NCRTP:2752); Eker, Abdurrahman
Taha NETAS (External:NTTR:CTA4)

**Subject:**   Istanbul Engineer visit to NA

Laura;

My Voice Core Engineer has a multi year VISA and will be making flight arrangement to Arrive in Richardson
Sunday May 11th.  Since he is a Voice Core Engineer it would be nice if he can be placed close to his peers /
mentors Mohan / Srinath should be able to assist you there.

We will be looking for a stay of 6 weeks could you please let me know what living accommodations we are using
in Richardson.

The access guys still working on initial VISA so I don't have a target date yet.

I will let you know the flight information once I have this secured.

Regards;

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: CM **191906**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008112/ 10/30/2008 |
| Order No./Date | 45000685/ 08/08/2008 |
| Customer | NNIN0000003 |
| Currency | USD |
| | 1,383.40 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Siparis No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Istanbul Eng Travel to US for Training Richardon/Texas <br><br> PO NO: 4320037757 <br><br> IN OCTOBER 2008 | 1,383.40 | | 1,383.40 |

| | |
|---|---|
| Total(USD) | 1,383.40 |
| Invoice Amount | 1,383.40 |

ONLY% ONE THOUSAND THREE HUNDRED EIGHTY-THREE % USD  AND % FORTY % USD



# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Nemdağı Cad. 421 Ümraniye 34788 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
30yük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



İl Kodu: **34**

SERİ SIRA NO.: CM **132232**

Payment Information
Doc. No./Date          90008464/ 11/28/2008
Order.No./Date         45000685/ 08/08/2008
Customer               NNH0009003
Currency               USD

7,964.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | İstanbul Eng Travel to US for Training Richardon/Texas | 7,964.00 | | 7,964.00 |
| | | | | PO NO: 4330037767 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)          7,964.00
Invoice Amount      7,964.00

ONLY* SEVEN THOUSAND NINE HUNDRED SIXTY-FOUR * USD  AND * ZERO * USD



Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **875439**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90009522/ 03/04/2009 |
| Order No./Date | 45000685/ 08/08/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 23,378.02 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Istanbul Eng Travel to US for Training Richardon/Texas | 23,378.02 | | 23,378.02 |
| | | | | PO NO: 4320037767 | | | |
| | | | | IN 2008 Prefiling | | | |

| | |
|---|---|
| Total(USD) | 23,378.02 |
| Invoice Amount | 23,378.02 |

ONLY* TWENTY-THREE THOUSAND THREE HUNDRED SEVENTY-EIGHT * USD AND % TWO * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798  0046112 EURO Hs.

Mgr CDMA TAS
Nortel NETAS
Alemdag Caddesi 171
34768 Umraniye
Istanbul - Turkey.

Tel : 011 (90)- 216-522-5235 (dialing from the U.S.)
Cell: 011 (90)- 554-777-5871 (dialing from the U.S.)
Local U.S. Number 972-362-1233
yahoo Id:  floydp75098

---

**From:**  SINISE, LAURA (RICH1:6167)
**Sent:**  Tuesday, April 22, 2008 4:55 PM
**To:**  Parkinson, Floyd (RICH1:2329)
**Subject:**    RE: Shipped To: Floyd Parkinson

Floyd,

Excellent.  If they'll need my assistance here with cube or supplies / needs, please let me know.  If you know whom their mentors will be while they are here, this will help me very much, also.

Thanks,
Laura

---

**From:**  Parkinson, Floyd (RICH1:2329)
**Sent:**  Tuesday, April 22, 2008 2:38 AM
**To:**  SINISE, LAURA (RICH1:6167)
**Cc:**  Cigay, Mesut NETAS (External:NTTR:CTA5); Guven, Neslihan NETAS (External:NTTR:CTB7); Froehlich, Scott (NCRTP:2752)

**Subject:**    RE: Shipped To: Floyd Parkinson

Laura;

I have received all the letters and we will start the VISA process. I will let you know when completed.

Thanks;

Floyd Parkinson
Mgr CDMA TAS
Nortel NETAS
Alemdag Caddesi 171
34768 Umraniye
Istanbul - Turkey.

Tel : 011 (90)- 216-522-5235 (dialing from the U.S.)
Cell: 011 (90)- 554-777-5871 (dialing from the U.S.)
Local U.S. Number 972-362-1233
yahoo Id:  floydp75098

---

**From:**  SINISE, LAURA (RICH1:6167)
**Sent:**  Monday, April 21, 2008 4:49 PM
**To:**  Parkinson, Floyd (RICH1:2329)

Floyd,

For your info.

Laura

---

**From:** Rich, Shipping (RICH1:RB20)
**Sent:** Monday, April 21, 2008 8:41 AM
**To:** SINISE, LAURA (RICH1:6167)
**Subject:** Shipped To: Floyd Parkinson

Your package was sent via DHL. The tracking number is: 9263411894
You can track your package online at http://www.dhl-usa.com/home/home.asp
or by calling 800 225 5345

**Marco Cortez**
**Ikon @ Nortel - Real Estate Distribution Services**
Ikon - Shipping Dept
tel: 972-684-5363 (ESN 444)
fax:972-684-3801(ESN 444)
e-mail: richship@nortel.com





# N⊘RTEL

## Pu⊘⊘ Order

| Purchase Order No: 4320042206 |
| This number must appear on all invoices, packages, |
| packing slips and customs forms. |

| Order Date:    05.06.2008 |
| Last Change Date: 05.06.2008 | Page 1 of 6 |

| Supplier Contact: | Supplier No: 128580 |
| Bahadir Cinar | Contract No: |



**DEF:23**

**COE - 005. CIPA - 0**

**miracige**

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:

NN
Nortel
Sourav Mukherjee
2201 LAKESIDE BLVD.
RICHARDSON TX 75082-4399
USA

Supplier Contact:
Bahadir Cinar

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | Buyer: Ana Karanny M | | Telephone No: Fax: | | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Start Date – 01.07.2008 | | | | | |
| | | | | End Date – 31.12.2008 | | | | | |
| | | | | **Header text** | | | | | |
| | | | | PO NOT TO EXCEED $16,790.00 USD | | | | | |
| | | | | REFERENCE; NORTEL SCHEDULE A AGREEMENT | | | | | |
| | | | | FOR PRICING ONLY | | | | | |

| | Page Total | | |
| | USD | | 0.00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Buyer:
Ana Karanny M
BUYER

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

M

67

1910-0681

# N✪RTEL ● cha ⬭ Order

| Purchase Order No: 432... | | | Order Date: 05.06.2008 |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | | Last Change Date: 05.06.2008 |

Page 3 of 6

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:
Supplier Contact:
Bahadir Cinar

NN
Nortel
Sourav Mukherjee
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Supplier No: 128580
Contract No:

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer:
Ana Karanny M

Telephone No:
Fax:

| Carrier Number/Carrier Name: | | | Incoterms: DDP | Payment Terms: Within 70 days Due net | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
| | | | | NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | | |
| 00010 | 1.000 | EA | | IP2BSC # IOS Service Agent | 01.07.2008 | 16.790,00 | T4 | 0,00 | 16.790,00 |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |

| | Page Total | | USD | | 16.790,00 |
|---|---|---|---|---|---|
| | Tax Amount | | USD | | 0,00 |
| | Total Amount | | USD | | 16.790,00 |

Nortel Networks Inc
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

*[signature]*

Ana Karanny M
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

M

# N⊘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


MALİYE T.C. BAKANLIĞI
İl Kodu: **34**

**SERİ SIRA NO.: CM 192320**

Payment Information
Doc. No./Date        90008490/ 11/28/2008
Order No./Date       45000842/ 11/27/2008
Customer             NNM0000003
Currency             USD

                                    7,718.75

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | IP28SC# IDS Service Agent | 7,718.75 | | 7,718.75 |
| | | | | PO NO: 4320042292 | | | |
| | | | | IN OCTOBER / NOVEMBER 2008 | | | |
| | | | | | Total(USD) | | 7,718.75 |
| | | | | | Invoice Amount | | 7,718.75 |

ONLY* SEVEN THOUSAND SEVEN HUNDRED EIGHTEEN * USD  AND * SEVENTY-FIVE * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

69 of 161

REF: 2

# N⊘RTEL

## Pu●● Order

| | |
|---|---|
| Purchase Order No: 4320042556 | Order Date: 09.06.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 06.08.2008 |
| | Page 1 of 7 |

Supplier Contact:
BAHADIR CINAR

| Supplier No: 128680 |
|---|
| Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**   Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA ORIGIN | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | Telephone No: ESN:470-8708 Fax: 60 11 5235 2626 8708 | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | Tax Code | Tax Value |

Start Date - 06.08.2008
End Date - 31.12.2008
**Header text**
*************CHANGE ORDER #01 06/08/2008*****************
ISSUED TO ADD LOT 30 FOR $40,300 AND LOT 40 FOR $45,300
DO NOT EXCEED NEW PO TOTAL $166,200.00
***************************************************
P.O. TOTAL NOT TO EXCEED $ 80,600.00 USD
**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

*(handwritten)*
83 { LOT3 — RD-02860-009 — RDF
{ LOT4 RD-02860-010 — RDF

| Page Total | USD | 0,00 |
|---|---|---|

*(signature)*

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 1P/2007-077/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

M Z

70

# NORTEL
## Purchase Order

**Please See Delivery Address at Line Item**

| Purchase Order No: 4320042559 | Order Date: 09.06.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 06.08.2008 | Page 2 of 7 |

| Supplier Contact: BAHADIR CINAR | | |
| Supplier No: 128580 | Telephone No: ESN-470-8708 |
| Contract No: MOU CONTRACT | Fax: 60 11 5255 2626 8708 |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: FCA ORIGIN | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | | Q2 Netas CICM Support | 06.08.2008 | 40.300,00 | T4 | 0,00 | 40.300,00 |

**Terms of delivery**

THIS PURCHASE ORDER IS TAX EXEMPT IN ACCORDANCE WITH DIRECT PAY PERMIT #00383 ISSUED UNDER M.C.G.S.
105-164.27A. THE PERMIT AUTHORIZES THE SUPPLIER, TO WHOM IT IS PRESENTED, TO SELL TANGIBLE PERSONAL PROPERTY
TO THE BUSINESS NAMED ON THE PERMIT WITHOUT COLLECTING SALES TAX ON THE SALE. THE BUSINESS NAMED ON THE
PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF
THE PERMIT.
PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT.
NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS PURCHASE ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
THIS IS A PURCHASE CHANGE ORDER. PURCHASE ORDER NOW READS AS FOLLOWS:

| | Page Total | 40.300,00 |
| | | USD | 40.300,00 |

Nortel Networks Inc.
The Corporation Trust Company
1120 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 1P/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

Stephanie Trujillo
BUYER

M Z

71

# NØRTEL

Pu  Order

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:** Please See Delivery Address at Line Item

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | | |
|---|---|---|
| Purchase Order No. 4320042550 This number must appear on all invoices, packing slips and customs forms. | | |
| Supplier Contact: BAHADIR CINAR | | |

| Order Date: 09.06.2008 | |
|---|---|
| Last Change Date: 06.08.2008 | Page 3 of 7 |

| Supplier No: 128580 | |
|---|---|
| Contact No: MOU CONTRACT | |

**Carrier Number/Carrier Name:** Incoterms: FCA ORIGIN

Payment Terms: Within 70 days Due net

Buyer: Stephanie Trujillo

Telephone No: ESN 470-8708
Fax: 60 11 5255 2626 8708



| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00020 | 1.000 | EA | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | Q2 Netas funding for CICM support and #149137; CICM; XML & Enhanced QOS reporting using H.248 for QCA<br><br>Q2 Netas CICM feature #149137 | 08.06.2008 | 40.300,00 | T4 | 0,00 | 40.300,00 |
| 00030 | 1.000 | EA | NN Nortel 4004 E. CHAPEL-HILL NELSON HWY. RESEARCH TRIANGLE PARK NC 27709-0000 | Q3 Netas funding for CICM support and #149137; CICM; XML & Enhanced QOS reporting using H.248 for QCA<br><br>Q3 Netas CICM | 08.06.2008 | 40.300,00 | T4 | 0,00 | 40.300,00 |
| | | | | Page Total | | | USD | | 80.600,00 |

Stephanie Trujillo
BUYER

**Supplier:**
Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 1P/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M Z

# N⊘RTEL   Purchase Order

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 4320042559<br>This number must appear on all invoices, packages,<br>packing slips and customs forms. | Order Date: 09.06.2008<br>Last Change Date: 06.08.2008 | Page 4 of 7 |
|---|---|---|
| Supplier Contact:<br>BAHADIR CINAR | Supplier No: 128580<br>Contract No: MOU CONTRACT | |

Ship to:  Please See Delivery Address at Line Item

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms:<br>Within 70 days Due net | Buyer:<br>Stephanie Trujillo | Telephone No: ESN:470-8708<br>Fax: 60 11 5255 2626 8708 |
|---|---|---|

| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 00040 | 1.000 | EA | NN<br>Nortel<br>4004 E. CHAPEL-HILL NELSON HWY.<br>RESEARCH TRIANGLE PARK<br>NC 27709-0000 | Q3 Netas CICM HC and Expense | 06.08.2008 | 45.300,00 | T4 | 0,00 | 45.300,00 |
| | | | NN<br>Nortel<br>4004 E. CHAPEL-HILL NELSON HWY.<br>RESEARCH TRIANGLE PARK<br>NC 27709-0000 | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | | | |
|---|---|---|---|---|
| Page Total | | USD | | 45.300,00 |
| Tax Amount<br>Total Amount | | USD<br>USD | | 0,00<br>166.200,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Stephanie Trujillo
BUYER

Nortel Networks TP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO: DM **874703**

Payment Information
Doc. No./Date        90008882/ 12/26/2008
Order No./Date       450006197 06/16/2008
Customer             NNN0000003
Currency             USD

                                    2,807.27

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | PO 4320042559 SIP (RD-2060) ICIN MALZEME ALIMI | 2,807.27 | | 2,807.27 |
| | | | | PO NO: 4320042559 | | | |
| | | | | IN DECEMBER 2008 | | | |

                                              Total(USD)       2,807.27
                                              Invoice Amount   2,807.27

ONLY % TWO THOUSAND EIGHT HUNDRED SEVEN * USD  AND % TWENTY-SEVEN * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798   0046112 EURO Hs.

REF: Bow 25.29 (inc

# N⊘RTEL  Purchase Order

| | | | Purchase Order No: 4320049364<br>This number must appear on all invoices, packages,<br>packing slips and customs forms. | | Order Date:  30.07.2008<br>Last Change Date: 30.07.2008 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Page 1 of 6 |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Supplier Contact:<br>Emel Yilmaz | | Supplier No: 128580<br>Contract No: |
| --- | --- | --- |

Ship to:

NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX  75082-4399
USA

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer:<br>Mario Romero | | | Telephone No:<br>Fax: | | |
| --- | --- | --- | --- | --- | --- |

| Item<br>No. | Qty | UOM | Part No | Incoterms:<br>FCA Origin | Description | Payment Terms:<br>Within 70 days Due net | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Start Date  - 30.07.2008<br>End Date  - 31.12.2008 | | | | | | | | |

Carrier Number/Carrier Name:

Supplier: FCA Origin

| | | | | | | | Page Total | | USD | | 0,00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |



Mario Romero
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN            Nortel is an Equal Opportunity / Affirmative Action Employer

Case 09-10138-MFW    Doc 18091-1    Filed 07/24/17    Page 102 of 192
Case 09-10138-MFW    Doc 18091-2    Filed 04/24/17    Page 30 of 109

76 of 161

# NORTEL

## Purchase Order

| | |
|---|---|
| Order Date: | 30.07.2008 |
| Last Change Date: | 30.07.2008 |
| | Page 3 of 6 |

| | |
|---|---|
| Supplier No: | 128580 |
| Contract No: | |

**Purchase Order No: 43200■■■■**
This number must appear on all invoices, packages, packing slips and customs forms.

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Supplier Contact:
Emel Yilmaz

Ship to:
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Buyer:
Mario Romero

| | |
|---|---|
| Telephone No: | |
| Fax: | |

| Incoterms: | Payment Terms: |
|---|---|
| FCA Origin | Within 70 days Due net |

| Item No. | Qty | UOM | Carrier Number/Carrier Name: Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | Istanbul Requirements - GPS / Blackw | 30.07.2008 | 8.861.412 | T5 | 0,00 | 8.861.412,00 |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by Nortel. | | | | | |

| | | |
|---|---|---|
| Page Total | USD | 8.861.412,00 |
| Tax Amount | USD | 0,00 |
| Total Amount | USD | 8.861.412,00 |

*Mario Romero*
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07//EN    Nortel is an Equal Opportunity / Affirmative Action Employer                M

# N⦿RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


MALİYE
T.C.
İl Kodu : **34**

**SERİ SIRA NO.: DM** **874638**

Payment Information
Doc. No./Date        90008824/ 12/23/2008
Order No./Date       45000679/ 08/01/2008
Customer             NNN0000003
Currency             USD

24,584.60

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | COE NETAS ISTANBUL REQUIREMENTS BPS-BLACK H2 | 24,584.60 | | 24,584.60 |
| | | | | PO NO: 4320049364 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | | Total(USD) | | 24,584.60 |
| | | | | | Invoice Amount | | 24,584.60 |

ONLY * TWENTY-FOUR THOUSAND FIVE HUNDRED EIGHTY-FOUR * USD  AND % SIXTY * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798   0046112 EURO Hs.

# NORTEL NETAŞ

**FATURA**
**INVOICE**

Nortel Networks Netaş Telekomünikasyon A.Ş.

Iemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD



İl Kodu: **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008125/ 10/31/2008 |
| Order No./Date | 45000679/ 08/01/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 1,259,950.00 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE NETAS ISTANBUL REQUIREMENTS GPS-BLACK H2 | 1259950.00 | | 1259950.00 |
| | | | | PO NO: 4320049364 | | | |
| | | | | IN OCTOBER 2008 | | | |

**Total(USD)**    1,259,950.00
**Invoice Amount**    1,259,950.00

ONLY % ONE MILLION TWO HUNDRED FIFTY-NINE THOUSAND NINE HUNDRED FIFTY % USD   AND % ZERO % USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

78 of 161

# NORTEL NETAŞ
Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**


İl Kodu : **34**

SERİ SIRA NO.: CM **192481**

Payment Information
Doc. No./Date        76008653/ 12/15/2008
Order No./Date       45000679/ 09/01/2008
Customer             NNM0000003
Currency             USD
                             1,211,250.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship To Address:
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE NETAS ISTANBUL REQUIREMENTS GPS-BLACK H2 | 1211250.00 | | 1211250.00 |
| | | | | PO NO: 4320049364 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)        1,211,250.00
Invoice Amount    1,211,250.00

ONLY% ONE MILLION TWO HUNDRED ELEVEN THOUSAND TWO HUNDRED FIFTY % USD  AND % ZERO % USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

*79 of 161*

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu = **34**

SERİ SIRA NO: CM **192313**

Payment Information
Doc. No./Date          90009483/ 11/28/2008
Order No./Date         45000579/ 08/01/2008
Customer               NNM0000003
Currency               USD

                                    1,498,140.40

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE NETAS ISTANBUL REQUIREMENTS DPS-BLACK M2 | 1498140.40 | | 1498140.40 |
| | | | | PO NO: 4320049364 | | | |
| | | | | IN NOVEMBER 2008 | | | |

                                        Total(USD)   1,498,140.40
                                        Invoice Amount  1,498,140.40

**ONLY* ONE MILLION FOUR HUNDRED NINETY-EIGHT THOUSAND ONE HUNDRED FORTY * USD  AND % FORTY ***

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAŞ

**FATURA**
**INVOICE**

Nortel Networks Netaş Telekomünikasyon A.Ş.

Jemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510, NASHVILLE TN, US 3722
NASHVILLE USA
ABD



İl Kodu : **34**

SERI SIRA NO.: CM **192200**

Payment Information
Doc. No./Date          90008392/ 11/21/2008
Order No./Date         45000679/ 08/01/2008
Customer               NNM0000003
Currency               USD
                                    319,176.00

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no: | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | CDE-777-DUM-073 CPAI2 ISRAEL TRA. M.KAVA | 319,176.00 | | 319,176.00 |
| | | | | CDE-777-DUM-109 CPAI2 ENT..VO. BCM DJT TR. | | | |
| | | | | CDE-777-DUM-091List.SelfSer.GPS.Hires.ATR(R.T.) | | | |
| | | | | CDE-777-DUM-058 LOCAL DELL EQUIPMENT | | | |
| | | | | CDE-777-DUM-102 CDE Enter. Data Lab R.Koz | | | |
| | | | | CDE-777-DUM-105 LAB Installation R.Koz | | | |
| | | | | CDE-777-DUM-110 Multimedia Lab inst. | | | |
| | | | | CDE-777-DUM-115 CDE GPS ENTERPRISE-CPA | | | |
| | | | | CDE-777-DUM-140 Enter. Data GPSlab(Equip.) | | | |
| | | | | CDE-777-DUM-147 Soft. lic.and app.for 10 | | | |
| | | | | L.Tops(K.T.) | | | |
| | | | | CDE-777-DUM-099 CDE PHASE 2 FOUND. TRA. | | | |
| | | | | CDE-004-CED-005 Recruitment Costs | | | |
| | | | | CDE-777-DUM-157 3th. Supp. Party Expene. | | | |
| | | | | CDE-777-DUM-083 WL. Cust. Waiting Charges | | | |
| | | | | PO NO: 4320049564  IN NOVEMBER 2008 | | | |

|  |  |
|---|---|
| Total (USD) | 319,176.00 |
| Invoice Amount | 319,176.00 |

ONLY : THREE HUNDRED NINETEEN THOUSAND ONE HUNDRED SEVENTY-SIX * USD  AND % ZERO * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# N❍RTEL  Purc❍ Order

| Purchase Order No: 4320050219 | Order Date: 06.08.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 06.08.2008 |

**Supplier Contact:** Bahadir Cinar

| Supplier No: 128580 | Page 1 of 6 |
|---|---|
| Contract No: MOU | |

**RD - 2848**

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P. O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | | | | | | | Telephone No: ESN 470-8708 Fax: 60 11 5255 2626 8708 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 67 days Due net | Buyer: Stephanie Trujillo | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Start Date  - 06.08.2008
End Date  - 31.12.2008
**Header text**
PO NOT TO EXCEED $54,410 USD
NORTEL CONTACT PERSON: MILLIE LUNA, 972-684-7002, mlluna@nortel.com
**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

*(handwritten)*
RD-02848-085  —  31.000 $  —  RDF
COE-005-CPA-073  —  10.000 $  —  CPA
RD-02848-086  —  13.410 $  —  RDA

| | Page Total | USD | 0,00 |
|---|---|---|---|

**Nortel Networks IP/2007-077/EN**

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

*(handwritten signature)* Stephanie Trujillo
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

M

# N❍RTEL ● Purchase Order

| | |
|---|---|
| Purchase Order No: 45●●0219 | Order Date: 06.08.2008 |
| This number must appear on all invoices, packages, packing slips and customs form | Last Change Date: 06.08.2008 |
| | Page 3 of 6 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
Supplier Cor' Bahadir  ar
NN
Nortel
2201 LAKE   , BLV
RICHARDSO, ,X  75,
USA

399

Supplier No: 128580
Contract No: MOU

**Bill to:**
Nortel Networks ?
Attention: Accou
P.O. Box 280510
Nashville, TN 37

porat ed (0501
Payable

001)

| Carrier Number/Carrier Name: | | | Incoterms:<br>DDP | | Payment Terms:<br>Within 67 days Due net | | Telephone No: ESN:470-8708<br>Fax: 60 11 5255 2626 8708 | | |
|---|---|---|---|---|---|---|---|---|---|

Buyer:
Stephanie Trujillo

| Item<br>No. | Qty | UOM | Part No | Description | Ship Date | Unit V. | Tax<br>Code | Tax<br>Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DISCRETION IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS<br>PURCHASE ORDER. | | | | | |
| | | | | THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS<br>HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS (DELETIONS, RATES, DOLLARS,TERMS, ETC.)<br>WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| | | | | THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED<br>HEREIN. | | | | | |
| | | | | THIS PURCHASE ORDER IS TAX EXEMPT.  THE PRODUCTAND/OR SERVICE WILL BE USED IN A MANUFACTURINGROCESS AS<br>DEFINED IN TEXAS STATUTE 151.318(a)(2)AND (d) AND (p). | | | | | |
| 00010 | 1.000 | EA | | 3Q08 Neuf INAP TDP3 Interworking (NE | 06.08.2008 | 54.410,00 | T4 | 0,00 | 54.410,00 |
| | | | | Goods Recipient:<br>This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by<br>Nortel. | | | | | |

| Page Total | | USD | 54.410,00 |
|---|---|---|---|
| Tax Amount | | USD | 0,00 |
| Total Amount | | USD | 54.410,00 |

Stephanie Truj___
BUYER

M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

# N⦿RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



II Kodu : **34**

SERİ SIRA NO.: CM **192316**

Payment Information
Doc. No./Date      900004867 11/28/2008
Order No./Date     450000697/ 08/25/2008
Customer           NNH0000003
Currency           USD
                                    2,361.24

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | Sevk Tarihi./ Date Shipped | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From | | |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight | | |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
| | | | | 3Q2008 NEUF INAP TDP3 Interworking | | 2,361.24 | | 2,361.24 |
| | | | | PO NO: 4320050219 | | | | |
| | | | | IN OCTOBER + NOVEMBER 2008 | | | | |
| | | | | | | Total(USD) | | 2,361.24 |
| | | | | | | Invoice Amount | | 2,361.24 |

ONLY: TWO THOUSAND THREE HUNDRED SIXTY-ONE \ USD  AND \ TWENTY-FOUR \ USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

# N⊘RTEL    Purcha● Order

| | |
|---|---|
| **Purchase Order No:** 4320052219 | **Order Date:** 26.08.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | **Last Change Date:** 26.08.2008    Page 2 of 6 |
| | **Supplier Contact:** Bahadir Cinar | **Supplier No.:** 128580    **Contract No.:** MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Telephone No: ESN: 470-848**
Fax:

| Carrier Number/Carrier Name: | | | Incoterms: DDP | Payment Terms: Within 67 days Due net | Buyer: Fernando Williams | | | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | Netas For NA Enterprise for 2008 | 26.08.2008 | 361.732,0 | T5 | 0,00 | 361.732,00 |

**Terms of delivery**

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT
NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED
HEREIN.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME. IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS
PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | | USD | 361.732,00 |
|---|---|---|---|---|

Fernando Williams
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

M

Ref: 31.32

# N⊘RTEL    Purchase Order

| Purchase Order No: 4320052219 | Order Date: 26.08.2008 | |
| This number must appear on all invoices, packages, | Last Change Date: 26.08.2008 | Page 1 of 6 |
| packing slips and customs forms. | | |

| Supplier No: 128580 |
| Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX   75082-4399
USA

Supplier Contact:
Bahadir Cinar

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: ESN: 470-848
Fax:

| Carrier Number/Carrier Name: | | Incoterms: DDP | Payment Terms: Within 67 days Due net | | Buyer: Fernando Williams | | | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|----------|-----|-----|---------|-------------|-----------|-----------|----------|-----------|----------------|
| | | | | Start Date - 26.08.2008 | | | | | |
| | | | | End Date - 31.12.2008 | | | | | |
| | | | | **Header text** | | | | | |
| | | | | P.O. TOTAL NOT TO EXCEED $361.732,00 USD. | | | | | |
| | | | | | | | | | |
| | | | | Nortel contact person is: | | | | | |
| | | | | Brown,MA. Adrian | | | | | |
| | | | | adrianb@nortel.com | | | | | |
| | | | | 613-763-5706 | | | | | |
| | | | | | | | | | |
| | | | | **Header note** | | | | | |
| | | | | Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228 | | | | | |
| | | | | Email invoices to: naapexp1@nortel.com | | | | | |
| | | | | Fax invoice: 615-432-5936 | | | | | |
| | | | | Check invoice and payment status at: www.nortel.com/naapinquiry | | | | | |

| | Page Total | | USD | 0,00 |

Nortel Networks IPY/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Fernando Williams
BUYER

COE-042-CTC-00

NA NTS Enterpris

86 of 1

# N⊙RTEL NETAŞ
Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



İl Kodu : **34**

SERI SIRA NO.: CM **192308**

Payment Information
Goz. No./Date        70009476/ 11/28/2008
Order No./Date       450007237 09/02/2008
Customer             MNN0000003
Currency             USD

83,125.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas for NA NTS Enterprise for 2008 | 83,125.00 | | 83,125.00 |
| | | | | PO NO: 4320052219 | | | |
| | | | | IN NOVEMBER 2008 | | | |
| | | | | Total (USD) | | | 83,125.00 |
| | | | | Invoice Amount | | | 83,125.00 |

ONLY* EIGHTY-THREE THOUSAND ONE HUNDRED TWENTY-FIVE * USD  AND * ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

87 of 161

# N⦿RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu **34**

SERİ SIRA NO: CM **192576**

Payment Information
Doc. No./Date         90008715/ 12/19/2008
Order No./Date        45000723/ 09/02/2008
Customer              NRN0000003
Currency              USD
                                     10,332.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No/ Number | | | | Ambalaj Şekli / Packed In | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight | | |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | | Birim Fiyat Unit Price | KDV Tax | | Tutar Amount |
| | | | | Netas for NA NTS Enterprise for 2008 | | | 10,332.00 | | | 10,332.00 |
| | | | | PO NO: 4320052219 | | | | | | |
| | | | | IN DECEMBER 2008 | | | | | | |

Total(USD)          10,332.00
Invoice Amount       10,332.00

Y* TEN THOUSAND THREE HUNDRED THIRTY-TWO * USD   AND % ZERO % USD

Banka Hesap Numaralarımız HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

88 of 161 

# N⊘RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu **34**

SERİ SIRA NO. CM **192586**

Payment Information
Doc. No./Date          9000097247/ 12/19/2008
Order No./Date         45000723/ 09/02/2008
Customer               NNM0000003
Currency               USD
                                   116,275.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net Ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Netas for NA NTS Enterprise for 2008 Recruitment: | 116,275.00 |  | 116,275.00 |
|  |  |  |  | PO NO: 4320052217 |  |  |  |
|  |  |  |  | IN DECEMBER 2008 |  |  |  |

Total(USD)          116,275.00
Invoice Amount      116,275.00

ONLY: ONE HUNDRED SIXTEEN THOUSAND TWO HUNDRED SEVENTY FIVE * USD  AND % ZERO * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277/282-00 YTL  HS
CITIBANK - İstanbul Merkez Sb. 20009055 - USD/HS

88 of 161

DEF: 34.35-2



# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No: 4320052415 | Order Date:    27.08.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date:  27.08.2008 |
| | Page 1 of 6 |

| Supplier Contact: | Supplier No:  128580 |
|---|---|
| Bahadir Cinar | Contract No: MOU |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL,
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

JANET PERRY
Nortel
4004 E. CHAPEL-HILL, NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | | | | | |
|---|---|---|---|---|---|
| Carrier Number/Carrier Name: | | Incoterms:<br>DDP | Payment Terms:<br>Within 70 days Due net | | Telephone No: ESN 470-8708<br>Fax: 60 11 5255 2626 8708 |

| Item<br>No. | Qty | UOM | Part No | Description | Buyer:<br>Stephanie Trujillo | | | |
|---|---|---|---|---|---|---|---|---|

|  |  |  |  |  | Ship Date | UnitPrice | Tax<br>Code | Tax<br>Value | Extended Total |

Start Date - 27.08.2008
End Date - 31.12.2008
**Header text**
PO NOT TO EXCEED $ 108,000 USD
NORTEL CONTACT PERSON: JANET PERRY 919-905-3696 japerry@nortel.com

**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoice to: naapexp@nortel.com
Fax invoice: 615-432-5956
Check invoice and payment status at: www.nortel.com/naapinquiry

| | | | Page Total | | USD | | 0,00 |
|---|---|---|---|---|---|---|---|

Stephanie Trujillo
BUYER

---

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IF/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

M

90 ©

# NORTEL

## Purchase Order

| Purchase Order No: 4320052415 |
|---|
| This number must appear on all invoices, packages, packing slips and customs forms. |

| Order Date: 27.08.2008 |
|---|
| Last Change Date: 27.08.2008   Page 2 of 6 |

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**

JANET PERRY
Nortel
4004 E. CHAPEL HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Supplier Contact:**
Bahadir Cinar

| Supplier No: 128580 |
|---|
| Contract No: MOU |

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Buyer:** Stephanie Trujillo

**Telephone No:** ESN:470-8708
**Fax:** 60 11 5255 2626 8708

**Carrier Number/Carrier Name:**

**Incoterms:** DDP

**Payment Terms:** Within 70 days Due net

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

**Terms of delivery**

SOFTWARE AGREEMENTS ARE SUBJECT TO APPROVAL BY NORTEL AND SUPPLIER LEGAL DEPARTMENTS.
LICENSOR SHALL INDEMNIFY AND SAVE EACH NORTEL COMPANY AND ITS SUBSIDIARIES AND AFFILIATES HARMLESS FROM
LIABILITY OR CLAIM (INCLUDING, WITHOUT LIMITATION, THE COSTS AND REASONABLE ATTORNEY FEES IN CONNECTION
THEREWITH) THAT MAY BE MADE ALLEGING THAT SOFTWARE OR THE USE OF SUCH SOFTWARE INFRINGES ANY PATENT,
TRADEMARK, TRADE SECRET, COPYRIGHT, OR ANY OTHER PROPRIETARY OR INTELLECTUAL RIGHT.
FOR ALL SOFTWARE PURCHASES AND SOFTWARE DEVELOPMENT: (A) LICENSOR/SUPPLIER WARRANTS THAT ALL PRODUCTS AND
RELATED DOCUMENTATION CONFORMS TO ALL AGREED UPON SPECIFICATION(S) AS STATED BELOW AND SHALL CONTAIN NO
"VIRUSES", "TIME BOMBS", LOCK-UP DEVICES, "BACK DOORS", OR SIMILAR DESIGN PATHS THAT ALLOW UNAUTHORIZED
ACCESS TO THE SYSTEM(S) THAT ARE LOADED WITH SAID SOFTWARE. (B) SOFTWARE PATCHES WHEN REQUIRED, SHALL
RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER
OBLIGATION OR LIABILITY (INCLUDING PAYMENT).
INCLUDE DOCUMENTATION THAT DESCRIBES PROCEDURES FOR TESTING, INSTALLING, AND APPLYING SAID PATCHES. BUYER

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL
BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER
NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED
FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE
DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS

| Page Total | | USD | 0.00 |
|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1129 Orange Street
Wilmington, DE 19801-1120
USA

# N⊘RTEL  Purchase Order

| Purchase Order No: 4320052415 | Order Date: 27.08.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 27.08.2008   Page 3 of 6 |

| Supplier Contact: Bahadir Cinar | Supplier No: 128580 |
|---|---|
| | Contact No: MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 0090 216 522 2222
Fax No: 0090 6 335 3827

**Ship to:**
JANET PERRY
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

Telephone No: ESN:470-8708
Fax: 60 11 5255 7626 8708

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | Payment Terms: Within 70 days Due net | | Buyer: Stephanie Trujillo | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | | 3 Netas Resources | 27.08.2008 | 108.000,0 | T5 | 0,00108.000,00 | 108.000,00 |

PURCHASE ORDER.
THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS
HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS,TERMS, ETC.)
WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN
THIS PURCHASE ORDER IS TAX EXEMPT IN ACCORDANCE WITH EXEMPT # 00383 ISSUED UNDER M.C.G.S.
105-164.27A. THIS PERMIT AUTHORIZES THE SUPPLIER, TO WHOM IT IS PRESENTED TO SELL TANGIBLE PERSONAL PROPERTY
TO THE BUSINESS NAMED ON THE PERMIT WITHOUT COLLECTING SALES TAX ON THE SALE. THE BUSINESS NAMED ON THE
PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF
THE PERMIT.

Goods Recipient:
This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | Page Total | | USD | 108.000,00 |
|---|---|---|---|---|
| | Tax Amount | | USD | 0,00 |
| | Total Amount | | USD | 108.000,00 |

Stephanie Trujillo
BUYER

*[signature]*

Nortel Networks 1P/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

92 of

# Terms and Conditions

## NORTEL NETWORKS INC. ("PURCHASER")

## PURCHASE ORDER TERMS AND CONDITIONS

**1. Acceptance**

Supplier's acceptance of this Purchase Order ("Order") shall be evidenced by the returning of a signed copy of this Order to Purchaser, the shipment of goods or the commencement of services to be performed hereunder. Purchaser shall not be bound by any provision, printed or otherwise, at variance or in addition to the terms of this Order, that may appear on any quotation, acknowledgement or other form used by Supplier unless any such provision is expressly accepted in writing by Purchaser.

**2. Price and Payment**

Supplier shall not be invoiced at a price(s) higher than stated on the face of this Order ("Price(s)"). Supplier represents that the Price(s) is (are) the lowest price(s) charged by Supplier to buyers of a class similar to Purchaser under similar terms of purchase. Any reduction made by Supplier in the price of the goods or services covered by this Order which is instituted before delivery of the goods or commencement of services shall be applicable to this Order. Payment terms are 70 days (Payment Period) measured from the later of Payment receipt of the goods and/or services or Purchaser's receipt of an undisputed invoice therefore. Notwithstanding the preceding, conditioned upon the advance approval of Purchaser's finance group, on the face of this purchase order Purchaser may agree with Supplier to a special term of payment that will apply to this purchase order only. Such different payment term will supersede the Payment Period, but will not supersede any payment term in a master agreement, if any, between the parties under which this purchase order is being issued

**3. Taxes and Charges**

Unless otherwise stated on the face of this Order, the Price(s) is deemed to include (a) all applicable federal, state and local taxes and (b) the charges for insurance, import duties, packaging, transportation and any other fee or expense relating to the provision of the goods or services ordered. If required by law, Purchaser will withhold taxes and pay them over to the applicable taxing authority, in which case Purchaser will pay to Supplier the balance of the price, after deducting the withholding.

**4. Changes**

Purchaser may, at any time by written amendment to this Order, increase or decrease the ordered quantities or make a change in any one or more of the following:
(a) applicable drawings, designs and/or specifications when the goods to be furnished are to be specifically manufactured by Supplier in accordance with the Purchaser provided drawings, designs and/or specifications; and/or
(b) method of shipment or packaging; and/or
(c) place or time of delivery or performance.
If such a change causes an increase or decrease in the cost of performance or the time required for performance of this Order, an equitable adjustment shall be made and this Order shall be modified in writing accordingly. Supplier shall be deemed to have waived any claim for adjustment unless asserted in writing accompanied by an estimate of the cost or the additional time required for performance of the change within 20 days from the receipt by Supplier of notification of the change.

**5. Setoff**

**6. Termination, Breach and Time for Performance**

Purchaser may at any time, whether or not Supplier is in breach hereof, terminate this Order in whole or in part by written notice or verbal notice confirmed in writing. If this Order is terminated without breach by Supplier, Supplier shall be entitled solely to reimbursement of the reasonable cost Supplier has incurred in the performance of this Order prior to the effective date of termination, but in no event shall such reimbursement exceed the Price(s). If this Order is terminated by Purchaser for Supplier's breach or as a result of force majeure (as specified in paragraph 13) affecting Supplier's performance, including, but not limited to Supplier's delay in delivery of the goods or performance of services, Supplier shall not be entitled to any reimbursement. In addition to any other remedy provided in this Order for a breach of any term of this Order, Purchaser may pursue cumulatively against Supplier any or all available remedies at law or equity. In no event shall Purchaser be liable for any incidental, indirect or consequential, special or punitive damages of any nature whatsoever, including loss of income, profit, use, or goodwill, for any reason whatsoever.

**7. Assignment/Subcontracting**

Supplier shall not (a) assign this Order, any interest herein or any rights hereunder or (b) subcontract any obligation to be performed hereunder, without the prior written consent of Purchaser.

**8. Indemnification and Insurance**

Supplier shall indemnify and hold Purchaser and/or its customers harmless against any loss, damage, liability or claim (including, without limitation, costs and attorney's fees in connection therewith) that may be made alleging that the goods and/or deliverable items or work product in connection with services infringe any patent, trademark, trade secret, copyright or any other proprietary right, and against any loss, damage, liability or claim attributable to the possession, use or transfer of the goods or the performance of services (including, without limitation, costs and attorney's fees in connection therewith) that may be suffered by and/or to be the subject of a claim by a third party against, Purchaser and/or its customers, including, without limitation, any loss, damage, liability or claim arising from injury or death to persons or damage to property due to Supplier's breach of the terms of this Order or Supplier's negligence or due to strict liability or negligence per se. Supplier shall, prior to commencement of performance, transmit to Purchaser a certificate of insurance affirming that Supplier has the following types of insurance and minimum coverage amounts:
(a) Statutory worker's compensation and occupational disease;
(b) Employer's liability - $1,000,000.00;
(c) General liability, including contractor's protective liability and blanket contractual liability for both personal injury and property damage - $5 million, and
(d) Automobile liability, including non-owner automobile liability for both personal injury and property damage - $1 million.
This certificate of insurance as an additional insured and contain a clause reading as follows: "The insurance provided by these policies shall not be materially changed or cancelled without at least 30 days prior written notice being given to Director, Risk Management, Nortel Networks Inc., 4008 E. Chapel Hill-Nelson Highway, Research Triangle Park, NC 27709. At Purchaser's written request, Supplier shall maintain greater coverage amounts or other types of insurance."

**9. Laws and Regulations**

Case 09-10138-MFW   Doc 18091-1   Filed 07/24/17   Page 98 of 169
Case 09-10138-MFW   Doc 18091-1   Filed 07/24/17   Page 120 of 192

Page 5 of 6

# Terms and Conditions

Supplier shall comply with and obtain all applicable governmental licenses and permits relating to the goods or services, and Supplier shall comply with and shall assist Purchaser in complying with all applicable laws and governmental orders and regulations in effect at the time of delivery(ies) or performance of services, including, without limitation, (a) the following United States laws and regulations: Comprehensive Environmental Response, Compensation and Liability Act of 1980, Consumer Product Safety Act, Toxic Substances Control Act, Occupational Safety and Health Act of 1970, Radiation Control for Health & Safety Act of 1968, Resource Conservation and Recovery Act of 1976, Clean Air Act, Clean Water Act, including the following obligations under the following U.S. Equal Employment Opportunity /Affirmative Action/Employment regulations: 41 C.F.R. §§60-1.4(a), 60-250.5(a), 60-741.5(a) and 29 C.F.R. part 470. and;

(b) the following European Union Environmental Directives: Eco-design of Energy Using Product (EuP), Waste from Electrical and Electronic Equipment (WEEE) directive and Restriction on Use of Certain Hazardous Substances (RoHS). With respect to the RoHS Directive, Seller must be able to demonstrate to Nortel Network's satisfaction that no lead, hexavalent chromium cadmium, mercury or polybrominated biphenyls (PBB)/polybrominated diphenyl ethers (PBDE) are present in any product covered by the RoHS Directive used or provided by Seller in providing the Products in the EU, except where exemptions allowing the use of such substances apply under applicable law. Company reserves the right to inspect the Seller's facilities to ensure compliance with laws. Supplier hereby indemnifies, defends, and holds Company harmless from all losses, liabilities, fines, penalties, costs and expenses (including reasonable legal fees) in connection with any claim or proceeding made by any customer, governmental body or other third party resulting from any non-compliance by Supplier with laws, orders and/or regulations (e.g., the WEEE and RoHS directives). Supplier understands that failure by Supplier to follow requirements mandated by law, order or regulation may expose Purchaser and Purchaser employees to criminal liability and as a consequence any failure may therefore be considered as a material breach of the terms governing this Order.

## 10. Disclosure of Information

Unless otherwise expressly agreed to in writing, all information disclosed by Purchaser to Supplier or to which Supplier otherwise obtains access in the course of performance of this Order shall be maintained in confidence by Supplier, shall remain Purchaser's property and shall be returned to Purchaser upon request. Supplier shall not disclose any such information to third persons without the prior written consent of Purchaser. Such information shall be used by Supplier solely for purposes of performance of this Order. Any Purchaser intellectual property or proprietary information provided to Supplier under this Order may be used only for purposes of providing goods and/or services under this Order.

## 11. Notice

Any notice to be given hereunder shall be given in writing, postage prepaid and shall be effective when deposited in the U.S. mail.

## 12. Use of Purchaser's Name

Supplier shall not in any advertising, sales promotion materials, press releases, public statements or any other publicity matters use the name of Purchaser, Purchaser's parent, any affiliate or subsidiary of Purchaser or any variation thereof or language from which the connection of said names may be implied without Purchaser's prior written approval.

## 13. Force Majeure

Neither Purchaser nor Supplier shall be liable for delays due to causes beyond the control and without the fault or negligence of the party whose performance is affected, including, but not limited to, acts of God, the public enemy or the government, fires, floods, freight embargoes or unusually severe weather. In the event any such cause affects Supplier's performance for a period of 10 or more days, Purchaser shall have the right to terminate this Order for its convenience pursuant to paragraph 6.

## 14. Governing Law

This Order shall be interpreted and construed in accordance with the laws of the state/province and country in which the goods are delivered or services are performed, notwithstanding its rules on conflict of laws. The parties agree that this order shall not be subject to the United Nations International Sale of Goods Contracts Convention.

## 15. Paragraph Headings

Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 16. Waiver

The failure of a party to claim a breach of any term of this Order shall not constitute a waiver of such breach or the right of such party to enforce any subsequent breach of such term.

## 17. Purchases Pursuant to Master Agreement

In the event this Order conflict with the terms of any master purchase and sale agreement or master services agreement between Purchaser, the parent of Purchaser or any affiliate or subsidiary of Purchaser and Supplier for the purchase of the goods or services ordered hereunder, the terms of the master purchase and sale agreement or master services agreement shall take precedence.

## 18. Entire Agreement

This Order constitutes the entire agreement between the parties on the subject matter hereof and supercedes all prior agreements, communications and understandings of any nature whatsoever, oral or written. This Order may not be modified or waived orally and may be modified only in a writing signed by a duly authorized representative of the party to be charged with an obligation under such modification. Paragraph headings are inserted for convenience only and shall not be used to interpret this Order.

## 19. Business Ethics -- by its acceptance of this Order Supplier represents that as a company it conforms to Purchaser's published supplier business conduct guidelines and standards, as they may be revised from time to time, and which guidelines and standards Supplier may access at Purchaser's web page at Nortel.com.

## 20. Time of the Essence

Time is of the essence in all matters relating to this order. Time shall remain of the essence in all cases of force majeure.

**GOODS** – If this Order is for goods, the following paragraphs are also included in this Order:

### G1.Quantity

Unless otherwise specified on the face of this Order, each Order shall be shipped complete. Purchaser shall not be obligated to accept any shipment of goods in excess of the quantity specified in this Order. Any excess quantity will be held at Supplier's risk and expense for a reasonable time awaiting return shipping instructions from Supplier. Risk of loss and return shipping charges for any excess quantity shall be borne by Supplier.

### G2.Warranty

# Terms and Conditions

Supplier warrants that for the period of one year or such other period specified on the face of this Order following acceptance of the goods that they (i) shall conform to the description and specifications as provided on the face of this Order, (ii) shall be free of any liens or encumbrances, (iii) shall be of new material and good workmanship, merchantable and free from both defects and (iv) shall be fit for the purposes intended. All goods which use electrical power shall comply with Underwriter's Laboratory (UL) requirements. In the event Supplier breaches any warranty, Supplier shall promptly remove any such liens and encumbrances, repair or replace the defective or nonconforming goods at no cost to Purchaser. In the event Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## G3.Special Products

Unless otherwise provided on the face of this Order, any drawings, special dies, tools, patterns or equipment required for the manufacture of the goods shall be furnished by Supplier and at no cost to Purchaser. Purchaser, at its option, may at any time reimburse Supplier for Supplier's reasonable cost for such drawings, dies, tools or patterns, and shall as a result, become the owner and entitled to possession of same upon Purchaser's request thereof.

## G4.Title/Risk of Loss

Title and risk of loss or damage to the goods shall pass to Purchaser when the goods are delivered based on the incoterm indicated by Purchaser on the face of this Order.

## G5.Delivery

Goods delivered prior to the reported delivery date shall, at Purchaser's option, not be required to be accepted by Purchaser and shall be returnable to Supplier at Supplier's sole risk and expense.

## G6.Free Trade Certificates of Origin

Supplier shall determine eligibility of all goods for preferential treatment under any applicable trade treaty, including but not limited to the North American Free Trade Agreement ("NAFTA"). If goods qualify, Supplier shall prepare and provide a certificate of origin or other appropriate documentation to Purchaser. Purchaser may withhold payment of Supplier's invoices pending receipt of such documentation for eligible goods.

## G7.Packing

All goods shall be suitably packed for shipment to prevent damage.

**SERVICES –** If this Order is for services, the following paragraphs are also included in this Order:

## S1.Warranty

Supplier warrants that for the period of one year or such other period specified on the face of this Order following the completion of the services that the services and/or any deliverable items or work product in connection with services shall (i) conform to the description of the services ordered and (ii) be performed in a professional manner conforming to generally accepted practices for the performance of such services. In the event within one year or such other period specified on the face of this Order after the completion of the services the deliverable items or work product thereof or becomes defective, Supplier at no cost to Purchaser shall correct such defect. Supplier does not repair or replace the defective or nonconforming goods, Supplier shall refund the Price(s) to Purchaser and thereupon shall be entitled to retain the defective or nonconforming goods. The foregoing warranties shall run to Purchaser, its successors and assigns, and to Purchaser's customers in the event of resale or incorporation into Purchaser's products.

## S2. Services to be Rendered at Purchaser's Premises

Supplier shall take such steps as may be necessary to prevent personal injury or property damage during the performance of the services. Purchaser reserves the right for any reason to require Supplier to remove any employee of Supplier, its agents or subcontractors, performing at Purchaser's premises and have Supplier replace such individual with an employee acceptable to Purchaser.

## S3. Security Rules/Procedures

Supplier shall comply with all rules and procedures in effect at the site where the services will be performed. Purchaser may, at its discretion, require Supplier to implement and maintain a drug and alcohol procedure ("DAP") for those of its employees who will or may be assigned to perform services hereunder. If Purchaser elects to do so, Supplier's DAP shall be equivalent to Purchaser's DAP and shall be subject to Purchaser's approval, and Supplier at its expense, shall cause each of its employees who will or may be assigned to perform services to be tested prior to assignment for the illegal use of drugs, in accordance with Purchaser's DAP. Supplier shall not assign any person to perform services who refuse to be tested or whose test results are positive. A copy of Purchaser's DAP may be obtained upon request.

## S4. Disruption of Business

Unless otherwise specified on the face of this Order, services shall be provided during Purchaser's normal workday and be provided with minimum disruption to Purchaser's business operations. Supplier shall be responsible for all cleanup costs and costs of restoring Purchaser's premises to its original condition.

## S5.Waiver of Lien

At Purchaser's request, Supplier shall, prior to being entitled to receive payment, supply Purchaser with evidence of payment in full of Supplier's employees, suppliers and/or subcontractors.

## S6. Independent Contractor

Supplier shall provide the services as an independent contractor and not as an agent, servant or employee of Purchaser.

## S7. Title

Supplier hereby sells, transfers, assigns and conveys to Purchaser all the right, title and interest to all the results and/or items produced or to be produced exclusively for Purchaser by Supplier by performance of the services, including, without limitation, all copyrights, right to create derivative works, patents, trademarks, trade secrets, mask works and any other intellectual property rights pertaining thereto, and agrees to execute, and to have its employees and subcontractors execute, without additional charge to Purchaser, any documents required to evidence and/or secure Purchaser's exclusive ownership therein in any and all countries. To the extent that results and/or items produced exclusively for Purchaser as part of services contain property owned by Supplier, Supplier hereby grants Purchaser a non-exclusive, royalty-free license to utilize such Supplier owned property, but only as embodied in the results or items produced as part of the services.

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Iemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Oydk Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94855/40304

**FATURA**
**INVOICE**



İl Kodu: **34**

SERİ BELGE: CN # **151320**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008128/ 10/31/2008 |
| Order No./Date | 45008719/ 08/29/2008 |
| Customer | NNN0000093 |
| Currency | USD |
| | 15,437.50 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
USD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 3 Netas Resources | 15,437.50 | | 15,437.50 |
| | | | | PO NO: 4320052415 | | | |
| | | | | IN OCTOBER 2008 | | | |

| | | |
|---|---|---|
| | Total (USD) | 15,437.50 |
| | Invoice Amount | 15,437.50 |

ONLY* FIFTEEN THOUSAND FOUR HUNDRED THIRTY-SEVEN * USD  AND * FIFTY * USD

Banka Hesap Numaralarınız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

96 of 161

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: CM 192315**

Payment Information

| | |
|---|---|
| Doc. No./Date | 900004857/ 11/28/2008 |
| Order No./Date | AS000719/ 08/29/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 15,437.50 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 3 Netas Resources | 15,437.50 | | 15,437.50 |
| | | | | PO NO: 4320052415 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total (USD)   15,437.50
Invoice Amount   15,437.50

ONLY* FIFTEEN THOUSAND FOUR HUNDRED THIRTY-SEVEN * USD  AND % FIFTY * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

97 of 161

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**


İl Kodu : **34**

SERİ SIRA NO.: CM **192483**

Payment Information

| | |
|---|---|
| Doc. No./Date | 900098455/ 12/15/2008 |
| Order No./Date | 4500071971 08/29/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 15,375.00 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | Irsaliye Tar. /Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 3 Netas Resources | 15,375.00 | | 15,375.00 |
| | | | | PO NO: 4320052416 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)      15,375.00
Invoice Amount      15,375.00

ONLY% FIFTEEN THOUSAND THREE HUNDRED SEVENTY-FIVE * USD  AND % ZERO * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Sb. 20009055 - USD HS

98 of 161

REF: 3...

# N❍RTEL

## Purchase Order

| Purchase Order No.: 4320055020 | | Order Date: | 18.09.2008 |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 18.09.2008 | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Bahadir Cinar

**Ship to:**
Randy Ellis
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA, NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Supplier No: | 128580 |
|---|---|
| Contract No.: | MOU |

4320055020.8

| Telephone No: ESN.470-8708 | | | | |
|---|---|---|---|---|
| Fax: | 60 11 5255 2626 8708 | | | Page 1 of 7 |

| Item No. | Qty | UOM | Part No | Description | | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Carrier Number/Carrier Name:** | **Incoterms:** DDP

Start Date -  20.08.2008
End Date -  31.12.2008
**Header text**
PO NOT TO EXCEED $104,105.00     USD
NORTEL CONTACT PERSON; ELLIS RANDY, 919-991-7105 rellis@nortel.com
**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510,
Email invoices to: naapexpl@nortel.com
Fax invoice: 615-432-5995
Check invoice and payment status at: www.nortel.com/naapinquiry

|  | Page Total | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|
|  |  |  | USD |  |  | 0,00 |

RD-2848 RDF
CPA

RD-02848-094
C0E-005-CPA-079

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

99 o...

Case 09-10138-MFW Doc 18391-1 Filed 07/21/17 Page 126 of 192
Case 09-10138-MFW Doc 18091-1 Filed 04/14/17 Page 104 of 169

100 of 161

# N✪RTEL   Purchase Order

| Purchase Order No: 4320055020 |  | Order Date: 18.09.2008 | Page 4 of 7 |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. |  | Last Change Date: 18.09.2008 |  |

Supplier No: 128580
Contract No: MOU

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
Supplier Contact:
Bahadir Cinar

Randy Ellis
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Payment Terms: Within 70 days Due net | | Buyer: Stephanie Trujillo | Telephone No: ESN:470-8708 Fax: 60 11 5255 2626 8708 |

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | | | |
|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF THE PERMIT. |  |  |  |  |  |
| 00010 | 1.000 | EA |  | Netas: Q3/Q4 330546 - IPCR Feature A | 20.08.2008 | 104.105,0 | T4 | 0,00 | 104.105,00 |
|  |  |  |  | This is a BT Warranty development item that is against project 45446 |  |  |  |  |  |
|  |  |  |  | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. |  |  |  |  |  |

| | | | | Page Total | | USD | | | 104.105,00 |

| | | | | Tax Amount | | USD | | | 0,00 |
| | | | | Total Amount | | USD | | | 104.105,00 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer     M

# N**O**RTEL NETAŞ
Nortel Networks Netaş Telekomünikasyon A.Ş.



Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

MALİYE
T.C.
BAKANLIĞI

İl Kodu : **34**

SERİ SIRA NO.: CM **192318**

Payment information
Doc. No./Date        900084486/ 11/28/2008
Order No./Date       45000762/ 09/25/2008
Customer             NNN0000003
Currency             USD
                                    7,718.75

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas 03/04 330546- IPCR Feature A | 7,718.75 | | 7,718.75 |
| | | | | PO NO: 4320055028 | | | |
| | | | | IN OCTOBER + NOVEMBER 2008 | | | |

Total (USD)          7,718.75
Invoice Amount       7,718.75

**ONLY** SEVEN THOUSAND SEVEN HUNDRED EIGHTEEN * USD  AND * SEVENTY-FIVE * USD

Banka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK – İstanbul Merkez Sb. 20009055 - USD HS

101 of 161

# N⊘RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE


MALIYE BAKANLIĞI T.C.
Il Kodu : **34**

SERİ SIRA NO.: DM **874706**

Payment Information
Doc. No./Date        90008886/ 12/26/2008
Order No./Date       45000762/ 09/25/2008
Customer             NNR0000003
Currency             USD

6,716.67

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Netas 93/94 330546- IPCR Feature 6 | 6,716.67 | | 6,716.67 |
| | | | | PO NO: 4320055028 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | | Total (USD) | | 6,716.67 |
| | | | | | Invoice Amount | | 6,716.67 |

ONLY * SIX THOUSAND SEVEN HUNDRED SIXTEEN * USD  AND % SIXTY-SEVEN * USD

Banka Hesap Numaralarınız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL              Şube Kodu : 798  0046112 EURO Hs.

DEF-33

# N⊙RTEL  Purch⊙ Order



| | | |
|---|---|---|
| Purchase Order No. 4320055397 | Order Date: 22.09.2008 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 22.09.2008 | Page 1 of 7 |
| Supplier Contact: Bahadir Cinar | Supplier No: 128680 | |
| | Contract No: MOU | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
Steve Norton
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | Telephone No: ESN-470-8708 Fax: 60 11 5255 2626 8708 | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
| | | | | | | | | | |

Start Date - 22.09.2008
End Date - 31.12.2008
**Header text**
PO NOT TO EXCEED: $13,433.33 USD

**Header note**
NORTEL CONTACT PERSON:DEBBIE STANFORD, 972-685-2339, debbies@nortel.com
Mail Invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email Invoices to: naapexp@nortel.com
Fax Invoice 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

COE-005-CPA-081

| | Page Total | | USD | 0,00 |
|---|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Case 09-10138-MFW Doc 18091-1 Filed 07/21/17 Page 130 of 192
Case 09-10138-KG Doc 18091-1 Filed 04/14/17 Page 108 of 169

104 of 161

# NORTEL Purchase Order

| | |
|---|---|
| Order Date: | 22.09.2008 |
| Last Change Date: | 22.09.2008 |
| | Page 4 of 7 |

Purchase Order No: 4320  397
This number must appear on all invoices, packages, packing slips and customs forms.

Supplier No: 128580
Contract No: MOU

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
Supplier Contact:
Bahadir Cinar

NN
Nortel
Steve Norton
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: ESN:470-8708
Fax: 60 11 5255 2626 8708

| Payment Terms: Within 70 days Due net | Incoterms: DDP | Buyer: Stephanie Trujillo |
|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | | T1-OM-Renaming Patch | 22.09.2008 | 13.433,33 | T4 | 0,00 | 13.433,33 |

Carrier Number/Carrier Name:

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| Page Total | USD | 13.433,33 |
| Tax Amount | USD | 0,00 |
| Total Amount | USD | 13.433,33 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IF/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ
Nortel Networks Netaş Telekomünikasyon A.Ş.

**FATURA**
**INVOICE**



SERİ SIRA NO.: CM **192319**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

İl Kodu : **34**

Payment information
Doc. No./Date          Y0008489/ 11/28/2008
Order No./Date         450008841/ 11/27/2008
Customer               NNH0000003
Currency               USD
                                    10,291.67

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | TL-DM-Renaming Patch | 10,291.67 | | 10,291.67 |
| | | | | PO NO: 4320055397 | | | |
| | | | | IN OCTOBER + NOVEMBER 2008 | | | |

Total(USD)          10,291.67
Invoice Amount      10,291.67

ONLY* TEN THOUSAND TWO HUNDRED NINETY-ONE * USD  AND % SIXTY-SEVEN * USD

# NØRTEL

## Purchase Order



| Purchase Order No. 4320055958 | | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | |
| Order Date: 25.09.2008 | | Page 3 of 7 |
| Last Change Date: 25.09.2008 | | |
| Supplier No: 128580 | | |
| Contact No: | | |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
USA
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:
NN
Nortel
4001 E CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Supplier Contact:
Emil Tanrilover

Bill to:
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

Telephone No: 5255262682947
Fax:

Carrier Number/Carrier Name:

Incoterms:
DDP

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Buyer: Mayte Hernandez | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Service Text: | This is the Q4 requisition for headcount charges for the NA CoE NTS team for the headcount is 90 for Q4 2008 and the agreed upon LHR for 2008 is $61,750 per year. This PO is for Q4 only | | | | | | | |
| | | | | Nortel Netas Alemdag Caddesi No: 171 34768 Umraniye Istanbul Turkey Attention: Emil Tanriover 882-2100 FAX no : 90 216 522 2222 | | | | | | | |
| | | | | No quote, but amount is calculated by HC * LHR/quarter = LHR = $61,750 per year (6175/4)* 90 = $1,389,375 per quarter | | | | | | | |

CoE - 001 - CTA - 009

Q1 08 - 4320057
Q2 08 - 4320058
Q3 08 - 4320059
Q4 08 - 4320059

| | Page Total | | |
|---|---|---|---|
| | | USD | 0.00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

*Olive Herdandez* (signature)

Mayte Hernandez
BUYER

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

Ref: 40-

106.

# NORTEL

## Purchase Order

| Purchase Order No: 4320055958 | | Order Date:   25.09.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 25.09.2008 | Page 2   of 7 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Emil Tanriover

**Supplier No:** 128580
**Contract No:**

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37728

**Buyer:**
Mayte Hernandez

**Telephone No:** 5255262668947
**Fax:**

| Carrier Number/Carrier Name: | | | | | Incoterms: DDP | Payment Terms: Within 70 days Due net | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | Q4 2008 NA NTS HC for Istanbul CoE | 01.10.2008 | 1.389.375 | T1 | 0.00 | 1.389.375,00 |

**Terms of delivery**
THE TERMS AND CONDITIONS OF THIS PURCHASE ORDER ARE COVERED BY THE CONTRACT REFERENCED HEREIN AND FILE WITH NORTEL NETWORKS SUPPLY MANAGMENT

IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.

PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT AT (naapexp@nortel.com)

NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.

NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME. IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRTION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.

| | Page Total | | | 1.389.375 | USD | | | 1.389.375,00 |
|---|---|---|---|---|---|---|---|---|

**Mayte Hernandez**
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

M

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

...emdağ Cad. 171 Ümraniye 34768 İstanbul
...ol: (0216) 522 20 00  Fax: (0216) 522 22 22
...üyük Mükellefler V.D.: 6320001061
...c. Sic. No.: 94955/40304

...ortel Networks Inc.
...ccounts Payables Dept.
...O BOX 280510 NASHVILLE TN, US 3722
...ASHVILLE USA
...BD

## FATURA
## INVOICE



İl Kodu: **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 9000B119/ 10/30/2008 |
| Order No./Date | 45060766/ 10/06/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 404,937,50 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Q4 2008 NA NTS HC for Istanbul COE | 404,937,50 | | 404,937,50 |
| | | | | PO NO: 4320055958 | | | |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)     404,937,50
Invoice Amount     404,937,50

ONLY% FOUR HUNDRED FOUR THOUSAND NINE HUNDRED THIRTY-SEVEN % USD  AND % FIFTY % USD

...anka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - Istanbul Merkez Şb. 20009055 - USD HS

# N🌀RTEL NETAS

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERI SIRA NO.: CM 192306**

Payment Information
Doc. No./Date          90008473/ 11/28/2008
Order No./Date         450007667 10/06/2008
Customer               NNM0000003
Currency               USD
                                       496,375.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Q4 2008 NA NTS HC for Istanbul COE | 496,375.00 | | 496,375.00 |
| | | | | PO NO: 4320005975B | | | |
| | | | | IN NOVEMBER 2008 | | | |

                                   Total(USD)      496,375.00
                                   Invoice Amount  496,375.00

ONLY* FOUR HUNDRED NINETY-SIX THOUSAND THREE HUNDRED SEVENTY-FIVE * USD  AND % ZERO * USD



Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb.. 20009055 - USD HS

103 of 161

# N⊘RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

SERİ SIRA NO. CM **192584**

Payment Information
Doc. No./Date          90008722/ 12/19/2008
Order No./Date         45000766/ 10/06/2008
Customer               NNM0000003
Currency               USD

387,125.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Q4 2008 N4 NTS NC for Istanbul COE | 387,125.00 | | 387,125.00 |
| | | | | PO NO: 4320055938 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total (USD)       387,125.00
Invoice Amount :  387,125.00

...LY: THREE HUNDRED EIGHTY-SEVEN THOUSAND ONE HUNDRED TWENTY-FIVE * USD  AND * ZERO * USD

Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL HS
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS



# N⊘RTEL

## Purchase Order

| Purchase Order No: 4320059724 | Order Date: 31.10.2008 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 31.10.2008 |
| | Page 1 of 6 |

**Ship to:**
Joseph Kramar

**Supplier Contact:**
Emel Tanrıover

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Supplier No: 464564 |
|---|
| Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Carrier Number/Carrier Name: | | | | Incoterms: FCA | | | | |
|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Net 70 Days | | | Telephone No: 52552626854 Fax: |

**Ship to:**
Joseph Kramar
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

| | | | | | | Buyer: Luis Castillo Aldu | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Start Date - 31.10.2008 | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

End Date - 30.11.2008

**Header text**
PO NOT TO EXCEED $289,473.00 USD
REFERENCE: RR Purchase Order
DATED: OCTOBER 20, 2008.
FOR PRICING ONLY

COE-777-DUM-083
150
099
COE-001-CFA-010

| | Page Total | USD | | 0.00 |
|---|---|---|---|---|

Luis Castillo Aldu
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer

REF: 43-46

M

111 of

# N@RTEL

## Purchase Order

| Order Date: | 31.10.2008 | |
|---|---|---|
| Last Change Date: | 31.10.2008 | Page 2 of 6 |

Purchase Order No: 4320059724
This number must appear on all invoices, packages, packing slips and customs forms.

Supplier Contact:
Emel Tanrıöver

| Supplier No: | 484564 |
|---|---|
| Contract No: | MOU CONTRACT |

Supplier:
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

Ship to:
Joseph Kramar
Nortel
4001 EAST CHAPEL HILL NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P O Box 280510
Nashville, TN 37228

| Buyer: | | |
|---|---|---|
| Luis Castillo Aldu | | |
| Telephone No: | 525526268854 | |
| Fax: | | |

| Carrier Number/Carrier Name: | | Incoterms: FCA | | Payment Terms: Net 70 Days | |
|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | ER Services for Turkey CoE | 31.10.2008 | 289.473,0 | T5 | 0,00 | 289.473,00 |

**Terms of delivery**

1. THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE
2. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION.ANY CHANGES (ADDITIONS,DELETIONS,RATES, DOLLARS,TERMS, ETC.) WILL NOT BE HONORED UNLESS AUTHORIZED BY THE BUYER AS IDENTIFIED HEREIN.
3. ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION.
4. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
5. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT.FOR PAYMENT TO ACCOUNTS PAYABLE DEPARTMENT AT 1-800-684-2228 OR www.nortel.com/naapinquiry.ALL QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO naapelp@nortel.com
6 IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
7. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

| | Page Total | 0,00 | 289.473,00 |
|---|---|---|---|
| | | | USD |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-077/EN

Luis Castillo Aldu
BUYER

Nortel is an Equal Opportunity / Affirmative Action Employer

112.



# NORTEL

## Purchase Order

| Purchase Order No: 4320059724 | Order Date: 31.10.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 31.10.2008 | Page 3 of 6 |
| Supplier Contact: Emel Tanriover | Supplier No: 464564 | |
| | Contract No: MOU CONTRACT | |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL,
Telephone No: 6 335 3827

Ship to:
Joseph Kramar
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Bill to:
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: FCA | | Payment Terms: Net 70 Days | | Buyer: Luis Castillo Aldu | | | Telephone No: 5255262688854 Fax: |
|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | Page Total | USD | | | 0.00 |
|---|---|---|---|---|---|
| | Tax Amount | USD | | | 0.00 |
| | Total Amount | USD | | | 289.473.00 |

Luis Castillo Aldu
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

emdağ Cad. 171 Ümraniye 34768 İstanbul
: (0216) 522 20 00  Fax: (0216) 522 22 22
yük Mükellefler V.D.: 6320001061
:. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERI SIRA NO.: CM **192142**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008340/ 11/17/2008 |
| Order No./Date | 45000817/ 11/11/2008 |
| Customer | NNN0000003 |
| Currency | USD |
| | 222,973.00 |

rtel Networks Inc.
ccounts Payables Dept.
) BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

**Ship To Address**
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | ER Services for Turkey (COE-777-DEM-083 - 150 - 095) (COE-001-ETA-010)  PO NO: 4320057924  IN NOVEMBER 2008 | 222,973.00 | | 222,973.00 |

| | | |
|---|---|---|
| | Total(USD) | 222,973.00 |
| | Invoice Amount | 222,973.00 |

NLY* TWO HUNDRED TWENTY-TWO THOUSAND NINE HUNDRED SEVENTY-THREE * USD  AND % ZERO * USD

anka Hesap Numaralarımız:HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.
CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS

# NORTEL NETAŞ
Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad, 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERİ SIRA NO.: CM** **192569**

Payment Information
Doc. No./Date        90008708/ 12/19/2008
Order No./Date       45000817/ 11/11/2008
Customer             NHN0000003
Currency             USD
                                    66,500.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks/Netaş No/ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | ER Services for Turkey | 66,500.00 | | 66,500.00 |
| | | | | PO NO: 4320059724 | | | |
| | | | | IN DECEMBER 2008 | | | |
| | | | | | **Total(USD)** | | 66,500.00 |
| | | | | | Invoice Amount | | 66,500.00 |

/# SIXTY-SIX THOUSAND FIVE HUNDRED # USD  AND # ZERO # USD

115 of 161

OEF: 45

# N⊘RTEL

## Purch⬤ ⊘rder 

| Purchase Order No. 4320061895 | Order Date: 21.11.2008 | |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 21.11.2008 | Page 1 of 6 |
| Supplier Contact: Emel Tanrıover | Supplier No: 464564 |
| | Contract No: MOU CONTRACT |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
Carl Selensky
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

COE-777-DUM-

Hasan

| Carrier Number/Carrier Name: | | Incoterms: FCA | | | Payment Terms: Net 70 Days | | Buyer: Luis Castillo Aidu | | | Telephone No: 5252626854 Fax: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | | | Ship Date | UnitPrice | | Tax Code | Tax Value | Extended Total |

Start Date - 10.11.2008
End Date - 21.11.2008
**Header text**
PO NOT TO EXCEED $5,000.00 USD
**Header note**
Buisness Travel to Maidenhead

| | Page Total | | USD | | 0.00 |
|---|---|---|---|---|---|

Luis Castillo Aidu
BUYER

M

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320061895 | Order Date: 21.11.2008 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 21.11.2008 | Page 2 of 6 |

| Supplier No. 464564 | |
| Contact No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

**Ship to:**
Carl Selensky
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Supplier Contact:
Emel Taniover

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| | |
|---|---|
| Buyer: Luis Castillo Aldu | Telephone No: 5252626268854 |
| | Fax: |

**Terms of delivery**

1. THIS IS A CONFIRMING PURCHASE ORDER - DO NOT DUPLICATE
2. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN.
3. ALL INFORMATION DEVELOPED BY SUPPLIER OR SUPPLIER PERSONNEL PURSUANT TO THIS PURCHASE ORDER, IS AND SHALL BE THE SOLE AND EXCLUSIVE PROPERTY OF NORTEL. SUPPLIER SHALL ENSURE THAT SUPPLIER PERSONNEL DEVELOPING SUCH INFORMATION SHALL ASSIGN TO NORTEL ANY AND ALL RIGHTS TO PATENT AND / OR COPYRIGHT INFORMATION AND SHALL EXECUTE SUCH OTHER INSTRUMENTS AS NORTEL MAY REQUIRE TO PROTECT, PERFECT NORTELS INTEREST IN, OR EXPLOIT SUCH INFORMATION.
4. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT. ALL PRICING SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT.
5. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT TO naapex1@nortel.com ALL QUERIES REGARDING INVOICE PAYMENT OR STATUS SHOULD BE DIRECTED TO ACCOUNTS PAYABLE DEPARTMENT AT 1-800-684-2228 OR www.nortel.com/naapinquiry
6. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER.
7. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER.

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | EA | | T&I PYP COB-777-DUM-168 | 10.11.2008 | 5.000,00 | T5 | 412,50 | 5.000,00 |

| | | | |
|---|---|---|---|
| | | Page Total | 5.000,00 |
| | | USD | |

Luis Castillo Aldu
BUYER

Payment Terms: Net 70 Days

Incoterms: FCA

Carrier Number/Carrier Name:

Nortel Networks Inc.
The Corporate Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

# NORTEL

## Purch● Order



| Purchase Order No: 4320061895 | | Order Date: 21.11.2008 | |
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 21.11.2008 | Page 3 of 6 |

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827

| Supplier Contact: | |
| Emel Tanriover | |
| Supplier No: 464564 | |
| Contract No: MOU CONTRACT | |

Ship to:

Carl Selensky
Nortel
2201 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: FCA | | Payment Terms: Net/70 Days | | Buyer: Luis Castillo Aldu | | Telephone No: 5252626854 Fax: | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | 250% | State | | | | | | |
| | 1 | 00% | City | | | | | | |
| | 1 | 000% | District | | | | | | |

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by
Nortel.

| | Page Total | | USD | | 0,00 |
| | Tax Amount | | USD | | 412,50 |
| | Total Amount | | USD | | 5.412,50 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Luis Castillo Aldu
BUYER

118

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874990**

Payment Information
Doc. No./Date        90009127/ 01/29/2009
Order No./Date       45000031/ 11/24/2008
Customer             NNM0000003
Currency             USD
                                    3,561.31

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | England Senay Ozturk T/L CDE-777-DUM-168 | 3,561.31 | | 3,561.31 |
| | | | | PO NO: 4520061895 | | | |
| | | | | IN JANUARY 2009 Pre-filing | | | |
| | | | | Total(USD) | | | 3,561.31 |
| | | | | Invoice Amount | | | 3,561.31 |

ONLY* THREE THOUSAND FIVE HUNDRED SIXTY-ONE * USD  AND % THIRTY-ONE * USD

**Banka Hesap Numaralarınız:**
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu :.798  0046112 EURO Hs.

119 of 161

# N❂RTEL  Purch❂ Order



| | | | | | | | | Order Date: 29.12.2008 | Page 1 of 6 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Last Change Date: 29.12.2008 | |

Purchase Order No. 4320065868
This number must appear on all invoices, packages, packing slips and customs forms.

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-3010

**Supplier Contact:**
Bahadir Cinar

Supplier No: 126680
Contract No: MOU

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDP | | | Telephone No: ESN 470-8708 Fax: 60 11 5255 2626 8708 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Payment Terms: Within 70 days Due net | Buyer: Stephanie Trujillo | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |

Start Date : 01.01.2009
End Date : 31.12.2009

**Header text**
PO NOT TO EXCEED $293,585.00 TRY

NORTEL CONTACT PERSON: Patricia PL. Lukaszewski, 919-905-3740, plukasze@nortel.com

**Header note**
Mail invoices to: Nortel Networks Inc. Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexpi@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

Nihat CLR

17-1246/12 → 14.270,5

| Page Total | | | TRY | 0.00 |
|---|---|---|---|---|

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

REF: 46

Case 09-10138-MFW   Doc 18391-1   Filed 07/21/17   Page 147 of 192
Case 09-10138-KCV   Doc 18091-1   Filed 04/14/17   Page 125 of 169

121 of 161

# N⊙RTEL Purchase Order

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 4320 ● 68 | | Order Date: 29.12.2008 | |
|---|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 29.12.2008 | Page 3 of 6 |

| | |
|---|---|
| Supplier Contact: Bahadir Cinar | Supplier No: 128580 Contract No: MOU |

**Ship to:**
NN
Nortel
4001 E. CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-3010

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Stephanie Trujillo | | Telephone No: ESN:470-8708 Fax: 60 11 5255 2626 8708 | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE ORDER. ORDER MUST SHIP 100% COMPLETE ON OR BEFORE THE SHIP DATE INDICATED ON THIS PURCHASE ORDER. SUPPLIER AGREES TO ADVISE PURCHASER IMMEDIATELY IF REQUESTED SHIP DATE CANNOT BE MET. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER. AS REFERENCED IN THE DESCRIPTION AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. THIS PURCHASE ORDER IS TAX EXEMPT IN ACCORDANCE WITH DIRECT PAY PERMIT #00383 ISSUED UNDER T.C.G.S. 105-164.27A. THE PERMIT AUTHORIZES THE SUPPLIER, TO WHOM IT IS PRESENTED, TO SELL TANGIBLE PERSONAL PROPERTY TO THE BUSINESS NAMED ON THE PERMIT WITHOUT COLLECTING SALES TAX ON THE SALE. THE BUSINESS NAMED ON THE PERMIT ASSUMES RESPONSIBILITY FOR THE DIRECT PAYMENT OF TAX ON THE PURCHASES THAT ARE WITHIN THE SCOPE OF THE PERMIT. | | | | | | | |
| 00010 | 1.000 | LOT | | MBB support for Turkey CoE (Nihat Ku | 01.01.2009 | 293.585,0 | T5 | 0,00 | 293.585,00 |
| | | | | Goods Recipient: This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |

| | Page Total | TRY | 293.585,00 |
|---|---|---|---|
| | Tax Amount | TRY | 0,00 |
| | Total Amount | TRY | 293.585,00 |

Stephanie Trujillo
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

# N**O**RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34766 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874980**

Payment Information
Doc. No./Date        90009132/ 01/29/2009
Order No./Date       45000897/ 01/12/2009
Customer             NNH0000003
Currency             USD

                                    7,135.26

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | RBB Support for Turkey CDE (Nihat Kurkcu) | 7,135.26 | | 7,135.26 |
| | | | | PO NO: 4320045868 | | | |
| | | | | in Jan 2009 Prefiling | | | |

                                              Total(USD)        7,135.26
                                              Invoice Amount    7,135.26

% SEVEN THOUSAND ONE HUNDRED THIRTY-FIVE * USD   AND % TWENTY-SIX * USD

■Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL                Şube Kodu : 798   0046112 EURO Hs.

192 of 161



# N⊘RTEL  Purch⊘Order

| | Order Date: 29.01.2009 | |
|---|---|---|
| Purchase Order No: 4320068052 | Last Change Date: 29.01.2009 | Page 1  of 7 |
| This number must appear on all invoices, packages, packing slips and customs forms. | | |
| Supplier Contact: Emel Yilmaz | Supplier No: 128580 | |
| | Contact No: MOU CONTRACT | |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
TN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated
Attention: Accounts Payable (0501 / 2001)
P.O. Box 280510
Nashville, TN 37228

| Item No. | Qty | UOM | Part No | Incoterms: DDP | Description | Payment Terms: Within 70 days Due net | Buyer: Alberto Jorge B O | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Carrier Number/Carrier Name:

Telephone No: ESN470-8834  Fax:

Start Date - 22.01.2009
End Date - 31.12.2009

**Header text**
PO NOT TO EXCEED $658,711.00 USD

NORTEL CONTACT PERSON: Adrian Brown adrian@nortel.com

**Header note**
Mail invoices to: Nortel Networks Inc., Att: Accounts Payable, P.O. Box 280510, Nashville, TN 37228
Email invoices to: naapexp@nortel.com
Fax invoice: 615-432-5936
Check invoice and payment status at: www.nortel.com/naapinquiry

| Page Total | USD | 0.00 |
|---|---|---|

Alberto Jorge B O
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN          Nortel is an Equal Opportunity / Affirmative Action Employer          M

# NORTEL

## Purchase Order

| | |
|---|---|
| Purchase Order No: 4320068052 | Order Date: 29.01.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 29.01.2009  Page 4 of 7 |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Emel Yilmaz

**Supplier No:** 128580
**Contract No:** MOU CONTRACT

**Ship to:**
NN
Nortel
2221 LAKESIDE BLVD
RICHARDSON TX 75082-4399
USA

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | | Incoterms: DDP | Payment Terms: Within 70 days Due net | | Buyer: Alberto jorge B O | | | Telephone No: ESN470-8834 Fax: | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| 00010 | 1.000 | LOT | | Istanbul Requirements - GPS / Blackw | 22.01.2009 | 658.711,0 | T5 | 0,00 658.711,00 | |

RESERVES THE RIGHT TO REJECT SOFTWARE THAT DOES NOT COMPLY WITH THESE REQUIREMENTS WITHOUT FURTHER OBLIGATION OR LIABILITY (INCLUDING PAYMENT).

Goods Recipient:
This Purchase Order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel.

| | | | |
|---|---|---|---|
| Page Total | USD | | 658.711,00 |
| Tax Amount | USD | | 0,00 |
| Total Amount | USD | | 658.711,00 |

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

**BUYER**
Alberto jorge B O

Nortel Networks IP/2007-07/EN   Nortel is an Equal Opportunity / Affirmative Action Employer

M

# NORTEL NETAŞ

**FATURA**
**INVOICE**

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

SERİ SIRA NO.: DM **875015**

Payment Information
Doc. No./Date          90009148/ 02/02/2009
Order No./Date         45000917/ 02/02/2009
Customer               NNM0000003
Currency               USD
                                   641,380.64



İl Kodu : **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | COE NETAS ISTANBUL REQUIREMENTS GPS-BLACK PREFILING | 641,380.64 | | 641,380.64 |
| | | | | PO NO: 4320048052 | | | |
| | | | | IN JANUARY 2009 PREFILING | | | |

Total(USD)        641,380.64
Invoice Amount    641,380.64

ONLY: SIX HUNDRED FORTY-ONE THOUSAND THREE HUNDRED EIGHTY * USD  AND % SIXTY-FOUR * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL              Şube Kodu : 798   0046112 EURO Hs.

REF: 48

126 of 161

# N⊘RTEL

## Purc⊘Order

Page 1 of 8

| Purchase Order No: 4320068529 | Order Date: 05.02.2009 |
|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05.02.2009 |

| Supplier Contact: | Supplier No: 128580 |
| Emel Tanriover | Contract No: MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Buyer: | Telephone No: 52552626 8716 |
| David Hernandez | Fax: |

*Handwritten:* 27 HC per month
27 × 6 × 4931,25
= 798862 $

*Handwritten:* COE - 111 - CTA - 002

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | | | |
|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | Start Date - 05.02.2009 End Date - 30.07.2009 | | | | | | |

*Handwritten:* 133.143,75 × 6
133.143,75 × 6

| | | | | Page Total | | | USD | | 0,00 |

David Hernandez
BUYER

**Payment Terms:**
Net 70 Days

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

Case 09-10138-MFW  Doc 18099-1  Filed 07/21/17  Page 153 of 192
Case 09-10138-KG  Doc 18091-1  Filed 04/14/17  Page 131 of 169

127 of 161

# N❍RTEL

## Purchase Order

| | Purchase Order No: 4320068529 | Order Date: 05.02.2009 | Page 3 of 8 |
|---|---|---|---|

This number must appear on all invoices, packages, packing slips and customs forms.

Last Change Date: 05.02.2009

Supplier No: 128580
Contract No: MOU

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Incoterms:** DDP

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Supplier Contact:**
Emel Tanriover

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

**Payment Terms:** Net 70 Days

**Buyer:** David Hernandez

Telephone No: 5255262668716
Fax:

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DELIVERY EXPEDITE IS REQUESTED. GOODS AND / OR SERVICES ARE REQUIRED AS SOON AS POSSIBLE. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. THE NORTEL PART NUMBER AND COUNTRY OF ORIGIN MUST APPEAR ON ALL COMPONENT PACKAGES, PACKING SLIPS, AND INVOICES TO ENSURE PROPER RECEIVING AND PAYMENT. ALL SHIPMENTS MUST BE DELIVERED TO SHIPPING AND RECEIVING WITH A PACKING SLIP THAT NOTES THE PURCHASE ORDER NUMBER. FAILURE TO COMPLY WILL RESULT IN DELAYED PAYMENT. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. ORDER MUST SHIP 100% COMPLETE ON OR BEFORE THE SHIP DATE INDICATED ON THIS PURCHASE ORDER. SUPPLIER AGREES TO ADVISE PURCHASER IMMEDIATELY IF REQUESTED SHIP DATE CANNOT BE MET. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | 2009 Q1 and Q2 NA GTAC CoE HC Paymen | 05.02.2009 | 798.862,5 | T1 | 0,00 | 798.862,50 |
| | | | | | Page Total | | USD | | 798.862,50 |

**Carrier Number/Carrier Name:**

David Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N⊘RTEL Purc⊘ Order

**Supplier:**

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

| Purchase Order No: 4320068529 <br> This number must appear on all invoices, packages, packing slips and customs forms. | | Order Date: 05.02.2009 <br> Last Change Date: 05.02.2009 | Page 5 of 8 |
|---|---|---|---|
| Supplier Contact: <br> Emel Tanriover | | Supplier No: 128580 <br> Contract No: MOU | |

**Ship to:**

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RSEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Net 70 Days | | Buyer: David Hernandez | | Telephone No: 52552626 8716 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Umraniye Istanbul Turkey <br> Attention: Emil Tanriover 882-2100 <br> FAX no : 90 216 522 2222 | | | | | |
| | | | | Goods Recipient: <br> This Purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by Nortel. | | | | | |

| | | | |
|---|---|---|---|
| Page Total | USD | | 0,00 |
| Tax Amount | USD | | 0,00 |
| Total Amount | USD | | 798.862,50 |

David Hernandez
BUYER

M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

# N🔴RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu : **34**

SERİ SIRA NO.: DM **875068**

Payment Information
Doc. No./Date          90009198/ 02/06/2009
Order No./Date         45000932/ 02/06/2009
Customer               NNM0000063
Currency               USD

                                        60,129.44

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From | |
|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight | |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
| | | | | 2009 Q1 and Q2 HR OTAC HC Payments | | | 60,129.44 | | 60,129.44 |
| | | | | PO NO: 4320068529 | | | | | |
| | | | | in Jan 2009 Prefiling | | | | | |

                                        Total(USD)      60,129.44
                                        Invoice Amount  60,129.44

...LY* SIXTY THOUSAND ONE HUNDRED TWENTY-NINE * USD  AND * FORTY-FOUR * USD

# NORTEL

## Purchase Order

05:49

130-4 461

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Purchase Order No: 4320068531 | | Order Date: 05.02.2009 |
|---|---|---|
| This number must appear on all invoices, packages, packing slips and customs forms. | | Last Change Date: 05.02.2009 |
| | | Page 1  of 7 |

Supplier Contact:
Emel Tanriover

Supplier No: 128580
Contract No: MOU

*(handwritten)* 52 HC per month
62 x 6 x 4931, 25 =
1538 550

| Payment Terms: Net 70 Days | Incoterms: DDP | | | | Buyer: David Hernandez | | | Telephone No: 52552626716 Fax: | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Start Date - 05.02.2009 End Date - 30.07.2009 | | | | | | | |

*(handwritten)* COE - 111 - CTA - 001

*(handwritten)* 256.425 × 6

| | | | | | | | Page Total | | USD | 0,00 |

David Hernandez
BUYER

*(signature)*

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN        Nortel is an Equal Opportunity / Affirmative Action Employer        M

# NORTEL Purchase Order

| | |
|---|---|
| **Purchase Order No:** 4320068531 | **Order Date:** 05.02.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | **Last Change Date:** 05.02.2009    **Page 3 of 7** |
| | **Supplier No:** 128580 |
| | **Contract No:** MOU |

**Supplier:**
Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

**Supplier Contact:**
Emel Tanriover

**Ship to:**
NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Carrier Number/Carrier Name: | Incoterms: DDP | Payment Terms: Net 70 Days | Buyer: David Hernandez | Telephone No: 5255262268716 Fax: |
|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE ORDER REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. THIS PURCHASE ORDER IS GOVERNED BY THE TERMS AND CONDITIONS OF THE MASTER SERVICE AGREEMENT REFERENCED HEREIN. THE NORTEL PART NUMBER AND COUNTRY OF ORIGIN MUST APPEAR ON ALL COMPONENT PACKAGES, PACKING SLIPS, AND INVOICES TO ENSURE PROPER RECEIVING AND PAYMENT. ALL SHIPMENTS MUST BE DELIVERED TO SHIPPING AND RECEIVING WITH A PACKING SLIP THAT NOTES THE PURCHASE ORDER NUMBER. FAILURE TO COMPLY WILL RESULT IN DELAYED PAYMENTS. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS ORDER AT ANY TIME IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. ORDER MUST SHIP 100% COMPLETE ON OR BEFORE THE SHIP DATE INDICATED ON THIS PURCHASE ORDER. SUPPLIER AGREES TO ADVISE PURCHASER IMMEDIATELY IF REQUESTED SHIP DATE CANNOT BE MET. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| 00010 | 1.000 | LOT | | 2009 Q1 & Q2 NA NTS CoE HC payments | 05.02.2009 | 1.538.550 | T1 | 0,00 | 1.538.550,00 |
| | | | | Page Total | | | USD | | 1.538.550,00 |

David Hernandez
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

131 of 161

132 of 161

# N⊘RTEL

## Purcha●● Order

| | |
|---|---|
| Purchase Order No: 4320068531 | Order Date: 05.02.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 05.02.2009 |

Page 4 of 7

Supplier:

Netas
Alemdag Caddesi
Umraniye
TR-81244 ISTANBUL
Telephone No: 6 335 3827
Fax No: 0090 216 522 2222

Ship to:

Supplier Contact:
Emel Tanriover

Supplier No: 128580
Contract No: MOU

NN
Nortel
4004 E. CHAPEL-HILL NELSON HWY.
RESEARCH TRIANGLE PARK
USA NC 27709-0000

Bill to:

Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

Telephone No: 525526268716
Fax:

Buyer:
David Hernandez

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Net 70 Days | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Service Text: | | | | | |
| | | | | Vendor Text: | | | | | |
| | | | | Nortel Netas | | | | | |
| | | | | Alemdag Caddesi No: 171 34768 | | | | | |
| | | | | Umraniye Istanbul Turkey | | | | | |
| | | | | Attention: Emil Tanriover 882-2100 | | | | | |
| | | | | FAX no : 90 216 522 2222 | | | | | |
| | | | | | | | | | |
| | | | | No quote, but amount is calculated by | | | | | |
| | | | | HC * LLR/half year = | | | | | |
| | | | | LLR = $59175 per year HC = 52 | | | | | |
| | | | | (59175/2)* 52 = $1,538,550 per half | | | | | |
| | | | | year | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | Goods Recipient: | | | | | |
| | | | | This purchase order is subject to the Nortel Networks Standard PO Terms& Conditions unless specified by | | | | | |
| | | | | Nortel. | | | | | |

| | | | | | | Page Total | USD | | 0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Tax Amount | USD | | 0.00 |
| | | | | | | Total Amount | USD | | 1.538.550,00 |

David Hernandez
BUYER

M

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks 1P/2007-077/EN    Nortel is an Equal Opportunity / Affirmative Action Employer

# N⃝RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **875067**

Payment Information
Doc. No./Date            90009197/ 02/06/2009
Order No./Date           45000931/ 02/06/2009
Customer                 NNN0000003
Currency                 USD

115,804.84

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | 2009 Q1 and Q2 NA NTS Coe HC Payments | 115,804.84 | | 115,804.84 |
| | | | | PO ND: 4320068531 | | | |
| | | | | in Jan 2009 Prefiling | | | |
| | | | | | Total(USD) | | 115,804.84 |
| | | | | | Invoice Amount | | 115,804.84 |

*ONLY* ONE HUNDRED FIFTEEN THOUSAND EIGHT HUNDRED FOUR * USD  AND % EIGHTY-FOUR * USD

DEF: 50

134 of 161

# NORTEL   Purchase Order

İlhan Alpay
Refik Güldibi

**Supplier:**
Netas
Alemdag Caddesi   No 171
Umranlye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

**Ship to:**
NN
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC 27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Purchase Order No.: 4320071675 | Order Date: 14.03.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 13.03.2009 | Page 1 of 6 |
| Supplier Contact: Emel Tanriover | Supplier No: 442038 |
| | Contract No: |

**Payment Terms:** Within 70 days Due net

**Buyer:** Victor Figueroa T

Telephone No: 525526268479
Fax: 525526268686

| Carrier Number/Carrier Name: | | Incoterms: DDP | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Qty | UOM | Part No | Description | Ship Date | Unit Price | Tax Code | Tax Value | Extended Total |

Start Date - 14.01.2009
End Date - 31.01.2009
**Header text:**
NORTEL CONTACT FOR SERVICE IS Joseph Kramar.
PHONE #613-763-3995. EMAIL: kramar@nortel.com
P.O. TOTAL NOT TO EXCEED $15,932.00 USD.

NOE - 111- CIA-001
CIA 002

| Page Total | | | | | USD | 0.00 |

M 2

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN         Nortel is an Equal Opportunity / Affirmative Action Employer

Case 09-10138-MFW   Doc 18391-1   Filed 07/21/17   Page 161 of 192
Case 09-10138-KG   Doc 18091-1   Filed 04/14/17   Page 139 of 169

135 of 161

# NORTEL Purchase Order

| | |
|---|---|
| Purchase Order No. 4320071675 | Order Date: 14.03.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | Last Change Date: 13.03.2009    Page 2  of 6 |

| Supplier Contact: | Supplier No: 442038 |
|---|---|
| Emel Tanriover | Contract No: |

**Ship to:**

NN
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Supplier:**

Netas
Alemdag  Caddesi   No 171
Umraniye 34768
TR-   ISTANBUL
Telephone No:  90 216 520 2222

**Bill to:**

Nortel Networks Incorporated  (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| Telephone No: 525526268479 |
| Fax: 525526268686 |

| Carrier Number/Carrier Name: | | | Incoterms: DDP | | Payment Terms: Within 70 days Due net | | Buyer: Victor Figueroa T | | |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Terms of delivery** | | ALL PRICING | | | |
| | | | | 1. PLEASE SEND ONE ORIGINAL INVOICE WITH PO COPY TO NORTEL CONTROL DEPARTMENT FOR PAYMENT | | | | | |
| | | | | 2. NORTEL IS NOT OBLIGATED TO PAY FOR GOODS OR SERVICES EXCEEDING THE NOT TO EXCEED AMOUNT SHALL BE HELD FIRM FOR THE EFFECTIVE PERIOD OF THIS AGREEMENT. | | | | | |
| | | | | 3. IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PURCHASE REFERENCE THIS PURCHASE ORDER NUMBER AND THE ASSOCIATED PURCHASE ORDER LINE ITEM, QUANTITY, DESCRIPTION AND PRICE THAT IS BEING INVOICED FOR AS DISPLAYED ON THE FACE OF THIS PURCHASE ORDER. | | | | | |
| | | | | 4. NORTEL NETWORKS RESERVES THE RIGHT TO CANCEL THIS PURCHASE ORDER AT ANY TIME, IN THE EVENT THAT NORTEL, IN ITS SOLE DISCRETION, IS NOT SATISFIED WITH THE QUALITY OF SERVICES OR PRODUCTS TO BE PROVIDED AND COVERED BY THIS PURCHASE ORDER. | | | | | |
| | | | | 5. THIS PURCHASE ORDER CANCELS AND SUPERCEDES OUR PREVIOUS PURCHASE ORDER, AS REFERENCED IN THE DESCRIPTION AREA. THE SUPPLIER IS RESPONSIBLE FOR APPLYING THE CURRENT PURCHASE ORDER NUMBER TO ALL APPLICABLE INVOICES. FAILURE TO UPDATE YOUR FILES WILL RESULT IN PAYMENT DELAYS AND / OR RETURN OF YOUR INVOICES. | | | | | |
| | | | | 6. THIS PURCHASE ORDER IS SUBJECT TO NORTEL STANDARD TERMS AND CONDITIONS. THESE STANDARD TERMS AND CONDITIONS HAVE BEEN INCLUDED WITH THIS TRANSMISSION. ANY CHANGES (ADDITIONS, DELETIONS, RATES, DOLLARS, TERMS, ETC.) WILL NOT BE HONORED UNLESS CONFIRMED BY THE BUYER AS IDENTIFIED HEREIN. | | | | | |
| | | | | 7. THIS PURCHASE ORDER IS ISSUED AFTER THE MATERIAL OR WORK HAS BEEN RECEIVED BY NORTEL. IN THE FUTURE, NORTEL WILL NOT BE OBLIGATED TO PAY FOR WORK PERFORMED OR MATERIAL SHIPPED PRIOR TO OBTAINING A PURCHASE ORDER FROM AN AUTHORIZED NORTEL EMPLOYEE. | | | | | |
| 00010 | 1.000 | LOT | | Jan 1-13: NETAS 4 ENT ENG | 01.01.2009 | 9.104,00 | T5 | 0,00 | 9.104,00 |
| 00020 | 1.000 | LOT | | Jan 14-31: NETAS 4 ENT ENG | 14.01.2009 | 6.828,00 | T5 | 0,00 | 6.828,00 |
| | | | | | Page Total | | USD | | 15.932,00 |

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN      Nortel is an Equal Opportunity / Affirmative Action Employer

M Z

# N☉RTEL   Purchase Order

| | |
|---|---|
| **Purchase Order No:** 4320071675 | **Order Date:** 14.03.2009 |
| This number must appear on all invoices, packages, packing slips and customs forms. | **Last Change Date:** 13.03.2009 |
| | **Page 3 of 6** |

**Supplier Contact:**
Emel Tanriover

**Supplier No:** 442038
**Contract No:**

**Supplier:**
Netas
Alemdag Caddesi   No 171
Umraniye 34768
TR- ISTANBUL
Telephone No: 90 216 520 2222

**Ship to:**
NN
Nortel
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK
USA NC  27709-0000

**Bill to:**
Nortel Networks Incorporated (0501 / 2001)
Attention: Accounts Payable
P.O. Box 280510
Nashville, TN 37228

| **Incoterms:** DDP | **Payment Terms:** Within 70 days Due net | **Buyer:** Victor Figueroa T | **Telephone No:** 525526268479 |
|---|---|---|---|
| | | | **Fax:** 525526268686 |

| Item No. | Qty | UOM | Part No | Description | Ship Date | UnitPrice | Tax Code | Tax Value | Extended Total |
|---|---|---|---|---|---|---|---|---|---|

**Carrier Number/Carrier Name:**

Goods Recipient:
This Purchase order is subject to the Nortel Networks Standard PO Terms & Conditions unless specified by
Nortel.

| | | |
|---|---|---|
| **Page Total** | USD | 0.00 |
| **Tax Amount** | USD | 0.00 |
| **Total Amount** | USD | 15.932,00 |

Victor Figueroa T
BUYER

Nortel Networks Inc.
The Corporation Trust Company
1209 N Orange Street
Wilmington, DE 19801-1120
USA

Nortel Networks IP/2007-07/EN     Nortel is an Equal Opportunity / Affirmative Action Employer

M Z

# ORTEL NETAŞ



**FATURA**
**INVOICE**

SERİ SIRA NO.: DM **875576**

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Payment Information
Doc. No./Date          90009632/ 03/16/2009
Order No./Date         45000972/ 03/16/2009
Customer               NNM0000003
Currency               USD
                                  9,104.00

İl Kodu: **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | JAN 1-13 NETAS 4 ENT EMG Profiling | 9,104.00 | | 9,104.00 |
| | | | | PO NO: 4320071675 | | | |

Total(USD)     9,104.00
Invoice Amount     9,104.00

ONLY* NINE THOUSAND ONE HUNDRED FOUR * USD   AND % ZERO * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798   0046112 EURO Hs.

**Emel TANRIOVER**                            REF: Btw 54-65 (including)

| | |
|---|---|
| **From:** | Santillan, Carmine (RICH1:6888) [carmines@nortel.com] |
| **Sent:** | Cuma 12 Eylül 2008 18:09 |
| **To:** | Yasemin KESEBI |
| **Cc:** | Fabrice Jestin-1135; Berkant METE; Bahadir CINAR; Serge CARON; Ilker CALISKAN; Emel TANRIOVER; Yvonne Lukas-6888; Mark MacLean-RND3; Jane Simms-3Z16; Randy Ellis-JA10 |
| **Subject:** | RE: Direct charging, netas |

Direct Charging

That's great news!

Thanks,
Carmine

-----Original Message-----
From: Yasemin KESEBI [mailto:yisik@NETAS.com.tr]
Sent: Friday, September 12, 2008 10:06 AM
To: Santillan, Carmine (RICH1:6888)
Cc: Jestin, Fabrice (CAR:6885); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Cinar, Bahadir NETAS (NORTELTR:NTTR:R10); Serge CARON; Ilker CALISKAN; Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Subject: RE: Direct charging, netas

I thought we agreed on it.

We will start invoicing process with the  project reference and see what will happen.. =)

You do not need to start Q4 PO s

Yasemin.

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com]
Sent: Friday, September 12, 2008 5:26 PM
To: Ilker CALISKAN; Yasemin KESEBI; Emel TANRIOVER
Cc: Fabrice Jestin-1135; Berkant METE; Bahadir CINAR; Serge CARON
Subject: RE: Direct charging, netas

Any updates on this yet?

We really need to have an answer ASAP as we have not started any Pos for Q4. And if this is something you can't do, then we need to know ASAP.

Please advise.

Thanks,
Carmine

-----Original Message-----
From: Ilker CALISKAN [mailto:caliskan@NETAS.com.tr]
Sent: Tuesday, September 09, 2008 3:40 PM
To: Santillan, Carmine (RICH1:6888); Yasemin KESEBI; Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Cc: Jestin, Fabrice (CAR:6885); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Cinar, Bahadir NETAS (NORTELTR:NTTR:R10); Serge CARON
Subject: RE: Direct charging, netas

Yasemin

Please confirm this is doable by us.

Thanks

Ilker

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com]

Sent: 09 Eylül 2008 Salı 18:15
To: Yasemin KESEBI; Ilker CALISKAN; Emel TANRIOVER
Cc: Fabrice Jestin-1135; Berkant METE; Bahadir CINAR; Serge CARON
Subject: RE: Direct charging, netas

Comments provided below:

-----Original Message-----
From: Yasemin KESEBI [mailto:yisik@NETAS.com.tr]
Sent: Tuesday, September 09, 2008 8:12 AM
To: Ilker CALISKAN; Santillan, Carmine (RICH1:6888); Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Cc: Jestin, Fabrice (CAR:6885); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Cinar, Bahadir NETAS
(NORTELTR:NTTR:R10); Serge CARON
Subject: RE: Direct charging, netas


Hi All,

I need to understand the following items before giving my view. ..

-Will we continue with the Netas project numbers or start to use Nortel Project numbers.

We will give you a list of Nortel MIPPS R&D project numbers to charge your costs to (whereas you were charging to a
PO before, now you will charge to a Nortel MIPPS R&D project number). 

-This table should be updated continuously . Will my group have access to the table?

We will given you an updated list every month.

-This table covers only Core and GWC activities. MCS, PV, Custom Funded projects are not included here. Are there
other tables.

This process doesn't cover all the groups.  This SCA process only covers Mark Maclean's programs.

Yasemin

-----Original Message-----
From: Ilker CALISKAN
Sent: Monday, September 08, 2008 5:16 PM
To: Carmine Santillan-6888; Emel TANRIOVER; Berkant METE; Yasemin KESEBI
Cc: Fabrice Jestin-1135
Subject: Re: Direct charging, netas

Berkant/ Yasemin

I need your view asap. This is realy important for us to have a better process and accordinlgy better financialsa

Please give your feedbak by the end of tomoorow morning

Thanks

Ilker
--------------------------
Sent using BlackBerry


----- Original Message -----
From: Santillan, Carmine (RICH1:6888) <carmines@nortel.com>
To: Emel TANRIOVER; Berkant METE; Yasemin KESEBI
Cc: Fabrice Jestin-1135; Ilker CALISKAN
Sent: Mon Sep 08 17:09:32 2008
Subject: RE: Direct charging, netas

We need to come to a decision by tomorrow on this.  If this process is rejected, we will need to start writing the Q4
POs right away.  It's already the 2nd week of September and we have very little time to generate the Q4 POs.

Please let me know your decision.

Thanks,
Carmine

---

From: Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Sent: Monday, September 08, 2008 5:42 AM
To: Santillan, Carmine (RICH1:6888); Mete, Berkant NETAS (NORTELTR:NTTR:7000); Yasemin KESEBI
Cc: Jestin, Fabrice (CAR:6885); Ilker CALISKAN
Subject: RE: Direct charging, netas

Carmine,
There is no obstraction about invoicing, I can manage invoicing process with this project reference. No problem.

But Yasemin and Berkant, should tell us whether they can manage their department and project (RD-2848) detail on RD side and provide me confirmation about HC and new project numbers which I will receive from you...

Thanks

Emel Tanriover
ESN 882 2100

---

From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com]
Sent: Friday, September 05, 2008 7:23 PM
To: Emel TANRIOVER
Cc: Fabrice Jestin-1135; Ilker CALISKAN; Berkant METE; Yasemin KESEBI
Subject: RE: Direct charging, netas

Emel,

There will not be any reference to a shopping cart or PO#, that is being replaced by the project #.

As you can see in the attached spreadsheet, we will tell you exactly how many heads and how much dollars are planned in each of the project numbers.  You will do your billing based on that.

Is that not acceptable?

Thanks,
Carmine

<<Netas Q3-Q4 JPC profile.xls>>

---

From:   Tanriover, Emel NETAS (NORTELTR:NTTR:7000)
Sent:   Friday, September 05, 2008 2:57 AM
To:     Santillan, Carmine (RICH1:6888)
Cc:     Jestin, Fabrice (CAR:6885); Ilker CALISKAN; Mete, Berkant NETAS (NORTELTR:NTTR:7000); Yasemin KESEBI
Subject:      RE: Direct charging, netas

Hi Carmine,

Berkant and I have investigated your data and we have some concerns about project numbers;

*       There must be at least 1 reference number to find related HC and amounts. The reference was PO number by now, what will it be in Q4 ( Does HC2/CLIP-SC# change line by line, can it be a reference? And what does HC2/CLIP-SC# mean?)

<< OLE Object: Picture (Metafile) >>
Actually I am not expecting any problem at finance side as long as I receive correct invoicing data from R&D.

Yasemin / Berkant,
If you have any comment please add.

Regards



Emel Tanriover
ESN 882 2100

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com <mailto:carmines@nortel.com> ]
Sent: Thursday, September 04, 2008 6:35 PM
To: Ilker CALISKAN
Cc: Emel TANRIOVER; Fabrice Jestin-1135
Subject: RE: Direct charging, netas

Any updates on this?  The group is anxious to know if we will need to cut Q4 Pos or not.

Thanks,
Carmine

-----Original Message-----
From: Ilker CALISKAN [mailto:caliskan@NETAS.com.tr <mailto:caliskan@NETAS.com.tr> ]
Sent: Friday, August 29, 2008 12:43 AM
To: Santillan, Carmine (RICH1:6888)
Cc: Tanriover, Emel NETAS (NORTELTR:NTTR:7000); Jestin, Fabrice (CAR:6885)
Subject: RE: Direct charging, netas

I am going to assess the process with Emel today or latest early next week and come back to you.

İlker

-----Original Message-----
From: Santillan, Carmine (RICH1:6888) [mailto:carmines@nortel.com <mailto:carmines@nortel.com> ]
Sent: 28 Ağustos 2008 Perşembe 22:42
To: Ilker CALISKAN
Cc: Emel TANRIOVER; Fabrice Jestin-1135
Subject: RE: Direct charging, netas

Ilker,

What's your feedback?  Is the SCA process for Q4 going to be acceptable to you?

Please advise ASAP.

Thanks,
Carmine

-----Original Message-----
From: Santillan, Carmine (RICH1:6888)
Sent: Wednesday, August 27, 2008 9:12 AM
To: Ilker CALISKAN
Cc: Tanriover, Emel NETAS (NORTELTR:NTTR:7000); Jestin, Fabrice (CAR:6885)
Subject: RE: Direct charging, netas

Ilker,

The attached shows the project # and PO information for the Q3 and Q4 spending.

So, basically, how it works right now is that you receive a PO# from us telling you how much to invoice for each PO.  In the proposed model from Q4'08 going forward, we will tell you how much dollars has been planned for each Mipps project # and how much you will have to invoice accordingly.

As you can see in the attached, each PO# is mapped to a unique project #.

This will certainly simplify the process for everyone.  You will just need to send the invoices to Fabrice Jestin (and I will confirm amounts to Fabrice) and Fabrice can book these as monthly costs directly in MIPPS or SAP.

Please advise.

Thanks,
Carmine


-----Original Message-----
From: Ilker CALISKAN [mailto:caliskan@NETAS.com.tr <mailto:caliskan@NETAS.com.tr> ]
Sent: Wednesday, August 27, 2008 12:19 AM
To: Caron, Serge (NTTR:SC00); Santillan, Carmine (RICH1:6888)
Cc: Ellis, Randy (NCRTP:JA10); MacLean, Mark (NTTR:RND3); Simms, Jane (NCRTP:3Z16); Tanriover, Emel NETAS (NORTELTR:NTTR:7000)

Subject: Re: Direct charging, netas

Serge

Carmine was going to send some info which we were assesing whether it was doable. But I haven't seen anything yet. Therefore I can't guarantee whether we can be able to go direct charging in Q4.

Ilker
--------------------------
Sent using BlackBerry


----- Original Message -----
From: Caron, Serge (NTTR:SC00) <scaron@nortel.com>
To: Carmine Santillan-6888; Ilker CALISKAN
Cc: Randy Ellis-JA10; Mark MacLean-RND3; Jane Simms-3Z16
Sent: Tue Aug 26 22:21:24 2008
Subject: Direct charging, netas

Ilker, Carmine,

        As we are approaching very rapidely Q4, could it be possible to confirm if we have in place the direct charging system for Netas as teams did not open Netas Pos for Q4.

Please let me know

Thanks for your help
Serge

# NORTEL NETAŞ

ortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00  Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

**FATURA**
**INVOICE**


İl Kodu: **34**

SERI SIRA NO: CM **191344**

Payment Information
Doc. No./Date         900008136/ 11/04/2008
Order No./Date        45000801/ 11/04/2008
Customer              NNH0000063
Currency              USD

                                   120,000.00

ortel Networks Inc.
ccounts Payables Dept.
O BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Siparis No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | | | Sevk Yeri / Shipped From | |
|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | | | Net ağırlığı / Net Weight | |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV. Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Direct Charging Serge Caron Oct 2008 | 120,000.00 | | 120,000.00 |
| | | | | Serge "Catch up" expat charges | | | |
| | | | | in Oct 2008 | | | |

                                          Total (USD)        120,000.00
                                          Invoice Amount     120,000.00

ONLY* ONE HUNDRED TWENTY THOUSAND * USD  AND % ZERO * USD



# N⦸RTEL NETAŞ

ortel Networks Netaş Telekomünikasyon A.Ş.

lemdağ Cad. 171 Ümraniye 34768 İstanbul
el: (0216) 522 20 00   Fax: (0216) 522 22 22
üyük Mükellefler V.D.: 6320001061
c. Sic. No.: 94955/40304

ortel Networks Inc.
ccounts Payables Dept.
Q BOX 280510 NASHVILLE TN, US 3722
ASHVILLE USA
BD

## FATURA INVOICE



İl Kodu : **34**

SERİ SIRA NO. CM **191945**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008137/ 11/04/2008 |
| Order No./Date | 45000802/ 11/04/2008 |
| Customer | KNM0000003 |
| Currency | USD |
| | 50,000.00 |

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Siparış No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekil / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | Irsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Direct Charging Serge Caron and Mark Maclean Oct 2008 | 50,000.00 | | 50,000.00 |
| | | | | Serge& Mark expat | | | |
| | | | | in Oct 2008 | | | |

| | Total(USD) | 50,000.00 |
|---|---|---|
| | Invoice Amount | 50,000.00 |

ONLY * FIFTY THOUSAND * USD  AND % ZERO * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu: **34**

SERI SIRA NO.: CM **101948**

Payment Information
Doc. No./Date          90008138/ 11/04/2008
Order No./Date         45000799/ 10/30/2008
Customer               NNM0000003
Currency               USD
                                  20,150.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | E2001 ADG. OCT.08 DIRECT CHARGING | 20,150.00 | | 20,150.00 |
| | | | | IN OCTOBER 2008 | | | |

Total(USD)      20,150.00
Invoice Amount  20,150.00

ONLY* TWENTY THOUSAND ONE HUNDRED FIFTY * USD  AND % ZERO * USD



# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 / Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**


İl Kodu: **34**

SERİ SIRA NO. CM **192329**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90008499/ 12/01/2008 |
| Order No./Date | 43000B02/ 11/04/2008 |
| Customer | NNH00000003 |
| Currency | USD |
| | 50,000.00 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

**Ship-To Address**
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | SERGE&MARK EXPAT EXPENSES DIRECT CHARGING | 50,000.00 | | 50,000.00 |
| | | | | IN NOVEMBER 2008 | | | |

|  | |
|---|---|
| Total(USD) | 50,000.00 |
| Invoice Amount | 50,000.00 |

ONLY* FIFTY THOUSAND * USD  AND % ZERO * USD

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE


İl Kodu : **34**

SERİ SIRA NO.: DM **874727**

Payment Information
Doc. No./Date          90008903/ 12/29/2008
Order No./Date         45000785/ 10/17/2008
Customer               NNM0000003
Currency               USD

253,579.43

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight | | |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount | |
| | | | | E2001 EXPAT TAX INVOICING (2007-2008) | | | 253,579.43 | | 253,579.43 | |
| | | | | IN JULY - DECEMBER 2008 | | | | | | |

Total(USD)        253,579.43
Invoice Amount    253,579.43

ONLY* TWO HUNDRED FIFTY-THREE THOUSAND FIVE HUNDRED SEVENTY-NINE * USD  AND * FORTY-THREE * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383   9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798   0046112 EURO Hs.

# N⬤RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 . Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: DM **874729**



İl Kodu : **34**

Payment Information
Doc. No./Date       90008908/ 12/29/2008
Order No./Date      45000802/ 11/04/2008
Customer            NNN0000003
Currency            USD

49,481.35

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No / Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Sergei Mark Expat Expenses Direct Charging | 49,481.35 | | 49,481.35 |
| | | | | PO NO: PROJ# 43547 | | | |
| | | | | IN DECEMBER 2008 | | | |

Total(USD)     49,481.35
Invoice Amount     49,481.35

* FORTY-NINE THOUSAND FOUR HUNDRED EIGHTY-ONE * USD   AND % THIRTY-FIVE * USD

# N◉RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**SERI SIRA NO.: DM 874730**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90008909/ 12/29/2008 |
| Order No./Date | 45000801/ 11/04/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 90,158.35 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli /-Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Serge Catch-up | 90,158.35 | | 90,158.35 |
| | | | | PO NO: PROJ# 43547 | | | |
| | | | | IN NOVEMBER 2008 | | | |

Total(USD)   90,158.35
Invoice Amount   90,158.35

*\* NINETY THOUSAND ONE HUNDRED FIFTY-EIGHT \* USD   AND % THIRTY-FIVE \* USD*

# N⊙RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

SERİ SIRA NO.: DM **874731**

Payment Information
Doc. No./Date      90008910/ 12/29/2008
Order No./Date     45000876/ 12/25/2008
Customer           NNN0000003
Currency           USD

124,812.90

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Paul Roy Expat Expenses | 124,812.90 | | 124,812.90 |
| | | | | PO NO: PROJ# 43547 | | | |
| | | | | IN OCTOBER - NOVEMBER - DECEMBER 2008 | | | |

Total(USD)      124,812.90
Invoice Amount   124,812.90

ONLY: ONE HUNDRED TWENTY-FOUR THOUSAND EIGHT HUNDRED TWELVE * USD  AND % NINETY * USD

# N⚫RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D. : 6320001061
Tic. Sic. No.: 94955/40304

**FATURA**
**INVOICE**



İl Kodu : **34**

SERİ SIRA NO.: DM **874742**

Payment Information
Doc. No./Date          900008912/ 12/30/2008
Order No./Date         43000845/ 11/28/2008
Customer               NNN0000003
Currency               USD
                                    2,574,106.22

Nortel Networks Inc.
Accounts Payables Dept.
O. BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
BD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Mi. | Brm. Üüit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | NOV. 08 DIRECT CHARGING | | 2574106.22 | | 2574106.22 |
| | | | | IN NOVEMBER 2008 | | | | |

Total(USD)    2,574,106.22
Invoice Amount    2,574,106.22

NLY* TWO MILLION FIVE HUNDRED SEVENTY-FOUR THOUSAND ONE HUNDRED SIX * USD  AND % TWENTY-TWO USD



Banka Hesap Numaralarımız:
ARANTI BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
ARANTI BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Kbank Doğu Kurumsal Şubesi / İSTANBUL           Şube Kodu : 798  0046112 EURO Hs.

# N©RTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

Nortel Networks Inc.
Accounts Payables Dept.
P.O. BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

## FATURA
## INVOICE



İl Kodu: **34**

**SERİ SIRA NO.: DM 874743**

Payment Information
Doc. No./Date          90008913/ 12/30/2008
Order No./Date         45008881/ 12/30/2008
Customer               NNM0000003
Currency               USD
                       2,542,041.87

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar | Brm. Unit | Irs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | DEC. 08 DIRECT CHARGING | 2542041.87 | | 2542041.87 |
| | | | | 14 DECEMBER 2008 | | | |

                                                    Total(USD)      2,542,041.87
                                                    Invoice Amount  2,542,041.87

ONLY* TWO MILLION FIVE HUNDRED FORTY-TWO THOUSAND FORTY-ONE * USD  AND * EIGHTY-SEVEN * USD



Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL            Şube Kodu : 798  0046112 EURO Hs.

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alımdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00 · Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERI SIRA NO.: DM **875009**

**T.C.** MALIYE BAKANLIĞI

Il Kodu: **34**

Payment Information

| | |
|---|---|
| Doc. No./Date | 90009142/ 01/30/2009 |
| Order No./Date | 45000918/ 01/30/2009 |
| Customer | NNM0000003 |
| Currency | USD |
| | 2,250,626.13 |

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | JANUARY 2009 DIRECT CHARGING | 2250626.13 | | 2250626.13 |

Total(USD)   2,250,626.13
Invoice Amount   2,250,626.13

*ONLY* TWO MILLION TWO HUNDRED FIFTY THOUSAND SIX HUNDRED TWENTY-SIX * USD  AND * THIRTEEN * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL          Şube Kodu : 798  0046112 EURO Hs.

# NORTEL NETAŞ

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE

SERİ SIRA NO.: DM **876670**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90010661/ 06/16/2009 |
| Order No./Date | 45000802/ 11/04/2008 |
| Customer | NNM0000003 |
| Currency | USD |
| | 8,764.40 |



İl Kodu : **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

**NETAŞ**

Nortel Networks Netaş Telekomünikasyon A.Ş.
Alemdağ Cd.No:171 Ümraniye 34768 İstanbul
Büyük Mükellefler V.D.Başkanlığı:6320001061
Ticaret Sicil No: 94955/40304

**Ship-To Address**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Scot Woodal & Serge & Mark expat Prefiling | 8,764.40 | | 8,764.40 |
| | | | | Total(USD) | | | 8,764.40 |
| | | | | Invoice Amount | | | 8,764.40 |

*ONLY* EIGHT THOUSAND SEVEN HUNDRED SIXTY-FOUR * USD  AND % FORTY * USD

Banka Hesap Numaralarınız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL        Şube Kodu : 798  0046112 EURO Hs.

# NORTEL NETAŞ

**FATURA**
**INVOICE**

Nortel Networks Netaş Telekomünikasyon A.Ş.

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

SERİ SIRA NO.: DM **876597**

**Payment Information**
Doc. No./Date          90010580/ 06/15/2009
Order No./Date         45000876/ 12/25/2008
Customer               NNM0000003
Currency               USD
                                       9,383.69

T.C. MALİYE BAKANLIĞI

İl Kodu : **34**

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 2B0510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | GWC, SAM21/CCA/Storm Product management Q2 Prefiling | 9,383.69 | | 9,383.69 |

                                                    Total(USD)        9,383.69
                                                    Invoice Amount    9,383.69

ONLY* NINE THOUSAND THREE HUNDRED EIGHTY-THREE * USD   AND % SIXTY-NINE * USD

Banka Hesap Numaralarımız:
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  6202203 TRY Hs.
GARANTİ BANKASI Kozyatağı Kurumsal Şb./İSTANBUL Şube Kodu : 383  9007512 USD Hs.
Akbank Doğu Kurumsal Şubesi / İSTANBUL            Şube Kodu : 798  0046112 EURO Hs.

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu: **34**

SERİ SIRA NO.: DM **875007**

Payment Information
Doc. No./Date        90009141/ 01/30/2009
Order No./Date       45000876/ 12/25/2008
Customer             NNM0000003
Currency             USD

17,402.28

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | Sevk Tarihi / Date Shipped | | Taşıma Şekli / Shipped Via | | Sevk Yeri / Shipped From |
|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | Ambalaj Şekli / Packed in | | Brüt Ağırlığı / Gross Weight | | Net ağırlığı / Net Weight |

| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | Paul Roy Expat Expenses | 17,402.28 | | 17,402.28 |
| | | | | IN JANUARY 2009 | | | |

Total(USD)        17,402.28
Invoice Amount    17,402.28

ONLY* SEVENTEEN THOUSAND FOUR HUNDRED TWO * USD   AND * TWENTY-EIGHT * USD

# N⊘RTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00   Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İi Kodu : **34**

SERİ SIRA NO.: DM **875006**

Payment Information
Doc. No./Date          90009140/ 01/30/2009
Order No./Date         45000802/ 11/04/2008
Customer               NNM0000003
Currency               USD

16,780.00

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | | | | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From | | |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Netaş No./ Number | | | | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight | | |
| Miktar Quantity | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
| | | | | Sergei Mark Expat Expenses Direct Charging | | 16,780.00 | | 16,780.00 |
| | | | | IN JANUARY 2009 | | | | |
| | | | | | | Total (USD) | | 16,780.00 |
| | | | | | | Invoice Amount | | 16,780.00 |

ONLY* SIXTEEN THOUSAND SEVEN HUNDRED EIGHTY * USD   AND % ZERO * USD



KD-2805 - RD-2023 - 02822.202011

oct:66

**NETWORKS**

NORTEL NETWORKS INC.
ATTN: PURCHASING DEPT
3500 CARLING AVE
OTTAWA ON CA
K2H 8E9

(This no. must appear on all invoices,
packages, packing slips and customs forms.)
Purchase order no.    USC504093

SIP   CCS2K

Order date    Change date    01/31/2007   Page no.    1
Change no.

**Bill to**
NORTEL NETWORKS INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE, TN USA 37228-0510
AP CUST SVC: 1-800-684-2228

NETAS
ALEMDAG CADDESI
UMRANIYE
ISTANBUL
81244, TURKEY

Attn: MICHAEL ARMSTRONG

**Ship to**
NORTEL NETWORKS INC.
ATTN: RECEIVING DEPT
35 DAVIS DRIVE
RTP, NC USA
27709-3010

Contract release no.    INCOTERM    Requisition no.    2417373

Dept    Mail stop
3M00    4959    Carrier

13134001

GUERIN

**Unit | Description**

Order Confirmed on 01/31/2007 with MICHAEL ARMSTRONG.
Supplier please address all queries to SUSANA ALFARO CALDERSN

REFERENCE SCHEDULE A "GWC,CS2K,SAM21,STORM,CCA,
MG9K SUSTAINING" FOR SCOPE OF WORK AND PRICING
ONLY. TOTAL NOT TO EXCEED $1,186,250.00 USD.

THIS PURCHASE ORDER IS ISSUED AFTER THE MATERIAL
OR WORK HAS BEEN RECEIVED BY NORTEL NETWORKS.
IN FUTURE, NORTEL NETWORKS WILL NOT BE OBLIGATED
TO PAY FOR WORK PERFORMED OR MATERIALS SHIPPED
PRIOR TO OBTAINING A PURCHASE ORDER FROM AN
AUTHORIZED NORTEL NETWORKS PURCHASING AGENT.
DO NOT DUPLICATE. THIS IS A CONFIRMING ORDER.
*********DO NOT DUPLICATE - CONFIRMATION ONLY******
********MATERIAL/SERVICES ALREADY RECEIVED*******

Total for this Page

NET 70    Currency    USD

**Unit cost | Financial | Charge to | Extended cost | Region | CLIP no.**

+5255   26268713.

J F M

Total Amount ▶    .00    ***********

95-2003 (9)/fax/US
rder and confirm it is subject to the terms and conditions supplied.
(for the supplier)

Consider this fax copy to be the original Purchase Order, no other copies will follow.
Nortel Networks is an Equal Opportunity / Affirmative Action...

**NORTEL NETWORKS**

Page no. 4

01/31/2007

Change no.

**NORTEL NETWORKS INC.**
ATTN: PURCHASING DEPT
3500 CARLING AVE
OTTAWA ON CA
K2H 8E9

Order date
Change date

(This no. must appear on all invoices, packages, packing slips and customs forms.)
Purchase order no.     USC504093

NETAS
ALEMDAG CADDESI
UMRANIYE
ISTANBUL
81244, TURKEY

Attn: MICHAEL ARMSTRONG

Bill to
NORTEL NETWORKS INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE, TN USA 37228-0510
AP CUST SVC: 1-800-684-2228

Ship to
NORTEL NETWORKS INC.
ATTN: RECEIVING DEPT
35 DAVIS DRIVE
RTP, NC USA
27709-3010

Contract release no.     13134001

Carrier     GUERIN

Dept. 3M00     Mail stop 4959     INCOTERM     Requisition no. 2417373

| no. | Quantity | Unit | Description | Date | Unit cost | Extended cost | Tax | Asset no. | CLIP no. |
|-----|----------|------|-------------|------|-----------|---------------|-----|-----------|----------|
| 3 | 33 | EA | Q1-07: L&T: 33 STAFF FOR LINES & TRUNKS DEVELOPMENT AND SUSTAINING PROGRAM 2316 START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | 536250.00 | U E | 6 | |
| 4 | 13 | EA | Q1-07: CCS2K: 13 STAFF FOR CCS2K DEVELOPMENT AND SUSTAINING PROGRAM 2622 START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | 211250.00 | U E | 6 | |
| | | | THIS PURCHASE ORDER HAS BEEN FAXED AND IS SUBJECT TO NORTEL NETWORKS STANDARD TERMS AND CONDITIONS INCLUDED WITH THIS FAX TRANSMISSION. ANY CONFLICT BETWEEN THIS PURCHASE ORDER AND THE STANDARD TERMS AND CONDITIONS WILL BE RESOLVED IN FAVOR OF THE STANDARD TERMS AND CONDITIONS. | | | | | | |

Currency     USD

NET 70

Total Amount     ***1186250.00

BUYER:
SUSANA ALFARO CENTENA SE 153 of 161

MANAGER
ANDRES-LIBARDO RAMIREZ

Consider this fax copy to be the original Purchase Order, no other copies will follow.
Nortel Networks is an Equal Opportunity / Affirmative Action Employer

Subject to terms and conditions supplied with the PO

(for the supplier)

...order and confirm it is subject to the terms and conditions supplied.

39E-2003-09/fax-US

TAXES
See explanation of letters supplied with this PO.

**NETWORKS**

Page no. 3

01/31/2007 Page no.

Change no.

(This no. must appear on all invoices, packages, packing slips and customs forms.)

Purchase order no.   USC504093

Order date
Change date

NORTEL NETWORKS INC.
ATTN: PURCHASING DEPT
3500 CARLING AVE
OTTAWA ON CA
K2H 8E9

Bill to

NORTEL NETWORKS INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 280510
NASHVILLE, TN USA 37228-0510
AP CUST SVC: 1-800-684-2228

Ship to

NORTEL NETWORKS INC.
ATTN: RECEIVING DEPT
35 DAVIS DRIVE
RTP, NC USA
27709-3010

NETAS
ALEMDAG CADDESI
UMRANIYE
ISTANBUL
81244, TURKEY

Attn: MICHAEL ARMSTRONG

| Contract release no. | | | | | | |

| 3134001 | | | | | | |

GUERIN

Dept: 3M00   Mail stop 4959   INCOTERM   Requisition no 2417373

| Quantity | Unit | Description | Date | Unit cost | Financial | Charge to | Extended cost | Region | Tax | Asset no. | CLIP no. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IT IS IMPERATIVE THAT ALL INVOICES SUBMITTED FOR PAYMENT AGAINST THIS PROCUREMENT, REFERENCE THIS PURCHASE ORDER NUMBER ABOVE, AND MUST BE SUBMITTED WITHIN 90 DAYS OF PURCHASE ORDER. IF THE QUANTITY AND PRICE ON YOUR INVOICE AND PACKING SLIP DO NOT MATCH THIS ORDER EXACTLY, NOTIFY THE BUYER IMMEDIATELY. INVOICES SUBMITTED WITHOUT REFERENCE TO THE PURCHASE NUMBER ARE SUBJECT TO DELAY OF PAYMENT. | | | | | | | | | |
| 1 | 8EA | Q1-07: SIP: 8 STAFF FOR SIP DEVELOPMENT AND 2523 SUSTAINING PROGRAM START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | | | 130000.00U | E | 6 | |
| 2 | 19EA | Q1-07: MG9K: 19 STAFF FOR MG9K DEVELOPMENT AND SUSTAINING PROGRAM START DATE:01/01/2007 END DATE:03/31/2007 | | 16250.0000 | | | 308750.00U | E | 6 | |

Total for this Page

NET 70   USD

Currency   Agreed shipping date

**Total Amount** ***********   438750.00

1b6 of 1b1

Consider this fax copy to be the original Purchase Order, no other copies will follow.
Nortel Networks is an Equal Opportunity / Affirmative Action Employer

(for the supplier)

Subject to terms and conditions supplied

order and confirm it is subject to the terms and conditions supplied.

995-2003-09/fax-US

Subject to terms and conditions supplied with the PO.

TAXES
See explanation of letters supplied with this PO.

# NORTEL NETAŞ

**Nortel Networks Netaş Telekomünikasyon A.Ş.**

Alemdağ Cad. 171 Ümraniye 34768 İstanbul
Tel: (0216) 522 20 00  Fax: (0216) 522 22 22
Büyük Mükellefler V.D.: 6320001061
Tic. Sic. No.: 94955/40304

## FATURA
## INVOICE



İl Kodu : **34**

**Payment Information**

| | |
|---|---|
| Doc. No./Date | 90002222/ 09/26/2007 |
| Order No./Date | 45000020/ 06/23/2007 |
| Customer | NNN0000003 |
| Currency | USD |
| | 3,400.26 |

SERİ SIRA NO.: AZ 480607

Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE TN, US 3722
NASHVILLE USA
ABD

Ship-To Address
Nortel Networks Inc.
Accounts Payables Dept.
PO BOX 280510 NASHVILLE, TN, US 3722
NASHVILLE USA
ABD

| Müşteri Sipariş No./Cust. Ord. No | Sevk Tarihi / Date Shipped | Taşıma Şekli / Shipped Via | Sevk Yeri / Shipped From |
|---|---|---|---|
| 404093 | / / | | |
| Nortel Networks Netaş No./ Number | Ambalaj Şekli / Packed in | Brüt Ağırlığı / Gross Weight | Net ağırlığı / Net Weight |
| | | | |

| Miktar | Brm. Unit | İrs. No. Ship no. | İrsaliye Tar. Ship date | Cinsi Description | Birim Fiyat Unit Price | KDV Tax | Tutar Amount |
|---|---|---|---|---|---|---|---|
| | | | | LOT 2 | 3,400.26 | | 3,400.26 |
| | | | | IN SEPTEMBER 2007 | | | |
| | | | | PO NO: USC 504093 | | | |

Total(USD)    3,400.26
Invoice Amount    3,400.26

ONLY* THREE THOUSAND FOUR HUNDRED * USD  AND % TWENTY-SIX * USD



Banka Hesap Numaralarımız: HSBC BANK - Genel Md. Kurumsal Şb. 277-282-00 YTL. HS.    CITIBANK - İstanbul Merkez Şb. 20009055 - USD HS.

Basım Yeri UMUR Basım ve Kırtasiye San. ve Tic. A.Ş. 02.03.2007/002 Esenşehir Mah. Ördüklü Org. San. Böl. 2. Cad. No: 8 34776 Ümraniye/İST.  Tel.: (0.216) 420 04 00 Anadolu Kurumlar V.D.Bşk. 892 000 9512 Basım Yılı 2007   UMUR 6003

## **Exhibit C**

Ray Declaration

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  | X |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |
|  | X |  |

## DECLARATION OF JOHN J. RAY, III IN SUPPORT OF DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1 (NON-DEBTOR LIABILITY CLAIMS, MODIFIED, RECLASSIFIED AND ALLOWED CLAIMS, NO-BASIS AND RELEASED CLAIMS, NO-BASIS EQUITY CLAIMS, NO-BASIS RETIREE CLAIMS AND REDUNDANT CLAIMS)

I, John J. Ray, III, hereby declare as follows:

1.    I am the Principal Officer for the Debtors.  I hereby make this declaration on behalf of the Debtors in support of the Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims) (the "Objection").[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

2.       I am familiar with the Debtors' Books and Records and am responsible for overseeing the review and analysis of all claims filed in the Debtors' chapter 11 cases.  All facts set forth herein are based on my personal knowledge and on my review of the claims, the Books and Records and other relevant documents or information provided to me by the Debtors' employees and advisors.  If I were called upon to testify, I could and would testify competently and accurately to each of the facts set forth herein.

## COMPLIANCE WITH LOCAL RULE 3007-1

3.       I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, the Objection is in compliance therewith, as modified by the orders of the Bankruptcy Court dated December 14, 2009 and February 7, 2012 [D.I.s 2125, 7178].

## BASES FOR OBJECTION

4.       I, or one or more of the Debtors' consultants or advisors operating under my supervision and/or at my direction, have reviewed each of the claims identified in **Exhibit A** to the Objection, the Claims Register and the facts and circumstances set forth in the Objection regarding such claims.  Based upon this review, I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information and belief, and the claims identified in **Exhibit A** to the Objection should be modified, and/or reclassified and allowed or disallowed as described in the Objection.

5.      I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Executed on March 10, 2017

_____

John J. Ray, III
Principal Officer for the Debtors

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli PC, hereby certify that on the 14th day of April, 2017, I caused to be served a copy of the **Response and Objection of Netas Telekomunikasyon A.S. to Debtors' Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Retiree Claims and Redundant Claims)** upon the parties listed below in the manner indicated.

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Via First Class Mail*

Derek C. Abbott
Tamara K. Minott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
*Via Hand Delivery*

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)

41874106.1