UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On July 21, 2017, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail or hand delivery on the service list attached hereto as Exhibit A:

| Date | Doc # | Description |
|---|---|---|
| 07/21/2017 | 18390 | Memorandum of Law/Brief *in Opposition to Debtors' Motion for Summary Judgment* (related document(s)18333) Filed by Netas Telekomunikasyon A.S. (related document(s)18333). (Attachments: # 1 Exhibit A) (Ward, Christopher) (Entered: 07/21/2017) |
| 07/21/2017 | 18391 | Declaration *of Mehmet Ilker Caliskan in Opposition to Debtors' Motion for Summary Judgment Regarding the Netas Claims* (related document(s)18333, 18390) Filed by Netas Telekomunikasyon A.S.. (Attachments: # 1 Exhibit A) (Ward, Christopher) (Entered: 07/21/2017) |

/s/ Gene Matthews
**Gene Matthews**

Dated: July 24, 2017
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 24th day of July, 2017, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WHITNEY HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 4-22-2020

# EXHIBIT A

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
*Via First Class Mail*

Derek C. Abbott
Tamara K. Minott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
*Via Hand Delivery*