**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt. Nos: 18316 & 18339** |

**ORDER RE WILLIAM A. OWENS'**
**MOTION FOR RECONSIDERATION**

The Court has duly considered the Motion for Reconsideration of the Court's Order

Granting the Debtors' Objection to the Proof of Claim of William A. Owens (the "Motion").

For the reasons which the Court set forth in the accompanying Memorandum Opinion on

the Motion for Reconsideration of William A. Owens, IT IS ORDERED that the Motion is

denied.

Dated:  July 24, 2017

KEVIN GROSS, U.S.B.J.