IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**APPELLANTS' DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellants SNMP Research International, Inc. and SNMP Research, Inc. (together, "SNMP Research") respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, this designation of the record on SNMP Research's appeal from the Order Denying Motion to Amend Proofs of Claim [D.I. 18331] (the "Order"), entered on June 29, 2017, denying the Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [D.I. 17432] (the "Motion"). The Order was accompanied by the Opinion re Motion to Amend Proofs of Claim [D.I. 18330], also issued in June 29, 2017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| D.I. | Description |
|---|---|
| 17417 | Objection of SNMP Research International, Inc. and SNMP Research, Inc. to Proposed Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors |
| 17432 | Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 17433 | Declaration of Jeffrey D. Case in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant[2] |
| 17836 | Debtors' Memorandum of Law in Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 17837 | Declaration of Paul C. Kleist, Jr. in Support of Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [FILED UNDER SEAL] |
| 17838 | Declaration of Paul C. Kleist, Jr. in Support of Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [REDACTED VERSION – EXHIBITS FILED UNDER SEAL] |
| 17919 | Order Granting Motion to File Under Seal Exhibit to the Declaration of Paul C. Kleist, Jr. in Support of Debtors' Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 17987 | Notice of Supplemental Facts in Further Support of Debtors Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 18020 | Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue |
| 18069 | Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [FILED UNDER SEAL] |
| 18070 | Transmittal Affidavit of Nicholas J. Brannick in Support of Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [FILED UNDER SEAL] |
| 18071 | Transmittal Affidavit of Nicholas J. Brannick in Support of Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [REDACTED VERSION] |

---

[2] Exhibits 1, 5, 7, 9 and 11 of this declaration were filed under seal. The declaration itself and the remaining exhibits were filed publicly.

53651/0001-14669493v3

| D.I. | Description |
|---|---|
| 18088 | Reply in Further Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [REDACTED VERSION] |
| 18094 | Order Approving Stipulation Concerning Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 18131 | Debtors' Sur-Reply in Further Opposition to the Motion of SNMP Research International, Inc. and SNMP Research, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 18132 | Joinder of the Official Committee of Unsecured Creditors of Nortel Networks, Inc., *et al.* to Debtors' Opposition to Motion of SNMP Research International, Inc. to Amend Proofs of Claim |
| 18164 | U.S. Debtors' Pre-Hearing Submissions for the May 11-12, 2017 Hearing |
| 18168 | SNMP Research's List of Witnesses and Exhibits in Connection With Hearing on Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 18179 | SNMP Research's Amended List of Witnesses and Exhibits in Connection With Hearing on Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant |
| 18180 | Letter dated May 9, 2017 to the Honorable Kevin Gross |
| 18183 | U.S. Debtors' Amended Pre-Hearing Submissions for the May 11-12, 2017 Hearing |
| 18184 | Notice of Filing of Plaintiffs' (I) Objections to Nortel Networks Inc.'s Deposition Designations and (II) Counter-Designations[3] |
| 18185 | U.S. Debtors' (I) Objections to SNMP Research's Exhibits and (II) Objections and Counter Designations to SNMP Research's Deposition Designations |
| 18187 | Notice of Filing of Plaintiffs' Objections to Nortel Networks Inc.'s Trial Exhibits |
| 18220 | Transcript of Hearing held May 12, 2017 |
| 18238 | Notice of Intent to Submit Redactions to Transcripts of Trial Held on May 11 and 12, 2017 |
| 18254 | Letter dated May 30, 2017 to the Honorable Kevin Gross Regarding SNMP Research International, Inc.'s and SNMP Research, Inc.'s List of Exhibits for Schedule 1 Issue and Motion to Amend |
| 18284 | Order Approving Requests for Redaction of Transcripts for May 11, 2017 and May 12, 2017 Trial |
| 18330 | Opinion Re Motion to Amend Proofs of Claim |
| 18331 | Order Denying Motion to Amend Proofs of Claim |

---

[3] On June 22, 2017, the U.S. Debtors sent a letter to the Bankruptcy Court, which was approved by SNMP Research, that contained color-coded excerpts of the parties' deposition designations and counter-designations relating to the hearing held on May 11 and 12, 2017. That letter and the color-coded binder were not docketed. That hearing was a joint hearing on the Motion relating to the Order and this appeal and a substantive contract interpretation issue which is not the subject of this appeal. Accordingly, the deposition designations and counter-designations relate to both issues. SNMP Research reserves the right to object to reliance on any deposition designations or counter-designations in this appeal that do not relate to the Motion itself.

| D.I. | Description |
|---|---|
| N/A | Undocketed Letter dated June 22, 2017 with (deposition designations) |

## SNMP RESEARCH'S ADMITTED EXHIBITS RELATING TO MOTION

| Ex. No. | Description |
|---|---|
| P–1 | Declaration of Jeffrey D. Case in Support of Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant ("Case Declaration") |
| P–2 | Original Proofs of Claim filed September 29, 2009 (Exhibit 2 to the Case Declaration) |
| P–3 | First Amended NNI Claim (Exhibit 3 to the Case Declaration) |
| P–4 | Second Amended NNI Claim (Exhibit 4 to the Case Declaration) |
| P–7 | Third Amended NNI Claim (Exhibit 6 to the Case Declaration) |
| P–9 | Fourth Amended Claims (Exhibit 8 to the Case Declaration) |
| P–11 | Fifth Amended Claims (Exhibit 10 to the Case Declaration) |
| P–14 | U.S. Debtors' Opposition to Motion to Withdraw Reference |
| P–15 | U.S. Debtors' Appellee Brief re: EMEA Debtors' Appeal |
| P–18 | SNMP Research's Objection to Disclosure Statement |
| P–19 | Excerpts from Disclosure Statement for First Amended Joint Plan of Reorganization |

## DEPOSITION DESIGNATIONS[4]

| Ex. No. | Description |
|---|---|
| N/A | Designations from the Deposition of Dr. Jeffrey Case January 11, 2017:<br>14:20-15:6<br>21:7-22:7<br>139:22-140:21<br>141:15-21 |
| N/A | Designations from the Deposition of Dr. Jeffrey Case March 31, 2017:<br>923:25-925:15 |

## RESERVATION OF RIGHTS

SNMP Research expressly reserves the right to revise or supplement the record on appeal and to adopt the designations of any other party to the appeal.

---

[4] *See supra* note 3.

Dated: July 26, 2017

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*