# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

Appellants SNMP Research International, Inc. ("SNMPRI") and SNMP Research, Inc. ("SNMPR," and together with SNMPRI, "SNMP Research") respectfully submit, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, their statements of issues to be presented on appeal from the Order Denying Motion to Amend Proofs of Claim [D.I. 18331] (the "Order"), entered on June 29, 2017, denying the Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [D.I. 17432] (the "Motion to Amend"). The Order was accompanied by the Opinion re Motion to Amend Proofs of Claim [D.I. 18330] (the "Opinion"), also issued in June 29, 2017.

## ISSUES TO BE PRESENTED ON APPEAL

1. Whether the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") erred in denying the Motion to Amend.

2. Whether the Bankruptcy Court erred in denying the request in the Motion to Amend for SNMPRI to file a sixth amended proof of claim (the "Proposed Claim") against Debtor

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).

53651/0001-14669609v1

Nortel Networks, Inc. ("NNI") as amendments to the Original Claim[2] and Previously Amended Claims against NNI, or alternatively, authorizing SNMPRI's filing of the Previously Amended Claims against NNI and the Proposed Claim as news claims filed after the Bar Date.

3. Whether the Bankruptcy Court erred in denying the request in the Motion to Amend for SNMPR to be added as a claimant in the Proposed Claim, or alternatively, to permit joinder of SNMPR as a real party in interest in the Proposed Claim.

## RESERVATION OF RIGHTS

SNMP Research expressly reserves the right to supplement the issue on appeal or adopt any issues on appeal.

Dated: July 26, 2017

**OF COUNSEL**

Richard S. Busch, Esq.
**King & Ballow Law Offices**
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 (Phone)
(615) 726-5417 (Fax)
rbusch@kingballow.com

-and-

John L. Wood, Esq.
**Egerton, McAfee, Armistead & Davis, P.C.**
900 S. Gay Street
Knoxville, TN 37902
(865) 546-0500 (Phone)
(865) 525-5293 (Fax)
jwood@emlaw.com

**COLE SCHOTZ P.C.**

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 651-2002 (Phone)
(302) 652-3117 (Fax)
npernick@coleschotz.com
nbrannick@coleschotz.com

-and-

G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
(410) 230-0660 (Phone)
(410) 230-0667 (Fax)
ddean@coleschotz.com

*Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.*

---

[2] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

2

53651/0001-14669609v1