**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.,* | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Nicholas J. Brannick, hereby certify that on July 26, 2017, I caused a copy of the **Statement of the Issues to Be Presented on Appeal** to be served via First-Class and electronic mail on the following parties:

Derek C. Abbot, Esq. (dabbott@mnat.com)
Andrew R. Remming, Esq. (aremming@mnat.com)
Tamara Minott, Esq. (tminott@mnat.com)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Lisa M. Schweitzer, Esq. (lschweitzer@cgsh.com)
David H. Herrington, Esq. (dherrington@cgsh.com)
Philip A. Cantwell, Esq. (pcantwell@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dated: July 26, 2017

COLE SCHOTZ P.C.

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
nbrannick@coleschotz.com

*Counsel to SNMP Research International, Inc. and SNMP Research, Inc.*

53651/0001-11636937v32