# EXHIBIT A

**NORTEL NETWORKS INC., *et al*.**
**CASE NO. 09-10138 (KG)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Cassels Brock & Blackwell LLP [Docket No. 18320] | 5/1/17 - 5/8/17 | CDN$15,261.00 (Fees) CDN$7.97 (Expenses) | CDN$12,208.80 (Fees @ 80%) CDN$7.97 (Expenses @ 100%) | 6/21/17 | 7/12/17 |

2253769v1