# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC [Docket No. 18268] | 4/1/17 - 4/30/17 | $28,787.50 (Fees) $0.00 (Expenses) | $23,030.00 (Fees @ 80%) $0.00 (Expenses @ 100%) | 5/31/17 | 6/20/17 |

2254992v1