# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
### CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Whiteford, Taylor & Preston LLC  [Docket No. 18358] | 5/1/17 - 5/8/17 | $17,087.00 (Fees)  $385.34 (Expenses) | $13,669.60 (Fees @ 80%)  $385.34 (Expenses @ 100%) | 7/7/2017 | 7/27/2017 |

2255733v1