# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC  [Docket No. 18359] | 5/1/17 - 5/8/17 | $31,398.50 (Fees)  $0.00 (Expenses) | $25,118.80 (Fees @ 80%)  $0.00 (Expenses @ 100%) | 7/7/17 | 7/27/17 |

2255730v1