# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                               :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    :   Case No. 09-10138 (KG)
:
               Debtors.         :   Jointly Administered
:
:   **RE: D.I. 18351**
:
---------------------------------------------------------X

**SUPPLEMENT TO THE ONE HUNDRED AND FIRST MONTHLY
(FOR THE PERIOD MAY 1, 2017 THROUGH MAY 8, 2017)
AND FINAL APPLICATION OF CLEARY GOTTLIEB STEEN &
HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD JANUARY 14, 2009 THROUGH MAY 8, 2017[2]**

| | |
|---|---|
| Name of Applicant: | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | February 4, 2009, *nunc pro tunc* to January 14, 2009 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] This supplement (the "Supplement") incorporates by reference the *One Hundred and First Monthly (For the Period May 1, 2017 Through May 8, 2017) and Final Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtors and Debtors-in-Possession, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Included for the Period January 14, 2009 Through May 8, 2017* [D.I. 18351] (the "Final Application"). The Supplement is being filed to reflect an invoice from a trial graphics vendor retained by the Debtors that was inadvertently not included on the original Final Application.

| | |
|---|---|
| Monthly Period for which compensation and reimbursement is sought: | May 1, 2017 through May 8, 2017 |
| Amount of Monthly compensation sought as actual, reasonable, and necessary: | $515,382.50 |
| Prior Amount of Monthly reimbursement sought as actual, reasonable, and necessary: | $161,696.82 |
| Revised Amount of Monthly reimbursement sought as actual, reasonable, and necessary: | $171,743.07 |
| Final Period for which compensation and reimbursement is sought: | January 14, 2009 through May 8, 2017[3] |
| Amount of Final compensation sought as actual, reasonable, and necessary: | $307,511,796.50[4] |
| Prior Amount of Final reimbursement sought as actual, reasonable, and necessary: | $39,271,008.97 |
| Revised Amount of Final reimbursement sought as actual, reasonable, and necessary: | $39,281,055.22 |

This is a _x_ monthly          _x_ final application

The total time expended for fee application preparation is approximately 131.50 hours and the corresponding compensation requested is approximately $57,932.50.

---

[3] Cleary Gottlieb notes that Debtor Nortel Networks India International, Inc. ("NNIII") has not yet filed a Chapter 11 plan and the firm will continue to file fee applications during the pendency of its bankruptcy case. NNIII is included on this Application because it historically has been consolidated with the other Debtors for fee application purposes and Cleary Gottlieb seeks to ensure that all fees for NNIII through and including May 8, 2017 are approved by the Bankruptcy Court. All fees of Cleary Gottlieb for professional services performed for NNIII after May 8, 2017 will be included in future fee applications filed by Cleary Gottlieb in the NNIII bankruptcy case.

[4] Includes $57,932.50 in fees for preparation of fee applications incurred after the Effective Date of the Plan.

## MONTHLY EXPENSE SUMMARY[5]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2017 through May 8, 2017

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $129.35 |
| Travel – Transportation | | 4,298.83 |
| Travel – Lodging | | 3,888.00 |
| Travel – Meals | | 818.79 |
| Mailing & Shipping Charges | | 828.99 |
| Duplicating Charges (at $0.10/page) | | 3,528.70 |
| Legal Research | Lexis | 2,617.97 |
| | Westlaw | 5,526.11 |
| Late Work – Meals | | 4,309.07 |
| Late Work – Transportation | | 4,410.30 |
| Conference Meals | | 326.63 |
| Other | | 50,151.70[6] |
| Expert Expenses | | 90,908.63 |
| **Grand Total Expenses** | | **$171,743.07**[6] |

---

[5] Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

[6] This Supplement includes an additional invoice in the amount of $10,046.25 from Impact Trial Consulting LLC for services related to trial graphics consulting for the period of May 1, 2017 through May 8, 2017.

**FINAL EXPENSE SUMMARY**
NORTEL NETWORKS INC., ET AL.
(CASE NO. 09-10138 (KG))

January 14, 2009 through May 8, 2017

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $221,903.14 |
| Travel – Transportation | | 1,135,983.35 |
| Travel – Lodging | | 778,481.03 |
| Travel – Meals | | 85,675.18 |
| Travel – Miscellaneous | | 29.03 |
| Mailing & Shipping Charges | | 101,452.49 |
| Scanning Charges | | 15,475.24 |
| Duplicating Charges (at $0.10/page) | | 763,940.96 |
| Color Duplicating Charges (at $0.65/page) | | 203,260.20 |
| Facsimile Charges | | 7,193.29 |
| Legal Research | PACER | 99,639.02 |
| | Lexis | 769,258.01 |
| | Westlaw | 1,183,786.18 |
| Filing Fees | | 4,421.65 |
| Late Work – Meals | | 471,817.61 |
| Late Work – Transportation | | 1,197,242.82 |
| Conference Meals | | 1,358,587.07 |
| Other | | 2,327,058.06[7] |
| Expert Expenses | | 28,555,850.89 |
| **Grand Total Expenses** | | **$39,281,055.22[7]** |

---

[7] This Supplement includes an additional invoice in the amount of $10,046.25 from Impact Trial Consulting LLC for services related to trial graphics consulting for the period of May 1, 2017 through May 8, 2017.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                                     :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :     Case No. 09-10138 (KG)
:
         Debtors.  :     Jointly Administered
:
:     **Re : D.I. 18351, _____**
:
------------------------------------------------------------X

**SUPPLEMENT TO THE ONE HUNDRED AND FIRST MONTHLY (FOR THE PERIOD MAY 1, 2017 THROUGH MAY 8, 2017) AND FINAL APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JANUARY 14, 2009 THROUGH MAY 8, 2017**

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), submits this supplemental application (the "Supplemental Application") to supplement the *One Hundred and First Monthly (For the Period May 1, 2017 Through May 8, 2017) and Final Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtors and Debtors-in-Possession, for Allowance of Compensation and for*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International, Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Reimbursement of all Actual and Necessary Expenses Included for the Period January 14, 2009 Through May 8, 2017* [D.I. 18351], together with the Supplemental Application, the "Final Application") for interim allowance of compensation for professional services rendered by Cleary Gottlieb to the Debtors for the period May 1, 2017 through May 8, 2017 (the "Monthly Application Period") and final allowance of compensation for professional services rendered by Cleary Gottlieb to the Debtors for the period January 14, 2009 through May 8, 2017 (the "Final Application Period") and reimbursement of actual and necessary expenses incurred by Cleary Gottlieb during the Monthly Application Period and Final Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), the Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 293] (the "Interim Compensation Procedures Order"), the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F), dated March 5, 2013 [D.I. 9584] (the "Modification Oder"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications dated July 10, 2013 [D.I. 11082] (the "Order Appointing a Fee Examiner").  This Supplement is filed to include an additional invoice that was inadvertently not included when the Final Application [D.I. 18351] was originally filed.  In support of this Final Application, Cleary Gottlieb represents as follows:

## RELIEF REQUESTED

1.     Cleary Gottlieb submits this Supplemental Application to supplement its Final Application: (i) for monthly and final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it rendered as counsel to the Debtors during the Monthly and Final Application Periods and (ii) for monthly and final reimbursement of actual, reasonable, and necessary expenses incurred in representing the Debtors during the Monthly Application Period and Final Application Period and in order to include a request for reimbursement of expenses associated with the invoice received by the Debtors from Impact Trial Consulting LLC (the "Impact Trial Invoice") related to certain trial graphic services performed for the Debtors during the period from May 1, 2017 to May 8, 2017. For purposes of approving the Final Application, Cleary Gottlieb hereby incorporates the remainder of the relief sought in the original Final Application [D.I. 18351] by reference.

## MONTHLY APPLICATION PERIOD

2.     During the Monthly Application Period, Cleary Gottlieb (a) provided professional services to the Debtors and incurred actual, reasonable, and necessary fees in the amount of $515,382.50 and (b) incurred actual, reasonable, and necessary expenses totaling $171,743.07, including the addition of $10,046.25 related to the Impact Trial Invoice. As of the date of this Application, Cleary Gottlieb has not received payment for the monthly fees and expenses requested for the Monthly Application Period.

3.     Exhibit A attached hereto contains a supplemental itemization of disbursements incurred by Cleary Gottlieb during the Monthly Application Period, which includes the Impact Trial Invoice. Given the relatively small amount of the Impact Trial Invoice and the importance of the services rendered by Trial Impact Consulting LLC to the Debtors, the Debtors respectfully request reimbursement for the Impact Trial Invoice be approved in addition to the remainder of the expenses reflected on the Final Fee Application. The remainder of the itemized

expenses for the Monthly Application Period are included on Exhibit B to the original Final Application [D.I. 18351] and are hereby incorporated by reference.

## THE FINAL APPLICATION PERIOD

4. Cleary Gottlieb seeks allowance of $307,453,864.00 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period and $39,281,055.22 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period. Detailed descriptions of the services rendered and expenses incurred by Cleary Gottlieb during the Final Application Period are set forth on Exhibits A and B, respectively, of the monthly fee applications filed by Cleary Gottlieb in these chapter 11 cases. Cleary Gottlieb requests that the Debtors be authorized and directed to pay Cleary Gottlieb an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid by the Debtors.

5. In accordance with Local Rule 2016-2, Cleary Gottlieb has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

6. Cleary Gottlieb has endeavored to represent the Debtors in the most expeditious and economical manner possible. Tasks have been assigned to attorneys, paralegals, and other support staff at Cleary Gottlieb so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the

lowest hourly rate professional appropriate for a particular matter. Moreover, Cleary Gottlieb has endeavored to coordinate with Morris Nichols and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors. We believe we have been successful in this regard.

7. No agreement or understanding exists between Cleary Gottlieb and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

8. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Cleary Gottlieb respectfully requests that this Court: (i) allow Cleary Gottlieb (a) monthly compensation in the amount of $515,382.50 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the Monthly Application Period and (b) monthly reimbursement in the amount of $171,743.07 for actual, reasonable, and necessary expenses incurred during the Monthly Application Period; and (ii)(a) allow final compensation in the amount of $307,511,796.50 for actual, reasonable, and necessary services rendered to or on behalf of the Debtors during the Final Application Period, (b) allow final reimbursement of $39,281,055.22 for actual, reasonable, and necessary expenses incurred during the Final Application Period, and (c) authorize and direct the Debtors to pay Cleary Gottlieb $1,419,772.87, an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors[14]; and (iii) grant such other

---

[2] Cleary Gottlieb previously has been paid a total of $306,263,766.70. That amount has been applied to this Application, bringing the balance due to $1,419,772.87 for the Final Application Period, including $171,743.07 in

further relief as the Court deems just and proper.

Dated: July 31, 2017
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Lisa M. Schweitzer
James L. Bromley
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*Counsel for the Debtors and Reorganized Debtors*

---

reimbursement for expenses incurred during the Monthly Application Period and $1,248,029.80 in unpaid fees for the Final Application Period. Cleary Gottlieb previously has been paid a total of $306,263,766.70.