**EXHIBIT A**

SUPPLEMENTAL EXPENSE SUMMARY FOR THE PERIOD MAY 1, 2017 THROUGH MAY 8, 2017

| | | | |
|---|---|---|---|
| **EXPENSE SUMMARY** | | | **In re Nortel Networks Inc., et al.** |
| **May 1, 2017 through May 8, 2017** | | | **(Case No. 09-10138 (KG))** |
| Date | Amount | Narrative | |
| 7/31/2017 | 10,046.25 [1] | Graphics Production Services | |

[1] The remainder of the itemized expenses for the Monthly Application Period are included as Exhibit B to the originally filed Final Application and are hereby incorporated by reference.