## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Reply Memorandum Of Law In Further Support Of Their Motion For Summary Judgment** was caused to be made on August 4, 2017, in the manner indicated upon the entities identified below.

Date:  August 4, 2017

/s/ Tamara K. Minott
Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

POLSINELLI PC
Christopher A. Ward, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL**

LOWENSTEIN SANDLER LLP
Zachary D. Rosenbaum, Esq.
Paul Kizel, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068