# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X : | |
| *In re* : | Chapter 11 |
| : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | |
| : | (Jointly Administered) |
| Debtors. : | **Re: D.I. 18431** |
| : | |
| ------------------------------------------------------------ X | |
| : | |
| SNMP Research International, Inc. : | |
| : | |
| and : | |
| : | |
| SNMP Research, Inc., : | Adv. Proc. No. 11-53454 (KG) |
| : | |
| Plaintiffs, : | **Re: D.I. 618** |
| : | |
| v. : | |
| : | |
| Nortel Networks Inc., *et al.*, : | |
| : | |
| Defendants. : | |
| ------------------------------------------------------------ X | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 4, 2017, a copy of the **[Sealed] U.S. Debtors' Response To SNMP Research's Proposed Findings of Fact and Conclusions of Law** was served in the manner indicated upon the individuals identified on the attached service list.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: August 7, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>David H. Herrington (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>    */s/ Tamara K. Minott*    <br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>Andrew J. Roth-Moore (No. 5988)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Reorganized Debtors* |