IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
*In re*                                                    :
                                                           :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
                                                           :
      Wind-Down Debtors and                       :   Jointly Administered
      Debtor-In-Possession.                       :
                                                           :
------------------------------------------------------------X

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Nortel Networks, Inc. ("NNI") and certain of its affiliates, as wind-down debtors and debtor-in-possession, respectively, in the above-captioned case (collectively, the "Debtors"), respectfully submit this designation of additional items to be included in the record on appeal (Dist. Ct. Case No. 17-936-LPS) of the *Opinion* [D.I. 18330] and *Order* [D.I. 18331] entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on June 29, 2017, denying the Motion of SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMP Research") to Amend Proofs of Claim and Add SNMP Research, Inc. as Claimant [D.I. 17432] (the "Motion to Amend").[2]

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for all Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] The submission of this designation shall not be construed as a waiver of any argument by the Debtors that SNMP Research's appeal is improper. The Debtors continue to maintain that the Bankruptcy Court's ruling on the Motion to Amend is an interlocutory order that is not appealable absent leave from the district court, which SNMP Research neither sought nor obtained.

1. The following items from the Debtors' jointly administered chapter 11 proceedings pending in the Bankruptcy Court (Case No. 09-10138):

| Item | D.I. | Description |
|---|---|---|
| 1 | 1919 | Notice of Establishment of Supplemental Deadline Requiring Filing of Proofs of Claim by Certain Creditors On or Before December 15, 2009 |
| 2 | 3507 | Debtors' Twelfth Omnibus Objection (Substantive) to Certain Claims |
| 3 | 17502 | Disclosure Statement for the First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors |
| 4 | 17795 | Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of Its Affiliated Debtors |

2. The following items admitted as exhibits in connection with the hearing held in the Bankruptcy Court on May 12, 2017, or referenced in the Debtors' related deposition designations:

| Item | Ex. No. | Description |
|---|---|---|
| 5 | D-5 | License Agreement Between Nortel Networks Corporation and SNMP Research International, Inc. |
| 6 | D-6A | License Agreement Between Nortel Networks Corporation and SNMP Research International, Inc. |
| 7 | D-6B | License Agreement Between Nortel Networks Corporation and SNMP Research International, Inc. |
| 8 | D-69 | SNMP Research International, Inc. Proof of Claim (No. 4625) |
| 9 | D-70 | SNMP Research International, Inc. First Amended Proof of Claim (No. 7471) |
| 10 | D-71 | SNMP Research International, Inc. Second Amended Proof of Claim (No. 7740) |
| 11 | D-72 | SNMP Research International, Inc. Third Amended Proof of Claim (No. 7923) |
| 12 | D-73 | SNMP Research International, Inc. Fourth Amended Proof of Claim (No. 8422) |
| 13 | D-74 | SNMP Research International, Inc. Fifth Amended Proof of Claim (No. 8801) |
| 14 | D-75 | SNMP Research's Proposed Sixth Amended Proof of Claim |

| Item | Ex. No. | Description |
|------|---------|-------------|
| 15 | D-103 | License Agreement Between SNMP Research, Inc. and SNMP Research International, Inc. |
| 16 | D-105 | Deposition Transcript of Jeffrey D. Case, dated August 11, 2015 |
| 17 | D-106 | Minutes of the Meeting of the Board of SNMP Research, Inc., dated September 26, 2011 |
| 18 | D-107 | Minutes of the Meeting of the Board of SNMP Research International, Inc., dated September 26, 2011 |
| 19 | D-202 | Expert Report of Ian Ratner CPA, ABV, ASA, CFE, dated November 11, 2016 |
| 20 | D-294 | Expert Report of Ian Ratner CPA, ABV, ASA, CFE, dated November 2, 2016 |

3.  The following items from the adversary proceeding pending in the Bankruptcy Court regarding the claims of SNMP Research against the Debtors (Adv. Proc. No. 11-53454):

| Item | D.I. | Description |
|------|------|-------------|
| 21 | 1 | Adversary Complaint [FILED UNDER SEAL] |
| 22 | 152 | Plaintiff's Motion for Withdrawal of Reference |
| 23 | 183 | Memorandum of Law / Brief of Avaya, Inc. in Opposition to Plaintiff's Motion to Withdraw the Reference |
| 24 | 199 | Plaintiff's Reply Brief in Further Support of the Motion for Withdrawal of Reference |
| 25 | 285 | Plaintiffs' Motion for Partial Summary Judgment |
| 26 | 286 | Plaintiffs' Brief in Support of Plaintiffs' Motion for Partial Summary Judgment |
| 27 | 300 | U.S. Debtors' Motion for Partial Summary Judgment [FILED UNDER SEAL] |

| Item | D.I. | Description |
|---|---|---|
| 28 | 301 | U.S. Debtors Memorandum of Law in Support of Their Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment [FILED UNDER SEAL] |
| 29 | 312 | Plaintiffs' Brief in Opposition to U.S. Debtors' Motion for Partial Summary Judgment and in Further Support of Plaintiffs' Motion for Partial Summary Judgment [FILED UNDER SEAL] |
| 30 | 321 | U.S. Debtors' Reply Memorandum of Law in Further Support of Their Motion for Partial Summary Judgment [FILED UNDER SEAL] |
| 31 | 359 | Memorandum Opinion on Cross-Motions for Summary Judgment |
| 32 | 360 | Order on Cross-Motions for Summary Judgment |
| 33 | 432 | U.S. Debtors' Motion for Clarification |
| 34 | 433 | U.S. Debtors' Memorandum of Law in Support of Their Motion for Clarification [FILED UNDER SEAL] |
| 35 | 443 | Plaintiffs' Amended Brief in Opposition to U.S. Debtors' Motion for Clarification |
| 36 | 466 | Memorandum Opinion on U.S. Debtors' Motion for Clarification |

## RESERVATION OF RIGHTS

The Debtors expressly reserve the right to revise or supplement the record on appeal and to adopt the designations of any other party to the appeal.[3]

---

[3]   In its designation of items to be included in the record on appeal, SNMP Research designated the undocketed letter submitted by the Debtors (on behalf of both parties) to the Bankruptcy Court on June 22, 2017, which contains the parties' deposition designations and counter-designations. The Debtors expressly reserve the right to rely on any such deposition designations and counter-designations or portions thereof as necessary in this appeal.

Dated: August 9, 2017
Wilmington, Delaware

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Wind-Down Debtors
and Debtor-in-Possession*