## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Designation Of Additional Items To Be Included In The Record On Appeal** was caused to be made on August 9, 2017, in the manner indicated upon the entities identified below.

Date:  August 9, 2017

_/s/ Tamara K. Minott_
Tamara K. Minott (No. 5643)

### VIA EMAIL AND HAND DELIVERY

Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE  19801
_Email: npernick@coleschotz.com_
_Email: nbrannick@coleschotz.com_

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
_Email: Mark.Kenney@usdoj.gov_

### VIA EMAIL AND FIRST CLASS MAIL

G. David Dean
Pauline Ratkowiak
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD  21202
_Email: ddean@coleschotz.com_
_Email: pratkowiak@coleschotz.com_

Richard S. Busch
Jeremy D. Ray
King & Ballow
315 Union Street
Suite 1100
Nashville, TN  37201
_Email: rbusch@kingballow.com_
_Email: jray@kingballow.com_

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN  37902
_Email: jwood@emlaw.com_

11232827.1