
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re:                                                   :     Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :     Case No. 09-10138 (KG)
                                                         :
         Debtors.                                :     Jointly Administered
                                                         :
                                                         :     **Ref. Dkt. No. 18383, 18347**
---------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY-NINTH MONTHLY FOR THE PERIOD NOVEMBER 1, 2015 THROUGH MAY 8, 2017 AND FINAL APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 17, 2010 THROUGH MAY 8, 2017**

The undersigned hereby certifies that, as of the date hereof Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") has received no answer, objection or other responsive pleading to the *Thirty-Ninth Monthly for the Period November 1, 2015 Through May 8, 2017 and Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, as Special Litigation Counsel to the Debtors and Debtors-In-Possession for Allowance of Compensation and for Reimbursement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). This fee application is not a final fee application with respect to Nortel Networks India International Inc. Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

10328249 v1

*of all Actual and Necessary Expenses Incurred for the Period September 17, 2010 Through May 8, 2017* (the "Application") (D.I. 18343), which was filed on July 6, 2017.

The undersigned further certifies that Benesch has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Corrected Notice filed in connection with the Application, objections to the Application were to be filed and served no later than July 27, 2017 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below, in connection with the Thirty-Ninth Monthly for the Period November 1, 2015 Through May 8, 2017 portion of the Application.

| **Total Interim Fees Requested** | **Total Interim Expenses Requested** | **80% of Requested Interim Fees** | **Total Debtors are Authorized to Pay** |
|---|---|---|---|
| $9,799.00 | $119.42 | $7,839.20 | $7,958.62 |

WHEREFORE, Benesch respectfully requests (i) immediate payment of the allowed amounts listed above; and (ii) approval of the Application in its entirety.

Dated: August 10, 2017        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
Kevin M. Capuzzi, Esquire (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Telephone:  (302) 442-7006
Facsimile:  (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
*Special Litigation Counsel to the Debtors*