# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*  :  Chapter 11
:
:  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]  :
:  (Jointly Administered)
    Wind-Down Debtors and Debtor-In-  :
    Possession.  :
:
------------------------------------------------------------X

## NOTICE OF RESCHEDULED HEARING TIME FROM
## SEPTEMBER 12, 2017 AT 10:00 A.M. (ET) TO SEPTEMBER 12, 2017 AT 9:30 A.M. (ET)

      PLEASE TAKE NOTICE that the hearing previously scheduled for September 12, 2017 at 10:00 a.m. (ET) has been rescheduled in these cases to **September 12, 2017 at 9:30 a.m. (ET)**.

      PLEASE TAKE FURTHER NOTICE that the hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market St., 6th floor, Courtroom #3, Wilmington, Delaware 19801.

Dated:  August 14, 2017
          Wilmington, Delaware

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                            James L. Bromley (admitted *pro hac vice*)
                                            Lisa M. Schweitzer (admitted *pro hac vice*)
                                            One Liberty Plaza
                                            New York, New York 10006
                                            Telephone:  (212) 225-2000
                                            Facsimile:  (212) 225-3999

                                                         - and -

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

- 2 -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
        Derek C. Abbott (No. 3376)
        Eric D. Schwartz (No. 3134)
        Andrew R. Remming (No. 5120)
        Tamara K. Minott (No. 5643)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19801

        *Counsel for the Wind-Down Debtors*
        *and Debtor in Possession*

2936031.14