**EXHIBIT A**

**Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)**

**Summary of Fees and Expenses for the Period**
**From February 1, 2017 through April 30, 2017, unless otherwise specified**

**Hearing: August 16, 2017 at 10:00 a.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Notice Of Thirty-Third Interim Fee Application Request (D.I. 18267, Filed 5/31/17).

   1.    Ninety-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2017 Through February 28, 2017 (D.I. 18108, Filed 4/17/17);

   2.    Certification Of No Objection Regarding Ninety-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2017 Through February 28, 2017 [Docket No. 18108] (No Order Required) (D.I. 18186, Filed 5/9/17);

   3.    Ninety-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2017 Through March 31, 2017 (D.I. 18242, Filed 5/23/17);

   4.    Certification Of No Objection Regarding Ninety-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2017 Through March 31, 2017 [Docket No. 18242] (No Order Required) (D.I. 18296, Filed 6/13/17);

   5.    Ninety-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2017 Through April 30, 2017 (D.I. 18263, Filed 5/31/17);

   6.    Certification Of No Objection Regarding Ninety-Ninth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The

Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2017 Through April 30, 2017 [Docket No. 18263] (No Order Required) (D.I. 18319, Filed 6/21/17); and

7.  Fee Examiner's Final Report Regarding Thirty-Third Interim Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 18411, Filed 7/28/17).

Berkeley Research Group, LLC

B.  Notice of Seventh Interim Fee Application Request of Berkeley Research Group, LLC (D.I. 18269, Filed 5/31/17).

1.  Eighteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From November 1, 2016 Through November 30, 2016 (D.I. 17743, Filed 1/19/17);

2.  Certificate Of No Objection Regarding Eighteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From November 1, 2016 Through November 30, 2016 (D.I. 17890, Filed 2/9/17);

3.  Nineteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From December 1, 2016 Through December 31, 2016 (D.I. 17996, Filed 3/6/17);

4.  Certificate Of No Objection Regarding Nineteenth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From December 1, 2016 Through December 31, 2016 (D.I. 18044, Filed 3/28/17);

5.  Twentieth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From January 1, 2017 Through January 31, 2017 (D.I. 18035, Filed 3/23/17);

6.  Certificate Of No Objection Regarding Twentieth Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From January 1, 2017 Through January 31, 2017 (D.I. 18096, Filed 4/13/17);

7.      Twenty-First Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From February 1, 2017 Through February 28, 2017 (D.I. 18126, Filed 4/24/17);

8.      Certificate Of No Objection Regarding Twenty-First Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From February 1, 2017 Through February 28, 2017 (D.I. 18221, Filed 5/16/17);

9.      Twenty-Second Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From March 1, 2017 Through March 31, 2017 (D.I. 18245, Filed 5/24/17);

10.     Certificate Of No Objection Regarding Twenty-Second Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From March 1, 2017 Through March 31, 2017 (D.I. 18418, Filed 7/28/17);

11.     Twenty-Third Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From April 1, 2017 Through April 30, 2017 (D.I. 18268, Filed 5/31/17);

12.     Certificate Of No Objection Regarding Twenty-Third Monthly Fee Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From April 1, 2017 Through April 30, 2017 (D.I. 18419, Filed 7/28/17); and

13.     Fee Examiner's Final Report Regarding Seventh Interim Fee Application Of Berkeley Research Group, LLC (D.I. 18426, Filed 8/2/17).

Cassels Brock & Blackwell LLP

C.      Notice Of Thirteenth Interim Fee Application Request (D.I. 18259, 530/17).

1.      Thirty-Sixth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2017 To February 28, 2017 (D.I. 18228, Filed 5/19/17);

2.     Certification of No Objection Regarding Thirty-Sixth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From February 1, 2017 To February 28, 2017 (D.I. 18294, Filed 6/12/17);

3.     Thirty-Seventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2017 To March 31, 2017 (D.I. 18253, Filed 5/26/17);

4.     Certification Of No Objection Regarding Thirty-Seventh Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 1, 2017 To March 31, 2017 (D.I. 18314, Filed 6/19/17);

5.     Thirty-Eighth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2017 To April 30, 2017 (D.I. 18258,   Filed 5/30/17);

6.     Certification Of No Objection Regarding Thirty-Eighth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From April 1, 2017 To April 30, 2017 (D.I. 18324, Filed 6/22/17); and

7.     Fee Examiner's Final Report Regarding Notice Of Thirteenth Interim Fee Application Request Of Cassels Brock & Blackwell LLP (D.I. 18388, Filed 7/21/17).

Chilmark Partners LLC

D.     Twenty-Ninth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period February 1, 2017 Through April 30, 2017 (D.I. 18249, Filed 5/25/17).

1.     Eighty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2017 Through February 28, 2017 (D.I. 18072, Filed 4/6/17);

2.      Certificate of No Objection Regarding Eighty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From February 1, 2017 Through February 28, 2017 (D.I. 18138, Filed 4/27/17);

3.      Eighty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2017 Through March 31, 2017 (D.I. 18247, Filed 5/25/17);

4.      Certificate of No Objection Regarding Eighty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From March 1, 2017 Through March 31, 2017 (D.I. 18306, Filed 6/16/17);

5.      Eighty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2017 Through April 30, 2017 (D.I. 18248, Filed 5/25/17);

6.      Certificate of No Objection Regarding Eighty-Sixth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period April 1, 2017 Through April 30, 2017 (D.I. 18307, Filed 6/16/07); and

7.      Fee Examiner's Final Report Regarding Twenty-Ninth Quarterly Fee Application Of Chilmark Partners, LLC (D.I. 18389, Filed 7/21/17).

<u>Cleary Gottlieb Steen & Hamilton LLP ("Cleary")</u>

E.      Amended Thirty-Third Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period February 1, 2017 Through April 30, 2017 (D.I. 18385, Filed 7/19/17).

1.      Ninety-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18045, Filed 3/29/17);

2.    Certificate Of No Objection Regarding Ninety-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18116, Filed 4/19/17);

3.    Ninety-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18147, Filed 4/28/17);

4.    Certificate Of No Objection Regarding Ninety-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18229, Filed 5/19/17);

5.    One-Hundredth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18244, Filed 5/24/17);

6.    Certificate Of No Objection Regarding One-Hundredth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18301, Filed 6/16/17); and

7.    Fee Examiner's Final Report Regarding Thirty-Third Quarterly Fee Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 18413, Filed 7/28/17).

Ernst & Young LLP

F.    Thirty-Third Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of January 1, 2017 Through April 30, 2017 (D.I. 18265, Filed 5/31/17).

1.    Fifty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of January 1, 2017 Through January 31, 2017 (D.I. 18048, Filed 3/30/17);

2.      Certificate Of No Objection Regarding Fifty-Ninth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of January 1, 2017 Through January 31, 2017 (D.I. 18125, Filed 4/21/17);

3.      Sixtieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2017 Through February 28, 2017 (D.I. 18115, Filed 4/19/17);

4.      Certificate Of No Objection Regarding Sixtieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of February 1, 2017 Through February 28, 2017 (D.I. 18205, Filed 5/11/17);

5.      Sixty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of March 1, 2017 Through March 31, 2017 (D.I. 18182, Filed 5/9/17);

6.      Certificate Of No Objection Regarding Sixty-First Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of March 1, 2017 Through March 31, 2017 (D.I. 18266, Filed 5/31/17);

7.      Sixty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of April 1, 2017 Through April 30, 2017 (D.I. 18264, Filed 5/31/17);

8.      Certificate Of No Objection Regarding Sixty-Second Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of April 1, 2017 Through April 30, 2017 (D.I. 18323, Filed 6/22/17); and

9.      Fee Examiner's Final Report Regarding Thirty-Third Quarterly Fee Application Of Ernst & Young LLP (D.I. 18409, Filed 7/28/17).

<u>Huron Business Advisory</u>

G.      Thirty-Third Quarterly Fee Application Request Of Huron Business Advisory As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period February 1, 2017 Through April 30, 2017 (D.I. 18209, Filed 5/12/17).

1.      Ninety-Seventh Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of

Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18008, Filed 3/9/17);

2.     Certificate Of No Objection Regarding Ninety-Seventh Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18049, Filed 3/30/17);

3.     Ninety-Eighth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18089, Filed 4/11/17);

4.     Certificate Of No Objection Regarding Ninety-Eighth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18155, Filed 5/2/17);

5.     Ninety-Ninth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18181, Filed 5/9/17);

6.     Certificate Of No Objection Regarding Ninety-Ninth Interim Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18272, Filed 5/31/17); and

7.     Fee Examiner's Final Report Regarding Thirty-Third Quarterly Fee Application Of Huron Business Advisory (D.I. 18398, Filed 7/25/17).

John Ray

H.     Thirtieth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period February 1, 2017 Through April 30, 2017 (D.I. 18261, Filed 5/31/17).

1.     Sixty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18000, Filed 3/7/17);

2.      Certificate Of No Objection Regarding Sixty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18042, Filed 3/28/17);

3.      Sixty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18090, Filed 4/11/17);

4.      Certificate Of No Objection Regarding Sixty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18154, Filed 5/2/17);

5.      Sixty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18239, Filed 5/23/17);

6.      Certificate Of No Objection Regarding Sixty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18297, Filed 6/14/17); and

7.      Fee Examiner's Final Report Regarding Thirtieth Quarterly Fee Application Of John Ray (D.I. 18399, Filed 7/25/17).

## Mercer (US) Inc.

I.      Twenty-Fourth Quarterly Fee Application Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors, For The Period Of August 1, 2015 Through April 30, 2017 (D.I. 18271, Filed 5/31/17).

1.      Twenty-Fourth Interim Application Of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of August 1, 2015 Through April 30, 2017 (D.I. 18270, Filed 5/31/17);

2.  Certificate Of No Objection Regarding Twenty-Fourth Interim Application Of Mercer (US) Inc. As Compensation Specialist And Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of August 1, 2015 Through April 30, 2017 (D.I. 18397, Filed 7/25/17); and

3.  Fee Examiner's Final Report Regarding Twenty-Fourth Quarterly Fee Application Of Mercer (US) Inc. (D.I. 184001, Filed 7/25/17).

<u>Morris, Nichols, Arsht & Tunnell LLP</u>

J.  Thirty-Third Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period February 1, 2017 Through April 30, 2017 (D.I. 18236, Filed 5/22/17).

1.  Ninety-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18011, Filed 3/13/17);

2.  Certificate of No Objection Regarding Ninety-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18060, Filed 4/4/17);

3.  Ninety-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18097, Filed 4/13/17);

4.  Certificate Of No Objection Regarding Ninety-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18163, Filed 5/4/17);

5.  One-Hundredth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18231, Filed 5/19/17);

6.     Certificate Of No Objection Regarding One-Hundredth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18291, Filed 6/9/17); and

7.     Fee Examiner's Final Report Regarding Thirty-Third Quarterly Fee Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 18400, Filed 7/25/17).

RLKS Executive Solutions, LLC

K.     Twenty-Eighth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period February 1, 2017 Through April 30, 2017 (D.I. 18255, Filed 5/30/17).

1.     Seventieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 17986, Filed 3/1/17);

2.     Certificate Of No Objection Regarding Seventieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18029, Filed 3/22/17);

3.     Seventy-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18077, Filed 4/7/17);

4.     Certificate Of No Objection Regarding Seventy-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18148, Filed 4/28/17);

5.     Seventy-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18156, Filed 5/2/17);

6.      Certificate Of No Objection Regarding Seventy-Second Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18241, 5/23/17); and

7.      Fee Examiner's Final Report Regarding Twenty-Eighth Quarterly Fee Application Of RLKS Executive Solutions LLC (D.I. 18410, Filed 7/28/10).

Torys LLP

L.      Twenty-Sixth Quarterly Fee Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For The Period February 1, 2017 Through April 30, 2017 (D.I. 18218, Filed 5/15/17).

1.      Seventy-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18034, Filed 3/23/17);

2.      Certificate Of No Objection Regarding Seventy-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2017 Through February 28, 2017 (D.I. 18124, Filed 4/21/17);

3.      Seventy-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18122, Filed 4/20/17);

4.      Certificate Of No Objection Regarding Seventy-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 1, 2017 Through March 31, 2017 (D.I. 18204, Filed 5/11/17);

5.      Seventy-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18211, Filed 5/12/17);

6.      Certificate Of No Objection Regarding Seventy-Third Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual

And Necessary Expenses Incurred For The Period April 1, 2017 Through April 30, 2017 (D.I. 18277, Filed 6/2/17); and

7.  Fee Examiner's Final Report Regarding Twenty-Sixth Quarterly Fee Application Of Torys LLP (D.I. 18407, Filed 7/28/17).

Whiteford, Taylor & Preston LLC

M.  Tenth Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2017 Through April 30, 2017 (D.I. 18260, Filed 5/30/17).

1.  Twenty-Sixth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2017 Through February 28, 2017 (D.I. 18022, Filed 3/17/17);

2.  Certificate Of No Objection Regarding Twenty-Sixth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From February 1, 2017 Through February 28, 2017 [Docket No. 18022] (No Order Required) (D.I. 18079, Filed 4/7/17);

3.  Twenty-Seventh Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2017 Through March 31, 2017 (D.I. 18128, Filed 4/24/17);

4.  Certificate Of No Objection Regarding Twenty-Seventh Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From March 1, 2017 Through March 31, 2017 [Docket No. 18128] (No Order Required) (D.I. 18222, Filed 5/16/17);

5.  Twenty-Eighth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2017 Through April 30, 2017 (D.I. 18212, Filed 5/15/17);

6.  Certificate Of No Objection Regarding Twenty-Eighth Monthly And Interim Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From April 1, 2017 Through April 30, 2017 [Docket No. 18212] (No Order Required) (D.I. 18280, Filed 6/6/17); and

7.  Fee Examiner's Final Report Regarding Tenth Interim Fee Application Of Whiteford, Taylor & Preston LLC (D.I. 18408, Filed 7/28/17).