UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc, | Case No. 09-10138 |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Cedar Glade LP. a creditor in the cases of the above-captioned debtors ("Debtors"), directs Nortel Networks Inc. and counsel to the Trust (including the claims and distribution agent appointed in these cases) to change their address for the purposes of administering their claims (as listed on the Debtors' schedules and/or claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to their claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Cedar Glade LP
767 Fifth Avenue, 19th Floor,
New York, NY
10153

New Address
Cedar Glade LP
660 Madison Avenue, 17th Floor
New York, NY
10065

I declare under penalty of perjury that the foregoing is true and correct.

Cedar Glade LP
By: _____
Date: 8-15-17