## Exhibit A

| Employee Name | Rank | Description | Transaction Date | Hours Charged | Rate | Fees |
|---|---|---|---|---|---|---|
| Wood,Jeffrey T | Executive Director | Prepare information on intercompany positions between NNIII and NNL's Indian CFC. | 09 May 2017 | 0.5 | 725.00 | 362.50 |
| Shapiro,Ari J | Senior | Review of updates to NNIII proforma | 16 May 2017 | 0.2 | 385.00 | 77.00 |
| Moore,Meredith M. | Senior | Preparing 8865 for India | 24 May 2017 | 1.5 | 385.00 | 577.50 |
| Wood,Jeffrey T | Executive Director | Review filing documents and correspondence for NNIII re: Federal proforma and supporting workpapers. | 30 May 2017 | 0.3 | 725.00 | 217.50 |
| Kennedy, Diana L | Senior Manager | Review of NNIII proforma and supporting workpapers. | 22 Jun 2017 | 1 | 625.00 | 625.00 |
| Kennedy, Diana L | Senior Manager | Discuss questions and clear review comments related to NNIII proforma. | 23 Jun 2017 | 0.5 | 625.00 | 312.50 |
| Shapiro,Ari J | Senior | NNIII - Replying to question from Diana K. regarding intercompany accrued interest | 23 Jun 2017 | 0.6 | 385.00 | 231.00 |
| | | | | 4.6 | | 2,403.00 |
| | | | | 4.6 | | 2,403.00 |