# United States Bankruptcy Court
# District of Delaware

In re Nortel Networks, Inc., Debtors.                    Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Solus Opportunities Fund 1 LP
Name of Transferee

Stifel, Nicolaus & Company, Incorporated
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  87
Amount of Claim:  $21,557.40 (allowed)
Transferred Amount:  $21,557.40
Date Claim Filed:  Jan 29, 2009
Debtor:  In re Nortel Networks, Inc.

Solus Opportunities Fund 1 LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Telephone No.:  (212) 284-4300
Facsimile No.:  (212) 284-4338
Email: compliance@soluslp.com
Attention:  Compliance Officer

Name and Address where transferee payments
Should be sent (if different from above):

Solus Opportunities Fund 1 LP
C/O The Bank of New York Mellon Trust
Company, N.A.
601 Travis Street, 16th Floor
Houston, TX  77002-8039

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Solus Opportunities Fund 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____                    **Date:** _____8/30/2017_____

      Name:  Joshua G. Sock
      Title:   Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Solely to the extent of the Transferred Amount set forth above, Transferor hereby waives any objection to the transfer of the claim referenced above to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the claim referenced above (to the extent of the Transferred Amount set forth above) and recognizing the Transferee as the sole owner and holder of the claim referenced above (to the extent of the Transferred Amount set forth above).

**Stifel, Nicolaus & Company, Incorporated**

By: _____
   Name:
   Title:      Mark Dichtio
        Authorized Signatory

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")
         Attn:  Clerk

AND TO:   Nortel Networks, Inc., et al. (the "Debtor")
          Case No. 09-10138 (the "Case")

Proof of Claim Number 87

**STIFEL, NICOLAUS & COMPANY, INCORPORATED** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 1 LP**
C/O Solus Alternative Asset Management LP 410 Park Avenue, 11th Floor
New York, NY 10022
Telephone No.:  (212) 284-4300
Facsimile No.:  (212) 284-4338
Email: compliance@soluslp.com
Attention:  Compliance Officer

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 87, solely to the extent of $21,557.40, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____August 30_____, 2017.

**STIFEL, NICOLAUS & COMPANY, INCORPORATED**

By: _____
    Name:       Mark Dicindio
    Title:      Authorized Signatory

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
    Name:   Joshua G. Sock
    Title:  Managing Director