## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X : | |
| *In re* : | Chapter 11 |
| : | |
| Nortel Networks Inc., *et al.*,[1] : | Bankr. Case No. 09-10138 (KG) |
| : | |
| Wind-Down Debtors and : | (Jointly Administered) |
| Debtor-In-Possession. : | |
| : | **Re: Dkt. Nos. 18020, 18210, 18446** |
| ------------------------------------------------------------ X : | |
| SNMP Research International, Inc., *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Adv. Proc. No. 11-53454 (KG) |
| : | |
| Nortel Networks Inc., *et al.*, : | **Re: Dkt. Nos. 540, 585, 622** |
| : | |
| Defendants. : | |
| ------------------------------------------------------------ X | |

### CERTIFICATION OF COUNSEL REGARDING
### ORDER CONCERNING THE COURT'S FINDINGS OF FACT AND
### CONCLUSIONS OF LAW WITH RESPECT TO THE SCHEDULE 1 ISSUE

The undersigned counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as wind-down debtors and debtor-in-possession, respectively, in the above-captioned case (collectively, the "U.S. Debtors"), hereby certifies as follows regarding the proposed Order

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for all Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Concerning the Court's Findings of Fact and Conclusions of Law with Respect to the Schedule 1 Issue (the "Proposed Order") attached hereto as **Exhibit 1**:

1. On August 21, 2017, the Court entered the opinion (the "Opinion") [Adv. D.I. 622, Ch. 11 D.I. 18446] concerning the Schedule 1 Issue. The Opinion directs the U.S. Debtors to prepare an order giving effect to the Opinion, share the order with SNMP Research, Inc. and SNMP Research International, Inc. (collectively, "SNMP Research"), and submit the order under certification of counsel.

2. As a result of discussions among the parties, the U.S. Debtors and SNMP Research have agreed on the language of the Proposed Order.

WHEREFORE, the U.S. Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit 1** and (ii) grant such other and further relief as is just and proper.

Dated: September 6, 2017
      Wilmington, Delaware

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Wind-Down Debtors
and Debtor-in-Possession*

3