**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Bankr. Case No. 09-10138 (KG) |
| | : | |
| Wind-Down Debtors and | : | (Jointly Administered) |
| Debtor-In-Possession. | : | **Re: Dkt. Nos. 18020, 18210, 18446,** |
| | : | _____ |
| | X | |

-----------------------------------------------------------

SNMP Research International, Inc., *et al.*,

                   Plaintiffs,

v.

Nortel Networks Inc., *et al.*,

                   Defendants.

Adv. Proc. No. 11-53454 (KG)

**Re: Dkt. Nos. 540, 585, 622, ____**

----------------------------------------------------------- X

### ORDER CONCERNING THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO THE SCHEDULE 1 ISSUE

In accordance with the Scheduling Order Concerning Motion to Amend Proofs of Claim and Schedule 1 Issue [Adv. D.I. 540, Ch. 11 D.I. 18020] (the "Scheduling Order"), the Court conducted a trial on May 11 and 12, 2017 to address the issue of whether the SNMP Research

---

[1]      The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for all Debtors and their petitions are available at http://dm.epiq11.com/nortel

Software was licensed for use or distribution under Schedule 1A of the Nortel License ("Schedule 1") with respect to any products after June 20, 2003 (the "Schedule 1 Issue") in order to make a determination concerning the Schedule 1 Issue, for purposes of both the proof of claim and the adversary proceeding, pursuant to Fed. R. Bankr. P. 7042(b) and Fed. R. Civ. P. 42(b) [Adv. D.I. 585, Ch. 11 D.I. 18210].   On August 21, 2017, the Court issued its opinion concerning the Schedule 1 Issue [Adv. D.I. 622, Ch. 11 D.I. 18446].  The Court's opinion sets forth, and shall constitute, its findings of fact and conclusions of law with respect to the Schedule 1 Issue in accordance with Fed. R. Civ. P. 52, Fed. R. Bankr. P. 7052 and any other applicable rule.

Dated:  September ___ , 2017
          Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE