# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 18449 and 18450 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2017, I caused to be served a personalized "Notice of Defective Transfer of Claim Pursuant to F.R.B.P. 3001(1) or (2)," dated September 1, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
1st day of September, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

In re:

NORTEL NETWORKS INC., et al.,

Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE OF DEFECTIVE TRANSFER**

To:

SOLUS RECOVERY FUND III MASTER LP
TRANSFEROR: JOLLY, GEORGE A.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
410 PARK AVENUE 11TH FLOOR
NEW YORK, NY 10022

BAR(23) MAILID *** 000122386052 ***          NNI DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 117

SOLUS OPPORTUNITIES FUND 1 LP
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022

**Your transfer of claim # 87 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number  18450          Date:  08/31/2017

/s/ Amy E. Lewis

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 1, 2017.

**EXHIBIT B**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOLUS OPPORTUNITIES FUND 1 LP | C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: JOLLY, GEORGE A., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: JOLLY, GEORGE A., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |
| STIFEL, NICOLAUS & CO, INC | C/O STIFEL FINANCIAL CORP, ONE FINANCIAL PLAZA, 501 N BROADWAY, ST. LOUIS, MO 63102 |

**Total Creditor Count 4**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006