# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 9/12/17

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paul Kizel | Lowenstein Sandler LLP | Notas TekKomuniKyson |
| Benjamin Beller | Cleary Gottlieb | US Debtors |
| Justin Edelin | Palisadelli | Netas |
| Doode Abbt | AWAT | US Debtors |