## Exhibit A

**COMPENSATION BY PROJECT CATEGORY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2017 through July 31, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks India International Inc. ("NN III") | 82.70 | $55,441.00 |
| **TOTAL** | **82.70** | **$55,441.00** |

---

[1] Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**MATTER: 17650-035  NN III**[1]

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| D'Amato, R. | 05/15/17 | Corr. with Cleary team re: scheduling meeting to discuss tax issues (0.1). | .10 | 49.50 | 46779043 |
| Hailey, K. A. | 05/15/17 | Emails with M. Livingston regarding NN III engagement letters. | .20 | 200.00 | 46931745 |
| D'Amato, R. | 05/16/17 | Organize meeting to discuss NNIII tax issues.` | .20 | 99.00 | 46788201 |
| Hailey, K. A. | 05/16/17 | Emails with L. Schweitzer, C. Goodman, J. Bromley, R. D'Amato regarding tax issue. | .30 | 300.00 | 46931857 |
| Livingston, M. | 05/17/17 | Review and revise NNIII MOR for M. Cilia. | .50 | 292.50 | 46927816 |
| Schweitzer, L. | 05/18/17 | Review of internal memos; revise draft MOR (0.7). | .70 | 899.50 | 46816022 |
| Livingston, M. | 05/18/17 | NNIII MOR revisions (1.0); comm. w/ K. Hailey, L. Schweitzer re: same (.30). | 1.30 | 760.50 | 46925535 |
| Livingston, M. | 05/19/17 | Revise NNIII MOR and Ems to M. Cilia, CGSH team re: same. | 1.00 | 585.00 | 46927364 |
| Livingston, M. | 05/22/17 | Prep for monthly tax advisor update call. | .50 | 292.50 | 46927790 |
| D'Amato, R. | 05/22/17 | Review recent case on litigation issue to prepare for team meeting (0.7). | .70 | 346.50 | 46842300 |
| Schweitzer, L. | 05/23/17 | Team meeting w/B. Beller, K. Hailey, J. Bromley (partial), M. Livingston, R. D'Amato, W. McRae (partial), C. Goodman re litigation issue (.8); prep for same (.2). | 1.00 | 1,285.00 | 46899068 |
| Bromley, J. L. | 05/23/17 | Meeting w L. Schweitzer, M. Livingston, B. Beller, R D'Amato, K. Hailey, C. Goodman, W. McRae (partial) re litigation issues (partial attendee) | .50 | 647.50 | 46940166 |
| Livingston, M. | 05/23/17 | Meeting w L. Schweitzer, J. Bromley (partial), B. Beller, R D'Amato, K. Hailey, C. Goodman, W. McRae (partial) re litigation issues. | .80 | 468.00 | 46928110 |
| Livingston, M. | 05/23/17 | Comms re NNIII MOR. | .20 | 117.00 | 46928264 |
| D'Amato, R. | 05/23/17 | Organize logistics for meeting to discuss litigation issues (0.1); Review recent case law in preparation for team meeting on litigation issues (0.4); Meeting with L. Schweitzer, J. Bromley (partial), C. Goodman, W. McRae (partial), K. Hailey, B. Beller, and M. Livingston re: litigation | 1.30 | 643.50 | 46842514 |

---

[1]    Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| | | issues (0.8). | | | |
| Hailey, K. A. | 05/23/17 | Meeting to discuss litigation issues with J. Bromley (partial), L. Schweitzer, W. McRae (partial), C. Goodman, M. Livingston, R. D'Amato, B. Beller (.8); review of documents (.1); and prep regarding same (.1). | 1.00 | 1,000.00 | 46859899 |
| Beller, B. S. | 05/23/17 | Meeting w K Hailey, L Schweitzer, J Bromley (partial), M Livingston, R D'Amato, C. Goodman and W. McRae (partial) re case status (.8); prep for same (.2). | 1.00 | 745.00 | 46872400 |
| McRae, W. L. | 05/23/17 | Meeting w K Hailey, L Schweitzer, J Bromley (partial), M Livingston, R D'Amato, C. Goodman and B. Beller re case status (partial attendee) | .70 | 899.50 | 46873375 |
| Goodman, C. | 05/23/17 | Meeting w K Hailey, L Schweitzer, J Bromley (partial), M Livingston, R D'Amato, B. Beller and W. McRae (partial) re case status (.80) and prep for same (.20). | 1.00 | 1,085.00 | 46857706 |
| Livingston, M. | 05/24/17 | Revise NNIII MOR per. J. Bromley. | .50 | 292.50 | 46928642 |
| Bromley, J. L. | 05/24/17 | Review, revise NNIII – MOR (.70); ems M. Livingston, K. Hailey re NNIII – MOR (.20); review NNIII draft plan (1.10) | 2.00 | 2,590.00 | 46940199 |
| Hill, J. L. | 05/25/17 | Research litigation issue. | 2.00 | 800.00 | 46867842 |
| Livingston, M. | 05/26/17 | Finalize NNIII MOR (.3); comm. w/ CGSH team, M. Cilia re: same (.2). | .50 | 292.50 | 46929164 |
| Hill, J. L. | 05/29/17 | Research litigation issue for draft litigation document | 2.60 | 1,040.00 | 46932001 |
| Livingston, M. | 05/30/17 | Finalize NNIII MOR (.3); comm. w/ CGSH team, M. Cilia re: same (.2). | .50 | 292.50 | 46929710 |
| Hailey, K. A. | 05/30/17 | Review of MOR. | .30 | 300.00 | 46902736 |
| Ingerman, E. R. | 05/30/17 | Search docket for litigation documents | .50 | 182.50 | 46893741 |
| Hill, J. L. | 05/31/17 | Research litigation issue for draft memo | 2.60 | 1,040.00 | 46932016 |
| Beller, B. S. | 05/31/17 | Comm. w/L Hill re research question (.5) | .50 | 372.50 | 46934710 |
| Hill, J. L. | 06/01/17 | Draft outline re litigation issue | 2.80 | 1,120.00 | 46943824 |
| Beller, B. S. | 06/01/17 | Review materials re case filing. | 1.00 | 745.00 | 47036701 |
| Beller, B. S. | 06/02/17 | Review research re case filing. | 1.00 | 745.00 | 47036794 |
| D'Amato, R. | 06/05/17 | Communication with B. Beller re: litigation document (0.2); Review case law research on litigation issue and model litigation documents | 1.40 | 693.00 | 46965546 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| | | (1.2) | | | |
| Beller, B. S. | 06/05/17 | Communication w/ R D'Amato re litigation issue. | .20 | 149.00 | 47037001 |
| Livingston, M. | 06/06/17 | Ems to K. Hailey, M. Cilia re: NNIII retention issues. | .30 | 175.50 | 47002336 |
| Livingston, M. | 06/06/17 | Comm w/ R. D'Amato re: NNIII case status. | .10 | 58.50 | 47002386 |
| Livingston, M. | 06/06/17 | Call w/ K. Hailey, M. Cilia re: tax issues (.5); prep for same (.7). | 1.20 | 702.00 | 47002438 |
| Hailey, K. A. | 06/06/17 | Conference call with M. Livingston and M. Cilia regarding tax issues. | .50 | 500.00 | 47115756 |
| D'Amato, R. | 06/08/17 | Corr. with S. Planchard re: materials/research re litigation issue (0.5) | .50 | 247.50 | 46988972 |
| Planchard, S. S | 06/08/17 | Draft summary of litigation document (.60) and draft litigation document (.40). | 1.00 | 400.00 | 46979662 |
| Planchard, S. S | 06/08/17 | Draft research summary on litigation issue and send to R. D'Amato for review. | .70 | 280.00 | 46980630 |
| Planchard, S. S | 06/08/17 | Emails with R. D'Amato re litigation document. | .10 | 40.00 | 46983498 |
| Rozan, B. D. | 06/08/17 | Search for litigation document per S. Planchard | 1.50 | 547.50 | 47018828 |
| Zoubok, L. M. | 06/08/17 | Perform a search for examples of litigation documents per S. Planchard | 1.00 | 365.00 | 46986749 |
| Planchard, S. S | 06/09/17 | Review precedent litigation documents in preparation for drafting litigation document. | 3.00 | 1,200.00 | 46998569 |
| Schweitzer, L. | 06/12/17 | Review MOR draft (0.3). | .30 | 385.50 | 47021280 |
| Livingston, M. | 06/12/17 | Review NNIII MOR (.3); Comm. w/ P. Cantwell, M. Cilia, L. Schweitzer re: same (.2). | .50 | 292.50 | 47034940 |
| D'Amato, R. | 06/13/17 | Review and revise draft litigation document (3.0) | 3.00 | 1,485.00 | 47029195 |
| Livingston, M. | 06/14/17 | Revise NNIII May MOR for filing. | .20 | 117.00 | 47093698 |
| Schweitzer, L. | 06/15/17 | Meeting with B. Beller, R. D'Amato, S. Planchard re draft litigation document, plan issues (0.5). | .50 | 642.50 | 47079322 |
| D'Amato, R. | 06/15/17 | Meeting with L. Schweitzer, B. Beller and S. Planchard re: litigation document (0.5) | .50 | 247.50 | 47066741 |
| Planchard, S. S | 06/15/17 | Meeting w/ L. Schweitzer, R. D'Amato, B. Beller on litigation document (.5). | .50 | 200.00 | 47060754 |
| Hailey, K. A. | 06/15/17 | Conference call with M. Cilia regarding tax advisor engagement letter. | .50 | 500.00 | 47067086 |
| Beller, B. S. | 06/15/17 | Meeting w L Schweitzer, R. D'Amato, S | .50 | 372.50 | 47155289 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| | | Planchard re litigation document. | | | |
| D'Amato, R. | 06/19/17 | Draft litigation document (1.4); Research re: plan issue (0.6) | 2.00 | 990.00 | 47090596 |
| D'Amato, R. | 06/21/17 | Draft litigation document (2) | 2.00 | 990.00 | 47109239 |
| D'Amato, R. | 06/22/17 | Draft litigation document (0.4) | .40 | 198.00 | 47126011 |
| D'Amato, R. | 06/26/17 | Corr. with Epiq re: claims issue (0.1); Review B. Beller's feedback on litigation document and edit accordingly (0.5) | .60 | 297.00 | 47144202 |
| Beller, B. S. | 06/26/17 | Review draft litigation document. | 1.0 | 745.00 | 47219585 |
| Livingston, M. | 06/27/17 | Review and research questions from R. D'Amato re: tax issue. | 1.50 | 877.50 | 47159697 |
| D'Amato, R. | 06/27/17 | Draft litigation document (1) | 1.00 | 495.00 | 47155971 |
| Beller, B. S. | 06/27/17 | Review draft litigation document | 1.00 | 745.00 | 47219934 |
| Livingston, M. | 06/28/17 | Review NNIII materials per R. D'Amato questions. | 1.20 | 702.00 | 47208371 |
| Beller, B. S. | 07/11/17 | Ems re litigation document. | .30 | 235.50 | 47317409 |
| D'Amato, R. | 07/12/17 | Draft/edit litigation document (0.8) | .80 | 468.00 | 47298915 |
| Hailey, K. A. | 07/12/17 | Emails with M. Livingston regarding litigation document (.30) and review of background materials regarding same (.60). | .90 | 900.00 | 47473894 |
| Livingston, M. | 07/12/17 | Comms w/ R. D'Amato re: NNIII and follow-up review of NNIII materials and comm. w/ K. Hailey re: same. | .50 | 337.50 | 47300292 |
| D'Amato, R. | 07/13/17 | Research re litigation issue (1.3) | 1.30 | 760.50 | 47318372 |
| Hailey, K. A. | 07/13/17 | Communications with J. Bromley regarding plan issue.` | .50 | 500.00 | 47474160 |
| Livingston, M. | 07/13/17 | Review NNIII engagement letter documents (.70); comm. w/ K. Hailey re: same (.30). | 1.00 | 675.00 | 47346545 |
| Beller, B. S. | 07/14/17 | Review litigation document (.7); Call w L Schweitzer re: same (.2) | .90 | 706.50 | 47317173 |
| Schweitzer, L. | 07/17/17 | Revise NNIII MOR (0.3); revise litigation document (0.3). | .60 | 771.00 | 47338154 |
| D'Amato, R. | 07/17/17 | Comms with B. Beller re: litigation issue research (0.1); Research litigation issues and draft summary of key findings (1.1); Review NNIII's draft Monthly Operating Report (0.3); Edit litigation document (0.2) | 1.70 | 994.50 | 47339331 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Beller, B. S. | 07/17/17 | Research re litigation issue. | 1.50 | 1,177.50 | 47432604 |
| Schweitzer, L. | 07/18/17 | Revise litigation document, correspondence with B. Beller re same (0.5). | .50 | 642.50 | 47354382 |
| Beller, B. S. | 07/18/17 | Review markup of litigation document and ems re same. | .80 | 628.00 | 47433292 |
| D'Amato, R. | 07/19/17 | Finalize June Monthly Operating Report (0.2); Draft and edit litigation document (1). | 1.20 | 702.00 | 47395738 |
| Beller, B. S. | 07/19/17 | Draft litigation document, and ems re: same. | 1.20 | 942.00 | 47433367 |
| Goodman, C. M. | 07/20/17 | Review and comment on tax document | .70 | 759.50 | 47378923 |
| Livingston, M. | 07/21/17 | Review engagement letter requirements and prior engagement letters (.5); Comm. w/ K. Hailey re: same (.5). | 1.00 | 675.00 | 47471575 |
| Beller, B. S. | 07/21/17 | Review revised litigation document (.5) | .50 | 392.50 | 47433535 |
| Goodman, C. M. | 07/21/17 | Review and comment on tax document. | .30 | 325.50 | 47393308 |
| D'Amato, R. | 07/24/17 | Review B. Beller's edits to litigation document and circulate to L. Schweitzer, J. Bromley and K. Hailey for further review and comment (0.3) | .30 | 175.50 | 47395227 |
| D'Amato, R. | 07/25/17 | Edit litigation document based on feedback from J. Bromley (0.4) | .40 | 234.00 | 47406700 |
| Hailey, K. A. | 07/25/17 | Review of NN III documents regarding tax issue (2.70) and emails with B. Beller, J. Bromley and tax advisor regarding same (.80). | 3.50 | 3,500.00 | 47450873 |
| Beller, B. S. | 07/25/17 | Ems re revisions to litigation document (.30) | .30 | 235.50 | 47433721 |
| Hailey, K. A. | 07/28/17 | Emails with local counsel regarding tax issue and review of documents regarding same (.40). Emails with B. Beller regarding same (.10). | .50 | 500.00 | 47462090 |
| Beller, B. S. | 07/28/17 | Ems re draft litigation document updates (.5) | .50 | 392.50 | 47433933 |
| D'Amato, R. | 07/31/17 | Draft/edit litigation document (1.3); call w/ B. Beller re same (.3). | 1.60 | 936.00 | 47462206 |
| Beller, B. S. | 07/31/17 | Call w R D'Amato re litigation document (.3); review emails re litigation document (.6) | .90 | 706.50 | 47476023 |
| | | **MATTER TOTALS:** | **82.70** | **55,441.00** | |