# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al.* | ) Case No. 09-10138(KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 18333** |

## ORDER

Nortel Networks, Incorporated ("NNI") moved for summary judgment (the "Motion") pursuant to Rules 7056 and 9014 of the Federal Rules of Bankruptcy Procedure on the claims filed by Netas Telekomunikayson A.S. ("Netas").

The Motion is based on the release language in the settlement agreement between and among NNI and its affiliates on the one hand, and the EMEA Debtors on the other hand, including the former parent corporation of Netas. For the reasons the Court stated on the record following oral argument on September 12, 2017, the Motion is denied.

Dated: September 12, 2017

_____
KEVIN GROSS, U.S.B.J.