**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | **Related to Docket No. _____** |
| SNMP Research International, Inc. | ) | |
| and SNMP Research, Inc., | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No. 11-53454 (KG) |
| v. | ) | |
| | ) | **Related to Adv. Docket No. _____** |
| Nortel Networks Inc., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER GRANTING SNMP RESEARCH'S MOTION TO RECONSIDER ORDER AND ACCOMPANYING OPINION WITH RESPECT TO THE SCHEDULE 1 ISSUE**

Upon considering *SNMP Research's Motion to Reconsider Order and Accompanying Opinion With Respect to the Schedule 1 Issue* (the "Motion to Reconsider");[2] the Court having considered the Motion to Reconsider, any opposition thereto submitted by the U.S. Debtors; and any reply submitted by SNMP Research, and the Court having concluded that the relief requested in the Motion to Reconsider is proper, it is hereby ORDERED that:

1. The Motion to Reconsider is GRANTED.

2. The Court shall reserve until trial the interpretation of the meaning of the phrase "[a]ll products of units and projects originating from what was Bay Networks" in Schedule 1A.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc.

[2] All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Motion to Reconsider.

2

3. SNMP Research shall be permitted to present evidence on products at trial that SNMP Research contends were not covered by Schedule 1A.

Dated: October _____, 2017
Wilmington, Delaware

_____
Honorable Kevin Gross
United States Bankruptcy Judge