IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>09-10138 (KG)<br><br>(Jointly Administered) |
| SNMP Research International, Inc.<br>and SNMP Research, Inc.,<br>Plaintiffs,<br><br>v.<br><br>Nortel Networks Inc., *et al.*,<br>Defendants. | Adv. Proc. No. 11-53454 (KG) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on September 19, 2017, I caused a copy of the **SNMP Research's Motion to Reconsider Order and Accompanying Opinion With Respect to the Schedule 1 Issue** to be served via First-Class Mail on the parties listed on the attached service list.

Derek C. Abbot, Esq.
Andrew R. Remming, Esq.
Tamara Minott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

Lisa M. Schweitzer, Esq.
David H. Herrington, Esq.
Philip A. Cantwell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

_____
Pauline Z. Ratkowiak, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 19th day of September, 2017

_____
NOTARY PUBLIC
RACHEL DEELY
NOTARY PUBLIC, State of Delaware
My Commission Expires September 23, 2020