IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
*In re*                                              : Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   : Case No. 09-10138 (KG)
                                                     :
    Wind-Down Debtors.                           : Jointly Administered
                                                     :
------------------------------------------------------------ X   **Ref. Docket No. 18464**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2017, I caused to be served the "Debtors' Motion for Entry of an Order Approving the Debtors' Entry into the EMEA Data Storage Termination Agreement," dated September 22, 2017, to which was attached the "Notice of Debtors' Motion for Entry of an Order Approving the Debtors' Entry into the EMEA Data Storage Termination Agreement," dated September 22, 2017 [Docket No. 18464], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
25 day of September, 2017

_____
Notary Public

Forrest Kuffer

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20__

**EXHIBIT A**

**NNI DI_18464 9-22-17**

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
ATTN: ROY T. ENGLERT, JR. & ARIEL N. LAVINBUK
1801 K ST., NW, SUITE 411L
WASHINGTON, DC 20006

**NNI DI_18464 9-22-17**

OFFICE OF THE U.S. TRUSTEE
ATTN: MARK KENNEY
844 KING STREET, SUITE 2207 LOCKBOX 35
WILMINGTON, DE 19801-3519

**NNI DI_18464 9-22-17**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL FOR THE JOINT ADMINISTRATORS)
ATTN: EDWIN J. HARRON, JOHN T. DORSEY & JAIME LUTON CHAPMAN
RODNEY SQUARE 1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

**NNI DI_18464 9-22-17**

HUGHES HUBBARD & REED LLP
(COUNSEL FOR THE JOINT ADMINISTRATORS)
ATTN.: DEREK J.T. ADLER , GABRIELLE GLEMANN & H. HUBERTY
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

**NNI DI_18464 9-22-17**

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO THE MONITOR)
ATTN: MARY F. CALOWAY, KATHLEEN MURPHY
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DELAWARE 19801

**NNI DI_18464 9-22-17**

ALLEN & OVERY LLP
(COUNSEL TO THE MONITOR)
ATTN: KEN COLEMAN JACOB S. PULTMAN &LAURA R. HALL
1221 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020

**NNI DI_18464 9-22-17**

PACHULSKI STANG ZIEHL & JONES LLP
ATTN.: LAURA DAVIS JONES & PETER J. KEANE
919 N. MARKET STREET, 17TH FLOOR PO BOX 8705
WILMINGTON, DELAWARE 19899-8705

**NNI DI_18464 9-22-17**

MILBANK, TWEED, HADLEY & MC CLOY LLP
ATTN: DENNIS F. DUNNE,  ANDREW M. LEBLANC & ATARA MILLER 28 LIBERTY STREET
NEW YORK, NEW YORK 10005-1413

**NNI DI_18464 9-22-17**

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
ATTN: ROY T. ENGLERT, JR. & ARIEL N. LAVINBUK
1801 K ST., NW, SUITE 411L
WASHINGTON, DC 20006

| | |
|---|---|
| **NNI DI_18464 9-22-17** | **NNI DI_18464 9-22-17** |
| COLE SCHOTZ P.C.<br>NORMAN L. PERNICK<br>NICHOLAS J. BRANNICK<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | JOHN L. WOOD, ESQ.<br>EGERTON, MCAFEE, ARMISTEAD &<br>DAVIS, P.C.<br>900 S. GAY STREET<br>KNOXVILLE, TN 37902 |
| **NNI DI_18464 9-22-17** | **NNI DI_18464 9-22-17** |
| COLE SCHOTZ P.C.<br>G. DAVID DEAN, ESQ.<br>IRVING E. WALKER, ESQ.<br>300 E. LOMBARD STREET, SUITE 1450<br>BALTIMORE, MD 21202 | RICHARD S. BUSCH, ESQ.<br>KING & BALLOW LAW OFFICES<br>315 UNION STREET, SUITE 1100<br>NASHVILLE, TN 37201 |