# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
|     Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |

------------------------------------------------------------

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (KG) |
|     Debtor. | Jointly Administered |
| | **RE D.I. 7, 15, 19** |

------------------------------------------------------------X

## NOTICE OF FILING OF AMENDED EXHIBIT C TO DEBTORS' MOTION TO HAVE PREVIOUSLY ENTERED ORDERS AS SUPPLEMENTED GOVERN NORTEL NETWORKS INDIA INTERNATIONAL INC. PROSPECTIVELY

**PLEASE TAKE NOTICE** that on July 26, 2016 (the "NNIII Petition Date"), Nortel Networks India International Inc. ("NNIII") together with Nortel Networks Inc. and certain of its affiliates (the "Original Debtors" or the "Wind-Down Debtors") and collectively with NNIII, the "Debtors"), as debtors and debtors in possession, filed the *Debtors' Motion to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc.*

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each wind-down debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Prospectively* [D.I. 7] in Case No. 16-11714 (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on August 16, 2016, the Court entered an order (the "Order") [D.I. 15] approving the Motion and making applicable to NNIII the previously entered orders identified on Exhibit C thereto. The Order authorizes NNIII to file a notice identifying any additional prior orders that it desires to be made applicable to NNIII. Such notice shall be provided to (i) U.S. Trustee; (ii) the Committee; (iii) the Bondholder Group; (iv) the PBGC; (v) the Canadian Debtors; (vi) the Monitor; (vii) the Securities and Exchange Commission; (viii) the Internal Revenue Service; (ix) the United States Department of Justice; and (x) the general service list established in the Original Debtors' chapter 11 cases. Absent an objection within ten (10) calendar days of any such notice, any newly identified orders shall be deemed applicable to NNIII effective *nunc pro tunc* to the NNIII Petition Date.

**PLEASE TAKE FURTHER NOTICE THAT** on August 17, 2016, NNIII filed its *Notice of Filing of Amended Exhibit C to Debtors' Motion to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively* [D.I. 19] identifying certain additional prior orders that the Debtors desired to be made applicable to NNIII, and because no objections were filed within ten (10) calendar days of this notice, such orders were deemed applicable to NNIII effective *nunc pro tunc* to the NNIII Petition Date pursuant to the terms of the Order.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit 1** is an amended Exhibit C to the Motion identifying certain additional prior orders—*the Order Authorizing Employment and Retention of Chilmark Partners, LLC Nunc Pro Tunc to March 4, 2010 as Consulting Expert to the Debtors and Debtors in Possession* [D.I. 2814] and the *Order*

2

*Authorizing Employment and Retention of RLKS Executive Solutions LLC as Consultants to the Debtors Nunc Pro Tunc to July 9, 2010* [D.I. 3800]—that the Debtors desire to be made applicable to NNIII.

Dated: October 6, 2017
       Wilmington, Delaware

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*