**<u>Exhibit 1</u>**

**EXHIBIT C**

| D.I. | DATE | ORDER |
|------|------|-------|
| 37 | 1/15/09 | Order Authorizing the Debtors to (I) File (A) Consolidated List of Creditors and (B) Consolidated Debtors Top Forty (40) Creditors and (II) Provide Notices, Including Notice of Commencement and Section 341 Meeting |
| 38 | 1/15/09 | Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent of the Bankruptcy Court |
| 40 | 1/15/09 | Order Granting Motion for Admission Pro Hac Vice of Lisa. M. Schweitzer |
| 51 | 1/15/09 | Order Authorizing Debtors to (A) Pay Prepetition Premiums Necessary to Maintain and (B) Enter into New Insurance Policies |
| 52 | 1/15/09 | Order Enforcing §362 of the Bankruptcy Code |
| 58 | 1/15/09 | Order Approving the Continued Use of the Cash Management System |
| 69 | 1/16/09 | Order Granting Motion for Admission Pro Hac Vice of James L. Bromley |
| 71 | 1/16/09 | Order Authorizing Payment of Prepetition Obligations to Foreign Vendors |
| 221 | 2/4/09 | Order Approving the Cleary Gottlieb Retention |
| 220 | 2/4/09 | Order Approving the Morris Nichols Retention |
| 222 | 2/4/09 | Order Approving Interim Compensation for Professionals |
| 223 | 2/4/09 | Extended Deadline for Schedules and Statements of Financial Affairs |
| 236 | 2/5/09 | Order Authorizing the Debtors to Retain Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date |
| 239 | 2/5/09 | Order Supplementing First Day Orders |
| 337 | 2/19/09 | Order Further Supplementing Debtors' Cash Management Motion |

| 531 | 3/25/09 | Order to Authorize Debtors to Pay Certain Prepetition Income/Franchise Taxes and/or Business and Occupation Taxes and Business License Fees or Other Fees |
| 587 | 4/9/09 | Order Granting Debtors' Motion Authorizing Insurers to Pay Certain Costs and Fees and Amending the Automatic Stay as Necessary to Allow Such Payments |
| 589 | 4/9/09 | Order Further Supplementing Cash Management Motion |
| 657 | 4/22/09 | Order Granting Debtors Additional Time to File Reports of Financial Information and Certain Modifications of Such Reporting Requirements |
| 990 | 6/29/09 | Order Approving Stipulation of Debtors and UCC Amending the Cross-Border Protocol |
| 994 | 6/29/09 | Order Authorizing Debtors to Provide Financial Support to Non- Debtor Subsidiaries |
| 2249 | 1/6/10 | Order Approving the Employment and Retention of John Ray as the Debtors' Principal Officer, Nunc Pro Tunc to December 7, |
| 2790 | 3/29/10 | Order Granting Debtors Additional Time to File Reports of Financial Information |
| 2814 | 3/31/10 | Order Authorizing Employment and Retention of Chilmark Partners, LLC *Nunc Pro Tunc* to March 4, 2010 as Consulting Expert to the Debtors and Debtors in Possession[2] |
| 3652 | 7/16/10 | Order Granting the Debtors a Final Waiver of The Requirements Of 11 U.S.C. Section 345(b) |
| 3800 | 8/18/10 | Order Authorizing Employment and Retention of RLKS Executive Solutions LLC as Consultants to the Debtors *Nunc Pro Tunc* to July 9, 2010 |
| 4695 | 1/11/11 | Order Authorizing The Debtors To Fund Certain Subsidiary And Affiliate Wind-Down Costs |
| 5154 | 3/23/11 | Order Authorizing Employment of Ernst & Young LLP Nunc Pro Tunc to March 1, 2011 |
| 5361 | 5/2/11 | Order Granting Admission Pro Hac Vice of Howard S. Zelbo |
| 6021 | 7/22/11 | Order (I) Expanding the Scope of Employment of Ernst & Young LLP *Nunc Pro Tunc* to May 31, 2011 and (II) Further Modifying the Tax Services Agreement |
| 6195 | 8/23/11 | Order Approving Debtors' Motion Approving Adjustments to Certain Intercompany Agreements |

---

[2]    Chilmark Partners, LLC ("Chilmark") will file fee applications in this case solely to the extent that any services provided are billed to NNIII.

| 7178 | 2/7/12 | Order Modifying The Application Of (I) Local Rule 3007-1 And (II) This Courts Prior Order Related To Bankruptcy Rule 3007(E)(6) And Local Rule 3007-1(f) |
| 7090 | 01/12/12 | Order Modifying the Engagement of Ernst & Young LLP *Nunc Pro Tunc* to December 5, 2011 |
| 7425 | 3/22/12 | Order Granting Motion for Admission Pro Hac Vice of Jeffrey A. Rosenthal |
| 7543 | 4/17/12 | Order Expanding the Order Authorizing the Debtors to Fund Certain Subsidiary and Affiliate Wind-Down Costs |
| 9288 | 1/17/13 | Order Modifying the Engagement of Ernst & Young LLP *Nunc Pro Tunc* to December 12, 2012 |
| 9584 | 3/5/13 | Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F) |
| 10263 | 4/24/13 | Order Granting Motion for Admission Pro Hac Vice of Darryl G. Stein |
| 11082 | 7/10/13 | Order Appointing Fee Examiner And Establishing Related Procedures For Compensation And Reimbursement Of Expenses For Professionals And Consideration Of Fee |
| 11244 | 7/31/13 | Order Approving Motion for Admission Pro Hac Vice of Avram E. Luft |
| 12862 | 1/24/14 | Order Modifying the Engagement of Ernst & Young LLP *Nunc Pro Tunc* to December 30, 2013 |
| 13180 | 3/18/14 | Order Granting Motion for Admission Pro Hac Vice of David H. Herrington |
| 13408 | 4/28/14 | Order Granting Motion for Admission Pro Hac Vice of Margot Gianis |
| 15151 | 2/4/15 | Order Modifying the Engagement of Ernst & Young LLP *Nunc Pro Tunc* to January 1, 2015 |
| 15393 | 3/27/15 | Order Approving Motion for Admission Pro Hac Vice of Jane VanLare |
| 16379 | 12/10/15 | Order Granting Motion to Appear pro hac vice of Philip A. Cantwell of Cleary Gottlieb Steen & Hamilton LLP |
| 16389 | 12/15/15 | Order (I) Approving Procedures for the Abandonment, Disposal, or Destruction of Specified Hard Copy Documents and Electronic Data; (II) Waiving Compliance with Certain Retention Laws and Ordinances; and (III) Granting Related |
| 16524 | 2/8/16 | Order Modifying the Engagement of Ernst & Young LLP *Nunc Pro Tunc* to January 1, 2016 |
| 16551 | 2/19/16 | Order Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of |
| 16702 | 4/8/16 | Order Scheduling Omnibus Hearings |
| 16956 | 6/28/16 | Order Modifying the Engagement of Ernst & Young LLP *Nunc Pro Tunc* to May 17, 2016 |