# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.,* ) | (Jointly Administered) |
| ) | **Related to Docket Nos. 18446, 18455 and 18462** |
| Debtors.[1] ) | |
| SNMP Research International, Inc. ) | **Obj. Deadline: October 16, 2017 at 4:00 p.m.** |
| and SNMP Research, Inc., ) | **Hearing Date: November 15, 2017 at 9:30 a.m.** |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Proc. No. 11-53454 (KG) |
| ) | **Related to Adv. Docket Nos. 622, 624 and 625** |
| Nortel Networks Inc., *et al.*, ) | |
| Defendants. ) | |

**AMENDED NOTICE OF SNMP RESEARCH'S MOTION TO RECONSIDER ORDER AND ACCOMPANYING OPINION WITH RESPECT TO THE SCHEDULE 1 ISSUE**

**PLEASE TAKE NOTICE** that, on September 19, 2017, SNMP Research, Inc. and SNMP Research International, Inc. filed **SNMP Research's Motion to Reconsider Order and Accompanying Opinion With Respect to the Schedule 1 Issue** (the "Motion") with the Court. You were previously served with the Motion.

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel for SNMP, so that it is received **on or before 4:00 p.m. (ET) on October 16, 2017**.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 15, 2017 AT 9:30 A.M. (PREVAILING EASTERN TIME**) BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 3, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc.; Nortel Networks (CALA) Inc.; and Nortel Networks India International Inc. (the "U.S. Debtors"). The term "Nortel" as used herein refers to the U.S. Debtors and their affiliates, including those in insolvency proceedings in Canada and Europe.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested by the Motion without further notice or hearing.

Dated: October 11, 2017
      Wilmington, Delaware

| | |
|---|---|
| **OF COUNSEL** | **COLE SCHOTZ P.C.** |
| Richard S. Busch, Esq. | |
| **King & Ballow Law Offices** | */s/ Nicholas J. Brannick* |
| 315 Union Street, Suite 1100 | Norman L. Pernick (No. 2290) |
| Nashville, TN 37201 | Nicholas J. Brannick (No. 5721) |
| (615) 259-3456 (Phone) | 500 Delaware Avenue, Suite 1410 |
| (615) 726-5417 (Fax) | Wilmington, DE 19801 |
| rbusch@kingballow.com | (302) 651-2002 (Phone) |
| | (302) 652-3117 (Fax) |
| -and- | npernick@coleschotz.com |
| | nbrannick@coleschotz.com |
| John L. Wood, Esq. | |
| **Egerton, McAfee, Armistead & Davis, P.C.** | -and- |
| 900 S. Gay Street | G. David Dean, Esq. |
| Knoxville, TN 37902 | 300 E. Lombard Street, Suite 1450 |
| (865) 546-0500 (Phone) | Baltimore, MD 21202 |
| (865) 525-5293 (Fax) | (410) 230-0660 (Phone) |
| jwood@emlaw.com | (410) 230-0667 (Fax) |
| | ddean@coleschotz.com |
| | |
| | *Counsel for Plaintiffs SNMP Research, Inc. and SNMP Research International, Inc.* |