IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>09-10138 (KG)<br><br>(Jointly Administered) |
| SNMP Research International, Inc.<br>and SNMP Research, Inc.,<br>        Plaintiffs,<br><br>v.<br><br>Nortel Networks Inc., *et al.*,<br>        Defendants. | Adv. Proc. No. 11-53454 (KG) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                             ) SS
NEW CASTLE COUNTY   )

       I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on October 11, 2017, I caused a copy of the **Amended Notice of SNMP Research's Motion to Reconsider Order and Accompanying Opinion With Respect to the Schedule 1 Issue** to be served via First-Class Mail on the parties listed on the attached service list.

| | |
|---|---|
| Derek C. Abbot, Esq.<br>Andrew R. Remming, Esq.<br>Tamara Minott, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | Lisa M. Schweitzer, Esq.<br>David H. Herrington, Esq.<br>Philip A. Cantwell, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |

Pauline Z. Ratkowiak, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 11th day of October, 2017

NOTARY PUBLIC

Susan L. Roberts
Notary Public State of Delaware
My Commission Expires August 9, 2021