# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor In Possession.  :  Jointly Administered
:
---------------------------------------------------------X

## NOTICE OF CANCELLED OMNIBUS HEARING

       PLEASE TAKE NOTICE THAT the omnibus hearing previously scheduled in the above captioned matter to be held on **November 15, 2017 at 10:00 a.m. (Eastern Time)** has been cancelled by the Court.

Dated: October 11, 2017
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    James L. Bromley (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
    Derek C. Abbott (No. 3376)
    Eric D. Schwartz (No. 3134)
    Andrew R. Remming (No. 5120)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226) and Nortel India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*

11349048.1

- 2 -