# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor-In- : Jointly Administered
    Possession. :
:
---------------------------------------------------------------X

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on October 13, 2017, a copy of the **Debtors' Requests For Production Of Documents Directed To Netas Telekomunikasyon A.S.** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: October 13, 2017  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted pro hac vice)  
Lisa M. Schweitzer (admitted pro hac vice)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Reorganized Debtors*

**Via Email and Hand Delivery**
Christopher A. Ward
Pollsinelli PC
222 Delaware Ave.
Wilmington, DE 19801
cward@polsinelli.com

**Via Email and Federal Express**
Paul Kizel
Michael Papandrea
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
pkizel@lowenstein.com
mpapandrea@lowenstein.com

**Via Email**
Zachary D. Rosenbaum
Lowenstein Sandler LLP
1251 Avenue of the Americas, Floor 17
New York, New York 10020
zrosenbaum@lowenstein.com