# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,

    Wind-Down Debtors and Debtor-In-Possession.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

---

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 16, 2018 | 10:00 a.m. (Eastern Time) |
| February 13, 2018 | 2:00 p.m. (Eastern Time) |
| March 13, 2018 | 10:00 a.m. (Eastern Time) |
| April 17, 2018 | 10:00 a.m. (Eastern Time) |
| May 15, 2018 | 10:00 a.m. (Eastern Time) |
| June 12, 2018 | 10:00 a.m. (Eastern Time) |