## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **U.S. Debtors' Memorandum of Law in Opposition to Motion to Reconsider Schedule 1 Opinion** was caused to be made on October 16, 2017, in the manner indicated upon the entities identified below.

Date:  October 16, 2017

_____/s/ Tamara K. Minott_____
Tamara K. Minott (No. 5643)


**VIA HAND DELIVERY**

Norman L. Pernick
Nicholas Brannick
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Suite 1410
Wilmington, DE  19801

Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

G. David Dean
Cole Schotz Meisel Forman & Leonard
300 East Lombard Street
Suite 2000
Baltimore, MD  21202

Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN  37201

John L. Wood
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street
Riverview Tower
14th Floor
Knoxville, TN  37902

11360086