**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| *Wind-Down Debtors and Debtor-In-Possession.* | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the new address of Bayard, P.A., ("Bayard"), is 600 N. King Street, Suite 400, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that Bayard's mailing address remains, P.O. Box 25130, Wilmington, DE 19899.

Dated: October 17, 2017
      Wilmington, Delaware

BAYARD, P.A.

  */s/   Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
        jalberto@bayardlaw.com

*Counsel to UK Pension Trust Limited*