# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X<br>*In re*<br><br>Nortel Networks Inc., *et al.*,<br><br>    Wind-Down Debtors and Debtor-In-Possession.<br><br>------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 16, 2018 | 10:00 a.m. (Eastern Time) |
| February 13, 2018 | 2:00 p.m. (Eastern Time) |
| March 13, 2018 | 10:00 a.m. (Eastern Time) |
| April 17, 2018 | 10:00 a.m. (Eastern Time) |
| May 15, 2018 | 10:00 a.m. (Eastern Time) |
| June 12, 2018 | 10:00 a.m. (Eastern Time) |

**Dated: October 18th, 2017**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**