IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks, Inc., <u>et al</u>.,[1] | Case No. 09-10138 (KG) |
|     Wind-Down Debtors and Debtor-in-Possession. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of October, 2017, a true and accurate copy of *Netas Telekomunikasyon A.S.'s Request for Production of Documents of the Debtors* was served upon the following persons via email and US Mail:

Lisa M. Schweitzer, Esq.
Benjamin S. Beller, Esq.
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, NY 10006
lschweitzer@cgsh.com
bbeller@cgsh.com

-and-

Derek C. Abbott, Esq.
Tamara Minott, Esq. (by US Mail only)
**Morris, Nichols, Arsht & Tunnell LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
dabbott@mnat.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (20763), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

60749207.1

2

| | |
|---|---|
| Dated: October 18, 2017<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>/s/ Christopher A. Ward<br>Christopher A. Ward (Del. Bar No. 3877)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br><br>-and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Zachary D. Rosenbaum, Esq.<br>Paul Kizel, Esq.<br>Michael Papandrea, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>zrosenbaum@lowenstein.com<br>pkizel@lowenstein.com<br>mpapandrea@lowenstein.com<br><br>*Counsel for Netas Telekomunikasyon A.S.* |

2