**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*, | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |
| | : | |
| Ernst & Young Inc., | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 15-105-LPS |
| Nortel Networks Inc., *et al.*, | : | |
| Appellees. | : | |

**STIPULATION AND ORDER FOR DISMISSAL OF APPEAL**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, (i) appellant Ernst & Young Inc. as the monitor (the "Monitor") and foreign representative of Nortel Networks Corporation ("NNC"), Nortel Networks Limited ("NNL"), and certain of their direct and indirect subsidiaries (collectively, the "Canadian Debtors"), in proceedings (the "Canadian Proceedings") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "Ontario Court") (the "Appellant"); (ii) appellees Nortel Networks Inc. and certain of its affiliates, which are debtors and debtors in possession (collectively, the "U.S. Debtors") in proceedings (the "U.S. Proceedings") under chapter 11 of the United States Bankruptcy Code pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); (iii) the appellee bondholders (the "Supporting Bondholders") that hold certain bonds issued or guaranteed by

Case 1:15-cv-00105-LPS Document 48 Filed 05/08/17 Page 2 of 4 PageID #: 2099
Case 09-10138-MFW Doc 18483 Filed 10/23/17 Page 2 of 4

2

NNC, NNL, and NNI, each of whom executed a settlement agreement with NNI dated as of July 24, 2014 (the "PPI Settlement"); and (iv) appellee the Official Committee of Unsecured Creditors of the U.S. Debtors that was appointed by the Office of the United States Trustee for the District of Delaware on January 26, 2009 [B.D.I. 141, 142] (the "Committee", and together with the appellee U.S. Debtors and appellee Supporting Bondholders, the "Appellees"), hereby jointly stipulate that the above-captioned appeal should be dismissed with prejudice and without costs to any party. All fees in this appeal have been paid.

Dated: May 8, 2017

IT IS SO ORDERED,

This _____ day of _____, 2017

_____
THE HONORABLE LEONARD P. STARK
CHIEF UNITED STATES DISTRICT JUDGE

| BUCHANAN INGERSOLL & ROONEY PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Kathleen A. Murphy | /s/ Tamara K. Minott |
| Mary F. Caloway (No. 3059) | Derek C. Abbott (No. 3376) |
| Kathleen A. Murphy (No. 5215) | Eric D. Schwartz (No. 3134) |
| 919 North Market Street, Suite 1500 | Andrew R. Remming (No. 5120) |
| Wilmington, DE 19801 | Tamara K. Minott (No. 5643) |
| (302) 552-4200 | 1201 North Market Street |
|  | P.O. Box 1347 |
| – and – | Wilmington, DE 19801 |
|  | (302) 658-9200 |
| ALLEN & OVERY LLP |  |
|  | – and – |
| Ken Coleman |  |
| Jacob S. Pultman | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Laura R. Hall |  |
| 1221 Avenue of the Americas | James L. Bromley |
| New York, New York 10020 | Lisa M. Schweitzer |
| (212) 610-6300 | One Liberty Plaza |
|  | New York, New York 10006 |
| *Attorneys for the Appellants-Canadian Debtors and Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors* | (212) 225-2000 |
|  | *Attorneys for Appellees-Debtors and Debtors in Possession* |

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | WHITEFORD, TAYLOR & PRESTON LLC |
| /s/ Peter J. Keane | /s/ Christopher M. Samis |
| Laura Davis Jones (No. 2436) | Christopher M. Samis (No. 4909) |
| Peter J. Keane (No. 5503) | L. Katherine Good (No. 5101) |
| 919 N. Market Street, 17th Floor | The Renaissance Centre |
| PO Box 8705 | 405 North King Street, Suite 500 |
| Wilmington, Delaware 19899-8705 | Wilmington, Delaware 19801 |
| Telephone: (302) 652-4100 | (302) 353-4144 |
| Facsimile: (302) 652-4400 | |
| | – and – |
| -and- | |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| MILBANK, TWEED, HADLEY & McCLOY LLP | |
| | David H. Botter (pro hac vice) |
| Dennis F. Dunne | Abid Qureshi (pro hac vice) |
| Albert A. Pisa | Robert Johnson (pro hac vice) |
| Andrew M. Leblanc | Brad Kahn (pro hac vice) |
| Atara Miller | One Bryant Park |
| 28 Liberty Street | New York, New York 10036 |
| New York, New York 10005-1413 | (212) 872-1000 |
| Telephone: (212) 530-5000 | |
| Facsimile: (212} 530-5219 | *Attorneys for Appellees-Official Committee of Unsecured Creditors* |
| -and- | |
| Thomas R Kreller | |
| 2029 Century Park East, 33rd Floor | |
| Los Angeles, California 90067 | |
| Telephone: (213) 892-4463 | |
| Facsimile: (213) 629-5063 | |
| *Attorneys for Appellees-Ad Hoc Group of Bondholders* | |