**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------X | : | |
| SNMP Research International, Inc. and SNMP Research, Inc., | : | Adv. Proc. Case No. 11-53454 (KG) |
| Plaintiffs, | : | |
| v. | : | |
| Nortel Networks, Inc., *et al.*, | : | |
| Defendants. | : | |
| ------------------------------------------------------------X | | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 25, 2017 AT 10:00 A.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELED WITH PERMISSION FROM THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOUNED MATTERS**

1. SNMP Research's Motion to Reconsider Order and Accompanying Opinion with Respect to the Schedule 1 Issue (Main Case D.I. 18462, Adv. Case D.I. 625, Filed 9/19/17).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Objection Deadline:  October 3, 2017 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a) Amended Notice of SNMP Research's Motion to Reconsider Oder and Accompanying Opinion with Respect to the Schedule 1 Issue (Main Case D.I. 18469, Adv. Case D.I. 626, Filed 10/11/17).

Status: The hearing on this matter has been adjourned to the hearing scheduled for November 15, 2017 at 9:30 a.m. (ET).

2. Debtors' Motion for Entry of an Order Approving the Debtors' Entry into the EMEA Data Storage Termination Agreement (D.I. 18464, Filed 9/22/17).

Objection Deadline:  October 6, 2017 at 4:00 p.m. (ET).  Extended for SAP to October 9, 2017 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:  None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for December 6, 2017 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: October 23, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |