# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
|     Wind-Down Debtors and | : | Jointly Administered |
|     Debtor-In-Possession. | : | |
| ------------------------------------------------------------ X | | **Ref. Docket Nos. 18479 and 18484** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK  )

FIORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2017, I caused to be served the:

   a. "Omnibus Hearing Order," dated October 18, 2017 [Docket No. 18479], (the "Order"), and

   b. "Notice of Agenda of Matters Scheduled for Hearing on October 25, 2017 at 10:00 A.M. (Eastern Time")," dated October 23, 2017 [Docket No. 18484], (the "Agenda"),

   by causing true and correct copies of the:

   i. Order and Agenda, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

    ii.    Order and Agenda, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.   Agenda, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

Sworn to before me this  
25th day of October, 2017

_____  
Notary Public

                                                                       Forrest Kuffer

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC, STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |

**Total Creditor count  4**

**ADDITIONAL OVERNIGHT SERVICE LIST:**

Stephen J. Shimshak
Marilyn Sobel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York, 10019-6064

Ron Ferguson, Esq.
Stikeman Elliott LLP
445 Park Avenue 7th Floor
New York, New York 10622

HERBERT SMITH
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREEET
LONDON EC2A 2HS
UNITED KINGDOM

# EXHIBIT B

| Name | Fax |
|---|---|
| BAKER BOTTS L.L.P. | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | 416-863-2653 |
| BROWN RUDNICK LLP | 617-856-8201 |
| COLE SCHOTZ P.C. | 302-574-2106 |
| GOODMANS LLP | 416-979-1234 |
| HERBERT SMITH | 44-0-20-7098-4878 |
| HUGHES HUBBARD & REED LLP | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | 212-299-6045 |
| IOWA DEPARTMENT OF REVENUE | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | 212-715-8000 |
| LATHAM & WATKINS LLP | 202-637-2201 |
| LATHAM & WATKINS LLP | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | 212-530-5219 |
| MORRISON & FOERSTER LLP | 415-268-7522 |
| OFFICE OF THE U.S. TRUSTEE | 302-573-6497 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | 212-373-3990 |
| PENSION BENEFIT GUARANTY CORP | 202-326-4112 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 212-849-7100 |
| ROPES & GRAY LLP | 415-315-6350 |
| ROPES & GRAY LLP | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | 212-371-7087 |
| STIKEMAN ELLIOTT LLP | 416-947-0866 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | 646-390-7034 |

**EXHIBIT C**

**ADDITIONAL OVERNIGHT SERVICE LIST:**

Richard S. Busch, Esq.
King & Ballow Law Offices
315 Union Street, Suite 1100
Nashville, TN 37201

John L. Wood, Esq.
Egerton, McAfee, Armistead &
Davis, P.C.
900 S. Gay Street
Knoxville, TN 37902

COLE SCHOTZ P.C.
G. David Dean, Esq.
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202