# **EXHIBIT A**

# Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| ALPHA DATA LLC<br>PO BOX 8829<br>DUBAI UNITED ARAB EMIRATES | 8849<br>6/7/17<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$16,935.00 (A)<br>- (P)<br>- (U)<br>$16,935.00 (T) | Disallowed | | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| ATKINS, SETH<br>9616 MILL HOLLOW DR<br>DALLAS, TX 75243 | 8819<br>1/17/17<br>09-10138, NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$26,250.00 (U)<br>$26,250.00 (T) | - (S)<br>$2,697.03 (A)<br>$1,367.50 (P)<br>$21,826.92 (U)<br>$25,891.45 (T) | 09-10138<br>Nortel Networks Inc. | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 11*

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BOWER, KOLLEN KAL<br>1303 ABERDEEN DRIVE<br>LUCAS, TX  75002-8604 | 8836<br>6/5/17<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$89,301.58 (A)<br>- (P)<br>- (U)<br>$89,301.58 (T) | Disallowed | | The Claim asserts liability for termination benefits.<br><br>Claim is redundant of claim 325 filed by the claimant asserting the same underlying liability. |
| BURNEY, TERENCE<br>222 HOLLYHOCK LN.<br>APEX, NC  27539 | 8824<br>1/31/17<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | - (S)<br>$905.52 (A)<br>$1,051.58 (P)<br>$23,356.62 (U)<br>$25,313.72 (T) | 09-10138<br>Nortel Networks Inc. | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| DACA VI, LLC<br>TRANSFEROR: ADIRONDACK WIRE AND CABLE<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA  92108 | 100002520<br><br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | Disallowed | | Schedule is redundant of claim 402 filed by the assignee of the claimant asserting the same underlying liability. |
| DEMARTIS, STEVE<br>1929 NARRAGANSETT AVENUE<br>MORRIS PARK, NY  10461 | 8852<br>6/7/17<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$47,000.00 (U)<br>$47,000.00 (T) | - (S)<br>$4,044.99 (A)<br>$3,309.54 (P)<br>$12,300.47 (U)<br>$19,655.00 (T) | 09-10138<br>Nortel Networks Inc. | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount.<br><br>Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| GUTIERREZ, MANUEL<br>2324 W IRVING PARK RD. #207<br>CHICAGO, IL  60618 | 8832<br>6/2/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HERMANN, JAMES E.<br>27821 VIA MADRINA<br>SAN JUAN CAPISTRANO, CA  92675 | 8835<br>6/5/17<br>09-10138<br>Nortel Networks Inc. | - (S)<br>$17,006.91 (A)<br>- (P)<br>- (U)<br>$17,006.91 (T) | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates.<br><br>Claim is asserted with respect to 401(k) plan.  401(k) assets are held in a segregated trust and are not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 4 of 11*

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| JOHNSON, PATRICIA<br>GID 1111589<br>200 SEAGRASS WAY<br>NEWPORT, NC  28570 | 8829<br>5/24/17<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$45,230.00 (U)<br>$45,230.00 (T) | - (S)<br>$3,024.10 (A)<br>$1,038.81 (P)<br>$46,885.05 (U)<br>$50,947.96 (T) | | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| KHAN, ADAM<br>11564 EVENING SPRING CT.<br>CUPERTINO, CA  95014 | 8807<br>4/18/16<br>09-10138, 09-10140<br>Multiple Debtors | - (S)<br>- (A)<br>- (P)<br>$2,190.86 (U)<br>$2,190.86 (T) | - (S)<br>- (A)<br>- (P)<br>$2,190.86 (U)<br>$2,190.86 (T) | 09-10138<br>Nortel Networks Inc. | Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| LUNSFORD, JEFFREY SCOTT<br>390 LINDA CIRCLE<br>SOUTH DAYTONA BEACH, FL  32119 | 8845<br>6/6/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$15,108.00 (U)<br>$15,108.00 (T) | | The Claim asserts liability for pension benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MACE, JOHN<br>PO BOX 98<br>PETERSBURG, NY 12138 | 8825<br>4/28/17<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$27,000.00 (U)<br>$27,000.00 (T) | - (S)<br>$1,160.52 (A)<br>$1,502.84 (P)<br>$24,696.55 (U)<br>$27,359.91 (T) | | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |
| MCKINLEY, ERNEST J<br>16 JOHN STREET<br>WOBURN, MA 01801 | 8830<br>5/25/17<br>09-10138, NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | Disallowed | | The Claim asserts liability for termination benefits.<br><br>No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466-2360 | 2174<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$6,543.37 (U)<br>$6,543.37 (T) | Disallowed | | The claim asserts liability under the Nortel Networks U.S. Deferred Compensation Plan. Pursuant to a Settlement Agreement binding on all participants and beneficiaries of such plan, such claim has been released. See D.I.s 9127 and 9323.<br><br>Claim is redundant of previously allowed claim 2118. |
| NORTEL NETWORKS PERU S.A.C.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9 CANADA | 8073<br>11/14/11<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$212,700.00 (U)<br>$212,700.00 (T) | Disallowed | | This claim was satisfied by the debtors through a setoff with the claimant. |
| PETERSON, VAUGHN L.<br>3594 FOOTHILL DRIVE<br>PROVO, UT 84604 | 8831<br>5/30/17<br>NO DEBTOR | Unspecified* | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| RIMICCI, LEONARD<br>144 SURFSIDE AVE.<br>SANTA CRUZ, CA 95060 | 8834<br>6/5/17<br>NO DEBTOR | - (S)<br>$200.00 (A)<br>- (P)<br>- (U)<br>$200.00 (T) | Disallowed | | The Claim asserts liability for administrative expenses.<br><br>No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| RIVERA, JOSE RAFAEL<br>9102 ROQUEFOOT<br>SAN ANTONIO, TX  78250 | 8833<br>6/2/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SMITH, HOWARD SETH<br>7160 OLD VALDASTA RD<br>BLUE RIDGE, TX  75424 | 8818<br>1/10/17<br>09-10138<br>Nortel Networks Inc. | $21,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,000.00 (T) | - (S)<br>$872.99 (A)<br>$1,122.41 (P)<br>$18,706.85 (U)<br>$20,702.25 (T) | | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number / Date Filed / Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN  37920-9716 | 8837<br>6/5/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN  37920-9716 | 8838<br>6/5/17<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN  37920-9716 | 8843<br>6/5/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

| Claim to be Modified | | | | | |
|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount Claimed** | **Modified Claim Amount or Disallowed Claim** | **New Case Info and Identified Debtor** | **Reason for Modification or Disallowance** |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN  37920-9716 | 8844<br>6/5/17<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |
| SNMP RESEARCH, INC.<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN  37920 | 8839<br>6/5/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |
| SNMP RESEARCH, INC.<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN  37920 | 8840<br>6/5/17<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | Disallowed | | No Amount Due Claim.  Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim.  The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

**Satisfied Claims, No Basis 401(K) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims**

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| SNMP RESEARCH, INC.<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | 8841<br>6/5/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |
| SNMP RESEARCH, INC.<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | 8842<br>6/5/17<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Disallowed | | No Amount Due Claim. Based on careful review of the Debtors' Books and Records, their Schedules, and the proof of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. The claim is subject to resolution in pending litigation in which the Debtors deny all liability. |
| **Totals:** | **27 Claims** | $21,000.00 (S)<br>$123,443.49 (A)<br>$3,000.00 (P)<br>$442,784.23 (U)<br>$590,227.72 (T) | - (S)<br>$12,705.15 (A)<br>$9,392.68 (P)<br>$165,071.32 (U)<br>$187,169.15 (T) | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 11 of 11*