IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re : Chapter 11
: 
Nortel Networks Inc., et al.,[1] : Case No. 09-10138 (KG)
: 
       Wind-Down Debtors. : Jointly Administered
: 
------------------------------------------------------------X

**PLAN ADMINISTRATOR'S AND WIND-DOWN DEBTORS'
FIRST POST-EFFECTIVE DATE NOTICE OF PROPOSED FORMAL
ALLOWANCE OF CERTAIN CLAIMS AGAINST THE WIND-DOWN DEBTORS**

    **WHEREAS**, on February 2, 2016, the Debtors filed a Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16514) (the "Motion"); and

    **WHEREAS**, on February 19, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") approved the Motion and entered an Order (the "Order") Approving Debtors' Motion for an Order Establishing Procedures to Further the Resolution of Claims (D.I. 16551) permitting the Debtors, *inter alia*, to formally allow certain claims on limited advance notice (the "Formal Allowance Procedures").

    **WHEREAS**, on January 24, 2017, the Court entered its *Findings of Fact, Conclusions of Law and Order Confirming First Amended Join Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order"), confirming the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17795-1] (the "Plan"); and

    **WHEREAS** the Plan provides that Greylock Partners, LLC (the "Plan Administrator") shall have the sole power to effectuate the wind-down of the Wind-Down Debtors' estates, including the power to compromise and resolve all Claims against such estates; and

    **PLEASE TAKE NOTICE** that, pursuant to paragraph 4(a) of the Order, the Plan Administrator hereby provides notice of the proposed formal allowance under the Order with respect to the claims listed on Exhibit A hereto.

    **PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the formal allowance of any claim(s) listed on **Exhibit A must object by sending a written objection to counsel for the Wind-**

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not join in seeking relief from the Court through this Objection. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel. Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Plan.

**Down Debtors at the address listed below within thirty (30) calendar days of receipt of this notice** (the "Objection Deadline").[2]

    **PLEASE TAKE FURTHER NOTICE** that if no objection to the proposed formal allowance of a claim listed on **Exhibit A** is received by the Objection Deadline, each such claim shall be deemed allowed and eligible for distributions from the applicable Wind-Down Debtor's estate in accordance with the terms of the Plan.

Dated: November 10, 2017
   Wilmington, Delaware

             CLEARY GOTTLIEB STEEN & HAMILTON LLP

             James L. Bromley (admitted *pro hac vice*)
             Lisa M. Schweitzer (admitted *pro hac vice*)
             One Liberty Plaza
             New York, New York 10006
             Telephone: (212) 225-2000
             Facsimile: (212) 225-3999

             - and –

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              /s/ Tamara K. Minott
             Derek C. Abbott (No. 3376)
             Eric D. Schwartz (No. 3134)
             Andrew R. Remming (No. 5120)
             Tamara K. Minott (No. 5643)
             1201 North Market Street, 16th Floor
             P.O. Box 1347
             Wilmington, DE 19899-1347
             Telephone: (302) 658-9200
             Facsimile: (302) 658-3989

             *Counsel for the Wind-Down Debtors*

---

[2]  A party shall be deemed to have received notice the day after such notice has been sent by a properly addressed facsimile, email or overnight delivery to the party or their counsel or designated representative.