# Exhibit A

## Allowed as Filed Claims

| Name/Address of Claimant | Claim # | Debtor Case # | Claim Amount |
|---|---|---|---|
| NEW MEXICO TAXATION & REVENUE DEPT<br>5301 CENTRAL NE<br>P.O. BOX 8575<br>ALBUQUERQUE, NM  87198-8575 | 8821 | Nortel Networks Inc.<br>09-10138 | - (S)<br>$671.86 (A)<br>- (P)<br>- (U)<br>$671.86 (T) |
| OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL'S OFFICE<br>100 NORTH BROADWAY AVE, SUITE 1500<br>OKLAHOMA CITY, OK  73102 | 8817 | Nortel Networks Inc.<br>09-10138 | - (S)<br>- (A)<br>$312,714.68 (P)<br>$129,323.09 (U)<br>$442,037.77 (T) |
| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA  19103 | 2519 | Nortel Networks Inc.<br>09-10138 | - (S)<br>- (A)<br>- (P)<br>$762,802.68 (U)<br>$762,802.68 (T) |
| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA  19103 | 2520 | Nortel Networks Inc.<br>09-10138 | - (S)<br>$7,445.91 (A)<br>- (P)<br>- (U)<br>$7,445.91 (T) |
| **Totals:** | **4  Claims** | | - (S)<br>$8,117.77 (A)<br>$312,714.68 (P)<br>$892,125.77 (U)<br>$1,212,958.22 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed