**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X   Chapter 11
:
*In re*   :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]   :   Jointly Administered
:
                Debtors.   :
:
---------------------------------------------------------X
SNMP Research International, Inc. and SNMP   :   Adv. Proc. Case No. 11-53454 (KG)
Research, Inc.,   :
:
                Plaintiffs,   :
v.   :
:
Nortel Networks, Inc., *et al.*,   :
:
                Defendants.   :
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 15, 2017 AT 9:30 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTERS GOING FORWARD**

1. SNMP Research's Motion to Reconsider Order and Accompanying Opinion with Respect to the Schedule 1 Issue (Main Case D.I. 18462, Adv. Case D.I. 625, Filed 9/19/17).

   Objection Deadline: October 3, 2017 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Responses Received:

(a) U.S. Debtors' Memorandum of Law in Opposition to Motion to Reconsider Schedule 1 Opinion (Main Case D.I. 18477, Adv. Case D.I. 627, Filed 10/16/17).

Related Pleading:

(a) Opinion (Main Case D.I. 18446, Adv. Case D.I. 622, Filed 8/21/17);

(b) Order Concerning the Court's Findings of Fact and Conclusions of Law with Respect to the Schedule 1 Issue (Main Case D.I. 18455, Adv. Case D.I. 624, Entered 9/7/17);

(c) Amended Notice of SNMP Research's Motion to Reconsider Oder and Accompanying Opinion with Respect to the Schedule 1 Issue (Main Case D.I. 18469, Adv. Case D.I. 626, Filed 10/11/17); and

(d) Reply in Further Support of SNMP Research's Motion to Reconsider Order and Accompanying Opinion with Respect to the Schedule 1 Issue (Main Case D.I. 18486, Adv. Case D.I. 642, Filed 10/30/17).

Status: The hearing on this matter will go forward.

## PRE-TRIAL CONFERENCE[2]

*SNMP Research International, Inc. and SNMP Research, Inc., v. Nortel Networks, Inc. et al.*
*Adv. Proc. Case No. 11-53454 (KG)*

2. Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Expert Testimony of Seanna Watson (Adv. Case D.I. 638, Filed 10/27/17) (Sealed at Adv. Case D.I. 629).

Objection Deadline: November 2, 2017 at 5:00 p.m. (ET).

Responses Received:

(a) U.S. Debtors' Memorandum of Law in Opposition to Motion to Exclude the Testimony of Seanna Watson (Sealed at Adv. Case D.I. 644, Filed 11/2/17); and

(b) Declaration of Tamara K. Minott in Support of the U.S. Debtors Oppositions to the Motions to Exclude the Testimony of Gillian McColgan and Seanna Watson (Sealed at Adv. Case D.I. 645, Filed 11/2/17).

---

[2] Pursuant to the Pre-Trial and Scheduling Order (Adv. Case D.I. 631), the pre-trial conference and oral argument on the *Daubert* motions and motions *in limine* will begin at 10:15 a.m., following the oral argument on SNMP Research's Motion to Reconsider Order and Accompanying Opinion with Respect to the Schedule 1 Issue (Adv. Case D.I. 625).

    Related Pleading:

    (a)    Pre-Trial and Scheduling Order (Adv. Case D.I. 631, Entered 10/20/17);

    (b)    Notice of Filing Revised Exhibit B to Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude Expert Testimony of Seanna Watson (Adv. Case D.I. 641, Filed 10/27/17) (Sealed at Adv. Case D.I. 636); and

    (c)    SNMP Research, Inc.'s and SNMP Research International, Inc.'s Reply to U.S. Debtors' Opposition to Motion to Exclude Expert Testimony of Seanna Watson (Sealed at Adv. Case D.I. 650, Filed 11/9/17).

    Status: The hearing on this matter will go forward.

3.    Motion of SNMP Research, Inc. and SNMP Research International, Inc. to Exclude the Testimony of Gillian McColgan (Adv. Case D.I. 639, Filed 10/27/17) (Sealed at Adv. Case D.I. 630).

    Objection Deadline: November 2, 2017 at 5:00 p.m. (ET).

    Responses Received:

    (a)    U.S. Debtors' Memorandum of Law in Opposition to Motion to Exclude the Testimony of Gillian McColgan (Sealed at Adv. Case D.I. 643, Filed 11/2/17); and

    (b)    Declaration of Tamara K. Minott in Support of the U.S. Debtors Oppositions to the Motions to Exclude the Testimony of Gillian McColgan and Seanna Watson (Sealed at Adv. Case D.I. 645, Filed 11/2/17).

    Related Pleading:

    (a)    Pre-Trial and Scheduling Order (Adv. Case D.I. 631, Entered 10/20/17); and

    (b)    SNMP Research, Inc.'s and SNMP Research International, Inc.'s Reply to U.S. Debtors' Opposition to Motion to Exclude Expert Testimony of Gillian McColgan (Sealed at Adv. Case D.I. 651, Filed 11/9/17).

    Status: The hearing on this matter will go forward.

4.    SNMP Research, Inc.'s and SNMP Research International. Inc.'s Motion to Exclude Expert Testimony of Michael Mitzenmacher (Sealed at Adv. Case D.I. 647, Filed 11/3/17).

    Objection Deadline: November 9, 2017 at 5:00 p.m. (ET).

Responses Received:

(a) U.S. Debtors' Memorandum of Law in Opposition to Motion to Exclude the Testimony of Michael Mitzenmacher (Sealed at Adv. Case D.I. 648; Filed 11/9/17); and

(b) Declaration of Tamara K. Minott in Support of the U.S. Debtors' Memorandum of Law in Opposition to Motion to Exclude the Testimony of Michael Mitzenmacher (Sealed at Adv. Case D.I. 649; Filed 11/9/17).

Related Pleading:

(a) Pre-Trial and Scheduling Order (Adv. Case D.I. 631, Entered 10/20/17).

Status: The hearing on this matter will go forward.

5. SNMP Research, Inc.'s and SNMP Research International, Inc.'s Motion *in Limine* with Respect to Avaya Settlement Agreement (Sealed at Adv. Case D.I. 653, Filed 11/10/17).

Objection Deadline: November 9, 2017 at 5:00 p.m. (ET).[3]

Responses Received:

(a) U.S. Debtors' Opposition to Plaintiffs' Motion in Limine with Respect to the Avaya Settlement (Sealed at Adv. Case D.I. 654, Filed 11/10/17).

Related Pleading:

(a) Pre-Trial and Scheduling Order (Adv. Case D.I. 631, Entered 10/20/17).

Status: The hearing on this matter will go forward.

6. U.S. Debtors' Motion *in Limine* to Exclude the Testimony of David W. Tollen (Sealed at Adv. Case D.I. 655, Filed 11/10/17).

Objection Deadline: November 9, 2017 at 5:00 p.m. (ET).

Responses Received:

(a) SNMP Research Inc.'s and SNMP Research International, Inc.'s Response to the U.S. Debtors' Motion in Limine to Exclude the Testimony of David W. Tollen (Sealed at Adv. Case D.I. 656, Filed 11/10/17).

---

[3] Pursuant to the Pre-Trial and Scheduling Order (Adv. Case D.I. 631), each motion *in limine* request was served on the opposing party on November 2, 2017 and the opposing party served its response to the requesting party by November 9, 2017.

Related Pleading:

(a) Pre-Trial and Scheduling Order (Adv. Case D.I. 631, Entered 10/20/17).

Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: November 13, 2017<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |