# SIGN-IN-SHEET

CASE NAME:    Nortel Networks, Inc.
CASE NO.:     09-10138, 11-53454 (KG)

COURTROOM LOCATION: 3
DATE:     11/15/17

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Busch | King & Bacon | SNMP |
| Derek Abbott | MNAT | Resrg, Debtors |
| David Herrington | Cleary | " |
| Phil Cosforth | " | " |
| Nat Jodrey | " | " |
| Fran Gallagher | " | " |
| Nicholas Buaxacc | Cole Schotz | SNMP |
| David Dean | " | SNMP |
| Tamara Minott | MNAT | Debtors |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross (Nortel Trial Only)
## Courtroom

Calendar Date: 11/15/2017
Calendar Time: 09:30 AM ET

*1st Revision  Nov 14 2017 1:09PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 | Hearing | 8718015 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8717711 | Jeffrey Case | (865) 579-0527 ext. | SNMP | Creditor, SNMP Research, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Ernst & Young Inc., As Monitor & foreign Represent | 09-10138 (11-5345 4) | Hearing | 8717705 | John L. Wood | (865) 292-2503 ext. | Egerton, McAfee, Armistead & Davis | Creditor, SNMP Research, Inc. / LIVE |

Peggy Drasal ext. 802

CourtConfCal2009