# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.* | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| <u>            Debtors.            </u> | ) | **Re Dkts. No. 18446, 18455 & 18462** |
| SNMP Research International, Inc. and | ) | |
| SNMP Research, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 11-53454(KG) |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | |
| | ) | |
| <u>            Defendants.            </u> | ) | **Re Dkts. No. 622, 624 & 625** |

## ORDER

SNMP Research International, Inc. and SNMP Research, Inc. filed the Motion to Reconsider Order and Accompanying Opinion with Respect to the Schedule 1 Issue (the "Motion"). For the reasons which the Court stated on the record of the hearing on November 15, 2017, the Motion is denied.

Dated: November 15, 2017

*/s/ Kevin Gross*
KEVIN GROSS, U.S.B.J.