**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- X
In re                                       :   Chapter 11
                                            :
Nortel Networks Inc., et al.,¹              :   Case No. 09-10138 (KG)
                                            :
        Wind-Down Debtors and               :   Jointly Administered
        Debtor-In-Possession.               :
------------------------------------------------------------- X   Ref. Docket Nos. 18495 and 18496
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2.  On November 10, 2017, I caused to be served the:

   a.  "Notice of Wind Down Debtors' and Plan Administrator's First Post-Effective Date
       Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R.
       Bankr. P. 3007 and Del. L.R. 3007-1 (Satisfied Claims, No-Basis 401(K) Claims, No-
       Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims,
       Wrong or no Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims
       and no Amount Due Claims)," dated November 10, 2017, to which was attached the
       "Wind Down Debtors' and Plan Administrator's First Post-Effective Date Omnibus
       Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P.
       3007 and Del. L.R. 3007-1 (Satisfied Claims, No-Basis 401(K) Claims, No-Basis
       Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or
       no Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and no
       Amount Due Claims)," dated November 10, 2017 [Docket No. 18495], (the "Omnibus
       Objection"),

   b.  "Plan Administrator's and Wind-Down Debtors' First Post-Effective Date Notice of
       Proposed Formal Allowance of Certain Claims Against the Wind-Down Debtors," dated
       November 10, 2017 [Docket No. 18496], (the "Allowed Claims Notice"), and

   c.  "Plan Administrator's and Wind-Down Debtors' First Post-Effective Date Notice of
       Disallowed Late-Filed Claims," dated November 10, 2017, annexed hereto as Exhibit A,
       (the "Disallowed Claims Notice"),

   by causing true and correct copies of the:

   i.   Omnibus Objection and Allowed Claims Notice, to be enclosed securely in separate
        postage pre-paid envelopes and delivered via first class mail to those parties listed on
        the annexed Exhibit B,

   ii.  Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes
        and delivered via first class mail to those parties listed on the annexed Exhibit C,

   iii. Allowed Claims Notice, to be enclosed securely in separate postage pre-paid
        envelopes and delivered via first class mail to those parties listed on the annexed
        Exhibit D, and

   iv.  Disallowed Claims Notice, to be enclosed securely in separate postage pre-paid
        envelopes and delivered via first class mail to those parties listed on the annexed
        Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
14th day November, 2017

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

-3-

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                                         :
In re                                                    :   Chapter 11
                                                         :
Nortel Networks Inc., et al.,¹                           :   Case No. 09-10138 (KG)
                                                         :
          Wind-Down Debtors.                             :   Jointly Administered
                                                         :
---------------------------------------------------------X
```

## PLAN ADMINISTRATOR'S AND WIND-DOWN DEBTORS' FIRST POST-EFFECTIVE DATE NOTICE OF DISALLOWED LATE-FILED CLAIMS

**WHEREAS**, on January 24, 2017, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Findings of Fact, Conclusions of Law and Order Confirming First Amended Join Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order"), confirming the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17795-1] (the "Plan"); and

**WHEREAS**, on May 8, 2017, the Plan became effective according to its terms (the "Effective Date") and notice of the effective date was served on the service list in the case and published in the *Wall Street Journal* and *Globe and Mail*; and

**WHEREAS**, in accordance with the terms of the Plan and the notice of the Effective Date, the deadline for asserting Admnistrative Expense Claims was set as June 7, 2017 at 5:00 p.m. (E.S.T.) (the "Administrative Expense Claims Bar Date"); and

**WHEREAS**, the Plan provides that the Debtors and Wind-Down Debtors shall treat all claims filed after the applicable bar date (including the Administrative Expense Claims Bar Date) as disallowed and shall have no obligation to review or respond to such late-filed claims. See Plan, §11.8; and

**PLEASE TAKE NOTICE THAT**, in accordance with the Plan, the Plan Administrator and Wind-Down Debtors hereby provide a courtesy notice to the holders of the claims listed on **Exhibit A** that such claims have been disallowed as late-filed claims filed after the Administrative Expense Claims Bar Date in accordance with section 11.8 of the Plan.

---

¹ The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not join in seeking relief from the Court through this Objection. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated:  November 10, 2017
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999


- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors*

# Exhibit B

## Expunged Claims

| Name/Address of Claimant | Claim # | Debtor<br>Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| JEJATI, ANNE<br>108 MADISON GROVE PL<br>CARY, NC  27519 | 8854 | NO DEBTOR ASSERTED<br>BY CREDITOR<br><br>NO DEBTOR | Unspecified* | Expunged pursuant to Section 11.8 of the Plan. |
| LEITZES, ELIZABETH DYKES<br>16 ROCKLEDGE AVE. 5J-1<br>OSSINING, NY  10562 | 8853 | Nortel Networks Inc.<br>09-10138 | Unspecified* | The Claim is related to ownership of equity interests in the Canadian Debtors, and therefore fails to meet the standard for prima facie validity and is not a liability of any Debtor. |
| **Totals:** | **2  Claims** | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

**EXHIBIT B**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN ONE BRYANT PARK NEW YORK NY 10036 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & DAN J. MCDERMETT, JR., ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE, SUITE 600 DALLAS TX 75201 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 199 BAY STREET SUITE 4000, COMMERCE COURT WEST TORONTO ON M5L 1G9 CANADA |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM ONE FINANCIAL CENTER BOSTON MA 02111 |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP RESEARCH INC. 300 E. LOMBARD STREET, SUITE 1450 BALTIMORE MD 21202 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM 919 NORTH MARKET STREET, SUITE 300 CITIZENS BANK CENTER WILMINGTON DE 19801 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION 101 PARK AVENUE NEW YORK NY 10178 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. COUNSEL FOR GENBAND INC. 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MCCARTHY TÉTRAULT LLP | JAMES GAGE COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION SUITE 5300, TD BANK TOWER BOX 48, 66 WELLINGTON STREET WEST TORONTO ON M5K 1E6 CANADA |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. 28 LIBERTY STREET NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, STEPHEN D. SCHREIBER, PAULA J. CONNELLY, GARTH D. WILSON AND JENNIFER MESSINA OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW WASHINGTON DC 20005-4026 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND DANIEL S. HOLZMAN, ESQ. COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP 51 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10010 |

| Claim Name | Address Information |
|---|---|
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE COUNSEL FOR AVAYA INC. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| ROPES & GRAY LLP | HOWARD S. GLAZER COUNSEL FOR AVAYA INC. THREE EMBARCADERO CENTER SAN FRANCISCO CA 94111-4006 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA US COUNSEL FOR THE BANK OF NEW YORK MELLON 900 THIRD AVENUE NEW YORK NY 10022 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  33**

**EXHIBIT C**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALPHA DATA LLC | PO BOX 8829 DUBAI UNITED ARAB EMIRATES |
| ATKINS, SETH | 9616 MILL HOLLOW DR DALLAS TX 75243 |
| BOWER, KOLLEN KAL | 1303 ABERDEEN DRIVE LUCAS TX 75002-8604 |
| BURNEY, TERENCE | 222 HOLLYHOCK LN. APEX NC 27539 |
| DACA VI, LLC | TRANSFEROR: ADIRONDACK WIRE AND CABLE 1565 HOTEL CIRCLE SOUTH, SUITE 310 SAN DIEGO CA 92108 |
| DEMARTIS, STEVE | 1929 NARRAGANSETT AVENUE MORRIS PARK NY 10461 |
| GUTIERREZ, MANUEL | 2324 W IRVING PARK RD. #207 CHICAGO IL 60618 |
| HERMANN, JAMES E. | 27821 VIA MADRINA SAN JUAN CAPISTRANO CA 92675 |
| JOHNSON, PATRICIA | GID 1111589 200 SEAGRASS WAY NEWPORT NC 28570 |
| KHAN, ADAM | 11564 EVENING SPRING CT. CUPERTINO CA 95014 |
| LUNSFORD, JEFFREY SCOTT | 390 LINDA CIRCLE SOUTH DAYTONA BEACH FL 32119 |
| MACE, JOHN | PO BOX 98 PETERSBURG NY 12138 |
| MCKINLEY, ERNEST J | 16 JOHN STREET WOBURN MA 01801 |
| MERCURE, JIM | 210 CELLARS WAY WALLACE NC 28466-2360 |
| NORTEL NETWORKS PERU S.A.C. | C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS PERU S.A.C. | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| PETERSON, VAUGHN L. | 3594 FOOTHILL DRIVE PROVO UT 84604 |
| RIMICCI, LEONARD | 144 SURFSIDE AVE. SANTA CRUZ CA 95060 |
| RIVERA, JOSE RAFAEL | 9102 ROQUEFOOT SAN ANTONIO TX 78250 |
| SMITH, HOWARD SETH | 7160 OLD VALDASTA RD BLUE RIDGE TX 75424 |
| SNMP RESEARCH INTERNATIONAL INC | 3001 KIMBERLIN HEIGHTS ROAD KNOXVILLE TN 37920-9716 |
| SNMP RESEARCH, INC. | 3001 KIMBERLIN HEIGHTS ROAD KNOXVILLE TN 37920 |

**Total Creditor count  22**

**EXHIBIT D**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NEW MEXICO TAXATION & REVENUE DEPT | 5301 CENTRAL NE P.O. BOX 8575 ALBUQUERQUE NM 87198-8575 |
| OKLAHOMA TAX COMMISSION | GENERAL COUNSEL'S OFFICE 100 NORTH BROADWAY AVE, SUITE 1500 OKLAHOMA CITY OK 73102 |
| UBS REALTY INVESTORS, LLC | DAVID L. POLLACK, ESQ. BALLARD SPAHR ANDREWS & INGERSOLL, LLP 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103 |

**Total Creditor count  3**

**EXHIBIT E**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JEJATI, ANNE | 108 MADISON GROVE PL CARY NC 27519 |
| LEITZES, ELIZABETH DYKES | 16 ROCKLEDGE AVE. 5J-1 OSSINING NY 10562 |

**Total Creditor count  2**