IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------X    Chapter 11
                                                        :
  In re                                                 :    Case No. 09-10138 (KG)
                                                        :
  Nortel Networks Inc., et al.,¹                        :    Jointly Administered
                                                        :
                              Debtors.                  :
                                                        :
-------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 21, 2017 AT 3:00 P.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED MATTER**

1. Debtors' Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code and Entry of an Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims (D.I. 18487, Filed 10/31/17).

    Objection Deadline: November 14, 2017 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleading:

    (a) Amended Notice of Debtors' Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code and Entry of an Order Extending the Debtors' Deadline to

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Object to Certain Administrative Expense Claims (D.I. 18488, Filed 11/1/17);

(b) Certificate of No Objection Regarding Debtors' Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code and Entry of an Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims (D.I. 18504, Filed 1/15/17); and

(c) Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims (D.I. 18505, Filed 11/16/17).

<u>Status</u>: An order has been entered regarding this matter.

Dated: November 16, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*