**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Bankr. Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 18497 |
| SNMP Research International, Inc. and SNMP Research, Inc., | |
| Plaintiffs, | Adv. Proc. No. 11-53454 (KG) |
| v. | |
| Nortel Networks Inc., *et al.*, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

---

[1] In addition to Nortel Networks Inc., the debtors in these Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. Additional information regarding the U.S. Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2017, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on November 15, 2017 at 9:30 A.M. (Eastern Time)," dated November 13, 2017 [Docket No. 18497 in Main Case No. 09-10138], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Forrest Kuffer

Sworn to before me this
14th day of November, 2017

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  8**

Nortel Networks Inc.,
Additional Overnight Parties

RICHARD S. BUSCH, ESQ.
KING & BALLOW LAW OFFICES
315 UNION STREET, SUITE 1100
NASHVILLE, TN 37201

JOHN L. WOOD, ESQ.
EGERTON, MCAFEE, ARMISTEAD &
DAVIS, P.C.
900 S. GAY STREET
KNOXVILLE, TN 37902

COLE SCHOTZ P.C.
G. DAVID DEAN, ESQ.
300 E. LOMBARD STREET, SUITE 1450
BALTIMORE, MD 21202

**EXHIBIT B**

Nortel Networks Inc.,
MSL Facsimile List

| Name | Contact1 | Contact2 | Contact3 | Contact4 | Fax |
|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, | DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN | | | 212-872-1002 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & | DAN J. MCDERMETT, JR., ESQ. | | | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY | COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) | | | 416-863-2653 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | | | 617-856-8201 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP | | | 302-574-2106 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | | | 302-656-8920 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG | 333 BAY STREET, SUITE 3400 | | | 416-979-1234 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | | 212-299-6045 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW | COLLECTIONS SECTION | | | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER | COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | | | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER | COUNSEL FOR RADWARE LTD. | | | 212-715-8000 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI | COUNSEL FOR CIENA CORPORATION | | | 202-637-2201 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. | COUNSEL FOR GENBAND INC. | | | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | JAMES GAGE | COUNSEL FOR HITACHI, LTD., | TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION | | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. | ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. | | | 212-530-5219 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ | COUNSEL FOR HITACHI, LTD., | TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION | | 415-268-7522 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY | 844 KING STREET, SUITE 2207 | | | 302-573-6497 |

Nortel Networks Inc.,
MSL Facsimile List

| Name | Contact1 | Contact2 | Contact3 | Contact4 | Fax |
|---|---|---|---|---|---|
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS | 919 N. MARKET ST. 17TH FL. | | | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY | LAW DEBENTURE TRUST COMPANY OF NEW YORK | | | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, | STEPHEN D. SCHREIBER, PAULA J. CONNELLY, | GARTH D. WILSON AND JENNIFER MESSINA | OFFICE OF THE CHIEF COUNSEL | 202-326-4112 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND | DANIEL S. HOLZMAN, ESQ. | COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP | | 212-849-7100 |
| ROPES & GRAY LLP | HOWARD S. GLAZER | COUNSEL FOR AVAYA INC. | | | 415-315-6350 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE | COUNSEL FOR AVAYA INC. | | | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER | COUNSEL FOR CIENA CORPORATION | | | 416-947-0866 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA | US COUNSEL FOR THE BANK OF NEW YORK MELLON | | | 646-390-7034 |