UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## SIXTY-SEVENTH MONTHLY AND FINAL FEE APPLICATION OF
## JOHN RAY

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Sixty-Seventh Monthly and Final Fee Application of John Ray ("Application"), for the period from May 1, 2017 through May 8, 2017 seeking approval of fees that total $21,840.00, and from December 7, 2009 through May 8, 2017 seeking approval of fees that total $4,808,467.00 (including $6,000.00 in fees for preparation of fee applications incurred after the effective date of the Plan) and expenses that total $274,745.70. John Ray is Principal Officer of Nortel Networks, Inc.

### Background

1.      Master, Sidlow & Associates, P.A. reviewed Mr. Ray's Application, including each of the billing and expense entries shown in the exhibits, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2.      Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to John Ray and Mr. Ray provided a written response to that report. Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings
## Recomputation of Fees and Expenses

3.      Master, Sidlow & Associates, P.A. recomputed the fees requested in the Application for the period from May 1, 2017 through May 8, 2017. The hours billed by Mr. Ray were totaled and these amounts were multiplied by his hourly rate.  The recomputation of fees did not reveal any discrepancies.

## Review of Fees

4.      **Firm Staffing.**   The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application… (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The application provided the name, position, and hourly rate of the applicant's professional who billed time.

For the period May 1, 2017 through May 8, 2017 Mr. Ray billed a total of 27.30 hours with associated fees of $21,840.00.  His hourly billing rate is $800.00.

The Preliminary Report noted that page 2 of the Application (Doc. 18325-1) indicates the amount of final compensation sought is $4,808,467.00, **including** [emphasis added] $6,000.00 in fees for the preparation of fee applications incurred after the effective date of the Plan. However, paragraph 17 and the last paragraph of Doc. 18325, indicate compensation sought is $4,808,467.00, **plus** [emphasis added] $6,000.00 in fees for the preparation of fee applications incurred after the effective date of the Plan.

The sum of fees per the schedule of fees applications is $4,785,692.00.  This sum needs to be reduced by $367.50 for an adjustment made to the application for May 1, 2015 – June 30, 2015.  The adjusted previous fee applications plus the fees of $21,840.00 for the period May 1, 2017 – May 8, 2017 and fees of $6,000.00 for post Plan fee applications total $4,813,164.50.

In his response, Mr. Ray agreed that final total fees are $4,813,164.50.

5.     **Hourly Rate Increase**.  John Ray did not increase his hourly rate for the period from May 1, 2017 through May 8, 2017.

6.     **Complete and Detailed Task Descriptions.**   Local Rule 2016-2 (d) states "…activity descriptions…shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary."  The rules further provide that the fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity.  Master, Sidlow & Associates, P.A. found the activity descriptions in the Application for the period from May 1, 2017 through May 8, 2017 to be sufficiently detailed.

7.     **Travel.**  Local Rule 2016-2(d) (viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates…"  John Ray states in his interim applications that "In accordance with Local Rule 2016-2, John Ray has reduced his request for compensation for non-working travel, if, any, to 50% of his normal rate."

8.     **John Ray Retention/Compensation.**  Master, Sidlow & Associates, P.A. reviewed and identified entries related to the retention and compensation of John Ray.  For the period from May 1, 2017 through May 8, 2017 Mr. Ray billed 6.0 hours with associated fees of $4,800.00 to prepare his fee applications, which represents approximately 22% of the total fees billed by him. For the period from December 7, 2009 through May 8, 2017 Mr. Ray billed 355.70 hours with associated fees of $214,347.50 to prepare his fee applications, which represents approximately 4% of the total fees billed by him.

**Review of Expenses**

9.     **Complete and Detailed Itemization of Expenses.**  The Guidelines in Section II.E.3 state "Factors relevant to a determination that the expense is proper include … Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses

should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." John Ray provides an itemization for his expenses that includes the category, the date, the description, the amount, and the name of the timekeeper incurring the charge.

## Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Sixty-Seventh Monthly and Final Fee Application of John Ray and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $21,840.00 for the period from May 1, 2017 through May 8, 2017, and fees in the amount of $4,813,164.50 including $6,000.00 in fees for the preparation of fee applications incurred after the Effective Date of the Plan, and expenses in the amount of $274,745.70 for the period from December 7, 2009 through May 8, 2017, less any interim payments received by John Ray for fees and expenses under fee applications. A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____

Judith M. Scarborough, CPA, CFF

2002 West 14th Street
Wilmington, DE  19806
Telephone:  (302) 652-3480
Facsimile:  (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner

APPENDIX A

JOHN RAY
SUMMARY OF FINDINGS
67TH MONTHLY FEE APPLICATION (May 1, 2017 through May 8, 2017)

A.                          **Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $ 21,840.00 | |
| Expenses Requested | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $ 21,840.00 |
| Fees Computed | $ 21,840.00 | |
| Expenses Computed | - | |
| TOTAL FEES AND EXPENSES COMPUTED | | $ 21,840.00 |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $ - |

B.                          **Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $ 21,840.00 | |
| RECOMMENDED FEE ALLOWANCE | | $ 21,840.00 |
| Expenses Requested | - | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | - |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $ 21,840.00 |