UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING FINAL FEE APPLICATION OF HURON BUSINESS ADVISORY

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Final Fee Application of Huron Business Advisory ("Application"), for the period from February 2, 2009 through April 30, 2017, seeking approval of fees that total $9,073,570.98, including $23,640.00 for preparation of the final fee application after the Effective Date of the Plan, and reimbursement of expenses in the amount of $594,637.34. Huron Business Advisory ("Huron") is accounting and restructuring consultant to the debtors.

### Background

1.  Master, Sidlow & Associates, P.A. reviewed the firm's Application for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2.  Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to Huron Business Advisory. No response was required as there were no questioned fees or expenses in that report. Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings
## Recomputation of Fees

3. Master, Sidlow & Associates, P.A. recomputed the fees requested in the Application. The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by that individual's hourly rate. The recomputation of fees did not reveal any discrepancies.

## Review of Fees

4. **Firm Staffing.** The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: ... (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and a statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The Application provides the name, position, and hourly rate of each timekeeper.

The firm billed a total of 23,673.85 hours with associated fees of $9,049,930.98. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Mg Director | 1,419.15 | 6% | $ 1,000,316.50 | 10% |
| Director | 7,345.00 | 31% | 4,029,023.00 | 39% |
| Manager | 6,864.60 | 29% | 2,853,058.50 | 28% |
| Associate | 5,285.10 | 22% | 1,768,664.00 | 17% |
| Analyst | 2,749.85 | 12% | 676,716.75 | 6% |
| Executive Assistant | 10.15 | | 507.50 | |
| Subtotal | 23,673.85 | 100% | 10,328,286.25 | 100% |
| Travel reduction | | | (267,401.00) | |
| Accommodation (10%) | | | (1,006,088.52) | |
| Trustee reductions | | | (4,865.75) | |
| Subtotal | | | 9,049,930.98 | |
| Final fee application | | | 23,640.00 | |
| **TOTAL** | | | **$ 9,073,570.98** | |

The blended hourly rate for the Huron professionals, exclusion of the final fee application time, is $382.28.

5. **Huron Consulting Group Retention/Compensation.** The firm billed 1,083.35 hours with associated fees of $393,814.50 to prepare the firm's retention documents and applications for compensation, which represents approximately 4% of the total fees billed by the firm.

## Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Final Fee Application of Huron Business Advisory and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $9,073,570.98 including $23,640.00 for preparation of the final fee application after the Effective Date of the Plan, and reimbursement of expenses in the amount of $594,637.34 for the period from February 2, 2009 through April 30, 2017, less any interim payments received by Huron for fees and expenses under fee applications.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____
Judith M. Scarborough, CPA, CFF

2002 West 14th Street
Wilmington, DE 19806
Telephone: (302) 652-3480
Facsimile: (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner