UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING
### FINAL FEE APPLICATION OF
### LAZARD FRERES AND CO. LLC

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Final Fee Application of Lazard Freres and Co. LLC ("Application"), for the period from January 14, 2009 through July 31, 2011, seeking approval of fees that total $38,033,199.29 and reimbursement of expenses that total $510,419.78. Lazard Freres and Co. LLC ("Lazard") is financial advisor and investment banker to the debtors.

### Background

1. Master, Sidlow & Associates, P.A. reviewed the firm's Application for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2. Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to Lazard Freres and Co. LLC and the firm provided a written response to that report. After consideration of the firm's responses to the preliminary report, Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

**Discussion of Findings**

**Recomputation of Fees and Expenses**

3.  Master, Sidlow & Associates, P.A. recomputed the fees and expenses requested in the Application. The hours and fees in the schedule of compensation by professional were totaled and agreed to the schedule of compensation by project category.

4.  The terms of Lazard's engagement are detailed in Docket Nos. 507, 2561 and 6680, together the "Retention Orders". Per the Application, Lazard's compensation is comprised of the following:

(a) one Monthly Fee in the amount of $250,000 for each month from January 2009 through April 2011, (the January 2009 fee was prorated in the amount of $145,161.29) for total Monthly Fees of $6,895,161.29; plus

(b) two Sale Transaction Fees in the amounts of $5,541,000.00 and $4,927,000.00, respectively, payable upon consummation of the Debtors' sales of the Debtors' CDMA Assets and Enterprise Assets (as defined and discussed in the monthly fee statements filed by Lazard at Docket Nos. 2548 and 2549), for total Sale Transaction Fees of $10,468,000.00; plus

(c) four Minority Sale Transaction Fees in the gross amounts of $4,066,000.00, $986,000.00, $1,562,000.00 and $17,987,703.90, respectively, payable upon the consummation of the Debtors' sales of the Optical and Carrier Ethernet Businesses, GSM/GSM-R Business, CVAS Business, MSS Businesses and IP Assets (as defined and discussed in the monthly fee statements filed by Lazard at Docket Nos. 3140, 3917 and 6810) less (i) crediting of applicable Monthly Fees in the amount of $3,250,000.00 and (ii) an agreed upon reduction between Lazard and the Debtors in the amount of $161,665.94, resulting in total net Minority Sale Transaction Fees of $20,670,037.96.

**Review of Fees**

5.  **Recalculation of Fees.** The Preliminary Report noted that the fees, as detailed above, total $38,553,199.25, rather than the Application amount of $38,033,199.29. In particular, the fees for the four minority transactions as detailed above total $21,190,037.96, rather than the indicated amount of $20,670,037.96, a difference of $520,000.00.

In its response the firm noted that the two Minority Sale Transaction Fees for the sale of the Optical and Carrier Ethernet Business ($4,066,000) and the GSM/GSM-R Business

($986,000) were billed to the company for an adjusted or "capped" amount totaling $4,532,000, or $520,000 less than the aggregate of $5,052,000 because, per section 6 of the Order Approving an Amendment to the Terms of Compensation of Lazard Freres & Co. LLC. as Financial Advisor and Investment Banker for the Debtors and Debtors-In-Possession [Docket No. 2561], the maximum amount of all Sale Transaction Fees that could be paid to Lazard in respect of the transactions that had received final Bankruptcy Court approval prior to February 1, 2010, was $15,000,000.

Master, Sidlow & Associates, P.A. does not recommend any modification in fees for this matter.

6.     **Firm Staffing.** The Application provides the name and position, and hourly rate of all of the applicant's professionals who billed time.

For the period from January 14, 2009 through July 31, 2011 the firm billed a total of 16,819.00 hours. The following table displays the hours by timekeeper position and the percentage of total hours for each position:

| Position | Hours | Percentage of Total Hours |
|---|---|---|
| Managing Director | 4,620.50 | 28% |
| Director | 984.40 | 6% |
| Vice President | 4,252.40 | 25% |
| Associate | 2,075.00 | 12% |
| Financial Analyst | 4,886.70 | 29% |
| TOTAL | 16,819.00 | 100% |

## Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Final Fee Application of Lazard Freres and Co. LLC and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $38,033,199.29 and reimbursement of expenses in the amount of $510,419.78 for the period from January 14, 2009 through July 31, 2011 less any interim payments received by Lazard Freres and Co. LLC for fees and expenses under fee applications.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____
Judith M. Scarborough, CPA, CFF

2002 West 14th Street
Wilmington, DE  19806
Telephone:  (302) 652-3480
Facsimile:   (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner