**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**FEE EXAMINER'S FINAL REPORT REGARDING**
**FINAL FEE APPLICATION OF**
**LINKLATERS LLP**

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Final Fee Application of Linklaters LLP ("Application"), for the period from January 26, 2010 through May 8, 2017, seeking approval of fees that total $1,462,095.43 and reimbursement of expenses that total $519,684.87. Linklaters LLP is U.K. counsel to the debtors.

### Background

1.  Master, Sidlow & Associates, P.A. reviewed the firm's Application for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2.  Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to Linklaters LLP and the firm provided a written response to that report. After consideration of the firm's responses to the preliminary report, Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

### Discussion of Findings
### Recomputation of Fees and Expenses

3. Master, Sidlow & Associates, P.A. recomputed the fees and expenses requested in the Application based on the schedule of fee applications filed.

### Review of Fees

4. **Final Fees.** The preliminary report noted that the Application requests compensation for the final period, from January 26, 2010 through May 8, 2017, of $1,462,095.43. However, total fees allowed per the Application schedule of prior fee applications are $1,634,250.10. In its response, the firm agreed with the fee examiner's calculation. In addition, the firm noted a typographical error in the final fee application [D.I. 18350] with respect to the fees. On the final application, the fee listed for the period of 11/1/10 – 1/31/11 is $114,089.13. That number should be 144,089.13. As a result, the final total fees should be $1,664,250.10, $30,000 more than stated in the final fee application.

### Review of Expenses

5. **Final Expenses.** The preliminary report noted the Application requests reimbursement of expenses for the final period, from January 26, 2010 through May 8, 2017, of $519,684.87. However, total expenses allowed per the Application schedule of prior fee applications are $519,855.43. In its response, the firm agreed with the fee examiner's calculation.

### Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Final Fee Application of Linklaters LLP and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $1,664,250.10 and reimbursement of expenses in the amount of $519,855.43 for the period from January 26, 2010 through May 8, 2017, less any interim payments received by Linklaters LLP for fees and expenses under fee applications.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _/s/ Judith M. Scarborough_
Judith M. Scarborough, CPA, CFF
2002 West 14th Street
Wilmington, DE 19806
Telephone: (302) 652-3480
Facsimile: (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner