**Exhibit A**

**COMPENSATION BY PROJECT CATEGORY**[1]
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2017 through October 31, 2017

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks India International Inc. ("NN III") | 99.70 | $75,848.50 |
| **TOTAL** | **99.70** | **$75,848.50** |

---

[1] Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

**MATTER: 17650-035  NN III**[1]

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Livingston, M. | 08/01/17 | Review NNIII tax advisor engagement letter, including comments from tax advisor and markup re: same. | .30 | 202.50 | 47553795 |
| D'Amato, R. | 08/01/17 | Call with B. Beller re: revisions to litigation document (0.2); Review B. Beller's edits to litigation document (0.2); Corr. with K. Hailey re: revised draft of litigation document (0.1) | .50 | 292.50 | 47481896 |
| Beller, B. S. | 08/01/17 | Review case document (.8); call with R. D'Amato re: revisions to litigation document (.2) | 1.00 | 785.00 | 47569306 |
| Hailey, K. A. | 08/02/17 | Review of litigation document and comment on same (1.00). Review historic emails regarding litigation issue and emails with R. D'Amato regarding same (.50). Emails with tax advisor regarding litigation issue (.50). | 2.00 | 2,000.00 | 47676350 |
| Beller, B. S. | 08/02/17 | Ems and review of case document (1.6) | 1.60 | 1,256.00 | 47569321 |
| Livingston, M. | 08/03/17 | Review outstanding NNIII tax advisor engagement letter issues. | .50 | 337.50 | 47569350 |
| Hailey, K. A. | 08/03/17 | Emails regarding litigation issues. | .50 | 500.00 | 47676457 |
| Beller, B. S. | 08/03/17 | Work re case document (1.6) | 1.60 | 1,256.00 | 47569326 |
| Beller, B. S. | 08/04/17 | Ems re case document (.7) | .70 | 549.50 | 47569348 |
| Schweitzer, L. | 08/07/17 | R. D'Amato correspondence re litigation document (0.1). | .10 | 128.50 | 47633120 |
| Livingston, M. | 08/07/17 | Review NNIII MOR July 2017 and comm. w/ R. D'Amato re: same. | .30 | 202.50 | 47569392 |
| D'Amato, R. | 08/07/17 | Revise draft of litigation document based on feedback from K. Hailey and circulate to M. Kennedy (Chilmark) for review (1); Review draft July Monthly Operating Report (0.1) | 1.10 | 643.50 | 47522082 |
| Beller, B. S. | 08/07/17 | Revise case document (1.5) | 1.50 | 1,177.50 | 47569369 |
| D'Amato, R. | 08/08/17 | Corr. with J. Ray (Greylock), M. Kennedy (Chilmark), and M. Cilia (RLKS) re: client review and comment on litigation document and call to discuss (0.2) | .20 | 117.00 | 47530140 |
| Beller, B. S. | 08/08/17 | Revise case document (1.5) | 1.50 | 1,177.50 | 47569377 |

---

[1] Note: This Application includes certain fees incurred during a period related to a previously submitted fee application, but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Livingston, M. | 08/09/17 | Comm. w/ CGSH, M. Cilia re: July NNIII MOR. | .20 | 135.00 | 47569418 |
| D'Amato, R. | 08/09/17 | Revise draft of litigation document based on feedback from J. Ray (Greylock) (0.5) | .50 | 292.50 | 47539544 |
| Beller, B. S. | 08/09/17 | Revise case document (1.5) | 1.50 | 1,177.50 | 47569386 |
| Livingston, M. | 08/10/17 | Review NNIII tax advisor engagement letter and comm. w/ tax advisor re: same. | .50 | 337.50 | 47569432 |
| D'Amato, R. | 08/10/17 | Call with B. Beller re: claims issue (0.1); Corr. with L. Schweitzer re: same (0.3) | .40 | 234.00 | 47546713 |
| Beller, B. S. | 08/10/17 | Revise case document (1.4); Call with R. D'Amato re: claims issue. (.1). | 1.50 | 1,177.50 | 47569412 |
| Bromley, J. L. | 08/11/17 | Email comm. with B. Beller, K. Hailey re NNIII. | .30 | 388.50 | 47721787 |
| Livingston, M. | 08/11/17 | Markup tax advisor engagement letter and EM to tax advisor re: same. | .50 | 337.50 | 47569445 |
| D'Amato, R. | 08/11/17 | Call with L. Schweitzer, B. Beller, M. Kennedy (Chilmark) and M. Cilia (RLKS) re: litigation issues (1.3) | 1.30 | 760.50 | 47553805 |
| Rozan, B. D. | 08/11/17 | Diary review per P. Cantwell | 1.50 | 547.50 | 47571120 |
| Hailey, K. A. | 08/11/17 | Emails with tax advisor and M. Livingston regarding NN III engagement letter (.20). Emails with B. Beller regarding litigation document (.30). | .50 | 500.00 | 47676062 |
| Beller, B. S. | 08/11/17 | Revise case document (.2); call with R. D'Amato, L. Schweitzer, M. Kennedy (Chilmark) and M. Cilia (RLKS) re: litigation issues (1.3). | 1.50 | 1,177.50 | 47569431 |
| Bromley, J. L. | 08/12/17 | Em K. Hailey, B. Beller re litigation document. | .30 | 388.50 | 47721890 |
| Hailey, K. A. | 08/12/17 | Emails with B. Beller re litigation document. | .30 | 300.00 | 47676158 |
| Beller, B. S. | 08/12/17 | Ems re case document (.5) | .50 | 392.50 | 47569442 |
| D'Amato, R. | 08/13/17 | Review litigation documents re: litigation issue (0.4) | .40 | 234.00 | 47554581 |
| Graham, A. | 08/14/17 | Draft fee application | .30 | 115.50 | 47623128 |
| Livingston, M. | 08/14/17 | Review NNIII fee app issues (.2) and CGSH fee app diaries (.5). | .70 | 472.50 | 47569338 |
| D'Amato, R. | 08/14/17 | Review numeric figures in draft litigation document to confirm accuracy (0.2) | .20 | 117.00 | 47570646 |
| Rozan, B. D. | 08/14/17 | Review June/July expenses (.5) and draft exhibit (.5); email communication re same (.3). | 1.30 | 474.50 | 47597687 |
| Beller, B. S. | 08/14/17 | Review case document (2.5) | 2.50 | 1,962.50 | 47701970 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| D'Amato, R. | 08/15/17 | Review B. Beller's edits to litigation document and circulate revised draft to L. Schweitzer with summary re: same (0.5) | .50 | 292.50 | 47588407 |
| Rozan, B. D. | 08/15/17 | Email correspondence with team re disbursements (.5) | .50 | 182.50 | 47597699 |
| Beller, B. S. | 08/15/17 | Review case document (1.5) | 1.50 | 1,177.50 | 47702357 |
| Beller, B. S. | 08/16/17 | Ems w R D'Amato re case document (.9) | .90 | 706.50 | 47702729 |
| D'Amato, R. | 08/17/17 | Follow-up corr. with L. Schweitzer re: revised draft of litigation document (0.1) | .10 | 58.50 | 47605378 |
| Livingston, M. | 08/18/17 | Comm. w/ tax advisor, M. Cilia re: NNIII engagement letters. | .50 | 337.50 | 47691237 |
| Hailey, K. A. | 08/18/17 | Emails with M. Livingston, M. Cilia and tax advisor regarding engagement letters. | .30 | 300.00 | 47619276 |
| Beller, B. S. | 08/18/17 | Revise case document (.6) | .60 | 471.00 | 47704126 |
| Beller, B. S. | 08/21/17 | Ems re case matters (1.5) | 1.50 | 1,177.50 | 47704209 |
| D'Amato, R. | 08/22/17 | Draft litigation document (1). | 1.00 | 585.00 | 47636257 |
| Cantwell, P. A. | 08/22/17 | Attention to NNIII billing issues for RLKS, Cleary, Chilmark (1). | 1.00 | 820.00 | 47632214 |
| Beller, B. S. | 08/22/17 | Review of case matters (1) | 1.00 | 785.00 | 47705476 |
| Schweitzer, L. | 08/23/17 | E/ms M. Livingston re professional relations (.2). | .20 | 257.00 | 47729381 |
| D'Amato, R. | 08/23/17 | Revise draft litigation document (0.4) | .40 | 234.00 | 47640111 |
| Hailey, K. A. | 08/23/17 | Emails re: tax issues. | .20 | 200.00 | 47637292 |
| Cantwell, P. A. | 08/23/17 | Correspondence to L. Schweitzer regarding NNIII next steps (.3). | .30 | 246.00 | 47642130 |
| Beller, B. S. | 08/23/17 | Ems re case document (1.8) | 1.80 | 1,413.00 | 47706557 |
| D'Amato, R. | 08/24/17 | Revise litigation document (0.3) | .30 | 175.50 | 47652746 |
| Cantwell, P. A. | 08/24/17 | Correspondence to L. Schweitzer regarding NNIII fee issues (.3). | .30 | 246.00 | 47656258 |
| Rozan, B. D. | 08/25/17 | Timekeeper exercise per A. Eber | .50 | 182.50 | 47672556 |
| Livingston, M. | 08/28/17 | Comm. w/ tax advisor re: engagement letter issues. | .30 | 202.50 | 47820122 |
| Livingston, M. | 08/28/17 | Finalize NNIII fee app w/ fee app team (2.0); comm. w/ L. Schweitzer re: same (.1). | 2.10 | 1,417.50 | 47820183 |
| Rozan, B. D. | 08/28/17 | Email correspondence re disbursements (.3); update various charts re disbursements (.2). | .50 | 182.50 | 47706735 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Beller, B. S. | 08/28/17 | Ems re case matter (.8) | .80 | 628.00 | 47716930 |
| Bromley, J. L. | 08/29/17 | Em K. Hailey re litigation document | .20 | 259.00 | 47725976 |
| Hailey, K. A. | 08/29/17 | Emails regarding litigation document. | .30 | 300.00 | 47689028 |
| Beller, B. S. | 08/29/17 | Ems re case matter (1) | 1.00 | 785.00 | 47717219 |
| Schweitzer, L. | 08/30/17 | Review fee app (.2); comm with J. Bromley re same (0.1). | .30 | 385.50 | 47707016 |
| Livingston, M. | 08/30/17 | Prepare NN III fee application. | 1.50 | 1,012.50 | 47820090 |
| D'Amato, R. | 08/30/17 | Draft summary re: litigation issue (0.2) | .20 | 117.00 | 47698899 |
| Hailey, K. A. | 08/30/17 | Emails with B. Beller and local counsel regarding litigation issue. | .30 | 300.00 | 47720299 |
| Beller, B. S. | 08/31/17 | Email correspondence re case matter (.5) | .50 | 392.50 | 47717917 |
| Graham, A. | 09/05/17 | Continue drafting of NN III fee application. | .60 | 231.00 | 47763262 |
| Eber, A. | 09/06/17 | Revise NN III fee application. | .50 | 372.50 | 47812250 |
| D'Amato, R. | 09/06/17 | Revise summary of litigation issues (0.1) | .10 | 58.50 | 47753722 |
| Hailey, K. A. | 09/06/17 | Emails with B. Beller regarding tax issue and review of documents regarding same. | .80 | 800.00 | 47918400 |
| Beller, B. S. | 09/06/17 | Ems re case matter (.8) | .80 | 628.00 | 47801223 |
| Graham, A. | 09/07/17 | Revise NN III fee application, comms with M.V. Ryan and M. Livingston re: same | 1.80 | 693.00 | 47763304 |
| Livingston, M. | 09/07/17 | Revise NN III fee app w/ write-offs and revisions per L. Schweitzer. | 1.50 | 1,012.50 | 47821129 |
| Beller, B. S. | 09/07/17 | Ems re case matter (1.5) | 1.50 | 1,177.50 | 47801459 |
| Graham, A. | 09/08/17 | Update fee application | .20 | 77.00 | 47763321 |
| Livingston, M. | 09/08/17 | Comm. w/ CGSH fee app team re: NN III fee app issues. | .70 | 472.50 | 47821142 |
| Schweitzer, L. | 09/10/17 | Review fee app draft. (0.3) | .30 | 385.50 | 47763521 |
| Graham, A. | 09/11/17 | Revise NN III fee application | .50 | 192.50 | 47826474 |
| Livingston, M. | 09/11/17 | Finalize NN III fee app filing, including final revisions and review and comm. w/ L. Schweitzer, MNAT re: filing. | 2.20 | 1,485.00 | 47821103 |
| Beller, B. S. | 09/12/17 | Ems re case matter (1) | 1.00 | 785.00 | 47801984 |
| Livingston, M. | 09/13/17 | Comm. w/ tax advisor, J. Ray re: engagement letters. | .30 | 202.50 | 47821123 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---:|---:|---|
| Bromley, J. L. | 09/14/17 | Call on NN III with D. Abbott (MNAT), B. Beller, K. Hailey; review materials re same | 1.00 | 1,295.00 | 47921013 |
| Hailey, K. A. | 09/14/17 | Conference call with J. Bromley, B. Beller and D. Abbott (MNAT) regarding litigation issue. | 1.00 | 1,000.00 | 47809152 |
| Beller, B. S. | 09/14/17 | Emails regarding case matters (.7). Call with D. Abbott, (MNAT), J. Bromley, K. Hailey re: litigation issue (1.0). | 1.70 | 1,334.50 | 47939699 |
| Beller, B. S. | 09/19/17 | Emails regarding case matter. | .50 | 392.50 | 47941620 |
| Graham, A. | 09/20/17 | Redact August diaries for fee application | .30 | 115.50 | 47883471 |
| Livingston, M. | 09/22/17 | Review OCP order and comm. w/ tax advisor re: OCP engagement. | .50 | 337.50 | 47960856 |
| Livingston, M. | 09/27/17 | Review NN III professional retention issues. | .50 | 337.50 | 47961134 |
| Livingston, M. | 09/28/17 | Call w/ A. Shastry, M. Cilia re: NN III retained professional engagement issues (.2); follow up review of documents re: same (.3). | .50 | 337.50 | 47961328 |
| Beller, B. S. | 10/02/17 | Meet with A. Tai regarding claim matter (1). Follow up (1). | 2.00 | 1,570.00 | 48015585 |
| Schweitzer, L. | 10/03/17 | Review proposed litigation document (0.1). | .10 | 128.50 | 47990409 |
| Livingston, M. | 10/03/17 | Comm. w/ CGSH team re: retention issue. | .50 | 337.50 | 48081203 |
| Beller, B. S. | 10/03/17 | Revise and emails regarding case matter. | 1.80 | 1,413.00 | 48015566 |
| Bromley, J. L. | 10/04/17 | Emails R. D'Amato regarding revised litigation document | .20 | 259.00 | 48041566 |
| Livingston, M. | 10/04/17 | Comm. w/ CGSH, MNAT teams re: NNIII notice. | .20 | 135.00 | 48081391 |
| D'Amato, R. | 10/04/17 | Edit litigation document (0.4) | .40 | 234.00 | 48002401 |
| Beller, B. S. | 10/04/17 | Emails and work regarding case document. | .80 | 628.00 | 48015522 |
| Livingston, M. | 10/05/17 | Comm. w/ CGSH re: litigation document. | .20 | 135.00 | 48011716 |
| Beller, B. S. | 10/05/17 | Work on case document. | 1.00 | 785.00 | 48015478 |
| Bromley, J. L. | 10/06/17 | Em B. Beller, team re revised litigation document; review and revise same | 1.30 | 1,683.50 | 48041597 |
| Beller, B. S. | 10/06/17 | Correspondence re case matter (.8) | .80 | 628.00 | 48069310 |
| Livingston, M. | 10/09/17 | Comm. w/ MNAT re: NNIII filing. | .20 | 135.00 | 48081838 |
| D'Amato, R. | 10/09/17 | Call with B. Beller and tax advisor re: claims issues (0.4); Corr. with T. Minott (MNAT) and L. Schweitzer re: claims issues (0.3) | .70 | 409.50 | 48039729 |

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Beller, B. S. | 10/09/17 | Prepare exhibit to case document (1); call w tax advisor, R D'Amato re: claims issues (.4); prep for same (.1). | 1.50 | 1,177.50 | 48069351 |
| Beller, B. S. | 10/10/17 | Revise draft re case matter (1) | 1.00 | 785.00 | 48069412 |
| Beller, B. S. | 10/11/17 | Revise draft re case matter (1) | 1.00 | 785.00 | 48070369 |
| Bromley, J. L. | 10/17/17 | Ems B. Beller, R. D'Amato re revised litigation document, review, revise same | 1.50 | 1,942.50 | 48279082 |
| D'Amato, R. | 10/17/17 | Edit litigation document based on feedback from J. Bromley (0.4) | .40 | 234.00 | 48107801 |
| Beller, B. S. | 10/17/17 | Ems re case matter w J. Bromley, L. Schweitzer (.5). | .50 | 392.50 | 48134854 |
| Beller, B. S. | 10/18/17 | Work on case matter (.8) | .80 | 628.00 | 48134906 |
| D'Amato, R. | 10/19/17 | Corr. with client re: revised draft of litigation document and explanation of substantive changes (0.4) | .40 | 234.00 | 48130908 |
| Beller, B. S. | 10/19/17 | Ems re case matter (.5); follow up revise document (.5) | 1.00 | 785.00 | 48135415 |
| Beller, B. S. | 10/23/17 | Ems re case matter (.5) | .50 | 392.50 | 48197179 |
| Beller, B. S. | 10/24/17 | Ems re case matter (1.5) | 1.50 | 1,177.50 | 48197255 |
| Beller, B. S. | 10/26/17 | Calls re case document (1) | 1.00 | 785.00 | 48197582 |
| D'Amato, R. | 10/27/17 | Corr. with Epiq, B. Beller, L. Schweitzer, PBGC and Monitor's counsel re: litigation issue (0.8) | .80 | 468.00 | 48216692 |
| Beller, B. S. | 10/27/17 | Ems and calls re case filing (2.5) | 2.50 | 1,962.50 | 48284692 |
| Beller, B. S. | 10/28/17 | Work re case filing (1) | 1.00 | 785.00 | 48284837 |
| Schweitzer, L. | 10/30/17 | T/c B. Beller re NNIII claims, tax issues (0.3). | .30 | 385.50 | 48226669 |
| Beller, B. S. | 10/30/17 | Follow up re case matters (.5); ems re case filing (1.5) | 2.00 | 1,570.00 | 48284960 |
| Beller, B. S. | 10/31/17 | File case document (1.5) | 1.50 | 1,177.50 | 48285176 |
| | | **MATTER TOTALS:** | **99.70** | **75,848.50** | |