## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **One Hundred And Third Interim Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-in-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual And Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period August 1, 2017 through October 31, 2017** was caused to be made on November 22, 2017, in the manner indicated upon the entities identified below.

Date:  November 22, 2017

    */s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

### VIA HAND DELIVERY

Christopher M. Samis, Esq.
L. Katherine Good, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Center
405 N. King Street, Suite 500
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### VIA HAND DELIVERY & EMAIL

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
Email:  Mark.Kenney@usdoj.gov
(Trustee)

### VIA FIRST CLASS MAIL & EMAIL

Judith Scarborough CPA/ABV CVA
Master, Sidlow & Associates, P.A.
2002 West 14th Street
Wilmington, DE  19806
Email:  jscarborough@mastersidlow.com

### VIA FIRST CLASS MAIL

Nortel Networks Inc.
PO Box 591669
Attn:  Mary Cilia
Houston, TX 77259
 (Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)

4284144.69