UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING FINAL FEE APPLICATION OF ASHURST LLP

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Final Fee Application of Ashurst LLP ("Application"), for the period from January 30, 2009 through May 8, 2017, seeking approval of fees that total £5,519,648.79 and reimbursement of expenses that total £122,391.74. Ashurst LLP is European counsel for the Official Committee of Unsecured Creditors.

### Background

1. Master, Sidlow & Associates, P.A. reviewed the firm's Application for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

### Discussion of Findings
### Recomputation of Fees and Expenses

### Review of Fees

2. **Firm Staffing.** The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: … (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in

hourly rates from those previously charged, and a statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The application provides the name, position, and hourly rate of each timekeeper.

The firm billed a total of 13,009.58 hours with associated fees of £5,519,648.79. The blended hourly rate for Ashurst LLP is £424.28.

3. **Ashurst LLP Retention/Compensation.** Master, Sidlow & Associates, P.A. reviewed and identified entries related to the retention and compensation of Ashurst LLP. The firm billed 737.45 hours with associated fees of £245,332.30 to prepare the firm's retention documents and applications for compensation, which represents approximately 4% of the total fees billed by the firm.

### Review of Expenses

4. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3 state "Factors relevant to a determination that the expense is proper include … Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Ashurst provides an itemization for its expenses that includes the category, the date, the description, the amount, and the name of the timekeeper incurring the charge.

5. **Photocopies.** Local Rule 2016-2(e) (iii) states, "The motion shall state the requested rate for copying charges (which shall not exceed $0.10 per page)…" Ashurst LLP states in its fee application that its rate for duplication is £0.06 per page. Ashurst LLP requested £6.58 for reimbursement of duplication in the Application.

6. **Computer – Assisted Legal Research.** Local Rule 2016(e) (iii) states "The motion shall state … computer-assisted legal research charges (which shall not be more than the actual cost) …" Ashurst LLP did not request reimbursement for computer–aided legal research in the Application.

7.  **Facsimile.** Local Rule 2016-2(e) (iii) states "The motion shall state ... outgoing facsimile transmission charges (which shall not exceed $1.00 per page, with no charge for incoming facsimiles)." Ashurst LLP states in its fee applications that it does not charge for facsimile transmissions.

### Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Final Fee Application of Ashurst LLP and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of £5,519,648.79 and reimbursement of expenses in the amount of £122,391.74 for the period from January 30, 2009 through May 8, 2017, less any payments received by Ashurst LLP for fees and expenses under fee applications.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____
Judith M. Scarborough, CPA, CFF

2002 West 14th Street
Wilmington, DE  19806
Telephone:  (302) 652-3480
Facsimile:   (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner