# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THIRTY-EIGHTH MONTHLY, AND THIRTY-NINTH MONTHLY AND FINAL FEE APPLICATIONS OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Thirty-Eighth Monthly, and Thirty-Ninth Monthly and Final Fee Applications of Benesch, Friedlander, Coplan & Aronoff LLP ("Application"), for the periods from May 1, 2015 through October 31, 2015 seeking approval of fees that total $3,279.00 and reimbursement of expenses that total $176.15, from November 1, 2015 through May 8, 2017 seeking approval of fees that total $9,799.00 and reimbursement of expenses that total $119.42, and from September 17, 2010 through May 8, 2017 seeking approval of fees that total $577,157.50 and reimbursement of expenses that total $37,073.06. Benesch, Friedlander, Coplan & Aronoff LLP ("BFC&A") is special litigation counsel to the debtors.

## Background

1. Master, Sidlow & Associates, P.A. reviewed the firm's monthly fee applications and the Application, including each of the billing and expense entries shown in the exhibits to the monthly applications, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2.  Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to Benesch, Friedlander, Coplan & Aronoff LLP and the firm provided a written response to that report. After consideration of the firm's responses to the preliminary report, Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings
## Recomputation of Fees and Expenses

3.  Master, Sidlow & Associates, P.A. recomputed the fees and expenses requested in the Application. The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by that individual's hourly rate.

## Review of Fees

4.  **Firm Staffing.** The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: … (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and a statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The Application provides the name, position, and hourly rate of each timekeeper.

The firm billed a total of 11.70 hours with associated fees of $3,279.00 for the period from May 1, 2015 through October 31, 2015. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1.00 | 8% | $ 433.00 | 13% |
| Associate | 5.60 | 48% | 1,736.00 | 53% |
| Paralegal | 5.10 | 44% | 1,110.00 | 34% |
| TOTAL | 11.70 | 100% | $ 3,279.00 | 100% |

The blended hourly rate for the BFC&A professionals for the period from May 1, 2015 through October 31, 2015 is $280.26.

The firm billed a total of 26.80 hours with associated fees of $9,799.00 for the period from November 1, 2015 through May 8, 2017. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 10.50 | 39% | $ 5,315.00 | 54% |
| Paralegal | 16.30 | 61% | 4,484.00 | 46% |
| TOTAL | 26.80 | 100% | $ 9,799.00 | 100% |

The blended hourly rate for BFC&A for the period from November 1, 2015 through May 8, 2017 is $365.63.

The preliminary report noted that the Thirty-Ninth Monthly and Final Fee Application requests combined fees and reimbursement of expenses for the period from September 17, 2010 through May 8, 2017 of $614,230.56 ($577,157.50 plus $37,073.06). However, fees and expenses per the list of prior fee applications total $602,524.14. This amount plus the amount for the time period from November 1, 2015 through May 8, 2017 of $9,918.42 ($9,799.00 plus $119.42) total $612,442.56. In its response the firm provided a corrected list of fee applications that total $609,367.06, after adjustment for an unlocated difference of $105.50.

The preliminary report noted several errors in the Final Compensation by Professional and Final Compensation by Project Category schedules. In its response the firm provided a corrected Final Compensation by Professional schedule totaling 1,760.40 hours and $572,294.00 in fees

Per the recalculated Final Compensation by Professional schedule, the firm billed a total of 1,760.40 hours with associated fees of $572,294.00 for the period from September 17, 2010 through May 8, 2017. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 622.20 | 35% | $ 286,438.50 | 50% |
| Associate | 709.00 | 40% | 188,542.50 | 33% |
| Paralegal | 429.20 | 25% | 97,313.00 | 17% |
| TOTAL | 1,760.40 | 100% | $ 572,294.00 | 100% |

-3-
Benesch, Friedlander, Coplan & Aronoff LLP Final Report – 38th Monthly, and 39th Monthly and Final Fee Application
Case No. 09-10138 (KG)

The blended hourly rate for BFC&A for the period from September 17, 2010 through May 8, 2017 is $325.09.

5.  **Hourly Rate Increases**. BFC&A increased the hourly rate of some timekeepers effective October 1 of each year and noted the increases on the Thirty-Eighth Monthly, and Thirty-Ninth Monthly and Final Fee Applications.

6.  **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states "…activity descriptions…shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further provide that the fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." Activity descriptions for the review of documents and correspondence should identify the document or the person or party who prepared the document or correspondence and its subject matter. A description of correspondence should identify the correspondent and the subject of the correspondence. Similarly, a description for preparation of pleadings should identify the pleading drafted or revised. Activity descriptions for legal research should include the issues researched and the purpose of the research. The activity description must be sufficiently detailed to allow a determination of whether the research is case related, whether the research is presumably familiar to experienced professionals, or whether the research is being performed by a professional with an appropriate experience level. Activity descriptions referencing conferences should include the name of the person(s) with whom the communication was held and the subject or purpose of the communication. Master, Sidlow & Associates, P.A. found the activity descriptions in the Application for the periods from May 1, 2015 through October 31, 2015 and from November 1, 2015 through May 8, 2017 to be sufficiently detailed.

7.  **Travel.** Local Rule 2016-2(d) (viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly

rates..." Master, Sidlow & Associates, P.A. identified no billing entries that describe travel activities.

8. **Benesch, Friedlander, Coplan & Aronoff LLP Retention/Compensation.** Master, Sidlow & Associates, P.A. reviewed and identified entries related to the retention and compensation of BFC&A. For the period from May 1, 2015 through October 31, 2015 the firm billed 3.80 hours with associated fees of $911.00 to prepare the firm's retention documents and applications for compensation, which represents approximately 28% of the total fees billed by the firm. For the period from November 1, 2015 through May 8, 2017 the firm billed 25.60 hours with associated fees of $9,460.00 to prepare the firm's retention documents and applications for compensation, which represents approximately 97% of the total fees billed by the firm. For the period from September 17, 2010 through May 8, 2017 the firm billed 196.00 hours with associated fees of $55,138.00 to prepare the firm's retention documents and applications for compensation, which represents approximately 10% of the total fees billed by the firm.

## Review of Expenses

9. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3 state "Factors relevant to a determination that the expense is proper include ... Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." BFC&A provides an itemization for its expenses that includes the category, the date, the description, the amount, and the name of the timekeeper incurring the charge.

10. **Photocopies.** Local Rule 2016-2(e) (iii) states, "The motion shall state the requested rate for copying charges (which shall not exceed $0.10 per page)..." BFC&A states in the Application that its rate for duplication is $0.10 per page. The firm requested reimbursement of $24.60 for documentation reproduction in the Application for the period from May 1, 2015 through October 31, 2015. The firm requested reimbursement of $25.90 for documentation reproduction

in the Application for the period from November 1, 2015 through May 8, 2017. The firm requested reimbursement of $1,488.92 for documentation reproduction in the Application for the period from September 17, 2010 through May 8, 2017.

11. **Computer – Assisted Legal Research.** Local Rule 2016(e) (iii) states "The motion shall state ... computer-assisted legal research charges (which shall not be more than the actual cost) ..." BFC&A requested reimbursement of $15.20 for computer-assisted legal research in the Application for the period from May 1, 2015 through October 31, 2015. BFC&A did not request reimbursement for computer-assisted legal research in the Application for the period from November 1, 2015 through May 8, 2017. BFC&A requested reimbursement of $4,484.10 for computer-assisted legal research in the Application for the period from September 17, 2010 through May 8, 2017.

12. **Facsimile.** Local Rule 2016-2(e) (iii) states "The motion shall state ... outgoing facsimile transmission charges (which shall not exceed $1.00 per page, with no charge for incoming facsimiles)." The Application states, "Incoming facsimiles are not billed. Outgoing facsimiles are billed at the rate of $1.00 per page." BFC&A requested reimbursement of $19.56 for facsimile charges in the Application for the period from September 17, 2010 through May 8, 2017.

## Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Thirty-Eighth Monthly, and Thirty-Ninth Monthly and Final Fee Applications of Benesch, Friedlander, Coplan & Aronoff LLP and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the amount of $3,279.00 and reimbursement of expenses that total $176.15 for the period from May 1, 2015 through October 31, 2015, fees in the amount of $9,799.00 and reimbursement of expenses that total $119.42 for the period from November 1, 2015 through May 8, 2017 and fees in the amount of $572,294.00 and reimbursement of expenses that total $37,073.06 for the period from September 17, 2010 through May 8, 2017, less any interim payments received by BFC&A for fees and expenses under fee applications. A summary of the fee examiner's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____
Judith M. Scarborough, CPA, CVA, CFF

2002 West 14th Street
Wilmington, DE 19806
Telephone: (302) 652-3480
Facsimile: (302) 656-8778
jscarborough@mastersidlow.com

Fee Examiner

APPENDIX A

BENESCH FRIEDLANDER COPLAN & COPLAN ARONOFF LLP
SUMMARY OF FINDINGS
38TH MONTHLY FEE APPLICATION (MAY 1, 2015 through OCTOBER 31, 2015)
39TH MONTHLY FEE APPLICATION (NOVEMBER 1, 2015 through MAY 8, 2017)

### A. Amounts Requested and Computed

Fees Requested
  38th Monthly                             $   3,279.00
  39th Monthly                                 9,799.00
                                                          $  13,078.00

Expenses Requested
  38th Monthly                                 176.15
  39th Monthly                                 119.42
                                                 295.57
TOTAL FEES AND EXPENSES REQUESTED                        $  13,373.57

Fees Computed                              $  13,078.00
Expenses Computed                                295.57

TOTAL FEES AND EXPENSES COMPUTED                          $  13,373.57

TOTAL DIFFERENCE BETWEEN COMPUTED AND
REQUESTED FEES AND EXPENSES                               $       -

### B. Recommended Fee Allowance and Expense Reimbursement

Fees Requested                             $  13,078.00

RECOMMENDED FEE ALLOWANCE                                 $  13,078.00

Expenses Requested                               295.57

RECOMMENDED EXPENSE REIMBURSEMENT                            295.57

TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT  $  13,373.57