UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING FINAL FEE APPLICATION OF SHEARMAN & STERLING LLP

Master, Sidlow & Associates, P.A., acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the Final Fee Application of Shearman & Sterling LLP ("Application"), for the period from January 14, 2009 through May 8, 2017, seeking approval of fees that total $382,706.50 plus $8,224.00 for preparation of the final fee application after the Effective Date of The Plan, and reimbursement of expenses that total $26,089.27. Shearman & Sterling LLP ("Shearman") is non-ordinary course professional special litigation counsel to the Debtors.

### Background

1. Master, Sidlow & Associates, P.A. reviewed the firm's Application for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended December 22, 2010 ("Local Rules"), and The United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines").

2. Master, Sidlow & Associates, P.A. prepared and submitted a preliminary report to Shearman & Sterling LLP and the firm provided a written response to that report. After consideration of the firm's responses to the preliminary report, Master, Sidlow & Associates, P.A. prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings
## Recomputation of Fees and Expenses

3. Master, Sidlow & Associates, P.A. recomputed the fees and expenses requested in the Application. The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by that individual's hourly rate.

## Review of Fees

4. **Firm Staffing.** The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: … (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and a statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under Title 11."

The Application provides the name, position, and hourly rate of each timekeeper.

The preliminary report noted that the Total Compensation per the Final Compensation by Professional schedule is $382,706.50, however, with the indicated numbers, the schedule totals $382,682.50. In addition, the preliminary report noted that in the Final Compensation by Professional schedule, three calculations did not agree to the indicated number of hours times the rate per hour. In its response the firm accepted the recalculation of the Final Compensation by Professional in the total amount of $382,666.00.

The firm billed a total of 969.50 hours with associated fees of $382,666.00. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 8.00 | 1% | $ 7,600.00 | 2% |
| Counsel | 66.70 | 7% | 49,691.00 | 13% |
| Associate | 376.90 | 39% | 209,952.00 | 55% |
| Mg Attorney | 3.60 | | 1,224.00 | |
| Research Spec | .60 | | 120.00 | |
| Legal Asst Coord | 4.20 | | 987.00 | |
| Paralegal | 438.70 | 45% | 99,366.50 | 26% |
| Case Clerk | 62.10 | 7% | 11,550.50 | 3% |
| IT Admin | 8.70 | 1% | 2,175.00 | 1% |
| **TOTAL** | 969.50 | 100% | $ 382,666.00 | 100% |

The blended hourly rate for Shearman & Sterling LLP for the period from January 14, 2009 through May 8, 2017 is $394.70.

5.  **Shearman & Sterling LLP Retention/Compensation.**  Master, Sidlow & Associates, P.A. did not note any entries related to the retention and compensation of Shearman & Sterling LLP in the Application.

### Review of Expenses

6.  **Expenses.** The preliminary report noted that the Application seeks reimbursement of expenses that total $26,089.27. However, the Final Expenses Summary, while indicating a total of $26,089.27, only adds to $21,423.92. In its response the firm accepted the recalculation of the Final Expenses Summary in the total amount of $21,423.92.

7.  **Photocopies.** Local Rule 2016-2(e) (iii) states, "The motion shall state the requested rate for copying charges (which shall not exceed $0.10 per page)..." Shearman states in Application that it charges $0.10 or less per page for internal duplicating. For the period from January 14, 2009 through May 8, 2017, the firm requested reimbursement of $751.04 for internal duplicating in the Application.

8.  **Computer – Assisted Legal Research.** Local Rule 2016(e) (iii) states "The motion shall state … computer-assisted legal research charges (which shall not be more than the actual cost) …" For the period from January 14, 2009 through May 8, 2017, the firm requested reimbursement of $5,496.29 for computer-assisted legal research in the Application.

9.  **Facsimile.** Local Rule 2016-2(e) (iii) states "The motion shall state … outgoing facsimile transmission charges (which shall not exceed $1.00 per page, with no charge for incoming facsimiles)." The firm did not request reimbursement for facsimiles in the Application.

### Conclusion

Master, Sidlow & Associates, P.A. submits this final report regarding the Final Fee Application of Shearman & Sterling LLP and the fees and expenses requested therein. Master, Sidlow & Associates, P.A. recommends the approval of fees in the $382,666.00 and reimbursement of expenses that total $21,423.92 for the period from January 14, 2009 through May 8, 2017, less any interim payments received by Shearman & Sterling LLP for fees and expenses under fee applications.

Respectfully submitted,

**Master, Sidlow & Associates, P.A.**

By: _____
Judith M. Scarborough, CPA, CFF

2002 West 14th Street
Wilmington, DE 19806
Telephone: (302) 652-3480
Facsimile: (302) 656-8778
jscarborough@mastersidlow.com
Fee Examiner