**EXHIBIT 1**

Exhibit 1

| CLAIM NO. | CLAIMANT | TOTAL ALLOWED UNSECURED AMOUNT |
|---|---|---|
| 8813[1] | Pension Benefit Guaranty Corporation | $624,601,972.00 |
| 8828[2] | Nortel Networks Limited | $17,695,762.84 |
| N/A[2] | Nortel Networks Inc. | $53,663,414.00 |

---

[1] Claim allowed pursuant to the *Order Approving Settlement Agreement By and Among the Debtors and the Pension Benefit Guaranty Corporation With Respect To the PBGC Claims and Related Issues*, dated January 6, 2017 [D.I. 17679].

[2] Claim allowed pursuant to the *Order Approving Settlement and Plans Support Agreement*, dated January 24, 2017 [D.I. 17794].