# CERTIFICATE OF SERVICE

I hereby certify, that on this 1st day of December, 2017, the Pension Benefit Guaranty Corporation's Joinder in Wind Down Debtors' and Plan Administrator's First Post-Effective Date Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Satisfied Claims, No-Basis 401(k) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, and Reclassify and Allow Claims and No Amount Due Claims)(Dkt. No. 18495) was served on the following:

| | |
|---|---|
| **Derek C. Abbott**<br>**Eric D. Schwartz**<br>**Thomas F. Driscoll**<br>**Tamara K. Minott**<br>**Andrew R. Remming**<br>**Andrew John Roth-Moore**<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br><br>**via CM/ECF** | **James L. Bromley**<br>**Nora K. Abularach**<br>**J. Anne Marie Beisler**<br>**Eva Pascale Bibi**<br>**Elizabeth C. Block**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>**via CM/ECF** |
| **Elihu Ezekiel Allinson, III**<br>Sullivan Hazeltine Allinson, LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Sheila R. Block**<br>**Scott A. Bomhof**<br>**James Gotowiec**<br>**Andrew Gray**<br>**Molly Reynolds**<br>**Adam M. Slavens**<br>Torys, LLP<br>79 Wellington Street West, 30th Floor<br>Box 270 TD Centre<br>Toronto, ON M5K 1N2<br>Canada<br><br>**via Federal Express** |

| | |
|---|---|
| **Mona A. Parikh**<br>Buchanan Ingersoll & Rooney, PC<br>1105 North Market Street, Suite 1900<br>Wilmington, DE 19801-1228<br><br>**via CM/ECF** | **Kevin M. Capuzzi**<br>**Jennifer R. Hoover**<br>**Sarah R. Stafford**<br>Benesch Friedlander Coplan & Aronoff, LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801-1611<br><br>**via CM/ECF** |
| **Mary Caloway**<br>**Peter James Duhig**<br>**Kathleen A. Murphy**<br>Buchanan Ingersoll & Rooney, PC<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801-1228<br><br>**via CM/ECF** | **Shelley A. Kinsella**<br>**Rafael Xavier Zahralddin-Aravena**<br>**Jonathan M. Stemerman**<br>**Eric Michael Sutty**<br>Elliott Greenleaf<br>1105 North Market Street, 17th Floor<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Nancy G. Everett**<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br><br>**via CM/ECF** | **Raymond Howard Lemisch**<br>Klehr Harrison Harvey Branzburg, LLP<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Mark D. Plevin**<br>**Mark S. Supko**<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br><br>**via Federal Express** | **Christopher M. Samis**<br>**L. Katherine Good**<br>Whiteford Taylor & Preston, LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Jacob S. Pultman**<br>Allen & Overy, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>**via CM/ECF** | **Derek J.T. Adler**<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>**via Federal Express** |
| **Rene E. Thorne**<br>Jackson Lewis, LLP<br>650 Poydras Street, Suite 1900<br>New Orleans, LA 70130<br><br>**via Federal Express** | **Christine Doniak**<br>**Robert A. Johnson**<br>**Brad M. Kahn**<br>Akin Gump Strauss Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br><br>**via CM/ECF** |

| | |
|---|---|
| **James L. Patton**<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Ryan Jacobs**<br>**Shayne Kukulowicz**<br>**Michael Wunder**<br>Cassels Brock & Blackwell, LLP<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, ON M5H 3C2<br><br>**via Federal Express** |
| **Drew G. Sloan**<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br><br>**via Federal Express** | **Mark S. Kenney**<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **Richard K. Milin**<br>Togut Segal & Segal, LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br><br>**via Federal Express** | **Joseph J. Farnan, Jr.**<br>Farnan Law, LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br><br>**via CM/ECF** |
| **William E. Chipman, Jr.**<br>**Mark D. Olivere**<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br><br>**via CM/ECF** | **Karen B. Dine**<br>Katten Muchin Roseman, LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br><br>**via CM/ECF** |
| **Susan P. Johnston**<br>Carter Ledyard & Milburn, LLP<br>2 Wall Street<br>New York, NY 10005<br><br>**via CM/ECF** | **Ann M. Kashishian**<br>Chipman Brown Cicero & Cole, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br><br>**via CM/ECF** |

Case 09-10138-MFW    Doc 18541-1    Filed 12/01/17    Page 4 of 4

4

| **D. Ross Martin**<br>Ropes & Gray, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br><br>**via CM/ECF** | **Chantelle D'nae McClamb**<br>Ballard Spahr, LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br><br>**via CM/ECF** |

      /s/ Vicente Matias Murrell
Vicente Matias Murrell
Attorney