## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

In re                                                          :    Chapter 11

                          :    Bankr. Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*,[1]        :

                          :    (Jointly Administered)

              Wind-Down Debtors and : 
              Debtor In Possession.    :

                          :

                          X

-------------------------------------------------------- :

                          :

SNMP Research International, Inc.    :

                          :    Adv. Proc. No. 11-53454 (KG)

and                               :

                          :

SNMP Research, Inc.,            :

                          :

              Plaintiffs,       :

                          :

v.                                   :

                          :

Nortel Networks Inc., *et al.*,      :

                          :

              Defendants.      :

-------------------------------------------------------- X

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TRIAL
## ON DECEMBER 6, 2017 AT 9:30 A.M.

---

[1]    The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]    **Amended items appear in bold.**

> **THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

## ADJOUNRED MATTER

1.    Debtors' Motion for Entry of an Order Approving the Debtors' Entry into the EMEA Data Storage Termination Agreement (D.I. 18464, Filed 9/22/17).

Objection Deadline:  October 6, 2017 at 4:00 p.m. (ET).  Extended for SAP to October 9, 2017 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:  None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for January 16, 2018 at 10:00 a.m. (ET).

## UNCONTESTED MATTER GOING FORWARD

2.    Nortel Networks India International Inc.'s Motion for an Order Authorizing Interim Distributions to Holders of Allowed General Unsecured Claims (D.I. 18488, Filed 10/31/17).

Objection Deadline:  November 29, 2017 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)     **Order Granting Nortel Networks India International Inc's Motion for an Order Authorizing Interim Distributions to Holders of Allowed Unsecured Claims (D.I. 18540, Entered 12/1/17).**

Status: **An order has been entered regarding this matter.  No hearing is necessary.**

## TRIAL IN ADVERSARY PROCEEDING

3.    SNMP Research International, Inc. and SNMP Research, Inc. v. Nortel Networks Inc., et. al. (Adv. Proc. No. 11-53454)

Related Pleading:

a)     Pre-Trial and Scheduling Order (A.D.I. 631, Entered 10/20/17);

b)      SNMP Research's Exhibit List in Connection With November 29, 2017 Trial (A.D.I. 659, Filed 11/13/17);

c)      SNMP Research's Amended List of Witnesses in Connection With November 29, 2017 Trial (A.D.I. 660, Filed 11/13/17);

d)      SNMP Research's Objections to Nortel Networks Inc.'s Exhibit List in Connection With November 29, 2017 Trial (A.D.I. 661, Filed 11/13/17);

e)      SNMP Research's (I) Initial Deposition Designations and Counter Designations, and (II) Objections to Nortel Networks Inc.'s Initial Deposition Designations and Counter Designations in Connection with November 29, 2017 Trial (A.D.I. 662, Filed 11/13/17);

f)      U.S. Debtors' (I) Exhibit List; (II) Witness List; (III) Deposition Designations; (IV) Objections and Counter-Designations to SNMP Research's Deposition Designations; (V) Objections to SNMP Research's Exhibit List; and (VI) Objections to SNMP Research's Counter-Designations (A.D.I. 663, Filed 11/13/17);

g)      [Sealed] U.S. Debtors' Pre-Trial Brief (A.D.I. 673, Filed 11/21/17);

h)      [Sealed] Plaintiffs' Pre-Trial Brief (A.D.I. 674, Filed 11/21/17);

i)      SNMP Research's Additional Deposition Designations in Connection with November 29, 2017 Trial (A.D.I. 677, Filed 11/21/17);

j)      SNMP Research's Amended Exhibit List in Connection With November 29, 2017 Trial (A.D.I. 678, Filed 11/26/17);

k)      U.S. Debtors' (I) Amended Exhibit List and (II) Amended Deposition Designations (A.D.I. 679, Filed 11/27/17);

l)      [Sealed] Stipulation Concerning the Declaration of Eileen Brennan (A.D.I. 681, Filed 11/27/17);

m)      [Sealed] U.S. Debtors Motion to Exclude Untimely and Improper Damages and Trade Secret Evidence (A.D.I. 682, Filed 11/28/17);

n)      [Sealed] SNMP Research's Opposition to U.S. Debtors' Motion to Exclude (A.D.I. 686, Filed 11/28/17);

o)      U.S. Debtors' (I) Amended Objections to SNMP Research's Exhibits and (II) Amended Objections and Counter-Designations to SNMP Research's Deposition Designations (A.D.I. 687, Filed 11/29/17);

p)      SNMP Research's Amended Exhibit List in Connection With November 29, 2017 Trial (A.D.I. 688, Filed 11/29/17);

q)      SNMP Research's Amended Objections to Nortel Networks Inc.'s Exhibit List in Connection With November 29, 2017 Trial (A.D.I. 689, Filed 11/29/17); and

r)      SNMP Research's Amended Objections to Nortel Networks Inc.'s Initial Deposition Designations and Counter Designations in Connection With November 29, 2017 Trial (A.D.I. 690, Filed 11/29/17).

Status: This matter is going forward.

Dated: December 4, 2017
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Andrew J. Roth-Moore (No. 5988)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*