**Exhibit A**

| Description of Property | Approximate Number of Boxes of Documents | Proposed Treatment |
|---|---|---|
| Financial and tax documents of certain Wind-Down Debtors for all years not currently subject to any active audit by the Internal Revenue Service. | 1,191 | Dispose of all boxes. |
| Documents dated prior to January 1, 2009 related to environmental matters involving the Wind-Down Debtors. | 21 | Dispose of all boxes. |
| Hard copy documents dated prior to January 1, 2009, except documents categorized by the Wind-Down Debtors as employee personnel files or legal documents. | 82,702 | Dispose of all boxes. |
| Documents related to non-active patent prosecution on behalf of certain Wind-Down Debtors between 2000 and 2006 by Sunstein Kann Murphy & Timbers LLP (the "Sunstein Documents"). | N/A. All documents are currently in the possession of Sunstein Kann Murphy & Timbers and relate to non-active patent prosecution. The Monitor and the EMEA Debtors have informed the Debtors they have no objection to disposal of the Sunstein Documents. | Dispose of all documents. |