**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Bankr. Case No. 09-10138 (KG) |
|  | : |  |
| Wind-Down Debtors and Debtors In Possession. | : | Jointly Administered |
|  | : | Ref. Docket No. 18544 |

|  |  |  |
|---|---|---|
| SNMP Research International, Inc. | : |  |
| and | : |  |
| SNMP Research, Inc., | : | Adv. Proc. No. 11-53454 (KG) |
| Plaintiffs, | : |  |
| v. | : |  |
| Nortel Networks Inc., *et al.*, | : |  |
| Defendants. | : |  |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-inpossession.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 4, 2017, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Trial on December 6, 2017 at 9:30 A.M.," *[Cancelled]* dated December 4, 2017 [Docket No. 18544 in Main Case No. 09-10138], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

Forrest Kuffer

Sworn to before me this
7th day of December, 2017

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

-2-

T:\Clients\NORTEL\Affidavits\Adv Proc No 11-53454 - Dec 6th Amended Agenda_DI 18544 in Case 09-10138_AFF_12-4-17_[Cancelled]_CH.doc

**EXHIBIT A**

**Nortel Networks Inc.,**
**Facsimile Master Service List**

| Name | Contact1 | Fax |
|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, | 212-872-1002 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY | 416-863-2653 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. | 617-856-8201 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | 302-574-2106 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | 302-656-8920 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG | 416-979-1234 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | 212-299-6045 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER | 212-715-8000 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI | 202-637-2201 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | JAMES GAGE | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. | 212-530-5219 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ | 415-268-7522 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, | 202-326-4112 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND | 212-849-7100 |
| ROPES & GRAY LLP | HOWARD S. GLAZER | 415-315-6350 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER | 416-947-0866 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA | 646-390-7034 |

**Nortel Networks Inc.,**
**Facsimile Additional Parties List**

| Name | Contact1 | Fax |
|---|---|---|
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | 302-574-2106 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | 302-652-3117 |
| COLE SCHOTZ P.C. | G. DAVID DEAN, ESQ. | 410-230-0667 |
| EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C. | JOHN L. WOOD, ESQ. | 865-525-5293 |
| KING & BALLOW LAW OFFICES | RICHARD S. BUSCH, ESQ. | 615-726-5417 |