**EXHIBIT A**

Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)

**Summary of Fees and Expenses for the Final Period**
**From January 14, 2009 through May 8, 2017, unless otherwise specified**

**Hearing: December 28, 2017 at 2:00 p.m. (ET)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.  One Hundredth Monthly And Final Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 22, 2009 Through May 8, 2017 (D.I. 18355, Filed 7/7/17).

   1. Certification Of No Objection Regarding One Hundredth Monthly And Final Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 22, 2009 Through May 8, 2017 [Docket No. 18355] (No Order Required) (D.I. 18420, Filed 7/28/17); and

   2. Fee Examiner's Final Report Regarding One Hundredth Monthly And Final Fee Application Of Akin Gump Strauss Hauer & Feld LLP (D.I. 18533, Filed 11/27/17).

Ashurst LLP

B.  Final Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 30, 2009 Through May 8, 2017 (D.I. 18356, Filed 7/7/17).

   1. Fee Examiner's Final Report Regarding Final Application Of Ashurt LLP (D.I. 18528, Filed 11/27/17).

Benesch, Friedlander, Coplan & Aronoff LLP

C.  Thirty-Ninth Monthly For The Period November 1, 2015 Through May 8, 2017 And Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, As Special Litigation Counsel To The Debtors And Debtors-In-Possession For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 17, 2010 Through May 8, 2017 (D.I. 18343, Filed 7/6/17).

   1. Certification Of No Objection Regarding Thirty-Ninth Monthly For The Period November 1, 2015 Through May 8, 2017 And Final Application of Benesch, Friedlander, Coplan & Aronoff LLP, As Special Litigation Counsel To The Debtors And Debtors-In-Possession For Allowance Of Compensation And For

        Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 17, 2010 Through May 8, 2017 (D.I. 18435, Filed 8/10/17); and

    2.    Fee Examiner's Final Report Regarding Thirty-Ninth Monthly And Final Application of Benesch, Friedlander, Coplan & Aronoff LLP (D.I. 18534, Filed 11/27/17).

Berkeley Research Group, LLC

D.    Twenty-Fourth Monthly And Final Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From June 1, 2015 Through May 8, 2017 (D.I. 18359, Filed 7/7/17);

    1.    Certificate Of No Objection Regarding Twenty-Fourth Monthly And Final Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors During The Period From June 1, 2015 Through May 8, 2017 (D.I. 18422, Filed 7/28/17); and

    2.    Fee Examiner's Final Report Regarding Twenty-Fourth And Final Application Of Berkeley Research Group, LLC (D.I. 18516, Filed 11/20/17).

Capstone Advisory Group, LLC

E.    Final Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Final Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 26, 2009 Through May 31, 2015 (D.I. 16059, Filed 8/20/15).

    1.    Fee Examiner's Final Report Regarding Seventy-Sixth Monthly And Final Fee Application Of Capstone Advisory Group, LLC (D.I. 16215, Filed 10/9/15).

Cassels Brock & Blackwell LLP

F.    Final Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From March 4, 2014 To May 8, 2017 (D.I. 18357, Filed 7/7/17);

    1.    Thirty-Ninth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2017 To May 8, 2017 (D.I. 18320, Filed 6/21/17);

    2.    Certification of No Objection Regarding Thirty-Ninth Monthly Application Of Cassels Brock & Blackwell LLP Canadian Counsel For The Official Committee Of

**Error! Unknown document property name.**
Nortel - Exhibit A

2

       Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From May 1, 2017 To May 8, 2017 (D.I. 18412, Filed 7/28/17); and

3.     Fee Examiner's Final Report Regarding Notice Of Final Application Request Of Cassels Brock & Blackwell LLP (D.I. 18517, Filed 11/20/17).

Chilmark Partners LLC

G.     Eighty-Seventh Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 4, 2010 Through May 8, 2017 (D.I. 18340, Filed 7/5/17).

    1.     Certificate of No Objection Regarding Eighty-Seventh Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period March 4, 2010 Through May 8, 2017 (D.I. 18403, Filed 7/26/17); and

    2     Fee Examiner's Final Report Regarding Eighty-Seventh Monthly And Final Application Of Chilmark Partners, LLC (D.I. 18518, Filed 11/20/17).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

H.     One Hundred And First Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14, 2009 Through May 8, 2017 (D.I. 18351, Filed 7/7/17).

    1.     Supplement To The One Hundred And First Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14, 2009 Through May 8, 2017 (D.I. 18423, Filed 7/31/17); and

    2.     Fee Examiner's Final Report Regarding One Hundred And First Monthly And Final Application Of Cleary Gottlieb Steen & Hamilton LLP (D.I. 18529, Filed 11/27/17).

**Error! Unknown document property name.**
Nortel - Exhibit A

3

Crowell & Moring LLP

I.  Seventy-Third Interim Application For The Period February 1, 2017 Through May 8, 2017 And Final Application Of Crowell & Moring LLP As Special Counsel To Debtors and Debtors-In-Possession For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14, 2009 Through May 8, 2017 (D.I. 18345, Filed 7/7/17).

   1.  Certificate Of No Objection Regarding Seventy-Third Interim Application For The Period February 1, 2017 Through May 8, 2017 And Final Application Of Crowell & Moring LLP As Special Counsel To Debtors and Debtors-In-Possession For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14, 2009 Through May 8, 2017 (D.I. 18416, Filed 7/28/17); and

   2.  Fee Examiner's Final Report Regarding Seventy-Third Interim and Final Application Of Crowell & Moring LLP (D.I. 18520, Filed 11/20/17).

Dentons Canada LLP

J.  Twenty-First Interim Fee Application Request (D.I. 13647, Filed 5/27/14).

   1.  Fee Examiner's Final Report Regarding Twenty-First Interim Fee Application Of Dentons Canada LLP (D.I. 14362, Filed 9/4/14).

Elliot Greenleaf

K.  Final Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through May 8, 2017 (D.I. 18354, Filed 7/7/17).

   1.  Certificate Of No Objection Regarding Final Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2013 Through May 8, 2017 (D.I. 18428, Filed 8/3/17); and

   2.  Fee Examiner's Final Report Regarding Final Application Of Elliot Greenleaf (D.I. 18535, Filed 11/27/17).

E. Morgan Maxwell, III, Esq.

L.  Final Application Of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Final Period Of February 11, 2013 Through May 15. 2013 (D.I. 18353, Filed 7/7/17).

**Error! Unknown document property name.**
Nortel - Exhibit A

4

    1.    Certificate Of No Objection Regarding Final Application Of E. Morgan Maxwell, III, Esq., Special Tax Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Final Period Of February 11, 2013 Through May 15. 2013 (D.I. 18427, Filed 8/3/17); and

    2.    Fee Examiner's Final Report Regarding Final Application Of E. Morgan Maxwell, III, Esq. (D.I. 18530, Filed 11/27/17).

Ernst & Young LLP

M.    Sixty-Third Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Ernst & Young LLP, As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Of January 14, 2009 Through May 8, 2017 (D.I. 18346, Filed 7/7/17).

    1.    Certificate Of No Objection Regarding Sixty-Third Monthly (For The Period May 1, 2017 Through May 8, 2017) And Final Application Of Ernst & Young LLP, As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Of January 14, 2009 Through May 8, 2017 (D.I. 18425, Filed 8/1/17); and

    2.    Fee Examiner's Final Report Regarding Sixty-First Monthly and Final Application Of Ernst & Young LLP (D.I. 18527, Filed 11/27/17).

Huron Business Advisory

N.    Final Application Of Huron Business Advisory As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Final Allowance Of Compensation And For Reimbursement OF All Actual And Necessary Expenses Incurred For The Period February 2, 2009 Through April 30, 2017 (D.I. 18332, Filed 6/29/17).

    1.    Fee Examiner's Final Report Regarding Final Fee Application Of Huron Business Advisory (D.I. 18522, Filed 11/20/17).

John Ray

O.    Sixty-Seventh Monthly (For The Period From May 1, 2017 Through May 8, 2017) And Final Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 7, 2009 Through May 8, 2017 (D.I. 18325, Filed 6/22/17).

    1.    Certificate Of No Objection Regarding Sixty-Seventh Monthly (For The Period From May 1, 2017 Through May 8, 2017) And Final Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Compensation And For

**Error! Unknown document property name.**
Nortel - Exhibit A

5

        Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 7, 2009 Through May 8, 2017 (D.I. 18368, Filed 7/13/17); and

2.     Fee Examiner's Final Report Regarding Sixty-Seventh Monthly And Final Application Of John Ray (D.I. 18519, Filed 11/20/17).

Keightley & Ashner LLP

P.     Tenth Monthly (For The Period February 1, 2017, Through May 8, 2017) And Final Application of Keightley & Ashner LLP, As Special Pension Benefits Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011, Through May 8, 2017 (D.I. 18338, Filed 6/30/17).

1.     Certificate Of No Objection Regarding Tenth Monthly (For The Period February 1, 2017, Through May 8, 2017) And Final Application of Keightley & Ashner LLP, As Special Pension Benefits Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period April 1, 2011, Through May 8, 2017 (D.I. 18393, Filed 7/24/17); and

2.     Fee Examiner's Final Report Regarding Tenth Monthly And Final Application Of Keightley & Ashner LLP (D.I. 18521, Filed 11/20/17).

Lazard Freres And Co. LLC

Q.     Final Application of Lazard Freres And Co. LLC, As Financial Advisor And Investment Banker To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period From January 14, 2009 Through May 8, 2017 (D.I. 18341, Filed 7/5/17).

1.     Fee Examiner's Final Report Regarding Final Application Of Lazard Freres And Co. LLC (D.I. 11/20/17, Filed 18523).

Linklaters LLP

R.     Final Fee Application of Linklaters LLP, As U.K. Counsel To Debtors And Debtors-In-Possession, For Allowance Of Final Compensation And For Final Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 26, 2010 Through May 8, 2017 (D.I. 18350, Filed 7/7/17).

1.     Certificate Of No Objection Regarding Final Fee Application of Linklaters LLP, As U.K. Counsel To Debtors And Debtors-In-Possession, For Allowance Of Final Compensation And For Final Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 26, 2010 Through May 8, 2017 (D.I. 18415, Filed 7/28/17); and

**Error! Unknown document property name.**
Nortel - Exhibit A

6

  2. Fee Examiner's Final Report Regarding Final Application Of Linklaters LLP (D.I. 18524, Filed 11/20/17).

Master, Sidlow & Associates, P.A.

S. First And Final Application Of Master, Sidlow & Associates, P.A. Fee Examiner, For Allowance Of Final Compensation And For Final Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through May 8, 2017 (D.I. 18383, Filed 7/19/17).

  1. Certificate Of No Objection Regarding First And Final Application Of Master, Sidlow & Associates, P.A. Fee Examiner, For Allowance Of Final Compensation And For Final Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2013 Through May 8, 2017 (D.I. 18435, Filed 8/10/17).

Mercer (US) Inc.

T. Final Application Of Mercer (US) Inc., As Compensation Specialist And Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Of January 14, 2009 2015 Through May 8, 2017 (D.I. 18352, Filed 7/7/17).

  1. Fee Examiner's Final Report Regarding Final Fee Application Of Mercer (US) Inc. (D.I. 18525, Filed 11/20/17).

Morris, Nichols, Arsht & Tunnell LLP

U. One-Hundred And First Monthly (For The Period May 1, 207 Through May 8, 2017) And Final Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14,. 20096 Through May 8, 2017 (D.I. 18348, Filed 7/7/17).

  1. Certificate of No Objection Regarding One-Hundred And First Monthly (For The Period May 1, 207 Through May 8, 2017) And Final Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 14,. 20096 Through May 8, 2017 (D.I. 18417, Filed 7/28/17); and

  2. Fee Examiner's Final Report Regarding One-Hundred And First Monthly and Final Application Of Morris, Nichols, Arsht & Tunnell LLP (D.I. 18512, Filed 11/16/17).

**Error! Unknown document property name.**
Nortel - Exhibit A

7

Shearman & Sterling LLP

V.  Final Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Final Compensation And For Final Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Of January 14, 2009 Through May 8, 2017 (D.I. 18349, Filed 7/7/17).

　　1.  Certificate of No Objection Regarding Final Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Final Compensation And For Final Reimbursement Of All Actual And Necessary Expenses Incurred For The Period Of January 14, 2009 Through May 8, 2017 (D.I. 18414, Filed 7/28/17); and

　　2.  Fee Examiner's Final Report Regarding Final Application Of Shearman & Sterling LLP (D.I. 18537, Filed 11/29/17).

RLKS Executive Solutions, LLC

W.  Seventy-Third Monthly For The Period May 1, 2017 Through May 8, 2017 And Final Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 9, 2010 Through May 8, 2017 (D.I. 18342, Filed 7/6/17).

　　1.  Certificate Of No Objection Regarding Seventy-Third Monthly For The Period May 1, 2017 Through May 8, 2017 And Final Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Compensation And For Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 9, 2010 Through May 8, 2017 (D.I. 18406, Filed 7/27/17); and

　　2.  Fee Examiner's Final Report Regarding Seventy-Third Monthly and Final Application Of RLKS Executive Solutions LLC (D.I. 18510, Filed 11/16/17).

Torys LLP

X.  Seventy-Fourth Monthly For The Period May 1, 2017 Through May 8, 2017 And Final Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance of Compensation And For Reimbursement of All Actual And Necessary Expenses Incurred For The Period October 28, 2010 Through May 8, 2017 (D.I. 18327, Filed 6/27/17).

　　1.  Certificate Of No Objection Regarding Seventy-Fourth Monthly For The Period May 1, 2017 Through May 8, 2017 And Final Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession, For Allowance of

**Error! Unknown document property name.**
Nortel - Exhibit A

8

      Compensation And For Reimbursement of All Actual And Necessary Expenses Incurred For The Period October 28, 2010 Through May 8, 2017 (D.I. 18384, Filed 7/19/17); and

2.     Fee Examiner's Final Report Regarding Seventy-Fourth Monthly And Final Application Of Torys LLP (D.I. 18509, Filed 11/16/17).

<u>Whiteford, Taylor & Preston LLC</u>

Y.     Twenty-Ninth Monthly And Final Fee Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Monthly Period From May 1, 2017 Through May 8, 2017 And For The Final Period From November 17, 2014 Through May 8, 2017 (D.I. 18358, Filed 7/7/17).

1.     Certificate Of No Objection Regarding Twenty-Ninth Monthly And Final Fee Application Of Whiteford, Taylor & Preston LLC For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Monthly Period From May 1, 2017 Through May 8, 2017 And For The Final Period From November 17, 2014 Through May 8, 2017 (D.I. 18421, Filed 7/28/17); and

2.     Fee Examiner's Final Report Regarding Twenty-Ninth And Final Application Of Whiteford, Taylor & Preston LLC (D.I. 18508, Filed 11/16/17).

**Error! Unknown document property name.**
Nortel - Exhibit A

9