# Nortel Networks Inc., Case No. 09-10138 (KG)
## EXHIBIT A (Fee Chart re: Final Fee Applications)

| Applicant | D.I. No. and Date Filed | Final Fee Period | Total Fees Requested for the Final Period (100%) | Total Expenses Requested for the Final Period (100%) | Total Amount Requested for the Final Period (Fees and Expenses) | Total Amount Reduced Per Fee Auditor's Final Report for Final Period | Total Amount Authorized Per Court Order on a Final Basis (Fees and Expenses) |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP (Co-Counsel for the Official Committee of Unsecured Creditors) | D.I. 18355 Filed 7/7/17 | 1/22/09- 5/8/17 | $70,131,784.95 | $6,826,182.64 | $76,957,967.59 | $0.00 | $76,957,967.59 |
| Ashurst LLP (European Counsel for the Official Committee of Unsecured Creditors) | D.I. 18356 Filed 7/7/17 | 1/30/09- 5/8/17 | £5,519,648.79 (US $7,112,067.47)[2] | £122,391.74 (US $157,701.76)[3] | £5,642,040.53 (US $7,269,769.23) | $0.00 | £5,642,040.53 (US $7,269,769.23) |
| Benesch, Friedlander, Coplan & Aronoff LLP (Special Litigation Counsel to the Debtors) | D.I. 18343 Filed 7/6/17 | 9/17/10- 5/8/17 | $577,157.50 | $37,073.06 | $614,230.56 | ($4,863.50)[4] | $609,367.06 |

[2] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.2885 as published by Bloomberg.com on the date of filing of Ashurst's final fee application.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US $1.2885 as published by Bloomberg.com on the date of filing of Ashurst's final fee application

[4] Please note that this amount reflects a reduction in fees totaling $4,863.50 per the Fee Examiner's Final Report Regarding Thirty-Eighth Monthly, and Thirty-Ninth Monthly and Final Fee Applications of Benesch, Friedlander, Coplan & Aronoff LLP (D.I. 18534).

| | | | | | |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) | D.I. 18359 Filed 7/7/17 | 6/1/15-5/8/17 | $3,021,667.50 | $7,799.80 | $3,029,467.30 | $0.00 | $3,029,467.30 |
| Capstone Advisory Group, LLC (Financial Advisor for the Official Committee of Unsecured Creditors) | D.I. 16059 Filed 8/20/15 | 1/26/09-5/31/15 | $31,498,482.00 | $748,528.84 | $32,247,010.84 | $0.00 | $32,247,010.81 |
| Cassels Brock & Blackwell LLP (Canadian Counsel for the Official Committee of Unsecured Creditors) | D.I. 18357 Filed 7/7/17 | 3/4/14-5/8/17 | CDN $7,175,116.75 (US $5,548,517.78)[5] | CDN $115,814.59 (US $89,559.42) | CDN $7,290,931.34 (US $5,638,077.20) | $0.00 | CDN $7,290,931.34 (US $5,638,077.20) |
| Chilmark Partners, LLC (Consulting Expert to the Debtors) | D.I. 18340 Filed 7/5/17 | 3/4/10-5/8/17 | $21,540,321.00 | $449,850.00 | $21,990,171.00 | $0.00 | $21,990,171.00 |
| Cleary Gottlieb Steen & Hamilton LLP (Counsel to the Debtors) | D.I. 18351 Filed 7/7/17 Supplemented D.I. 18423 Filed 7/31/17 | 1/14/09-5/8/17 | $307,511,796.50 | $39,281,055.22 | $346,792,851.72 | $0.00 | $346,792,851.72 |
| Crowell & Moring LLP (Special Counsel to the | D.I. 18345 Filed 7/7/17 | 1/14/09-5/8/17 | $2,366,682.16 | $86,415.47 | $2,453,097.63 | ($409.93) | $2,452,687.70 |

---

5   Reuters Exchange Rate on July 6, 2017 was CDN $1.00: U.S. $0.7733.

4

| Debtors) | | | | | |
|---|---|---|---|---|---|
| Dentons Canada LLP (Canadian Counsel for the Official Committee of Unsecured Creditors) | D.I. 13647 Filed 5/27/14 | 1/26/09-4/30/14 | CDN $43,224.50 (US $39,649.83) | CDN $1,942.29 (US $1,781.66) | CDN $45,116.79 (US $41,431.49) | $0.00 | CDN $45,116.79 (US $41,431.49) |
| Elliott Greenleaf (Counsel to the Official Committee of Long Term Disability Participants) | D.I. 18354 Filed 7/7/17 | 8/2/11-5/8/17 | $3,108,593.25 | $180,792.54[6] | $3,289,385.79 | $0.00 | $3,289,385.79 |
| E. Morgan Maxwell, III, Esq. (Special Tax Counsel to the Official Committee of Long Term Disability Participants) | D.I. 18353 Filed 7/7/17 | 2/11/13-8/15/13 | $22,362.50[7] | $197.00 | $22,559.50 | $0.00 | $22,559.50 |
| Ernst & Young LLP (Indirect Tax Service Advisor to the Debtors) | D.I. 18346 Filed 7/7/17 | 1/14/09-5/8/17 | $41,487,038.25 | $129,820.95 | $41,616,859.20 | $0.00 | $41,616,859.20 |
| Huron Business Advisory (Accounting and Restructuring Consultant to the Debtors) | D.I. 18332 Filed 6/29/17 | 2/2/09-4/30/17 | $9,073,570.98 | $594,637.34 | $9,668,208.32 | $0.00 | $9,668,208.32 |

---

[6]  Elliott Greenleaf requested reimbursement of expenses that totaled $247,036.18 in their Final Fee Application (D.I. 18354). Expenses were reduced by $42,270.47 in Docket No. 11078 and $23, 773.17 in Docket No. 12540 adjusting to a requested reimbursement of expenses in the amount of $180,792.54 as stated in the Fee Examiner's Final Report Regarding Final Fee Application of Elliott Greenleaf (D.I. 18535).

[7]  Including $1,250.00 for the preparation of the Final Application as stated in the Fee Examiner's Final Report Regarding Fourth Monthly and Final Fee Applications of E. Morgan Maxwell, III, Esq. (D.I. 18530).

5

| | | | | | |
|---|---|---|---|---|---|
| John Ray (Principal Officer of Nortel Networks, Inc.) | D.I. 18325 Filed 6/22/17 | 12/7/09- 5/8/17 | $4,813,164.50 | $274,745.70 | $5,087,910.20 | $0.00 | **$5,087,910.20** |
| Keightley & Ashner LLP (Special Pension Benefits Counsel to the Debtors) | D.I. 18338 Filed 6/30/17 | 4/1/11- 5/8/17 | $206,989.00 | $1,238.41 | $208,227.41 | $0.00 | **$208,227.41** |
| Lazard Freres and Co. LLC (Financial Advisor and Investment Banker to the Debtors) | D.I. 18341 Filed 7/5/17 | 1/14/09- 7/31/11 | $38,033,199.29 | $510,419.78 | $38,543,619.07 | $0.00 | **$38,543,619.07** |
| Linklaters LLP (U.K. Counsel to the Debtors) | D.I. 18350 Filed 7/7/17 | 1/26/10- 5/8/17 | $1,664,250.10[8] | $519,855.43 | $2,184,105.53 | $0.00 | **$2,184,105.53** |
| Master, Sidlow & Associates, P.A. (Fee Examiner) | D.I. 18383 Filed 7/19/17 | 8/1/13- 5/8/17 | $435,377.65 | $689.72 | $436,067.37 | $0.00 | **$436,067.37** |
| Mercer (US) Inc. (Compensation Specialist and Consulting Expert to the Debtors) | D.I. 18352 Filed 7/7/17 | 1/14/09- 5/8/17 | $2,341,286.15 | $175,640.46 | $2,516,926.61 | ($117.94)[9] | **$2,516,808.67** |

---

[8]    There was a typographical error in the final fee application with respect to the fees as a result the fee examiner has agreed that there should be an increase of fees by $30,000.

[9]    Please note that this amount reflects an agreed adjustment totaling $117.94 per the Fee Examiner's Final Report Regarding Final Fee Application of Mercer (US) Inc. (D.I. 18525).

6

| | | | | |
|---|---|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP (Co-Counsel to the Debtors) | D.I. 18348 Filed 7/7/17 | 1/14/09-5/8/17 | $9,480,574.25[10] | $1,564,536.79 | $11,045,111.04 | $0.00 | $11,045,111.04 |
| Shearman & Sterling LLP (Ordinary Course Professional Special Litigation Counsel to the Debtors) | D.I. 18349 Filed 7/7/17 | 1/14/09-5/8/17 | $382,666.00 | $21,423.92 | $404,089.92 | $0.00 | $404,089.92 |
| RLKS Executive Solutions, LLC (Consultants to the Debtors) | D.I. 18342 Filed 7/6/17 | 7/9/10-5/8/17 | $29,587,794.25[11] | $958,692.31 | $30,546,486.56 | $0.00 | $30,546,486.56 |
| Torys LLP (Special Canadian Counsel to the Debtors) | D.I. 18327 Filed 6/27/17 | 10/28/10-5/8/17 | $21,732,829.00 | $624,004.24 | $22,356,833.24 | $0.00 | $22,356,833.24 |
| Whiteford, Taylor & Preston LLC (Co-Counsel to the Official Committee of Unsecured Creditors) | D.I. 18358 Filed 7/7/17 | 11/17/14-5/8/17 | $1,351,128.50 | $55,086.77 | $1,406,215.27 | $0.00 | $1,406,215.27 |

---

[10]   This amount reflects an additional $26,882.50 in fees for preparation and filing of professionals fee applications after the Effective Date of the Plan agreed to by Morris Nichols and the Fee Examiner.

[11]   This amount reflects an additional $17,750.00 in fees for preparation of the final fee applications after the Effective Date of the Plan agreed to by RLKS and the Fee Examiner.

7