**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
*In re*

Nortel Networks Inc., *et al.*,[1]

Wind-Down Debtors and
Debtor In Possession.

-----------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 16, 2018 AT 10:00 A.M. (EASTERN TIME)**

---

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

---

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED MATTER**

1.      Wind Down Debtors' and Plan Administrator's First Post-Effective Date Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Satisfied Claims, No-Basis 401(k) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims) (D.I. 18495, Filed 11/10/17).

Objection Deadline: December 1, 2017 at 4:00 p.m. (ET).

Responses Received:

---

[1]      The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a)  Pension Benefit Guaranty Corporation's Joinder in Wind Down Debtors' and Plan Administrator's First Post-Effective Date Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Satisfied Claims, No-Basis 401(k) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims) (Dkt. No. 18495) (D.I. 18541, Filed 12/1/17).

Related Pleadings:

(a)  Certificate of No Objection Regarding Wind Down Debtors' and Plan Administrator's First Post-Effective Date Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Satisfied Claims, No-Basis 401(k) Claims, No-Basis Pension Claims, No-Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims) (D.I. 18558, Filed 1/3/18); and

(b)  Order Granting Wind Down Debtors' and Plan Administrators First Post Effective Date Omnibus Objection (Substantive) to Certain Claims (Satisfied Claims, No Basis 401(K)Claims, No Basis Pension Claims, No Basis Deferred Compensation Claims, Redundant Claims, Wrong or No Debtor Claims, Modify and Allow Claims, Reclassify and Allow Claims and No Amount Due Claims) (D.I. 18559, Entered 1/8/18).

Status:  An order has been entered regarding this matter.

Dated: January 8, 2018
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

3

*Counsel for the Debtors and Debtors in Possession*