# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.,* | Case No. 09-10138 (KG) |
| Wind-Down Debtors and Debtor In Possession.[1] | (Jointly Administered) |
| SNMP Research International, Inc. and SNMP Research, Inc., | |
| Appellants, | |
| v. | Civil Action No. 17-936-LPS |
| Nortel Networks Inc., *et al.*, | BAP No. 17-30 |
| Appellees. | |

## STIPULATION AND ORDER FOR DISMISSAL OF APPEAL

Appellants SNMP Research International, Inc. and SNMP Research, Inc., and Appellees Nortel Networks Inc., *et al.*, through their undersigned counsel, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, and subject to the approval of the Court, hereby jointly stipulate that the above-captioned appeal should be dismissed with prejudice and without costs to any party. All fees in this appeal have been paid.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: January 3, 2018

| | |
|---|---|
| **OF COUNSEL** | **COLE SCHOTZ P.C.** |
| Richard S. Busch, Esq. | */s/ Nicholas J. Brannick* |
| **King & Ballow Law Offices** | Norman L. Pernick (No. 2290) |
| 315 Union Street, Suite 1100 | Nicholas J. Brannick (No. 5721) |
| Nashville, TN 37201 | 500 Delaware Avenue, Suite 1410 |
| (615) 259-3456 (Phone) | Wilmington, DE 19801 |
| (615) 726-5417 (Fax) | (302) 651-2002 (Phone) |
| rbusch@kingballow.com | (302) 652-3117 (Fax) |
| | npernick@coleschotz.com |
| -and- | nbrannick@coleschotz.com |
| John L. Wood, Esq. | -and- |
| **Egerton, McAfee, Armistead & Davis, P.C.** | G. David Dean, Esq. |
| 900 S. Gay Street | 300 E. Lombard Street, Suite 1450 |
| Knoxville, TN 37902 | Baltimore, MD 21202 |
| (865) 546-0500 (Phone) | (410) 230-0660 (Phone) |
| (865) 525-5293 (Fax) | (410) 230-0667 (Fax) |
| jwood@emlaw.com | ddean@coleschotz.com |

*Counsel for Appellants SNMP Research, Inc. and SNMP Research International, Inc.*

Dated: January 3, 2018

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| Lisa M. Schweitzer | |
| David H. Herrington | */s/ Derek C. Abbott* |
| One Liberty Plaza | Derek C. Abbott (No. 3376) |
| New York, New York 10006 | Andrew R. Remming (No. 5120) |
| Telephone: (212) 225-2000 | Tamara K. Minott (No. 5643) |
| Facsimile: (212) 225-3999 | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 658-9200 |
| | Facsimile: (302) 658-3989 |

*Counsel for Appellees Wind-Down Debtors and Debtor In Possession*

IT IS SO ORDERED,

This _____ day of _____, 2018

                                                                           _____
                                                                           THE HONORABLE LEONARD P. STARK
                                                                           CHIEF UNITED STATES DISTRICT JUDGE