## **CERTIFICATE OF SERVICE**

       I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Post-Confirmation Quarterly Summary Report No. 3** was caused to be made on January 19, 2018, in the manner indicated upon the entities identified below.

Date:  January 19, 2018                     */s/ Tamara K. Minott*
                                                   Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

3647645