## CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (for the Period December 1, 2017 through December 31, 2017)** was caused to be made on January 19, 2018, in the manner indicated upon the entities identified below.

Date: January 19, 2018

*/s/ Tamara K. Minott*
Tamara K. Minott (No. 5643)

## VIA HAND DELIVERY

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

3647645