## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------- X
                                                       :
In re                                                  :
                                                       :
Nortel Networks Inc., et al.,¹                         :
                                                       :
        Wind-Down Debtors and Debtor-                  :
        In-Possession.                                 :
                                                       X
-----------------------------------------------------
```

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 18575**

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' SECOND MOTION PURSUANT TO SECTION 1142 AND 105(a) OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' DEADLINE TO OBJECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Debtors' Second Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors Deadline to Object to Certain Administrative Expense Claims** (the "Motion") (D.I. 18575), filed on February 16, 2018.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 6, 2018 at 4:00 p.m. (ET).

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: March 8, 2018                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                          James L. Bromley (admitted *pro hac vice*)
                                        Lisa M. Schweitzer (admitted *pro hac vice*)
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone:  (212) 225-2000
                                        Facsimile:  (212) 225-3999

                                        and

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        _____*/s/ Paige N. Topper*_____
                                        Derek C. Abbott (No. 3376)
                                        Andrew R. Remming (No. 5120)
                                        Tamara K. Mann (No. 5643)
                                        Paige N. Topper (No. 6470)
                                        1201 North Market Street, 16th Floor
                                        Wilmington, DE  19899-1347
                                        Telephone:  (302) 658-9200
                                        Facsimile:  (302) 658-3989

                                        *Counsel for the Wind Down Debtors and Debtor in
                                        Possession*

11443475