IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Nortel Networks, Inc., *et al.*,<br><br>Debtors. | Bankruptcy No. 09-10138<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF ENTRY OF APPEARANCE AND CERTIFICATE OF COUNSEL APPEARING ON BEHALF OF GOVERNMENT AGENCY

Brandon J. Gray hereby enters his appearance as counsel for the Iowa Department of Revenue and submits the following certification pursuant to Del. Bankr. L.R. 9010-1(e)(i).

1. I am an attorney employed by the Iowa Attorney General's Office.

2. I am a member in good standing of the Bar of the State of Iowa.

3. I am admitted to practice before the State of Iowa, the Southern District of Iowa Bankruptcy Court, the Northern District of Iowa Bankruptcy Court, and the Southern District of Iowa.

4. I am in good standing in all jurisdictions where I have been admitted.

5. I agree to be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

IOWA DEPARTMENT OF REVENUE

By: _____
BRANDON J. GRAY
Iowa Bar #AT0010191
Assistant Attorney General
Hoover State Office Building
Des Moines, IA 50319
Telephone: (515) 725-8773
Facsimile: (515) 281-4209
Email: brandon.gray@ag.iowa.gov
Attorney for Iowa Department of Revenue

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 21, 2018, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices, including but not limited to counsel for the Debtors.

*/s/ Teresa Corbin*
Teresa Corbin