## CERTIFICATE OF SERVICE

    I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **Post-Confirmation Quarterly Summary Report No. 4 (Unaudited) (Reporting Period January 1, 2018 through March 31, 2018)** was caused to be made on April 20, 2018, in the manner indicated upon the entities identified below.

Date: April 20, 2018            */s/ Paige N. Topper*
                         Paige N. Topper (No. 6470)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

3647645