IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                        :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                             :   Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor-In-       :   Jointly Administered
    Possession.                             :
:
---------------------------------------------------------------X

### NOTICE EXTENDING THE WIND-DOWN
### DEBTORS' DEADLINE TO OBJECT TO CLAIMS

    **PLEASE TAKE NOTICE** that, on January 24, 2017, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Findings of Fact, Conclusions of Law and Order Confirming First Amended Join Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order"), confirming the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17795-1] (the "Plan").[2]

    **PLEASE TAKE NOTICE** that on May 8, 2017 (the "Effective Date"), the Plan became effective according to its terms. See *Notice of Entry of Confirmation Order and Occurrence of Effective Date of First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 18176].

    **PLEASE TAKE NOTICE** that pursuant to §11.1 of the confirmed Plan, the Plan Administrator and Wind-Down Debtors must object to or request estimation of all Claims against the Debtors on or before the first Business Day that is one hundred and eighty (180) days after the Effective Date (the "Claims Objection Deadline" or the "Original Claims Objection Deadline") or file a notice with the Court prior to the expiration of the then-current Claims Objection Deadline extending the Claims Objection Deadline to a later date.

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not join in seeking relief from the Court through this Motion. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]     Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE NOTICE** that on November 3, 2017, the Wind-Down Debtors filed a notice pursuant to §11.1 of the confirmed Plan extending the Claims Objection Deadline to February 5, 2018 (the "First Extended Claims Objection Deadline"). See *Notice Extending the Wind-Down Debtors' Deadline to Object to Claims* [D.I. 18490].

**PLEASE TAKE NOTICE** that on February 5, 2018, the Wind-Down Debtors filed a notice pursuant to §11.1 of the confirmed Plan extending the Claims Objection Deadline to May 7, 2018 (the "Second Extended Claims Objection Deadline"). See *Notice Extending the Wind-Down Debtors' Deadline to Object to Claims* [D.I. 18572].

**PLEASE TAKE NOTICE** that on March 8, 2018, the Court entered an order extending the Debtors' deadline to object to certain administrative expense claims to July 31, 2018 (the "Extended Administrative Claims Objection Deadline"), See *Order Pursuant to Section 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims* [D.I. 18579].

**PLEASE TAKE NOTICE** that pursuant to §11.1 of the confirmed Plan, the Plan Administrator and Wind-Down Debtors hereby give notice of the extension of the Second Extended Claims Objection Deadline to the same date as the Administrative Claims Objection Deadline, **July 31, 2018** (the "Third Extended Claims Objection Deadline").

| | |
|---|---|
| Dated: May 4, 2018<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>   */s/ Paige N. Topper*   <br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Minott (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Wind-Down Debtors* |