# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |
| ------------------------------------------------------------X | |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| July 10, 2018 | 10:30 a.m. (Eastern Time) |
| August 14, 2018 | 10:00 a.m. (Eastern Time) |
| September 11, 2018 | 10:00 a.m. (Eastern Time) |
| October 16, 2018 | 10:00 a.m. (Eastern Time) |
| November 13, 2018 | 10:00 a.m. (Eastern Time) |
| December 18, 2018 | 10:00 a.m. (Eastern Time) |