IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
*In re*                                                    :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,                            :   Case No. 09-10138 (KG)
                                                           :
    Wind-Down Debtors and Debtor-In-Possession. :   Jointly Administered
                                                           :
                                                           :
-----------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced cases:

| DATE | TIME |
| --- | --- |
| July 10, 2018 | 10:30 a.m. (Eastern Time) |
| August 14, 2018 | 10:00 a.m. (Eastern Time) |
| September 11, 2018 | 10:00 a.m. (Eastern Time) |
| October 16, 2018 | 10:00 a.m. (Eastern Time) |
| November 13, 2018 | 10:00 a.m. (Eastern Time) |
| December 18, 2018 | 10:00 a.m. (Eastern Time) |

**Dated: May 23rd, 2018**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**