## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                             :       Chapter 11
:
Nortel Networks Inc., *et al.*,[1]       :       Case No. 09-10138 (KG)
:
                 Debtors.     :       Jointly Administered
:
:
:
------------------------------------------------------------X

## CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF AN ORDER REGARDING STIPULATION BY AND BETWEEN NORTEL NETWORKS INC. AND CAPITOL SOLUTIONS GOVERNMENT RELATIONS CONSULTANTS LLC REGARDING PROOF OF CLAIM

The undersigned counsel for the wind-down debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), hereby certifies as follows:

1.    Pursuant to the stipulation (the "<u>Stipulation</u>") attached as **Exhibit 1** to the proposed form of order, Nortel Networks Inc. ("<u>NNI</u>") and Capitol Solutions Government Relations Consultants LLC ("<u>CSGRC</u>") have agreed to disallow and expunge the proof of claim No. 5470 that CSGRC filed against NNI in the asserted amount of $33,750.00.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order approving the Stipulation attached hereto as **Exhibit A** at its earliest convenience.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated:  June 4, 2018
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Paige N. Topper_
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*

11950860.1

2