## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | RE: D.I. 18604 |

## ORDER APPROVING STIPULATION BY AND BETWEEN NORTEL NETWORKS INC. AND CAPITOL SOLUTIONS GOVERNMENT RELATIONS CONSULTANTS LLC REGARDING PROOF OF CLAIM

IT IS HEREBY ORDERED THAT:

1.      The Stipulation attached as Exhibit 1 (the "Stipulation") is APPROVED and entered as an Order of this Court.

2.      Claim No. 5470 is disallowed and expunged in its entirety.

3.      This Court shall retain jurisdiction over all matters arising from or relating to the interpretation and implementation of this Order or the Stipulation.

Date: June 4 , 2018

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.