IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | Jointly Administered |
| Wind-Down Debtors and Debtor-in-Possession. | **Re: D.I. 18009** |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF AN ORDER REGARDING STIPULATION OF THE DEBTORS AND NETAS TELEKOMUNIKASYON A.S. REGARDING MEDIATION PURSUANT TO RULES 9019-3 AND 9019-5 OF THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

The undersigned counsel for the wind-down debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby certifies as follows:

1. Pursuant to the stipulation (the "Stipulation") attached as **Exhibit 1** to the proposed form of order, the Debtors and Netas Telekomunikasyon A.S. ("Netas") have agreed to engage in mediation, regarding the Debtors' *Forty-Seventh Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-debtor Liability Claims, Modified, Reclassified and Allowed Claims, No-Basis and Released Claims, No-Basis Equity Claims, No-Basis Retiree Claims and Redundant Claims*) [D.I. 18009] (the "Objection"), by which the Debtors objected to and sought disallowance of the proofs of claim filed by Netas against Debtor Nortel Networks Inc.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2.  The Parties shall attend a one-day Mediation session on **July 25, 2018**, at the offices of Cleary Gottlieb Steen & Hamilton LLP, 450 Park Avenue, New York, New York 10022, at a time to be agreed upon by the Parties and the Mediator, and any such further sessions, at a mutually agreeable time and place, as the Parties and the Mediator may conclude would be helpful.[2]

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order approving the Stipulation attached hereto as **Exhibit A** at its earliest convenience.

Dated: June 14, 2018
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Paige N. Topper*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        Paige N. Topper (No. 6470)
        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Counsel for the Wind-Down Debtors and Debtor In Possession*

11958830.1

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Stipulation.