IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Wind-Down Debtors and Debtor-in-Possession. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Re: D.I. 18009 & 18607 |

ORDER APPROVING JOINT STIPULATION OF THE DEBTORS AND NETAS TELEKOMUNIKASYON A.S. REGARDING MEDIATION PURSUANT TO RULES 9019-3 AND 9019-5 OF THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Upon consideration of the *Joint Stipulation of the Debtors and Netas Telekomunikasyon A.S. Regarding Mediation Pursuant to Rules 9019-3 and 9019-5 of the Local Rules for the United States Bankruptcy Court for the District of Delaware* (the "Stipulation") attached hereto as **Exhibit 1**, and sufficient cause appearing for the relief requested therein,

IT IS HEREBY ORDERED that:

1.   The Stipulation is approved in its entirety.

2.   Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall be in full force and effect upon its entry.

3.   The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

-2-

Dated: June 14, 2018
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE