IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
*In re*                                                      :    Chapter 11
                                                             :
Nortel Networks Inc., *et al.*,[1]                           :    Case No. 09-10138 (KG)
                                                             :
      Wind-Down Debtors.         :    Jointly Administered
                                                             :
------------------------------------------------------------ X    **Ref. Docket No. 18608**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2018, I caused to be served the "Order Approving Joint Stipulation of the Debtors and Netas Telekomunikasyon A.S. Regarding Mediation Pursuant to Rules 9019-3 and 9019-5 of the Local Rules for the United States Bankruptcy Court for the District of Delaware," dated June 14, 2018 [Docket No. 18608], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
15th day of June, 2018

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20 22

**EXHIBIT A**

| | |
|---|---|
| **NNI DE18608 6-14-18** | **NNI DE18608 6-14-18** |
| LOWENSTEIN SANDLER LLP<br>ZACHARY D. ROSENBAUM & PAUL KIZEL, ESQS<br>COUNSEL FOR NETAS TELEKOMUNIKASYON AS<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068 | POLSINELLI PC<br>ATTN: CHRISTOPHER A WARD ESQ.,<br>COUNSEL FOR NETAS TELEKOMUNIKASYON AS<br>222 DELAWARE AVENUE, STE 1101<br>WILMINGTON, DE 19801 |
| **NNI DE18608 6-14-18** | **NNI DE18608 6-14-18** |
| LOWENSTEIN SANDLER LLP<br>JENNIFER FIORICA DELGADO, ESQ.<br>COUNSEL FOR COUNSEL FOR NETAS TELEKOMUNIKASYON AS<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | NETAS TELEKOMUNIKASYON AS<br>YENISEHIR MAH. OSMANLI BULVARI<br>NO:11 34912 KURTKOY-PENDIK<br>ISTANBUL<br>TURKEY |