IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. |  |
| ------------------------------------------------------------X |  |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON JULY 10, 2018 AT 10:30 A.M. (EASTERN TIME)**

**AT THE DIRECTION OF THE COURT, THE HEARING HAS BEEN CANCELLED.**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Debtors' Third Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code and Entry of an Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims (D.I. 18609, Filed 6/19/18).

   Objection Deadline: July 3, 2018 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Certificate of No Objection Regarding Debtors' Third Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code and Entry of an Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims (D.I. 18613, Filed 7/5/18); and

   (b) Proposed Form of Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

<u>Status</u>:  The Court has indicated that an order has been signed and will be entered.  No hearing is necessary.

| | |
|---|---|
| Dated: July 6, 2018<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Mann*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |