## CERTIFICATE OF SERVICE

I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **Post Confirmation Quarterly Summary** was caused to be made on July 19, 2017, in the manner indicated upon the entities identified below.

Date: July 20, 2018

/s/ Paige N. Topper
Paige N. Topper (No. 6470)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

11195505