# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- X
*In re*                                                        :    Chapter 11
                                                               :
Nortel Networks Inc., *et al.*,[1]                             :    Case No. 09-10138 (KG)
                                                               :
       Wind-Down Debtors.                                 :    Jointly Administered
                                                               :
--------------------------------------------------------------- X    **Ref. Docket No. 18621**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2018, I caused to be served the "Notice Extending the Wind-Down Debtors' Deadline to Object to Claims," dated July 30, 2018 [Docket No. 18621], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
1st day of August, 2018

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

T:\Clients\NORTEL\Affidavits\Notice Extending Deadlines_DI_18621_7-30-18.doc

<a>
</a>

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN ONE BRYANT PARK NEW YORK NY 10036 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & DAN J. MCDERMETT, JR., ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE, SUITE 600 DALLAS TX 75201 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 199 BAY STREET SUITE 4000, COMMERCE COURT WEST TORONTO ON M5L 1G9 CANADA |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM ONE FINANCIAL CENTER BOSTON MA 02111 |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP RESEARCH INC. 300 E. LOMBARD STREET, SUITE 1450 BALTIMORE MD 21202 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM 919 NORTH MARKET STREET, SUITE 300 CITIZENS BANK CENTER WILMINGTON DE 19801 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| HOLLAND & KNIGHT | ATTN: MICHAEL B EISENBERG, ESQ COUNSEL FOR AVAYA INC. 901 NORTH MARKET ST STE 1300 WILMINGTON DE 19801 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| IOWA DEPARTMENT OF REVENUE | BRANDON J. GRAY, ASSISTANT ATTORNEY GENERAL HOOVER STATE OFFICE BUILDING DES MOINES IA 50319 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION 101 PARK AVENUE NEW YORK NY 10178 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. COUNSEL FOR GENBAND INC. 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MCCARTHY TÉTRAULT LLP | JAMES GAGE COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION SUITE 5300, TD BANK TOWER BOX 48, 66 WELLINGTON STREET WEST TORONTO ON M5K 1E6 CANADA |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. 28 LIBERTY STREET NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, STEPHEN D. SCHREIBER, PAULA J. CONNELLY, GARTH D. WILSON AND JENNIFER MESSINA OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW |

| Claim Name | Address Information |
|---|---|
| PENSION BENEFIT GUARANTY CORP | WASHINGTON DC 20005-4026 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND DANIEL S. HOLZMAN, ESQ. COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP 51 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10010 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE COUNSEL FOR AVAYA INC. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA US COUNSEL FOR THE BANK OF NEW YORK MELLON 900 THIRD AVENUE NEW YORK NY 10022 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  34**