IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- X
*In re*                                                                          :    Chapter 11
                                                                                        :
Nortel Networks Inc., *et al.*,[1]                                  :    Case No. 09-10138 (KG)
                                                                                        :
         Wind-Down Debtors.                                        :    Jointly Administered
                                                                                        :
----------------------------------------------------------------- X    **Ref. Docket No. 18623**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2018, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on August 14, 2018 at 10:00 A.M. (Eastern Time)," *[Cancelled]*, dated August 7, 2018 [Docket No. 18623], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226); and Nortel Networks India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
8th day of August, 2018

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  8**

# EXHIBIT B

**NORTEL NETWORKS INC.**
**Facsimile – Master Sevrice List**

| Name | Fax |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | 212-872-1002 |
| BAKER BOTTS L.L.P. | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | 416-863-2653 |
| BROWN RUDNICK LLP | 617-856-8201 |
| COLE SCHOTZ P.C. | 302-574-2106 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| GOODMANS LLP | 416-979-1234 |
| HUGHES HUBBARD & REED LLP | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | 212-299-6045 |
| IOWA DEPARTMENT OF REVENUE | 515-281-4209 |
| IOWA DEPARTMENT OF REVENUE | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | 212-715-8000 |
| LATHAM & WATKINS LLP | 202-637-2201 |
| LATHAM & WATKINS LLP | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | 212-530-5219 |
| MORRISON & FOERSTER LLP | 415-268-7522 |
| OFFICE OF THE U.S. TRUSTEE | 302-573-6497 |
| PACHULSKI STANG | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | 202-326-4112 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 212-849-7100 |
| ROPES & GRAY LLP | 415-315-6350 |
| ROPES & GRAY LLP | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | 416-947-0866 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | 646-390-7034 |