**CERTIFICATE OF SERVICE**

   I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report (Reporting Period July 1, 2018 through July 31, 2018)** was caused to be made on August 20, 2018, in the manner indicated upon the entities identified below.

Date: August 20, 2018                */s/ Paige N. Topper*
                             Paige N. Topper (No. 6470)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519