**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |
| | RE: D.I. 18009 |

**NOTICE OF WITHDRAWAL OF FORTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) SOLELY WITH RESPECT TO CLAIM NOS. 2875, 2876, 2877, 2878, 8037 AND 8038 FILED BY NETAS TELEKOMUNIKASYON A.S.**

**PLEASE TAKE NOTICE** that, on or about September 9, 2009, Netas Telekomunikasyon A.S. ("Netas") filed proofs of claim 2875, 2876, 2877, and 2878 under its prior name, Nortel Networks Netas Telekomunikasyon A.S. (the "Initial Netas Claims") against Nortel Networks Inc. ("NNI") in these proceedings. On or about November 3, 2011, Netas Telekomunikasyon A.S. filed proofs of claim 8037 and 8038 against NNI in these proceedings (together with the Initial Netas Claims, the "Netas Claims").

**PLEASE TAKE NOTICE** that, on March 10, 2017, the Debtors filed the *Debtors' Forty-Seventh Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Non-Debtor Liability Claims, Modified, Reclassified and Allowed Claims and Redundant Claims)* (D.I. 18009) (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that, on August 24, 2018, following a mediation session conducted on July 25, 2018, NNI and Netas entered into a settlement agreement fully and finally resolving Netas' claims against the Debtors and their U.S. affiliates, including the Netas Claims (the "Settlement").

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not join in seeking relief from the Court through this Motion. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Settlement, the Debtors hereby withdraw the Objection solely with respect to Claim Nos. 2875, 2876, 2877, 2878, 8037 and 8038.

Dated:  August 28, 2018
           Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Mann*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Wind-Down Debtors and Debtor in Possession*