# FARNAN LLP

September 6, 2018

**VIA ELECTRONIC FILING AND
HAND DELIVERY**

The Honorable Kevin Gross
United States Bankruptcy Court
for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

Re: *In re: Nortel Networks Inc. et al.,* Case No. 09-10138 (KG)

Dear Judge Gross:

As you are aware, I was appointed as mediator pursuant to Your Honor's Order Approving Joint Stipulation of the Debtors and Netas Telekomunikasyon A.S., dated August 14, 2018 [Dkt. No. 18608] (the "Mediation Order") to conduct a confidential mediation on July 25, 2018 between Nortel Networks, Inc. ("NNI") and certain of its affiliates as wind-down debtors and debtors-in-possession in the above-captioned case and Netas Telekomunikasyon A.S. ("Netas") regarding proofs of claim asserted by Netas against NNI in NNI's chapter 11 case pending before Your Honor (the "Netas Claims"). I submit this report pursuant to the Mediation Order and am pleased to report that through the mediation the parties reached an agreement to resolve the Netas Claims, and I have been advised by the parties that the dispute with respect to the Netas Claims has been resolved in accordance with the terms of that agreement.

Respectfully submitted,

*/s/ Joseph J. Farnan Jr.*

Joseph J. Farnan, Jr.