# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor In : Jointly Administered
    Possession. :
X
---------------------------------------------------------

## NOTICE OF CANCELLED OMNIBUS HEARING

      PLEASE TAKE NOTICE THAT the omnibus hearing previously scheduled in the above captioned matter to be held on **October 16, 2018 at 10:00 a.m. (Eastern Time)** has been cancelled by the Court.

Dated: October 4, 2018
Wilmington, Delaware

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                              James L. Bromley (admitted pro hac vice)
                                              Lisa M. Schweitzer (admitted pro hac vice)
                                              One Liberty Plaza
                                              New York, New York 10006
                                              Telephone: (212) 225-2000
                                              Facsimile: (212) 225-3999

                                                        - and -

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Tamara K. Mann*
                                              Derek C. Abbott (No. 3376)
                                              Andrew R. Remming (No. 5120)
                                              Tamara K. Mann (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226) and Nortel India International Inc. (8667). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

- 2 -

Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*

11349048.2

- 2 -