## **CERTIFICATE OF SERVICE**

I, Tamara K. Mann, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report** was caused to be made on October 19, 2018, in the manner indicated upon the entities identified below.

Date: October 19, 2018                                                   */s/ Tamara K. Mann*
                                                                                       Tamara K. Mann (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519