**CERTIFICATE OF SERVICE**

    I, Tamara K. Mann, certify that I am not less than 18 years of age, and that service of the foregoing **Post Confirmation Quarterly Summary** was caused to be made on October 19, 2018, in the manner indicated upon the entities identified below.

Date: October 19, 2018                /s/ *Tamara K. Mann*
                           Tamara K. Mann (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

11195505