IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IN RE NORTEL NETWORKS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: November 27, 2019, 2:00 p.m.<br>Objections Due: November 13, 2019, 4:00 p.m. |

### DECLARATION OF MELANIE MONTERRUBIO IN SUPPORT OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION

I, MELANIE MONTERRUBIO, declare as follows:

1. I am employed by the State of California, Franchise Tax Board ("FTB") as a Senior Compliance Representative. I am assigned to the Bankruptcy Section. I make this declaration in my official capacity as an FTB employee and not otherwise. The following statements are based upon my personal knowledge and upon my review of records kept by FTB in the ordinary course of its business practice. If called as a witness, I could testify competently thereto.

2. I have personal knowledge of the manner in which FTB's records are kept. Each of the records upon which I rely was made in the ordinary course of business at or near the time of the act, condition or event. The sources of information at the time of preparation are such that I believe FTB's records to be trustworthy.

3. I have reviewed FTB's records with regard to the debtors Nortel Networks Inc., 2600 South Shore Blvd., Suite 312, League City, Texas 77573-2944, together with certain of its U.S. affiliates ("Debtors").

1

4. On June 21, 2018, I prepared a letter that notified the Debtors that their California income tax returns for taxable year ending December 31, 2017 has been selected for examination (the "Letter"). A true and correct copy of the Letter is attached hereto as Exhibit A.

5. On June 21, 2018, I prepared an envelope addressed to "John J. Ray, III Director and President of the Reorganized Debtors, 2600 South Shore Blvd., Suite 312, League City, Texas 77573-2944.

6. On June 21, 2018, I folded the Letter into the addressed envelope, sealed the envelope, and placed the envelope into the outgoing mail bin located in the Bankruptcy Section of FTB's Sacramento office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed under penalty of perjury of the laws of the State of California and of the United States, this 26th day of October, 2018, in Sacramento, California.

_Melanie Monterrubio_
Melanie Monterrubio

# EXHIBIT A



STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A345
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

06.21.2018

JOHN J. RAY, III
DIRECTOR AND PRESIDENT OF THE REORGANIZED DEBTORS
2600 SOUTH SHORE BLVD SUITE 312
LEAGUE CITY TX 77573-2944

Dear Mr. Ray:

We have received your Bankruptcy Code §505(b) request, dated 04.30.2018, related to the taxable year ending 12.31.2017 of Nortel Networks Inc. & Affiliates. The return has been selected for examination pursuant to Bankruptcy Code §505(b)(2)(A)(i).

If you have any questions regarding this matter, I can be reached at 916.845.6079.

Sincerely,

Melanie Monterrubio
Senior Compliance Representative

tel 916.845.4750 | fax 916.845.9799    | ftb.ca.gov

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**300 South Spring Street, Room 1700, Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MELANIE MONTERRUBIO IN SUPPORT OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ECF LIST

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by fax transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
Assistant: gmalave@cgsh.com
One Liberty Plaza
New York NY 10006
bbeller@cgsh.com
clearygottlieb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/26/18 | Norma L. Herrera-Gilbody | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**