IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IN RE NORTEL NETWORKS INC., ET AL., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: November 27, 2019, 2:00 p.m.<br>Objections Due: November 13, 2019, 4:00 p.m. |

**DECLARATION OF DONNY P. LE IN SUPPORT OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION**

I, DONNY P. LE, declare as follows:

1. I am an attorney admitted to the practice of law in this State and before this Court and am employed as Tax Counsel III by the State of California Franchise Tax Board ("FTB").

2. I make this declaration on behalf of FTB, in support of FTB's Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(B)(2) Extending the Time for the FTB to Complete an Examination ("Motion'.)

3. The statements in this declaration are true and correct based on my personal knowledge, and on my review of records created and maintained by FTB in the routine and ordinary course of business, excepting those indicated to be based upon information and belief, and as to these statements I believe them to be true. The sources of information at the time of preparation of this declaration are such that I believe FTB's records to be trustworthy. If called as a witness, I could and would testify to the following based on my own personal knowledge and on my review of records kept by me in the ordinary course of my business practice.

1

4. On September 11, 2018, I contacted Benjamin S. Beller of Cleary, Gottlieb, Steen, and Hamilton LLP, bankruptcy counsel for the debtors in the case of Nortel Networks Inc., et al. (Case No. 09-10138), by electronic mail (i.e., email) (the "Email). In the Email, I requested that the parties stipulate to provide FTB with additional time of the 180-day period of 11 U.S.C. § 505(b)(2)(A)(ii) to complete its own examination of the debtor's 2017 California Return as FTB could not confirm the examination status of the debtors' 2017 Federal Return, and FTB has determined that it may rely on the results of any examination conducted by the Internal Revenue Service ("IRS") of the debtors' 2017 Federal Return.

5. Mr. Beller did not respond directly to me.

6. On September 12, 2018, Carl A. Joseph, Principal of Ernst & Young LLP, contacted me about my request for additional time.

7. On September 13, 2018, I participated in a conference call with Mr. Joseph, Jeffery T. Wood, Executive Director of Ernst & Young LLP, and Melissa Louie, Program Specialist I and Audit Liaison at FTB, to address FTB's request additional time of the 180-day period of 11 U.S.C. § 505(b)(2)(A)(ii). No agreement could be reached regarding FTB's request for additional time but FTB would renew its request in two weeks.

8. On September 28, 2018, I contacted Mr. Joseph by electronic mail and advised Mr. Joseph that FTB still could not confirm the examination status of the debtor's 2017 Federal Return.

9. On October 22, 2018, I participated in a conference call with Mr. Joseph, Mr. Wood, Mr. Beller, and Ms. Louie. Ms. Louie and I renewed FTB's request for additional time of the 180-day period of 11 U.S.C. § 505(b)(2)(A)(ii) in light of FTB's difficulties in confirming

the examination status of the debtor's 2017 Federal Return with the IRS. No agreement could be reached regarding FTB's request for additional time.

10.  On October 23, 2018, I received a message, though electronic mail, from Mr. Beller. In this message, Mr. Beller denied FTB's request for additional time of the 180-day period of 11 U.S.C. § 505(b)(2)(A)(ii).

I declare under penalty of perjury that the foregoing is true and correct.

Executed under penalty of perjury of the laws of the State of California and of the United States, this 26th day of October, 2018, in Sacramento, California.

_____
Donny P. Le

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**300 South Spring Street, Room 1700, Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DONNY P. LE IN SUPPORT OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ECF LIST

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by fax transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
Assistant: gmalave@cgsh.com
One Liberty Plaza
New York NY 10006
bbeller@cgsh.com
clearygottlieb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/26/18 | Norma L. Herrera-Gilbody | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                **F 9013-3.1.PROOF.SERVICE**