IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **IN RE NORTEL NETWORKS INC., ET AL.,** <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> (Jointly Administered) <br><br> **Hearing Date: November 27, 2019, 2:00 p.m.** <br> **Objections Due: November 13, 2019, 4:00 p.m.** |

**DECLARATION OF MELISSA LOUIE IN SUPPORT OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION**

I, MELISSA LOUIE, declare as follows:

1. I am employed by the State of California, Franchise Tax Board ("FTB") as a Program Specialist I, "Bankruptcy Audit Liaison." I am assigned to the National Business Audit Bureau in the Sacramento Region. I make this declaration in my official capacity as an FTB employee and not otherwise. The following statements are based upon my personal knowledge and upon my review of records kept by FTB in the ordinary course of its business practice. If called as a witness, I could testify competently thereto.

2. I have personal knowledge of the manner in which FTB's records are kept. Each of the records upon which I rely was made in the ordinary course of business at or near the time of the act, condition or event. The sources of information at the time of preparation are such that I believe FTB's records to be trustworthy.

3. I have reviewed FTB's records with regard to the debtors Nortel Networks Inc., 2600 South Shore Blvd., Suite 312, League City, Texas 77573-2944, together with certain of its U.S. affiliates ("Debtors").

1

4. On May 8, 2018, I was notified by FTB's Bankruptcy Unit that FTB received a request under 11 U.S.C. § 505(b)(2) related to the Debtor's 2017 California Corporation Franchise or Income Return.

5. On May 9, 2018, I requested the Business Master File (BMF) transcripts from the Internal Revenue Service ("IRS") through the FTB's IRS Coordinator. The purpose of my request was to, in part, determine whether the IRS had received the Debtor's 2017 Federal Corporation Income Tax Return and whether such return was selected for examination.

6. On May 11, 2018, I received the BMF transcripts. Upon my review, I determined that the BMF transcripts did not show that the IRS had received the Debtor's 2017 Federal Corporation Income Tax Return.

7. On June 8, 2018, I requested updated BMF transcripts through the FTB's IRS Coordinator.

8. On June 14, 2018, I received updated BMF transcripts. Upon my review, I determined that the BMF transcripts showed that the IRS had received the Debtor's 2017 Federal Corporation Income Tax Return and had placed an "Exam Indicator" on the Debtor's account for the 2017 tax year.

9. On July 26, 2018, I requested updated BMF transcripts through the FTB's IRS Coordinator. The purpose of my request was to, in part, determine whether the "Exam Indicator" had been removed from the Debtor's account for the 2017 tax year.

10. On August 2, 2018, I received updated BMF transcripts. Upon my review, I determined that the BMF transcripts showed that the "Exam Indicator" remained on the Debtor's account for the 2017 tax year.

11. On August 27, 2018, I informed Donny P. Le, Tax Counsel III for the FTB, that the 180-day audit deadline of 11 U.S.C. § 505(b)(2)(A)(ii) was approaching related to the Debtor's 2017 California Corporation Franchise or Income Tax Return.

12. On August 28, 2018, I caused to be submitted a request to speak with an IRS agent through the FTB's IRS Coordinator related to the Debtor's 2017 tax year.

13. On September 13, 2018, I participated in a conference call with Carl Joseph, Principal at Ernst & Young LLP, Joseph, Jeffery T. Wood, Executive Director at Ernst & Young LLP, and Mr. Le, to address FTB's request additional time of the 180-day period of 11 U.S.C. § 505(b)(2)(A)(ii). No agreement could be reached regarding FTB's request for additional time but FTB would renew its request in two weeks.

14. On September 28, 2018, I obtained a Transcript Delivery System ("TDS") transcript from the IRS for the Debtor's 2017 tax year. Upon my review, I determined that the TDS transcript showed that the "Exam Indicator" remained on the Debtor's account for the 2017 tax year.

15. On September 28, 2018, I informed Mr. Le that the TDS transcript showed that the "Exam Indicator" remained on the Debtor's account for the 2017 tax year.

16. On October 8, 2018, I obtained an updated TDS transcript from the IRS for the Debtor's 2017 tax year. Upon my review, I determined that the TDS transcript showed that the "Exam Indicator" remained on the Debtor's account for the 2017 tax year.

17. On October 16, 2018, I contacted the FTB's IRS Coordinator, by electronic mail, regarding FTB's request made on August 28, 2018. I was informed by the FTB's IRS Coordinator that the IRS has not responded.

18. On October 17, 2018, I obtained an updated TDS transcript from the IRS for the Debtor's 2017 tax year. Upon my review, I determined that the TDS transcript showed that the "Exam Indicator" remained on the Debtor's account for the 2017 tax year.

19. On October 17, 2018, I contacted the FTB's IRS Coordinator, by electronic mail, regarding FTB's request made on August 28, 2018. I was informed by the FTB's IRS Coordinator that the IRS has not responded.

20. On October 19, 2018, I contacted the FTB's IRS Coordinator, by electronic mail, regarding FTB's request made on August 28, 2018. I was informed by the FTB's IRS Coordinator that the IRS has not responded.

21. On October 22, 2018, I obtained an updated TDS transcript from the IRS for the Debtor's 2017 tax year. Upon my review, I determined that the TDS transcript showed that the "Exam Indicator" remained on the Debtor's account for the 2017 tax year.

22. On October 22, 2018, I participated in a conference call with Benjamin S. Beller of Cleary, Gottlieb, Steen, and Hamilton LLP, bankruptcy counsel for the Debtors, Mr. Joseph, Mr. Wood, and Mr. Le. Mr. Le and I renewed FTB's request for additional time of the 180-day period of 11 U.S.C. § 505(b)(2)(A)(ii) in light of FTB's difficulties in confirming the examination status of the Debtor's 2017 Federal Corporation Income Return with the IRS. No agreement could be reached regarding FTB's request for additional time.

23. On October 23, 2018, I received a response from the FTB's IRS Coordinator regarding FTB's request made on August 28, 2018. The IRS could not grant the FTB's request because no IRS agent was assigned to the Debtor's 2017 tax year at this time. I was advised to resubmit a new request in 60 days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed under penalty of perjury of the laws of the State of California and of the United States, this 26th day of October, 2018, in Sacramento, California.

                                                                          Melissa Louie

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**300 South Spring Street, Room 1700, Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MELISSA LOUIE IN SUPPORT OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ECF LIST

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by fax transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
Assistant: gmalave@cgsh.com
One Liberty Plaza
New York NY 10006
bbeller@cgsh.com
clearygottlieb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/26/18 | Norma L. Herrera-Gilbody | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**