**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **IN RE NORTEL NETWORKS INC., ET AL.,** | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 27, 2019, 2:00 p.m.**<br>**Objections Due: November 13, 2019, 4:00 p.m.** |

**NOTICE OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY
OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR
THE FTB TO COMPLETE AN EXAMINATION**

  **PLEASE TAKE NOTICE** that on November 27, 2019 at 2:00 p.m., in Courtroom #3 of the United States Bankruptcy Court, District of Delaware, 824 Market Street, Wilmington, Delaware, a hearing will be held on the,Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(B)(2) Extending the Time for the FTB to Complete an Examination ("Motion") filed by the California Franchise Tax Board.

  **PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed and served by November 13, 2019.  The failure to file an opposition may be deemed consent to the relief requested in the Motion.

1

Dated:  October 26, 2018

XAVIER BECERRA
Attorney General of California

_____*/s/ Hutchison B. Meltzer*_____
HUTCHISON B. MELTZER
Deputy Attorneys General
   Office of the California Attorney General
   300 S. Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone:  (213) 269-6240
   Facsimile:  (213) 897-5775
   E-mail:  Hutchison.Meltzer@doj.ca.gov
*Attorneys for California Franchise Tax Boar*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**300 South Spring Street, Room 1700, Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ECF LIST

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by fax transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
Assistant: gmalave@cgsh.com
One Liberty Plaza
New York NY 10006
bbeller@cgsh.com
clearygottlieb.com

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/26/18 | Norma L. Herrera-Gilbody | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.