IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **IN RE NORTEL NETWORKS INC., ET AL.,** | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 27, 2018, 2:00 p.m.**<br>**Objections Due: November 13, 2018, 4:00 p.m.** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION**

**PLEASE TAKE NOTICE** that the California Franchise Tax Board ("FTB") hereby **withdraws** without prejudice the Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(B)(2) Extending the Time for the FTB to Complete an Examination ("Motion") which is currently scheduled for a hearing on November 27, 2018 at 2:00 p.m., in Courtroom #3 of the United States Bankruptcy Court, District of Delaware, 824 Market Street, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that the FTB is withdrawing the Motion without prejudice based on its position that the taxes which are the subject of the Motion are not subject to 11 U.S.C. § 505(B). The FTB reserves all rights and claims.

1

Dated: November 13, 2018

XAVIER BECERRA
Attorney General of California

    */s/ Hutchison B. Meltzer*
HUTCHISON B. MELTZER
Deputy Attorneys General
  Office of the California Attorney General
  300 S. Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6240
  Facsimile: (213) 897-5775
  E-mail: Hutchison.Meltzer@doj.ca.gov
*Attorneys for California Franchise Tax Board*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**300 South Spring Street, Room 1700, Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE CALIFORNIA FRANCHISE TAX BOARD'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 505(B)(2) EXTENDING THE TIME FOR THE FTB TO COMPLETE AN EXAMINATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 13, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ECF LIST

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 13, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 13, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by fax transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Benjamin S. Beller
Cleary Gottlieb Steen & Hamilton LLP
Assistant: gmalave@cgsh.com
One Liberty Plaza
New York NY 10006
bbeller@cgsh.com
clearygottlieb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/18 | Norma L. Herrera-Gilbody | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                            **F 9013-3.1.PROOF.SERVICE**