IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------X    Chapter 11
                                                            :
In re                                                       :    Case No. 09-10138 (KG)
                                                            :
Nortel Networks Inc., et al.,¹                              :    Jointly Administered
                                                            :
         Wind-Down Debtors and                              :
         Debtor In Possession.                              :
                                                            :
------------------------------------------------------------X
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 27, 2018 AT 2:00 P.M. (EASTERN TIME)**

**THE HEARING HAS BEEN CANCELED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**WITHDRAWN MATTER**

1. Franchise Tax Board's Motion For Entry Of An Order Pursuant To 11 U.S.C. § 505(B)(2) Extending The Time For The FTB To Complete An Examination (D.I. 18641, Filed 10/26/18).

   Objection Deadline: November 13, 2018 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

(a) Notice of The California Franchise Tax Board's Motion For Entry of An Order Pursuant To 11 U.S.C. § 505(B)(2) Extending The Time For The FTB To Complete An Examination (D.I. 18642, Filed 10/26/18);

(b) Amended Notice of The California Franchise Tax Board's Motion For Entry of An Order Pursuant To 11 U.S.C. § 505(B)(2) Extending The Time For The FTB To Complete An Examination (D.I. 18643, Filed 10/29/18); and

(c) Notice of Withdrawal Without Prejudice of the California Franchise Tax Board's Motion for Entry of an Order Pursuant to 11 U.S.C. § 505(B)(2) Extending the Time for the FTB to Complete an Examination (D.I. 18647, Filed 11/13/18).

<u>Status</u>: This motion has been withdrawn and no hearing is necessary.

Dated: November 16, 2018
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Mann*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*