## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :   Chapter 11
:
:   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[8]                       :
:   Jointly Administered
                                  Debtors.               :
:
:   **RE: D.I. _____**
:
---------------------------------------------------------X

**ORDER GRANTING NORTEL NETWORKS INC.'S
OBJECTION TO THE CLAIMS
FILED BY THE AFFILIATES
AND SUBSIDIARIES OF AT&T CORPORATION**

Upon the Wind-Down Debtors' *Objection to the Claim Filed by the Affiliates and Subsidiaries of AT&T Corporation (Claim Number 5351)* (the "<u>Objection</u>"),[9] requesting an order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 disallowing the Indemnification Claim and disallowing or reducing and allowing the Remaining AT&T Claims; and upon all other documentation filed in connection with the Objection and the AT&T Claims; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§

---

[8] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not join in seeking relief from the Court through this Motion. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[9] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

157 and 1334; and the Court having determined that consideration of the Objection is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is **GRANTED**.

2. The Indemnification Claim, proof of claim number 5351, is hereby disallowed in full.

3. Proofs of claim numbers 71, 6057, 6146 and 7620 are hereby allowed against NNI in the amounts set forth on **Exhibit C** to Objection.

4. Proofs of claim numbers 384 and 539 are hereby disallowed in full as set forth on **Exhibit C** to the Objection.

5. The Wind-Down Debtors, the Wind-Down Debtors' claims agent, Epiq Bankruptcy Solutions, LLC and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: _____, 2018
      Wilmington, Delaware

                                                              _____
                                                              THE HONORABLE KEVIN GROSS
                                                              UNITED STATES BANKRUPTCY JUDGE