**E**XHIBIT **C**

**E**XHIBIT **C**

## Exhibit C

## Remaining AT&T Claims

| | Name of Claimant | Claim Number | Date Filed | Debtor Case # | Objectionable Claims – New Case Info and Identified Debtor | Total Amount Claimed | Allowed Claim Amount or Disallowed Claim | Reason for Allowance or Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | AT&T CORP.<br>ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ<br>07921, NJ  08054 | 7620 | 2/28/11 | Nortel Networks Inc.<br><br>09-10138 | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$16,781.56 (U)<br>$16,781.56 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$16,781.56 (U)<br>$16,781.56 (T) | Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be allowed in the amount listed in the column entitled Allowed Claim Amount. |
| 2 | AT&T CORP.<br>ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ<br>07921, PA  16801 | 384 | 2/23/09 | Nortel Networks Inc.<br><br>09-10138 | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$35,287.45 (U)<br>$35,287.45 (T) | Disallowed<br>in Full | Claim was amended by Claim Number 7620 |
| 3 | AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ<br>07921, TX  76131 | 539 | 3/9/09 | Nortel Networks Inc.<br><br>09-10138 | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$16,988.55 (U)<br>$16,988.55 (T) | Disallowed<br>in Full | Claim was amended by Claim Number 6057 |
| 4 | AT&T<br>ATTN: JAMES GRUDUS, ESQ.<br>AT&T INC., ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ | 6057 | 10/26/09 | Nortel Networks Inc.<br><br>09-10138 | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$17,047.15 (U)<br>$17,047.15 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$17,047.15 (U)<br>$17,047.15 (T) | Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be allowed in the amount listed in the column entitled Allowed Claim Amount. |

# Exhibit C

# Remaining AT&T Claims

| | Name of Claimant | Claim Number | Date Filed | Debtor Case # | New Case Info and Identified Debtor | Total Amount Claimed | Allowed Claim Amount or Disallowed Claim | Reason for Allowance or Disallowance |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Objectionable Claims** | | | |
| 5 | ATT MOBILITY LLC<br>PO BOX 288<br>29602-0288, TN 37854 | 6146 | 11/13/09 | Nortel Networks Inc.<br><br>09-10138 | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$13.91 (U)<br>$13.91 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$13.91 (U)<br>$13.91 (T) | Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be allowed in the amount listed in the column entitled Allowed Claim Amount. |
| 6 | SBC GLOBAL SERVICES<br>JAMES GRUDUS, ESQ.<br>AT&T INC., ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ | 71 | 1/27/09 | Multiple Debtors<br><br>09-10138, 09-10143, 09-10145, 09-10151 | Nortel Networks Inc.<br><br>09-10138 | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$132,375.81 (U)<br>$132,375.81 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$132,375.81 (U)<br>$132,375.81 (T) | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be allowed in the amount listed in the column entitled Allowed Claim Amount. |
| | Totals: | 6 Claims | | | | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$218,494.43 (U)<br>$218,494.43 (T) | - (S)<br>- (A)<br>- (B)<br>- (P)<br>$166,218.43 (U)<br>$166,218.43 (T) | |

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed