**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                                          :   Chapter 11
*In re*                                                   :
                                                          :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
                                                          :   Jointly Administered
    Wind-Down Debtors and Debtors in  :
    Possession.                       :   **RE: D.I. 18649**
                                                          :
------------------------------------------------------------X

**NOTICE OF FILING OF CORRECTED EXHIBIT 6 TO DECLARATION OF MARY CILIA IN SUPPORT OF WIND-DOWN DEBTORS' OBJECTION TO THE CLAIM FILED BY STMICROELECTRONICS, INC. (CLAIM NUMBER 5557)**

      PLEASE TAKE NOTICE that on November 16, 2018, Nortel Networks Inc. ("NNI"), on behalf of itself and certain of its affiliates, as wind-down debtors in the above captioned cases (collectively, the "Wind-Down Debtors") filed the *Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557)* [D.I. 18649] (the "Objection"). Attached as Exhibit B to the Objection was the *Declaration of Mary Cilia in Support of Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557)* (the "Cilia Declaration").

      PLEASE TAKE FURTHER NOTICE that the Wind-Down Debtors inadvertently re-attached Exhibit 5 (Replacement P.O. SAP Screenshot) as Exhibit 6 to the Cilia Declaration, rather than attaching the SAP P.O. 4502996862 Screenshot as Exhibit 6.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is the corrected Exhibit 6 to the Cilia Declaration.

| | |
|---|---|
| Dated: November 20, 2018<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Mann*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Wind-Down Debtors and the Debtors in Possession* |