# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Wind-Down Debtors and | ) | (Jointly Administered) |
| Debtor-in-Possession. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of J. Mark Chevallier of McGuire, Craddock & Strother, P.C., 2501 N. Harwood, Suite 1800, Dallas, Texas 75201, as an attorney for STMicroelectronics, Inc. in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: December 5, 2018
      Wilmington, Delaware

                          */s/ Michael J. Merchant*
                          Michael J. Merchant (No. 3854)
                          RICHARDS, LAYTON & FINGER, P.A.
                          One Rodney Square
                          920 North King Street
                          Wilmington, Delaware 19801
                          Telephone:  (302) 651-7700
                          Facsimile:  (302) 651-7701
                          Email:  merchant@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 20397438v.1

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and am admitted to practice before the United States Court of Appeals for the Fifth and Tenth Circuits and the United States District Court for the Northern, Eastern, Southern and Western Districts of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 5, 2018

*/s/ J. Mark Chevallier*
J. Mark Chevallier
MCGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile:  (214) 954-6850
Email:  MChevallier@mcslaw.com

RLF1 20397438v.1