**EXHIBIT A**
**SUMMARY OF CUMULATIVE DISTRIBUTIONS TO ALLOWED GENERAL UNSECURED CLAIMS AS OF DECEMBER 20, 2018**
(in millions)

| | Plan Class | Total Amount of Allowed Claims[1] | Cumulative Distribution % | Total Amount Distributed[1][2] |
|---|---|---|---|---|
| **Nortel Networks Inc./Nortel Networks Capital Corporation:** | | | | |
| General Unsecured Claims (excluding PBGC claim)[3] | A-3A | $ 583.4 | 69.82% | $ 398.6 |
| PBGC[4] | A-3A | $ 624.6 | 66.13% | $ 413.0 |
| Crossover Bond Claims and EDC Claims[5] | A-3B | $ 3,953.7 | 55.22% | $ 2,183.1 |
| Convenience Claims[6] | A-3C | $ 1.9 | 55.00% | $ 1.0 |
| | | $ 5,163.6 | | $ 2,995.7 |
| **Nortel Networks (CALA) Inc.:** | | | | |
| General Unsecured Claims | B-3A | $ 682.5 | 11.91% | $ 81.1 |
| Convenience Claims[7] | B-3C | $ 0.0 | 12.00% | $ 0.0 |
| | | $ 682.5 | | $ 81.2 |
| **Remaining Debtors (General Unsecured Claims Only):** | | | | |
| Nortel Altsystems Inc. | C-3A | $ 625.0 | 8.86% | $ 53.8 |
| Nortel Altsystems International Inc. | D-3A | $ 624.6 | 0.00% | $ - |
| Xros, Inc. | E-3A | $ 624.6 | 0.01% | $ 0.0 |
| Sonoma Systems | F-3A | $ 624.6 | 0.07% | $ 0.5 |
| Qtera Corporation | G-3A | $ 624.6 | 0.01% | $ 0.1 |
| CoreTek, Inc. | H-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks Applications Management Solutions Inc. | I-3A | $ 624.6 | 0.01% | $ 0.1 |
| Nortel Networks Optical Components Inc. | J-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks HPOCS Inc. | K-3A | $ 624.6 | 0.08% | $ 0.5 |
| Architel Systems (U.S.) Corporation | L-3A | $ 624.6 | 0.65% | $ 4.2 |
| Nortel Networks International Inc. | M-3A | $ 624.6 | 0.84% | $ 5.3 |
| Northern Telecom International Inc. | N-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks Cable Solutions Inc. | O-3A | $ 624.6 | 0.00% | $ - |
| Nortel Networks India International Inc.[8] | | $ 642.3 | 2.16% | $ 13.8 |
| **Grand Total** | | $ 14,608.6 | | $ 3,155.2 |

[1] Total Amount Distributed reflects the application of distribution limits to certain claims; and therefore, not all allowed claims receive the full cumulative distribution %

[2] Total Amount Distributed represents the gross distribution amount prior to deducting any withholding taxes that may be required and is exclusive of value distributed to other U.S. debtors, which is subsequently redistributed to the third party creditors of the beneficiary debtors

[3] Total Amount Distributed includes the NTCC Debtor Settlement Redirection, but excludes the NTCC Debtor Payment of $6.5

[4] Total Amount Distributed to the PBGC Claim reflects the application of the $565 distribution limit pursuant to the PBGC settlement

[5] Total Amount Distributed to the Crossover Bonds Claims includes the Bondholder Contribution in the amount of $4.0, which will be released to the Crossover Bonds Claims in the December 2018 distribution

[6] Payment made in accordance with Section 4.5 (c) of the Plan

[7] Payment made in accordance with Section 4.6 (c) of the Plan

[8] Payment made in accordance with Order Granting Nortel Network India International Inc.'s Motion for an Order Authorizing Interim Distributions to Holders of Allowed Unsecured Claims dated December 1, 2017 [D.I. 18540]

**Supplemental Disclosures:**

a. In conjunction with a distribution made by the Canadian Debtors on December 10, 2018 (and for EDC, an additional small distribution to be made by the Debtors), the Crossover Bonds Claims, NNCC Bonds Claims and the EDC Claims reached the Creditor's Maximum pursuant to Section 7.9 of the Plan. Therefore, NNI will make no further distributions to the Crossover Bonds Claims or the EDC Claims. Additionally, NNI has been subrogated into the Crossover Bonds Claims and the EDC Claims and NNL has been subrogated into the NNCC Bonds Claims pursuant to Section 7.10 of the Plan. As a result of the NNCC Bonds Claims reaching the Creditor's Maximum, the NNCC Bonds Reserve Amount has been released in accordance with Sections 7.13 and 7.14 of the Plan.

b. The cumulative amount distributed to the Pension Benefit Guaranty Corporation related to its Allowed Claims is $565, which is the maximum amount allowed pursuant to the PBGC settlement.

c. The Crossover Bonds Claims distribution detail by issuance is as follows:

| | Amount of Allowed Claims | Distribution % | Amount Distributed |
|---|---|---|---|
| 1.75% Convertible Senior Notes due 2012 | $ 577.5 | 55.22% | $ 318.9 |
| 2.125% Convertible Senior Notes due 2014 | $ 578.0 | 55.22% | $ 319.2 |
| LIBOR + 4.25% Floating Rate Senior Notes due 2011 | $ 1,022.4 | 55.22% | $ 564.5 |
| 10.125% Notes due 2013 | $ 577.7 | 55.22% | $ 319.0 |
| 10.75% Senior Notes due 2016 | $ 1,178.9 | 55.22% | $ 650.9 |
| | $ 3,934.5 | | $ 2,172.5 |

d. The cumulative amount distributed to the NNCC Bonds Claims is $105.4.

e. The NTCC Threshold has been reached in this distribution. The NTCC Debtor Settlement Redirection has been effected in this distribution pursuant to Section 4.3(c) of the Plan and will continue to be effected in future distributions until such time as the redirected distributions equal $6.5. As a result of reaching the NTCC Threshold, the Bondholder Contribution Release Condition has been met and the Bondholder Contribution will be released to the Crossover Bonds Claims in this distribution.