## **CERTIFICATE OF SERVICE**

I, David F. Cook, hereby certify that on December 12, 2018, I caused one copy of the foregoing document to be served upon the parties below via email and first class mail, postage prepaid.

| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Jennifer R. Hoover, Esquire<br>Kevin M. Capuzzi, Esquire<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 |
|---|---|

            */s/ David F. Cook*
            David F. Cook (DE #6352)