## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Merchant, hereby certify that on December 17, 2018, I caused a copy of the

foregoing *Response of STMicroelectronics, Inc. to Wind-Down Debtors' Objection to Claim*

*Number 5557* to be served upon the following parties in the manner indicated:


<u>*Via Hand Delivery*</u>

Derek C. Abbott
Andrew R. Remming
Tamara K. Mann
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
120 North Market Street
Wilmington, DE 19801

<u>*Via Overnight Mail*</u>

James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006


   */s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)