# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.,*<br><br>    *Wind-Down Debtors and*<br>    *Debtor-in-Possession.* | ) <br>) Chapter 11<br>) <br>) Case No. 09-10138 (KG)<br>) <br>) (Jointly Administered)<br>) <br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 21, 2018, STMicroelectronics, Inc. served a true and correct copy of *STMicroelectronics, Inc.'s Response to Wind-Down Debtors' Request for Production of Documents* upon the following parties in the manner indicated.

*Via Email and U.S. Mail*

Derek C. Abbott
Andrew R. Remming
Tamara K. Mann
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

*Via Email and U.S. Mail*

James L. Bromley
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006

| | |
|---|---|
| Dated: December 21, 2018<br>Wilmington, Delaware | */s/ David T. Queroli*<br>Michael J. Merchant (No. 3854)<br>David T. Queroli (No. 6318)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:    (302) 651-7700<br>Facsimile:     (302) 651-7701<br>Email: merchant@rlf.com<br>         queroli@rlf.com<br><br>- and -<br><br>J. Mark Chevallier<br>Texas State Bar 04189170<br>McGUIRE, CRADDOCK & STROTHER, P.C.<br>2501 North Harwood, Suite 1800<br>Dallas, Texas 75201<br>Telephone:    (214) 954-6807<br>Facsimile:     (214) 954-6850<br>Email: mchevallier@mcslaw.com<br><br>*Attorneys for STMicroelectronics, Inc.* |