### Exhibit A

**COMPENSATION BY PROJECT CATEGORY**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2017 through December 31, 2018

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Nortel Networks India International Inc. ("NN III") | 43.05 | $34,479.75 | $984.88 |
| **TOTAL** | **43.05** | **$34,479.75** | **$984.88** |

CLIENT:  17650     Nortel Networks Inc.
MATTER:  17650-035   NN III

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Rozan, B. D. | 11/02/17 | review August-October 2017 diaries per M. Livingston (1); finalize team calendar and circulate (.5) | 1.50 | 547.50 | 48303775 |
| Beller, B. S. | 11/02/17 | Ems re case matter (.5) | .50 | 392.50 | 48351479 |
| Rozan, B. D. | 11/03/17 | draft 103rd fee app motion per M. Livingston | 1.00 | 365.00 | 48303872 |
| Livingston, M. | 11/04/17 | Review professional retention issues per B. Beller. | .70 | 472.50 | 48301342 |
| Livingston, M. | 11/07/17 | Review NNIII advisor engagement letters per B. Beller (.5); comm. re: same (.2). | .70 | 472.50 | 48372855 |
| Graham, A. | 11/17/17 | Redact diaries for fee application | .50 | 192.50 | 48433059 |
| Livingston, M. | 11/17/17 | Review NNIII fee app materials and revise draft fee app re: same. | 1.20 | 810.00 | 48462988 |
| Livingston, M. | 11/21/17 | Revise NNIII fee application and comm. w/ CGSH fee app team re: same. | 2.30 | 1,552.50 | 48511677 |
| Rozan, B. D. | 11/21/17 | Review and update 103rd fee app per M. Livingston | 1.00 | 365.00 | 48527682 |
| Bromley, J. L. | 11/22/17 | Coordinate the submission of the October 2017 invoices; pull and circulate final fee app; transfer document to lnb | .50 | 647.50 | 48529072 |
| Livingston, M. | 11/22/17 | Revise filing version of NNIII fee app and comm. w/ CGSH, MNAT re: filing. | 1.00 | 675.00 | 48512024 |
| Livingston, M. | 12/05/17 | Review NNIII tax update EM from EY india and comm. w/ M. Cilia, CGSH team re: same (.30). | .30 | 202.50 | 48894037 |
| Livingston, M. | 12/12/17 | Review NNIII MOR draft from M. cilia. | .20 | 135.00 | 48739687 |
| Livingston, M. | 12/15/17 | EMs to CGSH team, MNAT re: NNIII fee app CNO. | .20 | 135.00 | 48740061 |
| Schweitzer, L. | 02/06/18 | Review MOR draft; e/ms re same (0.1). | .10 | 133.00 | 49167400 |
| Rozan, B. D. | 02/06/18 | Communications re Nov-Jan diaries | .50 | 190.00 | 49204061 |
| Livingston, M. | 02/07/18 | Comm. w/ CGSH team re: NNIII fee app. | .20 | 140.00 | 49203432 |
| Rozan, B. D. | 02/12/18 | Follow up re Nov - Jan expenses; communications with acct dept regarding transfers for expenses; draft 104 fee app | 2.50 | 950.00 | 49254288 |
| Livingston, M. | 02/14/18 | Review NNIII fee app. | .50 | 350.00 | 49252077 |

CLIENT: 17650     Nortel Networks Inc.
MATTER: 17650-035   NN III

| | | | | | |
|---|---|---|---|---:|---:|
| Livingston, M. | 03/22/18 | Review updates from EY tax team re: Indian tax appeal status. | .20 | 140.00 | 49567277 |
| Hailey, K. A. | 03/29/18 | Emails with M. Cilia and M. Livingston regarding officers. | .50 | 517.50 | 49556058 |
| Eskenazi, C. L. | 03/29/18 | Search Cleary mailboxes for key documents. | .50 | 137.50 | 49563364 |
| Lang, P. W. | 03/29/18 | ESI conversion through LAW software program with ESI QC with ESI search for attorney review. | 2.00 | 450.00 | 49571436 |
| Hailey, K. A. | 03/30/18 | Emails regarding officers. | .50 | 517.50 | 49558291 |
| Hailey, K. A. | 04/10/18 | Review of tax documents and comments to same. Review of tax decisions and emails regarding same. Emails with M. Cilia, L. Schweitzer and local counsel regarding same. | 2.50 | 2,587.50 | 49788063 |
| Hailey, K. A. | 04/16/18 | Emails with local counsel regarding tax filing. | .30 | 310.50 | 49783192 |
| Livingston, M. | 04/19/18 | Review NNIII comm. w/ EY, M. Cilia, K. Hailey. | .50 | 350.00 | 49721210 |
| Hailey, K. A. | 04/24/18 | Review of tax status and documents re: same; emails w/ M.Livingston re: same. | .50 | 517.50 | 49782856 |
| Livingston, M. | 05/01/18 | Draft board resolution re: resignation issue and update NNIII tax update per K. Hailey. | 1.00 | 700.00 | 49839096 |
| Hailey, K. A. | 05/01/18 | Emails with M. Livingston regarding NN III tax appeals and review of emails regarding same. | .80 | 828.00 | 50039580 |
| Hailey, K. A. | 05/02/18 | Emails with J. Bromley, L. Schweitzer regarding NN III tax appeals and review of documents regarding same. | 1.00 | 1,035.00 | 50040042 |
| Livingston, M. | 05/03/18 | Comm. w/ MNAT, K. Hailey re: NNIII corporate document. | .30 | 210.00 | 49903059 |
| Hailey, K. A. | 05/03/18 | Emails with P. Vella regarding T. Ross removal. | .50 | 517.50 | 50040299 |
| Livingston, M. | 05/07/18 | Comm. w/ J. Ray, M. Cilia, K. Schultea, L. Guerra Sanz re: T. Ross resignation resolution. | .50 | 350.00 | 49903155 |
| Schweitzer, L. | 05/14/18 | Review MOR draft (0.2). | .20 | 266.00 | 49914615 |
| Hailey, K. A. | 06/12/18 | Emails with local counsel regarding tax demands. | .30 | 310.50 | 50152514 |
| Hailey, K. A. | 06/25/18 | Emails with local counsel regarding tax appeals. | .30 | 310.50 | 50299318 |
| Hailey, K. A. | 06/29/18 | Review of NN III SLP docs. | .75 | 776.25 | 50320075 |
| Hailey, K. A. | 07/02/18 | Emails with M. Cilia and local counsel regarding NN III tax appeals. | .50 | 517.50 | 50331769 |

CLIENT: 17650    Nortel Networks Inc.
MATTER: 17650-035    NN III

| Name | Date | Description | Hours | Amount | ID |
|---|---|---|---|---|---|
| Livingston, M. | 07/10/18 | Review EMs from EY india re: NNIII tax refund updates. | .70 | 542.50 | 50424890 |
| Hailey, K. A. | 07/12/18 | Conference call with M. Cilia, local counsel regarding NN III tax appeals and review of documents regarding same. | 1.00 | 1,035.00 | 50411842 |
| Hailey, K. A. | 07/16/18 | Emails with local counsel and M. Cilia regarding NN III tax appeals. | .30 | 310.50 | 50430246 |
| Livingston, M. | 07/17/18 | Review and sign-off on NNIII MOR and quarterly report. | .20 | 155.00 | 50478978 |
| Livingston, M. | 08/13/18 | Review NNIII MOR and related EMs re: Indian tax appeal updates. | .40 | 310.00 | 50756469 |
| Livingston, M. | 08/16/18 | Review EMs and related documents from EY India re: tax appeals. | .20 | 155.00 | 50756662 |
| Hailey, K. A. | 10/25/18 | Emails with L. Schweitzer and M. Cilia regarding tax cases. | .30 | 310.50 | 51283665 |
| Hailey, K. A. | 11/06/18 | Emails with local counsel regarding tax appeals process and review of documents regarding same. | .50 | 517.50 | 51602319 |
| Hailey, K. A. | 11/14/18 | Telephone calls and emails with M. Cilia regarding NN III tax appeals and review of emails and documents regarding same. Updating of tax appeal chart and emails and telephone calls with M. Cilia regarding same. | 3.50 | 3,622.50 | 51615179 |
| Schweitzer, L. | 11/15/18 | T/c K. Hailey re status of appeals, plan process; review memoranda re same. | .50 | 665.00 | 51474267 |
| Hailey, K. A. | 11/15/18 | Telephone calls and emails with L. Schweitzer and B. Beller regarding NN III tax appeals and review of documents and emails regarding same. Conference call with M. Cilia regarding same. Review and revision of tax claim summary. | 3.00 | 3,105.00 | 51615401 |
| Bromley, J. L. | 11/16/18 | Tc, email K. Hailey re NNIII | .50 | 672.50 | 51544877 |
| Hailey, K. A. | 11/16/18 | Telephone calls and emails w J. Bromley re NN III tax appeals. Review of documents and emails re same. Revision of tax appeal summary and emails w M. Cilia re same. | 1.00 | 1,035.00 | 51615436 |
| Hailey, K. A. | 11/17/18 | Emails with M. Cilia regarding NN III tax appeals. | .30 | 310.50 | 51615233 |
| Hailey, K. A. | 11/28/18 | Emails regarding L. Schweitzer regarding NN III plan status. | .30 | 310.50 | 51597719 |
| Hailey, K. A. | 11/30/18 | Emails with local counsel regarding tax appeals and review of documents regarding same. | .80 | 828.00 | 51640368 |

3

CLIENT:  17650      Nortel Networks Inc.
MATTER:  17650-035   NN III

| | | | | | |
|---|---|---|---|---|---|
| Hailey, K. A. | 12/04/18 | Emails regarding NN III with local counsel and review of documents regarding same. | .50 | 517.50 | 51749201 |
| | | MATTER TOTALS: | 43.05 | 34,479.75 | |

4

| EXPENSE SUMMARY | | | In re Nortel Networks Inc., et al. |
|---|---|---|---|
| **November 1, 2017 through January 1, 2019** | | | **(Case No. 09-10138 (KG))** |

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
**Nortel Networks Inc., et al.**
**(Case No. 09-10138 (KG))**
**November 1, 2017 through December 31, 2018**

Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application.

| Date | Amount | Narrative |
|---|---|---|
| **Telephone** | | |
| 12/2/2017 | 1.66 | Conference Call Charges Conf. ID :     Name: Kara A. Hailey |
| 12/7/2017 | 3.11 | Conference Call Charges Conf. ID :     Name: Kara A. Hailey |
| 12/11/2017 | 0.50 | Conference Call Charges Conf. ID :     Name: Kara A. Hailey |
| **TOTAL:** | **5.27** | |
| **Legal Research - PACER** | | |
| 1/12/2018 | 0.30 | COMPUTER RESEARCH - PACER |
| 1/12/2018 | 3.00 | COMPUTER RESEARCH - PACER |
| 1/12/2018 | 0.40 | COMPUTER RESEARCH - PACER |
| 1/12/2018 | 7.50 | COMPUTER RESEARCH - PACER |
| 1/12/2018 | 235.20 | COMPUTER RESEARCH - PACER |
| 1/12/2018 | 0.90 | COMPUTER RESEARCH - PACER |
| 1/12/2018 | 21.70 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 5.60 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 103.00 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 2.60 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 8.40 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 3.60 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 4.20 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 4.50 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 98.40 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 1.50 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 1.30 | COMPUTER RESEARCH - PACER |
| 4/25/2018 | 6.60 | COMPUTER RESEARCH - PACER |
| 7/30/2018 | 3.00 | COMPUTER RESEARCH - PACER |
| 7/30/2018 | 0.80 | COMPUTER RESEARCH - PACER |
| 7/30/2018 | 10.80 | COMPUTER RESEARCH - PACER |
| 7/30/2018 | 126.10 | COMPUTER RESEARCH - PACER |
| 10/16/2018 | 22.60 | COMPUTER RESEARCH - PACER |
| 10/16/2018 | 219.10 | COMPUTER RESEARCH - PACER |

**EXPENSE SUMMARY**  **In re Nortel Networks Inc., et al.**
**November 1, 2017 through January 1, 2019** **(Case No. 09-10138 (KG))**

| Date | Amount | Narrative |
|---|---|---|
| 10/16/2018 | 6.20 | COMPUTER RESEARCH - PACER |
| **TOTAL:** | **897.30** | |
| | | |
| **Legal Research - Westlaw** | | |
| | | |
| 12/1/2017 | 82.31 | COMPUTER RESEARCH - WESTLAW |
| **TOTAL:** | **82.31** | |
| | | |
| **GRAND TOTAL:** | **984.88** | |
| | | |