**CERTIFICATE OF SERVICE**

      I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **Monthly Operating Report** was caused to be made on January 18, 2019, in the manner indicated upon the entities identified below.

Date: January 18, 2019                              */s/ Paige N. Topper*
                                                                          Paige N. Topper (No. 6470)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519