IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
:
*In re*                                                      :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                           :   Jointly Administered
:
     Wind-Down Debtors and           :
     Debtor In Possession.           :
:
------------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 23, 2019 AT 9:30 A.M. (EASTERN TIME)

> **THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED/RESOLVED MATTERS

1. Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557) (D.I. 18649, Filed 11/16/18).

   Objection Deadline: December 7, 2018 at 4:00 p.m. (ET). Extended to December 17, 2018 at 4:00 p.m. (ET) for STMicroelectronics, Inc.

   Responses Received:

   a)  Response of STMicroelectronics, Inc. to Wind-Down Debtors' Objection to Claim Number 5557 (D.I. 18662, Filed 12/17/18).

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleadings:

a) Notice of Filing of Corrected Exhibit 6 to Declaration of Mary Cilia in Support of Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557) (D.I. 18651, Filed 11/20/18); and

b) Notice of Hearing Regarding (I) Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557); and (II) Wind-Down Debtors' Objection to the Claims Filed by the Affiliated and Subsidiaries of AT&T Corporation (D.I. 18666, Filed 1/2/19).

Status: The hearing on this matter has been adjourned to a date to be determined.

2. Wind-Down Debtors' Objection to the Claims Filed by the Affiliates and Subsidiaries of AT&T Corporation (D.I. 18650, Filed 11/16/18).

Objection Deadline: December 7, 2018 at 4:00 p.m. (ET). Extended to December 12, 2018 at 4:00 p.m. (ET) for AT&T Corporation.

Responses Received:

a) Response of the Affiliates and Subsidiaries of AT&T Corp. to the Objection of the Wind-Down Debtors to Claims Filed by the Affiliates and Subsidiaries of AT&T Corp. (D.I. 18659, Filed 12/12/18).

Related Pleadings:

a) Notice of Hearing Regarding (I) Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557); and (II) Wind-Down Debtors' Objection to the Claims Filed by the Affiliated and Subsidiaries of AT&T Corporation (D.I. 18666, Filed 1/2/19).

Status: This matter has been resolved.

Dated: January 18, 2019  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Mann*  
Eric D. Schwartz (No. 3134)

2

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor in Possession*