**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
*In re*    :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]    :   Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor-In-Possession.    :   Jointly Administered
:
:   Hearing date: February 19, 2019, 10:00 AM (ET)
:   Objections due: February 8, 2019, 4:00 PM (ET)
---------------------------------------------------------------X

**NOTICE OF DEBTORS' FOURTH MOTION PURSUANT TO
SECTION 1142 AND 105(a) OF THE BANKRUPTCY CODE FOR
ENTRY OF AN ORDER EXTENDING THE DEBTORS'
<u>DEADLINE TO OBJECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS</u>**

      PLEASE TAKE NOTICE that the debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in the above-captioned cases, have today filed the attached **Debtors' Fourth Motion Pursuant to Section 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims** ("<u>Motion</u>").

      PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("<u>Objection</u>") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 8, 2019 at 4:00 p.m. (Eastern Time)** (the "<u>Objection Deadline</u>").

      At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

      PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 19, 2019 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not seek any relief through this Motion. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 25, 2019<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley  (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>___*/s/ Tamara K. Mann*_____<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Wind-down Debtors* |