## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor-In-Possession. : Jointly Administered
:
---------------------------------------------------------X

### OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing date has been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| March 25, 2019 | 10:00 a.m. (Eastern Time) |

**Dated: February 6th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**