**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------X
:
*In re*                                               :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    :    Case No. 09-10138 (KG)
:
              Debtors.        :    Jointly Administered
:
:    Hearing Date: March 25, 2019 at 10:00 a.m. (ET)
:    Objection Deadline:
:    February 28, 2019 at 4:00 p.m. (ET)
----------------------------------------------------------X

**THIRTY-FOURTH QUARTERLY FEE APPLICATION**
**REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP,**
**AS ATTORNEYS FOR NORTEL NETWORKS INDIA INTERNATIONAL INC.,**
**AS DEBTOR AND DEBTOR-IN-POSSESSION,**
**FOR THE PERIOD MAY 1, 2017 THROUGH DECEMBER 31, 2018**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Amended Thirty-Fourth Quarterly Fee Application Request (the "Request") for the period May 1, 2017 through and including December 31, 2018 (the "Application Period") for fees and expenses related to Nortel Networks India International Inc.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel. The Debtors, other than Nortel Networks International Inc., emerged from bankruptcy on May 8, 2017.

[2] Exhibits A and B attached to the monthly applications for May 2017 through July 2017 [D.I. 18458]; August 2017 through October 2017 [D.I. 18526]; and November through December 2018 [D.I. 18668] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Fee App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 09/11/17 [D.I. 18458] | 5/1/17 – 7/31/17 | $55,441.00 | $0.00 | 10/10/17 [D.I. 18468] | $0.00 | $44,352.80 | $0.00 | $11,088.20 |
| 11/22/17 [D.I. 18526] | 8/1/17 – 10/31/17 | $75,848.50 | $0.00 | 12/15/17 [D.I. 18551] | $0.00 | $60,679.80 | $0.00 | $15,169.70 |
| 01/14/19 [D.I. 18668] | 11/1/17 – 12/31/18 | $34,479.75 | $984.88 | 2/6/19 [D.I. 18680] | $984.88 | $27,583.80 | $984.88 | $6,895.95 |
| TOTAL | | $165,769.25 | $984.88 | | $984.88 | $132,616.40 | $984.88 | $33,153.85 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 8, 2019
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks India International Inc.
(docket filings under Case No. 09-10138 (KG))

May 1, 2017 through December 31, 2018

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| BROMLEY, JAMES L. | Partner - Bankruptcy, Litigation (called to the bar in 1990; 20 years in current position) | $1,295/$1,345 | 8.30 | $10,773.50 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 13 years in current position) | 1,285/1,330 | 5.70 | 7,360.50 |
| MCRAE, WILLIAM L. | Partner - Tax (called to the bar in 1998; 14 years in current position) | 1,285.00 | 0.70 | 899.50 |
| GOODMAN, COREY M. | Partner - Tax (called to the bar in 2008; 3 years in current position) | 1,085.00 | 2.00 | 2,170.00 |
| HAILEY, KARA A. A. | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 10 years in current position) | 965/1,035 | 34.35 | 35,048.25 |
| CANTWELL, PHILIP A. | Associate - Bankruptcy, Litigation (called to the bar in 2013; 5 years in current position) | 820 | 1.60 | 1,312.00 |
| BELLER, BENJAMIN S. | Associate - Bankruptcy (called to the bar in 2014; 2 years in current position) | 745/850 | 66.30 | 51,797.50 |
| EBER, ALEXANDRA | Associate - Litigation (called to the bar in 2015; 4 years in current position) | 745 | 0.50 | 372.50 |
| LIVINGSTON, MATTHEW | Associate - Bankruptcy (called to the bar in 2016; 3 years in current position) | 585/785 | 39.30 | 25,785.50 |

---

[3]     Arranged in descending order according to Total Billed Hours.

[4]     Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

[5]     Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown. Additionally, adjustments for seniority for partners and other timekeepers (other than associates) and related billing rates, together with any applicable annual increase in billing rates for all timekeepers, became effective January 1, 2017.

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[(4)(5)] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| D'AMATO, RICHARD | Associate - Litigation (called to the bar in 2017; 2 years in current position) | 495/700 | 30.90 | 16,843.50 |
| HILL, JACK LEE | Summer Associate | 400 | 10.00 | 4,000.00 |
| PLANCHARD, SEAN S. | Summer Associate | 400 | 5.30 | 2,120.00 |
| GRAHAM, ASHLEY | Staff Attorney | 385 | 4.20 | 1,617.00 |
| ROZAN, BENAZIR D. | Paralegal | 365/440 | 12.30 | 4,534.50 |
| INGERMAN, ELLEN R. | Assistant Librarian | 365 | 0.50 | 182.50 |
| ZOUBOK, LYNN M. | Reference Librarian | 365 | 1.00 | 365.00 |
| ESKENAZI, CORY L. | Litigation Technology Manager | 275 | 0.50 | 137.50 |
| LANG, PATRICK W. | Litigation Technology Specialist | 225 | 2.00 | 450.00 |
| **TOTAL HOURS:** | | | 225.45 | |
| **GRAND TOTAL:** | | | | **$165,769.25** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.[conform]*
(Case No. 09-10138 (KG))

May 1, 2017 through December 31, 2018

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks India International Inc. ("NN III") | 225.45 | $165,769.25 |
| **TOTAL** | | $165,769.25 |

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2017 through December 31, 2018

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | 5.27 |
| Legal Research | Westlaw | 82.31 |
| | PACER | 897.30 |
| **Grand Total Expenses** | | **984.88** |