## CERTIFICATE OF SERVICE

        I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Fourth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP. As Attorneys For Nortel Networks India International Inc., As Debtor And Debtor-In-Possession, For The Period May 1, 2017 Through December 31, 2018** was caused to be made on February 8, 2019, in the manner indicated upon the entity identified below.

Date:  February 8, 2019

                                                                                       */s/ Tamara K. Mann*
                                                                                       Tamara K. Mann (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

4284144.69