# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2017 Through December 31, 2018

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | .1 | $65.00 |
| Fee Applications (MNAT- Filing) | .8 | 236.00 |
| Fee Applications (Others – Filing) | 4.9 | 2,093.50 |
| Fee Applications (Others- Objections) | .9 | 444.00 |
| Other Contested Matters | 2.6 | 1,140.50 |
| Claims Objections and Administration | 3.7 | 1,947.50 |
| Professional Retention (Others-Filing) | .5 | 271.50 |
| Schedules/SOFA/U.S. Trustee Reports | 7.2 | 3,070.50 |
| **TOTAL** | **20.7** | **$9,268.50** |

| Nortel Networks India International Inc. | Invoice Date: | February 7, 2019 |
|---|---|---|
| | Invoice Number: | 1901210 |
| | Matter Number: | 50722-0001 |

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Schwartz, Eric D. | Partner | 0.4 | 775 | 310.00 |
| Abbott, Derek C. | Partner | 0.2 | 750 | 150.00 |
| Remming, Andrew | Partner | 0.1 | 650 | 65.00 |
| Mann, Tamara K. | Associate | 0.3 | 600 | 180.00 |
| Mann, Tamara K. | Associate | 11.1 | 550 | 6,105.00 |
| Roth-Moore, Andrew | Associate | 0.3 | 515 | 154.50 |
| Conway, Angela R. | Paralegal | 0.4 | 300 | 120.00 |
| Fusco, Renae M. | Paralegal | 0.4 | 300 | 120.00 |
| Maddox, Marisa | Paralegal | 6.4 | 295 | 1,888.00 |
| Naimoli, Theresa M. | Case Clerk | 1.1 | 160 | 176.00 |
| | **Total** | **20.7** | | **$9,268.50** |

## Time Detail

**Task Code:**   B110   Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/07/17 | Remming, Andrew | review email from D. Abbott re NNIII question | 0.1 | 65.00 |
| | | Total | 0.1 | 65.00 |

**Task Code:**   B160   Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/17 | Maddox, Marisa | review MNAT fee applications for NNIII | 0.8 | 236.00 |
| | | Total | 0.8 | 236.00 |

**Task Code:**   B165   Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/21/17 | Maddox, Marisa | emails with K Northcutt and T Minott re fee app; conference with T Minott re same | 0.2 | 59.00 |
| 08/21/17 | Maddox, Marisa | draft notice and COS re E&Y fee app | 0.3 | 88.50 |

Nortel Networks India International Inc.

Invoice Date: February 7, 2019
Invoice Number: 1901210
Matter Number: 50722-0001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/21/17 | Mann, Tamara K. | Emails with K. Northcutt re comments re EY May-July fee application and review same | 0.2 | 110.00 |
| 08/21/17 | Mann, Tamara K. | Review revised EY May-June fee application and emails with K. Northcutt re same | 0.1 | 55.00 |
| 08/21/17 | Mann, Tamara K. | Review Notice and COS re EY May-June fee app; Email from M. Maddox re service of EY fee app | 0.1 | 55.00 |
| 08/21/17 | Maddox, Marisa | file and serve E&Y fee app | 0.5 | 147.50 |
| 08/22/17 | Mann, Tamara K. | Emails with P. Cantwell re NNIII billing issues | 0.4 | 220.00 |
| 08/22/17 | Maddox, Marisa | emails with T Minott re interim comp order; review same | 0.2 | 59.00 |
| 08/22/17 | Maddox, Marisa | emails with P Cantwell and T Minott re NNIII billing | 0.1 | 29.50 |
| 08/22/17 | Roth-Moore, Andrew | Email from P. Cantwell regarding NNIII | 0.1 | 51.50 |
| 08/25/17 | Mann, Tamara K. | Emails with M. Livingston re Cleary NNIII fee app | 0.3 | 165.00 |
| 08/25/17 | Roth-Moore, Andrew | Email from M. Livingtson regarding NNIII fees | 0.1 | 51.50 |
| 09/11/17 | Mann, Tamara K. | Email to R. Fusco re Cleary NNIII fee app | 0.1 | 55.00 |
| 09/11/17 | Mann, Tamara K. | Email from R. Fusco re draft Notice and COS re Cleary fee app (.1); review and revise same (.1) | 0.2 | 110.00 |
| 09/11/17 | Mann, Tamara K. | Email from T. Naimoli re service of Cleary May-July fee app | 0.1 | 55.00 |
| 09/11/17 | Mann, Tamara K. | Emails with M. Livingston re Cleary fee app | 0.1 | 55.00 |
| 09/11/17 | Mann, Tamara K. | Emails with M. Livingston re Cleary May-July fee app (.1) and review same (.2) | 0.3 | 165.00 |
| 10/10/17 | Mann, Tamara K. | Emails with P. Cantwell, M. Livingston and M. Maddox re fee apps | 0.1 | 55.00 |

| | | Nortel Networks India International Inc. | Invoice Date: | February 7, 2019 |
|---|---|---|---|---|
| | | | Invoice Number: | 1901210 |
| | | | Matter Number: | 50722-0001 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/22/17 | Naimoli, Theresa M. | Review and respond to email from T. Minott re filing and service of fee application (.1); Prepare, efile & serve One Hundred and Third Interim Application of Cleary Gottlieb Steen & Hamilton LLP, Incurred by Nortel Networks India International Inc. for the Period August 1, 2017 through October 31, 2017 (.6) | 0.7 | 112.00 |
| 11/22/17 | Mann, Tamara K. | Review Aug.-Oct. fee application (.3); emails with M. Livingston re same (.1); email to T. Naimoli and A. Conway re same (.1) | 0.5 | 275.00 |
| 01/15/18 | Mann, Tamara K. | Emails with M. Cilia re quarterly fee applications | 0.2 | 120.00 |
| | | **Total** | **4.9** | **2,093.50** |

**Task Code:**    B175    Fee Applications (Other - Objections)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/15/17 | Mann, Tamara K. | Email from M. Maddox re CNO re EY May-June fee app | 0.1 | 55.00 |
| 09/15/17 | Mann, Tamara K. | Email from J. Lee re EY CNO | 0.1 | 55.00 |
| 09/15/17 | Mann, Tamara K. | Review EY May-June CNO and emails with M. Maddox re same | 0.1 | 55.00 |
| 10/10/17 | Maddox, Marisa | emails with P Cantwell and T Minott re Cleary cno; file CNO | 0.2 | 59.00 |
| 10/10/17 | Mann, Tamara K. | Emails from M. Maddox and P. Cantwell re Cleary CNO | 0.2 | 110.00 |

| | | | | |
|---|---|---|---|---|
| Nortel Networks India International Inc. | | Invoice Date: | | February 7, 2019 |
| | | Invoice Number: | | 1901210 |
| | | Matter Number: | | 50722-0001 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/15/17 | Mann, Tamara K. | Emails from M. Maddox and M. Livingston re Cleary CNO and review same | 0.2 | 110.00 |
| | | **Total** | **0.9** | **444.00** |

**Task Code:**  B190  Other Contested Matters

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/04/17 | Mann, Tamara K. | Email from M. Livingston re Notice of filing amended Ex. C to Debtors' Motion to have previously entered orders govern NNIII and review same | 0.3 | 165.00 |
| 10/04/17 | Mann, Tamara K. | Emails with D. Abbott and M. Livingston re Notice of filing amended Ex. C to Debtors' Motion to have previously entered orders govern NNIII | 0.1 | 55.00 |
| 10/06/17 | Mann, Tamara K. | Emails from M. Maddox and T. Conklin re service of notice re revised Exhibit C to previously entered orders motion | 0.1 | 55.00 |
| 10/06/17 | Mann, Tamara K. | Emails with M. Livingston and M. Maddox re notice re revised Exhibit C to previously entered orders motion and finalize same | 0.3 | 165.00 |
| 10/06/17 | Maddox, Marisa | emails with M Livingston and T Minott re Notice of Filing Amended Exhibit C to Previously Entered Orders Motion | 0.1 | 29.50 |
| 10/06/17 | Maddox, Marisa | file Notice of Filing of Amended Exhibit C to Debtors' Motion to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively; serve notice | 0.3 | 88.50 |
| 10/09/17 | Mann, Tamara K. | Emails with M. Livingston re Notice of revised exhibit to previously entered orders motion | 0.1 | 55.00 |
| 10/11/17 | Schwartz, Eric D. | Review Notice of Filing of Amended Exhibit C to Debtors' Motion to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively | 0.1 | 77.50 |

Nortel Networks India International Inc.  Invoice Date: February 7, 2019
Invoice Number: 1901210
Matter Number: 50722-0001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/17 | Maddox, Marisa | file AOS re Notice of Filing of Amended Exhibit C to Debtors' Motion to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively | 0.1 | 29.50 |
| 10/30/17 | Maddox, Marisa | emails with T Minott and B Beller re motions | 0.1 | 29.50 |
| 10/31/17 | Maddox, Marisa | file and serve Nortel Networks India International Inc.'s Motion for an Order Authorizing Interim Distributions to Holders of Allowed General Unsecured Claims; emails with T Minott re same | 0.3 | 88.50 |
| 11/06/17 | Schwartz, Eric D. | Review Nortel Networks India International Inc.'s Motion for an Order Authorizing Interim Distributions to Holders of Allowed General Unsecured Claims | 0.2 | 155.00 |
| 11/07/17 | Maddox, Marisa | file AOS re Nortel Networks India International Inc.'s Motion for an Order Authorizing Interim Distributions to Holders of Allowed General Unsecured Claims | 0.1 | 29.50 |
| 11/30/17 | Maddox, Marisa | file CNO re Nortel Networks India International Inc.'s Motion for an Order Authorizing Interim Distributions to Holders of Allowed General Unsecured Claims; coordinate copy to chambers | 0.2 | 59.00 |
| 11/30/17 | Maddox, Marisa | draft CNO re Motion for an Order Authorizing Interim Distributions to Holders of Allowed General Unsecured Claims; emails with T Minott re same | 0.2 | 59.00 |
| | | **Total** | **2.6** | **1,140.50** |

**Task Code:** B310  Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/07/17 | Mann, Tamara K. | Emails from B. Beller, D. Abbott and K. Hailey re NNIII interim distribution | 0.4 | 220.00 |
| 09/13/17 | Abbott, Derek C. | tc w/ Vella re: NNIII distribution issues | 0.2 | 150.00 |
| 10/03/17 | Mann, Tamara K. | Emails from B. Beller and D. Abbott re Interim distribution motion | 0.1 | 55.00 |
| 10/03/17 | Mann, Tamara K. | Review draft Interim distribution motion | 1.1 | 605.00 |

| | | | | |
|---|---|---|---|---|
| Nortel Networks India International Inc. | | Invoice Date: | | February 7, 2019 |
| | | Invoice Number: | | 1901210 |
| | | Matter Number: | | 50722-0001 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/09/17 | Mann, Tamara K. | Emails with R. D'Amato and B. Beller re interim distribution motion | 0.2 | 110.00 |
| 10/23/17 | Mann, Tamara K. | Emails with B. Beller re motion for interim distribution | 0.1 | 55.00 |
| 10/30/17 | Mann, Tamara K. | Emails with B. Beller re service of interim distribution motion | 0.1 | 55.00 |
| 10/30/17 | Mann, Tamara K. | Review draft interim distribution motion; emails with T. Conklin, B. Beller, R. D'Amato and M. Maddox re service of same | 0.5 | 275.00 |
| 10/30/17 | Maddox, Marisa | draft notice of motion for interim distribution; emails with T Minott re same | 0.3 | 88.50 |
| 10/30/17 | Mann, Tamara K. | Emails with T. Conklin re service of interim distribution motion | 0.1 | 55.00 |
| 10/31/17 | Mann, Tamara K. | Review interim distribution motion and finalize for filing | 0.3 | 165.00 |
| 10/31/17 | Mann, Tamara K. | Emails from M. Maddox and B. Beller re service of interim distribution motion | 0.1 | 55.00 |
| 12/01/17 | Maddox, Marisa | serve Order Granting Nortel Networks India International Inc's Motion for an Order Authorizing Interim Distributions to Holders of Allowed Unsecured Claim | 0.1 | 29.50 |
| 12/08/17 | Maddox, Marisa | file AOS re Order Granting Nortel Networks India International Inc's Motion for an Order Authorizing Interim Distributions to Holders of Allowed Unsecured Claims | 0.1 | 29.50 |
| | | **Total** | **3.7** | **1,947.50** |

**Task Code:**   B360   Professional Retention (Others - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/24/17 | Mann, Tamara K. | Email from P. Cantwell re Chilmark retention issues | 0.1 | 55.00 |
| 08/24/17 | Mann, Tamara K. | Emails with P. Cantwell re Chilmark retention | 0.2 | 110.00 |
| 08/24/17 | Mann, Tamara K. | Email from D. Abbott re Chilmark retention | 0.1 | 55.00 |

| | | Nortel Networks India International Inc. | Invoice Date: | February 7, 2019 |
|---|---|---|---|---|
| | | | Invoice Number: | 1901210 |
| | | | Matter Number: | 50722-0001 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/04/17 | Roth-Moore, Andrew | Review draft notice regarding retentions for NNIII | 0.1 | 51.50 |
| | | **Total** | **0.5** | **271.50** |

**Task Code:**  B420  Schedules/SOFA/U.S. Trustee Reports

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/30/17 | Mann, Tamara K. | Review NNIII MOR and emails with M. Livingston re same | 0.3 | 165.00 |
| 05/30/17 | Mann, Tamara K. | Review COS re NNIII April MOR and emails with M. Maddox re same | 0.1 | 55.00 |
| 05/30/17 | Maddox, Marisa | draft COS re MOR; emails with T Minott re same; file and serve MOR | 0.4 | 118.00 |
| 06/13/17 | Mann, Tamara K. | Email from M. Livingston re NNIII May MOR and review same; email from M. Cilia re comment re same; review COS re same | 0.2 | 110.00 |
| 06/13/17 | Maddox, Marisa | draft COS re MOR; emails with T MInott re same; emails with M Livingston and M Cilia re MOR | 0.4 | 118.00 |
| 06/14/17 | Mann, Tamara K. | Email to M. Livingston, M. Cilia and M. Maddox re NNIII MOR | 0.1 | 55.00 |
| 06/14/17 | Mann, Tamara K. | Emails with M. Livingston re NNII MOR and review COS re same | 0.1 | 55.00 |
| 06/14/17 | Maddox, Marisa | fiel and serve Debtor-In-Possession Monthly Operating Report for Filing Period May 1, 2017 Through May 31, 2017 (Nortel Network India International Inc.); emails with T Minott re same | 0.4 | 118.00 |
| 07/19/17 | Mann, Tamara K. | Emails with R. D'Amato re June MOR and review same | 0.2 | 110.00 |
| 07/19/17 | Mann, Tamara K. | Review COS re June MOR and emails with M. Maddox re same | 0.1 | 55.00 |
| 07/19/17 | Maddox, Marisa | draft COS re MOR; emails with T Minott re MOR; file and serve MOR | 0.5 | 147.50 |
| 08/10/17 | Mann, Tamara K. | Review NNIII July MOR | 0.3 | 165.00 |
| 08/10/17 | Mann, Tamara K. | Email from J. Ray re NNIII July MOR | 0.1 | 55.00 |
| 08/13/17 | Mann, Tamara K. | Emails with M. Cilia re NNIII MOR and review same | 0.2 | 110.00 |

| | | Nortel Networks India International Inc. | Invoice Date: | February 7, 2019 |
| | | | Invoice Number: | 1901210 |
| | | | Matter Number: | 50722-0001 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/17 | Mann, Tamara K. | Email to M. Maddox re June MOR | 0.1 | 55.00 |
| 08/18/17 | Mann, Tamara K. | Emails with M. Maddox re July MOR | 0.1 | 55.00 |
| 08/18/17 | Maddox, Marisa | file and serve July MOR | 0.2 | 59.00 |
| 09/15/17 | Mann, Tamara K. | Review August MOR and email from K. Schultea re same | 0.7 | 385.00 |
| 09/20/17 | Mann, Tamara K. | Email to M. Cilia re August MOR | 0.1 | 55.00 |
| 09/20/17 | Mann, Tamara K. | Emails with M. Cilia re NNIII Aug. MOR (.1); finalize same and email to T. Naimoli re same (.1) | 0.2 | 110.00 |
| 09/20/17 | Naimoli, Theresa M. | Review and respond to email from T. Minott re filing and service of report (.1); Prepare, efile & serve Monthly Operating Report (Reporting Period August 1, 2017 through August 31, 2017) (.3) | 0.4 | 64.00 |
| 10/13/17 | Mann, Tamara K. | Review September MOR | 0.2 | 110.00 |
| 10/20/17 | Maddox, Marisa | emails with T Minott re MOR (.1); file MOR for Sept. (.1); file post confirmation report (.1) | 0.3 | 88.50 |
| 10/26/17 | Schwartz, Eric D. | Review Post-Confirmation Report of Nortel Networks India International Inc. for Reporting Period July 1, 2017 Through September 30, 2017 | 0.1 | 77.50 |
| 11/12/17 | Mann, Tamara K. | Email from M. Cilia re draft October MOR | 0.1 | 55.00 |
| 11/19/17 | Mann, Tamara K. | Emails with M. Cilia re October MOR and email to M. Maddox re same | 0.1 | 55.00 |
| 11/20/17 | Mann, Tamara K. | Conf. with M. Maddox re October MOR | 0.1 | 55.00 |
| 12/12/17 | Mann, Tamara K. | Email from M. Cilia re NNIII November MOR and review same | 0.1 | 55.00 |
| 12/20/17 | Mann, Tamara K. | Emails with M. Cilia and M. Maddox re November MOR | 0.1 | 55.00 |
| 01/19/18 | Fusco, Renae M. | draft cos re MOR | 0.1 | 30.00 |
| 01/19/18 | Mann, Tamara K. | Emails with R. Fusco re December MOR | 0.1 | 60.00 |

| | Nortel Networks India International Inc. | | Invoice Date: | February 7, 2019 |
| --- | --- | --- | --- | --- |
| | | | Invoice Number: | 1901210 |
| | | | Matter Number: | 50722-0001 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- |
| 01/19/18 | Fusco, Renae M. | prep service of December MOR | 0.1 | 30.00 |
| 01/19/18 | Fusco, Renae M. | efile December MOR | 0.2 | 60.00 |
| 04/20/18 | Conway, Angela R. | Review and respond to email from P. Topper re filing and email as filed version of the MOR (.1); draft cos (.1); prep for efiling and efile w/the Court (.2) | 0.4 | 120.00 |
| | | **Total** | **7.2** | **3,070.50** |

Nortel Networks India International Inc.  Invoice Date: February 7, 2019
Invoice Number: 1901210
Matter Number: 50722-0001

**Task Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.10 | 65.00 |
| B160 | Fee Applications (MNAT - Filing) | 0.80 | 236.00 |
| B165 | Fee Applications (Others - Filing) | 4.90 | 2,093.50 |
| B175 | Fee Applications (Other - Objections) | 0.90 | 444.00 |
| B190 | Other Contested Matters | 2.60 | 1,140.50 |
| B310 | Claims Objections and Administration | 3.70 | 1,947.50 |
| B360 | Professional Retention (Others - Filing) | 0.50 | 271.50 |
| B420 | Schedules/SOFA/U.S. Trustee Reports | 7.20 | 3,070.50 |
|  | **Total** | **20.70** | **$9,268.50** |