# Exhibit B

### EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

May 1, 2017 Through December 31, 2018

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Postage | | $1.19 |
| Messenger Services | | 15.00 |
| Courier/Delivery Service | | 13.80 |
| Computer Research | Westlaw | 75.24 |
| In House Printing | Black and White | 57.50 |
| Pacer | | 4.50 |
| **Total Expenses** | | **$167.23** |

Nortel Networks India International Inc.

| | |
|---|---:|
| Invoice Date: | February 7, 2019 |
| Invoice Number: | 1901210 |
| Matter Number: | 50722-0001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| In-House Printing - black & white | 57.50 |
| Messenger Service | 15.00 |
| Pacer | 4.50 |
| Computer Research - Westlaw | 75.24 |
| Courier/Delivery Service | 13.80 |
| Postage | 1.19 |
| **Total** | **$167.23** |

**Cost Detail**

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 02/24/17 | In-House Printing - black & white Call time: 16:03; to | 218.0 | 21.80 |
| 05/05/17 | Computer Research - Westlaw | 1.0 | 75.24 |
| 05/30/17 | In-House Printing - black & white | 60.0 | 6.00 |
| 06/14/17 | In-House Printing - black & white | 30.0 | 3.00 |
| 06/14/17 | BLUE MARBLE LOGISTICS, LLC - Courier/Delivery Service | 1.0 | 6.90 |
| 06/14/17 | MESSENGER SERVICE - Trustee - 6/14/2017 | 1.0 | 5.00 |
| 08/21/17 | In-House Printing - black & white | 114.0 | 11.40 |
| 09/20/17 | Pacer | 7.0 | 0.70 |
| 09/21/17 | Messenger Service - Trustee - 9/21/2017 | 1.0 | 5.00 |
| 09/21/17 | Courier/Delivery Service - BLUE MARBLE | 1.0 | 6.90 |
| 09/21/17 | Postage - 9/21/2017 | 1.0 | 1.19 |
| 11/22/17 | Pacer | 38.0 | 3.80 |
| 11/22/17 | In-House Printing - black & white | 153.0 | 15.30 |
| 01/19/18 | Messenger Service - Trustee - 1/19/2018 | 1.0 | 5.00 |
| | **Total** | | **$167.23** |