IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X   Chapter 11
:
*In re*                                                                              :   Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]                                         :   Jointly Administered
:
    Wind-Down Debtors and                                :
    Debtor In Possession.                                :
:
---------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2019 AT 10:00 A.M. (EASTERN TIME)

**THE HEARING HAS BEEN CANCELLED AT THE DIECTION OF THE COURT**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### RESOLVED MATTERS

1.  Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557) (D.I. 18649, Filed 11/16/18).

    Objection Deadline: December 7, 2018 at 4:00 p.m. (ET). Extended to December 17, 2018 at 4:00 p.m. (ET) for STMicroelectronics, Inc.

    Responses Received:

    a)   Response of STMicroelectronics, Inc. to Wind-Down Debtors' Objection to Claim Number 5557 (D.I. 18662, Filed 12/17/18).

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleadings:

a) Notice of Filing of Corrected Exhibit 6 to Declaration of Mary Cilia in Support of Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557) (D.I. 18651, Filed 11/20/18);

b) Notice of Hearing Regarding (I) Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557); and (II) Wind-Down Debtors' Objection to the Claims Filed by the Affiliated and Subsidiaries of AT&T Corporation (D.I. 18666, Filed 1/2/19); and

c) Notice of Hearing Regarding Wind-Down Debtors' Objection to the Claim Filed by STMicroelectronics, Inc. (Claim Number 5557) (D.I. 18675, Filed 1/18/19).

Status: The Debtors and STMicroelectronics, Inc. have settled the unsecured claim against NNI. The hearing on this matter need no go forward.

2. Debtors' Fourth Motion Pursuant to Sections 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors Deadline to Object to Certain Administrative Expense Claims (D.I. 18678, Filed 1/25/19).

Objection Deadline: February 8, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

a) Certificate of No Objection Regarding Debtors' Fourth Motion Pursuant to Sections 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors Deadline to Object to Certain Administrative Expense Claims (D.I. 18678, Filed 1/25/19); and

b) Order Extending the Debtors' Deadline to Object to Certain Administrative Expense Claims (D.I. 18686, Entered 2/12/19).

Status: An order has been entered regarding this matter. No hearing is necessary.

| | |
|---|---|
| Dated: February 15, 2019<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and - |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Mann*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor in Possession*