IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X  Chapter 11
:
*In re*  :  Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1]  :  Jointly Administered
:
      Wind-Down Debtors and Debtor-  :  RE: D.I. 18648
      In-Possession.  :  **Hearing Date:**
: **March 25, 2019 at 10:00 a.m. (ET)**
: **Objection Deadline:**
: **March 7, 2019 at 4:00 p.m. (ET)**
---------------------------------------------------------- X

**THIRTY-FOURTH QUARTERLY FEE APPLICATION REQUEST OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD MAY 1, 2017 THROUGH DECEMBER 31, 2018**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") hereby submits its Thirty-Fourth Quarterly Fee Application Request (the "Request") for the period May 1, 2017 through and including December 31, 2018[2] (the "Application Period") for fees and expenses related to Nortel Networks India International Inc.

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 18648) contain detailed listings of Morris Nichols' requested fees and expenses for the Application Periods.

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/8/19 D.I. 2/8/19 | 5/1/17-12/31/18 | $9,268.50 | $167.23 | Pending | $7,414.80 | $167.23 | $1,853.70 |
| **TOTAL** | | **$9,268.50** | **$167.23** | | **$7,414.80** | **$167.23** | **$1,853.70** |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtor of the amount requested in such fee applications in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Morris Nichols such other and further relief as is just and proper.

Dated: February 15, 2019  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　*/s/ Tamara K. Mann*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Andrew R. Remming (No. 5120)  
Tamara K. Mann (No. 5643)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: 302-658-9200  
Facsimile: 302-658-3989

*Counsel for the Wind-Down Debtors and Debtor-in-Possession*

11063592.1

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eric Schwartz | Partner/Bankruptcy | $775 | .4 | $310.00 |
| Derek C. Abbott | Partner/Bankruptcy | 750 | .2 | 150.00 |
| Andrew R. Remming | Partner/Bankruptcy | 650 | .1 | 65.00 |
| Tamara K. Mann | Associate/Bankruptcy | 550 | 11.1 | 6,105.00 |
|  |  | 515 | .3 | 180.00 |
| Andrew Roth-Moore | Associate/Bankruptcy | 515 | .3 | 154.50 |
| Renae Fusco | Paralegal | 300 | .4 | 120.00 |
| Angela Conway | Paralegal | 300 | .4 | 120.00 |
| Marisa Maddox | Paralegal | 295 | 6.4 | 1,888.00 |
| Theresa M. Naimoli | Case Clerk | 160 | 1.1 | 176.00 |
| **Total** |  |  | **20.7** | **$9,268.50** |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .1 | $65.00 |
| Fee Applications (MNAT- Filing) | .8 | 236.00 |
| Fee Applications (Others – Filing) | 4.9 | 2,093.50 |
| Fee Applications (Others- Objections) | .9 | 444.00 |
| Other Contested Matters | 2.6 | 1,140.50 |
| Claims Objections and Administration | 3.7 | 1,947.50 |
| Professional Retention (Others-Filing) | .5 | 271.50 |
| Schedules/SOFA/U.S. Trustee Reports | 7.2 | 3,070.50 |
| **TOTAL** | **20.7** | **$9,268.50** |

3

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Postage | | $1.19 |
| Messenger Services | | 15.00 |
| Courier/Delivery Service | | 13.80 |
| Computer Research | Westlaw | 75.24 |
| In House Printing | Black and White | 57.50 |
| Pacer | | 4.50 |
| **Total Expenses** | | **$167.23** |