IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ X <br> : <br> *In re* : <br> : <br> Nortel Networks Inc., *et al.*,[1] : <br> : <br>  Wind-Down Debtors and Debtor- : <br>  In-Possession. : <br> : <br> : <br> ------------------------------------------------------------ X | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Hearing Date:** <br> **March 25, 2019 at 10:00 a.m. (ET)** <br> **Objection Deadline:** <br> **March 13, 2019 at 4:00 p.m. (ET)** |

**THIRTY-FOURTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF MAY 8, 2017 THROUGH JUNE 30, 2017**

Ernst & Young LLP ("EY LLP") hereby submits its thirty-fourth quarterly fee application request (the "Request") for the period May 8, 2017 through and including June 30, 2017 (the "Application Period") for fees and expenses related to Nortel Networks India International Inc.[2]

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 8/21/17 [18447] | 5/8/17 – 6/30/17 | $2,403 | $0 | 9/15/17 [18461] | $1,922.40 | $0 | $480.60 |

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibit A attached to the monthly application for May 8, 2017 through June 30, 2017 [Docket No. 18447] contains detailed listings of EY LLP's requested fees for the Application Period.

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper.

Dated: February 21, 2019	Respectfully submitted,

/s/ John Simon
John Simon
Foley & Lardner LLP
500 Woodward Ave. Suite 2700
Detroit, MI 48226
Tel. 313.234.7117
jsimon@foley.com

## COMPENSATION BY PROFESSIONAL
### THROUGH JUNE 30, 2017

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kennedy, Diana Lynn | Senior Manager | $625 | 1.5 | $937.50 |
| Moore, Meredith M. | Senior | $385 | 1.5 | $577.50 |
| Shapiro, Ari J. | Senior | $385 | 0.8 | $308.00 |
| Wood, Jeffrey T. | Executive Director | $725 | 0.8 | $580.00 |
| **TOTAL** | | | **4.6** | **$2,403.00** |

2

## COMPENSATION BY PROJECT CATEGORY
## THROUGH DECEMBER 31, 2016

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| NIII (Nortel India) | 4.6 | $2,403.00 |
| **TOTAL** | **4.6** | **$2,403.00** |

## EXPENSE SUMMARY
## THROUGH DECEMBER 31, 2016

| Expense Category | Total Expenses |
|---|---:|
| No expenses | $0 |
| **TOTAL** | **$0** |

4810-6568-7944.1