# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Wind-Down Debtors and | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

## ORDER SETTING STATUS CONFERENCE

A hearing in the case is scheduled for March 25, 2019 at 10:00 a.m. The Court is hereby scheduling for that date a conference in open court on the status of the case. The Court directs that a lawyer or lawyers with knowledge of the status appear and be heard.

In particular, the Court wishes to learn what remains to be done. The Court will ask that following the conference Debtors prepare a scheduling order for the completion of the case.

SO ORDERED.

Dated: March 6, 2019

_____
Kevin Gross, U.S.B.J.