IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

        Wind-Down Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

## SECOND NOTICE OF PROPOSED DISPOSITION
## OF PROPERTY OF THE WIND-DOWN DEBTORS

      **WHEREAS**, on January 24, 2017 the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks, Inc. and Certain of its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order"), confirming the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795-1] (the "Plan") for each of the Wind-Down Debtors.[2]

      **WHEREAS**, on May 8, 2017 the Plan became effective for each of the Wind-Down Debtors (the "Effective Date").

      **WHEREAS**, section 15.25 of the Plan provides that, after the Effective Date, the Plan Administrator is authorized to abandon or dispose of estate property upon providing 30 days' notice of such proposed abandonment or disposition to the Canadian Debtors, the Monitor and the EMEA Debtors and filing of such notice on the docket of the Chapter 11 Cases.

---

[1] The Wind-Down Debtors in the jointly administered chapter 11 cases bearing Case No. 09-10138, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a Debtor in the above-captioned jointly administered cases. Contact information for the Wind-Down Debtors and the Debtor and their petitions are available at http://dm.epiq11.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

**WHEREAS**, on December 6, 2017, pursuant to the terms of the Plan, the Wind-Down Debtors filed their first Notice of Proposed Abandonment and Disposition of Property of the Wind-Down Debtors [D.I. 18545] providing notice of the Wind-Down Debtors' plan to dispose of certain property.

**WHEREAS**, pursuant to the terms of the Plan, the Wind-Down Debtors hereby give notice by this Second Notice of Proposed Abandonment and Disposition of Property of the Wind-Down Debtors that the Wind-Down Debtors plan, from time to time as the Plan Administrator determines in its sole discretion is appropriate, to abandon or dispose of all remaining property, including books and records, of the Wind-Down Debtors not previously disposed or abandoned.

**PLEASE TAKE NOTICE THAT** any party objecting to such disposition must file such objection with the Clerk of the Court and serve such objection so as to be received by Counsel for the Wind-Down Debtors and the Plan Administrator, at the addresses set forth below, or before April 10, 2019.

Dated: March 11, 2019
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　*/s/ Tamara K. Mann*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Wind-Down Debtors and Plan Administrator*