# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NORTEL NETWORKS, INC, *et al.,* ) | |
| ) | Case No. 09-10138 (KG) |
| Wind-Down Debtors and ) | (Jointly Administered) |
| Detor-In-Possession. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that The Sarachek Law Firm, hereby withdraws its appearance on behalf of CRT Special Investments, LLC in the above-captioned Chapter 11 case.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: March 18, 2019

**THE SARACHEK LAW FIRM**

*/s/ Joseph E. Sarachek*
Joseph E. Sarachek (NY Bar No. 2163228)
101 Park Avenue, 27th Floor
New York, NY  10178
Telephone: (646) 517-5420
Email: joe@sarecheklawfirm.com