**EXHIBIT A**

Nortel Networks Inc., Bankruptcy Case No. 09-10138 (KG)

**Summary of Fees and Expenses for the Period
From May 1, 2017 through December 31, 2019, unless otherwise specified**

**Hearing: March 25, 2019 at 10:00 a.m. (ET)**

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

A.  Thirty-Fourth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period May 1, 2017 Through December 31, 2018 (D.I. 18683, Filed 2/8/19).

   1. One Hundred and Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2017 Through July 31, 2017 (D.I. 18458, Filed 9/11/17);

   2. Certificate of No Objection Regarding One Hundred and Second Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2017 Through July 31, 2017 (D.I. 18468, Filed 10/10/17);

   3. One Hundred and Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2017 Through October 31, 2017 (D.I. 18526, Filed 11/22/17);

   4. Certificate Of No Objection Regarding One Hundred and Third Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2017 Through October 31, 2017 (D.I. 18551, Filed 12/15/17);

   5. One Hundred and Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2017 Through December 31, 2018 (D.I. 18668, Filed 1/14/19); and

   6. Certificate Of No Objection Regarding One Hundred and Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

      Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2017 Through December 31, 2018 (D.I. 18680, Filed 2/6/19).

Ernst & Young LLP

B.    Thirty-Fourth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of May 8, 2017 Through June 30, 2017 (D.I. 18689, Filed 2/21/19).

    1.    Sixty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 8, 2017 Through June 30, 2017 (D.I. 18447, Filed 8/21/17); and

    2.    Certificate Of No Objection Regarding Sixty-Fourth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of May 8, 2017 Through June 30, 2017 (D.I. 18461, Filed 9/15/17).

Morris, Nichols, Arsht & Tunnell LLP

C.    Thirty-Fourth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period May 1, 2017 Through December 31. 2018 (D.I. 18688, Filed 2/15/19).

    1.    One-Hundred and Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2017 Through December 31. 2018 (D.I. 18684, Filed 2/8/19); and

    2.    Certificate of No Objection Regarding One-Hundred and Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period May 1, 2017 Through December 31. 2018 (D.I. 18684, Filed 3/5/19).