# SIGN-IN-SHEET

**CASE NAME:** NORTEL NETWORKS, INC.          **COURTROOM LOCATION: 3**
**CASE NO.:** 09-10138 (KG)                                    **DATE:** 3/25/19

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Schweitzer | Clucy | Debtor |
| Anela Vargo | '' | '' |
| Aaron Dennis | MNAT | '' |
| JOSEPH BADTKE-BERKOW | ALLEN & OVERY | CAD MONITOR |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware

### Confirmed Telephonic Appearance Schedule

### Honorable Kevin Gross (Nortel Trial Only)

### Courtroom

| Calendar Date: | 03/25/2019 |
|---|---|
| Calendar Time: | 10:00 AM ET |

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks, Inc. | 09-10138 | Hearing | 9684460 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

Raymond Reyes ext. 881

CourtConfCal2009