IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                              :

In re:                                          :         Chapter 11

Nortel Networks Inc.., *et al.*,           :

                        Debtors.[1]              :         Case No. 09-10138 (KG)

                                              :

------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, James L. Bromley, hereby request the withdrawal of my appearance on behalf of Nortel Networks Inc. and certain of its affiliates in the above-captioned chapter 11 cases as I am no longer affiliated with Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that I further request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
         March 25, 2019

Respectfully submitted,

_____
James L. Bromley

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

SC1:4888594.2