IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| | ) | |
| NORTEL NETWORKS, INC., et al.,) | | Chapter 11 |
| | ) | |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | March 25, 2019 |
| | ) | 10:00 a.m. |


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:              Cleary Gottlieb Steen & Hamilton
                          BY: LISA SCHWEITZER, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          212-225-2000

                          Morris Nichols Arsht & Tunnell, LLP
                          BY: ANDREW REMMING, ESQ.
                          1201 North Market Street
                          16th Floor
                          Wilmington, DE  19899-1347
                          302-351-9200


ECRO:                     GINGER MACE

Transcription Service:    DIAZ TRANSCRIPTION SERVICES
                          2704 Commerce Drive, Suite D
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diaztranscription.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:


For the Monitor/CAD Debtors:   Allen & Overy
                               BY: JOSEPH BADTKE-BERKOW, ESQ.
                               2121 Avenue of the Americas
                               New York, NY 10020
                               212-610-6417

TELEPHONIC APPEARANCES:

For Interested Party,          Reorg Research, Inc.
Reorg Research, Inc.           BY: JESSICA STEINHAGEN, ESQ.
                               212-588-8890

1  WILMINGTON, DELAWARE, MONDAY, MARCH 25, 2019, 10:00 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning everyone.  Thank you.

4  You may be seated.  And we are here, of course, on Nortel

5  Networks.  Ms. Schweitzer, it's good to see you again.

6              MS. SCHWEITZER:  Good to see you, Your Honor.

7              THE COURT:  And I've reviewed the Fee Application.

8  It was fine.

9              MS. SCHWEITZER:  Great.  Thank you.

10             THE COURT:  And I think we've docketed it at this

11 point but, if not, it will be docketed promptly.

12             MS. SCHWEITZER:  Oh, wonderful.

13             THE COURT:  Yes.

14             MS. SCHWEITZER:  Thank you, Your Honor.

15             THE COURT:  Yes.  But I wanted a status report for

16 this reason.  I'm going to be leaving the Bench in a year.

17             MS. SCHWEITZER:  Oh, wow.  Okay.

18             THE COURT:  March 12th will be my last day.  And I

19 just wanted to get a sense of what's left and how we can get

20 this case sort of finished so that I don't leave it for the

21 next Judge.

22             MS. SCHWEITZER:  Yes.  Thank you, Your Honor.

23 Well, that's I guess exciting news.  I hope you have a fun

24 next step plan

25             THE COURT:  Thank you.

1           MS. SCHWEITZER:  So congratulations on that.

2           THE COURT:  Thank you.

3           MS. SCHWEITZER:  So thank you for reviewing the

4    Fee Apps.  As you'll see, the Fee App is really only for the

5    one India subsidiary, and on that one, the -- it's a U.S.

6    corporation but it basically was a trading affiliate for

7    different Indian entities.  So, for there, the main issue is

8    there's a tax appeal in India.

9           THE COURT:  Okay.

10          MS. SCHWEITZER:  And for various procedural

11   reasons, we were hoping to have that tax appeals -- series of

12   tax appeals resolved before we propose a Plan.  But the Plan

13   is pretty straightforward there in hat the Creditors are the

14   U.S. Debtor parent, NNI, and then a Canadian affiliate.  And

15   so it's not a complicated affiliate.  It's not a complicated

16   Plan to hand out money that's there.  But it's basically tied

17   up in Indian tax appeals.  So we've been making every effort

18   to move that along, shall we say.

19          THE COURT:  And I know, obviously, you can only

20   move it so much.

21          MS. SCHWEITZER:  Yes, especially from New York and

22   Delaware.

23          THE COURT:  Well, that's right.  Do you have a

24   sense?  Is it something that might be completed within the

25   year, or do you think that's unlikely?

1          MS. SCHWEITZER:  We would love for it to be

2    completed within a year.  We're uncertain.  We're trying

3    different things to move it along.  I'm told their sense of

4    appellate timing is driven by other things, and first in

5    line.

6          THE COURT:  Okay.  Okay.

7          MS. SCHWEITZER:  So we shall see.  But we're --

8    that one, we're trying our best to look at it from different

9    angles and different solutions.  So I would say work-in-

10   progress.  I'm hoping to try to find resolutions, but unclear

11   right now as to what the ultimate path will be on that one.

12         THE COURT:  Okay.

13         MS. SCHWEITZER:  But that's only -- that was

14   carved out of the Plan just for that reason.  It was a later

15   filer.

16         THE COURT:  Yes.

17         MS. SCHWEITZER:  And everyone else, we've emerged,

18   and that's great news.

19         THE COURT:  Good.

20         MS. SCHWEITZER:  And so for the update, I thought

21   I'd tell you -- you've seen periodic filings, but since we

22   confirmed the Plan and emerged in early 2017, the reorganized

23   Debtors, or the wind down Debtors, have actually made

24   substantial progress in clearing out claims.

25         THE COURT:  Yes.

1          MS. SCHWEITZER:  Making distributions.  There have

2     been substantial distributions made to the Secured/Unsecured

3     Creditors.  There were two distributions made to the Secured

4     Administrative and Priority Creditors, about $17.8 million

5     early on after the Plan went effective.  And there has also

6     been five distributions already made to the over 4,000

7     holders of unsecured claims.  And so the total amount

8     distributed is around $3.2 billion, which is great news.

9          THE COURT:  Yes.

10         MS. SCHWEITZER:  And we just filed a notice of

11     another intended distribution for April 1st, and we'll make a

12     -- that will be the sixth distribution, another -- I believe

13     $116 million is going out to the Unsecured Creditors.  And

14     with that distribution, as of April 1st, while we haven't

15     consolidated all the Debtors, the main Debtor has always been

16     NNI.

17         THE COURT:  Yes.

18         MS. SCHWEITZER:  And the NNI Unsecured Creditors

19     will have received just around 91 cents on the dollar with

20     the April 1st distribution, which is great news.  You'll

21     remember the Plan estimated around 55 to 61 percent.

22         THE COURT:  That's right.  Yes.

23         MS. SCHWEITZER:  And so why did that happen?

24     We've been working very hard at settling some of the more

25     complicated litigations.  You've borne witness to several of

1  them.

2          THE COURT:  Yes.

3          MS. SCHWEITZER:  And we also got more money than

4  expected from Canada, because you'll remember their

5  significant inner-company claims --

6          THE COURT:  Right.

7          MS. SCHWEITZER:  -- that come through.  So the

8  combination of getting a little more receivables, or assets

9  in, and then also being able to really work hard at resolving

10  and managing down claims has gotten us to a really great

11  place in terms of Creditor distribution.

12          THE COURT:  That is excellent, yes.

13          MS. SCHWEITZER:  Yeah.

14          THE COURT:  Yes.

15          MS. SCHWEITZER:  So you'll -- the claims are the

16  Netas, SNMP, the -- we've had cross-border trade claims where

17  they have claims against U.S. and Canada, managed that down.

18  And we've also -- another significant potential exposure was

19  Federal and State tax liabilities.

20          THE COURT:  Yes.

21          MS. SCHWEITZER:  And we've been working very hard

22  to get through those.  The other news, which you'll figure

23  out from the 90-cent distributions in the U.S. is that the

24  bond claims, which you'll remember were guaranteed and

25  crossed over, have now been capped and received their 100

1   cents on the dollar between the U.S. and Canadian

2   distributions.  And the Plan had subrogation rights because,

3   for example, NNI was a guarantor of the $4 billion of bonds.

4            THE COURT:  Yes.

5            MS. SCHWEITZER:  So those subrogation rights are

6   kicking in, flowing more money back to the U.S. Unsecured

7   Creditors, so good news.

8            THE COURT:  Yes.

9            MS. SCHWEITZER:  We've also paid the PGBC the

10  maximum amount of their -- they had an allowed claim, but a

11  cap on recoveries.

12           THE COURT:  Right.

13           MS. SCHWEITZER:  So they've hit their recovery of

14  $565 million, so more good news.  And, as I said, we're

15  getting the subrogation proceeds from Canada on the guarantee

16  claims.  So we've already gotten about $36 ½ million from

17  subrogation proceeds.  So progress has been made in a very

18  good way.

19           THE COURT:  Yes.  That's very nice to hear.

20           MS. SCHWEITZER:  Yeah.  There was also a

21  settlement -- you'll remember there was a Nortel Trade

22  Creditors Consortium --

23           THE COURT:  Yes.

24           MS. SCHWEITZER:  -- which had certain directed

25  payments as part of the Plan where those would be reimbursed

1   back to other creditors at different levels.  And so with the

2   April distributions those reimbursements will happen.  So,

3   effectively, that settlement reached the high end of

4   achievement.  And so the settlement triggers are now kicking

5   back in and the monies being redirected back to other

6   Creditors.

7          So that's really great news. Now, what's left?

8   It's a fair question.

9          THE COURT:  Yes.

10          MS. SCHWEITZER:  In terms of claims against the

11   U.S. Debtors, we -- as I said, we've made really nice

12   progress in resolving the claims.  There's one significant

13   tax claim still outstanding with the California State level

14   that hasn't been resolved.  It's the California Franchise Tax

15   Board, or the CFTB is how they go by themselves.

16          THE COURT:  Yes.

17          MS. SCHWEITZER:  We've been working through that.

18   They're at administrative levels of appeals or disputes and

19   hope not to have to come back to Your Honor.  It basically,

20   in essence, comes back to the idea of what they believe the

21   proceeds are that are allocable to the sale and things that

22   come down to timing and amount and revenues and all that.

23          And so we've been working through that with -- at

24   the California level.  We have the right recourse to this

25   Court, but we hope to be able to work through it and resolve

1  it and we continue to work through it so --

2         THE COURT:  Do you think that will be finished

3  within the year?

4         MS. SCHWEITZER:  That -- well, I can't make

5  promises as to the ability to be resolved.  I would hope that

6  the parties can find a path forward.  But I can't speak for

7  California.  But I think it's -- it's actively being worked

8  on is a fair way of saying it.

9         THE COURT:  Is there anything that I could do to

10  speed it along?

11         MS. SCHWEITZER:  Not at this moment, but it's good

12  to know that that offer is outstanding.

13         THE COURT:  Yes it is.

14         MS. SCHWEITZER:  And that we can use that if --

15  we've had recent conversations with them about procedural

16  issues.  And so we can definitely put that in the mix in

17  terms of what -- how we would view next steps if --

18         THE COURT:  Okay.

19         MS. SCHWEITZER:  -- we couldn't get to resolution.

20         THE COURT:  Good.

21         MS. SCHWEITZER:  So that's helpful to know and to

22  put that in the mix.  And then so we have -- it was a good

23  opportunity for you to invite us in because we had been

24  looking at the Debtors and what cases can be closed and

25  expect that we'll be able to close almost all of the cases

1  now or in the next quarter, in that many of the Debtors that

2  -- I could list them all, you know the AltSystems and

3  AltSystems, Inc., International KY-ROS, which is spelled

4  Xros, but KY-ROS, Sonoma Systems, Qtera, CorTek, Nortel

5  Networks Applications Management Solutions, Optical

6  Components, HPOCS, Architel, Nortel Networks International,

7  Inc., or NNII, just to keep it fun.

8              THE COURT:  Yes.

9              MS. SCHWEITZER:  Northern TeleCom International,

10  and Nortel Networks Cable Solutions, all are smaller Debtors

11  that they have given out their cash.  I don't believe they

12  have remaining receivables.  And I think we can -- we're at

13  the point we can close those cases.  Some of them have small

14  issues relating to dissolution or just clean up of small

15  amounts of claims.  But I expect that those, we will be able

16  to file a Case Closing Motion, either one batch immediately

17  and a second one to follow, but in the next quarter or two.

18              THE COURT:  Okay.

19              MS. SCHWEITZER:  And then with the larger cases of

20  NNI, NNCC, which is consolidated, effectively, under the Plan

21  for that.

22              THE COURT:  Right.

23              MS. SCHWEITZER:  And then Nortel CALA and the --

24  I'm sorry, and the larger AltSystems, those still have

25  receivables coming.  We have the tax claim outstanding.  And

1  then we have receivables and inner-company issues and some of

2  them have -- and again, NNI particularly, have non-Debtor

3  subsidiaries that need to be dissolved, liquidated, and

4  managed up.  We're also in the process of reviewing what

5  books and records can be disposed of.  We had filed a motion

6  -- notice on the docket where the Plan allows us to just

7  notice up an intent to destroy.

8          THE COURT:  Right.

9          MS. SCHWEITZER:  And if no one comes forward, we

10 can proceed.  So we've been noticed up, the intent to give

11 the Plan Administrator authority to destroy books and records

12 in his own discretion as, you know, he's cleaning house.  And

13 so I think those types of things we've been moving close to

14 trying to move them in position to be resolved and finished.

15          I think that we certainly -- we're probably at a

16 stage where we're actively working on some of the issues in

17 terms of shutting down the cases, dealing with some inner-

18 company collections and distributions and other procedural

19 issues just on how these cases get shut down.

20          So I don't think I have anything active to come to

21 you with right now.  I think we're in a good path forward.

22 But I think we're probably in a better position later in the

23 summer to come back to you with a proposal of how -- you

24 know, an update on what progress we've made and a proposal

25 for how we're getting through closing those final cases or

1  how close we are to them.

2          So I think we definitely can shrink this

3  immediately down to a handful of cases.  As I said, we try to

4  work these final disputes and other issues.  And then we --

5  we're in a good path forward.  And the things that we're not

6  in a path forward for to immediately predict or waiting for

7  tax authorities and foreign subsidiary liquidation filings

8  and things like that.  So I think that we're -- can certainly

9  promise to give you another report in a couple months of

10 where we're at and what -- you know, what's outstanding for

11 the ones that aren't closed.  And it's good to know that we

12 have access to the Court if there are things that would help

13 expedite things.

14         But that's our status.  So very pleased with our

15 ability to have gotten a really successful outcome here.

16         THE COURT:  Yes.  Yes.

17         MS. SCHWEITZER:  And to be able to bring the

18 Creditor recoveries where they are.  And now it's just five-

19 yard line getting it home, right?

20         THE COURT:  Well, those are a tough five yards.

21 They always are.

22         MS. SCHWEITZER:  I know.  Yes.

23         THE COURT:  But I do appreciate the report and I -

24 - it sounds like there will be some matters that remain open

25 in some of the cases.

1                   MS. SCHWEITZER:  Yes.  I think some of the case

2     will remain open and maybe some procedural matters associated

3     with it.  I think we won't necessarily -- don't necessarily

4     see an active need to run into the Court every five days for

5     Motions or anything like that.

6                   THE COURT:  Right.

7                   MS. SCHWEITZER:  But, certainly, there might be

8     things that procedurally prevent us from closing the final

9     handful of cases, just depending on timing issues so.

10                   THE COURT:  And you do have access to me.  And if

11    you need a hearing and if you have certain claims that need

12    to be resolved finally and you need access to the Court,

13    you've got it, and we'll set something down to hear you and

14    perhaps resolve any smaller or more difficult claims.

15                   It sounds like the California matter is well in

16    hand.  You're negotiating that.  The Indian appeal is

17    proceeding and that will take some time and we don't know how

18    long.

19                   MS. SCHWEITZER:  Yeah.

20                   THE COURT:  But, perhaps, at least the next Judge

21    will only have some minor procedural matters to attend to, as

22    opposed to any major hearings.

23                   MS. SCHWEITZER:  Yes, and -- yes.  We hope to have

24    as much buttoned up as we can and to keep it very narrow.

25    We've constantly -- use all your metaphors, half the distance

1  to the goal, peeling a layer of the onion, but we're --

2                THE COURT:  Yes.

3                MS. SCHWEITZER:  -- certainly getting there in

4  terms of it and people getting paid off certainly narrows the

5  field of things we have to worry about.  So that's good news

6  as well.

7                THE COURT:  Absolutely.  Well, I do appreciate

8  your appearing.  You know, you've -- I probably should've

9  told you that you could do this by telephone.

10                MS. SCHWEITZER:  Oh, no, it's okay.  It's always a

11  pleasure to come down and see you on such a beautiful day, no

12  less.

13                THE COURT:  It's nice.  Yes it is nice, and take

14  the rest of the day off.

15                MS. SCHWEITZER:  I wish.  I wish.

16                THE COURT:  And -- but, hopefully, we'll get

17  things pretty much buttoned up, except for maybe a few loose

18  items.

19                MS. SCHWEITZER:  I think that's right, Your Honor.

20                THE COURT:  Okay.  All right.  Well, thank you.

21                MS. SCHWEITZER:  Great.

22                THE COURT:  Thank you, Ms. Schweitzer.

23                MS. SCHWEITZER:  Thank you, Your Honor.

24                THE COURT:  Yes, I'm going to hear from you next.

25                MR. BADTKE-BERKOW:  May I briefly?

1              MS. SCHWEITZER:  Sure.

2              THE COURT:  Yes.  Thank you.

3              MR. BADTKE-BERKOW:  Your Honor, my name is Joseph

4    Berkow.  I'm from Allen & Overy --

5              THE COURT:  Yes, sir.  Good to see you.

6              MR. BADTKE-BERKOW:  -- for Ernest & Young, the

7    Canadian Monitor.  I only rise because we are in an

8    unexpected situation of getting near full recovery to U.S.

9    GUCs.

10             THE COURT:  Yes.

11             MR. BADTKE-BERKOW:  I just rise to remind Your

12   Honor of one aspect of the Plan, which was that the

13   interests, in particular, in NNI and a couple of the other

14   U.S. Debtors, were canceled on the effective date.  A new

15   share was issued and is currently being held by the Plan

16   Administrator for the benefit of the former interest holders

17   of the old shares in this case, Nortel Networks Corporation

18   in Canada.  Excuse me.  Nortel Networks Limited.  It's been

19   too long.

20             I only rise because, at some point, there -- you

21   know, to the extent that the U.S. Debtors are getting to 100

22   percent recoveries to their GUCs, that share will start

23   eventually to receive dividends.  We have -- I believe our

24   clients are talking to one another and some of the foreign

25   affiliate dissolutions are being driven out of Canada and

1  money is flowing around the system.  But that's certainly

2  something that could be coming, to the extent the U.S.

3  Debtors get to the happy place of 100 percent recovery of

4  that.  That's not yet the case in Canada but.

5            THE COURT:  All right.  How are things going in

6  Canada with distributions?

7            MR. BADTKE-BERKOW:  Well, I think -- you know, to

8  be honest, Your Honor, I don't know the exact percentages

9  that have been made.  Very substantial distributions have

10  been made to Canadian stakeholders and continue -- you know,

11  work is continuing to wind down the Estates and keep things

12  moving on that front.  I don't know exactly the timeline.

13            THE COURT:  Okay.

14            MR. BADTKE-BERKOW:  But, you know, it is, as all

15  things in this case, connected all over the place.  So, you

16  know, again, many of the distributions that are coming into

17  the U.S. State are originating from efforts in Canada.

18            THE COURT:  Yes.

19            MR. BADTKE-BERKOW:  And those will continue.

20            THE COURT:  But we're nearing, at least in the

21  United States, full distribution.

22            MS. SCHWEITZER:  So, Your Honor --

23            THE COURT:  Yes?

24            MS. SCHWEITZER:  -- we're at 90 cents.

25            THE COURT:  Yes.

1              MS. SCHWEITZER:  Or 91 cents.

2              THE COURT:  Thank you.  Thank you, Mr. Berkow.

3              MR. BADTKE-BERKOW:  Thank you.

4              MS. SCHWEITZER:  So, right now, at NNI, we are at

5    90 cents.  I think that it's premature to predict full

6    distributions --

7              THE COURT:  Yes.

8              MS. SCHWEITZER:  -- just in that our friends from

9    Canada certainly are one of our sources of money, so we don't

10   like to bet on their distributions --

11             THE COURT:  Right.

12             MS. SCHWEITZER:  -- before they come.  It would be

13   irresponsible.  But it's good to hear he feels that way so.

14             THE COURT:  It really is.

15             MS. SCHWEITZER:  So -- yeah, and, of course, we're

16   aware and, as he said, we're -- the advisors are working

17   closely on all sorts of wind-down matters in terms of

18   collection of the receivables that are owed by Canadian subs

19   and other things that we need to get in to close the cases.

20   So it would be wonderful to get there but premature to

21   speculate, so.

22             THE COURT:  All right.  Well, this is helpful.  At

23   least I have a good sense of where we are, what's left to be

24   done, and sort of the timing of it, and that is -- there

25   might be a number of matters that remain open, but,

 1  presumably, they'll be smaller matters for the next Judge to

 2  handle.

 3          MS. SCHWEITZER:  That's right.

 4          THE COURT:  And we do have a full year, so if you

 5  need --

 6          MS. SCHWEITZER:  Yes.

 7          THE COURT:  -- a hearing, call, and we'll get you

 8  one.

 9          MS. SCHWEITZER:  Absolutely.

10          THE COURT:  All right.

11          MS. SCHWEITZER:  Thank you, Your Honor.

12          THE COURT:  All right.  Thank you.  It's very good

13  to see you again.

14          MS. SCHWEITZER:  And to you as well, as always.

15          THE COURT:  Yes.  And anything else?

16          MS. SCHWEITZER:  That's all from our side.

17          THE COURT:  All right.  Thank you.

18          MS. SCHWEITZER:  Thank you.

19          THE COURT:  Thank you.

20          MR. BADTKE-BERKOW:  Thank you, Your Honor.

21          THE COURT:  Enjoy the rest of the day.

22          MS. SCHWEITZER:  Thank you, Your Honor.

23          MR. BADTKE-BERKOW:  Thank you, Your Honor.

24          THE COURT:  Have a good day everyone.  Thank you.

25

1        (Whereupon, at 10:18 a.m., the hearing was adjourned.)

2

1                              <u>CERTIFICATION</u>

2          I certify that the foregoing is a correct

3 transcript from the electronic sound recording of the

4 proceedings in the above-entitled matter.

5

6

7

8 Tammy Kelly, Transcriber                     <u>April 1, 2019</u>

9

10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

90-cent(1) 7:23
a.m(3) 1:15 3:1 20:1
ability(2) 10:5 13:15
able(5) 7:9 9:25 10:25 11:15 13:17
aboard(2) 8:16 10:15 15:5
aboveentitled (1) 21:4
absolutely(2) 15:7 19:9
access(3) 13:12 14:10 14:12
achievement(1) 9:4
active(2) 12:20 14:4
actively(2) 10:7 12:16
actually(1) 5:23
adjourned(1) 20:1
administered(1) 1:6
administrative(2) 6:4 9:18
administrator(2) 12:11 16:16
advisors(1) 18:16
affiliate(4) 4:6 4:14 4:15 16:25
after(1) 6:5
again(4) 3:5 12:2 17:16 19:13
against(2) 7:17 9:10
al.(1) 1:8
all(16) 6:15 9:22 10:25 11:2 11:10 14:25 15:20 17:5 17:14 17:15 18:17 18:22 19:10 19:12 19:16 19:17

allen(2) 2:4 16:4
allocable(1) 17:8
allowed(1) 18:10
allows(1) 11:2
almost(1) 10:25
along(3) 4:18 5:3 10:10
already(2) 6:6 8:16
also(5) 7:3 7:9 7:18 8:9 8:20 12:4
altsystems(3) 11:2 11:3 11:24
always(4) 6:15 13:21 15:10 19:14
americas(1) 1:24
amount(3) 6:7 8:10 9:22
amounts(1) 11:15
and(116) 3:4 3:7 3:10 3:18 3:19 4:5 4:10 4:14 4:14 4:19 4:21 5:4 5:9 5:17 5:18 5:20 5:22 6:4 6:5 6:7 6:10 6:11 6:13 6:18 6:23 7:3 7:9 7:10 7:17 7:18 7:19 7:21 7:24 7:25 8:1 8:2 8:14 9:9 9:14 9:25 9:18 9:21 9:22 9:22 9:22 9:25 9:25 10:1 10:14 10:16 10:21 10:22 10:24 10:24 11:2 11:10 11:12 11:17 11:19 11:23 11:23 11:24 11:24 12:1 12:1 12:2 12:3 12:5 12:9 12:12 12:14 12:14 12:18 12:18 12:24 13:4 13:5 13:7 13:8 13:10 13:11 13:17 13:18 13:23 13:42 14:10 14:10 14:11 14:12 14:13 14:13 14:17 14:17 14:23 14:24 15:4 15:11 15:13 15:16 16:13 16:15 16:24 16:25 17:10 17:11 17:19 18:15 18:16 18:19 18:24 18:24 19:4 19:7 19:14 19:15

andrew(1) 1:31
angles(1) 5:9
another(5) 6:11 6:12 7:18 13:9 16:24
any(2) 14:14 14:22
anything(4) 10:9 12:20 14:5 19:15
app(1) 4:4
appeal(2) 4:8 14:16
appeals(4) 4:11 4:12 4:17 9:18
appearances(1) 2:10
appearing(1) 15:8
appellate(1) 5:4
application(1) 3:7
applications(1) 1:5
appreciate(2) 13:23 15:7
apps(1) 4:4
april(5) 9:11 6:14 6:20 9:2 21:7
architxt(1) 11:6
are(25) 3:4 4:13 7:15 8:5 9:4 9:21 9:21 11:10 13:1 13:12 13:18 13:20 13:21 16:7 16:21 16:24 16:25 17:5 17:16 17:17 18:4 18:9 18:16 18:18 18:23
aren't(1) 13:11
around(4) 6:8 6:19 6:21 17:1
arsht(1) 1:30
aspect(1) 16:12
assets(1) 7:8
associated(1) 14:2
attend(1) 14:21
authorities(1) 13:7
authority(1) 12:11
avenue(1) 2:6
aware(1) 18:16

back(7) 8:6 9:1 9:5 9:5 9:19 9:20 12:23 18:3 19:20 19:23
badtke-berkow(11) 2:5 15:25 16:3 16:6 16:11 17:7 17:14 17:19
bankruptcy(2) 1:1 1:20
basically(3) 4:6 13:16 9:19
hatch(1) 11:16
beautiful(1) 15:11
because(5) 7:4 8:2 10:23 16:7 16:20
been(17) 4:17 6:2 6:6 6:15 6:24 7:21 7:25 8:17 9:14 9:17 9:23 10:23 12:10 12:13 16:18 17:9 17:10
before(3) 1:19 4:12 18:12
being(5) 7:9 9:5 10:7 16:15 16:25
belch(4) 11:9 11:20 11:11 11:23
behney(1) 9:14
bench(1) 16:16
berkow(2) 16:4 18:2
best(1) 5:8
bet(1) 18:10
better(1) 12:22
between(1) 8:1
billion(2) 6:8 8:3
board(1) 9:15
bond(1) 7:24
bonds(1) 8:3
books(2) 12:5 12:11
borne(1) 6:25
briefly(1) 15:25
bring(1) 13:17
but(31) 3:11 3:15 4:6 4:12 4:16 5:7 5:10 5:13 5:21 8:10 9:25 10:6 10:7 10:11 11:4 11:15 11:17 13:10 13:23 14:7 14:20 15:1 15:16 17:1 17:4 17:14 17:20 18:13 18:20 18:25
buttoned(2) 14:24 15:17

cable(1) 11:10
cala(1) 11:23
california(5) 9:13 9:14 9:24 10:7 14:15
call(1) 19:7
can(13) 3:19 4:19 10:6 10:14 10:16 10:24 11:12 11:13 12:5 12:10 13:2 13:8 14:24
canada(9) 7:4 7:17 8:15 16:18 16:25 17:4 17:6 17:17 18:9
canadian(5) 4:14 8:1 16:7 17:10 18:18
canceled(1) 16:14
can't(2) 10:4 10:6
cap(1) 8:11
capped(1) 7:25
carved(1) 5:14
case(7) 1:5 3:20 11:16 14:1 16:17 17:4 17:15
cases(11) 10:24 10:25 11:13 11:19 12:17 12:19 12:25 13:3 13:25 14:9 18:19
cash(1) 11:11
cents(5) 6:19 8:1 17:24 18:1 18:5
certain(2) 8:24 14:11
certainly(7) 12:15 13:8 14:7 15:3 15:4 17:1 18:9
certification(1) 21:1
certify(1) 21:2
cfh(1) 9:5
chapter(1) 1:8
claim(3) 8:10 9:13 11:25
clean(1) 11:14
cleaning(1) 12:13
clearing(1) 5:24
cleary(1) 1:34
clerk(1) 3:2
clients(1) 16:24
close(5) 10:25 11:13 12:13 13:1 18:19
closed(2) 10:24 13:11
closely(1) 18:17
closing(3) 11:16 12:25 14:8
collection(1) 18:18
collections(1) 12:18
combination(1) 7:8
come(7) 7:7 9:9 9:22 12:20 12:23 15:11 18:12
comcs(2) 9:20 12:9
coming(3) 11:25 17:2 17:16
commerce(1) 1:41
company(1) 12:18
completed(2) 4:24 5:2
complicated(3) 4:15 4:15 6:25
components(1) 11:6
confirmed(1) 5:22
congratulations(1) 14:2
connected(1) 17:15
consolidated(2) 11:15 11:20
consortium(1) 8:22
constantly(1) 14:25
continue(3) 10:1 17:10 17:19
continuing(1) 17:11
conversations(1) 10:18
corporation(2) 4:6 16:17
correct(1) 21:2
cortek(1) 11:4
could(4) 10:9 11:2 15:9 17:2
couldn't(1) 10:9
couple(2) 13:9 16:13
course(2) 3:4 18:15
court(31) 1:1 3:3 3:7 3:10 3:13 3:15 3:18 3:25 4:2 4:9 4:19 4:23 5:6 5:12 5:16 5:19 5:25 6:9 6:17 6:22 7:2 7:6 7:12 7:14 7:20 8:4 8:8 8:12 8:19 8:23 9:9 9:16 9:25 10:2 10:9 10:13 11:1 11:18 11:22 12:8 13:12 13:16 13:22 13:23 14:4 14:6 14:10 14:12 14:20 15:2 15:7 15:13 15:16 16:19 17:5 17:23 17:25 18:2 18:7 18:11 18:14 18:22 19:4 19:7 19:10 19:12 19:15 19:17 19:19 19:21 19:24
courtroom(1) 1:10
creditor(2) 7:11 13:18
creditors(4) 4:13 6:3 6:4 6:18 8:7 8:22 9:1 9:6
cross-border(1) 7:16
crossed(1) 7:25
currently(1) 16:15
date(1) 16:14
day(5) 3:18 15:11 15:14 19:21 19:24
days(1) 14:4
dealing(1) 12:17
debtor(2) 4:14 6:15
default(3) 1:12 1:24 2:4 5:23 5:23 6:15 9:11 10:24 11:1 11:10 16:6 16:21 17:3
definitely(2) 10:16 13:2
delaware(4) 1:2 1:12 3:1 4:2
depending(1) 14:9
destroy(2) 12:7 12:11
diaz(1) 1:40
did(1) 6:23
different(5) 4:7 5:3 5:8 5:9 9:1
difficult(1) 14:14
directed(1) 8:24
discretion(1) 12:2
disposed(1) 12:5
disputes(2) 9:18 13:4
dissolution(1) 11:14
dissolutions(1) 16:25
dissolved(1) 12:3
distance(1) 14:25
distributed(1) 6:8
distribution(6) 6:11 6:12 6:14 6:20 7:11 17:21
distributions(13) 6:1 6:2 6:3 6:6 7:23 8:2 9:2 12:18 17:16 17:16 18:6 18:10
district(1) 1:2
dividends(1) 16:23
docketed(2) 3:10 3:11
dollar(2) 6:19 8:1
done(1) 18:24

don't(8) 3:20 11:11 12:20 14:3 14:17 17:8 17:12 18:9
down(10) 5:23 5:10 7:10 7:17 9:22 12:17 12:19 13:3 14:13 15:11
drive(1) 14:1
driven(2) 5:4 16:25
early(2) 5:23 6:5
ecru(1) 1:38
effective(2) 6:5 16:14
effectively(2) 9:3 11:20
effort(1) 4:17
efforts(1) 17:17
either(1) 11:16
electronic(2) 1:46 21:3
else(2) 5:17 19:15
emerged(2) 5:17 5:22
end(1) 9:3
enjoy(1) 19:21
entities(1) 4:7
ernest(1) 16:6
especially(1) 4:21
esq(4) 1:25 1:31 2:5 2:13
essence(1) 9:20
estates(1) 17:11
estimated(1) 6:21
eventually(1) 16:23
every(2) 4:17 14:4
everyone(3) 3:3 5:17 19:24
exact(1) 17:8
exactly(1) 17:12
example(1) 8:3
excellent(1) 7:12
except(1) 15:17
exciting(1) 3:23
excuse(1) 16:18
expect(2) 10:25 11:15
expected(1) 7:4
expedite(1) 13:13
exposure(1) 7:16
extent(2) 16:21 17:2
fair(2) 9:8 10:8
federal(1) 7:19
fee(2) 3:7 4:4 4:4
feels(1) 18:13
few(1) 15:17
field(1) 5:5
figure(1) 7:22
file(1) 11:16
filed(2) 6:10 12:5
filer(1) 5:15
filings(2) 5:21 13:7
final(3) 12:25 13:4 17:21
finally(1) 14:12
find(2) 5:10 10:6
fine(1) 3:8
finished(3) 3:20 10:2 12:14
first(1) 5:4
five(4) 6:6 13:18 13:20 14:4
floor(1) 13:3
flowing(2) 8:6 17:1
follow(1) 13:17
for(28) 3:12 1:24 2:4 2:12 3:15 3:20 4:3 4:4 4:6 4:7 4:10 5:1 5:14 5:20 6:11 8:3 10:6 10:23 11:21 12:25 13:6 13:16 14:4 15:17 16:6 16:16 19:1
foregoing(1) 21:2
foreign(2) 13:7 16:24
former(1) 16:16
forward(5) 10:6 12:9 12:21 13:5 13:6
franchise(1) 9:14
friends(1) 18:8
from(13) 4:21 5:8 7:4 7:23 8:15 8:16 14:8 14:8 15:24 16:4 17:17 18:8 19:16 21:3
front(1) 17:12
full(4) 16:8 17:21 18:1 18:5 19:4
fun(2) 3:23 11:7
get(10) 3:9 3:19 7:22 10:19 12:19 15:16 17:3 18:19 18:20 20:7
getting(6) 7:8 8:15 12:25 13:19 15:3 15:4 16:8 16:21
ginger(1) 1:38
give(2) 12:10 19:3
given(1) 11:11
goal(1) 15:1
going(4) 6:13 6:13 15:24 17:5
good(19) 3:3 3:5 3:6 5:19 8:7 8:14 8:18 10:11 10:20 10:22 12:21 13:5 13:11 15:5 16:5 18:13 19:12 19:24
got(2) 7:3 14:13
gotten(3) 7:10 8:16 13:15
gottlieb(1) 1:34
great(7) 3:9 5:18 6:8 6:20 7:10 9:7 15:21
gross(1) 1:19
guarantee(1) 8:15
guaranteed(1) 7:24
guarantor(1) 8:3
gues(2) 16:9 16:22
guess(1) 3:23
had(7) 7:16 8:2 10:8 10:24 10:15 10:23 12:5
half(1) 14:25
hamilton(1) 1:24
hand(2) 4:16 14:16
handful(2) 13:3 14:9
handle(1) 19:2
happen(2) 6:23 9:2
happy(1) 17:3
hard(3) 6:24 7:9 7:21
harrisburg(1) 1:42
has(4) 6:5 6:15 7:10 8:17
hasn't(1) 9:14
hat(1) 4:13
have(33) 3:23 4:11 4:23 5:23 6:1 6:19 7:17 7:25 9:19 9:24 10:22 11:11 11:12 11:13 11:24 11:25 12:1 12:2 12:2 12:20 13:12 13:15 14:10 14:11 14:21 14:23 15:5 16:23 17:9 17:10 18:23 19:4 19:24
haven't(1) 6:14
hear(4) 8:19 14:13 15:24 18:13
hearing(3) 14:11 19:7 20:1
hearings(1) 14:22
held(1) 16:15
help(1) 13:12
helpful(2) 10:21 18:22
here(2) 3:4 13:15
he's(1) 12:12
high(1) 9:3
his(1) 12:12
hit(1) 8:13
holders(2) 6:7 16:16
home(1) 13:19
hon(1) 1:18
honor(14) 3:6 3:14 3:22 9:19 15:19 15:23 16:3 16:12 17:8 17:22 19:11 19:20 19:22 19:23
honorable(1) 1:19
hope(5) 3:23 9:19 9:25 10:5 14:23
hopefully(1) 15:16
hoping(2) 8:4 11:10
house(1) 12:12
how(9) 3:19 9:15 10:17 12:19 12:23 12:25 13:1 14:17 17:5
hpocs(1) 11:6
cla(1) 9:20
immediately(3) 11:16 13:3 13:6
inc(3) 1:8 2:12 2:13 11:3
india(2) 4:5 4:8
indian(3) 4:7 4:17 14:16
inner(1) 12:17
inner-company(2) 7:5 12:1
intended(1) 6:11
internet(2) 12:7 12:10
interest(1) 16:16
interested(1) 7:16
interests(1) 16:13
international(3) 11:3 11:6 11:9
into(2) 3:14 17:16
invite(1) 10:23
irresponsible(1) 18:13
issue(1) 4:7
issued(1) 16:15
issues(7) 10:16 11:14 12:1 12:16 12:19 13:4 14:9
items(1) 15:18
it's(19) 3:5 4:5 4:15 4:15 4:16 9:8 9:14 10:7 10:11 13:11 13:18 15:10 15:10 15:13 16:18 18:5 18:13 19:12
i'd(1) 5:21
i'm(6) 3:16 5:3 5:10 11:24 15:24 16:4
i've(1) 3:7
jessica(1) 2:13
jointly(1) 1:6
joseph(2) 2:5 16:3
judge(5) 1:19 1:20 3:21 14:20 19:1
just(12) 3:19 5:14 6:10 6:19 11:7 11:14 12:6 12:19 13:18 14:9 16:11 18:8
keep(3) 11:7 14:24 17:11
kelp(1) 13:12
kevin(1) 11:19
kicking(2) 8:6 9:4
know(35) 4:19 10:21 11:2 12:12 12:24 13:10 13:11 13:22 14:17 15:6 16:21 17:7 17:10 17:12 17:12 17:14 17:16
ky-ros(2) 11:3 11:4
larger(2) 11:19 11:24
last(1) 3:18
later(2) 5:14 12:22
layer(1) 15:1
least(3) 14:20 17:20 18:23
leave(1) 3:20
leaving(1) 3:16
left(3) 3:19 9:7 18:23
less(1) 14:25
level(2) 9:13 9:24
levels(2) 9:18
liabilities(1) 7:19
liberty(1) 1:26
like(5) 13:8 13:24 14:5 14:15 18:10
limited(1) 16:18
line(2) 5:5 13:19
liquidated(1) 12:3
liquidation(1) 13:7
lisa(1) 1:46
list(1) 11:12
litigations(1) 6:25
little(1) 7:8
litg(1) 1:30
long(2) 14:18 14:19
look(1) 5:8
looking(1) 10:24
loose(1) 15:17
love(1) 5:1
macc(1) 1:38
made(9) 5:23 6:2 6:3 6:6 8:17 9:11 12:24 17:9 17:10
main(2) 4:7 6:15
major(1) 14:22
make(2) 6:1 10:4
making(2) 4:17 6:1
managed(2) 7:17 12:4
management(1) 11:5
managing(1) 7:10
many(2) 11:1 17:16
march(3) 1:14 3:1 3:18
market(2) 1:11 1:32
matter(2) 14:1 21:4
matters(6) 13:24 14:2 14:21 18:17 18:25 19:1
maximum(1) 8:10
may(2) 3:4 15:25
maybe(2) 14:2 15:17
metaphors(1) 14:25
might(3) 4:24 14:7 18:25
million(4) 6:4 6:13 8:14 8:16
minor(1) 14:21
mix(1) 10:16 10:22
moment(1) 10:11
monday(1) 3:1
money(5) 4:16 7:3 8:6 17:1 18:9
monies(1) 9:5

| Word | Page:Line |
|---|---|
| monitor(1) 16:7 | |
| monitor/ead(1) 2:4 | |
| months(1) 13:9 | |
| more(6) 6:24 7:3 7:8 8:6 8:14 14:14 | |
| morning(1) 3:3 | |
| morris(1) 1:30 | |
| motion(2) 11:16 12:5 | |
| motions(1) 14:5 | |
| move(4) 4:18 4:20 5:3 12:14 | |
| moving(2) 12:13 17:12 | |
| much(3) 4:20 14:24 15:17 | |
| name(1) 16:3 | |
| narrow(1) 14:24 | |
| narrows(1) 15:4 | |
| near(1) 16:8 | |
| nearing(1) 17:20 | |
| necessarily(2) 14:3 14:3 | |
| need(7) 12:3 14:4 14:11 14:11 14:12 18:19 19:5 | |
| negotiating(1) 14:4 | |
| netas(1) 7:16 | |
| networks(7) 1:8 3:5 11:5 11:6 11:10 16:17 16:18 | |
| new(4) 1:27 2:7 4:21 16:14 | |
| news(9) 3:23 5:18 6:8 6:20 7:22 8:7 8:14 9:7 9:15 | |
| next(8) 3:21 3:24 10:17 11:1 11:17 14:20 15:24 19:1 | |
| nice(4) 8:9 9:11 15:13 15:13 | |
| nichols(1) 1:30 | |
| nnce(1) 11:20 | |
| nnl(8) 4:14 6:16 6:18 8:13 11:20 12:2 16:13 18:4 | |
| nnli(1) 11:17 | |
| non-debtor(1) 12:2 | |
| nortel(9) 1:8 3:4 8:21 11:4 11:6 11:10 11:23 16:17 16:18 | |
| north(1) 1:32 | |
| northern(1) 11:9 | |
| not(7) 3:11 4:15 4:15 9:19 10:11 13:5 17:4 | |
| notice(3) 6:10 12:6 12:7 | |
| noticed(1) 12:10 | |
| now(8) 5:21 7:25 9:4 9:7 11:1 12:21 13:18 18:4 | |
| number(1) 18:25 | |
| obviously(1) 4:19 | |
| off(2) 15:4 15:14 | |
| offer(1) 10:12 | |
| okay(10) 3:17 4:9 5:6 5:6 5:12 10:18 11:18 15:16 16:12 16:24 18:9 19:8 | |
| old(1) 16:17 | |
| one(13) 1:26 4:5 4:5 5:8 5:11 9:12 11:16 11:17 12:9 16:12 16:24 18:9 19:8 | |
| ones(1) 13:11 | |
| onion(1) 15:1 | |
| only(6) 4:4 4:19 6:13 13:13 14:21 16:20 | |
| open(3) 13:24 14:2 18:25 | |
| opportunity(1) 10:23 | |
| opposed(1) 14:2 | |
| optical(1) 11:5 | |
| originating(1) 17:17 | |
| other(8) 5:4 7:22 9:7 9:25 12:18 13:4 16:13 18:19 | |
| out(7) 4:16 5:14 5:24 6:13 7:23 11:11 16:25 | |
| outcome(1) 13:15 | |
| outstanding(4) 9:13 10:12 11:25 13:10 | |
| over(3) 6:6 7:25 17:15 | |
| overy(2) 2:4 16:4 | |
| owed(1) 18:18 | |
| own(1) 12:12 | |
| paid(2) 8:9 15:4 | |
| parent(1) 4:14 | |
| part(1) 8:25 | |
| particular(1) 16:13 | |
| particularly(1) 12:2 | |
| parties(1) 16:6 | |
| party(1) 2:12 | |
| path(5) 5:11 10:12 13:3 15:3 13:6 | |
| payments(1) 8:25 | |
| peeling(1) 15:1 | |
| pennsylvania(1) 1:42 | |
| people(1) 15:4 | |
| percent(3) 6:21 16:22 17:3 | |
| percentages(1) 17:8 | |
| perhaps(2) 14:14 14:20 | |
| periodic(1) 5:21 | |
| pgbc(1) 8:9 | |
| place(3) 7:11 17:3 17:15 | |
| plan(15) 3:24 4:12 4:12 4:16 5:14 5:22 6:5 6:21 8:2 8:25 11:20 12:6 12:11 16:12 16:15 | |
| plaza(1) 1:26 | |
| please(1) 3:2 | |
| pleased(1) 13:14 | |
| pleasure(1) 15:11 | |
| point(3) 3:11 11:13 16:20 | |
| position(2) 12:14 12:22 | |
| potential(1) 7:1 | |
| ppearances(2) 1:22 2:1 | |
| predict(2) 13:6 18:5 | |
| premature(2) 18:5 18:20 | |
| presumably(1) 19:1 | |
| pretty(2) 4:13 15:17 | |
| prevent(1) 14:8 | |
| priority(1) 6:4 | |
| probably(3) 12:15 12:22 15:8 | |
| procedural(5) 6:10 10:15 12:18 14:2 14:21 | |
| procedurally(1) 14:8 | |
| proceed(1) 12:10 | |
| proceedings(3) 1:18 1:46 21:4 | |
| proceeds(3) 8:15 8:17 9:21 | |
| process(1) 12:4 | |
| produced(1) 1:47 | |
| progress(5) 5:10 5:24 8:17 9:12 12:24 | |
| promise(1) 13:9 | |
| promises(1) 10:5 | |
| promptly(1) 3:11 | |
| proposal(2) 12:23 12:24 | |
| propose(1) 4:12 | |
| put(2) 10:16 10:22 | |
| qtera(1) 11:4 | |
| quarter(2) 11:1 11:17 | |
| question(1) 9:8 | |
| reached(1) 9:3 | |
| really(7) 4:4 7:9 7:10 9:7 9:11 13:15 18:14 | |
| reason(2) 3:16 5:14 | |
| reasons(1) 4:3 | |
| receivables(5) 7:8 11:12 11:25 12:1 18:18 | |
| receive(1) 16:23 | |
| received(2) 6:19 7:25 | |
| recent(1) 10:15 | |
| recorded(1) 1:46 | |
| recording(2) 1:46 21:3 | |
| records(2) 12:5 12:11 | |
| recourse(1) 9:24 | |
| recoveries(3) 8:11 13:18 16:22 | |
| recovery(3) 8:13 16:8 17:3 | |
| redirected(1) 9:5 | |
| reimbursed(1) 8:25 | |
| reimbursements(1) 9:2 | |
| relating(1) 11:14 | |
| remain(3) 13:24 14:2 18:25 | |
| remaining(1) 11:12 | |
| remember(4) 6:21 7:4 7:24 8:21 | |
| remind(1) 16:11 | |
| remming(1) 1:31 | |
| report(2) 2:13 2:13 | |
| report(3) 3:15 13:9 13:23 | |
| research(2) 2:12 2:13 | |
| resolution(1) 10:19 | |
| resolutions(1) 5:10 | |
| resolve(2) 9:25 14:14 | |
| resolved(5) 4:12 9:14 10:5 12:14 14:12 | |
| resolving(2) 7:9 9:12 | |
| rest(2) 15:14 19:12 | |
| revenues(1) 9:22 | |
| reviewed(1) 3:7 | |
| reviewing(2) 4:3 12:4 | |
| right(21) 4:23 5:11 6:22 7:6 8:12 9:24 11:22 12:8 12:21 13:19 14:6 15:19 15:20 17:5 18:4 18:11 18:12 19:3 19:10 19:12 19:17 | |
| rights(2) 8:2 8:5 | |
| risc(4) 3:2 16:7 16:11 16:20 | |
| run(1) 14:4 | |
| said(4) 8:14 9:11 13:3 18:16 | |
| sale(1) 9:21 | |
| say(2) 4:18 5:9 | |
| saying(1) 10:8 | |
| schweitzer(71) 1:25 3:5 3:6 3:9 3:12 3:14 3:17 3:22 4:1 4:3 4:10 4:21 5:1 5:7 5:13 5:17 5:20 6:1 6:10 6:18 6:23 7:3 7:7 7:13 7:15 7:21 8:5 8:9 8:13 8:20 8:24 9:4 9:10 9:17 10:4 10:11 10:14 10:19 10:21 11:9 11:19 11:23 12:9 13:17 13:22 14:1 14:7 14:19 14:23 15:3 15:10 15:15 15:19 15:23 16:2 16:6 16:11 17:22 17:24 18:1 18:4 18:8 18:12 18:15 19:3 19:6 19:9 19:11 19:14 19:16 19:18 19:22 | |
| seated(1) 3:4 | |
| second(1) 11:17 | |
| secured(1) 6:3 | |
| secured/unsecured(1) 6:2 | |
| see(8) 3:5 3:6 4:4 5:7 14:4 15:11 16:5 19:13 | |
| seen(1) 5:21 | |
| sense(4) 3:19 4:24 5:3 18:23 | |
| series(1) 4:11 | |
| service(2) 1:40 1:47 | |
| services(1) 1:40 | |
| set(1) 14:13 | |
| settlement(3) 8:21 9:3 9:4 | |
| settling(1) 6:24 | |
| several(1) 6:25 | |
| shall(2) 4:18 5:7 | |
| share(2) 16:15 16:22 | |
| shares(1) 16:17 | |
| should've(1) 15:8 | |
| shrink(1) 13:2 | |
| shut(1) 12:19 | |
| shutting(1) 12:17 | |
| side(1) 19:16 | |
| significant(3) 7:5 7:18 9:12 | |
| since(1) 5:21 | |
| sir(1) 16:5 | |
| situation(1) 16:8 | |
| sixth(1) 6:12 | |
| small(2) 11:13 11:14 | |
| smaller(3) 11:10 14:14 19:1 | |
| snmp(1) 7:16 | |
| solutions(3) 5:9 11:5 11:10 | |
| some(13) 6:24 11:13 12:1 12:16 12:17 13:24 15:24 14:1 14:2 14:17 14:21 16:20 16:24 | |
| something(3) 4:24 14:13 17:2 | |
| sonoma(1) 11:4 | |
| sorry(1) 11:24 | |
| sort(2) 3:20 18:24 | |
| sorts(1) 18:17 | |
| sound(2) 13:24 14:15 | |
| sounds(2) 13:24 14:15 | |
| sources(1) 18:9 | |
| speak(1) 10:6 | |
| speculate(1) 18:21 | |
| speed(1) 10:10 | |
| spelled(1) 11:3 | |
| stage(1) 12:11 | |
| stakeholders(1) 17:10 | |
| start(1) 16:22 | |
| state(3) 7:19 9:13 17:17 | |
| states(4) 1:1 1:20 17:21 | |
| status(2) 3:15 13:14 | |
| steen(1) 1:34 | |
| steinhagen(1) 2:13 | |
| step(1) 3:24 | |
| steps(1) 10:17 | |
| still(2) 9:13 11:24 | |
| straightforward(1) 4:13 | |
| street(2) 1:11 1:32 | |
| subrogation(4) 8:1 8:2 8:5 8:15 8:17 | |
| subs(1) 18:18 | |
| subsidiaries(1) 12:3 | |
| subsidiary(2) 4:5 13:7 | |
| substantial(3) 5:24 6:2 17:9 | |
| successful(1) 13:15 | |
| such(1) 15:11 | |
| suite(1) 1:41 | |
| summer(1) 12:23 | |
| sure(1) 16:1 | |
| system(1) 7:1 | |
| systems(1) 11:4 | |
| take(2) 14:17 15:13 | |
| talking(1) 16:24 | |
| taman(1) 21:8 | |
| tax(9) 4:8 4:11 4:12 4:17 7:19 9:13 9:14 11:25 13:7 | |
| telecom(1) 11:9 | |
| telephone(1) 15:9 | |
| telephonic(1) 2:10 | |
| tell(1) 5:21 | |
| terms(6) 7:11 9:10 10:17 12:17 15:4 18:17 | |
| than(1) 7:3 | |
| thank(23) 3:3 3:9 3:14 3:22 3:25 4:2 4:3 15:20 15:22 15:23 16:2 18:2 18:2 18:3 19:11 19:12 19:17 19:18 19:19 19:20 19:20 19:21 19:22 19:23 | |
| that(71) 3:20 4:1 4:5 4:11 4:18 4:24 5:8 5:11 5:13 5:14 6:12 6:14 6:23 7:7 7:12 7:17 7:23 9:1 9:14 9:17 9:21 9:22 9:23 10:2 10:4 10:5 10:9 10:12 10:12 10:14 10:14 10:16 10:22 10:25 11:1 11:1 11:11 11:15 11:21 12:3 12:15 13:5 13:8 13:8 13:11 13:11 13:12 13:24 14:5 14:8 14:11 14:16 14:17 15:9 16:12 16:21 16:22 17:2 17:4 17:9 17:12 17:16 18:5 18:8 18:13 18:18 18:19 18:24 18:25 21:2 | |
| that's(17) 3:23 4:16 4:23 4:25 5:13 5:18 6:22 8:19 9:7 10:21 13:14 15:5 15:19 17:1 17:4 19:3 19:16 | |
| the(226) 1:1 1:2 1:19 2:4 2:6 3:2 3:3 3:7 3:7 3:10 3:13 3:15 3:16 3:18 3:20 3:25 4:2 4:3 4:4 4:4 4:5 4:7 4:9 4:12 4:13 4:13 4:19 4:23 4:24 5:6 5:11 5:12 5:14 5:16 5:19 5:20 5:22 5:22 5:23 5:25 6:2 6:3 6:5 6:6 6:7 6:9 6:12 6:13 6:15 6:15 6:17 6:18 6:19 6:20 6:21 6:22 6:24 7:2 7:6 7:7 7:12 7:14 7:15 7:15 7:16 7:20 7:22 7:23 7:23 8:1 8:1 8:2 8:3 8:4 8:6 8:8 8:9 8:12 8:15 8:15 8:19 8:23 8:25 9:1 9:3 9:4 9:5 9:9 9:12 9:13 9:14 9:15 9:16 9:20 9:20 9:21 9:24 9:24 10:2 10:3 10:5 10:6 10:9 10:13 10:16 10:18 10:20 10:25 11:1 11:1 11:2 11:8 11:13 11:17 11:18 11:19 11:20 11:22 11:23 11:24 11:25 12:4 12:6 12:6 12:8 12:10 12:11 12:16 12:17 12:22 13:5 13:11 13:12 13:16 13:18 13:20 13:23 13:23 13:25 14:1 14:4 14:6 14:8 14:10 14:12 14:15 14:20 14:24 15:1 15:2 15:2 15:5 15:7 15:13 15:14 15:14 15:16 15:20 15:22 15:24 16:2 16:5 16:6 16:9 16:10 16:12 16:13 16:14 16:15 16:16 16:16 16:17 16:21 16:21 16:24 17:2 17:2 17:2 17:3 17:4 17:5 17:8 17:11 17:12 17:15 17:16 17:17 17:18 17:20 17:23 17:25 18:2 18:7 18:11 18:14 18:16 18:18 18:19 18:22 18:24 19:1 19:4 19:7 19:10 19:12 19:15 19:19 19:21 19:21 19:24 20:1 21:2 21:3 21:3 21:4 | |
| their(8) 5:3 7:4 7:25 8:10 8:13 11:11 16:22 18:10 | |
| them(7) 7:1 10:15 11:2 11:13 12:2 12:14 13:1 | |
| themselves(1) 9:15 | |
| then(7) 4:14 7:9 10:22 11:19 11:23 12:1 13:4 | |
| there(16) 4:7 4:13 4:16 6:1 6:5 6:5 8:20 8:21 10:9 13:12 13:24 14:7 15:3 16:20 18:20 18:24 | |
| there's(2) 4:8 9:12 | |
| these(2) 12:19 13:4 | |
| they(7) 8:10 9:15 9:20 11:11 11:11 13:18 13:21 18:12 | |
| they'll(1) 19:1 | |
| they're(1) 9:18 | |
| they've(1) 8:13 | |
| things(15) 5:3 5:4 9:21 12:13 13:5 13:8 13:12 13:13 14:8 15:5 15:17 17:5 17:11 17:15 18:19 | |
| think(17) 3:10 4:25 10:2 10:7 11:2 12:13 12:15 12:20 12:21 12:22 13:2 13:8 14:1 14:7 18:5 | |
| this(10) 3:10 3:16 3:20 9:24 10:11 13:2 15:9 16:17 17:15 18:22 | |
| those(11) 7:22 8:5 8:25 9:2 11:13 11:15 11:24 12:13 12:25 13:20 17:19 | |
| thought(1) 5:20 | |
| through(7) 7:7 7:22 9:17 9:23 9:25 10:1 12:25 | |
| tied(1) 4:16 | |
| time(1) 14:17 | |
| timeline(1) 17:12 | |
| timing(4) 5:4 9:22 14:9 18:24 | |
| told(2) 9:3 15:9 | |
| too(1) 16:19 | |
| total(1) 6:4 | |
| tough(1) 13:20 | |
| trade(2) 7:16 8:21 | |
| trading(1) 4:6 | |
| transcriber(1) 21:8 | |
| transcript(3) 1:18 1:47 21:3 | |
| transcription(3) 1:40 1:40 1:47 | |
| triggers(1) 9:4 | |
| true(2) 5:10 13:3 | |
| trying(3) 5:2 5:8 12:14 | |
| tunnell(1) 1:30 | |
| two(2) 6:3 17:1 | |
| types(1) 12:13 | |
| u.s.(12) 4:5 4:14 7:17 7:23 8:1 8:6 9:11 16:8 16:14 16:21 17:2 17:17 | |
| ultimate(1) 5:11 | |
| uncertain(1) 5:2 | |
| unclear(1) 5:10 | |
| under(1) 11:20 | |
| unexpected(1) 16:8 | |
| united(3) 1:1 1:20 17:21 | |
| unlikely(1) 4:25 | |
| unsecured(4) 6:7 6:13 6:18 8:6 | |
| update(2) 5:20 12:24 | |
| use(2) 10:14 14:25 | |
| various(1) 4:10 | |
| very(8) 6:24 7:21 8:17 8:19 13:14 14:24 17:9 19:12 | |
| view(1) 10:17 | |
| waiting(1) 13:6 | |
| wanted(2) 3:15 3:19 | |
| was(12) 3:8 4:6 5:13 5:14 7:18 8:3 8:20 8:21 10:22 16:12 16:15 20:1 | |
| way(3) 8:18 10:8 18:13 | |
| well(11) 3:23 4:23 10:4 13:20 14:15 15:6 15:7 15:20 17:7 18:22 19:14 | |
| went(1) 6:5 | |
| were(4) 4:11 6:3 7:24 16:14 | |
| we'll(5) 6:11 10:25 14:13 15:16 19:7 | |
| we're(21) 5:2 5:7 5:8 8:14 11:12 12:4 12:15 12:16 12:21 12:22 12:25 13:5 13:5 13:8 13:10 15:11 17:20 17:24 18:15 18:16 | |
| we've(17) 3:10 4:17 5:17 6:24 7:16 7:18 7:21 8:9 8:16 9:11 9:17 9:23 10:15 12:10 12:13 12:24 14:25 | |
| what(7) 5:11 9:20 10:17 10:24 12:4 12:24 13:10 | |
| what's(4) 3:19 9:7 13:10 18:23 | |
| where(7) 7:16 8:25 12:6 12:16 13:10 13:18 18:23 | |
| whereupon(1) 20:1 | |
| which(6) 6:8 6:20 7:22 7:24 8:24 11:3 11:20 16:12 | |
| while(1) 6:14 | |
| why(1) 6:23 | |
| will(34) 3:11 3:18 5:11 6:12 6:19 9:2 10:2 11:15 13:24 14:2 14:17 14:21 16:22 17:19 | |
| wilmington(1) 1:12 1:34 3:1 | |
| wind(2) 5:23 17:11 | |
| wind-down(1) 18:17 | |
| wish(2) 15:15 15:15 | |
| with(13) 6:14 6:19 9:1 9:13 9:23 10:15 11:19 12:17 12:21 12:23 13:14 14:3 17:6 | |
| within(3) 4:24 5:2 10:3 | |
| witness(1) 6:25 | |
| wonderful(2) 3:12 18:20 | |
| won't(1) 14:3 | |
| work(5) 7:9 9:25 10:1 13:4 17:11 | |
| work-in(1) 5:9 | |
| worked(1) 10:7 | |
| working(6) 6:24 7:21 9:17 9:23 12:16 18:16 | |
| worry(1) 15:5 | |
| would(8) 5:1 5:9 8:25 10:5 10:17 13:12 18:12 18:20 | |
| www.diaztranscription.com(1) 1:44 | |
| xros(1) 11:4 | |
| yard(1) 13:19 | |
| yards(1) 13:20 | |
| yeah(4) 7:13 8:20 14:19 18:15 | |
| year(5) 3:16 4:25 5:2 10:3 19:4 | |
| yes(39) 3:13 3:15 3:22 4:21 5:16 5:25 6:9 6:17 6:22 7:2 7:12 7:14 7:20 8:4 8:8 8:19 8:23 9:6 9:20 10:21 11:8 13:16 13:16 13:22 14:23 14:23 15:2 15:12 15:15 15:24 16:2 16:5 16:16 17:18 17:23 17:25 18:7 18:11 19:6 19:15 | |
| yet(1) 17:4 | |
| york(3) 1:27 2:7 4:21 | |
| you(60) 3:3 3:4 3:5 3:6 3:9 3:14 3:22 3:23 3:25 4:2 4:3 4:19 4:23 4:25 5:21 10:2 10:23 11:2 12:12 12:21 12:23 12:23 13:9 13:10 14:10 14:11 14:11 14:12 14:13 15:8 15:9 15:11 17:10 17:14 17:15 18:2 18:2 18:3 19:4 19:7 19:10 19:14 19:19 19:22 19:23 19:24 | |
| you'll(7) 4:4 6:20 7:4 7:15 7:22 7:24 8:21 | |
| you're(1) 14:16 | |
| you've(4) 5:21 6:25 14:13 15:8 | |
| young(1) 16:6 | |
| your(16) 3:6 3:14 3:22 9:19 14:25 15:8 15:19 15:23 16:3 16:11 17:8 17:22 19:11 19:20 19:22 19:23 | |