IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                   : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                        : Case No. 09-10138 (KG)
:
    Wind-Down Debtors and Debtor-In-Possession. : Jointly Administered
:
:
---------------------------------------------------------X

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATE

The undersigned hereby certifies as follows:

1. In response to the undersigned counsel's inquiry, Nortel Networks Inc., <u>et al.</u>, wind- down debtors and debtor-in-possession in the above captioned cases (the "<u>Debtors</u>") were assigned an omnibus hearing date by The Honorable Kevin Gross, United States Bankruptcy Judge.

2. Enclosed herewith is a proposed form of Order (the "<u>Omnibus Hearing Order</u>") that states with specificity the time and date of the tentatively scheduled omnibus hearing.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession and does not join in seeking relief from the Court through this Motion. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

WHEREFORE, the Debtors hereby request that the Court enter the Omnibus Hearing Order.

Dated:  April 12, 2019
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Tamara K. Mann*
Derek C. Abbott (No. 3376)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Wind-Down Debtors and Debtor in Possession*