**Exhibit B**

## Exhibit B

List of the Closing Debtors

| Case No. | Closing Debtors |
|---|---|
| 09-10141 | Nortel Altsystems International Inc. |
| 09-10142 | Xros, Inc. |
| 09-10143 | Sonoma Systems |
| 09-10144 | Qtera Corporation |
| 09-10145 | CoreTek, Inc. |
| 09-10146 | Nortel Networks Applications Management Solutions Inc. |
| 09-10147 | Nortel Networks Optical Components Inc. |
| 09-10148 | Nortel Networks HPOCS Inc. |
| 09-10149 | Architel Systems (U.S.) Corporation |
| 09-10150 | Nortel Networks International Inc. |
| 09-10151 | Northern Telecom International Inc. |
| 09-10152 | Nortel Networks Cable Solutions Inc. |