IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                     :     Chapter 11
                                                           :
NORTEL NETWORKS INC., *et al.*,                            :     Case No. 09-10138 (KG)
                                                           :
    Wind-Down Debtors and                                  :
    Debtor-In-Possession.[1]                               :     (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that David L. Pollack of Ballard Spahr LLP hereby withdraws his appearance as counsel to UBS Realty Investors LLC (the "Creditor") in the above-captioned cases, and requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

PLEASE TAKE FURTHER NOTICE that no other appearances filed on behalf of the Creditor shall be affected by this Notice, and that the Creditor has been, and will continue to be, represented by Leslie C. Heilman of Ballard Spahr LLP in these cases.

Dated: June 20, 2019                    Respectfully submitted,

                                                       */s/ Leslie C. Heilman*
                                                     Leslie C. Heilman, Esquire (No. 4716)
                                                     Ballard Spahr LLP
                                                     919 N. Market Street, 11th Floor

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

DMEAST #37997491 v1

Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com

*Counsel for UBS Realty Investors LLC*