# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------X | : | Chapter 11 |
| *In re* | : | Case No. 09-10138 (KG) |
| **Nortel Networks Inc., *et al.*,**[1] | : | Jointly Administered |
| Wind-Down Debtors and Debtor-In-Possession. | : | Re: D.I. 18732 and D.I. 18733 |
| ------------------------------------------------------------X | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 10, 2019, copies of the *Monthly Operating Report for June 2019* [D.I. 18732]; and the *Post-Confirmation Quarterly Report for the Period of April 1, 2019 through June 30, 2019* [D.I. 18733] were served upon the individual listed below, in the manner indicated.

**VIA HAND DELIVERY**
Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519

Dated: July 10, 2019
    Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Paige N. Topper*
Paige N. Topper (No. 6470)
1201 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.