## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X
```
| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Wind-Down Debtors. | : | Jointly Administered |
| | : | |

```
------------------------------------------------------------ X
```
**Ref. Docket No. 18731**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2019, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 16, 2019 at 10:00 A.M. (ET)," [*Cancelled*], dated July 1, 2019 [Docket No. 18731], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Wind-Down Debtors in these chapter II cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Norte] Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiqll.com/nortel.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
8th day of July, 2019

Wing Chan

Notary Public

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  8**

**NNI 18731 7-1-19**

HUGHES HUBBARD & REED LLP
CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

**NNI 18731 7-1-19**

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
MICHAEL J. RIELA
US COUNSEL FOR THE BANK OF NEW YORK MELLON
900 THIRD AVENUE
NEW YORK, NY 10022

**EXHIBIT B**

| Name | Contact1 | Contact2 | Contact3 | Contact4 | Fax |
|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, | DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN | | | 212-872-1002 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & | DAN J. MCDERMETT, JR., ESQ. | | | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY | COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) | | | 416-863-2653 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | | | 617-856-8201 |
| COLE SCHOTZ P.C. | N. PERNICK, S. BHATNAGAR & N. BRANNICK | COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP | | | 302-574-2106 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | | | 302-656-8920 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG | 333 BAY STREET, SUITE 3400 | | | 416-979-1234 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | | 212-422-4726 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | | 212-299-6269 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | | 212-299-6045 |
| IOWA DEPARTMENT OF REVENUE | BRANDON J. GRAY | ASSISTANT ATTORNEY GENERAL | | | 515-281-4209 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT | COLLECTIONS SECTION | | | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER | COUNSEL TO PENSION BENEFIT GUARANTY | | | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL | ERNSEST S. WECHSLER | COUNSEL FOR RADWARE | | | 212-715-8000 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI | COUNSEL FOR CIENA CORPORATION | | | 202-637-2201 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. | COUNSEL FOR GENBAND INC. | | | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | JAMES GAGE | COUNSEL FOR HITACHI, LTD., | TELECOMMUNICATIONS & NETWORKS | | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER | ALBERT A. PISA ESQ.,ANDREW M. LEBLANC | | | 212-530-5219 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ | COUNSEL FOR HITACHI, LTD., | TELECOMMUNICATIONS & NETWORKS | | 415-268-7522 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY | 844 KING STREET, SUITE 2207 | | | 302-573-6497 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS | 919 N. MARKET ST. 17TH FL. | | | 302-652-4400 |

| | | | | |
|---|---|---|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY | LAW DEBENTURE TRUST COMPANY OF NEW YORK | | 212-336-2222 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, | STEPHEN D. SCHREIBER, PAULA J. CONNELLY, | GARTH D. WILSON AND | OFFICE OF THE CHIEF 202-326-4112 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND | DANIEL S. HOLZMAN, ESQ. | COUNSEL FOR SOLUS ALTERNATIVE | 212-849-7100 |
| ROPES & GRAY LLP | HOWARD S. GLAZER | COUNSEL FOR AVAYA INC. | | 415-315-6350 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE | COUNSEL FOR AVAYA INC. | | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER | COUNSEL FOR CIENA CORPORATION | | 416-947-0866 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA | US COUNSEL FOR THE BANK OF NEW YORK MELLON | | 646-390-7034 |