**Exhibit A**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------ X
*In re*                                                    :   Chapter 11
                                                                :
Nortel Networks Inc., *et al.*,[1]                :   Case No. 09-10138 (KG)
                                                                :
       Wind-Down Debtors.         :   Jointly Administered
                                                                :
                                                                :   **RE: D.I. _____**
                                                                :
------------------------------------------------ X

## ORDER APPROVING THE DEBTORS' ENTRY
## INTO THE SERVER ACCESS AND DISPOSITION AGREEMENT

Upon the Motion dated August 14, 2019,[2] of Nortel Networks Inc. and certain of its affiliates, as wind-down debtors (the "Wind-Down Debtors") and Nortel Networks India International Inc., as a debtor in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order, as more fully described in the Motion, pursuant to the authority granted to the Wind-Down Debtors in the Plan and Confirmation Order and section 105 of title 11 of the United States Code, authorizing the Debtors, *inter alia*, to (i) continue to provide certain Data Hosting Services through and until the Service End Date and (ii) dispose or destroy the Servers and Related Equipment upon and after the Service End Date, pursuant to the Server Agreement, a copy of which is attached hereto as Exhibit 1; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and Article 14 of the Plan; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors, and the parties in interest; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby authorized to take all actions necessary to effectuate and implement the Server Agreement.

3. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry; (ii) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order; and (iii) the Debtors may, in their discretion and without further delay, take any action and perform any act authorized under this Order.

4. The Plan Administrator, the Wind-Down Debtors, the Debtor-in-possession and their agents, delegates and professionals shall have no liability whatsoever arising from or relating to the implementation, performance or execution of the Server Agreement, subject to the terms of the Server Agreement.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:_____, 2019
      Wilmington, Delaware

                                              THE HONORABLE KEVIN GROSS
                                              UNITED STATES BANKRUPTCY JUDGE