# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
                                              :
In re                                         :        Chapter 11
                                              :
Nortel Networks Inc., et al.,                 :        Case No. 09-10138 (KG)
                                              :
      Wind-Down Debtors and Debtor-In-        :        Jointly Administered
      Possession.                             :
                                              :
                                              :
------------------------------------X
```

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing date has been scheduled in the above-referenced cases:

| DATE | TIME |
|------|------|
| September 9, 2019 | 10:00 a.m. (Eastern Time) |