# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
|       Wind-Down Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------------ X | | **Ref. Docket No. 18741** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2019, I caused to be served the "Notice of Debtors' Motion for Entry of an Order Approving the Debtors' Entry Into the Server Access and Disposition Agreement," dated August 14, 2019 [Docket No. 18741], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Wind-Down Debtors in these chapter II cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Norte] Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiqll.com/nortel.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

\\p054ebsfile01\ebs\ClientInfo\Clients\NORTEL\Affidavits\Motion to Approve Agreement_DI 18741_AFF_8-14-19.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                Wing Chan

Sworn to before me this
15th day of August, 2019

_____
Notary Public

JOHN CHAU
Notary Public, State of New York
Reg. No. 01CH6353383
Qualified in Queens County
Commission Expires Jan. 23, 2021