**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN ONE BRYANT PARK NEW YORK NY 10036 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & DAN J. MCDERMETT, JR., ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE, SUITE 600 DALLAS TX 75201 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 199 BAY STREET SUITE 4000, COMMERCE COURT WEST TORONTO ON M5L 1G9 CANADA |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM ONE FINANCIAL CENTER BOSTON MA 02111 |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| COLE SCHOTZ P.C. | N. PERNICK AND S. BHATNAGAR COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP RESEARCH INC. 300 E. LOMBARD STREET, SUITE 1450 BALTIMORE MD 21202 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM 919 NORTH MARKET STREET, SUITE 300 CITIZENS BANK CENTER WILMINGTON DE 19801 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| HOLLAND & KNIGHT | ATTN: MICHAEL B EISENBERG, ESQ COUNSEL FOR AVAYA INC. 901 NORTH MARKET ST STE 1300 WILMINGTON DE 19801 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| IOWA DEPARTMENT OF REVENUE | BRANDON J. GRAY, ASSISTANT ATTORNEY GENERAL HOOVER STATE OFFICE BUILDING DES MOINES IA 50319 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION 101 PARK AVENUE NEW YORK NY 10178 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. COUNSEL FOR GENBAND INC. 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. 28 LIBERTY STREET NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: DAVID L. BUCHBINDER, ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, STEPHEN D. SCHREIBER, PAULA J. CONNELLY, GARTH D. WILSON AND JENNIFER MESSINA OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW WASHINGTON DC 20005-4026 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND DANIEL S. HOLZMAN, ESQ. COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP 51 MADISON AVENUE, 22ND |

| Claim Name | Address Information |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | FLOOR NEW YORK NY 10010 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE COUNSEL FOR AVAYA INC. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA US COUNSEL FOR THE BANK OF NEW YORK MELLON 900 THIRD AVENUE NEW YORK NY 10022 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  33**

## NORTEL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | ATTN: K COLEMAN, PKELLER, D GUYDER, L HALL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10002 |
| ALLEN & OVERY LLP | ATTN: J BADTKE-BERKOW, J CHO, N WARD, J PULTMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10002 |
| BUCHANAN INGERSOLL & ROONEY | ATTN: K MURPHY, M CALOWAY 1105 N. MARKET ST, STE 1900 WILMINGTON DE 19801 |
| DAVIES WARD PHILLIPS & VINEBERG LLP | ATTN: R SCHWILL, S CAMPBELL, J DORIS, L SARABIA 1 FIRST CANADIAN PLACE, 44TH FL TORONTO ON M5X 1B1 CANADA |
| ERNST & YOUNG INC. | ATTN: MURRAY MCDONALD, BRENT BEEKENKAMP ERNST & YOUNG TOWER 222 BAY ST. P.O. BOX 251 TORONTO ON M5K 1J7 CANADA |
| GOODMANS LLP | ATTN: P RUBY, J KIMMEL, C ARMSTRONG BAY ADELAIDE CENTRE 333 BAY ST. STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOODMANS LLP | ATTN: J CARFAGNINI, J PASQUARIELLO, B ZARNETT, A MARK, BAY ADELAIDE CENTRE 333 BAY ST. STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON LLP | ATTN: D TAY, J STAM FIRST CANADIAN PLACE, SUITE 1600 100 KING STREET WEST TORONTO ON M5X 1G5 CANADA |
| HERBERT SMITH FREEHILLS LLP | ATTN: JAMES NORRIS-JONES EXCHANGE HOUSE, PRIMROSE ST LONDON EC2A 2EG UNITED KINGDOM |
| HUGHES HUBBARD & REED | ATTN: D ADLER, N OXFORD, F TABATABAI, C HUBERTY ONE BATTERY PARK PLAZA NEW YORK NY 10001-1482 |
| LAX O'SULLIVAN SCOTT LISUS LLP | ATTN: M GOTTLIEB, T WYNNE, P MICHELL, J ZHI 145 KING STREET WEST, STE 1920 TORONTO ON M5H 1J8 CANADA |
| NORTEL NETWORKS AB (IN LIQUIDATION) | C/O BDO STOCKHOLM AB BOX 241 15 STOCKHOLM 104 51 SWEDEN |
| NORTEL NETWORKS INTERNATIONAL | FINANCE & HOLDING B.V. (IN LIQUIDATION) EVERT VAN DE BEEKSTRAAT 104 OFFICE NO. 1, 1118CN SCHIPHOL AMSTERDAM NETHERLANDS |
| NORTEL NETWORKS KFT (UNDER LIQUIDATION) | HAMZSABEGI UT 38-40. 7TH FLOOR BUDAPEST 1114 HUNGARY |
| NORTEL NETWORKS ROMANIA SRL (IN LIQUIDATION) | C/O CLAUDIU TOMA 1 LANTULUI STREET, GROUND FLOOR 5TH DISTRUCT BUCHAREST ROMANIA |
| NORTEL NETWORKS S.R.O. (IN LIQUIDATION) | C/O BDO UCETNICTVI S.R.O. OLBRACHTOVA 1980/5 PRAHA 4 140 00 CZECH REPUBLIC |
| STEPHEN JONATHAN TAYLOR | ISONOMY LIMITED, LEAWOOD HALL HOLLOWAY DERBYSHIRE DE4 5AQ UNITED KINGDOM |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: E HARRON, J DORSEY, J CHAPMAN 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count 18**