IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                                                        :
*In re*                                                 :    Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,                         :    Case No. 09-10138 (KG)
                                                        :
    Wind-Down Debtors and Debtor-In-Possession. :    Jointly Administered
                                                        :
                                                        :
--------------------------------------------------------X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing date has been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| September 9, 2019 | 10:00 a.m. (Eastern Time) |

**Dated: August 19th, 2019**
**Wilmington, Delaware**

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE