# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------ X | Chapter 11 |
| *In re* : | |
| : | Case No. 09-10138 (KG) |
| **Nortel Networks Inc.,** *et al.*,[1] : | |
| : | Jointly Administered |
| Wind-Down Debtors and : | |
| Debtor-In-Possession. : | |
| : | |
| : | |
| ------------------------------------------------------------ X | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON SEPTEMBER 9, 2019 AT 10:00 A.M. (ET)

**PER THE COURT'S INSTRUCTION, THIS HEARING HAS BEEN CANCELLED.**

RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order Approving the Debtors' Entry into the Server Access and Disposition Agreement (D.I. 18741, Filed 8/14/19).

   Objection Deadline: August 30, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Approving the Debtors' Entry into the Server Access and Disposition Agreement (D.I. 18750, Filed 9/3/19); and

   b) Order Approving the Debtors' Entry into the Server Access and Disposition Agreement (D.I. 18751, Entered 9/4/19).

   Status:  An order has been signed.  No hearing is necessary.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2. Debtors' Sixth Motion Pursuant to Sections 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors Deadline to Object to Certain Administrative Expense Claims (D.I. 18742, Filed 8/16/19).

<u>Objection Deadline</u>: August 30, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a) Certificate of No Objection Regarding Debtors' Sixth Motion Pursuant to Sections 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors Deadline to Object to Certain Administrative Expense Claims (D.I. 18749, Filed 9/3/19); and

b) Order Pursuant to Section 1142 and 105(a) of the Bankruptcy Code for Entry of an Order Extending the Debtors Deadline to Object to Certain Administrative Expense Claims (D.I. 18752, Entered 9/4/19).

<u>Status</u>:  An order has been signed.  No hearing is necessary.

Dated:  September 4, 2019
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Tamara K. Mann_
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*