

**RELIABLE EXPERT IPURL**
Str. Lanțului nr. 1 parter, sector 5, București
E-mail: office@reliable-expert.ro
Tel / Fax +4 031- 425 01 91

FILED
2019 SEP 18 AM 9:00
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date: **2019 / September / 5**

From: **NORTEL NETWORKS ROMANIA S.R.L - in bankruptcy**

Represented by the liquidator RELIABLE EXPERT IPURL, appointed by Bucharest District Court

Headquartered in Romania, Bucharest, 1st Lantului Street, District 5

To: **The United States Bankruptcy Court for the District of Delaware**

**Address:** United States of America, Wilmington 824 Market ST N 3rd Floor Wilmington, DE 19801

Re: **Case 09-10138-KG**

**Your Honor,**

The undersigned RELIABLE EXPERT IPURL, represented by Claudiu – Mihai Toma, acting as liquidator of **NORTEL NETWORKS ROMANIA S.R.L**, as appoitned by Bucharest Tribunal – Seventh Civil Division through Resolution from 2019, May, 13 (File no. 39181/3/2018),

we would like to inform any interested person, that from the date of the opening of proceedings in Romania against **NORTEL NETWORKS ROMANIA S.R.L.** (*2019, May, 13*), according to art. 75 of Romanian Insolvency Law 85/2014 all judicial, extrajudicial or enforced enforcement actions for the settlement of claims on the debtor's assets are lawfully suspended and their rights can be capitalized only in insolvency proceedings, by submitting applications for admission of claims in the insolvency file.

Any creditors of NORTEL NETWORKS ROMANIA S.R.L. shall submit any application for the admission of claims to the Bucharest Tribunal – Seventh Civil Division (*Romania, Bucharest, Splaiul Independenței, no.319L; building B - Sema Park, district 6*, mentioning the number of the insolvency file (39181/3/2018).

Please find attached the Romanian Court Decision.

Sincerely,
RELIABLE EXPERT IPURL
Liquidator of NORTEL NETWORKS ROMANIA S.R.L
*represented by Claudiu – Mihai Toma*

*[Round stamp: LOGO, ROMANIA, BUCHAREST TRIBUNAL, SEVENTH CIVIL DIVISION]*

**Case no. 39181/3/2018**

# ROMANIA
# BUCHAREST TRIBUNAL
# SEVENTH CIVIL DIVISION
# RESOLUTION
### Hearing in the Chambers of 13.05.2019
### Panel composed of:
### PRESIDING JUDGE Constantina Veronica Adam
### Court Clerk Coşoveanu Alisa

On the dockets, examination of a civil case involving **debtor** NORTEL NETWORKS ROMANIA SRL - HAVING ITS ADDRESS SELECTED FOR SERVICE AT SCA SCHOENHERR ŞI ASOCIATII, based on the provisions of Law no.85/2014.

Debates on the merits of the case were conducted in the Chambers on **06.05.2019** and were recorded in the hearing minutes of that date, which is an inherent part hereof, when the Court, needing time to deliberate, adjourned the decision rendering for the date of **13.05.2019**.

### THE COURT,

By an application registered with Bucharest Tribunal, the Seventh Civil Division, on 16.11.2018 under no. 39181/3/2018, debtor SC NORTEL NETWORKS ROMANIA SRL requested for the opening of a simplified insolvency proceeding.

In support of its application, the debtor mentioned that it was in insolvency and that it did not have liquidities to pay its payable debts to creditors, which were in an amount of RON 1,229,881.54. Therefore, it was in blatant insolvency because it had not paid its debts to various creditors within 60 days, which exceeded the limit value provided for by the law.

In law, it relied upon the provisions of Art. 66 para. (1) of Law no .85/2014.

The application was duly stamped with a stamp duty fee of RON 200, according to the provisions of Art. 14 para. 1 of Government Emergency Ordinance no. 80/2013.

Documentary evidence was produced in the case.

By a resolution dated 03.12.2018, the applications was dismissed for failure to lodge all the documents provided for by Art. 67 para. 1 of Law no. 85/2014.

By Civil Decision no. 375/29.02.2019, rendered by BUCHAREST COURT OF APPEALS – FIFTH CIVIL DECISION, the appeal lodged by the debtor appellant against the resolution dated 03.12.2018 rendered by Bucharest Tribunal, Seventh Civil Division, was admitted, the appealed resolution was cancelled, and the case was sent to the syndic judge for the opening of insolvency proceedings.

On the date of 12.04.2019, case no. 39181/3/2018 was registered on the dockets of Bucharest Tribunal, the Seventh Civil Division.

Taking into account the reasoning and the enacting terms of Civil Decision no. 375/29.02.2019 rendered by BUCHAREST COURT OF APPEALS – THE FIFTH CIVIL DECISION, which

*[Round stamp: LOGO, ROMANIA, BUCHAREST TRIBUNAL, SEVENTH CIVIL DIVISION]*

were mandatory for the judge examining the case merits pursuant to Art. 480 of the Civil Procedure Code and the provisions of Art. 43 para. 7 of Law no. 85/2014, under Art. 145 para. 1, by reference to Art. 71 para. 1 of Law no. 85/2014 on Insolvency Prevention and Insolvency Proceedings, will order the entering into bankruptcy of debtor SC NORTEL NETWORKS ROMANIA SRL by a simplified proceeding.

Under Art. 85 para. 1 of Law no. 85/2014, lifts the debtor's right of administration – consisting of the right to run its activity, to manage its assets and to dispose of them.

Will order all banks with which the debtor has liquidities in the accounts not to dispose of them without an order from the syndic judge or the judicial liquidator. The obligation to notify the banks rests upon the judicial liquidator.

Will order the sealing of the debtor's assets by the judicial liquidator.

Will set the terms provided for by Law no. 85/2014.

Upon request by the debtor, will appoint as temporary judicial liquidator the company RELIABLE EXPERT IPURL — a practitioner that has filed an offer with the case file — which will fulfil the formalities set forth by Art. 58 of Law no. 85/2014, with a remuneration of RON 3,000 out of the debtor's estate.

Under Art. 147 para. 1, by reference to Art. 71 para. 2 of Law no. 85/2014, orders the judicial liquidator to send a notification under the terms of Art. 100 of the Law regarding the debtor's entering into bankruptcy by a simplified proceeding, the cancellation of its administration right, and its dissolution to all creditors included in the list lodged by the debtor pursuant to Art. 74, by reference to Art. 67 para. 1 item c), to the debtor and to the Trade Registry Office or, as applicable, to the Registry of Agricultural Companies or the Registry of Associations and Foundations with which the debtor is registered, for registration purposes, to the courts under the jurisdiction of which the seat declared at the Trade Registry is located, as well as to all banks with which the debtor has opened accounts, for the application of the provisions of Art. 75 of Law no. 85/2014.

Will order the judicial liquidator to take stock, within 60 days as from the date when this decision is rendered, of the debtor's assets, and to prepare and lodge with the case file the report provided for by Art. 97 para. 1 of Law no. 85/2014 within 40 days as from its appointment.

Under Art. 39 of Law no. 85/2014, orders the opening by the debtor of an account with a bank unit, out of which the proceeding-related expenses will be covered, within 2 days as from the notification of the proceeding opening; in case of failure to do so, this account will be opened by the judicial liquidator.

Any potential liquidities will be kept in a special bank deposit account.

Will advise the judicial liquidator on the provisions of Art. 252 of Law no. 31/1990, as republished, and will order it to fulfil the formalities related to the registration of its permanent representatives with the Trade Registry.

*[Round stamp: LOGO, ROMANIA, BUCHAREST TRIBUNAL, SEVENTH CIVIL DIVISION]*

Will set the administrative control term for an analysis of the proceeding progress status for the date of 23.09.2019.

# FOR THESE REASONS
# IN THE NAME OF THE
# LAW
# THE COURT ORDERS:

Under Art. 145 para. 1, by reference to Art. 71 para. 1 of Law no. 85/2014 on Insolvency Prevention and Insolvency Proceedings, orders the entering into bankruptcy through a simplified proceeding of debtor SC NORTEL NETWORKS ROMANIA SRL, having its seat in Bucharest, District 1, 169A Calea Floreasca Street, Building A, 4th floor, room 2086, having sole registration code 311678271, J40/3642/199 and HAVING ITS ADDRESS SELECTED FOR SERVICE AT SCA SCHOENHERR ȘI ASOCIAȚII in District 1, Bucharest, 30 Dacia Blvd., 7th floor.

Under Art. 85 para. 1 of Law no. 85/2014, lifts the debtor's right of administration – consisting of the right to run its activity, to manage its assets and to dispose of them.

Orders all banks with which the debtor has liquidities in the accounts not to dispose of them without an order from the syndic judge or the judicial liquidator. The obligation to notify the banks rests upon the judicial liquidator.

Orders the sealing of the debtor's assets by the judicial liquidator.

If the debtor fails to lodge the required documents and information, the provisions of Art. 82 para. 2 and Art. 169 para. 1 item d of Law no. 85/2014 become applicable.

Sets the following deadlines: a) the deadline for submission by the creditors of the objections to the sentence on the proceeding opening - 10 days as from the notification, and the deadline for the settlement of such objections, which will not exceed 5 days as from the expiry of the deadline for their submission; b) the deadline for the registration of the application for admission of the receivables held against the debtor's estate for 27.06.2019; c) the deadline for checking the receivables and for the preparation, publication and communication of the preliminary list of claims — 05.07.2019; d) the deadline for completion of the table of claims — 30.07.2019; and e) the date of the first meeting of the creditors' assembly — 10.07.2019.

Appoints RELIABLE EXPERT IPURL as temporary judicial liquidator in order to fulfil the formalities set forth by Art. 58 of Law no. 85/2014, with a remuneration of RON 3,000 out of the debtor's estate.

Under Art. 147 para. 1, by reference to Art. 71 para. 2 of Law no. 85/2014, orders the judicial liquidator to send a notification under the terms of Art. 100 of the Law regarding the debtor's entering into bankruptcy by a simplified proceeding, the cancellation of its administration right, and its dissolution to all creditors included in the list lodged by the debtor pursuant to Art. 74, by reference to Art. 67 para. 1 item c), to the debtor and to the Trade Registry Office or, as applicable, the Registry of Agricultural Companies or the Registry of Associations and Foundations with which the debtor is registered, for registration purposes, to the courts under the jurisdiction of which the seat declared at the

*[Round stamp: LOGO, ROMANIA, BUCHAREST TRIBUNAL, SEVENTH CIVIL DIVISION]*

Trade Registry is located, as well as to all banks with which the debtor has opened accounts, for the application of the provisions of Art. 75 of Law no. 85/2014.

Orders the judicial liquidator to take stock of the debtor's assets within 60 de days as from the date when this decision is rendered, and to prepare and lodge with the case file the report provided for by Art. 97 para. 1 of Law no. 85/2014 within 40 days as from its appointment,

Under Art. 39 of Law no . 85/2014, orders the opening by the debtor of an account with a bank unit, out of which the proceeding-related expenses will be covered, within 2 days as from the notification of the proceeding opening; in case of failure to do so, this account will be opened by the judicial liquidator.

Any potential liquidities will be kept in a special bank deposit account.

Advises the judicial liquidator on the provisions of Art. 252 of Law no. 31/1990, as republished, and orders it to fulfil the formalities related to the registration of its permanent representatives with the Trade Registry.

Orders the judicial liquidator to lodge the report provided for by Art. 59 para. 1 of Law no. 85/2014 with the case file.

Sets the administrative control term for an analysis of the proceeding progress status for the date of 23.09.2019.

Enforceable.

With a right of appeal within 7 days as from the decision communication by publication in the Insolvency Proceeding Bulletin, which will be lodged with Bucharest Tribunal, the Seventh Civil Division.

Rendered by providing the parties with the decision through the court's registry office today, 13.05.2019.

Presiding Judge,    Court Clerk,
Adam Veronica Constantina    Coșoveanu Alisa

Prepared/typed by: CVA/
3 copies/17.05.2019

BUCHAREST TRIBUNAL
Seventh Civil Division
This copy, which is conform to the original kept with case file no. 39181/3/2018 of this Tribunal, is legalized by us.
Court Clerk,
*[illegible signature]*
*[Round stamp: LOGO, ROMANIA, BUCHAREST TRIBUNAL, SEVENTH CIVIL DIVISION]*

