UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  
Nortel Networks (CALA) Inc.  
Debtors.

Chapter 11  
Case No. 09-12515

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **CALA TELECOM SERVICES**, a creditor ("Creditor") in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim # 6857 (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

**Former Address**  
CALA TELECOM SERVICES  
218 MARCUS GARVEY DRIVE, UNIT 10 BLK A  
KINGSTON 11, JAMAICA

**New Address**  
Re: Hain Capital Holdings, LLC  
301 Route 17 North, 7th Floor  
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:  
CALA TELECOM SERVICES

By: _Alvaro Duque_  
Title: Managing director  
Date: 9/25/19