IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ---------------------------------------------------------- X | Chapter 11 |
| *In re* : | |
| : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] : | |
| : | Jointly Administered |
| Wind-Down Debtors and : | |
| Debtor-In-Possession. : | |
| : | |
| : | |
| ---------------------------------------------------------- X | |

**NOTICE OF CHANGE OF HEARING TIME**

PLEASE TAKE NOTICE THAT, per the Court's direction, the hearing scheduled for November 4, 2019 at 10:00 a.m. (Eastern Time) has been changed to **November 4, 2019 at 3:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, Wilmington, Delaware 19801.

Dated: October 21, 2019
Wilmington, Delaware

                                               CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                               Lisa M. Schweitzer (No. 1033)
                                               One Liberty Plaza
                                               New York, New York 10006
                                               Telephone: (212) 225-2000
                                               Facsimile: (212) 225-3999

                                                              - and -

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Paige N. Topper
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtors In Possession*

13204303.1