IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
*In re*                                                    :
                                                           :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :
                                                           :   Case No. 09-10138 (KG)
           Wind-Down Debtors and                           :
           Debtor-In-Possession.                           :   Jointly Administered
                                                           :
                                                           :
---------------------------------------------------------- X

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 4, 2019 AT 3:00 P.M. (ET)

**PER THE COURT'S INSTRUCTION, THIS HEARING HAS BEEN CANCELLED.**

RESOLVED MATTERS

1.  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Between Nortel Networks Inc. and the California Franchise Tax Board (D.I. 18758, Filed 10/3/19).

    Objection Deadline: October 21, 2019 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a)   Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Between Nortel Networks Inc. and the California Franchise Tax Board (D.I. 18767, Filed 10/24/19); and

    b)   Order Approving the Stipulation Between Nortel Networks Inc. and the California Franchise Tax Board (D.I. 18768, Entered 10/25/19).

    Status: An order has been signed. No hearing is necessary.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: October 28, 2019
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Tamara K. Mann
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*