# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2019 Through October 31, 2019

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (MNAT- Filing) | 2.5 | $1,000.50 |
| Fee Applications (Others – Filing) | 7.7 | 3,318.50 |
| Fee Applications (MNAT- Objections) | .6 | 285.00 |
| Fee Applications (Others- Objections) | .7 | 417.50 |
| Other Contested Matters | .6 | 183.00 |
| Court Hearings | 1.5 | 661.50 |
| Schedules/SOFA/U.S. Trustee Reports | .6 | 183.00 |
| **TOTAL** | **14.2** | **$6,049.00** |

**Time Detail**

**Task Code:**    B160    Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/19 | Mann, Tamara K. | Review MNAT proforma and conf. with M. Maddox re same | 0.3 | 193.50 |
| 02/06/19 | Mann, Tamara K. | Emails with M. Maddox re pro forma | 0.1 | 64.50 |
| 02/06/19 | Maddox, Marisa | review MNAT pro forma | 0.1 | 30.50 |
| 02/07/19 | Maddox, Marisa | draft notice of MNAT fee app | 0.1 | 30.50 |
| 02/07/19 | Maddox, Marisa | draft fee application of MNAT | 0.8 | 244.00 |
| 02/08/19 | Mann, Tamara K. | Review revised MNAT monthly fee application and call with M. Maddox re comments re same | 0.1 | 64.50 |
| 02/08/19 | Maddox, Marisa | draft COS re MNAT fee app | 0.1 | 30.50 |
| 02/08/19 | Maddox, Marisa | draft COS re MNAT fee app | 0.1 | 30.50 |
| 02/08/19 | Maddox, Marisa | prep, file and serve MNAT monthly fee app | 0.4 | 122.00 |
| 02/12/19 | Maddox, Marisa | draft MNAT quarterly | 0.2 | 61.00 |
| 02/15/19 | Mann, Tamara K. | Emails from M. Maddox and T. Naimoli re MNAT quarterly fee app | 0.1 | 64.50 |
| 02/15/19 | Mann, Tamara K. | Review MNAT quarterly fee app | 0.1 | 64.50 |
| | | **Total** | **2.5** | **1,000.50** |

**Task Code:**    B165    Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/19 | Mann, Tamara K. | Emails with M. Livingston re Cleary interim fee app | 0.1 | 64.50 |
| 01/11/19 | Mann, Tamara K. | Emails with M. Livingston and R. Fusco re Cleary interim fee app | 0.1 | 64.50 |
| 01/11/19 | Fusco, Renae M. | draft notice & cos re Cleary 104 fee app | 0.3 | 91.50 |
| 01/11/19 | Mann, Tamara K. | Further emails with M. Livingston re Cleary interim fee app | 0.1 | 64.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/19 | Mann, Tamara K. | Review Notice and COS re Cleary interim fee app | 0.1 | 64.50 |
| 01/14/19 | Naimoli, Theresa M. | Review and respond to email from M. Maddox re filing and service of fee application (.1); Prepare, efile & serve One Hundred and Fourth Interim Application of Cleary Gottlieb Steen & Hamilton LLP for the Period November 1, 2017 through December 31, 2018 (.5) | 0.6 | 99.00 |
| 01/14/19 | Maddox, Marisa | revise notice and COS re Cleary fee app; emails with T Mann and M Livingston re CLeary fee app | 0.3 | 91.50 |
| 01/14/19 | Mann, Tamara K. | Emails with M. Livingston and M. Maddox re Cleary 104th fee app and review same | 0.3 | 193.50 |
| 02/05/19 | Mann, Tamara K. | Emails with M. Livingston and L. Schweitzer re fee applications (.2); calls with M. Maddox re same (.2) | 0.4 | 258.00 |
| 02/05/19 | Maddox, Marisa | emails with T Mann and M Livingston re fee app and hearing | 0.1 | 30.50 |
| 02/06/19 | Mann, Tamara K. | Conf. with M. Maddox re quarterly fee applications | 0.3 | 193.50 |
| 02/06/19 | Maddox, Marisa | call with T Mann re fee applications | 0.2 | 61.00 |
| 02/06/19 | Maddox, Marisa | meeting with T Mann re fee apps: email with J Lee re same | 0.2 | 61.00 |
| 02/07/19 | Maddox, Marisa | draft Fee Exhibit index | 0.3 | 91.50 |
| 02/08/19 | Mann, Tamara K. | Emails with R. Lerner re Cleary quarterly fee app (.1); review same (.2); emails with M. Maddox re same (.1) | 0.4 | 258.00 |
| 02/08/19 | Maddox, Marisa | draft COS re CLeary fee app | 0.1 | 30.50 |
| 02/08/19 | Maddox, Marisa | file and serve Cleary fee app | 0.3 | 91.50 |
| 02/11/19 | Mann, Tamara K. | Emails with G. Mace and M. Maddox re Cleary interim fee app | 0.2 | 129.00 |
| 02/20/19 | Mann, Tamara K. | Emails with J. Simon and M. Maddox re EY fee app | 0.2 | 129.00 |
| 02/20/19 | Maddox, Marisa | draft fee order | 0.5 | 152.50 |
| 02/20/19 | Mann, Tamara K. | Conf. with M. Maddox re omnibus fee order | 0.1 | 64.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/21/19 | Maddox, Marisa | revise fee exhibit A; revise fee order | 0.2 | 61.00 |
| 02/21/19 | Maddox, Marisa | revise EY fee app (.1); file EY fee app (.1) | 0.2 | 61.00 |
| 02/21/19 | Mann, Tamara K. | Review EY quarterly fee app and emails with J. Simon re same | 0.2 | 129.00 |
| 02/26/19 | Maddox, Marisa | emails with M Livingston and T Mann re fee order | 0.1 | 30.50 |
| 02/26/19 | Maddox, Marisa | emails with Cleary and Foley re fee order | 0.1 | 30.50 |
| 02/26/19 | Maddox, Marisa | meeting with T Mann re fee order; revise fee order; emails with Cleary and Foley re same | 0.4 | 122.00 |
| 02/26/19 | Mann, Tamara K. | Review draft omnibus fee order and conf. with M. Maddox re same | 0.2 | 129.00 |
| 02/26/19 | Mann, Tamara K. | Email from M. Maddox re revised omnibus fee order | 0.1 | 64.50 |
| 02/27/19 | Maddox, Marisa | review Cleary fee apps for interim order (.1); emails with M Livingston, T Mann and R Lerner re same (.1) | 0.2 | 61.00 |
| 02/27/19 | Mann, Tamara K. | Emails with M. Maddox and R. Lerner re comments re omnibus fee order | 0.2 | 129.00 |
| 03/01/19 | Maddox, Marisa | revise fee hearing binder | 0.1 | 30.50 |
| 03/14/19 | Maddox, Marisa | revise fee exhibit (.1); revise fee binder (.1) | 0.2 | 61.00 |
| 03/15/19 | Maddox, Marisa | coordinate fee binder to chambers | 0.1 | 30.50 |
| 03/25/19 | Maddox, Marisa | serve fee order | 0.1 | 30.50 |
| 03/25/19 | Mann, Tamara K. | Emails with M. Maddox and M. Livingston re fee order | 0.1 | 64.50 |
| | | **Total** | **7.7** | **3,318.50** |

**Task Code:**   B170   Fee Applications (MNAT - Objections)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/19 | Maddox, Marisa | draft MNAT cno; emails with T Mann re same | 0.2 | 61.00 |
| 03/05/19 | Mann, Tamara K. | Review MNAT interim CNO and emails with M. Maddox re comments re same | 0.2 | 129.00 |
| 03/05/19 | Mann, Tamara K. | Review revised CNO re MNAT interim fee app | 0.1 | 64.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/19 | Maddox, Marisa | file CNO re One-Hundred And Second Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Attorneys For Debtor And Debtor-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred By Nortel Networks India International Inc. for the period May 1, 2017 to December 31, 2018 | 0.1 | 30.50 |
| | | Total | 0.6 | 285.00 |

**Task Code:** B175   Fee Applications (Other - Objections)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/19 | Mann, Tamara K. | Emails with M. Maddox and M. Livingston re CNO re Cleary interim fee app | 0.2 | 129.00 |
| 02/06/19 | Mann, Tamara K. | Emails with R. Lerner re Cleary CNO | 0.1 | 64.50 |
| 02/06/19 | Mann, Tamara K. | Emails with M. Livingston re Cleary CNO | 0.1 | 64.50 |
| 02/06/19 | Mann, Tamara K. | Emails with M. Maddox re Cleary CNO | 0.1 | 64.50 |
| 02/06/19 | Maddox, Marisa | file CNO re Interim Application for Compensation (One Hundred and Fourth) of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-in-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the period November 1, 2017 to December 31, 2018 | 0.1 | 30.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/19 | Mann, Tamara K. | Email from M. Cilia re Cleary CNO | 0.1 | 64.50 |
| | | **Total** | **0.7** | **417.50** |

**Task Code:  B190  Other Contested Matters**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/19 | Reimann, Glenn | Electronically file and cause to be served debtors' motion to approve stipulation between Nortel and California Franchise Tax Board. | 0.5 | 152.50 |
| 10/08/19 | Reimann, Glenn | Electronically file the affidavit of service for the Motion to approve the stipulation with eh CFTB. | 0.1 | 30.50 |
| | | **Total** | **0.6** | **183.00** |

**Task Code:  B300  Court Hearings**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/19 | Mann, Tamara K. | Emails with M. Maddox re fee hearing | 0.1 | 64.50 |
| 02/05/19 | Maddox, Marisa | call with T Mann re fee hearing | 0.1 | 30.50 |
| 02/06/19 | Mann, Tamara K. | Emails with M. Maddox and M. Livingston re quarterly fee hearing | 0.1 | 64.50 |
| 02/06/19 | Maddox, Marisa | emails with S Scarruzi re fee hearing; emails with M Livingston re same | 0.2 | 61.00 |
| 02/06/19 | Maddox, Marisa | draft COC re omnibus hearing; emails with T Mann re same | 0.2 | 61.00 |
| 02/06/19 | Maddox, Marisa | file Certification of Counsel Regarding Omnibus Hearing Date | 0.1 | 30.50 |
| 02/20/19 | Mann, Tamara K. | Email from M. Maddox re quarterly fee hearing | 0.1 | 64.50 |
| 02/25/19 | Maddox, Marisa | prep fee hearing binder | 0.1 | 30.50 |
| 02/26/19 | Mann, Tamara K. | Emails with M. Livingston and M. Maddox re quarterly fee hearing | 0.2 | 129.00 |
| 03/06/19 | Maddox, Marisa | emails with T Mann and M Livingston re status conference | 0.1 | 30.50 |
| 03/07/19 | Maddox, Marisa | draft agenda for 3.25 | 0.1 | 30.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/19 | Mann, Tamara K. | Emails with P. Topper and R. Fusco re fee hearing | 0.1 | 64.50 |
| | | **Total** | **1.5** | **661.50** |

**Task Code:** B420  Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/19 | Maddox, Marisa | draft COS re MOR | 0.1 | 30.50 |
| 02/26/19 | Maddox, Marisa | file and serve COS re MOR | 0.2 | 61.00 |
| 03/06/19 | Maddox, Marisa | emails with T Mann and Cleary re final report | 0.1 | 30.50 |
| 09/30/19 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of report (.1); prepare & efile Monthly Operating Report for the Period August 1, 2019 through August 31, 2019 (.1) | 0.2 | 61.00 |
| | | **Total** | **0.6** | **183.00** |