# Exhibit B

### EXPENSE SUMMARY

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2019 Through October 31, 2019

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Messenger Services | | $30.00 |
| Postage | | 4.26 |
| In House Printing | Black and White | 20.30 |
| Pacer | | 15.00 |
| **Total Expenses** | | **$69.56** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/15/19 | Messenger Service - trustee - 1/15/2019 | 2.0 | 10.00 |
| 01/15/19 | Postage - 1/15/2019 | 1.0 | 4.26 |
| 02/06/19 | Pacer | 12.0 | 1.20 |
| 02/07/19 | In-House Printing - black & white | 52.0 | 5.20 |
| 02/08/19 | Pacer | 95.0 | 9.50 |
| 02/08/19 | In-House Printing - black & white | 151.0 | 15.10 |
| 02/08/19 | Messenger Service - Trustee - 2/8/2019 | 1.0 | 5.00 |
| 02/18/19 | Pacer | 22.0 | 2.20 |
| 02/26/19 | Messenger Service - Trustee - 2/26/2019 | 1.0 | 5.00 |
| 03/15/19 | Messenger Service - USBC - 3/15/2019 | 2.0 | 10.00 |
| 09/30/19 | Pacer | 21.0 | 2.10 |
| | **Total** | | **$69.56** |