# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **One-Hundred And Third Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Attorneys For Debtor And Debtor-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred By Nortel Networks India International Inc. For The Period January 1, 2019 Through October 31, 2019** was caused to be made on November 8, 2019, in the manner indicated upon the entity identified below.

Date:  November 8, 2019                                                             */s/ Tamara K. Mann*
                                                                                                             Tamara K. Mann (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519