## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                      :

*In re*                      :     Chapter 11
                      :

Nortel Networks Inc., *et al.*,[1]    :     Case No. 09-10138 (KG)
                      :

       Wind-Down Debtors and Debtor-In-  :     Jointly Administered
       Possession.              :
                      :     **Objections due: December 5, 2019, 4:00 PM (ET)**
                      :
--------------------------------------------------------X

**NOTICE OF ONE HUNDRED AND FIFTH INTERIM APPLICATION OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR
DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE
OF INTERIM COMPENSATION AND FOR INTERIM
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.
FOR THE PERIOD JANUARY 1, 2019 THROUGH OCTOBER 31, 2019**

Attached hereto is the **One Hundred And Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtor And Debtor-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred By Nortel Networks India International Inc. For The Period January 1, 2019 Through October 31, 2019** (the "Application").

You are required to file an objection ("Objection"), if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 5, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Wind-Down Debtors and Debtor in Possession so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

       IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 14, 2019
        Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Lisa M. Schweitzer
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Mann*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        1201 North Market Street, 16th Floor
        Wilmington, Delaware 19899-1347
        Telephone:  (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Wind-Down Debtors and Debtor-in-Possession*

[AM_ACTIVE 401624622_4]