## Exhibit A

**COMPENSATION BY PROJECT CATEGORY**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2019 through October 31, 2019

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Nortel Networks India International Inc. | 44.40 | $38,627 | $68.47 |
| **TOTAL** | | | |

| Date | Name | Amount | Hours | Narrative | ID |
|---|---|---|---|---|---|
| 1/7/2019 | Livingston, Matthew | $567.00 | 0.70 | Review docket for prior fee apps and draft NNIII fee app. | 52024240 |
| 1/10/2019 | Livingston, Matthew | $810.00 | 1.00 | Prepare NNIII fee application and comm. with L. Schweitzer, R. Lerner re: same. | 52147508 |
| 1/11/2019 | Rozan, Benazir D. | $592.50 | 1.50 | Create expense report; update fee app; communications re same | 52009962 |
| 1/11/2019 | Lerner, Rachel | $1,444.50 | 2.70 | Revised and updated Nortel Fee Application Motion. | 52007155 |
| 1/11/2019 | Livingston, Matthew | $972.00 | 1.20 | Prepare NNIII fee app and comm. with CGSH team re: same. | 52148629 |
| 1/11/2019 | Schweitzer, Lisa M. | $558.00 | 0.40 | Review draft fee app and follow up with Lerner re same. | 52050790 |
| 1/14/2019 | Lerner, Rachel | $214.00 | 0.40 | Revised fee application and took final steps for submission. | 52017223 |
| 1/14/2019 | Livingston, Matthew | $243.00 | 0.30 | Coordinate filing NNIII fee app with CGSH team. | 52184543 |
| 1/18/2019 | Brod, Craig B. | $418.50 | 0.30 | Conference with L. Schweitzer. | 52085184 |
| 1/18/2019 | Schweitzer, Lisa M. | $558.00 | 0.40 | Conf with C. Brod re fee apps. | 52140613 |
| 2/1/2019 | Lerner, Rachel | $160.50 | 0.30 | Worked on 34th quarterly fee application. | 52154419 |
| 2/4/2019 | Rozan, Benazir D. | $197.50 | 0.50 | Update quarterly fee app | 52190833 |
| 2/4/2019 | Lerner, Rachel | $428.00 | 0.80 | Discussed status of NNIII fee application with team. | 52161651 |
| 2/4/2019 | Schweitzer, Lisa M. | $139.50 | 0.10 | Emails with UST re fee app scheduling. | 52368463 |
| 2/5/2019 | Schweitzer, Lisa M. | $139.50 | 0.10 | Emails with Buchbinder re fee app. | 52368596 |
| 2/6/2019 | Rozan, Benazir D. | $197.50 | 0.50 | Update quarterly fee app and circulate quarterly filing | 52190910 |
| 2/6/2019 | Lerner, Rachel | $802.50 | 1.50 | Finalized NNIII quarterly fee application for submission to Court and corresponded with Delaware counsel. | 52173895 |
| 2/6/2019 | Schweitzer, Lisa M. | $418.50 | 0.30 | Revise quarterly fee app; emails with Lerner re same. | 52368627 |
| 2/8/2019 | Lerner, Rachel | $374.50 | 0.70 | Finalized NNIII fee application for court filing. | 52189217 |
| 2/8/2019 | Schweitzer, Lisa M. | $279.00 | 0.20 | Review and sign off NNIII fee app. | 52302229 |
| 2/16/2019 | Hailey, Kara A. | $537.50 | 0.50 | Review of documents re: tax appeals. | 52417990 |
| 2/19/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails with M. Cilia and L. Schweitzer re: NN III tax appeals. | 52418081 |

| Date | Name | Amount | Hours | Description | ID |
|---|---|---|---|---|---|
| 2/21/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails with local counsel re: tax appeals. | 52421160 |
| 2/24/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails with local counsel re: tax appeals. | 52396794 |
| 2/25/2019 | Livingston, Matthew | $405.00 | 0.50 | Call with EY, local counsel, M. Cilia, K. Hailey re: NNIII tax appeals update. | 52364797 |
| 2/25/2019 | Hailey, Kara A. | $860.00 | 0.80 | Conference call with local counsel, M. Cilia, M. Livingston re: tax appeals (.50); e-mails with L. Schweitzer re: same (.30). | 52396819 |
| 2/26/2019 | Lerner, Rachel | $160.50 | 0.30 | Reviewed Delaware counsel filing re interim fee application. | 52383452 |
| 2/27/2019 | Lerner, Rachel | $160.50 | 0.30 | Reviewed interim fee application. | 52397978 |
| 3/8/2019 | Hailey, Kara A. | $860.00 | 0.80 | Review of NN III tax appeal emails; e-mails with local counsel re: same. | 52495199 |
| 3/18/2019 | Lerner, Rachel | $160.50 | 0.30 | Corresponded with paralegal support about hearing preparation. | 52524187 |
| 3/19/2019 | Lerner, Rachel | $428.00 | 0.80 | Worked with paralegal support to create binder for upcoming fee hearing. | 52530283 |
| 3/20/2019 | Lerner, Rachel | $267.50 | 0.50 | Coordinated with paralegal support to prepare binder for Nortel hearing 3/25. | 52535835 |
| 4/10/2019 | Livingston, Matthew | $405.00 | 0.50 | Review local counsel and EY engagement letters and email M. Cilia re: same. | 52674028 |
| 4/11/2019 | Hailey, Kara A. | $1,075.00 | 1.00 | Review of tax appeal documents and e-mails re: same. | 52741230 |
| 5/1/2019 | Hailey, Kara A. | $537.50 | 0.50 | Review of tax appeal documents. | 52923974 |
| 5/31/2019 | Hailey, Kara A. | $537.50 | 0.50 | Review of SLP petition and e-mails with M. Cilia re: same. | 52923433 |
| 6/3/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails with local counsel and M. Cilia re: tax appeals. | 52955630 |
| 6/12/2019 | Livingston, Matthew | $243.00 | 0.30 | Review NNIII MOR and Emails with CGSH, M. Cilia re: same. | 53004191 |
| 6/12/2019 | Hailey, Kara A. | $537.50 | 0.50 | Review and e-mails re: MOR. | 53078563 |
| 6/15/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails re: tax appeals. | 53078987 |
| 6/19/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails re: tax appeals. | 53079284 |
| 6/28/2019 | Hailey, Kara A. | $322.50 | 0.30 | E-mails with M. Cilia re: tax appeals. | 53079990 |
| 6/28/2019 | Schweitzer, Lisa M. | $139.50 | 0.10 | Emails with Cilia, Hailey with re tax appeals. | 53079578 |
| 7/1/2019 | Beller, Benjamin S. | $90.00 | 0.10 | Emails re NNIII MOR. | 53330049 |
| 7/3/2019 | Beller, | $90.00 | 0.10 | Emails with J. Ray re MORs. | 53328893 |

| Date | Name | Amount | Hours | Description | ID |
|---|---|---|---|---|---|
| 7/29/2019 | Livingston, Benjamin S. Matthew | $850.00 | 1.00 | Review NNIII tax appeals documents and email to M. Cilia re: same. | 53218966 |
| 7/30/2019 | Hailey, Kara A. | $537.50 | 0.50 | Review of tax appeals documents and e-mails re: same. | 53249708 |
| 7/31/2019 | Hailey, Kara A. | $537.50 | 0.50 | Review of liquidating trust materials and discussions with L. Schweitzer re: same. | 53249806 |
| 8/1/2019 | Hailey, Kara A. | $1,075.00 | 1.00 | Review of materials and e-mails re: liquidating trusts. | 53388052 |
| 8/8/2019 | Hailey, Kara A. | $537.50 | 0.50 | E-mails re: tax appeals and review of documents re: same. | 53389073 |
| 8/12/2019 | Schweitzer, Lisa M. | $279.00 | 0.20 | Review draft MOR. | 53295590 |
| 8/16/2019 | Hailey, Kara A. | $860.00 | 0.80 | E-mails re: NN III winddowns and review of documents re: same. | 53369060 |
| 9/3/2019 | Hailey, Kara A. | $537.50 | 0.50 | E-mails re: tax appeals with local counsel. | 53546581 |
| 9/5/2019 | Jung, Bo Kyung (Andrea) | $635.00 | 1.00 | Call with B. Beller re: the fee app (.2); Docket search re: previous fee apps (.1); Review of the same (.5); Email to Delaware counsel re: the same (.2) | 53405615 |
| 9/5/2019 | Beller, Benjamin S. | $720.00 | 0.80 | Emails and calls re fee application (.6); and follow up w A Jung re same (.2). | 53411814 |
| 9/11/2019 | Jung, Bo Kyung (Andrea) | $63.50 | 0.10 | Call with MNAT re: plan for the fee app. | 53409435 |
| 9/11/2019 | Hailey, Kara A. | $1,612.50 | 1.50 | Review of tax appeal documents and e-mails re: same. | 53543147 |
| 9/17/2019 | Hailey, Kara A. | $1,612.50 | 1.50 | Review of documents for submission to tax tribunal and e-mails re: same (1.3); e-mails with J. Ray re: same (.1); Telephone call with L. Schweitzer re: same (.1). | 53533472 |
| 9/17/2019 | Schweitzer, Lisa M. | $139.50 | 0.10 | Telephone call with K. Hailey re reporting. | 53530447 |
| 9/18/2019 | Jung, Bo Kyung (Andrea) | $190.50 | 0.30 | Review of the previous fee statements and the interim compensation order. | 53473133 |
| 9/18/2019 | Hailey, Kara A. | $1,075.00 | 1.00 | E-mails re: tax appeal and revision of materials re: same. | 53533408 |
| 9/20/2019 | Jung, Bo Kyung (Andrea) | $1,016.00 | 1.60 | Drafted the 105th interim fee app. | 53483022 |
| 10/7/2019 | Jung, Bo Kyung (Andrea) | $444.50 | 0.70 | Drafted the 35th quarterly fee app. | 53574670 |
| 10/9/2019 | Hailey, Kara A. | $537.50 | 0.50 | E-mails re: tax appeals and review of documents re: same. | 53676059 |
| 10/9/2019 | Hailey, Kara | $537.50 | 0.50 | E-mails re: tax appeals and review of | 53676121 |

3

| Date | Name | Amount | Hours | Description | ID |
|---|---|---|---|---|---|
| | A. | | | documents re: same. | |
| 10/23/2019 | Hailey, Kara A. | $860.00 | 0.80 | Review materials and e-mails re: NN III bankruptcy and e-mails with L. Schweitzer re: same. | 53717789 |
| 10/24/2019 | Beller, Benjamin S. | $1,800.00 | 2.00 | Meet w L Schweitzer, K Hailey re plan matters (.5); follow up re liquidating trusts, plan confirmation (1.5) | 53687864 |
| 10/24/2019 | Hailey, Kara A. | $1,075.00 | 1.00 | Meeting with L. Schweitzer, B. Beller re: NN III (.5); review of materials re: same (.5). | 53717840 |
| 10/24/2019 | Schweitzer, Lisa M. | $697.50 | 0.50 | Meeting with K. Hailey, B. Beller re NNIII plan and strategy. | 53724807 |
| 10/25/2019 | Hailey, Kara A. | $860.00 | 0.80 | Review of materials re: tax appeals. | 53717909 |
| 10/28/2019 | Beller, Benjamin S. | $270.00 | 0.30 | Call w A Jung re fee application | 53718261 |
| | Total: | $38,627.00 | 44.40 | | |