**<u>Exhibit B</u>**

**EXPENSE DETAIL**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2019 through October 31, 2019

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**January 1, 2019 through October 31, 2019**  (Case No. 09-10138 (KG))

| | | |
|---|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** <br> **Nortel Networks Inc., et al.** <br> **(Case No. 09-10138 (KG))** <br> **January 1, 2019 through October 31, 2019** | | |
| Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application. | | |
| **Date** | **Amount** | **Narrative** |
| | | |
| **Legal Research - PACER** | | |
| 1/10/2019 | $11.70 | Computer Search - PACER |
| 4/8/2019 | $6.20 | Computer Search - PACER |
| 4/8/2019 | $5.00 | Computer Search - PACER |
| 7/8/2019 | $5.70 | Computer Search - PACER |
| 10/7/2019 | $17.70 | Computer Search - PACER |
| **TOTAL:** | **$46.30** | |
| | | |
| **Transportation** | | |
| 3/25/2019 | $22.17 | Transportation - UBER |
| **TOTAL:** | **$22.17** | |
| | | |
| **GRAND TOTAL:** | **$68.47** | |
| | | |

**Page 1**