**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- X
In re                                                   :
                                                        :   Chapter 11
                                                        :
Nortel Networks Inc., et al.,¹                          :   Case No. 09-10138 (KG)
                                                        :
        Wind-Down Debtors and                           :   Jointly Administered
        Debtor-In-Possession.                           :
                                                        :   Re:  D.I. 17795, 18298, 18438, 18540, 18548,
                                                        :        18581, 18658, 18693
------------------------------------------------------- X
```

**NOTICE OF INTENDED DISTRIBUTION**
**PURSUANT TO FIRST AMENDED JOINT CHAPTER 11 PLAN OF**
**NORTEL NETWORKS INC. AND CERTAIN OF ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE THAT on January 24, 2017, the United States Bankruptcy Court for the District of Delaware confirmed the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795-1] (the "Plan") attached as Exhibit A to the *Findings of Fact, Conclusions of Law and Order Confirming First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of its Affiliated Debtors* [D.I. 17795] (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE that the Plan became effective on May 8, 2017 [D.I. 18176].

PLEASE TAKE FURTHER NOTICE that on or about June 15, 2017, the Plan Administrator made initial distributions of property under the Plan to holders of Allowed Claims (the "Initial Distributions") [D.I. 18298].²

PLEASE TAKE FURTHER NOTICE that on or about August 15, 2017, the Plan Administrator made additional distributions of property under the Plan to holders of Allowed Claims (the "Second Interim Distributions") [D.I. 18438].

PLEASE TAKE FURTHER NOTICE that on December 1, 2017, the Court entered the *Order Granting Nortel Network India International Inc.'s Motion for an Order Authorizing*

---

¹ The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a Debtor-In-Possession.  Contact information for all Debtors and their petitions are available at http://dm.epiq11.com/nortel.

² Capitalized terms used herein shall have the meanings ascribed to them in the Confirmation Order or Plan, as applicable.

*Interim Distributions to Holders of Allowed Unsecured Claims* (the "NNIII Distribution Order") [D.I. 18540].

PLEASE TAKE FURTHER NOTICE that on or about December 15, 2017, the Plan Administrator made additional distributions of property under the Plan to holders of Allowed Claims (the "Third Interim Distributions") [D.I. 18548].

PLEASE TAKE FURTHER NOTICE that on or about March 15, 2018, the Plan Administrator made additional distributions of property under the Plan to holders of Allowed Claims (the "Fourth Interim Distributions") [D.I. 18581].

PLEASE TAKE FURTHER NOTICE that on or about December 20, 2018, the Plan Administrator made additional distributions of property under the Plan to holders of Allowed Claims (the "Fifth Interim Distributions") [D.I. 18658].

PLEASE TAKE FURTHER NOTICE that on or about April 1, 2019, the Plan Administrator made additional distributions of property under the Plan to holders of Allowed Claims against Nortel Networks Inc. ("NNI") (the "Sixth Interim Distributions") [D.I. 18693].

PLEASE TAKE FURTHER NOTICE that on June 28, 2019, the Court entered a Final Decree [D.I. 18730] closing the following Chapter 11 cases ("the Closed Debtors"):

| Closed Debtors | Case No. |
| --- | --- |
| Nortel Networks International, Inc. | 09-10150 |
| Nortel Altsystems International, Inc. | 09-10141 |
| Architel Systems (U.S.) Corporation | 09-10149 |
| CoreTek, Inc. | 09-10145 |
| Nortel Networks Applications Management Solutions Inc. | 09-10146 |
| Nortel Networks Cable Solutions Inc. | 09-10152 |
| Nortel Networks Optical Components Inc. | 09-10147 |
| Nortel Networks HPOCS Inc. | 09-10148 |
| Northern Telecom International Inc. | 09-10151 |
| Qtera Corporation | 09-10144 |
| Sonoma Systems | 09-10143 |
| Xros, Inc. | 09-10142 |

Accordingly, there will be no further distributions with respect to the Closed Debtors.

PLEASE TAKE FURTHER NOTICE that on or about December 17, 2019, the Plan Administrator intends to make additional distributions of property under the Plan in the amount of approximately $54 million to holders of Allowed Claims against NNI and Nortel Altsystems Inc. ("Altsystems") under the Plan (the "Plan Distributions") as described on **Exhibit A** hereto. Distributions to holders of Allowed Claims against the other Debtors are not included in the Plan Distributions; such distributions are deferred as the costs of making such distributions would be disproportionate to the amount that could be distributed at this time.

2

PLEASE TAKE FURTHER NOTICE that the Plan Distributions to be made on or about December 17, 2019 with respect to NNI and Altsystems will be the final distributions to holders of Allowed Claims against these two Wind-Down Debtors which shall result in NNI creditors, including the holders of the NTCC Settlement Claims, receiving the maximum amount allowed to be paid pursuant to the Plan. The Plan Administrator or Disbursing Agent expects to make additional distributions as appropriate in accordance with the Plan with respect to Nortel Networks (CALA) Inc. after the Plan Administrator resolves certain remaining issues and intercompany claims. Additionally, Nortel Networks India International Inc. expects to make additional distributions after it resolves its remaining issues and disputes, including contested Claims and Interests and confirms a chapter 11 plan, or otherwise resolves its chapter 11 case.

Dated: November 15, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

- and -

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Wind-Down Debtors and Debtor in Possession*