IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
*In re*                                                  :   Chapter 11
                                                         :
Nortel Networks Inc., *et al.*,[1]                       :   Case No. 09-10138 (KG)
                                                         :
    Wind Down Debtors and Debtor-In-    :   Jointly Administered
    Possession.                        :
                                                         :
---------------------------------------------------------X   Re: D.I. 18777

**CERTIFICATE OF NO OBJECTION REGARDING ONE HUNDRED AND FIFTH INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD JANUARY 1, 2019 THROUGH OCTOBER 31, 2019**

        The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **One Hundred and Fifth Interim Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtors and Debtors-in-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period January 1, 2019 Through October 31, 2019** the ("Application") (D.I. 18777), filed on November 14, 2019.

        The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the

---

[1] The wind-down debtors in these chapter 11 cases, along with the last four digits of each wind-down debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Application appears thereon.  Pursuant to Notice, objections to the Application were to be filed and served no later than December 5, 2019 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $ 38,627.00 | $68.47 | $30,901.60 | $30,970.07 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated: December 6, 2019
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Tamara K. Mann
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind Down Debtors and Debtor-in-Possession*