IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ---------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
|    Wind Down Debtors and Debtor-In-Possession. | Jointly Administered |
| ---------------------------------------------------------X | Re: D.I. 18778 |

### CERTIFICATE OF NO OBJECTION REGARDING THIRTY-FIFTH QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR NORTEL NETWORKS INDIA INTERNATIONAL INC., AS DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD JANUARY 1, 2019 THROUGH OCTOBER 31, 2019

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Thirty-Fifth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Nortel Networks India International Inc., as Debtor and Debtor-in-Possession, for the Period January 1, 2019 Through October 31, 2019** (the "Application") (D.I. 18778), filed on November 14, 2019.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to Notice, objections to the Application were to be filed and served no later than December 5, 2019 at 4:00 p.m. (Eastern Time).

---

[1] The wind-down debtors in these chapter 11 cases, along with the last four digits of each wind-down debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

WHEREFORE, the Debtors respectfully request that the order attached to the Application be approved.

Dated: December 6, 2019
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Tamara K. Mann
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Wind Down Debtors and Debtor-in-Possession*