IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re
Nortel Networks Inc., *et al.*,[1]
        Debtors.
---------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

Re: D.I. 75, 345, 552, 1564, 1731, 3210, 4217, 4323, 4912; 6110; 6267; 6359; 6640; 6755; 6889; 7092; 7186; 7369; 7580; 7797; 7928; 9507; 11768; 13904

**SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1. I am a partner with Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"),[2] which maintains an office for the practice of law at 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19899. I am an attorney at law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.I submit this declaration to supplement my declaration dated January 19, 2009 (the "Initial Declaration"), attached as Exhibit A to the Debtors' Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 75] (the "Application"), filed on January 19, 2009. By order entered February 4, 2009, the Court approved the Application [D.I. 220].

3.Morris Nichols currently represents U.S. Bancorp Community Development Corporation and U.S. Bank National Association and/or certain of their affiliates or related entities thereof in a commercial matter unrelated to these cases. U.S. Bancorp Community Development Corporation and U.S. Bank National Association and/or certain of their affiliates or related entities thereof may be a creditor or party in interest in these cases. With respect to the commercial matter, a waiver of any conflict is in place to the extent necessary.

4.Morris Nichols currently represents Credit Suisse and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Credit Suisse and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

5.Morris Nichols currently represents McKinsey & Company and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. McKinsey & Company and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

6.Morris Nichols currently represents International-Matex Tank Terminals

and IMTT Holdings LLC and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. International-Matex Tank Terminals and IMTT Holdings LLC and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

7. Morris Nichols currently represents BlackBerry Limited and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. BlackBerry Limited and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

8. Morris Nichols currently represents Teachers' Retirement System for the City of New York and New York City Employees' Retirement Systems and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Teachers' Retirement System and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

9. Morris Nichols currently represents Language Line Services, Inc. and/or certain of its affiliates or related entities thereof, in matters unrelated to these cases. Language Line Services, Inc. and/or certain of its affiliates or related entities thereof may be a creditor or party in interest in these cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December 2019

_____
Derek C. Abbott