IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X
In re                                              :
                                                   :         Chapter 11
Nortel Networks Inc., et al.,¹                     :
                                                   :         Case No. 09-10138 (KG)
        Wind-Down Debtors and                      :
        Debtor-In-Possession.                      :         Jointly Administered
                                                   :
                                                   :
------------------------------------------------------------ X
```

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 16, 2019 AT 2:00 P.M. (ET)

**PER THE COURT'S INSTRUCTION, THIS HEARING HAS BEEN CANCELLED.**

RESOLVED MATTERS

1.  Interim Fee Hearing.

    Responses Received: None.

    Related Pleadings:

    a)  Order Granting Thirty-Fifth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor-in-Possession, for the Period January 1, 2019 Through October 31, 2019 (D.I. 18789, Entered 12/10/19); and

    b)  Order Granting the Thirty-Fifth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Nortel Networks India International Inc., as Debtor and Debtor-in-Possession, for the Period January 1, 2019 Through October 31, 2019 (D.I. 18790, Entered 12/10/19).

    Status: The interim fee binder was sent to the Court on December 9, 2019. Orders have signed. No hearing is necessary.

---

¹ The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: December 10, 2019
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Lisa M. Schweitzer (No. 1033)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

            - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Tamara K. Mann*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Counsel for the Wind-Down Debtors and Debtor In Possession*