## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |

### OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing date has been scheduled in the above-referenced cases:

| **DATE** | **TIME** |
|---|---|
| January 27, 2020 | 11:00 a.m. (Eastern Time) |