IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ---------------------------------------------------------X <br> *In re* <br><br> Nortel Networks Inc., *et al.*, <br><br>     Wind-Down Debtors and Debtor-In-Possession. <br><br> ---------------------------------------------------------X | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> RE: D.I. 18792 |

### OMNIBUS HEARING ORDER

    **IT IS HEREBY ORDERED,** that the following omnibus hearing date has been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 27, 2020 | 11:00 a.m. (Eastern Time) |

**Dated: December 10th, 2019**
**Wilmington, Delaware**

                                                     **KEVIN GROSS**
                                                   **UNITED STATES BANKRUPTCY JUDGE**