IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
*In re*                                                   :
                                                          :   Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :
                                                          :   Case No. 09-10138 (KG)
      Wind-Down Debtors and                     :
      Debtor-In-Possession.                     :   Jointly Administered
                                                          :
                                                          :
---------------------------------------------------------- X

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 27, 2020 AT 11:00 A.M. (ET)

MATTER UNDER CERTIFICATION

1. Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Nortel Altsystems Inc. and (II) Terminating Certain Claims and Noticing Services (D.I. 18794, Filed 12/19/19).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Nortel Altsystems Inc. and (II) Terminating Certain Claims and Noticing Services (D.I. 18803, Filed 1/13/20).

   Status: A certificate of no objection has been filed. Counsel for the Wind-Down Debtors and Debtor-in-Possession will provide a case update on the remaining Debtor cases.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated:  January 22, 2020
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (No. 1033)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Mann*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Wind-Down Debtors and Debtor In Possession*