IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Case No. 09-10138 (KG) |
|     Wind-Down Debtors and | : | |
|     Debtor-In-Possession. | : | Jointly Administered |

---

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 27, 2020 AT 11:00 A.M. (ET)

**PER THE COURT'S INSTRUCTION, THIS HEARING HAS BEEN CANCELLED.**

MATTER UNDER CERTIFICATION

1. Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Nortel Altsystems Inc. and (II) Terminating Certain Claims and Noticing Services (D.I. 18794, Filed 12/19/19).

    Responses Received: None.

    Related Pleadings:

    a)  Certificate of No Objection Regarding Motion for Entry of a Final Decree (I) Closing the Chapter 11 Case of Nortel Altsystems Inc. and (II) Terminating Certain Claims and Noticing Services (D.I. 18803, Filed 1/13/20); **and**

    b)  **Final Decree (I) Closing the Chapter 11 Case of Nortel Altsystems Inc. and (II) Terminating Certain Claims and Noticing Services (D.I. 18807, Entered 1/23/20).**

    Status: **An order has been signed. No hearing is necessary. Counsel for the Wind-Down Debtors and Debtor-in-Possession will file a status report on the remaining Debtor cases.**

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items are in bold.**

Dated: January 24, 2020
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Lisa M. Schweitzer (No. 1033)
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Mann*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        Tamara K. Mann (No. 5643)
        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Counsel for the Wind-Down Debtors and Debtor In Possession*