IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
*In re*                                              :   Chapter 11
                                                     :
Nortel Networks Inc., *et al.*,[1]                   :   Case No. 09-10138 (KG)
                                                     :
      Wind-Down Debtors.                      :   Jointly Administered
                                                     :
------------------------------------------------------------ X   **Ref. Docket Nos. 18804 and 18805**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Lead Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2020, I caused to be served the:

   a. "Post-Confirmation Quarterly Summary Report No. 11 (Unaudited)," *regarding the Reporting Period: October 1, 2019 through December 31, 2019*, dated January 17, 2020 [Docket No. 18804], and

   b. "Monthly Operating Report No. 131," *regarding the Reporting Period: December 1, 2019 through December 31, 2019*, dated January 17, 2020 [Docket No. 18805],

   by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *OFFICE OF THE U.S. TRUSTEE, ATTN: DAVID L. BUCHBINDER, ESQ., 844 KING STREET, SUITE 2207, LOCKBOX 35, WILMINGTON, DE 19801.*

---

[1] The Wind-Down Debtors in these chapter II cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Norte] Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiqll.com/nortel.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
21st day of January, 2020

_____
Notary Public

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021