## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Wind-Down Debtors and | : | Jointly Administered |
| Debtor-In-Possession | : |  |
|  | : | **Ref. Docket No. 18809** |

---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Lead Noticing Coordinator by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 24, 2020, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on January 27, 2020 at 11:00 A.M. (ET)," [*Cancelled*], dated January 24, 2020 [Docket No. 18809], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-inpossession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
28th day of January, 2020

Notary Public

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

-2-

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, STEPHEN D. SCHREIBER, PAULA J. CONNELLY, GARTH D. WILSON AND JENNIFER MESSINA OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW WASHINGTON DC 20005-4026 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA US COUNSEL FOR THE BANK OF NEW YORK MELLON 900 THIRD AVENUE NEW YORK NY 10022 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  11**

**EXHIBIT B**

| Name | Contact1 | Contact2 | Contact3 | Fax |
|------|----------|----------|----------|-----|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, | DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN | | 212-872-1002 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & | DAN J. MCDERMETT, JR., ESQ. | | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY | COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) | | 416-863-2653 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | | 617-856-8201 |
| COLE SCHOTZ P.C. | N. PERNICK & S. BHATNAGAR | COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP | | 302-574-2106 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. | COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM | | 302-656-8920 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI | ONE BATTERY PARK PLAZA | | 212-422-4726 |
| IOWA DEPARTMENT OF REVENUE | BRANDON J. GRAY | ASSISTANT ATTORNEY GENERAL | | 515-281-4209 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW | COLLECTIONS SECTION | | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER | COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER | COUNSEL FOR RADWARE LTD. | | 212-715-8000 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI | COUNSEL FOR CIENA CORPORATION | | 202-637-2201 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. | COUNSEL FOR GENBAND INC. | | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | JAMES GAGE | COUNSEL FOR HITACHI, LTD., | TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. | ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. | | 212-530-5219 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ | COUNSEL FOR HITACHI, LTD., | TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION | 415-268-7522 |

| | | | | |
|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY | 844 KING STREET, SUITE 2207 | | 302-573-6497 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS | 919 N. MARKET ST. 17TH FL. | | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY | LAW DEBENTURE TRUST COMPANY OF NEW YORK | | 212-336-2222 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND | DANIEL S. HOLZMAN, ESQ. | COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP | 212-849-7100 |
| ROPES & GRAY LLP | HOWARD S. GLAZER | COUNSEL FOR AVAYA INC. | | 415-315-6350 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE | COUNSEL FOR AVAYA INC. | | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER | COUNSEL FOR CIENA CORPORATION | | 416-947-0866 |