IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X :<br>*In re* :<br>:<br>Nortel Networks Inc., *et al.*,[1] :<br>:<br>    Wind-Down Debtors and Debtor-In- :<br>    Possession :<br>:<br>:<br>------------------------------------------------------------X :<br>:<br>*In re* :<br>:<br>Nortel Networks India International Inc. :<br>:<br>    Debtor. :<br>: | Chapter 11<br><br>Case No. 09-10138 (CSS)<br><br>Jointly Administered<br><br><br><br><br>Chapter 11<br><br>Case No. 16-11714 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I. 18819 & \_\_\_\_\_** |

**ORDER AUTHORIZING THE DEBTOR TO FILE UNDER SEAL THE
DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR
ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO PURSUE A
SETTLEMENT**

Upon the motion ("Motion to Seal")[2] of NNIII, as the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for entry of an order (this "Order") authorizing the Debtor to file under seal *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement* (the "Settlement Motion"); and this Court having jurisdiction to consider the Motion to Seal pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core

---

1        The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2        Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Motion to Seal.

proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion to Seal has been provided under the circumstances; and after due deliberation thereon; and there being good and sufficient cause;

**IT IS HEREBY ORDERED THAT**

    1.    The Motion to Seal is GRANTED as set forth herein.

    2.    Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(d), the Debtor is authorized to file unredacted copies of the Settlement Motion under seal.

    3.    Unredacted copies of the Settlement Motion shall not be made available to anyone except for this Court, the United States Trustee, any person or entity upon consent of the Debtor, and others upon further Court order.

    4.    The Debtor is authorized to file on this Court's docket and to serve on all parties a redacted copy of the Settlement Motion.

    5.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    6.    This Court shall retain jurisdiction to hear and decide any dispute related to or arising from this Order.

Dated: _____, 2020
       Wilmington, Delaware              THE HONORABLE CHRISTOPHER S. SONTCHI
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE