# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors and Debtor-In-Possession | Jointly Administered |
| | |
| *In re* | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
| Debtor. | Jointly Administered |
| | **Re : D.I. 18819 & 18820** |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO PURSUE A SETTLEMENT

    PLEASE TAKE NOTICE that, on May 19, 2020, Nortel Networks India International Inc. (the "Debtor") filed the *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement* (the "Settlement Motion") (D.I. 18819) under seal.

    PLEASE TAKE FURTHER NOTICE that, in connection with the filing of the Settlement Motion under seal, the Debtor filed the *Debtor's Motion for Entry of an Order Authorizing the Debtor to File under Seal the Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement* (the "Motion to Seal") (D.I. 18820).[2]

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not defined herein are defined in the Motion to Seal.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 9018-1(d), and as set forth in the Motion to Seal, attached hereto as **Exhibit A** is a redacted copy of the Settlement Motion.

| | |
|---|---|
| Dated: May 19, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for Nortel Networks India International Inc.* |