IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------X
:
In re : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (CSS)
:
    Wind-Down Debtors and Debtor-In- : Jointly Administered
    Possession :
:
:
----------------------------------------------------------X
:
: Chapter 11
*In re* :
: Case No. 16-11714 (CSS)
Nortel Networks India International Inc. :
: Jointly Administered
    Debtor. :
: **Hearing date: June 9, 2020 at 11:00 am (ET)**
: **Objections due: June 2, 2020 at 4:00 pm (ET)**
:
: Re : D.I. 18819, 18820 & 18821
:
----------------------------------------------------------X

**NOTICE OF (I) DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE
9019 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO PURSUE
A SETTLEMENT AND (II) DEBTOR'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE DEBTOR TO FILE UNDER SEAL THE DEBTOR'S MOTION
PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER
<u>AUTHORIZING THE DEBTOR TO PURSUE A SETTLEMENT</u>**

        PLEASE TAKE NOTICE that Nortel Networks India International Inc., the debtor and debtor-in-possession in the above-captioned case, has today filed the (i) **Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement** and (ii) **Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement** (the "<u>Motions</u>").

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motions must file a response or objection ("Objection"), if any, to the Motions with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801 on or before **June 2, 2020 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Debtor so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTIONS WILL BE HELD ON **JUNE 9, 2020 AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 19, 2020
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer *(admitted pro hac vice)*
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Nortel Networks India International Inc.*

2