IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
*In re*                                                                           : Chapter 11
                                                                                          :
Nortel Networks Inc., *et al.*,[1]                                       : Case No. 09-10138 (KG)
                                                                                          :
    Wind-Down Debtors and                              : Jointly Administered
    Debtor-In-Possession                                    :
                                                                                          : **Ref. Docket No. 18820-18822**
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

GOEFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2020, I caused to be served the:

    a. "Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Debtor's Motion Pursuan to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debot to Pursue a Settlement," dated May 19, 2020 [Docket No. 18820],

    b. "Notice of Filing of Proposed Redacted Version of Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement," dated May 19, 2020 [Docket No. 18821], and

    c. "Notice of (i) Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement and (ii) Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement," dated May 19, 2020 [Docket No. 18822].

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-inpossession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

T:\Clients\NORTEL\Affidavits\Mtn to Seal Ntc of Mtns_DI 18820 18821 18822_AFF_5-19-20_AL.doc

by causing true and correct copies to be:

> i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>**/s/Geoff Zahm**</u>
Geoff Zahm

Sworn to before me this
2nd day of June, 2020
<u>*/s/ Regina Amporfro*</u>
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

T:\Clients\NORTEL\Affidavits\Mtn to Seal Ntc of Mtns_DI 18820 18821 18822_AFF_5-19-20_AL.doc