IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
|     Wind-Down Debtors and Debtor-In-Possession | Jointly Administered |
| In re | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
|     Debtor. | Jointly Administered |
|  | **Re: D.I. 18819 & 18821** |

**CERTIFICATION OF COUNSEL REGARDING DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO PURSUE A SETTLEMENT**

The undersigned counsel hereby certifies as follows:

1. On May 19, 2020, Nortel Networks India International Inc. (the "Debtor") filed the *Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement* (the "Motion").

2. Pursuant to the Notice of Motion, responses to the Motion were to be filed and served no later than June 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline"). The Debtor has

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

not received any objections to the Motion, and no objections appear on the docket for these chapter 11 cases.

3. The Debtor determined that it was appropriate to make one non-substantive, clarifying change to the proposed form of order granting the Motion (the "Revised Proposed Order"). A copy of the Revised Proposed Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Proposed Order against the proposed form of order filed with the Motion is attached hereto as **Exhibit B**.

WHEREFORE, the Debtor respectfully requests that the Court approve the Revised Proposed Order, substantially in the form attached to **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: June 3, 2020<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer *(admitted pro hac vice)*<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>-and-<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for Nortel Networks India International Inc.* |