# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,[1]                           :   Case No. 09-10138 (CSS)
                                                           :
        Wind-Down Debtors and Debtor-In-                   :   Jointly Administered
        Possession                                         :
                                                           :
-----------------------------------------------------------X
                                                           :
                                                           :   Chapter 11
In re                                                      :
                                                           :   Case No. 16-11714 (CSS)
Nortel Networks India International Inc.                   :
                                                           :   Jointly Administered
        Debtor.                                            :
                                                           :
                                                           :
-----------------------------------------------------------X
```

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 9, 2020 AT 11:00 A.M.

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

RESOLVED MATTER

1. [SEALED] Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement (D.I. 18819, Filed on 5/19/20).

   Objection Deadline:  June 2, 2020 at 4:00 p.m.

   Responses Received:  None.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Documents:

a. Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement (D.I. 18820, Filed on 5/19/20);

b. Notice of Filing of Proposed Redacted Version of Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement (D.I. 18821, Filed on 5/19/20);

c. Notice of (I) Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of An Order Authorizing the Debtor to Pursue a Settlement and (II) Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal the Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement (D.I. 18822, Filed on 5/19/20);

d. Certification of Counsel Regarding Debtor's Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Authorizing the Debtor to Pursue a Settlement (D.I. 18825, Filed on 6/3/20); and

e. Order Authorizing the Debtor to Pursue a Settlement (D.I. 18826, Filed on 6/4/20).

Status: An order has been entered.  No hearing is necessary.

Dated:  June 5, 2020
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer *(admitted pro hac vice)*
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

-and-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200

Facsimile: (302) 658-3989

*Counsel for Nortel Networks India International Inc.*