# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

Nortel Networks, Inc., et al.,                                      Case No. 09-10138

        Debtors.

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

    The undersigned hereby gives notice that Cedar Glade L.P., a creditor in the above-captioned case(s), has changed its address and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to its claims be sent to the new address set forth below, effective immediately:

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| Mr. Robert Minkoff<br>Cedar Glade Capital, LLC<br>660 Madison Avenue, Suite 1700<br>New York, NY 10065<br>Email: rminkoff@cedargladecapital.com | Mr. Robert Minkoff<br>Cedar Glade Capital, LLC<br>600 Madison Avenue, 17th Floor<br>New York, NY 10022<br>rminkoff@cedargladecapital |

Date:  September 10, 2020

By:  /s/ Kesha L. Tanabe
Kesha L. Tanabe, Esq., ID #0387520
1515 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402
kesha@tanabelaw.com