# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
|     Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |
| | **Objections due: December 2, 2020, 4:00 PM (ET)** |

**NOTICE OF ONE HUNDRED AND SIXTH INTERIM APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD NOVEMBER 1, 2019 THROUGH OCTOBER 31, 2020**

Attached hereto is the **One Hundred And Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtor And Debtor-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred By Nortel Networks India International Inc. For The Period November 1, 2019 Through October 31, 2020** (the "Application").

You are required to file an objection ("Objection"), if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on or before **December 2, 2020 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Wind-Down Debtors and Debtor in Possession so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 11, 2020
       Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      Lisa M. Schweitzer
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

      - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Tamara K. Mann*
      Derek C. Abbott (No. 3376)
      Andrew R. Remming (No. 5120)
      Tamara K. Mann (No. 5643)
      1201 North Market Street, 16th Floor
      Wilmington, Delaware 19899-1347
      Telephone:  (302) 658-9200
      Facsimile: (302) 425-4663

      *Counsel for the Wind-Down Debtors and Debtor-in-Possession*