## Exhibit A

**COMPENSATION BY PROJECT CATEGORY**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2019 through October 31, 2020

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Nortel Networks India International Inc. | 62.10 | $53,296.00 | $3.50 |
| **TOTAL** | | | |

| Date | Name | Amount | Hours | Narrative |
|---|---|---|---|---|
| 11/04/2019 | Beller, B. | 900.00 | 1.00 | Meet w A Jung re fee app and follow up re same |
| 11/05/2019 | Jung, B. | 1,016.00 | 1.60 | Review of the diaries and review of the billing information. |
| 11/06/2019 | Beller, B. | 450.00 | 0.50 | Ems re fee app preparation |
| 11/07/2019 | Jung, B. | 762.00 | 1.20 | Emails with local counsel re: fee apps (.1); Worked on the fee apps; (1.1) |
| 11/07/2019 | Beller, B. | 450.00 | 0.50 | Ems re fee app preparation |
| 11/07/2019 | Livingston, M. | 85.00 | 0.10 | EM A. Jung re: fee app questions. |
| 11/08/2019 | Jung, B. | 698.50 | 1.10 | Review of the diary entries for fee app prep and emails with the billing dept (.8); Implemented B. Beller's comments on the fee apps (.3) |
| 11/08/2019 | Beller, B. | 720.00 | 0.80 | Ems re fee app preparation |
| 11/09/2019 | Schweitzer, L. | 558.00 | 0.40 | Review NNIII draft fee application, quarterly application; e/ms A Jung re same (0.4). |
| 11/11/2019 | Jung, B. | 317.50 | 0.50 | Emails with local counsel re: fee app (0.1); Updated the interim/quarterly fee apps (.4). |
| 11/14/2019 | Jung, B. | 317.50 | 0.50 | Finalized the fee applications for filing. |
| 11/21/2019 | Hailey, K. | 537.50 | 0.50 | E-mails re: tax appeals. |
| 12/05/2019 | Hailey, K. | 322.50 | 0.30 | E-mails re: tax appeals |
| 12/10/2019 | Hailey, K. | 322.50 | 0.30 | Review of MORs. |
| 12/10/2019 | Jung, B. | 190.50 | 0.30 | Review of the draft MOR. |
| 01/07/2020 | Hailey, K. | 565.00 | 0.50 | E-mails re: tax assessment and review of documents re: same. |
| 01/08/2020 | Hailey, K. | 565.00 | 0.50 | Review of tax assessment documents and e-mails w/M. Cilia re: same. |
| 01/20/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: tax appeals. |
| 03/04/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: tax settlement program. |
| 03/16/2020 | Jung, B. | 536.00 | 0.80 | Review of the Feb MOR. |
| 03/16/2020 | Schweitzer, L. | 439.50 | 0.30 | Review MOR, e/ms A. Jung re same. |
| 03/25/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: tax settlement. |
| 04/07/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: NN III tax. |
| 04/08/2020 | Schweitzer, L. | 146.50 | 0.10 | Review tax updates from local counsel, K. Hailey. |
| 04/08/2020 | Hailey, K. | 565.00 | 0.50 | E-mails re: tax settlement and review of calculations re: same. |
| 04/13/2020 | Jung, B. | 201.00 | 0.30 | Review of NNIII's monthly report. |
| 04/21/2020 | Hailey, K. | 1,130.00 | 1.00 | Conference call w/M .Kennedy and M. Cilia re: NN III tax settlement and e-mails w/EY re: same. |

| Date | Name | Amount | Hours | Description |
|---|---|---|---|---|
| 04/22/2020 | Hailey, K. | 565.00 | 0.50 | E-mails re: NN III tax settlement. |
| 04/23/2020 | Hailey, K. | 1,130.00 | 1.00 | E-mails re: NN III tax settlement; review of underlying documents re: same; e-mails w/L. Schweitzer, M. Cilia and EY India re: same. |
| 04/24/2020 | Jung, B. | 201.00 | 0.30 | Call with K. Hailey regarding Indian tax appeal issue. |
| 04/24/2020 | Jung, B. | 871.00 | 1.30 | Search for precedents (.5); Review of NNIII docket items (.8). |
| 04/24/2020 | Hailey, K. | 1,130.00 | 1.00 | Conference call w/A. Jung re: tax settlement motion (.3); review of documents and e-mails re: same (.7). |
| 04/25/2020 | Jung, B. | 335.00 | 0.50 | Review of docket items. |
| 04/26/2020 | Jung, B. | 1,072.00 | 1.60 | Worked on the first draft of the settlement motion. |
| 04/27/2020 | Jung, B. | 1,876.00 | 2.80 | Continued drafting the first draft of tax settlement motion. |
| 04/27/2020 | Jung, B. | 1,005.00 | 1.50 | Research regarding Indian tax settlement. |
| 04/27/2020 | Hailey, K. | 565.00 | 0.50 | E-mails w/A. Jung re: motion and w/M. Cilia and EY India re: tax settlement. |
| 04/28/2020 | Jung, B. | 1,273.00 | 1.90 | Updated the draft tax settlement motion (1.7); emails with K. Hailey regarding the same (.2). |
| 04/29/2020 | Hailey, K. | 2,825.00 | 2.50 | Review of tax appeal documents; review and comment on settlement motion. |
| 04/30/2020 | Jung, B. | 335.00 | 0.50 | Review of the past email correspondence regarding tax appeals. |
| 04/30/2020 | Jung, B. | 1,876.00 | 2.80 | Updated the draft tax settlement motion. |
| 04/30/2020 | Hailey, K. | 3,390.00 | 3.00 | Review and revise motion for tax settlement; review background documentation re: same. |
| 04/30/2020 | Hailey, K. | 339.00 | 0.30 | E-mails w/MNAT re: tax settlement motion. |
| 04/30/2020 | Hailey, K. | 565.00 | 0.50 | E-mails and T/Cs w/A. Jung re: tax settlement motion. |
| 04/30/2020 | Hailey, K. | 452.00 | 0.40 | E-mails w/L. Schweitzer and M. Kennedy re: NN III Plan and review of documents re: same. |
| 04/30/2020 | Jung, B. | 335.00 | 0.50 | Call with K. Hailey regarding tax settlement motion. |
| 05/01/2020 | Jung, B. | 201.00 | 0.30 | Call with K. Hailey, MNAT regarding tax settlement motion. |
| 05/01/2020 | Jung, B. | 670.00 | 1.00 | Updated the draft tax settlement motion. |
| 05/01/2020 | Hailey, K. | 1,695.00 | 1.50 | Conference call w/MNAT and A. Jung re: settlement motion (.3); review and revision of same; review of Indian tax materials and background documentation re: same (1.2). |
| 05/04/2020 | Jung, B. | 670.00 | 1.00 | Updated the tax settlement motion per K. Hailey and L. Schweitzer's comments (.9); Correspondence with MNAT regarding the motion (.1). |
| 05/04/2020 | Schweitzer, L. | 732.50 | 0.50 | Revise draft settlement motion. E/ms A. Jung re same. |
| 05/04/2020 | Hailey, K. | 339.00 | 0.30 | Review of comments to settlement motion. |
| 05/06/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: tax appeal. |

| Date | Timekeeper | Amount | Hours | Description |
|---|---|---|---|---|
| 05/07/2020 | Jung, B. | 469.00 | 0.70 | Updated the draft tax settlement motion. |
| 05/07/2020 | Jung, B. | 201.00 | 0.30 | Email with J. Ray, M. Cilia, M. Kennedy regarding the tax settlement motion; Email with K. Hailey regarding the same. |
| 05/07/2020 | Hailey, K. | 565.00 | 0.50 | Review of markup and e-mails w/A. Jung re: same. |
| 05/08/2020 | Jung, B. | 536.00 | 0.80 | Review of correspondence with EY India regarding Indian Tax Litigation and email to EY India regarding the same (.5); Research regarding court procedures due to Covid-19 (.2); email to MNAT regarding the draft motion and court procedures (.1). |
| 05/11/2020 | Jung, B. | 603.00 | 0.90 | Emails with J. Ray, M. Kennedy, L. Schweitzer and K. Hailey tax settlement motion; Review of EY India's email regarding the same (.2); Updated the draft motion regarding the same (.7). |
| 05/12/2020 | Jung, B. | 670.00 | 1.00 | Emails with J. Ray, K. Hailey and L. Schweitzer regarding draft motion (.2); updated the draft motion (.8). |
| 05/12/2020 | Hailey, K. | 565.00 | 0.50 | Review of revised motion and e-mails w/J. Ray, L. Schweitzer, M. Kennedy and A. Jung re: same. |
| 05/12/2020 | Schweitzer, L. | 439.50 | 0.30 | Review settlement motion, e/ms J. Ray, A. Jung re same. |
| 05/13/2020 | Jung, B. | 536.00 | 0.80 | Attention to emails regarding NNIII; Updated the tax settlement motion. |
| 05/13/2020 | Jung, B. | 201.00 | 0.30 | Review of the sealing procedures. |
| 05/13/2020 | Jung, B. | 201.00 | 0.30 | Review of the MOR. |
| 05/13/2020 | Schweitzer, L. | 439.50 | 0.30 | E/ms MNAT re settlement motion. |
| 05/13/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: motion to settle tax claims. |
| 05/14/2020 | Jung, B. | 1,005.00 | 1.50 | Emails with L. Schweitzer and D. Abbot and P. Topper regarding the draft motion for settlement; Revised the draft motion per said discussions. |
| 05/14/2020 | Schweitzer, L. | 732.50 | 0.50 | Review revised motion and redactions. T/c M. Kennedy re same. |
| 05/14/2020 | Hailey, K. | 339.00 | 0.30 | E-mails re: motion to settle tax claims. |
| 05/15/2020 | Jung, B. | 335.00 | 0.50 | Review of the motion to seal; emails with L. Schweitzer, K. Hailey, J. Ray, and M. Kennedy regarding the same. |
| 05/15/2020 | Hailey, K. | 565.00 | 0.50 | E-mails re: tax settlement and motion re: same. |
| 05/18/2020 | Jung, B. | 201.00 | 0.30 | Emails with MNAT, L. Schweitzer and K. Hailey regarding settlement motion and related schedule. |
| 05/19/2020 | Jung, B. | 1,273.00 | 1.90 | Finalized the draft settlement motion (.9); emails with MNAT and client regarding filing (.3); attention to the redactions (.7). |
| 05/19/2020 | Nugent, L. | 155.00 | 0.50 | Redacted NNIII tax settlement motion per A. Jung |
| 05/26/2020 | Jung, B. | 67.00 | 0.10 | Email with Allen Overy regarding NNIII motion. |

3

| Date | Name | Amount | Hours | Description |
|---|---|---:|---:|---|
| 05/26/2020 | Schweitzer, L. | 146.50 | 0.10 | E/m J. Badke re settlement motion. |
| 06/03/2020 | Jung, B. | 402.00 | 0.60 | Docket Check (.1). Emails with L. Schweitzer and MNAT regarding COC and the final order (.2). Review of the draft COC (.3). |
| 06/04/2020 | Jung, B. | 67.00 | 0.10 | Docket Check. Circulated the settlement authority order to NNIII. |
| 06/08/2020 | Jung, B. | 469.00 | 0.70 | Review of MOR. |
| 06/08/2020 | Schweitzer, L. | 146.50 | 0.10 | Review A. Jung e/m re MOR draft. |
| 06/08/2020 | Hailey, K. | 339.00 | 0.30 | Review of NN III tax submission. |
| 06/09/2020 | Jung, B. | 67.00 | 0.10 | Emails with M. Cilia regarding MOR. |
| 07/08/2020 | Jung, B. | 308.00 | 0.40 | Review of MOR. |
| 08/17/2020 | Jung, B. | 539.00 | 0.70 | Review of the MOR. |
| 08/17/2020 | Schweitzer, L. | 439.50 | 0.30 | Review MOR, A. Jung comments re same. |
| 09/16/2020 | Jung, B. | 462.00 | 0.60 | Review of the MOR. |
| 10/15/2020 | Jung, B. | 77.00 | 0.10 | Review of the MOR. |
| 10/23/2020 | Jung, B. | 770.00 | 1.00 | Drafted the interim fee app |
| 10/23/2020 | Jung, B. | 308.00 | 0.40 | Drafted quarterly fee app |
| 10/27/2020 | Hailey, K. | 226.00 | 0.20 | E-mails w/M. Cilia and N. Virmani re: tax appeals. |
| 10/29/2020 | Jung, B. | 154.00 | 0.20 | Internal discussion with accounting re: fee apps. |
| | **Total:** | **53,296.00** | **62.10** | |

**EXPENSE SUMMARY** In re Nortel Networks Inc., et al
**November 1, 2019 through October 31, 2020** (Case No. 09-10138 (CSS))

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>**Nortel Networks Inc., et al.**<br>**(Case No. 09-10138 (CSS))**<br>**November 1, 2019 through October 31, 2020** | |
| Note: This Application includes certain expenses incurred during a period related to a previously submitted fee application but not entered into the Cleary Gottlieb accounting system until the period covered by this Application. | |

| Date | Amount | Narrative |
|---|---|---|
| **Legal Research - PACER** | | |
| 1/7/2020 | $2.60 | Computer Search - PACER |
| 7/7/2020 | $0.9 | Computer Search - PACER |
| **TOTAL:** | **$3.50** | |
| | | |
| **GRAND TOTAL:** | **$3.50** | |
| | | |

**Page 1**