**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
                                                            :
*In re*                                                     :   Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (CSS)
                                                            :
    Wind-Down Debtors and Debtor-In-   :   Jointly Administered
    Possession.                          :
                                                            :   Hearing date:  December 17, 2020, 10:00 AM (ET)
                                                            :   Objections due:  December 2, 2020, 4:00 PM (ET)
                                                            :
------------------------------------------------------------X

**THIRTY-SIXTH QUARTERLY FEE APPLICATION**
**REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON**
**LLP, AS ATTORNEYS FOR NORTEL NETWORKS INDIA**
**INTERNATIONAL INC., AS DEBTOR AND DEBTOR-IN-POSSESSION,**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH OCTOBER 31, 2020**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Thirty-Sixth Quarterly Fee Application Request (the "Request") for the period November 1, 2019 through and including October 31, 2020 (the "Application Period") for fees and expenses related to Nortel Networks India International Inc.[2]

Cleary Gottlieb seeks approval for the following fee application that is filed concurrently with this Request:

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a debtor-in-possession.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibit A attached to the interim application for November 1, 2019 through October 2020 [D.I. 18840] contains detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

| Fee Application Filing Date [Docket No.] | Period Covered By Fee App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 11/11/20 [D.I. 18840] | 11/1/19 – 10/31/20 | $53,296.00 | $3.50 | TBD | $3.50 | $42,636.80 | $3.50 | $10,659.20 |
| TOTAL | | $53,296.00 | $3.50 | | $3.50 | $42,636.80 | $3.50 | $10,659.20 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee application and payment by the Debtor of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: November 11, 2020  
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Lisa M. Schweitzer*  
Lisa M. Schweitzer  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Wind-Down Debtors and Debtor-in-Possession*

2

**CUMULATIVE COMPENSATION SUMMARY
BY PROFESSIONAL FOR APPLICATION PERIOD**[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

**November 1, 2019 through October 31, 2020**

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| JUNG, BO KYUNG (ANDREA) | Associate - Bankruptcy (called to the bar in 2019; 2 years in current position) | $635.00/$670.00/$770.00 | 36.60 | $24,680.00 |
| HAILEY, KARA A. | Senior Attorney - Corporate, Bankruptcy (called to the bar in 1999; 11 years in current position) | $1,075.00/$1,130.00 | 19.20 | $21,635.50 |
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 14 years in current position) | $1,395.00/$1,465.00 | 2.90 | $4,220.50 |
| BELLER, BENJAMIN S. | Associate - Bankruptcy (called to the bar in 2014; 6 years in current position) | $900.00 | 2.80 | $2,520.00 |
| LIVINGSTON, MATTHEW | Associate - Bankruptcy (called to the bar in 2016; 4 years in current position) | $850.00 | 0.10 | $85.00 |
| LAURA NUGENT | Paralegal | $ 310.00 | 0.50 | $155.00 |
| **TOTAL HOURS:** | | | **62.10** | |
| **GRAND TOTAL:** | | | | **$53,296.00** |

---

[3] Arranged in descending order according to Total Billed Hours.

[4] Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under Title 11 of the United States Code.

[5] Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown. Additionally, adjustments for seniority for partners and other timekeepers (other than associates) and related billing rates, together with any applicable annual increase in billing rates for all timekeepers, became effective January 1, 2020 or July 1, 2020, as applicable. The listing billing rates are the applicable billings rates for the periods in which services were actually provided by such individual.

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2019 through October 31, 2020

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Nortel Networks India International Inc. | 62.10 | $53,296.00 |
| **TOTAL** | 62.10 | $53,296.00 |

## CUMULATIVE EXPENSE SUMMARY FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2019 through October 31, 2020

| Expense Category | | Total Expenses |
|---|---|---|
| Legal Research | PACER | $3.50 |
| **Grand Total Expenses** | | **$3.50** |