**<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :    Case No. 09-10138 (KG)
                                                           :
        Wind-Down Debtors and Debtor-In-                   :    Jointly Administered
        Possession.                                        :
                                                           :
-----------------------------------------------------------X
```

## ORDER GRANTING THE THIRTY-SIXTH QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON  LLP, AS ATTORNEYS FOR NORTEL NETWORKS INDIA INTERNATIONAL INC., AS DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD NOVEMBER 1, 2019 THROUGH OCTOBER 31, 2020

Upon consideration of the Thirty-Sixth Quarterly Fee Application Request (the "Request") of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), as attorneys for Nortel Networks India International Inc. (the "Debtor") for the period from November 1, 2019 through and including October 31, 2020; and upon consideration of the interim fee application subject to the Request (the "Fee Application"); the Court having reviewed the Request and the Fee Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a debtor-in-possession.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

IT IS HEREBY ORDERED that:

1.    The Request is GRANTED.

2.    Cleary Gottlieb is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by Cleary Gottlieb.

3.    The Debtor is authorized and directed to disburse to Cleary Gottlieb payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Application and (b) the actual interim payments received by Cleary Gottlieb for fees and expenses under the Fee Application, as set forth in the Request.

4.    The Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.    This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.    This Order shall be effective immediately upon entry.


Dated: _____
          Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE