# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2019 through October 31, 2020

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 0.50 | 152.50 |
| Fee Applications (MNAT - Filing) | 2.60 | 793.00 |
| Fee Applications (Others - Filing) | 3.90 | 1,529.50 |
| Fee Applications (MNAT - Objections) | 1.00 | 339.00 |
| Fee Applications (Other - Objections) | 1.30 | 498.50 |
| Other Contested Matters | 5.30 | 2,719.00 |
| Court Hearings | 0.60 | 305.50 |
| Schedules/SOFA/U.S. Trustee Reports | 2.80 | 1,140.50 |
| **TOTAL** | **18.00** | **$7,477.50** |

**Time Detail**

**Task Code:**   B110   Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/19 | Reimann, Glenn | Electronically file and cause to be served the seventh notice of intended distributions. | 0.5 | 152.50 |
| | | Total | **0.5** | **152.50** |

**Task Code:**   B160   Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/19 | Fusco, Renae M. | several emails from/to T Mann & accounting re fee apps | 0.8 | 244.00 |
| 11/08/19 | Fusco, Renae M. | coordinate service of MNAT quarterly fee app | 0.1 | 30.50 |
| 11/08/19 | Fusco, Renae M. | efile MNAT quarterly | 0.1 | 30.50 |
| 11/08/19 | Fusco, Renae M. | draft MNAT 1/1/19-10/31/19 fee app | 0.9 | 274.50 |
| 11/08/19 | Fusco, Renae M. | coordinate service of MNAT fee app | 0.1 | 30.50 |
| 11/08/19 | Fusco, Renae M. | efile MNAT 103 fee app | 0.2 | 61.00 |
| 11/08/19 | Fusco, Renae M. | draft MNAT quarterly fee app | 0.3 | 91.50 |
| 12/06/19 | Fusco, Renae M. | upload MNAT fee order | 0.1 | 30.50 |
| | | Total | **2.6** | **793.00** |

**Task Code:**   B165   Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/19 | Mann, Tamara K. | Emails with A. Jung and R. Fusco re fee applications | 0.3 | 193.50 |
| 11/07/19 | Mann, Tamara K. | Emails with R. Fusco re Cleary fee applications | 0.1 | 64.50 |
| 11/12/19 | Mann, Tamara K. | Conf. with R. Fusco re Cleary fee apps | 0.1 | 64.50 |
| 11/13/19 | Mann, Tamara K. | Emails with A. Jung re Cleary fee apps | 0.1 | 64.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/19 | Vale, Desiree | Review with T. Mann regarding e-filing CGSH 105th Monthly Fee App and 35th Qtrly Fee App (0.1). Preparing documents for e-filing (0.4). Filing Monthly Fee Application (0.3). Filing Qtrly Fee Application with Updates and Serving both from docket. (0.4) | 1.2 | 366.00 |
| 11/14/19 | Fusco, Renae M. | draft notice & cos re Cleary 105th fee app | 0.1 | 30.50 |
| 11/14/19 | Mann, Tamara K. | Emails with A. Jung re Cleary interim and quarterly fee apps and finalize same | 0.3 | 193.50 |
| 12/04/19 | Fusco, Renae M. | put together fee binder | 0.4 | 122.00 |
| 12/06/19 | Mann, Tamara K. | Emails with R. Fusco re fee orders | 0.1 | 64.50 |
| 12/06/19 | Fusco, Renae M. | edit fee exhibit & update fee binder | 0.2 | 61.00 |
| 12/06/19 | Fusco, Renae M. | draft 35th interim fee order | 0.3 | 91.50 |
| 12/09/19 | Fusco, Renae M. | upload Cleary fee order; update fee binder & exhibit; send docs to KG chambers | 0.6 | 183.00 |
| 12/10/19 | Fusco, Renae M. | coordinate service of fee orders | 0.1 | 30.50 |
| | | Total | 3.9 | 1,529.50 |

**Task Code:**   B170   Fee Applications (MNAT - Objections)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/19 | Mann, Tamara K. | Emails with R. Fusco re MNAT CNO | 0.1 | 64.50 |
| 12/02/19 | Vale, Desiree | Prepare and e-file CNO re MNAT 103rd Fee Application. | 0.3 | 91.50 |
| 12/02/19 | Fusco, Renae M. | draft CNO re MNAT fee app | 0.4 | 122.00 |
| 12/06/19 | Fusco, Renae M. | draft CNO re MNAT quarterly fee app | 0.1 | 30.50 |
| 12/06/19 | Fusco, Renae M. | efile CNO re MNAT quarterly | 0.1 | 30.50 |
| | | Total | 1.0 | 339.00 |

**Task Code:**   B175   Fee Applications (Other - Objections)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/19 | Mann, Tamara K. | Review fee order and emails with R. Fusco re same (.2); emails with A. Jung and R. Fusco re Cleary CNO and review same (.1) | 0.3 | 193.50 |
| 12/06/19 | Fusco, Renae M. | draft CNO re Cleary 105th fee app | 0.4 | 122.00 |
| 12/06/19 | Fusco, Renae M. | draft CNO re Cleary quarterly fee app | 0.2 | 61.00 |
| 12/06/19 | Reimann, Glenn | Electronically file the certificates of no objection to the monthly and interim fee application of Cleary. | 0.4 | 122.00 |
| | | Total | 1.3 | 498.50 |

**Task Code:** B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/13/20 | Haga, Taylor | drafted motion to seal | 2.1 | 997.50 |
| 05/19/20 | Topper, Paige | Call with M. Harvey re: tax settlement | 0.2 | 102.00 |
| 05/19/20 | Topper, Paige | Finalize settlement motion, motion to seal and notice of proposed redacted settlement motion and prepare for filing. | 0.7 | 357.00 |
| 05/19/20 | Topper, Paige | Draft notice of proposed redacted version of Settlement Motion (.2); revise motion to seal (.3) and email to E. Malafronti re: service of same (.1). | 0.6 | 306.00 |
| 05/19/20 | Topper, Paige | Attn to settlement motion and related motion to seal; emails with Cleary team re: same. | 0.4 | 204.00 |
| 05/19/20 | Harvey, Matthew B. | Call with PNT re: tax settlement. | 0.2 | 150.00 |
| 06/03/20 | Abbott, Derek C. | Call with P. Topper re: COC for settlement order | 0.1 | 92.50 |
| 06/03/20 | Topper, Paige | Finalize COC and order approving potential settlement regarding Indian tax litigation and email to T. Naimoli re: filing same. | 0.3 | 153.00 |
| 06/03/20 | Topper, Paige | Call with D. Abbott re: COC for settlement order (.1); review and revise COC re: same and email to Cleary team re: same (.4) | 0.5 | 255.00 |
| 06/03/20 | Topper, Paige | Emails with A. Kyung re: settlement order and emails with E. Malafronti re: preparing COC for same. | 0.2 | 102.00 |

4

|  |  |  | Total | 5.3 | 2,719.00 |
|---|---|---|---|---|---|

**Task Code:**   B300   Court Hearings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/19 | Mann, Tamara K. | Review 12/16 agenda and emails with R. Fusco re same | 0.1 | 64.50 |
| 12/10/19 | Mann, Tamara K. | Emails with D. Grottini re 12/16 fee hearing and email to A. Jung re same | 0.2 | 129.00 |
| 12/10/19 | Fusco, Renae M. | draft 12/16 agenda | 0.2 | 61.00 |
| 06/05/20 | Topper, Paige | Review agenda for 6.9.20 hearing and call with E. Malafronti re: same. | 0.1 | 51.00 |
|  |  | Total | 0.6 | 305.50 |

**Task Code:**   B420   Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/19 | Fusco, Renae M. | coordinate service of MOR | 0.1 | 30.50 |
| 11/20/19 | Fusco, Renae M. | efile MOR | 0.2 | 61.00 |
| 11/21/19 | Fusco, Renae M. | email to P Topper attaching as filed MOR | 0.1 | 30.50 |
| 12/20/19 | Fusco, Renae M. | email to P Topper attaching as filed MOR | 0.1 | 30.50 |
| 12/20/19 | Fusco, Renae M. | coordinate service of MOR | 0.1 | 30.50 |
| 12/20/19 | Fusco, Renae M. | efile NNII MOR | 0.1 | 30.50 |
| 02/20/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of report (.1); prepare & efile Monthly Operating Report for the Filing Period January 1, 2020 through January 31, 2020 (.1) | 0.2 | 63.00 |
| 02/21/20 | Reimann, Glenn | Serve MOR on the US Trustee. | 0.2 | 67.00 |
| 03/20/20 | Mann, Tamara K. | Call with P. Topper re MOR | 0.1 | 68.50 |
| 03/20/20 | Topper, Paige | Reviewed MOR and prepared for filing. | 0.2 | 102.00 |
| 03/20/20 | Leyh, Meghan | file February Monthly Operating Report; re-file in General case; circulate to P. Topper | 0.5 | 167.50 |

5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/19/20 | Topper, Paige | Review April MOR and email to E. Malafronti re: filing same. | 0.1 | 51.00 |
| 06/19/20 | Topper, Paige | Review May MOR and email to E. Malafronti re: filing same. | 0.2 | 102.00 |
| 07/20/20 | Topper, Paige | Review MOR and quarterly post-confirmation report and email to T. Naimoli re: filing same. | 0.2 | 102.00 |
| 09/18/20 | Topper, Paige | Review August 2020 MOR and email to E. Malafronti re: filing same. | 0.2 | 102.00 |
| 10/20/20 | Topper, Paige | Review September 2020 MOR and prepare for filing. | 0.2 | 102.00 |
| | | **Total** | **2.8** | **1,140.50** |