## Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2019 through October 31, 2020

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Pacer | | $22.20 |
| Messenger Service | | 20.00 |
| In-House Printing | Black and White | 14.80 |
| In-House Duplicating | | 3.60 |
| Postage | | 1.45 |
| **Total Expenses** | | **$62.05** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 11/08/19 | Pacer | 28.0 | 2.80 |
| 11/08/19 | Messenger Service - trustee - 11/8/2019 | 2.0 | 10.00 |
| 11/08/19 | In-House Printing - black & white | 56.0 | 5.60 |
| 11/14/19 | Pacer | 79.0 | 7.90 |
| 11/14/19 | In-House Printing - black & white | 92.0 | 9.20 |
| 11/14/19 | Postage - 11/14/2019 | 1.0 | 1.45 |
| 11/15/19 | Pacer | 86.0 | 8.60 |
| 11/15/19 | Messenger Service - Trustee - 11/15/2019 | 1.0 | 5.00 |
| 11/19/19 | In-House Duplicating | 36.0 | 3.60 |
| 12/02/19 | Pacer | 15.0 | 1.50 |
| 12/03/19 | Pacer | 13.0 | 1.30 |
| 12/09/19 | Messenger Service - USBC - 12/9/2019 | 1.0 | 5.00 |
| 03/20/20 | Pacer | 1.0 | 0.10 |
| | *Total* | | **$62.05** |