# CERTIFICATE OF SERVICE

I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **One Hundred and Fourth Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period November 1, 2019 Through October 31, 2020** was caused to be made on November 18, 2020, in the manner indicated upon the entities identified below.

Date: November 18, 2020

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)

**VIA EMAIL**

David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Nortel Networks Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)