IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ X | Chapter 11 |
| *In re* : | Case No. 09-10138 (CSS) |
| Nortel Networks Inc., *et al.*,[1] : | Jointly Administered |
| Wind-Down Debtors and Debtor-In-Possession. : | RE: D.I. 18842<br>Hearing Date:<br>December 17, 2020 at 10:00 a.m. (ET)<br>Objection Deadline:<br>December 8, 2020 at 4:00 p.m. (ET) |
| ------------------------------------------------------------ X | |

**THIRTY-SIXTH QUARTERLY FEE APPLICATION REQUEST OF
MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR
DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD
<u>NOVEMBER 1, 2019 THROUGH OCTOBER 31, 2020</u>**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly Compensation Order</u>"), Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>") hereby submits its Thirty-Fourth Quarterly Fee Application Request (the "<u>Request</u>") for the period November 1, 2019 through and including October 31, 2020[2] (the "<u>Application Period</u>") for fees and expenses related to Nortel Networks India International Inc.

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the interim application for November 1, 2019 through October 31, 2020 contains detailed listings of Morris Nichols' requested fees and expenses for the Application Period.

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/18/20 D.I. 18842 | 11/1/19-10/31/20 | $7,477.50 | $62.05 | Pending | $5,982.00 | $62.05 | $1,495.50 |
| TOTAL | | $7,477.50 | $62.05 | | $5,982.00 | $62.05 | $1,495.50 |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtor of the amount requested in such fee applications in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Morris Nichols such other and further relief as is just and proper.

Dated: November 18, 2020  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Mann (No. 5643)  
Paige N. Topper (No. 6470)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, DE  19801  
Telephone:  302-658-9200  
Facsimile:  302-658-3989

*Counsel for the Wind-Down Debtors and Debtor-in-Possession*

14310379.1

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Derek C. Abbott | Partner/Bankruptcy. Partner since 2003. Joined firm as an associate in 1995. Member of the DE Bar since 1995. | 925 | 0.1 | 92.50 |
| Matthew B. Harvey | Partner/Bankruptcy. Partner since 2020. Joined firm as associate from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014. Member of the DE Bar since 2008. | 750 | 0.2 | 150.00 |
| Tamara K. Mann | Associate/Bankruptcy. Joined the firm as an associate in 2011. Member of the DE Bar since 2011. | 685 | 0.1 | 68.50 |
|  |  | 645 | 1.7 | 1,096.50 |
| Paige N. Topper | Associate/Bankruptcy. Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 510 | 4.1 | 2,091.00 |
| Taylor M. Haga | Associate/Bankruptcy. Joined the firm as an associate in 2018. Member of the DE Bar since 2018. | 475 | 2.1 | 997.50 |
| Renae M. Fusco | Paralegal | 305 | 6.4 | 1,952.00 |
| Desiree M. Vale | Paralegal | 305 | 1.5 | 457.50 |
| Glenn W. Reimann | Paralegal | 335 | 0.2 | 67.00 |
|  |  | 305 | 0.9 | 274.50 |
| Meghan Leyh | Paralegal | 335 | 0.5 | 167.50 |
| Theresa M. Naimoli | Legal Assistant | 315 | 0.2 | 63.00 |
| **Total** |  | **415.42** | **18.0** | **$7,477.50** |
| **GRAND TOTAL: $7,477.50** | | | | |
| **BLENDED RATE: $415.42** | | | | |
| **ATTORNEY BLENDED RATE: $541.69** | | | | |

3

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.50 | 152.50 |
| Fee Applications (MNAT - Filing) | 2.60 | 793.00 |
| Fee Applications (Others - Filing) | 3.90 | 1,529.50 |
| Fee Applications (MNAT - Objections) | 1.00 | 339.00 |
| Fee Applications (Other - Objections) | 1.30 | 498.50 |
| Other Contested Matters | 5.30 | 2,719.00 |
| Court Hearings | 0.60 | 305.50 |
| Schedules/SOFA/U.S. Trustee Reports | 2.80 | 1,140.50 |
| **TOTAL** | **18.00** | **$7,477.50** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Pacer | | $22.20 |
| Messenger Service | | 20.00 |
| In-House Printing | Black and White | 14.80 |
| In-House Duplicating | | 3.60 |
| Postage | | 1.45 |
| **Total Expenses** | | **$62.05** |