# CERTIFICATE OF SERVICE

I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Sixth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor-In-Possession, for the Period November 1, 2019 Through October 31, 2020** was caused to be made on November 18, 2020, in the manner indicated upon the entities identified below.

Date:  November 18, 2020

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)

**VIA EMAIL**

David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Nortel Networks Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)