# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors and Debtor-In-Possession | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

RESOLVED MATTERS:

1. Interim Fee Hearing.

    Responses Received:  None.

    Related Pleadings:

    a) Order Granting the Thirty-Sixth Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Nortel Networks India International Inc., as Debtor and Debtor-in-Possession, for the Period November 1, 2019 Through October 31, 2020 (D.I. 18848, Entered 12/11/20); and

    b) Order Granting Thirty-Sixth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor-in-Possession, for the Period November 1, 2019 Through October 31, 2020 (D.I. 18849, Entered 12/11/20).

    Status:  The interim fee binder was sent to the Court on December 10, 2020.  Orders have been signed.  No hearing is necessary.

---

1   The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession.  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

|  |  |
|---|---|
| Dated:  December 11, 2020<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer *(admitted pro hac vice)*<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>-and-<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Tamara K. Mann*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Wind-Down Debtors and Debtor In Possession* |