IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
*In re*                                                         :    Chapter 11
                                                                :
Nortel Networks Inc., *et al*.,[1]                              :    Case No. 09-10138 (KG)
                                                                :
    Wind-Down Debtors and                    :    Jointly Administered
    Debtor-In-Possession                     :
                                                                :    **Ref. Docket No. 18850**
---------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC[2], with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 17, 2020 at 10:00 a.m. (Prevailing Eastern Time)," dated December 11, 2020 [Docket No. 18850] by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to: *Office of the U.S. Trustee, Attn: Mark Kenney, 844 King Street, Suite 2207, Wilmington, DE 19801*, and

    c. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-inpossession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.


3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

       **/s/Angharad Bowdler**
       Angharad Bowdler

Sworn to before me this
14th day of December, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, STEPHEN D. SCHREIBER, PAULA J. CONNELLY, GARTH D. WILSON AND JENNIFER MESSINA OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW WASHINGTON DC 20005-4026 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA US COUNSEL FOR THE BANK OF NEW YORK MELLON 900 THIRD AVENUE NEW YORK NY 10022 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  11**

# Exhibit B

Nortel Networks Inc., et al.
Case No. 09-10138 (CSS)
Facsimile Service List

| Name | Fax |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | 212-872-1002 |
| BAKER BOTTS L.L.P. | 214-953-6503 |
| BLAKE, CASSELS & GRAYDON LLP | 416-863-2653 |
| BROWN RUDNICK LLP | 617-856-8201 |
| COLE SCHOTZ P.C. | 302-574-2106 |
| FOX ROTHSCHILD LLP | 302-656-8920 |
| HUGHES HUBBARD & REED LLP | 212-422-4726 |
| IOWA DEPARTMENT OF REVENUE | 515-281-4209 |
| IOWA DEPARTMENT OF REVENUE | 515-281-0763 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | 212-715-8000 |
| LATHAM & WATKINS LLP | 202-637-2201 |
| LATHAM & WATKINS LLP | 212-751-4864 |
| MCCARTHY TÉTRAULT LLP | 416-868-0673 |
| MILBANK TWEED HADLEY & MCCLOY LLP | 212-530-5219 |
| MORRISON & FOERSTER LLP | 415-268-7522 |
| OFFICE OF THE U.S. TRUSTEE | 302-573-6497 |
| PACHULSKI STANG | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 212-336-2222 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 212-849-7100 |
| ROPES & GRAY LLP | 415-315-6350 |
| ROPES & GRAY LLP | 617-951-7050 |
| STIKEMAN ELLIOTT LLP | 416-947-0866 |