**Appendix B**

**Recovery Analysis for NNIII[1]**

The information and data included in this recovery analysis (the "Recovery Analysis") are estimates derived from sources available to NNIII. The Recovery Analysis is based on the Assets and financial estimates of NNIII as of April 30, 2021, plus certain settlements contemplated under the Plan (the "Plan Settlements") as described herein. Allowed Book Intercompany Claims against NNIII asserted by NNI and NNL are treated in accordance with the terms of the Plan and Annex L of the SPSA. The information presented herein is for illustrative purposes only and prepared solely to estimate possible recoveries of various Claims depending on the possible outcome of numerous contingencies, and shall not constitute evidence of the purported validity of any Claim and should not be used for any other purpose than as described herein.

The recoveries are based on cash on hand expected to be available for distribution over the period from April 30, 2021 through December 31, 2021 (the "Forecast Period"). NNIII's Assets are assumed to be fully monetized during the Forecast Period. To the extent certain Assets have not been fully realized during the Forecast Period, NNIII may incur additional expenses beyond the Forecast Period to realize value for the Assets.

The Recovery Analysis amounts may differ from the presentation of Assets in the Balance Sheets disclosed by the Debtors' monthly operating reports (collectively, the "MORs"). The differences primarily include: certain intercompany and affiliate account receivables are fully reserved for accounting purposes in the MORs and the liabilities subject to compromise as laid out in the MORs are have not been adjusted for all Claim activity. In addition, certain intercompany account receivables are offset against intercompany account payables. A description of the manner in which Assets are presented in the MORs is included in each MOR and the notes thereto.

In preparing this Recovery Analysis, NNIII made various estimates and assumptions based on available information. Therefore, actual results may differ from estimated recoveries and could have a material effect on the recovery percentages. The assumptions contained herein are made solely for modeling purposes and do not constitute a waiver of any of NNIII's rights or defenses with respect to any of its Claims and Assets.

As more information becomes available to NNIII, including the ability to realize additional value from the Assets or regarding the expected costs of the remaining case, it is possible that estimates included in the Recovery Analysis may change, and such changes may be material.

---

[1] Capitalized terms used in this Appendix B and not defined herein shall have the definitions ascribed to them in the Plan or the Disclosure Statement, as applicable.

1) **Assumptions with Respect to Assets**

   NNIII has categorized its Assets into various classes. Below is a short description of these categories and the treatment accorded to them in the Recovery Analysis.

   a) *Cash*

   Cash includes demand deposits, interest-bearing deposits with banks, U.S. government obligations, U.S. government guaranteed securities as of April 30, 2021.

   b) *Intercompany Accounts Receivable*

   For the purpose of determining recoveries, the Recovery Analysis assumes that all Affiliates recognize certain pre-petition balances as a basis for determining NNIII's Intercompany Claims against such Affiliates. NNIII's remaining receivable balance with Nortel Networks India (Private) Ltd. of approximately $11.3 million has been agreed, compromised and or settled with Nortel Networks India (Private) Ltd. Due to uncertainties regarding timing and amount of any future distributions from Nortel Networks India (Private) Ltd., the Recovery Analysis does not include any value for a recovery on this receivable balance. Such assumption is an estimate and the actual result could vary materially.

2) **Assumptions with Respect to Claims**

   **This Recovery Analysis is premised upon a number of estimates and assumptions that, although developed and considered reasonable by NNIII, are inherently subject to significant business, economic and additional uncertainties beyond the control of NNIII and, as discussed below, may be subject to change.**

   a) *Estimated Fees and Expenses after Effective Date*

   As outlined in the Plan, NNIII will pay NNI an expense reimbursement fee of up to $100,000 per quarter for post-effective date distribution management, wind-down costs and reimbursement of US Trustee costs. Additionally, NNIII is expected to incur direct professional fees and expenses related to the wind-down of its affairs in both the U.S. and India. The Recovery Analysis includes estimated incurred and unpaid administrative costs as of the Effective Date. The Recovery Analysis includes an estimate of $1.1 million associated with these estimated costs.

   NNIII's cost estimates outlined above are highly dependent upon key assumptions including, but not limited to:

   - a resolution, during the Forecast Period, of all of NNIII's Intercompany Claims against Affiliates; and
   - an accurate assessment of the costs necessary to wind down and liquidate NNIII in both the U.S. and India.

   To the extent any of these assumptions are not realized, NNIII's costs may differ from estimated costs, and such additional costs could have a material effect on the recovery percentages for creditors under the Plan.

b) *NNIII General Unsecured Claims*

The General Unsecured Claims class includes two Claims:
- The Allowed Book Intercompany Claim of NNL of $17.6 million; and
- The Allowed Book Intercompany Claim of NNI of $53.6 million.

The amount of such Allowed Book Intercompany Claims is inclusive of amounts previously distributed by NNIII to NNI and NNL pursuant to the Interim Distribution Order. This Recovery Analysis excludes the allowed PBGC Claim of $624.6 million as the PBGC has received the maximum allowed recovery on its claims against NNIII and the Former Debtors under the PBGC Settlement Agreement as described in Section 7.8 of the Plan.

3) **Net Distributable Assets and Recovery Analysis**

This Recovery Analysis includes tables containing the net distributable Assets and the estimated recoveries. This Recovery Analysis also includes the Interim Distribution for the two Claims outlined above.

Various contingency reserves will be taken by NNIII against the cash available for distribution and NNIII's receipt of distributions on Affiliate receivables may be realized over an extended period of time. This Recovery Analysis does not take any such reserves and timing matters into consideration and the analysis is based on the ultimate recovery to the creditors, regardless of when such recovery is received.

**Nortel Networks India International Inc.**
Recovery Analysis
($ millions)

| | Estimated Plan Assets | | Claims | Recovery | |
|---|---|---|---|---|---|
| | | | | $ | % |
| Cash | 23.6 | Class 1: Priority Non-Tax Claims | - | - | N/A |
| Receivables - Estimated Recoveries | Receivable Amount | Class 2: Secured Claims | - | - | N/A |
| Nortel Networks India (Pvt) Ltd. | 11.3 | - | | | |
| | | Class 3: General Unsecured Claims[1] | 71.4 | 22.5 | 31.5% |
| Operating and Wind-Down Costs | | | | | |
| Chapter 7 Trustee Costs | | - | | | |
| Estimated Fees & Expenses after Effective Date | | (0.6) | Class 4: Interests | - | - | N/A |
| Certain Administrative Claims/Reserves | | | | | |
| NNI Administrative Claim | | (0.5) | | | |
| **DISTRIBUTABLE ASSETS** | | **22.5** | **TOTAL** | **71.4** | **22.5** | |
| | | | Class 3: General Unsecured Claims | | | |
| | | | Interim Distribution | | 1.5 | 2.2% |
| | | | Plan Distribution | | 22.5 | 31.5% |
| | | | **Total Recovery** | | **24.0** | **33.7%** |

1. Class 3 General Unsecured Claim Estimate excludes PBGC claim of $624.6 million and the recovery amounts exclude interim distribution of $13.4 million made on account of this claim.