**Appendix C**

**Liquidation Analysis for NNIII[1]**

    The information and data included in this liquidation analysis (the "<u>Liquidation Analysis</u>") are estimates derived from sources available to NNIII.  The Liquidation Analysis reflects the estimated assets of NNIII if NNIII were to be liquidated in a chapter 7 case.  Allowed Book Intercompany Claims against NNIII asserted by NNI and NNL are treated in accordance with the terms of the Plan and Annex L of the SPSA.  Underlying the Liquidation Analysis are a number of estimates and assumptions regarding liquidation proceeds that, although developed and considered reasonable by NNIII, are inherently subject to significant uncertainties and contingencies beyond the control of NNIII.  The information presented herein is for illustrative purposes only and assumptions prepared solely to provide an estimated range of possible liquidation recoveries for various Classes of Claims, where such estimates necessarily depend on the outcome of numerous contingencies.  The Liquidation Analysis shall not constitute evidence of the purported validity of any Claim and should not be used for any other purpose than as described herein.  **ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE RECOVERIES REFLECTED IN THE LIQUIDATION ANALYSIS WOULD BE REALIZED IF THE DEBTORS WERE, IN FACT, TO UNDERGO SUCH A LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.**

    The Liquidation Analysis assumes that certain economic settlements achieved in the SPSA also would be achieved in a chapter 7 liquidation, including, but not limited to, (a) the allowance of the Allowed Book Intercompany Claims of NNI and NNL against NNIII in the amounts set forth in Annex L of the SPSA and (b) the release by the Canadian Debtors and the EMEA Debtors, NNSA and the EMEA Non-Filed Entities of any and all other pre-filing books and records claims against NNIII.

    While NNIII believes these settlements could be replicated in a chapter 7 liquidation, a liquidation under chapter 7 likely would, at minimum, cause NNIII to incur additional costs, and also introduce additional risks that could materially reduce the ultimate assets available to NNIII for distribution to their creditors.  For purposes of this Liquidation Analysis, these risks associated with the assets available to the Debts were not quantified.

---

[1]  Capitalized terms used in this Appendix C and not defined herein shall have the definitions ascribed to them in the Plan or the Disclosure Statement, as applicable.

Solely for purposes of this illustrative analysis, NNIII estimated the Assets from its Estate that would be available in a chapter 7 liquidation and the estimated Claims against its Estate in a liquidation scenario on the same basis that it estimated the Assets available and estimated expected Claims in the Recovery Analysis, with the following important changes:

- Additional Estimated Fees & Expenses at NNIII: Estimated $0.4 million increase in fees and expenses at NNIII for additional counsel or professionals that would be engaged to assist a chapter 7 trustee in the liquidation, and for expected inefficiencies associated with changing or adding new professionals to address the remaining matters to be addressed at NNIII at this advanced stage of the Chapter 11 Case.
- Trustee Compensation: Estimated compensation for the chapter 7 trustee or trustees as 4% of Assets distributable to creditors of NNIII.

**Nortel Networks India International Inc.**
Liquidation Analysis
($ millions)

|  | Receivable Amount | Estimated Plan Assets |  | Claims | Recovery $ | Recovery % |
|---|---|---|---|---|---|---|
| Cash |  | 23.6 | Class 1: Priority Non-Tax Claims | - | - | N/A |
| Receivables - Estimated Recoveries |  |  | Class 2: Secured Claims | - | - | N/A |
| Nortel Networks India (Pvt) Ltd. | 11.3 | - |  |  |  |  |
|  |  |  | Class 3: General Unsecured Claims[1] | 71.4 | 21.1 | 29.6% |
| Operating and Wind-Down Costs |  |  |  |  |  |  |
| Chapter 7 Trustee Costs |  | (1.0) |  |  |  |  |
| Estimated Fees & Expenses after Effective Date |  | (1.0) | Class 4: Interests | - | - | N/A |
| Certain Administrative Claims/Reserves |  |  |  |  |  |  |
| NNI Administrative Claim |  | (0.5) |  |  |  |  |
| **DISTRIBUTABLE ASSETS** |  | **21.1** | TOTAL | 71.4 | 21.1 |  |
|  |  |  | Class 3: General Unsecured Claims |  |  |  |
|  |  |  | Interim Distribution |  | 1.5 | 2.2% |
|  |  |  | Plan Distribution |  | 21.1 | 29.6% |
|  |  |  | **Total Recovery** |  | **22.6** | **31.7%** |

1. Class 3 General Unsecured Claim Estimate excludes PBGC claim of $624.6 million and the recovery amounts exclude interim distribution of $13.4 million made on account of this claim.