# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | Jointly Administered |
| ------------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
| Debtor-In-Possession. | Jointly Administered |
| | **Hearing Date: August 27, 2021, at 1:00 p.m. (ET)** |
| | **Objections Due: August 20, 2021, at 4:00 p.m. (ET)** |
| ------------------------------------------------------------X | |

## NOTICE OF HEARING TO CONSIDER
## APPROVAL OF DISCLOSURE STATEMENT

**TO:** ALL HOLDERS OF CLAIMS AGAINST, AND EQUITY INTERESTS IN, NORTEL NETWORKS INDIA INTERNATIONAL INC. AND ALL OTHER PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASE:

**PLEASE TAKE NOTICE** that on July 20, 2021, Nortel Networks India International Inc. ("NNIII") filed the *Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc.* (D.I. 18866) (the "Proposed Disclosure Statement") and the proposed *Chapter 11 Plan of Nortel Networks India International Inc.* (D.I. 18865) (the "Proposed Plan").

**PLEASE TAKE FURTHER NOTICE** of the following deadlines and procedures with respect to the Proposed Disclosure Statement:

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**Disclosure Statement Hearing Date**.  A hearing to consider approval of the Proposed Disclosure Statement is scheduled for **August 27, 2021, at 1:00 p.m. (Prevailing Eastern Time)** (the "Disclosure Statement Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Sixth Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

The Disclosure Statement Hearing may be continued from time to time without further notice other than the advisement or announcement of the adjourned date(s) by NNIII in open court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.  NNIII may modify the Proposed Disclosure Statement and Proposed Plan, if necessary, prior to, during, or as a result of the Disclosure Statement Hearing without further notice.  Upon approval of the Proposed Disclosure Statement by the Bankruptcy Court, Holders of Claims against and Interests in NNIII who are entitled to vote on the Proposed Plan will receive a copy of the approved Disclosure Statement, the Proposed Plan and other documents related thereto, if applicable, unless otherwise ordered by the Bankruptcy Court.

**Objections to Proposed Disclosure Statement.**  The deadline for filing and serving objections, if any, to approval of the Proposed Disclosure Statement is **August 20, 2021 at 4:00 p.m. (Prevailing Eastern Time)** (the "Disclosure Statement Objection Deadline").  To be considered, objections, if any, to the Proposed Disclosure Statement:  (a) shall be in writing; (b) shall state the name and address of the objector and its interest in NNIII's case; (c) shall state, if appropriate, the amount and nature of the objector's Claim or Interest; (d) shall state the grounds for the responses or objections and the legal basis therefor; (e) shall reference with specificity the portions of the Proposed Disclosure Statement, as applicable, to which the responses or objections are made; (f) shall, if applicable, set forth additional or alternative proposed language to be considered for inclusion in the Proposed Disclosure Statement; and (g) shall be filed, together with proof of service, with the Clerk of the United States Bankruptcy Court, District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served such that the responses or objections are **ACTUALLY RECEIVED** no later than the Disclosure Statement Objection Deadline by each of the following parties:

Counsel for NNIII

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Morris, Nichols, Arsht & Tunnell LLP |
| One Liberty Plaza | 1201 North Market Street, 16th Floor |
| New York, New York 10006 | Wilmington, Delaware 19801 |
| (212) 225-3999 (facsimile) | (302) 658-3989 (facsimile) |
| Attention:  Lisa M. Schweitzer, Esq. | Attention:  Derek C. Abbott, Esq. & |
| lschweitzer@cgsh.com | Andrew R. Remming, Esq. |
| | dabbott@morrisnichols.com |
| | aremming@morrisnichols.com |

<u>The United States Trustee</u>

Office of The United States Trustee
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Attention: David L. Buchbinder, Esq.
david.l.buchbinder@usdoj.gov

**OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH ABOVE MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**<u>Information and Documents</u>**.  You may obtain a copy of the Proposed Disclosure Statement, the Proposed Plan, the order approving the Proposed Disclosure Statement (when entered by the Bankruptcy Court) or any related documents, exhibits or appendices free of charge by contacting either (i) Epiq Bankruptcy Solutions, LLC ("Epiq"), NNIII's claims, noticing and solicitation agent, (a) in writing at: Nortel Networks Inc. *et al.*, c/o Epiq Bankruptcy Solutions, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005, or (b) by sending an email to tabulation@epiqsystems.com with a reference to "Nortel" in the subject line and the name of the document(s) requested in the body of the email or (ii) the undersigned counsel to NNIII.  The documents are also available for download free of charge at: http://dm.epiq11.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that this notice is not a solicitation of votes to accept or reject the Proposed Plan.  Votes may not be solicited until the Proposed Disclosure Statement has been approved by an order of the Bankruptcy Court.

**IF YOU DO NOT RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER AN ORDER APPROVING THE PROPOSED DISCLOSURE STATEMENT (AS IT OR THE PROPOSED PLAN MAY BE MODIFIED BEFORE, DURING, OR AFTER THE DISCLOSURE STATEMENT HEARING) WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of the page left intentionally blank.]*

| | |
|---|---|
| Dated: July 20, 2021<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Remming*_____<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtor and Debtor-in-Possession* |