## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X
In re                                      :    Chapter 11
                                           :
Nortel Networks Inc., et al.,¹             :    Case No. 09-10138 (CSS)
                                           :
            Wind-Down Debtors.             :    Jointly Administered
                                           :
                                           :
------------------------------------------------------------ X
                                           :
In re                                      :    Chapter 11
                                           :
Nortel Networks India International Inc.   :    Case No. 16-11714 (CSS)
                                           :
            Debtor-In-Possession.          :    Jointly Administered
                                           :
                                           :    Ref. Docket Nos. 18865, 18866,
------------------------------------------------------------ X    18869, & 18870
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GEOFF ZAHM, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 20, 2021, I caused to be served the:

    a.  "Chapter 11 Plan of Nortel Networks India International Inc.," dated July 20, 2021 [Docket No. 18865],

    b.  "Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc.," filed on July 20, 2021 [Docket No. 18866],

---

¹ The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

    c.   "Notice of Hearing to Consider Approval of Disclosure Statement," dated July 20, 2021 [Docket No. 18869], and

    d.   "Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure Statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures," dated July 20, 2021 [Docket No. 18870],

by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A,</u> and

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                      _/s/Geoff Zahm_
                                                    Geoff Zahm

Sworn to before me this
22nd day of July, 2021
_/s/ Regina Amporfro_
Notary Public, State of New York
Acct. No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**Exhibit A**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 199 BAY STREET SUITE 4000, COMMERCE COURT WEST TORONTO ON M5L 1G9 CANADA |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |

**Total Creditor count  4**

| Claim Name | Address Information |
|---|---|
| AZB & PARTNERS ADVOCATES & SOLICITORS | UNITECH CYBER PARK 602 TOWER-B, 6TH FLOOR SECTOR 39 GURGAON 122001 INDIA |
| AZB & PARTNERS ADVOCATES & SOLICITORS | UNITECH CYBER PARK, 602 TOWER-B 6TH FLOOR, SECTOR 39 GURGAON HARYANA 122001 INDIA |
| DEPUTY COMMISSIONER OF INCOME TAX | ARVIND KUMAR CIRCLE -2(2)(2) (INT'L TAX), ROOM NO 310 3RD FL E2 BLOCK SP MUKHERJEE CIVIC CENTR JL NEHRU MARG, NEW DELHI 110 002 INDIA |
| ERNST & YOUNG | 1ST FLOOR, TOWER A, BUILDING NO 8 DLF CYBER CITY, PHASE II, SECTOR 5 GURGAON HARYANA 122002 INDIA |
| ERNST & YOUNG INC | ATTN: MURRAY MCDONALD, B. BEEKENKAMP ERNST & YOUNG TOWER 222 BAY ST., PO BOX 251 TORONTO ON M5K 1J7 CANADA |
| ERNST & YOUNG LLP | 1ST FLOOR, TOWER A, BLDG NO. 8 DLF CYBER CITY PHASE II, SECTOR 25 GURGAON 122002 INDIA |
| GOODMANS LLP, BAY ADELAID CTR | ATTN: J CARFAGNINI, J PASQUARIELLO, B ZARNETT, A MARK, P RUBY, J KIMMELL 333 BAY ST., STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON LLP | ATTN: D TAY, J STAM FIRST CANADIAN PL., STE 1600 100 KING ST. WEST TORONTO ON M5X 1G5 CANADA |
| INCOME TAX DEPARTMENT OF INDIA | ASSESSING OFFICER, ASSISTANT DIRECTOR OF INCOME TAX (INT'L TAX) CIRCLE 2(1) NEW DELHI, DELHI 110002 INDIA |
| INDIA DEPARTMENT OF REVENUE | ROOM NO. 46, NORTH BLOCK NEW DELHI - 110 001 110 001 INDIA |
| NORTEL DE MEXICO, S. DE R.L. DE C.V. | INSURGENTES SUR 1605-FLOOR 30 COL. SAN JOSE INSURGENTES 3900 MEXICO |
| NORTEL NETWORKS (INDIA) PRIVATE LIMITED | ORCHID PLAZA, 2ND FLOOR SUN CITY, SECTOR 54 GURGAON HARYANA 122002 INDIA |
| NORTEL NETWORKS LIMITED | ATTN: TANECIA WONG KEN AUTHORIZED REPRESENTATIVE 5945 AIRPORT ROAD, SUITE 152 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS LIMITED | 8200 DIXIE ROAD, SUITE 100 BRAMPTON ON L6T 5P6 CANADA |
| NORTEL NETWORKS LIMITED | 222 BAY STREET, PO BOX 251 ATTN: NORTEL TORONTO M5K 1J7 CANADA |
| NORTEL NETWORKS LIMTED | 8200 DIXIE ROAD SUITE 100 BRAMPTON ON L6T 5P6 CANADA |
| NORTEL NETWORKS LIMTED | ERNST & YOUNG, INC. 222 BAY STREET, PO BOX 251 ATTN: NORTEL TORONTO ON M5K 1J7 CANADA |
| PDS LEGAL ADVOCATES & SOLICITORS | 1ST FLOOR, TOWER A, BLDG NO. 8 DLF CYBER CITY PHASE II, SECTOR 25 GURGAON 122002 INDIA |
| PDS LEGAL ADVOCATES AND SOLICITORS | 1ST FLOOR, TOWER A, BUILDING NO 8 DLF CYBER CITY, PHASE II, SECTOR 5 GURGAON HARYANA 122002 INDIA |

**Total Creditor count  19**

| Claim Name | Address Information |
|---|---|
| BENNETT JONES | ATTN: KEVIN ZYCH 3400 ONE FIRST CANADIAN PLACE PO BOX 130 TORONTO ON M5X 1A4 CANADA |
| BLAKE CASSELS & GRAYDON LLP | ATTN: MICHAEL BARRACK 199 BAY STREET SUITE 4000 TORONTO ON M5L 1A9 CANADA |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL WUNDER SUITE 2010, SCOTIA PLAZA 40 KING ST WEST TORONTO ON M5H 3C2 CANADA |
| DEBEVOISE & PLIMPTON | ATTN: KEVIN LLOYD 65 GRESHAM STREET LONDON EC2V7NQ UNITED KINGDOM |
| GOODMANS LLP | ATTN: JAY CARFAGNINI AND JOSEPH PASQUARIELLO 333 BAY ST STE 3400 TORONTO ON M5H 2S7 CANADA |
| HERBERT SMITH FREEHILLS | ATTN: KEVIN PULLEN EXCHANGE HOUSE PRIMROSE STREET LONDON EC2A 2EG UNITED KINGDOM |
| HOGAN LOVELLS INTERNATIONAL LLP | ATTN: ANGELA DIMSDALE GILL ATLANTIC HOUSE HOLBORN VIADUCT LONDON EC1A 2FG UNITED KINGDOM |
| KOSKIE MINSKY LLP | ATTN: MARK ZIGLER 20 QUEEN ST WEST SUITE 900, BOX 52 TORONTO ON M5H 3R3 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: JAMES D GAGE SUITE 5300 TD BANK TOWER BOX 48, 66 WELLINGTON ST WEST TORONTO ON M5K 1E6 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: KEN ROSENBERG 155 WELLINGTON ST W SUITE 3500 TORONTO ON M5V 3H1 CANADA |
| STIKEMAN ELLIOT LLP | ATTN: DANIEL MURDOCH 5300 COMMERCE COURT WEST 199 BAY ST TORONTO ON M5L 1B9 CANADA |
| THORNTON GROUT FINNIGAN LLP | ATTN: D.J. MILLER SUITE 3200, 100 WELLINGTON ST WEST PO BOX 329 TORONTO-DOMINION CENTRE TORONTO ON M5K 1K7 CANADA |
| TORYS LLP | ATTN: SCOTT BOMHOF 79 WELLINGTON ST W 30TH FLOOR BOX 270 TD SOUTH TOWER TORONTO ON M5K 1N2 CANADA |

Total Creditor count  13

**Exhibit B**

| Claim Name | Address Information |
| --- | --- |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA, RYAN C. JACOBS, DAVID H. BOTTER, ABID QURESHI & BRAD M. KAHN ONE BRYANT PARK NEW YORK NY 10036 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ., CURT ANDERSON, ESQ. & DAN J. MCDERMETT, JR., ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE, SUITE 600 DALLAS TX 75201 |
| BROWN RUDNICK LLP | STEVEN D. POHL, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM ONE FINANCIAL CENTER BOSTON MA 02111 |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| COLE SCHOTZ P.C. | N. PERNICK AND S. BHATNAGAR COUNSEL FOR SNMP RESEARCH INTERNATIONAL AND SNMP RESEARCH INC. 300 E. LOMBARD STREET, SUITE 1450 BALTIMORE MD 21202 |
| FOX ROTHSCHILD LLP | JEFFREY M. SCHLERF, ESQ. COUNSEL FOR THE NORTEL TRADE CLAIM CONSORTIUM 919 NORTH MARKET STREET, SUITE 300 CITIZENS BANK CENTER WILMINGTON DE 19801 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HOLLAND & KNIGHT | ATTN: MICHAEL B EISENBERG, ESQ COUNSEL FOR AVAYA INC. 901 NORTH MARKET ST STE 1300 WILMINGTON DE 19801 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| IOWA DEPARTMENT OF REVENUE | BRANDON J. GRAY, ASSISTANT ATTORNEY GENERAL HOOVER STATE OFFICE BUILDING DES MOINES IA 50319 |
| KELLEY DRYE & WARREN LLP | SARAH L. REID, ERIC R. WILSON & BENJAMIN D. FEDER COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION 101 PARK AVENUE NEW YORK NY 10178 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. COUNSEL FOR GENBAND INC. 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. 55 HUDSON YARDS NEW YORK NY 10001-2163 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: DAVID L. BUCHBINDER, ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL, STEPHEN D. SCHREIBER, PAULA J. CONNELLY, GARTH D. WILSON AND JENNIFER MESSINA OFFICE OF THE CHIEF COUNSEL 1200 K STREET NW WASHINGTON DC 20005-4026 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEEL KIRPALANI, ESQ., JAMES C. TECCE, ESQ. AND DANIEL S. HOLZMAN, ESQ. COUNSEL FOR SOLUS ALTERNATIVE ASSET MANAGEMENT LP 51 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10010 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ. & ALFRED O. ROSE COUNSEL FOR AVAYA INC. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |

| Claim Name | Address Information |
|---|---|
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | MICHAEL J. RIELA US COUNSEL FOR THE BANK OF NEW YORK MELLON 900 THIRD AVENUE NEW YORK NY 10022 |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DE | HERCULES BUILDING U.S. ATTORNEY'S OFFICE 1313 N MARKET STREET WILMINGTON DE 19801 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

Total Creditor count  30

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN 1221 AVE OF THE AMERICAS NEW YORK NY 10020 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: ALBERT PISA 28 LIBERTY ST NEW YORK NY 10005 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SUSAN SALTZSTEIN 4 TIMES SQUIARE NEW YORK NY 10036 |
| WILKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS 787 SEVENTH AVE NEW YORK NY 10019 |

**Total Creditor count  4**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BUCHANAN INGERSOLL & ROONEY | ATTN:K MURPHY & M CALOWAY 1105 N. MARKET ST., STE 1900 WILMINGTON DE 19801 |
| HARRIS COUNTY, ET AL | C/O LINEBARGER GOGGAN BLAIR SAMPSON, LLP ATTN: JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| NORTEL NETWORKS INC. | 8601 SIX FORKS ROAD SUITE 400 RALEIGH NC 27615 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL ATTN: VICENTE M. MURRELL 1200 K STREET, N.W., SUITE 340 WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: VICENTE MATIAS MURRELL OFFICE OF THE CHIEF COUNSEL 1200 K STREET, N.W., STE 340 WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: VINCENTE MATIAS MURRELL, ATTORNEY OFFICE OF THE CHIEF COUNSEL 1200 K STREET, N.W., SUITE 340 WASHINGTON DC 20005-4026 |

**Total Creditor count  6**