## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors and Debtors-in-Possession. | **Related Docket No. 15770** |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MASTER AND ECF SERVICE LISTS AND FROM ECF NOTIFICATIONS

**PLEASE TAKE NOTICE** that Robert A. Weber, Esquire of Chipman Brown Cicero & Cole, LLP hereby withdraws his appearance on behalf of *Stephen Taylor, Conflicts Administrator for Nortel Networks SA [In Administration]* (the "**Conflicts Administrator**") and requests to be removed from all service lists, including all electronic service lists and the ECF notification system for the above-captioned cases. Please remove as follows:

> Robert A. Weber
> **CHIPMAN BROWN CICERO & COLE, LLP**
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware 19801
> Telephone: (302) 295-0191
> Email:   weber@chipmanbrown.com

| | |
|---|---|
| Dated: August 4, 2021<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Robert A. Weber*<br>Robert A. Weber (No. 4013)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone:    (302) 295-0191<br>Facsimile:     (302) 295-0199<br>Email:          weber@chipmanbrown.com<br><br>*Former Counsel for the Conflicts Administrator* |

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.