IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | Jointly Administered |
| | Re: D.I. 18874 & 18875 |

---

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
| Debtor-In-Possession. | Jointly Administered |
| | Re: D.I. 31 & 32 |

---

**NOTICE OF FILING OF (A) REVISED CHAPTER 11 PLAN OF NORTEL NETWORKS INDIA INTERNATIONAL INC. AND (B) RELATED DISCLOSURE STATEMENT**

      **PLEASE TAKE NOTICE** that on July 26, 2016, Nortel Networks India International Inc., as a debtor and debtor-in-possession in the above-captioned chapter 11 cases ("NNIII"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that, on July 20, 2021, NNIII filed a proposed chapter 11 plan (ECF No. 18865) (the "Initial Plan") and the accompanying disclosure statement (ECF No. 18866) (the "Initial Disclosure Statement").

      **PLEASE TAKE FURTHER NOTICE** that on August 12, 2021, NNIII filed the *Chapter 11 Plan of Nortel Networks India International Inc.* (ECF No. 18874) (the "Revised Plan")[2] and the *Disclosure Statement for the Chapter 11 Plan of Nortel Networks India*

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined in this notice have the meanings ascribed to them in the Revised Plan.

*International Inc.* (ECF No. 18875) (the "Revised Disclosure Statement") (in each case without exhibits and appendices, which remained unchanged from the filing of the Initial Plan and Initial Disclosure Statement).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a changed-pages only comparison of the Revised Plan against the Initial Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is a changed-pages only comparison of the Revised Disclosure Statement against the Initial Disclosure Statement (in each case without exhibits).

Copies of the Revised Plan, the Revised Disclosure Statement and the exhibits and appendices thereto, which exhibits and appendices were filed with the Initial Plan and Initial Disclosure Statement, as applicable, can be obtained free of charge by visiting the website maintained by NNIII's claims and solicitation agent, Epiq Bankruptcy Solutions, LLC, at https://dm.epiq11.com/nortel, calling Epiq Bankruptcy Solutions, LLC at (646) 282-2500 and requesting to speak with a member of the Solicitation Team or emailing Epiq Bankruptcy Solutions, LLC at tabulation@epiqglobal.com and referencing "Nortel Networks India" in the subject line.

*[Remainder of page intentionally left blank]*

Dated: August 12, 2021
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Nortel Networks India International Inc.*