# Exhibit A

**Changed-Pages Only Comparison of the Revised Plan**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | Jointly Administered |

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
| Debtor-In-Possession. | Jointly Administered |

**CHAPTER 11 PLAN OF
NORTEL NETWORKS INDIA INTERNATIONAL INC.[2]**

| | |
|---|---|
| **Lisa M. Schweitzer, Esq. (admitted *pro hac vice*)**<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>**One Liberty Plaza**<br>**New York, NY 10006** | **Derek C. Abbott, Esq. (No. 3376)**<br>**Andrew R. Remming, Esq. (No. 5120)**<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>**1201 North Market Street, 18th Floor**<br>**P.O. Box 1347**<br>**Wilmington, DE 19899** |

*Attorneys for the Debtors and Debtor-in-Possession*         Dated: ~~July 19~~ August 12, 2021

---

[1]   The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]   This Plan is only a Chapter 11 Plan for Nortel Networks India International Inc. The First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors [D.I. 17763] was confirmed on January 24, 2017 and went effective on May 8, 2017.

## TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| **12.2** | **Waiver of Conditions** | 34 |
| **12.3** | **Notice of Effective Date** | 35 |
| **12.4** | **Dismissal or Conversion** | 35 |

ARTICLE 13.
EFFECT OF CONFIRMATION

| | | |
|---|---|---|
| **13.1** | **Binding Effect; Plan Binds All Holders of Claims and Interests.** | 35 |
| **13.2** | **Release ~~and Discharge~~ of NNIII and Wind-Down NNIII.** | 35 |
| **13.3** | **Release and Discharge of the Plan Released Parties** | 36 |
| **13.4** | **SPSA Releases** | 37 |
| **13.5** | **Exculpation and Limitation of Liability** | 38 |
| **13.6** | **Injunction on Claims** | 39 |
| **13.7** | **Terms of Injunctions or Stays** | 39 |
| **13.8** | **Retention of Litigation Claims and Reservation of Rights.** | 39 |
| **13.9** | **Retention of Rights** | 40 |
| **13.10** | **Vesting** | 40 |

ARTICLE 14.
RETENTION OF JURISDICTION

ARTICLE 15.
MISCELLANEOUS PROVISIONS

| | | |
|---|---|---|
| **15.1** | **Effectuating Documents and Further Transactions** | 42 |
| **15.2** | **Authority to Act** | 42 |
| **15.3** | **Amendment or Modification of the Plan** | 43 |
| **15.4** | **Administrative Expense Claims Reserve** | 43 |
| **15.5** | **Fees and Expenses** | 43 |
| **15.6** | **Revocation or Withdrawal of the Plan** | 43 |
| **15.7** | **Insurance Preservation** | 43 |
| **15.8** | **Exemption from Certain Transfer Taxes** | ~~43~~44 |
| **15.9** | **Subordinated Claims** | 44 |
| **15.10** | **Cross-Border Protocol and Cross-Border Claims Protocol** | 44 |
| **15.11** | **Governing Law** | 44 |
| **15.12** | **No Admissions** | 44 |

## TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| **15.13** | **Severability of Plan Provisions** | 44 |
| **15.14** | **Successors and Assigns** | ~~44~~45 |
| **15.15** | **Defenses with Respect to Unimpaired Claims** | 45 |
| **15.16** | **Section 1125(e) Good Faith Compliance** | 45 |
| **15.17** | **No Injunctive Relief** | 45 |
| **15.18** | **Payment of Statutory Fees** | 45 |
| **15.19** | **Saturday, Sunday or Legal Holiday** | 45 |
| **15.20** | **Reservation of Rights** | 45 |
| **15.21** | **Post-Effective Date Rule 2002 Notice List** | 45 |
| **15.22** | **Right to Abandon and Dispose of Debtor Property, Books & Records** | ~~45~~46 |
| **15.23** | **Notices** | 46 |

of the Bankruptcy Court or its designee during normal business hours, obtained by written request to counsel to NNIII or obtained on the website of the Claims Agent at http://dm.epiq11.com/nortel.

   **1.5**  **Computation of Time.** In computing any period of time prescribed or allowed by the Plan, unless otherwise expressly provided, the provisions of Bankruptcy Rule 9006(a) shall apply.

<div style="text-align:center">

ARTICLE 2.
TREATMENT OF UNCLASSIFIED CLAIMS

</div>

   **2.1**  **Administrative Expense Claims.** Subject to the allowance procedures and deadlines provided herein, on or as soon as reasonably practicable after the later to occur of (a) the Effective Date, (b) the date on which an Administrative Expense Claim shall become an Allowed Claim and (c) to the extent an Allowed Administrative Expense Claim relates to a liability arising under another agreement incurred by NNIII in the ordinary course, the date such liability is owed in accordance with the terms and conditions of any agreement or course of dealing relating thereto and consistent with past practice, the Holder of an Allowed Administrative Expense Claim shall receive on account of its Allowed Administrative Expense Claim, and in full satisfaction, settlement and release of and in exchange for such Allowed Administrative Expense Claim, (a) Cash equal to the unpaid portion of such Allowed Administrative Expense Claim or (b) such other treatment as to which NNIII and the Holder of such Allowed Administrative Expense Claim have agreed upon in writing; *provided*, *however*, that Professional Claims shall be paid in accordance with Section 2.3.

   A notice setting forth the Effective Date of the Plan and the Administrative Expense Claims Bar Date shall be (i) Filed on the Bankruptcy Court's docket and (ii) posted on NNIII's and the Former Debtors' case information website at http://dm.epiq11.com/nortel. Further notice of the Administrative Expense Claims Bar Date shall be provided as may be directed by the Bankruptcy Court. All requests for payment of an Administrative Expense Claim that accrued on or before the Effective Date (other than Administrative Expense Claims that (1) have been paid ~~or that~~, (2) relate to payment of Professionals, (3) are for fees and expenses pursuant to section 1930 of chapter 123 of title 28 of the United States Code or (4) are as specified in subparagraph (B) or (C) of section 503(b)(1) of the Bankruptcy Code and held by a Governmental Unit) must be Filed with the Claims Agent and served on counsel for NNIII by the Administrative Expense Claims Bar Date. Absent further order of the Bankruptcy Court, any requests for payment of Administrative Expense Claims that are not properly Filed and served by the Administrative Expense Claims Bar Date shall not appear on the register of Claims maintained by the Claims Agent and shall be disallowed automatically without the need for any objection from NNIII or any action by the Bankruptcy Court.

   NNIII and the Plan Administrator may settle Administrative Expense Claims in the ordinary course without further notice or Bankruptcy Court approval, in accordance with the Plan Administration Agreement, as applicable. NNIII shall have the right to object to any Administrative Expense Claim within one hundred and eighty (180) days after the Administrative Expense Claims Bar Date, subject to further extensions that may be granted by the Bankruptcy Court. Unless NNIII or Wind-Down NNIII object to a timely Filed and properly

(c) Pursuant to section 1141(d)(3) of the Bankruptcy Code, Confirmation will not discharge Claims against NNIII; *provided, however*, that no Holder of any Claim or Interest may, on account of such Claim or Interest, seek or receive any payment or other Distribution from, or seek recourse against, NNIII's Estate, Wind-Down NNIII and/or their respective successors, assigns and/or property, except as expressly provided in this Plan.

**13.2 Release ~~and Discharge~~ of NNIII and Wind-Down NNIII.**

**EFFECTIVE AS OF THE EFFECTIVE DATE, FOR GOOD AND VALUABLE CONSIDERATION, TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, THE HOLDERS OF CLAIMS AGAINST AND INTERESTS IN NNIII AND EACH OF SUCH HOLDERS' PREDECESSORS, SUCCESSORS, ASSIGNS AND EACH OF THEIR PRESENT AND FORMER OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS AND AGENTS (ACTING IN SUCH CAPACITY) WILL BE DEEMED TO HAVE WAIVED, RELEASED~~,~~ AND VOIDED ~~AND DISCHARGED EACH OF NNIII AND WIND-DOWN NNIII FROM~~ ANY AND ALL CLAIMS, OBLIGATIONS, DAMAGES, DEMANDS, DEBTS, RIGHTS, SUITS, JUDGMENTS OR LIABILITIES (OTHER THAN THE RIGHT TO ENFORCE NNIII'S OR WIND-DOWN NNIII'S OBLIGATIONS UNDER THIS PLAN, THE SPSA AND THE CONTRACTS, INSTRUMENTS, RELEASES, AGREEMENTS AND DOCUMENTS DELIVERED UNDER THIS PLAN) AGAINST NNIII AND WIND-DOWN NNIII, WHETHER LIQUIDATED OR UNLIQUIDATED, FIXED OR CONTINGENT, MATURED OR UNMATURED, KNOWN OR UNKNOWN, FORESEEN OR UNFORESEEN, THEN EXISTING OR THEREAFTER ARISING, IN LAW, EQUITY OR OTHERWISE, THAT ARE BASED IN WHOLE OR IN PART ON ANY ACT OR OMISSION, TRANSACTION, EVENT OR OTHER OCCURRENCE TAKING PLACE ON OR PRIOR TO THE EFFECTIVE DATE IN ANY WAY RELATING TO NNIII, THE CHAPTER 11 CASES, THE DISCLOSURE STATEMENT OR THE PLAN (INCLUDING, WITHOUT LIMITATION, THE SOLICITATION OF VOTES ON THE PLAN) THAT COULD HAVE BEEN ASSERTED BY THE HOLDERS OF CLAIMS AGAINST OR INTERESTS IN NNIII, IN THEIR INDIVIDUAL CAPACITIES OR ON BEHALF (WHETHER DIRECTLY OR DERIVATIVELY) OF NNIII, ITS ESTATE, WIND-DOWN NNIII, EACH OF THEIR PREDECESSORS, SUCCESSORS, ASSIGNS AND EACH OF THEIR PRESENT AND FORMER OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS AND AGENTS (ACTING IN SUCH CAPACITY), IN EACH CASE WITHOUT FURTHER NOTICE TO OR ORDER OF THE BANKRUPTCY COURT, ACT OR ACTION UNDER APPLICABLE LAW, REGULATION, ORDER OR RULE OR THE VOTE, CONSENT OR AUTHORIZATION OR APPROVAL OF ANY PERSON.**

**13.3 Release and Discharge of the Plan Released Parties.**

**EFFECTIVE AS OF THE EFFECTIVE DATE, FOR GOOD AND VALUABLE CONSIDERATION, TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, THE HOLDERS OF CLAIMS AGAINST AND INTERESTS IN NNIII AND EACH OF SUCH HOLDERS' PREDECESSORS, SUCCESSORS, ASSIGNS AND EACH OF THEIR PRESENT AND FORMER OFFICERS, DIRECTORS,**

Counsel for NNIII

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999 (facsimile)
Attn: Lisa M. Schweitzer, Esq.

- and -

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
(302) 658-3989 (facsimile)
Attn: Derek C. Abbott, Esq.
Andrew R. Remming, Esq.

The Plan Administrator

Owl Hill Advisory LLC
Attn: John J. Ray, III
c/o Counsel for the Plan Administrator

Counsel for the Plan Administrator

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999 (facsimile)
Attn: Lisa M. Schweitzer, Esq.

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
(302) 658-3989 (facsimile)
Attn: Derek C. Abbott, Esq.
Andrew R. Remming, Esq.

Dated: ~~July 19~~August 12, 2021.

**Nortel Networks India International Inc.**

By: ________________________________