IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>     Wind-Down Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (CSS) <br> ) <br> ) Jointly Administered <br> ) |
| *In re* <br><br> Nortel Networks India International Inc. <br><br>     Debtor-In-Possession. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 16-11714 (CSS) <br> ) <br> ) Jointly Administered <br> ) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases hereby withdraw the *Notice of Revised Proposed Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures* (D.I. 18877, D.I. 34, filed 8/12/21).

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: August 12, 2021
       Wilmington, Delaware

MORRIS NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for Nortel Networks India International Inc.*