# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

      Wind-Down Debtors.

: Chapter 11
:
: Case No. 09-10138 (CSS)
:
: Jointly Administered
:
: Re: D.I. 18874 & 18875

------------------------------------------------------------X

*In re*

Nortel Networks India International Inc.

      Debtor-In-Possession.

: Chapter 11
:
: Case No. 16-11714 (CSS)
:
: Jointly Administered
:
: Re: D.I. 31 & 32

------------------------------------------------------------X

**NOTICE OF REVISED PROPOSED ORDER (I) APPROVING THE DISCLOSURE STATEMENT, (II) ESTABLISHING THE VOTING RECORD DATE AND PROCEDURES FOR SOLICITING, RECEIVING AND TABULATING VOTES ON THE PLAN AND (III) SETTING THE CONFIRMATION HEARING DATE AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES**

      **PLEASE TAKE NOTICE** that on July 26, 2016, Nortel Networks India International Inc., as a debtor and debtor-in-possession in the above-captioned chapter 11 cases ("NNIII"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that, on July 20, 2021, NNIII filed the *Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure Statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures* (ECF

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

No. 18870) (the "Motion"), which attached a proposed order as Exhibit A thereto (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, on August 12, 2021, NNIII filed a revised version of the Proposed Order, attached hereto as Exhibit A (the "Revised Proposed Order"). A blackline comparison of the Revised Proposed Order against the Proposed Order is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion (the "Hearing") has been scheduled for August 27, 2021 at 1:00 p.m. (Prevailing Eastern Time) before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may affect your rights. Please read the pleadings carefully and, if you have one available, discuss them with your attorney. (If you do not have an attorney, you should consider consulting with one.)

**PLEASE TAKE FURTHER NOTICE** that, if you oppose the relief requested in the Motion, or if you want the Bankruptcy Court to hear your position on the Motion, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Bankruptcy Court may decide that you do not oppose the relief requested in the pleadings and may enter orders granting the relief requested by NNIII.

Copies of the Motion and the Revised Proposed Order can be obtained free of charge by visiting the website maintained by NNIII's claims and solicitation agent, Epiq Bankruptcy Solutions, LLC, at https://dm.epiq11.com/nortel, calling Epiq Bankruptcy Solutions, LLC at (646) 282-2500 and requesting to speak with a member of the Solicitation Team or emailing Epiq Bankruptcy Solutions, LLC at tabulation@epiqglobal.com and referencing "Nortel Networks India" in the subject line.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 13, 2021<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Remming*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for Nortel Networks India International Inc.* |