# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>       Wind-Down Debtors. | Chapter 11 <br><br> Case No. 09-10138 (CSS) <br><br> Jointly Administered |
| In re <br><br> Nortel Networks India International Inc. <br><br>       Debtor-In-Possession. | Chapter 11 <br><br> Case No. 16-11714 (CSS) <br><br> Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR ENTRY OF AN ORDER (I) APPROVING ADEQUACY OF INFORMATION CONTAINED IN DISCLOSURE STATEMENT, (II) ESTABLISHING VOTING RECORD DATE, (III) APPROVING PROCEDURES FOR SOLICITING, RECEIVING AND TABULATING VOTES ON THE PLAN, AND (IV) SCHEDULING CONFIRMATION HEARING DATE AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures* (the "Motion") (D.I. 18870), filed on July 20, 2021.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

The undersigned further certifies that Morris Nichols has caused a review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than August 20, 2021, at 4:00 p.m. (ET).

WHEREFORE, Nortel Networks India International Inc. respectfully requests that the Order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: August 23, 2021<br>Wilmington, Delaware | MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>           aremming@morrisnichols.com<br>           tmann@morrisnichols.com<br>           ptopper@morrisnichols.com<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: lschweitzer@cgsh.com<br><br>*Counsel for Nortel Networks India International Inc.* |