# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) |
| | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) |
| | ) Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | ) |
| | ) Jointly Administered |

| | |
|---|---|
| *In re* | ) |
| | ) Chapter 11 |
| Nortel Networks India International Inc. | ) |
| | ) Case No. 16-11714 (CSS) |
| Debtor-In-Possession. | ) |
| | ) Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 27, 2021, AT 1:00 P.M. (ET)**

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED**

RESOLVED MATTER:

1) Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18870, filed 7/20/21).

   Objection Deadline: August 20, 2021, 4:00 p.m.

   Responses Received: None.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleadings:

a) Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18865, D.I. 29, filed 7/20/21);

b) Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18866, D.I. 30, filed 7/20/21);

c) Notice of Hearing to Consider Approval of Disclosure Statement (D.I. 18869, filed 7/20/20);

d) Amended Chapter 11 Plan of Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18874, D.I. 31, filed 8/12/21);

e) Amended Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International, Inc. (D.I. 18875, D.I. 32, filed 8/12/21);

f) Notice of Filing of (A) Revised Chapter 11 Plan of Nortel Networks India International Inc. and (B) Related Disclosure Statement (D.I. 18876, D.I. 33, filed 8/12/21);

g) Notice of Revised Proposed Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18879, D.I 36, filed 8/13/21);

h) Certificate of No Objection Regarding Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18881, D.I. 38, filed 8/23/21);

i) Order Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18882, D.I. 39, filed 8/24/21).

Status: An order has been entered. No hearing is necessary.

|  |  |
|---|---|
| Dated: August 24, 2021<br>Wilmington, Delaware | MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: lschweitzer@cgsh.com<br><br>*Counsel for Nortel Networks India International Inc.* |