IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (CSS)<br><br>Jointly Administered<br><br>**Hearing date: October 5, 2021 at 11:00 a.m. (ET)**<br>**Objections due: September 28, 2021 4:00 p.m. (ET)** |
| In re<br><br>Nortel Networks India International Inc.<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 16-11714 (CSS)<br><br>Jointly Administered |

NOTICE OF (I) HEARING TO CONSIDER CONFIRMATION
OF THE CHAPTER 11 PLAN OF NORTEL NETWORKS
INDIA INTERNATIONAL INC., (II) DEADLINES AND PROCEDURES
FOR VOTING ON THE PLAN AND (III) DEADLINES AND PROCEDURES
FOR FILING OBJECTIONS TO CONFIRMATION

TO ALL CREDITORS, HOLDERS OF CLAIMS OR INTERESTS AND PARTIES IN INTEREST

**PLEASE TAKE NOTICE THAT**:

1.　　**Filing of Plan and Disclosure Statement.** On July 20, 2021, Nortel Networks India International Inc. ("NNIII"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc., and it was revised on August 12, 2021 (the "Disclosure Statement"). A copy of the Chapter 11 Plan of Nortel Networks India International Inc. (as it may be amended, the "Plan") is attached as Appendix A to the Disclosure Statement. NNIII reserves the right, in accordance with the terms and conditions of the Plan, to amend, modify or supplement the

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Disclosure Statement, the Plan or any documents related thereto. Capitalized terms used, but not defined herein, have the meanings ascribed to them in the Plan.

2. **Obtaining Copies of Plan Materials.** The Plan and the Disclosure Statement are available at no cost on the Debtors' restructuring website at http://dm.epiq11.com/nortel (the "Case Information Website"). If you have not received copies of these materials, you may contact NNIII's Voting Agent, Epiq Bankruptcy Solutions, LLC (the "Voting Agent"), for copies of these materials. Requests should be sent to Epiq Bankruptcy Solutions, LLC, Attn: Nortel Networks Inc. Requests, P.O. Box 4422, Beaverton, OR 97076-4422 or via email to tabulation@epiqglobal.com with a reference to "Nortel Networks India" in the subject line, or by telephone at (646) 282-2500 with a request to speak with a member of the Solicitation Team. Copies are also available for review at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. **ANY QUESTIONS REGARDING THESE MATERIALS OR THE VOTING PROCESS MAY BE DIRECTED TO THE VOTING AGENT BY CALLING (646) 282-2500 AND ASKING TO SPEAK WITH A MEMBER OF THE SOLICITATION TEAM.**

3. **Disclosure Statement Order**. On August 25, 2021, the Court entered an order (the "Disclosure Statement Order"), which approved the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the United States Bankruptcy Code. Among other things, the Disclosure Statement Order (i) fixed August 27, 2021 as the Voting Record Date for purposes of determining which holders of Claims are eligible to vote on the Plan and for other purposes, (ii) approved the procedures for solicitation of votes to accept or reject the Plan, (iii) fixed September 28, 2021 at 4:00 p.m. (Prevailing Eastern Time) as the date and time by which all votes to accept or reject the Plan must be received (the "Voting Deadline").

4. **Voting on Plan.** Pursuant to the Disclosure Statement Order, holders of Impaired Claims against NNIII that have not been deemed to reject the Plan shall have the right to vote to accept or reject the Plan by using the approved Ballots. For a vote to count, it must be properly completed, executed, marked and actually received by the Voting Agent on or before the Voting Deadline.

5. **Confirmation Hearing.** A hearing to consider confirmation of the Plan and any objections that may be interposed with respect to any and all such matters will commence before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 on **October 5, 2021 at 11:00 a.m. (Prevailing Eastern Time)** (the "Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time without prior notice other than an announcement of the adjourned date or dates in open court. A notice of any such adjournment will be filed with the Court and posted on the Case Information Website.

6. **Releases and Injunctions.** The Plan provides that no Holder of any Claim or Interest may, on account of such Claim or Interest, seek or receive any payment or other Distribution from, or seek recourse against, NNIII's Estate, Wind-Down NNIII and/or their respective successors, assigns and/or property, except as expressly provided in the Plan. In addition, under Article 13 of the Plan, all Holders of Claims against NNIII or other Plan Released Parties and

Holders of Interests will be deemed to forever release NNIII and the other Plan Released Parties for any and all Claims based on any acts or omissions occurring prior to the Effective Date in any way relating to, among other things, NNIII's Chapter 11 Case, the Disclosure Statement, the SPSA and the Plan (including, without limitation, the solicitation of votes on the Plan), as set forth in the Plan.  These releases will be implemented through injunctions that prohibit any and all such holders from maintaining actions that are released and discharged under the Bankruptcy Code or the terms of the Plan.  **ALL PERSONS WHO HAVE RECEIVED THIS NOTICE ARE URGED TO CAREFULLY REVIEW THE TEXT OF THE DISCHARGE, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS IN ARTICLE 13 OF THE PLAN.**

7.      **Objection Deadlines.**  Responses or objections, if any, to confirmation of the Plan (a) shall be in writing; (b) state, if appropriate, the amount and nature of the claims or interests held or asserted by the objecting party against NNIII's estate or property; (c) shall state, if appropriate, the amount and nature of the objector's claim or interest; (d) shall state the grounds for the responses or objections and the legal basis therefor; (e) shall reference with specificity the text of the Plan to which the responses or objections are made, and shall provide proposed language changes or insertions to the Plan to resolve the responses or objections; and (f) shall be filed, together with proof of service, with the Clerk of the United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with one copy to chambers, such that the responses or objections are actually received no later than **4:00 p.m. (Prevailing Eastern Time) on September 28, 2021** by each of the following parties:

Counsel for NNIII

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-3999 (facsimile)
Attention:  Lisa M. Schweitzer, Esq.

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-3989 (facsimile)
Attention:  Derek C. Abbott, Esq.
              Andrew R. Remming, Esq.

The United States Trustee

Office of The United States Trustee
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Attention: David L. Buchbinder, Esq.

**If any response or objection is not timely filed and served before the Confirmation Objection Deadline, the responding or objecting party shall be barred from objecting to confirmation of the Plan and be precluded from being heard at the Confirmation Hearing.**

8.   **Voting Tabulation.**  Votes on the Plan will be counted in accordance with the procedures established by the Bankruptcy Court in its Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures [D.I. 18884], such that (a) Claims for which a proof of Claim has been timely filed in an amount that is undisputed, non-contingent and liquidated will be temporarily allowed, for voting purposes only, in the amount set forth on the relevant proof of Claim, unless such Claim is subject to an objection by NNIII, (b) Claims that are listed on NNIII's Schedules as disputed, contingent, or unliquidated and for which no proof of Claim has been timely filed shall not be entitled to vote to accept or reject the Plan and (c) Claims for which a proof of Claim has been timely filed for unknown or undetermined amounts, or that are wholly contingent, unliquidated or disputed (as determined on the face of the claim or after a reasonable review of the supporting documentation by NNIII or the Voting Agent), shall be temporarily allowed for one dollar ($1.00) for voting purposes only, and not for purposes of allowance or distribution.

Dated:  August 25, 2021

                    BY ORDER OF THE UNITED STATES BANKRUPTCY COURT

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Counsel for Nortel Networks India International Inc.
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Lisa M. Schweitzer