# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X | | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (CSS) |
| | : | |
| Wind-Down Debtors. | : | Jointly Administered |
| | : | |
| | : | **Ref Docket No. 18883** |
| ------------------------------------------------------------ X | | |
| | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks India International Inc. | : | Case No. 16-11714 (CSS) |
| | : | |
| Debtor-In-Possession. | : | Jointly Administered |
| | : | |
| | : | **Ref. Docket No. 40** |
| ------------------------------------------------------------ X | | |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT ) 
                                ) ss.: 
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on August 27, 2021, at 1:00 P.M. (ET)," dated August 24, 2021 [Docket No. 18883 filed in Case No. 09-10138 and Docket No. 40 filed in Case No. 16-11714],

by causing true and correct copies to be:

    a.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c. iii.    delivered via electronic mail to: *ddean@coleschotz.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/Angharad Bowdler*
                                                            Angharad Bowdler

Sworn to before me this
26th day of August, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY & SUSAN GRUNDY COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 199 BAY STREET SUITE 4000, COMMERCE COURT WEST TORONTO ON M5L 1G9 CANADA |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HOLLAND & KNIGHT | ATTN: MICHAEL B EISENBERG, ESQ COUNSEL FOR AVAYA INC. 901 NORTH MARKET ST STE 1300 WILMINGTON DE 19801 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ. COUNSEL FOR GENBAND INC. 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: DAVID L. BUCHBINDER, ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 445 PARK AVENUE 7TH FLOOR NEW YORK NY 10622 |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DE | HERCULES BUILDING U.S. ATTORNEY'S OFFICE 1313 N MARKET STREET WILMINGTON DE 19801 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  18**

Nortel Networks Inc.
Case No. 09-10138
First Class Mail Recipient

BAKER BOTTS LLP
(COUNSEL FOR GENBAND INC)
JUDITH W. ROSS
2001 ROSS AVENUE
DALLAS, TX 75201

Page 1 of 1

# Exhibit B

| NAME | EMAIL |
| --- | --- |
| GOODMANS LLP | CARMSTRONG@GOODMANS.CA |
| HERBERT SMITH | STEPHEN.GALE@HERBERTSMITH.COM |
| MILBANK TWEED HADLEY & MCCLOY LLP | DDUNNE@MILBANK.COM; TKRELLER@MILBANK.COM; APISA@MILBANK.COM; ALEBLANC@MILBANK.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | JAMESTECCE@QUINNEMANUEL.COM; DANIELHOLZMAN@QUINNEMANUEL.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | RIELA@THSH.COM |
| AKIN GUMP STRAUSS HAUER & FELD LLP | FHODARA@AKINGUMP.COM; RJACOBS@AKINGUMP.COM |
| PATTERSON BELKNAP WEBB & TYLER LLP | DALOWENTHAL@PBWT.COM; BGUINEY@PBWT.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; EWILSON@KELLEYDRYE.COM; SREID@KELLEYDRYE.COM; BFEDER@KELLEYDRYE.COM |
| FOX ROTHSCHILD LLP | JSCHLERF@FOXROTHSCHILD.COM |
| OFFICE OF THE U.S. TRUSTEE | DAVID.L.BUCHBINDER@USDOJ.GOV |
| PACHULSKI STANG | LJONES@PSZJLAW.COM; TCAIRNS@PSZJLAW.COM |
| COLE SCHOTZ P.C. | NPERNICK@COLESCHOTZ.COM; SBHATNAGAR@COLESCHOTZ.COM |
| BROWN RUDNICK LLP | SPOHL@BROWNRUDNICK.COM |
| ROPES & GRAY LLP | JAMES.WILTON@ROPESGRAY.COM |
| PENSION BENEFIT GUARANTY CORP | WILSON.GARTH@PBGC.GOV; MURRELL.VINCENTE@PBGC.GOV; EFILE@PBGC.GOV; CONNELLY.PAULA@PBGC.GOV |
| IOWA DEPARTMENT OF REVENUE | BRANDON.GRAY@AG.IOWA.GOV |
| BAKER BOTTS L.L.P. | JUDITH.ROSS@BAKERBOTTS.COM |

COUNT: 32