# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | Jointly Administered |
| | **Re: D.I. 7672** |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### COUNSEL FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK

**PLEASE TAKE NOTICE** that Patterson Belknap Webb & Tyler LLP and Morris James LLP hereby withdraw their appearance as counsel for Law Debenture Trust Company of New York, not in its individual capacity, but solely as Trustee under that certain Indenture dated as of February 15, 1996 as amended from time to time (the "Company").

**PLEASE TAKE FURTHER NOTICE** that the Company currently has no controversy pending before the Court, and the undersigned certifies that the Company consents to this withdrawal of appearance.

[The remainder of the page intentionally left blank.]

12465974/1

|  |  |
|---|---|
| Dated: September 13, 2021 | **MORRIS JAMES LLP** |
| | /s/ Stephen M. Miller |
| | Stephen M. Miller (DE Bar No. 2610) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | – and – |
| | PATTERSON BELKNAP WEBB & TYLER LLP |
| | Daniel A. Lowenthal |
| | Brian P. Guiney |
| | 1133 Avenue of the Americas |
| | New York, NY 10036-6710 |
| | Telephone: (212) 336-2000 |
| | Facsimile: (212) 336-2222 |
| | *Counsel for Law Debenture Trust Company of New York* |

12465974/1