IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (CSS) |
| | : | |
| Wind-Down Debtors. | : | Jointly Administered |
| | : | |

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks India International Inc. | : | Case No. 16-11714 (CSS) |
| | : | |
| Debtor-In-Possession. | : | Jointly Administered |
| | : | |

---

## AFFIDAVIT OF PUBLICATION

STATE OF CONNECTICUT    )
                       ) ss.:
COUNTY OF HARTFORD     )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am employed as a Consultant by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2. This Affidavit of Publication includes sworn statements verifying that the *Notice of (I) Hearing to Consider Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc., (II) Deadlines and Procedures for Voting on the Plan and (III) Deadlines and Procedures for Filing Objections to Confirmation*, as conformed for publication, was published 1) on September 10, 2021 in all 11 India editions of *The Economic Times*, as described on **Exhibit A**, and 2) on September 1, 2021 in the national edition of *The Wall Street Journal*, as described on **Exhibit B**.

*/s/Tim Conklin*
Tim Conklin

Sworn to before me this
23rd day of September, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2022

# Exhibit A

# THE MEDIA COMPANY
### Global Planning & Buying

36 Mill Plain Road, Suite 205, Danbury, CT 06811, USA
Tel: +1-203-702-0916; Email : bryan@tmcglobal.net

## AFFIDAVIT OF INSERTION
State of Connecticut, County of Fairfield

I, Bryan C. D'Souza, Global Media Director, for The Media Company, certify that The Nortel Networks Inc Bankruptcy, Official Court Notice ad ran in the following publication, on the indicated dates as stated below.

_____
Bryan C. D'Souza, Global Media Director

| Ad Headline : | | In Re Nortel Networks Inc et al , Debtors | | |
|---|---|---|---|---|
| Publication | Country | Ad. Size. | Published Status | Publishing Date |
| The Economic Times ( All 11 editions ) | India | 10cmW X 30cmW | Page #9. | September10.2021 |

Subscribed and sworn to before me on the ____22nd____ day of __September__ 2021



SAMIRA COBOVIC
NOTARY PUBLIC
STATE OF CONNECTICUT
MY COMM. EXP 12-31-2023

CCI NG 3.7　Product: ETMumbaiBS　PubDate: 10-09-2021　Zone: MumbaiCity　Edition: 1　Page: ETMCPG9　User: sandeep.dutta　Time: 09-10-2021　00:04　Color:

Case 09-10138-MFW    Doc 18893    Filed 09/23/21    Page 5 of 8

THE ECONOMIC TIMES | MUMBAI | FRIDAY | 10 SEPTEMBER 2021 | WWW.ECONOMICTIMES.COM

Economy: Macro, Micro & More    9



> This should come as a very big relief… particularly for MSME exporters and maintain cash flow & meet growing export demand from India
> **PIYUSH GOYAL,** Commerce and Industry Minister

> It will help meet liquidity concerns & maintain cash flow of exports sector & give a boost to govt vision to achieve $400 b exports for the fiscal
> **A SAKTHIVEL,** FIEO President

### CMIE DATA
## Unemployment Rate Rises in August to 8.3%

**Our Bureau**

**New Delhi:** Unemployment rate rose again in August to 8.3% after falling in July, largely due to loss of jobs in the farm sector, the Centre for Monitoring Indian Economy said.

This pushed the employment rate down to 37.2% in August from 37.5% in July, it said. Total employment fell to 397.8 million against 399.7 million in July.

"The loss was essentially in farm jobs and reflects the seasonal nature of employment and uncertainty caused this year by an erratic monsoon," CMIE said in its weekly analysis.

According to CMIE, most of the jobs lost were absorbed by the informal services sector but industry and manufacturing simultaneously witnessed loss of jobs last month. Data from CMIE showed employment in agriculture fell by 8.7 million in August while the non-farm jobs increased by 6.8 million.

Of these, employment in the form of business persons increased by nearly 4 mn and those in the form of small traders and daily wage labourers increased by 2.1 million.

### NSO DATA
## Urban Jobless Rate at 10.3% in Oct-Dec 2020

**Our Bureau**

**New Delhi:** The unemployment rate in urban India had cooled down to 10.3% in the third quarter of 2020-21 from 13.2% in the preceding quarter and a record 20.9% during April-June 2020 when a nationwide lockdown was imposed to contain the spread of Covid-19 pandemic, official data shows.

The unemployment rate during the December quarter, however, was higher than the third quarter of 2019-20 when it stood at 7.8%, as per quarterly data from a periodic labour force survey (PLFS) by National Statistical Office (NSO).

As per the survey, labour force participation rate (LFPR) for all ages was at 47.3% in October-December quarter last year against 47.2% in the previous quarter. It had stood at 47.8% in the third quarter of 2019-20.

For full report. go to www.economictimes.com

# Exporters to Get ₹56,027 crore in Dues Under Promotion Schemes

**Govt move to benefit 45,000 traders, of which 98% are in MSME category**

**Our Bureau**

**New Delhi:** The government will release ₹56,027 crore in pending dues to exporters under various export promotion schemes, commerce and industry minister Piyush Goyal said Thursday.

The move will benefit over 45,000 exporters, of which about 98% are small exporters in the MSME category.

"In almost all sectors, this should come as a very big relief… particularly for our MSME exporters and maintain cash flow and meet the growing export demand from India and help the country achieve the aggressive targets set before the exporters for the current year," said Goyal, adding that with these measures, Indian exporters will have a level playing field to compete with global players.

India clocked about $7.5 billion in merchandise exports in the first week of September. India aims to achieve $400 b in merchandise exports this fiscal.

**India clocked about $7.5 b merchandise exports in the first week of Sept and aims to achieve $400 b in exports this fiscal**

The amount includes refund claims relating to Merchandise Exports from India Scheme (MEIS), Service Exports from India Scheme (SEIS), Rebate of State and Central Taxes and Levies (RoSCTL), the scheme for Rebate of State Levies and remission support for the Remission of Duties and Taxes on Exported Products (RoDTEP) scheme and RoSCTL for exports made in the March quarter of FY21.

Of the ₹56,027 crore of arrears, Rs 33,010 crore are for MEIS, ₹10,002 crore for SEIS and ₹5,286 crore for RoSCTL.

Service sector exporters, including those in the travel, tourism and hospitality segments will be able to claim SEIS benefits for FY20, for which ₹2,061 crore has been provisioned.

"The SEIS for FY20 with certain revisions in service categories and rates is being notified," the government said.

The government has earmarked ₹330 crore for RoSL and ₹2,568 crore for RoDTEP. Other legacy schemes like Target Plus have been allocated ₹4,831 crore.

"This amount is over and above the duty remission amount of ₹12,454 crore for RoDTEP scheme and ₹6,946 crore for RoSCTL scheme already announced for exports made in this year of FY22," the commerce and industry ministry said in a statement.

Exports have seen robust growth in recent months. Merchandise exports for April-August were nearly $164 billion, which is an increase of 67% over 2020-21 and 23% over 2019-20.

"A decision to clear all pending export incentives within this financial year itself despite other budgetary commitments arising out of the pandemic is with the objective of providing timely and crucial support to this vital pillar of the Indian economy," the commerce and industry ministry said in a statement.

"This will ease the liquidity concerns of exporters," said Ajay Sahai, director-general of the Federation of Indian Export Organisations (FIEO).

As per the statement, export claims relating to earlier years will need to be filed by the exporters by December 31, 2021, beyond which they will become time barred.

"The industry has been waiting for the government to notify SEIS, clear pending claims of MEIS and SEIS, and for expeditious disposal of all pending export incentives; this move is accordingly a much awaited and welcome move and will go a long way in boosting the export economy especially in the MSME sector," said Bipin Sapra, partner, EY.

For full report, go to www.economictimes.com

## Big Relief

- Govt to clear dues to exporters
- Amount to be disbursed to over **45,000** exporters
- **Taken with FY22 remission of ₹19,000 cr, total liquidity of ₹75,000 cr made available**
- ₹33,010 cr for MEIS, ₹10,002 cr to SEIS

**Revision in FY20 SEIS categories, rate notification underway**
- ₹330 cr for RoSL, ₹2,568 cr to RoDTEP
- ₹4,831 cr under other legacy schemes such as Target Plus
- IT portal to accept MEIS, other scrip-based applications to be enabled soon

### GOVT, INDUSTRY MEET ON CONTAINER SHORTAGE
## Shipping Lines told to be Transparent on Levies

**Anirban Chowdhury & Kirtika Suneja**

**Mumbai | New Delhi:** The government Thursday asked container shipping lines to be transparent in their levy of various charges and accept payment in free foreign exchange, in light of a global shortage of containers and soaring freight rates that have hurt traders.

Officials also said the lack of transparency and arbitrary levy of charges may attract the attention of trade watchdog Competition Commission of India.

Representatives from the container shipping industry in turn apprised the officials of steps already taken to tackle the shortage that include repositioning of containers as well as placing orders for new containers and container ships.

The issues were discussed in a meeting called by the commerce and industry ministry to discuss the issues and find solutions. It was attended by commerce and industry minister Piyush Goyal, shipping secretary Sanjeev Ranjan and railway minister Ashwini Vaishnaw apart from heads of port trusts, shipping lines, container operators and industry lobbying bodies.



**Officials say lack of transparency and arbitrary levy of charges may attract the attention CCI**

The Covid19 pandemic has led to temporary closures of sea ports across the world, leading to a glut of containers in some pockets and a massive shortage in others. Global container rates have surged more than sevenfold since last year. Since May, they have increased more than 60%.

As per an industry representative present in the meeting, shipping lines offer premium booking to exporters instead of first-come-first-serve basis which is creating problems for traders.

For full report, go to www.economictimes.com

### ECONOMIC REPORT FOR AUGUST
## Last three Quarters of FY22 to Grow Faster

**Our Bureau**

**New Delhi:** The Indian economy is expected to recover faster than the first quarter for the rest of the fiscal, the finance ministry has said, citing rebound in macroeconomic indicators in July and August.

"With government and the RBI's unflinching commitment to put the economy back on track, India is poised for an even faster recovery in the next three quarters of 2021-22," the ministry said in its monthly economic report for August. The country's rapidly increasing vaccination coverage and richer experience with pandemic management provide confidence that the recovery can be continued even in the event of a third wave of Covid-19, it said.

Rebound in macroeconomic indicators offered bright prospects for continued economic recovery, going by the growth seen in power consumption, rail freight, highway toll collections, e-way bills, digital transactions, air passenger traffic, and good and service tax collections, the ministry said.

"The broad-based and swift recovery of both demand and supply side components bears testimony to India's strong macroeconomic fundamentals, far stronger amid a once-in-a-century crisis than in 2008-09, when the global financial crisis (GFC) had triggered the great global recession," it said.

The ministry noted that provisional GDP estimates for April-June FY22 showed that India's resilient 'V-shaped recovery' was intact despite a more brutal second wave of the pandemic that had disrupted the momentum of economic recovery seen since the second half of FY21.

The country's purchasing managers' index (PMI) for services – a closely watched economic indicator that reflects industry activity – rose to an 18-month high of 56.7 in August, showing the revival gaining momentum.

### On Growth Track
**India to recover faster in next three quarters of FY22**

| Resilient V-shaped recovery was 'intact' | Macro-economic indicators rebounded in July-Aug |

**GROWTH SEEN IN**
Power consumption, Rail freight, Highway toll collections, E-way bills, Digital transactions, Air passenger traffic, GST collections

**RECOVERY PACE TO SUSTAIN DESPITE 3RD COVID WAVE IF**

| Quicker inoculation drive continues | Covid pandemic is managed better |

## You can File I-T Returns till Dec 31

**Our Bureau**

**New Delhi:** The government on Thursday extended the last date for filing income tax returns till December 31, from September 30 now, following difficulties faced by taxpayers and other stakeholders on the new I-T portal.

"On consideration of difficulties reported by taxpayers and other stakeholders in filing of I-T returns and various reports of audit for the Assessment Year 2021-22 under the I-T Act, 1961, CBDT has decided to further extend the due dates for filing of ITR and various reports of audit for the Assessment Year 2021-22," the Board said in a statement.

---

## IRDAI Issues Draft Rules for Surety Insurance Business

**Ashwin.Manikandan**@timesgroup.com

**Mumbai:** India will soon have the concept of surety insurance as an alternative to bank guarantees for large construction projects. The Insurance Regulatory and Development Authority of India (IRDAI) Thursday put out draft guidelines to allow general insurers to offer policies against contracts between large project owners and contractors to cover risks linked with performance and delivery obligations.

The draft rules, based on recommendations by an IRDAI-constituted working group headed by former New India Assurance chairman G Srinivasan last year, say that insurers would be able to offer such covers only after getting due clearances from the insurance regulator.

**Prospective insurers "whose promoters are already engaged in carrying out surety insurance business in any jurisdiction" will be given preference, IRDAI said.**

While introduction of surety insurance in India has been a long-standing demand of the construction and transport industry, this piece gathered momentum only during the pandemic after the road transport ministry as well as the finance ministry asked IRDAI to make relevant considerations.

Subsequently in July of 2020, the insurance regulator formed a committee under Srinivasan, comprising Hitesh Kotak, CEO, Munich Re, India; Shankar Garigiparthy, CEO, Lloyd's India; Neelesh Garg, CEO, Tata AIG General Insurance; Roopam Asthana, CEO, Liberty General Insurance and SN Jayasimhan, general manager, Investment Department, Irdai; to offer recommendations.

"The guidelines once approved and implemented promise to address the high funding requirement for construction, infra companies. Surety bonds is an efficient way of bidding and developing huge infra projects," said Vikash Khandelwal, CEO, Eqaro Guarantees, a surety business firm. "The guidelines permit insurers and surety solution companies to work along with other financial institutions to share risk, technical expertise and take part in large underwritings."

IRDAI has encouraged insurers to come up with their own underwriting philosophies as well as collaborate with banks and non-bank lenders for effective data sharing. Moreover, IRDAI has also said that insurers aiming to enter this business must also start offering parallel credit guarantee products such as trade credit insurance – for which the insurance regulator placed formal guidelines in public domain separately on Thursday as well.

Non-insurers offering surety insurance products will have to wind down these businesses, IRDAI stated in its draft guidelines. These draft rules will now be subject to industry feedback.



**FOR FULL REPORT, GO TO** www.economictimes.com

---

## WEST BENGAL STATE ELECTRICITY TRANSMISSION COMPANY LIMITED
(A Government of West Bengal Enterprise)

**WBSETCL**
Registered Office: Vidyut Bhavan, Block-DJ, Sector-II, Bidhannagar, Kolkata-700 091
CIN: U40101WB2007SGC113474 • web: www.wbsetcl.in

### Audited Financial Results for the Year ended on 31st March, 2021

Figures in ₹ Lakhs

| Sl. No. | Particulars | Half year ended on 31.03.2021 Reviewed | Corresponding half year ended on 31.03.2020 Reviewed | Year ended on 31.03.2021 Audited | Previous year ended on 31.03.2020 Audited |
|---|---|---|---|---|---|
| 1. | Total Income from Operations | 117,708.02 | 74,400.54 | 188,593.80 | 147,292.03 |
| 2. | Net Profit (+)/Loss (-) for the period (before tax, Exceptional and/or Extraordinary items) | 58,484.14 | 22,166.75 | 76,991.45 | 46,817.79 |
| 3. | Net Profit (+)/Loss (-) for the period before tax (after Exceptional and/or Extraordinary items) | 58,484.14 | 22,166.75 | 76,991.45 | 46,817.79 |
| 4. | Net Profit (+)/Loss (-) for the period after tax (after Exceptional and/or Extraordinary Items) | 48,265.79 | 18,293.78 | 63,539.50 | 38,637.79 |
| 5. | Total Comprehensive Income for the Period (comprising Profit/(Loss) for the period (after tax) and Other Comprehensive income (after tax)] | 47,415.21 | 13,219.49 | 66,184.02 | 36,032.98 |
| 6. | Paid-up equity share capital (Face Value of ₹ 10/- each) | 110,552.00 | 110,552.00 | 110,552.00 | 110,552.00 |
| 7. | Reserve (excluding Revaluation Reserves) | 437,607.83 | 371,423.81 | 437,607.83 | 371,423.81 |
| 8. | Net worth | 522,185.92 | 457,220.11 | 522,185.92 | 457,220.11 |
| 9. | Paid-up Debt Capital/Outstanding Debt | 356,065.43 | 326,455.24 | 356,065.43 | 326,455.24 |
| 10. | Outstanding Redeemable Preference Shares | - | - | - | - |
| 11. | Debt Equity Ratio | 0.68 | 0.71 | 0.68 | 0.71 |
| 12. | Earning Per Share (of ₹ 10/- each) (For continuing and discontinued operations) | | | | |
| | 1. Basic: (Not Annualised) | 4.37 | 1.65 | 5.75 | 3.49 |
| | 2. Diluted: (Not Annualised) | 4.37 | 1.65 | 5.75 | 3.49 |
| 13. | Capital Redemption Reserve | | | | |
| 14. | Debenture Redemption Reserve | 16,691.70 | 16,066.70 | 16,691.70 | 16,066.70 |
| 15. | Debt Service Coverage Ratio | | | 1.76 | 1.19 |
| 16. | Interest Service Coverage Ratio | | | 3.70 | 2.59 |

**Notes:**
1) The above financial results have been recommended by the Audit Committee in its meeting held on 09.09.2021 and approved by the Board of Directors in the meeting held on the same day.
2) The financial results have been prepared in accordance with Ind AS as prescribed under section 133 of the Companies Act, 2013 read with Rule 3 of the Companies (Indian Accounting Standard) Rules, 2015 and Companies (Indian Accounting Standard) Amendment Rules, 2016.
3) The Company is in the process of segregating its freehold and leasehold land and is hence yet to adopt IND AS 116 "leases" effective 1st April, 2019, as notified by the Ministry of Corporates Affairs (MCA) vide Companies (Indian Accounting Standard), Amendment Rules, 2019.
4) Being an electricity utility, depreciation has been provided under the West Bengal Electricity Regulatory Commission (Terms & Conditions of Tariff) Regulations, 2011 as amended to date and not as per Schedule II of the Companies Act, 2013.
5) The Company has received credit rating of 'Acuite A+' and 'IND BBB+' assigned by Acuite and India Ratings and Research Pvt. Ltd. respectively.
6) The Company has sufficient asset cover to discharge the principal amount for all Non Convertible Debt Securities issued .
7) Details of Listed Non-Convertible Debentures are as follows:

| Sl. No. | Particulars | Previous Due Date | | Next Due Date | |
|---|---|---|---|---|---|
| | | Interest | Principal | Interest | Principal |
| 1. | 10.29% Secured Redeemable and Non Convertible Bonds, 2021* | 26.01.2021 | - | 26.07.2021 | - |

Interest and Principal have been paid on or before the due dates.
*Repayment has been made on 26.07.2021 and now fully redeemed.
8) The Company has not received any information from the vendors as to their status under the Micro, Medium and Small Enterprise Development Act, 2006 and hence amount outstanding and interest paid / payable to them under this act is considered to be 'Nil'.
9) Increase in profit mainly attributable to increase in transmission charges which includes arrear for 2018-19 of Rs.1443.98 lakhs. Arrear for 2019-20 of Rs. 15983.01 lakhs and APR order for 2014-15 of Rs.2615.51 lakhs.
10) Formula used for computation of Ratios: ISCR= Earning before Interest and Tax/ Interest Expenses and DSCR=Earning before Interest and Tax/(Interest +Principal Repayment).
11) The company is an essential service provider and as a result does not expect any significant impact in operations due to Covid 19.
12) During the year the company did not receive any complaints/grievances from investors.
13) The figures of the earlier periods have been regrouped wherever necessary to make them comparable with the current period.

By the Order of the Board
Sd/-
(Santanu Basu)
Managing Director
ICA-1351(1)/2021

9th September, 2021
Kolkata

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re
Nortel Networks Inc., et al.,[1] Debtors.
Chapter 11
Case No. 09-10138 (CSS)
Jointly Administered
Hearing date: October 5, 2021 at 11:00 a.m. (ET)
Objections date: September 28, 2021 4:00 p.m. (ET)

In re
Nortel Networks India International Inc. Debtor.
Chapter 11
Case No. 16-11714 (CSS)
Jointly Administered

**NOTICE OF (I) HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN OF NORTEL NETWORKS INDIA INTERNATIONAL INC. (II) DEADLINES AND PROCEDURES FOR VOTING ON THE PLAN AND (III) DEADLINES AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION**
TO ALL CREDITORS, HOLDERS OF CLAIMS OR INTERESTS AND PARTIES IN INTEREST
PLEASE TAKE NOTICE THAT:
1. **Filing of Plan and Disclosure Statement.** On July 20, 2021, Nortel Networks India International Inc. ("NNIII"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc., and it was revised on August 12, 2021 (the "Disclosure Statement"). A copy of the Chapter 11 Plan of Nortel Networks India International Inc. (as it may be amended, the "Plan") is attached as Appendix A to the Disclosure Statement. NNIII reserves the right, in accordance with the terms and conditions of the Plan, to amend, modify or supplement the Disclosure Statement, the Plan or any documents related thereto. Capitalized terms used, but not defined herein, have the meanings ascribed to them in the Plan.
2. **Obtaining Copies of Plan Materials.** The Plan and the Disclosure Statement are available at no cost on the Debtors' restructuring website at http://dm.epiq11.com/nortel (the "Case Information Website"). If you have not received copies of these materials, you may contact NNIII's Voting Agent, Epiq Bankruptcy Solutions, LLC (the "Voting Agent"), for copies of these materials. Requests should be sent to Epiq Bankruptcy Solutions, LLC, Attn: Nortel Networks Inc. Requests, P.O. Box 4422, Beaverton, OR 97076-4422 or via email to tabulation@epiqglobal.com with a reference to "Nortel Networks India" in the subject line, or by telephone at (646) 282-2500 with a request to speak with a member of the Solicitation Team. Copies are also available for review at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. ANY QUESTIONS REGARDING THESE MATERIALS OR THE VOTING PROCESS MAY BE DIRECTED TO THE VOTING AGENT BY CALLING (646) 282-2500 AND ASKING TO SPEAK WITH A MEMBER OF THE SOLICITATION TEAM.
3. **Disclosure Statement Order.** On August 25, 2021, the Court entered an order (the "Disclosure Statement Order"), which approved the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the United States Bankruptcy Code. Among other things, the Disclosure Statement Order (i) fixed August 27, 2021 as the Voting Record Date for purposes of determining which holders of Claims are eligible to vote on the Plan and for other purposes, (ii) approved the procedures for solicitation of votes to accept or reject the Plan, (iii) fixed September 28, 2021 at 4:00 p.m. (Prevailing Eastern Time) as the date and time by which all votes to accept or reject the Plan must be received (the "Voting Deadline").
4. **Voting on Plan.** Pursuant to the Disclosure Statement Order, holders of Impaired Claims against NNIII that have not been deemed to reject the Plan shall have the right to vote to accept or reject the Plan by using the approved Ballots. For a vote to count, it must be properly completed, executed, marked and actually received by the Voting Agent on or before the Voting Deadline.
5. **Confirmation Hearing.** A hearing to consider confirmation of the Plan and any objections that may be interposed with respect to any and all such matters will commence before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 on **October 5, 2021 at 11:00 a.m. (Prevailing Eastern Time)** (the "Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time without prior notice other than an announcement of the adjourned date or dates in open court. A notice of any such adjournment will be filed with the Court and posted on the Case Information Website.
6. **Releases and Injunctions.** The Plan provides that no Holder of any Claim or Interest may, on account of such Claim or Interest, seek or receive any payment or other Distribution from, or seek recourse against, NNIII's Estate, Wind-Down NNIII and/or their respective successors, assigns and/or property, except as expressly provided in the Plan. In addition, under Article 13 of the Plan, all Holders of Claims against NNIII or other Plan Released Parties and Holders of Interests will be deemed to forever release NNIII and the other Plan Released Parties for any and all Claims based on any acts or omissions occurring prior to the Effective Date in any way relating to, among other things, NNIII's Chapter 11 Case, the Disclosure Statement, the SPSA and the Plan (including, without limitation, the solicitation of votes on the Plan), as set forth in the Plan. These releases will be implemented through injunctions that prohibit any and all such holders from maintaining actions that are released and discharged under the Bankruptcy Code or the terms of the Plan. **ALL PERSONS WHO HAVE RECEIVED THIS NOTICE ARE URGED TO CAREFULLY REVIEW THE TEXT OF THE DISCHARGE, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS IN ARTICLE 13 OF THE PLAN.**
7. **Objection Deadlines.** Responses or objections, if any, to confirmation of the Plan (a) shall be in writing; (b) state, if appropriate, the amount and nature of the claims or interests held or asserted by the objecting party against NNIII's estate or property; (c) shall state, if appropriate, the amount and nature of the objector's claim or interest; (d) shall state the grounds for the responses or objections and the legal basis therefor; (e) shall reference with specificity the text of the Plan to which the responses or objections are made, and shall provide proposed language changes or insertions to the Plan to resolve the responses or objections; and (f) shall be filed, together with proof of service, with the Clerk of the United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with one copy to chambers, such that the responses or objections are actually received no later than **4:00 p.m. (Prevailing Eastern Time) on September 28, 2021** by each of the following parties:

Counsel for NNIII
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-3999 (facsimile)
Attention: Lisa M. Schweitzer, Esq.

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-3989 (facsimile)
Attention: Derek C. Abbott, Esq.
Andrew R. Remming, Esq.

The United States Trustee
Office of The United States Trustee
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Attention: David L. Buchbinder, Esq.

**If any response or objection is not timely filed and served before the Confirmation Objection Deadline, the responding or objecting party shall be barred from objecting to confirmation of the Plan and be precluded from being heard at the Confirmation Hearing.**

8. **Voting Tabulation.** Votes on the Plan will be counted in accordance with the procedures established by the Bankruptcy Court in its Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures [D.I. 18884], such that (a) Claims for which a proof of Claim has been timely filed in an amount that is undisputed, non-contingent and liquidated for voting purposes only, in the amount set forth on the relevant proof of Claim, unless such Claim is subject to an objection by NNIII, (b) Claims that are listed on NNIII's Schedules as disputed, contingent, or unliquidated and for which no proof of Claim has been timely filed shall not be entitled to vote to accept or reject the Plan and (c) Claims for which a proof of Claim has been timely filed for unknown or undetermined amounts, or that are wholly contingent, unliquidated or disputed (as determined on the face of the claim or after a reasonable review of the supporting documentation by NNIII or the Voting Agent), shall be temporarily allowed for one dollar ($1.00) for voting purposes only, and not for purposes of allowance or distribution.

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

# Exhibit B

## AFFIDAVIT

**STATE OF NEW JERSEY**              )
                                                          ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Blayre Bell, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): SEPT-1-2021

ADVERTISER: Nortel Networks Inc.

and that the foregoing statements are true and correct to the best of my knowledge.

_____*Blayre Bell*_____

    Sworn to
 before me this
   17 day of
 September 2021

_____
Notary Public



IAN C MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
7/18/2023
STATE OF NEW JERSEY

## TECHNOLOGY

WSJ.com/Tech

# Theranos Jury Selection Gets Under Way

Holmes prosecutors, lawyers vet a pool of 200 with questions on media coverage

By Sara Randazzo



Elizabeth Holmes arrives at federal court in San Jose, Calif., on Tuesday in her fraud trial.

SAN JOSE, Calif.—Theranos Inc. founder Elizabeth Holmes arrived at court Tuesday flanked by news cameras on the first day of her criminal fraud trial, as her legal team worked to assemble a group of impartial jurors who hadn't been influenced by widespread coverage of the case.

Ms. Holmes's legal team and prosecutors with the U.S. attorney's office for the Northern District of California have been scrutinizing a pool of nearly 200 potential jurors to find the 17 needed to serve on the four-month-long trial.

"Jurors are actually judges, they're judges of the facts," U.S. District Judge Edward Davila, who is overseeing the trial in San Jose, Calif., told the first group of around 40 potential jurors called into court Tuesday. One-third of the group said they had had some familiarity with Theranos or Ms. Holmes's criminal case.

The onetime Silicon Valley star faces a dozen counts of wire fraud and conspiracy to commit wire fraud for what prosecutors say were misleading statements made to investors and patients about Theranos's technology. She has pleaded not guilty.

Government lawyers will set out to prove at the trial that Ms. Holmes intended to defraud the two groups. Ms. Holmes could argue that she believed in Theranos's technology and that the company was on its way to living up to its promises.

Ms. Holmes could also raise an argument that pits her against Ramesh "Sunny" Balwani, her former boyfriend and Theranos's onetime president, who was charged alongside her. Mr. Balwani, who also has pleaded not guilty, faces a separate trial early next year.

Court documents revealed over the weekend show Ms. Holmes could argue that she was locked in a psychologically, emotionally and sexually abusive relationship with Mr. Balwani and that her deference to him meant she believed what they were telling investors and patients was true. Mr. Balwani's lawyer said he unequivocally denies his client engaged in any abuse.

The documents were unsealed in a response to a legal challenge by The Wall Street Journal's publisher, Dow Jones & Co.

An initial round of jury vetting included asking each would-be juror to answer 68 detailed written questions about their lifestyle, hobbies, media exposure and experience with the criminal justice system. Other questions concerned jurors' comfort level sitting in court during a pandemic and whether they have been vaccinated against Covid-19.

Prosecutors and attorneys for Ms. Holmes agreed to cut nine jurors who said they weren't vaccinated.

The questionnaire revealed that around half of the prospective jurors had some knowledge of Ms. Holmes or Theranos, lawyers said in court last week. The company's rise and 2018 collapse were widely chronicled through news reports, a book and television documentaries.

Potential jurors were asked to list all of their sources of news, broken down into categories, including newspapers, social media, television, radio, the internet and conversations.

Judge Davila said exposure to the Theranos story alone wasn't enough to cut potential jurors from serving in the case, if they otherwise said they could be fair and impartial.

*—Heather Somerville contributed to this article.*

## Half-Cent Pricing Proposed

Continued from page B1

agency on Monday. But the proposal comes as the SEC is conducting a review of market structure prompted by the frenzied trading in GameStop Corp. and other meme stocks this year. SEC Chairman Gary Gensler has said that minimum price increments are part of the review.

MEMX said its proposal has broad support within the financial industry. The exchange is owned by a consortium of Wall Street firms, including electronic trading giants **Citadel Securities** and **Virtu Financial** Inc., banks such as **Goldman Sachs Group** Inc. and **Morgan Stanley**, brokerage **Charles Schwab** Corp. and asset manager **BlackRock** Inc.

The startup exchange was launched just under a year ago. MEMX handled 3.3% of U.S. equities trading volume in August, according to Rosenblatt Securities data.

MEMX's proposal would only apply to securities that trade with a bid-ask spread of 1 cent throughout the trading day. That includes about 1,000 stocks and exchange-traded funds, accounting for nearly half of U.S. trading volume, according to MEMX. Some securities that would be affected include Apple, **General Motors** Co. and **Southwest Airlines** Co. as well as **SPDR S&P 500 ETF Trust**, the popular ETF that tracks the S&P 500 market index.

MEMX argues that bid-ask spreads are too wide for such securities and cutting them from 1 cent to half a cent would save money for investors. "Bid-ask spreads are a huge portion of the transaction costs that investors pay," said Adrian Griffiths, head of market structure at MEMX who also wrote a study on price increments that MEMX released on its website Tuesday. "If you could meaningfully reduce spread costs, that would be huge."

If the SEC were to allow halfpenny pricing, MEMX and other stock exchanges would potentially benefit by attracting a greater share of daily trading volume.

Under a 2005 regulation, often called the subpenny rule, exchanges are generally prohibited from displaying prices for securities in increments of less than 1 cent. The rule applies to all stocks worth over $1 a share. Exchanges have long griped that the rule prevents them from being able to fully compete with off-exchange trading venues.

More than 40% of U.S. equities trading volume takes place outside of public stock exchanges. Much of that activity is handled by wholesalers—high-speed trading firms that execute orders for retail brokerages such as Robinhood Markets Inc. Wholesalers can fill investors' orders in prices that include fractions of a penny.

The rationale for the SEC's subpenny rule was to prevent a behavior called stepping ahead. In such a scenario, an investor might post a limit order seeking to buy a stock at no higher than a certain price, prompting a sophisticated trader to "step ahead"—offering to buy the same stock for just a tiny amount more. The trader would then buy from any sellers who entered the market, while the investor's limit order would remain unfilled.

If price increments are reduced too far, it can facilitate stepping ahead and discourage investors from using limit orders to display their interest in stocks, analysts said. That could ultimately harm the quality of public markets, which depend on limit orders for information on what price each stock is trading at.

Mr. Griffiths said MEMX had crafted its proposal to strike a balance between the advantages of narrowing bid-ask spreads and the disadvantages of reducing price increments too much.

MEMX's study explored the impact of reducing price increments by examining the 1-for-8 reverse stock split that General Electric Co. carried out after the close of trading on July 30.

GE's reverse split—a rarity among blue-chip companies—increased the value of one of the company's shares from about $13 to about $104.

According to MEMX, the move brought GE out of the category of securities whose trading is artificially constrained by the subpenny rule. Quoted bid-ask spreads for GE, relative to the price of one share, fell by around 75% after the reverse split, MEMX found. "If you wanted to invest $10,000 in GE stock, you would have been significantly better off after the reverse split," Mr. Griffiths said.

The reverse split also helped exchanges win a higher share of GE trading volume.

**Percent of trading volume in GE stock executed on- and off-exchange**

[Chart showing on-exchange volume rising from ~55% to ~75% after GE reverse split, and off-exchange volume falling from ~45% to ~25%, from July 12 through August]

Source: MEMX

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re Nortel Networks Inc., et al.,[1] Debtors.
Chapter 11
Case No. 09-10138 (CSS)
Jointly Administered
Hearing date: October 5, 2021 at 11:00 a.m. (ET)
Objections due: September 28, 2021 4:00 p.m. (ET)

In re Nortel Networks India International Inc. Debtor.
Chapter 11
Case No. 16-11714 (CSS)
Jointly Administered

**NOTICE OF (I) HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN OF NORTEL NETWORKS INDIA INTERNATIONAL INC., (II) DEADLINES AND PROCEDURES FOR VOTING ON THE PLAN AND (III) DEADLINES AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION**

TO ALL CREDITORS, HOLDERS OF CLAIMS OR INTERESTS AND PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

1. **Filing of Plan and Disclosure Statement.** On July 20, 2021, Nortel Networks India International Inc. ("NNIII"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc. and a then revised on August 12, 2021 (the "Disclosure Statement"). A copy of the Chapter 11 Plan of Nortel Networks India International Inc. (as it may be amended, the "Plan") is attached as Appendix A to the Disclosure Statement. NNIII reserves the right, in accordance with the terms and conditions of the Plan, to amend, modify or supplement the Disclosure Statement, the Plan or any documents related thereto. Capitalized terms used, but not defined herein, have the meanings ascribed to them in the Plan.

2. **Obtaining Copies of Plan Materials.** The Plan and the Disclosure Statement are available at no cost on the Debtors' restructuring website at http://dm.epiq11.com/nortel (the "Case Information Website"). If you have not received copies of these materials, you may contact NNIII's Voting Agent, Epiq Bankruptcy Solutions, LLC (the "Voting Agent"), for copies of these materials. Requests should be sent to Epiq Bankruptcy Solutions, LLC, Attn: Nortel Networks Inc. Requests, P.O. Box 4422, Beaverton, OR 97076-4422 or via email to tabulation@epiqglobal.com with a reference to "Nortel Networks India" in the subject line, or by telephone at (646) 282-2500 with a request to speak with a member of the Solicitation Team. Copies are also available for review at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. ANY QUESTIONS REGARDING THESE MATERIALS OR THE VOTING PROCESS MAY BE DIRECTED TO THE VOTING AGENT BY CALLING (646) 282-2500 AND ASKING TO SPEAK WITH A MEMBER OF THE SOLICITATION TEAM.

3. **Disclosure Statement Order.** On August 25, 2021, the Court entered an order (the "Disclosure Statement Order"), which approved the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the United States Bankruptcy Code. Among other things, the Disclosure Statement Order (i) fixed August 27, 2021 as the Voting Record Date for purposes of determining which holders of Claims are eligible to vote on the Plan and for other purposes, (ii) approved the procedures for solicitation of votes to accept or reject the Plan, (iii) fixed September 28, 2021 at 4:00 p.m. (Prevailing Eastern Time) as the date and time by which all votes to accept or reject the Plan must be received (the "Voting Deadline").

4. **Voting on Plan.** Pursuant to the Disclosure Statement Order, holders of Impaired Claims against NNIII that have not been deemed to reject the Plan shall have the right to vote to accept or reject the Plan by using the approved Ballots. For a vote to count, it must be properly completed, executed, marked and actually received by the Voting Agent on or before the Voting Deadline.

5. **Confirmation Hearing.** A hearing to consider confirmation of the Plan and any objections that may be interposed with respect to any and all such matters will commence before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 on **October 5, 2021 at 11:00 a.m. (Prevailing Eastern Time)** (the "Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time without prior notice other than an announcement of the adjourned date or dates in open court. A notice of any such adjournment will be filed with the Court and posted on the Case Information Website.

6. **Releases and Injunctions.** The Plan provides that no Holder of any Claim or Interest may, on account of such Claim or Interest, seek or receive any payment or other Distribution from, or seek recourse against, NNIII's Estate, Wind-Down NNIII and/or their respective successors, assigns and/or property, except as expressly provided in the Plan. In addition, under Article 13 of the Plan, all Holders of Claims against NNIII or other Plan Released Parties and Holders of Interests will be deemed to forever release NNIII and the other Plan Released Parties for any and all Claims based on any acts or omissions occurring prior to the Effective Date in any way relating to, among other things, NNIII's Chapter 11 Case, the Disclosure Statement, the SPSA and the Plan (including, without limitation, the solicitation of votes on the Plan), as set forth in the Plan. These releases will be implemented through injunctions that prohibit any and all such holders from maintaining actions that are released and discharged under the Bankruptcy Code or the terms of the Plan. **ALL PERSONS WHO HAVE RECEIVED THIS NOTICE ARE URGED TO CAREFULLY REVIEW THE TEXT OF THE DISCHARGE, RELEASE, INJUNCTION AND EXCULPATION PROVISIONS IN ARTICLE 13 OF THE PLAN.**

7. **Objection Deadlines.** Responses or objections, if any, to confirmation of the Plan (a) shall be in writing; (b) state, if appropriate, the amount and nature of the claims or interests held or asserted by the objecting party against NNIII's estate or property; (c) shall state, if appropriate, the amount and nature of the objector's claim or interest; (d) shall state the grounds for the responses or objections and the legal basis therefor; (e) shall reference with specificity the text of the Plan to which the responses or objections are made, and shall provide proposed language changes or insertions to the Plan to resolve the responses or objections; and (f) shall be filed, together with proof of service, with the Clerk of the United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with one copy to chambers, such that the responses or objections are actually received no later than **4:00 p.m. (Prevailing Eastern Time) on September 28, 2021** by each of the following parties:

Counsel for NNIII
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-3999 (facsimile)
Attention: Lisa M. Schweitzer, Esq.

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-3989 (facsimile)
Attention: Derek C. Abbott, Esq.
Andrew R. Remming, Esq.

The United States Trustee
Office of The United States Trustee
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Attention: David L. Buchbinder, Esq.

**If any response or objection is not timely filed and served before the Confirmation Objection Deadline, the responding or objecting party shall be barred from objecting to confirmation of the Plan and be precluded from being heard at the Confirmation Hearing.**

8. **Voting Tabulation.** Votes on the Plan will be counted in accordance with the procedures established by the Bankruptcy Court in its Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures [D.I. 18884], such that (a) Claims for which a proof of Claim has been timely filed in an amount that is undisputed, non-contingent and liquidated will be temporarily allowed, for voting purposes only, in the amount set forth on the relevant proof of Claim, unless such Claim is subject to an objection by NNIII, (b) Claims that are listed on NNIII's Schedules as disputed, contingent, or unliquidated and for which no proof of Claim has been timely filed shall not be entitled to vote to accept or reject the Plan and (c) Claims for which a proof of Claim has been timely filed for unknown or undetermined amounts, or that are wholly contingent, unliquidated or disputed (as determined on the face of the claim or after a reasonable review of the supporting documentation by NNIII or the Voting Agent), shall be temporarily allowed for one dollar ($1.00) for voting purposes only, and not for purposes of allowance or distribution.

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

### ANNOUNCEMENTS

**Psychic**
Answer Lifes Toughest Questions:
Love, Career, Financial Advice, Divorce/Separation,
Reunite Lovers, Family Concerns, and More!
Have You Met Your Soulmate?
Discover Your True Purpose in Life!
**FREE LOVE READING**
Reikiakashic.com ◆ 888-554-0094

### BUSINESS OPPORTUNITIES

**Private Investor**
Is looking to acquire
Staffing & Information
Technology firms.
If interested, please contact
**Rick at**
rick89875@gmail.com
~ 510-256-0344 ~

**Unique PA Business for Sale**
• 3 Restaurants • Brewery
• Hotel Pad Site • Winery
**LEGEND PROPERTIES**
(610) 941-4034
ext 144, ext 108 or ext 135

### BUSINESS OPPORTUNITIES

**ALLIANCE MORTGAGE FUND**
**7%-8% RETURN**
REAL ESTATE SECURED
FIXED INCOME FUND
SEEKING RIA'S &
ACCREDITED INVESTORS
CALL:
**866-700-0600**
ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AllianceMortgageFund.com

**OWNER RETIRING**
**Commercial Roofing Firm**
Established in 1948 this highly profitable, family owned business is the premier commercial roofing company in an exploding coastal market in the Southeast. Outstanding reputation with established contractors and direct customer base. Financials available with signed NDA.
Purchase Price $12M.
Email: johnfdavis.se@gmail.com
Qualified buyers must provide proof of ability to purchase before any info released. Brokers with qualified buyers OK.



**THE WALL STREET JOURNAL.**

**THE MARKETPLACE**

ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2021 Dow Jones & Company, Inc.
All Rights Reserved.
**DOW JONES**