IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- ) | | |
| *In re* ) | Chapter 11 | |
| ) | | |
| Nortel Networks Inc., *et al.*,[1] ) | Case No. 09-10138 (CSS) | |
| ) | | |
| Wind -Down Debtors. ) | Jointly Administered | |
| ) | | |
| ------------------------------------------------------- ) | | |
| *In re* ) | Chapter 11 | |
| ) | | |
| Nortel Networks India International Inc. ) | Case No. 16-11714 (CSS) | |
| ) | | |
| Debtor-In-Possession. ) | Jointly Administered | |
| ------------------------------------------------------- ) | | |

**DECLARATION OF STEPHENIE KJONTVEDT
ON BEHALF OF EPIQ CORPORATE RESTRUCTURING, LLC
REGARDING VOTING AND TABULATION OF BALLOTS CAST ON
THE CHAPTER 11 PLAN OF NORTEL NETWORKS INDIA INTERNATIONAL INC.**

I, Stephenie Kjontvedt, declare, under penalty of perjury:

1. I am a Vice President, Senior Consultant at Epiq Corporate Restructuring, LLC[2] ("Epiq"), located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am authorized to submit this affidavit on Epiq's behalf. I am over the age of eighteen years, and I do not have a direct interest in these chapter 11 cases and should be considered an impartial party.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] Formerly Epiq Bankruptcy Solutions, LLC.

2. I submit this declaration (the "Declaration") with respect to the solicitation and tabulation of votes cast on the *Chapter 11 Plan of Nortel Networks India International Inc.* dated August 26, 2021 (as amended, supplemented, or modified from time to time, the "Plan").[3] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing and Balloting Agent of the Bankruptcy Court Pursuant to 28 U.S.C § 156(c)* dated January 15, 2009 [D.I. 38], and (b) *Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures* [D.I. 18884] (the "Disclosure Statement Order"), Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Class (as defined below).

4. Pursuant to the Plan, only holders of Claims in the following Class (the "Voting Class") were entitled to vote to accept or reject the Plan:

| **Class** | **Description** |
|---|---|
| Class 3 | General Unsecured Claims |

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined herein).

5.      The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the holders of Claims in the Voting Class.

6.      As specified in the Disclosure Statement Order, August 27, 2021, was established as the record date for determining the holders of Claims in the Voting Class who would be entitled to vote on the Plan (the "Voting Record Date").

7.      In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Class as of the Voting Record Date. Epiq's *Affidavit of Service of Solicitation Materials* was filed with this Court on August 31, 2021 [D.I. 18889].

8.      Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq. All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the procedures set forth in the Disclosure Statement Order.

9.      For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than 4:00 p.m. (Prevailing Eastern Time) on September 28, 2021 (the "Voting Deadline").

10.      All validly executed Ballots cast by holders of Claims in the Voting Class received by Epiq on or before the Voting Deadline were tabulated as outlined in the procedures set forth in the Disclosure Statement Order. I declare that the results of the voting by holders of Claims in the Voting Class are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: September 29, 2021
Westchester, New York

*/s/ Stephenie Kjontvedt*
Stephenie Kjontvedt
Vice President, Senior Consultant
Epiq Corporate Restructuring, LLC