## **EXHIBIT A**

# EXHIBIT A

## Nortel Networks India International Inc.
## Tabulation Summary

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | Class Voting Result |
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
|---|---|---|---|---|---|
| **Class 3** General Unsecured Claims | $71,359,176.84 **100.00%** | 2 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | Accepts |