**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br> Wind-Down Debtors. | Chapter 11 <br><br> Case No. 09-10138 (CSS) <br><br> Jointly Administered |
| *In re* <br><br> Nortel Networks India International Inc. <br><br> Debtor-In-Possession. | Chapter 11 <br><br> Case No. 16-11714 (CSS) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 5, 2021, AT 11:00 A.M. (ET)**

**BY DIRECTION OF THE COURT, THIS HEARING IS ADJOURNED TO OCTOBER 13, 2021 at 10:00 A.M. (ET)**

ADJOURNED MATTER:

1)    Chapter 11 Plan of Nortel Networks India International Inc. (SOLICITATION VERSION) (D.I. 18887, filed 8/30/21).

Objection Deadline:    September 28, 2021, 4:00 p.m.

Responses Received:  None.

Related Pleadings:

a)    Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18865, D.I. 29, filed 7/20/21);

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

b) Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18866, D.I. 30, filed 7/20/21);

c) Notice of Hearing to Consider Approval of Disclosure Statement (D.I. 18869, filed 7/20/20);

d) Amended Chapter 11 Plan of Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18874, D.I. 31, filed 8/12/21);

e) Amended Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International, Inc. (D.I. 18875, D.I. 32, filed 8/12/21);

f) Notice of Filing of (A) Revised Chapter 11 Plan of Nortel Networks India International Inc. and (B) Related Disclosure Statement (D.I. 18876, D.I. 33, filed 8/12/21);

g) Notice of Revised Proposed Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18879, D.I 36, filed 8/13/21);

h) Certificate of No Objection Regarding Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18881, D.I. 38, filed 8/23/21);

i) Order Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18882, D.I. 39, filed 8/24/21);

j) Notice of (I) Hearing to Consider Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc., (II) Deadlines and Procedures for Voting on the Plan and (III) Deadlines and Procedures for Filing Objections to Confirmation (D.I. 18886, filed 8/30/21);

k) Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International (SOLICITATION VERSION) (D.I. 18888, filed 8/30/21);

l) Affidavit of Publication (D.I. 18893, filed 9/23/24);

m) Declaration of Stephanie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Chapter 11 Plan of Nortel Networks India International, Inc. (D.I. 18894, filed 9/29/21);

n)      Memorandum of Law in Support of Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18895, filed 9//30/21);

o)      Declaration of John J. Ray III in Support of Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18896, filed 9/30/21);

p)      Declaration of Michael J. Kennedy in Support of Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18897, filed 9/30/21); and

q)      Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18898, filed 9/30/21).

<u>Status</u>: This matter has been adjourned to October 13, 2021 at 10:00 a.m.

Dated: October 1, 2021  
Wilmington, Delaware

MORRIS NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*  
Derek C. Abbott (No. 3376)  
Andrew R. Remming (No. 5120)  
Tamara K. Mann (No. 5643)  
Paige N. Topper (No. 6470)  
1201 North Market Street, 16th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
Email: dabbott@morrisnichols.com  
aremming@morrisnichols.com  
tmann@morrisnichols.com  
ptopper@morrisnichols.com

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999  
Email: lschweitzer@cgsh.com

*Counsel for Nortel Networks India International Inc.*