# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 09-10138 (CSS)<br><br>(Jointly administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AND REQUEST TO BE REMOVED FROM COURT'S CM/ECF LIST

**PLEASE TAKE NOTICE** that Christopher D. Loizides and Loizides, P.A. ("Counsel") hereby respectfully withdraw their appearance in the above-captioned jointly administered cases for all purposes including, without limitation, notice and service. Counsel are mistakenly listed as counsel for "Loizides PA" apparently as a result of a ministerial error. Counsel requests that they be removed from the Court's CM/ECF list.

Dated: October 4, 2021
Wilmington, DE

Respectfully Submitted,

By */s/ Christopher D. Loizides*
Christopher D. Loizides, Esq. (No. 3968)
LOIZIDES, P.A.
Legal Arts Building
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com