## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., | Case No. 09-10138 (CSS) |
| Debtors. | (jointly administered) |

### CERTIFICATE OF SERVICE AND TRANSMISSION

The undersigned hereby certifies that on October 4, 2021, he caused true and correct copies of the foregoing *Notice of Withdrawal of Appearance of Loizides, P.A. and Christopher D. Loizides and Request to be Removed from the Court's CM/ECF List* to be served and transmitted as follows:

(i)  Service via CM/ECF on those parties who have registered and become a CM/ECF user in these cases in accordance with Del. Bankr. L.R. 5005-4(c)(ii); and

(ii)  Transmission in accordance with Del. Bankr. L.R. 9036-1(b) upon counsel to the Debtors, counsel to the Office of the United States Trustee, and (former) counsel to the Official Committee of Unsecured Creditors, as indicated on the attached service list.

DATED:  October 4, 2021

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
Email:          loizides@loizides.com

**SERVICE LIST**

**VIA EMAIL**

**Derek C. Abbott**
**Tamara K. Mann**
**Andrew R. Remming**
**Eric D. Schwartz**
**Paige Noelle Topper**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
dabbott@mnat.com
tmann@mnat.com
aremming@mnat.com
eschwartz@mnat.com
ptopper@mnat.com


**Nora K Abularach**
**J. Anne Marie Beisler**
**Eva Pascale Bibi**
**Elizabeth C. Block**
**Danni Byam**
**Erin C Gallagher**
**Margot Gianis**
**Lucas Hakkenberg**
**David H Herrington**
**Nathaniel Jedrey**
**Matthew J Livingston**
**Avram E. Luft**
**Alexandra S. McCown**
**Daniel Montgomery**
**Ann Nee**
**Michelle Parthum**
**Daniel D. Queen**
**Inna Rozenberg**
**Lisa M. Schweitzer**
**Brent M. Tunis**
**Jane VanLare**
**Stephanie S Wu**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
nabularach@cgsh.com
abeisler@cgsh.com

pbibi@cgsh.com
eblock@cgsh.com
dbyam@cgsh.com
egallagher@cgsh.com
mgianis@cgsh.com
lhakkenberg@cgsh.com
dherrington@cgsh.com
njedrey@cgsh.com
mlivingston@cgsh.com
aluft@cgsh.com
amccown@cgsh.com
dmontgomery@cgsh.com
anee@cgsh.com
mparthum@cgsh.com
dqueen@cgsh.com
irozenberg@cgsh.com
lschweitzer@cgsh.com
btunis@cgsh.com
jvanlare@cgsh.com
swu@cgsh.com

**Andrew John Roth-Moore**
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
aroth-moore@coleschotz.com

**Elihu Ezekiel Allinson, III**
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
ZAllinson@SHA-LLC.com

**Sheila R. Block**
**Scott A. Bomhof**
**James Gotowiec**
**Andrew Gray**
**Molly Reynolds**
**Adam M. Slavens**
Torys LLP
79 Wellington Street West, 30th Floor
Box 270 TD Centre
Toronto, ON M5K 1N2, Canada
sblock@torys.com
sbomhof@torys.com
jgotowiec@torys.com

agray@torys.com
mreynolds@torys.com
jgotowiee@torys.com

**Mary F Caloway**
Pachulski Stang Ziehl & Jones
919 North Market Street, Suite 1700
Wilmington, DE 19801
mcaloway@pszjlaw.com

**Mark D. Plevin**
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com

**Kevin M. Capuzzi**
**Jennifer R. Hoover**
**Sarah R Stafford**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-1611
kcapuzzi@beneschlaw.com
jhoover@beneschlaw.com
sstafford@beneschlaw.com

**Rene E. Thorne**
Jackson Lewis LLP
650 Poydras Street
Suite 1900
New Orleans, LA 70130
ThorneR@jacksonlewis.com

**Nancy G. Everett**
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
neverett@winston.com

**Shelley A. Kinsella**
Armstrong Teasdale LLP
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
skinsella@atllp.com

**Raymond H. Lemisch**

Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
rlemisch@klehr.com

**Christopher M. Samis**
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
csamis@potteranderson.com

*Counsel to the Debtors and Debtors- in-Possession*

**Christine Doniak**
**Matthew C. Fagen**
**Robert A. Johnson**
**Brad M. Kahn**
**Angeline L. Koo**
**Abid Qureshi**
**Joseph L. Sorkin**
**Jacqueline Yecies**
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
cdoniak@akingump.com
mfagen@akingump.com
rajohnson@akingump.com
bkahn@akingump.com
akoo@akingump.com
aqureshi@akingump.com
jsorkin@akingump.com
jyecies@akingump.com

**L. Katherine Good**
**Aaron H. Stulman**
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
kgood@potteranderson.com
astulman@potteranderson.com

**Chantelle D'nae McClamb**
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034

mcclambc@ballardspahr.com

*Counsel to the Official Committee of Unsecured Creditors*

**David L. Buchbinder**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building, Suite 2207
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

*Counsel to the Office of the United States Trustee*