IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (CSS) |
| | : | |
| Wind-Down Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks India International Inc. | : | Case No. 16-11714 (CSS) |
| | : | |
| Debtor-In-Possession. | : | Jointly Administered |
| ------------------------------------------------------X | : | |

### NOTICE OF FILING OF REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING CHAPTER 11 PLAN OF NORTEL NETWORKS INDIA INTERNATIONAL INC.

**PLEASE TAKE NOTICE** that, on July 26, 2016, Nortel Networks India International Inc., as a debtor and debtor-in-possession in the above-captioned chapter 11 case ("NNIII"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 20, 2021, NNIII filed a proposed chapter 11 plan (ECF No. 18865) and the accompanying disclosure statement (ECF No. 18866), and each was revised on August 12, 2021 (ECF Nos. 18874 and 18875).

**PLEASE TAKE FURTHER NOTICE** that, on August 30, 2021, NNIII filed the solicitation version of the *Chapter 11 Plan of Nortel Networks India International Inc.* (the

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

"Plan")[2] (ECF No. 18887) and the *Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc.* (the "Disclosure Statement") (ECF No. 18888).

**PLEASE TAKE FURTHER NOTICE** that, on September 30, 2021, NNIII filed the *Proposed Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Nortel Networks India International Inc.* (the "Proposed Confirmation Order") (ECF No. 18898).

**PLEASE TAKE FURTHER NOTICE** that, to address certain informal comments received from the Office of the United States Trustee for the District of Delaware, NNIII revised the *Proposed Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Nortel Networks India International Inc.* (the "Revised Proposed Confirmation Order"), which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit B is a changed-pages only comparison of the Revised Proposed Confirmation Order against the Proposed Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that NNIII expressly reserves the right to amend or modify the Revised Proposed Confirmation Order. To the extent that the Revised Proposed Confirmation Order is amended or modified prior to the Confirmation Hearing, NNIII will file a blackline reflecting such amendment or modification to the Revised Proposed Confirmation Order with the Bankruptcy Court.

Copies of the Plan, the Disclosure Statement and the exhibits and appendices thereto can be obtained free of charge by visiting the website maintained by NNIII's claims and solicitation agent, Epiq Bankruptcy Solutions, LLC, at https://dm.epiq11.com/nortel, calling Epiq Bankruptcy Solutions, LLC at (646) 282-2500 and requesting to speak with a member of the Solicitation Team or emailing Epiq Bankruptcy Solutions, LLC at tabulation@epiqglobal.com and referencing "Nortel Networks India" in the subject line.

*[Remainder of page intentionally left blank]*

---

[2] Capitalized terms used but not defined in this notice have the meanings ascribed to them in the Plan.

| | |
|---|---|
| Dated:  October 6, 2021<br>　　　　Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br>Email: lschweitzer@cgsh.com<br><br>　- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>　*/s/ Derek C. Abbott*　　　　　　　　　<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>　　　 aremming@morrisnichols.com<br><br>*Counsel for Nortel Networks India International Inc.* |