## Exhibit B

**Changed-Pages Only Comparison of the Revised Proposed Confirmation Order**

**XXIV.     Exemption from Transfer Taxes**

102.       Pursuant to section 1146(a) of the Bankruptcy Code, the issuance, transfer or exchange of ~~notes, equity securities, instruments or documents under or in connection with the Plan, the assignment or surrender of any lease or sublease, the creation of any mortgage, deed of trust, Lien, pledge or other~~ a security ~~interest~~, or the making~~, assignment~~ or ~~the~~ delivery of ~~any lease, sublease, deed or any other~~ an instrument of transfer, under~~, in furtherance of, or in connection with the Plan, including any deeds, bills of sale, assignments, mortgages, deeds of trust or similar documents executed in connection with any assets subject to the Plan,~~ the Plan shall not be subject to any stamp~~, real estate transfer, mortgage recording, sales, use or other~~ tax or similar tax ~~nor any Uniform Commercial Code filing or recording fee or similar or other governmental assessment~~.  All appropriate state or local government officials or agents shall forgo the collection of any such tax or governmental assessment and accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax or governmental assessment.

**XXV.      Exemption from Securities Laws**

103.       Pursuant to section 1125(e) of the Bankruptcy Code, NNIII's transmittal of the Solicitation Materials as set forth herein and its solicitation of acceptances of the Plan are not and will not be governed by or subject to any otherwise Applicable Law, Code or regulation governing the solicitation or acceptance of a plan of reorganization or the offer, issuance, sale or purchase of securities.

**XXVI.     Executory Contracts and Unexpired Leases**

104.       Any executory contracts and unexpired leases of NNIII that have not been assumed, assumed and assigned or rejected by NNIII by order of this Court prior to the