**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Wind-Down Debtors. | ) | Chapter 11<br><br>Case No. 09-10138 (CSS)<br><br>Jointly Administered |
| *In re*<br><br>Nortel Networks India International Inc.<br><br>Debtor-In-Possession. | ) | Chapter 11<br><br>Case No. 16-11714 (CSS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 13, 2021, AT 10:00 A.M. (ET)**

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by noon on October 12, 2021 (12:00 p.m. Eastern Time.)**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsfuqhrDItGYKB_OEtY8AZF6W5Ylhr0ks**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Nortel Networks Inc.

**Time: October 13, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

MATTER GOING FORWARD:

1) Chapter 11 Plan of Nortel Networks India International Inc. (SOLICITATION VERSION) (D.I. 18887, filed 8/30/21).

   Objection Deadline:  September 28, 2021, 4:00 p.m. (ET)

   Responses Received:  None.

   Related Pleadings:

   a) Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18865, D.I. 29, filed 7/20/21);

   b) Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18866, D.I. 30, filed 7/20/21);

   c) Notice of Hearing to Consider Approval of Disclosure Statement (D.I. 18869, filed 7/20/20);

   d) Amended Chapter 11 Plan of Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18874, D.I. 31, filed 8/12/21);

   e) Amended Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International, Inc. (D.I. 18875, D.I. 32, filed 8/12/21);

   f) Notice of Filing of (A) Revised Chapter 11 Plan of Nortel Networks India International Inc. and (B) Related Disclosure Statement (D.I. 18876, D.I. 33, filed 8/12/21);

   g) Notice of Revised Proposed Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date and Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and (III) Setting the Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18879, D.I 36, filed 8/13/21);

   h) Certificate of No Objection Regarding Motion by Nortel Networks India International Inc. for Entry of an Order (I) Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18881, D.I. 38, filed 8/23/21);

   i) Order Approving Adequacy of Information Contained in Disclosure statement, (II) Establishing Voting Record Date, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (IV) Scheduling Confirmation Hearing Date and Establishing Notice and Objection Procedures (D.I. 18882, D.I. 39, filed 8/24/21);

j) Notice of (I) Hearing to Consider Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc., (II) Deadlines and Procedures for Voting on the Plan and (III) Deadlines and Procedures for Filing Objections to Confirmation (D.I. 18886, filed 8/30/21);

k) Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International (SOLICITATION VERSION) (D.I. 18888, filed 8/30/21);

l) Affidavit of Publication (D.I. 18893, filed 9/23/24);

m) Declaration of Stephanie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Chapter 11 Plan of Nortel Networks India International, Inc. (D.I. 18894, filed 9/29/21);

n) Memorandum of Law in Support of Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18895, filed 9//30/21);

o) Declaration of John J. Ray III in Support of Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18896, filed 9/30/21);

p) Declaration of Michael J. Kennedy in Support of Confirmation of the Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18897, filed 9/30/21);

q) Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Nortel Networks India International Inc. (D.I. 18898, filed 9/30/21); and

r) Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Nortel Networks India International Inc (D.I. 18901, filed 10/6/21).

Status: This matter is going forward.

Dated: October 11, 2021
Wilmington, Delaware

MORRIS NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
ptopper@morrisnichols.com

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lschweitzer@cgsh.com

*Counsel for Nortel Networks India International Inc.*