## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X
                                                :
In re                                           :        Chapter 11
                                                :
Nortel Networks Inc., et al.,¹                  :        Case No. 09-10138 (CSS)
                                                :
         Wind-Down Debtors.                     :        Jointly Administered
                                                :
                                                :        Ref Docket No. 18899
------------------------------------------------------------ X
                                                :
In re                                           :        Chapter 11
                                                :
Nortel Networks India International Inc.         :        Case No. 16-11714 (CSS)
                                                :
         Debtor-In-Possession.                  :        Jointly Administered
                                                :
                                                :
------------------------------------------------------------ X
```

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 5, 2021, at 11:00 a.m. (ET)," dated October 1, 2021 [Docket No. 18899], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, on October 1, 2021,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, on October 1, 2021,

---

¹ The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

    c.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, on October 1, 2021, and

    d.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, on October 4, 2021.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                 */s/Angharad Bowdler*
                                   Angharad Bowdler

Sworn to before me this
7th day of October, 2021
*/s/ Amy E. Lewis*
_____
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BLAKE, CASSELS & GRAYDON LLP | RICHARD CORLEY COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 199 BAY STREET SUITE 4000, COMMERCE COURT WEST TORONTO ON M5L 1G9 CANADA |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER & DANIEL MURDOCH COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |

**Total Creditor count  2**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BENNETT JONES | ATTN: KEVIN ZYCH 3400 ONE FIRST CANADIAN PLACE PO BOX 130 TORONTO ON M5X 1A4 CANADA |
| BLAKE CASSELS & GRAYDON LLP | ATTN: MICHAEL BARRACK 199 BAY STREET SUITE 4000 TORONTO ON M5L 1A9 CANADA |
| CASSELS BROCK & BLACKWELL LLP | ATTN: MICHAEL WUNDER SUITE 2010, SCOTIA PLAZA 40 KING ST WEST TORONTO ON M5H 3C2 CANADA |
| DEBEVOISE & PLIMPTON | ATTN: KEVIN LLOYD 65 GRESHAM STREET LONDON EC2V7NQ UNITED KINGDOM |
| GOODMANS LLP | ATTN: JAY CARFAGNINI AND JOSEPH PASQUARIELLO 333 BAY ST STE 3400 TORONTO ON M5H 2S7 CANADA |
| HERBERT SMITH FREEHILLS | ATTN: KEVIN PULLEN EXCHANGE HOUSE PRIMROSE STREET LONDON EC2A 2EG UNITED KINGDOM |
| HOGAN LOVELLS INTERNATIONAL LLP | ATTN: ANGELA DIMSDALE GILL ATLANTIC HOUSE HOLBORN VIADUCT LONDON EC1A 2FG UNITED KINGDOM |
| KOSKIE MINSKY LLP | ATTN: MARK ZIGLER 20 QUEEN ST WEST SUITE 900, BOX 52 TORONTO ON M5H 3R3 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: JAMES D GAGE SUITE 5300 TD BANK TOWER BOX 48, 66 WELLINGTON ST WEST TORONTO ON M5K 1E6 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: KEN ROSENBERG 155 WELLINGTON ST W SUITE 3500 TORONTO ON M5V 3H1 CANADA |
| STIKEMAN ELLIOT LLP | ATTN: DANIEL MURDOCH 5300 COMMERCE COURT WEST 199 BAY ST TORONTO ON M5L 1B9 CANADA |
| THORNTON GROUT FINNIGAN LLP | ATTN: D.J. MILLER SUITE 3200, 100 WELLINGTON ST WEST PO BOX 329 TORONTO-DOMINION CENTRE TORONTO ON M5K 1K7 CANADA |
| TORYS LLP | ATTN: SCOTT BOMHOF 79 WELLINGTON ST W 30TH FLOOR BOX 270 TD SOUTH TOWER TORONTO ON M5K 1N2 CANADA |

Total Creditor count  13

| Claim Name | Address Information |
|---|---|
| AZB & PARTNERS ADVOCATES & SOLICITORS | UNITECH CYBER PARK 602 TOWER-B, 6TH FLOOR SECTOR 39 GURGAON 122001 INDIA |
| AZB & PARTNERS ADVOCATES & SOLICITORS | UNITECH CYBER PARK, 602 TOWER-B 6TH FLOOR, SECTOR 39 GURGAON HARYANA 122001 INDIA |
| DEPUTY COMMISSIONER OF INCOME TAX | ARVIND KUMAR CIRCLE -2(2)(2) (INT'L TAX), ROOM NO 310 3RD FL E2 BLOCK SP MUKHERJEE CIVIC CENTR JL NEHRU MARG, NEW DELHI 110 002 INDIA |
| ERNST & YOUNG | 1ST FLOOR, TOWER A, BUILDING NO 8 DLF CYBER CITY, PHASE II, SECTOR 5 GURGAON HARYANA 122002 INDIA |
| ERNST & YOUNG INC | ATTN: MURRAY MCDONALD, B. BEEKENKAMP ERNST & YOUNG TOWER 222 BAY ST., PO BOX 251 TORONTO ON M5K 1J7 CANADA |
| ERNST & YOUNG LLP | 1ST FLOOR, TOWER A, BLDG NO. 8 DLF CYBER CITY PHASE II, SECTOR 25 GURGAON 122002 INDIA |
| GOODMANS LLP, BAY ADELAID CTR | ATTN: J CARFAGNINI, J PASQUARIELLO, B ZARNETT, A MARK, P RUBY, J KIMMELL 333 BAY ST., STE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON LLP | ATTN: D TAY, J STAM FIRST CANADIAN PL., STE 1600 100 KING ST. WEST TORONTO ON M5X 1G5 CANADA |
| INCOME TAX DEPARTMENT OF INDIA | ASSESSING OFFICER, ASSISTANT DIRECTOR OF INCOME TAX (INT'L TAX) CIRCLE 2(1) NEW DELHI, DELHI 110002 INDIA |
| INDIA DEPARTMENT OF REVENUE | ROOM NO. 46, NORTH BLOCK NEW DELHI - 110 001 110 001 INDIA |
| NORTEL DE MEXICO, S. DE R.L. DE C.V. | INSURGENTES SUR 1605-FLOOR 30 COL. SAN JOSE INSURGENTES 3900 MEXICO |
| NORTEL NETWORKS (INDIA) PRIVATE LIMITED | ORCHID PLAZA, 2ND FLOOR SUN CITY, SECTOR 54 GURGAON HARYANA 122002 INDIA |
| NORTEL NETWORKS LIMITED | ATTN: TANECIA WONG KEN AUTHORIZED REPRESENTATIVE 5945 AIRPORT ROAD, SUITE 152 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS LIMITED | 8200 DIXIE ROAD, SUITE 100 BRAMPTON ON L6T 5P6 CANADA |
| NORTEL NETWORKS LIMITED | 222 BAY STREET, PO BOX 251 ATTN: NORTEL TORONTO M5K 1J7 CANADA |
| NORTEL NETWORKS LIMTED | 8200 DIXIE ROAD SUITE 100 BRAMPTON ON L6T 5P6 CANADA |
| NORTEL NETWORKS LIMTED | ERNST & YOUNG, INC. 222 BAY STREET, PO BOX 251 ATTN: NORTEL TORONTO ON M5K 1J7 CANADA |
| PDS LEGAL ADVOCATES & SOLICITORS | 1ST FLOOR, TOWER A, BLDG NO. 8 DLF CYBER CITY PHASE II, SECTOR 25 GURGAON 122002 INDIA |
| PDS LEGAL ADVOCATES AND SOLICITORS | 1ST FLOOR, TOWER A, BUILDING NO 8 DLF CYBER CITY, PHASE II, SECTOR 5 GURGAON HARYANA 122002 INDIA |

**Total Creditor count  19**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BAKER BOTTS L.L.P. | CURT ANDERSON, ESQ. & DON J. MCDERMETT, JR., ESQ. (COUNSEL TO GENBAND, INC.) 2001 ROSS AVENUE, SUITE 900 DALLAS TX 75201 |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HOLLAND & KNIGHT | ATTN: MICHAEL B EISENBERG, ESQ COUNSEL FOR AVAYA INC. 901 NORTH MARKET ST STE 1300 WILMINGTON DE 19801 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ COUNSEL FOR GENBAND INC 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: DAVID L. BUCHBINDER, ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 845 THIRD AVE, 20TH FL NEW YORK NY 10022 |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DE | HERCULES BUILDING U.S. ATTORNEY'S OFFICE 1313 N MARKET STREET WILMINGTON DE 19801 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  17**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN 1221 AVE OF THE AMERICAS NEW YORK NY 10020 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: ALBERT PISA 28 LIBERTY ST NEW YORK NY 10005 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SUSAN SALTZSTEIN 4 TIMES SQUIARE NEW YORK NY 10036 |
| WILKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS 787 SEVENTH AVE NEW YORK NY 10019 |

**Total Creditor count  4**

| Claim Name | Address Information |
|---|---|
| BUCHANAN INGERSOLL & ROONEY | ATTN:K MURPHY & M CALOWAY 1105 N. MARKET ST., STE 1900 WILMINGTON DE 19801 |
| HARRIS COUNTY, ET AL | C/O LINEBARGER GOGGAN BLAIR SAMPSON, LLP ATTN: JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| NORTEL NETWORKS INC. | 8601 SIX FORKS ROAD SUITE 400 RALEIGH NC 27615 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL ATTN: VICENTE M. MURRELL 1200 K STREET, N.W., SUITE 340 WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: VICENTE MATIAS MURRELL OFFICE OF THE CHIEF COUNSEL 1200 K STREET, N.W., STE 340 WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: VINCENTE MATIAS MURRELL, ATTORNEY OFFICE OF THE CHIEF COUNSEL 1200 K STREET, N.W., SUITE 340 WASHINGTON DC 20005-4026 |

**Total Creditor count  6**

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, ESQ.
COUNSEL TO THE NORTEL TRADE CLAIM CONSORTIUM
919 N MARKET ST, STE 300; CITIZENS BANK CTR
WILMINGTON, DE 19801

**EXHIBIT C**

NORTEL NETWORKS INC., ET AL - CASE NO. 09-10138 (CSS)
ELECTRONIC MAIL - MASTER SERVICE LIST

| NAME | EMAIL |
|------|-------|
| AKIN GUMP STRAUSS HAUER & FELD LLP | FHODARA@AKINGUMP.COM |
| BROWN RUDNICK LLP | SPOHL@BROWNRUDNICK.COM |
| COLE SCHOTZ P.C. | NPERNICK@COLESCHOTZ.COM; DDEAN@COLESCHOTZ.COM |
| FOX ROTHSCHILD LLP | JSCHLERF@FOXROTHSCHILD.COM |
| GOODMANS LLP | CARMSTRONG@GOODMANS.CA |
| HERBERT SMITH | STEPHEN.GALE@HERBERTSMITH.COM |
| IOWA DEPARTMENT OF REVENUE | BRANDON.GRAY@AG.IOWA.GOV |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; EWILSON@KELLEYDRYE.COM; SREID@KELLEYDRYE.COM; BFEDER@KELLEYDRYE.COM |
| MILBANK TWEED HADLEY & MCCLOY LLP | DDUNNE@MILBANK.COM; TKRELLER@MILBANK.COM; APISA@MILBANK.COM; ALEBLANC@MILBANK.COM |
| OFFICE OF THE U.S. TRUSTEE | DAVID.L.BUCHBINDER@USDOJ.GOV |
| PACHULSKI STANG | LJONES@PSZJLAW.COM; TCAIRNS@PSZJLAW.COM |
| PATTERSON BELKNAP WEBB & TYLER LLP | DALOWENTHAL@PBWT.COM; BGUINEY@PBWT.COM |
| PENSION BENEFIT GUARANTY CORP | EFILE@PBGC.GOV; CONNELLY.PAULA@PBGC.GOV |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | JAMESTECCE@QUINNEMANUEL.COM; DANIELHOLZMAN@QUINNEMANUEL.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM |

COUNT: 26

**EXHIBIT D**

NORTEL NETWORKS INC., ET AL - CASE NO. 09-10138 (CSS)
ELECTRONIC MAIL - MASTER SERVICE LIST

| NAME | EMAIL |
|------|-------|
| ROPES & GRAY LLP | JAMES.WILTON@ROPESGRAY.COM |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | RIELA@THSH.COM |

COUNT: 2