| First Name | Last Name | Email | Party Representing | Firm Name |
|---|---|---|---|---|
| Derek | Abbott | dabbott@morrisnichols.com | Nortel Networks | Morris Nichols Arsht & Tunnell LLP |
| Jason | Sanjana | legalteam@reorg.com | Reorg | |
| Lisa | Schweitzer | lschweitzer@cgsh.com | Nortel Networks | Cleary Gottlieb Steen & Hamilton LLP |
| Stephenie | Kjontvedt | skjontvedt@epiqglobal.com | Nortel | Epiq Corporate Restructuring |
| Michael | Kennedy | mkennedy@chilmarkpartners | Nortel Networks | Chilmark Partners, LLC |
| Joseph | Badtke-Berkow | joseph.badtke-berkow@allenovery | Ernst & Young, I | Allen & Overy LLP |
| Paige | Topper | ptopper@morrisnichols.com | Nortel Networks | Morris Nichols Arsht & Tunnell LLP |
| Christopher | Armstrong | carmstrong@goodmans.ca | Lawyers for the N | Goodmans LLP |
| David | BUCHBINDER | David.L.Buchbinder@usdoj.gov | United States Tru | Office of the United States Trustee |
| Michael | Weinberg | mdweinberg@cgsh.com | Nortel Networks | Cleary Gottlieb Steen & Hamilton LLP |
| John | Ray | jray@greylockpartnersllc.com | Nortel Networks | Owl Hill Advisory LLC |
| Vicente | Murrell | murrell.vicente@pbgc.gov | PBGC | |