IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
                                )
NORTEL NETWORKS, INC., et al.,)      Chapter 11
                                )
                                )    Courtroom 3
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    December 1, 2016
                                )    9:00 a.m.


                     TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK C. ABBOTT, ESQ.
                          BY: TAMARA MINOTT, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          302-351-9200

                          Cleary Gottlieb Steen & Hamilton
                          BY: PHILIP CANTWELL, ESQ.
                          BY: LISA SCHWEITZER, ESQ.
                          BY: ANGELA WU, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          212-225-2000

ECRO:                     GINGER MACE

Transcription Service:    DIAZ TRANSCRIPTION SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diaztranscription.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
APPEARANCES:
(Continued)

For Joint Alternative Asset      Quinn Emanuel Urquhart &
Management:                      Sullivan
                                 BY: JAMES C. TEECE, ESQ.
                                 51 Madison Avenue, 22nd Fl.
                                 New York, NY  10010
                                 212-849-7000


For U.K. Pension Claimants:      Bayard, P.C.
                                 BY: JUSTIN ALBERTO, ESQ.
                                 222 Delaware Avenue, Suite 200
                                 Wilmington, DE  19899
                                 302-655-5000


                                 Willkie Farr & Gallagher, P.C.
                                 BY: MARC ABRAMS, ESQ.
                                 BY: ANDREW HANRAHAN, ESQ.
                                 787 Seventh Avenue
                                 New York, NY  10019
                                 212-728-8200


For the PBGC:                    Pension Benefit Guaranty Corp.
                                 BY: VINCENT M. MURRELL, ESQ.
                                 1200 K Street, N.W.
                                 Washington, DC  20005
                                 202-326-4020


                                 Kelley Drye & Warren
                                 BY: ERIC WILSON, ESQ.
                                 101 Park Avenue
                                 New York, NY  10178
                                 212-808-7800


                                 Pension Benefit Guaranty Corp.
                                 BY: GARTH WILSON, ESQ.
                                 1200 K Street, NW
                                 Washington, DC  20005


For Ad Hoc Bondholder Group:     Milbank Tweed Hadley & McCloy
                                 BY: THOMAS R. KRELLER, ESQ.
                                 BY: NICK BASSETT, ESQ.
                                 2029 Century Park East
                                 33rd Floor
                                 Los Angeles, CA  90067
                                 424-386-4000
```

```
APPEARANCES:
 (Continued)
                                Pachulski Stang Ziehl & Jones
                                BY: PETER KEANE, ESQ.
                                919 N. Market St., #1700
                                Wilmington, DE  19801
                                302-652-2100

For the Monitor/CAD Debtors:   Allen & Overy
                                BY: JOSEPH BADTKE-BERKOW, ESQ.
                                1221 Avenue of the Americas
                                New York, NY  10020
                                212-610-6300

For Nortel Trade Class          Fox Rothschild
Consortium:                     BY: JEFFREY SCHLERF, ESQ.
                                919 N. Market St., Suite 300
                                Wilmington, DE  19899
                                302-654-7444

                                BROWN RUDNICK
                                BY: STEVEN POHL, ESQ.
                                BY: CHRISTOPHER FLOYD, ESQ.
                                One Financial Center
                                Boston, MA  02111
                                617-856-8200
For Official Creditor's
Committee:                      Akin Gump Strauss Hauer & Feld
                                BY: FRED HODARA, ESQ.
                                BY: DAVID BOTTER, ESQ.
                                BY: ABID QURESHI, ESQ.
                                BY: ANTHONY LORING, ESQ.
                                One Bryant Park
                                Bank of America Tower
                                New York, NY  10036
                                212-872-1000

                                Whiteford Taylor Preston, LLP
                                BY: CHRISTOPHER SAMIS, ESQ.
                                405 North King Street
                                Wilmington, DE  19801
                                302-357-3266

For the Monitor:                Buchanan Ingersoll & Rooney,PC
                                BY: KATHLEEN MURPHY, ESQ.
                                919 N. Market St., Ste. 1500
                                Wilmington, DE  19801-3046
                                302-552-4214
```

```
APPEARANCES:
  (Continued)

For NNCC Trustee:                Morris James, LLP
                                 BY: BRENNA DOLPHIN, ESQ.
                                 500 Delaware Avenue
                                 Suite 1500
                                 Wilmington, DE  19899
                                 302-888-6959

                                 Patterson Belknap
                                 BY: DANIEL LOWENTHAL, ESQ.
                                 1133 Avenue of the Americas
                                 New York, NY  10036
                                 212-336-2000

For U.S. Trustee:                U.S. Trustee
                                 BY: MARK KENNEY, ESQ.
                                 844 King Street, Suite 2207
                                 Wilmington, DE  19801
                                 302-573-6565

For the Joint Administrators:    Young Conaway Stargatt &
                                 Taylor LLP
                                 BY: JAIME CHAPMAN, ESQ.
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, DE  19801
                                 302-571-5030

                                 Hughes Hubbard & Reed
                                 BY: GABRIELLE GLEMANN, ESQ.
                                 One Battery Park Plaza
                                 New York, NY  10004-1482
                                 212-837-6000

For Stephen Taylor               Skadden Arps Slate, Meagher &
Conflicts Administrator:         Flom
                                 BY: MATTHEW BEEBE, ESQ.
                                 One Rodney Square
                                 920 North King Street
                                 Wilmington, DE  19801
                                 302-651-3000
```

APPEARANCES:
 (Continued)

For SNMP:                         Cole Schotz Meisel Forman &
                                  Leonard, P.A.
                                  BY: DAVID DEAN, ESQ.
                                  BY: NORMAN PERNICK, ESQ.
                                  500 Delaware Ave., #1410
                                  Wilmington, DE  19801
                                  302 652-3131

For Wilmington Trust:             Chipman Brown Ciero & Cole
                                  BY: WILLIAM CHIPMAN, ESQ.
                                  1313 N. Market St., #5400
                                  Wilmington, DE 19801
                                  302-295-0191

TELEPHONIC APPEARANCES:

For Empyrean Capital              Empyrean Capital Partners
                                  BY: CHRISTOPHER ABAD, ESQ.
                                  310-843-3058

For Interested Party,             Hughes Hubbard & Reed
Joint Administrators              BY: DEREK ADLER, ESQ.
                                  212-837-6000

For Monitor, Ernst & Young:       Goodmans, LLP
                                  BY: CHRISTOPHER ARMSTRONG, ESQ
                                  416-849-6013

                                  Allen & Overy
                                  BY: KENNETH COLEMAN, ESQ.
                                  212-610-6300

                                  Gowling WLG Canada, LLP
                                  BY: JENNIFER STAM, ESQ.
                                  416-862-5697i

For Interested Party,             Dow Jones & Co.
Peg Brickley                      BY: PEG A. BRICKLEY, ESQ.
                                  215-462-0953

For Interested Party,             Bank of America
Bank of America:                  BY: ESTHER CHUNG, ESQ.
                                  646-855-6705

For Interested Party,             Merger Market
Debtwire:                         BY: MARIA CHUTCHIAN, ESQ.
                                  646-378-3108

TELEPHONIC APPEARANCES:
  (Continued)

For Interested Party,          Hogan Lovells US, LLP
UK Pension Trust               BY:  Angela Dimsdale-Gill
                               212-728-3135

For Creditor, Pension          Kelly Drye & Warren
Benefit Guaranty Corporation:  BY: BENJAMIN FEDER, ESQ.
                               212-808-7925

For Interested Party,          Fortgang Consulting
Chaim Fortgang:                BY: CHAIM FORTGANG, ESQ.
                               914-925-3410

For Creditor, Wilmington       Katten Muchin Rosenman
Trust:                         BY: JERRY HALL, ESQ.
                               202-625-3646

For Creditor, Nortel Trade     Brown Rudnick, LLP
Claim Consortium:              BY: EMILY KORUDA, ESQ.
                               617-856-8405

For Interested Party,          Silverpoint Capital
Silverpoint Capital            BY: TIMOTHY LAVELLE, ESQ.
                               203-542-4230

For Creditor, Canadian         DLA Piper US, LLP
Creditor's Committee:          BY: SELINDA A. MELNIK, ESQ.
                               302-357-5305

For Interested Party, UK       Willkie Farr & Gallagher
Pension Trust:                 BY: BRIAN O'CONNOR, ESQ.
                               212-728-8000

For Creditor, Liquidity        Andrews Kurth, LLP
Solution:                      BY: JEREMY RECKMEYER, ESQ.
                               212-850-2851
                               BY: PAUL SILVERSTEIN, ESQ.
                               212-850-2819

For Creditor, Matt Dohney:     HSBC Bank
                               BY: JONATHAN REHM, ESQ.
                               212-525-0875

For Interested Party,          Skadden Arps Slate Meagher &
Stephen Taylor Conflicts       Flom
Administrator for Nortel       BY: SUSAN SALTZSTEIN, ESQ.
Networks:                      212-735-4132

TELEPHONIC APPEARANCES:
  (Continued)

For Interested Party,          Reorg Research, Inc.
Reorg Research, Inc.:          BY: JASON B. SANJANA, ESQ.
                               212-588-8890


For Interested Party,          Cantor Fitzgerald
Cantor Fitzgerald:             BY: ANDREW THAU, ESQ.
                               212-815-1232

For Interested Party,          Cowen & Co.
Cowen & Company:               BY: AMER TIWANA, ESQ.
                               646-616-3052

For Creditor, Official         Cassels Brock & Blackwell
Committee of Unsecured         BY: MICHAEL J. WUNDER, ESQ.
Creditors                      416-860-6484

                               Akin Gump Strauss Hauer & Feld
                               BY: ROBERT JOHNSON, ESQ.
                               212-872-1077

For Creditor, Ad Hoc           Milbank Tweed, Hadley, &
Bondholder Group:              McCloy
                               BY: ERIC WEISS, ESQ.
                               212-530-5420

For Plaintiff(s), Lucesco:     Lowenstein Sandler, LLP
                               BY: MICHAEL ETKIN, ESQ.
                               973-597-2312

1

1 | WILMINGTON, DELAWARE, THURSDAY, DECEMBER 1, 2016, 9:07 A.M.

2 | THE CLERK:  Please rise.

3 | THE COURT:  Good morning everyone.  Thank you.

4 | You may be seated.  Justice Newbould, are you on the phone?

5 | JUSTICE NEWBOULD:  Yes.  Good morning, Judge

6 | Gross.

7 | THE COURT:  Good morning.  Good morning.

8 | JUSTICE NEWBOULD:  You have never looked better.

9 | THE COURT:  Thank you.  And you're so right.  Mr.

10 | Abbott, good morning.

11 | MR. ABBOTT:  Good morning, Your Honor, and good

12 | morning, Mr. Justice Newbould.  Derek Abbott here for the

13 | Nortel U.S. Debtors.  Your Honor, we're here for a I guess

14 | coincident hearings on the information circulated in Canada

15 | and the typical solicitation procedures and Disclosure

16 | Statement approval in the United States.  I'm going to cede

17 | the podium initially to Ms. Schweitzer who will give the

18 | Court obviously a little bit of background and then we'll

19 | proceed.

20 | THE COURT:  All right.  And I know that Justice

21 | Newbould wanted to address his Court.  I don't know, Justice

22 | Newbould, if you want to do that now or after Ms. Schweitzer

23 | speaks.

24 | JUSTICE NEWBOULD:  Well, I think we could do it

25 | now.  I don't know why ours needs to take very long.

1          THE COURT:  All right.

2          JUSTICE NEWBOULD:  I understand that there's the

3     one Objection filed by you, Ms. Miller, to the --

4          MS. MILLER:  Yes.

5          JUSTICE NEWBOULD:  Yes.

6          MS. MILLER:  Just to one sentence in that.

7          JUSTICE NEWBOULD:  All right.  I've looked at it.

8     It looks to me like it's a mountain over a molehill.  I don't

9     understand -- I don't know why it can't be resolved.  Just

10    take the sentence out.  It's -- to me, it's irrelevant

11    whether the sentence is in or the sentence is out.

12         MR. PASCARELLA:  We have to -- Your Honor, Judge

13    Gross, Joe Pascarella, for the Monitor.  We've had further

14    discussion with Mr. Miller and we agree it's a mountain being

15    made out of a molehill.  Don't think it really matters and,

16    to move things along, we're prepared to delete the sentence.

17         JUSTICE NEWBOULD:  All right.  Are you satisfied

18    with that, Ms. Miller?

19         MS. MILLER:  Yes I am.

20         JUSTICE NEWBOULD:  Okay.  Then there's no

21    Objections to the Canadian Order?  Are there any -- I doubt

22    if there would be but is there anyone in the U.S. Court who's

23    objecting to the Canadian Order and the Canadian Disclosure?

24         THE COURT:  No one is rising, Justice Newbould.

25         JUSTICE NEWBOULD:  Excellent.  All right.  So then

1   I'll make the Orders as required.  Have you got the copies of

2   the Orders, Mr. Pascarella?

3          MR. PASCARELLA:  We do, Your Honor.  Let me hand

4   those to you.

5          JUSTICE NEWBOULD:  And, Judge Gross, why don't you

6   just proceed and -- with the -- with your proceedings down

7   there?

8          THE COURT:  All right.  All right, Ms. Schweitzer,

9   good morning.

10          MS. SCHWEITZER:  Good morning, Your Honor.

11          THE COURT:  Big day.

12          MS. SCHWEITZER:  Absolutely it's a big day.  Good

13   morning, Judge Gross, and Mr. Justice Newbould, for the

14   record, Lisa Schweitzer, from Clearly Gottlieb.  It seems

15   that we are moving on speedily.  But just to step back,

16   obviously, this is a big day and we are, as U.S. Debtors and

17   everyone in the Courtroom, excited to be before the Courts

18   today for this really a landmark step in the Debtor's cases.

19   I was going to say here we are on a telephone link.  I think

20   we've tried everything in the case and so we're on to the

21   next permutation of telephone links.  But in a way, it is a

22   little metaphoric for what's going on today because it's the

23   first step of -- we were so linked fundamentally and have

24   spent so much time together as a collective worldwide group

25   of estates and we are starting to separate and untether

1  ourselves and the Settlement Agreements and the Plans being

2  proposed are really an important step to the wind down of the

3  Debtors and to the untethering of these disputes such that we

4  can finally close the cases and get the money to the

5  creditors who have been waiting for the money and the

6  distributions and the cases to come to conclusion.  As you

7  know, the -- you both have had the opportunity to see the

8  submissions and to see the Plans being proposed by the U.S.

9  Debtors and the Canadian Debtors.

10          And as we've stated in the Disclosure Statements

11  is the Plans really are premised on the implementation of the

12  Settlement and Plan Support Agreement on those reached by and

13  between parties after a lot of work.  We have the U.S.

14  Debtors, the Canadian Debtors, the EMEA Debtors, including

15  NNSA, the UKP, the Triple CCC, the UCC, the Bondholder Group,

16  other Bondholders.  I laughed when we were in front of you in

17  the beginning of the case, all the acronyms --

18          THE COURT:  Yes.

19          MS. SCHWEITZER:  -- relating to telephone

20  equipment and now we all talk in shorthand because we all

21  know each other well.  But a substantial number of parties

22  and really key parties have signed on to this settlement.

23  The settlement is important because it does resolve the

24  allocation dispute that's been going on for a long time.  But

25  it also resolves other inner-estate claims and other claims

1  of creditors and, in that way, it's a jigsaw puzzle that's

2  been put together with a lot of claims, disputes, and issues

3  and the jigsaw puzzle only comes together if all of the

4  pieces are there.  If the pieces start falling off, the

5  puzzle is falling apart.  You can't just selectively pull out

6  pieces and still hold the Plan together.

7         And as the Courts are obviously aware, the

8  settlement process has been really long and difficult.  The

9  U.S. Courtroom behind me, and while we can only hear them and

10 not see them, I'm sure the Canadian Courtroom as well is

11 filled with Counsel for all the various parties who really

12 zealously advocated for the their client's interests

13 throughout these cases and for a very long time, they've

14 advocated generally in the cases at the allocation trial, at

15 all the mediations with all the Mediators, plural, that

16 really stretch back, literally, to 2010 to the first days

17 when we started selling the businesses and have literally

18 continued on for years.  You know the allocation disputes

19 have been hard fought.  You've seen enough reports without

20 disclosing settlement confidentiality.  You know the

21 settlement negotiations also, despite everyone's best

22 efforts, have been very, very contentious, hard fought, and

23 in a good way because there's been a lot of arm's-length and

24 vigorous negotiation.

25         As Your Honors are also aware from the trial and

1  just generally living with these cases for so long, the cases

2  are very complex and there is a lot of intertwining of issues

3  in the cases.  You pull on one string.  You put more money in

4  one place.  You put a claim in a different place.  It has

5  also unintended effects or maybe intended effects but it's --

6  you know, it's a complicated exercise to bring a settlement

7  together.  It's not just putting money in piles and handing

8  them out.  Money runs in all sorts of ways through the case.

9  And so it's very easy to just say look, this is very

10  complicated and all the pieces, again, need to fit together

11  and one of the toughest exercises in reaching a settlement is

12  to try and look at the settlement as a whole and for everyone

13  to form their own views of what it looks like for their own

14  creditors, or if they're creditors, what it looks like for

15  themselves at the end of the day and so that way it's been a

16  huge accomplishment to get to this place where we can provide

17  more certainty and finality on enough issues that people are

18  comfortable signing on.

19         THE COURT:  And a settlement is very delicate.

20         MS. SCHWEITZER:  It's very delicate.  But also I

21  think that the thing that can't be lost in people is as

22  complicated as it is, we're fighting over a pot of money and

23  it might run through the machine in a very complicated way,

24  but if one creditor wants more, it has to come out of

25  someone's pocket.  I laugh that every day I come to work and

1 │ someone says can't the Debtors just do one more thing for me;

2 │ can't the Debtors just find some money, and I say I can but I

3 │ have to take it from someone else.  There's not -- there's no

4 │ slush fund that's the Debtors' where is a zero sum game in

5 │ that way and it is very fragile and that no one can claim

6 │ more without taking it from someone else at this point.

7 │        I think it's – - you can't overstate how hard the

8 │ parties have fought to get the best deal for their clients on

9 │ every side or for the constituents, to the extent that their

10 │ estates are fiduciaries.  And I always say if it's a sign of

11 │ a good settlement that people are a little unhappy and that

12 │ they have left something on the table, I think this is an

13 │ excellent settlement.  I think if you went around the room

14 │ and you surveyed every person in the room, regardless of how

15 │ this came out for them, every person to the last one would

16 │ say I should've gotten more and I gave too much.  And I think

17 │ that's the most telling sign of a good settlement and that's

18 │ what we have here.

19 │        I think that as importantly as how the money comes

20 │ out down to the last nickel, and that's vitally important to

21 │ everyone, is the ability to deliver finality to these cases;

22 │ that we've tied up the issues that they're going to come

23 │ through a Plan in U.S. and Canada and in Europe that the

24 │ Administrators and other fiduciaries have a way of again

25 │ bringing their cases to resolution and we -- quite frankly,

1  that comes from the important instructions and directions the

2  Courts have given us of this is complicated and we could keep

3  fighting forever but people need to bring these cases to

4  finality.  Do the best you can.  Advocate.  But you need to

5  bring this to finality.  We, of course, have to give thanks

6  to the great guidance and assistance provided by Justice --

7  I'm sorry, I apologize, by Judge Farnan as a mediator.  He

8  wasn't the only mediator obviously --

9            THE COURT:  Right.

10            MS. SCHWEITZER:  -- that has provided, and not to

11  diminish the role and accomplishments of anyone else in

12  helping getting us to this place, but he was very vital and

13  important in helping the parties find ways to reach

14  consensus, to stick with it to finality, and obviously was

15  there to remind us every time that if this doesn't work

16  you're back to litigation.  Litigation is endless and it's

17  just not a solution in these cases.  And the parties took

18  that seriously and the good news is that we can come here

19  today with a very largely consensual deal and with a minimal

20  number of people obviously still raising concerns; I don't

21  mean to diminish the importance of their client's positions,

22  but we are very happy that we have been able to get to this

23  place and to be able to get to the Plan stage and today is

24  really asking permission to start soliciting the votes and

25  getting to the confirmation hearing where people if they're

1  unhappy can be heard and that we hopefully can get to the

2  point of having the Plans approved and getting the money out.

3  I think we will -- I'll turn the podium over in a minute to

4  Mr. Cantwell, my colleague, who can run you through the

5  balloting procedures.

6          THE COURT:  Yes.

7          MS. SCHWEITZER:  And then I'll come back and

8  address a couple of the Objections.  We've sort of split them

9  up in how we've been trying to get through them.  But as you

10 hear it in the Canadian side, there were very minor requests

11 and responses received and those have been resolved.  So I

12 don't -- we were originally going to cede over to Canada but

13 I think we have done that already.

14         THE COURT:  Yes.

15         MS. SCHWEITZER:  Thanks to the efficiency of

16 Justice Newbould.  So I will cede the podium instead to my

17 colleague, Phil Cantwell.

18         THE COURT:  All right.  Thank you.  And thank you,

19 Ms. Schweitzer.  Let me just say a couple of things before we

20 begin because over the last week or so I have been reading

21 and reading and reading the papers.  They're very voluminous,

22 very involved, and it's taken me a long time to come to grips

23 with them.  I am satisfied, frankly, that the Disclosure

24 Statement, as amended, is adequate.  And I'll hear from

25 Objections.  I'll hear you all day if necessary and I'll

1  listen, but that is really the position that I believe is

2  appropriate.  I also think that the remainder of the

3  Objections go to confirmation and those are reserved for

4  confirmation.  But I'll listen, again, to the Objections all

5  day if necessary and we'll hear it out.  But that really is I

6  think where the Court is at the money and I just wanted

7  people to know that yes, I've read these paper very

8  carefully, read the Objections very carefully, taken them

9  into consideration and that's my position thus far.

10              MS. SCHWEITZER:  Thank you, Your Honor.

11              THE COURT:  All right.  Mr. Cantwell, good

12  morning.

13              MR. CANTWELL:  Good morning, Your Honor.  Good

14  morning, Mr. Justice Newbould as well.  Your Honor, in light

15  of Your Honor's statement just now, I will attempt to move

16  quickly through the related procedures --

17              THE COURT:  Yes.

18              MR. CANTWELL:  -- that will get us from here

19  through confirmation.

20              THE COURT:  Okay.

21              MR. CANTWELL:  Your Honor, the -- here before --

22  again, Philip Cantwell, Clearly, Gottlieb, Steen & Hamilton,

23  here today on behalf of the U.S. Debtors, here to preset the

24  Debtor's Motion for Entry of an Order which does multiple

25  things.  Not only are we asking you to approve the Disclosure

1  Statement, but it also asks for you to approve related

2  solicitation and tabulation procedures and then set the

3  timeline that's going to get us from now through January 24th.

4  Your Honor, moving first to the proposed schedule that we're

5  asking the Court to approve --

6            THE COURT:  Yes.

7            MR. CANTWELL:  -- quite simply, after much

8  consultation with the Canadian Debtors, our solicitation

9  experts at Epic, the Indenture Trustees, the various

10  Bondholder constituencies, we've all coalesced around a

11  November 21st, 2016 voting record dat.  In light of the

12  holidays, we needed to move that a little earlier than you

13  may otherwise expect.  Your Honor, once the Disclosure

14  Statement Order is approved, the Debtors and Epic will move

15  to expediently get the solicitation packages out as quickly

16  as possible.  Within five business days is our target.  That

17  involves mailing the Plan, the DS, and the ballots to the

18  holders and the general unsecured classes who are going to be

19  voting in this case.  It involves serving the Confirmation

20  Hearing Notice, mailing the Notices of the Non-Voting Status

21  to both claimants who are deemed to accept and deemed to

22  reject by virtue of their impaired or unimpaired status.  And

23  then also all the documentation will be posted online on

24  Epic's website so that the Debtors' creditors, recognizing

25  that they're around the world, can easily access them in case

1   something doesn't get to them, they wan another copy,

2   whatever the case may be.

3            THE COURT:  Good.

4            MR. CANTWELL:  Your Honor, that's building toward

5   a January 9th, 2017, 4 p.m. voting deadline and proposed

6   Objection deadline which would then be followed with the

7   Debtors replying by January 19th, again, all gearing up toward

8   a January 24th, 2017 Confirmation Hearing.

9            THE COURT:  Right.

10           MR. CANTWELL:  In connection with the confirmation

11  deadlines, there are also some voting related deadlines --

12           THE COURT:  Yes.

13           MR. CANTWELL:  -- to the extent that anybody

14  wishes to have their vote counted differently than the

15  temporary allowance procedures that we're asking you to

16  approve today.  After discussions with the U.S. Trustee, some

17  informal Comments we'd receive in response to our Disclosure

18  Statement.  In light of the approaching holiday season and

19  just the hectic nature of --

20           THE COURT:  And all of the mail that goes with it.

21           MR. CANTWELL:  All of the mail, everything that

22  goes with that, we've agreed to set a December 8th, 2016

23  voting objection deadline.  And all that means is that if the

24  Debtors are still going to object or estimate a claim for

25  voting purposes so that those claims can be treated just like

1  all the other claims that we've objected to over the years,

2  we would do so by a week from today.  If anybody has objected

3  to within this next week, again, for the voting purposes,

4  they would have two weeks to respond and that timeline

5  mirrors the initial default, 30 -- Rule 3018(a) procedure

6  that we had initiated whereby if you approve the temporary

7  allowance procedures today, all of those claimants, subject

8  to the 3018(a) deadline, have, again, about two weeks until

9  December 15th to make a motion to have their claim counted in

10  a manner different than what we're proposing.

11          THE COURT:  Right.

12          MR. CANTWELL:  The Debtors would reply to those

13  Motions.  We would take the pen over the holidays; we would

14  reply on or before December 30th.  And then in our papers, I

15  believe we had requested January 5th for a hearing.  I would

16  propose, Your Honor, that if any of these Motions do need to

17  be heard, if they can't be worked out consensually, that we

18  would come back to your Court, to Your Honor, for a

19  convenient time.  I note that we do have an Omnibus Hearing

20  on January 6th, so either the 5th or the 6th, whatever would be

21  the most convenient for Your Honor, but we will let everybody

22  know if that's required.

23          THE COURT:  All right.

24          MR. CANTWELL:  Your Honor, hand-in-hand with the

25  temporary allowance procedures, we have tabulation

1   procedures.  Again, everything here, after extensive

2   consultation with Epic, the various stakeholders in this

3   case, we believe is standard.  We received only one minor

4   comment to our tabulation procedures.  That was from the

5   Trade Claims Consortium.  We've addressed that in our Reply.

6   We've made clear that a creditor's vote is to be counted as

7   if they were the original creditor.

8               THE COURT:  Right.

9               MR. CANTWELL:  I spoke with Mr. Pohl before the

10  hearing.  He said that that resolved their concern that we've

11  made that clarification.  So there's nothing left to do there

12  and we would ask that you approve the tabulation procedures

13  and the ballots as well, again, which no one has objected to

14  and that we've worked extensively with the Canadian Debtors

15  and their parties-in-interest up there to coordinate the

16  cross-border nature of many of these ballots and other

17  relevant parties-in-interest.

18              Your Honor, those are the procedures.  I

19  understand that everyone probably didn't come here today to

20  hear about procedures so, unless Your Honor has any

21  questions, I'm happy to move on to the -- update you as to

22  how we've resolved certain of the Objections to the

23  Disclosure Statement.

24              THE COURT:  That would be fine.  Thank you, Mr.

25  Cantwell.

1          MR. CANTWELL:  Thank you.  Your Honor, the

2   question before you today, as you noted, is whether or not

3   the Disclosure Statement contains adequate information and,

4   as Your Honor indicated, there's no doubt that it does.  We

5   received only six responses, which in a case with this many

6   creditors, we think indicates the fact that the majority of

7   our creditors agree the Disclosures are sufficient as well.

8   We heard from the U.S. Trustee, a former employee named

9   Everett Piltz, an entity named General Beneficial, the Nortel

10  Trade Claims Consortium, the PBGC, and the SNMP parties, who

11  Your Honor is familiar with from our ongoing adversary

12  proceeding with them.

13          THE COURT:  Right.

14          MR. CANTWELL:  I'll speak to the first three and

15  Ms. Schweitzer can stand up and address the last three.  Like

16  I mentioned, Your Honor, we incorporated the voting objection

17  deadline from the U.S. Trustee.  We also made additional

18  disclosures regarding post-confirmation operations of the

19  Debtor that we feel adequately address the U.S. Trustee's

20  concern.

21          Mr. Piltz, we reached out to him.  He's a former

22  employee who filed a pleading.  We explained to him the

23  process and what was going on and that was enough to -- Mr.

24  Piltz confirmed that he withdrew his Objection --

25          THE COURT:  Right.

1    MR. CANTWELL:  -- to the proceedings today.  And

2    finally, Your Honor, General Beneficial, in an entry docketed

3    on the docket at 17379, they're an entity that claims to own

4    1.5 million shares of NNC stock and suggest that the DS

5    shouldn't be approved until their claim is accounted for.

6    It's just simply not an obligation of the U.S. Debtors.  We

7    think General Beneficial knows this.  They've previously

8    moved for the appointment of an equity committee that the

9    U.S. Debtors had responded to.  So there's real no way --

10   there's really no way to fix that Objection and the Debtors

11   would simply ask that that Objection be overruled.

12            Your Honor, after continuing communications with

13   various constituencies yesterday, there have been a few

14   incremental edits to the Plan and the Disclosure Statement

15   to, again, further reach consensus as to what should go out

16   to the creditors.  And if I can approach Your Honor, I can

17   approach with a blackline of the changed pages --

18            THE COURT:  Yes, please.

19            MR. CANTWELL:  -- of the Plan and the Disclosure

20   Statement.

21            THE COURT:  Yes, Mr. Cantwell.  Thank you.

22            MR. CANTWELL:  It's a [indiscernible] but --

23            THE COURT:  All right.  Terrific.  All right.

24   Thank you.

25            MR. CANTWELL:  And if anybody in the Courtroom

1  would like to see this, we have copies that we can

2  distribute.  Again, Your Honor, just starting with the Plan,

3  there are just --

4          THE COURT:  And these are the updated changes, is

5  that right?

6          MR. CANTWELL:  These are actually additional

7  changes yesterday --

8          THE COURT:  Okay.

9          MR. CANTWELL:  -- from what was filed on Tuesday

10  on the docket.

11          THE COURT:  Right.

12          MR. CANTWELL:  So what we're planning to do is, at

13  the conclusion of this hearing, provided Your Honor approves

14  everything, we're going to re-file the Plan and the DS on the

15  docket.

16          THE COURT:  Yes.

17          MR. CANTWELL:  We will update the references in

18  the Approval Order to these on -- most recently on-file

19  pleadings and that way there's no doubt as to what Your Honor

20  has approved and the current versions of the documents.

21          THE COURT:  All right.  Good.

22          MR. CANTWELL:  Your Honor, just on the Plan, you

23  can see in Section 7.23 there's truly just a small nit

24  received from the NNSA Conflicts Administrator but we added

25  them to the section about litigation resolution.

1          THE COURT:  Yes

2          MR. CANTWELL:  And then turning to the Disclosure

3    Statement blackline, although several of these disclosures

4    may come up in Ms. Schweitzer's presentation and the other

5    parties who are going to speak before you today, again, on

6    the first page, which is labeled #46, we -- you can see in

7    the Non-Filed Entity Settlement we just, again, deleted a

8    line, just minor clean-up with NNSA.  On the second page, we

9    had communications with Counsel to SNNP research yesterday

10   about disclosing the amounts that they have claimed in -- now

11   that expert discovery has progressed a little bit more and

12   they've submitted an expert damages report.  We simply filled

13   in those amounts.

14         THE COURT:  All right.

15         MR. CANTWELL:  And then if you'd turn to the page

16   numbered 84 and 85 --

17         THE COURT:  Yes.

18         MR. CANTWELL:  -- you'll see various blackline

19   information about certain critiques that the NTCC has with

20   the SPSA as it relates to the crossover bonds claims and the

21   NNCC Bondholders.  We were in communication with the

22   Bondholder constituencies and Mr. Pohl and his colleagues

23   yesterday and settled on this language.  Again, it's been

24   agreed to by everybody and just provides further disclosure

25   that we will update on the docket.

1          THE COURT:  All right.

2          MR. CANTWELL:  Unless Your Honor has any questions

3    about those, I'm happy to cede the podium to Ms. Schweitzer

4    who will address the remaining Objections that I have not

5    covered.

6          THE COURT:  All right.  Thank you.  Thank you, Mr.

7    Cantwell.

8          MR. CANTWELL:  Thank you, Your Honor.

9          THE COURT:  Yes.  Ms. Schweitzer?

10          MS. SCHWEITZER:  Good morning, Your Honor, again,

11    Lisa Schweitzer from Cleary Gottlieb.  I think there are

12    three remaining parties who had filed Objections.  Two of

13    them I think are completely resolved, as you said, at the

14    stages for disclosure purposes and the third I understand is

15    not.  The SNMP and the NTCC, the Trade Consortium Objections

16    I believe, in terms of the Disclosure, are resolved.  I can

17    walk through those very quickly.  As Your Honor, on SNMP is

18    aware, they filed pre-Petition claims against the Debtors,

19    also have a post-Petition adversary proceeding pending

20    against the Debtors.

21          THE COURT:  Yes.

22          MS. SCHWEITZER:  The claims are just simply not

23    resolved.  And so on -- at this stage, SNMP had just asked

24    for added disclosure to be included in the Disclosure

25    Statement regarding the dollar amounts of their claims and

1    certain descriptions of the litigation, and we had added

2    that.  Part of the reason it was not in there before was we

3    had gotten the expert report after the Disclosure Statement

4    or the day before the Disclosure Statement was filed and,

5    just as a note and it's for another day, the pre-Petition

6    claims went up a lot --

7              THE COURT:  Yes.  Yes.

8              MS. SCHWEITZER:  -- compared to prior claims that

9    had been filed; I think $80 million.  So I guess it is good

10   that it's out there because, obviously, we're not on the

11   merits today but Your Honor is fully aware that those are

12   hotly contested claims.

13             THE COURT:  Yes.

14             MS. SCHWEITZER:  And we've added the numbers in.

15   Mr. Dean would say that that's adequate disclosure.  He's

16   certainly not accepting our positions or views, all rights

17   reserved on the substance, but in terms of getting past today

18   for disclosure purposes, for the world, I think we've

19   resolved that.  We also ran an additional recovery analysis

20   just to show the effect of putting the claims in at full

21   value, again, with no admission at all that that is a world

22   that we will reach, but just to show the cents on the dollar

23   effects on creditors, depending on the size of the SNMP claim

24   that could come through, obviously, because that was a new

25   claim.

1          And then in terms of the confirmation related

2    Objections, Mr. Dean and I had a very constructive call

3    yesterday regarding what those confirmation Objections are.

4    I can't say that they're resolved because we were busy with

5    other things, but we both committed to work through the

6    language.  I think he was focused on different issues

7    regarding the adequacy of the Plan reserves and what type of

8    reserves would be taken for their claim.  The possibility

9    their claim could be estimated at some point post-Petition

10   interest or -- not post-Petition interest is generally, but

11   whether what language in the Plan meant with regard to paying

12   interest on disputed claims and certain things about how to

13   discharge and release injection provisions would rest upon

14   his claims, particularly as I understand it, and not to speak

15   for them, but SNMP is particularly concerned that they're not

16   releasing claims against buyers and that we're not trying to

17   wipe out the adversary proceeding.  It is what it is.  If

18   it's allowed, it comes as claims through the Plan but no

19   one's trying to -- there's not gotcha in there in terms of

20   trying --

21            THE COURT:  Right.

22            MS. SCHWEITZER:  -- to submit the adversary

23   proceeding.

24            THE COURT:  That's right.

25            MS. SCHWEITZER:  So we may or may not be able to

1  resolve those before confirmation and give comfort.  But if

2  we don't, we'd be back before you, Your Honor, in January.

3  Hopefully, there's no need for that.  And the rest of the

4  SNMP is a litigation for other days in front of Your Honor.

5  On the NTTC, the Nortel Trade Consortium, I mean

6  it's hard not to be sympathetic with everything they say in

7  their pleadings.  As Your Honor knows, in the litigation and

8  in their Reconsideration Motion, the U.S. Debtors absolutely

9  believe very strongly that we are entitled to more money in

10  the allocation dispute and that there was particular --

11  whether you want to say injustice or hardship or just a

12  painful result of the rulings was the way in which money,

13  under your Court's rulings, were allocated to the U.S.

14  Debtors in terms of dollars compared to a claims base, and

15  I'm not going to belabor those because everyone is familiar

16  with those issues and we're obviously very sympathetic

17  because we were the champion of those arguments for a long

18  time.

19  THE COURT:  That's right.

20  MS. SCHWEITZER:  That said, we also are faced with

21  the reality that the rulings have been issued and there's a

22  lot of risk for everyone and I think that in pursing appeals,

23  rather than settling, and we're at the place of settlement.

24  Again, those are issues whether the settlement should be

25  approved and the Plan should be confirmed are for another

1    day.

2           For today, we -- the most immediate request from

3    NTCC was to add disclosure, the status of the appeal, the

4    arguments that they're making on appeal --

5           THE COURT:  And the Bondholders had a response to

6    that Objection, of course.

7           MS. SCHWEITZER:  Correct.  And that's the thing,

8    and the Bondholders put in a response and the issue

9    basically, as everyone calls it shorthand, is the Ivan Ho

10   issue --

11          THE COURT:  Yes.

12          MS. SCHWEITZER:  -- of if there's less money

13   coming to the U.S., should that be accounted for in pari

14   passu distributions under the Plan and should the NTCC be

15   allowed to continue an appeal that if they were to win would

16   direct more money towards the non-Bondholder gucks or the

17   unsecured creditors in our case.  Again, that's -- no one's

18   asking for substantive release but there's a lot of

19   disclosure added and vetted around -- on that issue and I

20   believe everyone's satisfied, again, with it as disclosure

21   without admitting the validity of anyone's position.

22          You also saw that LSI, Leasing Solutions, Inc.,

23   which is another trade creditor, have put in a submission

24   saying, you know, I'm on their side in terms of we want more

25   money for unsecured creditors, but if there's money set aside

1  it's for all unsecured creditors, not just NTCC.  Not for

2  today, but you'll see there's added disclosure addressing

3  that position as well.

4          And so we will -- there's -- other than that, I

5  can walk through if there were any questions on the

6  Disclosure, but I think that, from my understanding, is on

7  the disclosure point, that everyone is satisfied that it's

8  adequate.  And the Plan Objections will be there if and when

9  we get to that stage in terms of can this -- does the

10  settlement meet the test of 9019?  Is the sub con

11  appropriate?  Ironically, I believe NTCC would not want sub

12  con because the want to keep claims away from NNI.

13          THE COURT:  Right.

14          MS. SCHWEITZER:  The PBC has -- wants to spread

15  money out.  Everyone wants -- you see the complexity of every

16  argument is everyone thinks that they can pull money in

17  directions that -- or keep claims away from them to help

18  them.  Sometimes they're at odds with each other in their

19  view of the world but that's the tug that we're dealing with.

20  There are other allocation issues raised but those are for

21  another day and I think Mr. Pohl, he may want to speak, but I

22  think everyone understands that's procedurally where we're

23  at.

24          THE COURT:  Yes.  And I will from him in due

25  course.

1                MS. SCHWEITZER:  Okay.  And then I think with

2   those resolved, the last claim, which I understood before the

3   hearing, isn't fully resolved, our last Objection, is that of

4   PBGC and I think it is worth taking a little extra minute to

5   talk about that.  I mean you can talk about it in one phrase,

6   which is it's all about sub con, right, and whether NNI and

7   NNCC should be substantively consolidated.  The PBGC said I

8   -- basically, I want more information to understand the

9   substantive consolidation, the rationale why, why are you

10  doing this towards these entities, give me more exposure,

11  more disclosure on why.  And then second of all, run

12  alternative scenarios where there's no substantive

13  consolidation.  And I think that in terms, my understanding,

14  but they again should speak for themselves, in terms of the

15  narrative text that addresses some of their concerns in terms

16  of explaining, you know, the risks and benefits of sub con.

17  But they continue, fundamentally, just to view the world

18  differently than the Debtors in terms of why can't you just

19  run this without sub con?  Why can't you show me what sub con

20  means, with the idea being in most cases you have fully

21  operational Debtors and you're putting them together and you

22  say okay, so show me two Debtors with their own asset base,

23  their own claims base, separate and together and it's very

24  easy what's so hard about that; that you can run those two

25  numbers and show me what it looks like on a consolidated and

1  non-consolidated basis for creditors and then I can say who's

2  been harmed, who's been benefited, and who's being prejudiced

3  by this and what "the effect" of substantive consolidation

4  is.  That's normally a very easy request and it makes a lot

5  of sense.  The rub is in this case you can't unbundle these

6  two entities without unbundling the whole deal.  The deal

7  that we have in front of us, it wasn't like someone said

8  okay, well, here is an allocation settlement, now let's

9  substantively consolidate.  The SPSA is 55 pages long and I

10 agree with you it's quite a read but it's a read for a reason

11 is that every one of those 55 pages is integrated with each

12 other and every person around the table has their own view of

13 how all those pieces play together and what it means for them

14 and the money runs in all sorts of circular ways and there's

15 all sorts of claim settlements and allocation settlements

16 that are baked together that as Your own Honor acknowledged

17 are very fragile.  So you can't pull on the string.  You

18 can't take the puzzle piece out without the whole puzzle

19 falling apart.

20         THE COURT:  Right.

21         MS. SCHWEITZER:  And so, to that end, I think we

22 did put in the Disclosure, which we thought we could, which

23 is the alternative scenario is today.  We are in a litigation

24 mode, we are burning money, the pot is not getting bigger,

25 and the answers aren't really changing.  So every person can

1  run their own models based on that.

2          On the merits also, I know that, because you're

3  starting to see it; I expect it will be in front of you --

4  hopefully not, but the way things are shaping up it looks

5  like we might be in front of you several times before the

6  Confirmation Hearing on discovery issues and other fights

7  that keep harping on this point.  Tell me, tell me, tell me.

8  Show me, show me, show me.  Explain to me so I can challenge

9  sub con.  What does it mean?  Give me the numbers.  Give me

10  the discovery.  This is not the hardest case ever.  NNCC is a

11  wholly owned subsidiary of NNI.  It was formed for the sole

12  purpose of issuing debt, gave the money to NNI, and got a

13  claim back from NNI --

14          THE COURT:  Right.

15          MS. SCHWEITZER:  -- so it could pay the debt.

16  It's a pass-through conduit.  It had no other operations.  It

17  had no employees.

18          THE COURT:  No employees.

19          MS. SCHWEITZER:  Nothing else to do.  It literally

20  got money, gave it to NNI, and got a claim back to pay the

21  Bondholders.  It's a conduit pass-through.  And so this idea

22  that there's some discovery to be taken and some puzzle to be

23  unraveled and some larger thing to be run, there -- we can go

24  through a very complicated costly exercise but the facts have

25  been out there all along and they're not so hard on the NNCC

1  side.  The complexity obviously comes because of the

2  allocation decisions, the fact that these claims are

3  guaranteed by Canada --

4                THE COURT:  Yes.

5                MS. SCHWEITZER:  -- as to the Canadian Debtors

6  have subrogation rights and how all this money flows in

7  circles and what it means for the rest of the deal.  But in

8  terms of what NNCC is, this isn't two operating entities with

9  their own back story that you're trying to figure out and put

10 on a scale what the facts are.  But, quite frankly, all those

11 facts have been known for years, they've been public for

12 years, and no one knows them better than the PBGC because

13 they have been on the Creditor Committee since day one of

14 this case, or I guess I'm overstating, since year one of this

15 case.  Since 2009, the PBGC has been on the Creditor

16 Committee, has -- had representatives at the hearing, has

17 been in every mediation, has been a participant in every sale

18 to the extent that they have always come and looked at the

19 sales and they, of anyone, would know NNCC never made -- sold

20 anything --

21                THE COURT:  Right.

22                MS. SCHWEITZER:  -- in these sales, right?  And so

23 that's not for today in terms of figuring out the sub con,

24 but for today in the Disclosure Statement, we believe it

25 adequately discloses the relief and we actually thank the

1  PBGC to that end because it helped us explain even further to

2  creditors what's going on.  And for every creditor other than

3  the PBGC, every other creditor just needs to know this deal

4  is going to work and if it doesn't, and if it's the PBGC or

5  the NTCC or SNMP or ABC or whoever it is that comes and

6  objects to a part of this settlement and the Plan and it

7  falls apart, that's the risk.

8            THE COURT:  Right.

9            MS. SCHWEITZER:  And for other creditors, that's

10  what they have to look at is it's going to work or it's not

11  and if it doesn't, every creditor is in a worse place.

12            With respect to the PBGC, respectfully, we would

13  say if they -- they have their information.  They -- in terms

14  of running numbers and scenarios, there's nothing the Debtors

15  can put their name to other than the stark fact, which we all

16  know, of this is what the recovery looks like under this Plan

17  and everyone knows that the other outcome is worse and part

18  of the reason it's worse is because there's a lot of

19  uncertainty around what that would look like.

20            So with that, I will certainly cede the podium to

21  Mr. Wilson to address -- I know they probably want to respond

22  to that.  But we would agree with Your Honor.  In terms of

23  today and getting past today, the Disclosure is adequate and

24  I think that we will continue to take those positions.  We'll

25  obviously work on -- to make sure that everyone -- that to

1 the extent we can address everyone's concerns and give

2 information prior to the Confirmation Hearing that's

3 reasonable, we'll do that.  But I think that this is,

4 unfortunately, probably a toe in the water of I expect a lot

5 of requests and discussions around trying to find a there-

6 there and I don't think that the facts in this case are very

7 complicated or stark, other than to know that the facts are

8 very complicated and stark and that this is a thumbs-up,

9 thumbs-down type settlement.  And so we can look as hard as

10 we want, but that's what we're going to find at the end of

11 the day.

12             THE COURT:  Right.

13             MS. SCHWEITZER:  And so with that, I'll cede the

14 podium.

15             THE COURT:  All right.  Thank you.  Who wishes to

16 be heard first?  Mr. Murrell, good morning.

17             MR. MURRLL:  Good morning, Your Honor, Vicente

18 Matias Murrell, on behalf of the Pension Benefit Guaranty

19 Corporation.  It's good to be in front of Your Honor again.

20             THE COURT:  Good to have you here, Mr. Murrell.

21             MR. MURRELL:  And good morning as well to Mr.

22 Justice Newbould.  Your Honor, in the Courtroom with me today

23 is Mr. Eric Wilson, outside Counsel, Kelley, Drye & Warren,

24 from New York, as well as Mr. Garth Wilson, Assistant Chief

25 Counsel for the Pension Benefit Guaranty Corporation.

1          THE COURT:  Yes.

2          MR. MURRELL:  Mr. Eric Wilson will be addressing

3   PBGC's arguments, and I cede the podium to him, Your Honor.

4          THE COURT:  Thank you.  Thank you very much.  Mr.

5   Wilson, good morning.

6          MR. WILSON:  Good morning, Your Honor, Eric Wilson

7   of Kelley, Drye & Warren, for PBGC.  Your Honor, as Mrs.

8   Schweitzer correctly points out, our Objection focused on the

9   adequacy of the disclosure surrounding a proposed substantive

10  consolidation of --

11         THE COURT:  Right.

12         MR. WILSON:  -- Debtors, Nortel Networks, Inc. and

13  its subsidiary, Nortel Networks Capital Corporation.  One

14  thing that I hope we've made clear and tried to make clear

15  through the papers is that PBGC is not here today to any way

16  attempt to litigate the propriety of substantive

17  consolidation, and Mrs. Schweitzer made a number of comments

18  that I don't believe add up to satisfying the standards of

19  Owens Corning but we fully understand and appreciate that

20  that is an argument for confirmation and we look forward to

21  presenting our arguments in that regard to the Court at that

22  time.

23         That said, I think it's important to note that sub

24  con is a remedy that the Third Circuit has described as

25  extraordinary.  It's described as a remedy of last resort.

1  As it relates to this particular case, Your Honor, it impacts

2  PBGC, we believe, detrimentally in two very important ways.

3  One, it eliminates PBGC's claim at Debtor NNC where it was

4  and is the largest creditor and would have enjoyed the lion's

5  share of the distributions from that estate.  And two, it

6  dilutes the recovery of PBG's claims at Debtor NNI because

7  they know that claims pool is diluted by the claims of the

8  NNCC bonds.  So there's a lesser distribution being received

9  from that estate.

10           So we've had the opportunity to review the

11  Disclosures that the Debtors, the additional Disclosures that

12  they propose.  We acknowledge that they resolved some of the

13  concerns that we've raised through our Objection.  However,

14  as Ms. Schweitzer points out, we continue to believe that

15  additional Disclosures are required for creditors to properly

16  impact the risk and impact of substantive consolidations of

17  creditors at those two entities such that they can make an

18  informed decision as to whether or not to vote in favor of

19  the Plan.

20           Look, it's no secret that in substantive

21  consolidation, there are winners and there are losers.  We

22  feel that, under these circumstances, it's incumbent on the

23  Debtors to identify who those winners are, who those losers

24  are, and to what extent.  Specifically, I draw the Court's

25  attention to Appendix C of the Disclosure Statement.  In that

1  Appendice, the Debtors provide a separate recovery analysis

2  for each of the Debtors, with the exception of NNI and NNCC.

3  And, in fact, I think there's a section or a heading that

4  says this is a recovery analysis for each of the Debtors.

5  Well, the recovery analysis, as it relates to these two

6  entities, NNI and NNC, is provided only on a consolidated

7  basis.  We believe that to provide adequate information about

8  the impact of sub con on creditors of those entities, the

9  Debtors should be required to provide those creditors with an

10  analysis of the recoveries on a deconsolidated basis.  It's

11  nothing more than what they've done with the other 15

12  Debtors' entities.  I suspect that that information is

13  readily available to the Debtors.  I'm sure it was carefully

14  evaluated and analyzed as part of the decision to consolidate

15  those two entities and we think that information should be

16  shared with creditors so that they fully understand the

17  impact of substantive consolidation and I think it's self-

18  evident, quite frankly, that a creditor that's faced with

19  extinction of -- a distinguishing -- or extinction --

20  extinguishment, there we go --

21          THE COURT:  Yes.

22          MR. WILSON:  -- of a claim would want to

23  understand how their claim is impacted by a loss of that

24  claim, the dilution of a claim and another Debtor, and the

25  instance of substantive consolidation.  I think it's

1   particularly important here.  The reason -- we looked for

2   precedent as to say that that's the proper outcome here.  I

3   think it's difficult because it's very rare, quite frankly,

4   that you have substantive consolidation where you don't have

5   the full consent of creditors.  So can I point the Court to a

6   scenario where this was held, it was ordered, it was

7   required, no, and I think the reason for that is this is an

8   extraordinary remedy.  It's rarely done without full consent.

9   But we think that that Disclosure is appropriate here.  It's

10  something that I'm sure the Debtors have considered and that

11  we'd like to have added to the Disclosure Statement.

12              THE COURT:  All right.  Thank you, Mr. Wilson.

13              MR. WILSON:  Thank you, Your Honor.

14              THE COURT:  Thank you.

15              MR. POHL:  Good morning, Your Honor, Steven Pohl,

16  from Brown Rudnick, for the --

17              THE COURT:  Yes, Mr. Pohl.  Good morning.

18              MR. POHL:  -- Nortel Trade Claims Consortium.  Our

19  Disclosure Statement Objections have been resolved so I don't

20  rise for that reason.  I only rise to confirm that we don't

21  support the Plan so we're --

22              THE COURT:  Right.

23              MR. POHL:  -- not one of the folks on the

24  confirmation support side and just to let the Court know

25  that, in light of that, we do intend to serve Plan-related

1  discovery.  The Federal Rules, the 30-day Rules, usually

2  don't work too well with the confirmation timeline so we'll

3  work with the parties and hopefully resolve that and only

4  bother the Court if we can't.

5          THE COURT:  Don't hesitate to call.

6          MR. POHL:  And the only other point I will make is

7  with respect to a portion of our Objection relating to

8  meeting the standards of 9019 --

9          THE COURT:  Right.

10          MR. POHL:  -- with settlement, the Debtors said

11  yes, we intend to and, in fact, we intend to file a Motion.

12  So I've asked, but haven't been told, when the Motion would

13  be filed.  I can only hope that it's filed within the

14  timeframe that works with it being heard at confirmation, at

15  least with respect to us being able to read it and take

16  appropriate discovery on that.  And again, if that doesn't

17  work, we'll call you.  Other than that, thank you, Your

18  Honor.

19          THE COURT:  All right.  Thank you, Mr. Pohl.  Mr.

20  Dean?

21          MR. DEAN:  Good morning, Your Honor.

22          THE COURT:  I was looking for you.  I didn't see

23  you out there.  Good morning.

24          MR. DEAN:  I was hiding in the back.

25          THE COURT:  Yes.

1          MR. DEAN:  A lot of the seats are taken.  Good

2  morning, Your Honor.  Good morning, Justice Newbould.  I'll

3  be brief, but I do have a few comments to make.

4          THE COURT:  All right.

5          MR. DEAN:  The Disclosure Statement Objection that

6  the SNMP parties filed, Your Honor, raise two categories of

7  objections.  The first related to the adequacy of

8  disclosures, which as Ms. Schweitzer has indicated, we have

9  resolved.  We certainly don't agree with the way that the

10  Debtors have couched the various claims but we think that the

11  additions to the Disclosure Statement satisfy Section 1125(a)

12  as far as the Debtors' position is concerned so that the

13  creditors can understand the extent of the SNMP claims, as

14  well as the recent numbers that came out on our damages from

15  our expert reports which were recently served and are borne

16  from the financial information that we had recently received

17  from the Debtors on Avaya in the last few months in

18  discovery.

19          THE COURT:  Okay.

20          MR. DEAN:  So that's why the numbers have changed.

21          THE COURT:  Right.

22          MR. DEAN:  In addition to making language changes

23  to the text, Nortel also added SNMP Research's unsecured

24  claims to the recovery analysis and we also thought that was

25  significant to do so the creditors could understand and we

1    could understand how would the claims pool be affected if

2    SNMP hit a homerun and won the litigation and pool and I

3    think it's telling to see the numbers at the NNI level where

4    all the money is.  If SNMP's unsecured claims were allowed in

5    full, the unsecured creditors would receive approximately one

6    percent less.

7         So while we think that SNMP, and it is, claim is

8    significant, given the amount of money at stake in this case,

9    this is not going to be an issue that's going to have any

10    impact on confirmation.  It's not going to have any material

11    impact on the recovery of other unsecured creditors in the

12    case.

13         Now, I will note that the Disclosure Statement

14    does not account for the administrative claim that we have in

15    the adversary proceeding.  Your Honor may recall, we

16    estimated that number to be $200 million in the past and

17    there have been various statements in Court and even in a

18    Decision that you wrote about that number.  Well, while the

19    unsecured claims went up based on the information that we

20    received in discovery, the administrative piece went down

21    substantially at $47 million.  So now, we finally have some

22    data that we can use to really pinpoint our numbers.  And I

23    told Your Honor at various other hearings that that number

24    was going to be adjusted based on discovery and it has.

25         The second category of Objections that we made is

1  premised on the legal proposition that the Disclosure

2  Statement should be denied when the Plan is patently

3  unconfirmable on its face.  And I do want to disagree with

4  Ms. Schweitzer on one point that she made where she was

5  describing how all of these pieces to the puzzle are very

6  integrated and if anybody gets change, essentially, then the

7  whole thing falls apart.  Our Objection is materially

8  different than the Objections to confirmation asserted by the

9  Trade Creditor Consortium and PBGC.  Those two Objections

10 relate to really challenging the substance of the deal, the

11 economic terms of the deal.  We are not -- I want to be very

12 clear about this, Your Honor, SNP is not trying to blow this

13 case up.  We want to support confirmation.  We have one goal

14 in mind and that is to eliminate the traps that are in this

15 Plan to make sure that if SNMP's unsecured claim gets allowed

16 and its administrative expense claim gets allowed, that

17 there's no tricks or traps in the Plan that are going to

18 prevent us from getting paid in full on equal footing with

19 other similarly situated creditors.  And I'm not going to go

20 into detail about all of our Plan-related Objections today in

21 light of the constructive dialog that we had with Ms.

22 Schweitzer yesterday --

23             THE COURT:  Yes.  Yes.

24             MR. DEAN:  -- and the commitment on both sides

25 that we're going to work in good faith leading up to the

1  Confirmation Hearing, hoping to resolve this, and also in

2  light of Your Honor's comments at the beginning of the

3  hearing, but I just want to briefly tell the Court the

4  categories of Objections that we have.  These Objections,

5  generally speaking, relate to the unfettered discretion that

6  the Debtors have in the Plan to decide how much to reserve

7  for disputed claims, provisions relating to estimation of

8  claims, which essentially advanced approval of an estimation

9  proceeding, which we think is inappropriate, assert

10  provisions that are broad prohibitions on the recovery of

11  interest when we have substantial pre-judgment interest

12  claims, both pre-Petition and post-Petition under the

13  [indiscernible] Act and various issues relating to the

14  discharge, third-party Release, exculpation and injunction

15  issues that we just -- we pointed them out to Ms. Schweitzer.

16  We gave her a chart yesterday and suggested some changes.

17  But there are various issues in Article 13 of the Plan

18  relating to these topics which, as drafted, could wipe out

19  our adversary proceeding all together if you interpret the

20  exculpation provision a certain way.  It could prevent us

21  from getting paid because they're not required to reserve the

22  adequate funds.  And so we want to make sure that all of

23  these issues are fixed and if they're fixed then -- and we

24  can ensure ourselves, not just hope, but ensure ourselves

25  that we're going to get paid if our claims get allowed, then

1    we're hopeful to come to Court and support confirmation, Your

2    Honor.  So with that, unless the Court has any questions of

3    me, I have nothing further and thank you for your time, Your

4    Honor.

5              THE COURT:  All right, Mr. Dean.  Thank you, sir.

6              MR. DEAN:  Thank you.  Have a good day.

7              THE COURT:  Thank you.  You too.  Anyone else?

8              MR. RECKMEYER:  Your Honor, this is Jeremy

9    Reckmeyer, on behalf of Liquidity Solutions.

10             THE COURT:  Yes.

11             MR. RECKMEYER:  May I have a moment?

12             THE COURT:  Yes you may.

13             MR. RECKMEYER:  Thank you, Your Honor.  Good

14   morning.

15             THE COURT:  Good morning.

16             MR. RECKMEYER:  Like I said, Jeremy Reckmeyer,

17   from Andrews, Kurth, Kenyon, on behalf of Liquidity

18   Solutions.  We just have a couple very brief remarks.

19             THE COURT:  All right.

20             MR. RECKMEYER:  As Ms. Schweitzer noted, we filed

21   a Joinder and Reservation of Rights in which we joined in the

22   Trade Consortium's Objections to the Disclosure statement.

23             THE COURT:  Yes.

24             MR. RECKMEYER:  Among other things, LSI, like the

25   Consortium, has concerns regarding the allowance and amount

1   of the crossover bond claim and the sufficiency, or lack

2   thereof, of the amount of sales proceeds allocated to the

3   U.S. Debtors' estates under the settlement.  LSI, like all

4   U.S. creditors, would like better, more favorable treatment

5   for unsecured claims under the settlement and the Plan.

6           Now, this is obviously a hearing on the adequacy

7   of disclosure and solicitation procedure.  It's not a

8   confirmation or approval of the settlement.  That's for

9   another day.  From a disclosure perspective, we believe that,

10  you know, our concerns were resolved consensually.  We did,

11  however, want to address one point briefly.

12          THE COURT:  Yes.

13          MR. RECKMEYER:  As noted in our Joinder, neither

14  the Trade Consortium, nor any other similarly situated

15  unsecured creditor may receive disparate better treatment

16  relative to other holders of unsecured claims, whether

17  through settlement of litigation or otherwise.  The

18  Consortium cannot use, for example, the threat of a pending

19  appeal or litigation to obtain better treatment than

20  creditors of equal priority.  This applies, among other

21  things, to the request for establishment of an escrow if the

22  Consortium is victorious in its appeal.  If there is an

23  escrow established to provide for the possibility of

24  increased recoveries to U.S. creditors, it must be in an

25  amount sufficient to cover the entire classes of claims, not

1  just those held by the consortium.  In any event, whether,

2  you know, escrow or bigger pictures, similar situated

3  unsecured creditors must be treated alike.

4          Now, as Ms. Schweitzer noted, we conveyed our

5  concern regarding this point to Debtors' Counsel.  They

6  agreed to add language to the Disclosure Statement.  We're

7  satisfied with that language and we, of course, reserve our

8  rights with respect to any non-disclosure issues, Plan

9  confirmation, reasonableness of the settlement, crossover

10 bond claims, et cetera.  Thank you.

11         THE COURT:  All right.  Thank you.  Good morning.

12         MR. KRELLER:  Good morning, Your Honor, Thomas

13 Kreller, of Milbank, Tweed, Hadley & McCloy, on behalf of the

14 Ad Hoc Bondholder Group.

15         THE COURT:  Yes.

16         MR. KRELLER:  And good morning, Justice Newbould.

17 Your Honor, I rise briefly.  You noted that we had filed a

18 Reply --

19         THE COURT:  Yes.

20         MR. KRELLER:  -- to the NTCC Objection.  I was

21 pleased to hear from Mr. Pohl this morning that they were

22 satisfied with the additional language and I want to just

23 complete that piece of the puzzle for you.  We have been

24 working with the Debtors on that same language.

25         THE COURT:  Okay.

1              MR. KRELLER:  The proposed language is acceptable

2  to us.  We obviously have issues and differences of opinion

3  on the merits but those issues are not for today in terms of

4  the different points of view that the Trade Consortium has

5  with the Bondholder Group on the Ivan Ho issue and others.

6  That's not for today.  The language is, you know, kind of

7  classic Disclosure Statement; he said/she said language

8  that's acceptable to us and the fights that we'll have over

9  the other issues will come in the future, Your Honor, and

10  we'll address those at the appropriate time.

11              THE COURT:  All right.  Thank you.

12              MR. KRELLER:  Thank you, Your Honor.

13              THE COURT:  Thank you, Mr. Kreller.  Mr. Hodara,

14  good morning.

15              MR. HODARA:  Good morning, Your Honor, Fred

16  Hodara, for the Official Committee of Unsecured Creditors.

17  Your Honor, the parties that have objected today are all, by

18  necessity, unsecured creditors.  They are the constituents

19  for whom the Official Committee acts.

20              THE COURT:  Yes.

21              MR. HODARA:  And so because of that, I felt it

22  worthwhile to rise just for a moment to say that the Official

23  Committee, which throughout this entire case, has reviewed

24  the issues relevant to unsecured creditors, stood for their

25  rights and interests.  This Committee has carefully worked

1 │ with the Debtor on the Disclosure Statement that covers the

2 │ Plan and, of course, on the Plan itself.  And on behalf of

3 │ all unsecured creditors, it is the view of the Official

4 │ Committee that the Disclosure Statement provides adequate

5 │ information and that, in particular, as it has been amended

6 │ to take into light the comments of the various objecting

7 │ parties, that it properly does that and so the Official

8 │ Committee also requests that the Disclosure Statement be

9 │ approved.

10 │         THE COURT:  All right.  Thank you.  Thank you, Mr.

11 │ Hodara.

12 │         MR. HODARA:  Thank you.

13 │         THE COURT:  Thank you, sir.  Mr. Hodara, when is

14 │ your last hearing?  I understand retirement is in the future?

15 │         MR. HODARA:  Your Honor, I never thought that this

16 │ case would outlast my time as a practicing lawyer.  Until I

17 │ saw the Motion of the Trade Consortium that was filed

18 │ yesterday and set for December 20, I thought that today might

19 │ be my last hearing.  But thank you for mentioning that and it

20 │ has been an absolute honor and pleasure to serve before you

21 │ in this Courtroom and all of the Judges here in Delaware.

22 │         THE COURT:  Well, it's been a pleasure to have

23 │ you, Mr. Hodara, and thank you for your representations.

24 │         MR. HODARA:  Thank you so much for mentioning

25 │ that.

1            THE COURT:  Thank you, sir.  Ms. Schweitzer?

2            MS. SCHWEITZER:  Thank you, Your Honor.  I think

3    there's just a couple clean-up points to mention based on

4    things that were raised by other parties.  As Mr. Pohl

5    indicated and the Debtors said, we are filing a Rule 9019

6    Motion.

7            THE COURT:  Yes.

8            MS. SCHWEITZER:  If only I could clone myself it

9    would be on the docket by now but I'm not that good.  I can't

10    make new money, I can't make three of myself but we will have

11    it teed up in order to be heard on the Confirmation Hearing

12    and our hope is that it will track the same schedule in terms

13    of briefing.

14            THE COURT:  Okay.

15            MS. SCHWEITZER:  And so that is forthcoming.  On

16    SNMP, I think that Mr. Dean obviously addressed the

17    confirmation issues which I had flagged.  We'll save those

18    for another day.  So there's no need to go through those

19    anyway.  I think that we, as I noted, have issues with him in

20    terms of cleaning up some of the claims against Debtors and I

21    don't necessarily agree with everything he said but that's

22    for another day.

23            With respect to the PBGC, I just wanted to address

24    one thing that they had said.  In terms of obviously Owens

25    Corning and sub con being an extraordinary remedy, I think

1  that extraordinary is something that's overused in this case,

2  but most things about this case have truly been

3  extraordinary, unique, and last resort was probably the

4  phrase I would have used for the settlement to describe

5  generally in other context.  So, again, that will be

6  something at confirmation but --

7        THE COURT:  Yes.

8        MS. SCHWEITZER:  -- I sadly fear that everything

9  in this case has been extraordinarily good and

10 extraordinarily tough and the fact that we could get a

11 settlement itself is extraordinary.  So the bar has been

12 lowered only by the Courtroom and the situation we're in, the

13 Debtors before you, but that's for another day.

14        I just did want to address one thing in terms of

15 Appendix C that --

16        THE COURT:  Yes.

17        MS. SCHWEITZER:  -- Mr. Wilson is pointing Your

18 Honor to; that the -- of course, I have it in the smallest

19 print ever so I will put it up against my face here, but the

20 Appendix C is -- what the Debtors have done is run a recovery

21 analysis for each of the Debtors and because NNI and NNCC are

22 consolidated, that there is a recovery analysis for that

23 consolidated Debtor.  He is correct on that.  And I think Mr.

24 Wilson looks and says look, I want to know what this

25 consolidation means to me.  Just re-run this and

1   unconsolidated the two Debtors.  I think if you were to open

2   Appendix C for the consolidated Debtors, you'd start looking

3   down and see exactly why you can't do it.

4          So the first line is cash-on-hand.  Cash is cash.

5   That's not hard to put in one or more buckets, other than I

6   guess you would have to, if you are running a non-

7   consolidated case, think about how much cash is going to be

8   left over after the fighting on the day that this Plan,

9   hypothetically, would happen.

10         The next line is settlement proceeds of a billion,

11  seven, and that settlement proceeds comes from the SPSA and

12  integrated settlement.  So I don't know what you would do on

13  a consolidated or a non-consolidated basis once you start

14  changing the SPSA terms.

15         The third line is the SPSA settlement receipts of

16  other settlements with the Canadian Debtors.  It's giving the

17  U.S. Debtors 77 million in cash.  So you can't include that,

18  obviously, in a non-consolidated deal because you've now

19  taken it apart.

20         And then the -- you keep going down.  There's also

21  another big receivable of that $2 billion unsecured claim

22  from Canada, which is included at a certain recovery

23  assumption which comes from the Canadian Plan which again

24  comes from the integrated deal, and not just sub con.  I mean

25  there's guarantees flowing back and forth.  There's

1  assumptions about how money is moving through the system.

2  And so you can go through, obviously, fees and expenses

3  through the effective date.  Are we in a litigation mode?  I

4  mean there is no effective date under this model.  But the

5  idea that you can somehow just -- there's two separate

6  estates and separate assets and claims being pushed together.

7  Isn't exactly right and therefore you can't pull them apart

8  so neatly.  I mean you can run any set of numbers you want

9  but you're just making things up.  We can put a chalkboard

10  here and put assumptions on it all day but the idea of

11  disclosure is to help people understand alternatives and

12  benefits and risks and making up numbers in a hypothetical

13  sheet does none of that.

14          I think in the same way, when he's -- Mr. Wilson

15  is talking about well, it hurts NNI to have the NNCC claims

16  put against his bonds, it does add a bond claim against NNI

17  but it takes away an inter-company claim in the exact same

18  amount because it's a pass-through.  So, again, I'm not going

19  to get in the weeds.  We'll come back to it if we need to on

20  the details of the showing a substantive consolidation at the

21  hearing.  But in terms of this Appendix C, that for any other

22  creditor are relevant because the deal either happens or

23  doesn't.  For the PBGC and their desire to know, you can't

24  just separate out these two Debtors because you can't do it

25  separate and apart from the SPSA assumptions.

1          What we did put in is, if you turn to the prior

2    page, we put in a summary recovery table which ran the deal

3    and the recoveries, recognizing that the bonds, the PBGC have

4    claims that sit at different entities.

5          THE COURT:  Right.

6          MS. SCHWEITZER:  What does it look like to you

7    will help you put the puzzle together and what it shows is

8    running at a claim I think of 593 million, that the PBGC can

9    recover on an aggregate basis from all of these different

10   exhibits put together, a range of 539 to 570.  So they can

11   get paid up to 91 plus -- 90 plus percent of their claim at a

12   593 claim which is higher than we would say is proper or

13   lower than they would say is proper.  But that gives them

14   some information.  If they want more, they're very smart.

15   It's the Government for God's sakes, and they have all the

16   information of the case.  It's publicly out there.  They know

17   the numbers and they can run any numbers they want for their

18   internal purposes.  As far as telling the rest of the world,

19   the rest of the world understands the thumbs-up, thumbs-down

20   nature and what it means to them.  So I just wanted to

21   address that to --

22         THE COURT:  So the additional disclosure that the

23   PBGC has requested would really be confusing?

24         MS. SCHWEITZER:  Yes.

25         THE COURT:  And wouldn't adequately represent the

1 | facts?

2 | MS. SCHWEITZER:  Correct.  I think it would be

3 | misleading to suggest --

4 | THE COURT:  Yeah, misleading.

5 | MS. SCHWEITZER:  -- that it's a solution that

6 | could ever be delivered, and I think confusing is exactly

7 | right.

8 | THE COURT:  All right.

9 | MS. SCHWEITZER:  So with that, I will rest on our

10 | side.  You have the Order.  Have we handed up the Revised

11 | Order already?

12 | THE COURT:  I don't think so.

13 | MR. CANTWELL:  It's going to further revised.

14 | MS. SCHWEITZER:  Oh, so we can -- but did you hand

15 | up the Order just to show the blackline changes so far or is

16 | there nothing since the docket?

17 | MR. CANTWELL:  There's been nothing --

18 | THE COURT:  Mr. Cantwell, yes?

19 | MR. CANTWELL:  Nothing changed from our filing on

20 | Tuesday --

21 | THE COURT:  Okay.

22 | MR. CANTWELL:  -- as to the Order.  The only

23 | updates that are going to be integrated are re-lettering the

24 | exhibits because we're attaching the ballots to an Order that

25 | we'll send over to Your Honor this afternoon.  And we'll also

1    insert the re-filed Plan, the Disclosure Statement docket

2    item numbers --

3              THE COURT:  Right.

4              MR. CANTWELL:  -- once we get everything

5    incorporated and filed on the docket today.  So we aim to

6    have that over to your Chambers this afternoon.

7              MS. SCHWEITZER:  Right.

8              THE COURT:  All right.  Thank you.

9              MS. SCHWEITZER:  Taking out the breaks in all

10   that.  So I would hand up an Order and request that you

11   entered it.  But I'll just request that you entered it and

12   --

13             THE COURT:  When it comes, yes.

14             MS. SCHWEITZER:  -- and if you do, we'll file it

15   in a clean version later.

16             THE COURT:  All right.

17             MS. SCHWEITZER:  Thank you, Your Honor.

18             THE COURT:  Thank you, Ms. Schweitzer.

19             MS. SCHWEITZER:  And thank you, Justice Newbould.

20             THE COURT:  Mr. Wilson, did you wish to be heard

21   further on this point?

22             MR. WILSON:  Just briefly, Your Honor, again, Eric

23   Wilson, of Kelley Drye, for PBGC.  You know, the issue here

24   is really quite simple from our view.  The decision whether

25   to consolidate NNI and NNCC was not based on whether the

1  corporate formalities were observed, whether they were

2  disregarded entities such that they were treated as one.  It

3  was an economic decision.  Substantive consolidation is often

4  an economic decision.  You know, the simple question is, and

5  I'm sure was asked and answered, is what does PBGC get in a

6  substantive consolidation situation versus a non-substantive

7  consolidation situation.  What does NNCC get in a substantive

8  consolidation versus a non-consolidation situation?  That

9  question was clearly asked and answered.  That information is

10 out there.  While I appreciate that Ms. Schweitzer can say

11 well, you know, it's out there; it can be cobbled together

12 and if they look at this and that and cross it, anybody can

13 do that and we can shift all this around, well, that's great

14 but, you know, the burden here is on the Debtors to provide

15 adequate information.  Our simple point is that if you're a

16 creditor with claims at two separate entities that are going

17 to be consolidated and it's going to have an effect on you,

18 you're entitled to information about what the financial

19 impact of that consolidation is.  Thank you, Your Honor.

20           THE COURT:  Thank you, Mr. Wilson.  Anyone else?

21 (No audible response.)

22           THE COURT:  All right.  Well, it appears to the

23 Court that the only remaining Objection is from the PBGC

24 relating to the substantive consolidation issue and I have to

25 agree with the Debtors; that I think that to include in the

1   Disclosure Statement the non-consolidation information would

2   be misleading here.  There is a settlement in place and the

3   settlement requires a consolidation of NNCC and NNI and that

4   is what the situation is and that is what's been disclosed in

5   the Disclosure Statement and that to the Court, in the

6   Court's mind, is adequate under the circumstances.  You know,

7   adequacy is information, the disclosure of a kind in

8   sufficient detail which will enable a hypothetical investor

9   of the class at issue to make an informed judgment to vote

10  for or against the Plan and I think that that information has

11  been provided as today's hearing has demonstrated.  So I

12  certainly approve the procedures and the voting procedures

13  and the consolidation procedures and the like and I approve

14  the Disclosure Statement as being adequate, providing

15  adequate information, and the remaining Objections that we've

16  heard go to confirmation and those are reserved for

17  confirmation, and I will be pleased to sign the Order when it

18  is presented, Ms. Schweitzer.

19           MS. SCHWEITZER:  Thank you, Your Honor.

20           THE COURT:  All right.  Anything further today?

21  Nothing?

22           Ms. SCHWEITZER:  No, Your Honor, I believe that's

23  it.

24           THE COURT:  All right.  Thank you everyone.  With

25  that, we'll stand in recess.

1   (Whereupon, at 10:12 a.m., the hearing was adjourned.)

2

1                          CERTIFICATION

2          I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter.

5

6

7    _____          December 4, 2016

8    Tammy Kelly, Transcriber                        Date

9

10

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line |
|---|---|

**30-day**(1) 42:1
**a.m.**(3) 1:15 8:1 61:1
**abad**(1) 5:21
**abbott**(4) 1:25 8:10 8:11 8:12
**abc**(1) 36:5
**abid**(1) 3:31
**ability**(1) 14:21
**able**(4) 15:22 15:23 28:25 42:15
**about**(20) 20:8 21:20 24:25 25:10 25:19 26:3 28:12 32:5 32:5 32:6 32:24 40:7 44:18 45:12 45:20 53:2 54:7 55:1 55:15 59:18
**aboveentitled** (1) 62:4
**abrams**(1) 2:18
**absolute**(1) 51:20
**absolutely**(2) 10:12 29:8
**accept**(1) 18:21
**acceptable**(2) 50:1 50:8
**accepting**(1) 27:16
**access**(1) 18:25
**accomplishment**(1) 13:16
**accomplishments**(1) 15:11
**account**(1) 44:14
**accounted**(2) 23:5 30:13
**acknowledge**(1) 39:12
**acknowledged**(1) 33:16
**acronyms**(1) 11:17
**act**(1) 46:13
**acts**(1) 50:19
**actually**(2) 24:6 35:25
**add**(4) 30:3 38:18 49:6 55:16
**added**(8) 24:24 26:24 27:1 27:14 30:19 31:2 41:11 43:23
**addition**(1) 43:22
**additional**(7) 22:17 24:6 27:19 39:11 39:15 49:22 56:22
**additions**(1) 43:11
**address**(12) 8:21 16:8 22:15 22:19 26:4 36:21 37:1 48:11 50:10 52:23 53:14 56:21
**addressed**(2) 21:5 52:16
**addresses**(1) 32:15
**addressing**(2) 31:2 38:2
**adequacy**(5) 28:7 38:9 43:7 48:6 60:7
**adequate**(12) 16:24 22:3 27:15 31:8 36:23 40:7 46:22 51:4 59:15 60:6 60:14 60:15
**adequately**(3) 22:19 35:25 56:25
**adjourned**(1) 61:1
**adjusted**(1) 44:24
**adler**(1) 5:25
**administered**(1) 1:6
**administrative**(3) 44:14 44:20 45:16
**administrator**(3) 4:38 6:48 24:24
**administrators**(3) 4:23 5:25 14:24
**admission**(1) 27:21
**admitting**(1) 30:21
**advanced**(1) 46:8
**adversary**(6) 22:11 26:19 28:17 28:22 44:15 46:19
**advocate**(1) 15:4
**advocated**(2) 12:12 12:14
**affected**(1) 44:1
**after**(8) 8:22 11:13 18:7 19:16 21:1 23:12 27:3 54:8
**afternoon**(2) 57:25 58:6
**again**(26) 13:10 14:24 17:4 17:22 19:7 20:3 20:8 21:1 21:13 23:15 24:2 25:5 25:23 26:10 27:21 29:24 30:17 30:20 32:14 37:19 42:16 53:5 54:23 55:18 58:22

**against**(8) 26:18 26:20 28:16 52:20 53:19 55:16 55:16 60:10
**aggregate**(1) 56:9
**agree**(7) 9:14 22:7 33:10 36:22 43:9 52:21 59:25
**agreed**(3) 19:22 25:24 49:6
**agreement**(1) 11:12
**agreements**(1) 11:1
**aim**(1) 58:5
**akin**(2) 3:28 7:21
**al.**(1) 1:8
**alberto**(1) 2:12
**alike**(1) 49:3
**all**(76) 8:20 9:1 9:7 9:17 9:25 10:8 10:8 11:17 11:20 11:20 12:3 12:11 12:15 12:15 13:8 13:18 13:10 16:25 17:4 17:11 18:10 18:23 19:7 19:20 19:21 19:23 20:1 20:7 20:23 23:23 24:21 25:14 26:1 26:6 27:16 27:21 31:1 32:6 32:11 33:13 33:14 33:15 34:25 35:6 35:10 36:15 37:15 41:12 42:19 43:4 44:4 45:5 45:20 46:19 46:22 47:5 47:19 48:3 49:11 50:11 50:17 51:3 51:10 51:21 55:10 56:9 56:15 57:8 58:8 58:9 58:16 59:13 59:22 60:20 60:24
**allen**(2) 3:9 5:32
**allocated**(2) 29:13 48:2
**allocation**(8) 11:24 12:14 12:18 29:10 31:20 33:8 33:15 35:2
**allowance**(4) 19:15 20:7 20:25 47:25
**allowed**(6) 28:18 30:15 44:4 45:15 45:16 46:25
**along**(2) 9:16 34:25
**already**(2) 16:13 57:11
**also**(21) 11:25 12:21 12:25 13:5 13:20 17:2 18:1 18:23 19:11 22:17 26:19 27:19 29:20 30:22 34:2 43:23 43:24 46:1 51:8 54:20 57:25
**alternative**(3) 2:4 32:12 33:23
**alternatives**(1) 55:11
**although**(1) 25:3
**always**(2) 14:10 35:18
**amended**(2) 16:24 51:5
**amer**(1) 7:14
**america**(3) 3:34 5:44 5:45
**americas**(2) 3:11 4:13
**among**(2) 47:24 48:20
**amount**(5) 44:8 47:25 48:2 48:25 55:18
**amounts**(5) 25:10 25:13 26:25
**analysis**(8) 27:19 40:1 40:4 40:5 40:10 43:24 53:21 53:22
**analyzed**(1) 40:14

**and**(301) 8:9 8:11 8:15 8:15 8:18 8:20 9:14 9:15 9:23 10:5 10:6 10:13 10:16 10:16 10:20 10:23 10:25 10:25 11:1 11:1 11:3 11:4 11:5 11:6 11:8 11:9 11:10 11:12 11:12 11:20 11:22 11:25 12:1 12:2 12:3 12:6 12:7 12:8 12:9 12:9 12:13 12:17 12:22 12:23 12:25 13:2 13:7 13:9 13:10 13:11 13:12 13:12 13:15 13:17 13:19 13:22 13:25 14:2 14:5 14:5 14:10 14:11 14:14 14:16 14:16 14:17 14:20 14:23 14:23 14:24 14:25 15:1 15:2 15:6 15:10 15:11 15:12 15:14 15:16 15:17 15:18 15:19 15:23 15:23 15:24 16:1 16:2 16:7 16:7 16:11 16:11 16:18 16:21 16:21 16:22 16:24 16:25 17:3 17:6 17:9 17:9 18:2 18:2 18:14 18:17 18:18 18:21 18:22 19:5 19:18 19:20 19:23 20:4 20:14 21:12 21:13 21:14 21:15 21:16 22:3 22:10 22:14 22:15 22:23 22:23 23:1 23:4 23:10 23:14 23:16 23:19 23:25 24:4 24:14 24:19 24:20 25:2 25:4 25:11 25:15 25:16 25:20 25:22 25:22 25:23 25:24 26:14 26:15 26:23 26:25 27:1 27:4 27:5 27:14 28:1 28:2 28:7 28:13 28:14 28:16 29:1 29:3 29:7 29:10 29:14 29:16 29:21 29:22 29:23 29:25 30:5 30:7 30:8 30:8 30:14 30:19 30:19 31:4 31:8 31:8 31:21 31:24 32:1 32:4 32:6 32:6 32:11 32:13 32:16 32:21 32:21 32:23 32:23 32:25 32:25 33:1 33:2 33:3 33:4 33:9 33:12 33:13 33:14 33:14 33:15 33:21 33:25 34:6 34:12 34:20 34:21 34:22 34:23 34:25 35:6 35:7 35:9 35:18 35:19 35:22 35:25 35:6 36:2 36:4 36:4 36:5 36:6 36:6 36:9 36:11 36:14 36:17 36:17 36:23 36:23 37:1 37:5 37:6 37:8 37:8 37:9 37:13 37:21 38:3 38:12 38:14 38:17 38:19 38:20 39:4 39:9 39:16 39:21 39:24 40:2 40:3 40:6 40:14 40:15 40:17 40:24 40:24 41:7 41:10 41:24 42:3 42:3 42:6 42:11 42:15 42:16 43:15 43:24 43:25 44:2 44:2 44:7 44:16 44:17 44:22 44:24 45:3 45:6 45:9 45:14 45:16 45:19 45:24 46:1 46:12 46:13 46:14 46:16 46:22 46:23 46:23 47:1 47:3

**and**(90) 47:21 47:25 48:1 48:5 48:7 49:7 49:16 49:22 50:2 50:5 50:8 50:9 50:21 50:25 51:2 51:5 51:7 51:18 51:19 51:20 51:21 51:23 52:5 52:12 52:15 52:20 52:25 52:3 53:9 53:10 53:12 53:21 53:21 53:23 53:24 54:3 54:11 54:11 54:20 54:24 54:25 55:2 55:2 55:6 55:6 55:7 55:10 55:11 55:12 55:23 55:25 56:3 56:7 56:15 56:17 56:20 56:25 57:6 57:25 58:5 58:14 58:19 58:25 59:4 59:5 59:9 59:12 59:12 59:12 59:13 59:17 59:24 60:2 60:3 60:3 60:5 60:10 60:12 60:13 60:13 60:13 60:15 60:16 60:17

**andrew**(2) 2:19 7:10
**andrews**(2) 3:46 47:17
**angela**(2) 1:34 6:5
**angeles**(1) 2:46
**another**(11) 19:1 27:5 29:25 30:23 31:21 40:24 48:9 52:18 52:22 53:13 54:21
**answered**(2) 59:5 59:9
**answers**(1) 33:25
**anthony**(1) 3:32
**any**(15) 9:21 20:16 21:20 26:2 31:5 38:15 44:9 44:10 47:2 48:14 49:1 49:8 55:8 55:21 56:17
**anybody**(5) 19:13 20:2 23:25 45:6 59:2
**anyone**(5) 9:22 15:11 35:19 47:7 59:20

**anyone's**(1) 30:21
**anything**(2) 35:20 60:20
**anyway**(1) 52:19
**apart**(7) 12:5 33:19 36:7 45:7 54:19 55:7 55:25
**apologize**(1) 15:7
**appeal**(5) 30:3 30:4 30:15 48:19 48:22
**appeals**(1) 29:22
**appearances**(3) 5:18 6:1 7:1
**appears**(1) 59:22
**appendice**(1) 40:1
**appendix**(5) 39:25 53:15 53:20 54:2
**applies**(1) 48:20
**appointment**(1) 23:8
**appreciate**(2) 38:19 59:10
**approach**(2) 23:16 23:17
**approaching**(1) 19:18
**appropriate**(5) 17:2 31:11 41:9 42:16 50:10
**approval**(4) 8:16 24:18 46:8 48:8
**approve**(8) 17:25 18:1 18:5 19:16 20:6 21:12 60:12 60:13
**approved**(6) 16:2 18:14 23:5 24:20 29:25 51:9
**approves**(1) 24:13
**approximately**(1) 44:5
**are**(77) 8:4 9:17 9:21 10:15 10:16 10:19 11:2 11:12 11:11 12:4 12:7 12:25 13:2 13:17 14:10 14:11 15:22 17:3 17:25 18:18 18:21 19:11 19:24 21:18 22:7 24:3 24:4 24:6 25:5 26:1 26:13 26:16 26:22 27:11 28:3 29:9 29:20 29:24 29:25 31:20 31:20 32:9 33:16 33:17 33:23 35:21 39:21 39:21 39:23 39:24 41:3 43:15 45:5 45:11 45:14 45:17 46:10 46:17 46:23 50:3 50:17 50:18 52:5 53:21 54:6 55:3 55:22 57:23 57:23 59:16 60:16
**aren't**(1) 33:25
**argument**(2) 31:16 38:20
**arguments**(4) 29:17 30:4 38:3 38:21
**armstrong**(1) 5:29
**arm's-length**(1) 12:23
**around**(8) 14:13 18:10 18:25 30:19 33:12 36:19 37:5 59:13
**arps**(2) 4:37 6:46
**arsht**(1) 1:24
**article**(1) 46:17
**aside**(1) 30:25
**ask**(2) 21:12 23:11
**asked**(6) 26:23 42:12 59:5 59:9
**asking**(5) 15:24 17:25 18:5 19:15 30:18
**asks**(1) 18:1
**assert**(1) 46:9
**asserted**(1) 45:8
**asset**(2) 2:4 32:22
**assets**(1) 55:6
**assistance**(1) 15:6
**assistant**(1) 37:24
**assumption**(1) 54:23
**assumptions**(3) 55:1 55:10 55:25
**attaching**(1) 57:24
**attempt**(2) 17:15 38:16
**attention**(1) 39:25
**audible**(1) 59:21
**available**(1) 40:13
**avaya**(1) 43:17
**ave**(1) 5:8

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line |
|---|---|

**avenue**(7) 2:7 2:13 2:20 2:32 3:11 4:6 4:13

**aware**(4) 12:7 12:25 26:18 27:11
**away**(3) 31:12 31:17 55:17
**back**(12) 10:15 12:16 15:16 16:7 20:18 29:2 34:13 34:20 35:9 42:24 54:25 55:19
**background**(1) 8:18
**badtke-berkow**(1) 3:10
**baked**(1) 33:16
**balloting**(1) 16:5
**ballots**(4) 18:17 21:13 21:16 57:24
**bank**(4) 3:34 5:44 5:45 6:42
**bankruptcy**(2) 1:1 1:20
**bar**(1) 53:11
**base**(3) 29:14 32:22 32:23
**based**(5) 34:1 44:19 44:24 52:3 58:25
**basically**(2) 30:9 32:8
**basis**(5) 33:1 40:7 40:10 54:13 56:9
**bassett**(1) 2:43
**battery**(1) 4:33
**bayard**(1) 2:11
**because**(26) 10:22 11:20 11:23 12:23 16:20 27:10 27:24 28:4 29:15 29:17 31:12 34:2 35:1 35:12 36:1 36:18 39:6 41:3 46:21 50:21 53:21 54:18 55:18 55:22 55:24 57:24

**beebe**(1) 4:39
**been**(38) 11:5 11:24 12:2 12:8 12:19 12:22 12:23 13:15 15:22 16:9 16:11 16:20 23:13 25:23 27:9 29:21 33:2 33:2 34:25 35:11 35:11 35:13 35:15 35:17 35:17 41:19 42:12 44:17 49:23 51:5 51:20 51:22 53:2 53:9 53:11 57:17 60:4 60:11
**before**(16) 1:19 10:17 16:19 17:21 20:14 21:9 22:2 25:5 27:2 27:4 29:1 29:2 32:2 34:5 51:20 53:13

**begin**(1) 16:20
**beginning**(2) 11:17 46:2
**behalf**(6) 17:23 37:18 47:9 47:17 49:13 51:2

**behind**(1) 12:9
**being**(11) 9:14 11:1 11:8 32:20 33:2 39:8 42:14 42:15 52:25 55:6 60:14

**belabor**(1) 29:15
**believe**(14) 17:1 20:15 21:3 26:16 29:9 30:20 31:11 35:24 38:18 39:2 39:14 40:7 48:9 60:22
**belknap**(1) 4:11
**beneficial**(3) 22:9 23:2 23:7
**benefit**(5) 2:24 2:36 6:9 37:18 37:25
**benefited**(1) 33:2
**benefits**(2) 32:16 55:12
**benjamin**(1) 6:9
**best**(3) 11:2 14:8 15:4
**better**(5) 8:8 35:12 48:4 48:15 48:19
**between**(1) 11:13
**big**(4) 10:11 10:12 10:16 54:21
**bigger**(2) 33:24 49:2
**billion**(2) 54:10 54:21
**bit**(2) 8:18 25:11
**blackline**(4) 23:17 25:3 25:18 57:15
**blackwell**(1) 7:17
**blow**(1) 45:12
**bond**(3) 48:1 49:10 55:16
**bondholder**(7) 2:41 7:26 11:15 18:10 55:22 49:14 50:5

**bondholders**(5) 11:16 25:21 30:5 30:8 34:21

**bonds**(4) 25:20 39:8 55:16 56:3
**borne**(1) 43:15
**boston**(1) 3:25
**both**(5) 11:7 18:21 28:5 45:24 46:12
**bother**(1) 42:4
**botter**(1) 3:30
**breaks**(1) 58:9
**brenna**(1) 4:5
**brian**(1) 6:33
**brickley**(2) 5:41 5:41
**brief**(2) 43:3 47:18
**briefing**(1) 52:13
**briefly**(4) 46:3 48:11 49:17 58:22
**bring**(3) 13:6 15:3 15:5
**bringing**(1) 14:25
**broad**(1) 46:10
**brock**(1) 7:17
**brown**(4) 3:21 5:12 6:20 41:16
**bryant**(1) 3:33
**buchanan**(1) 3:44
**buckets**(1) 54:5
**building**(1) 19:4
**burden**(1) 59:14
**burning**(1) 33:24
**business**(1) 18:16
**businesses**(1) 12:17
**busy**(1) 28:4
**but**(74) 9:22 10:15 10:21 11:21 11:24 13:5 13:20 13:24 14:2 15:3 15:4 15:12 15:22 16:9 16:12 17:1 17:4 17:5 18:1 20:21 23:22 24:24 27:11 27:17 27:22 28:5 28:10 28:15 28:20 28:18 30:25 31:2 31:6 31:19 31:20 31:21 32:14 32:17 33:10 34:4 34:24 35:7 35:10 35:24 36:22 37:3 37:10 38:19 41:9 42:12 43:3 43:10 46:3 46:17 46:24 50:3 51:9 52:9 52:10 52:21 53:2 53:13 53:19 55:4 55:9 55:10 55:17 55:21 56:13 57:14 58:11 59:14

**buyers**(1) 28:16
**call**(3) 28:2 42:5 42:17
**calls**(1) 30:9
**came**(2) 14:15 43:14
**can**(49) 11:4 12:9 13:16 14:2 14:5 15:4 15:18 16:1 16:1 16:4 18:25 19:25 22:15 23:23 23:16 24:1 24:23 25:6 26:16 31:5 31:9 31:16 32:5 32:24 33:1 33:25 34:8 34:23 36:15 37:1 37:9 39:17 41:5 42:13 43:13 44:22 46:24 55:2 55:5 55:8 55:9 56:8 56:10 56:17 57:14 59:10 59:11 59:12 59:13

**canada**(6) 5:36 8:14 14:23 16:12 35:3 54:22

**canadian**(13) 6:28 9:21 9:23 9:23 11:9 11:14 12:10 16:10 18:8 21:14 35:5 54:16 54:23

**cannot**(1) 48:18
**cantor**(2) 7:9 7:10
**cantwell**(41) 1:32 16:4 16:17 17:11 17:13 17:18 17:21 17:22 18:7 19:4 19:10 19:13 19:21 20:12 20:24 21:9 21:25 22:1 22:14 23:1 23:19 23:21 23:22 23:25 24:6 24:9 24:12 24:17 24:22 25:2 25:15 25:18 26:2 26:7 26:8 57:13 57:17 57:18 57:19 57:22 58:4

**can't**(21) 9:9 12:5 13:21 14:1 14:2 14:7 20:17 28:4 32:18 32:19 33:5 33:17 33:18 42:4 52:9 52:10 54:3 54:17 55:7 55:23 55:24

**capital**(5) 5:20 5:20 6:24 6:25 38:13
**carefully**(4) 17:8 17:8 40:13 50:25
**case**(26) 1:5 10:20 11:17 13:18 18:19 18:25 19:2 21:3 22:5 30:17 33:5 34:10 35:14 35:15 37:6 39:1 44:8 44:12 45:13 50:23 51:16 53:1 53:2 53:9 54:7 56:16

**cases**(13) 10:18 11:4 11:6 12:13 12:14 13:1 13:1 13:3 14:21 14:25 15:3 15:17 32:20
**cash**(4) 54:4 54:4 54:7 54:17
**cash-on-hand**(1) 54:4
**cassels**(1) 7:17
**categories**(2) 43:6 46:4
**category**(1) 44:25
**ccc**(1) 11:15
**cede**(7) 8:16 16:12 16:16 26:3 36:20 37:13 38:3

**center**(1) 3:24
**cents**(1) 27:22
**century**(1) 2:44
**certain**(6) 21:22 25:19 27:1 28:12 46:20 54:22

**certainly**(4) 27:16 36:20 43:9 60:12
**certainty**(1) 13:17
**certification**(1) 62:1
**certify**(1) 62:2
**cetera**(1) 49:10
**chaim**(2) 6:13 6:13
**chalkboard**(1) 55:9
**challenge**(1) 34:8
**challenging**(1) 45:10
**chambers**(1) 58:6
**champion**(1) 29:17
**change**(1) 45:6
**changed**(3) 23:17 43:20 57:19
**changes**(5) 24:4 24:7 43:22 46:16 57:15
**changing**(2) 33:25 54:14
**chapman**(1) 4:25
**chapter**(1) 1:8
**chart**(1) 46:16
**chief**(1) 37:24
**chipman**(2) 5:12 5:13
**christopher**(4) 3:23 3:39 5:21 5:29
**chung**(1) 5:45
**chutchian**(1) 5:49
**ciero**(1) 5:12
**circles**(1) 35:7
**circuit**(1) 38:24
**circular**(1) 33:14
**circulated**(1) 8:14
**circumstances**(2) 39:22 60:6
**claim**(30) 6:21 13:4 14:5 19:24 20:9 23:5 27:23 27:25 28:8 28:9 32:3 33:15 34:13 34:20 39:3 40:22 40:23 40:24 40:24 44:7 44:14 45:15 45:16 48:1 54:21 55:16 55:17 56:8 56:11 56:12

**claimants**(3) 2:11 18:21 20:7
**claimed**(1) 25:10
**claims**(48) 11:25 11:25 12:2 19:25 20:1 21:5 22:10 23:3 25:20 26:18 26:22 26:25 27:6 27:8 27:12 27:20 28:12 28:14 28:16 28:18 29:14 31:12 31:17 32:23 35:2 39:6 39:7 39:7 41:18 43:10 43:13 43:24 44:1 44:4 44:19 46:7 46:8 46:12 46:25 48:5 48:16 48:25 49:10 52:20 55:6 55:15 56:4 59:16

**clarification**(1) 21:11

**class**(2) 3:15 60:9
**classes**(2) 18:18 48:25
**classic**(1) 50:7
**clean**(1) 58:15
**clean-up**(2) 25:8 52:3
**cleaning**(1) 52:20
**clear**(4) 21:6 38:14 38:14 45:12
**clearly**(3) 10:14 17:22 59:9
**cleary**(2) 1:31 26:11
**clerk**(1) 8:2
**clients**(1) 14:8
**client's**(2) 12:12 15:21
**clone**(1) 52:8
**close**(1) 11:4
**coalesced**(1) 18:10
**cobbled**(1) 59:11
**coincident**(1) 8:14
**cole**(2) 5:4 5:12
**coleman**(1) 5:33
**colleague**(2) 16:4 16:17
**colleagues**(1) 25:22
**collective**(1) 10:24
**come**(15) 11:6 13:24 13:25 14:22 15:18 16:7 16:22 20:18 21:19 25:4 27:24 35:18 47:1 50:9 55:19

**comes**(10) 12:3 14:19 15:1 28:18 35:1 36:5 54:11 54:23 54:24 58:13

**comfort**(1) 29:1
**comfortable**(1) 13:18
**coming**(1) 30:13
**comment**(1) 21:4
**comments**(5) 19:17 38:17 43:3 46:2 51:6
**commitment**(1) 45:24
**committed**(1) 28:5
**committee**(12) 3:28 6:29 7:18 23:8 35:13 35:16 50:16 50:19 50:23 50:25 51:4 51:8

**communication**(1) 25:21
**communications**(2) 23:12 25:9
**company**(1) 7:14
**compared**(2) 27:8 29:14
**complete**(1) 49:23
**completely**(1) 26:13
**complex**(1) 13:2
**complexity**(2) 31:15 35:1
**complicated**(8) 13:6 13:10 13:22 13:23 15:2 34:23 37:7 37:8

**con**(12) 31:10 31:12 32:6 32:16 32:19 32:19 34:9 35:23 38:24 40:8 52:25 54:24
**conaway**(1) 4:23
**concern**(3) 21:10 22:20 49:5
**concerned**(2) 28:15 43:12
**concerns**(6) 15:20 32:15 37:1 39:13 47:25 48:10

**conclusion**(2) 11:6 24:13
**conduit**(2) 34:16 34:21
**confidentiality**(1) 12:20
**confirm**(1) 41:20
**confirmation**(28) 15:25 17:3 17:4 17:19 18:19 19:8 19:10 28:1 28:3 29:1 34:6 37:2 38:20 41:24 42:2 42:14 44:10 45:8 45:13 46:1 47:1 48:8 49:9 52:11 52:17 53:6 60:16 60:17

**confirmed**(2) 22:24 29:25
**conflicts**(3) 4:38 6:47 24:24
**confusing**(2) 56:23 57:6
**connection**(1) 19:10
**consensual**(1) 15:19
**consensually**(2) 20:17 48:10
**consensus**(2) 15:14 23:15

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line |
|------|-----------|

consent(2) 41:5  41:8
consideration(1) 17:9
considered(1) 41:10
consolidate(3) 33:9  40:14  58:25
consolidated(9) 32:7  32:25  40:6  53:22
53:23  54:2  54:7  54:13  59:17

consolidation(19) 32:9  32:13  33:3  38:10
38:17  39:21  40:17  40:25  41:4  53:25
55:20  59:3  59:6  59:7  59:8  59:19  59:24
60:3  60:13

consolidations(1) 39:16
consortium(15) 3:16  6:21  21:5  22:10
26:15  29:5  41:18  45:9  47:25  48:14  48:18
48:22  49:1  50:4  51:17

consortium's(1) 47:22
constituencies(3) 18:10  23:13  25:22
constituents(2) 14:9  50:18
constructive(2) 28:2  45:21
consultation(2) 18:8  21:2
consulting(1) 6:12
contains(1) 22:3
contentious(1) 12:22
contested(1) 27:12
context(1) 53:5
continue(4) 30:15  32:17  36:24  39:14
continued(7) 2:2  3:2  4:2  5:2  6:2  7:2
12:18

continuing(1) 23:12
convenient(2) 20:19  20:21
conveyed(1) 49:4
coordinate(1) 21:15
copies(2) 10:1  24:1
copy(1) 19:1
corning(2) 38:19  52:25
corp(2) 2:24  2:36
corporate(1) 59:1
corporation(4) 6:9  37:19  37:25  38:13
correct(4) 30:7  53:23  57:2  62:2
correctly(1) 38:8
costly(1) 34:24
couched(1) 43:10
could(13) 8:24  15:2  27:24  28:9  33:22
34:15  43:25  44:1  46:18  46:20  52:8  53:10
57:6

counsel(5) 12:11  25:9  37:23  37:25  49:5
counted(3) 19:14  20:9  21:6
couple(4) 16:8  16:19  47:18  52:3
course(6) 15:5  30:6  31:25  49:7  51:2
court(136) 1:1  8:3  8:7  8:9  8:18  8:20
8:21  9:1  9:22  9:24  10:8  10:11  11:18
13:19  15:9  16:6  16:14  16:18  17:6  17:11
17:17  17:20  18:5  18:6  19:3  19:9  19:12
19:20  20:11  20:18  20:23  21:8  21:24
22:13  22:25  23:18  23:21  23:23  24:4  24:8
24:11  24:16  24:21  25:1  25:14  25:17
26:1  26:6  26:9  26:21  27:7  27:13  28:21
28:24  29:19  30:5  30:11  31:13  31:24
33:20  34:14  34:18  35:4  35:21  36:8  37:12
37:15  37:20  38:4  38:11  38:21
40:21  41:5  41:12  41:14  41:17  41:22
41:24  42:4  42:5  42:9  42:19  42:22  42:25
43:4  43:19  43:21  44:17  45:23  46:3  47:1
47:2  47:5  47:7  47:10  47:12  47:15  47:19
47:23  48:12  49:11  49:15  49:19  49:25
50:11  50:13  50:20  51:10  51:13  51:22
52:1  52:7  52:14  53:7  53:16  56:5  56:22
56:25  57:4  57:8  57:12  57:18  57:21  58:3
58:8  58:13  58:16  58:18  58:20  59:20
59:22  59:23  60:5  60:20  60:24

courtroom(8) 1:10  10:17  12:9  12:10
23:25  37:22  51:21  53:12

courts(3) 10:17  12:7  15:2
court's(3) 29:13  39:24  60:6
cover(1) 48:25
covered(1) 26:5
covers(1) 51:1
cowen(2) 7:13  7:14
creditor(22) 6:8  6:16  6:20  6:28  6:36
6:42  7:17  7:25  13:24  21:7  30:23  35:13
35:15  36:2  36:3  36:11  39:4  40:18  45:9
48:15  55:22  59:16

creditors(35) 7:19  11:5  12:1  13:14  13:14
18:24  22:6  22:7  23:16  27:23  30:17
30:25  31:1  33:1  36:2  36:9  39:15  39:17
40:8  40:9  40:16  41:5  43:13  43:25  44:5
44:11  45:19  48:4  48:20  48:24  49:5  50:16
50:18  50:24  51:3

creditor's(3) 3:27  6:29  21:6
critiques(1) 25:19
cross(1) 59:12
cross-border(1) 21:16
crossover(3) 25:20  48:1  49:9
current(1) 24:20
damages(2) 25:12  43:14
daniel(1) 4:12
dat(1) 18:11
data(1) 44:22
date(3) 55:3  55:4  62:8
david(2) 3:30  5:6
day(20) 10:11  10:12  10:16  13:15  13:25
16:25  17:5  27:4  27:5  30:1  31:21  35:13
37:11  47:6  48:9  52:18  52:22  53:13  54:8
55:10

days(3) 12:16  18:16  29:4
deadline(5) 19:5  19:6  19:23  20:8  22:17
deadlines(2) 19:11  19:11
deal(12) 14:8  15:19  33:6  33:6  35:7  36:3
45:10  45:11  54:18  54:24  55:22  56:2

dealing(1) 31:19
dean(14) 5:6  27:15  28:2  42:20  42:21
42:24  43:1  43:5  43:20  43:22  45:24  47:5
47:6  52:16
debt(2) 34:12  34:15
debtor(6) 22:19  39:3  39:6  40:24  51:1
53:23

debtors(58) 1:12  1:24  3:9  8:13  10:16
11:3  11:9  11:9  11:14  11:14  14:1  14:1
14:2  17:23  18:8  18:14  19:7  19:24  20:12
21:14  23:6  23:9  23:10  26:18  26:20  29:8
29:14  32:18  32:21  32:22  35:5  36:14
38:12  39:11  39:23  40:1  40:2  40:4  40:9
40:13  41:10  42:10  43:10  43:17  46:6
49:24  52:5  52:20  53:13  53:20  53:21  54:1
54:2  54:16  54:17  55:24  59:14  59:25

debtors'(6) 14:4  18:24  40:12  43:12  48:3
49:5

debtor's(2) 10:18  17:24
debtwire(1) 5:49
december(6) 1:14  8:1  19:22  20:9  20:14
51:18

decide(1) 46:6
decision(6) 39:18  40:14  44:18  58:24  59:3
59:4

decisions(1) 35:2
deconsolidated(1) 40:10
deemed(2) 18:21  18:21
default(1) 20:5

delaware(7) 1:2  1:12  2:13  4:6  5:8  8:1
51:21

delete(1) 9:16
deleted(1) 25:7
delicate(2) 13:19  13:20
deliver(1) 14:21
delivered(1) 57:6
demonstrated(1) 60:11
denied(1) 45:2
depending(1) 27:23
derek(3) 1:25  5:25  8:12
describe(1) 53:4
described(2) 38:24  38:25
describing(1) 45:5
descriptions(1) 27:1
desire(1) 55:23
despite(1) 12:21
detail(2) 45:20  60:8
details(1) 55:20
detrimentally(1) 39:2
dialog(1) 45:21
diaz(1) 1:41
did(6) 33:22  48:10  53:14  56:1  57:14
didn't(2) 21:19  42:22
differences(1) 50:2
different(7) 13:4  20:10  28:6  45:8  50:4
56:4  56:9

differently(2) 19:14  32:18
difficult(2) 12:8  41:3
diluted(1) 39:7
dilutes(1) 39:6
dilution(1) 40:24
diminish(2) 15:11  15:21
dimsdale-gill(1) 6:5
direct(1) 30:16
directions(2) 15:1  31:17
disagree(1) 45:3
discharge(2) 28:13  46:14
disclosed(1) 60:4
discloses(1) 35:25
disclosing(2) 12:20  25:10
disclosure(55) 8:15  9:23  11:10  16:23
17:25  18:13  19:17  21:23  22:3  23:19
23:19  25:2  25:24  26:14  26:16  26:24
26:24  27:3  27:4  27:15  27:18  30:3  30:19
30:20  31:2  31:6  31:7  32:11  33:22  35:24
36:23  38:9  39:25  41:9  41:11  41:19  43:5
43:11  44:13  45:1  47:22  48:7  48:9  49:6
50:7  51:1  51:4  51:8  55:11  56:22  58:1
60:1  60:5  60:7  60:14

disclosures(7) 22:7  22:18  25:3  39:11
39:11  39:15  43:8

discovery(9) 25:11  34:6  34:10  34:22  42:1
42:16  43:18  44:20  44:24

discretion(1) 46:5
discussion(1) 47:6
discussions(2) 19:16  37:5
disparate(1) 48:15
dispute(1) 11:24  29:10
disputed(2) 28:12  46:7
disputes(3) 11:3  12:2  12:18
disregarded(1) 59:2
distinguishing(1) 40:19
distribute(1) 24:2
distribution(1) 39:8
distributions(3) 11:6  30:14  39:5
district(1) 1:2
dla(1) 6:28
docket(8) 23:2  24:10  24:15  25:25  52:9
57:16  58:1  58:5

docketed(1) 23:2
documentation(1) 18:23
documents(1) 24:20
does(12) 11:23  17:24  22:4  31:9  34:9
44:14  51:7  55:13  55:16  56:6  59:5  59:7

doesn't(6) 15:15  19:1  36:4  36:11  42:16
55:23

dohney(1) 6:42
doing(1) 32:10
dollar(2) 26:25  27:22
dollars(1) 29:14
dolphin(1) 4:5
done(4) 16:13  40:11  41:8  53:20
don't(20) 8:21  8:25  9:8  9:9  9:15  10:5
15:20  16:12  29:2  37:6  38:18  41:4  41:19
41:20  42:2  42:5  43:9  52:21  54:12  57:12

doubt(3) 9:21  22:4  24:19
dow(1) 5:40
down(6) 10:6  11:2  14:20  44:20  54:3
drafted(1) 46:18
draw(1) 39:24
drye(5) 2:30  6:8  37:23  38:7  58:23
due(1) 31:24
each(6) 11:21  31:18  33:11  40:2  40:4
earlier(1) 18:12
easily(1) 18:25
east(1) 2:44
easy(3) 13:9  32:24  33:4
economic(3) 45:11  59:3  59:4
ecro(1) 1:39
edits(1) 23:14
effect(2) 27:20  59:17
effective(2) 55:3  55:4
effects(3) 13:5  13:5  27:23
effect"(1) 33:3
efficiency(1) 16:15
efforts(1) 12:22
either(2) 1:47  62:3
electronic(2) 1:47  62:3
eliminate(1) 45:14
eliminates(1) 39:2
else(6) 14:3  14:6  15:11  34:19  47:7  59:20
emanuel(1) 2:4
emea(1) 11:14
emily(1) 6:21
employee(2) 22:8  22:22
employees(2) 34:17  34:18
empyrean(2) 5:20  5:20
enable(1) 60:8
end(4) 13:15  33:21  36:1  37:10
endless(1) 15:16
enjoyed(1) 39:4
enough(2) 12:19  13:17  22:23
ensure(2) 46:24  46:24
entered(2) 58:11  58:11
entire(2) 48:25  50:23
entities(11) 32:10  33:6  35:8  39:17  40:6
40:8  40:12  40:15  56:4  59:2  59:16

entitled(2) 29:9  59:18
entity(3) 29:9  23:3  25:7
entry(2) 17:24  23:2
epic(3) 18:9  18:14  21:2
epic's(1) 18:24
equal(2) 45:18  48:20
equipment(1) 11:20
equity(1) 23:8
eric(6) 2:31  7:27  37:23  38:2  38:6  58:22
ernst(1) 5:28
escrow(3) 48:21  48:23  49:2

**NORTEL.12.1.16.TLK.DOC**

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

esq(60) 1:25 1:26 1:32 1:33 1:34 2:6 2:12 2:18 2:19 2:25 2:31 2:37 2:42 2:43 3:4 3:10 3:16 3:22 3:23 3:29 3:30 3:31 3:32 3:39 3:45 4:5 4:12 4:18 4:25 4:32 4:39 5:6 5:7 5:13 5:21 5:25 5:29 5:33 5:37 5:41 5:45 5:49 6:9 6:13 6:17 6:21 6:25 6:29 6:33 6:37 6:39 6:43 6:48 7:5 7:10 7:14 7:18 7:22 7:27 7:31

essentially(2) 45:6 46:8
established(1) 48:23
establishment(1) 48:21
estate(2) 39:5 39:9
estates(4) 10:25 14:10 48:3 55:6
esther(1) 5:45
estimate(1) 19:24
estimated(2) 28:9 44:16
estimation(2) 46:7 46:8
etkin(1) 7:31
europe(1) 14:23
evaluated(1) 40:14
even(2) 36:1 44:17
event(1) 49:1
ever(3) 34:10 53:19 57:6
everett(1) 22:9
every(14) 13:25 14:9 14:14 14:15 15:15 31:15 33:11 33:12 33:25 35:17 35:17 36:2 36:3 36:11

everybody(2) 20:21 25:24
everyone(15) 8:3 10:17 13:12 14:21 21:19 29:15 29:22 30:9 31:7 31:15 31:16 31:22 36:17 36:25 60:24

everyone's(3) 12:21 30:20 37:1
everything(8) 10:20 19:21 21:1 24:14 29:6 52:21 53:8 58:4

evident(1) 40:18
exact(1) 55:17
exactly(3) 54:3 55:7 57:6
example(1) 48:18
excellent(2) 9:25 14:13
exception(1) 40:2
excited(1) 10:17
exculpation(2) 46:14 46:20
exercise(2) 13:6 34:24
exercises(1) 13:11
exhibits(2) 56:10 57:24
expect(3) 18:13 34:3 37:4
expediently(1) 18:15
expense(1) 45:16
expenses(1) 55:2
expert(4) 25:11 25:12 27:3 43:15
experts(1) 18:9
explain(2) 34:8 36:1
explained(1) 22:22
explaining(1) 32:16
exposure(1) 32:10
extensive(1) 21:1
extensively(1) 21:14
extent(6) 14:9 19:13 35:18 37:1 39:24 43:13

extinction(2) 40:19 40:19
extinguishment(1) 40:20
extra(1) 32:4
extraordinarily(2) 53:9 53:10
extraordinary(6) 38:25 41:8 52:25 53:1 53:3 53:11

face(2) 45:3 53:19
faced(2) 29:20 40:18
fact(6) 22:6 35:2 36:15 40:3 42:11 53:10
facts(6) 34:24 35:10 35:11 37:6 37:7 57:1
faith(1) 45:25

falling(3) 12:4 12:5 33:19
falls(2) 36:7 45:7
familiar(2) 22:11 29:15
far(4) 17:9 43:12 56:18 57:5
farnan(1) 15:7
farr(2) 2:17 6:32
favor(1) 39:18
favorable(1) 48:4
fear(1) 53:8
feder(1) 6:9
federal(1) 42:1
feel(2) 22:19 39:22
fees(1) 55:2
feld(2) 3:28 7:21
felt(1) 50:21
few(3) 23:13 43:3 43:17
fiduciaries(2) 14:10 14:24
fighting(3) 13:22 15:3 54:8
fights(2) 34:6 50:8
figure(1) 35:9
figuring(1) 35:23
file(2) 42:11 58:14
filed(14) 9:3 22:22 24:9 26:12 26:18 27:4 27:9 42:13 42:13 43:6 47:20 49:17 51:17 58:5

filing(2) 52:5 57:19
filled(2) 12:11 25:12
finality(5) 13:17 14:21 15:4 15:5 15:14
finally(3) 11:4 23:2 44:21
financial(3) 3:24 43:16 59:18
find(4) 14:2 15:13 37:5 37:10
fine(1) 21:24
first(8) 10:23 12:16 18:4 22:14 25:6 37:16 43:7 54:4

fit(1) 13:10
fitzgerald(2) 7:9 7:10
five(1) 18:16
fix(1) 23:10
fixed(2) 46:23 46:23
flagged(1) 57:1
flom(2) 4:38 6:47
floor(2) 1:27 2:45
flowing(1) 54:25
flows(1) 35:6
floyd(1) 3:23
focused(2) 28:6 38:8
folks(1) 41:23
followed(1) 19:6
footing(1) 45:18
for(145) 1:2 1:24 2:4 2:11 2:24 2:41 3:9 3:15 3:27 3:44 4:4 4:23 4:37 5:4 5:12 5:20 5:24 5:28 5:40 5:44 5:48 6:4 6:8 6:12 6:16 6:20 6:24 6:28 6:32 6:36 6:42 6:46 6:48 7:4 7:9 7:13 7:17 7:25 7:30 8:12 8:13 9:13 10:13 10:18 10:22 11:5 11:24 12:11 12:12 12:13 12:18 13:1 13:12 13:13 13:14 14:1 14:8 14:9 14:15 17:3 17:24 18:1 19:24 20:3 20:15 20:18 20:21 23:5 23:8 26:14 26:24 27:5 27:18 27:18 28:8 28:15 29:1 29:4 29:17 29:22 29:25 30:2 30:13 30:18 30:25 31:1 31:1 31:20 32:14 33:1 33:10 33:13 34:11 35:7 35:11 35:11 35:23 35:24 36:2 36:9 37:25 38:7 38:20 39:15 40:2 40:4 41:1 41:7 41:16 41:20 42:22 44:6 47:5 48:5 48:8 48:18 48:21 48:23 49:23 50:3 50:6 50:16 50:19 50:22 50:24 51:18 51:19 51:23 51:24 52:18 52:22 53:4 53:13 53:21 53:22 54:2 55:21 55:23 56:15 56:17 58:23 60:10 60:16

foregoing(1) 62:2
forever(1) 15:3
form(1) 13:13

formalities(1) 59:1
forman(1) 5:4
formed(1) 34:11
former(2) 22:8 22:21
fortgang(3) 6:12 6:13 6:13
forth(1) 54:25
forthcoming(1) 52:15
forward(1) 38:20
fought(3) 12:19 12:22 14:8
fox(1) 3:15
fragile(2) 14:5 33:17
frankly(5) 14:25 16:23 35:10 40:18 41:3
fred(2) 3:29 50:15
from(44) 10:14 12:25 14:3 14:6 15:1 16:24 17:18 18:3 20:2 21:4 22:8 22:11 22:17 24:9 24:24 26:1 30:2 31:6 31:12 31:17 31:24 34:13 37:24 39:5 39:9 41:16 43:14 43:16 43:17 45:18 46:21 47:17 48:9 49:21 54:11 54:22 54:23 54:24 55:25 56:9 57:19 58:24 59:23 62:3

front(6) 11:16 29:4 33:2 34:3 34:5 37:19
full(5) 27:20 41:5 41:8 44:5 45:18
fully(5) 27:11 32:3 32:20 38:19 40:16
fund(1) 14:4
fundamentally(2) 10:23 32:17
funds(1) 46:22
further(8) 9:13 23:15 25:24 36:1 47:3 57:13 58:21 60:20

future(2) 50:9 51:14
gabrielle(1) 4:32
gallagher(2) 2:17 6:32
game(1) 14:4
garth(2) 2:37 37:24
gave(4) 14:16 34:12 34:20 46:16
gearing(1) 19:7
general(4) 18:18 22:9 23:2 23:7
generally(5) 12:14 13:1 28:10 46:5 53:5
get(20) 11:4 13:16 14:8 15:22 15:23 16:1 16:9 17:18 18:3 18:15 19:1 31:9 46:25 46:25 53:10 55:19 56:11 58:4 59:5 59:7

gets(3) 45:6 45:15 45:16
getting(8) 15:12 15:25 16:2 27:17 33:24 36:23 45:18 46:21

ginger(1) 1:39
give(7) 8:17 15:5 29:1 32:10 34:9 34:9 37:1

given(2) 15:2 44:8
gives(1) 56:13
giving(1) 54:16
glemann(1) 4:32
goal(1) 45:13
god's(1) 56:15
goes(2) 19:20 19:22
going(32) 8:16 10:19 10:22 11:24 14:22 16:12 18:3 18:18 19:24 22:23 24:14 25:5 29:15 36:2 36:4 36:10 37:10 44:9 44:9 44:10 44:24 45:17 45:19 45:25 46:25 54:7 54:20 55:18 57:13 57:23 59:16 59:17

good(45) 8:3 8:5 8:7 8:7 8:10 8:11 8:11 10:9 10:10 10:12 12:23 14:11 14:17 15:18 17:11 17:13 17:13 19:3 24:21 26:10 27:9 37:16 37:17 37:19 37:20 37:21 38:5 38:6 41:15 41:17 42:21 42:23 43:1 43:2 45:25 47:6 47:13 47:15 49:11 49:12 49:16 50:14 50:15 52:9 53:9

goodmans(1) 5:28
got(4) 10:1 34:12 34:20 34:20
gotcha(1) 28:19
gotten(2) 14:16 27:3

gottlieb(4) 1:31 10:14 17:22 26:11
government(1) 56:15
gowling(1) 5:36
great(2) 15:6 59:13
grips(1) 16:22
gross(5) 1:19 8:6 9:13 10:5 10:13
group(6) 2:41 7:26 10:24 11:15 49:14 50:5

guaranteed(1) 35:3
guarantees(1) 54:25
guaranty(5) 2:24 2:36 6:9 37:18 37:25
gucks(1) 30:16
guess(4) 8:13 27:9 35:14 54:6
guidance(1) 15:6
gump(2) 3:28 7:21
had(22) 9:13 11:7 20:6 20:15 23:9 25:9 26:12 26:23 27:1 27:3 27:9 28:2 30:5 34:16 34:17 35:16 39:10 43:16 45:21 49:17 52:17 52:24

hadley(3) 2:41 7:25 49:13
hall(1) 6:17
hamilton(2) 1:31 17:22
hand(3) 10:3 57:14 58:10
hand-in-hand(1) 20:24
handed(1) 57:10
handing(1) 13:7
hanrahan(1) 2:19
happen(1) 54:9
happens(1) 55:22
happy(3) 15:22 21:21 26:3
hard(8) 12:19 12:22 14:7 29:6 32:24 34:25 37:9 54:5

hardest(1) 34:10
hardship(1) 29:11
harmed(1) 33:2
harping(1) 34:7
harrisburg(1) 1:43
has(32) 12:8 13:4 13:24 15:10 20:2 21:13 21:20 24:20 25:11 25:19 26:2 31:14 33:12 35:15 35:16 35:16 35:17 38:24 43:8 44:24 47:2 47:25 50:9 50:22 50:25 51:5 51:20 53:9 53:11 56:23 60:10 60:11

hauer(2) 3:28 7:21
have(88) 8:8 9:12 10:1 10:23 11:5 11:7 14:12 14:18 14:24 15:2 15:5 15:22 16:11 16:13 16:20 19:14 20:4 20:8 20:9 20:19 20:25 23:13 24:1 25:10 26:4 26:19 29:21 30:23 32:20 33:7 34:24 35:6 35:11 35:13 35:18 36:10 36:13 37:20 39:4 41:4 41:4 41:10 41:11 41:19 43:3 43:8 43:10 43:20 44:9 44:10 44:14 44:17 44:21 45:13 46:4 46:6 46:11 47:3 47:6 47:11 47:18 49:23 50:2 50:9 50:17 51:22 52:10 52:19 53:2 53:4 53:18 53:20 54:6 55:15 56:3 56:15 57:10 57:10 58:6 59:17 59:24

haven't(1) 42:12
having(1) 16:2
heading(1) 40:3
hear(7) 12:9 16:10 16:24 16:25 17:5 21:20 49:21

heard(8) 16:1 20:17 22:8 37:16 42:14 52:11 58:20 60:16

hearing(20) 15:25 18:20 19:8 20:15 20:19 21:10 24:13 32:3 34:6 35:16 37:2 46:1 46:3 48:6 51:14 51:19 52:11 55:21 60:11 61:1

hearings(2) 8:14 44:23

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line |
|---|---|

**hectic**(1) 19:19
**held**(2) 41:6  49:1
**help**(3) 31:17  55:11  56:7
**helped**(1) 36:1
**helping**(2) 15:12  15:13
**her**(1) 46:16
**here**(23) 8:12  8:13  10:19  14:18  15:18
17:18  17:21  17:23  17:23  21:1  21:19  33:8
37:20  38:15  41:1  41:2  41:9  51:21  53:19
55:10  58:23  59:14  60:2

**hesitate**(1) 42:5
**he's**(3) 22:21  27:15  55:14
**hiding**(1) 42:2
**higher**(1) 56:12
**him**(5) 22:21  22:22  31:24  38:3  52:19
**his**(5) 8:21  22:24  25:22  28:14  55:16
**hit**(1) 44:2
**hoc**(3) 2:41  7:25  49:14
**hodara**(11) 3:29  50:13  50:15  50:16  50:21
51:11  51:12  51:13  51:15  51:23  51:24

**hogan**(1) 6:4
**hold**(1) 12:6
**holders**(2) 18:18  48:16
**holiday**(1) 19:18
**holidays**(2) 18:12  20:13
**homerun**(1) 44:2
**honor**(75) 8:11  8:13  9:12  10:3  10:10
17:10  17:13  17:14  17:21  18:4  18:13  19:4
20:16  20:18  20:21  20:24  21:18  21:20
22:1  22:4  22:11  22:16  23:2  23:12  23:16
24:2  24:13  24:19  24:22  26:2  26:8  26:10
26:17  27:11  29:2  29:4  29:7  33:16  36:22
37:17  37:19  37:22  38:3  38:6  38:7  39:1
41:13  41:15  42:18  42:21  43:2  43:6  44:15
44:23  45:12  47:2  47:4  47:8  47:13  49:12
49:17  50:9  50:12  50:15  50:17  51:15
51:20  52:2  53:18  57:25  58:17  58:22
59:19  60:9  60:22

**honorable**(1) 1:19
**honors**(1) 12:25
**honor's**(2) 17:15  46:2
**hope**(4) 38:14  42:13  46:24  52:12
**hopeful**(1) 47:1
**hopefully**(4) 16:1  29:3  34:4  42:3
**hoping**(1) 46:1
**hotly**(1) 27:12
**how**(14) 14:7  14:14  14:19  16:9  21:22
28:12  33:13  35:6  40:23  44:1  45:5  46:6
54:7  55:1

**however**(2) 39:13  48:11
**hsbc**(1) 6:42
**hubbard**(2) 4:31  5:24
**huge**(1) 13:16
**hughes**(2) 4:31  5:24
**hurts**(1) 55:15
**hypothetical**(2) 55:12  60:8
**hypothetically**(1) 54:9
**idea**(4) 32:20  34:21  55:5  55:10
**identify**(1) 39:23
**immediate**(1) 30:2
**impact**(7) 39:16  39:16  40:8  40:17  44:10
44:11  59:19

**impacted**(1) 40:23
**impacts**(1) 39:1
**impaired**(1) 18:22
**implementation**(1) 11:11
**importance**(1) 15:21
**important**(8) 11:2  11:23  14:20  15:1
15:13  38:23  39:2  41:1

**importantly**(1) 14:19

**inappropriate**(1) 46:9
**inc**(5) 1:8  7:4  7:5  30:22  38:12
**include**(2) 54:17  59:25
**included**(2) 26:24  54:22
**including**(1) 11:14
**incorporated**(2) 22:16  58:5
**increased**(1) 48:24
**incremental**(1) 23:14
**incumbent**(1) 39:22
**indenture**(1) 18:9
**indicated**(3) 22:4  43:8  52:5
**indicates**(1) 22:6
**indiscernible**(2) 23:22  46:13
**informal**(1) 19:17
**information**(8) 8:14  22:3  25:19  32:8
36:13  37:2  40:7  40:12  40:15  43:16  44:19
51:5  56:14  56:16  59:9  59:15  59:18  60:1
60:7  60:10  60:15

**informed**(2) 39:18  60:9
**ingersoll**(1) 3:44
**initial**(1) 20:5
**initially**(1) 8:17
**initiated**(1) 20:6
**injection**(1) 28:13
**injunction**(1) 46:14
**injustice**(1) 29:11
**inner-estate**(1) 11:25
**insert**(1) 58:1
**instance**(1) 40:25
**instead**(1) 16:16
**instructions**(1) 15:1
**integrated**(5) 33:11  45:6  54:12  54:24
57:23

**intend**(3) 41:25  42:11  42:11
**intended**(1) 13:5
**inter-company**(1) 55:17
**interest**(5) 28:10  28:10  28:12  46:11  46:11
**interested**(12) 5:24  5:40  5:44  5:48  6:4
6:12  6:24  6:32  6:46  7:4  7:9  7:13

**interests**(2) 12:12  50:25
**internal**(1) 56:18
**interpret**(1) 46:19
**intertwining**(1) 13:2
**into**(3) 17:9  45:20  51:6
**investor**(1) 60:8
**involved**(1) 16:22
**involves**(2) 18:17  18:19
**ironically**(1) 31:11
**irrelevant**(1) 9:11
**isn't**(3) 32:3  35:8  55:7
**issue**(8) 30:8  30:10  30:19  44:9  50:5
58:23  59:24  60:9

**issued**(1) 29:21
**issues**(20) 12:2  13:2  13:17  14:22  28:6
29:16  29:24  31:20  34:6  46:13  46:15
46:17  46:23  49:8  50:2  50:3  50:9  50:24
52:17  52:19

**issuing**(1) 34:12
**item**(1) 58:2
**its**(4) 38:13  45:3  45:16  48:22
**itself**(2) 51:2  53:11

**it's**(61) 9:8  9:10  9:10  9:14  10:12  10:22
12:1  13:5  13:6  13:7  13:9  13:15  13:20
14:7  14:10  15:16  16:22  23:6  23:22  25:23
27:5  27:10  28:18  29:6  31:1  31:7  32:6
32:23  33:10  33:10  34:16  34:21  36:4
36:10  36:10  36:18  37:19  38:23  38:25
39:20  39:22  40:10  40:17  40:25  41:3  41:3
41:8  41:9  42:13  44:3  44:10  48:7  51:22
54:16  55:18  56:15  56:16  57:5  57:13
59:11  59:17

**ivan**(2) 30:9  50:5
**i'll**(11) 10:1  16:3  16:7  16:24  16:25  16:25
17:24  37:13  43:2  58:11

**i'm**(14) 8:16  12:10  15:7  21:21  26:3
29:15  30:24  35:4  40:13  41:10  45:19
52:9  55:18  59:5

**i've**(3) 9:7  17:7  42:12
**jaime**(1) 4:25
**james**(2) 2:6  4:4
**january**(7) 18:3  19:5  19:7  19:8  20:15
20:20  29:2

**jason**(1) 7:5
**jeffrey**(1) 3:16
**jennifer**(1) 5:37
**jeremy**(3) 6:37  47:8  47:16
**jerry**(1) 6:17
**jigsaw**(2) 12:1  12:3
**joe**(1) 9:13
**johnson**(1) 7:22
**joinder**(2) 47:21  48:13
**joined**(1) 47:21
**joint**(3) 2:4  4:23  5:25
**jointly**(1) 1:6
**jonathan**(1) 6:43
**jones**(2) 3:3  5:40
**joseph**(1) 3:10
**judge**(7) 1:19  1:20  8:5  9:12  10:5  10:13
15:7

**judges**(1) 51:21
**judgment**(1) 60:9
**just**(54) 9:6  9:9  10:6  10:15  12:5  13:1
13:7  13:9  14:1  14:2  15:17  16:19  17:6
17:15  19:19  19:25  23:6  24:2  24:3  24:22
24:23  25:7  25:8  25:24  26:22  26:23  27:5
27:20  27:22  29:11  31:1  32:17  32:18  36:3
41:24  46:3  46:15  46:24  47:18  49:1
49:22  50:22  52:3  52:23  53:14  53:25
54:24  55:5  55:9  55:24  56:20  57:15  58:11
58:22

**justice**(23) 8:4  8:5  8:8  8:12  8:20  8:21
8:24  9:2  9:5  9:7  9:17  9:20  9:24  9:25
10:5  10:13  15:6  16:16  17:14  37:22  43:2
49:16  58:19

**justin**(1) 2:12
**kathleen**(1) 3:45
**katten**(1) 6:16
**keane**(1) 3:4
**keep**(5) 15:2  31:12  31:17  34:7  54:20
**kelley**(4) 2:32  37:23  38:7  58:23
**kelly**(2) 6:8  62:8
**kenneth**(1) 5:33
**kenney**(1) 4:18
**kenyon**(1) 47:17
**kevin**(1) 1:19
**key**(1) 11:22
**kind**(2) 50:6  60:7
**king**(4) 3:40  4:19  4:27  4:41

**know**(33) 8:20  8:21  8:25  9:9  11:7  11:21
12:18  12:20  13:6  17:7  20:22  30:24  32:16
34:2  35:19  36:3  36:16  36:21  37:7  39:7
41:24  48:10  49:2  50:6  53:24  54:12  55:23
56:16  58:23  59:4  59:11  59:14  60:6

**known**(1) 35:11
**knows**(4) 23:7  29:7  35:12  36:17
**koruda**(1) 6:21
**kreller**(8) 2:42  49:12  49:13  49:16  49:20
50:1  50:12  50:13

**kurth**(2) 6:36  47:17
**labeled**(1) 25:6
**lack**(1) 48:1
**landmark**(1) 10:18
**language**(11) 25:23  28:6  28:11  43:22
49:6  49:7  49:22  49:24  50:1  50:6  50:7

**largely**(1) 15:19
**larger**(1) 34:23
**largest**(1) 39:4
**last**(11) 14:15  14:20  16:20  22:15  32:2
32:3  38:25  43:17  51:14  51:19  53:3

**later**(1) 58:15
**laugh**(1) 13:25
**laughed**(1) 11:16
**lavelle**(1) 6:25
**lawyer**(1) 51:16
**leading**(1) 45:25
**leasing**(1) 30:22
**least**(1) 42:15
**left**(3) 14:12  21:11  54:8
**legal**(1) 45:1
**leonard**(1) 5:5
**less**(2) 30:12  44:6
**lesser**(1) 39:8
**let**(4) 10:3  16:19  20:21  41:24
**let's**(1) 33:8
**level**(1) 44:3
**liberty**(1) 1:35
**light**(7) 17:14  18:11  19:18  41:25  45:21
46:2  51:6

**like**(18) 9:8  13:13  13:14  19:25  22:15
24:1  32:25  33:7  34:5  36:16  36:19  41:11
47:16  47:24  48:3  48:4  56:6  60:13

**line**(4) 25:8  54:4  54:10  54:15
**link**(1) 10:19
**linked**(1) 10:23
**links**(1) 10:21
**lion's**(1) 39:4
**liquidity**(3) 6:36  47:9  47:17
**lisa**(3) 1:33  10:14  26:11
**listen**(2) 17:1  17:4
**literally**(3) 12:16  12:17  34:19
**litigate**(1) 38:16
**litigation**(11) 15:16  15:16  24:25  27:1
29:4  29:7  33:23  44:2  48:17  48:19  55:3

**little**(6) 8:18  10:22  14:11  18:12  25:11
**living**(1) 13:1
**llp**(11) 1:24  3:38  4:4  4:24  5:28  5:36  6:4
6:20  6:28  6:36  7:30

**long**(8) 8:25  11:24  12:8  12:13  13:1
16:22  29:17  33:9

**look**(10) 13:9  13:12  36:10  36:19  37:9
38:20  39:20  53:24  56:6  59:12

**looked**(4) 8:8  9:7  35:18  41:1
**looking**(2) 42:22  54:2

**NORTEL.12.1.16.TLK.DOC**

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

looks(7) 9:8  13:13  13:14  32:25  34:4  36:16  53:24

loring(1) 3:32
los(1) 2:46
losers(2) 39:21  39:23
loss(1) 40:23
lost(1) 13:21
lot(11) 11:13  12:2  12:23  13:2  27:6  29:22  30:18  33:4  36:18  37:4  43:1

lovells(1) 6:4
lowenstein(1) 7:30
lowenthal(1) 4:12
lower(1) 56:13
lowered(1) 53:12
lsi(3) 30:22  47:24  48:3
lucesco(1) 7:30
mace(1) 1:39
machine(1) 13:23
made(9) 9:15  21:6  21:11  22:17  35:19  38:14  38:17  44:25  45:4

madison(1) 2:7
mail(2) 19:20  19:21
mailing(2) 18:17  18:20
majority(1) 22:6
make(12) 10:1  20:9  36:25  38:14  39:17  42:6  43:3  45:15  46:22  52:10  52:10  60:9

makes(1) 33:4
making(4) 30:4  43:22  55:9  55:12
management(1) 2:5
manner(1) 20:10
many(2) 21:16  22:5
marc(1) 2:18
maria(1) 5:49
mark(1) 4:18
market(7) 1:11  1:27  3:5  3:17  3:46  5:14  5:48

material(1) 44:10
materially(1) 45:7
matias(1) 37:18
matt(1) 6:42
matter(1) 62:4
matters(1) 9:15
matthew(1) 4:39
may(11) 8:4  18:13  19:2  25:4  28:25  28:25  31:21  44:15  47:11  47:12  48:15

maybe(1) 13:5
mccloy(3) 2:41  7:26  49:13
meagher(2) 4:37  6:46
mean(7) 15:21  29:5  32:5  34:9  54:24  55:4  55:8

means(6) 19:23  32:20  33:13  35:7  53:25  56:20

meant(1) 28:11
mediation(1) 35:17
mediations(1) 12:15
mediator(2) 15:7  15:8
mediators(1) 12:15
meet(1) 31:10
meeting(1) 42:8
meisel(1) 5:4
melnik(1) 6:29
mention(1) 52:3
mentioned(1) 22:16
mentioning(2) 51:19  51:24
merger(1) 5:48
merits(3) 27:11  34:2  50:3
metaphoric(1) 10:22
michael(2) 7:18  7:31

might(3) 13:23  34:5  51:18
milbank(3) 2:41  7:25  49:13
miller(6) 9:3  9:4  9:6  9:14  9:18  9:19
million(6) 23:4  27:9  44:16  44:21  54:17  56:8

mind(2) 45:14  60:6
minimal(1) 15:19
minor(3) 16:10  21:3  25:8
minott(1) 1:26
minute(2) 16:3  32:4
mirrors(1) 20:5
misleading(3) 57:3  57:4  60:2
mode(2) 33:24  55:3
model(1) 55:4
models(1) 34:1
molehill(2) 9:8  9:15
moment(2) 47:11  50:22
money(27) 11:4  11:5  13:3  13:7  13:8  13:22  14:2  14:19  16:2  17:6  29:9  29:12  30:12  30:16  30:25  30:25  31:15  31:16  33:14  33:24  34:12  34:20  35:6  44:4  44:8  52:10  55:1

monitor(3) 3:44  5:28  9:13
monitor/cad(1) 3:9
months(1) 43:17
more(17) 13:3  13:17  13:24  14:1  14:6  14:16  25:11  29:9  30:16  30:24  32:8  32:10  32:11  40:11  48:4  54:5  56:14

morning(33) 8:3  8:5  8:7  8:7  8:10  8:11  8:12  10:9  10:10  10:13  17:12  17:13  17:14  26:10  37:16  37:17  37:21  38:5  38:6  41:15  41:17  42:21  42:23  43:2  43:2  47:14  47:15  49:11  49:12  49:16  49:21  50:14  50:15

morris(1) 1:24  4:4
most(6) 14:17  20:21  24:18  30:2  32:20  53:2

motion(7) 17:24  20:9  29:8  42:11  42:12  51:17  52:6

motions(2) 20:13  20:16
mountain(2) 9:8  9:14
move(5) 9:16  17:15  18:12  18:14  21:21
moved(1) 23:8
moving(3) 10:15  18:4  55:1
mrs(2) 38:7  38:17
much(7) 10:24  14:16  18:7  38:4  46:6  51:24  54:7

muchin(1) 6:16
multiple(1) 17:24
murphy(1) 3:45
murrell(6) 2:25  37:16  37:18  37:20  37:21  38:2

murrll(1) 37:17
must(2) 48:24  49:3
myself(2) 52:8  52:10
n.w(1) 2:26
name(1) 36:15
named(2) 22:8  22:9
narrative(1) 32:15
nature(3) 19:19  21:16  56:20
neatly(1) 55:8
necessarily(1) 52:21
necessary(2) 16:25  17:5
necessity(1) 50:18
need(7) 13:10  15:3  15:4  20:16  29:3  52:18  55:19

needed(1) 18:12
needs(2) 8:25  36:3

negotiation(1) 12:24
negotiations(1) 12:21
neither(1) 48:13
networks(4) 1:8  6:49  38:12  38:13
never(3) 8:8  35:19  51:15
new(11) 1:36  2:8  2:21  2:33  3:12  3:35  4:14  4:34  27:24  37:24  52:10

newbould(22) 8:4  8:5  8:8  8:8  8:12  8:21  8:22  8:24  9:2  9:5  9:7  9:17  9:20  9:24  9:25  10:5  10:13  16:16  17:14  37:22  43:2  49:16  58:19

news(1) 15:18
next(3) 10:21  20:3  54:10
nichols(1) 1:24
nick(1) 2:43
nickel(1) 14:20
nit(1) 24:23
nnc(3) 23:4  39:3  40:6
nncc(14) 4:4  25:21  32:7  34:10  34:25  35:8  35:19  39:8  40:2  53:21  55:15  58:25  59:7  60:3

nni(15) 31:12  32:6  34:11  34:12  34:13  34:20  39:6  40:2  40:6  44:3  53:21  55:15  55:16  58:25  60:3

nnsa(3) 11:15  24:24  25:8
non(1) 54:6
non-bondholder(1) 30:16
non-consolidated(3) 31:54:13  54:18
non-consolidation(2) 59:8  60:1
non-disclosure(1) 49:8
non-filed(1) 25:7
non-substantive(1) 59:6
non-voting(1) 18:20
none(1) 55:13
nor(1) 48:14
normally(1) 33:4
norman(1) 5:7
nortel(11) 1:8  3:15  6:20  6:48  8:13  22:9  29:5  38:12  38:13  41:18  43:23

north(4) 1:27  3:40  4:27  4:41
not(51) 12:10  13:7  14:3  15:10  15:17  17:25  22:22  23:6  26:4  26:15  26:22  27:2  27:10  27:16  28:10  28:14  28:15  28:16  28:19  28:25  29:6  29:15  31:1  31:1  31:11  33:24  34:4  34:10  34:25  35:23  36:10  38:15  39:18  41:23  44:9  44:10  44:14  45:11  45:12  45:19  46:21  46:24  48:7  48:25  50:3  50:6  52:9  54:5  54:24  55:18  58:25

note(4) 20:19  27:5  38:23  44:13
noted(6) 22:2  47:20  48:13  49:4  49:17  52:19

nothing(9) 21:11  34:19  36:14  40:11  47:3  57:16  57:17  57:19  60:21

notice(1) 18:20
notices(1) 18:20
november(1) 18:11
now(13) 8:22  8:25  11:20  17:15  18:3  25:10  33:8  44:13  44:21  48:6  49:4  52:9  54:18

ntec(8) 25:19  26:15  30:3  30:14  31:1  31:11  36:5  49:20

nttc(1) 29:5
number(6) 11:21  15:20  38:17  44:16  44:18  44:23

numbered(1) 25:16

numbers(13) 27:14  32:25  34:9  36:14  43:14  43:20  44:3  44:22  55:8  55:12  56:17  56:17  58:2

object(1) 19:24
objected(4) 20:1  20:2  21:13  50:17
objecting(2) 9:23  51:6
objection(16) 9:3  19:6  19:23  22:16  22:24  23:10  23:11  30:6  32:3  38:8  39:13  42:7  43:5  45:7  49:20  59:23

objections(23) 9:21  16:8  16:25  17:3  17:4  17:8  21:22  26:4  26:12  26:15  28:2  28:3  31:8  41:19  43:7  44:25  45:8  45:9  45:20  46:4  46:4  47:22  60:15

objects(1) 36:6
obligation(1) 23:6
observed(1) 59:1
obtain(1) 48:19
obviously(17) 8:18  10:16  12:7  15:8  15:14  15:20  27:10  27:24  29:16  35:1  36:25  48:6  50:2  52:24  54:18  55:22

odds(1) 31:18
off(1) 12:4
official(7) 3:27  7:17  50:16  50:19  50:22  51:3  51:7

often(1) 59:3
okay(10) 9:20  17:20  24:8  32:1  32:22  33:8  43:19  49:25  52:14  57:21

omnibus(1) 20:19
on-file(1) 24:18
once(3) 18:13  54:13  58:4
one(33) 1:35  3:24  3:33  4:33  4:40  9:3  9:6  9:24  13:3  13:4  13:11  13:24  14:1  14:5  14:15  21:13  21:13  32:5  33:11  35:12  35:13  35:14  38:13  39:3  41:23  44:5  45:4  45:13  48:11  52:24  53:14  54:5  59:2

one's(2) 28:19  30:17
ongoing(1) 22:11
online(1) 18:23
only(15) 12:3  12:9  15:8  17:25  21:3  22:5  40:6  41:20  42:3  42:6  42:13  52:8  53:12  57:22  59:23

open(1) 54:1
operating(1) 35:8
operational(1) 32:21
operations(2) 22:18  34:16
opinion(1) 50:2
opportunity(1) 11:7  39:10
order(13) 9:21  9:23  17:24  18:14  24:18  52:11  57:10  57:11  57:15  57:22  57:24  58:10  60:17

ordered(1) 41:6
orders(2) 10:1  10:2
original(1) 21:7
originally(1) 16:12
other(38) 11:16  11:21  11:25  11:25  14:24  20:1  21:16  25:4  28:5  29:4  31:4  31:18  31:20  33:12  34:6  34:16  36:2  36:3  36:9  36:15  36:17  37:7  40:11  42:6  42:17  44:11  44:23  45:19  47:24  48:14  48:16  48:20  50:9  52:4  53:5  54:5  54:5  55:21

others(1) 50:5
otherwise(2) 18:13  48:17

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

our(32) 18:8 18:16 19:17 20:14 21:4 21:5 22:7 22:11 27:16 30:17 32:3 38:8 38:21 39:13 41:18 42:7 43:14 43:15 44:22 45:7 45:20 46:19 46:25 48:10 48:13 49:4 49:7 52:12 57:9 57:19 58:24 59:15
ours(1) 8:25
ourselves(3) 11:1 46:24 46:24
out(32) 9:10 9:11 9:15 12:5 13:8 13:24 14:15 14:20 16:2 17:5 18:15 20:17 22:21 23:15 27:10 28:17 31:15 33:18 34:25 35:9 35:23 38:8 39:14 42:23 43:14 46:15 46:18 55:24 56:16 58:9 59:10 59:11

outcome(2) 36:17 41:2
outlast(1) 51:16
outside(1) 37:23
over(11) 9:8 13:22 16:3 16:12 16:20 20:1 20:13 50:8 54:8 57:25 58:6

overruled(1) 23:11
overstate(1) 14:7
overstating(1) 35:14
overused(1) 53:1
overy(2) 3:9 5:32
owens(2) 38:19 52:24
own(9) 13:13 13:13 23:3 32:22 32:23 33:12 33:16 34:1 35:9

owned(1) 34:11
o'connor(1) 6:33
p.a(1) 5:5
p.c(2) 2:11 2:17
p.m(1) 19:5
pachulski(1) 3:3
packages(1) 18:15
page(4) 25:6 25:8 25:15 56:2
pages(3) 23:17 33:9 33:11
paid(4) 45:18 46:21 46:25 56:11
painful(1) 29:12
paper(1) 17:7
papers(3) 16:21 20:14 38:15
pari(1) 30:13
park(4) 2:32 2:44 3:33 4:33
part(4) 27:2 36:6 36:17 40:14
participant(1) 35:17
particular(3) 29:10 39:1 51:5
particularly(3) 28:14 28:15 41:1
parties(15) 11:13 11:21 11:22 12:11 14:8 15:13 15:17 22:10 25:5 26:12 42:3 43:6 50:17 51:7 52:4

parties-in-interest(2) 21:15 21:17
partners(1) 5:20
party(12) 5:24 5:40 5:44 5:48 6:4 6:12 6:24 6:32 6:46 7:4 7:9 7:13

pascarella(4) 9:12 9:13 10:2 10:3
pass-through(3) 34:16 34:21 55:18
passu(1) 30:14
past(3) 27:17 36:23 44:16
patently(1) 45:2
patterson(1) 4:11
paul(1) 6:39
pay(2) 34:15 34:20
paying(1) 18:11
pbc(1) 31:14
pbgc(22) 2:24 22:10 32:4 32:7 35:12 35:15 36:1 36:3 36:4 36:12 38:7 38:15 39:2 45:9 52:23 55:23 56:3 56:8 56:23 58:23 59:5 59:23

pbgc's(2) 38:3 39:3
pbg's(1) 39:6
peg(2) 5:41 5:41

pen(1) 20:13
pending(2) 26:19 48:18
pennsylvania(1) 1:43
pension(8) 2:11 2:24 2:36 6:5 6:8 6:33 37:18 37:25

people(8) 13:17 13:21 14:11 15:3 15:20 15:25 17:7 55:11

percent(2) 44:6 56:11
permission(1) 15:24
permutation(1) 10:21
pernick(1) 5:7
person(4) 14:14 14:15 33:12 33:25
perspective(1) 48:9
peter(1) 3:4
phil(1) 16:17
philip(2) 1:32 17:22
phone(1) 8:4
phrase(2) 32:5 53:4
pictures(1) 49:2
piece(3) 33:18 44:20 49:23
pieces(6) 12:4 12:4 12:6 13:10 33:13 piles(1) 13:7
piltz(3) 32:9 22:21 22:24
pinpoint(1) 44:22
piper(1) 6:28
place(8) 13:4 13:4 13:16 15:12 15:23 29:23 36:11 60:2

plaintiffs(1) 7:30
plan(33) 11:12 12:6 14:23 15:23 18:17 23:14 23:19 24:2 24:14 24:22 28:7 28:11 28:18 29:25 30:14 31:8 36:6 36:16 39:19 41:21 45:2 45:15 45:17 46:6 46:17 48:5 49:8 51:2 51:2 54:8 54:23 58:1 60:10

plan-related(2) 41:25 45:20
planning(1) 24:12
plans(4) 11:1 11:8 11:11 16:2
play(1) 33:13
plaza(1) 1:35 4:33
pleading(1) 22:22
pleadings(2) 24:19 29:7
please(2) 8:2 23:18
pleased(4) 49:21 60:17
pleasure(2) 51:20 51:22
plural(1) 12:15
plus(2) 56:11 56:11
pocket(1) 13:25
podium(7) 8:17 16:3 16:16 26:3 36:20 37:14 38:3

pohl(14) 3:22 21:9 25:22 31:21 41:15 41:15 41:17 41:18 41:23 42:6 42:10 42:19 49:21 52:4

point(12) 14:6 16:2 28:9 31:7 34:7 41:5 42:6 45:4 48:11 49:5 58:21 59:15

pointed(1) 46:15
pointing(1) 53:17
points(4) 38:8 39:14 50:4 52:3
pool(3) 39:7 44:1 44:2
portion(1) 42:7
position(5) 17:1 17:9 30:21 31:3 43:12
positions(3) 15:21 27:16 36:24
possibility(2) 28:8 48:23
possible(1) 18:16
post-confirmation(1) 22:18
post-petition(4) 26:19 28:9 28:10 46:12
posted(1) 18:23
pot(2) 13:22 33:24
ppearances(5) 1:22 2:1 3:1 4:1 5:1
practicing(1) 51:16

pre-judgment(1) 46:11
pre-petition(3) 26:18 27:5 46:12
precedent(1) 41:2
prejudiced(1) 33:2
premised(2) 11:11 45:1
prepared(1) 9:16
presentation(1) 25:4
presented(1) 60:18
presenting(1) 38:21
preset(1) 17:23
preston(1) 3:38
prevent(2) 45:18 46:20
previously(1) 23:7
print(1) 53:19
prior(3) 27:8 37:2 56:1
priority(1) 48:20
probably(4) 21:19 36:21 37:4 53:3
procedurally(1) 31:22
procedure(2) 20:5 48:7
procedures(15) 8:15 16:5 17:16 18:2 19:15 20:7 20:25 21:1 21:12 21:18 21:20 60:12 60:13 60:13

proceed(2) 8:19 10:6
proceeding(7) 22:12 26:19 28:17 28:23 44:15 46:9 46:19

proceedings(5) 1:18 1:47 10:6 23:1 62:4
proceeds(3) 48:2 54:10 54:11
process(2) 12:8 22:23
produced(1) 1:48
progressed(1) 25:11
prohibitions(1) 46:10
proper(3) 41:2 56:12 56:13
properly(2) 39:15 51:7
propose(2) 20:16 39:12
proposed(6) 11:2 11:8 18:4 19:5 38:9
proposing(1) 20:10
proposition(1) 45:1
propriety(1) 38:16
provide(6) 13:16 40:1 40:7 40:9 48:23 59:14

provided(5) 15:6 15:10 24:13 40:6 60:11
provides(2) 25:24 51:4
providing(1) 60:14
provision(1) 46:20
provisions(3) 28:13 46:7 46:10
public(1) 35:11
publicly(1) 56:16
pull(5) 12:5 13:3 13:16 33:17 55:7
purpose(1) 34:12
purposes(5) 19:25 20:3 26:14 27:18
pursing(1) 29:22
pushed(1) 55:6
put(17) 12:2 13:3 13:4 30:8 30:23 33:22 35:9 36:15 53:19 54:5 55:9 55:10 55:16 56:1 56:2 56:7 56:10

putting(3) 13:7 27:20 32:21
puzzle(9) 12:1 12:3 12:5 12:5 33:18 33:18 34:22 45:5 49:23 56:7

question(3) 22:2 59:4 59:9
questions(4) 21:21 26:1 31:5 47:2
quickly(3) 17:16 18:15 26:17
quinn(1) 2:4
quote(7) 14:25 18:7 33:10 35:10 40:18 41:3 58:24

qureshi(1) 3:31
raise(1) 43:6
raised(3) 31:20 39:13 52:4
raising(1) 15:20
ran(2) 27:19 56:2
range(1) 56:10

rare(1) 41:3
rarely(1) 41:8
rather(1) 29:23
rationale(1) 32:9
re-file(1) 24:14
re-filed(1) 58:1
re-lettering(1) 57:23
re-run(1) 53:25
reach(3) 15:13 23:15 27:22
reached(2) 11:12 22:21
reaching(1) 13:11
read(5) 17:7 17:8 33:10 33:10 42:15
readily(1) 40:13
reading(3) 16:20 16:21 16:21
real(1) 23:9
reality(1) 29:21
really(17) 9:15 10:18 11:2 11:11 11:22 12:8 12:11 12:16 15:24 17:1 17:5 23:10 33:25 44:22 45:10 56:23 58:24

reason(6) 27:2 33:10 36:18 41:1 41:7 41:20

reasonable(1) 37:3
reasonableness(1) 49:9
recall(1) 44:15
receipts(1) 54:15
receivable(1) 54:21
receive(3) 19:17 44:5 48:15
received(7) 16:11 21:3 22:5 24:24 39:8 43:16 44:20

recent(1) 43:14
recently(3) 24:18 43:15 43:16
recess(1) 60:25
reckmeyer(6) 6:37 47:8 47:9 47:11 47:13 47:16 47:16 47:20 47:24 48:13

recognizing(2) 18:24 56:3
reconsideration(1) 29:8
record(2) 10:14 18:11
recorded(1) 1:47
recording(1) 1:47 62:3
recover(1) 56:9
recoveries(3) 40:10 48:24 56:3
recovery(13) 27:19 36:16 39:6 40:1 40:4 40:5 43:24 44:11 46:10 53:20 53:22 54:22 56:2

reed(2) 4:31 5:24
references(1) 24:17
regard(2) 28:11 38:21
regarding(6) 22:18 26:25 28:3 28:7 47:25 49:5

regardless(1) 14:14
rehm(1) 6:43
reject(1) 18:22
relate(2) 45:10 46:5
related(5) 17:16 18:1 19:11 28:1 43:7
relates(3) 25:20 39:1 40:5
relating(6) 11:19 42:7 46:7 46:13 46:18 59:24

relative(1) 48:16
release(3) 28:13 30:18 46:14
releasing(1) 28:24
relevant(3) 21:17 50:24 55:22
relief(1) 35:25
remainder(1) 17:2
remaining(4) 26:4 26:12 59:23 60:15
remarks(1) 47:18
remedy(4) 38:24 38:25 41:8 52:25
remind(1) 15:15
reorg(2) 7:4 7:5
reply(4) 20:12 20:14 21:5 49:18

**NORTEL.12.1.16.TLK.DOC**

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**replying**(1) 19:7
**report**(2) 25:12 27:3
**reports**(2) 12:19 43:15
**represent**(1) 56:25
**representations**(1) 51:23
**representatives**(1) 35:16
**request**(5) 30:2 33:4 48:21 58:10 58:11
**requested**(2) 20:15 56:23
**requests**(3) 16:10 37:5 51:8
**required**(6) 10:1 20:22 39:15 40:9 41:7 46:21

**requires**(1) 60:3
**research**(3) 7:4 7:5 25:9
**research's**(1) 43:23
**reservation**(1) 47:21
**reserve**(3) 46:6 46:21 49:7
**reserved**(3) 17:3 27:17 60:16
**reserves**(2) 28:7 28:8
**resolution**(2) 14:25 24:25
**resolve**(4) 11:23 29:1 42:3 46:1
**resolved**(15) 9:9 16:11 21:10 21:22 26:13 26:16 26:23 27:9 28:4 32:2 32:3 39:12 41:19 43:9 48:10

**resolves**(1) 11:25
**resort**(2) 38:25 53:3
**respect**(5) 36:12 42:7 42:15 49:8 52:23
**respectfully**(1) 36:12
**respond**(2) 20:4 36:21
**responded**(1) 23:9
**response**(4) 19:17 30:5 30:8 59:21
**responses**(2) 16:11 22:5
**rest**(6) 28:13 29:3 35:7 56:18 56:19 57:9
**result**(1) 29:12
**retirement**(1) 51:14
**review**(1) 39:10
**reviewed**(1) 50:23
**revised**(2) 57:10 57:13

**right**(60) 8:9 8:20 9:1 9:7 9:17 9:25 10:8 10:18 15:9 16:18 17:11 19:9 20:11 20:23 21:8 22:13 22:25 23:22 23:23 24:5 24:11 24:21 25:14 26:1 26:6 28:21 28:24 29:19 31:13 33:2 33:20 34:14 35:21 35:22 36:8 37:12 37:15 38:11 41:12 41:22 42:9 42:19 43:4 43:21 47:5 47:19 49:11 50:11 51:10 55:7 56:5 57:7 57:8 58:3 58:7 58:8 58:16 59:22 60:20 60:24

**rights**(5) 27:16 35:6 47:21 49:8 50:25
**rise**(5) 8:2 41:20 41:20 49:17 50:22
**rising**(1) 9:24
**risk**(3) 29:22 36:7 39:16
**risks**(2) 32:16 55:12
**robert**(1) 7:22
**rodney**(2) 4:26 4:40
**role**(1) 15:11
**room**(2) 14:13 14:14
**rooney,pc**(1) 3:44
**rosenman**(1) 6:16
**rothschild**(1) 3:15
**rub**(1) 33:5
**rudnick**(3) 3:21 6:20 41:16
**rule**(2) 20:5 52:5
**rules**(2) 42:1 42:1
**rulings**(3) 29:12 29:13 29:21
**run**(10) 13:23 16:4 32:11 32:19 32:24 34:1 34:23 53:20 55:8 56:17

**running**(3) 36:14 54:6 56:8
**runs**(2) 13:8 33:14
**sadly**(1) 53:8
**said**(12) 21:10 26:13 29:20 32:7 33:7 41:8 47:16 50:7 52:5 52:21 52:24

**said/she**(1) 50:7

**sakes**(1) 56:15
**sale**(1) 35:17
**sales**(3) 35:19 35:22 48:2
**saltzstein**(1) 6:48
**same**(4) 49:24 52:12 55:14 55:17
**samis**(1) 3:39
**sandler**(1) 7:30
**sanjana**(1) 7:5
**satisfied**(6) 9:17 16:23 30:20 31:7 49:7 49:22

**satisfy**(1) 43:11
**satisfying**(1) 38:18
**save**(1) 52:17
**saw**(2) 30:22 51:17
**say**(18) 10:19 13:9 14:2 14:10 14:16 16:19 27:15 28:4 29:6 29:11 32:22 33:1 36:13 41:2 50:22 56:12 56:13 59:10

**saying**(1) 30:24
**says**(3) 14:1 40:4 53:24
**scale**(1) 35:10
**scenario**(2) 33:23 41:6
**scenarios**(2) 32:12 36:14
**schedule**(2) 18:4 52:12
**schlerf**(1) 3:16
**schotz**(1) 1:54
**schuylkill**(1) 1:42
**schweitzer**(67) 1:33 8:17 8:22 10:8 10:10 10:12 10:14 11:19 13:20 15:10 16:7 16:15 16:19 17:10 22:15 26:3 26:9 26:10 26:11 26:22 27:8 27:14 28:22 28:25 29:20 30:7 30:12 31:14 32:1 33:4 34:19 35:5 35:22 36:9 37:13 38:8 38:17 39:14 43:8 45:4 45:22 46:15 47:20 49:4 52:1 52:2 52:8 52:15 53:8 53:17 56:6 56:24 57:2 57:5 57:9 57:14 58:7 58:9 58:14 58:17 58:18 58:19 59:10 60:18 60:19 60:22

**schweitzer's**(1) 25:4
**season**(1) 19:18
**seated**(1) 8:4
**seats**(1) 43:1
**second**(3) 25:8 32:11 44:25
**secret**(1) 39:20
**section**(4) 24:23 24:25 40:3 43:11
**see**(13) 11:7 11:8 12:10 24:1 24:23 25:6 25:18 31:2 31:15 34:3 42:22 44:3 54:3

**seems**(1) 10:14
**seen**(1) 12:19
**selectively**(1) 12:5
**self**(1) 40:17
**selinda**(1) 6:29
**selling**(1) 12:17
**send**(1) 57:25
**sense**(1) 33:5
**sentence**(5) 9:6 9:10 9:11 9:11 9:16
**separate**(8) 10:25 32:23 40:1 55:5 55:6 55:24 55:25 59:16

**seriously**(1) 15:18
**serve**(2) 41:25 51:20
**served**(1) 43:15
**service**(2) 1:41 1:48
**services**(1) 1:41
**serving**(1) 18:19
**set**(5) 18:2 19:22 30:25 51:18 55:8
**settled**(1) 25:23

**settlement**(35) 11:1 11:12 11:22 11:23 12:8 12:20 12:21 13:6 13:11 13:12 13:19 14:11 14:13 14:17 25:7 29:23 29:24 31:10 33:8 36:6 37:9 42:10 48:3 48:5 48:8 48:17 49:9 53:4 53:11 54:10 54:11 54:12 54:15 60:2 60:3

**settlements**(3) 33:15 33:15 54:16
**settling**(1) 29:23
**seven**(1) 54:11
**seventh**(1) 2:20
**several**(2) 25:3 34:5
**shaping**(1) 34:4
**share**(1) 39:5
**shared**(1) 40:16
**shares**(1) 23:4
**she**(2) 45:4 45:4
**sheet**(1) 55:13
**shift**(1) 59:13
**shorthand**(2) 11:20 30:9
**should**(10) 23:15 29:24 29:25 30:13 30:14 32:7 32:14 40:9 40:15 45:2

**shouldn't**(1) 23:5
**should've**(1) 14:16
**show**(9) 27:20 27:22 32:19 32:22 32:25 34:8 34:8 34:8 57:15

**showing**(1) 55:20
**shows**(1) 56:7
**side**(6) 14:9 16:10 30:24 35:1 41:24
**sides**(1) 45:24
**sign**(3) 14:10 14:17 60:17
**signed**(1) 11:22
**significant**(2) 43:25 44:8
**signing**(1) 13:18
**silverpoint**(2) 6:24 6:25
**silverstein**(1) 6:39
**similar**(1) 49:2
**similarly**(2) 45:19 48:14
**simple**(3) 58:24 59:4 59:15
**simply**(5) 18:7 23:21 25:11 25:12 26:22
**since**(4) 35:13 35:14 35:15 57:16
**sir**(3) 47:5 51:13 52:1
**sit**(1) 56:4
**situated**(3) 45:19 48:14 49:2
**situation**(5) 53:12 59:6 59:7 59:8 60:4
**six**(1) 22:5
**size**(1) 27:23
**skadden**(2) 4:37 6:46
**slate**(2) 4:37 6:46
**slush**(1) 14:4
**small**(1) 24:23
**smallest**(1) 53:18
**smart**(1) 56:14
**snmp**(15) 5:4 22:10 26:15 26:17 26:23 27:23 28:15 29:4 36:5 43:6 43:13 43:23 44:2 44:7 52:16

**snmp's**(2) 44:4 45:15
**snnp**(1) 25:9
**snp**(1) 45:12
**sold**(1) 35:19
**sole**(1) 34:11
**solicitation**(5) 8:15 18:2 18:8 18:15 48:7
**soliciting**(1) 15:24
**solution**(3) 6:37 15:17 57:5
**solutions**(3) 30:22 47:9 47:18
**some**(13) 14:2 19:11 19:16 28:9 32:15 34:22 34:22 34:23 39:12 44:21 46:16 52:20 56:14

**somehow**(1) 55:5
**someone**(4) 14:1 14:3 14:6 33:7
**someone's**(1) 13:25
**something**(5) 14:12 19:1 41:10 53:1 53:6

**sometimes**(1) 31:18
**sorry**(1) 15:7
**sort**(1) 16:8
**sorts**(3) 13:8 33:14 33:15
**sound**(2) 1:47 62:3
**speak**(5) 22:14 25:5 28:14 31:21 32:14
**speaking**(1) 46:5
**speaks**(1) 8:23
**specifically**(1) 39:24
**speedily**(1) 10:15
**spent**(1) 10:24
**split**(1) 16:8
**spoke**(1) 21:9
**spread**(1) 31:14
**spsa**(6) 25:20 33:9 54:11 54:14 54:15 55:25

**square**(2) 4:26 4:40
**stage**(3) 15:23 26:23 31:9
**stages**(1) 26:14
**stake**(1) 44:8
**stakeholders**(1) 21:2
**stam**(1) 5:37
**stand**(2) 22:15 60:25
**standard**(1) 21:3
**standards**(2) 38:18 42:8
**stang**(1) 3:3
**stargatt**(1) 4:23
**stark**(3) 36:15 37:7 37:8
**start**(4) 12:4 15:24 54:2 54:13
**started**(1) 12:17
**starting**(3) 10:25 24:2 34:3
**stated**(1) 11:10
**statement**(32) 8:16 16:24 17:15 18:1 18:14 19:18 21:23 22:3 23:14 23:20 25:3 26:25 27:3 27:4 35:24 39:25 41:11 41:19 43:5 43:11 44:13 45:2 47:22 49:6 50:7 51:1 51:4 51:8 58:1 60:1 60:5 60:14

**statements**(2) 11:10 44:17
**states**(3) 1:1 1:20 8:16
**status**(3) 18:20 18:22 30:3
**ste**(1) 3:46
**steen**(2) 1:31 17:22
**step**(4) 10:15 10:18 10:23 11:2
**stephen**(2) 4:37 6:47
**steven**(2) 3:22 41:15
**stick**(1) 15:14
**still**(3) 12:6 15:20 19:24
**stock**(1) 23:4
**stood**(1) 50:24
**story**(1) 35:9
**strauss**(2) 3:28 7:21
**street**(8) 1:11 1:42 2:26 2:38 3:40 4:19 4:27 4:41

**stretch**(1) 12:16
**string**(2) 13:3 33:17
**strongly**(1) 29:9
**sub**(12) 31:10 31:11 32:6 32:16 32:19 32:19 34:9 35:23 38:23 40:8 52:25 54:24

**subject**(1) 20:7
**submission**(1) 30:23
**submissions**(1) 11:8
**submit**(1) 28:22
**submitted**(1) 25:12
**subrogation**(1) 35:6
**subsidiary**(2) 34:11 38:13
**substance**(2) 27:17 45:10
**substantial**(2) 11:21 46:11
**substantially**(1) 44:21
**substantive**(16) 30:18 32:9 32:12 33:3 38:9 38:16 39:16 40:24 40:17 40:25 41:4 55:20 59:3 59:6 59:7 59:24

**NORTEL.12.1.16.TLK.DOC**

| Word | Page:Line |
|------|-----------|
| substantively(2) | 32:7 33:9 |
| such(3) | 11:3 39:17 59:2 |
| sufficiency(1) | 48:1 |
| sufficient(3) | 22:7 48:25 60:8 |
| suggest(2) | 23:4 57:3 |
| suggested(1) | 46:16 |
| suite(4) | 2:13 3:17 4:7 4:19 |
| sullivan(1) | 2:5 |
| sum(1) | 14:4 |
| summary(1) | 56:2 |
| support(5) | 11:12 41:21 41:24 45:13 47:1 |
| sure(7) | 12:10 36:25 40:13 41:10 45:15 46:22 59:5 |
| surrounding(1) | 38:9 |
| surveyed(1) | 14:14 |
| susan(1) | 6:48 |
| suspect(1) | 40:12 |
| sympathetic(2) | 29:6 29:16 |
| system(1) | 55:1 |
| table(3) | 14:12 33:12 56:2 |
| tabulation(4) | 18:2 20:25 21:4 21:12 |
| take(8) | 8:25 9:10 14:3 20:13 33:18 36:24 42:15 51:6 |
| taken(6) | 16:22 17:8 28:8 34:22 43:1 |
| takes(1) | 55:17 |
| taking(3) | 14:6 32:4 58:9 |
| talk(3) | 11:20 32:5 32:5 |
| talking(1) | 55:15 |
| tamara(1) | 1:26 |
| tammy(1) | 62:8 |
| target(1) | 18:16 |
| taylor(4) | 3:38 4:24 4:37 6:47 |
| teece(1) | 2:6 |
| teed(1) | 52:11 |
| telephone(3) | 10:19 10:21 11:19 |
| telephonic(3) | 5:18 6:1 7:1 |
| tell(4) | 34:7 34:7 34:7 46:3 |
| telling(3) | 14:17 44:3 56:18 |
| temporary(3) | 19:15 20:6 20:25 |
| terms(23) | 26:16 27:17 28:1 28:19 29:14 30:24 31:9 32:13 32:14 32:15 32:18 35:8 35:23 36:13 36:22 45:11 50:3 52:12 52:20 52:24 53:14 54:14 55:21 |
| terrific(1) | 23:23 |
| test(1) | 31:10 |
| text(2) | 32:15 43:23 |
| than(17) | 18:12 19:14 20:10 29:23 31:4 32:18 35:12 36:2 36:15 37:7 40:11 42:17 45:8 48:19 54:5 56:12 56:13 |
| thank(48) | 8:3 8:9 16:18 16:18 17:10 21:24 22:1 23:21 23:24 26:6 26:6 26:8 35:25 37:15 38:4 38:4 41:12 41:13 41:14 42:17 42:19 47:3 47:5 47:6 47:7 47:13 49:10 49:11 50:11 50:12 50:13 51:10 51:10 51:12 51:13 51:19 51:23 51:24 52:1 52:2 58:8 58:17 58:18 58:19 59:19 59:20 60:19 60:24 |
| thanks(2) | 15:5 16:15 |

| Word | Page:Line |
|------|-----------|
| that(301) | 8:20 8:22 9:2 9:6 9:18 10:15 11:3 12:1 12:15 13:15 13:17 13:21 13:21 13:25 14:5 14:5 14:9 14:11 14:11 14:19 14:22 14:22 14:23 15:1 15:10 15:15 15:18 15:18 15:24 16:1 16:13 16:23 17:1 17:1 17:2 17:5 17:7 17:18 18:4 18:12 18:16 18:24 18:25 19:13 19:15 19:20 19:21 19:22 19:23 19:23 19:25 20:1 20:4 20:6 20:16 20:17 20:19 21:4 21:5 21:6 21:10 21:10 21:10 21:11 21:12 21:14 21:19 21:24 22:4 22:6 22:19 22:23 22:24 23:3 23:4 23:8 23:10 23:11 23:11 24:1 24:5 24:19 25:10 25:14 25:19 25:25 26:4 27:2 27:8 27:10 27:11 27:15 27:19 27:21 27:21 27:22 27:24 27:24 28:4 28:15 28:16 29:3 29:9 29:10 29:20 29:21 29:22 30:4 30:6 30:13 30:15 30:19 30:22 31:3 31:4 31:6 31:7 31:7 31:9 31:16 31:17 31:19 32:3 32:5 32:13 32:15 32:24 32:24 33:7 33:11 33:16 33:16 33:21 34:1 34:4 34:7 34:22 35:2 35:9 35:18 36:1 36:5 36:17 36:19 36:20 36:22 36:24 36:25 36:25 37:3 37:3 37:6 37:7 37:8 37:13 38:14 38:15 38:18 38:19 38:20 38:21 38:21 38:23 38:23 38:24 39:5 39:7 39:9 39:11 39:11 39:12 39:13 39:17 39:20 39:22 39:25 40:3 40:7 40:12 40:12 40:15 40:16 40:18 40:23 41:2 41:4 41:7 41:9 41:9 41:10 41:10 41:20 41:20 41:25 41:25 42:3 42:13 42:14 42:16 42:17 43:5 43:9 43:10 43:12 43:14 43:16 43:24 44:7 44:13 44:14 44:16 44:18 44:18 44:19 44:22 44:23 44:23 44:25 45:1 45:4 45:14 45:14 45:15 45:16 45:17 45:21 45:25 46:4 46:5 46:10 46:15 46:22 46:25 47:2 48:9 49:7 49:17 49:21 49:23 49:24 50:16 50:17 50:21 50:22 51:1 51:4 51:5 51:7 51:7 51:8 51:15 51:17 51:19 51:25 52:4 52:9 52:12 52:15 52:16 52:19 52:24 53:1 53:5 53:8 53:10 53:15 53:18 53:22 53:22 53:23 54:8 54:11 54:17 54:21 55:5 55:13 55:21 56:3 56:6 56:13 56:21 56:22 57:5 57:5 57:9 57:23 57:24 58:6 58:10 58:11 59:2 59:8 59:9 59:10 59:12 |
| that(15) | 59:13 59:15 59:16 59:19 59:23 59:25 59:25 60:3 60:4 60:5 60:10 60:10 60:15 60:25 62:2 |
| that's(36) | 11:24 12:1 14:4 14:17 14:17 14:20 17:9 18:3 19:4 20:22 27:15 28:24 29:19 30:7 30:17 31:19 33:24 35:23 36:7 36:9 37:2 37:10 40:18 41:2 43:20 44:9 48:8 50:6 50:8 52:21 53:1 53:13 54:5 59:13 60:22 |
| thau(1) | 7:10 |

| Word | Page:Line |
|------|-----------|
| the(301) | 1:1 1:2 1:19 2:24 3:9 3:11 3:44 4:13 4:23 8:2 8:3 8:4 8:7 8:9 8:12 8:14 8:15 8:16 8:17 8:17 8:20 9:1 9:2 9:3 9:10 9:11 9:11 9:13 9:16 9:21 9:22 9:23 9:23 9:24 10:1 10:1 10:2 10:6 10:8 10:11 10:13 10:17 10:17 10:18 10:20 10:20 10:22 11:1 11:1 11:2 11:2 11:3 11:4 11:4 11:4 11:5 11:5 11:6 11:7 11:7 11:7 11:8 11:8 11:9 11:10 11:11 11:11 11:11 11:13 11:14 11:14 11:15 11:15 11:15 11:15 11:17 11:17 11:17 11:18 11:23 11:23 12:3 12:3 12:4 12:4 12:6 12:7 12:7 12:8 12:10 12:11 12:12 12:14 12:14 12:15 12:15 12:16 12:17 12:18 12:20 12:25 13:1 13:3 13:8 13:10 13:11 13:12 13:15 13:15 13:19 13:21 13:23 14:1 14:2 14:4 14:7 14:8 14:9 14:9 14:12 14:13 14:14 14:15 14:17 14:19 14:20 14:21 14:22 14:23 15:1 15:1 15:4 15:6 15:8 15:9 15:11 15:15 15:17 15:18 15:21 15:23 15:24 15:25 16:1 16:2 16:2 16:3 16:4 16:6 16:8 16:10 16:14 16:15 16:16 16:16 16:20 16:21 16:23 17:1 17:2 17:2 17:4 17:6 17:6 17:8 17:11 17:16 17:17 17:20 17:21 17:23 17:23 17:25 18:2 18:4 18:5 18:6 18:8 18:9 18:9 18:11 18:13 18:14 18:16 18:17 18:17 18:17 18:18 18:18 18:19 18:20 18:23 18:24 18:25 19:2 19:3 19:6 19:9 19:10 19:12 19:13 19:14 19:16 19:18 19:19 19:20 19:20 19:21 19:23 20:1 20:1 20:3 20:5 20:6 20:8 20:10 20:12 20:13 20:13 20:20 20:20 20:21 20:23 20:24 21:2 21:4 21:7 21:8 21:9 21:12 21:13 21:14 21:15 21:18 21:21 21:22 21:22 21:24 22:1 22:3 22:6 22:6 22:7 22:8 22:9 22:10 22:10 22:13 22:14 22:15 22:16 22:17 22:18 22:19 22:22 22:25 23:1 23:3 23:4 23:6 23:8 23:8 23:10 23:14 23:16 23:17 23:18 23:19 23:19 23:21 23:23 23:25 24:2 24:4 24:4 24:8 24:10 24:11 24:13 24:14 24:14 24:14 24:16 24:17 24:18 24:20 24:20 24:21 24:22 24:24 24:25 25:1 25:2 25:4 25:6 25:7 25:8 25:10 25:14 |
| the(301) | 25:15 25:17 25:19 25:20 25:20 25:20 25:21 25:25 26:1 26:3 26:4 26:6 26:9 26:13 26:14 26:15 26:15 26:15 26:16 26:18 26:20 26:21 26:22 26:24 26:25 27:1 27:2 27:3 27:3 27:4 27:4 27:5 27:7 27:10 27:13 27:14 27:17 27:18 27:20 27:20 27:22 27:22 27:23 27:23 28:1 28:5 28:7 28:7 28:8 28:11 28:17 28:18 28:21 28:22 28:24 29:3 29:4 29:5 29:7 29:8 29:10 29:12 29:12 29:13 29:17 29:19 29:21 29:21 29:23 29:24 29:25 30:2 30:3 30:3 30:3 30:5 30:5 30:7 30:8 30:8 30:9 30:11 30:13 30:14 30:14 30:16 30:16 30:21 31:5 31:7 31:8 31:9 31:10 31:10 31:12 31:13 31:14 31:15 31:19 31:19 31:24 32:2 32:2 32:7 32:8 32:9 32:14 32:16 32:17 32:18 32:20 33:5 33:6 33:6 33:9 33:12 33:14 33:17 33:18 33:18 33:20 33:22 33:23 33:24 33:25 34:2 34:4 34:5 34:9 34:10 34:10 34:11 34:12 34:14 34:15 34:18 34:20 34:24 34:25 35:1 35:1 35:2 35:4 35:5 35:7 35:7 35:10 35:12 35:13 35:15 35:15 35:16 35:18 35:18 35:21 35:23 35:24 35:25 35:25 36:3 36:4 36:5 36:6 36:7 36:8 36:12 36:14 36:15 36:16 36:17 36:18 36:20 36:23 37:1 37:2 37:4 37:6 37:7 37:10 37:11 37:12 37:13 37:15 37:18 37:20 37:22 37:25 38:1 38:3 38:4 38:8 38:9 38:11 38:15 38:16 38:18 38:21 38:24 39:4 39:4 39:5 39:6 39:7 39:7 39:10 39:10 39:11 39:11 39:12 39:16 39:19 39:22 39:24 39:25 40:1 40:2 40:2 40:4 40:5 40:8 40:8 40:10 40:11 40:13 40:14 40:16 40:21 40:24 40:24 41:1 41:2 41:5 41:5 41:7 41:10 41:11 41:12 41:14 41:16 41:17 41:21 41:22 41:23 41:24 41:24 42:1 42:1 42:2 42:3 42:4 42:5 42:6 42:8 42:9 42:10 42:12 42:13 42:19 42:22 42:24 42:25 43:1 43:4 43:5 43:6 43:7 43:7 43:9 43:9 43:10 43:10 43:11 43:12 43:12 43:13 43:13 43:14 43:16 43:17 43:17 43:19 43:20 43:21 43:23 43:24 43:25 44:1 44:2 44:3 44:4 44:5 44:8 44:11 44:11 44:13 44:14 44:15 44:16 44:18 |

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(250) 44:19 44:20 44:25 45:1 45:1 45:2 45:5 45:6 45:8 45:8 45:10 45:10 45:10 45:11 45:14 45:17 45:21 45:23 45:24 45:25 46:2 46:2 46:3 46:3 46:5 46:6 46:6 46:10 46:12 46:13 46:17 46:19 46:21 47:2 47:5 47:7 47:10 47:12 47:15 47:19 47:21 47:22 47:23 47:24 47:25 48:1 48:1 48:2 48:2 48:3 48:5 48:5 48:6 48:8 48:12 48:14 48:17 48:18 48:21 48:21 48:23 48:25 49:1 49:6 49:9 49:11 49:13 49:15 49:19 49:20 49:22 49:23 49:24 49:25 50:1 50:3 50:4 50:4 50:5 50:5 50:6 50:8 50:9 50:9 50:10 50:11 50:13 50:16 50:17 50:18 50:19 50:20 50:22 50:24 51:1 51:1 51:1 51:2 51:3 51:3 51:4 51:6 51:6 51:7 51:8 51:10 51:13 51:14 51:17 51:17 51:21 51:22 52:1 52:5 52:7 52:9 52:11 52:12 52:14 52:16 52:20 52:23 53:3 53:4 53:7 53:10 53:11 53:12 53:12 53:12 53:16 53:18 53:18 53:19 53:20 53:21 54:1 54:2 54:4 54:8 54:8 54:10 54:11 54:14 54:15 54:15 54:16 54:16 54:20 54:23 54:24 55:1 55:3 55:4 55:10 55:15 55:15 55:17 55:19 55:20 55:20 55:20 55:22 55:23 55:25 56:1 56:2 56:3 56:3 56:5 56:6 56:7 56:8 56:15 56:15 56:16 56:16 56:18 56:18 56:19 56:19 56:19 56:22 56:22 56:22 56:25 56:25 57:4 57:8 57:10 57:10 57:12 57:15 57:15 57:16 57:18 57:21 57:22 57:22 57:23 57:24 58:1 58:3 58:5 58:8 58:9 58:13 58:16 58:18 58:20 58:23 58:24 58:25 59:4 59:14 59:14 59:18 59:20 59:22 59:22 59:23 59:23 59:24 59:25 59:25 60:1 60:2 60:4 60:5 60:5 60:5 60:6 60:7 60:9 60:10 60:12 60:12 60:13 60:13 60:14 60:15 60:17 60:20 60:24 61:1 62:2 62:3 62:3 62:4

**their**(33) 12:12 13:13 13:13 14:8 14:9 14:25 15:21 18:22 19:14 20:9 21:10 21:15 23:5 26:25 28:8 28:9 29:7 29:8 30:24 31:18 32:15 32:22 32:23 33:12 34:1 35:9 36:13 36:15 40:23 50:24 55:23 56:1 56:17

**them**(23) 12:9 12:10 13:8 14:15 16:8 16:9 16:23 17:8 18:25 19:1 22:12 24:25 26:13 28:15 31:17 31:18 32:21 33:15 35:12 46:15 55:7 56:13 56:20

**themselves**(2) 13:15 32:14

**then**(18) 8:18 9:20 9:25 16:7 18:2 18:23 19:6 20:14 25:2 25:15 28:1 32:1 32:11 33:1 45:6 46:23 46:25 54:20

**there**(39) 9:21 9:22 9:22 10:7 12:4 13:2 15:15 16:10 19:11 21:11 21:15 23:13 24:3 26:11 27:2 27:10 28:19 29:10 31:5 31:8 31:20 34:23 34:25 37:5 37:6 39:21 39:21 40:20 42:23 44:17 46:17 48:22 53:22 55:4 56:16 57:16 59:10 59:11 60:2

**therefore**(1) 55:7
**thereof**(1) 48:2
**there's**(34) 9:2 9:20 12:23 14:3 14:3 21:11 22:4 23:9 24:19 24:21 28:19 29:3 29:21 30:12 30:18 30:25 31:2 31:4 32:12 33:14 34:22 36:14 36:18 39:8 40:3 45:17 52:3 52:18 54:20 54:25 54:25 55:5 57:17

**these**(25) 11:3 12:13 13:1 14:21 15:3 15:17 17:7 20:16 21:16 24:4 24:6 24:18 25:3 32:10 33:5 35:2 35:22 39:22 40:5 45:5 46:4 46:18 46:23 55:24 56:9

**they**(39) 14:12 19:1 20:4 20:17 21:7 21:20 26:18 29:6 30:15 31:16 32:14 32:17 35:13 35:18 35:19 36:10 36:13 36:13 36:13 36:21 39:7 39:12 39:12 39:17 40:16 49:5 49:21 50:18 52:24 56:10 56:13 56:14 56:15 56:16 56:17 56:17 59:1 59:2 59:12

**they're**(14) 13:14 14:22 15:25 16:21 18:25 23:3 28:4 28:15 30:4 31:18 34:25 46:21 46:23 56:14

**they've**(5) 12:13 23:7 25:12 35:11 40:11
**thing**(8) 13:21 14:1 30:7 34:23 38:14 45:7 52:24 53:14

**things**(11) 9:16 16:19 17:25 28:5 28:12 34:4 47:24 48:21 52:4 53:2 55:9

**think**(57) 8:24 9:15 10:19 13:21 14:7 14:12 14:13 14:16 14:19 16:3 16:13 17:2 17:6 22:6 23:7 26:11 26:13 27:9 27:18 28:6 29:22 31:6 31:21 31:22 32:1 32:4 32:13 33:21 36:24 37:3 37:6 38:23 40:3 40:15 40:17 40:25 41:3 41:7 41:9 43:10 44:3 44:7 46:9 52:12 52:19 52:25 53:23 54:1 54:7 55:14 56:8 57:2 57:6 57:12 59:25 60:10

**thinks**(1) 31:16
**third**(3) 26:14 38:24 54:15
**third-party**(1) 46:14
**this**(73) 10:16 10:18 11:22 13:9 13:16 14:6 14:12 14:15 15:2 15:5 15:12 15:15 15:22 18:19 20:3 21:2 22:5 23:7 24:1 24:13 25:23 26:23 31:9 32:10 32:19 33:3 33:5 34:7 34:10 34:21 35:6 35:8 35:14 35:14 36:3 36:6 36:16 36:16 37:3 37:6 37:8 39:1 40:4 41:6 41:7 44:8 44:9 45:12 45:12 45:14 46:1 47:8 48:6 48:20 49:5 49:21 50:23 50:25 51:15 51:21 53:1 53:2 53:9 53:24 53:24 55:4 55:21 57:25 58:6 58:21 59:12 59:13

**thomas**(2) 2:42 49:12
**those**(38) 10:4 11:12 16:11 17:3 19:25 20:21 21:18 25:13 26:3 26:17 27:11 28:3 29:1 29:15 29:16 29:17 29:24 31:20 32:2 32:24 33:11 33:13 35:10 36:24 39:17 39:23 39:24 40:8 40:9 40:15 45:9 49:1 50:3 50:10 52:17 52:18 60:16

**thought**(4) 33:22 43:24 51:15 51:18
**threat**(1) 48:18
**three**(4) 22:14 22:15 26:12 52:10
**through**(21) 13:8 13:23 14:23 16:4 16:9 17:16 17:19 18:3 26:17 27:24 28:5 28:18 31:5 34:24 38:15 39:13 48:17 52:18 55:1 55:2 55:3

**throughout**(2) 12:13 50:23
**thumbs-down**(2) 37:9 56:19
**thumbs-up**(2) 37:8 56:19
**thursday**(1) 8:1
**thus**(1) 17:9
**tied**(1) 14:22
**time**(11) 10:24 11:24 12:13 15:15 16:22 20:19 29:18 38:22 47:3 50:10 51:16

**timeframe**(1) 42:14
**timeline**(3) 18:3 20:4 42:2
**times**(1) 34:5
**timothy**(1) 6:25
**tiwana**(1) 7:14

**today**(30) 10:18 10:22 15:19 15:23 17:23 19:16 20:2 20:7 21:19 22:2 23:1 25:5 27:11 27:17 30:2 32:11 32:18 33:23 35:23 35:24 36:23 36:23 37:22 38:15 45:20 50:3 50:6 50:17 51:18 58:5 60:20

**today's**(1) 60:11
**toe**(1) 37:4
**together**(15) 10:24 12:2 12:3 12:6 13:7 13:10 32:21 32:23 33:13 33:16 46:19 55:6 56:7 56:10 59:11

**told**(2) 42:12 44:23
**too**(3) 14:16 42:2 47:7
**took**(1) 15:17
**topics**(1) 46:18
**tough**(1) 53:10
**toughest**(1) 13:11
**toward**(2) 19:4 19:7
**towards**(2) 30:16 32:10
**tower**(1) 3:34
**track**(1) 52:12
**trade**(13) 3:15 6:20 21:5 22:10 26:15 29:5 30:23 41:18 45:9 47:22 48:14 50:4 51:17
**transcriber**(1) 62:8
**transcript**(3) 1:18 1:48 62:3
**transcription**(3) 1:41 1:41 1:48
**traps**(2) 45:14 45:17
**treated**(3) 19:25 49:3 59:2
**treatment**(3) 48:4 48:15 48:19
**trial**(2) 12:14 12:25
**tricks**(1) 45:17
**tried**(2) 10:20 38:14
**triple**(1) 11:15
**truly**(2) 24:23 53:2
**trust**(4) 5:12 6:5 6:17 6:33
**trustee**(6) 4:4 4:17 4:17 19:16 22:8 22:17
**trustees**(1) 18:9
**trustee's**(1) 22:19
**try**(1) 13:17
**trying**(7) 16:9 28:16 28:19 28:20 35:9 37:5 45:12

**tuesday**(2) 24:9 57:20
**tug**(1) 31:17
**tunnell**(1) 1:24
**turn**(3) 16:3 25:15 56:1
**turning**(1) 25:2
**tweed**(3) 2:41 7:25 49:13
**two**(18) 20:4 20:8 26:12 32:22 32:24 33:6 35:8 39:2 39:5 39:17 40:5 40:15 43:6 45:9 54:1 55:5 55:24 59:16
**type**(2) 28:7 37:9
**typical**(1) 8:15
**u.k**(1) 2:11
**u.s**(23) 4:17 4:17 8:13 9:22 10:16 11:8 11:13 12:9 14:23 17:23 19:16 22:8 22:17 22:19 23:6 23:9 29:8 29:13 30:13 48:3 48:4 48:24 54:17

**ucc**(1) 11:15
**ukp**(1) 11:15
**unbundle**(1) 33:5
**unbundling**(1) 33:6
**uncertainty**(1) 36:19
**unconfirmable**(1) 45:3
**unconsolidated**(1) 54:1
**under**(9) 29:13 30:14 36:16 39:22 46:12 48:3 48:5 55:4 60:6

**understand**(14) 9:2 9:9 21:19 26:14 28:14 32:8 38:19 40:16 40:23 43:13 43:25 44:1 51:14 55:11

**understanding**(2) 31:6 32:13
**understands**(2) 31:22 56:19
**understood**(1) 32:2
**unfettered**(1) 46:5
**unfortunately**(1) 37:4
**unhappy**(2) 14:11 16:1
**unimpaired**(1) 18:22
**unintended**(1) 13:5
**unique**(1) 53:3
**united**(3) 1:1 1:20 8:16
**unless**(3) 21:20 26:2 47:2
**unraveled**(1) 34:23
**unsecured**(20) 7:18 18:18 30:17 30:25 31:1 43:23 44:4 44:5 44:11 44:19 45:15 48:5 48:15 48:16 49:3 50:16 50:18 50:24 51:3 54:21

**untether**(1) 10:25
**untethering**(1) 11:3
**until**(3) 20:8 23:5 51:16
**update**(3) 21:21 24:17 25:25
**updated**(1) 24:4
**updates**(1) 57:23
**upon**(1) 28:13
**urquhart**(1) 2:4
**use**(2) 44:22 48:18
**used**(1) 53:4
**usually**(1) 42:1
**validity**(1) 30:21
**value**(1) 27:21
**various**(12) 12:11 18:9 21:2 23:13 25:18 43:10 44:17 44:23 46:13 46:17 51:6

**version**(1) 58:15
**versions**(1) 24:20
**versus**(2) 59:6 59:8
**very**(36) 8:25 12:13 12:22 12:22 13:2 13:9 13:9 13:19 13:20 13:23 14:5 15:12 15:19 15:22 16:10 16:21 16:22 17:7 17:8 26:17 28:2 29:9 29:16 32:23 33:4 33:17 34:24 37:6 37:8 38:4 39:2 41:3 45:5 45:11 47:18 56:14

**vetted**(1) 30:19
**vicente**(1) 37:17
**victorious**(1) 48:22
**view**(6) 31:19 32:17 33:12 50:4 51:3
**views**(2) 13:13 27:16
**vigorous**(1) 12:24
**vincent**(1) 2:25
**virtue**(1) 18:22
**vital**(1) 15:12
**vitally**(1) 14:20
**voluminous**(1) 16:21
**vote**(4) 19:14 21:6 39:18 60:9
**votes**(1) 15:24
**voting**(9) 18:11 18:19 19:5 19:11 19:23 19:25 20:3 22:16 60:12

**waiting**(1) 11:5
**walk**(2) 26:17 31:5
**wan**(1) 19:1
**want**(22) 8:22 29:11 30:24 31:11 31:12 31:21 32:8 36:21 37:10 40:22 45:3 45:11 45:13 46:3 46:22 48:11 49:22 53:14 53:24 55:8 56:14 56:17

**wanted**(4) 8:21 17:6 52:23 56:20
**wants**(3) 13:24 31:14 31:15
**warren**(4) 2:30 6:8 37:23 38:7
**was**(34) 10:19 15:12 15:14 21:4 22:23 22:23 24:9 27:2 27:2 27:4 27:24 28:6 29:10 29:12 30:3 34:11 39:3 40:13 41:6 41:6 41:6 42:22 42:24 43:24 44:24 45:4 49:20 51:17 53:3 58:25 59:3 59:5 59:9 61:1

# NORTEL.12.1.16.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**washington**(2) 2:27 2:39
**wasn't**(2) 15:8 33:7
**water**(1) 37:4
**way**(16) 10:21 12:1 12:23 13:15 13:23
14:5 14:24 23:9 23:10 24:19 29:12 34:4
38:15 43:9 46:20 55:14

**ways**(4) 13:8 15:13 33:14 39:2
**website**(1) 18:24
**weeds**(1) 55:19
**week**(3) 16:20 20:2 20:3
**weeks**(2) 20:4 20:8
**weiss**(1) 7:27
**well**(19) 8:24 11:21 12:10 17:14 21:13
22:7 31:3 33:8 37:21 37:24 40:5 42:2
43:14 44:18 51:22 55:15 59:11 59:13
59:22

**went**(4) 14:13 27:6 44:19 44:20
**were**(20) 10:23 11:16 16:10 16:12 21:7
25:21 28:4 29:13 29:17 30:15 31:5 43:15
44:4 48:10 49:21 52:4 54:1 59:1 59:1
59:2

**we'd**(3) 19:17 29:2 41:11
**we'll**(14) 8:18 17:5 36:24 37:3 42:2
42:17 50:8 50:10 52:17 55:19 57:25
57:25 58:14 60:25

**we're**(23) 8:13 9:16 10:20 13:22 18:4
19:15 20:10 24:12 24:14 27:10 28:16
29:16 29:23 31:19 31:22 37:10 41:21
45:25 46:25 47:1 49:6 53:12 57:24

**we've**(20) 9:13 10:20 11:10 14:22 16:8
16:9 18:10 19:22 20:1 21:5 21:6 21:10
21:14 21:22 27:14 27:18 38:14 39:10
39:13 60:15

**what**(38) 13:13 13:14 14:18 20:10 22:23
23:15 24:9 24:12 24:19 28:3 28:7 28:11
28:17 32:19 32:25 33:3 33:13 34:9 35:7
35:8 35:10 36:10 36:16 36:19 37:10
39:24 40:11 53:20 53:24 54:12 56:1 56:6
56:7 56:20 59:5 59:7 59:18 60:4

**whatever**(2) 19:2 20:20
**what's**(4) 10:22 32:24 36:2 60:4
**when**(10) 11:16 12:17 31:8 42:12 45:2
46:11 51:13 55:14 58:13 60:17

**where**(11) 13:16 14:4 15:25 17:6 31:22
32:12 39:3 41:4 41:6 44:3 45:4

**whereby**(1) 20:6
**whereupon**(1) 61:1
**whether**(12) 9:11 22:2 28:11 29:11 29:24
32:6 39:18 48:16 49:1 58:24 58:25 59:1

**which**(26) 17:24 19:6 21:13 22:5 25:6
29:12 30:23 32:2 32:6 33:22 33:22 36:15
43:8 43:15 46:8 46:9 46:18 47:21 50:23
52:17 54:22 54:23 54:23 56:2 56:12 60:8

**while**(4) 12:9 44:7 44:18 59:10
**whiteford**(1) 3:38
**who**(14) 8:17 11:5 12:11 16:4 18:18
18:21 22:10 22:22 25:5 26:4 26:12 37:15
39:23 39:23

**whoever**(1) 36:5
**whole**(4) 13:12 33:6 33:18 45:7
**wholly**(1) 34:11
**whom**(1) 50:19
**who's**(4) 9:22 33:1 33:2 33:2
**why**(10) 8:25 9:19 10:5 32:9 32:9 32:11
32:18 32:19 43:20 54:3

**will**(30) 8:17 16:3 16:16 17:15 17:18
18:14 18:23 20:21 24:17 25:25 26:4
27:22 31:4 31:8 31:24 34:3 36:20 36:24
38:2 42:6 44:13 50:9 52:10 52:12 53:5
53:19 56:7 57:9 60:8 60:17

**william**(1) 5:13
**willkie**(2) 2:17 6:32
**wilmington**(16) 1:12 1:28 2:14 3:6 3:18
3:41 3:47 4:8 4:20 4:28 4:42 5:9 5:12
5:15 6:16 8:1
**wilson**(20) 2:31 2:37 36:21 37:23 37:24
38:2 38:5 38:6 38:6 38:12 40:22 41:12
41:13 53:17 53:24 55:14 58:20 58:22
58:23 59:20

**win**(1) 30:15
**wind**(1) 11:2
**winners**(2) 39:21 39:23
**wipe**(2) 28:17 46:18
**wish**(1) 58:20
**wishes**(2) 19:14 37:15
**with**(82) 9:14 9:18 10:6 10:6 12:2 12:11
12:15 13:1 15:14 15:19 15:19 16:23 18:8
19:6 19:10 19:16 19:20 19:22 20:24
21:2 21:9 21:14 22:5 22:11 22:12 23:12
23:17 24:2 25:8 25:9 25:19 25:21 27:21
28:4 28:11 29:6 29:16 29:20 30:20 31:18
31:19 32:1 32:20 32:23 33:10 33:11
35:8 36:12 36:20 36:22 37:13 37:22 40:2
40:9 40:11 40:16 40:18 42:2 42:3 42:7
42:10 42:14 42:15 43:9 45:3 45:18 45:21
47:2 49:7 49:8 49:22 49:24 50:5 51:1
52:19 52:21 52:23 54:16 57:9 59:16
59:25 60:24

**withdrew**(1) 22:24
**within**(3) 18:16 20:3 42:13
**without**(7) 12:19 14:6 30:21 32:19 33:6
33:18 41:8

**wlg**(1) 5:36
**won**(1) 44:2
**work**(11) 11:13 13:25 15:15 28:5 36:4
36:10 36:25 42:2 42:3 42:17 45:25

**worked**(3) 20:17 21:14 50:25
**working**(1) 49:24
**works**(1) 42:14
**world**(7) 18:25 27:18 27:21 31:19 32:17
56:18 56:19

**worldwide**(1) 10:24
**worse**(3) 36:11 36:17 36:18
**worth**(1) 32:4
**worthwhile**(1) 50:22
**would**(42) 9:22 14:15 19:6 20:2 20:4
20:12 20:13 20:15 20:18 20:20
21:12 21:24 23:11 24:1 27:15 28:8 28:13
30:15 31:11 35:19 36:12 36:19 36:24
39:4 40:22 42:12 44:1 44:5 48:4 51:16
52:9 53:4 54:6 54:9 54:12 56:12 56:13
56:23 57:2 58:10 60:1

**wouldn't**(1) 56:25
**wrote**(1) 44:18
**wunder**(1) 7:18
**www.diaztranscription.com**(  1:45
**yeah**(1) 57:4
**year**(1) 35:14
**years**(4) 12:18 20:1 35:11 35:12

**yes**(44) 8:5 9:4 9:5 9:19 11:18 16:6
16:14 17:7 17:17 18:6 19:12 23:18 23:21
24:16 25:1 25:17 26:9 26:21 27:7 27:7
27:13 30:11 31:24 35:4 38:1 40:21 41:17
42:11 42:25 45:23 45:23 47:10 47:12
47:23 48:12 49:15 49:19 50:20 52:7 53:7
53:16 56:24 57:18 58:13

**yesterday**(8) 23:13 24:7 25:9 25:23 28:3
42:22 46:16 51:18

**york**(9) 1:36 2:8 2:21 2:33 3:12 3:35
4:14 4:34 37:24

**you**(154) 8:3 8:4 8:4 8:8 8:9 8:22 9:3
9:17 10:1 10:4 10:5 11:6 11:7 11:16
12:5 12:18 12:20 13:3 13:3 13:4 13:6
14:7 14:13 14:14 15:4 15:4 16:4 16:9
16:18 16:18 16:25 17:10 17:25 18:1
18:12 19:15 20:6 21:12 21:21 21:24 22:1
22:2 22:2 23:21 23:24 24:25 25:5 25:6
26:6 26:6 26:8 26:13 29:2 29:11 30:22
30:24 31:15 32:5 32:9 32:16 32:18 32:19
32:20 32:21 32:24 33:5 33:10 33:17
33:17 34:3 34:5 37:15 37:20 38:4 38:4
41:4 41:4 41:12 41:13 41:14 42:17 42:17
42:19 42:22 42:23 44:18 46:19 47:3
47:5 47:6 47:7 47:7 47:12 47:13 48:10
49:2 49:10 49:11 49:17 49:23 50:6 50:11
50:12 50:13 51:10 51:10 51:12 51:13
51:19 51:20 51:23 51:25 52:1 52:2 52:2
53:13 54:1 54:3 54:6 54:6 54:12 54:13
54:17 54:20 55:2 55:5 55:7 55:8 55:8
55:23 55:24 56:1 56:6 56:7 57:10 57:14
58:8 58:10 58:11 58:14 58:17 58:18
58:19 58:20 58:23 59:4 59:11 59:14
59:17 59:19 59:20 60:6 60:19 60:24

**young**(2) 4:23 5:28
**your**(84) 8:11 8:13 9:12 10:3 10:6 10:10
12:25 17:10 17:13 17:14 17:15 17:21
18:4 18:13 19:4 20:16 20:18 20:18 20:21
20:24 21:18 21:20 22:1 22:4 22:11
22:16 23:2 23:12 23:16 24:2 24:13 24:19
24:22 26:2 26:8 26:10 26:17 27:11 29:2
29:4 29:7 29:3 33:16 36:22 37:17 37:19
37:22 38:3 38:6 38:7 39:1 41:13 41:15
42:17 42:21 43:2 43:6 44:15 44:23 45:12
46:2 47:1 47:3 47:3 47:8 47:13 49:12
49:17 50:9 50:10 50:15 50:17 51:14
51:15 51:23 52:2 53:17 57:25 58:6 58:17
58:22 59:19 60:19 60:22

**you'd**(2) 25:15 54:2
**you'll**(2) 25:18 31:2
**you're**(8) 8:9 15:16 32:21 34:2 35:9
55:9 59:15 59:18

**you've**(2) 12:19 54:18
**zealously**(1) 12:12
**zero**(1) 14:4
**ziehl**(1) 3:3
**"the**(1) 33:3
 **december**(1) 62:7