## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                              :          Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    :          Case No. 09-10138 (CSS)
:
        Wind-Down Debtors.           :          Jointly Administered
:
:
:
-----------------------------------------------------------X
:
*In re*                                              :          Chapter 11
:
Nortel Networks India International Inc.              :          Case No. 16-11714 (CSS)
:
        Debtor-In-Possession.         :          Jointly Administered
:
:          **Objections due:  December 7, 2021, 4:00 PM (ET)**
:
-----------------------------------------------------------X

**ONE HUNDRED AND SEVENTH INTERIM APPLICATION OF
CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS
ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR
ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.
<u>FOR THE PERIOD NOVEMBER 1, 2020 THROUGH OCTOBER 31, 2021</u>**

| | |
|---|---|
| Name of Applicant: | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Authorized to provide professional services to: | Debtor |
| Date of retention: | February 4, 2009 *nunc pro tunc* to January 14, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2020 through October 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $258,542.00 |

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Amount of reimbursement sought    $1,717.96
as actual, reasonable and
necessary:


    This is  x  an interim __ a final application

The total time expended for fee application preparation is approximately 8.1 hours and the
corresponding compensation requested is approximately $7,114.00.[2]



                    [REST OF PAGE LEFT INTENTIONALLY BLANK]

---

[2]        Allowance for compensation for such time, which includes the time spent for preparation of the quarterly
application, is partially requested in this application and the remaining portion will be sought in a subsequent fee
application.

If this is not the first application filed, disclose the following for each prior application:[3]

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 3/13/2009 | 1/14/09 – 1/31/09 | $1,332,922.00 / $40,486.21 | $1,332,922.00 / $40,486.21 |
| 4/24/2009 | 2/1/09 – 2/28/09 | $2,401,013.00 / $85,992.41 | $2,401,013.00 / $85,992.41 |
| 6/8/2009 | 3/1/09 – 3/31/09 | $2,576,907.00 / $72,828.04 | $2,576,907.00 / $72,828.04 |
| 6/26/2009 | 4/1/09 – 4/30/09 | $3,623,969.00 / $120,840.61 | $3,623,969.00 / $120,840.61 |
| 8/12/2009 | 5/1/09 – 5/31/09 | $4,189,301.00 / $149,375.78 | $4,189,301.00 / $149,375.78 |
| 8/28/2009 | 6/1/09 – 6/30/09 | $6,719,870.00 / $260,256.78 | $6,719,870.00 / $260,256.78 |
| 9/2/2009 | 7/1/09 – 7/31/09 | $6,401,447.00 / $105,860.59 | $6,401,447.00 / $105,860.59 |
| 10/12/09 | 8/1/09 – 8/31/09 | $3,500,255.50 / $144,692.17 | $3,500,255.50 / $144,692.17 |
| 11/4/09 | 9/1/09 – 9/30/09 | $6,121,796.50 / $211,814.25 | $6,121,796.50 / $211,814.25 |
| 11/20/09 | 10/1/09 – 10/31/09 | $5,809,684.00 / $113,043.44 | $5,809,684.00 / $113,043.44 |
| 1/27/10 | 11/1/09 – 11/30/09 | $6,749,148.00 / $331,025.87 | $6,749,148.00 / $331,025.87 |
| 2/17/10 | 12/1/09 – 12/31/09 | $5,464,702.00 / $181,160.07 | $5,464,702.00 / $181,160.07 |
| 2/24/10 | 1/1/10 – 1/31/10 | $4,140,091.00 / $219,515.26 | $4,140,091.00 / $219,515.26 |
| 4/29/10 | 2/1/10 – 2/28/10 | $4,905,787.00 / $171,181.35 | $4,905,787.00 / $171,181.35 |
| 5/25/10 | 3/1/10 – 3/31/10 | $5,773,802.50 / $192,424.98 | $5,773,802.50 / $192,424.98 |
| 6/3/10 | 4/1/10 – 4/30/10 | $4,167,775.00 / $99,664.64 | $4,167,775.00 / $99,664.64 |
| 7/30/10 | 5/1/10 – 5/31/10 | $5,235,168.50 / $122,250.74 | $5,235,168.50 / $122,250.74 |
| 8/20/10 | 6/1/10 – 6/30/10 | $4,658,887.50 / $125,657.93 | $4,658,887.50 / $125,657.93 |
| 9/7/10 | 7/1/10 – 7/31/10 | $3,807,758.00 / $61,121.85 | $3,805,768.00 / $61,121.85 |
| 10/1/10 | 8/1/10 – 8/31/10 | $4,768,299.00 / $68,351.89 | $4,768,299.00 / $68,351.89 |
| 11/4/10 | 9/1/10 – 9/30/10 | $5,064,338.00 / $101,664.93 | $5,064,338.00 / $101,664.93 |
| 11/24/10 | 10/1/10 – 10/31/10 | $5,283,347.50 / $184,289.11 | $5,283,347.50 / $184,289.11 |
| 1/14/11 | 11/1/10 – 11/30/10 | $5,105,656.50 / $271,866.71 | $5,105,656.50 / $271,866.71 |
| 2/10/11 | 12/1/10 – 12/31/10 | $3,399,682.50 / $130,866.79 | $3,399,682.50 / $130,866.79 |
| 2/25/11 | 1/1/11 – 1/31/11 | $4,280,308.00 / $59,060.14 | $4,280,308.00 / $59,060.14 |
| 3/30/11 | 2/1/11 – 2/28/11 | $4,082,343.50 / $105,648.81 | $4,082,343.50 / $105,648.81 |
| 5/3/11 | 3/1/11 – 3/31/11 | $7,029,897.00 / $129,162.41 | $7,029,897.00 / $129,162.41 |
| 5/25/11 | 4/1/11 – 4/30/11 | $5,241,975.50 / $123,255.29 | $5,241,975.50 / $123,255.29 |

---

[3]    Nortel Networks India International Inc. ("NNIII") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 26, 2016, which was consolidated and jointly administered with the other Nortel debtors' chapter 11 cases for procedural purposes [D.I. 17090].  The prior filings in this table reflect filings in connection with the jointly administered chapter 11 proceedings.  Fees and expenses related to NNIII were first included on Cleary Gottlieb's July 26, 2016 Application.

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 7/5/11 | 5/1/11 – 5/31/11 | $5,622,130.00 / $130,820.87 | $5,622,130.00 / $130,571.00 |
| 7/28/11 | 6/1/11 – 6/30/11 | $6,152,797.50 / $144,954.40 | $6,152,797.50 / $144,954.40 |
| 8/19/11 | 7/1/11 – 7/31/11 | $4,566,733.00 / $457,823.71 | $4,566,733.00 / $455,412.71 |
| 9/28/11 | 8/1/11 – 8/31/11 | $3,121,464.50 / $324,511.72 | $3,121,464.50 / $324,511.72 |
| 10/26/11 | 9/1/11 – 9/30/11 | $3,260,567.50 / $88,807.26 | $3,260,567.50 / $88,807.26 |
| 11/17/11 | 10/1/11 – 10/31/11 | $2,867,288.00 / $443,206.27 | $2,867,288.00 / $438,820.88 |
| 1/10/12 | 11/1/11 – 11/30/11 | $1,900,718.00 / $61,672.25 | $1,900,718.00 / $61,672.25 |
| 1/31/12 | 12/1/11 – 12/31/11 | $1,918,815.75 / $35,151.11 | $1,918,815.75 / $35,151.11 |
| 2/23/12 | 1/1/12 – 1/31/12 | $2,143,255.50 / $38,556.35 | $2,143,255.50 / $38,556.35 |
| 3/28/12 | 2/1/12 – 2/29/12 | $2,138,345.50 / $35,253.58 | $2,138,345.50 / $35,253.58 |
| 5/2/12 | 3/1/12 – 3/31/12 | $1,766,951.00 / $212,322.80 | $1,766,951.00 / $212,322.80 |
| 5/29/12 | 4/1/12 – 4/30/12 | $1,605,730.00 / $224,251.76 | $1,605,730.00 / $224,251.76 |
| 7/2/12 | 5/1/12 – 5/31/12 | $1,809,917.00 / $410,917.27 | $1,809,917.00 / $410,917.27 |
| 8/2/12 | 6/1/12 – 6/30/12 | $1,482,217.00 / $149,544.52 | $1,482,217.00 / $149,544.52 |
| 8/17/12 | 7/1/12 – 7/31/12 | $1,446,235.50 / $124,193.51 | $1,446,235.50 / $124,193.51 |
| 10/1/12 | 8/1/12 – 8/31/12 | $1,883,204.00 / $53,809.92 | $1,883,204.00 / $53,809.92 |
| 11/6/12 | 9/1/12 – 9/30/12 | $1,502,130.50 / $167,099.47 | $1,502,130.50 / $167,099.47 |
| 11/20/12 | 10/1/12 – 10/31/12 | $1,669,498.50 / $22,919.64 | $1,669,498.50 / $22,919.64 |
| 1/7/13 | 11/1/12 – 11/30/12 | $1,246,078.50 / $309,638.27 | $1,246,078.50 / $309,638.27 |
| 2/6/13 | 12/1/12 – 12/31/12 | $1,160,174.00 / $20,038.65 | $1,160,174.00 / $20,038.65 |
| 2/26/13 | 1/1/13 – 1/31/13 | $1,409,333.50 / $27,102.82 | $1,406,526.50 / $27,102.82 |
| 4/1/13 | 2/1/13 – 2/28/13 | $1,431,524.50 / $245,594.28 | $1,431,524.50 / $245,594.28 |
| 5/1/13 | 3/1/13 – 3/31/13 | $2,043,161.00 / $25,032.73 | $2,042,508.50 / $25,032.73 |
| 5/30/13 | 4/1/13 – 4/30/13 | $2,567,362.00 / $34,958.94 | $2,567,362.00 / $34,958.94 |
| 7/11/13 | 5/1/13 – 5/31/13 | $3,089,068.00 / $83,716.92 | $3,089,068.00 / $82,127.92 |
| 7/31/13 | 6/1/13 – 6/30/13 | $3,790,836.50 / $453,489.71 | $3,778,535.50 / $453,489.71 |
| 8/27/13 | 7/1/13 – 7/31/13 | $5,917,472.50 / $56,270.24 | $5,914,401.50 / $56,270.24 |
| 10/7/13 | 8/1/13 – 8/31/13 | $5,579,633.50 / $116,693.80 | $5,576,922.00 / $116,693.80 |
| 11/4/13 | 9/1/13 – 9/30/13 | $6,444,183.50 / $129,187.98 | $6,442,185.00 / $128,732.98 |
| 11/25/13 | 10/1/13 – 10/31/13 | $9,327,407.50 / $315,593.28 | $9,325,073.50 / $315,593.28 |
| 1/8/14 | 11/1/13 – 11/30/13 | $7,424,530.00 / $427,391.18 | $7,422,950.00 / $427,391.18 |
| 1/31/14 | 12/1/13 – 12/31/13 | $3,963,170.50 / $5,257,810.33 | $3,962,038.50 / $5,254,243.73 |
| 2/27/14 | 1/1/14 – 1/31/14 | $4,647,295.00 / $942,536.38 | $4,646,825.00 / $942,536.38 |
| 3/31/14 | 2/1/14 – 2/28/14 | $4,501,977.00 / $1,886,542.79 | $4,497,516.00 / $1,886,542.79 |

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 4/30/14 | 3/1/14 – 3/31/14 | $4,645,446.50 / $768,992.21 | $4,637,197.50 / $768,372.60 |
| 5/27/14 | 4/1/14 – 4/30/14 | $6,278,888.00 / $324,189.27 | $6,276,608.50 / $323,096.91 |
| 7/1/14 | 5/1/14 – 5/31/14 | $7,247,902.00 / $7,087,792.01 | $7,238,836.00 / $7,083,057.43 |
| 7/28/14 | 6/1/14 – 6/30/14 | $3,829,115.50 / $639,342.48 | $3,825,563.00 / $639,259.98 |
| 8/28/14 | 7/1/14 – 7/31/14 | $2,460,564.50 / $293,070.55 | $2,460,464.50 / $293,070.55 |
| 9/30/14 | 8/1/14 – 8/31/14 | $2,405,309.50 / $682,874.93 | $2,405,488.00 / $682,874.93 |
| 10/30/14 | 9/1/14 – 9/30/14 | $2,555,056.50 / $266,801.82 | $2,553,624.50 / $266,801.82 |
| 11/19/14 | 10/1/14 – 10/31/14 | $1,135,632.00 / $76,973.95 | $1,133,817.00 / $76,973.95 |
| 12/22/14 | 11/1/14 – 11/30/14 | $602,910.50 / $88,455.44 | $602,639.00 / $88,455.44 |
| 2/4/15 | 12/1/14 – 12/31/14 | $407,308.00 / $64,026.81 | $407,308.00 / $64,026.81 |
| 2/24/15 | 1/1/15 – 1/31/15 | $459,366.50 / $3,720,558.64 | $459,366.50 / $3,720,558.64 |
| 3/26/15 | 2/1/15 – 2/28/15 | $650,765.50 / $12,536.08 | $650,523.50 / $12,536.08 |
| 4/29/15 | 3/1/15 – 3/31/15 | $790,529.50 / $24,464.56 | $790,529.50 / $24,464.56 |
| 5/30/15 | 4/1/15 – 4/30/15 | $663,196.00 / $29,918.65 | $663,196.00 / $29,918.65 |
| 6/30/15 | 5/1/15 – 5/31/15 | $937,599.00 / $48,806.68 | $937,599.00 / $48,806.68 |
| 7/28/15 | 6/1/15 – 6/30/15 | $999,978.00 / $20,221.91 | $998,973.00 / $20,221.91 |
| 8/25/15 | 7/1/15 – 7/31/15 | $1,042,276.00 / $19,449.16 | $1,041,463.50 / $19,449.16 |
| 9/23/15 | 8/1/15 – 8/31/15 | $960,133.50 / $51,546.58 | $960,133.50 / $51,546.58 |
| 10/27/15 | 9/1/15 – 9/30/15 | $834,426.00 / $58,113.97 | $834,426.00 / $58,113.97 |
| 11/17/15 | 10/1/15-10/31/15 | $1,201,872.00 / $52,810.52 | $1,201,872.00 / $52,810.52 |
| 12/21/15 | 11/1/15-11/30/15 | $1,274,485.50 / $46,264.40 | $1,272,826.50 / $46,264.40 |
| 1/26/16 | 12/1/15-12/31/15 | $757,077.00 / $29,971.57 | $755,712.00 / $29,971.57 |
| 2/23/16 | 1/1/16-1/31/16 | $730,815.50 / $7,969.40 | $728,870.50 / $7,969.40 |
| 3/29/16 | 2/1/16-2/29/16 | $827,881.50 / $160,536.07 | $827,757.50 / $160,536.07 |
| 4/26/16 | 3/1/16-3/31/16 | $1,058,755.00 / $221,352.97 | $1,058,755.00 / $221,352.97 |
| 5/23/16 | 4/1/16-4/30/16 | $723,962.00 / $245,474.74 | $723,557.00 / $245,474.74 |
| 6/28/16 | 5/1/16-5/31/16 | $575,132.50 / $135,671.12 | $575,132.50 / $135,671.12 |
| 7/26/16 | 6/1/16-6/30/16 | $1,033,934.50 / $147,782.14 | $1,033,934.50 / $147,782.14 |
| 8/25/16 | 7/1/16-7/31/16 | $1,039,830.00 / $182,564.71 | $1,039,830.00/ $182,564.71 |
| 9/27/16 | 8/1/16-8/31/16 | $1,207,890.25 / $186,881.52 | $1,207,890.25 / $186,881.52 |
| 10/25/16 | 9/1/16-9/30/16 | $1,866,199.00 / $372,139.22 | $1,859,172.50 / $370,440.67 |
| 11/22/16 | 10/1/16-10/31/16 | $2,640,166.50 / $707,047.06 | $2,640,166.50 / $707,047.06 |
| 12/20/16 | 11/1/16-11/30/16 | $2,244,891.00 / $738,076.60 | $2,244,826.00 / $738,076.60 |
| 1/21/17 | 12/1/16-12/31/16 | $2,430,492.50 / $1,389,651.45 | $2,430,492.50 / $1,389,651.45 |

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 2/24/17 | 1/1/17-1/31/17 | $1,885,356.50 / $1,761,111.29 | $1,884,526.00 / $1,761,111.29 |
| 3/29/17 | 2/1/17-2/28/17 | $1,218,820.50 / $389,462.92 | $975,056.40 / $389,462.92 |
| 4/28/17 | 3/1/17-3/31/17 | $1,032,580.50 / $373,423.65 | $826,064.40 / $373,423.65 |
| 5/24/17 | 4/1/17-4/30/17 | $1,122,173.00 / $265,668.02 | $897,738.41 / $265,668.02 |
| 7/7/17 | 5/1/17-5/8/17 | $515,382.50 / $161,696.82 | $412,306.00 / $161,696.82 |
| 9/11/17 | 5/1/17-7/31/17 | $55,441.00 / $0.00 | $44,352.80 / $0.00 |
| 11/22/17 | 8/1/17-10/31/17 | $75,848.50 / $0.00 | $60,678.70 / $0.00 |
| 1/14/19 | 11/1/17-12/31/18 | $34,479.75 / $984.88 | $27,583.80 / $984.88 |
| 11/14/19 | 1/1/19-10/31/19 | $38,627.00 / $68.47 | $30,901.60 / $68.47 |
| 11/11/20 | 11/1/19-10/31/20 | $53,296.00 / $3.50 | $42,636.80 / $3.50 |

**COMPENSATION BY PROFESSIONAL**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2020 through October 31, 2021

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[4][5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 15 years in current position) | $1,465.00/$1,535.00 | 24.3 | $37,272.50 |
| ALCOCK, MARY E. | Counsel – Employee Benefits (called to the bar in 1995; 19 years in current position) | $1,270.00 | 0.80 | $1,016.00 |
| HAILEY, KARA A. | Counsel - Corporate, Bankruptcy (called to the bar in 1999; 1 year in current position) | $1,130.00/$1,185.00 | 10.40 | $12,230.50 |
| CORBETT, KRISTIN | Associate - Bankruptcy (called to the bar in 2018; 5 years in current position) | $890.00/$940.00 | 8.70 | $7,913.00 |
| WEINBERG, MICHAEL D. | Associate - Bankruptcy (called to the bar in 2019; 4 years in current position) | $805.00/$890.00 | 201.1 | $171,252.50 |
| JUNG, BO KYUNG (ANDREA) | Associate – Bankruptcy, Litigation (called to the bar in 2019; 3 years in current position) | $770.00/$805.00 | 4.90 | $3,808.00 |
| CONDON, JOSEPH | Associate not admitted - Bankruptcy (1 year in current position) | $595.00 | 42.10 | $25,049.50 |
| **TOTAL HOURS:** | | | **292.30** | |
| **GRAND TOTAL:** | | | | **$258,542.00** |
| **BLENDED RATE:** | | **$884.51** | | |

---

[4]     Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under title 11 of the United States Code.

[5]     Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown. The listing billing rates are the applicable billings rates for the periods in which services were actually provided by such individual.

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2020 through October 31, 2021

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Case Administration | 8.40 | $8,091.00 | $0.00 |
| Plan of Reorganization and Disclosure Statement | 267.60 | $233,997.50 | $1,717.96 |
| Tax | 7.00 | $8,271.50 | $0.00 |
| International Coordination | 1.20 | $1,068.00 | $0.00 |
| Fee and Employment Application | 8.10 | $7,114.00 | $0.00 |
| **TOTAL** | **292.30** | **$258,542.00** | **$1,717.96** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :    Case No. 09-10138 (CSS)
                                                           :
             Wind-Down Debtors.                            :    Jointly Administered
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
                                                           :
In re                                                      :    Chapter 11
                                                           :
Nortel Networks India International Inc.                    :    Case No. 16-11714 (CSS)
                                                           :
             Debtor-In-Possession.                         :    Jointly Administered
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
```

**ONE HUNDRED AND SEVENTH INTERIM APPLICATION OF**
**CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS**
**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR**
**ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM**
**REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES**
**INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.**
**FOR THE PERIOD NOVEMBER 1, 2020 THROUGH OCTOBER 31, 2021**

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for Nortel Networks

India International Inc. in the above-captioned case ("NNIII"), submits this application (the

"Application") for allowance of compensation for professional services rendered by Cleary

Gottlieb to NNIII for the period November 1, 2020 through October 31, 2021 (the "Application

Period") and reimbursement of actual and necessary expenses incurred by Cleary Gottlieb during

---

¹        The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

the Application Period under sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), the *Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members*, dated February 4, 2009 [D.I. 222] (the "Interim Compensation Procedures Order"), the *Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F)*, dated March 5, 2013 [D.I. 9584] (the "Modification Order"), and the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications*, dated July 10, 2013 [D.I. 11082] (the "Order Appointing a Fee Examiner"). In support of this Application, Cleary Gottlieb represents as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## BACKGROUND

3.      On January 14, 2009 (the "Petition Date"), the Nortel Networks Inc. ("NNI") and its affiliated debtors and debtors-in-possession (collectively, the "Original Debtors"), other than

Nortel Networks (CALA) Inc.[2] ("NN CALA") and Nortel Networks India International Inc. ("NNIII," collectively with the Original Debtors and NN CALA, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases were consolidated for procedural purposes only.

4.    On July 26, 2016, NNIII filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, which was consolidated and jointly administered with the Original Debtors' chapter 11 cases for procedural purposes [D.I. 17090].

5.    On May 8, 2017 (the "NNI Effective Date"), the *First Amended Joint Chapter 11 Plan of Nortel Networks Inc. and Certain of Its Affiliated Debtors* [D.I. 17763] (as modified, amended or supplemented from time to time and including all exhibits thereto, the "NNI Plan") became effective as to all Original Debtors and NN CALA.[3]  The NNI Plan is not effective as to NNIII.

6.    On July 7, 2017, the Debtors filed the *One Hundred and First Monthly (for the Period May 1, 2017 Through May 8, 2017) and Final Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtors and Debtors-In-Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 14, 2009 to May 8, 2017* [D.I. 18351] (the "Cleary Gottlieb Final Fee Application") which requested final approval for fees incurred by all Original Debtors, NN CALA and NNIII through the NNI Effective Date of May 8, 2017.  The Cleary Gottlieb Final Fee

---

[2]    Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and jointly administered with the Original Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

[3]    Certain of these Original Debtors' chapter 11 cases have since been closed.  See *Final Decree (I) Closing Certain of the Debtors' Chapter 11 Cases and (II) Terminating Certain Claims and Noticing Services* [D.I. 18730]; *Final Decree (I) Closing The Chapter 11 Case of Nortel Altsystems Inc. and (II) Terminating Certain Claims and Noticing Services* [D.I. 18807].

Application provided that Cleary Gottlieb would continue to file fee applications for services performed on behalf of NNIII through the pendency of its bankruptcy case.

7.      For further information regarding NNIII's chapter 11 case, reference may be made to the Monthly Operating Reports filed by NNIII at http://dm.epiq11.com/nortel.

## CLEARY GOTTLIEB'S RETENTION

8.      Prior to the Petition Date, Cleary Gottlieb was engaged as counsel in connection with potential bankruptcy filings by the Debtors.  On February 4, 2009, this Court entered the *Order Authorizing the Retention and Employment of Cleary Gottlieb Steen & Hamilton LLP as Counsel for the Original Debtors* nunc pro tunc *to the Petition Date* [D.I. 221] (the "Cleary Gottlieb Retention Order").  On August 16, 2016, the Court entered the *Order to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively* [Case No. 16-11714, D.I. 15] ("NNIII Bringdown Order") which provided that the Cleary Gottlieb Retention Order would be applicable to NNIII and its bankruptcy case.

## FEE PROCEDURES ORDER

9.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.[4]  The NNIII Bringdown Order provides that the Interim Compensation Procedures Order is applicable to NNIII.

10.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month.  Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file

---

[4]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

a certificate of no objection with the Court, after which NNIII is authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then NNIII is authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to such an objection.

11.     On March 5, 2012, the Court entered the Modification Order, which modified the application in these chapter 11 cases of certain amendments to Local Rules 2014-1(C) and 2016-2(F), which took effect on February 1, 2013 [D.I. 9584].

12.     On July 10, 2013, the Court entered the Order Appointing a Fee Examiner pursuant to which a Fee Examiner was appointed to these chapter 11 cases and which modified certain terms of the Modification Order [D.I. 11082].

13.     On December 21, 2017, the Court entered the *Omnibus Order Approving Final Fee Applications* [D.I. 18555] (the "Final Fee Order") , which approved, among other things, the final fee application of Cleary Gottlieb for fees incurred by all Original Debtors, NN CALA and NNIII through the NNI Effective Date of May 8, 2017.  Following the entry of the Final Fee Order, Cleary Gottlieb has only been required to file fee applications for services performed on behalf of NNIII and, accordingly, Cleary Gottlieb submits this Application solely with respect to services performed on behalf of NNIII during the Application Period.

## RELIEF REQUESTED

14.     Cleary Gottlieb submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as bankruptcy counsel for NNIII in these cases for the period from November 1, 2020 through October 31, 2021 and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing NNIII during that same period.

## APPLICATION PERIOD

15.     During the period covered by this Application, Cleary Gottlieb accrued fees in the amount of $258,542.00 and costs in the amount of $1,717.96.  With respect to these amounts, as of the date of this Application, Cleary Gottlieb has received no payments.

16.     The services rendered by Cleary Gottlieb during the Application Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth in Exhibit A attached hereto.

A.     Case Administration

Total Fees: $8,091.00; Total Hours: 8.40

This category includes time expended by Cleary Gottlieb on the coordination and administration of NNIII's chapter 11 case, including all activity not specifically covered by another project category.

B.     Plan of Reorganization and Disclosure Statement

Total Fees: $233,997.50; Total Hours: 267.60

This category includes time expended by Cleary Gottlieb on negotiating and drafting a plan and disclosure statement for NNIII and obtaining the relevant Court approvals for such documents.  During the Application Period, with the aid of Cleary Gottlieb and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), NNIII engaged in various activities to formulate, negotiate and confirm a plan of reorganization.  On July 20, 2021, NNIII filed with this Court its proposed *Chapter 11 Plan of Nortel Networks India International Inc.* [D.I. 18865] and the accompanying disclosure statement [D.I. 18866], and each was revised on August 12, 2021 [D.I.s 18874 and 18875].  The Court approved the Disclosure Statement (as defined below) and the solicitation procedures for soliciting votes on the Plan (as defined below) by an order entered on August 25, 2021 [D.I. 18884].  On August 30, 2021, NNIII filed the solicitation version of the *Chapter 11 Plan of Nortel Networks India International Inc.* [D.I. 18887] (the "Plan") and the approved *Disclosure Statement for the Chapter 11 Plan of Nortel Networks India International Inc.* [D.I. 18888] (the "Disclosure Statement") with this Court.  Following the hearing held on October 13, 2021, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Chapter*

*11 Plan of Nortel Networks India International Inc.* [D.I. 18906] confirming the Plan.

    C.    <u>Tax</u>

Total Fees: $8,271.50; Total Hours: 7.00

This category includes time expended by Cleary Gottlieb on analyzing various tax issues for NNIII. During the Application Period, Cleary Gottlieb, among other things, worked with Indian counsel to obtain a final resolution of tax appeals in India and to complete a rectification application with the Indian taxing authorities for tax years 2018-19.

    D.    <u>International Coordination</u>

Total Fees: $1,068.00; Total Hours: 1.20

This category includes time expended by Cleary Gottlieb on obtaining recognition in the Debtors' ancillary Canadian recognition proceeding for certain orders entered in NNIII's chapter 11 case.

    E.    <u>Fee and Employment Application</u>

Total Fees: $7,114.00; Total Hours: 8.10

This category includes time expended by Cleary Gottlieb on preparing fee applications, including this Application.

17.    Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to this case.

18.    <u>Exhibit A</u> attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paralegals and other support staff and descriptions of the services provided.

19.    In accordance with Local Rule 2016-2, Cleary Gottlieb reduces its request for compensation for non-working travel, if any, to 50% of its normal rate, although no travel time has been recorded for the Application Period.

20.     Cleary Gottlieb has endeavored to represent NNIII in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals and other support staff at Cleary Gottlieb so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Cleary Gottlieb has endeavored to coordinate with Morris Nichols and the other professionals involved in these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to NNIII.  We believe we have been successful in this regard.

21.     No agreement or understanding exists between Cleary Gottlieb and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

22.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge and belief that this Application complies with that Rule.

**WHEREFORE**, Cleary Gottlieb respectfully requests that this Court: (a) allow Cleary Gottlieb interim compensation in the amount of $258,542.00 for actual, reasonable and necessary professional services rendered on behalf of NNIII during the period November 1, 2020 through October 31, 2021; (b) authorize and direct NNIII to pay to Cleary Gottlieb the amount of $206,833.60, which is equal to 80% of Cleary Gottlieb's allowed interim compensation; (c) authorize and direct NNIII to pay to Cleary Gottlieb the amount of $1,717.96 for reimbursement of actual, reasonable and necessary costs and (d) grant such other and further relief as the Court deems just and proper.

Dated:  November 16, 2021
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Lisa M. Schweitzer*
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Wind-Down Debtors
and Debtor-in-Possession*