IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (CSS)
:
       Wind-Down Debtors. : Jointly Administered
:
:
:
---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks India International Inc. : Case No. 16-11714 (CSS)
:
       Debtor-In-Possession. : Jointly Administered
:
:
:
---------------------------------------------------------X

**NOTICE OF ONE HUNDRED AND SEVENTH INTERIM
APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP,
AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION,
FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.
FOR THE PERIOD NOVEMBER 1, 2020 THROUGH OCTOBER 31, 2021**

        Attached hereto is the **One Hundred and Seventh Interim Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period November 1, 2020 Through October 31, 2021** (the "Application").

        You are required to file an objection ("Objection"), if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on or before **December 7, 2021 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"). In addition, you must serve such Objection on

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

counsel for the Wind-Down Debtors and Debtor-in-Possession so as to be received by the Objection Deadline.

   A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 16, 2021
   Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP

    Lisa M. Schweitzer
    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

     - and -

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Andrew R. Remming*
    Derek C. Abbott (No. 3376)
    Andrew R. Remming (No. 5120)
    1201 North Market Street, 16th Floor
    Wilmington, Delaware 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    *Counsel for the Wind-Down Debtors*
    *and Debtor-in-Possession*