## Exhibit A

## COMPENSATION BY PROJECT CATEGORY
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2020 through October 31, 2021

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Case Administration | 8.40 | $8,091.00 | $0.00 |
| Plan of Reorganization and Disclosure Statement | 267.60 | $233,997.50 | $1,717.96 |
| Tax | 7.00 | $8,271.50 | $0.00 |
| International Coordination | 1.20 | $1,068.00 | $0.00 |
| Fee and Employment Application | 8.10 | $7,114.00 | $0.00 |
| **TOTAL** | **292.30** | **$258,542.00** | **$1,717.96** |

**MATTER: 17650-035  CASE ADMINISTRATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Jung, Andrea Bo Kyung | 11/13/2020 | Review of MOR. | 0.30 | $231.00 | 56005068 |
| Jung, Andrea Bo Kyung | 12/15/2020 | Review of the NNIII MOR. | 0.40 | $308.00 | 56188199 |
| Jung, Andrea Bo Kyung | 1/14/2021 | Review of December 2020 MOR. | 0.30 | $241.50 | 56300333 |
| Weinberg, Michael | 2/11/2021 | Call with A. Jung to review NNIII monthly operating report. | 0.40 | $322.00 | 56452948 |
| Jung, Andrea Bo Kyung | 2/11/2021 | Reviewed and revised MOR. | 0.50 | $402.50 | 56476834 |
| Schweitzer, Lisa M. | 2/12/2021 | Revise draft MOR (0.1). | 0.10 | $153.50 | 56562228 |
| Jung, Andrea Bo Kyung | 2/12/2021 | Revised the MOR. | 0.20 | $161.00 | 56476827 |
| Weinberg, Michael | 3/7/2021 | Reviewed issues related to NNIII MOR for February 2021. | 0.80 | $644.00 | 56607704 |
| Schweitzer, Lisa M. | 3/9/2021 | E/ms M. Weinberg, M. Cilia (RLKS), J. Ray (Owl Hill) re MOR, plan timing (0.2). | 0.20 | $307.00 | 56655627 |
| Schweitzer, Lisa M. | 4/8/2021 | Review draft MOR (0.1). | 0.10 | $153.50 | 56823801 |
| Weinberg, Michael | 4/8/2021 | Revised draft monthly operating report. | 0.20 | $161.00 | 56839083 |
| Schweitzer, Lisa M. | 5/10/2021 | Review MOR. | 0.10 | $153.50 | 57127919 |
| Weinberg, Michael | 5/10/2021 | Reviewed draft monthly operating report. | 0.30 | $241.50 | 57000652 |
| Weinberg, Michael | 6/10/2021 | Reviewed monthly operating report for May 2021. | 0.20 | $161.00 | 57194161 |
| Weinberg, Michael | 7/12/2021 | Reviewed issues related to draft post-confirmation quarterly report (0.2); reviewed issues related to draft MOR for June 2021 (0.2). | 0.40 | $356.00 | 57380024 |
| Schweitzer, Lisa M. | 8/18/2021 | Review draft MOR (0.1). | 0.10 | $153.50 | 57600531 |
| Weinberg, Michael | 8/18/2021 | Revised draft NNIII monthly operating report (0.7); correspondence with L. Schweitzer re same (0.1); correspondence with M. Cilia re same (0.1). | 0.90 | $801.00 | 57588166 |
| Weinberg, Michael | 8/30/2021 | Call with T. Conklin (Epiq) to discuss description of PBGC claims. | 0.10 | $89.00 | 57643628 |
| Schweitzer, Lisa M. | 9/1/2021 | Emails M. Weinberg re: fee application, case planning (0.2). | 0.20 | $307.00 | 57827479 |
| Schweitzer, Lisa M. | 9/14/2021 | Review MOR (0.1). | 0.10 | $153.50 | 57749574 |

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 9/14/2021 | Reviewed draft monthly operating report (0.2); revised draft monthly operating report (0.3); correspondence with L. Schweitzer re same (0.1). | 0.60 | $534.00 | 57724130 |
| Schweitzer, Lisa M. | 10/11/2021 | Emails M. Cilia (RLKS) re: MOR requirements (0.1). | 0.10 | $153.50 | 57897922 |
| Hailey, Kara A. | 10/14/2021 | Review of engagement letters for rectification and e-mails with M. Cilia regarding same. | 0.50 | $592.50 | 57925252 |
| Schweitzer, Lisa M. | 10/15/2021 | Review revised MOR report (0.1). | 0.10 | $153.50 | 57919092 |
| Weinberg, Michael | 10/15/2021 | Revised draft MOR and quarterly post-confirmation report. | 0.70 | $623.00 | 57903730 |
| Weinberg, Michael | 10/19/2021 | Reviewed issues related to draft monthly operating report. | 0.20 | $178.00 | 57927845 |
| Hailey, Kara A. | 10/20/2021 | Emails with L. Schweitzer and M. Weinberg regarding NN III rectification and MOR. | 0.30 | $355.50 | 57948938 |
| | | **MATTER TOTALS:** | **8.40** | **$8,091.00** | |

**MATTER: 17650-035 CASE ADMINISTRATION**

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Schweitzer, Lisa M. | 3/1/2021 | Review J. Ray (Owl Hill) update re settlement (0.1). E/ms M. Weinberg re plan and DS drafts (0.3). | 0.40 | $614.00 | 57864975 |
| Weinberg, Michael | 3/1/2021 | Reviewed draft NNIII plan. | 0.60 | $483.00 | 56607680 |
| Schweitzer, Lisa M. | 3/2/2021 | Meeting with M. Weinberg re overview of plan workstream, current drafts (0.5). | 0.50 | $767.50 | 57865035 |
| Weinberg, Michael | 3/2/2021 | Reviewed background documents related to draft NNIII plan, including SPSA and NNI plan (1.6); meeting with L. Schweitzer re same (0.5). | 2.10 | $1,690.50 | 57865112 |
| Schweitzer, Lisa M. | 3/3/2021 | Review A. Remming (MNAT) analysis re plan filing (0.1). | 0.10 | $153.50 | 56596014 |
| Weinberg, Michael | 3/3/2021 | Reviewed issues related to NNIII plan, including with respect to combined hearing to approve the plan and DS (0.4). | 0.40 | $322.00 | 56607691 |
| Schweitzer, Lisa M. | 3/4/2021 | Meeting M. Weinberg re drafting of plan documents (0.7). | 0.70 | $1,074.50 | 56600604 |
| Weinberg, Michael | 3/4/2021 | Reviewed issues related to NNIII plan, including with respect to interim distribution to NNIII creditors. | 0.70 | $563.50 | 56607693 |
| Weinberg, Michael | 3/4/2021 | Call with L. Schweitzer regarding plan and related documents. | 0.70 | $563.50 | 56607694 |
| Weinberg, Michael | 3/5/2021 | Reviewed issues related to NNIII plan, including with respect to distribution of proceeds. | 0.10 | $80.50 | 56607699 |
| Weinberg, Michael | 3/8/2021 | Reviewed issues related to NNIII plan and disclosure statement. | 0.20 | $161.00 | 56612794 |
| Weinberg, Michael | 3/9/2021 | Reviewed issues related to NNIII plan, including with respect to pending tax appeals in India (1.8), and disclosure statement (1.0). | 2.80 | $2,254.00 | 56618606 |
| Weinberg, Michael | 3/10/2021 | Revised the draft NNIII plan (2.2) and disclosure statement (1.1) ; reviewed issues related to the SPSA (1.5); prepared list of key issues in the draft plan and disclosure statement (1.6). | 6.40 | $5,152.00 | 57865792 |

| | | | | | |
|---|---|---|---|---|---|
| Schweitzer, Lisa M. | 3/11/2021 | E/m M. Weinberg re plan draft issues (0.1). | 0.10 | $153.50 | 56656420 |
| Weinberg, Michael | 3/11/2021 | Reviewed issues related to NNIII plan and disclosure statement, including with respect to the SPSA and the release of sale proceeds from certain escrow accounts (2.5); further prepared issues list re same (1.0). | 3.50 | $2,817.50 | 57865875 |
| Weinberg, Michael | 3/12/2021 | Revised draft NN III plan. | 3.00 | $2,415.00 | 56712198 |
| Weinberg, Michael | 3/16/2021 | Reviewed issues related to NN III plan. | 0.10 | $80.50 | 56712216 |
| Weinberg, Michael | 3/17/2021 | Revised draft disclosure statement for NNIII. | 2.20 | $1,771.00 | 56712377 |
| Schweitzer, Lisa M. | 3/18/2021 | Review M. Weinberg plan issues list (0.2). | 0.20 | $307.00 | 56698158 |
| Weinberg, Michael | 3/18/2021 | Reviewed issues related to draft disclosure statement for NNIII, including Indian tax appeals and SPSA (3.0); revised same (2.8). | 5.80 | $4,669.00 | 57866004 |
| Weinberg, Michael | 3/19/2021 | Further revised draft disclosure statement for NN III. | 7.70 | $6,198.50 | 56712393 |
| Schweitzer, Lisa M. | 3/21/2021 | Revise draft plan (0.6). Revise draft disclosure statement (0.8). | 1.40 | $2,149.00 | 57866049 |
| Weinberg, Michael | 3/22/2021 | Reviewed L. Schweitzer comments to draft plan and disclosure statement. | 0.60 | $483.00 | 56712399 |
| Weinberg, Michael | 4/1/2021 | Revised draft NNIII plan (2.3); revised draft disclosure statement (1.1). | 3.40 | $2,737.00 | 57866223 |
| Schweitzer, Lisa M. | 4/2/2021 | T/c M. Weinberg, C. Goodman (partial) re NNIII draft plan, disclosure statement drafts (0.5). | 0.50 | $767.50 | 56966740 |
| Weinberg, Michael | 4/2/2021 | Call with L. Schweitzer and C. Goodman regarding tax issues related to NN III plan and disclosure statement. | 0.80 | $644.00 | 56780443 |
| Condon, Joseph | 4/5/2021 | Correspondence with L. Schweitzer, M. Weinberg, and K. Corbett regarding NN III plan workflow. | 0.20 | $119.00 | 56822010 |

| Corbett, Kristin | 4/5/2021 | Call w/ J. Condon re: drafting disclosure statement approval and solicitation motion. | 0.30 | $267.00 | 56792193 |
| Condon, Joseph | 4/5/2021 | T/c with K. Corbett regarding NNIII plan workflows. | 0.30 | $178.50 | 56821972 |
| Schweitzer, Lisa M. | 4/5/2021 | T/c M. Weinberg, K. Corbett, J. Condon re plan and DS pleadings, background (0.5) (partial). | 0.50 | $767.50 | 56791840 |
| Weinberg, Michael | 4/5/2021 | Call with L Schweitzer (partial), K. Corbett and J. Condon re NNIII plan, disclosure statement and related filings. | 0.70 | $563.50 | 56786983 |
| Corbett, Kristin | 4/5/2021 | Call w/ L. Schweitzer (partial), J. Condon and M. Weinberg re: finalizing plan and disclosure statement. | 0.70 | $623.00 | 56792182 |
| Condon, Joseph | 4/5/2021 | T/c with L. Schweitzer (partial), M. Weinberg, and K. Corbett regarding NNIII plan next steps. | 0.70 | $416.50 | 56821969 |
| Hailey, Kara A. | 4/5/2021 | E-mails with N. Virmani (EY) and L. Schweitzer regarding plan of reorganization (0.3); review of documents regarding India Tax Authorities service (0.7). | 1.00 | $1,185.00 | 56953956 |
| Weinberg, Michael | 4/6/2021 | Correspondence with L. Schweitzer re draft NNIII plan and disclosure statement. | 0.10 | $80.50 | 56796133 |
| Weinberg, Michael | 4/10/2021 | Revised draft NN III disclosure statement. | 1.10 | $885.50 | 56839300 |
| Weinberg, Michael | 4/13/2021 | Further revised draft NN III disclosure statement. | 1.60 | $1,288.00 | 56839301 |
| Weinberg, Michael | 4/13/2021 | Revised draft NNIII chapter 11 plan. | 2.10 | $1,690.50 | 56839087 |
| Weinberg, Michael | 4/15/2021 | Revised draft NN III disclosure statement. | 1.10 | $885.50 | 56843837 |
| Schweitzer, Lisa M. | 4/16/2021 | Review revisions to draft Disclosure Statement (0.3). | 0.30 | $460.50 | 56865859 |
| Hailey, Kara A. | 4/16/2021 | E-mails with M. Weinberg and N. Virmani (EY) regarding plan comments. | 0.30 | $355.50 | 56956298 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| Schweitzer, Lisa M. | 4/16/2021 | Revise draft plan, disclosure statement (0.4). | 0.40 | $614.00 | 56865945 |
|---|---|---|---|---|---|
| Corbett, Kristin | 4/16/2021 | Reviewing latest draft of revised disclosure statement (0.4); Editing draft solicitation motion (0.4). | 0.80 | $712.00 | 56865630 |
| Weinberg, Michael | 4/16/2021 | Revised draft NN III plan based on comments from L. Schweitzer. | 1.50 | $1,207.50 | 56857991 |
| Weinberg, Michael | 4/16/2021 | Revised draft disclosure statement for NN III to incorporate comments from L. Schweitzer. | 2.20 | $1,771.00 | 56856170 |
| Schweitzer, Lisa M. | 4/17/2021 | Review revised draft plan and disclosure statement (0.1).  E/m J. Ray (Owl Hill) re plan drafts (0.1). | 0.20 | $307.00 | 56907427 |
| Weinberg, Michael | 4/19/2021 | Revised draft NN III disclosure statement based on client comments. | 0.10 | $80.50 | 56870267 |
| Schweitzer, Lisa M. | 4/19/2021 | Review C. Goodman revisions to disclosure statement (0.1). | 0.10 | $153.50 | 56907786 |
| Hailey, Kara A. | 4/19/2021 | Review of draft plan of reorganization. | 0.30 | $355.50 | 56874170 |
| Weinberg, Michael | 4/19/2021 | Revised draft NN III plan based on client comments. | 1.30 | $1,046.50 | 56867156 |
| Condon, Joseph | 4/20/2021 | Correspondence with K. Corbett about disclosure statement motion timing. | 0.10 | $59.50 | 56963548 |
| Corbett, Kristin | 4/20/2021 | Drafting confirmation schedule for solicitation motion. | 0.60 | $534.00 | 56897630 |
| Condon, Joseph | 4/20/2021 | Revising draft balloting motion. | 1.00 | $595.00 | 56882167 |
| Condon, Joseph | 4/20/2021 | Revising draft balloting motion. | 2.80 | $1,666.00 | 56963582 |
| Weinberg, Michael | 4/21/2021 | Call with J. Condon re motion to shorten time for objections to NNIII DS. | 0.10 | $80.50 | 56914864 |
| Condon, Joseph | 4/21/2021 | T/C with M. Weinberg regarding NNIII plan. | 0.10 | $59.50 | 56963619 |
| Weinberg, Michael | 4/21/2021 | Revised draft NNIII plan based on client comments. | 0.70 | $563.50 | 56914873 |
| Condon, Joseph | 4/21/2021 | Revising draft balloting motion. | 1.00 | $595.00 | 56882176 |
| Condon, Joseph | 4/21/2021 | Drafting notice of motion and motion for shortening deadline for NNIII disclosure statement. | 1.80 | $1,071.00 | 56963629 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Condon, Joseph | 4/22/2021 | Drafting notice of motion and motion for shortening deadline for NNIII disclosure statement. | 0.50 | $297.50 | 56965635 |
| Weinberg, Michael | 4/23/2021 | Further revised the draft NN III plan. | 0.40 | $322.00 | 56914878 |
| Condon, Joseph | 4/23/2021 | Further drafting of notice of motion and motion for shortening deadline for NNIII disclosure statement. | 0.80 | $476.00 | 56965625 |
| Schweitzer, Lisa M. | 4/26/2021 | Revise draft plan motion (0.4). Revise draft plan notices, ballots (0.3). | 0.70 | $1,074.50 | 56963538 |
| Condon, Joseph | 4/27/2021 | Correspondence with M. Weinberg and L. Schweitzer regarding revisions to the draft disclosure statement and balloting motion. | 0.20 | $119.00 | 56966057 |
| Weinberg, Michael | 4/27/2021 | Reviewed issues related to NNIII balloting motion. | 0.30 | $241.50 | 56915139 |
| Weinberg, Michael | 4/27/2021 | Call with L. Schweitzer regarding revisions to draft NNIII plan. | 0.50 | $402.50 | 56920988 |
| Schweitzer, Lisa M. | 4/27/2021 | T/c M. Weinberg re revisions to draft plan (0.5). | 0.50 | $767.50 | 56962955 |
| Weinberg, Michael | 4/27/2021 | Reviewed issues related to draft NNIII plan. | 0.70 | $563.50 | 56920909 |
| Weinberg, Michael | 4/28/2021 | Revised draft NNIII plan based on local precedent. | 0.10 | $80.50 | 56926315 |
| Condon, Joseph | 4/30/2021 | T/C with M. Weinberg regarding draft NNIII disclosure statement and balloting motion. | 0.20 | $119.00 | 56967533 |
| Condon, Joseph | 4/30/2021 | Correspondence with L. Schweitzer regarding draft disclosure plan and balloting motion. | 0.20 | $119.00 | 56967537 |
| Schweitzer, Lisa M. | 4/30/2021 | Review M. Weinberg further revisions to plan draft (0.3). | 0.30 | $460.50 | 56953705 |
| Condon, Joseph | 4/30/2021 | T/C with K. Corbett regarding draft disclosure statement motion. | 0.30 | $178.50 | 56967555 |
| Weinberg, Michael | 4/30/2021 | Call with J. Condon regarding draft disclosure statement motion. | 0.30 | $241.50 | 58027731 |
| Condon, Joseph | 4/30/2021 | Revising draft disclosure statement motion. | 0.80 | $476.00 | 56967539 |

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 4/30/2021 | Revised NNIII plan to address client feedback (1.4); correspondence with J. Ray (Owl Hill) flagging open issues (0.2). | 1.60 | $1,288.00 | 56991334 |
| Condon, Joseph | 4/30/2021 | Revising draft disclosure statement and balloting motion. | 1.90 | $1,130.50 | 56967587 |
| Schweitzer, Lisa M. | 5/1/2021 | E/m M. Kennedy (Chilmark), J. Ray (Owl Hill) re plan exhibits (0.1). | 0.10 | $153.50 | 56952775 |
| Condon, Joseph | 5/1/2021 | Revising draft disclosure statement and balloting motion. | 1.60 | $952.00 | 56947298 |
| Condon, Joseph | 5/2/2021 | Revising draft disclosure statement and balloting motion and order. | 1.30 | $773.50 | 56972497 |
| Weinberg, Michael | 5/3/2021 | Revised draft plan administrator agreement. | 1.00 | $805.00 | 56990652 |
| Weinberg, Michael | 5/3/2021 | Revised draft NNIII disclosure statement based on comments from client. | 1.70 | $1,368.50 | 56990655 |
| Condon, Joseph | 5/3/2021 | Revising draft balloting motion and order. | 2.00 | $1,190.00 | 57081000 |
| Condon, Joseph | 5/4/2021 | Revising draft balloting motion. | 0.30 | $178.50 | 57005284 |
| Corbett, Kristin | 5/4/2021 | Reviewing comments from L. Schweitzer to solicitation and balloting motion. | 0.50 | $445.00 | 56971961 |
| Corbett, Kristin | 5/4/2021 | Editing solicitation and balloting motion. | 0.80 | $712.00 | 56971969 |
| Weinberg, Michael | 5/4/2021 | Reviewed issues related to draft solicitation and scheduling motion (0.5), revised draft plan administration agreement (0.5). | 1.00 | $805.00 | 56990664 |
| Condon, Joseph | 5/4/2021 | Revising draft disclosure statement and balloting motion. | 1.50 | $892.50 | 56972489 |
| Weinberg, Michael | 5/4/2021 | Revised draft plan administrator agreement (1.0), post-reorg certificate of incorporation (0.2), by-laws (0.3) and board resolution (0.5). | 2.00 | $1,610.00 | 56990674 |
| Condon, Joseph | 5/5/2021 | Further revising the draft balloting and disclosure statement motion. | 1.20 | $714.00 | 56971241 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 5/5/2021 | Revised draft plan administration agreement based on changes to plan (1.4), revised draft board resolution (0.4), revised draft post-reorg governance documents (0.6); correspondence with L. Schweitzer re same (0.2). | 2.60 | $2,093.00 | 56990661 |
| Weinberg, Michael | 5/9/2021 | Reviewed comments from L. Schweitzer on the plan administration agreement. | 0.20 | $161.00 | 56992723 |
| Schweitzer, Lisa M. | 5/9/2021 | Revise plan administrator agreement draft (0.2). Revise balloting motion, notices (0.3). | 0.50 | $767.50 | 56997662 |
| Condon, Joseph | 5/10/2021 | Reviewing L. Schweitzer edits to balloting motion. | 0.10 | $59.50 | 56995959 |
| Condon, Joseph | 5/10/2021 | Revising balloting motion and order. | 1.10 | $654.50 | 57124306 |
| Weinberg, Michael | 5/10/2021 | Revised draft plan administration agreement based on comments from L. Schweitzer (1.6); correspondence with D. Abbott (MNAT) re draft board resolution (0.1). | 1.70 | $1,368.50 | 56998715 |
| Condon, Joseph | 5/10/2021 | Further revising balloting motion and order. | 2.10 | $1,249.50 | 57124309 |
| Schweitzer, Lisa M. | 5/11/2021 | Review draft certificate of incorporation, bylaws (0.3). | 0.30 | $460.50 | 57128666 |
| Condon, Joseph | 5/11/2021 | Additional revisions to draft balloting motion and order. | 1.10 | $654.50 | 57124339 |
| Condon, Joseph | 5/11/2021 | Reviewed issues related to draft balloting motion and order. | 1.20 | $714.00 | 57124347 |
| Weinberg, Michael | 5/11/2021 | Further revised draft plan administration agreement (0.5); correspondence with P. Vella (MNAT) re draft board resolution (0.1); revised draft narrative for recovery analysis (0.4); revised draft narrative for liquidation analysis (0.6); correspondence with L. Schweitzer re plan and disclosure statement exhibits (0.5). | 2.50 | $2,012.50 | 57002840 |

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 5/12/2021 | Revised draft plan administration agreement based on client comments (0.2); correspondence with J. Ray (Owl Hill), M. Cilia (RLKS) and K. Shultea (RLKS) re same (0.2); reviewed client comments on draft balloting motion (0.1). | 0.50 | $402.50 | 57015493 |
| Condon, Joseph | 5/12/2021 | Drafting correspondence re: draft balloting order to client and local counsel. | 0.70 | $416.50 | 57124379 |
| Schweitzer, Lisa M. | 5/13/2021 | Emails P. Vella (MNAT), M. Weinberg re board resolution drafts (0.2). | 0.20 | $307.00 | 57045900 |
| Schweitzer, Lisa M. | 5/13/2021 | Emails P. Vella (MNAT) re exit resolution drafts (0.2). | 0.20 | $307.00 | 57045921 |
| Weinberg, Michael | 5/17/2021 | Reviewed issues related to plan exhibits, including with respect to the eventual dissolution of Wind-Down NNIII. | 1.70 | $1,368.50 | 57041210 |
| Weinberg, Michael | 5/18/2021 | Reviewed issues related to draft narrative for liquidation and recovery analysis. | 1.30 | $1,046.50 | 57044083 |
| Weinberg, Michael | 5/20/2021 | Revised draft bylaws and certification of incorporation (0.5); reviewed draft disclosure statement exhibits (1.2). | 1.70 | $1,368.50 | 57066064 |
| Weinberg, Michael | 5/21/2021 | Reviewed issues related to liquidation analysis and recovery analysis (1.0); call with M. Kennedy (Chilmark) re same (0.5). | 1.50 | $1,207.50 | 57066730 |
| Schweitzer, Lisa M. | 5/23/2021 | Review revised plan drafts (0.3). Email M. Weinberg re revisions to same (0.1). | 0.40 | $614.00 | 57079348 |
| Weinberg, Michael | 5/23/2021 | Reviewed comments from L. Schweitzer regarding draft plan exhibits. | 0.60 | $483.00 | 57168451 |
| Weinberg, Michael | 5/24/2021 | Revised draft narratives for disclosure statement exhibits. | 0.20 | $161.00 | 57168454 |
| Condon, Joseph | 5/25/2021 | Correspondence with M. Weinberg, L. Schweitzer and K. Corbett regarding status. | 0.10 | $59.50 | 57089116 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Schweitzer, Lisa M. | 5/25/2021 | Email M. Weinberg re draft plan, motions timeline (0.1). | 0.10 | $153.50 | 57132709 |
| Weinberg, Michael | 5/25/2021 | Reviewed issues related to draft plan (0.3); reviewed issues related to draft recovery analysis (0.3). | 0.60 | $483.00 | 57168465 |
| Weinberg, Michael | 5/26/2021 | Reviewed issues related to revised plan (0.5) and plan exhibits (0.9); correspondence with J. Ray (Owl Hill) re same. | 1.40 | $1,127.00 | 57168470 |
| Corbett, Kristin | 5/27/2021 | Meeting w/M. Weinberg and J. Condon re: drafting confirmation brief and order. | 0.50 | $445.00 | 57111633 |
| Condon, Joseph | 5/27/2021 | T/c with K. Corbett and M. Weinberg regarding plan workflow. | 0.50 | $297.50 | 57124188 |
| Weinberg, Michael | 5/27/2021 | Call with K. Corbett and J. Condon regarding draft plan confirmation order and confirmation brief. | 0.50 | $402.50 | 57168608 |
| Schweitzer, Lisa M. | 5/28/2021 | Review M. Cilia (RLKS), M. Weinberg emails re plan draft revisions (0.1). | 0.10 | $153.50 | 57134437 |
| Weinberg, Michael | 5/28/2021 | Reviewed issues related to draft liquidation and recovery analyses. | 1.20 | $966.00 | 57168490 |
| Weinberg, Michael | 6/2/2021 | Reviewed draft narratives for liquidation and recovery analyses. | 0.60 | $483.00 | 57168482 |
| Weinberg, Michael | 6/4/2021 | Prepared draft list of directors and officers of Wind-Down NNIII (0.5); correspondence with M. Cilia (RLKS) and K. Shultea (RLKS) re same (0.1); revised same (0.1); prepared packet of all exhibits to the plan and disclosure statement for the client's review (0.8). | 1.50 | $1,207.50 | 57168491 |
| Schweitzer, Lisa M. | 6/8/2021 | Emails C. Armstrong (Goodmans), M. Weinberg re: draft plan (0.2). | 0.20 | $307.00 | 57183482 |
| Weinberg, Michael | 6/8/2021 | Correspondence with J. Ray (Owl Hill) and L. Schweitzer regarding NNIII plan and related documentation. | 0.50 | $402.50 | 57177849 |
| Schweitzer, Lisa M. | 6/9/2021 | Further revisions to plan draft (0.3). | 0.30 | $460.50 | 57189964 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 6/9/2021 | Correspondence with L. Schweitzer and C. Armstrong at Goodmans regarding draft NNIII plan. | 0.40 | $322.00 | 57182936 |
| Condon, Joseph | 6/11/2021 | Researching case law for plan confirmation brief. | 3.00 | $1,785.00 | 57221738 |
| Condon, Joseph | 6/14/2021 | Researching caselaw in support of confirmation brief. | 3.50 | $2,082.50 | 57237998 |
| Condon, Joseph | 6/15/2021 | Drafting confirmation brief. | 1.00 | $595.00 | 57237988 |
| Weinberg, Michael | 6/16/2021 | Reviewed issues related to draft confirmation brief. | 0.70 | $563.50 | 57229443 |
| Condon, Joseph | 6/16/2021 | Further drafting of confirmation brief. | 4.00 | $2,380.00 | 57237973 |
| Weinberg, Michael | 6/17/2021 | Call with K. Corbett and J. Condon to discuss NNIII confirmation brief, balloting motion and wind-down work streams (0.6). | 0.60 | $483.00 | 57233123 |
| Condon, Joseph | 6/17/2021 | Call with K. Corbett and M Weinberg  to discuss NNIII confirmation brief, balloting motion and wind-down work streams. | 0.60 | $357.00 | 57237961 |
| Corbett, Kristin | 6/17/2021 | Reviewing legal research for confirmation brief (0.5); Call w/M. Weinberg and J. Condon to discuss NNIII confirmation brief, balloting motion and wind-down work streams (0.6). | 1.10 | $979.00 | 57245236 |
| Condon, Joseph | 6/17/2021 | Revising draft confirmation brief. | 2.30 | $1,368.50 | 57237954 |
| Schweitzer, Lisa M. | 6/21/2021 | M. Cilia (RLKS) emails re: tax analysis of plan issues (0.1). | 0.10 | $153.50 | 57274534 |
| Schweitzer, Lisa M. | 6/24/2021 | Initial review C. Armstrong revisions to draft plan. | 0.30 | $460.50 | 57315467 |
| Weinberg, Michael | 6/24/2021 | Reviewed comments to the draft NNIII plan. | 2.10 | $1,690.50 | 57277586 |
| Schweitzer, Lisa M. | 6/25/2021 | Review C. Armstrong revisions to draft plan (0.3).  E/ms M. Weinberg re same (0.1). | 0.40 | $614.00 | 57328282 |
| Weinberg, Michael | 6/25/2021 | Reviewed issues related to the draft NNIII plan. | 1.10 | $885.50 | 57284500 |

**MATTER: 17650-042 PLAN OF REORGANIZATION**
**AND DISCLOSURE STATEMENT**

| Hailey, Kara A. | 7/7/2021 | Review e-mails regarding NNIPL intercompany receivable (0.4). E-mails with M. Cilia (RLKS) and M. Kennedy (Chilmark) regarding same (0.1). | 0.50 | $592.50 | 57866668 |
|---|---|---|---|---|---|
| Weinberg, Michael | 7/12/2021 | Call with L. Schweitzer regarding filing plan and disclosure statement. | 0.50 | $445.00 | 57380476 |
| Schweitzer, Lisa M. | 7/12/2021 | T/c M. Weinberg re NNIII plan related documents revisions finalization, preparation for filing (0.5). | 0.50 | $767.50 | 57386473 |
| Weinberg, Michael | 7/12/2021 | Reviewed issues related to filing of plan and related documents. | 2.20 | $1,958.00 | 57380391 |
| Weinberg, Michael | 7/13/2021 | Revised draft NNIII disclosure statement. | 0.70 | $623.00 | 57386630 |
| Weinberg, Michael | 7/14/2021 | Reviewed issues related to draft confirmation order. | 0.40 | $356.00 | 57393392 |
| Weinberg, Michael | 7/15/2021 | Prepared draft confirmation order. | 0.80 | $712.00 | 57397854 |
| Weinberg, Michael | 7/16/2021 | Revised draft confirmation order, including to account for edits to draft plan. | 6.10 | $5,429.00 | 57405613 |
| Weinberg, Michael | 7/19/2021 | Call with A. Remming and P. Topper at MNAT to discuss plan and disclosure statement service list. | 0.40 | $356.00 | 57422643 |
| Hailey, Kara A. | 7/19/2021 | Review of information regarding service of process and (0.4) e-mails with L. Schweitzer and M. Weinberg regarding same (0.1). | 0.50 | $592.50 | 57866713 |
| Schweitzer, Lisa M. | 7/19/2021 | Revise draft plan and disclosure statement for filing (0.3).  Revise draft balloting motion, exhibits for filing (0.3).  Correspondence with MNAT on disclosure statement hearing (0.1).  Correspondence with M. Weinberg on service matters (0.2). | 0.90 | $1,381.50 | 57426520 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| Corbett, Kristin | 7/19/2021 | Revise balloting and solicitation motion per comments from L. Schweitzer (1.3); Correspond with L. Schweitzer and M. Weinberg re: revisions to balloting and solicitation motion and timing for filing (0.4); Correspond with representative from Wall Street Journal re: publication of confirmation hearing notice (0.3); Research publication of confirmation hearing notice in Economic Times of India (0.3). | 2.30 | $2,162.00 | 57433991 |
| Weinberg, Michael | 7/19/2021 | Revised draft confirmation order, including with respect to SPSA provisions (2.0); revised draft NNIII plan and DS (1.0); reviewed issues related to filing of NNIII plan and disclosure statement (2.0); reviewed issues related to service of NNIII plan and DS (1.0). | 6.00 | $5,340.00 | 57415575 |
| Weinberg, Michael | 7/20/2021 | Call with A. Remming and P. Topper at MNAT and T. Conklin at Epiq to discuss issues related to service of the NNIII plan, disclosure statement and balloting motion. | 0.20 | $178.00 | 57430480 |
| Corbett, Kristin | 7/20/2021 | Further revise balloting and solicitation motion per comments from L. Schweitzer (0.5); Prepare filing version of balloting and solicitation motion (0.3). | 0.80 | $752.00 | 57434016 |
| Weinberg, Michael | 7/20/2021 | Reviewed issues related to filing the NNIII plan and disclosure statement. | 4.10 | $3,649.00 | 57424473 |
| Weinberg, Michael | 7/21/2021 | Reviewed issues related to filing of plan and related documents (0.5); revised draft NNIII confirmation order (0.7). | 1.20 | $1,068.00 | 57435141 |
| Schweitzer, Lisa M. | 7/22/2021 | Emails S. Bomhof (Torys) re: recognition proceeding (0.1). Review publication notice matters (0.2). | 0.30 | $460.50 | 57450399 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 7/22/2021 | Reviewed issues related to plan solicitation, including publication of confirmation hearing notice. | 0.60 | $534.00 | 57443389 |
| Weinberg, Michael | 7/22/2021 | Revised draft confirmation order. | 1.80 | $1,602.00 | 57443994 |
| Weinberg, Michael | 7/23/2021 | Revised draft confirmation brief. | 4.50 | $4,005.00 | 57445246 |
| Weinberg, Michael | 7/24/2021 | Prepared draft NNIII confirmation brief (3.0); correspondence with L. Schweitzer re same (0.1). | 3.10 | $2,759.00 | 57454133 |
| Schweitzer, Lisa M. | 7/25/2021 | Revise draft confirmation order (0.5). | 0.50 | $767.50 | 57459175 |
| Schweitzer, Lisa M. | 7/26/2021 | Correspondence with M. Weinberg re: confirmation order (0.1). Review UST feedback on plan and Disclosure Statement (0.1). | 0.20 | $307.00 | 57468614 |
| Corbett, Kristin | 7/26/2021 | Revising balloting and solicitation motion per comments from US Trustee. (0.3) | 0.30 | $282.00 | 57477289 |
| Weinberg, Michael | 7/26/2021 | Revised draft confirmation order based on L. Schweitzer's comments. | 1.10 | $979.00 | 57462587 |
| Weinberg, Michael | 7/29/2021 | Revised draft confirmation order. | 0.30 | $267.00 | 57479149 |
| Weinberg, Michael | 7/30/2021 | Further revised draft confirmation order. | 1.60 | $1,424.00 | 57491319 |
| Schweitzer, Lisa M. | 8/2/2021 | Review M. Weinberg revisions to plan documents per US Trustee comments (0.3). Revise draft Disclosure Statement per same (0.1). | 0.40 | $614.00 | 57515019 |
| Weinberg, Michael | 8/2/2021 | Reviewed UST comments to the NNIII plan and disclosure statement (1.3); revised draft NNIII plan (1.0); revised draft NNIII disclosure statement (0.7). | 3.00 | $2,670.00 | 57499053 |
| Weinberg, Michael | 8/3/2021 | Reviewed issues related to UST comments on filings related to plan solicitation (0.3); revised draft confirmation order (0.1). | 0.40 | $356.00 | 57515786 |
| Weinberg, Michael | 8/5/2021 | Reviewed issues related to draft confirmation order. | 1.10 | $979.00 | 57528513 |
| Schweitzer, Lisa M. | 8/6/2021 | Review proposed revisions to NNIII plan per UST comments (0.3). | 0.30 | $460.50 | 57543736 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 8/6/2021 | Reviewed issues related to draft NNIII plan in response to the UST's comments (0.5); correspondence with P. Topper (MNAT) re same (0.1). | 0.60 | $534.00 | 57533046 |
| Weinberg, Michael | 8/7/2021 | Reviewed issues related to plan solicitation, including timing for required notice and service. | 0.50 | $445.00 | 57535030 |
| Weinberg, Michael | 8/9/2021 | Reviewed issues related to UST comments on solicitation materials. | 2.20 | $1,958.00 | 57540506 |
| Schweitzer, Lisa M. | 8/10/2021 | Address US Trustee comments re: plan documents (0.1).  Email S. Kjontvedt (Epiq) re: service (0.1). | 0.20 | $307.00 | 57659269 |
| Weinberg, Michael | 8/10/2021 | Drafted notice of revised NNIII solicitation materials. | 0.30 | $267.00 | 57549636 |
| Schweitzer, Lisa M. | 8/11/2021 | Review revisions to plan and disclosure statement, filing versions (0.3).  Further revise balloting motion (0.3).  Emails M. Weinberg re: same (0.2). | 0.80 | $1,228.00 | 57559182 |
| Weinberg, Michael | 8/11/2021 | Prepared revised NNIII plan and related solicitation materials for filing (4.3); correspondence with L. Schweitzer re same (0.7); drafted notice of revised NNIII plan and disclosure statement (0.5); correspondence with D. Abbott (MNAT) re draft notice of revised plan and disclosure statement (0.3); revised draft notice of revised plan and disclosure statement based on comments from L. Schweitzer and D. Abbott (MNAT) (0.5). | 6.30 | $5,607.00 | 57554486 |
| Schweitzer, Lisa M. | 8/12/2021 | Review further revisions to plan documents (0.3).  Emails M. Weinberg re: same (0.1). | 0.40 | $614.00 | 57566639 |
| Weinberg, Michael | 8/12/2021 | Reviewed issues related to filing NNIII's revised plan and related documents. | 4.80 | $4,272.00 | 57559903 |
| Schweitzer, Lisa M. | 8/13/2021 | Review revisions to plan solicitation materials (0.3). | 0.30 | $460.50 | 57658670 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 8/13/2021 | Revised draft proposed balloting order and accompanying notices. | 1.40 | $1,246.00 | 57564742 |
| Weinberg, Michael | 8/17/2021 | Reviewed issues related to publication of confirmation hearing notice. | 0.70 | $623.00 | 57581889 |
| Schweitzer, Lisa M. | 8/20/2021 | Call with V. Murrell (PBGC) re: plan (0.3). | 0.30 | $460.50 | 57658916 |
| Weinberg, Michael | 8/20/2021 | Reviewed issues related to NNIII disclosure statement hearing. | 0.80 | $712.00 | 57601738 |
| Schweitzer, Lisa M. | 8/21/2021 | Email V. Murrell (PBGC) re: inquiry re: PBGC claims (0.2). | 0.20 | $307.00 | 57608930 |
| Schweitzer, Lisa M. | 8/23/2021 | Correspondence with S. Kjontvedt (Epiq) on plan service, voting matters (0.2). | 0.20 | $307.00 | 57622930 |
| Schweitzer, Lisa M. | 8/24/2021 | Emails M. Weinberg re: Disclosure Statement order (0.1). | 0.10 | $153.50 | 57621931 |
| Weinberg, Michael | 8/24/2021 | Revised solicitation materials based on entry of order approving NNIII's disclosure statement (2.0); reviewed issues related to service of solicitation materials (0.5); correspondence with S. Kjontvedt (Epiq) re same (0.1); correspondence with P. Topper (MNAT) re scheduling NNIII plan confirmation hearing (0.3). | 2.90 | $2,581.00 | 57616060 |
| Schweitzer, Lisa M. | 8/25/2021 | Review revised Disclosure Statement order, exhibits (0.2). | 0.20 | $307.00 | 57657041 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 8/25/2021 | Drafted revised order approving disclosure statement to reflect the date of the confirmation hearing (0.5); correspondence with L. Schweitzer re same (0.1); correspondence with P. Topper (MNAT) re same (0.1); revised solicitation materials to reflect the revised order approving the disclosure statement (2.0); reviewed issues related to the service plan (0.7); correspondence with L. Schweitzer re same (0.2); reviewed issues related to PBGC comments on the NNIII plan (0.5). | 4.10 | $3,649.00 | 57622063 |
| Weinberg, Michael | 8/26/2021 | Reviewed solicitation materials for service (2.0); reviewed issues related to draft service plan (0.5); correspondence with S. Kjontvedt (Epiq) re same (0.2); reviewed issues related to PBGC comments on NNIII plan (0.8); correspondence with L. Schweitzer re same (0.1); correspondence with T. Conklin (Epiq) re publication of confirmation hearing notice (0.2). | 3.80 | $3,382.00 | 57627729 |
| Schweitzer, Lisa M. | 8/27/2021 | Review PBGC inquiry re: plan order (0.3). | 0.30 | $460.50 | 57658051 |
| Weinberg, Michael | 8/27/2021 | Reviewed draft proof for publication of confirmation hearing notice. | 0.70 | $623.00 | 57636136 |
| Schweitzer, Lisa M. | 8/28/2021 | Review publication notice, service updates (0.2). | 0.20 | $307.00 | 57641591 |
| Weinberg, Michael | 8/30/2021 | Reviewed issues related to PBGC comments on chapter 11 plan (0.5); reviewed issues related to filing of documents related to plan solicitation (0.5). | 0.90 | $801.00 | 57643132 |
| Schweitzer, Lisa M. | 9/12/2021 | Revise draft confirmation brief (0.7). Revise draft confirmation order (0.5). | 1.20 | $1,842.00 | 57722598 |

**MATTER: 17650-042 PLAN OF REORGANIZATION
AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Schweitzer, Lisa M. | 9/13/2021 | Review V. Murrell request re: order (0.1). | 0.10 | $153.50 | 57721436 |
| Weinberg, Michael | 9/14/2021 | Reviewed issues related to PBGC's comments on the proposed confirmation order (0.3); correspondence with L. Schweitzer re same (0.2). | 0.50 | $445.00 | 57725305 |
| Weinberg, Michael | 9/14/2021 | Reviewed issues related to PBGC comments to plan, including Sulyma case and PBGC settlement order. | 1.00 | $890.00 | 57723286 |
| Schweitzer, Lisa M. | 9/15/2021 | Emails M. Weinberg re: plan service, voting (0.1). | 0.10 | $153.50 | 57749783 |
| Weinberg, Michael | 9/15/2021 | Reviewed issues related to PBGC comments to plan. | 0.70 | $623.00 | 57730025 |
| Weinberg, Michael | 9/17/2021 | Call with L. Schweitzer to discuss PBGC comments to NNIII plan. | 0.20 | $178.00 | 57741724 |
| Weinberg, Michael | 9/17/2021 | Call with V. Murcell (PBGC) and L. Schweitzer re NNIII plan. | 0.30 | $267.00 | 57741541 |
| Weinberg, Michael | 9/17/2021 | Reviewed issues related to PBGC comments to NNIII plan. | 0.30 | $267.00 | 57741838 |
| Schweitzer, Lisa M. | 9/17/2021 | Call with V. Murrell (PBGC), M. Weinberg re: PBGC plan language (0.3).  Call with M. Weinberg re: same (0.2). | 0.50 | $767.50 | 57750052 |
| Schweitzer, Lisa M. | 9/20/2021 | Review M. Weinberg emails re: confirmation order, filings (0.1). | 0.10 | $153.50 | 57759196 |
| Alcock, Mary E. | 9/20/2021 | Review and research PBGC representation request and email M. Weinberg regarding same | 0.80 | $1,016.00 | 57753978 |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 9/20/2021 | Reviewed issues related to the draft voting declaration (0.5); correspondence with L. Schweitzer and S. Kjontvedt (Epiq) re same (0.2); revised draft confirmation order to incorporate comments from L. Schweitzer and to reflect the solicitation version of the plan (3.0); prepared timeline of upcoming case milestones (0.6); correspondence with T. Conklin re publication affidavit (0.2); reviewed issues related to PBGC comments to confirmation order (1.0). | 5.50 | $4,895.00 | 57748062 |
| Schweitzer, Lisa M. | 9/21/2021 | Review updated confirmation order revisions (0.1). | 0.10 | $153.50 | 57774558 |
| Weinberg, Michael | 9/21/2021 | Correspondence with L. Schweitzer and S. Kjontvedt regarding draft voting report (0.5); revised draft confirmation order to incorporate comments from L. Schweitzer and PBGC (1.3); revised draft confirmation brief (1.0); reviewed issues related to confirmation hearing logistics (0.5); | 3.30 | $2,937.00 | 57759446 |
| Schweitzer, Lisa M. | 9/24/2021 | Correspondence with V. Murrell (PBGC) re: confirmation order (0.1). Emails M. Weinberg re: filing of brief, order for hearing (0.2). | 0.30 | $460.50 | 57789430 |
| Weinberg, Michael | 9/24/2021 | Revised draft NNIII confirmation brief. | 0.60 | $534.00 | 57780406 |
| Weinberg, Michael | 9/24/2021 | Revised draft confirmation brief for NNIII. | 0.90 | $801.00 | 57779015 |
| Weinberg, Michael | 9/25/2021 | Revised draft NNIII confirmation brief (0.9); correspondence with L. Schweitzer re same (0.2). | 1.10 | $979.00 | 57783373 |
| Schweitzer, Lisa M. | 9/26/2021 | Review revisions, updates to NNIII confirmation order (0.3). | 0.30 | $460.50 | 57791017 |

**MATTER: 17650-042 PLAN OF REORGANIZATION
AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 9/27/2021 | Reviewed issues related to the draft confirmation order, including with respect to PBGC comments on same (0.3); correspondence with J. Ray (Owl Hill), D. Abbott (MNAT) and C. Armstrong (Goodmans) re same (0.3); drafted declarations in support of confirmation by J. Ray (Owl Hill) (1.0) and M. Kennedy (Chilmark) (0.5). | 2.10 | $1,869.00 | 57789750 |
| Schweitzer, Lisa M. | 9/28/2021 | Review J. Ray, M. Kennedy declarations (0.3). | 0.30 | $460.50 | 57806202 |
| Weinberg, Michael | 9/28/2021 | Revised draft declaration for J. Ray (Owl Hill) in support of plan confirmation (1.0); prepared draft declaration for M. Kennedy (Chilmark) in support of plan confirmation (1.6); reviewed issues related to filing of voting report (0.5); reviewed issues related to draft NNIII confirmation brief (1.4). | 4.50 | $4,005.00 | 57796979 |
| Schweitzer, Lisa M. | 9/29/2021 | Review revised declarations (0.2). Review revisions to order (0.1). | 0.30 | $460.50 | 57824054 |
| Weinberg, Michael | 9/29/2021 | Correspondence with P. Topper (MNAT) re voting report (0.1); reviewed issues in confirmation brief requiring factual support (2.0); reviewed comments from M. Kennedy (Chilmark) on the draft declarations in support of plan confirmation (0.8); correspondence with M. Kennedy (Chilmark) and J. Ray (Owl Hill) re draft declarations (0.1); reviewed issues related to proposed confirmation order (0.7); correspondence with J. Badtke-Berkow (Allen & Overy) re same (0.1); correspondence with P. Topper re same (0.1); correspondence with L. Schweitzer re same (0.1). | 4.00 | $3,560.00 | 57806133 |

21    **MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Schweitzer, Lisa M. | 9/30/2021 | Review NNIII plan filings (0.3). | 0.30 | $460.50 | 57823422 |
| Schweitzer, Lisa M. | 10/1/2021 | Emails J. Ray, MNAT re: hearing attendance (0.2). | 0.20 | $307.00 | 58009020 |
| Schweitzer, Lisa M. | 10/4/2021 | Review confirmation order revisions, filing for UST comments (0.2). | 0.20 | $307.00 | 57844183 |
| Weinberg, Michael | 10/4/2021 | Reviewed UST comments to confirmation order (0.3); revised proposed confirmation order to address same (0.2); correspondence with L. Schweitzer re same (0.1); correspondence with D. Abbott (MNAT) re same (0.1); drafted notice of revised proposed confirmation order (0.3); correspondence with L. Schweitzer and D. Abbott (MNAT) re same (0.1). | 1.10 | $979.00 | 57839175 |
| Weinberg, Michael | 10/5/2021 | Correspondence with D. Abbott (MNAT) re UST comments on proposed confirmation order. | 0.10 | $89.00 | 57846432 |
| Weinberg, Michael | 10/8/2021 | Reviewed issues related to NNIII confirmation hearing. | 0.20 | $178.00 | 57867808 |
| Schweitzer, Lisa M. | 10/11/2021 | Correspondence J. Ray (Owl Hill), M. Kennedy (Chilmark) re: confirmation hearing preparation (0.2). | 0.20 | $307.00 | 57897926 |
| Schweitzer, Lisa M. | 10/11/2021 | Coordination with M. Weinberg, J. Ray (Owl Hill) for NNIII confirmation hearing, emergence (0.2). | 0.20 | $307.00 | 57897973 |
| Weinberg, Michael | 10/11/2021 | Reviewed issues related to NNIII confirmation hearing (0.5); prepared talking points for confirmation hearing (0.9). | 1.40 | $1,246.00 | 57876417 |
| Weinberg, Michael | 10/12/2021 | Prepared talking points for NNIII confirmation hearing. | 3.20 | $2,848.00 | 57880665 |
| Weinberg, Michael | 10/13/2021 | Attended confirmation hearing in the NNIII case. | 0.30 | $267.00 | 57890286 |

**MATTER: 17650-042 PLAN OF REORGANIZATION
AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Schweitzer, Lisa M. | 10/13/2021 | Prepare for confirmation hearing (1.0).  Attend and present at confirmation hearing (0.3).  Follow up emails M. Weinberg, S. Bomhof (Torys) re confirmation and recognition (0.3). | 1.60 | $2,456.00 | 57897375 |
| Schweitzer, Lisa M. | 10/14/2021 | Review material fact (0.1). | 0.10 | $153.50 | 57905038 |
| Schweitzer, Lisa M. | 10/28/2021 | Email A. Slavens (Torys) re: recognition proceeding (0.1). | 0.10 | $153.50 | 57993251 |
| Weinberg, Michael | 10/29/2021 | Drafted NNIII notice of effective date. | 0.40 | $356.00 | 57991272 |
| | | **MATTER TOTALS:** | **267.60** | **$233,997.50** | |

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

**MATTER: 17650-045 TAX**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Hailey, Kara A. | 11/23/2020 | Emails with N. Virmani (EY) regarding tax appeals. | 0.20 | $226.00 | 56096216 |
| Hailey, Kara A. | 12/8/2020 | E-mails with M. Cilia (RLKS) regarding NN III tax appeals. | 0.30 | $339.00 | 56150074 |
| Hailey, Kara A. | 12/9/2020 | Review of e-mails regarding tax appeal. (.3) Emails with M. Cilia (RLKS) regarding tax appeal. (.2). | 0.50 | $565.00 | 57861250 |
| Hailey, Kara A. | 12/11/2020 | E-mails with N. Virmani (EY) regarding tax appeals. | 0.30 | $339.00 | 56174515 |
| Hailey, Kara A. | 12/15/2020 | Emails with N. Virmani (EY) regarding tax appeals. | 0.20 | $226.00 | 56184599 |
| Hailey, Kara A. | 12/16/2020 | E-mails with M. Cilia (RLKS) regarding tax appeals. | 0.20 | $226.00 | 56217999 |
| Hailey, Kara A. | 1/7/2021 | E-mails with N. Virmani (EY) regarding tax appeal settlement (0.1) and review of materials regarding same (0.3). | 0.40 | $474.00 | 57861406 |
| Hailey, Kara A. | 1/8/2021 | E-mails with M. Cilia (RLKS) and N. Virmani (EY) regarding tax appeals. | 0.30 | $355.50 | 56287487 |
| Hailey, Kara A. | 1/11/2021 | Review of material regarding NN III tax settlement (0.4) and e-mails with M. Cilia regarding same (0.1). | 0.50 | $592.50 | 57864577 |
| Hailey, Kara A. | 1/15/2021 | E-mails with N. Virmani (EY) regarding resolution of tax appeals. | 0.20 | $237.00 | 56328985 |
| Hailey, Kara A. | 1/18/2021 | E-mails with N. Virmani (EY) regarding tax resolution and next steps. | 0.20 | $237.00 | 56320894 |
| Hailey, Kara A. | 1/21/2021 | E-mails with M. Cilia (RLKS) regarding winddown steps and tax appeals. | 0.30 | $355.50 | 56408006 |
| Hailey, Kara A. | 1/28/2021 | E-mails with M. Cilia (RLKS) and N. Virmani (EY) regarding winddown. | 0.30 | $355.50 | 56388804 |
| Hailey, Kara A. | 1/29/2021 | E-mails with N. Virmani (EY) and M. Cilia (RLKS) regarding tax appeal settlement. | 0.30 | $355.50 | 56406771 |

**MATTER: 17650-045 TAX**

| | | | | | |
|---|---|---|---|---|---|
| Hailey, Kara A. | 2/4/2021 | E-mails with N. Virmani (EY) and M. Cilia (RLKS) regarding tax settlement. | 0.30 | $355.50 | 56434036 |
| Hailey, Kara A. | 2/12/2021 | E-mails with M. Cilia (RLKS) regarding tax appeal settlement. | 0.30 | $355.50 | 56569883 |
| Hailey, Kara A. | 3/6/2021 | E-mails with N. Virmani (EY) regarding NN III winddown. | 0.40 | $474.00 | 56611790 |
| Schweitzer, Lisa M. | 3/16/2021 | E/ms K. Hailey re Indian tax authority claim (0.2). | 0.20 | $307.00 | 56671414 |
| Hailey, Kara A. | 3/16/2021 | Emails with N. Virmani (EY) regarding NN III bankruptcy (0.2) and review of filings regarding same (0.3). | 0.50 | $592.50 | 57865954 |
| Hailey, Kara A. | 3/26/2021 | Emails with N. Virmani (EY) regarding liquidation. | 0.30 | $355.50 | 56755126 |
| Hailey, Kara A. | 3/30/2021 | E-mails with N. Virmani (EY) and L. Schweitzer regarding winddown. | 0.20 | $237.00 | 56775391 |
| Hailey, Kara A. | 9/2/2021 | Review of SLP and recertification materials and e-mails with N. Virmani (EY) regarding same. | 0.60 | $711.00 | 57674161 |
| | | **MATTER TOTALS:** | **7.00** | **$8,271.50** | |

**MATTER: 17650-045 TAX**

**MATTER: 17650-044  INTERNATIONAL COORDINATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Weinberg, Michael | 10/28/2021 | Reviewed draft pleadings related to Canadian recognition order for NNIII plan. | 0.30 | $267.00 | 57991136 |
| Weinberg, Michael | 10/29/2021 | Revised draft pleadings related to Canadian recognition order for NNIII plan. | 0.50 | $445.00 | 57991189 |
| Weinberg, Michael | 10/31/2021 | Further revised draft pleadings related to Canadian recognition order for NNIII plan. | 0.40 | $356.00 | 57999329 |
| | | **MATTER TOTALS:** | **1.20** | **$1,068.00** | |

**MATTER: 17650-043  FEE AND EMPLOYMENT APPLICATIONS**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|------|------|-------------|-------|--------|-------|
| Jung, Andrea Bo Kyung | 11/8/2020 | Update the interim and quarterly fee applications. | 1.60 | $1,232.00 | 55972759 |
| Jung, Andrea Bo Kyung | 11/9/2020 | Continue updating the interim and quarterly fee applications. | 0.80 | $616.00 | 55976947 |
| Schweitzer, Lisa M. | 11/10/2020 | Revise draft fee application, quarterly application (0.3).  Emails with J. Ray and A. Jung regarding same (0.1). | 0.40 | $586.00 | 55991174 |
| Jung, Andrea Bo Kyung | 11/10/2020 | Update the interim and quarterly fee applications with L. Schweitzer's comments. | 0.50 | $385.00 | 55987161 |
| Jung, Andrea Bo Kyung | 11/11/2020 | Finalize the fee applications. | 0.30 | $231.00 | 55997243 |
| Hailey, Kara A. | 2/23/2021 | Review of NN III invoice and e-mail with J. Huie regarding same. | 0.20 | $237.00 | 56546466 |
| Weinberg, Michael | 9/1/2021 | Reviewed issues related to CGSH fee application. | 1.70 | $1,513.00 | 57665103 |
| Weinberg, Michael | 9/2/2021 | Reviewed issues related to the NNIII fee application. | 0.70 | $623.00 | 57670475 |
| Weinberg, Michael | 9/7/2021 | Reviewed time entries for NNIII fee application. | 0.90 | $801.00 | 57682068 |
| Weinberg, Michael | 10/4/2021 | Drafted CGSH fee application. | 0.90 | $801.00 | 57839805 |
| Weinberg, Michael | 10/7/2021 | Reviewed issues related to NNIII fee application. | 0.10 | $89.00 | 57859170 |
| | | **MATTER TOTALS:** | **8.10** | **$7,114.00** | |

**EXPENSE SUMMARY**                                    In re Nortel Networks Inc., et al
**November 1, 2020 through October 31, 2021**              (Case No. 09-10138 (CSS))

| | | |
|---|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | | |
| **Nortel Networks Inc., et al.** | | |
| **(Case No. 09-10138 (CSS))** | | |
| **November 1, 2020 through October 31, 2021** | | |
| **Date** | **Amount** | **Narrative** |
| | | |
| **Mailing & Shipping Charges** | | |
| 7/14/2021 | $21.84 | Shipping Charges Inv#: 743921674 Track#: 167065999353 |
| 7/23/2021 | $36.41 | Shipping Charges Inv#: 744784935 Track#: 167066001996 |
| 8/20/2021 | $39.15 | Shipping Charges Inv#: 747787263 Track#: 167066007446 |
| 10/11/2021 | $25.25 | Shipping Charges Inv#: 753290298 Track#: 514566094078 |
| **TOTAL:** | **$122.65** | |
| | | |
| **Duplicating Charges** | | |
| 7/14/2021 | $0.40 | NY Duplicating Xerox |
| 7/14/2021 | $0.40 | NY Duplicating Xerox |
| 7/14/2021 | $37.05 | NY Duplicating Xerox |
| 7/14/2021 | $5.85 | NY Duplicating Xerox |
| 7/14/2021 | $1.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $3.25 | NY Duplicating Xerox |
| 7/14/2021 | $40.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $1.95 | NY Duplicating Xerox |
| 7/14/2021 | $39.00 | NY Duplicating Xerox |
| 7/14/2021 | $5.85 | NY Duplicating Xerox |
| 7/14/2021 | $1.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $3.25 | NY Duplicating Xerox |
| 7/14/2021 | $40.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $1.95 | NY Duplicating Xerox |
| 7/14/2021 | $39.00 | NY Duplicating Xerox |
| 7/23/2021 | $20.15 | NY Duplicating Xerox |
| 7/23/2021 | $31.20 | NY Duplicating Xerox |
| 7/23/2021 | $71.50 | NY Duplicating Xerox |
| 8/20/2021 | $34.45 | NY Duplicating Xerox |
| 8/20/2021 | $39.65 | NY Duplicating Xerox |
| 8/20/2021 | $11.05 | NY Duplicating Xerox |
| 8/20/2021 | $37.05 | NY Duplicating Xerox |
| 8/20/2021 | $20.80 | NY Duplicating Xerox |
| 10/11/2021 | $0.10 | NY Duplicating Xerox |
| 10/11/2021 | $0.20 | NY Duplicating Xerox |
| 10/11/2021 | $2.60 | NY Duplicating Xerox |
| 10/11/2021 | $143.00 | NY Duplicating Xerox |
| 10/11/2021 | $79.30 | NY Duplicating Xerox |
| 10/11/2021 | $3.90 | NY Duplicating Xerox |
| 10/11/2021 | $22.10 | NY Duplicating Xerox |
| 10/11/2021 | $8.45 | NY Duplicating Xerox |
| 10/11/2021 | $5.20 | NY Duplicating Xerox |
| 10/11/2021 | $42.90 | NY Duplicating Xerox |
| 10/11/2021 | $2.60 | NY Duplicating Xerox |
| **TOTAL:** | **$807.75** | |
| | | |

**EXPENSE SUMMARY**
**November 1, 2020 through October 31, 2021**

In re Nortel Networks Inc., et al
(Case No. 09-10138 (CSS))

| Legal Research – Lexis | | |
|---|---|---|
| 6/8/2021 | $107.79 | Computer Research – Lexis Publisher |
| 6/8/2021 | $103.43 | Computer Research – Lexis Publisher |
| 6/11/2021 | $107.79 | Computer Research – Lexis Publisher |
| **TOTAL:** | **$319.01** | |
| | | |
| Legal Research – Pacer | | |
| 1/6/2021 | $24.50 | Computer Research – Pacer |
| 1/6/2021 | $2.60 | Computer Research – Pacer |
| 4/7/2021 | $5.70 | Computer Research – Pacer |
| 4/7/2021 | $0.30 | Computer Research – Pacer |
| 7/8/2021 | $0.50 | Computer Research – Pacer |
| 7/8/2021 | $9.10 | Computer Research – Pacer |
| 10/10/2021 | $4.50 | Computer Research – Pacer |
| **TOTAL:** | **$47.20** | |
| | | |
| Legal Research – Westlaw | | |
| 6/14/2021 | $252.81 | Computer Research - Westlaw |
| 8/2/2021 | $168.54 | Computer Research - Westlaw |
| **TOTAL:** | **$421.35** | |
| | | |
| **GRAND TOTAL:** | **$1,717.96** | |