## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | Jointly Administered |

-------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
| Debtor-In-Possession. | Jointly Administered |
| | **Hearing date: January 12, 2022, 10:15 AM (ET)**<br>**Objections due: December 7, 2021, 4:00 PM (ET)** |

-------------------------------------------------------X

### THIRTY-SEVENTH QUARTERLY FEE APPLICATION REQUEST OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR NORTEL NETWORKS INDIA INTERNATIONAL INC., AS DEBTOR AND DEBTOR-IN-POSSESSION, <u>FOR THE PERIOD NOVEMBER 1, 2020 THROUGH OCTOBER 31, 2021</u>

In accordance with the *Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals*, dated February 4, 2009 [D.I. 222] (the "<u>Monthly Compensation Order</u>"), Cleary Gottlieb Steen & Hamilton LLP ("<u>Cleary Gottlieb</u>") hereby submits its Thirty-Seventh Quarterly Fee Application Request (the "<u>Request</u>") for the period November 1, 2020 through and

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

including October 31, 2021 (the "Application Period") for fees and expenses related to Nortel

Networks India International Inc. ("NNIII").[2]

Cleary Gottlieb seeks approval for the following fee application that is filed concurrently

with this Request:

| Fee Application Filing Date [Docket No.] | Period Covered By Fee App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection ("CNO") Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 11/15/21 [D.I. 18915] | 11/1/20 – 10/31/21 | $258,542.00 | $1,717.96 | TBD | $1,717.96 | $206,833.60 | $1,717.96 | $51,708.40 |
| **TOTAL** | | **$258,542.00** | **$1,717.96** | | **$1,717.96** | **$206,833.60** | **$1,717.96** | **$51,708.40** |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim

approval of the full amount of fees and expenses requested in the above-referenced fee

application and payment by NNIII of the amount requested in such fee application in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order

attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and

proper.

Dated:  November 16, 2021
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Lisa M. Schweitzer*
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Wind-Down Debtors
and Debtor-in-Possession*

---

[2]     Exhibit A attached to the interim application for November 1, 2020 through October 31, 2021 [D.I. 18915] contains detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

### November 1, 2020 through October 31, 2021

| Name of Professional Person | Position of the Applicant, Area of Expertise, Year of Call, and Approximate Number of Years in Current Position | Hourly Billing Rate[3][4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| SCHWEITZER, LISA M. | Partner - Bankruptcy, Litigation (called to the bar in 1996; 15 years in current position) | $1,465.00/$1,535.00 | 24.3 | $37,272.50 |
| ALCOCK, MARY E. | Counsel – Employee Benefits (called to the bar in 1995; 19 years in current position) | $1,270.00 | 0.80 | $1,016.00 |
| HAILEY, KARA A. | Counsel - Corporate, Bankruptcy (called to the bar in 1999; 1 year in current position) | $1,130.00/$1,185.00 | 10.40 | $12,230.50 |
| CORBETT, KRISTIN | Associate - Bankruptcy (called to the bar in 2018; 5 years in current position) | $890.00/$940.00 | 8.70 | $7,913.00 |
| WEINBERG, MICHAEL D. | Associate - Bankruptcy (called to the bar in 2019; 4 years in current position) | $805.00/$890.00 | 201.1 | $171,252.50 |
| JUNG, BO KYUNG (ANDREA) | Associate – Bankruptcy, Litigation (called to the bar in 2019; 3 years in current position) | $770.00/$805.00 | 4.90 | $3,808.00 |
| CONDON, JOSEPH | Associate not admitted - Bankruptcy (1 year in current position) | $595.00 | 42.10 | $25,049.50 |
| **TOTAL HOURS:** | | | **292.30** | |
| **GRAND TOTAL:** | | | | **$258,542.00** |
| **BLENDED RATE:** | | **$884.51** | | |

---

[3]    Cleary Gottlieb's fees for the Application Period are based on the customary compensation charged by comparably skilled professionals in cases other than those under title 11 of the United States Code.

[4]    Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown. The listing billing rates are the applicable billings rates for the periods in which services were actually provided by such individual.

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2020 through October 31, 2021

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---|---|---|
| Case Administration | 8.40 | $8,091.00 | $0.00 |
| Plan of Reorganization and Disclosure Statement | 267.60 | $233,997.50 | $1,717.96 |
| Tax | 7.00 | $8,271.50 | $0.00 |
| International Coordination | 1.20 | $1,068.00 | $0.00 |
| Fee and Employment Application | 8.10 | $7,114.00 | $0.00 |
| **TOTAL** | **292.30** | **$258,542.00** | **$1,717.96** |

## CUMULATIVE EXPENSE SUMMARY
## FOR APPLICATION PERIOD

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2020 through October 31, 2021

| Date | Amount | Narrative |
|------|--------|-----------|
| | | |
| **Mailing & Shipping Charges** | | |
| 7/14/2021 | $21.84 | Shipping Charges Inv#: 743921674 Track#: 167065999353 |
| 7/23/2021 | $36.41 | Shipping Charges Inv#: 744784935 Track#: 167066001996 |
| 8/20/2021 | $39.15 | Shipping Charges Inv#: 747787263 Track#: 167066007446 |
| 10/11/2021 | $25.25 | Shipping Charges Inv#: 753290298 Track#: 514566094078 |
| **TOTAL:** | **$122.65** | |
| | | |
| **Duplicating Charges** | | |
| 7/14/2021 | $0.40 | NY Duplicating Xerox |
| 7/14/2021 | $0.40 | NY Duplicating Xerox |
| 7/14/2021 | $37.05 | NY Duplicating Xerox |
| 7/14/2021 | $5.85 | NY Duplicating Xerox |
| 7/14/2021 | $1.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $3.25 | NY Duplicating Xerox |
| 7/14/2021 | $40.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $1.95 | NY Duplicating Xerox |
| 7/14/2021 | $39.00 | NY Duplicating Xerox |
| 7/14/2021 | $5.85 | NY Duplicating Xerox |
| 7/14/2021 | $1.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $3.25 | NY Duplicating Xerox |
| 7/14/2021 | $40.30 | NY Duplicating Xerox |
| 7/14/2021 | $2.60 | NY Duplicating Xerox |
| 7/14/2021 | $1.95 | NY Duplicating Xerox |
| 7/14/2021 | $39.00 | NY Duplicating Xerox |
| 7/23/2021 | $20.15 | NY Duplicating Xerox |
| 7/23/2021 | $31.20 | NY Duplicating Xerox |
| 7/23/2021 | $71.50 | NY Duplicating Xerox |
| 8/20/2021 | $34.45 | NY Duplicating Xerox |
| 8/20/2021 | $39.65 | NY Duplicating Xerox |
| 8/20/2021 | $11.05 | NY Duplicating Xerox |
| 8/20/2021 | $37.05 | NY Duplicating Xerox |
| 8/20/2021 | $20.80 | NY Duplicating Xerox |
| 10/11/2021 | $0.10 | NY Duplicating Xerox |
| 10/11/2021 | $0.20 | NY Duplicating Xerox |
| 10/11/2021 | $2.60 | NY Duplicating Xerox |
| 10/11/2021 | $143.00 | NY Duplicating Xerox |
| 10/11/2021 | $79.30 | NY Duplicating Xerox |
| 10/11/2021 | $3.90 | NY Duplicating Xerox |

| Date | Amount | Description |
|---|---|---|
| 10/11/2021 | $22.10 | NY Duplicating Xerox |
| 10/11/2021 | $8.45 | NY Duplicating Xerox |
| 10/11/2021 | $5.20 | NY Duplicating Xerox |
| 10/11/2021 | $42.90 | NY Duplicating Xerox |
| 10/11/2021 | $2.60 | NY Duplicating Xerox |
| **TOTAL:** | **$807.75** | |
| | | |
| **Legal Research – Lexis** | | |
| 6/8/2021 | $107.79 | Computer Research – Lexis Publisher |
| 6/8/2021 | $103.43 | Computer Research – Lexis Publisher |
| 6/11/2021 | $107.79 | Computer Research – Lexis Publisher |
| **TOTAL:** | **$319.01** | |
| | | |
| **Legal Research – Pacer** | | |
| 1/6/2021 | $24.50 | Computer Research – Pacer |
| 1/6/2021 | $2.60 | Computer Research – Pacer |
| 4/7/2021 | $5.70 | Computer Research – Pacer |
| 4/7/2021 | $0.30 | Computer Research – Pacer |
| 7/8/2021 | $0.50 | Computer Research – Pacer |
| 7/8/2021 | $9.10 | Computer Research – Pacer |
| 10/10/2021 | $4.50 | Computer Research – Pacer |
| **TOTAL:** | **$47.20** | |
| | | |
| **Legal Research – Westlaw** | | |
| 6/14/2021 | $252.81 | Computer Research - Westlaw |
| 8/2/2021 | $168.54 | Computer Research - Westlaw |
| **TOTAL:** | **$421.35** | |
| | | |
| **GRAND TOTAL:** | **$1,717.96** | |