**CERTIFICATE OF SERVICE**

I, Andrew R. Remming, certify that I am not less than 18 years of age and that service of the foregoing **Thirty-Seventh Quarterly Fee Application Request of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period November 1, 2020 Through October 31, 2021** was caused to be made on November 16, 2021, in the manner indicated upon the entities identified below.

Date:  November 16, 2021

*/s/ Andrew R. Remming*
Andrew R. Remming (No. 5120)

**VIA HAND DELIVERY & EMAIL**

David L. Buchbinder, Esq.
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Email: David.L.Buchbinder@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL**

Nortel Networks India International Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)