IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (CSS) |
| | : | |
|     Wind-Down Debtors and Debtor-In-Possession. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------X | | **Objections Due: December 9, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF ONE-HUNDRED AND FIFTH INTERIM APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD NOVEMBER 1, 2020 THROUGH OCTOBER 31, 2021**

       PLEASE TAKE NOTICE that today, Morris, Nichols, Arsht & Tunnell LLP as Attorneys for Debtor and Debtor in Possession in the above-captioned case, filed the attached **One Hundred and Fifth Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period November 1, 2020 through October 31, 2021** (the "Application").

       PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by **December 9, 2021, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); At the same time, you must serve such Objection on counsel for the Wind-Down Debtors and Debtor in Possession so as to be received by the Objection Deadline.

       A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT, AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 19, 2021
      Wilmington, Delaware      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 425-4663
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       tmann@morrisnichols.com
       ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors and Debtor in Possession and Nortel Networks India International Inc.*