# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2020 through October 31, 2021

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---:|---:|
| Case Administration | 0.90 | 575.50 |
| Fee Applications (MNAT - Filing) | 7.30 | 2,764.00 |
| Fee Applications (Others - Filing) | 3.30 | 1,614.50 |
| Court Hearings | 5.80 | 3,673.00 |
| Plan and Disclosure Statement | 36.00 | 26,506.00 |
| Schedules/SOFA/U.S. Trustee Reports | 4.10 | 1,971.00 |
| **TOTAL** | **57.40** | **$37,104.00** |

**Time Detail**

**Task Code:** B110    Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/21 | Leyh, Meghan | Revise and file Notice of Withdraw of Hakkenberg | 0.4 | 138.00 |
| 08/03/21 | Remming, Andrew | Emails with L Hakkenberg re withdrawal of appearance | 0.1 | 87.50 |
| 08/04/21 | Remming, Andrew | Emails w/L Hakkenberg re notice of withdrawal; review filed version of notice of withdrawal. | 0.2 | 175.00 |
| 10/01/21 | Remming, Andrew | Review email from Epiq re service | 0.1 | 87.50 |
| 10/04/21 | Remming, Andrew | Review email from R. Chevil re with withdrawal of appearance | 0.1 | 87.50 |
| | | **Total** | **0.9** | **575.50** |

**Task Code:** B160    Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/20 | Mann, Tamara K. | Call with P. Topper re MNAT fee apps | 0.1 | 68.50 |
| 11/11/20 | Topper, Paige | Call with T. Mann re: fee applications. | 0.1 | 51.00 |
| 11/13/20 | Mann, Tamara K. | Call with P. Topper re MNAT fee app | 0.2 | 137.00 |
| 11/13/20 | Vale, Desiree | Draft MNAT 104th Fee Application | 1.8 | 603.00 |
| 11/13/20 | Vale, Desiree | Draft MNAT 36th Quarterly Fee Application | 1.1 | 368.50 |
| 11/13/20 | Topper, Paige | Revise November 1, 2019 to October 31, 2020 fee application and correspondence with D. Vale re: same. | 0.2 | 102.00 |
| 11/13/20 | Topper, Paige | Call with T. Mann re MNAT fee app | 0.2 | 102.00 |
| 11/18/20 | Vale, Desiree | Correspondence with P. Topper re MNAT 104th Fee Application (.2) update same (.5) draft Notice and COS (.2) | 0.9 | 301.50 |
| 11/18/20 | Vale, Desiree | Update MNAT 36th Quarterly Fee Application | 0.3 | 100.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1);prepare and efile One-Hundred and Fourth Interim Application of Morris, Nichols, Arsht & Tunnell LLP for the Period November 1, 2019 through October 31, 2020 (.3) | 0.4 | 126.00 |
| 11/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1);prepare and efile Thirty-Sixth Quarterly Fee Application Request of Morris, Nichols, Arsht & Tunnell LLP for the Period November 1, 2019 through October 31, 2020 (.2) | 0.3 | 94.50 |
| 11/18/20 | Topper, Paige | Review and revise interim fee application for November 1, 2019 to October 31, 2020 and quarterly fee application and confer with D. Valle re: same. | 0.7 | 357.00 |
| 11/18/20 | Topper, Paige | Call with D. Vale re: interim and quarterly fee applications. | 0.1 | 51.00 |
| 12/09/20 | Vale, Desiree | Draft CNO re MNAT 104th Combined Monthly Fee Application (.3) draft CNO re MNAT 36th quarterly Fee Application (.2) | 0.5 | 167.50 |
| 12/10/20 | Vale, Desiree | Update and E-file CNOs re MNAT Interim and Quarterly Fee Applications | 0.4 | 134.00 |
|  |  | **Total** | **7.3** | **2,764.00** |

**Task Code:**    B165    Fee Applications (Others - Filing)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/11/20 | Vale, Desiree | Review and respond e-mail from T. Mann re CGSH 106th Fee Application and 36th quarterly fee application e-filings (.1) prepare both documents (.5) e-file the same (.2) | 0.8 | 268.00 |
| 11/11/20 | Mann, Tamara K. | Emails with A. Jung re Cleary fee apps; review and finalize interim and quarterly fee apps and email to D. Vale and P. Topper re same | 0.3 | 205.50 |
| 12/03/20 | Vale, Desiree | Draft CNOs (2) for Combined Fee Application and for Quarterly Fee Application | 0.6 | 201.00 |

3

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/03/20 | Vale, Desiree | E file CNOs (2) re Cleary 106th and 36th Interim and Quarterly Fee Applications | 0.5 | 167.50 |
| 12/03/20 | Mann, Tamara K. | Emails with D. Vale re CNOs re Cleary fee apps and review same; email to A. Jung re Cleary fee apps | 0.2 | 137.00 |
| 12/07/20 | Mann, Tamara K. | Emails with A. Jung and D. Vale re Cleary CNOs | 0.2 | 137.00 |
| 12/10/20 | Mann, Tamara K. | Emails and conf. with D. Vale re MNAT CNOs and fee schedule; review CNOs and fee schedule; emails with D. Vale re 12/17 hearing | 0.6 | 411.00 |
| 09/02/21 | Remming, Andrew | Review email from M. Weinberg re fee apps | 0.1 | 87.50 |
| | | **Total** | **3.3** | **1,614.50** |

**Task Code:**   B300   Court Hearings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/20 | Vale, Desiree | Draft Schedule A for Fee Hearing (.3) correspondence with T. Mann and E. Malafronti re agenda (.2) submit to chambers and request permission to cancel hearing (.1) | 0.6 | 201.00 |
| 12/10/20 | Mann, Tamara K. | Emails with A. Jung and D. Vale re 12/17 hearing | 0.1 | 68.50 |
| 12/11/20 | Mann, Tamara K. | Emails with D. Vale re 12/17 hearing | 0.1 | 68.50 |
| 12/11/20 | Mann, Tamara K. | Emails with D. Vale and E. Malfronti re 12/17 agenda | 0.1 | 68.50 |
| 12/11/20 | Mann, Tamara K. | Review 12/17 agenda and email to E. Malafronti re same | 0.1 | 68.50 |
| 12/11/20 | Reimann, Glenn | Electronically file and cause to be served the agenda cancelling the December 17 hearing. | 0.2 | 67.00 |
| 12/11/20 | Malafronti, Emily | Draft agenda canceling the hearing | 0.3 | 100.50 |
| 07/20/21 | Remming, Andrew | Emails w/ D. Abbott and L. Schweitzer re hearing dates | 0.1 | 87.50 |
| 07/21/21 | Leyh, Meghan | Draft Agenda for August 27 hearing; | 0.8 | 276.00 |
| 08/23/21 | Topper, Paige | Email to M. Weinberg, D. Abbott, and A. Remming re: disclosure statement hearing. | 0.1 | 56.00 |

4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/23/21 | Topper, Paige | Emails with M. Leyh re: disclosure statement hearing and agenda. | 0.1 | 56.00 |
| 08/23/21 | Remming, Andrew | Email exchange with M Weinberg, P Topper and L Schweitzer re confirmation hearing date | 0.1 | 87.50 |
| 08/24/21 | Topper, Paige | Review and provide comments to disclosure statement agenda and email to M. Leyh re: same. | 0.1 | 56.00 |
| 08/24/21 | Topper, Paige | Confer with A. Remming re: solicitation order and confirmation hearing. | 0.2 | 112.00 |
| 08/24/21 | Remming, Andrew | Office conf w/ P. Topper re DS order and confirmation hearing | 0.2 | 175.00 |
| 08/24/21 | Remming, Andrew | Review notice of hearing cancellation. | 0.1 | 87.50 |
| 08/24/21 | Remming, Andrew | Review email from M Weinberg re confirmation hearing. | 0.1 | 87.50 |
| 08/25/21 | Topper, Paige | Call with M. Leyh re: confirmation hearing. | 0.1 | 56.00 |
| 08/25/21 | Topper, Paige | Further emails with M. Weinberg re: confirmation hearing notice. | 0.1 | 56.00 |
| 08/25/21 | Remming, Andrew | Review email from P Topper re confirmation hearing dates | 0.1 | 87.50 |
| 08/25/21 | Leyh, Meghan | Call with P. Topper re: confirmation hearing. | 0.1 | 34.50 |
| 08/30/21 | Remming, Andrew | Review email from M Weinberg re confirmation hearing notice | 0.1 | 87.50 |
| 09/21/21 | Remming, Andrew | Review email from D. Abbott re ballots, confirmation hearing | 0.1 | 87.50 |
| 09/21/21 | Remming, Andrew | Review email from M. Leyh re confirmation hearing | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Office conf with P Topper re confirmation hearing date. | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Email with P Topper re confirmation hearing date. | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review email from L Schweitzer re confirmation hearing date | 0.1 | 87.50 |
| 09/30/21 | Topper, Paige | Office conf with A. Remming re confirmation hearing date. | 0.1 | 56.00 |
| 10/01/21 | Remming, Andrew | Review notice of rescheduled hearing | 0.1 | 87.50 |
| 10/01/21 | Remming, Andrew | Review email from M. Leyh re 10/13 hearing agenda | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/21 | Remming, Andrew | Review email from M. Weinberg re agenda | 0.1 | 87.50 |
| 10/08/21 | Remming, Andrew | Email w/ M. Weinberg re hearing question | 0.1 | 87.50 |
| 10/11/21 | Topper, Paige | Review and confer with M. Leyh re: comments to confirmation agenda. | 0.2 | 112.00 |
| 10/11/21 | Remming, Andrew | Review email from M. Leyh re agenda for 10/13 hearing | 0.1 | 87.50 |
| 10/11/21 | Remming, Andrew | Review email from M. Weinberg re 10/13 hearing | 0.1 | 87.50 |
| 10/13/21 | Abbott, Derek C. | Attend confirmation hearing | 0.4 | 398.00 |
| 10/13/21 | Abbott, Derek C. | Call w/Schweitzer re: hearing | 0.1 | 99.50 |
| | | **Total** | **5.8** | **3,673.00** |

**Task Code:**    B320    Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/21 | Mann, Tamara K. | Email from M. Weinberg re plan and disclosure statement; email to A. Remming and P. Topper re same | 0.1 | 73.50 |
| 03/02/21 | Remming, Andrew | emails w/ T. Mann and M. Weinberg re plan questions | 0.1 | 87.50 |
| 03/03/21 | Barsalona, Joseph | Correspondence with A. Remming re: liquidating plan documents (.1); Research regarding same per A. Remming (.1) | 0.2 | 144.00 |
| 03/03/21 | Mann, Tamara K. | Email from A. Remming re plan/disclosure statement | 0.2 | 147.00 |
| 03/03/21 | Mann, Tamara K. | Emails with A. Remming and M. Weinberg re plan and disclosure statement | 0.1 | 73.50 |
| 03/03/21 | Remming, Andrew | draft email memo re plan process for NII and research re same | 0.4 | 350.00 |
| 03/03/21 | Remming, Andrew | emails w/ T. Mann re plan questions | 0.1 | 87.50 |
| 03/03/21 | Remming, Andrew | emails w/ L. Schweitzer and M. Weinberg re plan questions | 0.1 | 87.50 |
| 03/03/21 | Remming, Andrew | emails w/ J. Barsalona re plan questions | 0.1 | 87.50 |
| 03/10/21 | Mann, Tamara K. | Email from P. Topper re plan | 0.1 | 73.50 |

6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/10/21 | Remming, Andrew | Review email from M. Weinberg re resolutions | 0.1 | 87.50 |
| 05/11/21 | Mann, Tamara K. | Emails from D. Abbott and P. Vella re NNIII board resolutions | 0.1 | 73.50 |
| 05/11/21 | Mann, Tamara K. | Email from M. Weinberg re board resolutions re plan | 0.1 | 73.50 |
| 05/11/21 | Remming, Andrew | Review email from T. Vella re resolutions | 0.1 | 87.50 |
| 05/12/21 | Mann, Tamara K. | Email from M. Weinberg re draft bylaws and articles of incorporation | 0.1 | 73.50 |
| 05/13/21 | Vella, Patricia O. | Review charter and bylaws; email | 0.7 | 682.50 |
| 05/13/21 | Remming, Andrew | Review email from T. Vella re resolutions | 0.1 | 87.50 |
| 05/13/21 | Remming, Andrew | Review email from L. Schweitzer re resolutions; review further email from T. Vella re same | 0.1 | 87.50 |
| 05/13/21 | Remming, Andrew | Review further email from L. Schweitzer re resolutions | 0.1 | 87.50 |
| 05/13/21 | Remming, Andrew | Review further email from T. Vella re resolutions/plan | 0.1 | 87.50 |
| 05/18/21 | Mann, Tamara K. | Email from M. Weinberg re NNIII plan | 0.1 | 73.50 |
| 05/18/21 | Remming, Andrew | Review email from M. Weinberg re resolutions | 0.1 | 87.50 |
| 05/19/21 | Mann, Tamara K. | Email from M. Weinberg re revised plan | 0.1 | 73.50 |
| 07/19/21 | Topper, Paige | Emails with co-counsel, A. Remming and D. Abbott re: DS, plan and solicitation motion (.1); review local rules re: same and email to D. Abbott and A. Remming re: same (.2). | 0.3 | 168.00 |
| 07/19/21 | Topper, Paige | Email to chambers re: disclosure statement hearing. | 0.2 | 112.00 |
| 07/19/21 | Topper, Paige | Call with M. Weinberg and A. Remming re: plan, disclosure statement and solicitation procedures motion (.5); follow up call with A. Remming re: same (.3). | 0.8 | 448.00 |
| 07/19/21 | Topper, Paige | Emails with co-counsel, A. Remming and D. Abbott re: disclosure statement hearing. | 0.1 | 56.00 |
| 07/19/21 | Remming, Andrew | Review draft DS | 1.4 | 1,225.00 |

7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/21 | Remming, Andrew | Attend call w/ M. Weinberg, P. Topper re NNIII plan/DS | 0.5 | 437.50 |
| 07/19/21 | Remming, Andrew | Tele w/ P. Topper re service of DS, plan, solicitation procedures order | 0.3 | 262.50 |
| 07/19/21 | Remming, Andrew | Review email from M. Weinberg re chapter 11 plan, DS | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Emails w/ D. Abbott re NNIII plan and DS | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Further email w/ M. Weinberg re chapter 11 plan/DS | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Emails w/ P. Topper re plan/DS | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Add'l email w/ M. Weinberg re chapter 11 plan and DS | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Review further email from P. Topper re NNIII plan/DS | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Emails w/ P. Topper and L. Schweitzer re hearing dates | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Review email from M. Weinberg re hearing dates | 0.1 | 87.50 |
| 07/19/21 | Remming, Andrew | Email w/ M. Weinberg re service of plan and DS | 0.1 | 87.50 |
| 07/20/21 | Topper, Paige | Emails with chambers and co-counsel re: hearing date for DS and solicitation procedures motion. | 0.1 | 56.00 |
| 07/20/21 | Topper, Paige | Call with A. Remming and T. Mann re: service of plan, DS and solicitation procedures motion. | 0.3 | 168.00 |
| 07/20/21 | Topper, Paige | Email to Epiq, A. Remming and M. Weinberg re: service of DS/plan. | 0.1 | 56.00 |
| 07/20/21 | Topper, Paige | Finalize NNIII plan and disclosure statement for filing. | 0.4 | 224.00 |
| 07/20/21 | Topper, Paige | Call with Epiq, M. Weisberg and A. Remming re: service of plan, disclosure statement and solicitation procedures motion. | 0.3 | 168.00 |
| 07/20/21 | Topper, Paige | Finalize solicitation procedures motion and DS hearing notice and prepare for filing. | 0.6 | 336.00 |
| 07/20/21 | Mann, Tamara K. | Emails from M. Weinberg and A. Remming re Plan and DS | 0.1 | 73.50 |
| 07/20/21 | Mann, Tamara K. | Conf. with A. Remming and P. Topper re service of Plan and DS | 0.3 | 220.50 |

8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/21 | Mann, Tamara K. | Email from M. Weinberg re plan, disclosure statement and solicitation procedures motion and review same | 0.6 | 441.00 |
| 07/20/21 | Remming, Andrew | Review draft chapter 11 plan | 0.8 | 700.00 |
| 07/20/21 | Remming, Andrew | Tele w/ P. Topper and T. Mann (meeting w/ T. Mann in part) re service for NNIII plan and DS | 0.3 | 262.50 |
| 07/20/21 | Remming, Andrew | Review solicitation procedures motion. | 0.7 | 612.50 |
| 07/20/21 | Remming, Andrew | Tele w/ P. Topper, T. Conklin, M. Weinberg re service of plan and DS | 0.3 | 262.50 |
| 07/20/21 | Remming, Andrew | Tele w/ P. Topper re service of plan, DS and solicitation procedures motion | 0.1 | 87.50 |
| 07/20/21 | Remming, Andrew | Review proposed order and exhibits to solicitation procedures motion; emails to M Weinberg re edits. | 0.6 | 525.00 |
| 07/20/21 | Remming, Andrew | Review plan administration agreement. | 0.2 | 175.00 |
| 07/20/21 | Remming, Andrew | Emails w/ V. Walker re DS motion; research re same | 0.2 | 175.00 |
| 07/20/21 | Remming, Andrew | Emails w/ M. Weinberg and P. Topper re plan docs, hearing dates | 0.1 | 87.50 |
| 07/20/21 | Remming, Andrew | Review email from P. Topper re service of plan and DS docs | 0.1 | 87.50 |
| 07/20/21 | Remming, Andrew | Further emails w/ P. Topper and T. Conklin re service of plan and DS docs | 0.1 | 87.50 |
| 07/20/21 | Remming, Andrew | Review email from M. Weinberg re confirmation hearing notice | 0.1 | 87.50 |
| 07/20/21 | Remming, Andrew | Review email from M. Weinberg re solicitation procedures motion | 0.1 | 87.50 |
| 07/20/21 | Remming, Andrew | Coordinate filing and service of plan, DS and solicitation procedures motion, including extensive correspondence w/ Epiq, P. Topper, M. Weinberg and V. Walker re same | 1.2 | 1,050.00 |
| 07/21/21 | Leyh, Meghan | File Chapter 11 Plan and Disclosure Statement in Nortel India matter; | 0.3 | 103.50 |
| 07/21/21 | Remming, Andrew | Review emails from Epiq re service of plan, DS and balloting motion | 0.1 | 87.50 |
| 07/21/21 | Remming, Andrew | Emails w/ P. Topper re UST request re plan | 0.1 | 87.50 |
| 07/21/21 | Remming, Andrew | Emails w/ M. Weinberg and T. Conklin re service of plan and DS | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/21 | Remming, Andrew | Emails w/ D. Abbott and L. Schweitzer re UST comments/questions | 0.1 | 87.50 |
| 07/30/21 | Mann, Tamara K. | Emails from M. Weinberg and D. Abbott re draft confirmation order | 0.1 | 73.50 |
| 07/30/21 | Remming, Andrew | Review email from M. Weinberg re confirmation order | 0.1 | 87.50 |
| 08/02/21 | Remming, Andrew | Review email from M Weinberg re UST comments to plan | 0.1 | 87.50 |
| 08/02/21 | Remming, Andrew | Review email from D Abbott re UST edits to plan | 0.1 | 87.50 |
| 08/03/21 | Remming, Andrew | Review email from M Weinberg re UST edits to plan | 0.1 | 87.50 |
| 08/04/21 | Topper, Paige | Email to co-counsel, D. Abbott and A. Remming re: UST comments to plan. | 0.2 | 112.00 |
| 08/05/21 | Topper, Paige | Call with A. Remming re: UST comments to plan and solicitation procedures order. | 0.3 | 168.00 |
| 08/05/21 | Topper, Paige | Call with M. Catron re: plan research. | 0.2 | 112.00 |
| 08/05/21 | Topper, Paige | Review U.S. Trustee comments to plan, DS and solicitation procedures order and research re: same. | 2.7 | 1,512.00 |
| 08/05/21 | Catron, Matthew | Call with P. Topper to discuss research related to plan provisions. | 0.2 | 91.00 |
| 08/05/21 | Catron, Matthew | Research plan provisions to address US Trustee comments. | 0.5 | 227.50 |
| 08/05/21 | Remming, Andrew | Tele w/ P. Topper re: UST comments to plan and solicitation procedures order. | 0.3 | 262.50 |
| 08/05/21 | Remming, Andrew | Review email from P Topper re discharge research | 0.1 | 87.50 |
| 08/06/21 | Topper, Paige | Review revisions to plan to incorporate UST comments and email to D. Abbott and A. Remming re: same. | 0.1 | 56.00 |
| 08/06/21 | Catron, Matthew | Research provisions in similar plans of liquidation to address comments from US Trustee. | 2.2 | 1,001.00 |
| 08/06/21 | Catron, Matthew | Summarize research on plan provisions and send to P. Topper for review. | 0.2 | 91.00 |
| 08/06/21 | Mann, Tamara K. | Emails from A. Remming, P. Topper and M. Weinberg re UST comments re plan | 0.2 | 147.00 |
| 08/06/21 | Remming, Andrew | Review and respond to email from P. Topper re comments to plan | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/21 | Remming, Andrew | Review email from M. Weinberg revisions to chapter 11 plan | 0.1 | 87.50 |
| 08/06/21 | Remming, Andrew | Email exchange w/ P. Topper and D. Abbott re revisions to chapter 11 plan | 0.1 | 87.50 |
| 08/09/21 | Topper, Paige | Review revised plan, DS and solicitation procedures order and email to D. Buchbinder re: same. | 0.4 | 224.00 |
| 08/09/21 | Mann, Tamara K. | Email from M. Weinberg re responses to UST comments re Plan and DS | 0.2 | 147.00 |
| 08/09/21 | Mann, Tamara K. | Emails from P. Topper re Plan and DS | 0.1 | 73.50 |
| 08/09/21 | Remming, Andrew | Review email from M. Weinberg re plan/DS | 0.1 | 87.50 |
| 08/09/21 | Remming, Andrew | Review email from P. Topper re plan/DS | 0.1 | 87.50 |
| 08/09/21 | Remming, Andrew | Review email from UST re plan and DS revisions | 0.1 | 87.50 |
| 08/11/21 | Mann, Tamara K. | Emails from M. Weinberg and D. Abbott re revised Plan and DS | 0.1 | 73.50 |
| 08/11/21 | Topper, Paige | Review revised plan, disclosure statement. | 0.3 | 168.00 |
| 08/11/21 | Remming, Andrew | Review email from M Weinberg re revised plan and DS | 0.1 | 87.50 |
| 08/11/21 | Remming, Andrew | Review further emails from D Abbott and M Weinberg re revised plan and DS. | 0.1 | 87.50 |
| 08/11/21 | Remming, Andrew | Further email with M Weinberg re balloting | 0.1 | 87.50 |
| 08/12/21 | Remming, Andrew | Review email from M. Weinberg re revised plan and DS | 0.1 | 87.50 |
| 08/12/21 | Remming, Andrew | Review email from M Weinberg re revised plan and DS | 0.1 | 87.50 |
| 08/17/21 | Remming, Andrew | Review email from M. Weinberg re DS hearing | 0.1 | 87.50 |
| 08/20/21 | Remming, Andrew | Review email from M Weinberg re DS hearing | 0.1 | 87.50 |
| 08/23/21 | Topper, Paige | Review and revise CNO re: solicitation motion and email to M. Leyh re: same. | 0.2 | 112.00 |
| 08/23/21 | Remming, Andrew | Review email from P. Topper re DS hearing status | 0.1 | 87.50 |
| 08/24/21 | Topper, Paige | Review solicitation procedures and draft confirmation hearing notice (.6); VM to M. Weinberg re: same (.1). | 0.7 | 392.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/24/21 | Topper, Paige | Emails with M. Weinberg re: confirmation. | 0.1 | 56.00 |
| 08/24/21 | Remming, Andrew | Review email from P Topper re DS order. | 0.1 | 87.50 |
| 08/25/21 | Topper, Paige | Email to M. Weinberg re: solicitation order. | 0.1 | 56.00 |
| 08/25/21 | Topper, Paige | Review further revised solicitation order and confer with M. Leyh re: uploading same. | 0.2 | 112.00 |
| 08/25/21 | Remming, Andrew | Review email from M Weinberg re revised order | 0.1 | 87.50 |
| 08/26/21 | Remming, Andrew | Review revisions to chapter 11 plan and DS | 0.2 | 175.00 |
| 08/29/21 | Remming, Andrew | Review revisions to solicitation procedures order | 0.1 | 87.50 |
| 08/30/21 | Topper, Paige | Review and finalize notice of confirmation hearing and solicitation versions of plan and DS and email to V. Walker re: filing same. | 0.5 | 280.00 |
| 08/30/21 | Remming, Andrew | Further emails with M Weinberg and P Topper re confirmation docs | 0.1 | 87.50 |
| 09/21/21 | Remming, Andrew | Review email from M. Weinberg re ballots, confirmation hearing | 0.1 | 87.50 |
| 09/21/21 | Remming, Andrew | Review email from M. Weinberg re confirmation order; review email from D. Abbott re same | 0.1 | 87.50 |
| 09/27/21 | Leyh, Meghan | Review emails re: confirmation brief; | 0.1 | 34.50 |
| 09/27/21 | Remming, Andrew | Review email from M. Weinberg re confirmation brief | 0.1 | 87.50 |
| 09/28/21 | Remming, Andrew | Review email from M Weinberg re voting. | 0.1 | 87.50 |
| 09/29/21 | Topper, Paige | Review Epiq voting declaration and prepare for filing. | 0.2 | 112.00 |
| 09/29/21 | Topper, Paige | Call with A. Remming re: draft confirmation order. | 0.3 | 168.00 |
| 09/29/21 | Remming, Andrew | Tele w/ P. Topper re comments to draft confirmation order, filing same, decl in support and prep for confirmation hearing | 0.3 | 262.50 |
| 09/29/21 | Remming, Andrew | Review email from M Weinberg re status of plan docs | 0.1 | 87.50 |
| 09/29/21 | Remming, Andrew | Review email from P Topper re voting declaration | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/21 | Remming, Andrew | Review email from M. Weinberg re voting declaration | 0.1 | 87.50 |
| 09/30/21 | Abbott, Derek C. | Review confirmation brief | 0.2 | 199.00 |
| 09/30/21 | Remming, Andrew | Office conf with P Topper re brief in support of confirmation | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Further office conf with P Topper re plan confirmation filings. | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review draft of confirmation brief | 0.7 | 612.50 |
| 09/30/21 | Remming, Andrew | Review draft of Ray declaration re confirmation | 0.3 | 262.50 |
| 09/30/21 | Remming, Andrew | Review draft of Kennedy declaration | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review draft of confirmation order | 1.0 | 875.00 |
| 09/30/21 | Remming, Andrew | Review revisions to confirmation order | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review email from P Topper re edits to draft confirmation order | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Email from P Topper re filing plan docs | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Emails with M Weinberg re filing and service of plan docs. | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review email from Epiq re service of plan docs. | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review email from M. Weinberg re filing versions of plan documents | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review email from M. Weinberg re status of confirmation order | 0.1 | 87.50 |
| 09/30/21 | Remming, Andrew | Review email from P. Topper re service of plan docs | 0.1 | 87.50 |
| 09/30/21 | Topper, Paige | Further office conf with A. Remming re plan confirmation filings. | 0.1 | 56.00 |
| 10/01/21 | Abbott, Derek C. | Correspondence w/Buchbinder re plan order (.1); correspondence w/Weinberg re same (.2) | 0.3 | 298.50 |
| 10/01/21 | Remming, Andrew | Review email from M. Leyh re confirmation hearing | 0.1 | 87.50 |
| 10/01/21 | Remming, Andrew | Review email from L. Schweitzer re confirmation hearing | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/21 | Topper, Paige | Review revised confirmation order incorporating UST comments and email to D. Buchbinder and D. Abbott re: same. | 0.1 | 56.00 |
| 10/04/21 | Abbott, Derek C. | Call w/Topper re: notice of proposed confirmation order | 0.1 | 99.50 |
| 10/04/21 | Topper, Paige | Call w/D. Abbott re: notice of proposed confirmation order | 0.1 | 56.00 |
| 10/06/21 | Topper, Paige | Finalize and prepare for filing notice of revised proposed confirmation order. | 0.2 | 112.00 |
| 10/06/21 | Remming, Andrew | Emails w/ Epiq and M. Weinberg re service of confirmation materials | 0.1 | 87.50 |
| 10/11/21 | Remming, Andrew | Correspondence (2x) re confirmation materials w/ M. Weinberg and J. Noble | 0.1 | 87.50 |
| 10/13/21 | Remming, Andrew | Review email from M. Leyh re order confirming chapter 11 plan | 0.1 | 87.50 |
| 10/13/21 | Remming, Andrew | Emails w/ M. Weinberg and J. Noble re service of confirmation materials | 0.1 | 87.50 |
| 10/14/21 | Remming, Andrew | Review email from M. Weinberg re uncashed checks | 0.1 | 87.50 |
| 10/20/21 | Remming, Andrew | Review and respond to email from M. Weinberg re uncashed check issue; review Nortel plan re same | 0.3 | 262.50 |
| 10/20/21 | Remming, Andrew | Review email from M. Weinberg re uncashed checks | 0.1 | 87.50 |
| 10/20/21 | Remming, Andrew | Review email from L. Schweitzer re uncashed checks | 0.1 | 87.50 |
| 10/20/21 | Remming, Andrew | Review email from M. Weinberg re uncashed checks | 0.1 | 87.50 |
| | | **Total** | **36.0** | **26,506.00** |

**Task Code:** B420    Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/24/20 | Reimann, Glenn | Electronically file and cause to be served the monthly operating report. | 0.2 | 67.00 |
| 11/24/20 | Topper, Paige | Review October MOR and prepare for filing. | 0.1 | 51.00 |
| 12/18/20 | Reimann, Glenn | Electronically file and cause to be served the November monthly operating report. | 0.2 | 67.00 |
| 12/18/20 | Topper, Paige | Review and finalize November MOR. | 0.2 | 102.00 |
| 01/20/21 | Naimoli, Theresa M. | Post-Confirmation Quarterly Summary Report (Unaudited) for Reporting Period October 1, 2020 through December 31, 2020 (.2) | 0.2 | 67.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/20/21 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of reports (.1); prepare & efile Monthly Operating Report for Reporting Period December 1, 2020 through December 31, 2020 (.2) | 0.3 | 100.50 |
| 01/20/21 | Topper, Paige | Review December MOR | 0.3 | 168.00 |
| 03/01/21 | Topper, Paige | Review and prepare January MOR application for filing. | 0.1 | 56.00 |
| 03/02/21 | Leyh, Meghan | File Monthly Operating Report | 0.1 | 34.50 |
| 03/24/21 | Topper, Paige | Review February MOR and email re: filing and service of same. | 0.1 | 56.00 |
| 04/20/21 | Topper, Paige | Review March MOR and coordinate filing of same. | 0.2 | 112.00 |
| 05/24/21 | Topper, Paige | Review April MOR and email to M. Leyh re: filing and service of same. | 0.2 | 112.00 |
| 05/24/21 | Leyh, Meghan | File Monthly Operating Report for April 2021 | 0.3 | 103.50 |
| 06/30/21 | Topper, Paige | Review May MOR and email to V. O'Neill and M. Leyh re: filing and service of same. | 0.1 | 56.00 |
| 07/20/21 | Topper, Paige | Review June MOR and post-confirmation monthly operating report and email to W. Freeman re: filing and service of same. | 0.2 | 112.00 |
| 08/18/21 | Topper, Paige | Review MOR and email to M. Cilia re: same. | 0.2 | 112.00 |
| 08/19/21 | Topper, Paige | Further review of MOR and email to M. Cilia and D. Abbott re: same. | 0.3 | 168.00 |
| 08/19/21 | Topper, Paige | Call with M. Cilia re: MOR. | 0.1 | 56.00 |
| 08/22/21 | Topper, Paige | Review and finalize July MOR and email to M. Leyh re: filing and service of same. | 0.2 | 112.00 |
| 09/20/21 | Topper, Paige | Review August MOR and email to M. Leyh re: filing and service of same. | 0.2 | 112.00 |
| 09/20/21 | Leyh, Meghan | Review and forward email to B. Cornely re: file MOR and serve on UST Buchbinder | 0.1 | 34.50 |
| 10/19/21 | Topper, Paige | Review September MOR and email to M. Leyh re: filing and service of same. | 0.2 | 112.00 |
| | | **Total** | **4.1** | **1,971.00** |