# Exhibit B

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2020 through October 31, 2021

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Pacer | | 39.80 |
| In-House Printing | Black and White | 2.50 |
| Conference Calls | | 275.12 |
| Photos/Art/Spec Duplicating-Out of Office | | 12.85 |
| Transcripts | | 97.75 |
| Courier/Delivery Service | | 104.43 |
| **Total Expenses** | | **$532.45** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/29/17 | Conference Calls - COURTCALL - A REMMING - FOR MICHAEL J KENNEDY - 8741750 - 11/29/2017 | 1.0 | 58.00 |
| 11/30/17 | Conference Calls - COURTCALL - T MANN - FOR CARLETTA WONG - 8745463 - 11/30/2017 | 1.0 | 198.00 |
| 02/28/18 | Courier/Delivery Service - FEDEX | 1.0 | 104.43 |
| 04/02/19 | Transcripts - 14-day transcript - 04/02/2019 | 1.0 | 97.75 |
| 10/01/19 | Pacer | 23.0 | 2.30 |
| 11/11/20 | Pacer | 44.0 | 4.40 |
| 11/13/20 | Pacer | 36.0 | 3.60 |
| 11/18/20 | In-House Printing - black & white | 25.0 | 2.50 |
| 11/18/20 | Pacer | 45.0 | 4.50 |
| 11/18/20 | Photos/Art/Spec Duplicating-Out of Office - Bankruptcy service - Print/copy, envelope, printing on label stock, postage - 11/18/2020 | 1.0 | 12.85 |
| 11/24/20 | Pacer | 1.0 | 0.10 |
| 12/03/20 | Pacer | 21.0 | 2.10 |
| 12/10/20 | Pacer | 42.0 | 4.20 |
| 12/11/20 | Pacer | 17.0 | 1.70 |
| 01/20/21 | Pacer | 30.0 | 3.00 |
| 06/30/21 | Pacer | 11.0 | 1.10 |
| 07/19/21 | Conference Calls | 1.0 | 12.93 |
| 07/20/21 | Conference Calls | 1.0 | 6.19 |
| 08/12/21 | Pacer | 57.0 | 5.70 |
| 08/19/21 | Pacer | 71.0 | 7.10 |
| | **Total** | | **$532.45** |