# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (CSS) |
|     Wind-Down Debtors and Debtor-In-Possession. | Jointly Administered |
| | **Re: D.I. 18917** |

**CERTIFICATE OF NO OBJECTION REGARDING ONE-HUNDRED AND FIFTH INTERIM APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD NOVEMBER 1, 2020 THROUGH OCTOBER 31, 2021**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **One Hundred and Fifth Interim Application of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period November 1, 2020 Through October 31, 2021** (the "Application") (D.I. 18917), filed on November 19, 2021.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than December 9, 2021 at 4:00 p.m. (Eastern Time).

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $37,104.00 | $532.45 | $29,683.20 | $30,215.65 |

WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated:  December 10, 2021
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989
Email: dabbott@morrisnichols.com
          aremming@morrisnichols.com
          tmann@morrisnichols.com
          ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors and Debtor In Possession*