**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>       Wind-Down Debtors. | Chapter 11 <br><br> Case No. 09-10138 (CSS) <br><br> Jointly Administered |
| *In re* <br><br> Nortel Networks India International Inc. <br><br>       Debtor-In-Possession. | Chapter 11 <br><br> Case No. 16-11714 (CSS) <br><br> Jointly Administered |

**NOTICE OF CANCELED HEARING**

PLEASE TAKE NOTICE that the hearing scheduled for January 12, 2022, at 10:15 a.m. (ET) in the above-captioned cases before the Honorable Christopher S. Sontchi has been canceled.

[*Remainder of page intentionally left blank.*]

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: December 14, 2021<br>Wilmington, Delaware | MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: lschweitzer@cgsh.com<br><br>*Counsel for Nortel Networks India International Inc.* |