IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (CSS) |
| | : | |
|       Wind-Down Debtors. | : | Jointly Administered |
| ----------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks India International Inc. | : | Case No. 16-11714 (CSS) |
| | : | |
|       Wind-Down Debtor. | : | Jointly Administered |
| ----------------------------------------------------------X | : | |

**NOTICE OF ONE HUNDRED AND EIGHTH INTERIM (FOR THE PERIOD NOVEMBER 1, 2021 THROUGH DECEMBER 9, 2021) AND FINAL APPLICATION OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021**

      Attached hereto is the **One Hundred and Eighth Interim (for the Period November 1, 2021 Through December 9, 2021) and Final Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021** (the "Application").

      You are required to file an objection ("Objection"), if any, to the Application with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

5th Floor, Courtroom #6, Wilmington, Delaware 19801 on or before **February 10, 2022 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").  In addition, you must serve such Objection on counsel for the Wind-Down Debtors so as to be received by the Objection Deadline.

   A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  January 20, 2022
   Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        Lisa M. Schweitzer
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

         - and -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Andrew R. Remming*
        Derek C. Abbott (No. 3376)
        Andrew R. Remming (No. 5120)
        1201 North Market Street, 16th Floor
        Wilmington, Delaware 19899-1347
        Telephone:  (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Wind-Down Debtors*