**EXPENSE SUMMARY**                                                              **In re Nortel Networks Inc., et al**
**November 1, 2021 through December 9, 2021**                                    **(Case No. 09-10138 (CSS))**

## Exhibit A

### COMPENSATION BY PROJECT CATEGORY
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2021 through December 9, 2021

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---:|---:|---:|
| Case Administration | 3.10 | $3,419.00 | $0.00 |
| Plan of Reorganization and Disclosure Statement | 15.80 | $15,352.00 | $0.00 |
| Tax | 1.60 | $1,866.50 | $0.00 |
| International Coordination | 2.80 | $2,750.00 | $0.00 |
| Fee and Employment Application | 16.50 | $15,330.00 | $0.00 |
| **TOTAL** | **39.80** | **$38,717.50** | **$0.00** |

**MATTER: 17650-035  CASE ADMINISTRATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Hailey, Kara A. | 11/4/2021 | E-mails with L. Schweitzer and M. Weinberg regarding NNIII dissolution and plan effective date. | 0.30 | $355.50 | 58178320 |
| Hailey, Kara A. | 11/10/2021 | E-mails with M. Weinberg regarding Delaware dissolution (0.3); review of models regarding same (0.6); review of draft direction letter re NNIII dissolution (0.2); review of draft consent of plan administrator re same (0.2); review of draft certificate of dissolution (0.2). | 1.50 | $1,777.50 | 58180539 |
| Weinberg, Michael | 11/18/2021 | Prepared draft motion to close the NNIII chapter 11 case. | 1.10 | $979.00 | 58112179 |
| Schweitzer, Lisa M. | 12/2/2021 | Review case distribution and post-effective date timeline (0.1).  Email M. Weinberg re: same (0.1). | 0.20 | $307.00 | 58213189 |
|  |  | **MATTER TOTALS:** | 3.10 | $3,419.00 |  |

**MATTER: 17650-035 CASE ADMINISTRATION**

**MATTER: 17650-042 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Weinberg, Michael | 11/4/2021 | Reviewed steps required for NNIII plan effective date (1.0); correspondence with L. Schweitzer re same (0.3); reviewed steps for wind down of NNIII (1.0); prepared execution versions of plan administration agreement (0.1) and amended corporate governance documents (0.2); prepared draft effective date notice (1.0); prepared draft admin claim form (0.5); correspondence with L. Schweitzer re draft plan effective date documentation (0.2). | 4.30 | $3,827.00 | 58032219 |
| Weinberg, Michael | 11/5/2021 | Revised draft effective date notice based on comments from L. Schweitzer (0.3); reviewed comments from L. Schweitzer re draft amended corporate governance documents (0.1); correspondence with L. Schweitzer re effective date notice and amended governance documents (0.3); correspondence with T. Conklin (Epiq) regarding draft admin claim form and effective date notice (0.2); correspondence with D. Abbott (MNAT) re conditions to NNIII plan effective date (0.2). | 1.10 | $979.00 | 58037366 |
| Schweitzer, Lisa M. | 11/5/2021 | Review draft effective date notice (0.1). Review revised new corporate documents (0.2). Review M. Weinberg update re: preparation for effective date (0.1). Work on revised plan draft provisions (0.8). | 1.20 | $1,842.00 | 58049737 |
| Weinberg, Michael | 11/10/2021 | Reviewed NNIII conditions to plan effective date and related issues regarding dissolution timing and state law filings (1.6); correspondence with L. Schweitzer and K. Hailey re same (0.4). | 2.00 | $1,780.00 | 58069243 |
| Weinberg, Michael | 11/10/2021 | Call with M. Kennedy (Chilmark) to discuss conditions to plan effective date. | 0.10 | $89.00 | 58069520 |
| Schweitzer, Lisa M. | 11/10/2021 | Correspondence M. Weinberg re: NNIII effective date, dissolution (0.2). | 0.20 | $307.00 | 58081157 |
| Weinberg, Michael | 11/11/2021 | Prepared timeline of conditions to plan effective date. | 0.40 | $356.00 | 58076114 |

**MATTER: 17650-042 PLAN OF REOGANIZATION AND DISCLOSURE STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| Weinberg, Michael | 11/16/2021 | Call with A. Remming (MNAT) to discuss questions regarding the filing of NNIII's amended corporate governance documents and timing of dissolution. | 0.30 | $267.00 | 58103397 |
| Weinberg, Michael | 11/16/2021 | Reviewed conditions to plan effective date and steps required to satisfy such conditions. | 0.80 | $712.00 | 58100376 |
| Schweitzer, Lisa M. | 11/16/2021 | Correspondence with M. Cilia (RLKS) re: effective date planning (0.3). | 0.30 | $460.50 | 58121989 |
| Weinberg, Michael | 12/1/2021 | Correspondence with L. Schweitzer and K. Hailey regarding plan effective date and wind down of NNIII (0.5); correspondence with M. Kennedy re same (0.1); reviewed steps to wind down NNIII (0.5). | 1.10 | $979.00 | 58189411 |
| Weinberg, Michael | 12/2/2021 | Prepared summary of remaining next steps for plan effective date and wind down of NNIII (1.4); reviewed comments from L. Schweitzer re same (0.4); correspondence with J. Ray (Owl Hill) re same (0.2). | 2.00 | $1,780.00 | 58198513 |
| Weinberg, Michael | 12/9/2021 | Prepared execution versions of Wind-Down NNIII governance documents (0.5); correspondence with L. Schweitzer, J. Ray (Owl Hill) and P. Topper (MNAT) re same (0.7); prepared final version of notice of effective date (0.2); correspondence with T. Conklin (Epiq) re admin claim form and plan effective date notice (0.2); correspondence with J. Lawrence (Epiq) re updated Nortel case website (0.1). | 1.70 | $1,513.00 | 58236326 |
| Schweitzer, Lisa M. | 12/9/2021 | Review effective date notices, filings. | 0.30 | $460.50 | 58255329 |
| | | **MATTER TOTALS:** | 15.80 | $15,352.00 | |

**MATTER: 17650-042 PLAN OF REOGANIZATION AND DISCLOSURE STATEMENT**

**MATTER: 17650-043  FEE AND EMPLOYMENT APPLICATIONS**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Weinberg, Michael | 11/2/2021 | Revised draft Cleary fee application. | 1.30 | $1,157.00 | 58019720 |
| Weinberg, Michael | 11/3/2021 | Revised time entries for Cleary fee application (1.0); correspondence with J. Huie re same (0.1). | 1.10 | $979.00 | 58023012 |
| Weinberg, Michael | 11/4/2021 | Reviewed revised time entries for Cleary fee application (0.1); correspondence with J. Huie re same (0.1). | 0.20 | $178.00 | 58034271 |
| Weinberg, Michael | 11/5/2021 | Revised draft Cleary fee application based on updated information from billing team. | 0.20 | $178.00 | 58037367 |
| Weinberg, Michael | 11/8/2021 | Reviewed issues related to time entries for Cleary fee application (1.2); revised draft interim fee application (2.2); revised draft quarterly fee application (0.8); correspondence with L. Schweitzer re draft interim and quarterly fee applications (0.2). | 4.40 | $3,916.00 | 58044401 |
| Weinberg, Michael | 11/9/2021 | Further revised Cleary fee application based on comments from J. Huie and L. Schweitzer (2.0); correspondence with J. Huie re same (0.4); correspondence with L. Schweitzer re same (0.3); reviewed issues related to timing of fee application hearing (0.3). | 3.00 | $2,670.00 | 58060035 |
| Weinberg, Michael | 11/10/2021 | Revised draft Cleary interim fee application. | 0.90 | $801.00 | 58067895 |
| Schweitzer, Lisa M. | 11/11/2021 | Revise draft quarterly fee application (0.2).  Revise draft fee application exhibit (0.3). | 0.50 | $767.50 | 58080869 |
| Weinberg, Michael | 11/12/2021 | Revised draft Cleary fee application based on further comments from L. Schweitzer (1.7); correspondence with L. Schweitzer and J. Huie re same (0.3). | 2.00 | $1,780.00 | 58078445 |
| Schweitzer, Lisa M. | 11/12/2021 | Review further revised fee application (0.2). | 0.20 | $307.00 | 58093002 |
| Weinberg, Michael | 11/15/2021 | Revised draft Cleary fee application based on updated time entries and comments from L. Schweitzer. | 1.50 | $1,335.00 | 58094065 |
| Schweitzer, Lisa M. | 11/15/2021 | Review final NNIII fee application (0.2).  Email J. Ray (Owl Hill) re: same (0.1) | 0.30 | $460.50 | 58121182 |
| Weinberg, Michael | 11/16/2021 | Prepared final version of Cleary fee application for filing. | 0.40 | $356.00 | 58102592 |

**MATTER: 17650-043 FEE AND EMPLOYMENT APPLICATIONS**

| Weinberg, Michael | 11/18/2021 | Reviewed certificate of no objection for Cleary fee application. | 0.10 | $89.00 | 58112156 |
| Weinberg, Michael | 11/30/2021 | Correspondence with L. Schweitzer regarding objection deadline for Cleary fee application and preparation of a CNO with respect thereto. | 0.20 | $178.00 | 58181103 |
| Weinberg, Michael | 12/7/2021 | Correspondence with P. Topper (MNAT) and A. Remming (MNAT) regarding preparation of certificate of no objection for Cleary's interim fee application. | 0.10 | $89.00 | 58225122 |
| Weinberg, Michael | 12/8/2021 | Reviewed certificates of no objection for Cleary fee application. | 0.10 | $89.00 | 58232642 |
| | | **MATTER TOTALS:** | 16.50 | $15,330.00 | |

**MATTER: 17650-043 FEE AND EMPLOYMENT APPLICATIONS**

**MATTER: 17650-044  INTERNATIONAL COORDINATION**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Weinberg, Michael | 11/2/2021 | Further revised draft pleadings related to Canadian recognition order for NNIII plan (1.5); correspondence with L. Schweitzer re same (0.2). | 1.70 | $1,513.00 | 58017764 |
| Schweitzer, Lisa M. | 11/2/2021 | Revise draft Canadian recognition motion, order (0.4). | 0.40 | $614.00 | 58025123 |
| Weinberg, Michael | 11/3/2021 | Correspondence with A Slavens (Torys) regarding draft Canadian recognition pleadings. | 0.20 | $178.00 | 58026462 |
| Weinberg, Michael | 11/5/2021 | Revised draft factum for recognition of NNIII plan in Canada (0.4); correspondence with A. Slavens (Torys) re same (0.1). | 0.50 | $445.00 | 58042144 |
| | | **MATTER TOTALS:** | 2.80 | $2,750.00 | |

**MATTER: 17650-044 INTERNATIONAL COORDINATION**

**MATTER: 17650-045 TAX**

| NAME | DATE | DESCRIPTION | HOURS | AMOUNT | INDEX |
|---|---|---|---|---|---|
| Hailey, Kara A. | 12/3/2021 | E-mails with N. Virmani (EY) and M. Cilia (RLKS) regarding writ petition. | 0.50 | $592.50 | 58338142 |
| Weinberg, Michael | 12/8/2021 | Correspondence with K. Hailey regarding status of rectification application in India. | 0.10 | $89.00 | 58232645 |
| Hailey, Kara A. | 12/8/2021 | E-mails regarding rectification petition with N. Virmani (EY) and M. Weinberg. | 0.50 | $592.50 | 58279334 |
| Hailey, Kara A. | 12/9/2021 | E-mails with N. Virmani (EY), L. Schweitzer and M. Weinberg regarding rectification order. | 0.50 | $592.50 | 58264175 |
| | | **MATTER TOTALS:** | 1.60 | $1,866.50 | |

**MATTER: 17650-045 TAX**