# CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age and that service of the foregoing **One Hundred and Eighth Interim (for the Period November 1, 2021 Through December 9, 2021) and Final Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021** was caused to be made on January 20, 2022, in the manner indicated upon the entities identified below.

Date:  January 20, 2022

*/s/ Andrew R. Remming*
Andrew R. Remming (No. 5120)

**VIA HAND DELIVERY & EMAIL**

David L. Buchbinder, Esq.
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Email: David.L.Buchbinder@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL**

Nortel Networks India International Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)