## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- X
In re:                                    :    Chapter 11
                                          :
Nortel Networks Inc., et al.,[1]          :    Case No. 09-10138 (CSS)
                                          :
        Wind-Down Debtors.                :    Jointly Administered
                                          :
                                          :
-------------------------------------------------------- X
                                          :
In re:                                    :    Chapter 11
                                          :
Nortel Networks India International Inc.  :    Case No. 16-11714 (CSS)
                                          :
        Wind-Down Debtor..                :    Jointly Administered
                                          :
                                          :    Ref. Docket No. 18931
-------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                              ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with the principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2022, I caused to be served the "One Hundred and Eighth Interim (For the Period November 1, 2021 Through December 9, 2021) and Final Application of Cleary Gottlieb Steen & Hamilton LLP, as Attorneys for Debtor and Debtor-in-Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021," dated January 20, 2022 [Docket No. 18931],

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Networks (CALA) Inc. (4226) and Nortel Networks India International Inc. (8667). Contact information for the Former Debtors and their petitions are available at http://dm.epiq11.com/nortel.

by causing true and correct copies to be:

   a.  enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit A</u>,

   b.  enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit B</u>, and

   c.  delivered via electronic mail to: *david.l.buchbinder@usdoj.gov*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
24th day of January, 2022
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

Nortel Networks Inc., *et al.*
Case No. 09-10138 (CSS)
Overnight Mail Party

David L. Buchbinder
J. Caleb Boggs Federal Bldg
Room 2207, 844 N King St
Wilmington, DE 19801

**EXHIBIT B**

Nortel Networks Inc., et al.
Case No. 09-10138 (CSS)
Overnight Mail Party

Nortel Networks India International Inc
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259