**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------X
                                                     :
In re                                                :   Chapter 11
                                                     :
Nortel Networks Inc., et al., ¹                      :   Case No. 09-10138 (CSS)
                                                     :
          Wind-Down Debtors and                      :   Jointly Administered
          Debtor In Possession.                      :
                                                     :   Hearing Date: TBD
-------------------------------------------------------   Objections Due: February 28, 2022 at 4:00 p.m. (ET)
                                                     X
```

**ONE-HUNDRED AND SIXTH INTERIM (FOR THE PERIOD NOVEMBER 1, 2021
THROUGH DECEMBER 9, 2021) AND FINAL APPLICATION OF MORRIS,
NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND
DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION
AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.
FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021**

| | |
|---|---|
| Name of Applicant: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | February 4, 2009 *nunc pro tunc* to January 14, 2009 |
| Interim Period for which Compensation and reimbursement is sought: | November 1, 2021 through December 9, 2021 |
| Interim Amount of compensation sought as actual, reasonable and necessary: | $9,671.00 |
| Interim Amount of reimbursement sought as actual, reasonable and necessary: | $409.57 |
| Final Period for which Compensation and | |

---

¹ The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

reimbursement is sought: May 9, 2017 Through December 9, 2021

Final Amount of
compensation sought as
actual, reasonable and
necessary: $76,570.00[2]

Final Amount of
reimbursement sought as
actual, reasonable and
necessary: $1,440.86[3]

This is an __ interim    X  final application

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
|---|---|---|---|
| 2/13/09 | 1/14/09 – 1/31/09 | $85,859.00/$23,353.91 | $85,859.00/$23,353.91 |
| 3/26/09 | 2/1/09 – 2/28/09 | $73,614.00/$50,566.31 | $73,614.00/$50,566.31 |
| 4/28/09 | 3/1/09 – 3/31/09 | $40,052.00/$16,676.97 | $40,052.00/$16,676.97 |
| 6/1/09 | 4/1/09 – 4/30/09 | $42,954.50/$10,037.89 | $42,954.50/$10,037.89 |
| 6/18/09 | 5/1/09 – 5/31/09 | $83,006.00/$25,040.48 | $83,006.00/$25,040.48 |
| 8/5/09 | 6/1/09 – 6/30/09 | $74,734.60/$42,928.97 | $74,734.60/$42,928.97 |
| 8/31/09 | 7/1/09 – 7/31/09 | $117,769.50/$53,271.92 | $117,769.50/$53,271.92 |
| 9/24/09 | 8/1/09 – 8/31/09 | $54,052.50/$19,895.00 | $54,052.50/$19,895.00 |
| 10/22/09 | 9/1/09 – 9/30/09 | $125,444.00/$25,254.56 | $125,444.00/$25,254.56 |

[2] This amount includes an additional $7,000.00, which reflects Morris Nichols estimated fees through the post effective period relating to fee applications.  This amount is subject to augmentation based on the fees actually incurred by Morris Nichols.  To the extent Morris Nichols' fees exceed this estimate, Morris Nichols may file a supplement to this final fee application.

[3] This amount includes an additional $200.00, which reflects Morris Nichols estimated expenses through the post effective period relating to fee applications.  To the extent Morris Nichols' expenses exceed this estimate, Morris Nichols may file a supplement to this final fee application.

| | | | |
|---|---|---|---|
| 11/23/09 | 10/1/09 – 10/31/09 | $81,157.00/$25,412.27 | $81,157.00/$25,412.27 |
| 1/5/10 | 11/1/09 – 11/30/09 | $143,880.50/$38,302.66 | $143,880.50/$38,302.66 |
| 1/28/10 | 12/1/09 – 12/31/09 | $116,740.00/$34,922.61 | $116,740.00/$34,922.61 |
| 2/15/10 | 1/1/10 – 1/31/10 | $91,509.75/$16,493.68 | $91,509.75/$16,493.68 |
| 3/24/10 | 2/1/10 – 2/28/10 | $95,476.00/$25,763.13 | $95,476.00/$25,763.13 |
| 4/22/10 | 3/1/10 – 3/31/10 | $90,411.00/$27,486.03 | $90,411.00/$27,486.03 |
| 5/21/10 | 4/1/10 – 4/30/10 | $45,618.00/$12,056.68 | $45,618.00/12,056.68 |
| 6/30/10 | 5/1/10 – 5/31/10 | $73,857.50/$15,945.84 | $73,857.50/$15,945.84 |
| 7/28/10 | 6/1/10 – 6/30/10 | $108,945.25/$11,730.99 | $108,945.25/$11,730.99 |
| 8/23/10 | 7/1/10 – 7/31/10 | $112,383.50/$8,047.57 | $112,383.50/$8,047.57 |
| 10/1/10 | 8/1/10 – 8/31/10 | $106,822.75/$10,719.78 | $106,822.75/$10,719.78 |
| 10/22/10 | 9/1/10 – 9/30/10 | $135,167.75/$20,355.43 | $135,167.75/$20,355.43 |
| 11/17/10 | 10/1/10-10/31/10 | $86,345.00/$12,983.11 | $86,345.00/$12,983.11 |
| 12/27/10 | 11/1/10-11/30/10 | $112,526.25/$23,300.46 | $112,526.25/$23,300.46 |
| 1/27/11 | 12/1/10-12/31/10 | $93,371.00/$27,703.11 | $93,371.00/$27,703.11 |
| 2/18/11 | 1/1/11-1/31/11 | $118,982.50/$21,125.94 | $118,982.50/$21,125.94 |
| 3/25/11 | 2/1/11-2/28/11 | $103,660.50/$13,570.53 | $103,660.50/$13,570.53 |
| 5/6/11 | 3/1/11-3/31/11 | $89,865.00/$10,715.77 | $89,865.00/$10,715.77 |
| 5/31/11 | 4/1/11-4/30/11 | $158,013.50/$30,734.77 | $158,013.50/$30,734.77 |
| 6/23/11 | 5/1/11-5/31/11 | $104,089.00/$10,796.77 | $104,089.00/$10,796.77 |
| 7/28/11 | 6/1/11-6/30/11 | $180,369.00/$29,810.95 | $180,369.00/$29,810.95 |
| 8/16/11 | 7/1/11-7/31/11 | $114,729.00/$22,284.70 | $114,729.00/$22,284.70 |
| 10/13/11 | 8/1/11-8/31/11 | $118,295.50/$45,301.34 | $118,295.50/$45,301.34 |
| 10/26/11 | 9/1/11-9/30/11 | $98,823.50/$15,355.07 | $98,823.50/$15,355.07 |
| 11/22/11 | 10/1/11-10/31/11 | $100,158.50/$31,489.14 | $100,158.50/$31,489.14 |

| 12/30/11 | 11/1/11-11/30/11 | $80,313.50/$7,722.77 | $80,313.50/$7,722.77 |
|---|---|---|---|
| 1/23/12 | 12/1/11-12/31/11 | $48,411.50/$13,113.86 | $48,411.50/$13,113.86 |
| 2/28/12 | 1/1/12-1/31/12 | $73,182.00/$13,849.61 | $73,182.00/$13,849.61 |
| 4/12/12 | 2/1/12-2/29/12 | $68,897.50/$5,235.34 | $68,897.50/$5,235.34 |
| 4/25/12 | 3/1/12-3/31/12 | $64,376.00/$10,885.63 | $64,376.00/$10,885.63 |
| 5/21/12 | 4/1/12-4/30/12 | $54,678.50/$5,693.56 | $54,678.50/$5,693.56 |
| 7/10/12 | 5/1/12-5/31/12 | $59,010.00/$4,870.17 | $59,010.00/$4,870.17 |
| 8/8/12 | 6/1/12-6/30/12 | $58,033.50/$14,114.88 | $58,033.50/$14,114.88 |
| 8/24/12 | 7/1/12-7/31/12 | $70,600.50/$14,763.05 | $70,600.50/$14,763.05 |
| 10/11/12 | 8/1/12-8/31/12 | $78,911.50/$10,177.64 | $78,911.50/$10,177.64 |
| 10/24/12 | 9/1/12-9/30/12 | $56,163.00/$10,201.83 | $56,163.00/$10,201.83 |
| 11/20/12 | 10/1/12-10/31/12 | $68,908.50/$13,028.18 | $68,908.50/$13,028.18 |
| 12/20/12 | 11/1/12-11/30/12 | $64,019.50/$15,733.89 | $64,019.50/$15,733.89 |
| 1/15/13 | 12/1/12-12/31/12 | $45,698.00/$14,815.13 | $45,698.00/$14,815.13 |
| 2/28/13 | 1/1/13-1/31/13 | $66,088.00/$12,040.72 | $66,088.00/$12,040.72 |
| 4/1/13 | 2/1/13-2/28/13 | $77,357.00/$10,801.78 | $77,357.00/$10,801.78 |
| 4/10/13 | 3/1/13-3/31/13 | $80,496.50/$16,051.74 | $80,496.50/$16,051.74 |
| 5/21/13 | 4/1/13-4/30/13 | $134,164.50/$27,430.06 | $134,164.50/$27,430.06 |
| 6/19/13 | 5/1/13-5/31/13 | $122,922.50/$23,097.63 | $122,922.50/$23,097.63 |
| 7/15/13 | 6/1/13-6/30/13 | $76,554.50/$ 18,341.63 | $76,554.50/$ 18,341.63 |
| 8/22/13 | 7/1/13-7/31/13 | $77,966.00/$12,236.96 | $77,966.00/$12,236.96 |
| 9/13/13 | 8/1/13-8/31/13 | $90,503.00/$7,099.98 | $90,503.00/$7,099.98 |
| 10/15/13 | 9/1/13-9/30/13 | $96,516.50/$14,108.54 | $96,516.50/$14,108.54 |
| 11/18/13 | 10/1/13-10/31/13 | $112,894.50/$15,319.69 | $112,894.50/$15,319.69 |
| 12/19/13 | 11/1/13-11/30/13 | $104,876.50/$16,449.41 | $104,876.50/$16,449.41 |

| 1/16/14 | 12/1/13-12/31/13 | $61,550.50/$5,312.57 | $61,550.50/$5,312.57 |
|---|---|---|---|
| 2/11/14 | 1/1/14-1/31/14 | $118,050.00/$8,795.39 | $118,050.00/$8,795.39 |
| 3/24/14 | 2/1/14-2/28/14 | $85,669.50/$9,637.12 | $85,669.50/$9,637.12 |
| 4/29/14 | 3/1/14-3/31/14 | $123,022.50/$6,046.36 | $123,022.50/$6,046.36 |
| 5/22/14 | 4/1/14-4/30/14 | $173,525.50/$8,027.16 | $173,525.50/$8,027.16 |
| 6/17/14 | 5/1/14-5/31/14 | $292,402.50/$29,949.74 | $292,402.50/$29,949.74 |
| 7/15/14 | 6/1/14-6/30/14 | $135,096.00/$108,324.56 | $135,096.00/$108,324.56 |
| 8/26/14 | 7/1/14-7/31/14 | $95,345.50/$19,331.64 | $95,345.50/$19,331.64 |
| 9/24/14 | 8/1/14-8/31/14 | $102,349.00/$4,550.56 | $102,349.00/$4,550.56 |
| 10/20/14 | 9/1/14-9/30/14 | $120,029.50/$11,207.18 | $120,029.50/$11,207.18 |
| 11/19/14 | 10/1/14-10/31/14 | $85,481.00/$13,438.55 | $85,481.00/$13,438.55 |
| 12/18/14 | 11/1/14-11/30/14 | $88,909.50/$21,619.89 | $88,909.50/$21,619.89 |
| 1/12/15 | 12/1/14-12/31/14 | $42,127.50/$13,277.01 | $42,127.50/$13,277.01 |
| 2/18/15 | 1/1/15-1/31/15 | $47,120.00/$5,975.70 | $47,120.00/$5,975.70 |
| 3/25/15 | 2/1/15-2/28/15 | $77,562.50/$13,855.65 | $77,562.50/$13,855.65 |
| 4/20/15 | 3/1/15-3/31/15 | $82,082.00/$6,801.58 | $82,082.00/$6,801.58 |
| 5/12/15 | 4/1/15-4/30/15 | $54,016.50/$7,377.35 | $54,016.50/$7,377.35 |
| 6/15/15 | 5/1/15-5/31/15 | $86,893.50/$6,471.75 | $86,893.50/$6,471.75 |
| 7/15/15 | 6/1/15-6/30/15 | $85,606.00/$5,532.09 | $85,606.00/$5,532.09 |
| 8/13/15 | 7/1/15-7/31/15 | $85,742.00/$8,040.44 | $85,742.00/$8,040.44 |
| 9/14/15 | 8/1/15-8/31/15 | $76,964.50/$4,611.72 | $76,964.50/$4,611.72 |
| 10/19/15 | 9/1/15-9/30/15 | $80,206.50/$9,623.78 | $80,206.50/$9,623.78 |
| 11/11/15 | 10/1/15-10/31/15 | $106,863.25/$9,345.23 | $106,863.25/$9,345.23 |
| 12/11/15 | 11/1/15-11/30/15 | $86,933.75/$7,271.34 | $86,933.75/$7,271.34 |
| 1/8/16 | 12/1/15-12/31/16 | $64,046.50/$2,733.71 | $64,046.50/$2,733.71 |

| 2/10/16 | 1/1/16-1/31/16 | $49,726.50/$3,724.97 | $49,726.50/$3,724.97 |
|---|---|---|---|
| 3/9/16 | 2/1/16-2/29/16 | $83,942.50/$6,712.86 | $83,942.50/$6,712.86 |
| 4/11/16 | 3/1/16-3/31/16 | $92,806.50/$2,385.49 | $92,806.50/$2,385.49 |
| 5/11/16 | 4/1/16-4/30/16 | $57,368.00/$4,428.84 | $57,368.00/$4,428.84 |
| 6/15/16 | 5/1/16-5/31/16 | $55,446.00/$4,148.31 | $55,446.00/$4,148.31 |
| 7/12/16 | 6/1/16/6/30/16 | $60,761.50/$1,471.94 | $60,761.50/$1,471.94 |
| 8/11/16 | 7/1/16-7/31/16 | $53,399.50/$4,390.28 | $53,399.50/$4,390.28 |
| 9/15/16 | 8/1/16-8/31/16 | $73,906.00/$2,212.10 | $73,906.00/$2,212.10 |
| 10/27/16 | 9/1/16-9/30/16 | $69,718.50/$2,283.84 | $69,718.50/$2,283.84 |
| 11/16/16 | 10/1/16-10/31/16 | $145,529.50/$2,677.42 | $145,529.50/$2,677.42 |
| 12/30/16 | 11/1/16-11/30/16 | $116,141.50/$6,435.78 | $116,141.50/$6,435.78 |
| 1/26/17 | 12/1/16-12/31/16 | $181,113.50/$6,308.39 | $181,113.50/$6,308.39 |
| 2/15/17 | 1/1/17-1/31/17 | $259,512.50/$18,834.08 | $259,512.50/$18,834.08 |
| 3/13/17 | 2/1/17-2/28/17 | $139,190.00/$7,765.34 | $139,190.00/$7,765.34 |
| 4/13/17 | 3/1/17-3/31/17 | $75,178.00/$3,369.56 | $75,178.00/$3,369.56 |
| 5/22/17 | 4/1/17-4/30/17 | $113,428.00/$1,915.86 | $113,428.00/$1,915.86 |
| 7/7/17 | 5/1/17-5/8/17 | $59,599.00/$2,832.14 | $59,599.00/$2,832.14 |
| 2/8/19 | 5/1/2017-12/31/18 | $9,268.50/$167.23 | $9,268.50/$167.23 |
| 11/8/19 | 1/1/19-10/31/19 | $6,049.00/$69.56 | $6,049.00/$69.56 |
| 11/18/20 | 11/1/19-10/31/20 | $7,477.50/$62.05 | $7,477.50/$62.05 |
| 11/19/21 | 11/1/20-10/31/21 | $37,104.00/$532.45 | $37,104.00/$532.45 |

**INTERIM COMPENSATION BY PROFESSIONAL**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2021 through December 9, 2021

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Derek C. Abbott | Partner/Bankruptcy.  Partner since 2003.  Joined firm as an associate in 1995.  Member of the DE Bar since 1995. | 995 | 0.4 | 398.00 |
| Patricia O. Vella | Partner/Corporate Counseling.  Partner since 2013.  Joined firm as an associate in 1997.  Member of the DE Bar since 1996. | 975 | 0.6 | 585.00 |
| Andrew R. Remming | Partner/Bankruptcy.  Partner since 2016.  Joined firm as an associate in 2008.  Member of the DE Bar since 2008. | 875 | 4.3 | 3,762.50 |
| Paige N. Topper | Associate/Bankruptcy.  Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 560 | 2.9 | 1,624.00 |
| Meghan E. Leyh | Paralegal | 345 | 0.6 | 207.00 |
| Desiree M. Vale | Paralegal | 345 | 7.4 | 2,553.00 |
| Mary C. Hall | Legal Assistant | 335 | 1.0 | 335.00 |
| Alyson D. Poppiti | Paralegal | 295 | 0.7 | 206.50 |
| **Total** | | **540.28** | **17.9** | **$9,671.00** |

| | |
|---|---|
| **GRAND TOTAL: $9,671.00** | |
| **BLENDED RATE: $540.28** | |
| **ATTORNEY BLENDED RATE: $776.77** | |

**INTERIM COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2021 through December 9, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Creditor Communications and Meetings | 0.10 | 87.50 |
| Fee Applications (MNAT - Filing) | 7.70 | 2,946.00 |
| Fee Applications (Others - Filing) | 3.00 | 1,419.00 |
| Court Hearings | 0.80 | 541.00 |
| Plan and Disclosure Statement | 3.30 | 2,445.00 |
| General Corporate Matters (including Corporate Governance) | 3.00 | 2,232.50 |
| **TOTAL** | **17.90** | **$9,671.00** |

**INTERIM EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2021 through December 9, 2021

| Expense Category | Total |
|---|---|
| In-House Printing - black & white | 8.60 |
| Secretary of State Fees | 371.00 |
| Conference Calls | 6.81 |
| Photos/Art/Spec Duplicating-Out of Office | 23.16 |
| **Total Expenses** | **$409.57** |

**FINAL COMPENSATION BY PROFESSIONAL**
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))
May 9, 2017 through December 9, 2021

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Derek C. Abbott | Partner/Bankruptcy.  Partner since 2003. Joined firm as an associate in 1995. Member of the DE Bar since 1995. | 995 | 1.5 | 1,492.50 |
| | | 925 | 0.1 | 92.50 |
| | | 750 | 0.2 | 150.00 |
| Patricia O. Vella | Partner/Corporate Counseling.  Partner since 2013.  Joined firm as an associate in 1997.  Member of the DE Bar since 1996. | 975 | 1.3 | 1,267.50 |
| Andrew R. Remming | Partner/Bankruptcy.  Partner since 2016. Joined firm as an associate in 2008. Member of the DE Bar since 2008. | 875 | 24.9 | 21,787.50 |
| | | 650 | 0.1 | 65.00 |
| Eric D. Schwartz | Partner/Bankruptcy.  Partner since 2002. Joined firm as an associate in 1999. Member of the DE Bar since 1992. | 775 | 0.4 | 310.00 |
| Matthew B. Harvey | Partner/Bankruptcy.  Partner since 2020. Joined firm as an associate from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014.  Member of the DE Bar since 2008. | 750 | 0.2 | 150.00 |
| Tamara K. Mann | Associate/Bankruptcy.  Joined the firm as an associate in 2011. Member of the DE Bar since 2011. | 735 | 2.7 | 1,984.50 |
| | | 685 | 2.1 | 1,438.50 |
| | | 645 | 7.0 | 4,515.00 |
| | | 600 | 0.3 | 180.00 |
| | | 550 | 11.1 | 6,105.00 |
| Joseph C. Barsalona II | Associate/Bankruptcy.  Joined the firm as an associate in 2018. Member of the NJ Bar since 2012.  Member of the DE Bar since 2015. | 720 | 0.2 | 144.00 |
| Paige N. Topper | Associate/Bankruptcy.  Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 560 | 16.5 | 9,240.00 |
| | | 510 | 5.7 | 2,907.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Andrew Roth-Moore | Associate Bankruptcy.  Joined the firm as an associate in 2016. Member of the DE Bar since 2016. | 515 | 0.3 | 154.50 |
| Taylor M. Haga | Associate/Bankruptcy.  Joined the firm as an associate in 2018. Member of the DE Bar since 2018. | 475 | 2.1 | 997.50 |
| Matthew W. Catron | Associate/Bankruptcy.  Joined the firm as a Certified Limited Practice Licensee in 2020. Member of the DE Bar since 2022. | 455 | 3.1 | 1,410.50 |
| Meghan E. Leyh | Paralegal | 345 | 2.8 | 966.00 |
| | | 335 | 0.5 | 167.50 |
| Desiree M. Vale | Paralegal | 345 | 7.4 | 2,553.00 |
| | | 335 | 7.5 | 2,512.50 |
| | | 305 | 1.5 | 457.50 |
| Glenn W. Reimann | Paralegal | 335 | 0.8 | 268.00 |
| | | 305 | 1.5 | 457.50 |
| Emily M. Malafronti | Paralegal | 335 | 0.3 | 100.50 |
| Renae M. Fusco | Paralegal | 305 | 6.7 | 2,043.50 |
| | | 300 | 0.4 | 120.00 |
| Marisa Maddox | Paralegal | 305 | 7.2 | 2,196.00 |
| | | 295 | 6.4 | 1,888.00 |
| Alyson D. Poppiti | Paralegal | 295 | 0.7 | 206.50 |
| Angela R. Conway | Paralegal | 300 | 0.4 | 120.00 |
| Mary C. Hall | Legal Assistant | 335 | 1.0 | 335.00 |
| Theresa M. Naimoli | Legal Assistant | 335 | 0.5 | 167.50 |
| | | 315 | 0.9 | 283.50 |
| | | 305 | 0.2 | 61.00 |
| | | 165 | 0.6 | 99.00 |
| | | 160 | 1.1 | 176.00 |
| **Total** | | **542.67** | **128.2** | **$69,570.00** |

| GRAND TOTAL: $69,570.00 |
|---|
| BLENDED RATE: $542.67 |
| ATTORNEY BLENDED RATE: $681.60 |

**FINAL COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

May 9, 2017 through December 9, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.50 | 793.00 |
| Creditor Communications and Meetings | 0.10 | 87.50 |
| Fee Applications (MNAT - Filing) | 20.90 | 7,739.50 |
| Fee Applications (Others - Filing) | 22.80 | 9,975.00 |
| Fee Applications (MNAT - Objections) | 1.60 | 624.00 |
| Fee Applications (Other - Objections) | 2.90 | 1,360.00 |
| Other Contested Matters | 8.50 | 4,042.50 |
| Court Hearings | 8.70 | 5,181.00 |
| Claims Objections and Administration | 3.70 | 1,947.50 |
| Plan and Disclosure Statement | 39.30 | 28,951.00 |
| Professional Retention (Others - Filing) | 0.50 | 271.50 |
| General Corporate Matters (including Corporate Governance) | 2.30 | 2,026.00 |
| Schedules/SOFA/U.S. Trustee Reports | 15.40 | 6,571.50 |
| **TOTAL** | **128.20** | **$69,570.00** |

# FINAL EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

May 9, 2017 through December 9, 2021

| Expense Category | Total |
|---|---:|
| Pacer | 81.50 |
| In-House Printing - black & white | 103.70 |
| Conference Calls | 281.93 |
| Photos/Art/Spec Duplicating-Out of Office | 36.01 |
| Transcripts | 97.75 |
| Courier/Delivery Service | 118.23 |
| Secretary of State Fees | 371.00 |
| Messenger Service | 65.00 |
| In-House Duplicating | 3.60 |
| Postage | 6.90 |
| Computer Research - Westlaw | 75.24 |
| **Total Expenses** | **$1,240.86** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (CSS) |
|  | : |  |
| Wind-Down Debtors and Debtor In Possession. | : | Jointly Administered |
|  | : |  |
|  | : | **Hearing Date**: TBD |
|  |  | **Objections Due:** February 28, 2022 at 4:00 p.m. (ET) |

------------------------------------------------------X

**ONE-HUNDRED AND SIXTH INTERIM (FOR THE PERIOD NOVEMBER 1, 2021 THROUGH DECEMBER 9, 2021) AND FINAL APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021**

Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), counsel for Nortel Networks India International Inc. in the above-captioned cases (the "Debtor"), submits this application (the "Application") for: (i) interim allowance of compensation for professional services rendered by Morris Nichols to the Debtor for the period November 1, 2021 through December 9, 2021 (the "Interim Application Period"); (ii) reimbursement of actual and necessary expenses incurred by Morris Nichols during the Interim Application Period in rendering professional services on behalf of the Debtor; (iii) final allowance of reasonable compensation for professional services rendered by Morris Nichols to the Debtor for the period May 9, 2017, through December 9, 2021 (the "Final Application Period"); and (iv) final reimbursement of

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

actual and necessary expenses and disbursements incurred by Morris Nichols in rendering professional services on behalf of the Debtor during the Final Application Period, pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order"), the Order Modifying the Application of Local Rules 2014-1(C) and 2016-2(F), dated March 5, 2013 (D.I. 9584) (the "Modification Order"), and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications dated July 10, 2013 (D.I. 11082) (the "Order Appointing a Fee Examiner").  In support of this Application, Morris Nichols represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory basis for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## BACKGROUND

3.        On January 14, 2009 (the "Petition Date"), the Nortel Networks Inc.

("NNI") and its affiliated debtors and debtors in possession (collectively, the "Original

Debtors"), other than Nortel Networks (CALA) Inc.[2] ("NN CALA") and Nortel Networks India

International Inc. ("NN III"), filed voluntary petitions for relief under chapter 11 of the

Bankruptcy Code, which cases were consolidated for procedural purposes only.

4.        On July 26, 2016, NN III filed a voluntary petition for relief under chapter

11 of the Bankruptcy Code, which was consolidated and jointly administered with the Original

Debtors' chapter 11 cases for procedural purposes (D.I. 17090).

5.        On May 8, 2017, the *First Amended Joint Chapter 11 Plan of Nortel*

*Networks Inc. and Certain of its Affiliated Debtors* (as modified, amended, or supplemented from

time to time and including all exhibits thereto) (D.I. 17763) (the "Plan") became effective as to

all Original Debtors and NN CALA.

6.        On July 7, 2017, the Debtors filed the *One-Hundred and First Monthly*

*(for the Period May 1, 2017 Through May 8, 2017) and Final Application of Morris, Nichols,*

*Arsht & Tunnell LLP, as Delaware and General Bankruptcy Counsel to the Debtors and Debtors*

*In Possession, for Allowance of Compensation and for Reimbursement of All Actual and*

*Necessary Expenses Incurred for the Period January 14, 2009 Through May 8, 2017* (D.I.

18348) (the "MNAT Final Fee Application") which requested final approval for fees incurred by

all Original Debtors, NN CALA and NN III through the Effective Date of May 8, 2017.  The

---

[2]        Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and jointly administered with the other Debtors' chapter 11 cases for procedural purposes (D.I. 1098).

MNAT Final Fee Application provided that MNAT would continue to file fee applications for services performed on behalf of NN III through the pendency of its bankruptcy case.

## MORRIS NICHOLS' RETENTION

7.      Prior to the Petition Date, the Debtors engaged Morris Nichols as Delaware and General Bankruptcy Counsel in connection with these bankruptcy cases.   On February 4, 2009, this Court entered the Order Pursuant to 11 U.S.C. Sections 327(a) and 1107(b), Fed. R. Bankr. P.2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware and General Bankruptcy Counsel for the Debtors *nunc pro tunc* to the Petition Date (D.I. 220). On August 6, 2016, the Court entered the Order to Have Previously Entered Orders as Supplemented Govern Nortel Networks India International Inc. Prospectively (Case No. 16-11715, D.I. 15) ("NN III Bringdown Order") which provided that the MNAT Retention Order would be applicable to NN III and its bankruptcy case.

## FEE PROCEDURES ORDER

8.      On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.[3]  The NN III Bringdown Order provided that the Interim Compensation Procedures Order is applicable to NN III.

9.      In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month.  Provided that there are no objections to such Monthly Fee Application

---

[3]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

4

filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

10.     On March 5, 2012, the Court entered the Modification Order, which modified the application in these chapter 11 cases of certain amendments to Local Rules 2014-1(C) and 2016-2(F), which took effect on February 1, 2013 (D.I. 9584).

11.     On July 10, 2013, the Court entered the Order Appointing a Fee Examiner pursuant to which a Fee Examiner was appointed to these chapter 11 cases and which modified certain terms of the Modification Order (D.I. 11082).

**<u>DEBTORS' CHAPTER 11 PLAN</u>**

12.     On October 13, 2021, the Court confirmed the *Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan of Nortel Networks India International Inc.* (D.I. 18906) (the "<u>NN III Plan</u>").

13.     On December 9, 2021 (the "<u>NN III Effective Date</u>"), the *Chapter 11 Plan of Nortel Networks India International Inc.* (D.I. 18887) (as modified, amended or supplemented from time to time and including all exhibits thereto, the "<u>NN III Plan</u>") became effective as to NN III.  Pursuant to the NN III Plan and the NN III Effective Date notice, all final requests for payment of Professional Claims must be filed by February 7, 2022.

14.     For further information regarding these chapter 11 cases, references may be made to the Monthly Operating Reports filed by the Debtors at http://dm.epiq11.com/nortel.

**RELIEF REQUESTED**

15.     Morris Nichols submits this Application for (i) interim and final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it has rendered during the Interim and Final Application Periods and (ii) interim and final reimbursement of actual, reasonable, and necessary expenses incurred by Morris Nichols during the Interim and Final Application Periods.

**INTERIM APPLICATION PERIOD**

16.     During the Interim Application Period, Morris Nichols provided professional services and incurred actual, reasonable, and necessary fees in the amount of $9,671.00.  For the same period, Morris Nichols incurred actual, reasonable and necessary expenses totaling $1,240.86.  With respect to these amounts, as of the date of this Application, Morris Nichols has received no payments.  Morris Nichols' fees for the Compensation Period are based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

17.     Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

18.     **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided.

19.     **Exhibit B** attached hereto contains a breakdown of disbursements incurred by Morris Nichols during the Application Period.

20.     Morris Nichols charges $.10 per page for photocopying and $0.05 per page for printing.

6

21.     In accordance with Local Rule 2016-2, Morris Nichols has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

## THE FINAL APPLICATION PERIOD

22.     Morris Nichols seeks allowance of $69,570.00, for actual, reasonable, and necessary legal services rendered during the Final Application Period; and $1,240.86 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period.  Morris Nichols requests that this Court authorize and direct the Debtor to pay Morris Nichols any remaining allowed but unpaid compensation and expenses.

23.     Morris Nichols further requests allowance of $7,000.00 for estimated, reasonable and necessary legal services rendered during the post effective period relating to fee applications; and $200.00 as reimbursement of estimated, reasonable, and necessary expenses incurred in connection with the rendition of such services during the post effective period.

24.     No agreement or understanding exists between Morris Nichols and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

25.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his or her information, knowledge, and belief that this Application complies with that Rule.

**WHEREFORE**, Morris Nichols respectfully requests that this Court: (i) allow Morris Nichols (a) interim compensation in the amount of $9,671.00 for actual, reasonable, and necessary professional services rendered during the Interim Application Period, and (b) interim reimbursement in the amount of $409.57 for actual, reasonable, and necessary expenses incurred during the Interim Application Period; (ii) allow Morris Nichols (a) final compensation in the amount of $69,570.00 for actual, reasonable, and necessary services rendered during the Final Application Period, plus $7,000.00 for estimated fees through the post effective period relating to fee applications, and (b) final reimbursement of $1,240.86 for actual, reasonable, and necessary expenses incurred during the Final Application Period, plus $200.00 for estimated expenses through the post effective period relating to fee applications; (iii) authorize and direct the Debtors and the Plan Administrator to pay Morris Nichols an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid; and (iv) grant such other further relief as the Court deems just and proper.

Dated: February 7, 2022
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, DE  19801
Telephone:  302-658-9200
Facsimile:  302-658-3989
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      tmann@morrisnichols.com
      ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors and Debtor in Possession and Nortel Networks India International Inc.*

15302496.2

8