# EXHIBIT A

**INTERIM COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2021 through December 9, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Creditor Communications and Meetings | 0.10 | 87.50 |
| Fee Applications (MNAT - Filing) | 7.70 | 2,946.00 |
| Fee Applications (Others - Filing) | 3.00 | 1,419.00 |
| Court Hearings | 0.80 | 541.00 |
| Plan and Disclosure Statement | 3.30 | 2,445.00 |
| General Corporate Matters (including Corporate Governance) | 3.00 | 2,232.50 |
| **TOTAL** | **17.90** | **$9,671.00** |

**Time Detail**

| Task Code: | B150 | Creditor Communications and Meetings | | |

| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/03/21 | Remming, Andrew | Review and respond to email from C. Hare re inquiry from creditor | 0.1 | 87.50 |
| | | **Total** | **0.1** | **87.50** |

| Task Code: | B160 | Fee Applications (MNAT - Filing) | | |

| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/11/21 | Vale, Desiree | Draft Morris Nichols 105th Fee Application | 1.5 | 517.50 |
| 11/12/21 | Topper, Paige | Review and revise fee application. | 0.4 | 224.00 |
| 11/15/21 | Topper, Paige | Confer with A. Remming re: fee application (.1); call with D. Vale re: same (.1). | 0.2 | 112.00 |
| 11/15/21 | Vale, Desiree | Draft Morris Nichols 105th Fee Application | 1.6 | 552.00 |
| 11/15/21 | Vale, Desiree | Draft Morris Nichols 37th Quarterly Fee Application | 0.6 | 207.00 |
| 11/15/21 | Remming, Andrew | Confer with P. Topper re: fee application | 0.1 | 87.50 |
| 11/15/21 | Vale, Desiree | Call with P. Topper re: fee application | 0.1 | 34.50 |
| 11/17/21 | Topper, Paige | Review and revise monthly and interim fee applications. | 0.5 | 280.00 |
| 11/19/21 | Vale, Desiree | Update Morris Nichols 37th Quarterly and 105th Fee Applications (1.5) e-file same (.5) coordinate service (.2) | 2.2 | 759.00 |
| 12/09/21 | Vale, Desiree | Draft CNOs to Morris Nichols 107th Combined Application and 37th Quarterly Application | 0.5 | 172.50 |
| | | **Total** | **7.7** | **2,946.00** |

| Task Code: | B165 | Fee Applications (Others - Filing) | | |

| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/09/21 | Remming, Andrew | Review email from M. Weinberg re fee application questions | 0.1 | 87.50 |
| 11/16/21 | Topper, Paige | Finalize Cleary interim and quarterly fee applications and prepare for filing. | 0.4 | 224.00 |
| 11/16/21 | Remming, Andrew | Email exchange w/ P. Topper re CGSH fee apps | 0.1 | 87.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/16/21 | Remming, Andrew | Review draft CGSH 107th interim app | 0.2 | 175.00 |
| 11/16/21 | Hall, Mary C. | Prepare for efiling, efile and serve 107th Cleary Gottlieb interim fee app and 37th Cleary Gottlieb quarterly fee app | 1.0 | 335.00 |
| 12/07/21 | Remming, Andrew | Correspondence (2x) w/ P. Topper and M. Weinberg re fee apps | 0.1 | 87.50 |
| 12/08/21 | Topper, Paige | Review interim and quarterly CNOs for Cleary fee applications and email to D. Vale re: same. | 0.2 | 112.00 |
| 12/08/21 | Vale, Desiree | Draft CNOs to Nortel 107th Combined Application and 37th Quarterly Application (.5) e-mail P. Topper for confirmation (.1) e-file same (.3) | 0.9 | 310.50 |
| | | **Total** | **3.0** | **1,419.00** |

**Task Code:**     B300     Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/03/21 | Remming, Andrew | Review email from M. Weinberg re interim fee hearing scheduling | 0.1 | 87.50 |
| 11/05/21 | Remming, Andrew | Correspondence re hearing dates w/ M. Weinberg and D. Abbott | 0.1 | 87.50 |
| 11/09/21 | Remming, Andrew | Review email from M. Leyh re fee application hearing dates | 0.1 | 87.50 |
| 11/09/21 | Leyh, Meghan | Review and respond to email from co-counsel re: hearing date for fee application (.1); email to Chambers requesting hearing date (.1) | 0.2 | 69.00 |
| 11/10/21 | Remming, Andrew | Review email from M. Leyh hearing dates | 0.1 | 87.50 |
| 11/10/21 | Remming, Andrew | Further emails w/ M. Leyh and M. Weinberg re hearing dates | 0.1 | 87.50 |
| 11/10/21 | Leyh, Meghan | Review email from Chambers re: new date for fee hearing; email to co-counsel re: new date | 0.1 | 34.50 |
| | | **Total** | **0.8** | **541.00** |

**Task Code:**     B320     Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/30/21 | Remming, Andrew | Further email with M Weinberg re service of plan docs. | 0.1 | 87.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/11/21 | Topper, Paige | Review and respond to M. Weinberg questions re: plan and effective date (.2); email to P. Vella, D. Abbott and A. Remming re: same (.1); call with A. Remming re: same (.1). | 0.4 | 224.00 |
| 11/11/21 | Remming, Andrew | Tele w/ P. Topper re effective date questions from M. Weinberg | 0.1 | 87.50 |
| 11/11/21 | Remming, Andrew | Review email from D. Abbott re effective date questions | 0.1 | 87.50 |
| 11/15/21 | Remming, Andrew | Review email from M. Weinberg re effective date questions | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Research re wind-down NIII | 0.2 | 175.00 |
| 11/16/21 | Remming, Andrew | Email to M. Weinberg re effective date issues | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Tele w/ P. Topper re update on effective date action items | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Review email from M. Weinberg re effective date questions | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Coordinate call w/ T. Vella and D. Abbott re effective date questions | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Emails exchange w/ M. Weinberg re wind down and fee app questions | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Email exchange w/ P. Topper re effective date questions | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Coordinate call w/ M. Weinberg re effective date questions | 0.1 | 87.50 |
| 11/16/21 | Remming, Andrew | Emails w/ T. Vella re dissolution question | 0.1 | 87.50 |
| 11/16/21 | Topper, Paige | Tele w/ A. Remming re update on effective date action items | 0.1 | 56.00 |
| 12/09/21 | Topper, Paige | Review notice of effective date (.3); emails with M. Leyh re: filing and service of same (.1). | 0.4 | 224.00 |
| 12/09/21 | Leyh, Meghan | File Notice of Effective Date in Nortel Networks and Nortel India (.2); email to co-counsel re: service of same (.1) | 0.3 | 103.50 |
| 12/09/21 | Remming, Andrew | Review email from M. Weinberg re effective date | 0.1 | 87.50 |
| 12/09/21 | Remming, Andrew | Review and respond to further email from M. Weinberg re effective date | 0.1 | 87.50 |
| 12/09/21 | Remming, Andrew | Further email w/ M. Weinberg re effective date | 0.1 | 87.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/09/21 | Remming, Andrew | Review email from M. Leyh re notice of effective date | 0.1 | 87.50 |
| 12/09/21 | Remming, Andrew | Review email from M. Weinberg re service of effective date notice | 0.1 | 87.50 |
| 12/09/21 | Remming, Andrew | Review email from D. Abbott re notice of effective date | 0.1 | 87.50 |
| 12/09/21 | Remming, Andrew | Review email from P. Topper re notice of effective date | 0.1 | 87.50 |
| | | **Total** | **3.3** | **2,445.00** |

**Task Code:** B400    General Corporate Matters (including Corporate Governance)

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/16/21 | Remming, Andrew | Tele w/ T. Vella and D. Abbott re amended corporate docs, wind down issues | 0.4 | 350.00 |
| 11/16/21 | Abbott, Derek C. | Call w/Remming and Vella re: winddown issues | 0.1 | 99.50 |
| 11/16/21 | Abbott, Derek C. | Call w/Remming and Vella re: plan provisions, dissolution documents | 0.3 | 298.50 |
| 11/16/21 | Vella, Patricia O. | Emails with D. Abbott and A. Remming re: plan and dissolution documents (.2); call with D. Abbott and A. Remming re: same (.4) | 0.6 | 585.00 |
| 11/24/21 | Remming, Andrew | Email to M. Weinberg re post-dissolution corporate question | 0.1 | 87.50 |
| 11/24/21 | Remming, Andrew | Email exchange w/ M. Weinberg re dissolution research question | 0.1 | 87.50 |
| 12/09/21 | Topper, Paige | Call with A. Poppiti re: restated certificate of incorporation (.1); emails with M. Weinberg and A. Poppiti re: same (.1). | 0.2 | 112.00 |
| 12/09/21 | Poppiti, Alyson D. | File Restated Certificate of Incorporation using 24-hour service with the Delaware Division of Corporations on behalf of Nortel Networks India International Inc. | 0.7 | 206.50 |
| 12/09/21 | Remming, Andrew | Review notice of effective date; office conf. w/ P. Topper re same; email to M. Weinberg re same | 0.3 | 262.50 |
| 12/09/21 | Remming, Andrew | Tele w/ P. Topper re certificate of incorporation for NNIII | 0.1 | 87.50 |
| 12/09/21 | Topper, Paige | Tele w/ A. Remming re certificate of incorporation for NNIII | 0.1 | 56.00 |
| | | **Total** | **3.0** | **2,232.50** |