# Exhibit B

### INTERIM EXPENSE SUMMARY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (CSS))

November 1, 2021 through December 9, 2021

| Expense Category | Total |
|---|---:|
| In-House Printing - black & white | 8.60 |
| Secretary of State Fees | 371.00 |
| Conference Calls | 6.81 |
| Photos/Art/Spec Duplicating-Out of Office | 23.16 |
| **Total Expenses** | **$409.57** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/11/21 | In-House Printing - black & white | 25.0 | 2.50 |
| 11/15/21 | In-House Printing - black & white | 45.0 | 4.50 |
| 11/16/21 | Conference Calls | 1.0 | 6.81 |
| 11/19/21 | In-House Printing - black & white | 16.0 | 1.60 |
| 11/26/21 | Photos/Art/Spec Duplicating-Out of Office - Copy print, envelope, printing on label stock, postage, hand delivery - 11/26/2021 | 1.0 | 23.16 |
| 12/09/21 | Secretary of State Fees: Nortel Networks India International Inc./Restated Certificate of Incorporation | 1.0 | 371.00 |
| | **Total** | | **$409.57** |