# CERTIFICATE OF SERVICE

I, Paige N. Topper, certify that I am not less than 18 years of age, and that service of the foregoing **One Hundred and Sixth Interim (for the Period November 1, 2021 Through December 9, 2021) and Final Application of Morris, Nichols, Arsht & Tunnell LLP, as Attorneys for Debtor and Debtor In Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021** was caused to be made on February 7, 2022, in the manner indicated upon the entities identified below.

Date: February 7, 2022

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)

**VIA EMAIL**

David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL & EMAIL**

Nortel Networks Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)