**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**January 1, 2021 through December 9, 2021**  (Case No. 09-10138 (CSS))

## Exhibit A

### COMPENSATION BY PROJECT CATEGORY
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

January 1, 2021 through December 9, 2021

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---:|---:|---:|
| Monthly/Period Disclosures | 3.00 | $2,850.00 | $0.00 |
| Litigation Matters | 11.15 | $10,592.50 | $0.00 |
| Administrative Matters | 25.85 | $24,557.50 | $0.00 |
| **TOTAL** | **40.00** | **$38,000.00** | **$0.00** |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**January 1, 2021 through December 9, 2021**  (Case No. 09-10138 (CSS))

| | | | Hours/ | |
|---|---|---|---|---|
| **Date** | **Project Category** | **Description** | **Minutes** | **Amount** |
| | | **Exhibit A (continued…)** | | |
| 1/19/2021 | Monthly/Period Disclosures | Review and respond December NNIII MOR | 0.30 | $285.00 |
| 3/1/2021 | | Review and respond January NNIII MOR | 0.30 | $285.00 |
| 3/24/2021 | | Review and respond February NNIII MOR | 0.30 | $285.00 |
| 4/19/2021 | | Review and respond March NNIII MOR | 0.30 | $285.00 |
| 5/24/2021 | | Review and respond April NNIII MOR | 0.30 | $285.00 |
| 6/30/2021 | | Review and respond May NNIII MOR | 0.30 | $285.00 |
| 7/16/2021 | | Review and respond June NNIII MOR | 0.30 | $285.00 |
| 8/18/2021 | | Review and respond July NNIII MOR | 0.30 | $285.00 |
| 9/13/2021 | | Review and respond August NNIII MOR | 0.30 | $285.00 |
| 10/19/2021 | | Review and respond September NNIII MOR | 0.30 | $285.00 |
| 2/4/2021 | Litigation Support | Review correspondence with EY and AZB regarding next steps to have Supreme Court actions withdrawn by local counsel subsequent to settlement under VSV tax scheme | 0.60 | $570.00 |
| 8/13/2021 | | Prepare and attend confirmation hearing | 1.75 | $1,662.50 |
| 9/30/2021 | | Review draft confirmation brief | 5.00 | $4,750.00 |
| 10/4/2021 | | Review post effective date documents | 2.50 | $2,375.00 |
| 11/10/2021 | | Review confirmation order | 0.80 | $760.00 |
| 12/7/2021 | | Correspondence regarding NNIII treasury maturities | 0.20 | $190.00 |
| 12/9/2021 | | Review and execute Plan Administrator Agreement | 0.30 | $285.00 |
| 1/20/2021 | Administrative Matters | Follow up correspondence to execute VSV scheme documents | 0.20 | $190.00 |
| 3/10/2021 | | Correspondence regarding NNIII treasury maturities | 0.10 | $95.00 |
| 4/5/2021 | | Follow up correspondence and comments regarding NNIII Plan of Reorganization and Disclosure Statement and related documents | 0.50 | $475.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**January 1, 2021 through December 9, 2021**  (Case No. 09-10138 (CSS))

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/17/2021 | | Review initial draft of plan and disclosure statement | 6.00 | $5,700.00 |
| 4/19/2021 | | Review revised plan, ballots and motions | 2.50 | $2,375.00 |
| 4/20/2021 | | Review further revised plan and related documents | 0.75 | $712.50 |
| 4/30/2021 | | Review correspondence with Cleary regarding plan | 1.50 | $1,425.00 |
| 5/11/2021 | | Review further comments regarding draft plan documents | 2.50 | $2,375.00 |
| 5/12/2021 | | Review plan administrator agreements and provide comments | 1.75 | $1,662.50 |
| 5/12/2021 | | Review further changes to confirmation documents | 1.00 | $950.00 |
| 5/13/2021 | | Review revised plan administrator agreement | 0.75 | $712.50 |
| 5/13/2021 | | Review amended bylaws and articles and comment | 0.75 | $712.50 |
| 5/25/2021 | | Review liquidation analysis and exhibits | 1.50 | $1,425.00 |
| 6/4/2021 | | Review schedules and exhibits and revisions to plan and disclosure statement | 1.75 | $1,662.50 |
| 6/8/2021 | | Correspondence with Cleary re plan and related documents | 0.50 | $475.00 |
| 6/29/2021 | | Correspondence regarding treasury maturities | 0.10 | $95.00 |
| 7/15/2021 | | Review draft confirmation order and related documents | 0.75 | $712.50 |
| 8/2/2021 | | Review plan and disclosure statement changes from other interested parties | 0.50 | $475.00 |
| 8/11/2021 | | Follow up correspondence on NNIII Plan of Reorganization and Disclosure Statement revisions | 0.50 | $475.00 |
| 8/16/2021 | | Correspondence re: treasury maturities | 0.10 | $95.00 |
| 8/24/2021 | | Review solicitation materials | 0.30 | $285.00 |
| 8/25/2021 | | Review changes to plan and disclosure requested by PBGC | 0.50 | $475.00 |
| 9/14/2021 | | Review final PBGC language | 0.30 | $285.00 |
| 11/11/2021 | | Review notices and follow up regarding confirmation | <u>0.75</u> | <u>$712.50</u> |
| | | **Total:** | **40.00** | **$38,000.00** |