IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | Jointly Administered |

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks India International Inc. | Case No. 16-11714 (CSS) |
| Wind-Down Debtor. | Jointly Administered |
| | Re: D.I. \_\_\_\_ |

**ORDER GRANTING THE FINAL FEE APPLICATION OF JOHN RAY, AS PRINCIPAL OFFICER FOR NORTEL NETWORKS INDIA INTERNATIONAL INC., AS DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES <u>INCURRED FOR THE PERIOD May 9, 2017 THROUGH DECEMBER 9, 2021</u>**

Upon consideration of the final application (the "Final Application") of John Ray, Principal Officer for Nortel Networks India International Inc. ("NNIII"), for final allowance of compensation for the period from May 9, 2017 through and including December 9, 2021; the Court having reviewed the Final Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Final Application is **GRANTED**.

2. John Ray is allowed interim compensation in the amount of $38,000.00 for actual, reasonable and necessary professional services rendered on behalf of NNIII during the Interim Application Period.

3. John Ray is allowed (a) final compensation in the amount of $38,000.00 for actual, reasonable and necessary professional services rendered on behalf of NNIII during the Final Application Period.

4. NNIII is authorized and directed to disburse to John Ray payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Final Application and (b) any amounts previously paid to John Ray by NNIII.

5. NNIII is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

Dated: _____
      Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE