# CERTIFICATE OF SERVICE

I, Andrew R. Remming, certify that I am not less than 18 years of age and that service of the foregoing **Sixty-Eighth Interim (for the Period January 1, 2021 through December 9, 2021) and Final Application of John Ray as Principal Officer, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period May 9, 2017 through December 9, 2021** was caused to be made on February 7, 2022, in the manner indicated upon the entities identified below.

Date:  February 7, 2022

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)

**VIA HAND DELIVERY & EMAIL**

David L. Buchbinder, Esq.
J. Caleb Boggs Federal Building
Room 2207, 844 N. King Street
Wilmington, DE 19801
Email: David.L.Buchbinder@usdoj.gov
(Trustee)

**VIA FIRST CLASS MAIL**

Nortel Networks India International Inc.
PO Box 591669
Attn: Mary Cilia
Houston, TX 77259
(Debtor)