## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------  )
                                                           :
*In re*                                                    :          Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,                            :          Case No. 09-10138 (CSS)
                                                           :
        Wind-Down Debtors.                               :          Jointly Administered
                                                           :
                                                           :
                                                           :
                                                           :

---------------------------------------------------------  )
                                                           :
*In re*                                                    :          Chapter 11
                                                           :
Nortel Networks India International Inc.                    :          Case No. 16-11714 (CSS)
                                                           :
        Wind-Down Debtor.                                :          Jointly Administered
                                                           :
                                                           :          **Objection Deadline**:
                                                           :          **February 28, 2022 at 4:00 p.m. (ET)**
                                                           :

---------------------------------------------------------  )

**NOTICE OF SEVENTY-FOURTH INTERIM (FOR THE
PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021) AND
FINAL APPLICATION OF RLKS EXECUTIVE SOLUTIONS LLC, AS
CONSULTANTS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED BY
NORTEL NETWORKS INDIA INTERNATIONAL INC.
FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021**

        Attached hereto is the **Seventy-Fourth Interim (for the Period May 9, 2017
Through December 9, 2021) and Final Application of RLKS Executive Solutions LLC, as
Consultants for Debtor and Debtor-In-Possession, for Allowance of Compensation and for
Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India
International Inc. for the Period May 9, 2017 Through December 9, 2021** (the "Application").

        You are required to file an objection ("Objection"), if any, to the Application with
the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street,
5th Floor, Courtroom #6, Wilmington, Delaware 19801 on or before **February 28, 2022 at 4:00
p.m. (Eastern Time)** (the "Objection Deadline").  In addition, you must serve such Objection on
counsel for the Wind-Down Debtors so as to be received by the Objection Deadline.

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 7, 2022
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
1201 North Market Street, 16th Floor
Wilmington, Delaware 198991347
Telephone:  (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Wind-Down Debtors*