| EXPENSE SUMMARY | In re Nortel Networks Inc., et al |
|---|---|
| May 9, 2017 through December 9, 2021 | (Case No. 09-10138 (CSS)) |

## Exhibit A

### COMPENSATION BY PROJECT CATEGORY
Nortel Networks Inc., *et al.*
(Case No. 09-10138 (CSS))

May 9, 2017 through December 9, 2021

| Project Category | Total Hours | Total Fees | Total Costs |
|---|---:|---:|---:|
| Quarterly Post Confirmation reporting; MOR; Monthly/Period Disclosures; US Trustee Matters | 132.40 | $78,116.00 | $0.00 |
| Administrative Matters (Plan and disclosure statement preparation and review, confirmation process, Tax, Financial, Corporate Secretary), Creditor Meetings; Unclaimed Property Mgmt, Subsidiary Dissolution; Wind-down Activities | 78.00 | $46,020.00 | $0.00 |
| Misc Debtor Issues and Communications | 39.50 | $23,305.00 | $0.00 |
| Recovery/ Distribution Model | 4.80 | $2,832.00 | $0.00 |
| **TOTAL** | **254.70** | **$150,273.00** | **$0.00** |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021  (Case No. 09-10138 (CSS))

| Date | *Exhibit A (continued …)* Category and Description | Professional | Hours / Minutes | Amount |
|---|---|---|---|---|
| | *Monthly/Period Disclosures* | | | |
| 5/15/2017 | Conference call with U.S. Trustee and MNAT re: post-effective date reporting; related follow up and drafting of report templates | Mary Cilia | 2.9 | $ 1,711.00 |
| 5/16/2017 | Prepare draft of NNIII MOR for April and circulate to Cleary for review and comment | Mary Cilia | 1.3 | $ 767.00 |
| 5/18/2017 | Review and respond to comments on April NNIII MOR | Mary Cilia | 1.2 | $ 708.00 |
| 6/9/2017 | Draft NNIII MOR and circulate for comments | Mary Cilia | 1.8 | $ 1,062.00 |
| 7/15/2017 | Prepare NNIII MOR and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 8/5/2017 | Prepare NNIII MOR and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 8/10/2017 | Review e-mail, prepare MOR signature pages and circulate | Mary Cilia | 0.3 | $ 177.00 |
| 8/13/2017 | Obtain signatures for MOR, finalize draft and circulate to MNAT for filing | Mary Cilia | 0.6 | $ 354.00 |
| 9/14/2017 | Prepare NNIII MOR and circulate for comment | Mary Cilia | 2.1 | $ 1,239.00 |
| 9/20/2017 | Finalize and file MOR | Mary Cilia | 0.4 | $ 236.00 |
| 10/12/2017 | Prepare NNIII September 2017 MOR and circulate for comments | Mary Cilia | 2.4 | $ 1,416.00 |
| 10/19/2017 | Finalize NNIII September 2017 MOR, circulate for signature and send final report for filing | Mary Cilia | 1.1 | $ 649.00 |
| 11/11/2017 | Prepare NNIII October 2017 MOR and circulate for comments | Mary Cilia | 2.9 | $ 1,711.00 |
| 11/19/2017 | Finalize NNIII October 2017 MOR, circulate for signature and send final report for filing | Mary Cilia | 1.2 | $ 708.00 |
| 12/12/2017 | Prepare NNIII November 2017 MOR and circulate for comments | Mary Cilia | 2.7 | $ 1,593.00 |
| 12/19/2017 | Finalize NNIII October 2017 MOR and circulate for signature | Mary Cilia | 0.8 | $ 472.00 |
| 12/20/2017 | Compile final executed version of MOR and send final report for filing | Mary Cilia | 0.3 | $ 177.00 |
| 1/15/2018 | Prepare NNIII December 2017 MOR and circulate for comments | Mary Cilia | 2.4 | $ 1,416.00 |
| 1/18/2018 | Review comments on MOR; research and revise accordingly; circulate for signature and send to MNAT for filing | Mary Cilia | 1.3 | $ 767.00 |
| 2/6/2018 | Prepare NNIII January 2018 MOR and circulate for comments | Mary Cilia | 1.8 | $ 1,062.00 |
| 2/19/2018 | Finalize MOR; circulate for signature and send to MNAT for filing | Mary Cilia | 0.9 | $ 531.00 |
| 3/14/2018 | Prepare NNIII February 2018 MOR and circulate for comments | Mary Cilia | 1.8 | $ 1,062.00 |
| 3/20/2018 | Finalize MOR; circulate for signature and send to MNAT for filing | Mary Cilia | 0.8 | $ 472.00 |
| 4/11/2018 | Prepare March 2018 MOR and circulate for comments | Mary Cilia | 1.9 | $ 1,121.00 |
| 4/19/2018 | Finalize March 2018 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**May 9, 2017 through December 9, 2021**  (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 5/14/2018 | Prepare April 2018 MOR and circulate for comments | Mary Cilia | 1.6 | $ 944.00 |
| 5/15/2018 | Finalize April 2018 MOR and circulate for filing | Mary Cilia | 0.7 | $ 413.00 |
| 6/13/2018 | Prepare May 2018 MOR and circulate for comments | Mary Cilia | 1.8 | $ 1,062.00 |
| 6/20/2018 | Finalize May 2018 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 7/10/2018 | Prepare draft of June 2018 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 7/18/2018 | Finalize June 2018 MOR and circulate for filing | Mary Cilia | 0.7 | $ 413.00 |
| 8/13/2018 | Prepare draft of July 2018 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 8/20/2018 | Finalize July 2018 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 9/13/2018 | Prepare draft of August 2018 monthly operating report and circulate for comment | Mary Cilia | 1.6 | $ 944.00 |
| 9/23/2018 | Finalize August 2018 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 10/18/2018 | Finalize September 2018 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 11/13/2018 | Prepare draft of October 2018 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 12/16/2018 | Finalize October 2018 MOR and circulate for filing | Mary Cilia | 0.5 | $ 295.00 |
| 12/16/2018 | Prepare draft of November 2018 monthly operating report and circulate for comment | Mary Cilia | 1.9 | $ 1,121.00 |
| 12/19/2018 | Finalize November 2018 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 1/9/2019 | Prepare draft of December 2018 monthly operating report and circulate for comment | Mary Cilia | 1.6 | $ 944.00 |
| 1/14/2019 | E-mails with J. Ray re: MOR and fee apps | Mary Cilia | 0.2 | $ 118.00 |
| 1/17/2019 | Finalize December 2018 MOR and circulate for filing | Mary Cilia | 0.7 | $ 413.00 |
| 2/12/2019 | Prepare draft of January 2019 monthly operating report and circulate for comment | Mary Cilia | 1.9 | $ 1,121.00 |
| 2/26/2019 | Finalize January 2019 MOR and circulate for filing | Mary Cilia | 0.6 | $ 354.00 |
| 3/8/2019 | Prepare draft of February 2019 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 3/19/2019 | Finalize February 2019 MOR and circulate for filing | Mary Cilia | 0.9 | $ 531.00 |
| 4/8/2019 | Prepare draft of March 2019 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 4/16/2019 | Finalize March 2019 MOR and circulate for filing | Mary Cilia | 0.6 | $ 354.00 |
| 5/13/2019 | Prepare draft of April 2019 monthly operating report and circulate for comment | Mary Cilia | 1.7 | $ 1,003.00 |
| 5/16/2019 | Finalize April 2019 MOR and circulate for filing | Mary Cilia | 0.7 | $ 413.00 |
| 6/12/2019 | Prepare draft of May 2019 monthly operating report and circulate for comment | Mary Cilia | 1.6 | $ 944.00 |
| 6/19/2019 | Finalize May 2018 MOR | Mary Cilia | 0.6 | $ 354.00 |
| 7/5/2019 | Prepare draft of June 2019 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 7/9/2019 | Finalize June 2019 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |

**EXPENSE SUMMARY**  
May 9, 2017 through December 9, 2021

In re Nortel Networks Inc., et al  
(Case No. 09-10138 (CSS))

| Date | Description | Person | Hours | Amount |
|---|---|---|---|---|
| 8/9/2019 | Prepare draft of July 2019 monthly operating report and circulate for comment | Mary Cilia | 1.7 | $ 1,003.00 |
| 8/19/2019 | Finalize July 2019 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 9/11/2019 | Prepare draft of August 2019 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 9/30/2019 | Finalize August 2019 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 10/13/2019 | Prepare draft of September 2019 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 10/17/2019 | Finalize September 2019 MOR and circulate for filing | Mary Cilia | 0.4 | $ 236.00 |
| 11/12/2019 | Prepare draft of October 2019 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 11/19/2019 | Finalize October 2019 MOR and circulate for filing | Mary Cilia | 0.6 | $ 354.00 |
| 12/10/2019 | Prepare draft of November 2019 monthly operating report and circulate for comment | Mary Cilia | 1.9 | $ 1,121.00 |
| 12/16/2019 | Finalize November 2019 MOR and circulate for filing | Mary Cilia | 0.5 | $ 295.00 |
| 1/13/2020 | Prepare draft of December 2019 monthly operating report and circulate for comment | Mary Cilia | 1.7 | $ 1,003.00 |
| 1/15/2020 | Revise December 2019 MOR based on comments from Cleary, circulate signature pages for execution | Mary Cilia | 0.9 | $ 531.00 |
| 1/16/2020 | Finalize December 2019 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 2/9/2020 | Prepare draft of January 2020 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 2/14/2020 | Prepare and circulate signature pages for January 2019 MOR | Mary Cilia | 0.2 | $ 118.00 |
| 2/17/2020 | Finalize January 2020 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 3/15/2020 | Prepare draft of February 2020 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 3/16/2020 | Revise February 2020 MOR based on comments from Cleary, circulate signature pages for execution | Mary Cilia | 0.7 | $ 413.00 |
| 3/19/2020 | Finalize February 2020 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 3/20/2020 | Follow up e-mails with MNAT re: February 2020 MOR | Mary Cilia | 0.3 | $ 177.00 |
| 4/11/2020 | Prepare draft of March 2020 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 4/17/2020 | Finalize March 2020 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 5/12/2020 | Prepare draft of April 2020 monthly operating report and circulate for comment | Mary Cilia | 1.9 | $ 1,121.00 |
| 5/13/2020 | Follow up e-mails on VSV tax scheme and MOR | Mary Cilia | 0.2 | $ 118.00 |
| 5/19/2020 | Finalize April 2020 MOR and circulate for filing | Mary Cilia | 0.9 | $ 531.00 |
| 6/7/2020 | Prepare draft of May 2020 monthly operating report and circulate for comment | Mary Cilia | 1.8 | $ 1,062.00 |
| 6/9/2020 | Review and revise MOR based on Cleary comments | Mary Cilia | 0.3 | $ 177.00 |
| 6/19/2020 | Finalize May 2020 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021  (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 7/6/2020 | Prepare draft of June 2020 monthly operating report and circulate for comment | Mary Cilia | 1.5 | $ 885.00 |
| 7/17/2020 | Finalize June 2020 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 8/17/2020 | Prepare draft of July 2020 monthly operating report and circulate for comment | Mary Cilia | 1.4 | $ 826.00 |
| 8/20/2020 | Finalize July 2020 MOR and circulate for filing | Mary Cilia | 0.2 | $ 118.00 |
| 9/15/2020 | Prepare draft of August 2020 monthly operating report and circulate for comment | Mary Cilia | 1.6 | $ 944.00 |
| 9/18/2020 | Finalize August 2020 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 10/14/2020 | Prepare draft of September 2020 monthly operating report and circulate for comment | Mary Cilia | 1.4 | $ 826.00 |
| 10/19/2020 | Finalize September 2020 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 11/12/2020 | Prepare draft of October 2020 monthly operating report and circulate for comment | Mary Cilia | 1.3 | $ 767.00 |
| 11/24/2020 | Finalize October 2020 MOR and circulate for filing | Mary Cilia | 0.2 | $ 118.00 |
| 12/15/2020 | Prepare draft of November 2020 monthly operating report and circulate for comment | Mary Cilia | 1.7 | $ 1,003.00 |
| 12/17/2020 | Finalize November 2020 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 1/13/2021 | Close books and prepare draft of December 2020 monthly operating report and circulate for comment | Mary Cilia | 1.3 | $ 767.00 |
| 1/19/2021 | Finalize December 2020 MOR and circulate for filing | Mary Cilia | 0.2 | $ 118.00 |
| 2/8/2021 | Close books and prepare draft of January 2021 monthly operating report and circulate for comment | Mary Cilia | 1.4 | $ 826.00 |
| 3/1/2021 | Finalize January 2021 MOR and circulate for filing | Mary Cilia | 0.4 | $ 236.00 |
| 3/7/2021 | Close books and prepare draft of February 2021 monthly operating report and circulate for comment | Mary Cilia | 1.3 | $ 767.00 |
| 3/9/2021 | Read, review and respond to questions and comments re: February 2021 monthly operating report | Mary Cilia | 0.2 | $ 118.00 |
| 3/24/2021 | Finalize February 2021 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 4/5/2021 | Close books and prepare draft of March 2021 monthly operating report and circulate for comment | Mary Cilia | 1.3 | $ 767.00 |
| 4/19/2021 | Finalize March 2021 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 5/10/2021 | Close books and prepare draft of April 2021 monthly operating report and circulate for comment | Mary Cilia | 1.4 | $ 826.00 |
| 5/24/2021 | Finalize April 2021 MOR and circulate for filing | Mary Cilia | 0.4 | $ 236.00 |
| 6/10/2021 | Close books and prepare draft of May 2021 monthly operating report and circulate for comment | Mary Cilia | 1.4 | $ 826.00 |
| 6/30/2021 | Finalize May 2021 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021  (Case No. 09-10138 (CSS))

| | | | | |
|---|---|---|---|---|
| 7/10/2021 | Close books and prepare draft of June 2021 monthly operating report and circulate for comment | Mary Cilia | 1.2 | $ 708.00 |
| 7/16/2021 | Finalize June 2021 MOR and circulate for filing | Mary Cilia | 0.3 | $ 177.00 |
| 8/10/2021 | Review US Trustee comments to NNIII | Mary Cilia | 0.2 | $ 118.00 |
| 8/12/2021 | Close books and prepare draft of July 2021 monthly operating report and circulate for comment | Mary Cilia | 1.6 | $ 944.00 |
| 8/13/2021 | Follow up e-mails and re: revised NNIII Plan of Reorganization and Disclosure Statement; update July 2021 MOR and circulate | Mary Cilia | 0.3 | $ 177.00 |
| 8/18/2021 | Review and incorporate comments from Cleary into MOR; Finalize July 2021 MOR and circulate for filing | Mary Cilia | 0.8 | $ 472.00 |
| 8/19/2021 | Read, review and respond to e-mails from MNAT re: MOR | Mary Cilia | 0.2 | $ 118.00 |
| 9/13/2021 | Close books and prepare draft of August 2021 monthly operating report and circulate for comment | Mary Cilia | 1.3 | $ 767.00 |
| 9/20/2021 | Review and incorporate comments from Cleary into MOR; Finalize August 2021 MOR and circulate for filing | Mary Cilia | 0.7 | $ 413.00 |
| 10/11/2021 | Prepare draft of September 2021 monthly operating report and circulate for comment | Mary Cilia | 1.2 | $ 708.00 |
| 10/18/2021 | Follow up e-mails to Cleary re: September 2021 MOR footnotes | Mary Cilia | 0.2 | $ 118.00 |
| 10/19/2021 | Finalize September 2021 MOR and circulate for filing; related e-mails with Cleary | Mary Cilia | 0.5 | $ 295.00 |
| | | ***Sub-total by Category:*** | **132.40** | **$ 78,116.00** |
| | ***Administrative Matters*** | | | |
| 8/12/2017 | E-mails re: NNIII professional fee apps | Mary Cilia | 0.7 | $ 413.00 |
| 9/5/2017 | Read, review and respond to e-mails re: billing and engagement letters | Mary Cilia | 0.3 | $ 177.00 |
| 9/7/2017 | Read, review and respond to e-mails re: billing, engagement letters and tax matters status update from EY India | Mary Cilia | 0.4 | $ 236.00 |
| 9/14/2017 | Read, review and respond to e-mails re: billing and tax matters status update from EY India | Mary Cilia | 1.2 | $ 708.00 |
| 9/15/2017 | Read, review and respond to e-mails re: billing and tax matters status update from EY India | Mary Cilia | 0.3 | $ 177.00 |
| 9/29/2017 | Support for periodic invoicing | Kathryn Schultea | 0.5 | $ 295.00 |
| 9/29/2017 | Prepare payments, monthly entries and NNI reimbursements | Mary Cilia | 1.6 | $ 944.00 |
| 10/3/2017 | Review and pay ordinary course bills; develop fee trackers and related e-mails | Mary Cilia | 1.3 | $ 767.00 |
| 10/3/2017 | Review and respond to e-mails related to developments in tax appeals | Mary Cilia | 0.7 | $ 413.00 |
| 1/22/2018 | Review and process local tax advisor invoices; related e-mails | Mary Cilia | 0.8 | $ 472.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**May 9, 2017 through December 9, 2021**  (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 3/15/2018 | Read, review and respond to e-mails with EY re: tax proceeding updates | Mary Cilia | 1.2 | $ 708.00 |
| 3/20/2018 | Read, review and respond to e-mails with EY re: tax proceeding updates | Mary Cilia | 0.7 | $ 413.00 |
| 3/22/2018 | Review proposed statement of work from EY related to tax appeals; related e-mails | Mary Cilia | 0.6 | $ 354.00 |
| 3/29/2018 | Conference calls and e-mails with EY, prepare documents; other related e-mails re: 2017-2018 tax return | Mary Cilia | 3.4 | $ 2,006.00 |
| 3/30/2018 | Review 2017-2018 tax return, provide comments; related e-mails | Mary Cilia | 1.7 | $ 1,003.00 |
| 4/3/2018 | Follow up review of tax withholding issues related to interest on tax refunds; related e-mails | Mary Cilia | 0.8 | $ 472.00 |
| 4/5/2018 | Follow up e-mails related to tax withholding issues related to interest on tax refunds | Mary Cilia | 0.2 | $ 118.00 |
| 4/9/2018 | Review and prepare documentation for income tax filing; related e-mails and conference calls | Mary Cilia | 1.1 | $ 649.00 |
| 4/11/2018 | Complete additional documentation for income tax return; related e-mails | Mary Cilia | 0.7 | $ 413.00 |
| 4/13/2018 | Review and completion of documents and e-mails re: supreme court status updates and annual tax return | Mary Cilia | 1.3 | $ 767.00 |
| 4/26/2018 | Review and comment on draft response to tax authorities re: income tax return; related e-mails | Mary Cilia | 1.4 | $ 826.00 |
| 5/1/2018 | Follow up e-mails re: response to tax authorities re: income tax return | Mary Cilia | 1.7 | $ 1,003.00 |
| 5/3/2018 | Finalize response to tax authorities; circulate for signature and return to EY; related e-mails | Mary Cilia | 0.5 | $ 295.00 |
| 6/13/2018 | E-mails and follow up re: status of tax proceedings | Mary Cilia | 0.3 | $ 177.00 |
| 6/15/2018 | Follow up e-mails re: status of tax proceedings | Mary Cilia | 0.3 | $ 177.00 |
| 7/11/2018 | Read, review and respond to e-mails re: tax return and EY recommendations regarding pending tax proceedings | Mary Cilia | 1.2 | $ 708.00 |
| 9/17/2018 | Read, research and respond to e-mails from EY re: 2017-18 income tax return | Mary Cilia | 1.8 | $ 1,062.00 |
| 9/21/2018 | Follow up e-mails re: 2017-18 income tax return | Mary Cilia | 0.3 | $ 177.00 |
| 9/25/2018 | Support for periodic invoicing as directed | Kathryn Schultea | 0.3 | $ 177.00 |
| 9/25/2018 | Review and complete documents for POA and agency appointment related to 2017-18 income tax return, send final forms for execution; process payment; related e-mails and discussions | Mary Cilia | 2.2 | $ 1,298.00 |
| 9/26/2018 | Review and complete documents for 2017-18 income tax return, send final forms for execution; related e-mails and discussions | Mary Cilia | 2.9 | $ 1,711.00 |
| 9/27/2018 | Read, research and respond to follow up e-mails re: 2017-18 income tax return | Mary Cilia | 1.8 | $ 1,062.00 |
| 9/28/2018 | Read, research and respond to follow up e-mails re: 2017-18 income tax return | Mary Cilia | 0.3 | $ 177.00 |
| 9/28/2018 | Review SLP filed by income tax department; related e-mails | Mary Cilia | 0.8 | $ 472.00 |
| 11/2/2018 | Support for periodic invoicing as directed | Kathryn Schultea | 0.3 | $ 177.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**May 9, 2017 through December 9, 2021**  (Case No. 09-10138 (CSS))

| Date | Description | Person | Hours | Amount |
|---|---|---|---|---|
| 11/2/2018 | Review and processing of professional bills for payment | Mary Cilia | 0.3 | $ 177.00 |
| 11/14/2018 | Discussion of tax status in India with M. Cilia; review draft e-mail to K. Haley | Kathryn Schultea | 0.5 | $ 295.00 |
| 11/14/2018 | Discussion of tax status in India with K. Schultea; review of e-mails and draft e-mail to K. Haley | Mary Cilia | 0.9 | $ 531.00 |
| 11/15/2018 | Discussion of tax status in India with K. Haley; related prep and follow up | Mary Cilia | 1.1 | $ 649.00 |
| 1/11/2019 | Review and record professional fee apps | Mary Cilia | 0.3 | $ 177.00 |
| 2/7/2019 | Review and record professional fee apps | Mary Cilia | 0.3 | $ 177.00 |
| 2/14/2019 | Support for periodic invoicing as directed | Kathryn Schultea | 0.2 | $ 118.00 |
| 2/14/2019 | Review and process professional payments | Mary Cilia | 0.2 | $ 118.00 |
| 2/16/2019 | Review e-mails and documents from AZB re: supreme court tax proceedings; related e-mails | Mary Cilia | 0.3 | $ 177.00 |
| 2/19/2019 | E-mails with Cleary and AZB re: supreme court tax proceedings | Mary Cilia | 0.3 | $ 177.00 |
| 2/24/2019 | E-mails with AZB and Cleary re: conference call to discuss Supreme Court tax proceedings | Mary Cilia | 0.5 | $ 295.00 |
| 2/25/2019 | Conference call with AZB, EY and Cleary to discuss status of Supreme Court tax proceedings; related follow up | Mary Cilia | 0.9 | $ 531.00 |
| 2/26/2019 | Support for periodic invoicing as directed | Kathryn Schultea | 0.2 | $ 118.00 |
| 2/26/2019 | Review and record recent professional fee apps | Mary Cilia | 0.8 | $ 472.00 |
| 3/4/2019 | E-mails with AZB and EY re: scheduled hearing on tax matters | Mary Cilia | 0.5 | $ 295.00 |
| 3/8/2019 | E-mails with Cleary, AZB and EY re: updates on status of tax matters | Mary Cilia | 0.8 | $ 472.00 |
| 8/15/2019 | Review of tax files and follow up e-mail with Cleary re: potential tax liabilities | Mary Cilia | 0.3 | $ 177.00 |
| 8/28/2019 | Review of updated potential tax liability from EY; related e-mails | Mary Cilia | 0.4 | $ 236.00 |
| 11/11/2019 | Support for periodic invoicing as directed | Kathryn Schultea | 0.2 | $ 118.00 |
| 11/11/2019 | Support for periodic invoicing as directed | Kathryn Schultea | 0.2 | $ 118.00 |
| 11/11/2019 | Review of Cleary fee application | Mary Cilia | 0.2 | $ 118.00 |
| 12/9/2019 | Review and e-mails re: NNIII cash status and tax department asserted assessments | Mary Cilia | 0.4 | $ 236.00 |
| 12/10/2019 | Review and processing of Cleary fee application | Mary Cilia | 0.3 | $ 177.00 |
| 1/7/2020 | Follow up e-mail to EY re: letter from income tax authorities and proposed manner to rectify | Mary Cilia | 0.3 | $ 177.00 |
| 1/8/2020 | E-mails with EY and Cleary re: letter from income tax authorities and proposed manner to rectify | Mary Cilia | 0.8 | $ 472.00 |
| 1/10/2020 | E-mails with EY and Cleary re: letter from income tax authorities and proposed manner to rectify | Mary Cilia | 0.3 | $ 177.00 |
| 1/15/2020 | E-mails with EY and Cleary re: letter from income tax authorities and proposed manner to rectify | Mary Cilia | 0.2 | $ 118.00 |

EXPENSE SUMMARY                                                          In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021                                          (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 1/20/2020 | E-mails with EY and Cleary re: letter from income tax authorities and progress to get the matter rectified | Mary Cilia | 0.7 | $ 413.00 |
| 2/9/2020 | Read, review and respond to e-mails re: Cleary fee app | Mary Cilia | 0.4 | $ 236.00 |
| 2/12/2020 | Prepare and provide NNIII tax schedules for NNI consolidated return | Mary Cilia | 1.4 | $ 826.00 |
| 2/13/2020 | Review AZB draft invoice and approve for payment; related e-mails | Mary Cilia | 0.3 | $ 177.00 |
| 2/19/2020 | Support for periodic invoicing as directed | Kathryn Schultea | 0.5 | $ 295.00 |
| 2/19/2020 | Prepare and file annual Delaware return; process payments | Mary Cilia | 0.9 | $ 531.00 |
| 2/24/2020 | Follow up e-mails with AZB re: billing | Mary Cilia | 0.4 | $ 236.00 |
| 3/5/2020 | E-mail with EY re: new Indian tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 3/25/2020 | Follow up e-mails on various open items related to billings and tax scheme | Mary Cilia | 0.4 | $ 236.00 |
| 3/26/2020 | Follow up e-mails on tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 3/27/2020 | Review and enter final AZB invoice and record related intercompany entries | Mary Cilia | 0.2 | $ 118.00 |
| 3/27/2020 | Follow up e-mails re: income tax assessment and progress on rectification | Mary Cilia | 0.3 | $ 177.00 |
| 4/7/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 4/8/2020 | Review and reconciliation of EY calculations related to VSV tax scheme; related e-mails and questions | Mary Cilia | 0.8 | $ 472.00 |
| 4/16/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 4/17/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 4/21/2020 | Follow up e-mails and conference call with M. Kennedy and K. Hailey re: VSV tax scheme | Mary Cilia | 1.4 | $ 826.00 |
| 4/22/2020 | Conference call with J. Ray to discuss VSV tax scheme; related follow up and e-mails | Mary Cilia | 1.3 | $ 767.00 |
| 4/23/2020 | Follow up e-mail on VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 4/27/2020 | Review of EY response re: VSV tax scheme; follow up e-mails with Cleary, M. Kennedy and J. Ray | Mary Cilia | 0.9 | $ 531.00 |
| 4/30/2020 | Follow up e-mail on VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 5/1/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 5/5/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 5/6/2020 | Read, review and respond to e-mails re: POAs for AY 2018-19 rectification process and VSV tax scheme | Mary Cilia | 1.2 | $ 708.00 |
| 5/11/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.4 | $ 236.00 |
| 5/12/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 5/14/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 5/15/2020 | Follow up e-mails on VSV tax scheme and review of applications | Mary Cilia | 0.8 | $ 472.00 |
| 5/22/2020 | Review VSV tax scheme applications; related e-mails | Mary Cilia | 1.3 | $ 767.00 |
| 5/31/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 6/1/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |

EXPENSE SUMMARY                                                                In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021                                           (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 6/2/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 6/3/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 6/4/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 6/5/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 6/8/2020 | Review additional information to be submitted with VSV tax scheme applications; related e-mail | Mary Cilia | 0.7 | $ 413.00 |
| 6/11/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 7/27/2020 | Follow up e-mails on VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 8/4/2020 | Review letter to Indian tax authorities from EY; related e-mails | Mary Cilia | 0.7 | $ 413.00 |
| 10/14/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 10/27/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 10/28/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 10/30/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 12/11/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 12/15/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.1 | $ 59.00 |
| 12/28/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 12/29/2020 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 1/8/2021 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 1/12/2021 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.3 | $ 177.00 |
| 1/13/2021 | Follow up e-mails re: VSV tax scheme | Mary Cilia | 0.2 | $ 118.00 |
| 1/28/2021 | Support for periodic invoicing as directed | Kathryn Schultea | 0.5 | $ 295.00 |
| 1/28/2021 | Prepare all final documents and wire payments to Kotak Bank to make VSV tax scheme payments | Mary Cilia | 0.9 | $ 531.00 |
| 1/29/2021 | Follow up e-mails re: VSV tax scheme payments to Kotak Bank | Mary Cilia | 0.1 | $ 59.00 |
| 2/3/2021 | Read, review and respond to e-mails related to request from EY for original VSV tax scheme documents required by Kotak Bank; follow up work and e-mails | Mary Cilia | 1.3 | $ 767.00 |
| 2/4/2021 | Follow up e-mails with EY and AZB re: next steps to have Supreme Court actions withdrawn by local counsel subsequent to settlement under VSV tax scheme | Mary Cilia | 0.6 | $ 354.00 |
| 2/8/2021 | Follow up e-mails with EY re: return of excess funds from Kotak Bank and e-mail received from India Income Tax Department | Mary Cilia | 0.2 | $ 118.00 |
| 3/1/2021 | Follow up e-mails re: VSV tax scheme Form 5 | Mary Cilia | 0.1 | $ 59.00 |
| 3/4/2021 | Follow up e-mails with EY Canada re: VSV tax scheme settlement status | Mary Cilia | 0.1 | $ 59.00 |
| 3/10/2021 | E-mails re: NNIII treasury maturities | Mary Cilia | 0.1 | $ 59.00 |
| 4/5/2021 | Review and pay professional fee bills; update wire instructions at the bank | Mary Cilia | 0.3 | $ 177.00 |
| 4/20/2021 | Review treasury maturities; make recommendations and execute | Mary Cilia | 0.2 | $ 118.00 |
| 6/4/2021 | Follow up e-mails with EY re: rectification filing with Income Tax Department | Mary Cilia | 0.1 | $ 59.00 |
| 6/29/2021 | E-mails re: treasury maturities | Mary Cilia | 0.1 | $ 59.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
**May 9, 2017 through December 9, 2021**  (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 7/6/2021 | Follow up with AZB re: tax impact of assigning NNIPL receivable to NNL | Mary Cilia | 0.2 | $ 118.00 |
| 7/7/2021 | Follow up with M. Kennedy, K. Hailey and AZB re: tax impact of assigning NNIPL receivable to NNL | Mary Cilia | 0.1 | $ 59.00 |
| 7/9/2021 | Review and respond to e-mails from EY and AZB re: rectification application and withdrawal of tax cases from Supreme Court; disseminate updates to J. Ray and Cleary | Mary Cilia | 0.3 | $ 177.00 |
| 7/13/2021 | Conference call with EY, AZB, M. Kennedy and K. Hailey re: tax impact of assigning NNIPL receivable to NNL; related prep and follow up | Mary Cilia | 0.6 | $ 354.00 |
| 7/30/2021 | Review e-mail from EY re: tax impact of assigning NNIPL receivable to NNL; related follow up | Mary Cilia | 0.3 | $ 177.00 |
| 8/16/2021 | E-mails re: treasury maturities | Mary Cilia | 0.1 | $ 59.00 |
| 9/3/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.3 | $ 177.00 |
| 9/13/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.3 | $ 177.00 |
| 9/17/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.4 | $ 236.00 |
| 9/20/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.2 | $ 118.00 |
| 9/21/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.1 | $ 59.00 |
| 9/27/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.2 | $ 118.00 |
| 9/28/2021 | Follow up e-mails re: Indian tax matters | Mary Cilia | 0.1 | $ 59.00 |
| 11/17/2021 | Support for periodic invoicing as directed | Kathryn Schultea | 0.5 | $ 295.00 |
| 11/19/2021 | Support for periodic invoicing as directed | Kathryn Schultea | 0.5 | $ 295.00 |
| 11/19/2021 | Review and process EY invoice | Mary Cilia | 0.2 | $ 118.00 |
| 12/3/2021 | Review of invoices and related e-mails | Mary Cilia | 0.1 | $ 59.00 |
| 12/7/2021 | Review and respond to e-mails re: NNIII treasury maturities | Mary Cilia | 0.2 | $ 118.00 |
| | | ***Sub-total by Category:*** | **78.00** | **$ 46,020.00** |
| | ***Debtor Issues and Communications*** | | | |
| 8/21/2017 | Review of engagement letters and related e-mails | Mary Cilia | 1.2 | $ 708.00 |
| 4/2/2018 | Review revised EY engagement letter for High Court appeals against ITAT order; related e-mails | Mary Cilia | 0.7 | $ 413.00 |
| 4/3/2018 | Follow up e-mails re: EY engagement letter | Mary Cilia | 0.3 | $ 177.00 |
| 4/9/2018 | Review supreme court reply; related e-mails | Mary Cilia | 0.8 | $ 472.00 |
| 5/7/2018 | Review documents and e-mails re: removal of officer | Mary Cilia | 0.2 | $ 118.00 |
| 6/28/2018 | Review counter affidavits re: Supreme Court appeals; related e-mails | Mary Cilia | 1.7 | $ 1,003.00 |
| 7/12/2018 | Conference call re: recommended caveat process and related proposed fee structure with K. Hailey and EY; related prep and follow up | Mary Cilia | 0.8 | $ 472.00 |
| 7/16/2018 | Review revised fee structure re: caveat filing process; related e-mails with EY, J. Ray and K. Hailey | Mary Cilia | 0.8 | $ 472.00 |

EXPENSE SUMMARY                                                                                  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021                                                             (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 8/7/2018 | Review caveat documents and courier to EY India; related e-mails | Mary Cilia | 1.2 | $ 708.00 |
| 8/16/2018 | Review caveat application documents; related e-mail | Mary Cilia | 0.4 | $ 236.00 |
| 9/6/2018 | Read, research and respond to e-mails from EY re: ownership structure and entity status | Mary Cilia | 0.7 | $ 413.00 |
| 10/12/2018 | Prepare draft of September 2018 monthly operating report and circulate for comment | Mary Cilia | 1.9 | $ 1,121.00 |
| 10/31/2018 | Review and respond to e-mails re: SLP filings and related bills | Mary Cilia | 1.2 | $ 708.00 |
| 11/6/2018 | E-mails with EY re: SLP filings and expected timing | Mary Cilia | 0.3 | $ 177.00 |
| 12/6/2018 | Review of SLP filed with Supreme Court; related e-mails | Mary Cilia | 0.7 | $ 413.00 |
| 3/26/2019 | E-mails with EY and AZB re: application for expedited status | Mary Cilia | 0.2 | $ 118.00 |
| 4/1/2019 | Review draft of EY and AZB proposals for applications for acceleration of hearing; related e-mails | Mary Cilia | 0.7 | $ 413.00 |
| 4/10/2019 | E-mails with L. Guerra and EY related to revised engagement letter for application to accelerate hearing | Mary Cilia | 0.4 | $ 236.00 |
| 5/1/2019 | Review status update from EY; follow up e-mails | Mary Cilia | 0.4 | $ 236.00 |
| 5/14/2019 | Review draft counter affidavits; related e-mails regarding comments | Mary Cilia | 1.1 | $ 649.00 |
| 6/3/2019 | Review counter affidavits filed by EY; related e-mails with Cleary and EY | Mary Cilia | 0.8 | $ 472.00 |
| 6/15/2019 | Review additional counter affidavits from EY; related e-mails | Mary Cilia | 0.4 | $ 236.00 |
| 6/28/2019 | E-mails with EY and Cleary re: counter affidavits and application for early hearing | Mary Cilia | 0.7 | $ 413.00 |
| 7/15/2019 | Follow up e-mails with EY and K. Hailey re: application for early hearing | Mary Cilia | 0.3 | $ 177.00 |
| 7/22/2019 | Research and respond to information request from Cleary for corporate information | Mary Cilia | 0.8 | $ 472.00 |
| 7/22/2019 | E-mails with EY re: counter affidavits | Mary Cilia | 0.2 | $ 118.00 |
| 7/24/2019 | Review further counter affidavits and de-tagging applications; related e-mails with EY and Cleary | Mary Cilia | 0.4 | $ 236.00 |
| 7/26/2019 | Follow up e-mails with Cleary re: counter affidavits and de-tagging applications | Mary Cilia | 0.3 | $ 177.00 |
| 7/29/2019 | Finalize comments and provide signoff to EY on counter affidavits and de-tagging applications; related e-mails with Cleary | Mary Cilia | 0.4 | $ 236.00 |
| 7/30/2019 | Review further e-mails from EY related to supreme court filings | Mary Cilia | 0.2 | $ 118.00 |
| 8/5/2019 | Review further e-mails from EY related to supreme court filings | Mary Cilia | 0.3 | $ 177.00 |
| 8/8/2019 | Follow up e-mails from EY related to supreme court filings; e-mails with Cleary re: application for early hearing | Mary Cilia | 0.3 | $ 177.00 |
| 9/18/2019 | Review of e-mails re: application for early hearing | Mary Cilia | 0.1 | $ 59.00 |
| 10/9/2019 | Follow up e-mails from EY related to application for early hearing | Mary Cilia | 0.3 | $ 177.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021  (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 10/22/2019 | Review further e-mails from EY related to supreme court filings and status of the filings | Mary Cilia | 0.3 | $ 177.00 |
| 11/22/2019 | Review of e-mail from EY re: results of Supreme Court hearing | Mary Cilia | 0.2 | $ 118.00 |
| 12/5/2019 | Review of e-mail from EY re: Supreme Court order | Mary Cilia | 0.2 | $ 118.00 |
| 1/22/2020 | Review and respond to e-mail from AZB re: de-tagging application | Mary Cilia | 0.3 | $ 177.00 |
| 2/1/2020 | Review and respond to e-mail from AZB re: de-tagging application | Mary Cilia | 0.5 | $ 295.00 |
| 5/7/2020 | Review draft of settlement motion | Mary Cilia | 0.3 | $ 177.00 |
| 1/14/2021 | Follow up e-mails to execute VSV scheme documents | Mary Cilia | 0.6 | $ 354.00 |
| 1/20/2021 | Follow up e-mails to execute VSV scheme documents | Mary Cilia | 0.7 | $ 413.00 |
| 3/16/2021 | Read, research and respond to e-mails re: next steps to dissolve NNIII | Mary Cilia | 0.3 | $ 177.00 |
| 3/23/2021 | Review e-mails with EY and AZB re: Supreme Court withdrawal applications and early hearing | Mary Cilia | 0.2 | $ 118.00 |
| 4/5/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.2 | $ 118.00 |
| 4/20/2021 | E-mails re: update call with Canada re: open items and status | Mary Cilia | 0.1 | $ 59.00 |
| 4/20/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.1 | $ 59.00 |
| 4/22/2021 | Conference call with M. Kennedy and EY Canada re: open items and status; related follow up | Mary Cilia | 0.8 | $ 472.00 |
| 4/30/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.3 | $ 177.00 |
| 5/3/2021 | Follow up e-mails re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.2 | $ 118.00 |
| 5/12/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.2 | $ 118.00 |
| 5/13/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.2 | $ 118.00 |
| 5/14/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.1 | $ 59.00 |
| 5/21/2021 | Draft recovery and liquidation analyses for disclosure statement; circulate and discuss with M. Kennedy | Mary Cilia | 0.8 | $ 472.00 |
| 5/24/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.6 | $ 354.00 |
| 5/26/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.6 | $ 354.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021  (Case No. 09-10138 (CSS))

| Date | Description | Name | Hours | Amount |
|---|---|---|---|---|
| 5/27/2021 | Review and revise recovery and liquidation analyses for disclosure statement | Mary Cilia | 0.8 | $ 472.00 |
| 5/28/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.4 | $ 236.00 |
| 6/4/2021 | Follow up e-mails and comments re: NNIII Plan of Reorganization and Disclosure Statement and related documents | Mary Cilia | 0.2 | $ 118.00 |
| 6/8/2021 | Follow up -emails re: NNIII Plan of Reorganization and impact of assigning NNIPL receivable to NNL | Mary Cilia | 0.2 | $ 118.00 |
| 6/10/2021 | Follow up -emails re: NNIII Plan of Reorganization and impact of assigning NNIPL receivable to NNL | Mary Cilia | 0.3 | $ 177.00 |
| 6/21/2021 | Follow up -emails re: impact of dividends of NNIPL receivable to NNL | Mary Cilia | 0.2 | $ 118.00 |
| 6/21/2021 | Conference call with M. Kennedy and EY Canada re: NNIII POR and wind down of activities; related prep and follow up | Mary Cilia | 0.4 | $ 236.00 |
| 6/24/2021 | Follow up call with M. Kennedy re: discussion with EY Canada | Mary Cilia | 0.3 | $ 177.00 |
| 6/28/2021 | Review and comment on M. Kennedy draft e-mail to J. Ray | Mary Cilia | 0.1 | $ 59.00 |
| 6/30/2021 | Follow up with EY India and AZB re: impact of assigning NNIPL receivable to NNL | Mary Cilia | 0.2 | $ 118.00 |
| 7/13/2021 | E-mails with EY and L. Guerra re: Plan of Reorganization and Disclosure Statement | Mary Cilia | 0.2 | $ 118.00 |
| 8/12/2021 | Follow up e-mails re: NNIII Plan of Reorganization and Disclosure Statement revisions | Mary Cilia | 0.2 | $ 118.00 |
| 9/9/2021 | Follow up e-mails re: Indian rectification application | Mary Cilia | 0.1 | $ 59.00 |
| 9/15/2021 | Complete and mail ballot for NNIII; related e-mails | Mary Cilia | 0.6 | $ 354.00 |
| 9/16/2021 | Follow up -emails re: NNIII ballot | Mary Cilia | 0.1 | $ 59.00 |
| 9/29/2021 | Review declarations in support of confirmation; related e-mails | Mary Cilia | 0.3 | $ 177.00 |
| 10/14/2021 | Review engagement letters for writ petition to High Court re: rectification application; related follow up e-mails to have executed and return to EY | Mary Cilia | 0.3 | $ 177.00 |
| 10/19/2021 | Review and prepare documents for writ petition to High Court; related e-mails to EY for further direction; gather required documentation | Mary Cilia | 1.3 | $ 767.00 |
| 10/20/2021 | Follow up e-mails and document preparation re: writ petition to High Court | Mary Cilia | 0.3 | $ 177.00 |
| 10/21/2021 | Follow up e-mails and document preparation re: writ petition to High Court | Mary Cilia | 0.3 | $ 177.00 |
| 10/22/2021 | Finalize document preparation re: writ petition to High Court; circulate for execution; related follow up e-mails | Mary Cilia | 0.5 | $ 295.00 |
| 10/22/2021 | Follow up e-mails and circulation of executed documents re: writ petition to High Court | Mary Cilia | 0.3 | $ 177.00 |
| 10/27/2021 | Follow up e-mails re: filing of writ petition | Mary Cilia | 0.1 | $ 59.00 |

**EXPENSE SUMMARY**  In re Nortel Networks Inc., et al
May 9, 2017 through December 9, 2021  (Case No. 09-10138 (CSS))

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/28/2021 | Follow up e-mails re: writ petition hearing | Mary Cilia | 0.1 | $ 59.00 |
| 11/9/2021 | Finalize all notarized and apostilled documents for writ petition; send via courier to India | Mary Cilia | 0.8 | $ 472.00 |
| 11/16/2021 | Follow up e-mails and research re: NNIII Plan and conditions precedent to go effective | Mary Cilia | 0.7 | $ 413.00 |
| 11/17/2021 | Review and document Cleary fee app | Mary Cilia | 0.3 | $ 177.00 |
| 11/17/2021 | Read, review and respond to e-mails re: status of rectification application and compliance with writ petition order | Mary Cilia | 0.1 | $ 59.00 |
| 11/29/2021 | Read, review and respond to e-mails re: status of rectification application and compliance with writ petition order | Mary Cilia | 0.1 | $ 59.00 |
| 12/3/2021 | Follow up with EY and Cleary re: effective Date checklist updates | Mary Cilia | 0.3 | $ 177.00 |
| 12/9/2021 | Review and respond to e-mails re: resolution of rectification application, Effective Date Notice, Amended Bylaws and Articles of Incorporation and Plan Administrator Agreement | Mary Cilia | 0.4 | $ 236.00 |
| | *Sub-total by Category:* | | **39.50** | **$ 23,305.00** |
| | *Recover/Distribution* | | | |
| 8/10/2017 | Review of draft motion for interim distribution | Mary Cilia | 1.1 | $ 649.00 |
| 8/11/2017 | Conference call and related follow up re: draft motion for interim distribution | Kathryn Schultea | 1 | $ 590.00 |
| 8/11/2017 | Conference call and related follow up re: draft motion for interim distribution | Mary Cilia | 1.4 | $ 826.00 |
| 9/24/2021 | NNIII distribution analysis related e-mails and follow-up | Kathryn Schultea | 0.5 | $ 295.00 |
| 9/24/2021 | Review NNIII distribution analysis from M. Kennedy and provide comments; related e-mails with K. Schultea | Mary Cilia | 0.8 | $ 472.00 |
| | *Sub-total by Category:* | | **4.8** | **$ 2,832.00** |