## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :     Case No. 09-10138 (CSS)
:
      Wind Down Debtor.                           :     Jointly Administered
:
-----------------------------------------------------------X     **Re: D.I. 18931**

**CERTIFICATE OF NO OBJECTION REGARDING ONE HUNDRED AND
EIGHTH INTERIM (FOR THE PERIOD NOVEMBER 1, 2021 THROUGH
DECEMBER 9, 2021) AND FINAL APPLICATION OF CLEARY GOTTLIEB
STEEN & HAMILTON LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR-
IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.
<u>FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021</u>**

      The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht & Tunnell LLP ("<u>Morris Nichols</u>") has received no answer, objection or other responsive

pleading to the **One Hundred and Eighth Interim (for the Period November 1, 2021**

**Through December 9, 2021) and Final Application of Cleary Gottlieb Steen & Hamilton**

**LLP, as Attorneys for Debtor and Debtor-In-Possession, for Allowance of Compensation**

**and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel**

**Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021**

**(**the "<u>Final Application</u>") (D.I. 18931), filed on January 20, 2022.

      The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in this case and that no answer, objection or other responsive pleading to the

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than February 10, 2022 at 4:00 p.m. (Eastern Time).

WHEREFORE, the Wind-Down Debtors respectfully request that the order attached to the Application be approved.

Dated: February 11, 2022
    Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       tmann@morrisnichols.com
       ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors*