# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Nortel Networks, Inc., et al** | ) | **Case No. 09-10138 (MFW)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

AND NOW, this 22nd day of February 2022, it is hereby ORDERED that the above Chapter 11 case (and all associated cases) is TRANSFERRED to the Honorable Mary F. Walrath for all further proceedings and dispositions.[1]

_____
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.