# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Nortel Networks Inc.  
2221 Lakeside Boulevard  
Richardson, TX 75082  
  **EIN:** 04–2486332

**Chapter:** 11

**Case No.:** 09–10138–MFW

Allen & Overy LLP

### Amended ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 3/8/22, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.  
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 2/23/22

Mary F. Walrath  
Bankruptcy Judge

(VAN–460)