# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                          **Chapter:** 11

Nortel Networks Inc.
2221 Lakeside Boulevard
Richardson, TX 75082
  **EIN:** 04−2486332                               **Case No.:** 09−10138−MFW

Allen & Overy LLP


### Amended ORDER SETTING STATUS CONFERENCE


IT IS ORDERED that a Status Conference will be held on 3/8/22, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.


  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.


Date:  2/23/22

                                          Mary F. Walrath
                                          Bankruptcy Judge


(VAN−460)

United States Bankruptcy Court
District of Delaware

In re:                                                                                    Case No. 09-10138-MFW
Nortel Networks Inc.                                                                       Chapter 11
Wind-Down Debtors and Debtor-In-Possessi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1                         User: admin                              Page 1 of 2
Date Rcvd: Feb 23, 2022                      Form ID: van460                         Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nortel Networks Inc., 2221 Lakeside Boulevard, Richardson, TX 75082-4370 |
| db | | Nortel Networks India International Inc., 4001 E. Chapel Hill - Nelson Hwy., Research Triangle Park, NC 27709 |
| aty | | Adam M. Slavens, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Alexandra S. McCown, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | | Andrew Gray, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Ann Nee, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Avram E. Luft, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Bradley S. Pensyl, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Brent M. Tunis, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Claire N. Rajan, Allen & Overy LLP, 1101 New York Avenue, NW, 11th Floor, Washington, DC 20005-4356 |
| aty | + | Daniel D. Queen, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Daniel Montgomery, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Danni Byam, Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Derek J.T. Adler, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004-1471 |
| aty | + | Elizabeth C. Block, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Erin C Gallagher, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Eva Pascale Bibi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Howard S Zelbo, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Inna Rozenberg, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | J. Anne Marie Beisler, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Jacob S. Pultman, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | | James Gotowiec, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Jeffrey A. Rosenthal, Cleary, Gottlieb, Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Ken Coleman, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Lucas Hakkenberg, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Margot Gianis, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Mark S Supko, Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, DC 20004-2595 |
| aty | + | Michelle Parthum, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | | Molly Reynolds, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Nathaniel Jedrey, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Nora K Abularach, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Rene E. Thorne, Jackson Lewis LLP, 650 Poydras Street, Suite 1900, New Orleans, LA 70130-7209 |
| aty | | Scott A. Bomhof, Torys LLP, 79 Wellington Street West, 30th Floor, Box 270, TD Centre Toronto, ON M5K 1N2 |
| aty | | Sheila R. Block, 79 Wellington Street West, 30th Floor, Box 270 TD Centre, Toronta, ON M5K 1N2 CANADA |
| aty | + | Stephanie S Wu, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Thomas F. Driscoll, III, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801-1146 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0311-1                    User: admin                              Page 2 of 2
Date Rcvd: Feb 23, 2022              Form ID: van460                        Total Noticed: 36
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                        Signature:        /s/Joseph Speetjens