# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | ) |
|  | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) |
|  | ) Case No. 09-10138 (CSS) |
| Wind-Down Debtors. | ) |
|  | ) Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## STATUS CONFERENCE ON MARCH 8, 2022 AT 2:00 P.M. (ET)

> **This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance.**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIscuCprzouHZHxuwZYNyFS3P550iRect0**
>
> **Please use the following link to register for this status conference:**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

STATUS CONFERENCE:

1)   Amended Order Setting Status Conference [D.I. 18941, filed 2/23/22].

   Status: This matter will be going forward.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226).  Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: March 4, 2022<br>Wilmington, Delaware | MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Mann*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: lschweitzer@cgsh.com<br><br>*Counsel for the Wind-Down Debtors and Debtor In Possession* |