IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (MFW) |
| Wind Down Debtor. | Jointly Administered |
|  | Re: D.I. 18936 |

**CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTY-FOURTH INTERIM APPLICATION (FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021) AND FINAL APPLICATION OF RLKS EXECUTIVE SOLUTIONS LLC, AS CONSULTANTS FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC. FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Seventy-Fourth Interim (for the Period May 9, 2017 Through December 9, 2021) and Final Application of RLKS Executive Solutions LLC, as Consultants for Debtor and Debtor-In-Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred by Nortel Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021** (the "Final Application") (D.I. 18936), filed on February 7, 2022.[2]

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] The summary in the Final Application inadvertently listed the total fees as $115,441.00. RLKS Executive Solutions LLC seeks approval of total fees in the amount of $150,273.00 as reflected in the fee application and related exhibits.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Final Application appears thereon. Pursuant to the Notice, objections to the Final Application were to be filed and served no later than February 28, 2022, at 4:00 p.m. (Eastern Time).

WHEREFORE, the Wind-Down Debtors respectfully request that the order attached to the Final Application be approved.

Dated: March 7, 2022
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       tmann@morrisnichols.com
       ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors*