**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :   Case No. 09-10138 (MFW)
                                                           :
        Wind Down Debtors.                                 :   Jointly Administered
                                                           :
                                                           :
-----------------------------------------------------------X   Re: D.I. 18934
```

**CERTIFICATE OF NO OBJECTION REGARDING THE ONE-HUNDRED
AND SIXTH INTERIM (FOR THE PERIOD NOVEMBER 1, 2021
THROUGH DECEMBER 9, 2021) AND FINAL APPLICATION OF MORRIS,
NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND
DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION
AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED BY NORTEL NETWORKS INDIA INTERNATIONAL INC.
<u>FOR THE PERIOD MAY 9, 2017 THROUGH DECEMBER 9, 2021</u>**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols,

Arsht & Tunnell LLP ("<u>Morris Nichols</u>") has received no answer, objection or other responsive

pleading to the **One-Hundred and Sixth Interim (for the Period November 1, 2021 Through**

**December 9, 2021) and Final Application of Morris, Nichols, Arsht & Tunnell LLP, as**

**Attorneys for Debtor and Debtor In Possession, for Allowance of Interim Compensation**

**and for Interim Reimbursement of All Actual and Necessary Expenses Incurred by Nortel**

**Networks India International Inc. for the Period May 9, 2017 Through December 9, 2021**

(the "<u>Application</u>") (D.I. 18934), filed on February 7, 2022.

The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in this case and that no answer, objection or other responsive pleading to the

Application appears thereon.  Pursuant to Notice, objections to the Application were to be filed

and served no later than February 28, 2022, at 4:00 p.m. (Eastern Time).

---

[1]    The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's
       tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620),
       Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667).  Contact
       information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

WHEREFORE, the Wind-Down Debtors respectfully request that the order attached to the Application be approved.

Dated: March 7, 2022
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Email: dabbott@morrisnichols.com
         aremming@morrisnichols.com
         tmann@morrisnichols.com
         ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors*