Ch 11/15 Status Conferences

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Derek | Abbott | Nortel Networks Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Jaime | Chapman | Joint Administrators | Young Conaway |
| Lisa | Schweitzer | Nortel Networks Inc., et al. | Cleary Gottlieb Steen & Hamilton LLP |
| Dan | Guyder | Ernst & Young, Inc., as monitor in CCAA proceedings | Allen & Overy LLP |
| Ted | Gavin | Liquidating Agent to the Trust | |
| Uday | Gorrepati | N/A (ABI Project) | |
| James | O'Neill | Ted Gavin the Liquidating Agent to the Trust | Pachulski Stang Ziehl & Jones LLP |
| Tamara | Mann | Debtor | Morris Nichols |
| Joseph | Badtke-Berkow | Ernst & Young Inc., as court-appointed Monitor to the Canadian Debtors | |
| Derek | Adler | Nortel Networks UK Limited and other Nortel EMEA Ch. 15 Debtors | Hughes Hubbard & Reed LLP |
| David | Buchbinder | United States Trustee | Office of the United States Trustee |
| Michael | Weinberg | Nortel Networks Inc., et al. | Cleary Gottlieb Steen & Hamilton LLP |