# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X : | | |
| *In re* : | Chapter 11 | |
| : | | |
| Nortel Networks Inc., *et al.*,[1] : | Case No. 09-10138 (CSS) | |
| : | | |
| Wind-Down Debtors and : | Jointly Administered | |
| Debtor In Possession. : | | |
| : | RE: D.I. 18934 | |
| : | | |
| ------------------------------------------------------------ X | | |

### ORDER GRANTING FINAL FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM MAY 9, 2017 THROUGH DECEMBER 9, 2021

Upon consideration of the final application (the "Final Application") of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), as attorneys for the above captioned debtor and debtor in possession (the "Debtor"), for final allowance of compensation for the period from May 9, 2017 through December 9, 2021; the Court having reviewed the Final Application; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**IT IS HEREBY ORDERED** that:

1. The Final Application is **GRANTED.**

2. Morris Nichols is allowed final compensation in the amount of $69,570.00 for actual, reasonable and necessary services rendered to or on behalf of the Debtors during the Final Application Period, plus $7,000 in fees for preparation and filing during the post effective period; and allow final reimbursement in the amount of $1,240.86 for actual, reasonable and necessary expenses incurred during the Final Application Period, plus $200.00 in expenses incurred during the post effective period.

3. The Debtors and the Plan Administrator are authorized and directed to remit the amounts approved by this Order to Morris Nichols.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

Dated: March 9th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE