## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- )
*In re:*                                                       )   Chapter 11
                                                               )
Nortel Networks Inc., *et al.*,[1]                              )   Case No. 09-10138 (CSS)
                                                               )
          Wind-Down Debtors.                           )   Jointly Administered
                                                               )
                                                               )
                                                               )

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                  ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with the principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2022, I caused to be served the "Notice of Agenda of Matters Scheduled for Status Conference on March 8, 2022 at 2:00 P.M. (ET)," dated March 4, 2022 [Docket No. 18943], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

1 The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/Angharad Bowdler_
Angharad Bowdler

Sworn to before me this
7th day of March, 2022
_/s/ Amy E. Lewis_
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| BAKER BOTTS L.L.P. | CURT ANDERSON, ESQ. & DON J. MCDERMETT, JR., ESQ. (COUNSEL TO GENBAND, INC.) 2001 ROSS AVENUE, SUITE 900 DALLAS TX 75201 |
| CALIFORNIA STATE TAXING AUTHORITY | P.O. BOX 94240-0040 SACRAMENTO CA 94240-0040 |
| HAMRICK, EILEEN C. | 4125 LASSITER ROAD WAKE FOREST NC 27587 |
| HERBERT SMITH | ATTN: STEPHEN GALE & KEVIN PULLEN EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2EG UNITED KINGDOM |
| HOLLAND & KNIGHT | ATTN: MICHAEL B EISENBERG, ESQ COUNSEL FOR AVAYA INC. 524 GRAND REGENCY BLVD BRANDON FL 33510 |
| HUGHES HUBBARD & REED LLP | CHARLES HUBERTY, DEREK ADLER AND FARA TABATABAI ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPARTMENT OF REVENUE | JOHN WATERS, ATTORNEY AT LAW COLLECTIONS SECTION P.O. BOX 10457 DES MOINES IA 50306 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER COUNSEL FOR RADWARE LTD. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LATHAM & WATKINS LLP | DAVID S. ALLINSON, ESQ COUNSEL FOR GENBAND INC 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LATHAM & WATKINS LLP | DAVID S. DANTZIC & JOSEPH A. SIMEI COUNSEL FOR CIENA CORPORATION 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON DC 20004 |
| MORRISON & FOERSTER LLP | MICHAEL G. O`BRYAN & WILLIAM I. SCHWANZ COUNSEL FOR HITACHI, LTD., TELECOMMUNICATIONS & NETWORKS SYSTEMS DIVISION 425 MARKET STREET SAN FRANCISCO CA 94105-2482 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: DAVID L. BUCHBINDER, ESQ. 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK & MARILYN SOBEL COUNSEL TO TELEFONAKTIEBOLAGET L M ERICSSON (PUBL) 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STIKEMAN ELLIOTT LLP | BRIAN M. PUKIER & DANIEL MURDOCH COUNSEL FOR CIENA CORPORATION 5300 COMMERCE COURT WEST 199 BAY STREET TORONTO ON M5L 1B9 CANADA |
| STIKEMAN ELLIOTT LLP | RON FERGUSON, ESQ. COUNSEL FOR GENBAND INC. 845 THIRD AVE, 20TH FL NEW YORK NY 10022 |
| UNITED STATES ATTORNEY FOR THE DISTRICT OF DE | HERCULES BUILDING U.S. ATTORNEY'S OFFICE 1313 N MARKET STREET WILMINGTON DE 19801 |
| WHITEFORD TAYLOR & PRESTON LLC | CHRISTOPHER M. SAMIS AND L. KATHERINE GOOD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS THE RENAISSANCE CENTER 405 NORTH KING STREET, SUITE 500 WILMINGTON DE 19801 |

**Total Creditor count  19**

Nortel Networks Inc., *et al.*,1
Case No. 09-10138
First Class Mail Recipient

IOWA DEPARTMENT OF REVENUE
BRANDON J. GRAY, ASSISTANT ATTORNEY GENERAL
HOOVER STATE OFFICE BUILDING
DES MOINES, IA 50319

**Exhibit B**

NORTEL NETWORKS INC., ET AL - CASE NO. 09-10138 (CSS)

ELECTRONIC MAIL - MASTER SERVICE LIST

| NAME | EMAIL |
|------|-------|
| AKIN GUMP STRAUSS HAUER & FELD LLP | FHODARA@AKINGUMP.COM |
| BROWN RUDNICK LLP | SPOHL@BROWNRUDNICK.COM |
| COLE SCHOTZ P.C. | NPERNICK@COLESCHOTZ.COM; DDEAN@COLESCHOTZ.COM |
| FOX ROTHSCHILD LLP | JSCHLERF@FOXROTHSCHILD.COM |
| GOODMANS LLP | CARMSTRONG@GOODMANS.CA |
| IOWA DEPARTMENT OF REVENUE | BRANDON.GRAY@AG.IOWA.GOV |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; EWILSON@KELLEYDRYE.COM; SREID@KELLEYDRYE.COM; BFEDER@KELLEYDRYE.COM |
| MILBANK TWEED HADLEY & MCCLOY LLP | DDUNNE@MILBANK.COM; TKRELLER@MILBANK.COM; APISA@MILBANK.COM; ALEBLANC@MILBANK.COM |
| OFFICE OF THE U.S. TRUSTEE | DAVID.L.BUCHBINDER@USDOJ.GOV |
| PACHULSKI STANG | LJONES@PSZJLAW.COM; TCAIRNS@PSZJLAW.COM |
| PATTERSON BELKNAP WEBB & TYLER LLP | DALOWENTHAL@PBWT.COM |
| PENSION BENEFIT GUARANTY CORP | EFILE@PBGC.GOV; CONNELLY.PAULA@PBGC.GOV |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | JAMESTECCE@QUINNEMANUEL.COM; DANIELHOLZMAN@QUINNEMANUEL.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| ROPES & GRAY LLP | JAMES.WILTON@ROPESGRAY.COM |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | RIELA@THSH.COM |

COUNT: 26