# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**The updated information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.** | Case No.: See attachment for multiple cases<br><br>Chapter: |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

**425 Market St., Suite 2900**
**San Francisco, CA 94105**

The old address was:

55 2nd St., 17th Fl.
San Francisco, CA 94105

**PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

Dated: June 16, 2022

By:   /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105
Telephone:  (415) 227-0900

*Attorneys for Oracle America, Inc.*

-1-

BN 71153911V1

ATTACHMENT

| CASE NAME | CASE NUMBER |
|---|---|
| Amicus Wind Down Corporation | 11-13167 |
| MPC Computers LLC | 08-12667 |
| ManagedStorage International Inc. | 09-10368 |
| Dura Automotive Systems, Inc. | 19-12378 |
| DuraFiber Technologies (DFT) Inc. | 17-12143 |
| The Art Institute of Philadelphia LLC | 18-11535 |
| Emerge Energy Services LP | 19-11563 |
| MEA RemainCo Holdings, LLC, et al. | 20-12088 |
| Exide Holdings, Inc. | 20-11157 |
| Exide Technologies, LLC | 13-11482 |
| Fred's, Inc. | 19-11984 |
| FreeLinc Technologies, Inc. | 18-11254 |
| GUE Liquidation Companies, Inc. | 19-11240 |
| Vitamin OldCo Holdings, Inc. | 20-11662 |
| HDR Holding, Inc. | 19-11396 |
| Healthe, Inc. | 21-11567 |
| Heritage Home Group LLC | 18-11736 |
| Rental Car Intermediate Holdings, LLC | 20-11247 |
| HMR Foods Holding, LP | 16-11540 |
| Insightra Medical, Inc. | 21-11060 |
| Interactive Health Solutions, Inc. | 20-11526 |
| Knotel, Inc. | 21-10146 |
| Old LC, Inc. | 19-11791 |
| LTC Holdings, Inc. | 14-11111 |
| Lucky's Market Parent Company, LLC | 20-10166 |
| Mallinckrodt plc | 20-12522 |
| MobiTv, Inc. | 21-10457 |
| NJOY, Inc. | 16-12076 |
| NMC Health PLC | 20-11385 |
| Nortel Networks Inc. and Wind-Down Debtors and Debtor-In-Possession | 09-10138 |
| Cyber Litigation Inc. | 20-12702 |
| Open Range Communications Inc. | 11-13188 |
| Our Alchemy, LLC | 16-11596 |
| Outer Harbor Terminal, LLC | 16-10283 |
| Paragon Offshore plc | 16-10386 |
| Parker School Uniforms, LLC | 18-10085 |
| Patriot National Inc. | 18-10189 |
| Pennysaver USA Publishing, LLC | 15-11198 |
| Penson Worldwide, Inc. | 13-10061 |
| Pancakes & Pies, LLC | 19-11743 |

BN 71153911V1