# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (MFW) |
| | : | |
|     Wind Down Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------------ X | : | |

## NOTICE OF CHANGE OF DEBTORS' ADDRESS

**PLEASE TAKE NOTICE** that, effective as of the date hereof, the mailing address for Nortel Networks Inc. and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases will be as follows:

> Nortel Networks
> 2600 South Shore Blvd., Suite 300
> League City, TX 77573

Dated: July 28, 2022
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Networks (CALA) Inc. (4226), and Nortel Networks India International Inc. (8667). Contact information for the Wind-Down Debtors and their petitions are available at http://dm.epiq11.com/nortel.

        Tamara K. Mann (No. 5643)
        Paige N. Topper (No. 6470)
        1201 North Market Street, 16th Floor
        Wilmington, DE  19899-1347
        Telephone:  (302) 658-9200
        Email: dabbott@morrisnichols.com
              aremming@morrisnichols.com
              tmann@morrisnichols.com
              ptopper@morrisnichols.com

*Counsel for the Wind-Down Debtors*

2