# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*, | : | |
| | : | Case No. 09-10138 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, with the address and contact information listed below, should be substituted for David L. Buchbinder, Esq. as counsel of record for the United States Trustee for Region 3 in the above-captioned case, and should be added to all service lists, including the Court's electronic notification list, in the above-captioned case:

> Benjamin A. Hackman, Esq.
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207, Lockbox 35
> Wilmington, DE 19801
> Telephone: (302) 573-6491
> Email: benjamin.a.hackman@usdoj.gov

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**Region 3**

Dated: August 11, 2022          **BY:**   */s/ Benjamin Hackman*
Benjamin A. Hackman, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)
benjamin.a.hackman@usdoj.gov