# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) |
| | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) |
| | ) Case No. 09-10138 (MFW) |
| Wind-Down Debtors. | ) |
| | ) Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## STATUS CONFERENCE ON AUGUST 24, 2022 AT 3:00 P.M. (ET)

> **This status conference will be conducted both in person and over Zoom. Those who intend to participate via Zoom are required to register in advance.**
>
> **Please use the following link to register for this status conference:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItd-6rqzsuGR6TFmx62f5Cj9gwo3zjIIQ**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

STATUS CONFERENCE:

1)  Amended Order Setting Status Conference [D.I. 18960, filed 7/27/2022].

    Status: This matter will be going forward.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: August 22, 2022  
Wilmington, Delaware

MORRIS NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Mann*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Tamara K. Mann (No. 5643)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
ptopper@morrisnichols.com

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lschweitzer@cgsh.com

*Counsel for the Wind-Down Debtors and Debtor In Possession*