UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS, INC., et al.,<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (MFW)<br><br>(Jointly Administered) |

FILED 2022 OCT 20 AM 9: 16
CLERK
U.S. BANKRUPTCY COURT
DELAWARE

## NOTICE OF CHANGE OF ADDRESS FOR
## MCKENNA LONG & ALDRIDGE LLP

TO:  U.S. Bankruptcy Court            Nortel Networks Inc. Claims Processing
     District of Delaware             Center
     Clerk of Court                   c/o Epiq Bankruptcy Solutions, LLC
     824 Market St N 3rd Floor        FDR Station, P.O. Box 5075
     Wilmington, DE 19801             New York, NY 10150-5075

PLEASE TAKE NOTICE that the mailing address for McKenna Long & Aldridge LLP, a creditor in the above referenced Chapter 11 Case, has changed. Please update the appropriate records for purposes of notices and claim distributions to reflect the following:

Former mailing address:              **New mailing address:**

McKenna Long & Aldridge LLP          **McKenna Long & Aldridge LLP**
c/o Dentons                          **c/o Oak Point Partners**
Attn: Taryn Scott                    **P.O. Box 1033**
1900 K Street NW                     **Northbrook, IL 60065-1033**
Washington, DC 20006

Claim No. 4722                       **Claim No. 4722**

By: _____
    Kevin Clemons, Vice President, Operations,
    Oak Point Partners, LLC