# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 09-10138 (MFW)<br><br>(Jointly Administered) |

      **PLEASE TAKE NOTICE** that, as of November 14, 2022, the mailing address for the Pension Benefit Guaranty Corporation (PBGC), the undersigned counsel in the above-captioned chapter 11 cases, has changed to:

Old Address:
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005-4026
Attention: Office of the General Counsel

New Address:
Pension Benefit Guaranty Corporation
445 12th Street, SW
Washington, DC 20024-2101
Attention: Office of the General Counsel

      **PLEASE TAKE FURTHER NOTICE** that all email addresses, telephone numbers, and Facsimile number affiliated with PBGC will remain the same.

      **PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents that require receipt by or service on PBGC are to be directed to the new mailing address set forth above and also sent via email to connelly.paula@pbgc.gov and efile@pbgc.gov.

2

DATE: November 14, 2022    Respectfully submitted,
      Washington, DC

/s/ Paula J. Connelly
Paula J. Connelly, Attorney (DC 389055)
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, DC 20024-2101

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2022, the Pension Benefit Guaranty Corporation's Notice of Address Change was filed electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/ Paula J. Connelly
Paula J. Connelly