IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL AS ATTORNEY

**PLEASE TAKE NOTICE** that Chantelle D. McClamb. of Ballard Spahr LLP, counsel to above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby withdraws her appearance in the above-captioned matter effective January 23, 2023. Notices, pleadings, applications, motions, and any other documents served, or filed in the above-captioned matter should no longer be served on:

Chantelle D. McClamb
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
mcclambc@ballardspahr.com


*/s/ Chantelle D. McClamb*
Chantelle D. McClamb, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801-3034
Telephone: (302) 252-4465
mcclambc@ballardspahr.com

Dated:  January 23, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all persons and entities that have filed a request for service of filings in this case pursuant to Bankruptcy Rule 2002.

*/s/* Chantelle D. McClamb
Chantelle D. McClamb