# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                          **Chapter:** 11

Nortel Networks Inc.
2600 South Shore Boulevard
Suite 300
League City, TX 77573
 **EIN:** 04–2486332                                         **Case No.:** 09–10138–MFW

Allen & Overy LLP


### ORDER SETTING STATUS CONFERENCE


IT IS ORDERED that a Status Conference will be held on 3/1/23, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.


 Debtor's Counsel is required to attend the hearing.
 Trustee and/or Trustee's Counsel is required to attend the hearing.


Date:  2/1/23                                          Mary F. Walrath
                                                       Bankruptcy Judge


(VAN–460)