# Notice Recipients

District/Off: 0311−1          User: admin                    Date Created: 2/1/2023
Case: 09−10138−MFW        Form ID: van460                Total: 62

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Andrew John Roth−Moore | aroth−moore@coleschotz.com |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Christopher M. Samis | csamis@potteranderson.com |
| aty | David H Herrington | dherrington@cgsh.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Patton | bankfilings@ycst.com |
| aty | Jane VanLare | jvanlare@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Joseph Badtke−Berkow | joseph.badtkeberkow@allenovery.com |
| aty | Kathleen A Murphy | kmurphy@mdsulaw.com |
| aty | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| aty | Lisa M. Schweitzer | lschweitzer@cgsh.com |
| aty | Mark D. Plevin | mplevin@crowell.com |
| aty | Mary F. Caloway | mcaloway@pszjlaw.com |
| aty | Matthew J Livingston | mlivingston@cgsh.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Paige Noelle Topper | ptopper@mnat.com |
| aty | Peter James Duhig | pduhig@mcguirewoods.com |
| aty | Raymond H. Lemisch | rlemisch@klehr.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | Shelley A. Kinsella | skinsella@atllp.com |
| aty | Tamara K. Mann | tmann@mnat.com |

TOTAL: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Nortel Networks Inc. | 2600 South Shore Boulevard | Suite 300 | League City, TX 77573 |
| db | Nortel Networks India International Inc. | 4001 E. Chapel Hill − Nelson Hwy. | Research Triangle Park, NC 27709 | |
| aty | Adam M. Slavens | 79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |
| aty | Alexandra S. McCown | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Andrew Gray | 79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |
| aty | Ann Nee | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Avram E. Luft | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Bradley S. Pensyl | Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Brent M. Tunis | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Claire N. Rajan | Allen & Overy LLP   1101 New York Avenue, NW   11th Floor   Washington, DC 20005 | | |
| aty | Daniel Montgomery | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Daniel D. Queen | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Danni Byam | Clearly Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Derek J.T. Adler | Hughes Hubbard & Reed LLP   One Battery Park Plaza   New York, NY 10004 | | |
| aty | Elizabeth C. Block | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Erin C Gallagher | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Howard S Zelbo | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Inna Rozenberg | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | J. Anne Marie Beisler | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Jacob S. Pultman | Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | James Gotowiec | 79 Wellington Street West   30th Floor   Box 270, TD Centre   Toronto   ON, M5K 1N2 CANADA | | |
| aty | Jeffrey A. Rosenthal | Cleary, Gottlieb, Steen & Hamilton   One Liberty Plaza   New York, NY 10006−1470 | | |
| aty | Ken Coleman | Allen & Overy LLP   1221 Avenue of the Americas   New York, NY 10020 | | |
| aty | Lucas Hakkenberg | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Margot Gianis | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |
| aty | Mark S Supko | Crowell & Moring LLP   1001 Pennsylvania Avenue N.W.   Washington, DC 20004 | | |
| aty | Michelle Parthum | Cleary Gottlieb Steen & Hamilton LLP   One Liberty Plaza   New York, NY 10006 | | |

aty    Molly Reynolds    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto    ON, M5K 1N2 CANADA

aty    Nathaniel Jedrey    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Nora K Abularach    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Rene E. Thorne    Jackson Lewis LLP    650 Poydras Street    Suite 1900    New Orleans, LA 70130

aty    Scott A. Bomhof    Torys LLP    79 Wellington Street West    30th Floor    Box 270, TD Centre    Toronto, ON M5K 1N2

aty    Sheila R. Block    79 Wellington Street West    30th Floor    Box 270 TD Centre    Toronta    ON, M5K 1N2 CANADA

aty    Stephanie S Wu    Cleary Gottlieb Steen & Hamilton LLP    One Liberty Plaza    New York, NY 10006

aty    Thomas F. Driscoll, III    Morris, Nichols, Arsht & Tunnell LLP    1201 North Market Street    Wilmington, DE 19801

TOTAL: 35