# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (MFW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM MAILING MATRIX

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws his appearance as counsel for ACME PACKET, INC. in the above-captioned case(s) and hereby respectfully requests that his name be removed from all service lists and matrices, including all electronic service lists and the ECF notification system.

Dated: February 2, 2023  
       Wilmington, DE

Respectfully submitted,

WEIR GREENBLATT PIERCE LLP

By: /s/ Jeffrey S. Cianciulli  
     Jeffrey S. Cianciulli (#4369)  
     WEIR GREENBLATT PIERCE LLP  
     824 Market Street, Suite 800  
     Wilmington, DE 19801  
     (302) 652-8181  
     jcianciulli@wgpllp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (MFW) |

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, Esquire, hereby certify that on February 2, 2023, a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Mailing Matrix was electronically filed and served upon all parties registered via the Court's CM/ECF electronic noticing.

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. Cianciulli
　　　　　　　　　　　　　　　　　　Jeffrey S. Cianciulli (#4369)