# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                          **Chapter:** 11

Nortel Networks Inc.
2600 South Shore Boulevard
Suite 300
League City, TX 77573
  **EIN:** 04–2486332                                     **Case No.:** 09–10138–MFW

Allen & Overy LLP

### ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 3/1/23, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date:  2/1/23

Mary F. Walrath
Bankruptcy Judge

(VAN–460)

United States Bankruptcy Court
District of Delaware

In re:                                                           Case No. 09-10138-MFW
Nortel Networks Inc.                                             Chapter 11
Wind-Down Debtors and Debtor-In-Possessi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1                    User: admin                    Page 1 of 41
Date Rcvd: Feb 01, 2023                 Form ID: van460               Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nortel Networks Inc., 2600 South Shore Boulevard, Suite 300, League City, TX 77573-2944 |
| db | | Nortel Networks India International Inc., 4001 E. Chapel Hill - Nelson Hwy., Research Triangle Park, NC 27709 |
| aty | | Adam M. Slavens, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Alexandra S. McCown, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | | Andrew Gray, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Ann Nee, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Avram E. Luft, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Bradley S. Pensyl, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Brent M. Tunis, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Claire N. Rajan, Allen & Overy LLP, 1101 New York Avenue, NW, 11th Floor, Washington, DC 20005-4356 |
| aty | + | Daniel D. Queen, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Daniel Montgomery, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Danni Byam, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Derek J.T. Adler, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004-1471 |
| aty | + | Elizabeth C. Block, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Erin C Gallagher, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Howard S Zelbo, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Inna Rozenberg, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | J. Anne Marie Beisler, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Jacob S. Pultman, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | | James Gotowiec, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Jeffrey A. Rosenthal, Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Ken Coleman, Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Lucas Hakkenberg, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Margot Gianis, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Mark S Supko, Crowell & Moring LLP, 1001 Pennsylvania Avenue N.W., Washington, DC 20004-2595 |
| aty | + | Michelle Parthum, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | | Molly Reynolds, 79 Wellington Street West, 30th Floor, Box 270, TD Centre, Toronto, ON M5K 1N2 CANADA |
| aty | + | Nathaniel Jedrey, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Nora K Abularach, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | #+ | Rene E. Thorne, Jackson Lewis LLP, 650 Poydras Street, Suite 1900, New Orleans, LA 70130-7209 |
| aty | | Scott A. Bomhof, Torys LLP, 79 Wellington Street West, 30th Floor, Box 270, TD Centre Toronto, ON M5K 1N2 |
| aty | | Sheila R. Block, 79 Wellington Street West, 30th Floor, Box 270 TD Centre, Toronta, ON M5K 1N2 CANADA |
| aty | + | Stephanie S Wu, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404 |
| aty | + | Thomas F. Driscoll, III, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801-1146 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2023      Signature:     _/s/Gustava Winters_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aaron H. Stulman | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al. astulman@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com |
| Aaron L. Hammer | on behalf of Other Prof. Mercer (US) Inc. ahammer@hmblaw.com  ecfnotices@hmblaw.com;ndelman@hmblaw.com |
| Adam Hiller | on behalf of Interested Party American Registry for Internet Numbers ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Interested Party Capstone Advisory Group  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com |
| Alissa T. Gazze | on behalf of Plaintiff Nortel Networks Inc. agazze@mnat.com  mdecarli@mnat.com |
| Alissa T. Gazze | on behalf of Plaintiff Nortel Networks International Inc. agazze@mnat.com  mdecarli@mnat.com |
| Alissa T. Gazze | on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP agazze@mnat.com, mdecarli@mnat.com |
| Alissa T. Gazze | on behalf of Plaintiff Nortel Networks (CALA) Inc. agazze@mnat.com  mdecarli@mnat.com |
| Allison Axenrod | on behalf of Creditor Claims Recovery Group LLC aaxenrod@crgfinancial.com allison@ecf.inforuptcy.com;notices@crgfinancial.com |
| Amanda Winfree Herrmann | on behalf of Creditor Prudential Insurance Company of America aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Creditor Flextronics Telecom Systems Ltd aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Interested Party THE PRUDENTIAL INSURANCE COMPANY OF AMERICA aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Creditor AT&T aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Creditor JDS Uniphase Corporation aherrmann@ashby-geddes.com |
| Amanda Winfree Herrmann | on behalf of Defendant Beeline.com  Inc. awinfree@ashby-geddes.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |

Amos U. Priester, IV, IV
on behalf of Creditor Gilmore Global Logistics Services Inc. apriester@smithlaw.com
aosterhout@smithlaw.com;kbarden@smithlaw.com

Andrew A. Jones
on behalf of Creditor Hain Capital Holdings  LLC andrew@ajoneslaw.com

Andrew A. Jones
on behalf of Creditor Optical NN Holdings  LLC andrew@ajoneslaw.com

Andrew B. Kratenstein
on behalf of Defendant Queens Ballpark Company  L.L.C. akratenstein@mwe.com

Andrew B. Kratenstein
on behalf of Defendant Sterling Mets  L.P. akratenstein@mwe.com

Andrew John Roth-Moore
on behalf of Financial Advisor Lazard Freres & Co. LLC aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew John Roth-Moore
on behalf of Interested Party Nortel Networks Inc.  et al. aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew John Roth-Moore
on behalf of Defendant Nortel Networks Inc. aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew John Roth-Moore
on behalf of Interested Party John Ray  as Principal Officer of Nortel Networks, Inc. aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew John Roth-Moore
on behalf of Claims Agent Epiq Corporate Restructuring  LLC aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew John Roth-Moore
on behalf of Attorney Torys LLP aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew John Roth-Moore
on behalf of Debtor Nortel Networks Inc. aroth-moore@coleschotz.com
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Andrew R. Remming
on behalf of Interested Party The Mergis Group aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Nortel Altsystems Inc. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Nortel Networks India International Inc. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Consultant RLKS Executive Solutions LLC aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Alteon Websystems International  Inc. aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Accountant Huron Consulting Group aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Nortel Networks (CALA) Inc. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor Nortel Networks Inc. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming

on behalf of Interested Party Nortel Networks Inc.  et al. aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming

on behalf of Defendant Nortel Networks International Inc. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Andrew R. Remming

on behalf of Defendant Nortel Networks Inc. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@
morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Ann C. Cordo

on behalf of Accountant Huron Consulting Group Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Claims Agent Epiq Corporate Restructuring  LLC Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Spec. Counsel Crowell & Moring LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Debtor Nortel Networks (CALA) Inc. Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Other Prof. Ernst & Young LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Attorney Torys LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Debtor Nortel Networks Capital Corporation Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Interested Party John Ray  as Principal Officer of Nortel Networks, Inc. Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Plaintiff Nortel Networks  Inc. acordo@mnat.com, aconway@mnat.com;ecampbell@mnat.com

Ann C. Cordo

on behalf of Interested Party The Mergis Group Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Defendant Nortel Networks Inc.  et al. acordo@mnat.com

Ann C. Cordo

on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Consultant Chilmark Partners  LLC Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Consultant RLKS Executive Solutions LLC Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Financial Advisor Ernst & Young LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Other Prof. Linklaters LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Other Prof. John Ray Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al.
Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Plaintiff Nortel Networks Inc. acordo@mnat.com

Ann C. Cordo

on behalf of Plaintiff Nortel Networks (CALA) Inc. acordo@mnat.com

Ann C. Cordo

on behalf of Attorney Keightley & Ashner LLP Annie.Cordo@state.de.us

Ann C. Cordo

on behalf of Other Prof. Punter Southall LLC Annie.Cordo@state.de.us

Ann M. Kashishian

on behalf of Interested Party Wilmington Trust  National Association amk@kashishianlaw.com

Ann M. Kashishian

on behalf of Attorney Chipman Brown Cicero & Cole  LLP amk@kashishianlaw.com

Annie C. Wells

on behalf of Defendant Cognizant Technology Solutions US Corporation  awells@morganlewis.com

Anthony W. Clark

on behalf of Counter-Claimant Communications Test Design  Inc. Anthony.Clark@gtlaw.com, zerber@gtlaw.com

Anthony W. Clark

on behalf of Defendant Communications Test Design  Inc. Anthony.Clark@gtlaw.com, zerber@gtlaw.com

Ayesha Chacko Bennett

on behalf of Interested Party Schiff Hardin LLP abennett@camlev.com

Ayesha Chacko Bennett

on behalf of Interested Party Campbell & Levine  LLC abennett@camlev.com

Ayesha Chacko Bennett

on behalf of Defendant Anixter Inc. abennett@camlev.com

Barbra Rachel Parlin

on behalf of Interested Party Avaya Inc. barbra.parlin@hklaw.com
joaquin.alemany@hklaw.com;jose.casal@hklaw.com;elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com

Benjamin Stern

on behalf of Interested Party Avaya Inc. bstern@nutter.com

Benjamin A. Hackman

on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin D. Feder

on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Benjamin W. Keenan

on behalf of Creditor Johnson Controls  Inc. bkeenan@ashbygeddes.com, ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Benjamin W. Keenan

on behalf of Defendant Insight Enterprises  Inc., captioned as Insight Enterprises, Inc. d/b/a Software Spectrum, Inc., an Insight
Company, and Insight Direct USA, Inc. bkeenan@ashbygeddes.com, ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Benjamin W. Keenan

on behalf of Defendant Insight Direct USA  Inc. bkeenan@ashbygeddes.com,
ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Benjamin W. Keenan

on behalf of Defendant Spirent Communications Inc. bkeenan@ashbygeddes.com
ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Benjamin W. Keenan

on behalf of Defendant Insight Enterprises  Inc. d/b/a Software Spectrum, Inc., an Insight Company, and Insight Direct USA, Inc.
bkeenan@ashbygeddes.com, ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Benjamin W. Keenan

on behalf of Creditor Insight Direct USA  Inc. bkeenan@ashbygeddes.com,
ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Bennett Silverberg

on behalf of Creditor Nortel Trade Claim Consortium bsilverberg@brownrudnick.com

Bonnie Glantz Fatell

on behalf of Plaintiff Bart Kohnhorst fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Brian Page fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Benjamin Warren fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Other Prof. Ad Hoc Committee fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

District/off: 0311-1                                    User: admin                                    Page 6 of 41
Date Rcvd: Feb 01, 2023                              Form ID: van460                                Total Noticed: 35

on behalf of Other Prof. Robert Horne  James Young, and The Ad Hoc Group of Beneficiaries fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan  For Themselves And All Others Similarly Situated fatell@blankrome.com, moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Ellen Bovarnick fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Charla Crisler fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Mason James Young fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Bonnie Glantz Fatell

on behalf of Plaintiff Robert Horne fatell@blankrome.com  moody@ecf.inforuptcy.com;moody@blankrome.com

Brad M. Kahn

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al. bkahn@akingump.com, kdavis@akingump.com;sschultz@akingump.com;sbrauner@akingump.com;nymco@akingump.com;mfagen@akingump.com;AG Search-Lit@akingump.com

Brett D. Fallon

on behalf of Interested Party Blue Mountain Credit Alternatives Master Fund L.P. brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Creditor Andrew  LLC brett.fallon@faegredrinker.com, beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Sprint Nextel brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Blue Mountain Timberline Ltd. brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Creditor Sprint Nextel Corporation brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Blue Mountain Kicking Horse Fund L.P. brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party AAI Blue Mountain Fund PLC on behalf of its sub-fund: Blue Mountain Long/Short Credit and Distressed Reflection Fund brett.fallon@faegredrinker.com  beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Blue Mountain Long/Short Credit Master Fund L.P. brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Broadcom Corporation brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party BlueMountain Montenvers Master Fund SCA SICAV-SIV brett.fallon@faegredrinker.com beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brett D. Fallon

on behalf of Interested Party Blue Mountain Distressed Master Fund  L.P. brett.fallon@faegredrinker.com, beth.olivere@faegredrinker.com;katharina.earle@faegredrinker.com

Brian Trust

on behalf of Interested Party The Fourth Estate Directors and Fourth Estate Subsidiaries btrust@mayerbrown.com

Brian C Crawford

on behalf of Defendant Avotus Corporation Brian@TrustWilliams.com

Brian C Crawford

on behalf of Respondent Avotus Corporation Brian@TrustWilliams.com

Brian E Farnan

on behalf of Interested Party Rockstar Consortium US LP bfarnan@farnanlaw.com  tfarnan@farnanlaw.com

Brian E Farnan

on behalf of Defendant TTI Team Telecom International Inc. bfarnan@farnanlaw.com  tfarnan@farnanlaw.com

Brian E Farnan

on behalf of Interested Party Constellation Technologies LLC bfarnan@farnanlaw.com  tfarnan@farnanlaw.com

Brooke Leach

on behalf of Defendant Devonteam Danet GmbH bleach@weirpartners.com

Brya Michele Keilson

on behalf of Defendant Real Time Monitors  Inc. bkeilson@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com

Carl D. Neff

on behalf of Creditor Nortel Trade Claim Consortium cneff@foxrothschild.com

Carl D. Neff

on behalf of Creditor SNMP Research International  Inc. cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com

Carl N. Kunz, III

on behalf of Defendant Alternate Communications International Ltd. ckunz@morrisjames.com
rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III

on behalf of Defendant Media5 Corporation ckunz@morrisjames.com
rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III

on behalf of Defendant Thomas & Betts Manufacturing  Inc. a/k/a Thomas & Betts Fabrication Inc. d/b/a its GFI Division
ckunz@morrisjames.com, rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Carl N. Kunz, III

on behalf of Defendant Monster Worldwide  Inc. ckunz@morrisjames.com,
rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Carol E. Momjian

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

Carren Shulman

on behalf of Creditor NeoPhotonics Corporation cshulman@sheppardmullin.com  ny-docketing@sheppardmullin.com

Chad A. Fights

on behalf of Plaintiff Nortel Networks Inc. chad.fights@alston.com

Chad A. Fights

on behalf of Plaintiff Nortel Networks (CALA) Inc. chad.fights@alston.com

Chantelle D'nae McClamb

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al.
mcclambc@ballardspahr.com

Chantelle D'nae McClamb

on behalf of Attorney Ashurst LLP mcclambc@ballardspahr.com

Chantelle D'nae McClamb

on behalf of Other Prof. Cassels Brock & Blackwell LLP mcclambc@ballardspahr.com

Charlene D. Davis

on behalf of Interested Party Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund
bankserve@bayardlaw.com
cdavis@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;sfetrow@bayardlaw.com

Charles A. Stanziale, Jr.

on behalf of Mediator Charles A. Stanziale  Jr. cstanziale@mccarter.com,
cbeirne@mccarter.com;DE16@ecfcbis.com;cbeirne@mccarter.com;cbeirne@mccarter.com

Charles H. Huberty

on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
huberty@hugheshubbard.com

Charles J. Brown, III

on behalf of Attorney Archer & Greiner  P.C. cbrown@gsbblaw.com

Charles J. Brown, III

on behalf of Creditor AT&T cbrown@gsbblaw.com

Charmaine Wilson

on behalf of Creditor Primeshares microsoftaccess@primeshares.com

Christina M. Thompson

on behalf of Creditor UCM/SREP - Corp Woods  LLC cthompson@connollygallagher.com

Christina M. Thompson

on behalf of Creditor iStar CTL North Glenville-Richardson LLC cthompson@connollygallagher.com

Christine Doniak

District/off: 0311-1                               User: admin                                    Page 8 of 41
Date Rcvd: Feb 01, 2023                        Form ID: van460                              Total Noticed: 35

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al.
cdoniak@akingump.com

Christopher A. Ward

on behalf of Interested Party Polsinelli PC cward@polsinelli.com  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Interested Party Westcon Group North America Inc cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Interested Party Ericsson Inc. and Telefonaktiebolaget LM Ericsson (Publ.) cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor OSS Nokalva  Inc. cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor Netas Telekomunikasyon A.S. cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor Unisys Corporation cward@polsinelli.com  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor ABN AMRO Bank N.V. cward@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher Dean Loizides

on behalf of Interested Party LOIZIDES  P.A. loizides@loizides.com

Christopher M. Samis

on behalf of Interested Party Capstone Advisory Group  LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Attorney Whiteford  Taylor & Preston LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Attorney Ashurst LLP lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Debtor Nortel Networks Inc.
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al.
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Interested Party OFFICIAL COMMITTEE OF UNSECURED CREDITORS
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Attorney Akin Gump Strauss Hauer & Feld LLP
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Other Prof. Dentons Canada LLP
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Other Prof. Cassels Brock & Blackwell LLP
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher M. Samis

on behalf of Attorney Richards  Layton & Finger, PA
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Christopher Martin Winter

on behalf of Interested Party Bank of New York Mellon cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Defendant ZOHO Corporation cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Defendant Aviat U.S.  Inc. cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Other Prof. The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee cmwinter@duanemorris.com

Christopher Martin Winter

on behalf of Defendant Aviat Networks  Inc. cmwinter@duanemorris.com

Christopher Page Simon

on behalf of Defendant Celestica Thailand Ltd. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Defendant Celestica Holdings PTE Ltd. csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party VTech Communications  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Christopher Page Simon

csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Moreno Minto csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Kien Chen csimon@crosslaw.com  smacdonald@crosslaw.com

Christopher Page Simon

on behalf of Financial Advisor Jefferies & Company  Inc. csimon@crosslaw.com, smacdonald@crosslaw.com

Colm F. Connolly

on behalf of Mediator James L. Garrity  Jr. cconnolly@morganlewis.com, lori.gibson@morganlewis.com

Colm F. Connolly

on behalf of Defendant Cognizant Technology Solutions US Corporation  cconnolly@morganlewis.com, lori.gibson@morganlewis.com

Courtney A. Emerson

on behalf of Creditor Nortel Trade Claim Consortium cemerson@artesianwater.com slynch@foxrothschild.com;ahrycak@foxrothschild.com

D. Ross Martin

on behalf of Interested Party Wilmington Trust  National Association rmartin@ropesgray.com

Dana S. Plon

on behalf of Creditor Unisys Corporation dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Unisys de Mexico S.A. de C.V. dplon@sirlinlaw.com

Daniel A. O'Brien

on behalf of Interested Party Xeta Technologies  Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Credit Solutions of America  Inc. daobrien@venable.com

Daniel K. Hogan

on behalf of Creditor MTS Allstream  Inc. dkhogan@dkhogan.com, gdurstein@dkhogan.com,

Darryl S. Laddin

on behalf of Creditor Affiliates of Verizon Communications Inc. bkrfilings@agg.com

Darryl S. Laddin

on behalf of Creditor Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless bkrfilings@agg.com

David Cook

on behalf of Creditor AT&T dcook@ashbygeddes.com

David Brian Wheeler

on behalf of Creditor Public Service of North Carolina  Incorporated davidwheeler@mvalaw.com, reiddyer@mvalaw.com

David G. Aelvoet

on behalf of Creditor Bexar County davida@publicans.com

David M. Fournier

on behalf of Interested Party Hitachi  Ltd. David.Fournier@troutman.com, wlbank@troutman.com,Monica.Molitor@troutman.com

David N. Crapo

on behalf of Interested Party Hewlett-Packard Financial Services  Inc. dcrapo@gibbonslaw.com

David S. Leinwand

on behalf of Creditor Avenue TC Fund  LP dleinwand@amroc.com

Deborah M. Buell

on behalf of Plaintiff Nortel Networks (CALA) Inc. maofiling@cgsh.com

Deborah M. Buell

on behalf of Plaintiff Nortel Networks Inc. maofiling@cgsh.com

Dennis Dunne, Esq.
          on behalf of Interested Party Ad Hoc Group of Bondholders ddunne@millbank.com

Dennis A. Meloro
          on behalf of Interested Party WITEC  LLC melorod@gtlaw.com,
          bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Alteon Websystems International  Inc. dabbott@mnat.com,
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks HPOCS Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks Applications Management Solutions Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks India International Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Northern Telecom International Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks International Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks Capital Corporation dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Sonoma Systems dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Wind-Down Debtors and Debtor-In-Possession dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Altsystems Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Xros  Inc. dabbott@mnat.com,
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Architel Systems (U.S.) Corporation dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Qtera Corporation dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
          on behalf of Debtor Nortel Networks (CALA) Inc. dabbott@mnat.com
          derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
          snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott

Derek C. Abbott

on behalf of Debtor Nortel Networks Optical Components Inc. dabbott@mnat.com
derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott

on behalf of 3rd Party Plaintiff Nortel Networks Inc.  et al. dabbott@mnat.com,
derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott

on behalf of Debtor CoreTek  Inc. dabbott@mnat.com,
derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott

on behalf of Interested Party Nortel Networks Inc.  et al. dabbott@mnat.com,
derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott

on behalf of Defendant Nortel Networks Inc. dabbott@mnat.com
derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott

on behalf of Debtor Nortel Networks Cable Solutions Inc. dabbott@mnat.com
derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Devon J. Eggert

on behalf of Other Prof. Mercer (US) Inc. deggert@bcblaw.net  pfoster@bcblaw.net

Diane E. Vuocolo

on behalf of Mediator Diana E. Vuocolo vuocolod@gtlaw.com

Domenic E. Pacitti

on behalf of Interested Party Electro Rent Corp. dpacitti@klehr.com

Domenic E. Pacitti

on behalf of Defendant Certicom Corporation dpacitti@klehr.com

Donald J. Detweiler

on behalf of Defendant Sterling Mets  L.P. donald.detweiler@wbd-us.com, liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com

Donald J. Detweiler

on behalf of Defendant Queens Ballpark Company  L.L.C. donald.detweiler@wbd-us.com,
liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com

Donald K. Ludman

on behalf of Creditor SAP America  Inc. dludman@brownconnery.com

Donna L. Culver

on behalf of Plaintiff Nortel Networks  Inc. dculver@mnat.com

Donna L. Culver

on behalf of Plaintiff Nortel Networks (CALA) Inc. dculver@mnat.com
greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com

Donna L. Culver

on behalf of Plaintiff Nortel Networks (CALA) Inc.  dculver@mnat.com,
greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com

Donna L. Culver

on behalf of Plaintiff Nortel Networks Inc. dculver@mnat.com  greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com

Douglas J. Lipke

on behalf of Creditor Mike Zafirovski dlipke@vedderprice.com  7610@ecf.pacerpro.com;doug-lipke-7162@ecf.pacerpro.com

Douglas K Mayer

on behalf of Creditor Google  Inc. dkmayer@wlrk.com

Douglas K Mayer

on behalf of Creditor Ranger Inc. dkmayer@wlrk.com

Drew M. Dillworth

on behalf of Creditor Telefonica Internacional  S.A.U. ddillworth@stearnsweaver.com,
cgraver@stearnsweaver.com;marocha@stearnsweaver.com;fsanchez@stearnsweaver.com;mgraham@stearnsweaver.com;jhernandez@stearnsweaver.com;rross@stearnsweaver.com

Duane David Werb

on behalf of Interested Party Nokia Corporation maustria@werbsullivan.com;riorii@werbsullivan.com

Duane David Werb

on behalf of Creditor Emerson Network Power Embedded maustria@werbsullivan.com;riorii@werbsullivan.com

Dustin Parker Branch

on behalf of Creditor 1500 Concord Terrace LP branchd@ballardspahr.com
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com

E. Rebecca Workman

on behalf of Creditor Barnes & Thornburg LLP rebecca.workman@btlaw.com

Edmon L. Morton

on behalf of Financial Advisor Jefferies & Company  Inc. bankfilings@ycst.com

Edward B. Rosenthal

on behalf of Defendant Global Electric Electronic Processing (USA)  Inc. and Global Electric Electronic Processing, Inc.
erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Edward Patrick O'Brien

on behalf of Creditor 485 Lexington Owner LLC & Reckson Operating Partnership  L.P. eobrien@cszlaw.com

Edward T. Attanasio

on behalf of Creditor Sanmina-SCI Corporation eattanasio@ktbslaw.com

Edwin J. Harron

on behalf of Financial Advisor Jefferies & Company  Inc. bankfilings@ycst.com

Edwin J. Harron

on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

Edwin J. Harron

on behalf of Interested Party EMEA Administrators bankfilings@ycst.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Motorola Solutions  Inc., formerly Motorola, Inc. ZAllinson@SHA-LLC.com,
ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Defendant Sourcefire  Inc. ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Debtor Nortel Networks Inc. ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Motorola  Inc. ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Defendant Asteelflash California  Inc. ZAllinson@SHA-LLC.com,
ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Defendant Razorfish  LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo

on behalf of Creditor Richardson ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor Grapevine-Colleyville ISD  City of Grapevine rgleason@pbfcm.com,
ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Epiq Corporate Restructuring, LLC
danette.gerth@epiqglobal.com

Eric D. Schwartz

on behalf of Debtor Nortel Networks Inc. eschwartz@mnat.com
brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Eric J. Monzo

on behalf of Interested Party Delaware Trust Company  as Indenture Trustee emonzo@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Voxify  Inc. emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Accton Technology Corporation emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Creditor Sprint Nextel Corporation emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo

on behalf of Defendant Zhone Technologies  Inc. emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

District/off: 0311-1                              User: admin                                    Page 13 of 41
Date Rcvd: Feb 01, 2023                    Form ID: van460                              Total Noticed: 35

Eric M. Sutty

    esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Robert Dale Dover esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Brenda L. Rohrbaugh esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Thelma Watson esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Plaintiff Official Committee of Long Term Disability Plan Participants  on behalf of and as agent for a class of
    individual participants and beneficiaries under various Nortel Networks Health and Welfare Benefi esutty@atllp.com,
    mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Michael R. Thompson esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Sandra Aiken esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Jane Neumann esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Mark R. Janis esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Peter Lawrence esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Caroline Underwood esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Jerry Wadlow esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Najam Dean esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Scott Gennett esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Creditor Committee Official Committee of Long-Term Disability Participants esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Remajos Brown esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Fred Lindow esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Adella Venneman esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Charles Sandner esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party David Litz esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Rahul Kumar esutty@atllp.com  mmillis@atllp.com

Eric M. Sutty

    on behalf of Interested Party Olive Jane Stepp esutty@atllp.com  mmillis@atllp.com

Eric R. Wilson

    on behalf of Creditor Pension Benefit Guaranty Corporation
    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Ericka Fredricks Johnson

    on behalf of Creditor Andrew  LLC Ericka.johnson@wbd-us.com,
    Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com

Etta Ren Wolfe

    on behalf of Defendant Oplink Communications  Inc. ewolfe@potteranderson.com, bankruptcy@potteranderson.com

Eugene B McLeod

    on behalf of Creditor South Carolina Dept. Employment & Workforce ecf@dew.sc.gov

Evan T. Miller

District/off: 0311-1
Date Rcvd: Feb 01, 2023

User: admin
Form ID: van460

Page 14 of 41
Total Noticed: 35

on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
emiller@bayardlaw.com  kmccloskey@bayardlaw.com

Evelyn J. Meltzer

on behalf of Defendant Axxion Group Corporation Evelyn.Meltzer@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer

on behalf of Defendant Right Management Inc. Evelyn.Meltzer@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer

on behalf of Interested Party Microvision  Inc. Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer

on behalf of Defendant Siemens Enterprise Communications  Inc. Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Evelyn J. Meltzer

on behalf of Defendant Critical Path Strategies  Inc. Evelyn.Meltzer@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Francis A. Monaco, Jr.

on behalf of Mediator Francis A. Monaco  Jr. fmonaco@gsbblaw.com, frankmonacojr@gmail.com

Frank F. McGinn

on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Frederick Brian Rosner

on behalf of Defendant Axerra Networks  Inc. rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Cypress Communications  Inc. rosner@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Liquidity Solutions  Inc. rosner@teamrosner.com

G. David Dean

on behalf of Creditor SNMP Research International  Inc. ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean

on behalf of Plaintiff SNMP Research  Inc. ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean

on behalf of Plaintiff SNMP Research International  Inc. ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

G. David Dean

on behalf of Creditor SNMP Research  Inc. ddean@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Gabriel R. MacConaill

on behalf of Interested Party Aricent Technologies (Holdings) Limited gmacconaill@sidley.com
bankruptcy@potteranderson.com

Gabriel R. MacConaill

on behalf of Defendant Aricent Technologies (Holdings) Limited gmacconaill@sidley.com  bankruptcy@potteranderson.com

Garth D. Wilson

on behalf of Creditor Pension Benefit Guaranty Corporation wilson.garth@pbgc.gov  efile@pbgc.gov

Gaston P Loomis, II

on behalf of Defendant Systems & Software Services  Inc. gloomis@mdmc-law.com, scarney@mdmc-law.com

Gayle H. Allen

on behalf of Creditor Bell Aliant Regional Communications Limited gallen@verilldana.com
rmoon@verilldana.com;dkariotis@verilldana.com

George Rosenberg

on behalf of Creditor Treasurer of Arapahoe County  Colorado grosenberg@co.arapahoe.co.us, jholmgren@co.arapahoe.co.us

Gilbert R. Saydah, Jr.

on behalf of Creditor Pension Benefit Guaranty Corporation gsaydah@mmwr.com  gilbert-saydah-6601@ecf.pacerpro.com

Gordon Z. Novod

on behalf of Interested Party Waterstone Distressed Opportunities Master Fund  Ltd. gnovod@gelaw.com,
cnevers@gelaw.com;klucado@gelaw.com

Gordon Z. Novod

on behalf of Interested Party Prime Capital Master SPC  GOT WAT MAC Segregated Portfolio gnovod@gelaw.com,

cnevers@gelaw.com;klucado@gelaw.com

Gordon Z. Novod

on behalf of Interested Party Waterstone MF Fund Ltd. gnovod@gelaw.com, cnevers@gelaw.com;klucado@gelaw.com

Gordon Z. Novod

on behalf of Interested Party Waterstone Offshore AD Fund Ltd. gnovod@gelaw.com, cnevers@gelaw.com;klucado@gelaw.com

Gordon Z. Novod

on behalf of Interested Party Waterstone Offshore ER Fund Ltd. gnovod@gelaw.com, cnevers@gelaw.com;klucado@gelaw.com

Gordon Z. Novod

on behalf of Interested Party Waterstone Market Neutral Master Fund Ltd. gnovod@gelaw.com, cnevers@gelaw.com;klucado@gelaw.com

Gregory G. Plotko

on behalf of Interested Party ZSF/Research Gateway Trust gplotko@rkollp.com mschneider@rkollp.com

Gregory G. Plotko

on behalf of Interested Party ZSF/Research Network Trust gplotko@rkollp.com mschneider@rkollp.com

Gregory W. Hauswirth

on behalf of Defendant Prime Carrier Ltd. ghauswirth@ch-legal.com pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com

Heather Berkowitz

on behalf of Creditor ASM Capital IV L.P. asm@asmcapital.com

Heather Berkowitz

on behalf of Creditor ASM SIP L.P. asm@asmcapital.com

Heather Berkowitz

on behalf of Creditor ASM Capital L.P. asm@asmcapital.com

Heather Berkowitz

on behalf of Creditor ASM Capital III L.P. asm@asmcapital.com

Helen Elizabeth Weller

on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor City of Richardson Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Irving ISD Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Helen Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Henry Jon Jaffe

on behalf of Interested Party Right Management Inc. Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jon Jaffe

on behalf of Defendant Weston Solutions Inc. Henry.Jaffe@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Howard A. Cohen

on behalf of Creditor Sanmina-SCI Corporation hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Defendant SCI Brockville Corp. d/b/a BreconRidge Corporation hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party SCI Brockville Corp. d/b/a BreconRidge Corporation hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hutchison Meltzer

on behalf of Creditor Franchise Tax Board (California) Hutchison.Meltzer@doj.ca.gov

Hutchison Meltzer

on behalf of Interested Party State Board of Equalization Hutchison.Meltzer@doj.ca.gov

Ian Connor Bifferato

on behalf of Interested Party Gores & Siemens Enterprise Network cbifferato@tbf.legal mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato

on behalf of Interested Party TIME WARNER CABLE INC. cbifferato@tbf.legal mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party TIME WARNER CABLE ENTERPRISES LLC cbifferato@tbf.legal
mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party Cequel Communications  LLC d/b/a Suddenlink Communications cbifferato@tbf.legal,
mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party Charter Communications  Inc cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party ArrisGroup  Inc., Arris Enterprises, Inc., Arris Solutions, Inc., and General Instrument Corp.
cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party CISCO SYSTEMS  INC. cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party WideOpenWest Finance  LLC a/k/a WOW! Internet, Cable & Phone, Knology, Inc.,
cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Interested Party Cable One  Inc. cbifferato@tbf.legal, mstewart@tbf.legal;mferraro@tbf.legal

Ian Connor Bifferato
on behalf of Mediator Ian Connor Bifferato cbifferato@bifferato.com  mstewart@tbf.legal;mferraro@tbf.legal

Ira M. Levee
on behalf of Interested Party Moreno Minto ilevee@lowenstein.com  krosen@lowenstein.com

Ira M. Levee
ilevee@lowenstein.com  krosen@lowenstein.com

Ira M. Levee
on behalf of Creditor Bankruptcy Counsel to Lead Plaintiffs and the Class ilevee@lowenstein.com  krosen@lowenstein.com

Ira M. Levee
on behalf of Interested Party Kien Chen ilevee@lowenstein.com  krosen@lowenstein.com

J. Mark Chevallier
on behalf of Creditor STMicroelectronics  CANADA mchevallier@mcslaw.com

J. Mark Chevallier
on behalf of Creditor STMicroelectronics  Inc. mchevallier@mcslaw.com

Jaime Luton Chapman
on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

James Tobia
on behalf of Defendant Macadamian Technologies Inc. jimtobia@comcast.net;bankserve@tobialaw.com

James Tobia
on behalf of Defendant BizSphere AG jimtobia@comcast.net;bankserve@tobialaw.com

James C. Carignan
on behalf of Defendant Right Management Inc. carignaj@pepperlaw.com
wlbank@pepperlaw.com,lanoc@pepperlaw.com,carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforup
tcy.com

James D. Newbold
on behalf of Creditor Illinois Department of Revenue James.Newbold@illinois.gov

James L. Bromley
on behalf of Plaintiff Nortel Networks  Inc. jbromley@cgsh.com, lschweitzer@cgsh.com

James L. Patton
on behalf of Foreign Representative ERNST & YOUNG bankfilings@ycst.com

James S. Carr
on behalf of Creditor Woodfield Holdings PT  LLC KDWBankruptcyDepartment@kelleydrye.com,
MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Creditor Cypress Communications  Inc. KDWBankruptcyDepartment@kelleydrye.com,
MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Creditor Martingale Road LLC KDWBankruptcyDepartment@kelleydrye.com  MVicinanza@ecf.inforuptcy.com

James S. Carr
on behalf of Creditor CRT Special Investments LLC KDWBankruptcyDepartment@kelleydrye.com

District/off: 0311-1
Date Rcvd: Feb 01, 2023

User: admin
Form ID: van460

Page 17 of 41
Total Noticed: 35

MVicinanza@ecf.inforuptcy.com

James S. Carr

on behalf of Creditor Tata American International Corporation and Tata Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com  MVicinanza@ecf.inforuptcy.com

James S. Yoder

on behalf of Creditor Starent Networks Corp. yoderj@whiteandwilliams.com

James S. Yoder

on behalf of Defendant Trapeze Networks  Inc. yoderj@whiteandwilliams.com

James S. Yoder

on behalf of Defendant Starent Networks LLC yoderj@whiteandwilliams.com

James S. Yoder

on behalf of Creditor Polycom  Inc. yoderj@whiteandwilliams.com

James S. Yoder

on behalf of Defendant Abacus Solutions  LLC yoderj@whiteandwilliams.com

Jami B. Nimeroff

on behalf of Defendant Microsoft Online  Inc. fka Atlas jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com

Jan Meir Geht

on behalf of Creditor United States on behalf of Internal Revenue Service jan.m.geht@usdoj.gov  eastern.taxcivil@usdoj.gov

Jane VanLare

on behalf of Debtor Nortel Networks Inc. jvanlare@cgsh.com  maofiling@cgsh.com

Jane A Bee

on behalf of Other Prof. Robert Horne  James Young, And The Ad Hoc Group of Beneficiaries bee@blankrome.com

Jane A Bee

on behalf of Other Prof. Bernstein  Shur, Sawyer & Nelson, P.A. bee@blankrome.com

Jane A Bee

on behalf of Other Prof. Blank Rome LLP bee@blankrome.com

Jane A Bee

on behalf of Creditor Robert Horne  James Young & the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferrred
Compensation Plan bee@blankrome.com

Jane A Bee

on behalf of Other Prof. Motorola Mobility Inc. bee@blankrome.com

Jarrett Vine

on behalf of Creditor Netas Telekomunikasyon A.S. jvine@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jason M. Liberi

on behalf of Defendant Communications Test Design  Inc. jason.liberi@skadden.com,
christopher.heaney@skadden.com;wendy.lamanna@skadden.com

Jason W. Harbour

on behalf of Defendant Sumitomo Electric Device Innovations  U.S.A., Inc. f/k/a ExceLight Communications, Inc.
jharbour@huntonak.com, tcanada@huntonak.com

Jeffrey A. Scharf

on behalf of Defendant Commonwealth of Virginia Department of Taxation jeff@taxva.com

Jeffrey B. Rose

on behalf of Creditor Jac Goudsmit jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Wendell Allen Neff jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor William Weidner jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Charles Rowe jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Fred Scott jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Keith Weiner jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Rudy Mathieu jrose@lewis-gellen.com  abolling@lewis-gellen.com

Jeffrey B. Rose

District/off: 0311-1
Date Rcvd: Feb 01, 2023

User: admin
Form ID: van460

Page 18 of 41
Total Noticed: 35

on behalf of Creditor Price Paschall jrose@lewis-gellen.com abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Neal Shact jrose@lewis-gellen.com abolling@lewis-gellen.com

Jeffrey B. Rose

on behalf of Creditor Dwayne Roberts jrose@lewis-gellen.com abolling@lewis-gellen.com

Jeffrey M. Carbino

on behalf of Defendant Wind Telecom  S.A. jcarbino@leechtishman.com,
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com

Jeffrey M. Carbino

on behalf of Defendant BWCS  Ltd. jcarbino@leechtishman.com,
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com

Jeffrey M. Carbino

on behalf of Defendant Mercury Americas USA  Corp. jcarbino@leechtishman.com,
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com

Jeffrey M. Carbino

on behalf of Defendant Prime Carrier Ltd. jcarbino@leechtishman.com
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com

Jeffrey M. Carbino

on behalf of Defendant Sigma Systems Canada Inc. jcarbino@leechtishman.com
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com

Jeffrey M. Schlerf

on behalf of Creditor Nortel Trade Claim Consortium Jeffrey.Schlerf@gray-robinson.com

Jeffrey R. Waxman

on behalf of Defendant Focus Legal Management  LLC jwaxman@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman

on behalf of Defendant Focus Legal Solutions  LLC jwaxman@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey S Cianciulli

jcianciulli@weirpartners.com imarciniszyn@wgpllp.com

Jennifer R. Hoover

on behalf of Debtor Wind-Down Debtors and Debtor-In-Possession jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Creditor Safe Records Center LLC dba Archives USA jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Attorney Benesch Friedlander Coplan & Aronoff  LLP jhoover@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Defendant Starent Networks LLC jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Plaintiff Nortel Networks (CALA) Inc. jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Plaintiff Nortel Networks  Inc. jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Debtor Nortel Networks Inc. jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Plaintiff Nortel Networks Inc. jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer V. Doran

on behalf of Creditor Technology Park X Limited Partnership jdoran@hinckleyallen.com calirm@haslaw.com

Jeremy Reckmeyer

on behalf of Creditor Liquidity Solutions  Inc. jeremyreckmeyer@andrewskurth.com

Jeremy William Ryan

on behalf of Defendant Aricent Technologies (Holdings) Limited jryan@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

Jeremy William Ryan

on behalf of Defendant Camiant  Inc. jryan@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

Jeremy William Ryan
> on behalf of Defendant CoAMS  Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

Jeremy William Ryan
> on behalf of Defendant International Data Group  Inc. jryan@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

Joanne Bianco Wills
> on behalf of Interested Party Export Development Canada jwills@klehr.com

Joanne P. Pinckney
> on behalf of Interested Party Macquarie Capital (USA) Inc. jpinckney@pwujlaw.com  tchambers@pwujlaw.com

Joanne P. Pinckney
> on behalf of Other Prof. Solus Alternative Asset Management LP and PointState Capital LP jpinckney@pwujlaw.com tchambers@pwujlaw.com

Joanne P. Pinckney
> on behalf of Interested Party Solus Alternative Asset Management LP as holder of 7.785% bonds issued by NNCC jpinckney@pwujlaw.com  tchambers@pwujlaw.com

John A. Wetzel
> on behalf of Creditor Communications Test Design  Inc. jwetzel@swartzcampbell.com, jgagliardi@swartzcampbell.com

John D. Demmy
> on behalf of Creditor Duke Energy Carolinas  LLC john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy
> on behalf of Creditor Massachusetts Electric Company d/b/a National Grid john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy
> on behalf of Creditor KeySpan Gas East Corporation d/b/a National Grid john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy
> on behalf of Creditor Long Island Lighting Company d/b/a LIPA john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy
> on behalf of Creditor The Commonwealth Edison Company john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy
> on behalf of Creditor Graybar Electric Company john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy
> on behalf of Creditor Colonial Gas Company d/b/a National Grid john.demmy@saul.com  robyn.warren@saul.com

John D. Demmy
> on behalf of Defendant Excellence In Motivation  Inc. john.demmy@saul.com, robyn.warren@saul.com

John Edward Waters
> on behalf of Creditor Iowa Department of Revenue idrbankruptcy@iowa.gov

John Henry Schanne, II
> on behalf of Interested Party Avaya Inc. schannej@pepperlaw.com wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com

John Henry Schanne, II
> on behalf of Defendant Sterling Mets  L.P. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com

John Henry Schanne, II
> on behalf of Defendant Queens Ballpark Company  L.L.C. schannej@pepperlaw.com, wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com

John J. Monaghan
> on behalf of Interested Party Avaya Inc. bos-bankruptcy@hklaw.com

John L. Wood
> on behalf of Plaintiff SNMP Research  Inc. jwood@emlaw.com

John L. Wood
> on behalf of Plaintiff SNMP Research International  Inc. jwood@emlaw.com

John L. Wood
> on behalf of Creditor SNMP Research  Inc. jwood@emlaw.com

John L. Wood
> on behalf of Creditor SNMP Research International  Inc. jwood@emlaw.com

John Legare Williams

on behalf of Defendant Avotus Corporation delawyer76@aol.com

John P. Dillman

    on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John T. Dorsey

    on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

John V. Fiorella

    on behalf of Defendant Automotive Rentals  Inc. jfiorella@archerlaw.com,
mfriedman@archerlaw.com;dcarickhoff@archerlaw.com

Jonathan I. Levine

    on behalf of Creditor Hewlett-Packard Company Jonathan.Levine@arnoldporter.com
jonathan-levine-4094@ecf.pacerpro.com,edocketscalendaring@arnoldporter.com

Jonathan M. Stemerman

    on behalf of Interested Party Marilyn Green JStemerman@atllp.com  mmillis@atllp.com

Jonathan M. Stemerman

    on behalf of Creditor Committee Official Committee of Long-Term Disability Participants JStemerman@atllp.com
mmillis@atllp.com

Jonathan M. Stemerman

    on behalf of Interested Party Najam Dean JStemerman@atllp.com  mmillis@atllp.com

Jonathan S. Zinman

    on behalf of Interested Party Solus Alternative Asset Management LP as holder of 7.785% bonds issued by NNCC
jzinman@soluslp.com  loanstar@loanstarhfs.com

Jonathan S. Zinman

    jzinman@soluslp.com  loanstar@loanstarhfs.com

Joseph Badtke-Berkow

    on behalf of Foreign Representative ERNST & YOUNG joseph.badtkeberkow@allenovery.com
josh.neifeld@allenovery.com;katie.crispi@allenovery.com

Joseph Grey

    on behalf of Creditor Rudy Mathieu jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Fred Scott jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Jac Goudsmit jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Price Paschall jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor William Weidner jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Keith Weiner jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Wendell Allen Neff jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Neal Shact jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Charles Rowe jgrey@crosslaw.com

Joseph Grey

    on behalf of Creditor Dwayne Roberts jgrey@crosslaw.com

Joseph Grey

    on behalf of Defendant NSG Technology Inc. jgrey@crosslaw.com

Joseph Emil Shickich, Jr.

    on behalf of Creditor Microsoft Corporation jshickich@foxrothschild.com  vmagda@foxrothschild.com

Joseph H. Huston, Jr.

    on behalf of Creditor Computer Sciences Corporation jhh@stevenslee.com  annakeane@stevenslee.com

Joseph J. Farnan, III

    on behalf of Mediator Joseph J. Farnan  Jr. jjfarnan@farnanlaw.com

Joseph J. Farnan, Jr.

    on behalf of Mediator Joseph J. Farnan farnan@farnanlaw.com

Joseph J. Farnan, Jr.
    farnan@farnanlaw.com

Joshua Krumholz
    on behalf of Interested Party Avaya Inc.   karolyn.schwind@hklaw.com;ashley.bello@hklaw.com;megan.derenzis@hklaw.com

Joyce A. Kuhns
    on behalf of Interested Party Harte-Hanks  Inc. and Affiliated Companies jkuhns@saul.com

Judy D. Thompson
    on behalf of Creditor Sodexo  Inc. jdt@jdthompsonlaw.com

Julia Bettina Klein
    on behalf of Defendant Axerra Networks  Inc. klein@kleinllc.com

Justin Cory Falgowski
    on behalf of Creditor Qwest Services Corporation jfalgowski@burr.com

Justin K. Edelson
    on behalf of Creditor ABN AMRO Bank N.V. jedelson@polsinelli.com
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson
    on behalf of Attorney Polsinelli PC jedelson@polsinelli.com  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson
    on behalf of Creditor Dell Marketing  L.P. jedelson@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson
    on behalf of Creditor OSS Nokalva  Inc. jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin K. Edelson
    on behalf of Interested Party Westcon Group North America Inc jedelson@polsinelli.com
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Justin R. Alberto
    on behalf of Interested Party UK Pension Trust Limited jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto
    on behalf of Interested Party Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund
    jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto
    on behalf of Interested Party Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
    jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Karen B. Dine
    on behalf of Interested Party Wilmington Trust  National Association karen.dine@kattenlaw.com, nyc.bknotices@kattenlaw.com

Karen B. Dine
    on behalf of Defendant AMCC Sales Corporation karen.dine@pillsburylaw.com  karen.dine@pillsburylaw.com

Karen B. Skomorucha Owens
    on behalf of Creditor Flextronics Telecom Systems Ltd kowens@ashbygeddes.com

Karen C. Bifferato
    on behalf of Defendant Paradigm Works  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant Covergence  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant SAS Institute  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant Acme Packet  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Defendant Gilmore Global Logistics Services  Inc., kbifferato@connollygallagher.com

Karen J. Stapleton
    on behalf of Creditor County of Loudoun Karen.Stapleton@loudoun.gov  bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov

Karen M. Grivner
    on behalf of Defendant Prime Carrier Ltd. kgrivner@clarkhillthorpreed.com  scovey@clarkhill.com

Karon Y. Wright
    on behalf of Creditor Travis County karon.wright@co.travis.tx.us  bkecf@co.travis.tx.us

Kathleen A Murphy
  on behalf of Interested Party Nortel Networks Corporation kmurphy@mdsulaw.com

Kathleen A Murphy
  on behalf of Defendant Nortel Networks Technology Corporation kmurphy@mdsulaw.com

Kathleen A Murphy
  on behalf of Foreign Representative Ernst & Young Inc.  As Monitor & foreign Representative of the Canadian Nortel Group
  kmurphy@mdsulaw.com

Kathleen A Murphy
  on behalf of Defendant Nortel Networks Limited kmurphy@mdsulaw.com

Kathleen A Murphy
  on behalf of Foreign Representative ERNST & YOUNG kmurphy@mdsulaw.com

Kathleen A Murphy
  on behalf of Foreign Representative Ernst & Young Inc.  as Monitor of the Canadian Debtors kmurphy@mdsulaw.com

Kathleen A Murphy
  on behalf of Defendant Nortel Networks Global Corporation kmurphy@mdsulaw.com

Kathleen M. Miller
  on behalf of Creditor Affiliates of Verizon Communications Inc. kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
  on behalf of Defendant International Business Machines Corporation kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
  on behalf of Defendant IBM Credit LLC kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
  on behalf of Creditor Affiliates of Verizon Communications  Inc. kmiller@skjlaw.com, llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
  on behalf of Creditor Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless kmiller@skjlaw.com
  llb@skjlaw.com,jcb@skjlaw.com

Kathleen M. Miller
  on behalf of Defendant IBM Canada Limited kmiller@skjlaw.com  llb@skjlaw.com,jcb@skjlaw.com

Kathleen P. Makowski
  on behalf of Interested Party Ad Hoc Committee of Bondholders kmakowski@pszjlaw.com

Kathleen P. Makowski
  on behalf of Interested Party Ad Hoc Group of Bonholders kmakowski@pszjlaw.com

Kathleen P. Makowski
  on behalf of Interested Party The Bondholder Group kmakowski@pszjlaw.com

Kathleen P. Makowski
  on behalf of Interested Party Ad Hoc Group of Bondholders kmakowski@pszjlaw.com

Kay Diebel Brock
  on behalf of Creditor Travis County bkecf@co.travis.tx.us

Kell C. Mercer
  on behalf of Creditor Freescale Semiconductor  Inc kell.mercer@mercer-law-pc.com

Kenneth M. Misken
  on behalf of Creditor SprintCom  Inc. Kenneth.m.misken@usdoj.gov

Kenneth Thomas Law
  on behalf of Creditor Starent Networks Corp. klaw@bbslaw.com  pcostello@bbslaw.com

Kerri K. Mumford
  on behalf of Creditor ASM Capital  L.P. mumford@lrclaw.com, dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kerri K. Mumford
  on behalf of Creditor ASM Capital III  L.P. mumford@lrclaw.com,
  dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Kesha Tanabe
  on behalf of Creditor Cedar Glade LP kesha@tanabelaw.com  KESHA.TANABE@GMAIL.COM

Kevin G. Collins
  on behalf of Attorney Bifferato LLC kevin.collins@btlaw.com  klytle@btlaw.com

Kevin G. Collins
  on behalf of Interested Party Gores & Siemens Enterprise Network kevin.collins@btlaw.com  klytle@btlaw.com

Kevin G. Collins
  on behalf of Defendant SecureLogix Corporation kevin.collins@btlaw.com  klytle@btlaw.com

District/off: 0311-1
Date Rcvd: Feb 01, 2023

User: admin
Form ID: van460

Page 23 of 41
Total Noticed: 35

Kevin G. Collins
on behalf of Creditor Credit Suisse Strategic Partners kevin.collins@btlaw.com  klytle@btlaw.com

Kevin G. Collins
on behalf of Interested Party Enterprise Networks Holdings BV kevin.collins@btlaw.com  klytle@btlaw.com

Kevin M. Capuzzi
on behalf of Defendant Actuate Corporation kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Interested Party Macquarie Capital (USA) Inc. kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Attorney Donna L. Harris kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Debtor Nortel Networks Inc. kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin Scott Mann
on behalf of Interested Party Moreno Minto kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Defendant NSG Technology Inc. kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Creditor Ritz-Carlton Hotel Co.  LLC kmann@crosslaw.com, smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Interested Party Kien Chen kmann@crosslaw.com  smacdonald@crosslaw.com

Kevin Scott Mann
on behalf of Financial Advisor Jefferies & Company  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com

Kristhy M. Peguero
on behalf of Counter-Claimant Communications Test Design  Inc. , kgradney@jw.com;dtrevino@jw.com

Kristi J. Doughty
on behalf of Creditor Bank of the West de-ecfmail@mwc-law.com  de-ecfmail@ecf.inforuptcy.com

Kurt F. Gwynne
on behalf of Creditor Qwest Communications Corporation and Qwest Corporation kgwynne@reedsmith.com
jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

L. Katherine Good
on behalf of Attorney Whiteford  Taylor & Preston LLC kgood@potteranderson.com,
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

L. Katherine Good
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al.
kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

L. Katherine Good
on behalf of Attorney Akin Gump Strauss Hauer & Feld LLP kgood@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

L. Katherine Good
on behalf of Attorney Ashurst LLP kgood@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

L. Katherine Good
on behalf of Financial Advisor Berkeley Research Group  LLC kgood@potteranderson.com,
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

L. Katherine Good
on behalf of Other Prof. Cassels Brock & Blackwell LLP kgood@potteranderson.com
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Landon Ellis
on behalf of Interested Party ASM Capital  ASM Capital L.P., ASM Capital III, L.P. and ASM Offshore Limited
ellis@lrclaw.com

Landon Ellis
on behalf of Interested Party ASM Capital  ASM Capital, L.P., ASM Capital III, L.P and ASM Offshore Limited
ellis@lrclaw.com

Landon Ellis
on behalf of Interested Party ASM Capital  ASM Capital, L.P., ASM Capital III, L.P. and ASM Offshore Limited
ellis@lrclaw.com

Laura Davis Jones
on behalf of Interested Party Ad Hoc Committee of Bondholders ljones@pszjlaw.com  efile1@pszjlaw.com

Laura D. Metzger
lmetzger@orrick.com

Laura L. McCloud
on behalf of Creditor Tennessee Department of Revenue agbankdelaware@ag.tn.gov

Laurie Selber Silverstein
on behalf of Defendant Perot Systems Corporation bankruptcy@potteranderson.com

Laurie Selber Silverstein
on behalf of Interested Party Belden Inc. bankruptcy@potteranderson.com

Lee Harrington
on behalf of Creditor Telstra Corporation Limited lh@ascendantlawgroup.com

Lee Harrington
on behalf of Creditor Corning  Incorporated lh@ascendantlawgroup.com

Leslie C. Heilman
on behalf of Interested Party THE PRUDENTIAL INSURANCE COMPANY OF AMERICA heilmanl@ballardspahr.com
carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor UBS Realty Investors LLC heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Prudential Insurance Company of America heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Lisa M. Schweitzer
on behalf of Defendant Nortel Networks Inc. lschweitzer@cgsh.com  maofiling@cgsh.com

Lisa M. Schweitzer
on behalf of Debtor Nortel Networks Inc. lschweitzer@cgsh.com  maofiling@cgsh.com

Louis J. Cisz, III
on behalf of Creditor FCS North America  Inc. lcisz@nixonpeabody.com,
sf.managing.clerk@nixonpeabody.com;jzic@nixonpeabody.com

Lucian Borders Murley
on behalf of Defendant SBA Network Services  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lyle R. Nelson
on behalf of Creditor Brookings Municipal Utilities lyle@lylenelsonlaw.com

Lynnette R Warman
on behalf of Creditor Sumitomo Electric Lightwave Corporation lwarman@culhanemeadows.com  lynnette.warman@att.net

Lynnette R Warman
on behalf of Creditor Excelight Communications  Inc. lwarman@culhanemeadows.com, lynnette.warman@att.net

Marc J. Phillips
on behalf of Interested Party Paradigm DKD Group  LLC d/b/a Paradigm Tax Group mphillips@mmwr.com,
marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
on behalf of Defendant Covergence  Inc. mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
on behalf of Creditor Sanmina-SCI Corporation mphillips@mmwr.com  marc-phillips-8177@ecf.pacerpro.com

Marc J. Phillips
on behalf of Creditor Paradigm Tax Group  LLC mphillips@mmwr.com, marc-phillips-8177@ecf.pacerpro.com

Maris J. Kandestin
on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
mkandestin@mwe.com  cgreer@mwe.com;dnorthrop@mwe.com

Maris J. Kandestin
on behalf of Defendant Alan Robert Bloom  Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris as
court-appointed administrators and authorized foreign representatives maris.kandestin@dlapiper.com,
cgreer@mwe.com;dnorthrop@mwe.com

Mark Browning
on behalf of Creditor Texas Comptroller of Public Accounts BK-MBROWNING@OAG.STATE.TX.US
SHERRI.SIMPSON@OAG.STATE.TX.US

Mark D. Olivere
on behalf of Interested Party Wilmington Trust  National Association olivere@chipmanbrown.com,
fusco@chipmanbrown.com;lord@chipmanbrown.com

Mark D. Plevin
on behalf of Debtor Nortel Networks Inc. mplevin@crowell.com

Mark E. Felger
on behalf of Mediator Mark E. Felger mfelger@cozen.com
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Felger Esq.
on behalf of Interested Party MatlinPatterson Global Advisers LLC mfelger@cozen.com
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

Mark E. Freedlander
on behalf of Interested Party GE Fanuc Embedded Systems  Inc. mfreedlander@mcguirewoods.com,
hhickman@mcguirewoods.com;dsaltz@ford.com

Mark G. Ledwin
on behalf of Interested Party THE PRUDENTIAL INSURANCE COMPANY OF AMERICA mark.ledwin@wilsonelser.com

Mary E. Augustine
on behalf of Defendant Nathanson and Company LLC maugustine@bglawde.com

Mary E. Augustine
on behalf of Creditor SNMP Research International  Inc. maugustine@dkhogan.com

Mary F. Caloway
on behalf of Debtor Canadian Nortel Debtors mcaloway@pszjlaw.com

Mary F. Caloway
on behalf of Foreign Representative Ernst & Young Inc.  as Monitor mcaloway@pszjlaw.com

Mary F. Caloway
on behalf of Plaintiff Nortel Networks Limited mcaloway@pszjlaw.com

Mary F. Caloway
on behalf of Debtor Nortel Networks Inc. mcaloway@pszjlaw.com

Mary F. Caloway
on behalf of Foreign Representative Ernst & Young Inc.  As Monitor & foreign Representative of the Canadian Nortel Group
mcaloway@pszjlaw.com

Mary F. Caloway
on behalf of Foreign Representative ERNST & YOUNG mcaloway@pszjlaw.com

Matthew B. McGuire
on behalf of Creditor Linex Technologies  Inc. mcguire@lrclaw.com,
rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;snyder@lrclaw.com

Matthew J Livingston
on behalf of Debtor Nortel Networks Inc. mlivingston@cgsh.com

Matthew L. Hinker
on behalf of Defendant Green Hills Software  Inc. mhinker@omm.com, matthew-hinker-0034@ecf.pacerpro.com

Matthew N. Kleiman
on behalf of Defendant Exide Technologies mkleiman@mnkpc.com

Matthew P. Austria
on behalf of Defendant Bick Group  Inc. maustria@werbsullivan.com

Matthew P. Austria
on behalf of Defendant CMGRP  Inc. maustria@werbsullivan.com

Matthew P. Austria
on behalf of Defendant Jack Morton Worldwide  Inc. maustria@werbsullivan.com

Matthew P. Austria
on behalf of Defendant Layne Communications  LP maustria@werbsullivan.com

Matthew P. Austria
on behalf of Defendant Wahlstrom Group LLC maustria@werbsullivan.com

Matthew P. Austria
on behalf of Defendant McCann-Erickson Worldwide  Inc. maustria@werbsullivan.com

Matthew P. Austria
on behalf of Defendant McCann Relationship Marketing  Inc. maustria@werbsullivan.com

Matthew W. Hamilton
on behalf of Creditor Fulcrum Distressed Opportunities Fund I  LP e-notice@fulcruminv.com

Max Taylor, III
on behalf of Creditor City and County of Denver max.taylor@denvergov.org  bankruptcy.max@denvergov.org

Meghan M. Dougherty
on behalf of Interested Party Telefonaktiebolaget L M Ericsson (publ) and Rockstar Bidco  LP mdougherty@paulweiss.com,
klayfield@paulweiss.com;mgranger@paulweiss.com;mao_fednational@paulweiss.com;shall@paulweiss.com

District/off: 0311-1
Date Rcvd: Feb 01, 2023

User: admin
Form ID: van460

Page 26 of 41
Total Noticed: 35

Meghan M. Dougherty
on behalf of Interested Party Rockstar Consortium US LP mdougherty@paulweiss.com
klayfield@paulweiss.com;mgranger@paulweiss.com;mao_fednational@paulweiss.com;shall@paulweiss.com

Merle C. Meyers
on behalf of Creditor JDS Uniphase Corporation mmeyers@mlg-pc.com

Michael Papandrea
on behalf of Creditor Netas Telekomunikasyon A.S. mpapandrea@lowenstein.com  dclaussen@lowenstein.com

Michael Singer
on behalf of Creditor Argo Partners courts@argopartners.net

Michael David DeBaecke
on behalf of Interested Party Cable News Network  Inc. Time, Inc., Turner Broadcasting Sales mdebaecke@ashbygeddes.com,
ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Michael David Debaecke
on behalf of Defendant Cable News Network  Inc. Time, Inc., Turner Broadcasting Sales debaecke@blankrome.com,
ahrycak@ashbygeddes.com;kjones@ashbygeddes.com

Michael E. Emrich
on behalf of Creditor Riverside Claims  LLC. notice@regencap.com

Michael Gregory Wilson
on behalf of Creditor Excelight Communications  Inc. michaelgwilson@zoho.com

Michael Joseph Custer
on behalf of Defendant Bridgewater Systems  Inc. custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Michael Joseph Custer
on behalf of Interested Party Avaya Inc. custerm@pepperlaw.com
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Michael Joseph Custer
on behalf of Attorney Pepper Hamilton LLP custerm@pepperlaw.com
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Michael Joseph Custer
on behalf of Defendant Citrix Systems  Inc. custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Michael Joseph Custer
on behalf of Defendant Ian Martin Technology Staffing  Inc. custerm@pepperlaw.com,
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Michael Joseph Custer
on behalf of Defendant Ian Martin Limited custerm@pepperlaw.com
wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com

Michael Joseph Joyce
on behalf of Defendant TEKsystems Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce
on behalf of Creditor Nortel US Retirement Protection Committee mjoyce@mjlawoffices.com

Michael Joseph Merchant
on behalf of Creditor STMicroelectronics  Inc. merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael P. Migliore
on behalf of Creditor Verizon Communications Inc. and for Cellco Partnership d/b/a Verizon Wireless mpm@skjlaw.com

Michael R. Lastowski
on behalf of Interested Party One Equity Partners III  L.P. mlastowski@duanemorris.com

Michael R. Lastowski
on behalf of Interested Party Bank of New York Mellon mlastowski@duanemorris.com

Michael R. Lastowski
on behalf of Creditor Airvana  Inc. mlastowski@duanemorris.com

Michael R. Lastowski
on behalf of Plaintiff GENBAND US LLC mlastowski@duanemorris.com

Michael R. Lastowski
on behalf of Interested Party GENBAND US LLC mlastowski@duanemorris.com

Michael R. Lastowski
      on behalf of Defendant Opnext Subsystems Inc. f/k/a Stratalight Communications, Inc. mlastowski@duanemorris.com

Michael R. Lastowski
      on behalf of Interested Party The Bank of New York Mellon  as Indenture Trustee mlastowski@duanemorris.com

Michael R. Lastowski
      on behalf of Interested Party Genband Inc. mlastowski@duanemorris.com

Michael R. Lastowski
      on behalf of Defendant Opnext  Inc. mlastowski@duanemorris.com

Michael R. Lastowski
      on behalf of Other Prof. The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee
mlastowski@duanemorris.com

Michael S. Neiburg
      on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
bankfilings@ycst.com

Michelle McMahon
      on behalf of Creditor Hok  Inc. mmcmahon@cullenanddykman.com

Michelle McMahon
      on behalf of Defendant Ixia michelle.mcmahon@bryancave.com

Michelle McMahon
      on behalf of Defendant Ingram Micro Inc. michelle.mcmahon@bryancave.com

Michelle McMahon
      on behalf of Defendant Maritz Canada Inc. michelle.mcmahon@bryancave.com

Missty C. Gray
      on behalf of Creditor Mobile County License Commissioner missty@rossandjordan.com  jrockhold@rossandjordan.com

Mona A. Parikh
      on behalf of Defendant Nortel Networks Corporation  et al., mona.parikh@bipc.com

Mona A. Parikh
      on behalf of Plaintiff Nortel Networks Limited mona.parikh@bipc.com

Mona A. Parikh
      on behalf of Foreign Representative ERNST & YOUNG mona.parikh@bipc.com

Mona A. Parikh
      on behalf of Other Prof. Ernst & Young LLP mona.parikh@bipc.com

Mona A. Parikh
      on behalf of Counter-Defendant Nortel Networks Limited mona.parikh@bipc.com

Mona A. Parikh
      on behalf of Foreign Representative Ernst & Young Inc.  As Monitor & foreign Representative of the Canadian Nortel Group
mona.parikh@bipc.com

Mona A. Parikh
      on behalf of Debtor Canadian Nortel Debtors mona.parikh@bipc.com

Nancy F. Loftus
      on behalf of Creditor County of Fairfax Nancy.Loftus@fairfaxcounty.gov

Nancy G. Everett
      on behalf of Debtor Nortel Networks Inc. neverett@winston.com  ecf_bank@winston.com

Natasha M. Songonuga
      on behalf of Creditor Hewlett-Packard Company nsongonuga@gibbonslaw.com  nmitchell@gibbonslaw.com

Natasha M. Songonuga
      on behalf of Defendant Hewlett-Packard Financial Services Company nsongonuga@gibbonslaw.com  nmitchell@gibbonslaw.com

Natasha M. Songonuga
      on behalf of Defendant Hewlett-Packard Company nsongonuga@gibbonslaw.com  nmitchell@gibbonslaw.com

Natasha M. Songonuga
      on behalf of Interested Party Hewlett-Packard Financial Services  Inc. nsongonuga@gibbonslaw.com, nmitchell@gibbonslaw.com

Nathan Jones
      on behalf of Creditor US Debt Recovery III  LP nate@usdrllc.com

Nathan Jones
      on behalf of Creditor US Debt Recovery X  LP nate@usdrllc.com

Nathan Jones
      on behalf of Creditor US Debt Recovery IV  LLC nate@usdrllc.com

District/off: 0311-1                          User: admin                                    Page 28 of 41
Date Rcvd: Feb 01, 2023                       Form ID: van460                                 Total Noticed: 35

Nathan Jones
   on behalf of Creditor US Debt Recovery IIA  LLC nate@usdrllc.com

Nathan Jones
   on behalf of Creditor US Debt Recovery  XI, L.P. nate@usdrllc.com

Nathan Jones
   on behalf of Creditor US Debt Recovery XV LP nate@usdrllc.com

Nathan Jones
   on behalf of Creditor United States Debt Recovery X  L.P. nate@usdrllc.com

Nathan Jones
   on behalf of Creditor US Debt Recovery VIII  L.P. nate@usdrllc.com

Nathan Jones
   on behalf of Creditor US Debt Recovery V  LP nate@usdrllc.com

Nathan D. Grow
   on behalf of Financial Advisor Jefferies & Company  Inc. bankfilings@ycst.com

Nicholas E. Skiles
   on behalf of Creditor Communications Test Design  Inc. jwetzel@wgflaw.com

Noel R. Boeke
   on behalf of Creditor Jabil Circuit  Inc. noel.boeke@hklaw.com, wendysue.henry@hklaw.com

Norman L. Pernick
   on behalf of Plaintiff SNMP Research International  Inc. npernick@coleschotz.com,
   pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick
   on behalf of Creditor SNMP Research International  Inc. npernick@coleschotz.com,
   pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick
   on behalf of Plaintiff SNMP Research  Inc. npernick@coleschotz.com,
   pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman L. Pernick
   on behalf of Creditor SNMP Research  Inc. npernick@coleschotz.com,
   pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Norman M. Monhait
   on behalf of Defendant Nokia Siemens Network Oy nmonhait@reidcollins.com

Norman M. Monhait
   on behalf of Defendant Global Electric Electronic Processing (USA)  Inc. and Global Electric Electronic Processing, Inc.
   nmonhait@reidcollins.com

Norman M. Monhait
   on behalf of Defendant Nokia Siemens Network US LLC nmonhait@reidcollins.com

Norman M. Monhait
   on behalf of Defendant AMCC Sales Corporation nmonhait@reidcollins.com

Paige Noelle Topper
   on behalf of Debtor Nortel Networks Inc. ptopper@mnat.com
   brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paige Noelle Topper
   on behalf of Other Prof. John Ray ptopper@mnat.com
   brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paige Noelle Topper
   on behalf of Debtor Wind-Down Debtors and Debtor-In-Possession ptopper@mnat.com
   brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paige Noelle Topper
   on behalf of Consultant RLKS Executive Solutions LLC ptopper@mnat.com
   brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paige Noelle Topper
   on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP ptopper@mnat.com,
   brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ec

f.pacerpro.com

Paige Noelle Topper

on behalf of Debtor Nortel Networks India International Inc. ptopper@mnat.com
brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ec
f.pacerpro.com

Paige Noelle Topper

on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP ptopper@mnat.com
brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ec
f.pacerpro.com

Paige Noelle Topper

on behalf of Claims Agent Epiq Corporate Restructuring  LLC ptopper@mnat.com,
brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ec
f.pacerpro.com

Patrick Maschio

on behalf of Creditor CVF Lux Master S.a.r.l. pmaschio@nixonpeabody.com

Patrick A. Jackson

on behalf of Interested Party Joint Administrators and Foreign Representatives for Nortel Networks UK Limited
Patrick.jackson@faegredrinker.com  beth.olivere@faegredrinker.com

Patrick M. Brannigan

on behalf of Financial Advisor Jefferies & Company  Inc. pbrannigan@crosslaw.com

Patrick M. Costello

on behalf of Creditor Sun Microsystems  Inc. pcostello@vectislawgroup.com, clee@vectislawgroup.com

Patrick M. Costello

on behalf of Creditor Polycom  Inc. pcostello@vectislawgroup.com, clee@vectislawgroup.com

Paul Kizel

on behalf of Creditor Netas Telekomunikasyon A.S. pkizel@lowenstein.com

Paul S. Groschadl

on behalf of Creditor Canal View Properties III  LLC pgroschadl@woodsoviatt.com, ehousel@woodsoviatt.com

Paula J. Connelly

on behalf of Creditor Pension Benefit Guaranty Corporation connelly.paula@pbgc.gov  efile@pbgc.gov

Peter J Keane

on behalf of Interested Party Ad Hoc Committee of Bondholders pkeane@pszjlaw.com

Peter J Keane

on behalf of Interested Party Ad Hoc Group of Bondholders pkeane@pszjlaw.com

Peter James Duhig

on behalf of Foreign Representative ERNST & YOUNG pduhig@mcguirewoods.com
mreed@mcguirewoods.com,hejones@mcguirewoods.com

Peter James Duhig

on behalf of Foreign Representative Ernst & Young Inc.  As Monitor & foreign Representative of the Canadian Nortel Group
pduhig@mcguirewoods.com, mreed@mcguirewoods.com,hejones@mcguirewoods.com

Peter James Duhig

on behalf of Foreign Representative Allen & Overy LLP pduhig@mcguirewoods.com
mreed@mcguirewoods.com,hejones@mcguirewoods.com

Phillip Mindlin

on behalf of Creditor Google  Inc. pmindlin@wlrk.com

Phillip Mindlin

on behalf of Creditor Ranger Inc. pmindlin@wlrk.com

Phillip P. Owens, II

on behalf of Creditor Ronald P. Elias po@owenslawofficepc.com

R. Stephen McNeill

on behalf of Interested Party Belden Inc. bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

R. Stephen McNeill

on behalf of Defendant International Data Group  Inc. bankruptcy@potteranderson.com,
bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

R. Stephen McNeill

on behalf of Defendant NeoPhotonics Corporation bankruptcy@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

R. Stephen McNeill

on behalf of Interested Party The Coca Cola Company bankruptcy@potteranderson.com

bankruptcy@potteranderson.com;lhuber@potteranderson.com;mdero@potteranderson.com

Rachel B. Mersky

on behalf of Creditor Paula Klein rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor CSWL  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor William Owens rmersky@monlaw.com

Rachel B. Mersky

on behalf of Defendant CSWL  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Powerwave Technologies  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Defendant MobileNet Services  Inc. rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Ad Hoc Committee of Canadian Employees Terminated Pre-Petition rmersky@monlaw.com

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Frankie & Janie Proctor Rafael.Zahralddin@lewisbrisbois.com
rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Gary Garrett Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Chad P. Soriano Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Michael Thompson Rafael.Zahralddin@lewisbrisbois.com
rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party David Litz Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Vincent L. Bodnar Rafael.Zahralddin@lewisbrisbois.com
rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Laura Hale Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Leolia Strickland Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Kem Muckleroy Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Ronald Rose Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Mediator Richard Levin Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Manuel Segura Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party William Johnson Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Cynthia Schmidt Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Robert Martel Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Vada Wilson Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Spec. Counsel E. Morgan Maxwell  III Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party William Reed Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

on behalf of Interested Party Charles A. Henderson Rafael.Zahralddin@lewisbrisbois.com

rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Brad Henry Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Brent Beasley Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Carmel Totman Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Reid Mullett Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Gussie H. Anderson Rafael.Zahralddin@lewisbrisbois.com
      rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Janette Head Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Thomas Dikens Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Wendy Boswell Mann Rafael.Zahralddin@lewisbrisbois.com
      rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Michael P. Alms Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Charles Barry Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Bert Fletcher Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party James Lee Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Plaintiff Official Committee of Long Term Disability Plan Participants  on behalf of and as agent for a class of
      individual participants and beneficiaries under various Nortel Networks Health and Welfare Benefi
      Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Michael Stutts Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Terry Massengill Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Mark R. Janis Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Defendant Nera  Inc., Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Claudia Vidmer Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Alan Heinbaugh Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Marie Jurasevich Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party John J. Rossi Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Paul Wolfe Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Susan Widener Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Creditor Committee Official Committee of Long-Term Disability Participants Rafael.Zahralddin@lewisbrisbois.com
      rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

      on behalf of Interested Party Charles Sandner Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

District/off: 0311-1                    User: admin                    Page 32 of 41
Date Rcvd: Feb 01, 2023                 Form ID: van460                 Total Noticed: 35

on behalf of Interested Party Danny Owenby Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Peter Lawrence Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Carol Raymond Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Mark Phillips Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Richard Hodges Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Fred Lindow Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Faye M. Brown Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party George I Hovater  Jr. Rafael.Zahralddin@lewisbrisbois.com,
rafael-zahralddin-4117@ecf.pacerpro.com.

Rafael Xavier Zahralddin-Aravena

    on behalf of Interested Party Mary Holbrook Rafael.Zahralddin@lewisbrisbois.com  rafael-zahralddin-4117@ecf.pacerpro.com.

Ramona S. Neal

    on behalf of Creditor Hewlett-Packard Company ramona.neal@hp.com

Raymond H. Lemisch

    on behalf of Attorney Benesch Friedlander Coplan & Aronoff  LLP rlemisch@klehr.com

Raymond H. Lemisch

    on behalf of Plaintiff Nortel Networks  Inc. rlemisch@klehr.com

Raymond H. Lemisch

    on behalf of Counter-Defendant Nortel Networks  Inc. rlemisch@klehr.com

Raymond H. Lemisch

    on behalf of Debtor Nortel Networks Inc. rlemisch@klehr.com

Raymond H. Lemisch

    on behalf of Plaintiff Nortel Networks (CALA) Inc. rlemisch@klehr.com

Raymond H. Lemisch

    on behalf of Plaintiff Nortel Networks Limited rlemisch@klehr.com

Raymond H. Lemisch

    on behalf of Plaintiff Nortel Networks Inc. rlemisch@klehr.com

Ricardo Palacio, Esq

    on behalf of Creditor Johnson Controls  Inc. rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com;kjones@ashbygeddes

Richard H. Golubow

    on behalf of Defendant MobileNet Services  Inc. rgolubow@wghlawyers.com,
pj@winthropcouchot.com;jmartinez@wghlawyers.com

Richard J Bernard

    on behalf of Creditor Deerfield Investments  Ltd. richard.bernard@faegredrinker.com

Richard J Bernard

    on behalf of Creditor JACO ELECTRONICS  INC. richard.bernard@faegredrinker.com

Richard J Bernard

    on behalf of Creditor Coface North America Insurance Co. richard.bernard@faegredrinker.com

Richard Michael Beck

    on behalf of Defendant Manning Global  Inc. rbeck@klehr.com, lstanton@klehr.com

Richard W. Riley

    on behalf of Interested Party GENBAND US LLC rriley@wtplaw.com  clano@wtplaw.com

Richard W. Riley

    on behalf of Defendant LTS Managed Technical Services LLC rwriley@duanemorris.com  clano@wtplaw.com

Richard W. Riley

    on behalf of Creditor Aon Consulting rriley@wtplaw.com  clano@wtplaw.com

Robert A. Johnson

    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Nortel Networks Inc.  et al.
rajohnson@akingump.com, nymco@akingump.com

District/off: 0311-1                                 User: admin                                        Page 33 of 41
Date Rcvd: Feb 01, 2023                        Form ID: van460                                  Total Noticed: 35

Robert Alan Weber
on behalf of Counter-Claimant Communications Test Design  Inc. Weber@ChipmanBrown.com,
fusco@chipmanbrown.com;lord@chipmanbrown.com

Robert J. Keach
on behalf of Plaintiff Mason James Young rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Creditor Robert Horne  James Young & the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferrred
Compensation Plan rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Charla Crisler rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Ellen Bovarnick rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Benjamin Warren rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Bart Kohnhorst rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan  For Themselves
And All Others Similarly Situated rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Robert Horne rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert J. Keach
on behalf of Plaintiff Brian Page rkeach@bernsteinshur.com
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com;aprescott@bernsteinshur.com;cmastrogi
orgio@bernsteinshur.com;sbaker@bernsteinshur.com;kquirk@bernsteinshur.com;lboots@bernsteinshur.com

Robert K. Malone
on behalf of Creditor Sanmina-SCI Corporation rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert K. Minkoff
on behalf of Creditor Cedar Glade LP rminkoff@cedargladecapital.com

Robert K. Minkoff
on behalf of Creditor Jefferies Leveraged Credit Products  LLC rminkoff@cedargladecapital.com

Robert W. Mallard
on behalf of Interested Party The Institute Of Electrical And Electronics Engineers  Inc. mallard.robert@dorsey.com

Robert W. Mallard
on behalf of Creditor ADC Telecommunications Sales  Inc. mallard.robert@dorsey.com

Roland Gary Jones
on behalf of Defendant BizSphere AG pacer.rolandjones@gmail.com

Roland Gary Jones
on behalf of Defendant Macadamian Technologies Inc. pacer.rolandjones@gmail.com

Ronald S. Beacher
on behalf of Interested Party SPCP GROUP  LLC ("SPCP") rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald S. Gellert
on behalf of Creditor Jabil Circuit  Inc. rgellert@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor Phoenix Telecom Solutions  Inc. rgellert@gsbblaw.com

Ronald S. Gellert
on behalf of Defendant Real Time Monitors  Inc. rgellert@gsbblaw.com

District/off: 0311-1                          User: admin                                    Page 34 of 41
Date Rcvd: Feb 01, 2023                       Form ID: van460                                 Total Noticed: 35

Ryan Wagner
on behalf of Defendant Sterling Mets L.P. rwagner@mwe.com

Ryan Wagner
on behalf of Defendant Queens Ballpark Company L.L.C. rwagner@mwe.com

Sanjay Bhatnagar
on behalf of Creditor Eltek Valere U.S. Inc. skbhatnagar@nccde.org

Sanjay Bhatnagar
on behalf of Interested Party Apple Inc. skbhatnagar@nccde.org

Sanjay Bhatnagar
on behalf of Defendant Eltek Energy LLC skbhatnagar@nccde.org

Sanjay Bhatnagar
on behalf of Interested Party MatlinPatterson Global Advisers LLC skbhatnagar@nccde.org

Sanjay Bhatnagar
on behalf of Defendant Eltek Valere Inc. skbhatnagar@nccde.org

Sarah R Stafford
on behalf of Plaintiff Nortel Networks Inc. sstafford@beneschlaw.com docket@beneschlaw.com

Sarah R Stafford
on behalf of Debtor Nortel Networks Inc. sstafford@beneschlaw.com docket@beneschlaw.com

Scott J. Leonhardt
on behalf of Defendant Axerra Networks Inc. leonhardt@teamrosner.com

Scott J. Leonhardt
on behalf of Creditor Cypress Communications Inc. leonhardt@teamrosner.com

Scott K. Brown
on behalf of Creditor The Prudential Insurance Company of America sbrown@lrlaw.com
cscruggs@lrlaw.com;sfreeman@LRLaw.com

Scott L. Esbin
on behalf of Creditor Drawbridge Special Opportunities Fund Ltd. mchappell@esbinalter.com

Scott L. Esbin
on behalf of Creditor WB Claims Holding - Nortel LLC mchappell@esbinalter.com

Scott L. Esbin
on behalf of Creditor Monarch Master Funding Ltd mchappell@esbinalter.com

Selinda A. Melnik
on behalf of Other Prof. DLA Piper LLP (US) selinda.melnik@dlapiper.com

Selinda A. Melnik
on behalf of Creditor Canadian Creditors Committee selinda.melnik@dlapiper.com

Seth B. Shapiro
on behalf of Interested Party United States Customs and Border Protection seth.shapiro@usdoj.gov

Seth B. Shapiro
on behalf of Creditor Department of the Navy seth.shapiro@usdoj.gov

Shanti M. Katona
on behalf of Defendant Westcon Group North America Inc. skatona@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona
on behalf of Creditor OSS Nokalva Inc. skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shanti M. Katona
on behalf of Defendant Avea Iletisim Hizmetleri A.S. skatona@polsinelli.com
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shawn M. Christianson
on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shawn M. Christianson
on behalf of Creditor Oracle USA Inc schristianson@buchalter.com, cmcintire@buchalter.com

Shawn M. Christianson
on behalf of Creditor Oracle Credit Corporation schristianson@buchalter.com cmcintire@buchalter.com

Shelley A. Kinsella
on behalf of Defendant Nera Inc., skinsella@atllp.com, mmillis@atllp.com

Shelley A. Kinsella
on behalf of Interested Party Marie Jurasevich skinsella@atllp.com mmillis@atllp.com

District/off: 0311-1
Date Rcvd: Feb 01, 2023

User: admin
Form ID: van460

Page 35 of 41
Total Noticed: 35

Shelley A. Kinsella

on behalf of Interested Party Mary Holbrook skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Thomas Dikens skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Alan Heinbaugh skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Kem Muckleroy skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Creditor Committee Official Committee of Long-Term Disability Participants skinsella@atllp.com
mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party George I Hovater  Jr. skinsella@atllp.com, mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Richard Hodges skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Paul Wolfe skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Janette Head skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Creditor Nortel US LTD Employees skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Mark Phillips skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Brent Beasley skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party John J. Rossi skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Michael Thompson skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Plaintiff Official Committee of Long Term Disability Plan Participants  on behalf of and as agent for a class of
individual participants and beneficiaries under various Nortel Networks Health and Welfare Benefi skinsella@atllp.com,
mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Danny Owenby skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Interested Party Norma Dekel skinsella@atllp.com  mmillis@atllp.com

Shelley A. Kinsella

on behalf of Debtor Nortel Networks Inc. skinsella@atllp.com  mmillis@atllp.com

Sheryl L. Moreau

on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov

Sommer Leigh Ross

on behalf of Plaintiff GENBAND US LLC slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Defendant TGS  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Genband Inc. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Stephen C. Stapleton

on behalf of Creditor GTCI sstapleton@cowlesthompson.com

Stephen Kent Dexter

on behalf of Creditor TEKsystems  Inc. Stephen.Dexter@lathropgpm.com, charlene.huffman@lathropgpm.com

Stephen M. Miller

on behalf of Defendant Getty Images  Inc. smiller@morrisjames.com, rsalotto@morrisjames.com;ddepta@morrisjames.com

Stephen M. Miller

on behalf of Interested Party Delaware Trust Company  as Indenture Trustee smiller@morrisjames.com,
rsalotto@morrisjames.com;ddepta@morrisjames.com

Steven K. Kortanek

on behalf of Creditor Ranger Inc. steven.kortanek@limnexus.com  martha.araki@limnexus.com,myrtle.john@limnexus.com

Steven K. Kortanek

on behalf of Interested Party BT Americas  Inc. steven.kortanek@limnexus.com, martha.araki@limnexus.com,myrtle.john@limnexus.com

Steven K. Kortanek

on behalf of Creditor Google  Inc. steven.kortanek@limnexus.com, martha.araki@limnexus.com,myrtle.john@limnexus.com

Stuart M. Brown

on behalf of Interested Party Guyana Telephone and Telegraph Company Limited stuart.brown@dlapiper.com stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown

on behalf of Interested Party Avanex Corporation stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Susan Hoffpauir Fuertes

on behalf of Creditor Aldine Independent School District bnkatty@aldineisd.org

Susan P. Johnston

on behalf of Interested Party Wilmington Trust  National Association Johnston@clm.com, advnotices@w-legal.com

Tamara K. Mann

on behalf of Attorney Keightley & Ashner LLP tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Interested Party The Mergis Group tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Defendant Nortel Networks Inc. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Claims Agent Epiq Corporate Restructuring  LLC tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Other Prof. Punter Southall LLC tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Debtor Nortel Networks Inc. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Spec. Counsel Crowell & Moring LLP tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Plaintiff Nortel Networks Inc. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Other Prof. John Ray tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Defendant Nortel Networks Inc.  et al. tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Debtor Wind-Down Debtors and Debtor-In-Possession tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Plaintiff Nortel Networks (CALA) Inc. tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Interested Party Wind-Down Debtors and Plan Administrator tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Interested Party Nortel Networks Inc. tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Consultant RLKS Executive Solutions LLC tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Accountant Huron Consulting Group tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Interested Party Huron Business Advisory tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Debtor Nortel Networks India International Inc. tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Attorney Wind-Down Debtors and Debtors in Possession tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Interested Party Nortel Networks Inc.  et al. tmann@mnat.com,
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Interested Party John Ray  as Principal Officer of Nortel Networks, Inc. tmann@mnat.com,
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Plaintiff Nortel Networks  Inc. tmann@mnat.com,
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Fee Examiner Master  Sidlow & Associates, P.A. tmann@mnat.com,
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Other Prof. Ernst & Young LLP tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Attorney Jackson Lewis LLP tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Consultant Chilmark Partners  LLC tmann@mnat.com,
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Financial Advisor Ernst & Young LLP tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Attorney Eugene F. Collins tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Other Prof. Linklaters LLP tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tamara K. Mann

on behalf of Attorney Torys LLP tmann@mnat.com
tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morr
isnichols.com;john-lawrence-0804@ecf.pacerpro.com

Tara Hannon

on behalf of Interested Party DG Value Partners II Master Fund LP thannon@loan-law.com

Tara Hannon

on behalf of Interested Party DG Value Partners  LP thannon@loan-law.com

Theodore Allan Kittila

on behalf of Interested Party Vada Wilson tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Mark R. Janis tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party James Lee tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Faye M. Brown tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Gussie H. Anderson tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Peter Lawrence tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party William Reed tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Cynthia Schmidt tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Claudia Vidmer tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Carol Raymond tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Ronald Rose tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Reid Mullett tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Bert Fletcher tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Charles Sandner tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Frankie & Janie Proctor tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Michael Stutts tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Laura Hale tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Manuel Segura tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Fred Lindow tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Susan Widener tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Leolia Strickland tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party David Litz tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Carmel Totman tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Michael P. Alms tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Janette Head tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Gary Garrett tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Terry Massengill tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party William Johnson tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Robert Martel tk@hfk.law

Theodore Allan Kittila

on behalf of Interested Party Brad Henry tk@hfk.law

Theresa Vesper Brown-Edwards

on behalf of Creditor NeoPhotonics Corporation tbe@darbybrownedwards.com  daw@darbybrownedwards.com

Theresa Vesper Brown-Edwards

on behalf of Defendant NeoPhotonics Corporation tbe@darbybrownedwards.com  daw@darbybrownedwards.com

Theresa Vesper Brown-Edwards

on behalf of Interested Party The Coca Cola Company tbe@darbybrownedwards.com  daw@darbybrownedwards.com

Thomas F. Driscoll, III

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP tdriscoll@tbf.legal, mdunwody@tbf.legal

Thomas G. Macauley

on behalf of Defendant Telmar Network Technology  Inc. bankr@zuckerman.com

Thomas G. Macauley

on behalf of Defendant Precision Communication Services Corporation bankr@zuckerman.com

Thomas G. Macauley

on behalf of Defendant Precision Communication Services  Inc. bankr@zuckerman.com

Thomas M. Gaa

on behalf of Creditor Sun Microsystems  Inc. tgaa@bbslaw.com, yessenia@bbslaw.com

Thomas O. Bean

on behalf of Interested Party American Registry for Internet Numbers tbean@verrilldana.com

Tiffany Strelow Cobb

on behalf of Creditor Nuance Communications  Inc. tscobb@vorys.com, mdwalkuski@vorys.com

Tiffany Strelow Cobb

on behalf of Defendant Cable News Network  Inc. Time, Inc., Turner Broadcasting Sales tscobb@vorys.com, mdwalkuski@vorys.com

Tiffany Strelow Cobb

on behalf of Interested Party Cable News Network  Inc. Time, Inc., Turner Broadcasting Sales tscobb@vorys.com, mdwalkuski@vorys.com

Timothy P. Reiley

on behalf of Creditor Qwest Corporation treiley@reedsmith.com

Timothy P. Reiley

on behalf of Creditor Embarq Management Company treiley@reedsmith.com

Timothy P. Reiley

on behalf of Creditor Qwest Communications Company  LLC treiley@reedsmith.com

Tobey M. Daluz

on behalf of Creditor Westchester Fire Insurance Company and ACE USA daluzt@ballardspahr.com ambroses@ballardspahr.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

Vicente Matias Murrell

on behalf of Creditor Pension Benefit Guaranty Corporation murrell.vicente@pbgc.gov  efile@pbgc.gov

Victoria A. Guilfoyle
                    on behalf of Plaintiff Charla Crisler guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Benjamin Warren guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Robert Horne guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Brian Page guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Bart Kohnhorst guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan  For Themselves
                    And All Others Similarly Situated guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Mason James Young guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Plaintiff Ellen Bovarnick guilfoyle@blankrome.com

Victoria A. Guilfoyle
                    on behalf of Interested Party Robert Horne  Mason James Young, Ellen Bovarnick, Charla Crisler, Bart Kohnhorst, Brian Page,
                    Benjamin Warren, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation P
                    guilfoyle@blankrome.com

W. Bradley Russell, Jr.
                    on behalf of Creditor United States on behalf of Internal Revenue Service William.B.Russell@usdoj.gov
                    eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

Weston T. Eguchi
                    on behalf of Creditor ABN AMRO Bank N.V. weguchi@willkie.com

William A. Hazeltine
                    on behalf of Creditor Intoto  LLC Bankruptcy001@sha-llc.com

William A. Hazeltine
                    on behalf of Creditor AudioCodes Ltd and AudioCodes Inc. Bankruptcy001@sha-llc.com

William A. Hazeltine
                    on behalf of Creditor EADS Secure Networks S.A.S. Bankruptcy001@sha-llc.com

William A. Hazeltine
                    on behalf of Creditor Freescale Semiconductor  Inc Bankruptcy001@sha-llc.com

William A. Hazeltine
                    on behalf of Creditor Motorola  Inc. Bankruptcy001@sha-llc.com

William D. Sullivan
                    on behalf of Defendant Prudential Relocation  Inc. wdsecfnotices@sha-llc.com

William D. Sullivan
                    on behalf of Interested Party Avaya Inc. wdsecfnotices@sha-llc.com

William D. Sullivan
                    on behalf of Creditor Innings Telecom Europe Ltd. wdsecfnotices@sha-llc.com

William D. Sullivan
                    on behalf of Creditor Prudential Relocation  Inc. wdsecfnotices@sha-llc.com

William D. Sullivan
                    on behalf of Creditor Bell Microproducts  Inc. wdsecfnotices@sha-llc.com

William E. Chipman, Jr.
                    on behalf of Interested Party Wilmington Trust  National Association chipman@chipmanbrown.com,
                    fusco@chipmanbrown.com;lord@chipmanbrown.com

William E. Chipman, Jr.
                    on behalf of Interested Party Avanex Corporation chipman@chipmanbrown.com
                    fusco@chipmanbrown.com;lord@chipmanbrown.com

William J. Burnett
                    on behalf of Creditor American Express Travel Related Services Company  Inc. william.burnett@flastergreenberg.com,
                    william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William L. Siegel
                    on behalf of Creditor Campbell Creek  Ltd. bsiegel@cowlesthompson.com

William Pierce Bowden

District/off: 0311-1

Date Rcvd: Feb 01, 2023

User: admin

Form ID: van460

Page 41 of 41

Total Noticed: 35

on behalf of Defendant U.S. Bank  N.A. wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Other Prof. The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Defendant Beeline.com  Inc. wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Creditor AT&T wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Creditor Flextronics Corporation wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Creditor Flextronics Telecom Systems Ltd wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

William Pierce Bowden

on behalf of Mediator William Pierce Bowden wbowden@ashby-geddes.com  ahrycak@ashbygeddes.com

TOTAL: 940