IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>          Wind-Down Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 09-10138 (MFW) <br> ) <br> ) Jointly Administered <br> ) <br> ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
STATUS CONFERENCE ON MARCH 1, 2023 AT 2:00 P.M. (ET)**

**This status conference will be conducted entirely over Zoom.
Those who intend to participate via Zoom are required to register in advance.**

**Please use the following link to register for this status conference:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsc-2rrj0pG_Iwhs6HMIC0exT_RDiqf9M**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

STATUS CONFERENCE:

1.     Order Setting Status Conference (D.I. 18975, entered 2/1/23).

       Status: This matter is going forward.

---

[1]     The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620) and Nortel Networks (CALA) Inc. (4226). Nortel Networks India International Inc. (8667) remains a debtor-in-possession. Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.


| | |
|---|---|
| Dated: February 27, 2023<br>Wilmington, Delaware | MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Tamara K. Mann (No. 5643)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: lschweitzer@cgsh.com<br><br>*Counsel for the Wind-Down Debtors and Debtor in Possession* |