Chapter 11 Status Conferences

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Deborah | Kovsky-Apap | Liquidating Trustee | Troutman Pepper Hamilton Sanders LLP |
| Lisa | Schweitzer | Wind-Down Debtors and Debtor in Possession | Cleary Gottlieb Steen & Hamilton LLP |
| Michael | Weinberg | Wind-Down Debtors and Debtor in Possession | Cleary Gottlieb Steen & Hamilton LLP |
| Derek | Abbott | Wind-Down Debtors and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP |
| Tamara | Mann | Peter Kravitz, the GUC Trust Trustee of the Exide Creditors' Liquidating Trust | Morris, Nichols, Arsht & Tunnell LLP |
| Paige | Topper | Peter Kravitz, the GUC Trust Trustee of the Exide Creditors' Liquidating Trust | Morris, Nichols, Arsht & Tunnell LLP |
| Brian | Ryniker | The Permian Trustee | RK Consultants LLC |
| Richard | Riley | 8 North, LLC | Whiteford, Taylor & Preston LLC |
| Stephen | Gerald | 8 North, LLC | Whiteford, Taylor & Preston LLC |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Mary | Caloway | Ernst & Young, as Monitor | Pachulski Stang |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Linda | Casey | United States Trustee | |
| Dana | Kane | Peter Kravitz, the GUC Trust Trustee of the Exide Creditors' Liquidating Trust | Kelley Drye & Warren LLP |
| Nicolas | Jenner | Plan Administrator | Landis Rath & Cobb LLP |
| Josef | Mintz | Liquidating Trustee | Blank Rome LLP |
| Joe | Orbach | Liquidating Trustee | Thompson Coburn Hahn & Hessen LLP |
| Eric | Monzo | Province Inc. | Morris James LLP |
| Brya | Keilson | Province Inc. | Morris James LLP |
| Jason | Levin | Province Inc. | Morris James LLP |
| Colleen | Flansaas | Province Inc. | Province Inc. |
| Thomas | Horan | na | Cozen O'Connor |
| Kenneth | Listwak | The Permian Trustee | Troutman Pepper Hamilton Sanders LLP |
| Benjamin | Feder | Wells Fargo, as Indenture Trustee | Kelley Drye & Warren LLP |
| Andrew | Carty | Vernon Tort Trust | Brown Rudnick LLP |
| Nicholas | Adzima | 8 North, LLC | Kirkland & Ellis LLP |
| Allyson | Smith | 8 North, LLC | Kirkland & Ellis LLP |
| L. Katherine | Good | Liquidating Trustee | Potter Anderson & Corroon LLP |
| Joseph | Badtke-Berkow | Ernst & Young Inc., as Monitor | Allen & Overy LLP |

| | | | |
|---|---|---|---|
| Daniel | Guyder | Ernst & Young Inc., as CCAA monitor for NNL et al. | Allen & Overy LLP |
| Jessica | Steinhagen | Reorg | |