# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| Nortel Networks Inc. | |
| 2600 South Shore Boulevard | |
| Suite 300 | |
| League City, TX 77573 | |
| **EIN:** 04–2486332 | **Case No.:** 09–10138–MFW |

Allen & Overy LLP

**ORDER SETTING STATUS CONFERENCE**

IT IS ORDERED that a Status Conference will be held on 9/20/23, at 03:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 8/9/23

Mary F. Walrath
Bankruptcy Judge

(VAN–460)